## Parties Represented

Donald J. Trump, President of the United States

Kevin Hassett, Assistant to the President for Economic Policy and Director of the National Economic Council

United States Office of Management and Budget

Russell Vought, Director of the United States Office of Management and Budget

United States Environmental Protection Agency

Lee M. Zeldin, Administrator of the United States Environmental Protection Agency

United States Department of Agriculture

Brooke Rollins, Secretary of the United States Department of Agriculture

United States Department of Transportation

Sean Duffy, Secretary of the United States Department of Transportation

United States DOGE Service

Amy Gleason, Acting Administrator of the United States DOGE Service

Elon Musk, Senior Advisor of the United States DOGE Service

United States Department of Energy

Christopher A. Wright, Secretary of the United States Department of Energy