# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT
1100 East Main Street, Suite 501, Richmond, Virginia 23219

May 23, 2025

_____

RESPONSE REQUESTED
_____

No. 25-1575,   The Sustainability Institute v. Donald Trump
               2:25-cv-02152-RMG

TO:   Agrarian Trust
      Bronx River Alliance
      City of New Haven, Connecticut
      Leadership Counsel for Justice and Accountability
      Sustainability Institute
      Conservation Innovation Fund
      Baltimore City, Maryland
      Alliance for Agriculture
      CleanAIRE NC
      Marbleseed
      Rural Advancement Foundation International-USA
      Pennsylvania Association for Sustainable Agriculture
      City of Nashville, Tennessee
      City of San Diego, California
      Organic Association of Kentucky
      Earth Island Institute
      City of Madison, WI
      Alliance for the Shenandoah Valley
      City of Columbus, OH

RESPONSE DUE:   Temporary administrative stay on 05/27/2025
                Motion to stay on 05/30/2025

Response is required to the motion for temporary administrative stay on or before 05/27/2025.
Response is required to the motion to stay on or before 05/30/2025.

Rachel Phillips, Deputy Clerk
804-916-2702