

U.S. Department of Justice
Civil Division, Appellate Staff
950 Pennsylvania Ave. NW
Washington, DC 20530

Tel: (202) 514-3388

May 28, 2025

**Via CM/ECF**

Nwamaka Anowi, Clerk of Court
U.S. Court of Appeals for the Fourth Circuit
Office of the Clerk
1100 East Main Street, Suite 501
Richmond, VA 23219

      RE:  *The Sustainability Institute v. Trump*, No. 25-1575
            (not scheduled for oral argument)

Dear Ms. Anowi:

      The district court entered preliminary and permanent injunctions requiring the government to restore plaintiffs' access to grant funds on May 20; two days later, the government filed an emergency motion for an immediate administrative stay and for a stay pending appeal. The Court ordered plaintiffs to respond to the motion for an administrative stay by May 27 and to the motion for a stay pending appeal by May 30. Plaintiffs have now filed their first response.

      I write to inform the Court that, in the circumstances of this case, the government does not intend to file a reply in support of its emergency motion for an immediate administrative stay. Instead, given the emergency nature of that motion, the government respectfully requests that the panel proceed to expeditiously resolving it. The government will plan to file a reply in support of its motion for a stay pending appeal once

plaintiffs file that response.

Sincerely,

*/s/ Sean R. Janda*
Sean R. Janda

cc: All counsel (via CM/ECF)