# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## DOCKETING STATEMENT--CIVIL/AGENCY CASES

**Directions:** Counsel must make a **docketing statement (civil/agency) filed** entry in CM/ECF within 14 days of docketing of the appeal, or within the due date set by the clerk's docketing notice, whichever is later. File with the entry the (1) docketing statement form with any extended answers and (2) any transcript order form. Parties proceeding pro se are not required to file a docketing statement. Opposing counsel who finds a docketing statement inaccurate or incomplete may file any objections within 10 days of service of the docketing statement using the ECF event-**docketing statement objection/correction filed**.

| | |
|---|---|
| **Appeal No. & Caption** | 25-1575; The Sustainability Institute v. Trump |
| **Originating No. & Caption** | 2:25-cv-2152; The Sustainability Institute v. Trump |
| **Originating Court/Agency** | District of South Carolina |

| **Jurisdiction** (answer any that apply) | | | |
|---|---|---|---|
| Statute establishing jurisdiction in Court of Appeals | 28 U.S.C. § 1292(a)(1) | | |
| Time allowed for filing in Court of Appeals | 60 days under FRAP 4(a)(1)(B) | | |
| Date of entry of order or judgment appealed | 4/29/2025; 5/20/2025 | | |
| Date notice of appeal or petition for review filed | 5/21/2025 | | |
| If cross appeal, date first appeal filed | | | |
| Date of filing any post-judgment motion | | | |
| Date order entered disposing of any post-judgment motion | | | |
| Date of filing any motion to extend appeal period | | | |
| Time for filing appeal extended to | | | |
| Is appeal from final judgment or order? | | ○ Yes | ⦿ No |
| If appeal is not from final judgment, why is order appealable? The orders in question grant injunctions and are immediately appealable under 28 U.S.C. § 1292(a)(1). | | | |

| **Settlement** (The docketing statement is used by the circuit mediator in pre-briefing review and mediation conducted under Local Rule 33. Counsel may make a confidential request for mediation by calling the Office of the Circuit Mediator at 843-731-9099.) | | | |
|---|---|---|---|
| Is settlement being discussed? | | ○ Yes | ⦿ No |

1/28/2020 SCC

| **Transcript** (transcript order must be attached if transcript is needed and not yet on file) | | |
|---|---|---|
| Is transcript needed for this appeal? | ● Yes | ○ No |
| Has transcript been filed in district court? | ● Yes | ○ No |
| Is transcript order attached? | ○ Yes | ● No |

| **Case Handling Requirements** (answer any that apply) | | |
|---|---|---|
| Case number of any prior appeal in same case | | |
| Case number of any pending appeal in same case | | |
| Identification of any case pending in this Court or Supreme Court raising similar issue | | |
| | If abeyance or consolidation is warranted, counsel must file an appropriate motion. | |
| Is expedited disposition necessary? | ○ Yes | ● No |
| | If yes, motion to expedite must be filed. | |
| Is oral argument necessary? | ● Yes | ○ No |
| Does case involve question of first impression? | ● Yes | ○ No |
| Does appeal challenge constitutionality of federal or state statute in case to which federal or state government is not a party | ○ Yes | ● No |
| | If yes, notice re: challenge to constitutionality of law must be filed. | |

| **Nature of Case** (Nature of case and disposition below. Attach additional page if necessary.) |
|---|
| Plaintiffs challenge decisions by four federal agencies to pause or terminate certain grants associated with plaintiffs. Plaintiffs claim that those decisions violate the relevant statutes, the APA, and the Constitution. |
| On April 29, the district court entered an effective preliminary injunction requiring the government to continue funding some of the grants. On May 20, the district court entered a preliminary injunction on some of plaintiffs' claims and a permanent injunction on other claims; both injunctions require the government to make grant funds available to plaintiffs. |

| **Issues** (Non-binding statement of issues on appeal. Attach additional page if necessary) |
|---|
| The issue on appeal is whether the district court erred in entering preliminary and permanent injunctions on plaintiffs' claims. |

| **Adverse Parties** (List adverse parties to this appeal and their attorneys; provide party's address if the party is not represented by counsel. Attach additional page if necessary.) ||
|---|---|
| Adverse Party: See attached<br><br>Attorney:<br>Address:<br><br><br><br>E-mail:<br><br>Phone: | Adverse Party:<br><br>Attorney:<br>Address:<br><br><br><br>E-mail:<br><br>Phone: |
| **Adverse Parties (continued)** ||
| Adverse Party:<br><br>Attorney:<br>Address:<br><br><br><br>E-mail:<br><br>Phone: | Adverse Party:<br><br>Attorney:<br>Address:<br><br><br><br>E-mail:<br><br>Phone: |

