# Exhibit 3



**Environment & Energy**

# Trump Administration Ordered to Restore Cities' Green Grants (2)

May 19, 2025, 3:53 PM EDT; Updated: May 20, 2025, 9:42 AM EDT

- Agencies failed to justify withholding IRA-appropriate funds
- Trump administration notes intent to appeal over jurisdiction

The Trump administration must restore millions in green grants after a federal judge ruled Monday that agencies acted outside their constitutional authority in withholding congressionally appropriated funds.

Judge Richard M. Gergel of the US District Court for the District of South Carolina issued a permanent injunction from the bench during a hearing over whether to restore grant funds for climate projects, water quality, and more for 17 cities and nonprofit plaintiffs that brought the suit alleging violations of the Administrative Procedure Act and the US Constitution.

The ruling orders the restoration of 32 out of 38 grants at issue in the suit. In addition to the permanent injunction under the APA, the judge also issued a preliminary injunction under the Separation of Powers and Nonstatutory Review clauses of the Constitution.

Gergel denied the plaintiffs' preliminary injunction motion on grants under the US Department of Agriculture's Partnerships for Climate-Smart Commodities program, requesting additional briefing on the issues surrounding those funds.

"This is a huge victory for these organizations who can now get back to work improving their communities," Kym Meyer, the litigation director for the Southern Environmental Law Center, said in a statement. "While defendants have announced their intent to appeal this ruling SELC's team is energized and ready to continue this fight all the way to the Supreme Court until all the grants represented in our case are restored once and for all."

During the hearing, lawyers for the Trump administration agreed to final judgment on the APA but said they intend to appeal the judgment on the ground that the court lacked jurisdiction, Meyer told Bloomberg Law.

A White House representative said in a statement that President Donald Trump maintains the executive authority to pause and freeze grants.

"Courts do not have jurisdiction to require the Administration to issue unnecessary funds," said Taylor Rogers, an assistant press secretary.

Nashville, Baltimore, San Diego and other cities and nonprofit groups sued a host of federal agencies in March, alleging tens of millions of dollars of funds appropriated under former President Joe Biden's landmark climate and infrastructure laws—the Inflation Reduction Act and the Infrastructure Investment and Jobs Act—were illegally withheld.

The White House and Department of Justice didn't immediately respond to a request for comment.

The case is The Sustainability Inst. v. Trump, D.S.C., No. 2:25-cv-02152, injunction issued 5/19/25.

To contact the reporter on this story: Taylor Mills in Washington at tmills@bloombergindustry.com

To contact the editor responsible for this story: Laura D. Francis at lfrancis@bloombergindustry.com

© 2025 Bloomberg Industry Group, Inc.   All Rights Reserved