No. 25-1575

IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

THE SUSTAINABILITY INSTITUTE, et al.,
*Plaintiffs–Appellees*,

v.

DONALD J. TRUMP,
in his official capacity as President of the United States, et al.,
*Defendants–Appellants*.

**PLAINTIFFS–APPELLEES' OBJECTION TO DOCKETING STATEMENT**

Plaintiffs respectfully submit this objection and correction to Defendants' docketing statement. ECF No. 37. In the list of adverse parties attached to the docketing statement, Defendants indicate that Conservation Innovation Fund is an Appellee before this Court. Although Conservation Innovation Fund is a Plaintiff below, it is not a party to this appeal.

This is an interlocutory appeal involving injunctions related to certain federal grants. In the district court, Plaintiffs assert that Defendants unlawfully froze and terminated grants under numerous federal grant programs, including a Department of Agriculture program called Partnerships for Climate-Smart Commodities. *See* D. Ct. Dkt. 23. Conservation Innovation Fund has one grant at

1

issue in this litigation, which was awarded under the Partnerships for Climate-Smart Commodities program. *See* D. Ct. Dkt. 136-1 (table showing affected grants, grant programs, and grantees). However, in the orders appealed, the district court did not issue relief as to grants under this program. *See* D. Ct. Dkt. 3, 22–24. Because the district court has not yet entered an appealable order on the claims brought by Conservation Innovation Fund, neither those claims nor Conservation Innovation Fund are part of this appeal.

DATED: June 12, 2025

                                Respectfully submitted,

                                Kimberley Hunter
                                Irena Como
                                Nicholas S. Torrey
                                Carl T. Brzorad
                                Spencer Gall
                                SOUTHERN ENVIRONMENTAL LAW CENTER
                                136 East Rosemary Street, Suite 500
                                Chapel Hill, NC 27514
                                Telephone: (919) 967-1450
                                Facsimile: (919) 929-9421
                                kmeyer@selc.org
                                icomo@selc.org
                                ntorrey@selc.org
                                cbrzorad@selc.org
                                sgall@selc.org

                                *Counsel for Plaintiff-Appellees The Sustainability Institute, Agrarian Trust, Alliance for Agriculture, Alliance for the Shenandoah Valley, Bronx River Alliance, CleanAIRE NC, Earth Island Institute,*

*Leadership Counsel for Justice and Accountability, Marbleseed, Organic Association of Kentucky, Pennsylvania Association of Sustainable Agriculture, and Rural Advancement Foundation International – USA*

*and*

*Plaintiff Conservation Innovation Fund*

Graham Provost
Elaine Poon
Jonathan Miller
PUBLIC RIGHTS PROJECT
490 43rd Street, Unit #115
Oakland, CA 94609
Telephone: (510) 738-6788
graham@publicrightsproject.org
elaine@publicrightsproject.org
jon@publicrightsproject.org

*Counsel for Plaintiff-Appellees Baltimore, Maryland; Columbus, Ohio; Madison, Wisconsin; Nashville, Tennessee; and New Haven, Connecticut*

Mark Ankcorn, Senior Chief Deputy City Attorney
1200 Third Avenue, Suite 1100
San Diego, California 92101-4100
(619) 533-5800
mankcorn@sandiego.gov

*Counsel for Plaintiff-Appellee City of San Diego*

3

## CERTIFICATE OF SERVICE

I certify that on June 12, 2025, I electronically filed the foregoing with the Clerk of Court for the United States Court of Appeals for the Fourth Circuit by using the appellate CM/ECF system. The participants in this case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system. *See* Local Rule 25(a)(4).

/s/ Kimberely Hunter
Kimberely Hunter
Southern Environmental Law Center