# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

June 13, 2025

_____

RESPONSE REQUESTED

_____

No.   25-1575,   The Sustainability Institute v. Donald Trump
              2:25-cv-02152-RMG

TO:   United States Office of Management and Budget, United States DOGE Service, United States Department of Transportation, Amy Gleason, United States Department of Energy, Donald J. Trump, Lee M. Zeldin, United States Environmental Protection Agency, Christopher A. Wright, Kevin Hassett, Sean Duffy, Elon Musk, United States Department of Agriculture, Russell Vought, Brooke Rollins

RESPONSE DUE: **June 23, 2025**

Please respond to the petition for rehearing en banc on or before June 23, 2025. The response may not exceed 3900 words.

Rachel Phillips, Deputy Clerk
804-916-2702