# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

June 17, 2025

_____

## DOCKET CORRECTION NOTICE

_____

No.   25-1575,       <u>The Sustainability Institute v. Donald Trump</u>
                     2:25-cv-02152-RMG

TO:    Sheldon Whitehouse

MOTION DUE:  June 17, 2025

Please file the motion identified below by the due date indicated using the **MOTION** entry.

---

[ XX ] **MOTION / file amicus brief**

A motion for leave to file amicus brief is required for an amicus brief filed prior to initial consideration of a case on the merits. A motion to extend filing time is required if filed after 06/17/2025.

Rachel Phillips, Deputy Clerk
804-916-2702