# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

June 23, 2025

_____

DOCKET CORRECTION NOTICE
_____

No.   25-1575,        <u>The Sustainability Institute v. Donald Trump</u>
                      2:25-cv-02152-RMG

TO:      Appellants

BRIEF OR JOINT APPENDIX CORRECTION DUE:  June 30, 2025

Please make the correction identified below and file a corrected document by the due date indicated. Use the **BRIEF** or **JOINT APPENDIX** entry and select "Corrected" as a modifier if corrections require the refiling of the electronic brief/joint appendix. Arrangements may be made with the clerk for return of paper copies for correction, if applicable. The time for filing the next brief is unaffected by this notice.

[ XX ] <u>APPENDIX FORMAT INSUFFICIENT BECAUSE (FRAP 32):</u> Cover does not contain Names, Addresses, Phone Numbers of Counsel on **<u>both sides of case.</u>**

Rachel Phillips, Deputy Clerk
804-916-2702