| **Appellant** (Attach additional page if necessary.) ||
|---|---|
| Name: See attached<br><br>Attorney:<br>Address:<br><br><br><br>E-mail:<br><br>Phone: | Name:<br><br>Attorney:<br>Address:<br><br><br><br>E-mail:<br><br>Phone: |
| **Appellant (continued)** ||
| Name:<br><br>Attorney:<br>Address:<br><br><br><br>E-mail:<br><br>Phone: | Name:<br><br>Attorney:<br>Address:<br><br><br><br>E-mail:<br><br>Phone: |

**Signature:** /s/ Sean R. Janda    **Date:** 6/5/2025

**Counsel for:** Appellants

**Certificate of Service** *(required for parties served outside CM/ECF)*: I certify that this document was served on _____ by ☐ personal delivery; ☐ mail; ☐ third-party commercial carrier; or ☐ email (with written consent) on the following persons at the addresses or email addresses shown:

Signature:    Date:

**Adverse Parties**

Appellees The Sustainability Institute, Agrarian Trust, Alliance for Agriculture, Alliance for the Shenandoah Valley, Bronx River Alliance, Cleanaire NC, Conservation Innovation Fund, Leadership Counsel for Justice and Accountability, Marbleseed, Pennsylvania Association for Sustainable Agriculture, Rural Advancement Foundation International-USA, Organic Association of Kentucky, and Earth Island Institute are represented by:

Carl Brzorad
SOUTHERN ENVIRONMENTAL LAW CENTER
525 East Bay Street, Suite 200
Charleston, SC 29403
843-720-5270
Email: cbrzorad@selc.org

Irena Como
SOUTHERN ENVIRONMENTAL LAW CENTER
136 East Rosemary Street, Suite 500
Chapel Hill, NC 27514
773-623-9904
Email: icomo@selc.org

Spencer Gall
SOUTHERN ENVIRONMENTAL LAW CENTER
120 Garrett Street, Suite 400
Charlottesville, VA 22902
434-977-4090
Email: sgall@selc.org

Kimberley Hunter
SOUTHERN ENVIRONMENTAL LAW CENTER
136 East Rosemary Street, Suite 500
Chapel Hill, NC 27514
919-967-1450
Email: khunter@selc.org

Nicholas Torrey
SOUTHERN ENVIRONMENTAL LAW CENTER
136 East Rosemary Street, Suite 220
Chapel Hill, NC 27514
919-967-1450
Email: ntorrey@selc.org


Appellees Baltimore City, Maryland; City of Columbus, Ohio; City of Madison, Wisconsin; City of Nashville, Tennessee; and City of New Haven, Connecticut are represented by:

Jonathan Miller
PUBLIC RIGHTS PROJECT
490 43rd Street, Unit 115
Oakland, CA 94609
510-738-6788
Email: jon@publicrightsproject.org

Elaine Poon
PUBLIC RIGHTS PROJECT
490 43rd Street, Unit 115
Oakland, CA 94609
404-697-7736
Email: elaine@publicrightsproject.org

Graham Provost
PUBLIC RIGHTS PROJECT
490 43rd Street, Unit 115
Oakland, CA 94609
530-828-3554
Email: graham@publicrightsproject.org

Appellee City of San Diego, California is represented by:

Mark Ankcorn
OFFICE OF THE SAN DIEGO CITY ATTORNEY
1200 3rd Avenue, Suite 1100
San Diego, CA 92101
619-533-5800
Email: mankcorn@sandiego.gov


**Appellants**
Appellants Donald J. Trump, Kevin Hassett, United States Office of Management and Budget, Russell Vought, United States Environmental Protection Agency, Lee M. Zeldin, United States Department of Agriculture, Brooke Rollins, United States Department of Transportation, Sean Duffy, United States DOGE Service, Amy Gleason, Elon Musk, United States Department of Energy, and Christopher A. Wright are represented by:

Daniel Tenny
Sean R. Janda
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Avenue NW
Washington, D.C. 20530
202-514-3388
Email: sean.r.janda@usdoj.gov