No. 25-1575

---

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

———————————

The Sustainability Institute, *et al.*,

Plaintiffs-Appellees,

v.

Donald J. Trump, *et al.*,

Defendants-Appellants.

———————————

On Appeal from the United States District Court
for the District of South Carolina

———————————

## JOINT APPENDIX: VOLUME 3

———————————

KIMBERLEY HUNTER
IRENA COMO
NICHOLAS S. TORREY
CARL T. BRZORAD
SPENCER GALL
    *Southern Environ-*
       *mental Law Center*
    *136 East Rosemary*
       *Street, Suite 500*
    *Chapel Hill, NC 27514*
    *(919) 967-1450*
    *kmeyer@selc.org*
    *icomo@selc.org*
    *ntorrey@selc.org*
    *cbrzorad@selc.org*
    *sgall@selc.org*

GRAHAM PROVOST
ELAINE POON
JONATHAN MILLER
    *Public Rights Project*
    *490 43rd Street, Unit #115*
    *Oakland, CA 94609*
    *(510) 738-6788*
    *graham@publicrightsproject.org*
    *elaine@publicrightsproject.org*
    *jon@publicrightsproject.org*

MARK ANKCORN
    *Senior Chief Deputy City*
       *Attorney*
    *1200 Third Avenue, Suite 1100*
    *San Diego, CA 92101-4100*
    *(619) 533-5800*
    *mankcorn@sandiego.gov*

BRETT A. SHUMATE
    *Assistant Attorney*
       *General*

BRYAN P. STIRLING
    *United States Attorney*

DANIEL TENNY
SEAN R. JANDA
    *Attorneys, Appellate*
       *Staff*
    *Civil Division, Room*
       *7260*
    *U.S. Department of*
       *Justice*
    *950 Pennsylvania*
       *Avenue NW*
    *Washington, DC 20530*
    *(202) 514-3388*
    *sean.r.janda@usdoj.gov*

# TABLE OF CONTENTS

**Page**

## Volume 1

District Court Order with Grant Chart Exhibit (May 20, 2025),
Order, Dkt. No. 157 ...............................................................J.A. 1
Grant Chart Exhibit, Dkt. No. 157-1...................................J.A. 25

District Court Order (April 29, 2025), Dkt. No. 146 .................J.A. 31

District Court Order (April 9, 2025), Dkt. No. 52 .......................J.A. 48

District Court Order (March 31, 2025), Dkt. No. 32....................J.A. 59

Amended Complaint with Exhibits (March 26, 2025),
Amended Complaint, Dkt. No. 23........................................J.A. 61
Exhibit A: First OMB Memo, Dkt. No. 23-5.................J.A. 155
Exhibit B: Second OMB Memo, Dkt. No. 23-6 ............J.A. 157
Exhibit C: USDA Directive, Dkt. No. 23-7 ..................J.A. 160
Exhibit D: EPA Memo, Dkt. No. 23-8 ...........................J.A. 168
Exhibit E: EPA Executive Order Compliance Review
Requirement, Dkt. No. 23-9 ..............................................J.A. 171
Exhibit F: DOT Memo, Dkt. No. 23-10...........................J.A. 174
Exhibit G: EPA Notice of DOGE Approval
Requirement, Dkt. No. 23-11 .............................................J.A. 178
Exhibit H: DOT Secretary's Directive, Dkt. No. 23-12 ...............J.A. 180
Exhibit I: DOE Memo, Dkt. No. 23-13 ...........................J.A. 183
Exhibit J: EPA Flowchart for Equity-Related
Grants, Dkt. No. 23-14 .......................................................J.A. 187

Exhibits to Plaintiffs' Preliminary Injunction Motion (March 26, 2025),
Exhibit 1: Sustainability Institute Declaration, Dkt. No. 24-2 ....J.A. 190
Exhibit 2: Agrarian Trust Declaration, Dkt. No. 24-3 .................J.A. 234
Exhibit 3: Alliance for Agriculture Declaration, Dkt. No. 24-4 ...J.A. 324

# Volume 2

Exhibits to Plaintiffs' Preliminary Injunction Motion (cont.)
    Exhibit 4: Alliance for the Shenandoah Valley
    Declaration, Dkt. No. 24-5.................................................................J.A. 463
    Exhibit 5: Bronx River Alliance Declaration, Dkt. No. 24-6........J.A. 667
    Exhibit 6: CleanAIRE NC Declaration, Dkt. No. 24-7.................J.A. 735
    Exhibit 7: Conservation Innovation Fund
    Declaration, Dkt. No. 24-8.................................................................J.A. 780
    Exhibit 8: Earth Island Institute
    Declaration, Dkt. No. 24-9.................................................................J.A. 852
    Exhibit 9: Leadership Counsel for Justice and Accountability
    Declaration, Dkt. No. 24-10...............................................................J.A. 920

# Volume 3

Exhibits to Plaintiffs' Preliminary Injunction Motion (cont.)
    Exhibit 10: Marbleseed Declaration, Dkt. No. 24-11 ....................J.A. 942
    Exhibit 11: Organic Association of Kentucky
    Declaration, Dkt. No. 24-12...............................................................J.A. 1148
    Exhibit 12: Pasa Declaration, Dkt. No. 24-13 ...............................J.A. 1368

# Volume 4

Exhibits to Plaintiffs' Preliminary Injunction Motion (cont.)
    Exhibit 13: RAFI-USA Declaration, Dkt. No. 24-14 ...................J.A. 1539
    Exhibit 14: City of Baltimore Declaration, Dkt. No. 24-15 ........J.A. 1917
    Exhibit 15: City of Columbus Declaration, Dkt. No. 24-16 ........J.A. 1988
    Exhibit 16: City of Madison Declaration, Dkt. No. 24-17..........J.A. 2006
    Exhibit 17: City of Nashville Declaration, Dkt. No. 24-18 .........J.A. 2024
    Exhibit 18: City of New Haven Declaration, Dkt. No. 24-19 .....J.A. 2039
    Exhibit 19: City of San Diego (Charvel)
    Declaration, Dkt. No. 24-20...............................................................J.A. 2091
    Exhibit 20: City of San Diego (Widener)
    Declaration, Dkt. No. 24-21...............................................................J.A. 2095

Exhibit 21: List of Plaintiffs' Grants and Statutory
        Authorities, Dkt. No. 24-22 ........................................................J.A. 2124

## Volume 5

Exhibits to Plaintiffs' Reply in Support of Preliminary Injunction
        Motion (April 16, 2025),
        Exhibit 1: U.S. Brief in Federal Circuit, Dkt. No. 64-1 .............J.A. 2140
        Exhibit 2: Chart Summarizing Plaintiffs'
        Injuries, Dkt. No. 64-2 ....................................................J.A. 2242
        Exhibit 3: Pasa Supplemental Declaration, Dkt. No. 64-3 .........J.A. 2247


Transcript of April 23 Hearing, Dkt. No. 142 ......................................J.A. 2252

Exhibits to Government's Response to Court Order (May 6, 2025),
        Exhibit 1: Declaration of Karen Woodrich, Dkt. No. 147-1........J.A. 2325
        Exhibit 2: Declaration of Patricia Kovacs, Dkt. No. 147-2 .........J.A. 2347
        Exhibit 3: Declaration of Arlan Finfrock, Dkt. No. 147-3 ..........J.A. 2351
        Exhibit 4: Declaration of Travis Voyles, Dkt. No. 147-4.............J.A. 2369
        Exhibit 5: Packard Supplemental Search
        Declaration, Dkt. Nos. 147-5 through 147-8................................J.A. 2480

## Volume 6

Exhibits to Government's Response to Court Order (cont.)
        Exhibit 6: Packard Deliberative Process
        Declaration, Dkt. No. 147-9.......................................................J.A. 2759
        Exhibit 7: Declaration of Kailee Buller, Dkt. No. 147-10 ..........J.A. 2812


Exhibits to Plaintiffs' Response to Court Order (May 12, 2025),
        Exhibit 1: Table of Grants and Relief
        Requested, Dkt. No. 149-1............................................................J.A. 2826
        Exhibit 2: Excerpt of Transcript of Preliminary Injunction
        Hearing, Dkt. No. 149-2................................................................J.A. 2832
        Exhibit 3: EPA January 21 Email, Dkt. No. 149-3......................J.A. 2838
        Exhibit 4: EPA March 7 Emails, Dkt. No. 149-4.........................J.A. 2839

Exhibit 5: EPA February 22-24 Emails, Dkt. No. 149-5 ............J.A. 2841
Exhibit 6: EPA February 21-24 Emails, Dkt. No. 149-6 ...........J.A. 2843
Exhibit 7: Supplemental Declaration of the Sustainability
Institute, Dkt. No. 149-7 ....................................................J.A. 2844
Exhibit 8: Inside EPA Article, Dkt. No. 149-8............................J.A. 2853
Exhibit 9: EPA Reduction in Force Memo, Dkt. No. 149-9 .......J.A. 2855
Exhibit 10: Supplemental Declaration of
CleanAIRE NC, Dkt. No. 149-10 ...................................................J.A. 2857

Transcript of May 19 Hearing, Dkt. No. 163 ........................J.A. 2881

Notice of Appeal (May 21, 2025), Dkt. No. 159 ....................J.A. 2936

Docket Sheet ...................................................................J.A. 2937

SUSTAINABILITY INSTITUTE, ET AL v. TRUMP

2:25-CV-02152-RMG

# MARBLESEED DECLARATION
# EXHIBIT 10

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION**

The Sustainability Institute, et al.,

                    Plaintiffs,

v.

DONALD J. TRUMP, in his official capacity
as President of the United States, et al.,

                    Defendants.

Civ. No. 2:25-cv-02152-RMG

## DECLARATION OF LORI STERN, MARBLESEED

I, Lori Stern, declare as follows:

1. My name is Lori Stern, and I live in Monroe, Wisconsin. This declaration is based on my personal knowledge and professional education and experience. I am over the age of eighteen and suffer from no legal incapacity. I submit this declaration in support of Marbleseed, a nonprofit affected by the federal grant pause.

2. I am the Executive Director at Marbleseed. I have worked at Marbleseed for just over 4 years. I received my Master of Arts in Education from Antioch University in Seattle.

3. Marbleseed is a 501(c)(3) nonprofit organization headquartered in Spring Valley, Wisconsin. Established in 1995, Marbleseed supports farmers in their transition toward sustainable, organic farming systems that are ecologically sound, economically viable, and socially just. With a staff of 17, Marbleseed works in community with human-scale farms to support peer-to-peer learning with free and farmer-led programs, print and digital resources, and in-person events that support thriving regenerative and organic farms and food systems.

4. Marbleseed has several federal grants. Seventy percent of our current fiscal budget is funded through federal grants and programs. Marbleseed received an $4,517,254.65 award under USDA's Partnerships for Climate-Smart Commodities Program. The Climate-Smart Commodities partnership supports projects focused on support climate-smart practice implementation, marketing and monitoring.

5. Under our program titled, "Growing, Marketing, and Measuring the Climate-Smart Impacts of Organic Grain & Field Crops," Marbleseed will provide rural and agricultural communities with the tools needed to build operational and environmental resiliency by implementing climate-smart production practices that reduce greenhouse gas emissions and sequester carbon. This is a five-year project that began November 6, 2023.

**J.A. 0944**

6.      Our Climate-Smart project engages farmers from diverse landscapes of geography, weather, environment, soil types and farming styles across 14 states spanning from the upper Midwest to the southeastern United States. Our project partners include Michael Fields Agricultural Institute, Ohio Ecological Food & Farming Association and the OFARM Cooperatives, Organic Farmers Association as subawardees.

7.      USDA uses the online project management system, EzFedGrants, for grant reporting and making requests for federal awards. Marbleseed has requested an advance and reimbursements under its federal awards.

8.      An advance is a payment made in contemplation of the future performance of services, receipt of goods or other assets, or incurrence of expenses.

9.      A reimbursement request means that we must make expenditures and then submit reimbursement request either to a pass-through entity or the federal awarding agency.

10.     On January 15, 2025, we submitted a request for advance payment for the period of February 1, 2025, through March 31, 2025, for $103,987.34 under the Climate-Smart Commodities Program.

11.     The next day, on January 16, 2025, we submitted a reimbursement claim for $103,987.34 for October 1, 2024, through December 31, 2024, for Climate-Smart funding. The full payment was approved on January 17, 2025.

12.     On March 7, 2025, Marbleseed's Operations Director emailed the USDA Partnership Liaison for a status update on our January 15 advance payment request. That same day, the liaison replied that payments were paused because of recent executive orders and that USDA is unable to provide awardees with a definite timeline for payment.

**J.A. 0945**

13.    On March 13, 2025, we submitted a claim for $106,669.49 under the Climate-Smart program. We have not received approval or payment for this request.

14.    As of March 19, 2025, we have not received payment for our January 15 request for advance payment for the period of February 1, 2025, through March 31, 2025, for $103,987.34 under the Climate-Smart program.

15.    Through USDA's NRCS Conservation Stewardship Program (CSP), Marbleseed is also a recipient of a $300,000 Organic Technical Staffing Assistance grant to improve our conservation performance by installing and adopting additional conservation activities, and improving, maintaining, and managing existing activities on agricultural land and nonindustrial private forest land. This work expands conservation planning assistance to organic agricultural producers and accelerates conservation practice implementation for farmers in their network.

16.    For example, the employed technical staff will work with landowners through conservation planning and engineering assistance designed to benefit the soil, water, air, plants, and animals that result in productive lands and healthy ecosystems. The technical staff will also promote, market, implement Farm Bill initiatives and maintain positive relationships with the public, partners, and stakeholders.

17.    We already have a staff person assigned to this agreement. The employee is a long-time staff person with Marbleseed who was assigned to this role when the agreement was initiated.

18.    Under this program, Marbleseed submits all reimbursement requests to the pass through entity, the Wisconsin Natural Resources Conservation Service (NRCS).

19.    On January 31, 2025, a payment reimbursement of $19,923,16 was submitted by the Wisconsin NRCS for expenses incurred between September and November of 2024. We did

not receive a payment, but Wisconsin NRCS provided a status update on March 7, 2025, citing executive orders and the federal funding pause as reason for the delayed reimbursement.

20.    On March 13, 2025, our NRCS project officer sent us a request to submit a reimbursement claim for expenses incurred between January 1, 2025, and February 28, 2025. On March 17, 2025, Wisconsin NRCS submitted a payment reimbursement for $19,923.18 for Marbleseed activities during the period of December 1, 2024, through February 28, 2025.

21.    This grant has been frozen since January 31, 2025, and we have not received reimbursement for our work. We continue to fund the CSP technical staff member for his work despite not receiving reimbursement, which has impacted our organizations' cash flow.

22.    The freeze on federal funds causes substantial harm to our farmers. Our mission is to build a supportive network that fosters knowledge sharing, collaborative projects, and resource exchange among farmers. However, that network has been disrupted by the uncertainties of not knowing whether our contracts with the government will be honored. We are hesitant to take next steps in agreements with our partners because we do not want to make promises that we are unable to deliver on.

23.    As a result, we have seen significant program slowdown for our work under Climate-Smart Commodities and the Conservation Stewardship Program.

24.    Because of the federal funding freeze, we are also unable to pay our Climate-Smart sub-awardees, including farmers in the organic grant marketing cooperative, as well as delaying payments to farmers enrolled and waiting to enroll in the program, which will lead to serious consequences to our relationships with our partners, farmers we serve, and potentially jeopardize the life of the program.

25.    Disruption to grant activities creates significant compliance challenges because while we are attempting to keep our program activities moving along to the extent possible, we cannot fully implement our program due to financial constraints.

26.    Marbleseed's current priority is to reimburse our sub-awardees and farmers for expenses incurred in anticipation of payments under the Climate-Smart Program. However, without the promised federal funding, we will not be able to sustain our program activities beyond this month.

27.    The funding freeze has also forced us to re-evaluate how the suspended grant will impact our future hiring plans and current staffing. For example, we have imposed a hiring freeze where we closed one open full-time staff position. We also reduced employee working hours as an alternative to layoffs and have redirected staff time to other funded program areas.

28.    We have reached out to private philanthropy to assist with this difficult predicament, but our USDA federal grant awards are substantial and cannot be replaced with private funding.

29.    The funding freeze has not only caused a financial strain on our organization but has taken an emotional toll on our staff. We are deeply committed to supporting the critical work of farmers within our network and have felt frustrated with the loss of critical support to farmers with whom we have developed long-standing relationships.

30.    Marbleseed employees—including myself—have expressed losing sleep and heightened anxiety as a direct result of the uncertainty of our program. We have dedicated more time towards advocating for farmers, including reaching out to Secretary Rollins and Wisconsin congressmembers. Despite this outreach, our federal funding remains frozen.

31.     The freeze has disrupted our regular workflows. Our staff is devoting limited resources to track, monitor and respond to executive actions, while also meeting the usual demands of managing the organization, leading to increased hours. This added work includes real-time tracking of executive actions and evaluating the potential impacts to our farmers on the ground.

32.     This time of the year, the Marbleseed team is usually planning field days—on-the-farm trainings and education events. However, we are spread thin due to the funding pause and have found it challenging to provide this opportunity to our partners and communities. For example, the financial limitations mean we must be mindful of incurring employee travel expenses while juggling our grant obligations.

33.     Not only that, but our board of directors is frequently convening under the funding pause because they are being asked to make critical management and budgetary decisions under tighter than usual timelines. This is a significant time commitment for a group that is made up of volunteer farmers.

34.     The program interruptions extend beyond the Climate-Smart and Conservation Stewardship Program and filter into other critical areas of Marbleseed's work and inevitably have larger impacts on local food security and the livelihoods of the farmers we serve.

35.     Marbleseed takes great care to be good stewards of resources and manage our federal funding responsibly. However, under the shifting guidance from the federal government and USDA, it is a seemingly impossible task. We are fearful of government retaliation or loss of funding to our other programs for joining this litigation.

36.     The injury to Marbleseed and its interests would be redressed by an order from this Court granting the Plaintiffs the relief they have requested.

**J.A. 0949**

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States, the foregoing is true and correct.

Executed this _25_____ day of ___March___ 2025.



_____

Lori Stern

MARBLESEED DECLARATION

EXHIBIT 10-A

OMB Number: 4040-0004
Expiration Date: 11/30/2025

## Application for Federal Assistance SF-424

**\* 1. Type of Submission:**
- [ ] Preapplication
- [x] Application
- [ ] Changed/Corrected Application

**\* 2. Type of Application:**
- [x] New
- [ ] Continuation
- [ ] Revision

**\* If Revision, select appropriate letter(s):**

**\* Other (Specify):**

**\* 3. Date Received:** Completed by Grants.gov upon submission.

**4. Applicant Identifier:**

**5a. Federal Entity Identifier:**

**5b. Federal Award Identifier:**

### State Use Only:

**6. Date Received by State:**

**7. State Application Identifier:**

### 8. APPLICANT INFORMATION:

**\* a. Legal Name:** Midwest Organic and Sustainable Education Service, Inc.

**\* b. Employer/Taxpayer Identification Number (EIN/TIN):** 39-1824623

**\* c. UEI:** KWHJGBFCLMT6

**d. Address:**

**\* Street1:** PO Box 339

**Street2:**

**\* City:** Spring Valley

**County/Parish:** Pierce

**\* State:** WI: Wisconsin

**Province:**

**\* Country:** USA: UNITED STATES

**\* Zip / Postal Code:** 54767-0339

**e. Organizational Unit:**

**Department Name:**

**Division Name:**

**f. Name and contact information of person to be contacted on matters involving this application:**

**Prefix:**

**\* First Name:** Sarah

**Middle Name:**

**\* Last Name:** Broadfoot

**Suffix:**

**Title:** Operations Director

**Organizational Affiliation:** Marbleseed (formerly know as MOSES)

**\* Telephone Number:** 715-778-5775 x706

**Fax Number:** 1-888-906-6737

**\* Email:** grants@marbleseed.org

**Application for Federal Assistance SF-424**

**\* 9. Type of Applicant 1: Select Applicant Type:**

M: Nonprofit with 501C3 IRS Status (Other than Institution of Higher Education)

Type of Applicant 2: Select Applicant Type:

Type of Applicant 3: Select Applicant Type:

**\* Other (specify):**

**\* 10. Name of Federal Agency:**

Natural Resources Conservation Service

**11. Catalog of Federal Domestic Assistance Number:**

10.937

CFDA Title:

Partnerships for Climate-Smart Commodities

**\* 12. Funding Opportunity Number:**

USDA-NRCS-COMM-22-NOFO0001139

**\* Title:**

Partnerships for Climate-Smart Commodities – Building Markets and Investing in America's Climate-Smart Farmers, Ranchers & Forest Owners to Strengthen U.S. Rural and Agricultural Communities

**13. Competition Identification Number:**

Title:

**14. Areas Affected by Project (Cities, Counties, States, etc.):**

| Add Attachment | Delete Attachment | View Attachment |

**\* 15. Descriptive Title of Applicant's Project:**

Growing, Marketing, and Measuring the Climate-Smart Impacts of Organic Grain & Field Crops

Attach supporting documents as specified in agency instructions.

| Add Attachments | Delete Attachments | View Attachments |

**Application for Federal Assistance SF-424**

**16. Congressional Districts Of:**

* a. Applicant  `WI-003`                    * b. Program/Project  `WI-003`

Attach an additional list of Program/Project Congressional Districts if needed.

| | Add Attachment | Delete Attachment | View Attachment |

**17. Proposed Project:**

* a. Start Date:  `09/01/2022`                    * b. End Date:  `08/31/2027`

**18. Estimated Funding ($):**

| | |
|---|---|
| * a. Federal | 4,519,785.09 |
| * b. Applicant | 0.00 |
| * c. State | 0.00 |
| * d. Local | 0.00 |
| * e. Other | 0.00 |
| * f. Program Income | 0.00 |
| * g. TOTAL | 4,519,785.09 |

**\* 19. Is Application Subject to Review By State Under Executive Order 12372 Process?**

☐ a. This application was made available to the State under the Executive Order 12372 Process for review on _____ .

☐ b. Program is subject to E.O. 12372 but has not been selected by the State for review.

☒ c. Program is not covered by E.O. 12372.

**\* 20. Is the Applicant Delinquent On Any Federal Debt?  (If "Yes," provide explanation in attachment.)**

☐ Yes     ☒ No

If "Yes", provide explanation and attach

| | Add Attachment | Delete Attachment | View Attachment |

**21. \*By signing this application, I certify (1) to the statements contained in the list of certifications\*\* and (2) that the statements herein are true, complete and accurate to the best of my knowledge. I also provide the required assurances\*\* and agree to comply with any resulting terms if I accept an award. I am aware that any false, fictitious, or fraudulent statements or claims may subject me to criminal, civil, or administrative penalties. (U.S. Code, Title 18, Section 1001)**

☒ \*\* I AGREE

\*\* The list of certifications and assurances, or an internet site where you may obtain this list, is contained in the announcement or agency specific instructions.

**Authorized Representative:**

Prefix: _____                    * First Name:  `Lori`

Middle Name: _____

* Last Name:  `Stern`

Suffix:  `MA Ed`

* Title:  `Executive Director`

* Telephone Number:  `715-775-5775 x702`        Fax Number:  `1-888-906-6737`

* Email:  `lori.stern@marbleseed.org`

| * Signature of Authorized Representative: | Completed by Grants.gov upon submission. | * Date Signed: | Completed by Grants.gov upon submission. |

**Project Narrative File(s)**

---

\* **Mandatory Project Narrative File Filename:**    `MOSES_CSAF_ProjectNarrative_final.pdf`

[ Add Mandatory Project Narrative File ]    [ Delete Mandatory Project Narrative File ]    [ View Mandatory Project Narrative File ]

---

To add more Project Narrative File attachments, please use the attachment buttons below.

[ Add Optional Project Narrative File ]    [ Delete Optional Project Narrative File ]    [ View Optional Project Narrative File ]

### *Growing, Marketing, and Measuring the Climate-Smart Impacts of Organic Grain & Field Crops*

**Project Lead:** Marbleseed (formerly MOSES-Midwest Organic & Sustainable Education Service) Lori Stern, MA Ed-Executive Director Marbleseed **Lori.stern@marbleseed.org**

**Project Partners:** Michael Fields Agricultural Institute; Ohio Ecological Food & Farming Association (OEFFA); OFARM Cooperatives, Organic Farmers Association (OFA).

**Underserved/Minority-focused Project Partners:** Tennessee State University (TSU), Kansas Black Farmers Association (KBFA).

*Executive Summary*

The world is confronted with the challenge of climate change. A crisis that many have sought to deny, the impacts and reality of this global problem are becoming harder to ignore. On farms, many producers are experiencing firsthand the negative impacts of climate change with sporadic weather patterns and more frequent severe storms or droughts. These unreliable weather patterns are destabilizing our food, fuel and fiber supply chains and are forcing farms of all scopes and sizes to try and adapt. And yet, it is on the same farmlands that bear the brunt of climate change that also present one the planet's greatest resources in addressing climate change. A growing body of science, in particular, is showing that organic production systems present some of agriculture's best opportunities to reduce greenhouse gas emissions, sequester carbon and mitigate global climate change.

Organic production is a farming system founded on building healthy soil. For organic grain growers, the key is to establish a robust crop rotation including the use of cover crops. A well-designed crop rotation will aid in managing pests, weeds, and diseases, secure soil from erosion year-round, and increase soil fertility for the next crop in the rotation. And although organic production systems are based on sustainable agriculture principles, this project will focus on promoting, measuring and verifying organic farming practices that organic grain producers can implement to achieve climate-smart agriculture and forestry (CSAF) outcomes.

The project also recognizes that verifying and incentivizing organic practices and crop rotations as climate smart practices is just half of the challenge. If consumers and buyers do not understand that the grains and crops produced on these farms are climate-smart commodities, then it will be difficult for producers to market and sell these products. And without a viable market for these climate-smart commodities, there is no incentive for producers to continue following their crop rotation plan. Therefore, the project will accomplish three main objectives: 1.) incentivize the adoption of climate smart organic production practices by small-scale underserved producers, 2.) monitor and verify the climate smart benefits of organic production practices, and 3.) create and expand markets for organically-produced climate-smart commodities.

> **Objective 1: Incentivize & Adopt Practices**
> **Objective 2: Monitor & Verify Impacts**
> **Objective 3: Create & Expand Markets**

PREVIEW Date: Mar 28, 2023     Workspace ID: WS00920887 Funding Opportunity Number: USDA-NRCS-COMM-22-NOFO0001139

**J.A. 0956**

To accomplish these objectives, this project will engage farmers from diverse landscapes of geography, weather, environment, soil types and farming styles across 14 states spanning from the upper Midwest to the southeastern United States. Participating states include: North Dakota, South Dakota, Nebraska, Kansas, Missouri, Iowa, Minnesota, Wisconsin, Illinois, Indiana, Michigan, Ohio, Kentucky, and Tennessee. This project will pilot CSAF practices with at least 40 small-scale underserved farmers. A team of Field Service Coordinators will provide the necessary technical assistance, education and mentorship to participating enrolled farmers so that they can implement and monitor climate smart organic growing practices on their own farms. Project-wide "Grower Summits" will be held annually starting in 2024. Grower Summits will rotate to a different region in the project area each year through 2027. These annual meetings will provide the management team, project partners and enrolled farmers with the opportunity to evaluate and reflect on challenges, setbacks, successes and next steps. They will offer farmers the space to share stories from the field and researchers a forum to share findings from data analysis. Growers Summits will foster peer-to-peer learning and focus on project planning, resource sharing, and gathering lessons-learned.

*Project Team*

We recognize that a successful climate-smart agriculture and forestry (CSAF) strategy will require a multi-pronged approach across the supply chain, and as such, this project has put together a team of multiple partner organizations with diverse skillsets working together across multiple regions in one large project area.



As lead applicant, Marbleseed (previously MOSES) will provide overall support for all regions to meet project timelines and deliverables. Marbleseed has decades of experience providing

2 of 15

technical support to growers, organizing educational events and leading multi-state projects. Marbleseed has been working with organic and transitioning farmers in the Midwest for over 30 years as the Midwest Organic & Sustainable Education Service (MOSES) and continues to host the largest organic farming conference in the country. With an annual budget of over 1.5 million dollars a year from diverse sources and several years of clean audits, Marbleseed has the fiscal controls and capacity to manage a federal grant of this size with multiple subawards and contracts. Marbleseed will contribute technical assistance to enrolled farmers on practice adoption, as well as work with project partners to identify and address cross-training needs of the project Field Service Coordinators (technical support staff) related to selecting crop rotations, monitoring climate benefits and marketing.

Ohio Ecological Food & Farm Association (OEFFA) is one of the oldest certification and organic education agencies in the country. OEFFA educators meet producers where they are, answer questions about the organic certification process, standards, and production, and provide useful resources. OEFFA will provide transitional support to participating grain and row crop farmers, assisting in goal setting, crop planning, organic certification and technical organic management including crop rotations. Further, OEFFA is prepared to partner on technical team leadership responsibilities including overseeing and managing the technical teams for each area and coordinating communication within respective areas.

OFARM is an umbrella farmer marketing cooperative whose members are the following organic grain marketing cooperatives: Central Plains Organic Farmers, NFOrganics, and Midwest Organic Farmers Co-op. OFARM's role is to coordinate activities to address common needs around marketing climate-smart grains and crops, such as marketing coordination, expansion of production, promotion, consumer education, etc. This project aligns with OFARM's primary goal of improving farmer livelihoods and helping address the challenges of climate change with improved and expanded organic grain production and cooperative marketing. OFARM brings an already well-established marketing element into the project as well as a multi-region coordination and communication structure to enhance project management.  OFARM currently serves primarily small to intermediate scale producers with 95% of its membership having annual sales of less than $350,000.

Michael Fields Agricultural Institute (MFAI) is a non-profit organization addressing the challenges of soil fertility, water quality, climate resilience, food security and farm success through research, education and policy. MFAI is based in East Troy, Wisconsin, and serves diverse farmers and communities in the Upper Midwest. MFAI's Research program will co-lead the Environmental Monitoring objectives of this proposal in partnership with Tennessee State University researchers. Agroecologist Nicole Tautges, PhD, will collaborate with project leadership to develop and deploy environmental monitoring measurements on collaborating farms to quantify soil and habitat provisioning changes among farm operations with different management types, including tracking changes over time with management changes and adoption of organic practices. MFAI will co-lead data management and communication of environmental impact outcomes to farmers and other stakeholders to perform outreach to widen adoption of climate-friendly organic farming practices.

PREVIEW Date: Mar 28, 2023        Workspace ID: WS00920887 Funding Opportunity Number: USDA-NRCS-COMM-22-NOFO0001139

**J.A. 0958**

Tennessee State University (TSU), is an 1890 Land-Grant institution and one of the important Historically Black Colleges and Universities (HBCU's). Dr. Dilip Nandwani, TSU Professor of Organic Agriculture. Dr. Nandwani will provide technical assistance and act as the Field Service Coordinator responsible for outreach activities in Tennessee and in an advisory role project-wide. TSU is uniquely positioned to fulfill this initiative There are more than 6,000 African American students among the approximately 9,000 students enrolled at TSU. TSU is located in north Nashville, a low-income community of color (~87% African American, 4% other, 9% white). This current project will build on previous work conducted at TSU in organic agriculture, research and education under Southern Agriculture Research and Education (SARE), USDA-NIFA, USDA-CBG projects and stakeholders will have opportunities to adopt organic agriculture practices that include culturally appropriate grain rotations and participate in the emerging markets through aggregation and cooperatives under OFARM.

Kansas Black Farmers Association (KBFA) has been serving underserved and historically disadvantaged producers for over two decades. Based out of Nicodemus, in northwest Kansas, the only remaining western town established by African Americans during the Reconstruction period following the Civil War, KBFA, works to grow the number of minority farmers in America. KBFA will help recruit BIPOC farmers to enroll as a participating farmer willing to adopt and implement climate-smart organic practices including diversifying their crop rotation for this grant project. They will collaborate in outreach and engagement to the larger minority farming communities in Kansas and the Midwest.

Organic Farmers Association (OFA) provides a strong and unified national voice for certified organic producers across the United States. OFA will help recruit farmer participants, engage enrolled farmers in the organic farming community, share project findings on the climate-smart benefits of organic farming with diverse crop rotations, assist in education and changes for improved policies to support and market climate-smart commodities developed by this project.

The management team will consist of individuals from each of the partner organizations. Tom Manley from Marbleseed and Julia Barton from Ohio Ecological Food & Farm Association (OEFFA) will serve as project managers and provide overall project leadership. Tom and Julia will work with all project partners throughout the entire project area to engage and recruit small-scale underserved growers to accomplish the first objective: Incentivize & Adopt Practices. Tom and Julia will coordinate with all project partners to schedule the Grower Summits and facilitate Field Service Coordinator training and assignments. Nicole Tautges with Michael Fields Agricultural Institute (MFAI) and Dilip Nandwani from Tennessee State University will provide technical leadership and conduct all data analysis to accomplish the second objective: Monitor & Verify Impacts. Nicole and Dilip will coordinate with and support all Field Service Coordinators to ensure that farmers have access to the support they need to successfully implement CSAF practices and get climate-smart commodities to market. Leon Atwell, from OFARM, will serve as the project lead for the third objective: Create & Expand Markets. Leon will connect marketers from the OFARM family of cooperatives to the enrolled farmers through the Field Service Coordinators. This will link marketing to other technical assistance to ensure farmers have successful outcomes in marketing their crops.

4 of 15

The core project management team will serve as both advisors and implementors for the project. The team will meet monthly in the first year and then quarterly in subsequent years. In addition, this team will coordinate the annual Growers Summit and advise on regional technical assistance offerings (conference grain tracks, field days, business planning, etc.). This team will also track project progress, problem solve and communicate ongoing project activities, draft required project reports summarizing the activities completed in each region and ensure all reporting requirements are met. The Field Service Coordinators nested in each partner organization will also meet monthly for the purposes of coordination and accessing technical assistance resources across the regions and partner expertise.

Progress toward achieving the objectives and outcomes for the project will be monitored by the project evaluation team. A project team member will be assigned the evaluation component and be part of regular project team meetings to maintain an evaluation presence while capturing key progress steps throughout the project. The project evaluation leader will be supported by the other members of the technical assistance team in the evaluation efforts. In order to gather evaluation data, the project evaluation lead will participate in project team meetings on a regular basis. They will track the project's progress compared to the proposed work plan, capture overall project outcomes and objectives being met throughout the project and more specifically track progress on attaining proposed project indicators.  Project results will be compiled into regular performance reports as required and the final performance report will include a summary of results related to each objective.

**Objective 1: Incentivize & Adopt Practices**: piloting climate smart ag practices on farm.

*CSAF Practice: Incorporating Cover Crops and diversifying crop rotations*

As the degradation of soil became apparent after years of corn-soybean rotations, the use of cover crops has become recognized as a critical part of maintaining soil health, eliminating the dependency on external inputs, and preventing soil loss. Now research is showing its valuable role in capturing carbon and addressing climate change. Incorporating cover crops into a farm's crop rotation provides ecosystem services including water infiltration, erosion prevention, nitrogen fixation, soil organic matter growth, pollinator habitat and weed control. In addition to these environmental benefits, cover crops can also serve as an additional source of income for farmers or as forage for livestock. There is a wide array of cover crop options for farmers to employ and depending on the goals of the farmer and the needs of the farm, farmers can tailor-select a mix that addresses those goals and needs.

One of the most common cover crops to add to a crop rotation are legumes, which can be interseeded into an existing crop to control weeds and build soil fertility while simultaneously growing the main cash crop. When timed correctly, interseeding cover crops can be ready to maintain ground cover after the main crop is harvested, eliminating windows of time where soils are left bare. Incorporating cover crops into a crop rotation also decreases the need for applying high rates of fertilizer, which can be expensive and pose negative environmental consequences, including runoff and leaching, if not managed or applied carefully.

PREVIEW Date: Mar 28, 2023        Workspace ID: WS00920887 Funding Opportunity Number: USDA-NRCS-COMM-22-NOFO0001139

**J.A. 0960**

A diverse crop rotation will include crops that build tilth and root mass throughout the soil profile, building carbon reserves, feeding soil biology, and storing more water and fertility; feeding the soil so the soil can feed the crop. However, crop diversity builds resilience in more than just the soil and ecosystem, it can also build resilience in underserved communities. Rotations that include heritage grains like sorghum, millet, teff, amaranth, and buckwheat have the potential to create several benefits for producers and ecosystems. Some are better adapted to drier environments; some have pollinator habitat benefits; and some offer cultural relevance to BIPOC producers with ancestral connections to Africa, Asia, and Latin America.

*Farmer Recruitment, Outreach and Technical Assistance Plan*

Through existing farmer networks and trusted partnerships with farmers, this project will engage and enroll small-scale underserved farmers from the project area's 14 states. Outreach and communication tools will include newsletters, events, social media and direct interaction. This multistate project will enroll at least 40 field crop farmers already engaged in organic production or desiring to transition to organic systems across 14 states. An enrollment incentive of $8,000 will be paid to each participating farmer for the duration of the project that will compensate farmers for their time and expenses farming, implementing climate-smart agriculture practices, attending the regional Grower Summits, assisting with monitoring greenhouse gas benefits on their farm, and working with Field Service Coordinators.

Through a collaborative effort that capitalizes on the skillsets of each partner organization, the project will work together to reduce barriers for farmers interested in adopting CSAF practices; measure and quantify the climate and GHG benefits of these practices; and develop or expand markets for these climate-smart commodities. To accomplish this, a team of Field Service Coordinators will be trained (Fall 2022 – Winter 2023) and stationed throughout the 14-state project area. Field Services Coordinators will work directly with producers starting in the spring 2023 for four years through the end of the growing season in 2026. Field Service Coordinators will learn each farm's key challenges in organic crop production and marketing. Field Services Coordinators will collect production inventory data, assess grain quality, address supply chain challenges, and coordinate the climate-smart monitoring directed by MFAI and TSU.

The activities of the Field Service Coordinators will be aligned with the project management requirements coordinated through MOSES, OEFFA, and OFARM. Field Service Coordinators will bring the combined strengths and skillsets of all the partner organizations including: organic agriculture education, production technical assistance, and marketing expertise skills. Field Service Coordinators will provide grain growers with individualized assistance to help each enrolled farmer reach production goals, establish a crop rotation that meets their own farm needs, grow grains and crops that fit into markets developed by the project, and ensure that the adopted CSAF practices are effective, scalable, and financially viable. Field Service Coordinators will connect enrolled producers with resources and technical assistance, including OFARM Marketers who will help each farm develop individualized marketing plans and tap into new markets.

Each year, all enrolled farmers will gather together with Field Service Coordinators and other project partners to share success stories as well as setbacks, to talk about challenges and the

strategies that were required to overcome those challenges. These gatherings will be the Grower Summits. Grower Summits will provide an annual opportunity for all 40 enrolled farmers and project staff to meet for a day-long educational event that will include speaker-experts on content identified as needed by the farmers and Field Service Coordinators. In addition to practical information, the Summits will enable farmers to learn from each other and across the regions, as well as hear from the monitoring team about the data collected, sharing additional observations, identifying other climate, and marketing benefits that emerge over time. Grower Summits will also provide a forum in which all project partners can make collective decisions about how to brand new climate-smart commodities and develop new markets. A total of four Grower Summits will be held in years 2-5, with a different partner taking a turn to host this event each year: OEFFA hosting the first Grower Summit in 2024 in Ohio, Marbleseed hosting the second Grower Summit in 2025 in Wisconsin, Tennessee State University hosting the third Grower Summit in 2026 in Tennessee and OFARM hosting the final Grower Summit in 2027 in Kansas.

Marbleseed was one of the first farmer education organizations to initiate a formalized farmer mentoring program over fourteen years ago. Peer learning is critical to practice adoption and this project will also utilize a peer learning model with the technical assistance provided regionally. OFARM is a cooperative of crop farmers with years of experience across the Midwest. Marbleseed and OEFFA utilize farmer speaker/presenters through hosted field days and their annual conferences.

Many of these educational events during the project period will also provide opportunities for farmers beyond those enrolled in the project to learn about diverse crop rotations, climate smart practices, and emerging organic grain and crop markets. OEFFA and Marbleseed will create grain-focused tracks at their annual conferences. Additionally, through project field days and other educational events, including annual conferences, hosted by OEFFA, Marbleseed, OFARM, MFAI, TSU and other project partners, this project will engage at least 400 farmers annually (beyond the 40 enrolled producers), for a total of 2,000 additional farmers that will visit farms implementing diverse crop rotations and learn firsthand about the benefits of climate-smart organic systems.

Field days will be one of the main ways that we engage small-scale and underserved farmer communities. One field day per region will be held each year in all four regions for a total of 20 field days organized during the entire 5-year project. The first-year field days will focus on how to implement climate-smart practices and will be used to help educate newly enrolled producers as well as recruit additional farmers that want to enroll in the pilot project. In years 2-4, the field days will focus on different aspects of implementing climate-smart practices, producing climate-smart commodities, or accessing new markets. The specific topic of the field day will be determined based on input by the participating host farm and any identified issues or interest by other farmers. In year 5, the field day will focus on showcasing successes and sharing lessons-learned. By dispersing field days throughout each region annually, we plan to keep field days spread out geographically so that we maximize outreach efforts to new small-scale and underserved farmers interested in learning about organic practices and producing climate-smart commodities.

PREVIEW Date: Mar 28, 2023        Workspace ID: WS00920887 Funding Opportunity Number: USDA-NRCS-COMM-22-NOFO0001139

**J.A. 0962**

By applying the organizational expertise from diverse partner organizations across a wide region, this project will maximize information sharing, outreach, and impacts of this pilot initiative. The resulting increased farmer and buyer engagement will fuel accelerated adoption of climate smart practices by additional farms and further drive market development of this project's climate-smart commodities. By taking a holistic full supply-chain approach and capitalizing on the broad expertise in **organic education, adoption, research, and marketing** from project partners, this project will develop a model that takes advantage of economies of scale using cooperative marketing; a model that fosters farmer peer-to-peer learning through Grower Summits, conference grain tracks and on-farm field days; a model that benefits the climate, producers and markets; and a model that can be expanded and replicated across the nation.

**Objective 2: Monitor & Verify Impacts**: measuring the GHG benefits of adopted practices.

The organic practices of main focus in this project include increasing rotation diversity (e.g., crops other than corn and soybean); application of organic nutrient sources like compost and manure; cover cropping, and riparian buffer zones with perennial cover. These practices have been shown to protect the environment and provide ecosystem services in some academic studies and cover cropping and buffer zones are incentivized practices under USDA NRCS conservation programs. What is lacking is focus on measuring and articulating the outcomes of rotational diversification (likely because it is difficult to do in our current agricultural market system), and a holistic understanding of the benefits of stacking multiple conservation practices—this holistic system forms the basis for organic agriculture.

Rotational diversification can improve both adaptation and resilience to climate change in the U.S. agricultural system in several ways. Planting three or more crops in one year on an operation can decrease the chance of whole-farm crop failure from a particular environmental disruption by diversifying crop traits and performance under disruption; for example, wheat performs well under drought conditions compared with corn and soybean. Furthermore, diverse crop rotations input a diversity of residue qualities into the soil (e.g., legume residues rich in N and relatively low in C, compared with high-C corn stover) that can recruit and grow soil microbial communities important for the formation of soil structural components like macroaggregates, which increase soil aeration and drainage, as well as improving resistance to compaction and water-holding capacity. Diverse microbial communities and crop residue inputs also contribute to soil organic matter formation, a crucial process for taking carbon out of the atmosphere and creating long-term C storage pools in the soil. The incorporation of other residues, like those of winter cover crops (which introduce more diverse residues into the cash crop rotation) and organic materials such as manure and compost, creates synergies with crops in rotation to form a system that is soil *building* rather than *degrading*, and creates habitat for micro- and macrofauna that contribute to system floral and faunal diversification—another agroecological lever to pull to guard against climate change disruptions.

The monitoring component of this study will focus on measuring environmental indicators on all collaborating farms that relate to soil and water biophysical processes in agricultural fields, and how those processes contribute to, or mitigate, agriculture's contribution to climate change. The goals of our monitoring component are to:

PREVIEW Date: Mar 28, 2023    Workspace ID: WS00920887 Funding Opportunity Number: USDA-NRCS-COMM-22-NOFO0001139

**J.A. 0963**

1. identify organic and transitioning management practices that improve soil biophysical indicators over time (e.g., carbon storage, water infiltration, soil structure, etc.); and
2. quantify soil biophysical indicators on organic farms that increase agricultural soils' ability to draw down atmospheric carbon and farm production resiliency.

To address these questions, we will take measurements of each farm's soil *physical*, *chemical*, and *biological indicators* to assess the health and stability of each farm's soil, and analyzing it taking into consideration each farm's unique cropping and management practice history. These indicators were prioritized and selected by stakeholder farmers who provided input on this proposal and who hope to collaborate on tracking these indicators on their farms.

*Soil Physical Indicators*

Soil physical properties are not only important for farmers' abilities to interface and manage crop fields (including timing of operations and ease of mechanical operations like tillage), but are also primary determinants of soil-water-plant-microbe interactions that impact a system's carbon storage rate. Microbes and the way they interact with crops are a key player in soil carbon storage mechanisms, and the soil physical environment exerts a large impact on the ability of microbes to survive and thrive.

Common soil structural measurements like bulk density and aggregation are good indicators for suitability of soil environments for microbes; e.g., a soil with low bulk density and high macroaggregation is not compacted, is well aerated, and contains plenty of microenvironments that facilitate microbial functions and biodiversity. In contrast, a soil with high bulk density and low aggregation is likely compacted and does not contain the micropores and other complex structural spaces required by high-functioning microbial communities.

We will measure bulk density and macroaggregation (amount of large soil aggregates that have shown to stabilize and hold soil carbon) annually by collecting soil samples in June for 4 years (2023-2026) on all participating (at least 40) farms to monitor soil structural health. In year 1, we will also analyze soil samples for soil texture, to use as a covariate in all soil analyses (i.e., to adjust for differences among farms in soil texture, a static soil variable). Soil structural indicator data will be cross-referenced with historical crop and management data to evaluate what organic and transitioning management practices have the ability to improve soil structural indicators, within a texture class.

Another soil physical property that will be monitored is water infiltration, which impacts runoff. Excess runoff can cause soil erosion and loss of nutrients or other farm inputs, polluting surface water bodies and degrading the environmental health, while also resulting in financial losses for growers. A healthy soil with good structure will have a greater water infiltration rate, leading to soils that can be managed by growers and can assist with groundwater recharge, an essential ecosystem service in all regions to safeguard against drought conditions. We will measure water infiltration on enrolled farms once per year from 2023-2026 using a SATURO Automated Field Infiltrometer, a field measurement tool that uses a multi-pressure head analysis system to optimize accuracy of hydraulic conductivity measurements.

*Soil Chemical Indicators*

Routine soil testing is common on many farms and is necessary to provide a baseline for understanding soil organic matter and chemical pools. Annual soil samples will be analyzed for routine tests including pH, organic matter, nitrate, phosphorus, potassium, and cation exchange capacity, to allow us to track soil macronutrient content over time and among management practices. We will also measure total soil carbon and nitrogen to track soil carbon storage during the period of the study, and permanganate-oxidizable carbon (POX-C), an early indicator of soil carbon storage (Awale et al. 2017). Percent carbon data received from this analysis will be used in conjunction with bulk density to compute total carbon stocks sequestered/emitted, indicating a system's ability to either draw down or contribute to atmospheric carbon. Soil total carbon will be cross-referenced with other soil carbon pool indicators, including organic matter, microbial carbon, and microbial respiration, to gain an understanding of a system's soil carbon flux (either positive or negative) and its biological carbon use efficiency.

*Soil Biological Indicators*

Biodiversity is an ecosystem service that can be both provided by, and benefit from, agricultural management practices. Creating habitat on-farm for wildlife like birds and ground-nesting mammals, as well as insects and arthropods, can be enhanced through incorporation of cover crops and buffer zones, among other practices, and rotational diversification can enhance microbial diversity in the soil. Enhanced biodiversity has been shown to increase C storage potential of the farm, as well as foster beneficial predators that keep pest populations at bay (Steenwerth et al. 2014). We will track biodiversity gains with conversion to organic practices on-farm by cooperating with collaborating farmers to observe wildlife presence and activity on their farms. Farmers will be asked to periodically collect soil samples and count earthworms to monitor soil macrofauna activity. Pitfall traps will be placed within fields of study to collect and count ground-nesting pests, and sticky traps will be deployed next to fields to count the number of beneficial predators present. Farmers with buffer zones will also be given protocols to collect bird sighting data. We will ask farmers to take photos of species they cannot identify that can be identified by experts later. We will cooperate with entomologists at UW-Madison to provide farmers with protocols (including a mobile app call WiBee) to monitor pollinator visitations when farmers plant a flowering crop that potentially can offer pollinator services. Farmers will be assisted by the Field Service Coordinators to perform these observations and collect data. Observational data will be transferred to the Data Management Team for analysis and storage.

Collected data and climate benefit quantification will be of high value and interest to enrolled farmers. As data is compiled from the enrolled farms from across the 14-state project area, Field Service Coordinators will assist enrolled producers with using the USDA's online Carbon Management Evaluation Tool (COMET) to evaluate the potential carbon sequestration and greenhouse gas reductions from adopting the organic and crop rotation production practices. Grower Summits will provide an opportunity for the monitoring team to share the emerging results and can be used by the marketing team to begin to build the narrative that will inform both practice adoption and marketing efforts. The project management team will prepare reports and outreach and promotion materials to effectively communicate results and the value of these climate-smart commodities to new producers interested in adopting the climate-smart

10 of 15

practices evaluated in the project and to consumers to relay the value and benefits of the project's climate-smart commodities along the supply chain.

**Objective 3: Create & Expand Markets**: increasing market opportunities for climate-smart commodities and building on existing systems of traceability through the supply chain.

In order to expand markets for climate smart commodities a promotional program will be developed aimed at increasing the awareness of consumers, buyers, processors as well as producers of the benefits of utilizing climate smart practices. A communication plan will be developed by the project team and implemented by the end of the project as a critical piece for ongoing marketing. Communications efforts will focus on the climate impacts enrolled producers realized along with identifying additional value and benefits to end users and customers. Promotional messaging will be developed that is tailored around why consumers should choose food products produced using climate smart practices, how organic production is inherently climate smart, how grain and field crop supply chains are being monitored for climate smart practices, how cooperatives help the small producers in expanding the markets for climate smart commodities. A critical aspect of the communications plan will be a "climate smart promotional program" that will include video interviews with the enrolled farmers, project partners as well as marketers, buyers, processors and potential consumers. The video interviews will be edited into various length segments using a documentary format. Footage will then be used for webinars, promotions, advocacy, brand development and social media. A production company will be commissioned to develop the videos.

*Developing Individualized Marketing Plans*

Incorporating new crops into a farm's crop rotation and adopting organic climate-smart agricultural practices is a multi-faceted paradigm shift in philosophy and practice. In the non-organic sector, there is a well-established marketing process that conventional producers can access. However, as producers work to implement climate-smart practices and develop new climate-smart commodities, there is a lack of marketing channels and developed markets to support the sustainable long-term production of these alternative crops and the continued implementation of practices that will help address the climate change crisis that the world faces. To foster lasting change, promote more farmers to adopt CSAF practices and grow markets for climate-smart commodities, a strong marketing plan is paramount.

Creation of a marketing plan that embraces the basic premise of developing marketing relationships with credible end users is a key element in providing sound business planning for economic success. Although traditional crops have developed markets that all scales of farm operations can access, small-scale or underserved producers often lack the time, skills, or funding to develop markets for new crops. Marketing cooperatives present producers with options to come together to aggregate crops to meet market demands, split the costs of shared expenses, and pool resources to engage in cooperative marketing efforts.

Cooperative marketing is a well-established process to assist producers in effectively engaging new markets by capitalizing on economies of scale to reduce transactional costs that would otherwise pose barriers for small-scale and underserved producers from developing new

PREVIEW Date: Mar 28, 2023          Workspace ID: WS00920887 Funding Opportunity Number: USDA-NRCS-COMM-22-NOFO0001139

**J.A. 0966**

climate-smart commodities. Additionally, cooperative marketing creates a strong network of producers that can foster farmer mentoring, resource sharing and farmer peer-to-peer learning opportunities. Additionally, by forming one group, producers make it easier for resource and technical assistance providers to support multiple producers, and although production education and marketing education are often not planned in conjunction, this project will provide support to producers from production through every step along the supply chain to end consumers. Field Service Coordinators will support producers in learning about, adopting and implementing CSAF practices in Objective 1. In Objective 2, Field Service Coordinators will assist producers in monitoring and collecting on-farm data to verify the GHG benefits of diverse and organic crop rotations. In Objective 3, Field Service Coordinators will connect producers with an OFARM Marketer to coordinate production and marketing support and technical assistance.

Field Service Coordinators and Marketers will work collaboratively to ensure that production goals align with marketing goals. To make sure that supply meets demand as this project creates and expands markets for newly developed climate-smart commodities, Field Service Coordinators and Marketers will maintain ongoing communication about the realities of what each farm can produce in relationship to what each new market can support. Through this intentional partnership between Field Service Coordinators and Marketers, Marketers will work with each producer to create a marketing plan for all the crops being produced from the crop rotation. These individualized marketing plans will enable producers to strategically plan out how many new crops to plant to maximize sales and reduce unsold product. Through planning and support, Marketers and Field Service Coordinators will help each participating farm achieve financial profit from new climate-smart commodities and establish market-driven incentives to adopt CSAF practices beyond the life of this grant.

*A Market Development Community: an innovative Partnership to develop new markets*

This project understands that a marketing plan is only as successful as the market allows. A weak market will never result in a financially viable venture no matter how well constructed a marketing plan may be. To address this need, this project will form a Market Development Advisory Group, which will consist of the project management team, leaders from farm marketing cooperatives and business development executives from five consumer-based food retail companies. By bringing together leaders from across the supply chain, this project will gain valuable insights on how to create and grow new markets.

The Market Development Advisory Group will provide strategic planning for the project's market development goals. They will identify potential market entry points, share insights on market trends, and develop strategies on branding new climate-smart commodities. The Market Development Advisory Group will develop marketing strategies to preserve the identity of new climate-smart commodities as they move through the supply chain and reach end consumers. New and expanded markets will be evaluated for economic, logistical and business feasibility from both the producer perspective and the supply chain perspective.

Market development components will include: (1) ongoing market assessment of the organic grain market to identify new and emerging trends; (2) ongoing market research based on shared information among co-ops, customers, other organizations and market researchers;

(3) engagement with producers and customers to trial new grain crops, varieties, processes and uses; (4) collaboration on supply chain development to establish new crop/market viability.

While many of these individuals normally work on opposite ends of the organic grain supply chain with limited interaction, this project will bring together a diverse group of companies and organizations to collectively explore new markets and build a market development community centered around trusted relationships, strengthened collaboration and strategic cooperation that can be sustained beyond the life of this project. The outcome is a market development community that will continue to identify, develop and expand markets for climate-smart commodities developed after this project has been completed.

*Economic Benefit Estimates to Climate Smart Organic Field Crop Farmers*

This project will develop a framework for market development that combines the innovation, experience, networks and connections from each project partner, industry leaders and the small-scale culturally diverse farmers. This collaborative approach to market development is innovative in its holistic approach that accounts for changing climate, demographics, consumer tastes, and economic trends, beyond what one individual organization or sector can muster. This approach also focuses on maximizing the economic benefit for the small-scale and underserved producers that this project supports.

In 2020, the University of Minnesota Center for Farm Financial Management (CFFM) concluded a long-term study that showed an increase of $113/acre in net returns for organic corn-soybean-wheat farming operations over conventional corn-soybean and corn-soybean-wheat operations. This difference is attributable to lower input costs in the organic system, including lower fertilizer, herbicide and insecticide costs, and substantially higher market prices for organic grains. And the Rodale Institute in Pennsylvania, through a 30-year series of trials comparing organic field crop production to conventional field crop production, has found that organic field crop systems earn an increase of $368/acre in net returns over conventional field crop operations. We recognize that the producers at Rodale have both finely tuned their production techniques as well as developed their markets over the past three decades. The findings of these studies will be utilized in farmer recruitment and retention. We will be able to highlight that despite the potential for lower yields with small-scale organic systems, reduced input costs and higher prices result in larger net margins. Based on both studies, for this project we estimate that participating producers can expect an increase of $150 to $300 per acre in net returns by year five based on their current farming operation and level of experience.

In addition to on-farm net profit gained by transitioning to organic climate-smart farming practices, small-scale farming operations can also receive more economic benefits by selling organic grains and other climate-smart commodities through a farming marketing cooperative. Aggregating crops through a marketing cooperative allows small-scale farming operations to pool together product to fulfill larger orders and access markets farther than their current limited distribution allows. In addition, by leveraging economies of scale, small-scale operations can lower storage, distribution, marketing, and other production related costs by working through a marketing cooperative that can buy in bulk or negotiate for bulk prices and pass along saving to member farmers. Combined with the increased on-farm net profit, these

economic benefits will help incentivize developing a model that can be replicated and scaled up in the future.

*Post Project Potential to Bring to Scale*

In order to continue to provide broader incentives to a larger cross section of farmers, the project team will gather feedback from enrolled producers, Marketers and Field Service Coordinators to create an incentive development plan that can help continue to incentivize new farmers to adopt CSAF practices, produce climate-smart commodities and further support the growth of newly developed markets. This plan will include identifying which CSAF practices were most successfully implemented by the 40 enrolled producers and come up with outreach materials highlighting the ecosystem services, the environmental benefits and the financial potential that implementing these CSAF practices can provide as told from the 40 enrolled producers so that farmers can help recruit more farmers to help scale up this system and paradigm shift. Gaining input from enrolled producers for the development of this plan will help inform future outreach efforts and will be critical to long-term sustained adoption of CSAF practices by a growing number of producers.

The engagement of a well-structured network of organic grain marketing cooperatives, university research partners, and organic education and advocacy non-profit organizations, provides strong and unique possibilities for scaling up climate smart agricultural practices and markets beyond the end of this project. All organizations in this project have deep, trusted and broad connections to farming communities with long histories of supporting small-scale and historically underserved farmers. Past efforts on sustainable farm production, education, advocacy, marketing, environmental action, cooperative development and more have enabled and empowered organic farmers to take initiative in addressing key ecological, economic and social challenges facing farmers, rural communities and society generally.

Through the establishment of connected robust farmer networks, the placement of Field Service Coordinators across the 14-state project area, increased communication channels between organizations, the development of a Market Development Community to promote collaboration between companies and organizations along the supply chain, and the creation or expansion of markets for climate-smart commodities, this project will lay a strong foundation for future scaling-up of this pilot initiative. Field Service Coordinators will continue to act as a critical link, connecting farmers to resources, learning opportunities, farmer peer-to-peer learning, and marketing technical assistance. Cooperatives and other support organizations will develop relationships necessary to provide the production and marketing technical assistance needed to help new farmers adopt and implement CSAF practices. The Market Development Community will continue to inform each other on new market opportunities, communicate feedback on consumer behavior and facilitate trials to test out market receptivity of new climate-smart commodities developed after the grant.

With increased sales and the increased adoption of organic climate-smart practices, farmers will learn about the success that initial farmers will have and will create a natural incentive for future farmers to seek out and explore replicating the systems that this project will pilot. Then with the success of cooperative marketing, farmers will likely find additional opportunities to

cooperate more broadly across the supply chain of grains and legumes for food and feed. This could include production research, education, value added processing, better organized and efficient product shipping and logistics, equipment sharing, leadership development, and more. Well-connected Field Service Coordinators can become a conduit for farmers to obtain the resources and develop the facilities and organization at the farm level for effective organic production and marketing. The partner organizations in this project will continue to identify, develop, organize and finance other areas of cooperation based on this project's success, increasing the scale of these efforts and creating a model for other regions. This growing capacity for cooperation and cooperative self-education is necessary to address the critical challenges of climate change in agriculture and building cooperative capacity with this project will assure the ongoing, scaling up of climate smart farming practices, markets and related social action.

*Conclusion: Bringing all three objectives together*

Climate change is a real threat, but organic agriculture farming systems, diversified crop rotations and other CSAF practices provide an opportunity to address this global crisis. To accomplish this large task, the project has put together a team of partner organizations with diverse skillsets representing multiple supply chain areas of the organic grain industry. The project team has divided the project into three major objectives: **Objective 1: Incentivize & Adopt Practices** will engage and enroll 40 small-scale underserved producers to pilot climate-smart practices on their farms with support from a team of cross-trained Field Service Coordinators who will provide individualized one-on-one technical assistance. **Objective 2: Monitor & Verify Impacts** will quantify the GHG benefits of adopted practices by measuring each farm's soil physical, chemical, and biological indicators. **Objective 3: Create & Expand Markets** will increase market opportunities for climate-smart commodities and build on existing systems of traceability required of the organic industry to establish similar systems to trace climate-smart commodities through the supply chain all the way to end consumers. A Market Development Advisory Group will lead market development and Marketers will work with Field Service Coordinators to help producers develop marketing plans and market their crops. Outreach will be conducted via conferences and other educational events including 20 field days throughout the entire 14-state project area over the 5 years to promote CSAF practices and help scale up this pilot project beyond the life of the grant. Through the development of unique partnerships spanning the supply chain, this project will create models that can be replicated across the nation that will promote the adoption of CSAF practices and the development of new markets for climate-smart commodities.

PREVIEW Date: Mar 28, 2023        Workspace ID: WS00920887 Funding Opportunity Number: USDA-NRCS-COMM-22-NOFO0001139

**J.A. 0970**

**SITUATION:** In response to the climate crisis, it is essential to implement climate smart agricultural practices on working lands. The resulting commodities need markets that will enable farms to be financially viable. Expanded markets and participation and financial gains need to be accessible and available to small and historically underserved producers.

OUTCOMES →

| Inputs | Activities | Outputs | Short Term | Long Term | Conditions: Situation improves |
|---|---|---|---|---|---|
| Staff of Marbleseed, OEFFA, OFARM, MFAI, Tennessee State U | Marketing of climate smart, culturally appropriate grains | Up to 60 small farms are enrolled in the project | Availability of data on impact of organic practices | Decreased reliance on external inputs (nutrient management) | Increase in the adoption of climate smart agricultural practices |
| Incentives for farmers | Technical assistance to farmers interested in climate smart rotations and other practices | 4 regional technical assistance teams that work 1:1 with farmers on production, marketing, and data collection. | Adoption and trial of innovative climate smart agricultural practices | Increased marketability of grains throughout more complex rotations | Increase in demand and markets for climate smart commodities. |
| Marketing and promotion of whole rotation production ; innovative approaches to marketing | Data collection on participating farms; Develop promotion program for CS commodities | Identification of reliable tools and verification models to capture environmental impact data on participating farms | Increase in beneficials and in diversity on participating farms | Increase in carbon sequestration in soil Decrease in greenhouse gas emissions | Organic production is recognized as climate smart agriculture |
| Participating farmer feedback | Incentivize participating producers; Develop organic farmer CS practice adoption 'bundle' | 4 new markets; 25% increase in farmer rotations; 10% income increase w/new marketable crops | Identification of expanded/new markets for climate smart commodities | Increase in participation by small and historically underserved producers in climate smart agricultural markets | Realized environmental benefits through the adoption of climate smart farming practices. |
| Outreach/in reach to small producers and historically underserved farmers | Develop resources specific to marketing, practices, and data to replicate pilot; prepare scale up plan | A workshop, webinar, and fact sheet each developed for rotations, markets, and climate smart practices | Demonstrated business model for CSAF grains and farm products | Increase in farmer driven supply chains via formation of cooperatives | Empowerment of farmers, particularly small & SDA farmers to drive CSAF markets & practice adoption |
| | Articulate linkage between ecosystem services & climate smart practices | Model developed for measuring ecosystem services | | Value is determined for ecosystem services provided by organic producers | Strengthened rural & ag communities |

| Assumptions | External Factors |
|---|---|
| Organic agriculture has inherent climate benefits. Current tools will have to be adapted or modified to capture full climate benefits. Diversity in production, rotations, and integration of livestock will make it possible for farmers to be self-sustaining in managing soil health and nutrients. There is a demand for climate smart commodities, particularly organic grains for both food and feed. Farmers working collectively and through coops will increase the speed of innovation and adoption of CSAF and provide community resilience to sustain ongoing efforts | Land access for small and historically underserved producers continues to be a challenge and could limit regional participation. Pricing and risk keep many farmers from innovating. Current USDA programs and subsidies do not favor organic production. Price of inputs and shipping of inputs is high. Transition to organic has steep learning curve with associated risk and sunk costs. |

USCA4 Appeal: 25-1575     Doc: 55-3     Filed: 06/23/2025     Pg: 36 of 602

| Activity | Lead | Fall 2022 | Winter 2023 | Spring 2023 | Summer 2023 | Fall 2023 | Winter 2024 | Spring 2024 | Summer 2024 | Fall 2024 | Winter 2025 | Spring 2025 | Summer 2025 | Fall 2025 | Winter 2026 | Spring 2026 | Summer 2026 | Fall 2026 | Winter 2027 | Spring 2027 | Summer 2027 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Year 1 | | | | Year 2 | | | | Year 3 | | | | Year 4 | | | | Year 5 | | | |
| Project Management Team Meetings - monthly in year 1 (project planning) | Marbleseed | ■ | | | | | | | | | | | | | | | | | | | |
| Onboard Field Service Coordinators | All | ■ | | | | | | | | | | | | | | | | | | | |
| Project Kick-off Meeting | Marbleseed | ■ | | | | | | | | | | | | | | | | | | | |
| Cross-training of Field Service Coordinators-Farmer outreach & relationships | Marbleseed | ■ | | | | | | | | | | | | | | | | | | | |
| Develop monitor tools/data analysis procedures | TSU, MFAI | ■ | | | | | | | | | | | | | | | | | | | |
| Invitation sent to Executives to join the Market Development Advisory Panel | OFARM, Marbleseed | ■ | | | | | | | | | | | | | | | | | | | |
| Recruit 40 small-scale/underserved Farmers to enroll in the program | All | ■ | ■ | | | | | | | | | | | | | | | | | | |
| Cross-training of Field Service Coordinators-Monitoring Equipment-Data gathering | MFAI | | ■ | ■ | | | | | | | | | | | | | | | | | |
| Setup monitoring protocol & conduct initial data collection | MFAI | | ■ | ■ | | | | | | | | | | | | | | | | | |
| Cross-training of Field Service Coordinators-Supporting practice adoption, increased rotations | OEFFA | | | ■ | | | | | | | | | | | | | | | | | |
| Enroll and onboard farmers | Marbleseed, OEFFA, OFARM | | ■ | ■ | | | | | | | | | | | | | | | | | |
| Pre-season crop planning meetings | Field Service Coordinators | | | ■ | | | | ■ | | | | ■ | | | | ■ | | | | ■ | |
| Conduct initial farm visits, assess farm challenges | Field Service Coordinators | | | | ■ | | | | | | | | | | | | | | | | |
| Field Service Coordinators providing TA support to enrolled farmers-Production, Monitoring | OEFFA, Marbleseed, OFARM | | | ■ | ■ | ■ | ■ | ■ | ■ | | | | | | | | | | | | |
| Year 1 Field Days: Educating enrolled farmers on implementing organic CSAF practices | All | | | ■ | ■ | | | | | | | | | | | | | | | | |
| Cross-training of Field Service Coordinators-Logistics, marketing, cooperative development | OFARM | | | | ■ | | | | | | | | | | | | | | | | |
| Enrolled farmers enter data into COMET | MFAI | | | | | ■ | | | | ■ | | | | ■ | | | | ■ | | | |
| Post-season reflection virtual project-wide meetings; Evaluate and compile lessons learned | Field Service Coordinators | | | | | ■ | | | | ■ | | | | ■ | | | | ■ | | | |
| Project Management Team Meetings - quarterly in years 2-5 | All | | | | | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| First Grower Summit in Ohio; Market Development Advisory Group meeting | OEFFA | | | | | | | ■ | | | | | | | | | | | | | |
| Field Service Coordinators connecting enrolled producers with marketers | OFARM | | | | | ■ | ■ | ■ | | | | | | | | | | | | | |
| Marketing of Crops for enrolled producers (ongoing throughout project) | OFARM | | | | | | | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| Year 2-4 Field days: Highlighting CSAF practices for small-scale and underserved producers | Lead in each region | | | | | | | ■ | | | | ■ | | | | ■ | | | | | |
| Mid-project data analysis and verification of climate benefits | MFAI, TSU | | | | | | | | | | ■ | | | | | | | | | | |
| Second Grower Summit in Wisconsin; Market Development Advisory Group presentation | Marbleseed | | | | | | | | | | ■ | | | | | | | | | | |
| Market Development: Supply Chains | OFARM | | | | | | | | | ■ | ■ | | | | | | | | | | |
| Promotional Campaign development and roll out | OFARM | | | | | | | | | ■ | ■ | ■ | ■ | | | | | | | | |
| Buyer education-Processors, End Users, Consumers | OFARM | | | | | | | | | ■ | ■ | ■ | | | | | | | | | |
| Third Grower Summit in Tennessee; Market Development Advisory Group meeting | TSU | | | | | | | | | | | | | ■ | | | | | | | |
| New farmers recruited to promote CSAF practices & scale up pilot program | All | | | | | | | | | | | | | ■ | ■ | | | | | | |
| Fourth year (final) data analysis | MFAI | | | | | | | | | | | | | | | | | ■ | | | |
| Fourth Grower Summit in Kansas; Market Development Advisory Group feedback session | OFARM | | | | | | | | | | | | | | | | | ■ | | | |
| Preparation of final report on GHG benefits | MFAI, All | | | | | | | | | | | | | | | | | | ■ | | |
| Year 5 Field Days - showcasing successes to foster widespread adoption of CSAF practices | All | | | | | | | | | | | | | | | | | | | ■ | ■ |
| Climate Smart Branding for diverse grain markets | OFARM | | | | | | | | | | | | | | | | | ■ | ■ | ■ | ■ |
| Additional crops used to diversify crop rotations are brought to market | OFARM | | | | | | | | | | | | | | | | | | | ■ | ■ |
| Conduct annual pre-season market/business feasibility of new crops and markets | OFARM | | ■ | | | | ■ | | | | ■ | | | | ■ | | | | ■ | | |
| Prepare final report | Marbleseed, All | | | | | | | | | | | | | | | | | | | ■ | ■ |



**PROPOSED REGIONS COVERED**
*OFARM Cooperative representation designated in parenthesese*

**Upper Midwest** (MN, WI, ND, IA, SD):
OFARM (NFOrganics) & Marbleseed — Project
Lead / Management, Professional Development

**Ohio River Valley & North** (IN, OH, MI, IL, KY):
Ohio Ecological Food & Farming Association and
OFARM (MOFC) — Technical Assistance

**Upper Tennessee River Valley** (TN):
Tennessee State University — Farmer Outreach,
Monitoring Support

**Great Plains** (KS, MO, NE):
OFARM (CPOF) — Marketing

USCA4 Appeal: 25-1575    Doc: 55-3    Filed: 06/23/2025    Pg: 37 of 602

### BUDGET INFORMATION - Non-Construction Programs

OMB Number: 4040-0006
Expiration Date: 02/28/2025

#### SECTION A - BUDGET SUMMARY

| Grant Program Function or Activity (a) | Catalog of Federal Domestic Assistance Number (b) | Estimated Unobligated Funds | | New or Revised Budget | | |
|---|---|---|---|---|---|---|
| | | Federal (c) | Non-Federal (d) | Federal (e) | Non-Federal (f) | Total (g) |
| 1. Federal | | $ | $ | $ 4,519,785.09 | $ 0.00 | $ 4,519,785.09 |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. Totals | | $ | $ | $ 4,519,785.09 | $ 0.00 | $ 4,519,785.09 |

Standard Form 424A (Rev. 7- 97)
Prescribed by OMB (Circular A -102) Page 1

**SECTION B - BUDGET CATEGORIES**

| 6. Object Class Categories | GRANT PROGRAM, FUNCTION OR ACTIVITY | | | | Total (5) |
|---|---|---|---|---|---|
| | (1) Federal | (2) | (3) | (4) | |
| a. Personnel | $ 468,723.11 | $ | $ | $ | $ 468,723.11 |
| b. Fringe Benefits | 117,180.78 | | | | 117,180.78 |
| c. Travel | 30,150.00 | | | | 30,150.00 |
| d. Equipment | | | | | |
| e. Supplies | 35,540.00 | | | | 35,540.00 |
| f. Contractual | 3,378,763.41 | | | | 3,378,763.41 |
| g. Construction | | | | | |
| h. Other | 404,744.00 | | | | 404,744.00 |
| i. Total Direct Charges (sum of 6a-6h) | 4,435,101.30 | | | $ | 4,435,101.30 |
| j. Indirect Charges | 84,683.79 | | | $ | 84,683.79 |
| k. TOTALS (sum of 6i and 6j) | $ 4,519,785.09 | $ | $ | $ | $ 4,519,785.09 |
| | | | | | |
| 7. Program Income | $ | $ | $ | $ | $ |

**Authorized for Local Reproduction**

Standard Form 424A (Rev. 7- 97)
Prescribed by OMB (Circular A -102)  Page 1A

| SECTION C - NON-FEDERAL RESOURCES | | | | |
|---|---|---|---|---|
| (a) Grant Program | (b) Applicant | (c) State | (d) Other Sources | (e)TOTALS |
| 8. Federal | $ | $ | $ | $ |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. TOTAL (sum of lines 8-11) | $ | $ | $ | $ |

| SECTION D - FORECASTED CASH NEEDS | | | | |
|---|---|---|---|---|
| | Total for 1st Year | 1st Quarter | 2nd Quarter | 3rd Quarter | 4th Quarter |
| 13. Federal | $ | $ | $ | $ | $ |
| 14. Non-Federal | $ | | | | |
| 15. TOTAL (sum of lines 13 and 14) | $ | $ | $ | $ | $ |

| SECTION E - BUDGET ESTIMATES OF FEDERAL FUNDS NEEDED FOR BALANCE OF THE PROJECT | | | | |
|---|---|---|---|---|
| (a) Grant Program | FUTURE FUNDING PERIODS     (YEARS) | | | |
| | (b)First | (c) Second | (d) Third | (e) Fourth |
| 16. Federal | $ | $ | $ | $ |
| 17. | | | | |
| 18. | | | | |
| 19. | | | | |
| 20. TOTAL (sum of lines 16 - 19) | $ | $ | $ | $ |

| SECTION F - OTHER BUDGET INFORMATION | |
|---|---|
| 21. Direct Charges: | 22. Indirect Charges: |
| 23. Remarks: | |

**Authorized for Local Reproduction**

Standard Form 424A (Rev. 7- 97)
Prescribed by OMB (Circular A -102)  Page 2

**Budget Narrative File(s)**

* Mandatory Budget Narrative Filename:   MOSES_CSAF_BudgetNarrative.pdf

[Add Mandatory Budget Narrative]   [Delete Mandatory Budget Narrative]   [View Mandatory Budget Narrative]

To add more Budget Narrative attachments, please use the attachment buttons below.

[Add Optional Budget Narrative]   [Delete Optional Budget Narrative]   [View Optional Budget Narrative]

**Budget Narrative**
Growing, Marketing, and Measuring the Climate-Smart Impacts of Organic Grain & Field Crops
Lead Organization: Marbleseed (formerly known as MOSES—Midwest Organic and Sustainable Education Service)
Project dates: 9/1/2022 to 8/31/2027

**PROJECT TOTAL: $4,519,785.09**

A. **Personnel: $468,723.11**
   1. $4,438.44 | Lori Stern, Executive Director; Project Director; 1% of $83,600*
      Supervise project director and fiscal processes to meet project goals and deliverables.
   2. $6,370.96 | Thomas Manley, Partnership Director; Co-Project Director; 2% of $60,000*
      Senior manager of project; broad oversight, project staff management, and attendance at key project meetings
   3. $292,002.47 | Program Manager, to be hired; 100% of $55,000*
      Facilitation, implementation, and management of program and partner coordination
   4. $138,037.53 | Field Support Coordinator, to be hired at 50% of $52,000*
      Farmer education, professional development for other FSC's
   5. $14,600.12 | Sarah Broadfoot, Operations Director; 5% of $55,000
      Farmer enrollment stipends, grant invoices, subaward budget management, financial reporting
   6. $7,752.08 | Event Support Staff; 3% (5% in year 3 for Summit) of $43,000*
      Workshops, Field Days and Grower Summit logistics and speaker/presenter support
   7. $5,521.50 | Communications and Marketing Staff; 2% of $52,000; online and print media promotion and communication of program and events
   *Staff time includes annual 3% raises; listed salary is at first year*

B. **Fringe: $117,180.78**
   Personnel Fringe: 25% of salaries and wages ($468,723.11 x 25%)

C. **Travel (Staff): $30,150.00**
   1. $15,000.00 | Project Meetings and Grower Summit Travel for 3 staff; $1000 x 3 staff x 5 years; Mileage/Airfare, per diems, lodging, for annual trips locations will vary
   2. $12,500.00 | Enrolled Farm Visits by Field Support Coordinator; $250 (mileage and per diem) per farm visit x 10 farms x 5 years
   3. $2,650.00 | Field Day travel for 2 staff; RT mileage average of 200 miles x $0.575=$115 + 1 night lodging at $150 x 2 people x 5 years

D. **Total Equipment: $0**

E. **Supplies: $35,540.00**

1. $19,240.00 | Computer/workstation for Program Manager and Field Support Coordinator ($2000 x 2 in year 1) and IT service support ($127/month=$1524/year) x 5 years
2. $7,300.00 | Phone ($350/year 1 x 2 staff) and service ($55/month=$660/year x 2 staff) for program manager and Field Support Coordinator
3. $1,250.00 | General office supplies for program and events; $250/year x 5 years
4. $5,250.00 | Event Supplies: Field Day Catering, full-day event; 70 people x $15 each for light lunch and beverages x 5 years
5. $1,000.00 | Event Supplies: Grower Summit Course book and materials/supplies; $20/per participant x 50 participants; Year 3
6. $1,500.00 | Event Supplies: Grower Summit Catering, full-day event: $25 for lunch, $5 for breaks x 50 people; Year 3

F. **Contractual: $3,378,763.41**
   1. $22,000.00 | Contractual: Organic Farmers Association (OFA) $4,500/year OFA will help recruit farmer participants, engage farmers enrolled in the project in the OFA community as new members, and share findings and implications for the project's emerging practices on policies related to climate smart crop rotations. *See letter of commitment*
   2. $522,982.75 | Subaward: Michael Fields Agriculture Institute (MFAI); *see subaward budget justification*
   3. $942,361.41 | Subaward: Ohio Ecological Food and Farm Association (OEFFA); *see subaward budget justification*
   4. $1,468,901.25 | Subaward: OFARM ; *see subaward budget justification*
   5. $422,018.00 | Subaward: Tennessee State University (TSU); *see subaward budget justification*

G. **Construction: $0**

H. **Other: $404,744.00**
   1. $9,230.00 | Grower Summit expenses (full-day event); Year 3
      - $7,230.00 | Presenter expenses: Honorarium/travel ($2000 each), lodging (2 nights x $150), meals (55/day x 2 days) x 3 presenters
      - $2,000.00 | Grower Summit Facility and AV expenses for full-day training
   2. $42,400.00 | Workshop Track at Organic Farming Conference (four 90-minute workshops per year)
      - $22,400.00 | Presenter expenses:  honorarium and travel ($150 each), lodging (2 nights x $150), meals (55/day x 2 days) x 2 presenters x 4 workshops/year x 5 years
      - $17,000.00 | Facility and AV expenses: $850/workshop x 4 workshops x 5 years
      - $3,000.00 | Printing costs for conference workshop track; handouts, registration guide, program; $150/workshop x 4 workshops x 5 years
   3. $3,500.00 | Field Day expenses (full-day on-farm events; 1 per year)

- $1,000.00 | Equipment/rentals (porta potty, chairs); $200 per event x 5 years
- $2,500.00 | Farm Host Stipend for Field Days; $500 per event x 5 years

4. $1,400.00 | Project Meeting expenses; Year 1
Project gathering for Field Support Coordinators and project Staff; 10 people, full day (facility/av $1000 + $300 catering; $100 supplies)

5. $3,214.00 | Organic Broadcaster Articles highlighting program, involved farms in year 2 and a recap and program findings in year 5. Our bi-monthly newspaper the Organic Broadcaster has a readership of about 15,000; $1607/article x 1 article in year 2 and 1 in year 5

6. $13,000.00 | USDA Partnership meetings (required in RFA); 2 in-person meetings a year to the USDA Partnerships for Climate-Smart Commodities Learning Network. Assuming DC trip for full-day meeting plus 2 travel days; Airfare $500, M&IE: $200; 2 nights lodging $230/night x 2=$460; transportation $140 (airport parking and taxi fares)

7. $332,000.00 | Participant / Trainee Support Costs

- $12,000.00 | Tuition/Fees: Regional farmers to Grower Summit and annual organic farming conference; $300 x 10 farmers starting in yr 2
- $320,000.00 | Stipends: Honorarium for project participation to include climate smart practice adoption, on-farm monitoring, and travel and attendance at annual and regional project educational events (Grower Summits, field days, field crop workshops offered); 40 farmers at $2,000/ year for years 2-5

I. **Total Direct Costs: $4,435,101.29**

J. **Indirect Costs 10% MTDC: $84,683.79**
Indirect figured on Total Direct Costs less subawards above $25,000 and participant costs; 10% of $846,837.89

| Item | Budget | Eligible Amount |
|---|---|---|
| Salaries and wages: | $468,723.11 | $468,723.11 |
| Fringe: | $117,180.78 | $117,180.78 |
| Travel: | $30,150.00 | $30,150.00 |
| Materials/Supplies: | $35,540.00 | $35,540.00 |
| Contractual/Subs: | $3,378,763.41 | $122,500.00 |
| Other: | $404,744.00 | $72,744.00 |

**Match:**
The partnership team for this project wants it noted the financial/in-kind value of the longevity, social capital, and resulting farmer trust we all bring to this effort. The required non-project staff expertise and support, educational event planning and management, along with our organizational infrastructure are invaluable in guaranteeing we will collectively achieve our goals, objectives, and outcomes over the next five years, covering a full third of the United States and reaching small and historically underserved farmers.

**Subaward Budget Justification: Michael Fields Agricultural Institute**
Project Title: Climate Smart Commodities
Lead Organization: Midwest Organic and Sustainable Education Service (MOSES)
Project dates: 9/1/2022 to 8/31/2027

**Project Total: $**

    A. **Total Senior / Key Personnel: $**

        $ | 39,818.52

        $ |

        $ | Key Personnel Fringe (% of salaries)  11,945.56 (30% of salary)

    B. **Other Personnel: $**

        $ | 230,099.49

        $ |

        $ | Other Personnel Fringe (% of salaries)  69,029.85 (30% of salary)

We are requesting $39,818.52 in salary for co-PI Tautges for years 1-5, for 0.05 FTE, to lead the environmental monitoring objective. Dr. Tautges will develop sampling and data management protocols and coordinate deployment of these protocols. We are requesting $11,945.56 (30% rate) of fringe for Dr. Tautges for years 1-5. Dr. Tautges will supervise a postdoctoral researcher who will coordinate sampling and data collection processes and will implement the data management plan and data analysis. We are requesting $230,099.49 for 1.0 FTE for salary for the postdoctoral researcher for years 2-5, and $69,029.85 for fringe (30% rate). All salaries are escalated at an annual rate of 3%.

    C. **Total Equipment: $**


    D. **Travel (Staff): $15,000**

We are requesting $3,000 per year in years 1-5 for mileage to attend project meetings and visit farms, as well as lodging for out-of-state meetings.


    E. **Participant / Trainee Support Costs: $**

        1. **Tuition/Fees: $**


        2. **Stipends: $**


        3. **Travel: $**

    4.   **Subsistence: $**

    5.   **Other:**

F.  **Other Direct Costs: $**

    1.   **Materials and Supplies: $55,000**

We are requesting: $10,000 in years 2-5 for soil analysis costs, to be conducted at professional soil analytical labs ($125 per sample for 80 samples per year). $2,000 in years 1-5 for computer costs and licensing of data management software. $1,000 per year in years 1-5 for print and publication costs of outreach and information dissemination outputs.

    2.   **Publication Costs: $**

    3.   **Consultant Services: $60,000**

We are requesting $20,000 in years 2-4 for a contract with the UW Madison ecological entomology lab to provide consulting services for beneficial insect, pollinator, and pest monitoring, including sampling protocols and data analysis and interpretation.

    4.   **ADP / Computer Services: $**

    5.   **Subawards / Consortium / Contractual: $**

    6.   **Equipment or Facility Rental / User Fees: $**

    7.   **Alterations and Renovations: $**

G.  **Total Direct Costs: $480,893.40**

H.  **Indirect Costs: $42,089.34**

We are requesting $42,089.34 for F&A costs.

**Subaward Budget Justification: Ohio Ecological Food and Farm Association**
Project Title: Climate Smart Commodities
Lead Organization: Midwest Organic and Sustainable Education Service (MOSES)/Marbleseed
Project dates: 9/1/2022 to 8/31/2027

**Project Total: $**

A. **Total Senior / Key Personnel: $**

$ | 723,460

$ |

$ | Key Personnel Fringe (% of salaries) 130,460 (22% of salaries)

We are requesting $723,460 to support the work of 2 Field Service Coordinators (2 FTE for 5 years). One Field Service Coordinator will cover the Ohio Valley Region and offer technical assistance in producing climate-smart commodities in organic grain that include the development of diverse rotations and ensuring compliance with the National Organic Program standards. The second Field Service Coordinator will offer technical assistance in the Ohio Valley Region and Kentucky (of the Upper Tennessee River Valley Region) and provide project management and technical assistance leadership and coordination across organizations for the project.

B. **Other Personnel: $**

$ | 47,309.47

$ |

$ | Other Personnel Fringe (% of salaries) 8,531.22 (22% of salaries)

We are requesting $24,320 (0.08 FTE for 5 years) for the OEFFA Events Director to plan and coordinate the events for the Grower Summit in the Ohio Valley Region and annual Field Crop Farm Tours. We are requesting $14,458 (0.05 FTE for 5 years) for the OEFFA Communications Director to conduct event and grower communications.

C. **Total Equipment: $ 3,000**
We are requesting $3,000 for computers for Field Service Coordinators.

D. **Travel (Staff): $**

We are requesting $6,500 to support travel to grower summits in each region over the five-year period for 2 Field Service Coordinators.

We are requesting $18,750 to support travel to 15 farms (10 in the Ohio River Valley Region and 5 in Kentucky) for an annual farm visit conducted by Field Service Coordinators. We estimate an average mileage cost per visit of $250.

E. **Participant / Trainee Support Costs: $**

1. **Tuition/Fees: $15,000.00**
   We are requesting $15,000 in OEFFA Conference Registration fees for the 10 Ohio

Valley Region enrolled farmers for the 5 years of the project. We estimate Conference registration costs at $300/year per participant.

**2. Stipends: $**

**3. Travel: $**

**4. Subsistence: $**

**5. Other:**
We are requesting $21,150 to support the development and implementation of an annual Grain and Field Crop Track at the OEFFA Conference consisting of 6 workshops focused on production and marketing topics relevant to climate-smart commodities including organic grain and issues relevant for field crop production.

Additionally, we are requesting $1,800 to support a Grain and Field Crop Focused Farm Tour/Field Day and Port-o-Johns once a year for each year of the project. This request estimates $1500 for a national leader in the production of climate-smart commodities hosting a farm tour, and $300 for Port-o-Johns.

F. **Other Direct Costs: $**

1. **Materials and Supplies: $**
We are requesting $7,700 for promotional materials, graphic design, communications, and postage.

Further, we are requesting $9,200 to support the Grower Summit to be hosted by OEFFA in year 2 of the 5-year project. This estimates the cost of Speakers, Facility, and Lunch for 40 farmers and 10 staff on the day of the event.

2. **Publication Costs: $**

3. **Consultant Services: $**

4. **ADP / Computer Services: $**

5. **Subawards / Consortium / Contractual: $**

6. **Equipment or Facility Rental / User Fees: $**

7. **Alterations and Renovations: $**

8. **Match:** The partnership team for this project wants to note the financial/in-kind value of the longevity, social capital, and resulting farmer trust we all bring to this effort. The required non-project staff expertise and support, educational event planning and management, along with our organizational infrastructure are invaluable in guaranteeing we will collectively achieve our goals, objectives, and outcomes over the next five years, covering a full third of the United States and reaching small and historically underserved farmers.

G. **Total Direct Costs: $ 852,069.47**

H. **Indirect Costs: $81,291.95**

**Sub-award Budget Justification: OFARM**
Project Title: Climate Smart Commodities
Lead Organization: Midwest Organic and Sustainable Education Service (MOSES)
Project dates: 9/1/2022 to 8/31/2027

**Project Total: $ 1,468,901.25**

A. **Total Senior / Key Personnel: $861,500**

OFARM Project manager/coordinator (Leon Atwell):  Provides project management for OFARM sub-award assuring that all project activities are carried out in a timely, cost-efficient and responsible manner; Provides oversight of daily activities; lead and direct the project toward accomplishment of the objectives of the project; Responsible for the submission of the required reports; Responsible for creating and facilitating market development and promotion programs.

OFARM Field Service Coordinators:  Field Service Coordinators (FSC) will help identify and enroll producers, conduct farm visits, gather needed farm information, be the overall link between producers and the technical assistance, marketing and monitoring aspects of project and offer direct assistance when possible; Technical assistance could include assistance with production, rotations, organic certification/compliance, storage and marketing.  Coordination with the data gathering and monitoring program will also be provided by the Field Service Coordinators.  FSCs will also assist the project with event coordination where needed.  OFARM's FSCs (2 FSC at .5 FTE each) will cover portions of the Upper Midwest, Ohio Valley regions in collaboration with Marbleseed and OEFFA FSC's and one FSC at 1 FTE will cover Great Plains regions.  These FSCs will work through the existing cooperative organizations of OFARM that are well established in each of those regions.

| Position | Salary | FTE | Duration | Funds per Year | Total Funds requested |
|----------|--------|-----|----------|----------------|----------------------|
| Project Mgr. | $78,000 | 0.5 | 5 yrs | 39,000 | 195,000 |
| Field Service Coordinator (1 full time; 2 at .5 FTE) | $46,000 | 2.0 | 5 yrs | 92,000 | 460,000 |
|  | Fringe rate 30% |  | 5 yrs | 39,300 | 196,500 |
| Total |  |  |  |  | **$861,500** |

B. **Other Personnel: $208,650**

Event Coordinator:  Provides coordination for educational event in Great Plains region in year 5 of the project when OFARM hosts the Grower Summit; Assists with preparations and coordination for field days and farm tours as needed.

Marketer: OFARM marketer will provide support to enrolled producers in the project for marketing of their climate smart commodities;  Marketer support includes assistance with price discovery/negotiations, storage, logistics/trucking and delivery scheduling in addition

1

to completing a comprehensive array of transaction documents covering sales, shipping confirmations, bill of ladings, delivery, invoicing and settlement payments.

| Position | Salary | FTE | Duration | Funds per Year | Total Funds requested |
|---|---|---|---|---|---|
| Event Coordination | $46,000 | .5 | 1 yr | 23,000 | 23,000 |
| Marketer | $55,000 | .5 | 5 yrs | 27,500 | 137,500 |
| | Fringe rate 30% | | | Yr 1-4: 8,250/yr; Yr 5 15,150 | 48,150 |
| Total | | | | | **$208,650** |

C. **Total Equipment:**

D. **Travel (Staff): $57,487.50**

Travel Expenses for the project includes travel for three (3) Field Services Coordinators to conduct annual farm visits across 15 farms total at an estimated 500 miles each plus per diem for LM&IE of 1 day/farm visit/year each over the course of the project; Travel for FSCs for Grower Summit attendance at 1000 miles per year each plus 2 days of per diem each. Travel expenses also include travel for a project manager and one member of OFARM management to attend a project meeting once per year.

| Item | Description | Rate | | Quantity | Total per Year |
|---|---|---|---|---|---|
| Field Service Coordinators (3) – Farm visits | Mileage (15 farms at 500 miles per visit) | $ | 0.585 | 7500 | $ 4387.50 |
| | Per diem (LM&IE) (1 day per farm visit each) | $ | 155.00 | 15 | $ 2325.00 |
| Field Service Coordinators (3) – Travel to Grower Summits | Mileage (1 trip/yr, 1000 miles each) | $ | 0.585 | 3000 | $ 1,755.00 |
| | Per diem (LM&IE) (2 days each/Summit/yr each) | $ | 155.00 | 6 | $ 930.00 |
| Project & Mgt Team (2) travel to 1/yr Project Meeting | Mileage (1 trip/yr, 1000 miles each) | $ | 0.585 | 2000 | $ 1,170.00 |
| | Per diem (LM&IE) 3 days each/yr | $ | 155.00 | 6 | $ 930.00 |
| Total Travel per year | | | | | $ 11,497.50 |
| **Total Travel for 5 years** | | | | | **$ 57,487.50** |

E. **Participant / Trainee Support Costs: $25,000**

1. **Tuition/Fees: $**

2

**2.   Stipends: $**

**3.   Travel: $25,000**

Travel expense stipend for up to five members of Market Development Advisory Group for 1 trip/year at $1,000 for each member per year for 5 years.

**4.   Subsistence: $**

**5.   Other:**

F.  **Other Direct Costs: $195,000**

1.  **Materials and Supplies: $25,000**

Includes costs for promotional printing materials and supplies for field days and one time Grower Summit at $3,000 per year for 5 years for a total cost of $15,000.

OFARM will host a Grower Summit in year 5 of the 5-project in the Great Plains region for 50 participants (40 enrolled producers and 10 staff) with an estimated participant cost of $200 each for facility, lunch and speaker stipends for a total cost of $10,000.

**2.   Publication Costs: $**

**3. Consultant Services: $165,000**
Hire consultant to complete one market feasibility and/or business plan for a new crop and/or new market each year of the project at $25,000 per year for total of $125,000 over course of the project.

Hire a production company to develop video clips for promotional messaging with $20,000 allocated for year 3 and $20,000 for year 4 of the project for a total of $40,000. Video content will be created from interviews with producers, marketers, buyers, potential consumers, processors and project team members.  Then those interview videos will be edited into 6 - 10–15 minute videos in a documentary format plus footage will be used for a number of short sound bites to use in social media.

**4.  ADP / Computer Services: $**

**5.  Subawards / Consortium / Contractual: $**

6.  **Equipment or Facility Rental / User Fees: $ 5,000**
Deliver one farm tour/field day event each year in the Great Plains region at $1,000 per event to cover facility and equipment rental costs.

**7.  Alterations and Renovations: $**

3

G. **Total Direct Costs: $$1,337,637.50**

H. **Indirect Costs: $131,263.75**

   **Total Request $1,468,901.25**

PREVIEW Date: Mar 28, 2023        Workspace ID: WS00920887 Funding Opportunity Number: USDA-NRCS-COMM-22-NOFO0001139

**J.A. 0989**

**Subaward Budget Justification: TENNESSEE STATE UNIVERSITY**
Project Title: Climate Smart Commodities
Lead Organization: Midwest Organic and Sustainable Education Service (MOSES)
Project dates: 9/1/2022 to 8/31/2027

TSU- PI and Field Service Coordinator: Dr. Dilip Nandwani, Professor
Department of Agriculture and Environmental Sciences, College of Agriculture, Tennessee State
University, Nashville, TN 37209
Phone: 615-963-1897
Email: dnandwan@tnstate.edu

**Project Total: $ 422,018**

A. **Total Senior / Key Personnel: $75,935.84**

$ | 56,276.84

$ |

$ | Key Personnel Fringe (35% of salaries) 19,659

| Personnel | Year #1 | Year #2 | Year #3 | Year#4 | Yer#5 | Total |
|-----------|---------|---------|---------|--------|--------|-------|
| PI/FSC | $10,600 | $10,918 | $11,245.54 | $11,582.91 | $11,930.39 | **$56,276.84** |
| Fringe | $3,710 | $3,784 | $3,936 | $4,054 | $4,175 | **$19,659** |

Field Service Coordinator- It is estimated that TSU Field Service Coordinator (Dilip Nandwani)
will devote 10% of time (5 years) engaged in planning and organizing outreach events and training
workshops. Dr. Nandwani will coordinate Grower Summit,  activities, planning and serve as the
project lead (PI) from Tennessee State University and make sure, all activities carried out in cost-
effective, timely and responsible manner.  2% annual step increase added per TSU rules.
A Research Assistant is provided (in-kind, part-time) by College of Agriculture.

B. **Other Personnel: $70,000**

$ | 70,000

$ |

$ | Other Personnel Fringe (% of salaries)- N/A

| | Year #1 | Year #2 | Year #3 | Year#4 | Yer#5 | Total |
|-----|---------|---------|---------|--------|--------|-------|
| GRA | $20,000 | $20,000.0 | $20,000 | $10,000 | 0 | **$70,000** |

Salary support (4 years) for a Graduate Research Assistant (Graduate student) is requested
to assist PI throughout this project, collect data and data management on soil health and other
monitoring activities. He/she (TBD) will work on dissertation at Department of Agriculture and

1

Environmental Sciences, TSU. Graduate student will participate in the project during the academic semesters and will be trained in monitoring soil health and crop conditions using soil temperature and moisture sensors in crop diversification agricultural systems. The graduate student will also engage in extension activities such as training workshops development, field days and presentations. Furthermore, they will assist Field Service Coordinator in achieving the project objectives.

C. **Total Equipment: $0**

D. **Travel (Staff): $25,000**

| Travel | Year #1 | Year #2 | Year #3 | Year#4 | Year#5 | Total |
|---|---|---|---|---|---|---|
| Domestic | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $10,000 |
| Annual ASHS conference | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $15,000 |
| | | | | | | **$25,000** |

Field Service Coordinator will travel statewide to organize multiagency training workshops, field days. One workshop per year, total 5 events are planned during 5 year of project period. Budget is requested for the PI to attend the annual conference of the American Society for Horticultural Science (extension section), conduct training workshops, growers' meetings (Pick TN conference and TOGA workshops) and travel to rural Tennessee counties to provide face-to-face meetings with farmers and extension agents. Travel budgets include agency representatives' travel to training site locations statewide ($6,000 for six members). Budget include PI to attend the professional conference to present findings in extension divisions e.g. American Society for Horticultural Sciences (ASHS) ($3,000/yr.x5, total $15,000 include airfare, lodging, registration fee, ground transportation, per diem).

E. **Participant / Trainee Support Costs: $9,000**

1. **Tuition/Fees: $**

2. **Stipends: $**

3. **Travel: $9,000**

| Travel | Year #1 | Year #2 | Year #3 | Year#4 | Year#5 | Total |
|---|---|---|---|---|---|---|
| Statewide travel | $1,800 | $1,800 | $1,800 | $1,800 | $1,800 | $9,000 |

Participants travel (extension agents, farmers/producers, gardeners, food handlers & processors) statewide in Tennessee to attend multiagency training workshops, field days, TSU Small Farm Expo and Grower Summit. (Mileage per TSU rules).

2

4. **Subsistence: $**

5. **Other:**

F. **Other Direct Costs: $155,000**

1. **Materials and Supplies: $50,000**

| Year #1 | Year #2 | Year #3 | Year#4 | Year#5 | Total |
|---------|---------|---------|--------|--------|-------|
| $10,000 | $10,000 | $10,000 | $5,000 | $5,000 | $50,000 |

Supplies and materials for organic farm demonstration plots, field days, training workshops, nursery and field supplies, soil analysis fee, presentation tools (microphone, laptop, pointer etc).

2. **Publication Costs: $5,000**
Budget for professional publications fee (varies with journal) and publication costs for supplies, journal page costs, fact sheets, flyers, and social media materials.

| Year #1 | Year #2 | Year #3 | Year#4 | Year#5 | Total |
|---------|---------|---------|--------|--------|-------|
| $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $5,000 |

3. **Consultant Services: $**

4. **ADP / Computer Services: $10,000**
Current program of PI has the printer, but the project must provide ink cartridges, good quality paper, digital data devices. Services for website development, and online/social media to disseminate project outcome, fact sheets and other information posted on the TSU Cooperative Extension website.

| Year #1 | Year #2 | Year #3 | Year#4 | Year#5 | Total |
|---------|---------|---------|--------|--------|-------|
| $4,000 | $2,000 | $2,000 | $1,000 | $1,000 | $10,000 |

5. **Subawards / Consortium / Contractual: $90,000**

*Grower Summit:*
Estimated number of participants:     100 (tentative)
Length of symposium     2 days (Maxwell House, Memphis), (Presentations, 2nd day Farm Excursion)
This event will be contracted to event management agency and TSU Cooperative Extension will coordinate the grower summit. Expenses would cover cost of meeting

3

rooms, Personnel, Materials, Catering, Excursions, Transportation, Lodging etc. Based on prior experience of such events, budget is requested.

Grower summit could be coordinated with Pick TN conference and Tennessee Organic Growers Association (TOGA) in Year 3 or 4 of the project schedule in February and held at Cool Springs Marriott, Franklin, TN .

**6. Equipment or Facility Rental / User Fees: $**

**7. Alterations and Renovations: $**

G. **Total Direct Costs: $334,935.84**

H. **Indirect Costs (@26%): $87,083**

**Total budget: $422,018**

4

## COLLEGES AND UNIVERSITIES RATE AGREEMENT

EIN: 1620786119A1

ORGANIZATION:
Tennessee State University
3500 John A. Merritt Blvd.
Nashville, TN 37209-1561

DATE:05/20/2020

FILING REF.: The preceding
agreement was dated
10/26/2018

The rates approved in this agreement are for use on grants, contracts and other
agreements with the Federal Government, subject to the conditions in Section III.

## SECTION I: Facilities And Administrative Cost Rates

RATE TYPES:      FIXED      FINAL      PROV. (PROVISIONAL)      PRED. (PREDETERMINED)

EFFECTIVE PERIOD

| TYPE | FROM | TO | RATE(%) | LOCATION | APPLICABLE TO |
|------|------|-----|---------|----------|---------------|
| PRED. | 07/01/2019 | 06/30/2021 | 42.00 | On-Campus | Organized Research |
| PRED. | 07/01/2019 | 06/30/2021 | 26.00 | Off-Campus | Organized Research |
| PRED. | 07/01/2019 | 06/30/2021 | 56.00 | On-Campus | Instruction |
| PRED. | 07/01/2019 | 06/30/2021 | 26.00 | Off-Campus | Instruction |
| PRED. | 07/01/2019 | 06/30/2021 | 40.00 | On-Campus | Other Sponsored Activities |
| PRED. | 07/01/2019 | 06/30/2021 | 22.00 | Off-Campus | Other Sponsored Activities |
| PROV. | 07/01/2021 | Until Amended | | | Use same rates and conditions as those cited for fiscal year ending June 30, 2021. |

*BASE

PREVIEW Date: Mar 28, 2023      Workspace ID: WS00920887 Funding Opportunity Number: USDA-NRCS-COMM-22-NOFO0001139

**J.A. 0994**

ORGANIZATION: Tennessee State University

AGREEMENT DATE: 5/20/2020

Modified total direct costs, consisting of all direct salaries and wages, applicable fringe benefits, materials and supplies, services, travel and up to the first $25,000 of each subaward (regardless of the period of performance of the subawards under the award).  Modified total direct costs shall exclude equipment, capital expenditures, charges for patient care, rental costs, tuition remission, scholarships and fellowships, participant support costs and the portion of each subaward in excess of $25,000.  Other items may only be excluded when necessary to avoid a serious inequity in the distribution of indirect costs, and with the approval of the cognizant agency for indirect costs.

PREVIEW Date: Mar 28, 2023          Workspace ID: WS00920887 Funding Opportunity Number: USDA-NRCS-COMM-22-NOFO0001139

**J.A. 0995**

ORGANIZATION: Tennessee State University

AGREEMENT DATE: 5/20/2020

---

## SECTION II: SPECIAL REMARKS

<u>TREATMENT OF FRINGE BENEFITS:</u>

The fringe benefits are specifically identified to each employee and are charged individually as direct costs. The directly claimed fringe benefits are listed below.

<u>TREATMENT OF PAID ABSENCES</u>

Vacation, holiday, sick leave pay and other paid absences are included in salaries and wages and are claimed on grants, contracts and other agreements as part of the normal cost for salaries and wages. Separate claims are not made for the cost of these paid absences.

OFF-CAMPUS DEFINITION: For all activities performed in facilities not owned by the institution and to which rent is directly allocated to the project(s) the off-campus rate will apply. Grants or contracts will not be subject to more than one F&A cost rate. If more than 50% of a project is performed off-campus, the off-campus rate will apply to the entire project.

Fringe Benefits include: FICA, Retirement, Health Insurance and Tuition Remission.

Equipment means an article of nonexpendable tangible personal property having a useful life of more than one year, and an acquisition cost of $5,000 or more per unit.

The two year extension of the indirect cost rates was granted in accordance with 2 CFR 200.414 (g).

Next proposal based on fiscal year ending June 30, 2022 is due in our office by December 31, 2022.

PREVIEW Date: Mar 28, 2023     Workspace ID: WS00920887 Funding Opportunity Number: USDA-NRCS-COMM-22-NOFO0001139

**J.A. 0996**

ORGANIZATION: Tennessee State University

AGREEMENT DATE: 5/20/2020

## SECTION III: GENERAL

A.  LIMITATIONS:

The rates in this Agreement are subject to any statutory or administrative limitations and apply to a given grant, contract or other agreement only to the extent that funds are available. Acceptance of the rates is subject to the following conditions:  (1) Only costs incurred by the organization were included in its facilities and administrative cost pools as finally accepted; such costs are legal obligations of the organization and are allowable under the governing cost principles; (2) The same costs that have been treated as facilities and administrative costs are not claimed as direct costs; (3) Similar types of costs have been accorded consistent accounting treatment; and (4) The information provided by the organization which was used to establish the rates is not later found to be materially incomplete or inaccurate by the Federal Government. In such situations the rate(s) would be subject to renegotiation at the discretion of the Federal Government.

B.  ACCOUNTING CHANGES:

This Agreement is based on the accounting system purported by the organization to be in effect during the Agreement period. Changes to the method of accounting for costs which affect the amount of reimbursement resulting from the use of this Agreement require prior approval of the authorized representative of the cognizant agency. Such changes include, but are not limited to, changes in the charging of a particular type of cost from facilities and administrative to direct. Failure to obtain approval may result in cost disallowances.

C.  FIXED RATES:

If a fixed rate is in this Agreement, it is based on an estimate of the costs for the period covered by the rate. When the actual costs for this period are determined, an adjustment will be made to a rate of a future year(s) to compensate for the difference between the costs used to establish the fixed rate and actual costs.

D.  USE BY OTHER FEDERAL AGENCIES:

The rates in this Agreement were approved in accordance with the authority in Title 2 of the Code of Federal Regulations, Part 200 (2 CFR 200), and should be applied to grants, contracts and other agreements covered by 2 CFR 200, subject to any limitations in A above. The organization may provide copies of the Agreement to other Federal Agencies to give them early notification of the Agreement.

E.  OTHER:

If any Federal contract, grant or other agreement is reimbursing facilities and administrative costs by a means other than the approved rate(s) in this Agreement, the organization should (1) credit such costs to the affected programs, and (2) apply the approved rate(s) to the appropriate base to identify the proper amount of facilities and administrative costs allocable to these programs.

BY THE INSTITUTION:

Tennessee State University

_____
(INSTITUTION)

_____
(SIGNATURE)

*Horace Chase*
_____
(NAME)

*VP FOR Business + Finance*
_____
(TITLE)

*June 8, 2020*
_____
(DATE)

ON BEHALF OF THE FEDERAL GOVERNMENT:

DEPARTMENT OF HEALTH AND HUMAN SERVICES

_____
(AGENCY)

Darryl W. Mayes -S        Digitally signed by Darryl W. Mayes -S
                          DN: c=US, o=U.S. Government, ou=HHS, ou=PSC,
                          cn=People, 0.9.2342.19200300.100.1.1=2000131669,
                          cn=Darryl W. Mayes -S
                          Date: 2020.05.26 14:22:38 -04'00'
_____
(SIGNATURE)

Darryl W. Mayes
_____
(NAME)

Deputy Director, Cost Allocation Services
_____
(TITLE)

5/20/2020
_____
(DATE)  6542

HHS REPRESENTATIVE:     Lucy Siow

Telephone:              (301) 492-4855

Page 4 of 4

**J.A. 0997**

## CERTIFICATION REGARDING LOBBYING

Certification for Contracts, Grants, Loans, and Cooperative Agreements

The undersigned certifies, to the best of his or her knowledge and belief, that:

(1) No Federal appropriated funds have been paid or will be paid, by or on behalf of the undersigned, to any person for influencing or attempting to influence an officer or employee of an agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with the awarding of any Federal contract, the making of any Federal grant, the making of any Federal loan, the entering into of any cooperative agreement, and the extension, continuation, renewal, amendment, or modification of any Federal contract, grant, loan, or cooperative agreement.

(2) If any funds other than Federal appropriated funds have been paid or will be paid to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with this Federal contract, grant, loan, or cooperative agreement, the undersigned shall complete and submit Standard Form-LLL, "Disclosure of Lobbying Activities," in accordance with its instructions.

(3) The undersigned shall require that the language of this certification be included in the award documents for all subawards at all tiers (including subcontracts, subgrants, and contracts under grants, loans, and cooperative agreements) and that all subrecipients shall certify and disclose accordingly. This certification is a material representation of fact upon which reliance was placed when this transaction was made or entered into. Submission of this certification is a prerequisite for making or entering into this transaction imposed by section 1352, title 31, U.S. Code. Any person who fails to file the required certification shall be subject to a civil penalty of not less than $10,000 and not more than $100,000 for each such failure.

Statement for Loan Guarantees and Loan Insurance

The undersigned states, to the best of his or her knowledge and belief, that:

If any funds have been paid or will be paid to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with this commitment providing for the United States to insure or guarantee a loan, the undersigned shall complete and submit Standard Form-LLL, "Disclosure of Lobbying Activities," in accordance with its instructions. Submission of this statement is a prerequisite for making or entering into this transaction imposed by section 1352, title 31, U.S. Code. Any person who fails to file the required statement shall be subject to a civil penalty of not less than $10,000 and not more than $100,000 for each such failure.

---

**\* APPLICANT'S ORGANIZATION**

Midwest Organic and Sustainable Education Service, Inc.

**\* PRINTED NAME AND TITLE OF AUTHORIZED REPRESENTATIVE**

Prefix: [ ]    **\* First Name:** Lori    Middle Name: [ ]

**\* Last Name:** Stern    Suffix: MA Ed

**\* Title:** Executive Director

**\* SIGNATURE:** Completed on submission to Grants.gov    **\* DATE:** Completed on submission to Grants.gov

---

## Other Attachment File(s)

**\* Mandatory Other Attachment Filename:**  `MOSES_CSAF_LOC_all.pdf`

| Add Mandatory Other Attachment | Delete Mandatory Other Attachment | View Mandatory Other Attachment |

To add more "Other Attachment" attachments, please use the attachment buttons below.

| Add Optional Other Attachment | Delete Optional Other Attachment | View Optional Other Attachment |

**The following attachment is not included in the view since it is not a read-only PDF file.**

**Upon submission, this file will be transmitted to the Grantor without any data loss.**

**MOSES_CSAF_LOC_all.pdf**

**The following attachment is not included in the view since it is not a read-only PDF file.**

**Upon submission, this file will be transmitted to the Grantor without any data loss.**

**MOSES_CSAF_Resume_all.pdf**

# Memorandum of Understanding (MOU)
# Climate Smart Organic Collaborative
## Marbleseed, OEFFA and OFARM

### 1.0    Purpose

This MOU reflects the unique expertise brought by all partners committed to production, marketing and promoting organic agriculture as an authentic solution to the current climate crisis. This MOU joins resources between three entities, Marbleseed previously Midwest Organic and Sustainable Education Service (MOSES), a Wisconsin based 501c3, Ohio Ecological Food and Farm Association (OEFFA) an Ohio based 501c3 and Organic Farmers Agency for Relationship Marketing (OFARM), a Minnesota based Marketing Agency in Common, to actively collaborate on advancing organic crop, food production and marketing as climate smart.  This MOU addresses the contributions, roles, structure, and ownership and communication components forming that framework.

This MOU sets the stage for a working relationship and joint program development, and as such, will require each party to be flexible in the duties and demands required to keep the strategic collaborative active. It is not possible to foresee what opportunities may arise, and how this partnership should react; however, each party will make every effort to adapt to those situations as they arise.

### Parties to this MOU

**Marbleseed (formerly Midwest Organic & Sustainable Education Service-MOSES)**
PO Box 339
Spring Valley, WI 54767
39-1824623
Representative: Lori Stern, Executive Director
Hereinafter: "Marbleseed "

**OEFFA**
41 Croswell Rd.
Columbus, OH  43214
34-1638273
Representative: Carol Goland, Executive Director
Hereinafter: "OEFFA"

**OFARM**
PO Box 133
Aldrich, MN  56434
20-2351919
Representative:  Oren Holle, President
Hereinafter: "OFARM "

## Collaborative Principles

As the partners operationalize this collaborative agreement, they will use as a guide key collaborative principles in alignment with the principles of cooperative organizations such as:
1. Open and Voluntary
2. Democratic Control
3. Economic Participation
4. Autonomy and Independence
5. Education and Training
6. Cooperation Among Partners
7. Concern for Community

## Roles

This MOU reflects the unique expertise brought by all partners in the service of promoting organic agriculture as an authentic solution to the current climate crisis. There is no expectation from this collaboration that the organizations will participate in shared projects beyond their current capacity (human or capital).

Marbleseed brings a longstanding reputation in the organic community for education, resource connections, and convening the largest annual organic farming conference in the country. Marbleseed also collectively established the Ag Solidarity Network, a platform to connect growers across the country for the purpose of information exchange and to grow the regenerative, organic movement.

OEFFA brings a strong history of support for the organic community, providing educational programming and direct technical assistance to certified organic producers and producers transitioning to organic. OEFFA Certification is one of the oldest and largest USDA-accredited certification agencies, currently working in 12 states across the Midwest. In addition, OEFFA provides support for beginning farmers, hosts Ohio's largest sustainable agriculture conference, an annual farm tour and workshop series. and is an established presence in state and federal policy advocacy.

OFARM is an umbrella organization providing marketing coordination services to three member cooperatives whose membership are primarily smaller organic growers spread over a significant geographic region in the Upper Midwest and Great Plains region. These member cooperatives, NFOrganics – Central Plains Organic Farmers Cooperative – Midwest Organic Farmers Cooperative, represent, engage and do business with nearly 500 producers, processors and buyers in the organic grain supply chain community and market grain and field crops in markets across 25 states. OFARM's family of cooperatives offer a well-established marketing element as well as a coordination and communication structure to enhance collaboration and project management.

PREVIEW Date: Mar 28, 2023       Workspace ID: WS00920887 Funding Opportunity Number: USDA-NRCS-COMM-22-NOFO0001139

**J.A. 1003**

### Scope of the Collaborative

This collaborative is intended to be a catalyst to take the work of each partner to another level and to advance the efforts of each organization collectively to make a substantial impact on and for the organic community.  However, the organic community is changing rapidly and will evolve over time.  Therefore, it is difficult to specifically articulate each step, activity or project at this early stage.  Certain key activities are critical to the development, and they could include but are not be limited to the following:

- Create a vision for the collaborative
- Identify key collaborative progress indicators
- Create a comprehensive master plan for the collaborative
- Access funding sources jointly
- Partner on joint projects
- Share resources and networks

### Structure

The partners to this agreement are not engaged as contractors of each other under this agreement and will maintain their separate organizational identities however the partners may enter into separate subcontractor/contractor agreements with each other specific to individual projects.

### Marketing and Media

All media, marketing, collateral material, reports, PR pieces and articles related to the collaborative work will include co-branding from all partners. Collaborative marketing costs will be approved and shared by the partners.

### Co-Development Ownership and Credit

Each partner will contribute and invest time, energy, effort and money in the collaborative.  Credit, ownership and branding for said co-development will be shared and any intellectual property developed as a result of partner activities related to this agreement will be co-owned and will remain co-owned beyond this agreement.

### Communication

Communication between the collaborative partners will be timely, open, transparent and professional.  The representatives to this agreement will discuss progress related to developments on a quarterly basis through a combination of virtual and/or in-person meetings.

### Other agreements

This agreement does not preclude either partner from entering into related agreements with other entities.  Each partner will apprise the other partner of agreements entered into with other entities and involve the other partner where possible.

*MOSES/Marbleseed, OEFFA, OFARM MOU*
*Page 3*

## Funding Partners

While this agreement provides an overall umbrella for the partner's interactions and specifies that the relationship be publicly branded as a collaborative, project specific agreements between the partners may modify the partner relationship on a project basis relative to funding partner agreements for said projects. As partners identify funding opportunities or the potential to expand this partnership agreement, these will be brought to the partnerships in a timely manner and may happen more frequently than quarterly meetings.

## Length of term

The term of this 5-year agreement is from June 1st 2022 to May 31st 2027. Annual renewal date is June 1st.

## Compensation

This agreement is about collaboration and sharing resources therefore no compensation between partners is expected.  Project specific compensation between partners may occur but will be agreed to separately by each project.

## Renewal, Amendment & Termination

This agreement will be reviewed, updated, and renewed on an annual basis within 45 days preceding the annual agreement anniversary date.  If such review and updating is not completed by the annual agreement anniversary date, then the agreement will automatically renew an annual basis. This Agreement may be amended by written mutual agreement of the partners at any time.  This agreement may be terminated with 3 months calendar notice with agreement of all partners.

## Assignment

All partners understand that the representatives of each organization play a pivotal role in the performance of the strategic partnership based on the relationship of those representatives. Therefore, should any partner experience a change in its representative to this agreement, assignment of this agreement will require written consent of the collaborative partners.

**Affirming this Agreement**



**Marbleseed**

**Lori Stern, Executive Director**                    May 26, 2022
                                                      **Date**

**OEFFA**

**Carol Goland, Executive Director**                  May 26, 2022
                                                      **Date**

**OFARM**

**Oren Holle, President**                             June 7, 2022
                                                      **Date**

*MOSES/Marbleseed, OEFFA, OFARM MOU*
*Page 5*

# CONFLICT OF INTEREST LIST

**Name: Lori Stern/MOSES Organization**

**Instructions:**
- Who completes this template: Each project director/principal investigator (PD/PI) or other person that the Request for Applications (RFA) specifies
- How this template is completed:
  - List alphabetically – with last name first -- the full names of the following individuals:
    - All co-authors on publications within the past three years, including pending publications and submissions
    - All collaborators on projects within the past three years, including current and planned collaborations
    - All persons in your field with whom you have had a consulting/financial arrangement/other conflict-of-interest in the past three years
- Indicate the person's relationship to you (Co-Author, Collaborator, etc) with an "x".

| Name | Co-Author | Collaborator | Advisees/ Advisors | Other – Specify Nature |
|---|---|---|---|---|
| Atwell, Leon | | x | | |
| Barton, Julia | | x | | |
| Bomar, Julie | | X | | |
| Berry, KaZoua | | X | | |
| Blythe, Aaron | | X | | |
| Bernhardt, David Andrew | | x | | |
| Cala, Rodrigo | | X | | |
| Dhore, Naima | | X | | |
| Dietman, Paul | | X | | |
| Duffy, Stephanie | | X | | |
| Evers, Jacquelyn | | X | | |
| Fernholz, Carmen | | X | | |
| Goland, Carol | | X | | |
| Haines, Lindsay | | X | | |
| Hang, Janssen | | X | | |
| Henderson, Rachel | | X | | |
| Joannides, Jan | | X | | |
| Kamau, Beatrice | | X | | |
| Kasten, Kara | | X | | |
| Kivirist, Lisa | | X | | |
| Klair, Kevin | | x | | |
| Koch, Joe | | X | | |
| LaShae, Tiffany | | X | | |
| Lee, Mhonpaj | | X | | |
| Lipstreu, Amalie | | X | | |
| Mahalko, Kevin | | X | | |
| Meyers, Robert | | X | | |
| Moua, Mai | | x | | |
| Mungar, Carolyn | | X | | |

| | | |
|---|---|---|
| Nandwani, Dilip | | x |
| Nelson, Beth | | X |
| Nelson, Jennifer | | X |
| Sedlak, Carrie | | x |
| Shekina, Esther | | x |
| Silva, Erin | | x |
| Tautges, Nicole | | x |
| Tencer, Brise | | x |
| Tesch, Sheena | | x |
| VanEeckhout, David | | x |
| Warndahl, Bonnie | | x |
| Williams, Ann | | x |
| Williams, Carol | | x |
| Woods, Shelly | | x |
| Yang, Yimmuaj | | x |
| Zimmerman, Stella | | x |
| | | |

TAMMY BALDWIN
WISCONSIN

COMMITTEES:
APPROPRIATIONS
COMMERCE
HEALTH, EDUCATION,
LABOR, AND PENSIONS

# United States Senate
WASHINGTON, DC 20510

June 8, 2022

The Honorable Thomas Vilsack
U.S. Department of Agriculture
1400 Independence Avenue, SW
Washington, D.C. 20250

Dear Secretary Vilsack,

I am pleased to support Marbleseed's application for Partnership for Climate-Smart Commodities grant funding through the Department of Agriculture. Marbleseed's partners for this proposal include the Organic Farmers Agency for Relationship Marketing, the Ohio Ecological Food and Farm Association, Organic Farmers Association, and Tennessee State University, as well as Wisconsin based partners including the Michael Fields Agricultural Institute and the University of Wisconsin-Madison.

Marbleseed's collaborative, broad regional project offers an opportunity to demonstrate the value agriculture can play as part of the solution to climate change. In order to provide healthy, culturally appropriate food for communities, maintain viable organic farming operations, and meet growing consumer demand, organic grain growers work within an ecological system founded in healthy soil. Organic growers utilize crop rotations as a foundational practice in this system. While crop rotations form the basis of pest, disease, and weed management on organic farms, and ensure that the ground is covered throughout the year, it can be difficult to market each crop in the rotation.

With awarded funding, activities included in this project will include technical assistance to enable organic farmers to utilize climate smart organic growing practices, develop and market robust rotations through a grower-owned cooperative, all while measuring the impact of organic management systems, including soil organic matter and biodiversity. This approach will offer farmers a key framework in terms of organic systems thinking, production practices, and marketing in community. The verification component of this proposal is designed to measure an array of climate benefits including soil health, in recognition of the stacked benefits of regenerative, organic systems. Farmers will also be compensated to participate and collect data under the oversight of research and university partners.

I strongly support collective proposals that help to both strengthen on-farm resiliency and increase sustainable practices within our agricultural economy. For this reason, I respectfully request that full and fair consideration be given to Marbleseed's Partnership for Climate-Smart Commodities program application. Please keep my office updated on the progress of this application by email at projects_grants@baldwin.senate.gov. Thank you for your thoughtful consideration of this request.

Sincerely,

Tammy Baldwin
United States Senator

MARBLESEED DECLARATION

EXHIBIT 10-B

NRCS-ADS-093



**U.S. Department of Agriculture**
**Natural Resources Conservation Service**

## NOTICE OF GRANT AND AGREEMENT AWARD

| 1. Award Identifying Number<br><br>NR243A750004G010 | 2. Amendment Number | 3. Award /Project Period<br><br>Date of final signature -<br>11/30/2028 | 4. Type of award instrument:<br><br>Grant Agreement |
|---|---|---|---|
| 5. Agency (Name and Address)<br><br>USDA Partnerships for Climate-Smart Commodities<br>c/o FPAC-BC Grants and Agreements Division<br>1400 Independence Ave SW, Room 3236<br>Washington, DC 20250<br>Direct all correspondence to FPAC.BC.GAD@usda.gov | | 6. Recipient Organization (Name and Address)<br><br>Marbleseed, Inc.<br>P.O. Bix 339<br>Spring Valley WI  54767-0339<br><br>UEI # KWHJGBFCLMT6 | |

| 7. NRCS Program Contact<br><br>Jeremy Bowers<br>(815) 942-0359<br>jeremy.bowers@usda. gov | 8. NRCS Administrative<br>Contact<br><br>Daniel Curtis<br>(503) 414-3286<br>daniel.curtis@usda.gov | 9. Recipient Program<br>Contact<br><br>Tom Manley<br>(715) 307-8909<br>thomas.manley@marbleseed.org | 10. Recipient Administrative<br>Contact<br><br>Sarah Broadfoot<br>(715) 778-5775<br>sarah.broadfoot@marbleseed.org |
|---|---|---|---|
| 11. CFDA<br><br>10.937 | 12. Authority<br><br>15 USC 714 et seq | 13. Type of Action<br><br>New Agreement | 14. Program Director<br><br>Lori Stern<br>(608) 558-2614<br>lori.stern@marbleseed.org |

15. Project Title/ Description:  Expands climate-smart wheat, grain, specialty and organic crop markets in IA, IL, IN, KS, KY, MI, MN, MO, ND, NE, OH, SD, TN, WI and supports farmer CS practice implementation and monitoring.

16. Entity Type:  M = Nonprofit with 501C3 IRS Status (Other than Institution of Higher Education)

17. Select Funding Type

| Select funding type: | ☒ Federal | | ☐ Non-Federal |
|---|---|---|---|
| Original funds total | $4,517,254.65 | | $0.00 |
| Additional funds total | $0.00 | | $0.00 |
| Grand total | $4,517,254.65 | | $0.00 |

**J.A. 1011**

18. Approved Budget

| Personnel | $599,563.80 | Fringe Benefits | $161,881.50 |
|---|---|---|---|
| Travel | $47,465.00 | Equipment | $0.00 |
| Supplies | $39,274.40 | Contractual | $0.00 |
| Construction | $0.00 | Other | $3,669,069.95 |
| Total Direct Cost | $4,424,172.55 | Total Indirect Cost | $93,082.10 |
| | | Total Non-Federal Funds | $0.00 |
| | | Total Federal Funds Awarded | $4,517,254.65 |
| | | Total Approved Budget | $4,517,254.65 |

This agreement is subject to applicable USDA NRCS statutory provisions and Financial Assistance Regulations. In accepting this award or amendment and any payments made pursuant thereto, the undersigned represents that he or she is duly authorized to act on behalf of the awardee organization, agrees that the award is subject to the applicable provisions of this agreement (and all attachments), and agrees that acceptance of any payments constitutes an agreement by the payee that the amounts, if any, found by NRCS to have been overpaid, will be refunded or credited in full to NRCS.

| Name and Title of Authorized Government Representative<br><br>Katina Hanson<br>Acting Senior Advisor for Climate-Smart Commodities | Signature | Date |
|---|---|---|
| Name and Title of Authorized Recipient Representative<br><br>Lori Stern<br>Executive Director | Signature | Date |

### NONDISCRIMINATION STATEMENT

The U.S. Department of Agriculture (USDA) prohibits discrimination in all its programs and activities on the basis of race, color, national origin, age, disability, and where applicable, sex, marital status, familial status, parental status, religion, sexual orientation, genetic information, political beliefs, reprisal, or because all or a part of an individual's income is derived from any public assistance program. (Not all prohibited bases apply to all programs.) Persons with disabilities who require alternative means for communication of program information (Braille, large print, audiotape, etc.) should contact USDA's TARGET Center at (202) 720-2600 (voice and TDD). To file a complaint of discrimination write to USDA, Director, Office of Civil Rights, 1400 Independence Avenue, SW., Washington, DC 20250-9410 or call (800) 795-3272 (voice) or (202) 720-6382 (TDD). USDA is an equal opportunity provider and employer.

### PRIVACY ACT STATEMENT

The above statements are made in accordance with the Privacy Act of 1974 (5 U.S.C. Section 522a).

## Statement of Work

### Purpose

The purpose of this agreement, between the U.S. Department of Agriculture, Natural Resources Conservation Service (NRCS) and Marbleseed is to build markets for climate-smart commodities and invest in America's climate-smart producers to strengthen U.S. rural and agricultural communities.

### Objectives

The objectives of this project are to support the production and marketing of climate-smart commodities by providing voluntary incentives to producers and landowners, including early adopters, to implement climate-smart agricultural production practices, activities, and systems on working lands; measure/quantify, monitor, and verify the carbon and greenhouse gas (GHG) benefits associated with those practices; and develop markets and promote the resulting climate-smart commodities.

### Budget Narrative

The official budget summarized below and described in the attached Budget Narrative will be considered the total budget as last approved by the Federal awarding agency for this award.

Amounts included in this budget narrative are estimates. Reimbursement or advance liquidations will be based on actual expenditures, not to exceed the amount obligated.

TOTAL BUDGET $ 4,517,254.65

TOTAL FEDERAL FUNDS $4,517,254.65
PERSONNEL $545,059.00
FRINGE BENEFITS $147,165.00
TRAVEL $43,150.00
EQUIPMENT $0.00
SUPPLIES $35,703.00
CONTRACTUAL $0.00
CONSTRUCTION $0.00
OTHER $3,653,095.55 (Includes $910,000.00 in Produce Incentives)
TOTAL DIRECT COSTS $4,426,703.55
INDIRECT COSTS $93,082.10
Recipient has elected to use the de minimis indirect cost rate, 10% of $930,821

TOTAL NON-FEDERAL FUNDS $0

### Responsibilities of the Parties:

If inconsistencies arise between the language in this Statement of Work (SOW) and the General Terms and Conditions attached to the agreement, the language in this SOW takes precedence.

RECIPIENT RESPONSIBILITIES

Perform the work and produce the deliverables as outlined in this Statement of Work and attachments.

Ensure Paperwork Reduction Act (PRA) clearance is obtained prior to conducting data collection from producers or other project participants, including data collection performed by subrecipients.

Comply with the applicable version of the General Terms and Conditions.

Submit reports and payment requests to the ezFedGrants system as outlined in the applicable version of the General Terms and Conditions. Reporting frequency is as follows:

Performance Reports: Quarterly

SF425 Financial Reports:  Quarterly

| Detailed Progress Report: Quarterly<br>(The detailed progress report is in addition to the performance and financial reports referenced above and described in the general terms and conditions) |
| --- |
| **Expected Accomplishments and Deliverables**<br><br>See attached Benchmarks Table and associated Project Narrative. |
| **Resources Required**<br><br>See the Responsibilities of the Parties section for required resources, if applicable. |
| **Milestones**<br><br>See attached Benchmarks Table and associated Project Narrative. |

## GENERAL TERMS AND CONDITIONS

Please reference the below link(s) for the General Terms and Conditions pertaining to this award:
https://www.fpacbc.usda.gov/about/grants-and-agreements/award-terms-and-conditions/index.html

**Attachments:**
Benchmarks and Milestones Table
Budget Narrative
Climate-Smart Practices List and Limitations
Project Narrative
Data Dictionary
Climate-Smart Specific Terms and Conditions

| Item No | Payment Type | Expense Category | Description | Obligation Amount | Obligation Direct Cost | Obligation Indirect Cost | NICRA Rate % |
|---|---|---|---|---|---|---|---|
| 10 | Payment | Personnel | Personnel | $ 599,563.80 | $ 545,058.00 | $ 54,505.80 | 10 |
| 20 | Payment | Fringe Benefits | Fringe Benefits | $ 161,881.50 | $ 147,165.00 | $ 14,716.50 | 10 |
| 30 | Payment | Travel | Travel (Staff) | $ 47,465.00 | $ 43,150.00 | $ 4,315.00 | 10 |
| 40 | Payment | Supplies | Supplies | $ 39,274.40 | $ 35,704.00 | $ 3,570.40 | 10 |
| 50 | Payment | Other | Grower Summit expenses | $ 65,718.40 | $ 59,744.00 | $ 5,974.40 | 10 |
| 60 | Payment | Other | Participant / Trainee Support Costs | $ 12,000.00 | $ 12,000.00 | $ - | 0 |
| 70 | Payment | Other | Sub award 1: MFAI (first $25K) | $ 27,500.00 | $ 25,000.00 | $ 2,500.00 | 10 |
| 80 | Payment | Other | Sub award 1: MFAI (above $25K) | $ 415,341.10 | $ 415,341.10 | $ - | 0 |
| 90 | Payment | Other | Sub award 2: OEFFA (first $25K) | $ 27,500.00 | $ 25,000.00 | $ 2,500.00 | 10 |
| 100 | Payment | Other | Sub award 2: OEFFA (above $25K) | $ 821,673.05 | $ 821,673.05 | $ - | 0 |
| 110 | Payment | Other | Sub award 3: OFARM (first $25K) | $ 27,500.00 | $ 25,000.00 | $ 2,500.00 | 10 |
| 120 | Payment | Other | Sub award 3: OFARM (above $25K) | $ 1,025,223.40 | $ 1,025,223.40 | $ - | 0 |
| 130 | Payment | Other | Sub award 4: TSU (first $25K) | $ 27,500.00 | $ 25,000.00 | $ 2,500.00 | 10 |
| 140 | Payment | Other | Sub award 4: TSU (above $25K) | $ 309,114.00 | $ 309,114.00 | $ - | 0 |
| 150 | Payment | Other | Producer Incentive - Implementation | $ 85,000.00 | $ 85,000.00 | $ - | 0 |
| 160 | Payment | Other | Producer Incentive - Process Adoption | $ 825,000.00 | $ 825,000.00 | $ - | 0 |

Use all this information as it appears when filling out the GADBET

**J.A. 1015**

| Growing, Marketing, and Measuring the Climate-Smart Impacts of Organic Grain & Field Crops |
|---|
| Lead Applicant: Marbleseed |
| Project Timeline: November 2023-September 2028 (20 quarters) |
| Required Quantitative Targets by Quarter (Cumulative) – some initial quarters may be zero: |

# Attachment - Benchmarks and Milestones

| Targets | Q1 | Q2 | Q3 | Q4 | Q5 | Q6 | Q7 | Q8 | Q9 | Q10 | Q11 | Q12 | Q13 | Q14 | Q15 | Q16 | Q17 | Q18 | Q19 | Q20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| # Farmers[1] | - | - | 10 | 10 | 10 | 10 | 60 | 60 | 60 | 60 | 80 | 80 | 80 | 80 | 100 | 100 | 100 | 100 | 120 | 120 |
| Underserved[2] | - | - | 3 | 3 | 3 | 3 | 20 | 20 | 20 | 20 | 26 | 26 | 26 | 26 | 33 | 33 | 33 | 33 | 40 | 40 |
| Acres[3] | - | - | 1,713 | 1,713 | 1,713 | 1,713 | 10,275 | 10,275 | 10,275 | 10,275 | 13,700 | 13,700 | 13,700 | 13,700 | 17,125 | 17,125 | 17,125 | 17,125 | 20,550 | 20,550 |
| $ to Farmers (in thousands)[4] | - | - | 15 | 30 | 138 | 141 | 249 | 253 | 361 | 364 | 472 | 476 | 584 | 587 | 695 | 699 | 807 | 810 | 918 | 922 |
| GHG Benefits (t CO₂e)[5] | - | - | - | - | - | - | 69 | 69 | 69 | 69 | 685 | 685 | 685 | 685 | 1,302 | 1,302 | 1,302 | 1,302 | 1,918 | 1,918 | 2,535 |
| Markets - New[6] | - | - | - | - | - | - | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 2 | 2 | 3 |
| Markets - Expanded[7] | - | - | - | 3 | 3 | 3 | 3 | 7 | 7 | 7 | 7 | 10 | 10 | 10 | 10 | 14 | 14 | 14 | 14 | 17 |
| Supply Chain Traceability[8] | - | - | - | 1 | 1 | 1 | 1 | 3 | 3 | 3 | 3 | 5 | 5 | 5 | 5 | 6 | 6 | 6 | 6 | 6 |
| Tools Used[9] | - | - | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| Training/TA #[10] | - | - | 5 | 10 | 15 | 55 | 90 | 125 | 160 | 195 | 230 | 265 | 300 | 835 | 870 | 1,305 | 1,340 | 1,375 | 1,410 | 1,445 |
| Training/TA Reach[11] | - | 50 | 50 | 230 | 230 | 1,030 | 1,030 | 1,210 | 1,210 | 2,010 | 2,010 | 2,190 | 2,190 | 2,990 | 2,990 | 3,170 | 3,170 | 3,970 | 3,970 | 4,150 |
| Partners[12] | 6 | 6 | 8 | 8 | 8 | 10 | 10 | 10 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 |

[1] Forty farmers for project duration; 20 farmers added each year for conservation practice implementation
[2] Of those farmers, we estimate at least one-third, or 33%, will be socially disadvantaged producers.
[3] Of 40 l producers, we estimate that 15 farmers will operate at the 400-acre scale, 15 at 50 acres, and 10 at 10 acres, totaling 6,850 acres or an average of 171.25 acres/per farmer.
[4] Farmers will receive $5,000 each year for data collection, participation in education, and expanding their rotations years 2-5. Five will participate at this level in year one. Twenty farmers a year will receive $1000 for implementing a conservation practice years 2-5. Five will participate at this level year 1.
[5] GHG, greenhouse gas; metric tons of CO₂e reduced or sequestered from increasing crop rotational diversity; 554 t CO₂e sequestered per year or 2,217 t CO₂e over 4-year for the 40 farmers with full participation in the project period. The 20 additional farmers will also participate in measurement of GHG but may choose other conservation practices-not extended crop rotation.
[6] With the proposed Market Development Advisory Committee, as well as market development around culturally relevant crops, the project will expand by an additional 2-3 marketing channels.
[7] Expanding customers, products marketed, and marketing channels will result in 17 expanded markets over four years.
[8] Supply chain traceability will occur across multiple marketing channels (e.g., selling to food processors, distributors, direct to consumer). We will build on our existing systems of traceability required by the organic industry to trace climate-smart commodities through the supply chain. This includes meeting audit requirements and tracking to meet organic standards.
[9] We will utilize two tools (COMET being one) for measurement of GHG benefits and other stacked benefits in organic systems.
[10] TA, technical assistance; TA to enrolled farmers per year = 40 farmers estimated 3 TA consultations each; 20 farmers estimated 1 TA consultation each
[11] TA, technical assistance; trainings hosted by partners = 4 field days/year with 35 average attendees; workshop tracks by OEFFA, Marbleseed, and TSU with 250 average attendees/year; Grower Summit with 50 average attendees/year.
[12] The partnership that coalesced in the creation of this project, identified as the Midwest Organic Collaborative (MWOC), started with six key partners. We imagine this partnership will expand over the project period.

## Budget by Quarter Estimate

| Category/Item | Q1 | Q2 | Q3 | Q4 | Q5 | Q6 | Q7 | Q8 | Q9 | Q10 | Q11 | Q12 | Q13 | Q14 | Q15 | Q16 | Q17 | Q18 | Q19 | Q20 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Personnel | $ 25,669.75 | $ 25,669.75 | $ 25,669.75 | $ 25,669.75 | $ 26,439.85 | $ 26,439.85 | $ 26,439.85 | $ 26,439.85 | $ 27,216.33 | $ 27,216.33 | $ 27,216.33 | $ 28,048.56 | $ 28,048.56 | $ 28,048.56 | $ 28,048.56 | $ 28,890.01 | $ 28,890.01 | $ 28,891.00 | $ 28,890.01 | $ 545,058.98 |
| Fringe | $ 6,930.83 | $ 6,930.83 | $ 6,930.83 | $ 6,930.83 | $ 7,138.76 | $ 7,138.76 | $ 7,138.76 | $ 7,138.76 | $ 7,348.41 | $ 7,348.41 | $ 7,348.41 | $ 7,348.41 | $ 7,573.11 | $ 7,573.11 | $ 7,573.11 | $ 7,800.30 | $ 7,800.30 | $ 7,800.56 | $ 7,800.30 | $ 147,165.92 |
| Staff Travel | $ 2,600.00 | $ 3,000.00 | $ 1,250.00 | $ 1,780.00 | $ 3,780.00 | $ 3,000.00 | $ 500.00 | $ 1,350.00 | $ 3,780.00 | $ 3,000.00 | $ 500.00 | $ 1,350.00 | $ 3,780.00 | $ 3,000.00 | $ 500.00 | $ 1,350.00 | $ 3,780.00 | $ 3,000.00 | $ 500.00 | $ 1,350.00 | $ 43,150.00 |
| Participant Support | $ - | $ - | $ 15,000.00 | $ 15,000.00 | $ 108,000.00 | $ 3,000.00 | $ 108,000.00 | $ 4,000.00 | $ 108,000.00 | $ 3,000.00 | $ 108,000.00 | $ 4,000.00 | $ 108,000.00 | $ 3,000.00 | $ 108,000.00 | $ 4,000.00 | $ 108,000.00 | $ 3,000.00 | $ 108,000.00 | $ 4,000.00 | $ 922,000.00 |
| Materials and Supplies | $ 6,017.44 | $ 1,154.50 | $ 1,154.50 | $ 2,204.50 | $ 1,154.50 | $ 1,154.50 | $ 1,154.50 | $ 3,664.50 | $ 1,154.50 | $ 2,204.50 | $ 1,154.50 | $ 1,154.50 | $ 2,204.50 | $ 1,154.50 | $ 1,154.50 | $ 2,204.50 | $ 1,154.50 | $ 35,702.94 |
| Other Expenses | $ - | $ 9,880.00 | $ - | $ 700.00 | $ 1,607.00 | $ 8,480.00 | $ - | $ 700.00 | $ - | $ 17,710.00 | $ - | $ 700.00 | $ - | $ 8,480.00 | $ - | $ 700.00 | $ - | $ 8,480.00 | $ - | $ 2,307.00 | $ 59,744.00 |
| Subawards/Contractual Costs | $ 114,941.07 | $ 114,941.07 | $ 114,941.07 | $ 114,941.07 | $ 138,502.06 | $ 138,502.06 | $ 138,502.06 | $ 138,502.06 | $ 137,735.31 | $ 137,735.31 | $ 137,735.31 | $ 137,735.31 | $ 146,707.06 | $ 146,707.06 | $ 146,707.06 | $ 130,578.68 | $ 130,578.68 | $ 130,578.68 | $ 130,578.68 | $ 2,673,856.67 |
| Indirect | $ 4,621.80 | $ 5,163.51 | $ 4,000.51 | $ 4,228.51 | $ 4,512.01 | $ 5,121.31 | $ 4,023.31 | $ 4,283.31 | $ 4,449.92 | $ 6,392.92 | $ 4,121.92 | $ 4,381.92 | $ 4,555.62 | $ 5,325.62 | $ 4,227.62 | $ 4,487.62 | $ 4,662.48 | $ 5,432.48 | $ 4,334.48 | $ 4,755.30 | $ 93,082.18 |
| TOTAL REQUEST | $ 160,780.90 | $ 166,739.66 | $ 168,946.66 | $ 171,454.66 | $ 291,134.17 | $ 192,836.47 | $ 285,758.47 | $ 184,618.47 | $ 289,684.47 | $ 206,057.47 | $ 286,076.47 | $ 184,936.47 | $ 299,818.84 | $ 203,288.84 | $ 296,210.84 | $ 195,070.84 | $ 284,865.97 | $ 188,335.97 | $ 281,259.23 | $ 181,885.80 | $ 4,519,760.70 |

**Budget Narrative**

Growing, Marketing, and   Measuring the  Climate-Smart  Impacts of Organic   Grain &   Field Crops Lead Organization:  Marbleseed  (formerly known as MOSES—Midwest    Organic  and  Sustainable Education Service) Project  dates:  9/1/2023 to 8/31/2028

**PROJECT TOTAL: $4,517,254.65**

A. **Personnel | Federal Total: $545,058**
1. $4,708.83 | Lori Stern, Executive Director; Project Director; 1% of $88,693.00* Supervise project director and fiscal processes to meet project goals and deliverables.
2. $6,758.95 | Thomas Manley, Partnership Director; Co-Project Director; 2% of$63,654.00* Senior manager of project; broad program oversight
3. $31,854.81 | Grants & Evaluation Manager, to be hired; 10% FTE of $60,000* Project staff management, and attendance at key project meetings, program evaluation and reporting.
4. $292,002.47 | Program Manager, to be hired; 100% of $55,000*
   Facilitation, implementation, and management of program and partner coordination
5. $138,037.53 | Field Support Coordinator, to be hired at 50% of $52,000* Farmer education, professional development for other FSC's
6. $31,854.81 | Sarah Broadfoot, Operations Director; 10% of $60,000*
   Farmer enrollment stipends, grant invoices, subaward budget management, financial reporting
7. $11,404.85 | Event and Administrative Support Staff; 5% of $ 42,963.10* Workshops, Field Days and Grower Summit logistics and speaker/presenter support, other administrative support
8. $28,435.73 | Communications and Marketing Staff; 10% of $53,560*
   Online and print media promotion and communication of program and events

*Staff time includes annual 3% raises; listed salary is at first year*

B. **Fringe | Federal Total: $147,165**

Personnel Fringe: 27% of salaries and wages ($545,058.00 x 27%)

| 2023 Fringe Rate Justification* | |
|---|---|
| Payroll Taxes | $50,218.09 |
| Benefits | $51,615.83 |
| Flexible PTO | $45,331.74 |

C. **Travel (Staff) | Federal Total: $43,150.00**
1. $15,000.00 | Project Meetings and Grower Summit Travel for 3 staff; $1000 ($326 for airfare or mileage + $224 per diems (4-day trips: $64x2 days; $48x2 days—first and last) + $150x3 nights lodging x 3 staff x 5 years; Mileage/Airfare, per diems, lodging, for annual trips locations will vary
2. $12,500.00 | Enrolled Farm Visits by Field Support Coordinator; $250 (mileage avg. 284 miles x $0.655 = $186 and per diem $64) per farm visit x 10 farms x 5 years
3. $2,650.00 | Field Day travel for 2 staff; RT mileage average of 176 miles x $0.655=$115 + 1 night lodging at $150 x 2 people x 5 years
4. $13,000.00 | USDA Partnership meetings (required in RFA); 2 in-person meetings a year to the USDA Partnerships for Climate-Smart Commodities Learning Network. Assuming DC trip for full-day meeting plus 2 travel days; Airfare $500, M&IE: $200; 2 nights lodging $230/night x 2=$460; transportation$140 (airport parking and taxi fares)

**J.A. 1017**

D. **Equipment: $0**

E. **Supplies | Federal Total: $35,704**

1. $19,403.94 | Computer/workstation for Program Manager and Field Support Coordinator ($2000 x 2; 1 printer $163.94 in year 1) and IT service support ($127/month=$1524/year) x 5 years

2. $7,300.00 | Phone ($350/year 1 x 2 staff) and service ($55/month=$660/year x 2 staff) for program manager and Field Support Coordinator

3. $1,250.00 | General office supplies for program and events ($150 paper, sticky notes, flipchart pads, pens/markers, printer toner, folders, etc.; $100 postage) $250/year x 5 years

4. $5,250.00 | Event Supplies: Field Day Catering, full-day event; 70 people $15 each for light lunch and beverages x 5 years

5. $1,000.00 | Event Supplies: Grower Summit Course book and materials/supplies;$20/per participant x 50 participants; Year 3

6. $1,500.00 | Event Supplies: Grower Summit Catering, full-day event: $25 for lunch, $5 for breaks x 50 people; Year 3

F. **Contractual: $0**

G. **Construction: $0**

H. **Other Direct Costs | Federal Total: $3,653,095.44**

1. $9,230.00 | Grower Summit expenses (full-day event); Year 3
   - $7,230.00 | Presenter expenses: Stipend/travel ($2000 each), lodging (2 nights x $150), meals ($55/day x 2 days) x 3 presenters
   - $2,000.00 | Grower Summit Facility and AV expenses for full-day training

2. $42,400.00 | Workshop Track at Organic Farming Conference (four 90-minute workshops per year)
   - $22,400.00 | Presenter expenses:  Stipend and travel ($150 each), lodging (2 nights x $150), meals ($55/day x 2 days) x 2 presenters x 4 workshops/year x 5 years
   - $17,000.00 | Facility and AV expenses: $850/workshop x 4 workshops x 5 years
   - $3,000.00 | Printing costs for conference workshop track; handouts, registration guide, program; $150/workshop x 4 workshops x 5 years

3. $3,500.00 | Field Day expenses (full-day on-farm events; 1 per year)
   - $1,000.00 | Equipment/rentals (porta potty, chairs); $200 per event x 5 years
   - $2,500.00 | Farm Host Stipend for Field Days; $500 per event x 5 years

4. $1,400.00 | Project Meeting expenses; Year 1
   Project gathering for Field Support Coordinators and project Staff; 10 people, full day (facility/av $1000 +$300 catering; $100 supplies)

5. $3,214.00 | Organic Broadcaster Articles highlighting program, involved farms in year 2 and a recap and program findings in year 5. Our bi-monthly newspaper the Organic Broadcaster has a readership of about 15,000; $1607/article x 1 article in year 2 and 1 in year 5

6. $922,000.00 | Participant / Trainee Support Costs
   - $12,000.00 | Tuition/Fees: Regional farmers to Grower Summit and annual organic farming conference; $300 x 10 farmers starting in yr 2
   - $85,000.00 | Stipends for Conservation Implementation Incentives for Farmers. $1000 per year for 5 farmers in year 1 and 20 farmers in years 2-5

**J.A. 1018**

- $825,000.00 | Stipends for project participation to include increased rotations, on-farm monitoring, and travel and attendance at annual and regional project educational events. (Grower Summits, field days, field crop workshops offered); 5 farmers receive $5,000/year for year 1; 40 farmers receive $5,000/year for years 2-5

7. $442,841.10 | Sub award 1: Michael Fields Agriculture Institute (MFAI); see sub award budget justification
8. $846,673.05 | Sub award 2: Ohio Ecological Food and Farm Association (OEFFA); see sub award budget justification
   - OEFFA has $47,500 of participant support in their budget
9. $1,050,223.40 | Sub award 3: OFARM ; budget justification to be re-submitted OFARM is a cooperative of farmers formed for the purpose of organic grain marketing and fair prices for member farmers. Their involvement will ensure sustainability of the enrolled farms beyond the project period.
10. $334,115.00 | Sub award 4: Tennessee State University (TSU); see sub award budget justification
    - TSU has $25,000 of participant support in their budget.

Indirect figured on Total Direct Costs less subawards above $25,000 and participant costs; 10% of $93,082.10

| Item | Budget | Eligible Amount |
|---|---|---|
| Salaries and wages: | $545,059.00 | $545,059.00 |
| Fringe: | $147,165.00 | $147,165.00 |
| Travel:  Materials/ | $43,150.00 | $43,150.00 |
| Supplies: | $35,703.00 | $35,703.00 |
| Other: | $3,653,095.55 | $159,744.00 |
| Direct Costs (DC) | $4,424,172.55 | |
| Modified DC | | $930,821.00 |
| Indirect Costs | $93,082.10 | |
| Total | $4,517,254.65 | |

**Subaward 1 - Michael Fields Agricultural Institute**

Project Title: Climate Smart Commodities
Lead Organization: Midwest Organic and Sustainable Education Service (MOSES) Project
dates: 9/1/2022 to 8/31/2027

### Personnel  $230,661.61

0.40 FTE salary for co-PI Tautges for years 1-5, at an annual salary $100,00 with an escalation rate of 2% (total salary of $208,161.61), to lead the environmental monitoring objective. Dr. Tautges will develop sampling and data management protocols, coordinate sampling and data collection processes with the farmer support network, and will implement the data management plan and data analysis.

We are requesting wages for a Data Management Assistant who will be hired hourly at $30/hour for 150 hours per year, for years 1-5, to assist Dr. Tautges with implementing the data management framework (total of $22,500). We are also requesting fringe for co-PI Tautges at a 30% rate for 5 years, total of $62,448.48.

### Fringe $62,448.48

30% of Co- PI Tautges

### Travel (Staff): $14,500

Mileage for the project coordinator 3 meetings in Wisconsin or Ohio - 915 miles at $0.655/mile = $1,179.

For project coordinator meetings in Kansas and Tennessee - airfare $450/round trip = $900

Lodging for all of the above, request at $140/night for 8 nights = $1,120

Three trips to grower sites per year - 1,000 miles at $0.655/mile for all 5 years = $9,825

Lodging for grower site visits - $140/trip, $280 per year for 5 years = $1,400.

### Supplies: $92,700

3 samples per farm, from 40 farms, for 120 soil samples per year.

Year 1- texture analysis - $60/sample for 120 soil samples = $7,200 total

Soil health sample analysis - $90/sample for 120 soil samples, for 5 years = $54,000 total

Routine soil sample analysis - $40/samples for 120 soil samples, for 5 years = $24,000 total

$500 per year for website maintenance costs for the project (includes website subscription service and server backup contract) for 5 years = $2,500 total.

Printing costs to disseminate printed project kits and reports for project participants, $25/packet for 40 packets = $1,000 total per year for 5 years = $5,000

Total Direct Costs: $400,310.09

Indirect Costs: $40,031.01  Using the deminimis 10% of MTDC

Total Budget : $440,341.10

**J.A. 1020**

**Subaward 2 - Ohio Ecological Food and Farm Association**
Project Title: Climate Smart Commodities
Lead Organization: Midwest Organic and Sustainable Education Service (MOSES)/Marbleseed Project dates: 9/1/2023 to 8/31/2028

**A. Personnel: $493,677.02**

**B. Fringe: $143,166.33**

We request a grand total of $493,677.02 for personnel salaries + $143,166.33 fringe benefits to salaries. This is detailed in the senior personnel (section A) and other personnel (Section below. Additionally, we request $53,370.00 in staff travel (section D), $47,500.00 for participant support (section E), $36,307.50 in other direct costs (section F), and $72,652.09 in indirect costs (section H).

**Total Senior / Key Personnel Salary + Fringe:**

Casey Brooks – Field Service Coordinator

Manage field service coordinator team, provide technical assistance leadership, and coordination across organizations for the project. Represent OEFFA in Partner Network meetings and connect field service activities to Grower Summit and education activities.

| Salary | % Effort | Duration | Funds Requested |
|---|---|---|---|
| $53,650.00 + 4% Cost of Living Increase annually | .375 FTE | 5 years (60 months) | $108,969.64 |

John Stock – Field Service Coordinator

Recruit, enroll, and provide technical assistance in the Ohio Valley Region and Kentucky (of the Upper Tennessee River Valley Region). Participate in Partner Network meetings, assist with Grower Summit and education activities.

| Salary | % Effort | Duration | Funds Requested |
|---|---|---|---|
| $53,650.00 + 4% Cost of Living Increase annually | .38 FTE | 5 years (60 months) | $110,422.57 |

John Speicher – Field Service Coordinator

Recruit, enroll, and provide technical assistance in the Ohio Valley Region. Participate in Partner Network meetings, assist with Grower Summit and education activities.

| Salary | % Effort | Duration | Funds Requested |
|---|---|---|---|
| $50,212.50 + 4% Cost of Living Increase annually | .4 FTE | 5 years (60 months) | $108,786.84 |

We are requesting $328,179.05 to support the salaries of 3 Field Service Coordinators (1.16 FTE for 5 years). One Field Service Coordinator at .4 FTE will cover the Ohio Valley Region and offer technical assistance in producing climate-smart commodities in organic grain that include the development of diverse rotations and ensuring compliance with the National Organic Program standards. A second Field Service Coordinator at .375 FTE will offer technical assistance in the Ohio Valley Region and Kentucky (of the Upper Tennessee River Valley Region). A third Field Service Coordinator at .38 FTE will provide project management and technical assistance leadership and coordination across organizations for the project.

We request $95,171.92 (29% of salaries) as Fringe Benefits for Key Personnel. Our fringe rate is comprised of FICA 7.65% State Unemployment 1.1% Worker's Compensation 2.8% Retirement 3% Health Insurance 12% Paid Time Off 3% for a total of 29%.

**J.A. 1021**

**Other Personnel Salary + Fringe:**

Sasha Sigetic – Education Program Director

Oversee staff to ensure technical assistance is highest quality, ensure record keeping and reporting is consistent and timely.

| Salary | % Effort | Duration | Funds Requested |
|---|---|---|---|
| $63,787.50+ 4% Cost of Living Increase annually | ~.0525 FTE | 5 years (60 months) | $17,274.68 |

Milo Petruziello – Events Director

Plan and coordinate events for the Conference track, Grower Summit in the Ohio Valley Region, and annual Field Crop Farm tours.

| Salary | % Effort | Duration | Funds Requested |
|---|---|---|---|
| $57,919.50 + 4% Cost of Living Increase annually | ~.15 FTE | 5 years (60 months) | $47,056.24 |

Reilly Wright –Communications Director

Create and publish events communications. Contribute to enrolling participants and sharing results by creating newsletter, social media, and individual email content.

| Salary | % Effort | Duration | Funds Requested |
|---|---|---|---|
| $51,781 + 4% Cost of Living Increase annually | ~.1 FTE | 5 years (60 months) | $28,046.69 |

To Be Determined –Administrative Assistant

Support project staff with events administration, travel arrangements, participant and speaker record keeping, and other general tasks.

| Salary | % Effort | Duration | Funds Requested |
|---|---|---|---|
| $45,000 + 4% Cost of Living Increase annually | .3 FTE | 5 years (60 months) | $73,120.35 |

We are requesting $165.497.97 for salaries for other personnel. We request $17,274.68 (0.05 FTE for 5 years) for the OEFFA Education Program Director to oversee reporting and staff. We request $47,056.24 for the OEFFA Events Director will devote .15 FTE annually to plan and coordinate the events for the Conference track, Grower Summit in the Ohio Valley Region and annual Field Crop Farm Tours. We are requesting $28,046.69 (0.1 FTE for 5 years) for the OEFFA Communications Director to conduct event and grower communications. We request $73,120.35 for an Administrative Assistant to support project staff with events, travel arrangements, participant and speaker record keeping.

We request $47,994.41 (29% of salaries) as Fringe Benefits for Other Personnel. Our fringe rate is comprised of FICA 7.65% State Unemployment 1.1% Worker's Compensation 2.8% Retirement 3% Health Insurance 12% Paid Time Off 3% for a total of 29%.

**J.A. 1022**

**D. Travel (Staff): $ 53,370.00**

We are requesting $10,720.00 to support staff travel to grower summits. Two staff will attend each of years 2 - 5, estimated travel ($500 airfare) + three days lodging ($225 x 3 = $675), MEI ($55 x 3 = $165) at federal government travel rates.

We request $13,400 for two staff to attend partner network meetings each year: travel estimated ($500 airfare) + three days lodging ($225 x 3 = $675), MEI ($55 x 3 = $165) at federal government travel rates.

We request $29,250 to support travel to 15 farms (10 in the Ohio River Valley Region and 5 in Kentucky) for an annual farm visit conducted by Field Service Coordinators. We estimate a 600 round-trip mileage at the federal mileage rate, currently $0.65.

**E. Supplies: $12,500**

We are requesting $2,500 for promotional materials ($500 annually) and $10,000 for 3-year replacement laptop computers.

**F. Other: $71,307.60**

1. **Publication Costs: $1500** We request $1500 for graphic design in year one for print communications design. Print pieces will allow us to recruit and support participants who may not use digital communications.

2. **Participant / Trainee Support Costs: $ 47,500**

   - **Tuition/Fees: $17,500.00**
     We are requesting $17,500 in OEFFA Conference Registration fees for the 10 Ohio Valley Region enrolled farmers for the 5 years of the project. We estimate Conference registration and meals at $350/year per participant.

   - **Other: $30,000**
     We request $21,000 to support the development and implementation of an annual Grain and Field Crop Track at the OEFFA Conference consisting of 6 workshops focused on production and marketing topics relevant to climate-smart commodities including organic grain and issues relevant for field crop production. Each workshop estimated cost is $350 presenter fee

     + $350 registration and meals.

   - Additionally, we request $9,000 ($1,800 annually) to support a Grain and Field Crop Focused Farm Tour/Field Day and Port-o-Johns once a year for each year of the project. This request estimates $1500 for a national leader in the production of climate-smart commodities hosting a farm tour, and $300 for Port-o-Johns.

3. **ADP / Computer Services: $11,482.60** We are requesting $11,482.05 for staff technology support in the form of software (2 users @ 10% of annual $6400 cost), IT support (2 users @ $35/month, calculated over project as 2023 monthly cost + ~4%annual increases).

4. **Event Support: $10,825**

   - We request $9,200 to support the Grower Summit to be hosted by OEFFA in year 2 of the 5-year project. We estimate the cost based on $4200 annually for speaker stipend ($950 x 6), facility rental ($2000), and lunch (50 farmers and staff x $30).

   - Finally, we request $1625 in postage (400 mailings annually).

**Direct Costs: $774,020.95**

**Indirect Costs: $72,652.10**

Indirect rate is 10%, the federal de minimis rate, applied to all direct costs except participant support. Calculation: $774,020.85 total direct - $47,500 participant support = $726,520.85 * 10%= $72,652.09.

**Total: $846,673.05**

<div align="center">

**J.A. 1023**

</div>

**Sub-award 3 - OFARM**

Project Title: Growing, Marketing, and Measuring the Climate-Smart Impacts of Organic Grain & Field Crops
Project dates: 9/1/2023 to 8/31/2028
Revised:  August 14, 2023

A. **Personnel: $364,000**

$364,000.00 OFARM 2 Field Service Coordinators, Salary of $52,000/year.
Field Service Coordinators (FSC) will help identify and enroll producers, conduct farm visits, gather needed farm information, be the overall link between producers and the technical assistance, marketing and monitoring aspects of project and offer direct technical assistance when possible; Technical assistance could include assistance with production, rotations, organic certification/ compliance, storage and marketing.  Coordination with the data gathering and monitoring program will also be provided by the Field Service Coordinators.  FSCs will also assist the project with event coordination where needed. OFARM's 1st FSCs ( 0.5 FTE per year for five years) will cover portions of the Ohio Valley regions in collaboration with and shared with OEFFA and a 2nd FSC (at .5 FTE for year 1 and 1.0 FTE for years 2-5) will cover Great Plains regions. OFARM's FSC with Marbleseed will be a shared position under Marbleseed budget serving producers identified by both organizations in the Upper Midwest and directed by both organizations.

B. **Fringe:  $91,000.00**

Personnel fringe:  25% of salaries and wages ($364,000 x 25%).  *See note below.

C. **Equipment: $0**

D. **Travel (Staff): $43,215**

Travel Expenses for the project includes travel for two Field Services Coordinators (FSC) to conduct annual farm visits across 10 farms total at an estimated 500 miles per trip plus per diem for LM&IE of 1 day/farm visit/year each over the course of the project; Travel for FSCs for Grower Summit attendance at 1000 miles per year each plus 2 days of per diem each.  Grower Summit travel expenses also include travel for 2 Project Team members for Project Team meeting in conjunction with Grower Summit except for Year 5 when OFARM sponsors the Grower Summit.  Travel rates are based on Federal Government travel rates, LM&IE rates were based on Iowa rates.

| Item | Description | Rate | Quantity | Total per Year |
|------|-------------|------|----------|----------------|
| Field Service Coordinators (2) – Farm visits | Mileage  (10 farms at 500 miles per visit) | $  0.655 | 5000 | $    3,275.00 |
| | Per diem (LM&IE) (1 day per farm visit each) | $    175.00 | 10 | $    1,750.00 |
| Field Service Coordinators (2) – Travel to Grower Summits | Mileage (1 trip/yr, 1000 miles each) | $    0.655 | 2000 | $    1,310.00 |
| | Per diem (LM&IE) (2 days each/Summit/yr each) | $    175.00 | 4 | $    700.00 |
| Staff Travel (2) to Grower Summit 1/yr | Mileage (1 trip/yr, 1000 miles each) | $    0.655 | 2000 | $    1,310.00 |
| (Grower Summit Mtg to include Project Team meeting) | Per diem (LM&IE) (2 days each/Summit/yr each) | $    175.00 | 4 | $    700.00 |
|  Total Travel per year | | | | $    9,045.00 |
| **Total Travel for 5 years** | | | | **$    $43,215.00** |

E. **Supplies: $4,900**

Purchase 2 laptop computers, related equipment and software at a cost of $4,900.

F. **Contractual: $422,406.25**

1. **Consultant Services: $45,000**

    Hire consultant to complete one preliminary market feasibility and/or business plan for a new crop and/or new market annually for 3 years over the course of the project at $15,000 per year for total of $45,000 over course of the project.

2. **Contractual: $377,406.25**

• $161,000  Leon Atwell, OFARM Project manager/coordinator, 35% of $92,000 ($32,200 annually).  The project manager will work directly for OFARM, at 35%FTE, as an on-staff project management/coordinator subcontractor through Advancing Rural Prosperity, Inc. (a Kansas corporation) providing project management for OFARM sub-award assuring that all project activities are carried out in a timely, cost-efficient and responsible manner; Providing oversight of daily activities; leading and directing the project toward accomplishment of the objectives of the project; Being responsible for the submission of the required reports; Co-facilitate market development/feasibility programs with Marbleseed.

**J.A. 1025**

As project manager for supply chain, food system, organizational and community development projects over the last 2 decades; the contractor was chosen as a sole source sub-award/ contractor due the 15 year work experience with cooperatives and intimate knowledge of the OFARM supply chain, leadership, and customer base. The contractor is also well versed in OFARM's operations and distribution system and has direct farming experience with organic grain production as an organic farmer and 4th generation agricultural producer.  The contractor brings the coordinating capacity, the agriculture background and project management capability to ensure a successful project is completed.

- $96,875  Marketer, 25% of $77,500: Provide support to enrolled producers in the project for marketing of their climate smart commodities;  Marketer support includes assistance with price discovery/negotiations, storage, logistics/trucking and delivery scheduling in addition to completing a comprehensive array of transaction documents covering sales, shipping confirmations, bill of ladings, delivery, invoicing and settlement payments. Multiple marketers will be utilized over the course of the project depending on location, crop and market requirements.

- $53,125 Project Assistant, 20% of $53,125: Assist Project Manager; Coordinate communication between Field Service Coordinators, OFARM partners and collaborators; help to organize and coordinate annual events.

- $66,406.25  Financial Assistant, 25% of $53,125;  Track project costs, prepare project financial reports, coordinate expense payments and make deposits specific to OFARM sub-award.

G. **Other: $32,500**

Event Expenses: $6000
Deliver one farm tour/field day event each year in the Great Plains region at $1,200 per event to cover facility and equipment rental costs; With an estimated 30 participants per event, costs include farm tour/field day host facility rental fee of $600 per event, audio/visual of $100 per event and $500 for catering per event.

Event Expenses: $23,500
OFARM will host a Grower Summit in year 5 in the Great Plains region for 50 participants (40 enrolled producers and 10 staff); Includes $2,500 for catering , $3,000 fees for 3 speakers ($1,000 each) and $3,000 for promotional materials and supplies for event.  OFARM will host one farm tour/ field day per year, includes $3,000 promotional materials and supplies cost for each event x 5 years.

Event Expenses: $3000
Deliver Grower Summit in year 5; Includes cost of $1,500 per day for facility/AV rental for 2 days (total $3,000).

**J.A. 1026**

H.  **Total Direct Costs: $958,021.25**


I.  ***Total Indirect Costs: $92,202.13**  *See note below.*

Indirect costs were calculated by combining totals of senior and other personnel costs including fringe, travel costs and other direct costs (excluding participant support costs and any amount over $25,000 each year for consultant and contractor costs) then multiplying by 10% ($922,021.30 x 10% = $92,202.13).

| Item | Budget | Eligible Amount |
|------|--------|-----------------|
| Senior Personnel | $455,000.00 | $455,000.00 (including fringe) |
| Travel Costs | $ 43,215.00 | $ 43,215.00 |
| Other Direct Costs | $459,806.25 | $423,806.25 |

**Total Request $1,050,223.38**

**\*Fringe and In-directs calculation note:**

This sub-award proposal is submitted by OFARM.  For the purposes of this project OFARM is operating as collectively as a group, under the OFARM umbrella, that includes the leadership and staff (employees and subcontractors) employed by OFARM (a Cooperative Marketing Agency in Common incorporated in the State of Minnesota) and its member cooperatives, including CPOFA (Central Plains Organic Producers Association, a cooperative incorporated in the State of Kansas) and NFOrganics (a unit of National Farmers Organization, a collective bargaining membership non-profit based in Iowa).

The Field Service Coordinators will be hired through each of the member coops initially as subcontractors then transitioned to employee status as project progresses.  The financial and project assistants will be subcontractors initially then transitioned to employee status as other work allows. Marketers are already on staff at each of the cooperatives and the marketing work needed for this project will be shared between them depending on the location of the participating producers so those marketers will be contracted to OFARM for the project on an as-needed basis.  The project manager, Leon Atwell, who is also an organic farmer, will work directly for OFARM as a project management subcontractor through Advancing Rural Prosperity, Inc. (a Kansas corporation). Therefore, the project management fee is in the budget under contractual and not included in the personnel fringe calculation.

Fringe:  OFARM operates as a private entity without fringe costs currently however fringe costs will be incurred for coordinators and assistants under Other Personnel hired during the timeline of this grant at a fringe rate similar to CPOF.  CPOF operates with a 20% fringe (with proposed benefit increases in the works) and NFOrganics operates with a 30% fringe rate.  An average fringe rate of 25% was used across the personnel of the collective group for budgetary purposes.

In-directs:  For the purposes of the sub-award OFARM elects to forgo the calculation of an indirect cost rate and requests a 10% de minimis indirect cost rate. The 10% de minimis rate is applied to personnel costs, staff travel and other direct costs.  The 10% rate was applied to the first $25,000 of costs per year the consultant and contractual costs under other direct costs.

**J.A. 1027**

**Subaward 4 Budget  Tennessee State University, Nashville, TN**

Project Title: Climate Smart Commodities
Lead Organization: Marbleseed, WI
Project dates: 9/1/2023 to 8/31/2028

**Personnel: $75,571**
**Fringe: $26,450**

| Personnel | Year #1 | Year #2 | Year #3 | Year#4 | Yer#5 | Total |
|---|---|---|---|---|---|---|
| PI/FSC | $6,700 | $6,901 | $7,108 | $7,321 | $7,541 | **$35,571** |
| Project Assistant (TBD) | $0 | $20,000 | $20,000 | $0 | $0 | **$40,000** |
| Fringe (35%) | $2,345 | $9,415 | $9,488 | $2,562 | $2,640 | **$26,450** |
| | | | | | | **$102,021** |

Field Service Coordinator (PI)- It is estimated that TSU Field Service Coordinator (Dilip Nandwani) will devote 5% of time (5 years) engaged in planning and organizing outreach events and  training workshops. Dr. Nandwani will coordinate outreach events including Regional Growers' Summit, field days, workshops, planning and serve as the project lead (PI) from Tennessee State University and make sure, all activities carried out in cost-effective, timely and responsible manner. 3% annual step increase added per TSU rules.
Project Assistant: PA (part time) will assist PI in organizing regional growers' summit in the year 2026 in Tennessee (location-TBD).
A Research Assistant- is provided (in-kind, part-time) by College of Agriculture.

**Travel (Staff): $25,000**

| Travel | Year #1 | Year #2 | Year #3 | Year#4 | Year#5 | Total |
|---|---|---|---|---|---|---|
| Domestic meeting mileage | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | **$10,000** |
| Annual meetings (Project, ASHS) | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | **$15,000** |

Budget is requested for the PI and project team members to attend project meeting and growers' summit in other regions and attend the annual conference of the American Society for Horticultural Science  (include airfare, lodging, registration fee, ground transportation, per diem), conduct training workshops, growers' meetings (Pick TN conference and TOGA workshops.
Domestic Travel Costs: Per diem-5 days x $79/day=$395; Travel- 0.65c/mile x 2000 miles (approx.) = $1300; Transportation (rental car) - $75/day x 5days= $375; Hotel: $234/day x 5nights, $620; Registration fee, $310, total: $3,000x5, total $15,000

**Supplies: $78,307.57**

| Year #1 | Year #2 | Year #3 | Year#4 | Year#5 | Total |
|---|---|---|---|---|---|
| $14,200 | $14,200 | $14,200 | $7,000 | $7,000 | $56,600 |

**J.A. 1028**

Supplies and materials for organic farm nursery and field materials for the demonstration plots at TSU organic farm, field days, training workshops, nursery and field supplies, soil analysis fee, presentation tools (microphone, laptop, pointer etc.).

Publication cost: Budget for professional publications fee (varies with journal) and publication costs for supplies, journal page costs, fact sheets, flyers, and social media materials.

| Year #1 | Year #2 | Year #3 | Year#4 | Year#5 | Total |
|---------|---------|---------|--------|--------|-------|
| $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $7,500 |

Computer Services: Budget is allocated for digital data devices, services for website development, and online/social media to disseminate project outcome, fact sheets and other information posted on the TSU Cooperative Extension website.

| Year #1 | Year #2 | Year #3 | Year#4 | Year#5 | Total |
|---------|---------|---------|--------|--------|-------|
| $5,700 | $2,800 | $2,800 | $1,453.79 | $1,453.79 | $14,207.57 |

**Contractual: $40,000**

*Regional Grower Summit:*
Estimated number of participants:100 (tentative)
Length of symposium 2 days (Maxwell House, Memphis and/or Nashville (TBD), (Presentations, 2nd day Farm Excursion). This event will be contracted to event management agency and TSU Cooperative Extension will coordinate the grower summit. Expenses would cover cost of meeting rooms, Personnel, Materials, Catering, Excursions, Transportation, Lodging etc.

Grower summit could be coordinated with Pick TN conference and Tennessee Organic Growers Association (TOGA) in Year 3 or 4 of the project schedule in February and held at Cool Springs Marriott, Franklin, TN.

| Year #1 | Year #2 | Year #3 | Year#4 | Year#5 | Total |
|---------|---------|---------|--------|--------|-------|
| $0 | $0 | $40,000 | $0 | $0 | **$40,000** |

**Other: $25,000**
**Participant support:**

| Travel | Year #1 | Year #2 | Year #3 | Year#4 | Year#5 | Total |
|--------|---------|---------|---------|--------|--------|-------|
| Statewide travel | $5,000 | $5,000 | $5,000 | $5000 | $5000 | **$25,000** |

Forty participants from organic farming community (farmers/producers, gardeners, food handlers & processors) statewide shall be supported statewide to attend Regional Growers summit, field days and TOGA conference as well as TSU Small Farm Expo annually. Travel budgets to cover 40 growers travel to site locations= $125x40x5=25,000/year. (Mileage per TSU rules).

**Direct Charges:**            $270,328.57
**Modified Direct Charges:**   $245,328.57 (Excluding participant costs)
**Indirect Costs (@26%):**     $63,785.43
**Total:**                     $334,114.00

**J.A. 1029**

**Climate-Smart Practices and Limitations**

Climate-Smart practices under this grant shall be limited to the following practices:

| NRCS Practice Code | Practice Name |
|---|---|
| 311 | Alley Cropping |
| 327 | Conservation Cover |
| 328 | Conservation Crop Rotation |
| 329 | Residue and Tillage Management, No-Till |
| 332 | Contour Buffer Strips |
| 340 | Cover Crop |
| 345 | Residue and Tillage Management, Reduced Till |
| 380 | Windbreaks/Shelterbelt Establishment and Renovation |
| 386 | Field Border |
| 390 | Riparian Herbaceous Cover |
| 391 | Riparian Forest Buffer |
| 393 | Filter Strips |
| 412 | Grassed Waterways |
| 420 | Wildlife Habitat Planting |
| 422 | Hedgerow Planting |
| 512 | Pasture and Hay Planting |
| 528 | Prescribed Grazing |
| 590 | Nutrient Management |
| 601 | Vegetative Barriers |
| 603 | Herbaceous Wind Barriers |
| 645 | Upland Wildlife Habitat Management |
| 666 | Forest Stand Improvement |

All practices applied under this grant will follow NRCS practice standards unless noted below:

N/A

### *Growing, Marketing, and Measuring the Climate-Smart Impacts of Organic Grain & Field Crops*

**Project Lead:** Marbleseed (formerly MOSES-Midwest Organic & Sustainable Education Service) Lori Stern, MA Ed-Executive Director Marbleseed **Lori.stern@marbleseed.org**

**Project Partners:** Michael Fields Agricultural Institute; Ohio Ecological Food & Farming Association (OEFFA); OFARM Cooperatives, Organic Farmers Association (OFA).

**Underserved/Minority-focused Project Partners:** Tennessee State University (TSU), Kansas Black Farmers Association (KBFA).

*Executive Summary*

The world is confronted with the challenge of climate change. A crisis that many have sought to deny, the impacts and reality of this global problem are becoming harder to ignore. On farms, many producers are experiencing firsthand the negative impacts of climate change with sporadic weather patterns and more frequent severe storms or droughts. These unreliable weather patterns are destabilizing our food, fuel and fiber supply chains and are forcing farms of all scopes and sizes to try and adapt. And yet, it is on the same farmlands that bear the brunt of climate change that also present one the planet's greatest resources in addressing climate change. A growing body of science, in particular, is showing that organic production systems present some of agriculture's best opportunities to reduce greenhouse gas emissions, sequester carbon and mitigate global climate change.

Organic production is a farming system founded on building healthy soil. For organic grain growers, the key is to establish a robust crop rotation including the use of cover crops. A well-designed crop rotation will aid in managing pests, weeds, and diseases, secure soil from erosion year-round, and increase soil fertility for the next crop in the rotation. And although organic production systems are based on sustainable agriculture principles, this project will focus on promoting, measuring and verifying organic farming practices that organic grain producers can implement to achieve climate-smart agriculture and forestry (CSAF) outcomes.

The project also recognizes that verifying and incentivizing organic practices and crop rotations as climate smart practices is just half of the challenge. If consumers and buyers do not understand that the grains and crops produced on these farms are climate-smart commodities, then it will be difficult for producers to market and sell these products. And without a viable market for these climate-smart commodities, there is no incentive for producers to continue following their crop rotation plan. Therefore, the project will accomplish three main objectives: 1.) incentivize the adoption of climate smart organic production practices by small-scale underserved producers, 2.) monitor and verify the climate smart benefits of organic production practices, and 3.) create and expand markets for organically-produced climate-smart commodities.

> **Objective 1: Incentivize & Adopt Practices**
> **Objective 2: Monitor & Verify Impacts**
> **Objective 3: Create & Expand Markets**

To accomplish these objectives, this project will engage farmers from diverse landscapes of geography, weather, environment, soil types and farming styles across 14 states spanning from the upper Midwest to the southeastern United States. Participating states include: North Dakota, South Dakota, Nebraska, Kansas, Missouri, Iowa, Minnesota, Wisconsin, Illinois, Indiana, Michigan, Ohio, Kentucky, and Tennessee. This project will pilot CSAF practices with at least 40 small-scale underserved farmers. A team of Field Service Coordinators will provide the necessary technical assistance, education and mentorship to participating enrolled farmers so that they can implement and monitor climate smart organic growing practices on their own farms. Project-wide "Grower Summits" will be held annually starting in 2024. Grower Summits will rotate to a different region in the project area each year through 2027. These annual meetings will provide the management team, project partners and enrolled farmers with the opportunity to evaluate and reflect on challenges, setbacks, successes and next steps. They will offer farmers the space to share stories from the field and researchers a forum to share findings from data analysis. Growers Summits will foster peer-to-peer learning and focus on project planning, resource sharing, and gathering lessons-learned.

*Project Team*

We recognize that a successful climate-smart agriculture and forestry (CSAF) strategy will require a multi-pronged approach across the supply chain, and as such, this project has put together a team of multiple partner organizations with diverse skillsets working together across multiple regions in one large project area.



As lead applicant, Marbleseed (previously MOSES) will provide overall support for all regions to meet project timelines and deliverables. Marbleseed has decades of experience providing

technical support to growers, organizing educational events and leading multi-state projects. Marbleseed has been working with organic and transitioning farmers in the Midwest for over 30 years as the Midwest Organic & Sustainable Education Service (MOSES) and continues to host the largest organic farming conference in the country. With an annual budget of over 1.5 million dollars a year from diverse sources and several years of clean audits, Marbleseed has the fiscal controls and capacity to manage a federal grant of this size with multiple subawards and contracts. Marbleseed will contribute technical assistance to enrolled farmers on practice adoption, as well as work with project partners to identify and address cross-training needs of the project Field Service Coordinators (technical support staff) related to selecting crop rotations, monitoring climate benefits and marketing.

Ohio Ecological Food & Farm Association (OEFFA) is one of the oldest certification and organic education agencies in the country. OEFFA educators meet producers where they are, answer questions about the organic certification process, standards, and production, and provide useful resources. OEFFA will provide transitional support to participating grain and row crop farmers, assisting in goal setting, crop planning, organic certification and technical organic management including crop rotations. Further, OEFFA is prepared to partner on technical team leadership responsibilities including overseeing and managing the technical teams for each area and coordinating communication within respective areas.

OFARM is an umbrella farmer marketing cooperative whose members are the following organic grain marketing cooperatives: Central Plains Organic Farmers, NFOrganics, and Midwest Organic Farmers Co-op. OFARM's role is to coordinate activities to address common needs around marketing climate-smart grains and crops, such as marketing coordination, expansion of production, promotion, consumer education, etc. This project aligns with OFARM's primary goal of improving farmer livelihoods and helping address the challenges of climate change with improved and expanded organic grain production and cooperative marketing. OFARM brings an already well-established marketing element into the project as well as a multi-region coordination and communication structure to enhance project management.  OFARM currently serves primarily small to intermediate scale producers with 95% of its membership having annual sales of less than $350,000.

Michael Fields Agricultural Institute (MFAI) is a non-profit organization addressing the challenges of soil fertility, water quality, climate resilience, food security and farm success through research, education and policy. MFAI is based in East Troy, Wisconsin, and serves diverse farmers and communities in the Upper Midwest. MFAI's Research program will co-lead the Environmental Monitoring objectives of this proposal in partnership with Tennessee State University researchers. Agroecologist Nicole Tautges, PhD, will collaborate with project leadership to develop and deploy environmental monitoring measurements on collaborating farms to quantify soil and habitat provisioning changes among farm operations with different management types, including tracking changes over time with management changes and adoption of organic practices. MFAI will co-lead data management and communication of environmental impact outcomes to farmers and other stakeholders to perform outreach to widen adoption of climate-friendly organic farming practices.

**J.A. 1033**

Tennessee State University (TSU), is an 1890 Land-Grant institution and one of the important Historically Black Colleges and Universities (HBCU's). Dr. Dilip Nandwani, TSU Professor of Organic Agriculture. Dr. Nandwani will provide technical assistance and act as the Field Service Coordinator responsible for outreach activities in Tennessee and in an advisory role project-wide. TSU is uniquely positioned to fulfill this initiative There are more than 6,000 African American students among the approximately 9,000 students enrolled at TSU. TSU is located in north Nashville, a low-income community of color (~87% African American, 4% other, 9% white). This current project will build on previous work conducted at TSU in organic agriculture, research and education under Southern Agriculture Research and Education (SARE), USDA-NIFA, USDA-CBG projects and stakeholders will have opportunities to adopt organic agriculture practices that include culturally appropriate grain rotations and participate in the emerging markets through aggregation and cooperatives under OFARM.

Kansas Black Farmers Association (KBFA) has been serving underserved and historically disadvantaged producers for over two decades. Based out of Nicodemus, in northwest Kansas, the only remaining western town established by African Americans during the Reconstruction period following the Civil War, KBFA, works to grow the number of minority farmers in America. KBFA will help recruit BIPOC farmers to enroll as a participating farmer willing to adopt and implement climate-smart organic practices including diversifying their crop rotation for this grant project. They will collaborate in outreach and engagement to the larger minority farming communities in Kansas and the Midwest.

Organic Farmers Association (OFA) provides a strong and unified national voice for certified organic producers across the United States. OFA will help recruit farmer participants, engage enrolled farmers in the organic farming community, share project findings on the climate-smart benefits of organic farming with diverse crop rotations, assist in education and changes for improved policies to support and market climate-smart commodities developed by this project.

The management team will consist of individuals from each of the partner organizations. Tom Manley from Marbleseed and Julia Barton from Ohio Ecological Food & Farm Association (OEFFA) will serve as project managers and provide overall project leadership. Tom and Julia will work with all project partners throughout the entire project area to engage and recruit small-scale underserved growers to accomplish the first objective: Incentivize & Adopt Practices. Tom and Julia will coordinate with all project partners to schedule the Grower Summits and facilitate Field Service Coordinator training and assignments. Nicole Tautges with Michael Fields Agricultural Institute (MFAI) and Dilip Nandwani from Tennessee State University will provide technical leadership and conduct all data analysis to accomplish the second objective: Monitor & Verify Impacts. Nicole and Dilip will coordinate with and support all Field Service Coordinators to ensure that farmers have access to the support they need to successfully implement CSAF practices and get climate-smart commodities to market. Leon Atwell, from OFARM, will serve as the project lead for the third objective: Create & Expand Markets. Leon will connect marketers from the OFARM family of cooperatives to the enrolled farmers through the Field Service Coordinators. This will link marketing to other technical assistance to ensure farmers have successful outcomes in marketing their crops.

**J.A. 1034**

The core project management team will serve as both advisors and implementors for the project. The team will meet monthly in the first year and then quarterly in subsequent years. In addition, this team will coordinate the annual Growers Summit and advise on regional technical assistance offerings (conference grain tracks, field days, business planning, etc.). This team will also track project progress, problem solve and communicate ongoing project activities, draft required project reports summarizing the activities completed in each region and ensure all reporting requirements are met. The Field Service Coordinators nested in each partner organization will also meet monthly for the purposes of coordination and accessing technical assistance resources across the regions and partner expertise.

Progress toward achieving the objectives and outcomes for the project will be monitored by the project evaluation team. A project team member will be assigned the evaluation component and be part of regular project team meetings to maintain an evaluation presence while capturing key progress steps throughout the project. The project evaluation leader will be supported by the other members of the technical assistance team in the evaluation efforts. In order to gather evaluation data, the project evaluation lead will participate in project team meetings on a regular basis. They will track the project's progress compared to the proposed work plan, capture overall project outcomes and objectives being met throughout the project and more specifically track progress on attaining proposed project indicators.  Project results will be compiled into regular performance reports as required and the final performance report will include a summary of results related to each objective.

**Objective 1: Incentivize & Adopt Practices**: piloting climate smart ag practices on farm.

*CSAF Practice: Incorporating Cover Crops and diversifying crop rotations*

As the degradation of soil became apparent after years of corn-soybean rotations, the use of cover crops has become recognized as a critical part of maintaining soil health, eliminating the dependency on external inputs, and preventing soil loss. Now research is showing its valuable role in capturing carbon and addressing climate change. Incorporating cover crops into a farm's crop rotation provides ecosystem services including water infiltration, erosion prevention, nitrogen fixation, soil organic matter growth, pollinator habitat and weed control. In addition to these environmental benefits, cover crops can also serve as an additional source of income for farmers or as forage for livestock. There is a wide array of cover crop options for farmers to employ and depending on the goals of the farmer and the needs of the farm, farmers can tailor-select a mix that addresses those goals and needs.

One of the most common cover crops to add to a crop rotation are legumes, which can be interseeded into an existing crop to control weeds and build soil fertility while simultaneously growing the main cash crop. When timed correctly, interseeding cover crops can be ready to maintain ground cover after the main crop is harvested, eliminating windows of time where soils are left bare. Incorporating cover crops into a crop rotation also decreases the need for applying high rates of fertilizer, which can be expensive and pose negative environmental consequences, including runoff and leaching, if not managed or applied carefully.

J.A. 1035

A diverse crop rotation will include crops that build tilth and root mass throughout the soil profile, building carbon reserves, feeding soil biology, and storing more water and fertility; feeding the soil so the soil can feed the crop. However, crop diversity builds resilience in more than just the soil and ecosystem, it can also build resilience in underserved communities. Rotations that include heritage grains like sorghum, millet, teff, amaranth, and buckwheat have the potential to create several benefits for producers and ecosystems. Some are better adapted to drier environments; some have pollinator habitat benefits; and some offer cultural relevance to BIPOC producers with ancestral connections to Africa, Asia, and Latin America.

*Farmer Recruitment, Outreach and Technical Assistance Plan*

Through existing farmer networks and trusted partnerships with farmers, this project will engage and enroll small-scale underserved farmers from the project area's 14 states. Outreach and communication tools will include newsletters, events, social media and direct interaction. This multistate project will enroll at least 40 field crop farmers already engaged in organic production or desiring to transition to organic systems across 14 states. An enrollment incentive of $8,000 will be paid to each participating farmer for the duration of the project that will compensate farmers for their time and expenses farming, implementing climate-smart agriculture practices, attending the regional Grower Summits, assisting with monitoring greenhouse gas benefits on their farm, and working with Field Service Coordinators.

Through a collaborative effort that capitalizes on the skillsets of each partner organization, the project will work together to reduce barriers for farmers interested in adopting CSAF practices; measure and quantify the climate and GHG benefits of these practices; and develop or expand markets for these climate-smart commodities. To accomplish this, a team of Field Service Coordinators will be trained (Fall 2022 – Winter 2023) and stationed throughout the 14-state project area. Field Services Coordinators will work directly with producers starting in the spring 2023 for four years through the end of the growing season in 2026. Field Service Coordinators will learn each farm's key challenges in organic crop production and marketing. Field Services Coordinators will collect production inventory data, assess grain quality, address supply chain challenges, and coordinate the climate-smart monitoring directed by MFAI and TSU.

The activities of the Field Service Coordinators will be aligned with the project management requirements coordinated through MOSES, OEFFA, and OFARM. Field Service Coordinators will bring the combined strengths and skillsets of all the partner organizations including: organic agriculture education, production technical assistance, and marketing expertise skills. Field Service Coordinators will provide grain growers with individualized assistance to help each enrolled farmer reach production goals, establish a crop rotation that meets their own farm needs, grow grains and crops that fit into markets developed by the project, and ensure that the adopted CSAF practices are effective, scalable, and financially viable. Field Service Coordinators will connect enrolled producers with resources and technical assistance, including OFARM Marketers who will help each farm develop individualized marketing plans and tap into new markets.

Each year, all enrolled farmers will gather together with Field Service Coordinators and other project partners to share success stories as well as setbacks, to talk about challenges and the

strategies that were required to overcome those challenges. These gatherings will be the Grower Summits. Grower Summits will provide an annual opportunity for all 40 enrolled farmers and project staff to meet for a day-long educational event that will include speaker-experts on content identified as needed by the farmers and Field Service Coordinators. In addition to practical information, the Summits will enable farmers to learn from each other and across the regions, as well as hear from the monitoring team about the data collected, sharing additional observations, identifying other climate, and marketing benefits that emerge over time. Grower Summits will also provide a forum in which all project partners can make collective decisions about how to brand new climate-smart commodities and develop new markets. A total of four Grower Summits will be held in years 2-5, with a different partner taking a turn to host this event each year: OEFFA hosting the first Grower Summit in 2024 in Ohio, Marbleseed hosting the second Grower Summit in 2025 in Wisconsin, Tennessee State University hosting the third Grower Summit in 2026 in Tennessee and OFARM hosting the final Grower Summit in 2027 in Kansas.

Marbleseed was one of the first farmer education organizations to initiate a formalized farmer mentoring program over fourteen years ago. Peer learning is critical to practice adoption and this project will also utilize a peer learning model with the technical assistance provided regionally. OFARM is a cooperative of crop farmers with years of experience across the Midwest. Marbleseed and OEFFA utilize farmer speaker/presenters through hosted field days and their annual conferences.

Many of these educational events during the project period will also provide opportunities for farmers beyond those enrolled in the project to learn about diverse crop rotations, climate smart practices, and emerging organic grain and crop markets. OEFFA and Marbleseed will create grain-focused tracks at their annual conferences. Additionally, through project field days and other educational events, including annual conferences, hosted by OEFFA, Marbleseed, OFARM, MFAI, TSU and other project partners, this project will engage at least 400 farmers annually (beyond the 40 enrolled producers), for a total of 2,000 additional farmers that will visit farms implementing diverse crop rotations and learn firsthand about the benefits of climate-smart organic systems.

Field days will be one of the main ways that we engage small-scale and underserved farmer communities. One field day per region will be held each year in all four regions for a total of 20 field days organized during the entire 5-year project. The first-year field days will focus on how to implement climate-smart practices and will be used to help educate newly enrolled producers as well as recruit additional farmers that want to enroll in the pilot project. In years 2-4, the field days will focus on different aspects of implementing climate-smart practices, producing climate-smart commodities, or accessing new markets. The specific topic of the field day will be determined based on input by the participating host farm and any identified issues or interest by other farmers. In year 5, the field day will focus on showcasing successes and sharing lessons-learned. By dispersing field days throughout each region annually, we plan to keep field days spread out geographically so that we maximize outreach efforts to new small-scale and underserved farmers interested in learning about organic practices and producing climate-smart commodities.

**J.A. 1037**

By applying the organizational expertise from diverse partner organizations across a wide region, this project will maximize information sharing, outreach, and impacts of this pilot initiative. The resulting increased farmer and buyer engagement will fuel accelerated adoption of climate smart practices by additional farms and further drive market development of this project's climate-smart commodities. By taking a holistic full supply-chain approach and capitalizing on the broad expertise in **organic education, adoption, research, and marketing** from project partners, this project will develop a model that takes advantage of economies of scale using cooperative marketing; a model that fosters farmer peer-to-peer learning through Grower Summits, conference grain tracks and on-farm field days; a model that benefits the climate, producers and markets; and a model that can be expanded and replicated across the nation.

**Objective 2: Monitor & Verify Impacts**: measuring the GHG benefits of adopted practices.

The organic practices of main focus in this project include increasing rotation diversity (e.g., crops other than corn and soybean); application of organic nutrient sources like compost and manure; cover cropping, and riparian buffer zones with perennial cover. These practices have been shown to protect the environment and provide ecosystem services in some academic studies and cover cropping and buffer zones are incentivized practices under USDA NRCS conservation programs. What is lacking is focus on measuring and articulating the outcomes of rotational diversification (likely because it is difficult to do in our current agricultural market system), and a holistic understanding of the benefits of stacking multiple conservation practices—this holistic system forms the basis for organic agriculture.

Rotational diversification can improve both adaptation and resilience to climate change in the U.S. agricultural system in several ways. Planting three or more crops in one year on an operation can decrease the chance of whole-farm crop failure from a particular environmental disruption by diversifying crop traits and performance under disruption; for example, wheat performs well under drought conditions compared with corn and soybean. Furthermore, diverse crop rotations input a diversity of residue qualities into the soil (e.g., legume residues rich in N and relatively low in C, compared with high-C corn stover) that can recruit and grow soil microbial communities important for the formation of soil structural components like macroaggregates, which increase soil aeration and drainage, as well as improving resistance to compaction and water-holding capacity. Diverse microbial communities and crop residue inputs also contribute to soil organic matter formation, a crucial process for taking carbon out of the atmosphere and creating long-term C storage pools in the soil. The incorporation of other residues, like those of winter cover crops (which introduce more diverse residues into the cash crop rotation) and organic materials such as manure and compost, creates synergies with crops in rotation to form a system that is soil *building* rather than *degrading*, and creates habitat for micro- and macrofauna that contribute to system floral and faunal diversification—another agroecological lever to pull to guard against climate change disruptions.

The monitoring component of this study will focus on measuring environmental indicators on all collaborating farms that relate to soil and water biophysical processes in agricultural fields, and how those processes contribute to, or mitigate, agriculture's contribution to climate change. The goals of our monitoring component are to:

1. identify organic and transitioning management practices that improve soil biophysical indicators over time (e.g., carbon storage, water infiltration, soil structure, etc.); and
2. quantify soil biophysical indicators on organic farms that increase agricultural soils' ability to draw down atmospheric carbon and farm production resiliency.

To address these questions, we will take measurements of each farm's soil *physical*, *chemical*, and *biological indicators* to assess the health and stability of each farm's soil, and analyzing it taking into consideration each farm's unique cropping and management practice history. These indicators were prioritized and selected by stakeholder farmers who provided input on this proposal and who hope to collaborate on tracking these indicators on their farms.

*Soil Physical Indicators*

Soil physical properties are not only important for farmers' abilities to interface and manage crop fields (including timing of operations and ease of mechanical operations like tillage), but are also primary determinants of soil-water-plant-microbe interactions that impact a system's carbon storage rate. Microbes and the way they interact with crops are a key player in soil carbon storage mechanisms, and the soil physical environment exerts a large impact on the ability of microbes to survive and thrive.

Common soil structural measurements like bulk density and aggregation are good indicators for suitability of soil environments for microbes; e.g., a soil with low bulk density and high macroaggregation is not compacted, is well aerated, and contains plenty of microenvironments that facilitate microbial functions and biodiversity. In contrast, a soil with high bulk density and low aggregation is likely compacted and does not contain the micropores and other complex structural spaces required by high-functioning microbial communities.

We will measure bulk density and macroaggregation (amount of large soil aggregates that have shown to stabilize and hold soil carbon) annually by collecting soil samples in June for 4 years (2023-2026) on all participating (at least 40) farms to monitor soil structural health. In year 1, we will also analyze soil samples for soil texture, to use as a covariate in all soil analyses (i.e., to adjust for differences among farms in soil texture, a static soil variable). Soil structural indicator data will be cross-referenced with historical crop and management data to evaluate what organic and transitioning management practices have the ability to improve soil structural indicators, within a texture class.

Another soil physical property that will be monitored is water infiltration, which impacts runoff. Excess runoff can cause soil erosion and loss of nutrients or other farm inputs, polluting surface water bodies and degrading the environmental health, while also resulting in financial losses for growers. A healthy soil with good structure will have a greater water infiltration rate, leading to soils that can be managed by growers and can assist with groundwater recharge, an essential ecosystem service in all regions to safeguard against drought conditions. We will measure water infiltration on enrolled farms once per year from 2023-2026 using a SATURO Automated Field Infiltrometer, a field measurement tool that uses a multi-pressure head analysis system to optimize accuracy of hydraulic conductivity measurements.

*Soil Chemical Indicators*

Routine soil testing is common on many farms and is necessary to provide a baseline for understanding soil organic matter and chemical pools. Annual soil samples will be analyzed for routine tests including pH, organic matter, nitrate, phosphorus, potassium, and cation exchange capacity, to allow us to track soil macronutrient content over time and among management practices. We will also measure total soil carbon and nitrogen to track soil carbon storage during the period of the study, and permanganate-oxidizable carbon (POX-C), an early indicator of soil carbon storage (Awale et al. 2017). Percent carbon data received from this analysis will be used in conjunction with bulk density to compute total carbon stocks sequestered/emitted, indicating a system's ability to either draw down or contribute to atmospheric carbon. Soil total carbon will be cross-referenced with other soil carbon pool indicators, including organic matter, microbial carbon, and microbial respiration, to gain an understanding of a system's soil carbon flux (either positive or negative) and its biological carbon use efficiency.

*Soil Biological Indicators*

Biodiversity is an ecosystem service that can be both provided by, and benefit from, agricultural management practices. Creating habitat on-farm for wildlife like birds and ground-nesting mammals, as well as insects and arthropods, can be enhanced through incorporation of cover crops and buffer zones, among other practices, and rotational diversification can enhance microbial diversity in the soil. Enhanced biodiversity has been shown to increase C storage potential of the farm, as well as foster beneficial predators that keep pest populations at bay (Steenwerth et al. 2014). We will track biodiversity gains with conversion to organic practices on-farm by cooperating with collaborating farmers to observe wildlife presence and activity on their farms. Farmers will be asked to periodically collect soil samples and count earthworms to monitor soil macrofauna activity. Pitfall traps will be placed within fields of study to collect and count ground-nesting pests, and sticky traps will be deployed next to fields to count the number of beneficial predators present. Farmers with buffer zones will also be given protocols to collect bird sighting data. We will ask farmers to take photos of species they cannot identify that can be identified by experts later. We will cooperate with entomologists at UW-Madison to provide farmers with protocols (including a mobile app call WiBee) to monitor pollinator visitations when farmers plant a flowering crop that potentially can offer pollinator services. Farmers will be assisted by the Field Service Coordinators to perform these observations and collect data. Observational data will be transferred to the Data Management Team for analysis and storage.

Collected data and climate benefit quantification will be of high value and interest to enrolled farmers. As data is compiled from the enrolled farms from across the 14-state project area, Field Service Coordinators will assist enrolled producers with using the USDA's online Carbon Management Evaluation Tool (COMET) to evaluate the potential carbon sequestration and greenhouse gas reductions from adopting the organic and crop rotation production practices. Grower Summits will provide an opportunity for the monitoring team to share the emerging results and can be used by the marketing team to begin to build the narrative that will inform both practice adoption and marketing efforts. The project management team will prepare reports and outreach and promotion materials to effectively communicate results and the value of these climate-smart commodities to new producers interested in adopting the climate-smart

practices evaluated in the project and to consumers to relay the value and benefits of the project's climate-smart commodities along the supply chain.

**Objective 3: Create & Expand Markets**: increasing market opportunities for climate-smart commodities and building on existing systems of traceability through the supply chain.

In order to expand markets for climate smart commodities a promotional program will be developed aimed at increasing the awareness of consumers, buyers, processors as well as producers of the benefits of utilizing climate smart practices. A communication plan will be developed by the project team and implemented by the end of the project as a critical piece for ongoing marketing. Communications efforts will focus on the climate impacts enrolled producers realized along with identifying additional value and benefits to end users and customers. Promotional messaging will be developed that is tailored around why consumers should choose food products produced using climate smart practices, how organic production is inherently climate smart, how grain and field crop supply chains are being monitored for climate smart practices, how cooperatives help the small producers in expanding the markets for climate smart commodities. A critical aspect of the communications plan will be a "climate smart promotional program" that will include video interviews with the enrolled farmers, project partners as well as marketers, buyers, processors and potential consumers. The video interviews will be edited into various length segments using a documentary format. Footage will then be used for webinars, promotions, advocacy, brand development and social media. A production company will be commissioned to develop the videos.

*Developing Individualized Marketing Plans*

Incorporating new crops into a farm's crop rotation and adopting organic climate-smart agricultural practices is a multi-faceted paradigm shift in philosophy and practice. In the non-organic sector, there is a well-established marketing process that conventional producers can access. However, as producers work to implement climate-smart practices and develop new climate-smart commodities, there is a lack of marketing channels and developed markets to support the sustainable long-term production of these alternative crops and the continued implementation of practices that will help address the climate change crisis that the world faces. To foster lasting change, promote more farmers to adopt CSAF practices and grow markets for climate-smart commodities, a strong marketing plan is paramount.

Creation of a marketing plan that embraces the basic premise of developing marketing relationships with credible end users is a key element in providing sound business planning for economic success. Although traditional crops have developed markets that all scales of farm operations can access, small-scale or underserved producers often lack the time, skills, or funding to develop markets for new crops. Marketing cooperatives present producers with options to come together to aggregate crops to meet market demands, split the costs of shared expenses, and pool resources to engage in cooperative marketing efforts.

Cooperative marketing is a well-established process to assist producers in effectively engaging new markets by capitalizing on economies of scale to reduce transactional costs that would otherwise pose barriers for small-scale and underserved producers from developing new

climate-smart commodities. Additionally, cooperative marketing creates a strong network of producers that can foster farmer mentoring, resource sharing and farmer peer-to-peer learning opportunities. Additionally, by forming one group, producers make it easier for resource and technical assistance providers to support multiple producers, and although production education and marketing education are often not planned in conjunction, this project will provide support to producers from production through every step along the supply chain to end consumers. Field Service Coordinators will support producers in learning about, adopting and implementing CSAF practices in Objective 1. In Objective 2, Field Service Coordinators will assist producers in monitoring and collecting on-farm data to verify the GHG benefits of diverse and organic crop rotations. In Objective 3, Field Service Coordinators will connect producers with an OFARM Marketer to coordinate production and marketing support and technical assistance.

Field Service Coordinators and Marketers will work collaboratively to ensure that production goals align with marketing goals. To make sure that supply meets demand as this project creates and expands markets for newly developed climate-smart commodities, Field Service Coordinators and Marketers will maintain ongoing communication about the realities of what each farm can produce in relationship to what each new market can support. Through this intentional partnership between Field Service Coordinators and Marketers, Marketers will work with each producer to create a marketing plan for all the crops being produced from the crop rotation. These individualized marketing plans will enable producers to strategically plan out how many new crops to plant to maximize sales and reduce unsold product. Through planning and support, Marketers and Field Service Coordinators will help each participating farm achieve financial profit from new climate-smart commodities and establish market-driven incentives to adopt CSAF practices beyond the life of this grant.

*A Market Development Community: an innovative Partnership to develop new markets*

This project understands that a marketing plan is only as successful as the market allows. A weak market will never result in a financially viable venture no matter how well constructed a marketing plan may be. To address this need, this project will form a Market Development Advisory Group, which will consist of the project management team, leaders from farm marketing cooperatives and business development executives from five consumer-based food retail companies. By bringing together leaders from across the supply chain, this project will gain valuable insights on how to create and grow new markets.

The Market Development Advisory Group will provide strategic planning for the project's market development goals. They will identify potential market entry points, share insights on market trends, and develop strategies on branding new climate-smart commodities. The Market Development Advisory Group will develop marketing strategies to preserve the identity of new climate-smart commodities as they move through the supply chain and reach end consumers. New and expanded markets will be evaluated for economic, logistical and business feasibility from both the producer perspective and the supply chain perspective.

Market development components will include: (1) ongoing market assessment of the organic grain market to identify new and emerging trends; (2) ongoing market research based on shared information among co-ops, customers, other organizations and market researchers;

**J.A. 1042**

(3) engagement with producers and customers to trial new grain crops, varieties, processes and uses; (4) collaboration on supply chain development to establish new crop/market viability.

While many of these individuals normally work on opposite ends of the organic grain supply chain with limited interaction, this project will bring together a diverse group of companies and organizations to collectively explore new markets and build a market development community centered around trusted relationships, strengthened collaboration and strategic cooperation that can be sustained beyond the life of this project. The outcome is a market development community that will continue to identify, develop and expand markets for climate-smart commodities developed after this project has been completed.

*Economic Benefit Estimates to Climate Smart Organic Field Crop Farmers*

This project will develop a framework for market development that combines the innovation, experience, networks and connections from each project partner, industry leaders and the small-scale culturally diverse farmers. This collaborative approach to market development is innovative in its holistic approach that accounts for changing climate, demographics, consumer tastes, and economic trends, beyond what one individual organization or sector can muster. This approach also focuses on maximizing the economic benefit for the small-scale and underserved producers that this project supports.

In 2020, the University of Minnesota Center for Farm Financial Management (CFFM) concluded a long-term study that showed an increase of $113/acre in net returns for organic corn-soybean-wheat farming operations over conventional corn-soybean and corn-soybean-wheat operations. This difference is attributable to lower input costs in the organic system, including lower fertilizer, herbicide and insecticide costs, and substantially higher market prices for organic grains. And the Rodale Institute in Pennsylvania, through a 30-year series of trials comparing organic field crop production to conventional field crop production, has found that organic field crop systems earn an increase of $368/acre in net returns over conventional field crop operations. We recognize that the producers at Rodale have both finely tuned their production techniques as well as developed their markets over the past three decades. The findings of these studies will be utilized in farmer recruitment and retention. We will be able to highlight that despite the potential for lower yields with small-scale organic systems, reduced input costs and higher prices result in larger net margins. Based on both studies, for this project we estimate that participating producers can expect an increase of $150 to $300 per acre in net returns by year five based on their current farming operation and level of experience.

In addition to on-farm net profit gained by transitioning to organic climate-smart farming practices, small-scale farming operations can also receive more economic benefits by selling organic grains and other climate-smart commodities through a farming marketing cooperative. Aggregating crops through a marketing cooperative allows small-scale farming operations to pool together product to fulfill larger orders and access markets farther than their current limited distribution allows. In addition, by leveraging economies of scale, small-scale operations can lower storage, distribution, marketing, and other production related costs by working through a marketing cooperative that can buy in bulk or negotiate for bulk prices and pass along saving to member farmers. Combined with the increased on-farm net profit, these

**J.A. 1043**

economic benefits will help incentivize developing a model that can be replicated and scaled up in the future.

*Post Project Potential to Bring to Scale*

In order to continue to provide broader incentives to a larger cross section of farmers, the project team will gather feedback from enrolled producers, Marketers and Field Service Coordinators to create an incentive development plan that can help continue to incentivize new farmers to adopt CSAF practices, produce climate-smart commodities and further support the growth of newly developed markets. This plan will include identifying which CSAF practices were most successfully implemented by the 40 enrolled producers and come up with outreach materials highlighting the ecosystem services, the environmental benefits and the financial potential that implementing these CSAF practices can provide as told from the 40 enrolled producers so that farmers can help recruit more farmers to help scale up this system and paradigm shift. Gaining input from enrolled producers for the development of this plan will help inform future outreach efforts and will be critical to long-term sustained adoption of CSAF practices by a growing number of producers.

The engagement of a well-structured network of organic grain marketing cooperatives, university research partners, and organic education and advocacy non-profit organizations, provides strong and unique possibilities for scaling up climate smart agricultural practices and markets beyond the end of this project. All organizations in this project have deep, trusted and broad connections to farming communities with long histories of supporting small-scale and historically underserved farmers. Past efforts on sustainable farm production, education, advocacy, marketing, environmental action, cooperative development and more have enabled and empowered organic farmers to take initiative in addressing key ecological, economic and social challenges facing farmers, rural communities and society generally.

Through the establishment of connected robust farmer networks, the placement of Field Service Coordinators across the 14-state project area, increased communication channels between organizations, the development of a Market Development Community to promote collaboration between companies and organizations along the supply chain, and the creation or expansion of markets for climate-smart commodities, this project will lay a strong foundation for future scaling-up of this pilot initiative. Field Service Coordinators will continue to act as a critical link, connecting farmers to resources, learning opportunities, farmer peer-to-peer learning, and marketing technical assistance. Cooperatives and other support organizations will develop relationships necessary to provide the production and marketing technical assistance needed to help new farmers adopt and implement CSAF practices. The Market Development Community will continue to inform each other on new market opportunities, communicate feedback on consumer behavior and facilitate trials to test out market receptivity of new climate-smart commodities developed after the grant.

With increased sales and the increased adoption of organic climate-smart practices, farmers will learn about the success that initial farmers will have and will create a natural incentive for future farmers to seek out and explore replicating the systems that this project will pilot. Then with the success of cooperative marketing, farmers will likely find additional opportunities to

cooperate more broadly across the supply chain of grains and legumes for food and feed. This could include production research, education, value added processing, better organized and efficient product shipping and logistics, equipment sharing, leadership development, and more. Well-connected Field Service Coordinators can become a conduit for farmers to obtain the resources and develop the facilities and organization at the farm level for effective organic production and marketing. The partner organizations in this project will continue to identify, develop, organize and finance other areas of cooperation based on this project's success, increasing the scale of these efforts and creating a model for other regions. This growing capacity for cooperation and cooperative self-education is necessary to address the critical challenges of climate change in agriculture and building cooperative capacity with this project will assure the ongoing, scaling up of climate smart farming practices, markets and related social action.

*Conclusion: Bringing all three objectives together*

Climate change is a real threat, but organic agriculture farming systems, diversified crop rotations and other CSAF practices provide an opportunity to address this global crisis. To accomplish this large task, the project has put together a team of partner organizations with diverse skillsets representing multiple supply chain areas of the organic grain industry. The project team has divided the project into three major objectives: **Objective 1: Incentivize & Adopt Practices** will engage and enroll 40 small-scale underserved producers to pilot climate-smart practices on their farms with support from a team of cross-trained Field Service Coordinators who will provide individualized one-on-one technical assistance. **Objective 2: Monitor & Verify Impacts** will quantify the GHG benefits of adopted practices by measuring each farm's soil physical, chemical, and biological indicators. **Objective 3: Create & Expand Markets** will increase market opportunities for climate-smart commodities and build on existing systems of traceability required of the organic industry to establish similar systems to trace climate-smart commodities through the supply chain all the way to end consumers. A Market Development Advisory Group will lead market development and Marketers will work with Field Service Coordinators to help producers develop marketing plans and market their crops. Outreach will be conducted via conferences and other educational events including 20 field days throughout the entire 14-state project area over the 5 years to promote CSAF practices and help scale up this pilot project beyond the life of the grant. Through the development of unique partnerships spanning the supply chain, this project will create models that can be replicated across the nation that will promote the adoption of CSAF practices and the development of new markets for climate-smart commodities.

Data Dictionary



# Partnerships for Climate-Smart Commodities Data Dictionary for Recipients

February 2023
Version 1.0

*USDA is an equal opportunity lender, provider and employer.*

Data Dictionary



Partnerships for Climate-Smart Commodities Data Dictionary for Recipients
February 2023

## Table of Contents

Overview of Reporting Requirements ........................................................................... 2

    Project Summary ................................................................................................... 3

    Partner Activities ................................................................................................. 4

    Marketing Activities ............................................................................................ 5

    Producer Enrollment .......................................................................................... 6

    Field Enrollment ................................................................................................. 7

    Farm Summary ................................................................................................... 8

    Field Summary ................................................................................................... 9

    GHG Benefits - Alternate Modeled .................................................................... 10

    GHG Benefits - Measured ................................................................................... 11

    Additional Environmental Benefits ..................................................................... 12

    Supplemental Data Submission .......................................................................... 13

Data Descriptions ...................................................................................................... 14

    Unique IDs ........................................................................................................ 14

    Project Summary ............................................................................................... 15

    Partner Activities ............................................................................................... 20

    Marketing Activities .......................................................................................... 25

    Producer Enrollment ......................................................................................... 30

    Field Enrollment ............................................................................................... 38

    CSAF Practice Sub-questions ............................................................................. 44

    Farm Summary .................................................................................................. 45

    Field Summary .................................................................................................. 49

    GHG Benefits - Alternate Modeled .................................................................... 57

    GHG Benefits - Measured ................................................................................... 61

    Additional Environmental Benefits ..................................................................... 65

    CSAF Practice Sub-questions ............................................................................. 75

Appendix A: Climate-smart Agriculture and Forestry Practices .................................... 83

    All NRCS Practice Standards (not limited to climate-smart practices) ................... 83

    Other CSAF Practices ........................................................................................ 85

Appendix B: Commodity List ...................................................................................... 86

Data Dictionary

USDA | Partnerships for Climate-Smart Commodities Data Dictionary for Recipients
February 2023

### Overview of Reporting Requirements

Grant recipients are required to submit reports to document their performance under the *Partnerships for Climate-Smart Commodity* funding opportunity. These submissions will be required to use the Microsoft Excel workbook templates provided by USDA. The workbooks contain a series of worksheets that collect data in a standardized format to ensure data quality and allow for aggregation and summary of this information. The entire workbook must be submitted quarterly, with updates to all applicable worksheets. This guide is divided into three sections. The *Overview of Reporting Requirements* section summarizes the layout of the reporting workbook and presents the data elements included in each worksheet. It also describes additional documents that must be submitted to supplement the performance reports. The *Data Definitions* section provides descriptions and allowable response options for each data element. The guide also indicates whether each data element is required, applicable at times, or optional; as well as how frequently each data element must be updated. Finally, the *Appendices* contain practice and commodity lists that will be used for these reports. Reporting is necessary for USDA oversight of this effort. The data elements required for inclusion in the quarterly performance reports allow USDA to conduct selected audits to review whether producers are receiving federal funds from multiple sources for the same purpose; to determine whether GHG benefits from implementation of climate-smart agriculture and forestry (CSAF) practices are being estimated accurately; and for other purposes deemed appropriate by USDA.

The reporting worksheets collect information at four levels: project, partner, producer, and field. Descriptions of each level:

> **Project level**: Information about activities and impacts at a whole project/aggregate level (i.e., reflecting all activities under the grant agreement). Some project-level reporting is further subdivided by commodity type or a combination of commodity and CSAF practice(s) (commodity x practice).
> **Partner level**: Information about activities related to a single organization (recipient, subrecipient, contractor, or other partner) within a project.
> **Producer level**: Information about individual producers who have one or more farms enrolled in a project.
> **Field level**: Information about individual fields enrolled in a project.

Certain data elements are required to be reported for each producer and field enrolled in a project. In order to minimize the burden associated with data collection and to enable USDA to match data to existing records, these producer- and field-specific records must use the producer's established FSA Farm, Tract and Field IDs, and report the State and County associated with the Farm ID. Associated data entered in conjunction with these data elements, such as Producer Name, must match the data contained in the customer's Business Partner record, and the Farm Operating Plan in Business File for that Farm ID. Disclosure of this information is protected under Section 1619 of the Food, Conservation, and Energy Act of 2008 (PL 110- 246), 7 U.S.C. 8791. Additionally, Departmental Regulation 4370-001 provides USDA's policies for collecting demographic data, including race, ethnicity and gender. Providing demographic information is voluntary and at the discretion of the customer. Demographic information is used by USDA for statistical purposes only and will not be used to determine an applicant's eligibility for programs or services for which they apply.

**Note:** For purposes of this guide, "farm" refers to the operation from which climate-smart commodities are produced and may represent farms, ranches, forests or other operations. Similarly, "field" refers to the individual land units at which climate-smart practices are being implemented to produce climate-smart commodities and may represent lots, farmsteads or other units, depending on the type of operation and commodity. The use of "Farm", "Tract" and "Field" align with the FSA definitions; for example, "A field is a part of a farm that is separated from the balance of the farm by a permanent boundary, such as; fences, permanent waterways, woodlands, croplines in cases where farming practices make it probable that this cropline is not subject to change, and other similar features."

**J.A. 1048**

Data Dictionary

USDA Partnerships for Climate-Smart Commodities Data Dictionary for Recipients
February 2023

The following tables list the data elements included in each reporting worksheet, along with a brief description of each item.

<u>Project Summary</u>

These data will be collected about each project. Cumulative results are reported each quarter. Report last quarter's entry if there has been no change in this quarter.

Table 1. Project Summary elements

| Data element name | Description | Frequency |
|---|---|---|
| Commodity type | Type of commodity(ies) incentivized by the project | Quarterly |
| Commodity sales | Indicates sales of the commodity(ies) related to the project occurred this quarter | Quarterly |
| Farms enrolled | Indicates enrollment activities occurred this quarter | Quarterly |
| GHG calculation methods | Methods used to calculate greenhouse gas (GHG) benefits | Quarterly |
| GHG cumulative calculation | Method used to calculate cumulative GHG benefits | Quarterly |
| Cumulative GHG benefits | Whole project estimate of total GHG ($CO_2e$) emission reductions | Quarterly |
| Cumulative carbon stock | Whole project estimate of total carbon sequestration | Quarterly |
| Cumulative CO2 benefit | Whole project estimate of total CO2 emission reductions | Quarterly |
| Cumulative CH4 benefit | Whole project estimate of total CH4 emission reductions | Quarterly |
| Cumulative N2O benefit | Whole project estimate of total N2O emission reductions | Quarterly |
| Offsets produced | Amount of carbon offsets produced by project | Quarterly |
| Offsets sale | Name of marketplace where carbon offsets were sold | Quarterly |
| Offsets price | Price of carbon in offset sales | Quarterly |
| Insets produced | Amount of carbon insets produced by project | Quarterly |
| Cost of on-farm TA | Cost of on-farm technical assistance (TA) provided to producers | Quarterly |
| MMRV cost | Cost of measurement, monitoring, reporting, and verification (MMRV) activities | Quarterly |
| GHG monitoring method | Methods used by project to monitor GHG benefits (up to 5) | Quarterly |
| GHG reporting method | Methods used by project to report on GHG benefits (up to 5) | Quarterly |
| GHG verification method | Methods used to verify GHG benefits (up to 5) | Quarterly |

**J.A. 1049**

Data Dictionary

**USDA** Partnerships for Climate-Smart Commodities Data Dictionary for Recipients
February 2023

## Partner Activities

These data will be collected at the project level. Each row in this worksheet will represent one organization involved in the project, including the recipient and all contributing partners. A partner is any organization that is receiving project funds or providing matching contributions (funds or in-kind contributions) to the project. While the recipient must complete one row for their own organization, not all data elements apply to the recipient. These exceptions are noted in the detailed descriptions of the specific elements in the *Data Definitions* section of this guide. Data are reported cumulatively each quarter. Report last quarter's entry if there has been no change in this quarter.

Table 2. Partner Activities elements

| Data element name | Description | Frequency |
|---|---|---|
| Partner ID | Unique ID for each partner | One-time |
| Partner name | Name of partner organization | One-time |
| Partner type | Type of organization | One-time |
| Partner POC | Partner point of contact name | As applicable |
| Partner POC email | Partner point of contact email | As applicable |
| Partnership start date | Start of partnership on project | One-time |
| Partnership end date | End of partnership on project | As applicable |
| New partnership | Indicator for partner organizations that have no prior work with the recipient | As applicable |
| Partner total requested | Total amount requested to date by partner from recipient | Quarterly |
| Total match contribution | Total amount of match contribution by partner to date | Quarterly |
| Total match incentives | Total amount of match contribution by partner for incentives | Quarterly |
| Match type | Top 3 types of match contribution by partner, other than incentives | Quarterly |
| Match amount | Value of match contributions by type | Quarterly |
| Training provided | Top 3 types of training provided to the partner through project | Quarterly |
| Activity by partner | Top 3 types of activities provided by this partner to producers or other partners | Quarterly |
| Activity cost | Approximate cost per activity type provided by partner to producers or other partners | Quarterly |
| Products supplied | Names of products supplied to producers as part of project activities or incentives | Quarterly |
| Product source | Supplier or source of products supplied to producers as part of project activities or incentives | Quarterly |

**J.A. 1050**

Data Dictionary

**USDA** Partnerships for Climate-Smart Commodities Data Dictionary for Recipients
February 2023

### Marketing Activities

These data will be collected at the project level. Each row in this worksheet will correspond to one commodity for which the project enrolls fields and one marketing channel used to sell that commodity by the project or producers enrolled in the project. Data are reported for the current quarter and are not cumulative. If no sales of the commodity were reported during a quarter, do not complete this worksheet for that quarter.

Table 3. Marketing Activities elements

| Data element name | Description | Frequency |
| --- | --- | --- |
| Commodity type | Type of commodity incentivized by the project | Quarterly |
| Marketing channel type | Type of marketing channels used | Quarterly |
| Number of buyers | Number of buyers per marketing channel | Quarterly |
| Names of buyers | Names of buyers in the marketing channel | Quarterly |
| Marketing channel geography | Geography of marketing channel | Quarterly |
| Value sold | Value of commodity sold by marketing channel | Quarterly |
| Volume sold | Volume of commodity sold by marketing channel | Quarterly |
| Price premium | Price premium of commodity by marketing channel | Quarterly |
| Price premium to producer | Percent of price premium that goes to the producer | Quarterly |
| Product differentiation method | Top 3 types of product differentiation methods used | Quarterly |
| Marketing method | Top 3 types of marketing methods used | Quarterly |
| Marketing channel identification method | Top 3 ways marketing channel was identified | Quarterly |
| Traceability method | Top 3 types of supply chain traceability methods used | Quarterly |

**J.A. 1051**

Data Dictionary

**USDA** Partnerships for Climate-Smart Commodities Data Dictionary for Recipients
February 2023

Producer Enrollment

These data will be collected at the producer level about each farm enrolled in the project. In this worksheet, each row will correspond to one farm that has at least one field enrolled in the project. Data are reported when a producer first enrolls one or more fields in the project. If a producer is enrolled in the project for multiple years, review the farm characteristics each time a new contract is signed and provide any necessary updates. The quarterly submission should contain information about each farm initially enrolled in the project during that quarter and for updates to farms that have re-enrolled during that quarter, as applicable. If no farms are enrolled during that quarter, do not complete this worksheet for that quarter.

Table 4. Producer Enrollment elements

| Data element name | Description | Frequency |
|---|---|---|
| Farm ID | Unique Farm ID assigned by FSA | |
| State or territory | State name (must match FSA farm enrollment data) | |
| County of residence | County name (must match FSA farm enrollment data) | |
| Producer data change | Indicator that producer data was updated at re-enrollment | As applicable |
| Producer start date | Contract start date | Enrollment |
| Producer name | Name of primary operator | Enrollment |
| Underserved status | Indicator the primary operator is considered underserved and/or a small producer | Enrollment |
| Total area | Total area of enrolled operation | Annual |
| Total crop area | Total crop area in enrolled operation enrolled | Annual |
| Total livestock area | Total livestock confinement, pasture and rangeland in enrolled operation | Annual |
| Total forest area | Total forest area in enrolled operation | Annual |
| Livestock type | Top 3 types of livestock on enrolled operation | Annual |
| Livestock head | Total livestock currently managed (by type) | Annual |
| Organic farm | Indicator that part of the farm is certified or transitioning organic | Annual |
| Organic fields | Indicator that any of the enrolled fields are certified or transitioning organic | Annual |
| Producer motivation | Motivation for participation | Annual |
| Producer outreach | Top 3 types of outreach provided to producer | Annual |
| CSAF experience | Indicator of prior implementation of CSAF practices at this farm | Annual |
| CSAF federal funds | Indicator of prior receipt of federal funds for CSAF practices | Annual |
| CSAF state or local funds | Indicator of prior receipt of state funds for CSAF practices | Annual |
| CSAF nonprofit funds | Indicator of prior receipt of nonprofit funds for CSAF practices | Annual |
| CSAF market incentives | Indicator of prior receipt of market incentives for CSAF practices | Annual |

**J.A. 1052**

Data Dictionary

USDA Partnerships for Climate-Smart Commodities Data Dictionary for Recipients
February 2023

<u>Field Enrollment</u>

These data will be collected about each field enrolled in the project. In this worksheet, each row corresponds to one field x commodity combination enrolled in the project. Generally, data are reported once for each field, at its initial enrollment. The quarterly submission should contain information about each field initially enrolled in the project during that quarter. If no fields are enrolled during that quarter, do not complete this worksheet for that quarter. If a field is enrolled for multiple years, any relevant changes, such as a new ID number or changes to the commodity or practice combinations should be entered in this worksheet during the quarter it is re-enrolled, or as applicable.

Table 5. Field Enrollment elements

| Data element name | Description |
| --- | --- |
| Farm ID | Unique Farm ID assigned by FSA |
| Tract ID | Unique Tract ID assigned by FSA |
| Field ID | Unique Field ID assigned by FSA |
| State or territory of field | State name |
| Physical County of field | Physical county name must match FSA farm records |
| Prior Field ID | Previous Field ID when reconstitution of farm results in new Field IDs |
| Field data change | Indicator that field data has changed from initial enrollment |
| Contract start date | Start date of contract |
| Total field area | Size of enrolled field |
| Commodity category | Category of commodity(ies) produced |
| Commodity type | Type of commodity(ies) produced |
| Baseline yield | Average yield of commodity in 3 years prior to enrollment |
| Baseline yield location | Location for which baseline yield is provided |
| Field land use | Most common land use in field in past 3 years |
| Field irrigated | Most common irrigation type in field in past 3 years |
| Field tillage | Most common tillage in field in past 3 years |
| Practice past extent - farm | Extent of operation that implemented this practice prior to project enrollment |
| Field any CSAF practice | Indicator for prior CSAF practices in this field in past 3 years |
| Practice past use - this field | Indicator of prior use of this practice in this field in the past 3 years |
| Practice type | CSAF practice(s) that will be implemented in enrolled field (up to 7) |
| Practice standard | Organization that developed CSAF practice standard implemented in field |
| Planned practice implementation year | Year that practice is planned to be implemented |
| Practice extent | Area or number of animals for which practice is implemented |
| Follow-on questions | Follow-on questions by practice type (see Table 11) |

J.A. 1053

Data Dictionary

**USDA** Partnerships for Climate-Smart Commodities Data Dictionary for Recipients
February 2023

<u>Farm Summary</u>

These data will be collected about each farm enrolled in the project. In this worksheet, each row will correspond to one farm that has at least one field enrolled in the project. The quarterly submission should contain updates to any data elements that have changed for each farm enrolled in the project during that quarter. If there are no changes from the previous quarter, do not complete this worksheet for that quarter. Data are not cumulative.

Table 6. Farm Summary elements

| Data element name | Description | Frequency |
|---|---|---|
| Farm ID | Unique Farm ID assigned by FSA | |
| State or territory | State name | |
| County of residence | County name | |
| Producer TA received | Type of technical assistance provided to producer | Quarterly |
| Producer incentive amount | Total financial incentive provided to the producer | Quarterly |
| Incentive reason | Top 4 reason(s) for financial incentives provided to producer | Quarterly |
| Incentive structure | Top 4 units on which financial incentives are structured | Quarterly |
| Incentive type | Top 4 type(s) of financial incentives provided to producer | Quarterly |
| Payment on enrollment | Extent of payment provided to producer upon enrollment | Quarterly |
| Payment on implementation | Extent of payment provided to producer upon implementation of CSAF practices | Quarterly |
| Payment on harvest | Extent of payment provided to producer upon harvest or slaughter | Quarterly |
| Payment on MMRV | Extent of payment provided to producer upon reporting or verification | Quarterly |
| Payment on sale | Extent of payment provided to producer upon sale of commodity | Quarterly |

J.A. 1054

USDA Partnerships for Climate-Smart Commodities Data Dictionary for Recipients
February 2023

Field Summary

These data will be collected about each field enrolled in the project for a commodity x practice(s) combination. In this worksheet, each row will correspond to one field x commodity x practice(s) combination enrolled in the project. Data for each field will be reported quarterly and are not cumulative. Report data for any elements that have an update in that quarter. Greenhouse gas benefit estimates must be entered upon practice completion or annually, as appropriate. If there are no changes from the previous quarter, do not complete this worksheet for that quarter. This worksheet includes a section to report the "official" estimate of GHG benefits – amounts of greenhouse gas emissions reduced and carbon sequestered – for the field. These quantities refer to the estimates that are used to calculate the project's aggregate impact (reported in Table 1). Tables 8 and 9 are used to report alternate estimates of the field-level GHG benefits when additional methods are used to model (Table 8) or measure (Table 9) these impacts. Any field that can use COMET-Planner must submit those results, either as the official or alternate model.

Table 7. Field Summary elements

| Data element name | Description | Frequency |
|---|---|---|
| Farm ID | Unique Farm ID assigned by FSA | |
| Tract ID | Unique Tract ID assigned by FSA | |
| Field ID | Unique Field ID assigned by FSA | |
| State or territory of field | State name | |
| County of field | County name | |
| Commodity type | Type of commodity produced from field | Quarterly |
| Practice type | Type of practice(s) incentivized in field (up to seven) | Quarterly |
| Date practice complete | Date that practice implementation is certified complete | Quarterly |
| Contract end date | End date of contract | Quarterly |
| MMRV assistance provided | Indicator that MMRV assistance is provided to field | Quarterly |
| Marketing assistance provided | Indicator that marketing assistance provided for commodity from field | Quarterly |
| Incentive per acre or head | Indicator that a per acre/head incentives is provided for the CSAF practice(s) on this field | Quarterly |
| Field commodity value | Value of commodity produced from field | Quarterly |
| Field commodity volume | Volume of commodity produced from field | Quarterly |
| Cost of implementation | Total cost of practice implementation in field | Quarterly |
| Cost coverage | Percent of total cost of implementation of practice covered by project incentives | Quarterly |
| Field GHG monitoring | Methods used to monitor GHG benefits in field (up to 3) | Quarterly |
| Field GHG reporting | Methods used to report on GHG benefits for field (up to 3) | Quarterly |
| Field GHG verification | Methods used to verify GHG benefits for field (up to 3) | Quarterly |
| Field GHG calculations | Methods used to calculate GHG benefits for field | Quarterly |
| Field official GHG calculation | Method used to calculate official GHG benefits for field | Quarterly |
| Field official GHG ER | Official estimate of total GHG emission reductions for field | Quarterly |
| Field official carbon stock | Official estimate of total carbon sequestration for field | Quarterly |
| Field official CO2 ER | Official estimate of total CO2 emission reductions for field | Quarterly |
| Field official CH4 ER | Official estimate of total CH4 emission reductions for field | Quarterly |
| Field official N2O ER | Official estimate of total N2O emission reductions for field | Quarterly |
| Field offsets produced | Amount of carbon offsets produced in field | Quarterly |
| Field insets produced | Amount of carbon insets produced in field | Quarterly |
| Other field measurements | Indicator that field data was collected for reasons other than GHG benefit estimation | Quarterly |

J.A. 1055

Data Dictionary

**USDA** Partnerships for Climate-Smart Commodities Data Dictionary for Recipients
February 2023

### GHG Benefits - Alternate Modeled

If greenhouse gas benefits are modeled for the same field using multiple methods, the results for the alternate models are reported in this worksheet. The "alternate" models refer to those model results that were not used in the calculation of the project's aggregate impact (as reported in Table 1). Any field that can use COMET-Planner must submit those results, either as the official or alternate model. These data will be collected about the modeled GHG benefits for each field x commodity x practice(s) combination. In this worksheet, each row will correspond to one field enrolled in the project. Data are not cumulative. Each quarterly submission should include information for all fields that have new modeled data.  Greenhouse gas benefit estimates must be entered upon practice completion or annually, as appropriate.

Table 8.  GHG Benefits – Alternate Modeled elements

| Data element name | Description | Frequency |
|---|---|---|
| Farm ID | Unique Farm ID assigned by FSA | |
| Tract ID | Unique Tract ID assigned by FSA | |
| Field ID | Unique Field ID assigned by FSA | |
| State or territory of field | State name | |
| County of field | County name | |
| Commodity type | Type of commodity(ies) produced from the field (up to 6) | Annual |
| Practice type | Type of practice(s) incentivized in field (up to 7) | Annual |
| GHG model | Model used to calculate GHG benefits | Annual |
| Model start date | Start date of model run | Annual |
| Model end date | End date of model run | Annual |
| Total GHG benefits estimated | Estimate of total GHG benefits for field | Annual |
| Total carbon stock estimated | Estimate of total change in carbon stock for field | Annual |
| Total CO2 estimated | Estimate of total $CO_2$ emission reductions for field | Annual |
| Total CH4 estimated | Estimate of total $CH_4$ emission reductions for field | Annual |
| Total N2O estimated | Estimate of total $N_2O$ emission reductions for field | Annual |

**J.A. 1056**

Data Dictionary

USDA Partnerships for Climate-Smart Commodities Data Dictionary for Recipients
February 2023

### GHG Benefits - Measured

Projects must report the results of any carbon stock or greenhouse gas emission measurements in this worksheet. These data will be collected at the field level. Each row will represent a separate measurement method used to calculate GHG benefits for a given field. Data are reported once per year of measurement and are not cumulative. Each quarterly submission should include information for any field for which there are new soil samples or new calculations of annual GHG benefits based on actual measurements.

Table 9.  GHG Benefits - Measured data elements

| Data element name | Description | Frequency |
|---|---|---|
| Farm ID | Unique Farm ID assigned by FSA | |
| Tract ID | Unique Tract ID assigned by FSA | |
| Field ID | Unique Field ID assigned by FSA | |
| State | State name | |
| County | County name | |
| GHG measurement method | Method of measurement | Annual |
| Lab name | Entity that conducted analysis | Annual |
| Measurement start date | Start date of measurements | Annual |
| Measurement end date | End date of measurements | Annual |
| Total CO2 reduction calculated | Calculation of total CO2 reduction | Annual |
| Total carbon stock change calculated | Calculation of change in carbon stock | Annual |
| Total CH4 reduction calculated | Calculation of total CH4 reduction | Annual |
| Total N2O reduction calculated | Calculation of total N2O reduction | Annual |
| Soil sample result | Numeric result from soil sample | Annual |
| Measurement type | Type of analysis conducted | Annual |

**J.A. 1057**

Data Dictionary

USDA Partnerships for Climate-Smart Commodities Data Dictionary for Recipients
February 2023

Additional Environmental Benefits

Projects that track additional environmental benefits (e.g., water quality improvements) from enrolled fields report results in this worksheet. These data will be collected about each field. Each row in this worksheet will correspond to an enrolled field. Data are not cumulative. Estimates of environmental benefits must be entered upon practice completion or annually, as appropriate.

Table 10. Additional Environmental Benefits elements

| Data element name | Description | Frequency |
|---|---|---|
| Farm ID | Unique Farm ID assigned by FSA | |
| Tract ID | Unique Tract ID assigned by FSA | |
| Field ID | Unique Field ID assigned by FSA | |
| State | State name | |
| County | County name | |
| Environmental benefits | Indicator that project tracks other environmental benefits | Annual |
| Reduction in nitrogen loss | Indicator that project tracks reductions in nitrogen loss | Annual |
| Amount | Amount | Annual |
| Purpose | Purpose of tracking those co-benefits | Annual |
| Reduction in phosphorus loss | Indicator that project tracks reductions in phosphorus loss | Annual |
| Amount | Amount | Annual |
| Purpose | Purpose of tracking those co-benefits | Annual |
| Other water quality | Indicator that project tracks other water quality improvements | Annual |
| Type | Type of water quality metric being tracked | Annual |
| Amount | Amount | Annual |
| Purpose | Purpose of tracking those co-benefits | Annual |
| Water quantity | Indicator that project tracks reduced water use | Annual |
| Amount | Amount | Annual |
| Purpose | Purpose of tracking those co-benefits | Annual |
| Reduced erosion | Indicator that project tracks reductions in soil erosion | Annual |
| Amount | Amount | Annual |
| Purpose | Purpose of tracking those co-benefits | Annual |
| Reduced energy use | Indicator that project tracks reductions in energy use | Annual |
| Amount | Amount | Annual |
| Purpose | Purpose of tracking those co-benefits | Annual |
| Avoided land conversion | Indicator that project tracks reductions in land conversion | Annual |
| Amount | Amount | Annual |
| Purpose | Purpose of tracking those co-benefits | Annual |
| Improved wildlife habitat | Indicator that project tracks improvements in wildlife habitat | Annual |
| Amount | Amount | Annual |
| Purpose | Purpose of tracking those co-benefits | Annual |

J.A. 1058

Data Dictionary

USDA Partnerships for Climate-Smart Commodities Data Dictionary for Recipients
February 2023

<u>Supplemental Data Submission</u>

Project MMRV Plan
*Definition of MMRV elements:*
**Measurement**: Quantification of the greenhouse gas benefits (reduction or capture) using mathematical models and/or direct physical measurements in the field
**Monitoring**: Ongoing review and confirmation that the climate-smart practice has been implemented according to the agreed upon standard and documentation of any changes in the site, implementation, or GHG emissions impacts over time
**Reporting**: Documenting and sharing monitoring and measurement results with project partners, the recipient, and any third-party verification organization
**Verification**: Independent confirmation that measurement, monitoring and reporting information are complete, accurate and reliable.

Projects must submit an MMRV plan that includes details about how each of the following are addressed:
- Quantification approach, including:
  - GHG models used
  - GHG measurement plan (if applicable)
  - Approach to quantifying additional environmental benefits, if applicable (e.g., water quality, habitat)
- Verification approach:
  - Compliance criteria
  - Verification plan/methodology
- Approach to ensuring:
  - Additionality
  - Permanence
  - Leakage
  - Impacts of weather
- Plan for non-compliance

If the project is using a specific MMRV methodology or approach developed by the recipient, a project partner, or an outside organization, the project can submit documentation associated with the methodology as long as the documentation addresses each of the above categories.

If the project is tracking other environmental benefits (as reported in the *Additional Environmental Benefits* worksheet), include a description of the methodology and tools used to track and report on these benefits.

Field modeled GHG benefit reports
Results from any models besides COMET-Planner used to estimate GHG benefits must also be submitted as a separate report. This includes projects running COMET-Farm. The full results of any model can be submitted in the native/standard format generated by the modeling tool and must include the following Unique IDs in the report or in the file name: State, County, Farm ID, Tract ID, Field ID.

Field direct measurement results
For any direct physical measurements in the field, measurement results must be submitted as a separate report and must include the following Unique IDs in the report or in the file name: State, County, Farm ID, Tract ID, Field ID. Measurement results reports must include the name of the equipment used for sampling or data collection, the name of the lab that analyzed the data, and the analytical method used.

Sample report types include soil analysis reports, summarized results of portable emissions analyzers or flux towers, water quality analyses, and plant species counts. These could be collected for the purposes of determining GHG emission reductions or carbon sequestration amounts, for calibration of tools or models, for tracking other environmental benefits, or for other reasons.

**J.A. 1059**

Data Dictionary

USDA Partnerships for Climate-Smart Commodities Data Dictionary for Recipients
February 2023

### Data Descriptions

This section provides descriptions and allowable response options for each data element. The guide also indicates whether each data element is required, applicable at times, or optional; as well as how frequently each data element must be updated.

### Unique IDs

**Project ID:** Unique ID at the project level – "Award Identifying Number" shown on award documentation
**Partner ID**: Unique ID at the partner level – use EIN; if no EIN, a unique ID will be assigned for use in these reports
**State or territory of operation:** State or territory name
**County of operation:** Physical county name
**Farm ID:** Unique ID at the operation level assigned by Farm Service Agency (FSA)
**Tract ID:** Unique ID at the tract level assigned by FSA
**Field ID:** Unique ID at the field level assigned by FSA

**J.A. 1060**

Data Dictionary

**USDA** Partnerships for Climate-Smart Commodities Data Dictionary for Recipients
February 2023

<u>Project Summary</u>

---

**Commodity type**

| | |
|---|---|
| **Data element name:** Commodity type | **Reporting question:** What climate-smart commodity types are produced by this project? |

**Description:** Type of commodity incentivized by the project. These commodities include those for whom farmers are directly receiving incentives or other types of marketing support. See full list of commodity options in Appendix B. List one commodity per row.

| | |
|---|---|
| **Data type:** List | **Select multiple values:** No |
| **Measurement unit:** Category | **Allowed values:** FSA commodity list |
| **Logic:** None – all respond | **Required:** Yes |
| **Data collection level:** Project | **Data collection frequency:** Quarterly |

---

**Commodity sales**

| | |
|---|---|
| **Data element name:** Commodity sales | **Reporting question:** Did project activities result in sales this quarter of the commodity(ies) produced by this project? |

**Description:** Indicator of sales of commodity(ies) related to project activities. If sales are reported, complete the *Marketing Activities* worksheet (Table 3) as part of the quarterly performance report.

| | |
|---|---|
| **Data type:** List | **Select multiple values:** No |
| **Measurement unit:** Category | **Allowed values:**<br>• Yes<br>• No |
| **Logic:** None – all respond | **Required:** Yes |
| **Data collection level:** Project | **Data collection frequency:** Quarterly |

---

**Farms enrolled**

| | |
|---|---|
| **Data element name:** Farms enrolled | **Reporting question:** Did the project enroll any producers or fields this quarter? |

**Description:** Indicator that the project enrolled producers or fields. If enrollment activities occurred this quarter, complete the *Producer Enrollment* and *Field Enrollment* worksheets (Tables 4 and 5) as part of the quarterly performance report.

| | |
|---|---|
| **Data type:** List | **Select multiple values:** No |
| **Measurement unit:** Category | **Allowed values:**<br>• Yes<br>• No |
| **Logic:** None – all respond | **Required:** Yes |
| **Data collection level:** Project | **Data collection frequency:** Quarterly |

---

**GHG calculation methods**

| | |
|---|---|
| **Data element name:** GHG calculation methods | **Reporting question:** What methods is the project using to calculate GHG benefits? |

**Description:** List the way(s) that GHG benefits are being measured and calculated by the project this quarter.

| | |
|---|---|
| **Data type:** List | **Select multiple values:** No |
| **Measurement unit:** Category | **Allowed values:**<br>• Models<br>• Direct field measurements<br>• Both |
| **Logic:** None – all respond | **Required:** Yes |
| **Data collection level:** Project | **Data collection frequency:** Quarterly |

---

**J.A. 1061**

Data Dictionary

USDA Partnerships for Climate-Smart Commodities Data Dictionary for Recipients
February 2023

---

**GHG cumulative calculation**

| | |
|---|---|
| **Data element name:** GHG cumulative calculation | **Reporting question:** What method(s) was used to calculate the total cumulative GHG benefits reported here? |
| **Description:** List the method(s) that was used to calculate the total cumulative GHG benefits reported by the project this quarter. | |
| **Data type:** List | **Select multiple values:** No |
| **Measurement unit:** Category | **Allowed values:** |
| | • Models |
| | • Direct field measurements |
| | • Both |
| **Logic:** None – all respond | **Required:** Yes |
| **Data collection level:** Project | **Data collection frequency:** Quarterly |

**Cumulative GHG benefits**

| | |
|---|---|
| **Data element name:** Cumulative GHG benefits | **Reporting question:** What are the project's estimated total GHG emission reductions ($CO_2$eq) to date? |
| **Description:** Total cumulative estimated greenhouse gas emission reductions from practice implementation. This is updated quarterly. If there are no changes, enter the same number as the previous quarter. | |
| **Data type:** Decimal | **Select multiple values:** No |
| **Measurement unit:** Metric tons $CO_2$eq | **Allowed values:** 0-10,000,000 |
| **Logic:** None – all respond | **Required:** Yes |
| **Data collection level:** Project | **Data collection frequency:** Quarterly |

**Cumulative carbon stock**

| | |
|---|---|
| **Data element name:** Cumulative carbon stock | **Reporting question:** How much carbon has the project sequestered to date? |
| **Description:** Estimated total cumulative change in carbon stock based on practice implementation. This is updated quarterly. If there are no changes, enter the same numbers as the previous quarter. Conversion rate is one ton of carbon = 3.67 tons of $CO_2$eq. | |
| **Data type:** Decimal | **Select multiple values:** No |
| **Measurement unit:** Metric tons $CO_2$eq | **Allowed values:** 0-10,000,000 |
| **Logic:** None – all respond | **Required:** Yes |
| **Data collection level:** Project | **Data collection frequency:** Quarterly |

**Cumulative CO2 benefit**

| | |
|---|---|
| **Data element name:** Cumulative CO2 benefit | **Reporting question:** What are the project's estimated total cumulative CO2 emission reductions to date? |
| **Description:** Estimated total cumulative carbon dioxide emission reductions based on practice implementation. This is updated quarterly. If there are no changes, enter the same number as the previous quarter. | |
| **Data type:** Decimal | **Select multiple values:** No |
| **Measurement unit:** Metric tons $CO_2$ | **Allowed values:** 0-10,000,000 |
| **Logic:** None – all respond | **Required:** Yes |
| **Data collection level:** Project | **Data collection frequency:** Quarterly |

**Cumulative CH4 benefit**

| | |
|---|---|
| **Data element name:** Cumulative CH4 benefit | **Reporting question:** What are the project's estimated total CH4 emission reductions to date? |
| **Description:** Estimated total cumulative methane reduction based on practice implementation. This is updated quarterly. If there are no changes, enter the same numbers as the previous quarter. Conversion rate is one ton of $CH_4$ = 25 tons of $CO_2$eq. | |
| **Data type:** Decimal | **Select multiple values:** No |
| **Measurement unit:** Metric tons CH4 reduced in $CO_2$eq | **Allowed values:** 0-10,000,000 |
| **Logic:** None – all respond | **Required:** Yes |
| **Data collection level:** Project | **Data collection frequency:** Quarterly |

---

Version 1.0

**J.A. 1062**

Data Dictionary

**USDA** Partnerships for Climate-Smart Commodities Data Dictionary for Recipients
February 2023

---

**Cumulative N20 benefit**

| | |
|---|---|
| **Data element name:** Cumulative N2O benefit | **Reporting question:** What are the project's estimated total N2O emission reductions to date? |

**Description:** Estimated total cumulative nitrous oxide reduction based on practice implementation. This is updated quarterly. If there are no updated numbers enter the same number as the previous quarter. Conversion rate is one ton of $N_2O$ = 298 tons of $CO_2$eq.

| | |
|---|---|
| **Data type:** Decimal | **Select multiple values:** No |
| **Measurement unit:** Metric tons N2O reduced in $CO_2$eq | **Allowed values:** 0-10,000,000 |
| **Logic:** None – all respond | **Required:** Yes |
| **Data collection level:** Project | **Data collection frequency:** Quarterly |

**Offsets produced**

| | |
|---|---|
| **Data element name:** Offsets produced | **Reporting question:** How many carbon offsets have been produced in the project? |

**Description:** Total carbon offsets produced by enrolled project fields during the quarter. Offsets are defined as having been verified and certified using an accepted standard and sold into the carbon marketplace.

| | |
|---|---|
| **Data type:** Decimal | **Select multiple values:** No |
| **Measurement unit:** Metric tons $CO_2$eq | **Allowed values:** 0-10,000,000 |
| **Logic:** None – all respond | **Required:** Yes |
| **Data collection level:** Project | **Data collection frequency:** Quarterly |

**Offsets sale**

| | |
|---|---|
| **Data element name:** Offsets sale | **Reporting question:** To what marketplace(s) were carbon offsets sold? |

**Description:** Marketplaces to which carbon offsets produced by enrolled project fields were sold. Offsets are defined as having been verified and certified using an accepted standard and sold into the carbon marketplace. List each marketplace name. Separate names with commas.

| | |
|---|---|
| **Data type:** Text | **Select multiple values:** NA |
| **Measurement unit:** Name | **Allowed values:** Text |
| **Logic:** Respond if >0 to 'Offsets produced' | **Required:** Yes |
| **Data collection level:** Project | **Data collection frequency:** Quarterly |

**Offsets price**

| | |
|---|---|
| **Data element name:** Offsets price | **Reporting question:** What was the average price of carbon received for offsets? |

**Description:** Average price per metric ton paid for carbon offsets produced by enrolled project fields. Offsets are defined as having been verified and certified using an accepted standard and sold into the carbon marketplace.

| | |
|---|---|
| **Data type:** Decimal | **Select multiple values:** No |
| **Measurement unit:** Dollars per metric ton | **Allowed values:** 0-500 |
| **Logic:** Respond if >0 to 'Offsets produced' | **Required:** Yes |
| **Data collection level:** Project | **Data collection frequency:** Quarterly |

**Insets produced**

| | |
|---|---|
| **Data element name:** Insets produced | **Reporting question:** How many carbon insets have been produced in the project? |

**Description:** Total carbon insets produced by enrolled fields during the quarter. Insets are defined as having been verified and certified using an accepted standard and accounted for within Scope 3 emissions for a firm.

| | |
|---|---|
| **Data type:** Decimal | **Select multiple values:** No |
| **Measurement unit:** Metric tons $CO_2$eq | **Allowed values:** 0-10,000,000 |
| **Logic:** None – all respond | **Required:** Yes |
| **Data collection level:** Project | **Data collection frequency:** Quarterly |

---

**J.A. 1063**

**USDA** Partnerships for Climate-Smart Commodities Data Dictionary for Recipients
February 2023

---

**Cost of on-farm TA**

| | |
|---|---|
| **Data element name:** Cost of on-farm TA | **Reporting question:** What is the total amount that has been spent to provide on-farm TA? |

**Description:** Total cost of any field- or practice-specific technical assistance provided by the project (by recipient or partners) to any producers. This is updated quarterly. If there are no changes, enter the same number as the previous quarter.

| | |
|---|---|
| **Data type:** Decimal | **Select multiple values:** No |
| **Measurement unit:** Dollars | **Allowed values:** $0-$50,000,000 |
| **Logic:** None – all respond | **Required:** Yes |
| **Data collection level:** Project | **Data collection frequency:** Quarterly |

---

**MMRV cost**

| | |
|---|---|
| **Data element name:** MMRV cost | **Reporting question:** What is the total amount that has been spent on MMRV activities? |

**Description:** Total cost of all MMRV activities paid for by the project (recipient or partners). MMRV components are defined as measurement (calculations or estimations of GHG emissions), monitoring (ongoing review and confirmation that the climate-smart practices have been implemented according to the agreed upon standard and documentation of any changes in the site, implementation, or GHG emissions impacts over time), reporting (documenting and sharing monitoring and measurement results with project partners, the recipient, and any third-party verification organization), and verification (independent confirmation that measurement, monitoring and reporting information are complete, accurate and reliable). This is updated quarterly. If there are no changes, enter the same number as the previous quarter.

| | |
|---|---|
| **Data type:** Decimal | **Select multiple values:** No |
| **Measurement unit:** Dollars | **Allowed values:** $0-$50,000,000 |
| **Logic:** None – all respond | **Required:** Yes |
| **Data collection level:** Project | **Data collection frequency:** Quarterly |

---

**GHG monitoring method**

| | |
|---|---|
| **Data element name:** GHG monitoring 1-5 | **Reporting question:** How did the project monitor GHG benefits? |

**Description:** Up to the five most common forms of monitoring GHG benefits used this quarter as part of MMRV requirements. Monitoring is defined as ongoing review and confirmation that the climate-smart practice has been implemented according to the agreed upon standard and documentation of any changes in the site, implementation, or GHG emissions impacts over time. Include up to 5 methods, based on which methods are most commonly used for this project. The worksheet provides five columns with a drop-down list of the allowed values. Choose one value for each column. If fewer than 5 GHG monitoring methods are used, leave unnecessary columns blank. If "other" is chosen, use the additional column to enter other GHG monitoring methods as free text.

| | |
|---|---|
| **Data type:** List | **Select multiple values:** No |
| **Measurement unit:** Category | **Allowed values:** |

- Drones
- Ground-level photos and videos
- On-farm visit
- Plot-based sampling
- Producer records or attestation
- Satellite monitoring or remote sensing
- Soil metagenomics
- Soil sensors
- Water sensors
- Other (specify)

| | |
|---|---|
| **Logic:** None – all respond | **Required:** Yes |
| **Data collection level:** Project | **Data collection frequency:** Quarterly |

J.A. 1064

Data Dictionary

**USDA** Partnerships for Climate-Smart Commodities Data Dictionary for Recipients
February 2023

---

**GHG reporting method**

| | |
|---|---|
| **Data element name:** GHG reporting 1-5 | **Reporting question:** How did the project track and report implementation of practices to reduce GHG emissions? |

**Description:** Up to the five most common forms of tracking and reporting on practice implementation used this year as part of MMRV requirements. Reporting is defined as documenting and sharing monitoring and measurement results with project partners, the recipient, and any third-party verification organization. Include up to 5 methods, based on which methods are most commonly used for this project. The worksheet provides five columns with a drop-down list of the allowed values. Choose one value for each column. If fewer than 5 GHG reporting methods are used, leave unnecessary columns blank. If "other" is chosen, use the additional column to enter other GHG reporting methods as free text.

| | |
|---|---|
| **Data type:** List | **Select multiple values:** No |
| **Measurement unit:** Category | **Allowed values:** |
| | • Automated devices |
| | • Email |
| | • Mobile app |
| | • Paper |
| | • Third-party actors |
| | • Website |
| | • Other (specify) |
| **Logic:** None – all respond | **Required:** Yes |
| **Data collection level:** Project | **Data collection frequency:** Quarterly |

---

**GHG verification method**

| | |
|---|---|
| **Data element name:** GHG verification method 1-5 | **Reporting question:** How did the project verify implementation of practices to reduce GHG emissions? |

**Description:** Up to the five most common forms of verifying practice implementation used this year as part of MMRV requirements. Verification is defined as independent confirmation that measurement, monitoring and reporting information are complete, accurate and reliable. Include up to 5 methods, based on which methods are most commonly used for this project. The worksheet provides five columns with a drop-down list of the allowed values. Choose one value for each column. If fewer than 5 GHG verification methods are used, leave unnecessary columns blank. If "other" is chosen, use the additional column to enter other GHG verification methods as free text.

| | |
|---|---|
| **Data type:** List | **Select multiple values:** No |
| **Measurement unit:** Category | **Allowed values:** |
| | • Artificial intelligence |
| | • Audit by recipient |
| | • Computer modeling |
| | • Photos |
| | • Record audit |
| | • Satellite imagery |
| | • Site or field visit |
| | • Third-party audit |
| | • Other (specify) |
| **Logic:** None – all respond | **Required:** Yes |
| **Data collection level:** Project | **Data collection frequency:** Quarterly |

---

**J.A. 1065**

Data Dictionary

USDA Partnerships for Climate-Smart Commodities Data Dictionary for Recipients
February 2023

<u>Partner Activities</u>

**Unique IDs**

| Partner ID | Unique Project ID for each partner |
|---|---|

**Partner name**

| | |
|---|---|
| **Data element name:** Name of partner organization | **Reporting question:** What is the official name of the recipient or partner organization? |
| **Description:** Legal name of recipient or partner organization | |
| **Data type:** Text | **Select multiple values**: NA |
| **Measurement unit:** NA | **Allowed values:** Text |
| **Logic:** None – all respond | **Required:** Yes |
| **Data collection level:** Partner | **Data collection frequency:** Partnership initiation |

**Partner type**

| | |
|---|---|
| **Data element name:** Type of partner organization | **Reporting question:** What type of organization is this? |
| **Description:** Legal/financial structure of recipient or partner organization | |
| **Data type:** List | **Select multiple values**: No |
| **Measurement unit:** Category | **Allowed values:** |
| | • Commodity groups (501c5) |
| | • For-profit |
| | • Individual |
| | • Nonprofit |
| | • State or local agency |
| | • Tribal agency |
| | • University |
| **Logic:** None – all respond | **Required:** Yes |
| **Data collection level:** Partner | **Data collection frequency:** Partnership initiation |

**Partner POC**

| | |
|---|---|
| **Data element name:** Partner POC | **Reporting question:** Who is the point of contact for this project at the recipient or partner organization? |
| **Description:** Name of a point of contact for the recipient or partner organization | |
| **Data type:** Text | **Select multiple values:** NA |
| **Measurement unit:** NA | **Allowed values:** Text |
| **Logic:** None – all respond | **Required:** Yes |
| **Data collection level:** Partner | **Data collection frequency:** Partnership initiation; update as necessary |

**Partner POC email**

| | |
|---|---|
| **Data element name:** Partner POC email | **Reporting question:** What is the point of contact's email address? |
| **Description:** Email of the point of contact for the recipient or partner organization | |
| **Data type:** Text | **Select multiple values**: NA |
| **Measurement unit:** NA | **Allowed values:** Text |
| **Logic:** None – all respond | **Required:** Yes |
| **Data collection level:** Partner | **Data collection frequency:** Partnership initiation; update as necessary |

**J.A. 1066**

Data Dictionary

**USDA** Partnerships for Climate-Smart Commodities Data Dictionary for Recipients
February 2023

---

**Partnership start date**

| | |
|---|---|
| **Data element name:** Partnership start date | **Reporting question:** When did the partnership start? |

**Description:** Date that the partner organization and the recipient began formally partnering on the project

| | |
|---|---|
| **Data type:** Date | **Select multiple values:** NA |
| **Measurement unit:** MM/DD/YYYY | **Allowed values:** 01/01/2023 – 12/31/2030 |
| **Logic:** No response for recipient | **Required:** Yes |
| **Data collection level:** Partner | **Data collection frequency:** Partnership initiation |

---

**Partnership end date**

| | |
|---|---|
| **Data element name:** Partnership end date | **Reporting question:** When did the partnership end? |

**Description:** Date that the partner organization and the recipient stopped formally partnering on the project

| | |
|---|---|
| **Data type:** Date | **Select multiple values:** NA |
| **Measurement unit:** MM/DD/YYYY | **Allowed values:** 01/01/2023 – 12/31/2030 |
| **Logic:** No response for recipient | **Required:** Yes |
| **Data collection level:** Partner | **Data collection frequency:** Partnership end quarter |

---

**New partnership**

| | |
|---|---|
| **Data element name:** New partnership | **Reporting question:** Is this a new partnership? |

**Description:** A new partnership means that the recipient and the partner organization have not had a formal working relationship (under contract or on a grant) prior to the start of the project.

| | |
|---|---|
| **Data type:** List | **Select multiple values:** No |
| **Measurement unit:** Category | **Allowed values:** |
| | • Yes |
| | • No |
| | • I don't know |
| **Logic:** No response for recipient | **Required:** Yes |
| **Data collection level:** Partner | **Data collection frequency:** Partnership initiation |

---

**Partner total requested**

| | |
|---|---|
| **Data element name:** Partner total requested | **Reporting question:** What is the total amount of funding the partner has requested to date from this project? |

**Description:** Cumulative (total) amount of funds that the partner has requested reimbursement for from the recipient from the start of the partnership to the end of the reporting quarter. For each quarter's data entry, the value must be the sum of all previous entries plus the amount of funds requested in the reporting quarter. If there are no changes, report the value from the previous quarter.

| | |
|---|---|
| **Data type:** Decimal | **Select multiple values:** NA |
| **Measurement unit:** Dollars | **Allowed values:** $0-$100,000,000 |
| **Logic:** No response for recipient | **Required:** Yes |
| **Data collection level:** Partner | **Data collection frequency:** Quarterly |

**J.A. 1067**

Data Dictionary

**USDA** Partnerships for Climate-Smart Commodities Data Dictionary for Recipients
February 2023

---

**Total match contribution**

| | |
|---|---|
| **Data element name:** Total match contribution | **Reporting question:** What is the total match value the organization has contributed to the project to date? |

**Description:** Cumulative (total) value of funds and in-kind contributions (e.g., staff time, inputs, equipment rental, marketing support) that the partner has provided as a project match contribution from the start of the partnership to the end of the reporting quarter. For each quarter's data entry, the value must be the sum of all previous entries plus match contributions in the reporting quarter. If there are no changes, report the value from the previous quarter.

| | |
|---|---|
| **Data type:** Decimal | **Select multiple values:** NA |
| **Measurement unit:** Dollars | **Allowed values:** $0-$100,000,000 |
| **Logic:** None – all respond | **Required:** Yes |
| **Data collection level:** Partner | **Data collection frequency:** Quarterly |

---

**Total match incentives**

| | |
|---|---|
| **Data element name:** Total match incentives | **Reporting question:** What is the total value of match provided by this organization for producer incentives? |

**Description:** Cumulative (total) value of funds for incentive payments directly to producers that the partner has provided as a project match contribution from the start of the partnership to the end of the reporting quarter. For each quarter's data entry, the value must be the sum of all previous entries plus match incentives in the reporting quarter. If there are no changes, report the value from the previous quarter.

| | |
|---|---|
| **Data type:** Decimal | **Select multiple values:** NA |
| **Measurement unit:** Dollars | **Allowed values:** $0-$100,000,000 |
| **Logic:** None – all respond | **Required:** Yes |
| **Data collection level:** Partner | **Data collection frequency:** Quarterly |

---

**Match type**

| | |
|---|---|
| **Data element name:** Match type 1-3 | **Reporting question:** What types of match contributions has the organization provided to the project? |

**Description:** Types of match contributions *other than incentives* provided directly to producers by the organization from the start of the partnership to the end of the reporting quarter. Enter up to the top three (in dollar value) types of match contributions provided. In-kind staff time could be used for technical assistance, marketing assistance, or other support to producers. Production inputs include seed, fertilizer, pesticides, equipment and other inputs for use in the field. The worksheet provides three columns with a drop-down list of the allowed values. Choose one value for each column. If fewer than 3 match types are used, leave unnecessary columns blank. If "other" is chosen, use the additional column to enter other match types as free text.

| | |
|---|---|
| **Data type:** List | **Select multiple values:** No |
| **Measurement unit:** Category | **Allowed values:** |
| | • Equipment rental or use |
| | • In-kind staff time |
| | • Production inputs (reduced cost or free) |
| | • Program income |
| | • Software |
| | • Other (specify) |
| **Logic:** None – all respond | **Required:** Yes |
| **Data collection level:** Partner | **Data collection frequency:** Quarterly |

---

**J.A. 1068**

Data Dictionary

**USDA** Partnerships for Climate-Smart Commodities Data Dictionary for Recipients
February 2023

---

**Match amount**

| | |
|---|---|
| **Data element name:** Match amount 1-3 | **Reporting question:** What is the value of the match contributions the organization provided to the project? |

**Description:** Cumulative (total) value of funds for each match type that the organization has provided as a project match contribution from the start of the partnership to the end of the reporting quarter. Enter amounts for up to the top three (in dollar value) match types. The worksheet provides three columns for this data element. Enter one value for each column. If fewer than 3 match types are used, leave unnecessary columns blank.

| | |
|---|---|
| **Data type:** Decimal | **Select multiple values:** NA |
| **Measurement unit:** Dollars | **Allowed values:** $0-$100,000,000 |
| **Logic:** None – all respond | **Required:** Yes |
| **Data collection level:** Partner | **Data collection frequency:** Quarterly |

---

**Training type provided**

| | |
|---|---|
| **Data element name:** Training type 1-3 provided | **Reporting question:** What types of training has the organization provided to project partners? |

**Description:** Types of training provided to the project partner as a result of participating in the project during the past quarter. Training can come from the recipient, a project partner organization (including other divisions of their own organization, or an outside organization. Enter up to the top three (in dollar value) types of partner training provided. The worksheet provides three columns with a drop-down list of the allowed values. Choose one value for each column. If fewer than 3 training types are used, leave unnecessary columns blank. If "other" is chosen, use the additional column to enter other training types as free text.

| | |
|---|---|
| **Data type:** List | **Select multiple values:** No |
| **Measurement unit:** Category | **Allowed values:** |
| | • Data collection |
| | • Grant reporting |
| | • Marketing opportunities |
| | • Providing financial assistance |
| | • Providing technical assistance |
| | • Writing producer contracts |
| | • Other (specify) |
| **Logic:** None – all respond | **Required:** Yes |
| **Data collection level:** Partner | **Data collection frequency:** Quarterly |

---

**Activity by partner**

| | |
|---|---|
| **Data element name:** Activity 1-3 by partner | **Reporting question:** What types of activities has the organization provided to the project? |

**Description:** Types of activities that the recipient or partner organization has provided during the reporting quarter. Enter up to the top three (in dollar value) types of activities undertaken. The worksheet provides three columns with a drop-down list of the allowed values. Choose one value for each column. If fewer than 3 activity types are used, leave unnecessary columns blank. If "other" is chosen, use the additional column to enter other activity types as free text.

| | |
|---|---|
| **Data type:** List | **Select multiple values:** No |
| **Measurement unit:** Category | **Allowed values:** |
| | • Marketing support |
| | • MMRV support |
| | • Producer outreach for enrollment |
| | • Technical assistance to producers |
| | • Training to other partner organizations |
| | • Other (specify) |
| **Logic:** None – all respond | **Required:** Yes |
| **Data collection level:** Partner | **Data collection frequency:** Quarterly |

---

**J.A. 1069**

Data Dictionary

USDA Partnerships for Climate-Smart Commodities Data Dictionary for Recipients
February 2023

| Activity cost | |
|---|---|
| **Data element name:** Activity cost 1-3 | **Reporting question:** What is the value of the activities this organization has provided to the project? |
| **Description:** Cumulative (total) cost of each activity type that the organization has undertaken or offered from the start of the partnership to the end of the reporting quarter. Enter amounts for up to the top three (in dollar value) activity types. The worksheet provides three columns for this data element. Enter one value for each column. If fewer than 3 activity types are provided, leave unnecessary columns blank. | |
| **Data type:** Decimal | **Select multiple values:** NA |
| **Measurement unit:** Dollars | **Allowed values:** $0-$100,000,000 |
| **Logic:** None – all respond | **Required:** Yes |
| **Data collection level:** Partner | **Data collection frequency:** Quarterly |

| Products supplied | |
|---|---|
| **Data element name:** Products supplied | **Reporting question:** What products or supplies were provided to enrolled fields? |
| **Description:** Name(s) of products supplied to enrolled producers as incentives or matching contributions. Enter the name of each product, including its brand. Separate each product name with a comma. If no products or supplies were provided by the organization, leave the column blank. | |
| **Data type:** Text | **Select multiple values:** NA |
| **Measurement unit:** Name | **Allowed values:** Text |
| **Logic:** None – all respond | **Required:** Yes |
| **Data collection level:** Partner | **Data collection frequency:** Quarterly |

| Product source | |
|---|---|
| **Data element name:** Product source | **Reporting question:** Which companies provided the supplies? |
| **Description:** Name of firm or company from which supplies were obtained. | |
| **Data type:** Text | **Select multiple values:** NA |
| **Measurement unit:** Name | **Allowed values:** Text |
| **Logic:** Respond if text entered for 'Products supplied' | **Required:** Yes |
| **Data collection level:** Partner | **Data collection frequency:** Quarterly |

**J.A. 1070**

Data Dictionary

**USDA** Partnerships for Climate-Smart Commodities Data Dictionary for Recipients
February 2023

<u>Marketing Activities</u>

---

**Commodity type**

| | |
|---|---|
| **Data element name:** Commodity type | **Reporting question:** What type of commodity is produced by the farmers enrolled in this project? |

**Description:** List a single commodity produced or marketed through incentives from this project. If multiple commodities are produced by the project, use additional rows of the worksheet to report each commodity. Use the FSA commodity list in Appendix B and choose the commodity from the list.

| | |
|---|---|
| **Data type:** List | **Select multiple values:** No |
| **Measurement unit:** Category | **Allowed values:** FSA commodity list |
| **Logic:** None – all respond | **Required:** Yes |
| **Data collection level:** Project | **Data collection frequency:** Quarterly |

---

**Marketing channel type**

| | |
|---|---|
| **Data element name:** Marketing channel type | **Reporting question:** What type of marketing channel is used to sell this commodity? |

**Description:** List a single type of marketing channel used to sell the commodity produced by farmers enrolled in the project. If a single commodity is marketed through multiple channels, use additional rows of the worksheet to report each combination of commodity and marketing channel. If "other" is chosen, use the additional column to enter the other marketing channel type(s) as free text.

| | |
|---|---|
| **Data type:** List | **Select multiple values:** No |
| **Measurement unit:** Category | **Allowed values:** |
| | • Agricultural marketing board |
| | • Biorefinery |
| | • Commodity broker |
| | • Direct to consumer |
| | • Direct to institution |
| | • Direct to restaurant |
| | • Distributor (including grain elevators) |
| | • Food hub or cooperative |
| | • Food processor |
| | • Non-food byproducts processor |
| | • Retailer |
| | • USDA |
| | • Other (specify) |
| **Logic:** None – all respond | **Required:** Yes |
| **Data collection level:** Project | **Data collection frequency:** Quarterly |

---

**Number of buyers**

| | |
|---|---|
| **Data element name:** Number of buyers | **Reporting question:** How many buyers are there in this marketing channel? |

**Description:** List the number of individual firms or buyers in this marketing channel.

| | |
|---|---|
| **Data type:** Integer | **Select multiple values:** No |
| **Measurement unit:** Count | **Allowed values:** 1-500 |
| **Logic:** None – all respond | **Required:** Yes |
| **Data collection level:** Project | **Data collection frequency:** Quarterly |

---

**J.A. 1071**

Data Dictionary
**USDA** Partnerships for Climate-Smart Commodities Data Dictionary for Recipients
February 2023

---

**Names of buyers**

| | |
|---|---|
| **Data element name:** Names of buyers | **Reporting question:** What are the names of all of the buyers in this marketing channel? |

**Description:** Provide the names of all buyers in this marketing channel. Separate each name with a comma.

| | |
|---|---|
| **Data type:** Text | **Select multiple values:** NA |
| **Measurement unit:** Name | **Allowed values:** Text |
| **Logic:** None – all respond | **Required:** Yes |
| **Data collection level:** Project | **Data collection frequency:** Quarterly |

**Marketing channel geography**

| | |
|---|---|
| **Data element name:** Marketing channel geography | **Reporting question:** What is the primary geography of the marketing channel? |

**Description:** The primary geography of the type of marketing channel. Primary geography means the scale at which most of the activity of buying and selling happens. Local means within a single state or directly neighboring states. Regional means within a five-to-ten state area. National means across the United States. International means specific locations outside of the United States. Global means across the world or not to a specific international location.

| | |
|---|---|
| **Data type:** List | **Select multiple values:** No |
| **Measurement unit:** Category | **Allowed values:** |
| | • Local |
| | • Regional |
| | • National |
| | • Global |
| **Logic:** None – all respond | **Required:** Yes |
| **Data collection level:** Project | **Data collection frequency:** Quarterly |

**Value sold**

| | |
|---|---|
| **Data element name:** Value sold | **Reporting question:** What is the value of the commodity sold in this marketing channel? |

**Description:** The dollar value of the commodity sold in this marketing channel this quarter (non-cumulative).

| | |
|---|---|
| **Data type:** Decimal | **Select multiple values:** No |
| **Measurement unit:** Dollars | **Allowed values:** $1-$100,000,000 |
| **Logic:** None – all respond | **Required:** Yes |
| **Data collection level:** Project | **Data collection frequency:** Quarterly |

**Volume sold**

| | |
|---|---|
| **Data element name:** Volume sold | **Reporting question:** What is the volume of the commodity sold in this marketing channel? |

**Description:** The volume of the commodity sold in this marketing channel this quarter (non-cumulative).

| | |
|---|---|
| **Data type:** Decimal | **Select multiple values:** No |
| **Measurement unit:** Number | **Allowed values:** 1-100,000,000 |
| **Logic:** None – all respond | **Required:** Yes |
| **Data collection level:** Project | **Data collection frequency:** Quarterly |

J.A. 1072

Data Dictionary

**USDA** Partnerships for Climate-Smart Commodities Data Dictionary for Recipients
February 2023

---

**Volume sold unit**

| | |
|---|---|
| **Data element name:** Volume sold unit | **Reporting question:** What is the unit of volume? |

**Description:** The unit associated with the volume of the commodity sold in the marketing channel. If "other" is chosen, use the additional column to enter the appropriate unit as free text.

| | |
|---|---|
| **Data type:** List | **Select multiple values:** No |
| **Measurement unit:** Category | **Allowed values:** |

- Bales (500 pounds)
- Bushels
- Carcass pounds
- Gallons
- Kilograms
- Linear board feet
- Liveweight pounds
- Metric tons
- Pounds
- Short tons
- Other (specify)

| | |
|---|---|
| **Logic:** None – all respond | **Required:** Yes |
| **Data collection level:** Project | **Data collection frequency:** Quarterly |

---

**Price premium**

| | |
|---|---|
| **Data element name:** Price premium | **Reporting question:** What price premium is received for the commodity sold in this marketing channel? |

**Description:** The price premium received for the commodity sold in this marketing channel this quarter. Price premium is the amount received above a 'business as usual' price.

| | |
|---|---|
| **Data type:** Decimal | **Select multiple values:** No |
| **Measurement unit:** Dollars | **Allowed values:** $0.01-$10,000 |
| **Logic:** None – all respond | **Required:** Yes |
| **Data collection level:** Project | **Data collection frequency:** Quarterly |

---

**Price premium unit**

| | |
|---|---|
| **Data element name:** Price premium unit | **Reporting question:** What is the unit for the price premium? |

**Description:** The unit associated with the price premium for the commodity sold in the marketing channel. If "other" is chosen, use the additional column to enter the appropriate unit as free text.

| | |
|---|---|
| **Data type:** List | **Select multiple values:** No |
| **Measurement unit:** Category | **Allowed values:** |

- Per bale (500 pounds)
- Per bushel
- Per carcass pound
- Per gallon
- Per kilogram
- Per linear board foot
- Per live pound
- Per metric ton
- Per ounce
- Per short ton
- Other (specify)

| | |
|---|---|
| **Logic:** None – all respond | **Required:** Yes |
| **Data collection level:** Project | **Data collection frequency:** Quarterly |

---

**J.A. 1073**

Data Dictionary

**USDA** Partnerships for Climate-Smart Commodities Data Dictionary for Recipients
February 2023

---

**Price premium to producer**

| | |
|---|---|
| **Data element name:** Price premium to producer | **Reporting question:** What percent of the price premium is provided to the producer for the commodity sold in this marketing channel? |

**Description:** The percent of the price premium provided to the producer for the commodity sold in this marketing channel this quarter. Price premium is the amount received above a 'business as usual' price.

| | |
|---|---|
| **Data type:** Decimal | **Select multiple values:** No |
| **Measurement unit:** Percent | **Allowed values:** 0-100 |
| **Logic:** None – all respond | **Required:** Yes |
| **Data collection level:** Project | **Data collection frequency:** Quarterly |

---

**Product differentiation method**

| | |
|---|---|
| **Data element name:** Product differentiation method 1-3 | **Reporting question:** What methods are used to differentiate climate-smart commodities in this marketing channel? |

**Description:** Provide the methods used to differentiate the climate-smart commodity in this market channel. Product differentiation methods are ways to distinguish or differentiate the climate-smart commodity in the marketplace. Include up to 3 methods, based on which methods are most commonly used for this project. The worksheet provides three columns with a drop-down list of the allowed values. Choose one value for each column. If fewer than 3 product differentiation methods are used, leave unnecessary columns blank. If "other" is chosen, use the additional column to enter other product differentiation methods as free text.

| | |
|---|---|
| **Data type:** List | **Select multiple values:** No |
| **Measurement unit:** Category | **Allowed values:**<br>• Certification/verification for internal insetting<br>• Farm certification<br>• Label or badge used on packaging or marketing<br>• Third party certification/verification<br>• Trademark<br>• Other (specify) |
| **Logic:** None – all respond | **Required:** Yes |
| **Data collection level:** Project | **Data collection frequency:** Quarterly |

---

**Marketing method**

| | |
|---|---|
| **Data element name:** Marketing method 1-3 | **Reporting question:** What methods are used to market climate-smart commodities in this marketing channel? |

**Description:** Provide the method(s) used to market this commodity in this market channel. Marketing method is the way that potential buyers of the climate-smart commodity are engaged by the project partners as the sellers or facilitators of sale. Include up to 3 methods, based on which methods are most commonly used for this project. The worksheet provides three columns with a drop-down list of the allowed values. Choose one value for each column. If fewer than 3 marketing methods are used, leave unnecessary columns blank. If "other" is chosen, use the additional column to enter other marketing methods as free text

| | |
|---|---|
| **Data type:** List | **Select multiple values:** No |
| **Measurement unit:** Category | **Allowed values:**<br>• Label or badge used on packaging or marketing materials<br>• Marketing partnership (e.g., promotion by buyer)<br>• Print marketing campaign<br>• Social media and digital marketing campaign<br>• Verbal marketing campaign (e.g., radio, word of mouth)<br>• Other (specify) |
| **Logic:** None – all respond | **Required:** Yes |
| **Data collection level:** Project | **Data collection frequency:** Quarterly |

---

J.A. 1074

Data Dictionary

**USDA** Partnerships for Climate-Smart Commodities Data Dictionary for Recipients
February 2023

---

**Marketing channel identification method**

| | |
|---|---|
| **Data element name:** Marketing channel identification method 1-3 | **Reporting question:** What methods are used to generate interest in climate-smart commodities in this marketing channel? |

**Description:** Provide the marketing channel identification method(s) used for this commodity in this market channel. Market channel identification methods are the ways that producers and project partners generate interest in purchasing the climate-smart commodity. Include up to 3 methods, based on which methods are most commonly used for this project. The worksheet provides three columns with a drop-down list of the allowed values. Choose one value for each column. If fewer than 3 marketing channel identification methods are used, leave unnecessary columns blank. If "other" is chosen, use the additional column to enter other marketing channel identification methods as free text

| | |
|---|---|
| **Data type:** List | **Select multiple values:** No |
| **Measurement unit:** Category | **Allowed values:**<br>• Educational tours for buyers<br>• In-person lead generation<br>• Negotiated contracts with buyers<br>• Partnership network or project partner<br>• Other (specify) |
| **Logic:** None – all respond | **Required:** Yes |
| **Data collection level:** Project | **Data collection frequency:** Quarterly |

---

**Traceability method**

| | |
|---|---|
| **Data element name:** Traceability method 1-3 | **Reporting question:** What traceability methods are used for climate-smart commodities in this channel? |

**Description:** Provide the traceability method(s) used for the climate-smart commodity in this market channel. Traceability methods are ways to trace the climate-smart commodity or the climate-smart claims through the supply chain. Include up to 3 methods, based on which methods are most commonly used for this project. The worksheet provides three columns with a drop-down list of the allowed values. Choose one value for each column. If fewer than 3 traceability methods are used, leave unnecessary columns blank. If "other" is chosen, use the additional column to enter other traceability methods as free text.

| | |
|---|---|
| **Data type:** List | **Select multiple values:** No |
| **Measurement unit:** Category | **Allowed values:**<br>• Barcode or unique ID<br>• Blockchain<br>• Book and claim<br>• Chain of custody<br>• Mass balance<br>• Recordkeeping<br>• Registry with certification<br>• Segregation<br>• Supply shed<br>• Volume proxy<br>• Other (specify) |
| **Logic:** None – all respond | **Required:** Yes |
| **Data collection level:** Project | **Data collection frequency:** Quarterly |

---

**J.A. 1075**

Data Dictionary

**USDA** Partnerships for Climate-Smart Commodities Data Dictionary for Recipients
February 2023

<u>Producer Enrollment</u>

**Unique IDs**

| Farm ID | Unique Farm ID assigned by FSA |
|---|---|
| State or territory | State name (must match FSA farm enrollment data) |
| County of residence | County name (must match FSA farm enrollment data) |

**Producer data change**

| Data element name: Producer data change | Reporting question: Is there new/updated information for a producer who is re-enrolling in the project? |
|---|---|
| Description: Indicates that there is new or updated information for a producer who had previously enrolled in the project and is re-enrolling. | |
| Data type: List | Select multiple values: No |
| Measurement unit: Category | Allowed values:<br>• Yes<br>• No |
| Logic: None – all respond | Required: Yes |
| Data collection level: Producer | Data collection frequency: Re-enrollment |

**Producer start date**

| Data element name: Producer start date | Reporting question: When did the producer enroll in the project? |
|---|---|
| Description: Date that the producer enrolled in the project by signing their first contract. | |
| Data type: Date | Select multiple values: NA |
| Measurement unit: MM/DD/YYYY | Allowed values: 01/01/2023 – 12/31/2030 |
| Logic: None – all respond | Required: Yes |
| Data collection level: Producer | Data collection frequency: Initial enrollment |

**Producer name**

| Data element name: Producer name | Reporting question: What is the name of producer enrolled in the project? |
|---|---|
| Description: Name of the producer enrolled in the project; the name must match the name contained in the customer's Business Partner record and the Farm Operating Plan in FSA Business File for that Farm ID. | |
| Data type: Text | Select multiple values: NA |
| Measurement unit: NA | Allowed values: Text |
| Logic: None – all respond | Required: Yes |
| Data collection level: Producer | Data collection frequency: Initial enrollment |

**J.A. 1076**

**USDA** Partnerships for Climate-Smart Commodities Data Dictionary for Recipients
February 2023

---

**Underserved status**

| | |
|---|---|
| **Data element name:** Underserved status | **Reporting question:** Is this producer considered an underserved and/or a small producer? |

**Description:** Underserved status of the primary operator of the enrolled operation. Underserved producers generally include beginning farmers, socially disadvantaged farmers, veteran farmers, and limited resource farmers; women farmers and producers growing specialty crops are generally also included in these categories. Small farms are generally those with less than $350,000 in annual gross cash farm income. Indicate whether this producer is considered underserved, a small producer, or both underserved and a small producer. Use "I don't know" if the producer declines to answer. Departmental Regulation 4370-001 provides USDA's policies for collecting demographic data, including race, ethnicity and gender. Providing demographic information is voluntary and at the discretion of the customer. Demographic information is used by USDA for statistical purposes only and will not be used to determine an applicant's eligibility for programs or services for which they apply.

| | |
|---|---|
| **Data type:** List | **Select multiple values:** No |
| **Measurement unit:** Category | **Allowed values:**<br>• Yes, underserved<br>• Yes, small producer<br>• Yes, underserved and small producer<br>• No<br>• I don't know |
| **Logic:** None – all respond | **Required:** No |
| **Data collection level:** Producer | **Data collection frequency:** Initial enrollment |

---

**Total area**

| | |
|---|---|
| **Data element name:** Total area | **Reporting question:** What is the total area of the farm? |

**Description:** Total area of the farm associated with the Farm ID. Report total area of the farm, even if only a portion of the farm is enrolled in the project. If a producer is enrolled in the project for multiple years, review the total area each time a new contract is signed and provide any necessary updates.

| | |
|---|---|
| **Data type:** List | **Select multiple values:** No |
| **Measurement unit:** Category | **Allowed values:**<br>• Less than 1 acre<br>• 1 to 9 acres<br>• 10 to 49 acres<br>• 50 to 69 acres<br>• 70 to 99 acres<br>• 100 to 139 acres<br>• 140 to 179 acres<br>• 180 to 219 acres<br>• 220 to 259 acres<br>• 260 to 499 acres<br>• 500 to 999 acres<br>• 1,000 to 1,999 acres<br>• 2,000 to 4,999 acres<br>• 5,000 or more acres |
| **Logic:** None – all respond | **Required:** Yes |
| **Data collection level:** Producer | **Data collection frequency:** Initial enrollment and subsequent enrollment(s), if applicable |

---

**J.A. 1077**

Data Dictionary

USDA Partnerships for Climate-Smart Commodities Data Dictionary for Recipients
February 2023

---

**Total crop area**

| | |
|---|---|
| **Data element name:** Total crop area | **Reporting question:** What percent of the current operation is cropland? |

**Description:** Area of the total farm that is currently used as cropland. If a producer is enrolled in the project for multiple years, review the total crop area each time a new contract is signed and provide any necessary updates.

| | |
|---|---|
| **Data type:** Integer | **Select multiple values:** No |
| **Measurement unit:** Acres | **Allowed values:** 0-100,000 |
| **Logic:** None – all respond | **Required:** Yes |
| **Data collection level:** Producer | **Data collection frequency:** Initial enrollment and subsequent enrollment(s), if applicable |

---

**Total livestock area**

| | |
|---|---|
| **Data element name:** Total livestock area | **Reporting question:** What amount of the current operation is used for livestock (by area)? |

**Description:** Area of the total farm that is currently used for pasture, grazing, rangeland; or animal housing, feeding or milking. If a producer is enrolled in the project for multiple years, review the total livestock area each time a new contract is signed and provide any necessary updates.

| | |
|---|---|
| **Data type:** Integer | **Select multiple values:** No |
| **Measurement unit:** Acres | **Allowed values:** 0-100,000 |
| **Logic:** None – all respond | **Required:** Yes |
| **Data collection level:** Producer | **Data collection frequency:** Initial enrollment and subsequent enrollment(s), if applicable |

---

**Total forest area**

| | |
|---|---|
| **Data element name:** Total forest area | **Reporting question:** What amount of the current operation is forested (by area)? |

**Description:** Area of the total farm that is currently considered forest land use. Forest land use means that at least 10% of the land area is covered in trees that will be at least 13 feet tall when mature. If a producer is enrolled in the project for multiple years, review the total forest area each time a new contract is signed and provide any necessary updates.

| | |
|---|---|
| **Data type:** Integer | **Select multiple values:** No |
| **Measurement unit:** Acres | **Allowed values:** 0-100,000 |
| **Logic:** None – all respond | **Required:** Yes |
| **Data collection level:** Producer | **Data collection frequency:** Initial enrollment and subsequent enrollment(s), if applicable |

---

**J.A. 1078**

Data Dictionary

**USDA** Partnerships for Climate-Smart Commodities Data Dictionary for Recipients
February 2023

---

**Livestock type**

| Data element name: Livestock type 1-3 | Reporting question: What types of livestock are raised on the farm? |
|---|---|

**Description:** Up to top three types of livestock (by head count) on the farm. The worksheet provides three columns with a drop-down list of the allowed values. Choose one value for each column. If there are fewer than 3 livestock types, leave unnecessary columns blank. If "other" is chosen, use the additional column to enter other livestock types as free text. If a producer is enrolled in the project for multiple years, review the livestock type each time a new contract is signed and provide any necessary updates.

| Data type: List | Select multiple values: No |
|---|---|
| Measurement unit: Category | Allowed values: |
| | • Alpacas |
| | • Beef cows |
| | • Beefalo |
| | • Buffalo or bison |
| | • Chickens (broilers) |
| | • Chickens (layers) |
| | • Dairy cows |
| | • Deer |
| | • Ducks |
| | • Elk |
| | • Emus |
| | • Equine |
| | • Geese |
| | • Goats |
| | • Honeybees |
| | • Llamas |
| | • Reindeer |
| | • Sheep |
| | • Swine |
| | • Turkeys |
| | • Other (specify) |
| Logic: Respond if 'Total livestock area' >0 | Required: Yes |
| Data collection level: Producer | Data collection frequency: Initial enrollment and subsequent enrollment(s), if applicable |

**Livestock head**

| Data element name: Livestock head 1-3 | Reporting question: How many livestock (by type) are on this operation? |
|---|---|

**Description:** Average annual head count for each type of livestock. Enter amounts for up to the top three livestock types by number. The worksheet provides three columns for this data element. Enter one value for each column. If there are fewer than 3 livestock types, leave unnecessary columns blank. If a producer is enrolled in the project for multiple years, review the average annual head count each time a new contract is signed and provide any necessary updates.

| Data type: Integer | Select multiple values: NA |
|---|---|
| Measurement unit: Head count | Allowed values: 1-10,000,000 |
| Logic: Respond if 'Total livestock area' >0 | Required: Yes |
| Data collection level: Producer | Data collection frequency: Initial enrollment and subsequent enrollment(s), if applicable |

**J.A. 1079**

Data Dictionary

**USDA** Partnerships for Climate-Smart Commodities Data Dictionary for Recipients
February 2023

---

**Organic farm**

| | |
|---|---|
| **Data element name:** Organic farm | **Reporting question:** Is any part of the farm currently USDA-certified organic or transitioning to USDA-certified organic? |

**Description:** USDA-certified organic means that the farm has been certified by an accredited organic certifying agent or is transitioning to USDA-certified organic by not using any of the prohibited substances. Yes means that some or all of the farm is certified organic or transitioning to certified organic. No means that no part of the farm is certified organic or transitioning to certified organic. If a producer is enrolled in the project for multiple years, review the organic certification status of the farm each time a new contract is signed and provide any necessary updates.

| | |
|---|---|
| **Data type:** List | **Select multiple values:** No |
| **Measurement unit:** Category | **Allowed values:**<br>• Yes<br>• No<br>• I don't know |
| **Logic:** None – all respond | **Required:** No |
| **Data collection level:** Producer | **Data collection frequency:** Initial enrollment and subsequent enrollment(s), if applicable |

---

**Organic fields**

| | |
|---|---|
| **Data element name:** Organic fields | **Reporting question:** Are any of the fields enrolled in the project currently USDA-certified organic or transitioning to USDA-certified organic? |

**Description:** USDA-certified organic means that the operation has been certified by an accredited organic certifying agent or is transitioning to USDA-certified organic by not using any of the prohibited substances. Yes means that some or all of the fields enrolled in the project are certified organic or transitioning to certified organic. No means that no part of the fields enrolled in the project are certified organic or transitioning to certified organic. If a producer is enrolled in the project for multiple years, review the organic certification status of the enrolled fields each time a new contract is signed and provide any necessary updates.

| | |
|---|---|
| **Data type:** List | **Select multiple values:** No |
| **Measurement unit:** Category | **Allowed values:**<br>• Yes<br>• No<br>• I don't know |
| **Logic:** Respond if yes to 'Organic operation' | **Required:** No |
| **Data collection level: Producer** | **Data collection frequency:** Initial enrollment and subsequent enrollment(s), if applicable |

---

**Producer motivation**

| | |
|---|---|
| **Data element name:** Producer motivation | **Reporting question:** Which of the following was the primary reason the producer enrolled in this project? |

**Description:** Primary operator's motivation for enrolling in the project.

| | |
|---|---|
| **Data type:** List | **Select multiple values:** No |
| **Measurement unit:** Category | **Allowed values:**<br>• Financial benefit<br>• Environmental benefit<br>• New market opportunity<br>• Partnerships or networks<br>• Other |
| **Logic:** None – all respond | **Required:** Yes |
| **Data collection level:** Producer | **Data collection frequency:** Initial enrollment |

---

**J.A. 1080**

Data Dictionary

**USDA** Partnerships for Climate-Smart Commodities Data Dictionary for Recipients
February 2023

---

**Producer outreach**

| | |
|---|---|
| **Data element name:** Producer outreach 1-3 | **Reporting question:** What types of outreach were provided to producers? |

**Description:** Up to three most common types of outreach provided to producer prior to enrollment. Outreach activities are those focused on identifying and enrolling producers in the project. Outreach can come from the recipient or project partners. The worksheet provides three columns with a drop-down list of the allowed values. Choose one value for each column. If there are fewer than 3 outreach types, leave unnecessary columns blank. If "other" is chosen, use the additional column to enter other outreach types as free text.

| | |
|---|---|
| **Data type:** List | **Select multiple values:** Yes |
| **Measurement unit:** Category | **Allowed values:** |
| | • Commodity organizations |
| | • Conferences |
| | • Cooperative extension |
| | • Digital communications and resources |
| | • Education workshops, field days, and town halls |
| | • Existing partner networks |
| | • Farm visits and one-on-one meetings |
| | • General advertising |
| | • Peer referrals and producer groups |
| | • Phone calls |
| | • Print communications and resources |
| | • Retailers |
| | • State agencies |
| | • Targeted messaging using proprietary data |
| | • Technical service providers |
| | • Other (specify) |
| **Logic:** None – all respond | **Required:** Yes |
| **Data collection level:** Producer | **Data collection frequency:** Initial enrollment |

**CSAF experience**

| | |
|---|---|
| **Data element name:** CSAF experience | **Reporting question:** Has the primary operator implemented CSAF practices in the last ten years anywhere on the farm? |

**Description:** Has this farm implemented climate-smart agriculture or forestry (CSAF) practices anywhere on the farm in the past 10 years or since the current primary operator took control (whichever time period is shorter)? CSAF practices are included in a list in Appendix A.

| | |
|---|---|
| **Data type:** List | **Select multiple values:** No |
| **Measurement unit:** Category | **Allowed values:** |
| | • Yes |
| | • No |
| | • I don't know |
| **Logic:** None – all respond | **Required:** Yes |
| **Data collection level:** Producer | **Data collection frequency:** Initial enrollment |

**J.A. 1081**

Data Dictionary

**USDA** Partnerships for Climate-Smart Commodities Data Dictionary for Recipients
February 2023

---

**CSAF federal funds**

| | |
|---|---|
| **Data element name:** CSAF federal funds | **Reporting question:** Were prior CSAF practices supported by federal funds? |

**Description:** If this farm (under the primary operator) has implemented CSAF practices in the last ten years, was implementation supported by federal funds? Federal funds are defined as being from programs including, but not limited to, those from the Natural Resources Conservation Service ((NRCS), including through Environmental Quality Incentives Program (EQIP), Conservation Stewardship Program (CSP), Regional Conservation Partnership Program (RCPP), or related programs), the Farm Service Agency Conservation Reserve Program (CRP), as well as funds from other USDA programs or other federal agencies.

| | |
|---|---|
| **Data type:** List | **Select multiple values:** No |
| **Measurement unit:** Category | **Allowed values:**<br>• Yes<br>• No<br>• I don't know |
| **Logic:** Respond if yes to 'CSAF experience' | **Required:** Yes |
| **Data collection level:** Producer | **Data collection frequency:** Initial enrollment |

**CSAF state or local funds**

| | |
|---|---|
| **Data element name:** CSAF state or local funds | **Reporting question:** Were prior CSAF practices supported by state or local funds? |

**Description:** If this farm (under the primary operator) has implemented CSAF practices in the last ten years, was implementation supported by state funds? State or local funds are those from state departments of agriculture or other state agencies, local water quality districts and other local agencies.

| | |
|---|---|
| **Data type:** List | **Select multiple values:** No |
| **Measurement unit:** Category | **Allowed values:**<br>• Yes<br>• No<br>• I don't know |
| **Logic:** Respond if yes to 'CSAF experience' | **Required:** Yes |
| **Data collection level:** Producer | **Data collection frequency:** Initial enrollment |

**CSAF nonprofit funds**

| | |
|---|---|
| **Data element name:** CSAF nonprofit funds | **Reporting question:** Were CSAF practices supported by nonprofit funds? |

**Description:** If this farm (under the primary operator) has implemented CSAF practices in the last ten years, was implementation supported by nonprofit funds? Nonprofit funds are those offered directly from a nonprofit organization to a producer.

| | |
|---|---|
| **Data type:** List | **Select multiple values:** No |
| **Measurement unit:** Category | **Allowed values:**<br>• Yes<br>• No<br>• I don't know |
| **Logic:** Respond if yes to 'CSAF experience' | **Required:** Yes |
| **Data collection level:** Producer | **Data collection frequency:** Initial enrollment |

**J.A. 1082**

Data Dictionary

USDA Partnerships for Climate-Smart Commodities Data Dictionary for Recipients
February 2023

---

**CSAF market incentives**

| | |
|---|---|
| **Data element name:** CSAF market incentives | **Reporting question:** Were CSAF practices supported by market incentives? |

**Description:** If this farm (under the primary operator) has implemented CSAF practices in the last ten years, was implementation supported by market incentives? Market incentives include premiums paid by a commodity buyer or by a consumer based on branding or labeling as a climate-smart commodity.

| | |
|---|---|
| **Data type:** List | **Select multiple values:** No |
| **Measurement unit:** Category | **Allowed values:**<br>• Yes<br>• No<br>• I don't know |
| **Logic:** Respond if yes to 'CSAF experience' | **Required:** Yes |
| **Data collection level:** Producer | **Data collection frequency:** Initial enrollment |

**J.A. 1083**

Data Dictionary

**USDA** Partnerships for Climate-Smart Commodities Data Dictionary for Recipients
February 2023

Field Enrollment

**Unique IDs**

| | |
|---|---|
| Farm ID | Unique Farm ID assigned by FSA |
| Tract ID | Unique Tract ID assigned by FSA |
| Field ID | Unique Field ID assigned by FSA |
| State or territory of field | State name (must match FSA farm enrollment data) |
| County of field | County name (must match FSA farm enrollment data) |
| Prior Field ID, if applicable | Prior Field ID assigned by FSA if there has been reconstitution of the farm resulting in a new Field ID during the field's enrollment in the project |

**Field data change**

| | |
|---|---|
| **Data element name:** Field data change | **Reporting question:** Has the information previously reported for this field changed? |
| **Description:** Indicator that this entry is being used to report any relevant changes, such as a new Field ID number or changes to the commodity or practice combinations, for a field that has previously been enrolled in the project. | |
| **Data type:** List | **Select multiple values:** No |
| **Measurement unit:** Category | **Allowed values:** <br> • Yes <br> • No |
| **Logic:** None – all respond | **Required:** Yes |
| **Data collection level:** Field | **Data collection frequency:** Re-enrollment |

**Contract start date**

| | |
|---|---|
| **Data element name:** Contract start date | **Reporting question:** What is the start date of the contract with the producer that includes this field? |
| **Description:** Start date listed on the contract that enrolls the field in the project. | |
| **Data type:** Date | **Select multiple values:** NA |
| **Measurement unit:** MM/DD/YYYY | **Allowed values:** 01/01/2023 – 12/31/2030 |
| **Logic:** None – all respond | **Required:** Yes |
| **Data collection level:** Field | **Data collection frequency:** Initial enrollment |

**Total field area**

| | |
|---|---|
| **Data element name:** Total field area | **Reporting question:** What is the total size of the enrolled field? |
| **Description:** Total size of the field enrolled with the project. | |
| **Data type:** Decimal | **Select multiple values:** No |
| **Measurement unit:** Acres | **Allowed values:** .01-500 |
| **Logic:** None – all respond | **Required:** Yes |
| **Data collection level:** Field | **Data collection frequency:** Initial enrollment |

**J.A. 1084**

Data Dictionary

**USDA** Partnerships for Climate-Smart Commodities Data Dictionary for Recipients
February 2023

---

**Commodity category**

| | |
|---|---|
| **Data element name:** Commodity category | **Reporting question:** What category of commodity(ies) is (are) produced from this field? |

**Description:** Category of commodity(ies) produced in field enrolled in the project

| | |
|---|---|
| **Data type:** List | **Select multiple values:** No |
| **Measurement unit:** Category | **Allowed values:** |

- Crops
- Livestock
- Trees
- Crops and livestock
- Crops and trees
- Livestock and trees
- Crops, livestock and trees

| | |
|---|---|
| **Logic:** None – all respond | **Required:** Yes |
| **Data collection level:** Field | **Data collection frequency:** Initial enrollment |

**Commodity type**

| | |
|---|---|
| **Data element name:** Commodity type | **Reporting question:** What type of commodity is produced from this field? |

**Description:** Type of commodity produced in field enrolled in the project. See full list in Appendix B. The worksheet provides a drop-down list of the allowed values. Choose the appropriate value. Enter additional commodities in subsequent rows.

| | |
|---|---|
| **Data type:** List | **Select multiple values:** No |
| **Measurement unit:** Category | **Allowed values:** FSA commodity list |
| **Logic:** None – all respond | **Required:** Yes |
| **Data collection level:** Field | **Data collection frequency:** Initial enrollment |

**Baseline yield**

| | |
|---|---|
| **Data element name:** Baseline yield | **Reporting question:** What is the baseline yield of this field? |

**Description:** Average annual yield of commodity in 3 years prior to enrollment. Provide yield for the enrolled field if possible. If not at field level, provide average annual yield for the specific commodity for the operation.

| | |
|---|---|
| **Data type:** Decimal | **Select multiple values:** No |
| **Measurement unit:** Production per acre or animal | **Allowed values:** .01-100,000 |
| **Logic:** None – all respond | **Required:** Yes |
| **Data collection level:** Field | **Data collection frequency:** Initial enrollment |

**J.A. 1085**

Data Dictionary

USDA Partnerships for Climate-Smart Commodities Data Dictionary for Recipients
February 2023

---

**Baseline yield unit**

| | |
|---|---|
| **Data element name:** Baseline yield unit | **Reporting question:** Baseline yield unit |

**Description:** Unit of average annual yield of commodity in enrolled field in 3 years prior to enrollment. The worksheet provides a drop-down list of choices for this data element. If "other" is chosen, use the additional column to enter the appropriate yield unit as free text.

| | |
|---|---|
| **Data type:** List | **Select multiple values**: No |
| **Measurement unit:** Category | **Allowed values:** |
| | • Animal units per acre |
| | • Bushels per acre |
| | • Carcass pounds per animal |
| | • Head per acre |
| | • Hundred-weights (or pounds) per head |
| | • Linear feet per acre |
| | • Liveweight pounds per animal |
| | • Pounds per acre |
| | • Tons per acre |
| | • Other (specify) |
| **Logic:** None – all respond | **Required:** Yes |
| **Data collection level:** Field | **Data collection frequency:** Initial enrollment |

---

**Baseline yield location**

| | |
|---|---|
| **Data element name:** Baseline yield location | **Reporting question:** For what portion of the operation is the baseline yield being reported? |

**Description:** Location of the reported average annual yield of commodity in 3 years prior to enrollment. If "other" is chosen, use the additional column to enter the appropriate location as free text.

| | |
|---|---|
| **Data type:** List | **Select multiple values**: No |
| **Measurement unit:** Category | **Allowed values:** |
| | • Enrolled field |
| | • Whole operation |
| | • Other (specify) |
| **Logic:** None – all respond | **Required:** Yes |
| **Data collection level:** Field | **Data collection frequency:** Initial enrollment |

---

**Field land use**

| | |
|---|---|
| **Data element name:** Field land use | **Reporting question:** What is this field's land use history? |

**Description:** Prior to enrollment, what was the most common land use for this field in the past 3 years?

| | |
|---|---|
| **Data type:** List | **Select multiple values:** No |
| **Measurement unit:** Category | **Allowed values:** |
| | • Crop land |
| | • Forest land |
| | • Non-agriculture |
| | • Other agricultural land |
| | • Pasture |
| | • Range |
| **Logic:** None – all respond | **Required:** Yes |
| **Data collection level:** Field | **Data collection frequency:** Initial enrollment |

---

**J.A. 1086**

**USDA** Partnerships for Climate-Smart Commodities Data Dictionary for Recipients
February 2023

---

**Field irrigated**

| | |
|---|---|
| **Data element name:** Field irrigated | **Reporting question:** What is this field's irrigation history? |

**Description:** Prior to enrollment, what was the most common irrigation practice on this field the past 3 years?

| | |
|---|---|
| **Data type:** List | **Select multiple values:** No |
| **Measurement unit:** Category | **Allowed values:** |

- No irrigation
- Center pivot
- Drip-subsurface
- Drip-surface
- Flood/border
- Furrow/ditch
- Lateral/linear sprinklers
- Micro-sprinklers
- Seepage
- Side roll
- Solid set sprinklers
- Supplemental
- Surface
- Traveling gun/towline
- Wheel Line
- Other

| | |
|---|---|
| **Logic:** None – all respond | **Required:** Yes |
| **Data collection level:** Field | **Data collection frequency:** Initial enrollment |

---

**Field tillage**

| | |
|---|---|
| **Data element name:** Field tillage | **Reporting question:** What is this field's tillage history? |

**Description:** Prior to enrollment, what was the most common tillage approach during the past 3 years?

| | |
|---|---|
| **Data type:** List | **Select multiple values:** No |
| **Measurement unit:** Category | **Allowed values:** |

- None
- Conventional, inversion
- Conventional, vertical
- No-till, direct seed
- Reduced till, inversion
- Reduced till, vertical
- Strip till
- Other

| | |
|---|---|
| **Logic:** None – all respond | **Required:** Yes |
| **Data collection level:** Field | **Data collection frequency:** Initial enrollment |

---

Data Dictionary

**USDA** Partnerships for Climate-Smart Commodities Data Dictionary for Recipients
February 2023

---

**Practice past extent - farm**

| | |
|---|---|
| **Data element name:** Practice past extent - farm | **Reporting question:** What percent of the farm has implemented this CSAF practice (combination) previously? |

**Description:** Prior to enrollment, on what portion of the whole farm had this (these) CSAF practice(s) ever been used by the primary operator? If multiple practices are planned to be implemented in this field, enter the value that best corresponds to the farm's prior experience with the planned set of practices.

| | |
|---|---|
| **Data type:** List | **Select multiple values:** No |
| **Measurement unit:** Category | **Allowed values:** |
| | • Never used |
| | • Used on less than 25% of operation |
| | • Used on 25-50% of operation |
| | • Used on 51-75% of operation |
| | • Used on more than 75% of operation |
| **Logic:** None – all respond | **Required:** Yes |
| **Data collection level:** Field | **Data collection frequency:** Initial enrollment |

---

**Field any CSAF practice**

| | |
|---|---|
| **Data element name:** Field any CSAF practice | **Reporting question:** What is this field's prior experience with CSAF practices? |

**Description:** Prior to enrollment, have any CSAF practice or practices been used in this field in the past 3 years? CSAF practices are included in a list in Appendix A.

| | |
|---|---|
| **Data type:** List | **Select multiple values:** No |
| **Measurement unit:** Category | **Allowed values:** |
| | • Yes |
| | • No |
| | • I don't know |
| **Logic:** None – all respond | **Required:** Yes |
| **Data collection level:** Field | **Data collection frequency:** Initial enrollment |

---

**Practice past use - this field**

| | |
|---|---|
| **Data element name:** Practice past use - this field | **Reporting question:** Have this CSAF practice (combination) been implemented previously in this field? |

**Description:** Prior to enrollment, had this (these) CSAF practice(s) been used in this field in the in the past 3 years? Enter yes if all of the practices had been used previously in this field; enter some if multiple practices are being implemented and one or more, but not all of the practices had been used previously in this field; and enter no if none of the practices had been used previously in this field.

| | |
|---|---|
| **Data type:** List | **Select multiple values:** No |
| **Measurement unit:** Category | **Allowed values:** |
| | • Yes |
| | • Some |
| | • No |
| | • I don't know |
| **Logic:** None – all respond | **Required:** Yes |
| **Data collection level:** Field | **Data collection frequency:** Initial enrollment |

**J.A. 1088**

Data Dictionary

**USDA** Partnerships for Climate-Smart Commodities Data Dictionary for Recipients
February 2023

---

### Practice type

| | |
|---|---|
| **Data element name:** Practice type 1-7 | **Reporting question:** What CSAF practice is being implemented in this field through the project? |

**Description:** Which CSAF practice or practices will be implemented on this field as part of enrollment in the project? CSAF practices are included in a list in Appendix A. The worksheet provides seven columns for this data element. Enter one value for each column. If there are fewer than 7 practices being implemented on this field through enrollment in the project, leave unnecessary columns blank.

| | |
|---|---|
| **Data type:** List | **Select multiple values:** No |
| **Measurement unit:** Category | **Allowed values:** See list in Appendix A |
| **Logic:** None – all respond | **Required:** Yes |
| **Data collection level:** Field | **Data collection frequency:** Initial enrollment |

---

### Practice standard

| | |
|---|---|
| **Data element name:** Practice standard 1-7 | **Reporting question:** What standard does the CSAF practice follow? |

**Description:** Is the CSAF practice being implemented on the field as part of enrollment in the project following a defined practice standard? The worksheet provides seven columns for this data element. Enter one value for each column, corresponding to the practice types entered in the previous columns. If there are fewer than 7 practices being implemented on this field through enrollment in the project, leave unnecessary columns blank.

| | |
|---|---|
| **Data type:** List | **Select multiple values:** No |
| **Measurement unit:** Category | **Allowed values:** |
| | • NRCS |
| | • Other (specify) |
| **Logic:** None – all respond | **Required:** Yes |
| **Data collection level:** Field | **Data collection frequency:** Initial enrollment |

---

### Planned practice implementation year

| | |
|---|---|
| **Data element name:** Practice 1-7 implementation year | **Reporting question:** What year is the CSAF practice planned to be implemented? |

**Description:** Year that the CSAF practice is planned to be implemented on the field. Use 2022 for early adopters, defined as fields that have the practice actively implemented in 2022 (prior to contract being signed for this project). The worksheet provides seven columns for this data element. Enter one value for each column, corresponding to the practice types entered in the previous columns. If there are fewer than 7 practices being implemented on this field through enrollment in the project, leave unnecessary columns blank.

| | |
|---|---|
| **Data type:** Integer | **Select multiple values:** No |
| **Measurement unit:** Year | **Allowed values:** 2022-2030 |
| **Logic:** None – all respond | **Required:** Yes |
| **Data collection level:** Field | **Data collection frequency:** Initial enrollment |

---

### Practice extent

| | |
|---|---|
| **Data element name:** Practice 1-7 extent | **Reporting question:** To what extent is the practice implemented? |

**Description:** Total area, length, or head where the practice is being implemented in the field specified by the contract.

| | |
|---|---|
| **Data type:** Decimal | **Select multiple values:** No |
| **Measurement unit:** Extent | **Allowed values:** .01-100,000 |
| **Logic:** None – all respond | **Required:** Yes |
| **Data collection level:** Field | **Data collection frequency:** Initial enrollment |

---

**J.A. 1089**

Data Dictionary

**USDA** Partnerships for Climate-Smart Commodities Data Dictionary for Recipients
February 2023

---

**Practice extent unit**

| | |
|---|---|
| **Data element name:** Practice 1-7 extent unit | **Reporting question:** Unit for extent of practice implementation |

**Description:** Unit for extent of practice implementation on the field specified by the contract. If "other" is chosen, use the additional column to enter the appropriate unit.

| | |
|---|---|
| **Data type:** List | **Select multiple values:** No |
| **Measurement unit:** Category | **Allowed values:** |
| | • Acres |
| | • Head of livestock |
| | • Linear feet |
| | • Square feet |
| | • Other (specify) |
| **Logic:** None – all respond | **Required:** Yes |
| **Data collection level:** Field | **Data collection frequency:** Initial enrollment |

---

CSAF Practice Sub-questions

For certain practices, additional questions are asked that provide information necessary to estimate greenhouse gas benefits from implementation of the practice. See Table 11 in the *CSAF Practice Sub-questions* section for descriptions of individual questions to be answered depending on the CSAF practices selected.

**J.A. 1090**

Data Dictionary

**USDA** Partnerships for Climate-Smart Commodities Data Dictionary for Recipients
February 2023

<u>Farm Summary</u>

**Unique IDs**

| Farm ID | Unique Farm ID assigned by FSA |
|---------|-------------------------------|
| State or territory | State name (must match FSA farm enrollment data) |
| County of residence | County name (must match FSA farm enrollment data) |

**Producer TA received**

| **Data element name:** Producer TA received 1-3 | **Reporting question:** What types of technical assistance were provided to this producer? |
|---|---|

**Description:** Did the recipient or any partner provide technical assistance (TA) to the producer this year? Technical assistance is any training, education, capacity building or other support provided by any project partner(s) directly to producers enrolled in the project. List up to the top three most common types of TA provided to this producer. The worksheet provides three columns with a drop-down list of the allowed values. Choose one value for each column. If there are fewer than 3 TA types, leave unnecessary columns blank. If "other" is chosen, use the additional column to enter other TA types as free text.

| **Data type:** List | **Select multiple values:** No |
|---|---|
| **Measurement unit:** Category | **Allowed values:** |
| | • Demonstration plots |
| | • Equipment demonstrations |
| | • Group field days or in-person field workshops |
| | • Hotline |
| | • One-on-one enrollment assistance |
| | • One-on-one field visits |
| | • One-on-one producer mentorship |
| | • Producer networks and peer-to-peer groups |
| | • Retailer consultation |
| | • Social media/digital tools |
| | • Train-the-trainer opportunities |
| | • Virtual meetings or field days |
| | • Webinars and videos |
| | • Written materials |
| | • None |
| | • Other (specify) |
| **Logic:** None – all respond | **Required:** Yes |
| **Data collection level:** Producer | **Data collection frequency:** Quarterly |

**Producer incentive amount**

| **Data element name:** Producer incentive amount | **Reporting question:** What is the total value of financial incentives provided to this producer? |
|---|---|

**Description:** Total incentive payment received by the producer from USDA project funds for the year (non-cumulative). Do not include incentive payments made with partner match funds.

| **Data type:** Decimal | **Select multiple values:** NA |
|---|---|
| **Measurement unit:** Dollars | **Allowed values:** $0-$5,000,000 |
| **Logic:** None – all respond | **Required:** Yes |
| **Data collection level:** Producer | **Data collection frequency:** Quarterly |

**J.A. 1091**

Data Dictionary

**USDA** Partnerships for Climate-Smart Commodities Data Dictionary for Recipients
February 2023

---

**Incentive reason**

| | |
|---|---|
| **Data element name:** Incentive reason 1-4 | **Reporting question:** Why were incentives provided to this producer? |

**Description:** List up to four reasons for producer incentive payments. List the top 4 based on total value of the incentive for each reason. The worksheet provides four columns with a drop-down list of the allowed values. Choose one value for each column. If there are fewer than 4 reasons, leave unnecessary columns blank. If "other" is chosen, use the additional column to enter other reasons as free text.

| | |
|---|---|
| **Data type:** List | **Select multiple values:** No |
| **Measurement unit:** Category | **Allowed values:** |
| | • Avoided conversion |
| | • Conference or training attendance |
| | • Demographics/equity payment |
| | • Enrollment |
| | • Foregone revenue |
| | • Historic data collection |
| | • Identity preservation (supply chain tracing) |
| | • Implementation of practices |
| | • MMRV (e.g., data collection, reporting) |
| | • Passing audit |
| | • Price premium on output |
| | • Yield change |
| | • Other (specify) |
| **Logic:** None – all respond | **Required:** Yes |
| **Data collection level:** Producer | **Data collection frequency:** Quarterly |

---

**Incentive structure**

| | |
|---|---|
| **Data element name:** Incentive structure 1-4 | **Reporting question:** What are the units for the financial incentives provided to this producer? |

**Description:** List the structures (units) corresponding to the top 4 (by dollar value) incentive payments to producers. Production unit is weight or volume (bushel, kilogram, ton). The worksheet provides four columns with a drop-down list of the allowed values. Choose one value for each column. If there are fewer than 4 structure types, leave unnecessary columns blank. If "other" is chosen, use the additional column to enter other structure types as free text.

| | |
|---|---|
| **Data type:** List | **Select multiple values:** No |
| **Measurement unit:** Category | **Allowed values:** |
| | • Flat rate |
| | • Per animal head |
| | • Per area |
| | • Per length |
| | • Per production unit |
| | • Per ton GHG |
| | • Per tree |
| | • Other (specify) |
| **Logic:** None – all respond | **Required:** Yes |
| **Data collection level:** Producer | **Data collection frequency:** Quarterly |

---

J.A. 1092

Data Dictionary

**USDA** Partnerships for Climate-Smart Commodities Data Dictionary for Recipients
February 2023

---

**Incentive type**

**Data element name:** Incentive type 1-4 | **Reporting question:** What type of incentives were provided to each producer?

**Description:** List the top 4 types of incentive payments to producers (based on dollar value). The worksheet provides four columns with a drop-down list of the allowed values. Choose one value for each column. If there are fewer than 4 incentive types, leave unnecessary columns blank. If "other" is chosen, use the additional column to enter other incentive types as free text.

**Data type:** List | **Select multiple values:** No

**Measurement unit:** Category | **Allowed values:**
| | • Cash payment
| | • Equipment loan
| | • Guaranteed commodity premium payment
| | • Inputs and supplies
| | • Land rental
| | • Loan
| | • Paid labor
| | • Post-harvest transportation
| | • Tuition or fees for training
| | • Other (specify)

**Logic:** None – all respond | **Required:** Yes

**Data collection level:** Producer | **Data collection frequency:** Quarterly

---

**Payment on enrollment**

**Data element name:** Payment on enrollment | **Reporting question:** What portion of the financial incentive is provided to the producer upon enrollment in the project?

**Description:** Any incentive payment provided to the producer upon enrollment/signing a contract, and not related to any implementation, MMRV or sales activities. Full payment means the full incentive amount for any contract held by the producer is paid upon enrollment. Partial payment means that only part of the full incentive amount for any contract held by the producer is paid upon enrollment. No payment means that none of the full incentive amount for any contract held by the producer is paid upon enrollment.

**Data type:** List | **Select multiple values:** No

**Measurement unit:** Category | **Allowed values:**
| | • Full payment
| | • Partial payment
| | • No payment

**Logic:** None – all respond | **Required:** Yes

**Data collection level:** Producer | **Data collection frequency:** Quarterly

---

**Payment on implementation**

**Data element name:** Payment on implementation | **Reporting question:** What portion of the financial incentive is provided to the producer upon implementation of the practices?

**Description:** Any incentive payment provided to the producer upon implementing the practices included in the contract. Full payment means the full incentive amount for any contract held by the producer is paid upon implementation. Partial payment means that only part of the full incentive amount for any contract held by the producer is paid upon implementation. No payment means that none of the full incentive amount for any contract held by the producer is paid upon implementation.

**Data type:** List | **Select multiple values:** No

**Measurement unit:** Category | **Allowed values:**
| | • Full payment
| | • Partial payment
| | • No payment

**Logic:** None – all respond | **Required:** Yes

**Data collection level:** Producer | **Data collection frequency:** Quarterly

---

**J.A. 1093**

Data Dictionary

**USDA** Partnerships for Climate-Smart Commodities Data Dictionary for Recipients
February 2023

---

**Payment on harvest**

| | |
|---|---|
| **Data element name:** Payment on harvest | **Reporting question:** What portion of the financial incentive is provided to the producer upon harvest of the commodity? |

**Description:** Any incentive payment provided to the producer upon harvesting or slaughtering the commodity included in the contract. Full payment means the full incentive amount for any contract held by the producer is paid upon harvest. Partial payment means that only part of the full incentive amount for any contract held by the producer is paid upon harvest. No payment means that none of the full incentive amount for any contract held by the producer is paid upon harvest.

| | |
|---|---|
| **Data type:** List | **Select multiple values**: No |
| **Measurement unit:** Category | **Allowed values:**<br>• Full payment<br>• Partial payment<br>• No payment |
| **Logic:** None – all respond | **Required:** Yes |
| **Data collection level:** Producer | **Data collection frequency:** Quarterly |

**Payment on MMRV**

| | |
|---|---|
| **Data element name:** Payment on MMRV | **Reporting question:** What portion of the financial incentive is provided to the producer upon completing MMRV requirements? |

**Description:** Any incentive payment provided to the producer upon completing the annual MMRV requirements included in the contract. Full payment means the full incentive amount for any contract held by the producer is paid upon MMRV being complete. Partial payment means that only part of the full incentive amount for any contract held by the producer is paid upon MMRV being complete. No payment means that none of the full incentive amount for any contract held by the producer is paid upon MMRV being complete.

| | |
|---|---|
| **Data type:** List | **Select multiple values**: No |
| **Measurement unit:** Category | **Allowed values:**<br>• Full payment<br>• Partial payment<br>• No payment |
| **Logic:** None – all respond | **Required:** Yes |
| **Data collection level:** Producer | **Data collection frequency:** Quarterly |

**Payment on sale**

| | |
|---|---|
| **Data element name:** Payment on sale | **Reporting question:** What portion of the financial incentive is provided to producer upon sale of the commodity? |

**Description:** Any incentive payment provided to the producer upon sale of the commodity included in the contract. Full payment means the full incentive amount for any contract held by the producer is paid upon sale. Partial payment means that only part of the full incentive amount for any contract held by the producer is paid upon sale. No payment means that none of the full incentive amount for any contract held by the producer is paid upon sale.

| | |
|---|---|
| **Data type:** List | **Select multiple values**: No |
| **Measurement unit:** Category | **Allowed values:**<br>• Full payment<br>• Partial payment<br>• No payment |
| **Logic:** None – all respond | **Required:** Yes |
| **Data collection level:** Producer | **Data collection frequency:** Quarterly |

**J.A. 1094**

Data Dictionary

**USDA** Partnerships for Climate-Smart Commodities Data Dictionary for Recipients
February 2023

Field Summary

**Unique IDs**

| | |
|---|---|
| Farm ID | Unique Farm ID assigned by FSA |
| Tract ID | Unique Tract ID assigned by FSA |
| Field ID | Unique Field ID assigned by FSA |
| State or territory of field | State name (must match FSA farm enrollment data) |
| County of field | County name (must match FSA farm enrollment data) |

**Commodity type**

| | |
|---|---|
| **Data element name:** Commodity type | **Reporting question:** What type of commodity is produced from this field? |

**Description:** Type of commodity produced in field enrolled in the project. See full list in Appendix B. The worksheet provides multiple columns with a drop-down list of the allowed values. Choose one value for each column. Leave unnecessary columns blank.

| | |
|---|---|
| **Data type:** List | **Select multiple values:** No |
| **Measurement unit:** Category | **Allowed values:** FSA commodity list |
| **Logic:** None – all respond | **Required:** Yes |
| **Data collection level:** Field | **Data collection frequency:** Quarterly |

**Practice type**

| | |
|---|---|
| **Data element name:** Field practice type 1-7 | **Reporting question:** What CSAF practice is being implemented in this field through the project? |

**Description:** Which climate-smart agriculture or forestry (CSAF) practice or practices are being implemented in this project? CSAF practices are included in a list in Appendix A. The worksheet provides seven columns for this data element. Enter one value for each column. If there are fewer than 7 practices being implemented on this field through enrollment in the project, leave unnecessary columns blank.

| | |
|---|---|
| **Data type:** List | **Select multiple values:** No |
| **Measurement unit:** Category | **Allowed values:** See list in Appendix A |
| **Logic:** None – all respond | **Required:** Yes |
| **Data collection level:** Field | **Data collection frequency:** Quarterly |

**Date practice complete**

| | |
|---|---|
| **Data element name:** Date practice complete | **Reporting question:** When did the project certify CSAF practice implementation as complete? |

**Description:** Date that the project certifies that implementation of the CSAF practice is complete on the field. Use January of the year prior to contract year for early adopters, defined as fields that have the practice actively implemented in the year prior to a contract associated with this project is signed). The worksheet provides seven columns for this data element. Enter one value for each column, corresponding to the practice types entered in the previous columns. If there are fewer than 7 practices being implemented on this field through enrollment in the project, leave unnecessary columns blank.

| | |
|---|---|
| **Data type:** Date | **Select multiple values:** No |
| **Measurement unit:** MM/DD/YYYY | **Allowed values:** 01/01/2023 – 12/31/2030 |
| **Logic:** None – all respond | **Required:** Yes |
| **Data collection level:** Field | **Data collection frequency:** Quarterly |

**J.A. 1095**

Data Dictionary

**USDA** Partnerships for Climate-Smart Commodities Data Dictionary for Recipients
February 2023

---

**Contract end date**

| | |
|---|---|
| **Data element name:** Contract end date | **Reporting question:** Contract end date |

**Description:** End date listed on the contract that enrolls the field in the project. If contract end date changes, submit updated end date during the next quarter's reporting.

| | |
|---|---|
| **Data type:** Date | **Select multiple values:** No |
| **Measurement unit:** MM/DD/YYYY | **Allowed values:** 01/01/2023 – 12/31/2030 |
| **Logic:** None – all respond | **Required:** Yes |
| **Data collection level:** Field | **Data collection frequency:** Quarterly |

**MMRV assistance provided**

| | |
|---|---|
| **Data element name:** MMRV assistance provided | **Reporting question:** Was MMRV assistance provided? |

**Description:** Was any MMRV assistance provided to the primary operator for this field? MMRV assistance includes in-field support for the use of technologies, consultation on data collection and input, and other support related to MMRV. MMRV is defined a measurement (calculations or estimations of GHG emissions), monitoring (ongoing review and confirmation that the climate-smart practice has been implemented according to the agreed upon standard and documentation of any changes in the site, implementation, or GHG emissions impacts over time), reporting (documenting and sharing monitoring and measurement results with project partners, the recipient, and any third-party verification organization), and verification (independent confirmation that measurement, monitoring and reporting information are complete, accurate and reliable).

| | |
|---|---|
| **Data type:** List | **Select multiple values:** No |
| **Measurement unit:** Category | **Allowed values:**<br>• Yes<br>• No<br>• I don't know |
| **Logic:** None – all respond | **Required:** Yes |
| **Data collection level:** Field | **Data collection frequency:** Quarterly |

**Marketing assistance provided**

| | |
|---|---|
| **Data element name:** Marketing assistance provided | **Reporting question:** Was marketing assistance provided? |

**Description:** Was any marketing assistance provided to the primary operator for the commodity(ies) produced from this field? Marketing assistance includes guaranteeing the sale of the commodity(ies), providing a platform for the sale of the commodity(ies), providing a label, branding, or other support related to marketing.

| | |
|---|---|
| **Data type:** List | **Select multiple values:** No |
| **Measurement unit:** Category | **Allowed values:**<br>• Yes<br>• No<br>• I don't know |
| **Logic:** None – all respond | **Required:** Yes |
| **Data collection level:** Field | **Data collection frequency:** Quarterly |

**Incentive per acre or head**

| | |
|---|---|
| **Data element name:** Incentive per acre or head | **Reporting question:** Is this field receiving a per-acre or per-head incentive? |

**Description:** Is this field receiving an incentive payment to implement a specific CSAF practice or set of practices on a per-acre or per-head (livestock) basis?

| | |
|---|---|
| **Data type:** List | **Select multiple values:** No |
| **Measurement unit:** Category | **Allowed values:**<br>• Yes<br>• No<br>• I don't know |
| **Logic:** None – all respond | **Required:** Yes |
| **Data collection level:** Field | **Data collection frequency:** Quarterly |

**J.A. 1096**

Data Dictionary

USDA Partnerships for Climate-Smart Commodities Data Dictionary for Recipients
February 2023

---

**Field commodity value**

| | |
|---|---|
| **Data element name:** Field commodity value | **Reporting question:** What is the value of the commodity produced on the enrolled field? |
| **Description:** The dollar value of the commodity produced on the enrolled field. | |
| **Data type:** Decimal | **Select multiple values:** No |
| **Measurement unit:** Dollars | **Allowed values:** $1-$10,000,000 |
| **Logic:** None – all respond | **Required:** Yes |
| **Data collection level:** Field | **Data collection frequency:** Quarterly |

---

**Field commodity volume**

| | |
|---|---|
| **Data element name:** Field commodity volume | **Reporting question:** What is the volume of commodity produced on the enrolled field? |
| **Description:** The volume of the commodity produced on the enrolled field | |
| **Data type:** Decimal | **Select multiple values:** No |
| **Measurement unit:** Number | **Allowed values:** 1-10,000,000 |
| **Logic:** None – all respond | **Required:** Yes |
| **Data collection level:** Field | **Data collection frequency:** Quarterly |

---

**Field commodity volume unit**

| | |
|---|---|
| **Data element name:** Field commodity volume unit | **Reporting question:** What is the unit of volume? |
| **Description:** The unit associated with the volume of the commodity produced on the enrolled field. If "other" is chosen, enter the appropriate value in the additional column. | |
| **Data type:** List | **Select multiple values:** No |
| **Measurement unit:** Category | **Allowed values:**<br>• Bushels<br>• Carcass weight pounds<br>• Gallons<br>• Head<br>• Linear feet<br>• Liveweight pounds<br>• Pounds<br>• Tons<br>• Other (specify) |
| **Logic:** None – all respond | **Required:** Yes |
| **Data collection level:** Field | **Data collection frequency:** Quarterly |

---

**Cost of implementation**

| | |
|---|---|
| **Data element name:** Cost of implementation | **Reporting question:** What is the cost of practice implementation in the field? |
| **Description:** Total annual estimated cost per unit of implementing the practice(s) in the enrolled field. | |
| **Data type:** Decimal | **Select multiple values:** No |
| **Measurement unit:** Dollars | **Allowed values:** $1-$10,000,000 |
| **Logic:** None – all respond | **Required:** Yes |
| **Data collection level:** Field | **Data collection frequency:** Quarterly |

---

**J.A. 1097**

Data Dictionary

**USDA** Partnerships for Climate-Smart Commodities Data Dictionary for Recipients
February 2023

---

**Cost unit**

| | |
|---|---|
| **Data element name:** Cost unit | **Reporting question:** What is the unit for cost? |

**Description:** The unit associated with the cost of implementing CSAF practices in the field. If "other" is chosen, enter the appropriate value in the additional column.

| | |
|---|---|
| **Data type:** List | **Select multiple values:** No |
| **Measurement unit:** Category | **Allowed values:** |

- Per acre
- Per bushel
- Per head
- Per linear foot
- Per pound
- Per ton
- Other (specify)

| | |
|---|---|
| **Logic:** None – all respond | **Required:** Yes |
| **Data collection level:** Field | **Data collection frequency:** Quarterly |

---

**Cost coverage**

| | |
|---|---|
| **Data element name:** Cost coverage | **Reporting question:** What percent of the practice cost is covered by the incentive? |

**Description:** Estimated proportion of total annual cost of implementing the practice(s) that is covered by project incentives.

| | |
|---|---|
| **Data type:** Integer | **Select multiple values:** No |
| **Measurement unit:** Percent | **Allowed values:** 0-100 |
| **Logic:** None – all respond | **Required:** Yes |
| **Data collection level:** Field | **Data collection frequency:** Quarterly |

---

**Field GHG monitoring**

| | |
|---|---|
| **Data element name:** Field GHG monitoring 1-3 | **Reporting question:** How were GHG impacts monitored in this field? |

**Description:** Up to the top three forms of monitoring GHG benefits as part of MMRV requirements. Monitoring is defined as ongoing review and confirmation that the climate-smart practice has been implemented according to the agreed upon standard and documentation of any changes in the site, implementation, or GHG emissions impacts over time. Include up to 3 methods, based on which methods are most commonly used for this field. The worksheet provides three columns with a drop-down list of the allowed values. Choose one value for each column. If fewer than 3 GHG monitoring methods are used, leave unnecessary columns blank. If "other" is chosen, use the additional column to enter other GHG monitoring methods as free text.

| | |
|---|---|
| **Data type:** List | **Select multiple values:** No |
| **Measurement unit:** Category | **Allowed values:** |

- Drones
- Ground-level photos and videos
- On-farm inspection
- Plot-based sampling (e.g., soil, water)
- Producer records or attestation
- Satellite monitoring or remote sensing
- Soil metagenomics
- Soil sensors
- Water sensors
- Other (specify)

| | |
|---|---|
| **Logic:** None – all respond | **Required:** Yes |
| **Data collection level:** Field | **Data collection frequency:** Quarterly |

---

**J.A. 1098**

Data Dictionary

![USDA logo] Partnerships for Climate-Smart Commodities Data Dictionary for Recipients
February 2023

---

**Field GHG reporting**

| | |
|---|---|
| **Data element name:** Field GHG reporting 1-3 | **Reporting question:** How were GHG benefits reported for this field? |

**Description:** Up to the top three forms of reporting on GHG benefits as part of MMRV requirements. Reporting is defined as documenting and sharing monitoring and measurement results with project partners, the recipient, and any third-party verification organization. Include up to 3 methods, based on which methods are most commonly used for this field. The worksheet provides three columns with a drop-down list of the allowed values. Choose one value for each column. If fewer than 3 GHG reporting methods are used, leave unnecessary columns blank. If "other" is chosen, use the additional column to enter other GHG reporting methods as free text.

| | |
|---|---|
| **Data type:** List | **Select multiple values:** No |
| **Measurement unit:** Category | **Allowed values:** |
| | • Automated devices |
| | • Email |
| | • Mobile app |
| | • Paper |
| | • Third-party actors |
| | • Website |
| | • Other (specify) |
| **Logic:** None – all respond | **Required:** Yes |
| **Data collection level:** Field | **Data collection frequency:** Quarterly |

---

**Field GHG verification**

| | |
|---|---|
| **Data element name:** Field GHG verification 1-3 | **Reporting question:** How was implementation of practices to reduce GHG emissions verified for this field? |

**Description:** Up to the top three of verification of GHG benefits as part of MMRV requirements. Verification is defined as independent confirmation that measurement, monitoring and reporting information are complete, accurate and reliable. Include up to 3 methods, based on which methods are most commonly used for this field. The worksheet provides three columns with a drop-down list of the allowed values. Choose one value for each column. If fewer than 3 GHG verification methods are used, leave unnecessary columns blank. If "other" is chosen, use the additional column to enter other GHG verification methods as free text.

| | |
|---|---|
| **Data type:** List | **Select multiple values:** No |
| **Measurement unit:** Category | **Allowed values:** |
| | • Artificial intelligence |
| | • Computer modeling |
| | • Recipient audit |
| | • Photos |
| | • Record audit |
| | • Satellite imagery |
| | • Site or field visit |
| | • Third-party audit |
| | • Other (specify) |
| **Logic:** None – all respond | **Required:** Yes |
| **Data collection level:** Field | **Data collection frequency:** Quarterly |

---

**J.A. 1099**

Data Dictionary

**USDA** Partnerships for Climate-Smart Commodities Data Dictionary for Recipients
February 2023

---

**Field GHG calculations**

| | |
|---|---|
| **Data element name:** Field GHG calculations | **Reporting question:** What methods are used to calculate GHG benefits in this field? |

**Description:** List the method(s) used to calculate GHG benefits in this field. If yes to direct physical measurements, submit result reports (see *Supplemental Data Submission – Field direct GHG measurement results*).

| | |
|---|---|
| **Data type:** List | **Select multiple values:** No |
| **Measurement unit:** Category | **Allowed values:** |
| | • Models |
| | • Direct field measurements |
| | • Both |
| **Logic:** None – all respond | **Required:** Yes |
| **Data collection level:** Field | **Data collection frequency:** Quarterly |

**Field official GHG calculation**

| | |
|---|---|
| **Data element name:** Field official GHG calculation | **Reporting question:** What method was used to calculate the official GHG benefits in this field? |

**Description:** List the method used to calculate the official GHG benefits in this field that are reported as part of the project's aggregate impact.

| | |
|---|---|
| **Data type:** List | **Select multiple values:** No |
| **Measurement unit:** Category | **Allowed values:** |
| | • Models |
| | • Direct field measurements |
| **Logic:** None – all respond | **Required:** Yes |
| **Data collection level:** Field | **Data collection frequency:** Quarterly |

**Field official GHG ER**

| | |
|---|---|
| **Data element name:** Field official GHG emission reductions | **Reporting question:** What are the estimated total GHG emission reductions (CO2eq) in this field? |

**Description:** Estimated greenhouse gas emission reductions from practice implementation in this field that are reported as part of the project's aggregate impact. This data element must be entered upon practice completion or annually, as appropriate.

| | |
|---|---|
| **Data type:** Decimal | **Select multiple values:** No |
| **Measurement unit:** Metric tons $CO_2$eq | **Allowed values:** 0-10,000,000 |
| **Logic:** None – all respond | **Required:** Yes |
| **Data collection level:** Field | **Data collection frequency:** Quarterly |

**Field official carbon stock**

| | |
|---|---|
| **Data element name:** Field official carbon stock | **Reporting question:** How much carbon has been sequestered in this field? |

**Description:** Estimated total change in carbon stock based on practice implementation in this field. This data element can be reported in any quarter and is cumulative for the year. Conversion rate is one ton of carbon = 3.67 tons of $CO_2$eq.

| | |
|---|---|
| **Data type:** Decimal | **Select multiple values:** No |
| **Measurement unit:** Metric tons $CO_2$eq | **Allowed values:** 0-10,000,000 |
| **Logic:** None – all respond | **Required:** Yes |
| **Data collection level:** Field | **Data collection frequency:** Quarterly |

**J.A. 1100**

Data Dictionary

USDA Partnerships for Climate-Smart Commodities Data Dictionary for Recipients
February 2023

---

**Field official CO2 ER**

**Data element name:** Field official CO2 emission reductions | **Reporting question:** What are the estimated total CO2 emission reductions in this field?

**Description:** Estimated total carbon dioxide emission reductions based on practice implementation in this field that are reported as part of the project's aggregate impact. This data element must be entered upon practice completion or annually, as appropriate.

**Data type:** Decimal | **Select multiple values**: No

**Measurement unit:** Metric tons $CO_2$ | **Allowed values**: 0-10,000,000

**Logic:** None – all respond | **Required:** Yes

**Data collection level:** Field | **Data collection frequency:** Quarterly

---

**Field official CH4 ER**

**Data element name:** Field official CH4 emission reductions | **Reporting question:** What are the estimated total CH4 emission reductions in this field?

**Description:** Estimated total methane emission reductions based on practice implementation in this field that are reported as part of the project's aggregate impact. This data element must be entered upon practice completion or annually, as appropriate. Conversion rate is one ton of $CH_4$ = 25 tons of $CO_2eq$.

**Data type:** Decimal | **Select multiple values**: No

**Measurement unit:** Metric tons CH4 reduced in $CO_2eq$ | **Allowed values**: 0-10,000,000

**Logic:** None – all respond | **Required:** Yes

**Data collection level:** Field | **Data collection frequency:** Quarterly

---

**Field official N20 ER**

**Data element name:** Field official N2O emission reductions | **Reporting question:** What are the estimated total N2O emission reductions in this field?

**Description:** Estimated total nitrous oxide emission reductions based on practice implementation in this field that are reported as part of the project's aggregate impact. This data element must be entered upon practice completion or annually, as appropriate. Conversion rate is one ton of $N_2O$ = 298 tons of $CO_2eq$.

**Data type:** Decimal | **Select multiple values**: No

**Measurement unit:** Metric tons N2O reduced in $CO_2eq$ | **Allowed values**: 0-10,000,000

**Logic:** None – all respond | **Required:** Yes

**Data collection level:** Field | **Data collection frequency:** Quarterly

---

**Field offsets produced**

**Data element name:** Field offsets produced | **Reporting question:** How many carbon offsets have been produced in this field?

**Description:** Total carbon offsets produced in the field during the quarter (not cumulative). Offsets are defined as having been verified and certified using an accepted standard and sold into the carbon marketplace.

**Data type:** Decimal | **Select multiple values**: No

**Measurement unit:** Metric tons $CO_2eq$ | **Allowed values**: 0-10,000,000

**Logic:** None – all respond | **Required:** Yes

**Data collection level:** Field | **Data collection frequency:** Quarterly

---

**J.A. 1101**

Data Dictionary

**USDA** Partnerships for Climate-Smart Commodities Data Dictionary for Recipients
February 2023

---

**Field insets produced**

| | |
|---|---|
| **Data element name:** Field insets produced | **Reporting question:** How many carbon insets have been produced in this field? |

**Description:** Total carbon insets produced in the field during the quarter (not cumulative). Insets are defined as having been verified and certified using an accepted standard and accounted for within Scope 3 emissions for a firm.

| | |
|---|---|
| **Data type:** Decimal | **Select multiple values:** No |
| **Measurement unit:** Metric tons $CO_2$eq | **Allowed values:** 0-10,000,000 |
| **Logic:** None – all respond | **Required:** Yes |
| **Data collection level:** Field | **Data collection frequency:** Quarterly |

---

**Other field measurement**

| | |
|---|---|
| **Data element name:** Other field measurement | **Reporting question:** Were data collected from the field for reasons other than GHG benefit estimation? |

**Description:** Direct physical measurements or data collection taken in the field for any reason other than GHG benefits estimation. These reasons could include calibration of GHG estimation tools or models, tracking other environmental benefits (see Field environmental benefits report), and other reasons. If yes, submit corresponding reports (see *Supplemental data submission - Field direct measurement results*).

| | |
|---|---|
| **Data type:** List | **Select multiple values:** No |
| **Measurement unit:** Category | **Allowed values:** |
| | • Yes |
| | • No |
| | • I don't know |
| **Logic:** None – all respond | **Required:** Yes |
| **Data collection level:** Field | **Data collection frequency:** Quarterly |

---

J.A. 1102

Data Dictionary

**USDA** Partnerships for Climate-Smart Commodities Data Dictionary for Recipients
February 2023

### GHG Benefits - Alternate Modeled

**Unique IDs**

| | |
|---|---|
| Farm ID | Unique Farm ID assigned by FSA |
| Tract ID | Unique Tract ID assigned by FSA |
| Field ID | Unique Field ID assigned by FSA |
| State or territory of field | State name (must match FSA farm enrollment data) |
| County of field | County name (must match FSA farm enrollment data) |

**Commodity type**

| | |
|---|---|
| **Data element name:** Commodity type 1-6 | **Reporting question:** What type of commodity(ies) is produced from this field? |
| **Description:** Type of commodity(ies) produced in field enrolled in the project. See full list of commodity options in Appendix B. The worksheet provides multiple columns with drop-down lists of the allowed values. Choose one value for each column. Leave unnecessary columns blank | |
| **Data type:** List | **Select multiple values:** No |
| **Measurement unit:** Category | **Allowed values:** FSA commodity list |
| **Logic:** None – all respond | **Required:** If project calculates GHG benefits using multiple methods |
| **Data collection level:** Field | **Data collection frequency:** Annual |

**Practice type**

| | |
|---|---|
| **Data element name:** Practice type 1-7 | **Reporting question:** What CSAF practice is being implemented by this project? |
| **Description:** Which CSAF practice or practices are being implemented in this project? CSAF practices are included in a list in Appendix A. The worksheet provides seven columns for this data element. Enter one value for each column. If there are fewer than 7 practices being implemented by the project, leave unnecessary columns blank. | |
| **Data type:** List | **Select multiple values:** No |
| **Measurement unit:** Category | **Allowed values:** See list in Appendix A |
| **Logic:** None – all respond | **Required:** If project calculates GHG benefits using multiple methods |
| **Data collection level:** Field | **Data collection frequency:** Annual |

**J.A. 1103**

Data Dictionary

**USDA** Partnerships for Climate-Smart Commodities Data Dictionary for Recipients
February 2023

---

**GHG model**

| | |
|---|---|
| **Data element name:** GHG model | **Reporting question:** What model was used for alternate calculation of GHG benefits? |

**Description:** Select the model used for the alternate calculation of the field's GHG benefits.

| | |
|---|---|
| **Data type:** List | **Select multiple values:** No |
| **Measurement unit:** Category | **Allowed values:** |

- ACC Calculator
- Agriculture, Forestry and Other Land Use (AFOLU) Carbon Calculator
- AIRES
- APEX
- Bowen Ratio Energy Balance
- Carat-Calculator
- CArPE
- CDFA web-based calculator
- COMET-Farm
- COMET-Planner
- CoolFarm
- Cover Crop Explore
- CropTrak
- CultivateAI's FMIS
- DayCent-CR
- DNDC
- DSSAT
- Earth Optics
- EcoPractices
- EPIC
- Extrapolation based on literature
- FieldPrint
- Granular
- GREET
- gTIR
- IFSM
- IPCC default emissions factors & models
- itree
- Nitrogen Balance
- Nutrient Tracking Tool (NTT)
- RCD Project Tracker
- Revised Universal Soil Loss equation 2 (RUSLE2)
- RuFaS
- SAFE-Link
- SALUS (CIBO)
- SNAPGRAZE
- SquareRoots
- SWAT-C
- SYMFONI
- Truterra Sustainability Tool
- Verra
- WEPP
- YardStick
- Other (specify)

| | |
|---|---|
| **Logic:** None – all respond | **Required:** If project calculates GHG benefits using multiple methods |
| **Data collection level:** Field | **Data collection frequency:** Annual |

---

Data Dictionary

**USDA** Partnerships for Climate-Smart Commodities Data Dictionary for Recipients
February 2023

---

**Model start date**

| | |
|---|---|
| **Data element name:** Model start date | **Reporting question:** For what time period are the GHG benefits modeled (model start date)? |
| **Description:** Date that the model parameters begin. | |
| **Data type:** Date | **Select multiple values**: NA |
| **Measurement unit:** MM/DD/YYYY | **Allowed values:** 01/01/1950 – 12/31/2030 |
| **Logic:** None – all respond | **Required:** If project calculates GHG benefits using multiple methods |
| **Data collection level:** Field | **Data collection frequency:** Annual |

**Model end date**

| | |
|---|---|
| **Data element name:** Model end date | **Reporting question:** For what time period are the GHG benefits modeled (model end date)? |
| **Description:** Date that the model parameters end. | |
| **Data type:** Date | **Select multiple values**: NA |
| **Measurement unit:** MM/DD/YYYY | **Allowed values:** 01/01/2023– 12/31/2030 |
| **Logic:** None – all respond | **Required:** If project calculates GHG benefits using multiple methods |
| **Data collection level:** Field | **Data collection frequency:** Annual |

**Total GHG benefits estimated**

| | |
|---|---|
| **Data element name:** Total GHG benefits estimated | **Reporting question:** What is the alternate estimate of the field's total GHG emission reductions? |
| **Description:** Total greenhouse gas emission reductions from practice implementation in the field estimated using an alternate model. | |
| **Data type:** Decimal | **Select multiple values**: No |
| **Measurement unit:** Metric tons $CO_2$eq | **Allowed values:** 0-10,000,000 |
| **Logic:** None – all respond | **Required:** If project calculates GHG benefits using multiple methods |
| **Data collection level:** Field | **Data collection frequency:** Annual |

**Total carbon stock estimated**

| | |
|---|---|
| **Data element name:** Total carbon stock estimated | **Reporting question:** What is the alternate estimate of how much carbon has the field has sequestered? |
| **Description:** Total change in carbon stock based on practice implementation in the field estimated using an alternate model. Conversion rate is one ton of carbon = 3.67 tons of $CO_2$eq. | |
| **Data type:** Decimal | **Select multiple values**: No |
| **Measurement unit:** Metric tons $CO_2$eq | **Allowed values:** 0-10,000,000 |
| **Logic:** None – all respond | **Required:** If project calculates GHG benefits using multiple methods |
| **Data collection level:** Field | **Data collection frequency:** Annual |

**Total CO2 estimated**

| | |
|---|---|
| **Data element name:** Total CO2 estimated | **Reporting question:**  What is the alternate estimate of the field's total CO2 emission reductions? |
| **Description:** Total carbon dioxide emission reductions based on practice implementation in the field estimated using an alternate model. | |
| **Data type:** Decimal | **Select multiple values**: No |
| **Measurement unit:** Metric tons $CO_2$ | **Allowed values:** 0-10,000,000 |
| **Logic:** None – all respond | **Required:** If project calculates GHG benefits using multiple methods |
| **Data collection level:** Field | **Data collection frequency:** Annual |

**J.A. 1105**

Data Dictionary

USDA Partnerships for Climate-Smart Commodities Data Dictionary for Recipients
February 2023

---

**Total CH4 estimated**

| | |
|---|---|
| **Data element name:** Total CH4 estimated | **Reporting question:** What is the alternate estimate of the field's total CH4 emission reductions? |

**Description:** Total methane emission reductions based on practice implementation in the field estimated using an alternate model. Conversion rate is one ton of $CH_4$ = 25 tons of $CO_2$eq.

| | |
|---|---|
| **Data type:** Decimal | **Select multiple values:** No |
| **Measurement unit:** Metric tons CH4 reduced in $CO_2$eq | **Allowed values:** 0-10,000,000 |
| **Logic:** None – all respond | **Required:** If project calculates GHG benefits using multiple methods |
| **Data collection level:** Field | **Data collection frequency:** Annual |

**Total field N20 estimated**

| | |
|---|---|
| **Data element name:** Total N2O estimated | **Reporting question:** What is the alternate estimate of the field's total N2O emission reductions? |

**Description:** Total nitrous oxide emission reductions based on practice implementation in the field estimated using an alternate method. Conversion rate is one ton of $N_2O$ = 298 tons of $CO_2$eq.

| | |
|---|---|
| **Data type:** Decimal | **Select multiple values:** No |
| **Measurement unit:** Metric tons N2O reduced in $CO_2$eq | **Allowed values:** 0-10,000,000 |
| **Logic:** None – all respond | **Required:** If project calculates GHG benefits using multiple methods |
| **Data collection level:** Field | **Data collection frequency:** Annual |

**J.A. 1106**

Data Dictionary

**USDA** Partnerships for Climate-Smart Commodities Data Dictionary for Recipients
February 2023

<u>GHG Benefits - Measured</u>

**Unique IDs**

| | |
|---|---|
| Farm ID | Unique Farm ID assigned by FSA |
| Tract ID | Unique Tract ID assigned by FSA |
| Field ID | Unique Field ID assigned by FSA |
| State or territory of field | State name (must match FSA farm enrollment data) |
| County of field | County name (must match FSA farm enrollment data) |

**GHG measurement method**

| | |
|---|---|
| **Data element name:** GHG measurement method | **Reporting question:** What measurement method is used to calculate GHG benefits? |
| **Description:** Field-based measurement method used to calculate GHG benefits. If "other" is chosen, enter the appropriate value as free text in the additional column. | |
| **Data type:** List | **Select multiple values:** No |
| **Measurement unit:** Category | **Allowed values:**<br>• Emissions measurement unit<br>• Flux towers<br>• Litterbags<br>• Plant measurements<br>• Portable emissions analyzers<br>• Soil flux chambers<br>• Soil samples<br>• Soil sensors<br>• Vehicle-mounted sensors<br>• Other (specify) |
| **Logic:** None – all respond | **Required:** If a project conducts soil samples or takes carbon stock or greenhouse gas emission measurements in this field |
| **Data collection level:** Field | **Data collection frequency:** Annual |

**Lab name**

| | |
|---|---|
| **Data element name:** Lab name | **Reporting question:** What is the name of the lab that processed the measurement samples? |
| **Description:** Name of entity that received data and conducted analysis of samples. | |
| **Data type:** Text | **Select multiple values:** No |
| **Measurement unit:** NA | **Allowed values:** Free text |
| **Logic:** None – all respond | **Required:** If applicable |
| **Data collection level:** Field | **Data collection frequency:** Annual |

**J.A. 1107**

Data Dictionary

USDA Partnerships for Climate-Smart Commodities Data Dictionary for Recipients
February 2023

---

**Measurement start date**

| | |
|---|---|
| **Data element name:** Measurement start date | **Reporting question:** On what date did the measurement start? |

**Description:** Date that the measurements began. If it was a single point in time, use the same date for start date and end date. If multiple measurements took place over a time period, use the date that the measurements first began.

| | |
|---|---|
| **Data type:** Date | **Select multiple values:** No |
| **Measurement unit:** MM/DD/YYYY | **Allowed values:** 01/01/2023 – 12/31/2030 |
| **Logic:** None – all respond | **Required:** If a project conducts soil samples or takes carbon stock or greenhouse gas emission measurements in this field |
| **Data collection level:** Field | **Data collection frequency:** Annual |

---

**Measurement end date**

| | |
|---|---|
| **Data element name:** Measurement end date | **Reporting question:** On what date did the measurement end? |

**Description:** Date that the measurements began. If it was a single point in time, use the same date for start date and end date. If multiple measurements took place over a time period, use the date that the measurements were completed.

| | |
|---|---|
| **Data type:** Date | **Select multiple values:** No |
| **Measurement unit:** MM/DD/YYYY | **Allowed values:** 01/01/2023– 12/31/2030 |
| **Logic:** None – all respond | **Required:** If a project conducts soil samples or takes carbon stock or greenhouse gas emission measurements in this field |
| **Data collection level:** Field | **Data collection frequency:** Annual |

---

**Total CO2 reduction calculated**

| | |
|---|---|
| **Data element name:** Total CO2 reduction calculated | **Reporting question:** What are the total measured CO2 emission reductions? |

**Description:** Total annual CO2 emission reductions based on practice implementation in the field calculated from in-field measurements.

| | |
|---|---|
| **Data type:** Decimal | **Select multiple values:** No |
| **Measurement unit:** Metric tons $CO_2$ | **Allowed values:** 0-10,000,000 |
| **Logic:** None – all respond | **Required:** If a project takes carbon stock or greenhouse gas emission measurements in this field |
| **Data collection level:** Field | **Data collection frequency:** Annual |

---

**Total field carbon stock measured**

| | |
|---|---|
| **Data element name:** Total field carbon stock measured | **Reporting question:** What is the total amount of carbon sequestered based on repeat measurements in this field? |

**Description:** Change in carbon stock based on practice implementation in the field calculated from repeat soil sampling in this field. (Results for initial field soil samples should be reported in the 'Soil sample result' and 'Measurement type" columns.) Conversion rate is one ton of carbon = 3.67 tons of $CO_2$eq.

| | |
|---|---|
| **Data type:** Decimal | **Select multiple values:** No |
| **Measurement unit:** Metric tons $CO_2$eq | **Allowed values:** 0-10,000,000 |
| **Logic:** None – all respond | **Required:** If a project conducts soil samples or takes carbon stock measurements in this field |
| **Data collection level:** Field | **Data collection frequency:** Annual |

---

**J.A. 1108**

Data Dictionary

**USDA** Partnerships for Climate-Smart Commodities Data Dictionary for Recipients
February 2023

---

**Total CH4 reduction calculated**

| | |
|---|---|
| **Data element name:** Total CH4 reduction calculated | **Reporting question:** What are the total measured CH4 emission reductions? |

**Description:** Total annual methane emission reductions based on practice implementation in the field calculated from in-field measurements. Conversion rate is one ton of $CH_4$ = 25 tons of $CO_2$eq.

| | |
|---|---|
| **Data type:** Decimal | **Select multiple values:** No |
| **Measurement unit:** Metric tons CH4 reduced in $CO_2$eq | **Allowed values:** 0-10,000,000 |
| **Logic:** None – all respond | **Required:** If a project conducts soil samples or takes carbon stock or greenhouse gas emission measurements in this field |
| **Data collection level:** Field | **Data collection frequency:** Annual |

---

**Total N20 reduction calculated**

| | |
|---|---|
| **Data element name:** Total N2O reduction calculated | **Reporting question:** What are the total measured N2O emission reductions? |

**Description:** Total annual nitrous oxide emission reductions based on practice implementation in the field calculated from in-field measurements. Conversion rate is one ton of $N_2O$ = 298 tons of $CO_2$eq.

| | |
|---|---|
| **Data type:** Decimal | **Select multiple values:** No |
| **Measurement unit:** Metric tons N2O reduced in $CO_2$eq | **Allowed values:** 0-10,000,000 |
| **Logic:** None – all respond | **Required:** If a project conducts soil samples or takes carbon stock or greenhouse gas emission measurements in this field |
| **Data collection level:** Field | **Data collection frequency:** Annual |

---

**Soil sample result**

| | |
|---|---|
| **Data element name:** Soil sample result | **Reporting question:** What is the numeric result from this soil sample? |

**Description:** Results of measurement(s) taken to determine the carbon stock of a soil (the tons of carbon found in a specified volume of soil).

| | |
|---|---|
| **Data type:** Decimal | **Select multiple values:** No |
| **Measurement unit:** Amount | **Allowed values:** .00001-100,000 |
| **Logic:** None – all respond | **Required:** If a project conducts soil samples in this field |
| **Data collection level:** Field | **Data collection frequency:** Annual |

---

**J.A. 1109**

Data Dictionary

**USDA** Partnerships for Climate-Smart Commodities Data Dictionary for Recipients
February 2023

---

**Soil sample result unit**

| | |
|---|---|
| **Data element name:** Soil sample result unit | **Reporting question:** What is unit for the soil sample result? |

**Description:** Unit for the corresponding soil sample result. The worksheet provides a drop-down list of choices for this data element. If "other" is chosen, use the additional column to enter the appropriate yield unit as free text.

| | |
|---|---|
| **Data type:** List | **Select multiple values:** No |
| **Measurement unit:** Category | **Allowed values:** |
| | • Percent |
| | • Ppm |
| | • Grams |
| | • Grams per cubic centimeter |
| | • Other (specify) |
| **Logic:** None – all respond | **Required:** If a project conducts soil samples in this field |
| **Data collection level:** Field | **Data collection frequency:** Annual |

---

**Measurement type**

| | |
|---|---|
| **Data element name:** Measurement type | **Reporting question:** What type of analysis was conducted for this soil sample? |

**Description:** Type of soil analysis conducted. The worksheet provides a drop-down list of choices for this data element. If "other" is chosen, use the additional column to enter the appropriate yield unit as free text.

| | |
|---|---|
| **Data type:** List | **Select multiple values:** No |
| **Measurement unit:** Category | **Allowed values:** |
| | • Organic matter |
| | • Total organic carbon |
| | • Bulk density |
| | • Other (specify) |
| **Logic:** None – all respond | **Required:** If a project conducts soil samples in this field |
| **Data collection level:** Field | **Data collection frequency:** Annual |

---

**J.A. 1110**

Data Dictionary

**USDA** Partnerships for Climate-Smart Commodities Data Dictionary for Recipients
February 2023

## Additional Environmental Benefits

**Unique IDs**

| | |
|---|---|
| Farm ID | Unique Farm ID assigned by FSA |
| Tract ID | Unique Tract ID assigned by FSA |
| Field ID | Unique Field ID assigned by FSA |
| State or territory of field | State name (must match FSA farm enrollment data) |
| County of field | County name (must match FSA farm enrollment data) |

**Environmental benefits**

| | |
|---|---|
| **Data element name:** Environmental benefits | **Reporting question:** Are environmental benefits other than GHGs being tracked in the field? |
| **Description:** Tracking of environmental benefits other than greenhouse gas emission reductions and carbon sequestration in the enrolled field. Tracking means at a minimum using some form of monitoring and reporting that can quantify benefits. | |
| **Data type:** List | **Select multiple values**: No |
| **Measurement unit:** Category | **Allowed values:**<br>• Yes<br>• No<br>• I don't know |
| **Logic:** None – all respond | **Required:** Yes |
| **Data collection level:** Field | **Data collection frequency:** Annual |

**Reduction in nitrogen loss**

| | |
|---|---|
| **Data element name:** Reduction in nitrogen loss | **Reporting question:** Are reductions in nitrogen losses being tracked in the field? |
| **Description:** Tracking reductions in nitrogen losses in the enrolled field. Tracking means at a minimum using some form of monitoring and reporting that can quantify benefits. | |
| **Data type:** List | **Select multiple values**: No |
| **Measurement unit:** Category | **Allowed values:**<br>• Yes<br>• No<br>• I don't know |
| **Logic:** Respond if yes to 'Environmental benefits' | **Required:** Yes |
| **Data collection level: Field** | **Data collection frequency:** Annual |

**Reduction in nitrogen loss amount**

| | |
|---|---|
| **Data element name:** Reduction in nitrogen loss amount | **Reporting question:** How much reduction in nitrogen losses have been measured in the field? |
| **Description:** Total amount of reduction in nitrogen losses that is measured and reported in the enrolled field. | |
| **Data type:** Decimal | **Select multiple values**: No |
| **Measurement unit:** Amount | **Allowed values:** 0-1,000,000 |
| **Logic:** Respond if yes to 'Reduction in nitrogen loss' | **Required:** Yes |
| **Data collection level:** Field | **Data collection frequency:** Annual |

**J.A. 1111**

Data Dictionary

**USDA** Partnerships for Climate-Smart Commodities Data Dictionary for Recipients
February 2023

---

### Reduction in nitrogen loss amount unit

**Data element name:** Reduction in nitrogen loss amount unit | **Reporting question:** What is the unit for how much reduction in nitrogen losses have been measured in the field?

**Description:** Unit for the total amount of reduction in nitrogen losses that is measured and reported in the enrolled field. If "other" is chosen, enter the appropriate value as free text in the additional column.

| | |
|---|---|
| **Data type:** List | **Select multiple values:** No |
| **Measurement unit:** Category | **Allowed values:**<br>• Kilograms<br>• Metric tons<br>• Pounds<br>• Other (specify) |
| **Logic:** Respond if yes to 'Reduction in nitrogen loss' | **Required:** Yes |
| **Data collection level:** Field | **Data collection frequency:** Annual |

### Reduction in nitrogen loss purpose

**Data element name:** Reduction in nitrogen loss purpose | **Reporting question:** What is the purpose of tracking reduction in nitrogen losses?

**Description:** Purpose of tracking reduction in nitrogen losses in the enrolled field. If "other" is chosen, enter the appropriate value as free text in the additional column.

| | |
|---|---|
| **Data type:** List | **Select multiple values:** No |
| **Measurement unit:** Category | **Allowed values:**<br>• Commodity marketing<br>• Producing insets<br>• Producing offsets<br>• I don't know<br>• Other (specify) |
| **Logic:** Respond if yes to 'Reduction in nitrogen loss' | **Required:** Yes |
| **Data collection level:** Project | **Data collection frequency:** Annual |

### Reduction in phosphorus loss

**Data element name:** Reduction in phosphorus loss | **Reporting question:** Are reductions in phosphorus losses being tracked in the field?

**Description:** Tracking of reductions in phosphorus losses in the enrolled field. Tracking means at a minimum using some form of monitoring and reporting that can quantify benefits.

| | |
|---|---|
| **Data type:** List | **Select multiple values:** No |
| **Measurement unit:** Category | **Allowed values:**<br>• Yes<br>• No<br>• I don't know |
| **Logic:** Respond if yes to 'Environmental benefits' | **Required:** Yes |
| **Data collection level:** Field | **Data collection frequency:** Annual |

### Reduction in phosphorus loss amount

**Data element name:** Reduction in phosphorus loss amount | **Reporting question:** How much reduction in phosphorus losses have been measured in the field?

**Description:** Total amount of reduction in phosphorus losses that is measured in the field.

| | |
|---|---|
| **Data type:** Decimal | **Select multiple values:** No |
| **Measurement unit:** Amount | **Allowed values:** 0-1,000,000 |
| **Logic:** Respond if yes to 'Reduction in phosphorus loss' | **Required:** Yes |
| **Data collection level:** Field | **Data collection frequency:** Annual |

**J.A. 1112**

Data Dictionary

**USDA** Partnerships for Climate-Smart Commodities Data Dictionary for Recipients
February 2023

---

**Reduction in phosphorus loss amount unit**

| | |
|---|---|
| **Data element name:** Reduction in phosphorus loss amount unit | **Reporting question:** What is the unit for the reduction in phosphorus losses measured in the field? |

**Description:** Unit for the total amount of reduction in phosphorus losses that is measured in the enrolled field. If "other" is chosen, enter the appropriate value as free text in the additional column.

| | |
|---|---|
| **Data type:** List | **Select multiple values:** No |
| **Measurement unit:** Category | **Allowed values:** <br>• Kilograms <br>• Metric tons <br>• Pounds <br>• Other (specify) |
| **Logic:** Respond if yes to 'Reduction in phosphorus loss' | **Required:** Yes |
| **Data collection level:** Field | **Data collection frequency:** Annual |

---

**Reduction in phosphorus loss purpose**

| | |
|---|---|
| **Data element name:** Reduction in phosphorus loss purpose | **Reporting question:** What is the purpose of tracking reductions in phosphorus losses? |

**Description:** Purpose of tracking reduction in phosphorus losses in the enrolled field. If "other" is chosen, enter the appropriate value as free text in the additional column.

| | |
|---|---|
| **Data type:** List | **Select multiple values:** No |
| **Measurement unit:** Category | **Allowed values:** <br>• Commodity marketing <br>• Producing insets <br>• Producing offsets <br>• I don't know <br>• Other (specify) |
| **Logic:** Respond if yes to 'Reduction in phosphorus loss' | **Required:** Yes |
| **Data collection level:** Field | **Data collection frequency:** Annual |

---

**Other water quality**

| | |
|---|---|
| **Data element name:** Other water quality | **Reporting question:** Are other water quality metrics being tracked in the field? |

**Description:** Project tracking of other water quality metrics in the enrolled field. Tracking means at a minimum using some form of monitoring and reporting that can quantify benefits.

| | |
|---|---|
| **Data type:** List | **Select multiple values:** No |
| **Measurement unit:** Category | **Allowed values:** <br>• Yes <br>• No <br>• I don't know |
| **Logic:** Respond if yes to 'Environmental benefits' | **Required:** Yes |
| **Data collection level:** Field | **Data collection frequency:** Annual |

---

**J.A. 1113**

Data Dictionary

**USDA** Partnerships for Climate-Smart Commodities Data Dictionary for Recipients
February 2023

---

**Other water quality type**

| | |
|---|---|
| **Data element name:** Other water quality type | **Reporting question:** What type of other water quality metric have been measured in the field? |
| **Description:** Type of other water quality metric (besides nitrogen loss and phosphorus loss reductions) that is measured in the field. If "other" is chosen, enter the appropriate value as free text in the additional column. | |
| **Data type:** List | **Select multiple values:** No |
| **Measurement unit:** Category | **Allowed values:**<br>• Sediment load reduction<br>• Temperature<br>• Other (specify) |
| **Logic:** Respond if yes to 'Other water quality' | **Required:** Yes |
| **Data collection level:** Field | **Data collection frequency:** Annual |

**Other water quality amount**

| | |
|---|---|
| **Data element name:** Other water quality amount | **Reporting question:** How much reduction in other water quality metrics have been measured in the field? |
| **Description:** Total amount of reduction in other water quality metrics that is measured in the enrolled field. | |
| **Data type:** Decimal | **Select multiple values:** No |
| **Measurement unit:** Amount | **Allowed values:** 0-1,000,000 |
| **Logic:** Respond if yes to 'Other water quality' | **Required:** Yes |
| **Data collection level:** Field | **Data collection frequency:** Annual |

**Other water quality amount unit**

| | |
|---|---|
| **Data element name:** Other water quality amount unit | **Reporting question:** What is the unit for the reduction in other water quality metrics measured in the field? |
| **Description:** Unit for the total amount of reduction in other water quality metrics that is measured in the enrolled field. If "other" is chosen, enter the appropriate value as free text in the additional column. | |
| **Data type:** List | **Select multiple values:** No |
| **Measurement unit:** Category | **Allowed values:**<br>• Degrees F<br>• Kilograms<br>• Kilograms per liter<br>• Metric tons<br>• Pounds<br>• Other (specify) |
| **Logic:** Respond if yes to 'Other water quality' | **Required:** Yes |
| **Data collection level:** Field | **Data collection frequency:** Annual |

**J.A. 1114**

Data Dictionary

**USDA** Partnerships for Climate-Smart Commodities Data Dictionary for Recipients
February 2023

---

**Other water quality purpose**

| | |
|---|---|
| **Data element name:** Other water quality purpose | **Reporting question:** What is the purpose of tracking other water quality benefits? |

**Description:** Purpose of tracking other water quality benefits in the enrolled field. If "other" is chosen, enter the appropriate value as free text in the additional column.

| | |
|---|---|
| **Data type:** List | **Select multiple values:** No |
| **Measurement unit:** Category | **Allowed values:**<br>• Commodity marketing<br>• Producing insets<br>• Producing offsets<br>• I don't know<br>• Other (specify) |
| **Logic:** Respond if yes to 'Other water quality' | **Required:** Yes |
| **Data collection level:** Field | **Data collection frequency:** Annual |

---

**Water quantity**

| | |
|---|---|
| **Data element name:** Water quantity | **Reporting question:** Is water conservation being tracked in the field? |

**Description:** Tracking of water conservation or reduction in use in the enrolled field. Tracking means at a minimum using some form of monitoring and reporting that can quantify benefits.

| | |
|---|---|
| **Data type:** List | **Select multiple values:** No |
| **Measurement unit:** Category | **Allowed values:**<br>• Yes<br>• No<br>• I don't know |
| **Logic:** Respond if yes to 'Environmental benefits' | **Required:** Yes |
| **Data collection level:** Field | **Data collection frequency:** Annual |

---

**Water quantity amount**

| | |
|---|---|
| **Data element name:** Water quantity amount | **Reporting question:** How much water conservation has been measured in the field? |

**Description:** Total amount of water conservation or reduction that is measured in the field.

| | |
|---|---|
| **Data type:** Decimal | **Select multiple values:** No |
| **Measurement unit:** Amount | **Allowed values:** 0-1,000,000 |
| **Logic:** Respond if yes to 'Water quantity' | **Required:** Yes |
| **Data collection level:** Field | **Data collection frequency:** Annual |

---

**Water quantity amount unit**

| | |
|---|---|
| **Data element name:** Water quantity amount unit | **Reporting question:** What is the unit for the amount of water conservation measured in the field? |

**Description:** Unit for the total amount of water conservation or reduced use that is measured and reported in the enrolled field. If "other" is chosen, enter the appropriate value as free text in the additional column.

| | |
|---|---|
| **Data type:** List | **Select multiple values:** No |
| **Measurement unit:** Category | **Allowed values:**<br>• Acre-feet<br>• Cubic feet<br>• Other (specify) |
| **Logic:** Respond if yes to 'Water quantity' | **Required:** Yes |
| **Data collection level:** Field | **Data collection frequency:** Annual |

---

**J.A. 1115**

Data Dictionary

**USDA** Partnerships for Climate-Smart Commodities Data Dictionary for Recipients
February 2023

---

**Water quantity purpose**

| | |
|---|---|
| **Data element name:** Water quantity purpose | **Reporting question:** What is the purpose of tracking water conservation? |
| **Description:** Purpose of tracking water conservation or reductions in water use in the enrolled field. If "other" is chosen, enter the appropriate value as free text in the additional column. | |
| **Data type:** List | **Select multiple values:** No |
| **Measurement unit:** Category | **Allowed values:**<br>• Commodity marketing<br>• Producing insets<br>• Producing offsets<br>• I don't know<br>• Other (specify) |
| **Logic:** Respond if yes to 'Water quantity' | **Required:** Yes |
| **Data collection level:** Field | **Data collection frequency:** Annual |

**Reduced erosion**

| | |
|---|---|
| **Data element name:** Reduced erosion | **Reporting question:** Is reduced soil erosion being tracked in the field? |
| **Description:** Tracking of reduced soil erosion in the enrolled field. Tracking means at a minimum using some form of monitoring and reporting that can quantify benefits. | |
| **Data type:** List | **Select multiple values:** No |
| **Measurement unit:** Category | **Allowed values:**<br>• Yes<br>• No<br>• I don't know |
| **Logic:** Respond if yes to 'Environmental benefits' | **Required:** Yes |
| **Data collection level:** Field | **Data collection frequency:** Annual |

**Reduced erosion amount**

| | |
|---|---|
| **Data element name:** Reduced erosion amount | **Reporting question:** How much erosion reduction has been measured in the field? |
| **Description:** Total amount of erosion reduction that is measured in the enrolled field. | |
| **Data type:** Decimal | **Select multiple values:** No |
| **Measurement unit:** Amount | **Allowed values:** 0-1,000,000 |
| **Logic:** Respond if yes to 'Reduced erosion' | **Required:** Yes |
| **Data collection level:** Field | **Data collection frequency:** Annual |

**Reduced erosion amount unit**

| | |
|---|---|
| **Data element name:** Reduced erosion amount unit | **Reporting question:** What is the unit for the amount of erosion reduction measured? |
| **Description:** Unit for the total amount of erosion reduction from enrolled fields that is measured and reported by the project. If "other" is chosen, enter the appropriate value as free text in the additional column. | |
| **Data type:** List | **Select multiple values:** No |
| **Measurement unit:** Category | **Allowed values:**<br>• Tons<br>• Other (specify) |
| **Logic:** Respond if yes to 'Reduced erosion' | **Required:** Yes |
| **Data collection level:** Field | **Data collection frequency:** Annual |

**J.A. 1116**

Data Dictionary

**USDA** Partnerships for Climate-Smart Commodities Data Dictionary for Recipients
February 2023

---

**Reduced erosion purpose**

| | |
|---|---|
| **Data element name:** Reduced erosion purpose | **Reporting question:** What is the purpose of tracking reduced erosion in the field? |
| **Description:** Purpose of tracking reduced erosion the enrolled field. If "other" is chosen, enter the appropriate value as free text in the additional column. | |
| **Data type:** List | **Select multiple values:** No |
| **Measurement unit:** Category | **Allowed values:**<br>• Commodity marketing<br>• Producing insets<br>• Producing offsets<br>• I don't know<br>• Other (specify) |
| **Logic:** Respond if yes to 'Reduced erosion' | **Required:** Yes |
| **Data collection level:** Field | **Data collection frequency:** Annual |

**Reduced energy use**

| | |
|---|---|
| **Data element name:** Reduced energy use | **Reporting question:** Is reduced energy use being tracked in the field? |
| **Description:** Tracking of reduced energy use in the enrolled field. Tracking means at a minimum using some form of monitoring and reporting that can quantify benefits. | |
| **Data type:** List | **Select multiple values:** No |
| **Measurement unit:** Category | **Allowed values:**<br>• Yes<br>• No<br>• I don't know |
| **Logic:** Respond if yes to 'Environmental benefits' | **Required:** Yes |
| **Data collection level:** Field | **Data collection frequency:** Annual |

**Reduced energy use amount**

| | |
|---|---|
| **Data element name:** Reduced energy use amount | **Reporting question:** How much energy use reduction has been measured in the field? |
| **Description:** Total amount of energy use reduction that is measured in the enrolled field. | |
| **Data type:** Decimal | **Select multiple values:** No |
| **Measurement unit:** Amount | **Allowed values:** 0-1,000,000 |
| **Logic:** Respond if yes to 'Reduced energy use' | **Required:** Yes |
| **Data collection level:** Field | **Data collection frequency:** Annual |

**Reduced energy use amount unit**

| | |
|---|---|
| **Data element name:** Reduced energy use unit | **Reporting question:** What is the unit for the energy use reduction measured in the field? |
| **Description:** Unit for the total amount of energy use reduction that is measured in the enrolled field. If "other" is chosen, enter the appropriate value as free text in the additional column. | |
| **Data type:** List | **Select multiple values:** No |
| **Measurement unit:** Category | **Allowed values:**<br>• Kilowatt hours<br>• Other (specify) |
| **Logic:** Respond if yes to 'Reduced energy use' | **Required:** Yes |
| **Data collection level:** Field | **Data collection frequency:** Annual |

**J.A. 1117**

Data Dictionary

**USDA** Partnerships for Climate-Smart Commodities Data Dictionary for Recipients
February 2023

---

**Reduced energy use purpose**

| | |
|---|---|
| **Data element name:** Reduced energy use purpose | **Reporting question:** What is the purpose of tracking reduced energy use in the field? |

**Description:** Purpose of tracking reduced energy use in the enrolled field. If "other" is chosen, enter the appropriate value as free text in the additional column.

| | |
|---|---|
| **Data type:** List | **Select multiple values**: No |
| **Measurement unit:** Category | **Allowed values:**<br>• Commodity marketing<br>• Producing insets<br>• Producing offsets<br>• I don't know<br>• Other (specify) |
| **Logic:** Respond if yes to 'Reduced energy use' | **Required:** Yes |
| **Data collection level:** Field | **Data collection frequency:** Annual |

---

**Avoided land conversion**

| | |
|---|---|
| **Data element name:** Avoided land conversion | **Reporting question:** Is avoided land conversion being tracked in the field? |

**Description:** Tracking of avoided land conversion in the enrolled field. Tracking means at a minimum using some form of monitoring and reporting that can quantify benefits. Land conservation means land use changing from agricultural uses to non-agricultural uses.

| | |
|---|---|
| **Data type:** List | **Select multiple values**: No |
| **Measurement unit:** Category | **Allowed values:**<br>• Yes<br>• No<br>• I don't know |
| **Logic:** Respond if yes to 'Environmental benefits' | **Required:** Yes |
| **Data collection level:** Field | **Data collection frequency:** Annual |

---

**Avoided land conversion amount**

| | |
|---|---|
| **Data element name:** Avoided land conversion amount | **Reporting question:** How much avoided land conversion has been measured in the field? |

**Description:** Total amount of avoided land conversion that is measured in the enrolled field.

| | |
|---|---|
| **Data type:** Decimal | **Select multiple values**: No |
| **Measurement unit:** Amount | **Allowed values:** 0-1,000,000 |
| **Logic:** Respond if yes to 'Avoided land conversion' | **Required:** Yes |
| **Data collection level:** Field | **Data collection frequency:** Annual |

---

**Avoided land conversion amount unit**

| | |
|---|---|
| **Data element name:** Avoided land conversion unit | **Reporting question:** What is the unit for the amount of avoided land conversion measured in the field? |

**Description:** Unit for the total amount of avoided land conversion that is measured in the enrolled field. If "other" is chosen, enter the appropriate value as free text in the additional column.

| | |
|---|---|
| **Data type:** List | **Select multiple values**: No |
| **Measurement unit:** Category | **Allowed values:**<br>• Acres<br>• Other (specify) |
| **Logic:** Respond if yes to 'Avoided land conversion' | **Required:** Yes |
| **Data collection level:** Field | **Data collection frequency:** Annual |

---

**J.A. 1118**

Data Dictionary

**USDA** Partnerships for Climate-Smart Commodities Data Dictionary for Recipients
February 2023

---

**Avoided land conversion purpose**

| | |
|---|---|
| **Data element name:** Avoided land conversion purpose | **Reporting question:** What is the purpose of tracking avoided land conversion in the field? |

**Description:** Purpose of tracking avoided land conversion in the enrolled field. If "other" is chosen, enter the appropriate value as free text in the additional column.

| | |
|---|---|
| **Data type:** List | **Select multiple values:** No |
| **Measurement unit:** Category | **Allowed values:** |
| | • Commodity marketing |
| | • Producing insets |
| | • Producing offsets |
| | • I don't know |
| | • Other (specify) |
| **Logic:** Respond if yes to 'Avoided land conversion' | **Required:** Yes |
| **Data collection level:** Field | **Data collection frequency:** Annual |

---

**Improved wildlife habitat**

| | |
|---|---|
| **Data element name:** Improved wildlife habitat | **Reporting question:** Are improvements to wildlife habitat being tracked in the field? |

**Description:** Tracking of improvements to wildlife in and around the enrolled field. Tracking means at a minimum using some form of monitoring and reporting that can quantify benefits.

| | |
|---|---|
| **Data type:** List | **Select multiple values:** No |
| **Measurement unit:** Category | **Allowed values:** |
| | • Yes |
| | • No |
| | • I don't know |
| **Logic:** Respond if yes to 'Environmental benefits' | **Required:** Yes |
| **Data collection level:** Field | **Data collection frequency:** Annual |

---

**Improved wildlife habitat amount**

| | |
|---|---|
| **Data element name:** Improved wildlife habitat amount | **Reporting question:** How much improved wildlife habitat has been measured in the field? |

**Description:** Total amount of improved wildlife habitat that is measured in and around the enrolled fields.

| | |
|---|---|
| **Data type:** Decimal | **Select multiple values:** No |
| **Measurement unit:** Amount | **Allowed values:** 0-1,000,000 |
| **Logic:** Respond if yes to 'Improved wildlife habitat' | **Required:** Yes |
| **Data collection level:** Field | **Data collection frequency:** Annual |

---

**Improved wildlife habitat amount unit**

| | |
|---|---|
| **Data element name:** Improved wildlife habitat unit | **Reporting question:** What is the unit for the amount of improved wildlife habitat measured in the field? |

**Description:** Unit for the total amount of improved wildlife habitat that is measured in and around enrolled fields. If "other" is chosen, enter the appropriate value as free text in the additional column.

| | |
|---|---|
| **Data type:** List | **Select multiple values:** No |
| **Measurement unit:** Category | **Allowed values:** |
| | • Acres |
| | • Linear feet |
| | • Other (specify) |
| **Logic:** Respond if yes to 'Improved wildlife habitat' | **Required:** Yes |
| **Data collection level:** Field | **Data collection frequency:** Annual |

---

**J.A. 1119**

Data Dictionary

**USDA** Partnerships for Climate-Smart Commodities Data Dictionary for Recipients
February 2023

---

**Improved wildlife habitat purpose**

| | |
|---|---|
| **Data element name:** Improved wildlife habitat purpose | **Reporting question:** What is the purpose of tracking improved wildlife habitat in the field? |

**Description:** Purpose of tracking improved wildlife habitat in the enrolled field. If "other" is chosen, enter the appropriate value as free text in the additional column.

| | |
|---|---|
| **Data type:** List | **Select multiple values**: No |
| **Measurement unit:** Category | **Allowed values:** |
| | • Commodity marketing |
| | • Producing insets |
| | • Producing offsets |
| | • I don't know |
| | • Other (specify) |
| **Logic:** Respond if yes to 'Improved wildlife habitat' | **Required:** Yes |
| **Data collection level:** Field | **Data collection frequency:** Annual |

**J.A. 1120**

Data Dictionary

**USDA** Partnerships for Climate-Smart Commodities Data Dictionary for Recipients
February 2023

<u>CSAF Practice Sub-questions</u>

For some CSAF practices, there is an additional set of questions that are unique to each practice. Responses to these questions are needed to verify estimated GHG benefits of these practices. If a field is implementing a CSAF practice with an NRCS CPS code in Table 11, answer the follow-up questions listed next to the relevant practice name in the table. Use the *Supplemental Reporting Workbook – CSAF Practice Sub-questions* to report the required information.

Table 11. Follow-on questions for select CSAF practices

| Practice name and code | Follow-up question | Options (select one) |
|---|---|---|
| Alley Cropping (CPS 311) | Species category (select most common/extensive type if using more than one) | Coniferous trees<br>Deciduous trees<br>Shrubs |
| | Species density (number of trees planted per acre) | 1-10,000 |
| Anaerobic Digester (CPS 366) | Waste storage system prior to installing anaerobic digester | Aerobic lagoon<br>Anaerobic digester (complex mix) with energy generation<br>Anaerobic digester (plug flow) with energy generation<br>Anaerobic lagoon<br>Composting<br>Covered lagoon (no energy generation or flaring)<br>Covered lagoon with energy generation<br>Covered lagoon with flaring<br>Daily spread<br>Deep bedding pack<br>Deep pit<br>Dry lot<br>Dry stacking/solid storage<br>Pasture/range/paddock<br>Poultry with bedding<br>Poultry without bedding (e.g., high rise)<br>Slurry tank/basin |
| | Digester type | Covered lagoon with energy generation<br>Covered lagoon with flaring<br>Covered lagoon (no energy generation or flaring)<br>Complex mix with energy generation<br>Plug flow with energy generation<br>Other (specify) |
| | Additional feedstock source (select most common if using more than one) | Food waste<br>Straw or bedding<br>Wastewater<br>Other (specify) |

Data Dictionary

USDA Partnerships for Climate-Smart Commodities Data Dictionary for Recipients
February 2023

| | | |
|---|---|---|
| Combustion System Improvement (CPS 372) | Fuel type before installation | Coal<br>Diesel<br>Electricity<br>Gasoline<br>Kerosene<br>Liquified petroleum gas (LPG)<br>Natural gas<br>Propane<br>Wood<br>Other (specify) |
| | Fuel amount before installation | 0-1,000,000 |
| | Fuel amount unit before installation | Cubic feet (natural gas)<br>Gallons (diesel, gasoline, propane, LPG, kerosene)<br>Kilowatt-hours (electricity)<br>Pounds (wood, coal)<br>Other (specify) |
| | Fuel type after installation | Coal<br>Diesel<br>Electricity<br>Gasoline<br>Kerosene<br>Liquified petroleum gas (LPG)<br>Natural gas<br>Propane<br>Wood<br>Other (specify) |
| | Fuel amount after installation | 0-1,000,000 |
| | Fuel amount unit after installation | Cubic feet (natural gas)<br>Gallons (diesel, gasoline, propane, LPG, kerosene)<br>Kilowatt-hours (electricity)<br>Pounds (wood, coal)<br>Other (specify) |
| Conservation Cover (CPS 327) | Species category (select most common/extensive type if using more than one) | Brassicas<br>Grasses<br>Legumes<br>Non-legume broadleaves<br>Shrubs |

J.A. 1122

Data Dictionary

**USDA** Partnerships for Climate-Smart Commodities Data Dictionary for Recipients
February 2023

| | | |
|---|---|---|
| Conservation Crop Rotation (CPS 328) | Conservation crop type | Brassica<br>Broadleaf<br>Cool season<br>Grass<br>Legume<br>Warm season |
| | Change implemented | Added perennial crop<br>Reduced fallow period<br>Both |
| | Conservation crop rotation tillage type | Conventional (plow, chisel, disk)<br>No-till, direct seed<br>Reduced till<br>Strip till<br>None<br>Other (specify) |
| | Total conservation crop rotation length in days | 1-120 |
| Contour Buffer Strips (CPS 332) | Strip width (feet) | 1-100 |
| | Species category | Grasses<br>Forbs<br>Mix |
| Cover Crop (CPS 340) | Species category (select most common/extensive type if using more than one) | Brassicas<br>Forbs<br>Grasses<br>Legume<br>Non-legume broadleaves |
| | Cover crop planned management | Grazing<br>Haying<br>Termination |
| | Cover crop termination method | Burning<br>Herbicide application<br>Incorporation<br>Mowing<br>Rolling/crimping<br>Winter kill/frost |
| Critical Area Planting (CPS 342) | Species category (select most common/extensive type if using more than one) | Grass<br>Grass legume/forb mix<br>Herbaceous woody mix<br>Perennial or reseeding<br>Shrubs<br>Trees |
| Feed Management (CPS 592) | Crude protein (percent) | 0-100 |
| | Fat (percent) | 0-100 |
| | Feed additives/supplements | Chemical<br>Edible oils/fats<br>Seaweed/kelp<br>Other (specify) |
| Field Border (CPS 386) | Species category (select most common/extensive type if using more than one) | Forbs<br>Grasses<br>Mix<br>Shrubs |

**J.A. 1123**

Data Dictionary

**USDA** Partnerships for Climate-Smart Commodities Data Dictionary for Recipients
February 2023

| | | |
|---|---|---|
| Filter Strip (CPS 393) | Strip width (feet) | 20-1,000 |
| | Species category (select most common/extensive type if using more than one) | Forbs<br>Grasses<br>Mix<br>Shrubs |
| Forest Farming (CPS 379) | Land use in previous year | Forest<br>Multi-story cropping<br>Pasture/grazing land<br>Row crops<br>Other agroforestry |
| Forest Stand Improvement (CPS 666) | Purpose for implementation | Maintain or improve forest carbon stocks<br>Maintain or improve forest health and productivity<br>Maintain or improve forest structure and composition<br>Maintain or improve wildlife, fish, and pollinator habitat<br>Manage natural precipitation more efficiently<br>Reduce forest pest pressure<br>Reduce forest wildfire hazard |
| Grassed Waterway (CPS 412) | Species category (select most common/extensive type if using more than one) | Flowering Plants<br>Forbs<br>Grasses |
| Hedgerow Planting (CPS 422) | Species category (select most common/extensive type if using more than one) | Grasses<br>Shrubs<br>Trees |
| | Species density (number of trees planted per acre) | 1-10,000 |
| Herbaceous Wind Barriers (CPS 603) | Species category (select most common/extensive type if using more than one) | Forbs<br>Grasses<br>Mix<br>Shrubs |
| | Barrier width (feet) | 1-1,000 |
| | Number of rows | 1-100 |
| Mulching (CPS 484) | Mulch type | Gravel<br>Natural<br>Synthetic<br>Wood |
| | Mulch cover (percent of field) | 0-100 |

**J.A. 1124**

Data Dictionary

USDA Partnerships for Climate-Smart Commodities Data Dictionary for Recipients
February 2023

| | | |
|---|---|---|
| Nutrient management (CPS 590) | Nutrient type with CPS 590 | Biosolids<br>Commercial fertilizers<br>Compost<br>EEF (nitrification inhibitor)<br>EEF (slow or controlled release)<br>EEF (urease inhibitor)<br>Green manure<br>Liquid animal manure<br>Organic by-products<br>Organic residues or materials<br>Solid/semi-solid animal manure<br>Wastewater |
| | Nutrient application method with CPS 590 | Banded<br>Broadcast<br>Injection<br>Irrigation<br>Surface application<br>Surface application with tillage<br>Variable rate |
| | Nutrient application method in the previous year | Banded<br>Broadcast<br>Injection<br>Irrigation<br>Surface application<br>Surface application with tillage<br>Variable rate |
| | Nutrient application timing with CPS 590 | Single pre-planting<br>Single post-planting<br>Split pre- and post-planting<br>Split post-planting |
| | Nutrient application timing in the previous year | Single pre-planting<br>Single post-planting<br>Split pre- and post-planting<br>Split post-planting |
| | Nutrient application rate with CPS 590 | 0-20,000 |
| | Nutrient application rate unit with CPS 590 | Gallons per acre<br>Pounds per acre |
| | Nutrient application rate change | Decrease compared to previous year<br>Increase compared to previous year<br>No change |
| Pasture and Hay Planting (CPS 512) | Species category (select most common/extensive type if using more than one) | Cool-season broadleaf<br>Cool-season grass<br>Warm-season broadleaf<br>Warm-season grass |
| | Termination process | Grazing<br>Haying (i.e., cutting and baling)<br>Other (specify) |
| Prescribed Grazing (CPS 528) | Grazing type | Cell grazing<br>Deferred rotational<br>Management intensive<br>Rest-rotation |

J.A. 1125

Data Dictionary

USDA Partnerships for Climate-Smart Commodities Data Dictionary for Recipients
February 2023

| | | |
|---|---|---|
| Range Planting (CPS 550) | Species category (select most common/extensive type if using more than one) | Forbs<br>Grasses<br>Legumes<br>Shrubs<br>Trees |
| Residue and Tillage Management – No-till (CPS 329) | Surface disturbance | None<br>Seed row only |
| Residue and Tillage Management – Reduced Till (CPS 345) | Surface disturbance | None<br>Seed row/ridge tillage for planting<br>Shallow across most of the soil surface<br>Vertical/mulch |
| Riparian Forest Buffer (CPS 391) | Species category (select most common/extensive type if using more than one) | Coniferous trees<br>Deciduous trees<br>Shrubs |
| | Species density (number of trees planted per acre) | 1-10,000 |
| Riparian Herbaceous Cover (CPS 390) | Species category (select most common/extensive type if using more than one) | Ferns<br>Forbs<br>Grasses<br>Legumes<br>Rushes<br>Sedges |
| Roofs and Covers (CPS 367) | Roof/cover type | Concrete<br>Flexible geomembrane<br>Metal<br>Timber<br>Other (specify) |
| Silvopasture (CPS 381) | Species category (select most common/extensive type if using more than one) | Coniferous trees<br>Deciduous trees<br>Forage<br>Shrubs |
| | Species density (number of trees planted per acre) | 1-10,000 |
| Stripcropping (CPS 585) | Strip width (feet) | 1-1,000 |
| | Crop category (select most common/extensive type if using more than one) | Erosion resistant crops<br>Fallow<br>Sediment trapping crops |
| | Number of strips | 2-100 |
| Tree/Shrub Establishment (CPS 612) | Species category (select most common/extensive type if using more than one) | Coniferous trees<br>Deciduous trees<br>Shrubs |
| | Species density (number of trees planted per acre) | 1-10,000 |
| Vegetative Barrier (CPS 601) | Species category (select most common/extensive type if using more than one) | Grasses<br>Grass forb mix<br>Grass legume mix |
| | Barrier width (feet) | 3-1,000 |

**J.A. 1126**

Data Dictionary

**USDA** Partnerships for Climate-Smart Commodities Data Dictionary for Recipients
February 2023

| | | |
|---|---|---|
| Waste Separation Facility (CPS 632) | Separation type | Chemical (e.g., salts, polymers) |
| | | Mechanical (e.g., screens, presses) |
| | | Settling basin |
| | Most common use of solids | Bedding |
| | | Field applied |
| | | Other (specify) |
| Waste Storage Facility (CPS 313) | Waste storage system prior to installing your waste storage facility | Aerobic lagoon |
| | | Anaerobic digester (complex mix) with energy generation |
| | | Anaerobic digester (plug flow) with energy generation |
| | | Anaerobic lagoon |
| | | Composting |
| | | Covered lagoon (no energy generation or flaring) |
| | | Covered lagoon with energy generation |
| | | Covered lagoon with flaring |
| | | Daily spread |
| | | Deep bedding pack |
| | | Deep pit |
| | | Dry lot |
| | | Dry stacking/solid storage |
| | | Pasture/range/paddock |
| | | Poultry with bedding |
| | | Poultry without bedding (e.g., high rise) |
| | | Slurry tank/basin |
| Waste Treatment (CPS 629) | Treatment type | Biological |
| | | Chemical |
| | | Mechanical |
| Waste Treatment Lagoon (CPS 359) | Waste storage system prior to installing waste treatment lagoon | Aerobic lagoon |
| | | Anaerobic digester (complex mix) with energy generation |
| | | Anaerobic digester (plug flow) with energy generation |
| | | Anaerobic lagoon |
| | | Composting |
| | | Covered lagoon (no energy generation or flaring) |
| | | Covered lagoon with energy generation |
| | | Covered lagoon with flaring |
| | | Daily spread |
| | | Deep bedding pack |
| | | Deep pit |
| | | Dry lot |
| | | Dry stacking/solid storage |
| | | Pasture/Range/Paddock |
| | | Poultry with bedding |
| | | Poultry without bedding (e.g., high rise) |
| | | Slurry tank/basin |
| | Is there a lagoon cover/crust? | Yes |
| | | No |
| | Is there lagoon aeration? | Yes |
| | | No |

J.A. 1127

Data Dictionary

**USDA** Partnerships for Climate-Smart Commodities Data Dictionary for Recipients
February 2023

| | | |
|---|---|---|
| Windbreak/Shelterbelt Establishment and Renovation (CPS 380) | Species category (select most common/extensive type if using more than one) | Coniferous trees<br>Deciduous trees<br>Shrubs |
| | Species density (number of trees planted per acre) | 1-10,000 |

J.A. 1128

USDA Partnerships for Climate-Smart Commodities Data Dictionary for Recipients
February 2023

## Appendix A: Climate-smart Agriculture and Forestry Practices
### All NRCS Practice Standards (not limited to climate-smart practices)

309, Agrichemical Handling Facility
311, Alley Cropping
313, Waste Storage Facility
314, Brush Management
315, Herbaceous Weed Treatment
316, Animal Mortality Facility
317, Composting Facility
318, Short Term Storage of Animal Waste and By-Products
319, On-Farm Secondary Containment Facility
320, Irrigation Canal or Lateral
324, Deep Tillage
325, High Tunnel System
326, Clearing and Snagging
327, Conservation Cover
328, Conservation Crop Rotation
329, Residue and Tillage Management, No Till
330, Contour Farming
331, Contour Orchard and Other Perennial Crops
332, Contour Buffer Strips
333, Amending Soil Properties with Gypsum Products
334, Controlled Traffic Farming
336, Soil Carbon Amendment
338, Prescribed Burning
340, Cover Crop
342, Critical Area Planting
345, Residue and Tillage Management, Reduced Till
348, Dam, Diversion
350, Sediment Basin
351, Well Decommissioning
353, Monitoring Well
355, Groundwater Testing
356, Dike and Levee
359, Waste Treatment Lagoon
360, Waste Facility Closure
362, Diversion
366, Anaerobic Digester
367, Roofs and Covers
368, Emergency Animal Mortality Management
371, Air Filtration and Scrubbing
372, Combustion System Improvement
373, Dust Control on Unpaved Roads and Surfaces
374, Energy Efficient Agricultural Operation
375, Dust Management for Pen Surfaces
376, Field Operations Emissions Reduction
378, Pond
379, Forest Farming
380, Windbreak/Shelterbelt Establishment and Renovation
381, Silvopasture
382, Fence
383, Fuel Break
384, Woody Residue Treatment
386, Field Border
388, Irrigation Field Ditch

390, Riparian Herbaceous Cover
391, Riparian Forest Buffer
393, Filter Strip
394, Firebreak
395, Stream Habitat Improvement and Management
396, Aquatic Organism Passage
397, Aquaculture Pond
398, Fish Raceway or Tank
399, Fishpond Management
400, Bivalve Aquaculture Gear and Biofouling Control
402, Dam
410, Grade Stabilization Structure
412, Grassed Waterway
420, Wildlife Habitat Planting
422, Hedgerow Planting
423, Hillside Ditch
428, Irrigation Ditch Lining
428A, Irrigation Water Conveyance, Ditch and Canal Lining, Plain Concrete
428B, Irrigation Water Conveyance, Ditch and Canal Lining, Flexible Membrane
428C, Irrigation Water Conveyance, Ditch and Canal Lining, Galvanized Steel
430, Irrigation Pipeline
432, Dry Hydrant
436, Irrigation Reservoir
441, Irrigation System, Microirrigation
442, Sprinkler System
443, Irrigation System, Surface and Subsurface
447, Irrigation and Drainage Tailwater Recovery
449, Irrigation Water Management
450, Anionic Polyacrylamide (PAM) Application
453, Land Reclamation, Landslide Treatment
455, Land Reclamation, Toxic Discharge Control
457, Mine Shaft and Adit Closing
460, Land Clearing
462, Precision Land Forming and Smoothing
464, Irrigation Land Leveling
466, Land Smoothing
468, Lined Waterway or Outlet
472, Access Control
484, Mulching
490, Tree/Shrub Site Preparation
500, Obstruction Removal
511, Forage Harvest Management
512, Pasture and Hay Planting
516, Livestock Pipeline
520, Pond Sealing or Lining, Compacted Soil Treatment
521, Pond Sealing or Lining, Geomembrane or Geosynthetic Clay Liner
521A, Pond Sealing or Lining, Flexible Membrane
521B, Pond Sealing or Lining, Soil Dispersant
521C, Pond Sealing or Lining, Bentonite Sealant

**J.A. 1129**

**USDA** Partnerships for Climate-Smart Commodities Data Dictionary for Recipients
February 2023

521D, Pond Sealing or Lining, Compacted Clay Treatment
522, Pond Sealing or Lining - Concrete
527, Sinkhole Treatment
528, Prescribed Grazing
533, Pumping Plant
543, Land Reclamation, Abandoned Mined Land
544, Land Reclamation, Currently Mined Land
548, Grazing Land Mechanical Treatment
550, Range Planting
554, Drainage Water Management
555, Rock Wall Terrace
557, Row Arrangement
558, Roof Runoff Structure
560, Access Road
561, Heavy Use Area Protection
562, Recreation Area Improvement
566, Recreation Land Improvement and Protection
570, Stormwater Runoff Control
572, Spoil Disposal
574, Spring Development
575, Trails and Walkways
576, Livestock Shelter Structure
578, Stream Crossing
580, Streambank and Shoreline Protection
582, Open Channel
584, Channel Bed Stabilization
585, Stripcropping
587, Structure for Water Control
588, Crosswind Ridges
589, Cross Wind Trap Strips
590, Nutrient Management
591, Amendments for Treatment of Agricultural Waste
592, Feed Management
595, Pest Management Conservation System
600, Terrace
601, Vegetative Barrier
602, Equitable Relief
603, Herbaceous Wind Barriers
604, Saturated Buffer
605, Denitrifying Bioreactor
606, Subsurface Drain
607, Surface Drain, Field Ditch
608, Surface Drain, Main or Lateral
609, Surface Roughening
610, Salinity and Sodic Soil Management
612, Tree/Shrub Establishment
614, Watering Facility
620, Underground Outlet
629, Waste Treatment
630, Vertical Drain

632, Waste Separation Facility
633, Waste Recycling
634, Waste Transfer
635, Vegetated Treatment Area
636, Water Harvesting Catchment
638, Water and Sediment Control Basin
640, Waterspreading
642, Water Well
643, Restoration of Rare or Declining Natural Communities
644, Wetland Wildlife Habitat Management
645, Upland Wildlife Habitat Management
646, Shallow Water Development and Management
647, Early Successional Habitat Development-Mgt
649, Structures for Wildlife
650, Windbreak/Shelterbelt Renovation
654, Road/Trail/Landing Closure and Treatment
655, Forest Trails and Landings
656, Constructed Wetland
657, Wetland Restoration
658, Wetland Creation
659, Wetland Enhancement
660, Tree-Shrub Pruning
666, Forest Stand Improvement
670, Energy Efficient Lighting System
672, Energy Efficient Building Envelope
736, Crop By-Product Transfer, interim
724, Water Treatment Facility, interim
735, Waste Gasification Facility, interim
737, Reduced Water and Energy Coffee Conveyance System, interim
740, Pond Sealing and Lining, Soil Cement, interim
751, Individual Terrace, interim
753, Infiltration Ditch, interim
755, Well Plugging, interim
770, Livestock Confinement Facility, interim
775, Drainage Ditch Covering, interim
782, Phosphorus Removal System, interim
800, Controlling Existing Flowing Wells, interim
803, Water Well Disinfection, interim
805, Amending Soil Properties with Lime, interim
808, Soil Carbon Amendment, interim
809, Conservation Harvest Management, interim
810, Annual Forages for Grazing Systems, interim
812, Raised Beds, interim
815, Groundwater Recharge Basin or Trench, interim
817, On-Farm Recharge, interim
818, Water Conservation System, interim
821, Low Tunnel Systems, interim
823, Organic Management, interim

**J.A. 1130**

USCA4 Appeal: 25-1575　　　Doc: 55-3　　　Filed: 06/23/2025　　　Pg: 195 of 602

Data Dictionary

USDA Partnerships for Climate-Smart Commodities Data Dictionary for Recipients
February 2023

**Other CSAF Practices**
Traditional or cultural practices
Microbial products
Solar power generation
Grain bin construction
Pre-season drainage

J.A. 1131

USDA Partnerships for Climate-Smart Commodities Data Dictionary for Recipients
February 2023

## Appendix B: Commodity List

CROPS

ALFALFA
ALMONDS
AMARANTH GRAIN
APPLES
APRICOTS
ARONIA (CHOKEBERRY)
ARTICHOKES
ASPARAGUS
ATEMOYA
AVOCADOS
BAMBOO SHOOTS
BANANAS
BARLEY
BEANS
BEETS
BIRDSFOOT/TREFOIL
BLUEBERRIES
BREADFRUIT
BROCCOFLOWER
BROCCOLI
BROCCOLINI
BRUSSEL SPROUTS
BUCKWHEAT
CABBAGE
CACAO
CACTUS
CAIMITO
CALABAZA MELON
CALALOO
CAMELINA
CANARY MELON
CANARY SEED
CANEBERRIES
CANISTEL
CANOLA
CANTALOUPES
CARAMBOLA (STAR FRUIT)
CARROTS
CASHEW
CASSAVA
CAULIFLOWER
CELERIAC
CELERY
CHERIMOYA
CHERRIES
CHESTNUTS
CHICORY/RADICCHIO
CHINESE BITTER MELON
CHRISTMAS TREES
CHUFAS

CINNAMON
CLOVER
COCONUTS
COFFEE
CORN
COTTON ELS
COTTON UPLAND
CRANBERRIES
CRENSHAW MELON
CRUSTACEAN
CUCUMBERS
CURRANTS
DASHEEN
DATES
DURIAN
EGGPLANT
EINKORN
ELDERBERRIES
EMMER
FIGS
FINFISH
FLAX
FLOWERS
FORAGE SOYBEAN/SORGHUM
GAILON
GARLIC
GENIP
GINGER
GINSENG
GOOSEBERRIES
GOURDS
GRAPEFRUIT
GRAPES
GRASS
GREENS
GROUND CHERRY
GUAMABANA/SOURSOP
GUAR
GUAVA
GUAVABERRY
GUAYULE
HAZEL NUTS
HEMP
HERBS
HESPERALOE
HONEY
HONEYBERRIES
HONEYDEW
HOPS
HORSERADISH
HUCKLEBERRIES

HYBRID POPLAR TREES
IDLE
INDIGO
ISRAEL MELONS
JACK FRUIT
JERUSALEM ARTICHOKES
JICAMA
JOJOBA
JUJUBE
JUNEBERRIES
KENAF
KHORASAN
KIWIBERRY
KIWIFRUIT
KOCHIA (PROSTRATA)
KOHLRABI
KOREAN GOLDEN MELON
KUMQUATS
LAMBS EAR
LEEKS
LEMONS
LENTILS
LESPEDEZA
LETTUCE
LIMES
LONGAN
LOQUATS
LYCHEE
MANGOS
MANGOSTEEN
MAPLE SAP
MAYHAW BERRIES
MEADOWFOAM
MILKWEED
MILLET
MIXED FORAGE
MOHAIR
MOLLUSK
MORINGA
MULBERRIES
MUSHROOMS
MUSTARD
NECTARINES
NIGER SEED
NONI
OATS
OKRA
OLIVES
ONIONS
ORANGES
PAPAYA

**USDA** Partnerships for Climate-Smart Commodities Data Dictionary for Recipients
February 2023

PARSNIP
PASSION FRUITS
PAWPAW
PEACHES
PEANUTS
PEARS
PEAS
PECANS
PENNYCRESS
PEPPERS
PERENNIAL PEANUTS
PERIQUE TOBACCO
PERSIMMONS
PINE NUTS
PINEAPPLE
PISTACHIOS
PITAYA/DRAGONFRUIT
PLANTAIN
PLUMCOTS
PLUMS
POMEGRANATES
POTATOES
POTATOES SWEET
PRUNES
PSYLLIUM
PUMMELO
PUMPKINS
QUINCES
QUINOA
RADISHES
RAISINS
RAMBUTAN
RAPESEED
RHUBARB
RICE
RICE SWEET
RICE WILD
RUTABAGA
RYE
SAFFLOWER
SAPODILLA
SAPOTE
SCALLIONS
SESAME
SHALLOTS
SORGHUM
SORGHUM DUAL PURPOSE
SORGHUM FORAGE
SOYBEANS
SPELT
SQUASH
STAR GOOSEBERRY

STRAWBERRIES
SUGAR BEETS
SUGARCANE
SUNFLOWERS
SUNN HEMP
TANGELOS
TANGERINES
TANGORS
TANGOS
TANNIER
TARO
TEA
TEFF
TI
TOBACCO CIGAR WRAPPER
TOBACCO BURLEY
TOBACCO BURLEY 31V
TOBACCO CIGAR BINDER
TOBACCO CIGAR FILLER
TOBACCO CIGAR FILLER BINDER
TOBACCO DARK AIR CURED
TOBACCO FIRE CURED
TOBACCO FLUE CURED
TOBACCO MARYLAND
TOBACCO VIRGINIA FIRE CURED
TOMATILLOS
TOMATOES
TREES TIMBER
TRITICALE
TRUFFLES
TURNIPS
VETCH
WALNUTS
WAMPEE
WASABI
WATERMELON
WAX JAMBOO FRUIT
WHEAT
WILLOW SHRUB
WINTER MELON
WOLFBERRY/GOJI
YAM

LIVESTOCK
ALPACAS
BEEF COWS
BEEFALO
BUFFALO OR BISON
CHICKENS (BROILERS)
CHICKENS (LAYERS)
DAIRY COWS
DEER
DUCKS
ELK
EMUS
EQUINE
GEESE
GOATS
HONEYBEES
LLAMAS
REINDEER
SHEEP
SWINE
TURKEYS

**J.A. 1133**

# Partnerships for Climate-Smart Commodities
# Additional Specific Terms and Conditions
# February 2023

**I.   Overarching Statement**

The following award terms and conditions are applicable to Partnerships for Climate-Smart Commodities agreements and are in addition to the USDA FPAC General Terms and Conditions. The award recipient must abide by all terms of this grant including, but not limited to, the General Terms and Conditions, the terms in the Funding Opportunity and associated Frequently Asked Questions, and this addendum.  The recipient must also deliver on the planned objectives in the project narrative and budget narrative associated with this grant.

**II.  Eligibility and Highly Erodible Lands and Wetlands Compliance**

In order to be eligible for an incentive payment as a part of the Partnerships for Climate-Smart Commodities, a producer must:

- Establish Farm Records with the Farm Service Agency (FSA) (have farm, tract, and field numbers in place);
- Complete an AD-2047 (Customer Data Worksheet to facilitate the collection of customer data for Business Partner Record);
- Certify highly erodible land conservation (HEL) and wetland conservation (WC) compliance via Form AD-1026, Highly Erodible Land Conservation (HELC) and Wetland Conservation (WC) Certification; and
- Certify that they are not a foreign person or entity.

Farm, tract, and field numbers are required for the producer, and ultimately the Partnerships for Climate-Smart Commodities recipient, to report climate-smart practice implementation to USDA, as well as to certify and maintain HELC/WC compliance. This will require that some producers who do not already have these numbers, like perennial crop growers or feedlots, establish these records with USDA's FSA.  Farm, tract, field numbers, producer name, and Core Customer I.D. (CCID) will be provided by the recipient to the National Program Officer as a part of routine grant reporting. Recipients must ensure that producers receiving financial assistance or incentives through this project use the same name as is included in the relevant FSA Business File for that Farm ID in any contracts or similar documentation kept by the recipient.

Producers are not bound by the payment limitations and the adjusted gross income (AGI) limitations that are in place for other USDA programs.

In order to demonstrate HELC/WC compliance for Partnerships for Climate-Smart Commodities incentive payments, producers will need to request a copy of their subsidiary print from their

J.A. 1134

USDA FSA field office. The Subsidiary Print includes print year specific eligibility related information about a selected producer. The producer will then provide this documentation to the Partnerships for Climate-Smart Commodities recipients as proof of compliance. A current year subsidiary print will be required for each crop year that the producer receives a payment, and HELC/WC eligibility information is provided under the AD-1026 and Conservation Compliance sections of subsidiary (determined by year, which can change at any time during the year or in a subsequent year). As is the case already, field offices will not be expected to provide documentation to anyone besides the producer themselves (and must always comply with Section 1619 limitations if they ever do provide documentation to third parties). Producers must have control of the land for the term of their beneficiary contract.

Recipients are responsible for determining producer eligibility within the funding opportunity requirements. Recipients must inform producers of eligibility requirements and direct them to local USDA offices for requested information as necessary, including but not limited to, farm and tract establishment and Highly Erodible Land and Wetland Compliance determinations. Privacy of producers is a priority throughout this process, and recipients are responsible for maintaining producer privacy in the process.

At minimum, the recipient will collect and review subsidiary reports from participating producers. They will ensure that the producer is listed as "compliant" in all sections of the conservation compliance portion of subsidiary and "certified" for AD-1026 before an incentive payment is made. If payments to a producer span more than one Federal fiscal year, the recipient will review an updated subsidiary print each fiscal year to ensure that the status is still compliant.

### III. Other Environmental and Cultural Resources Reviews

A Finding of No Significant Impact (FONSI) was signed by USDA NRCS on August 26, 2022. A copy of the Programmatic Environmental Assessment for Partnerships for Climate-Smart Commodities is available at www.usda.gov/climate-smart-commodities . USDA may determine that additional environmental and cultural resources review is needed for any particular action under Partnerships for Climate-Smart Commodities. The recipient must not execute any beneficiary contracts under this grant agreement prior to receipt of a letter from USDA that specifically details:

1) further procedures deemed appropriate by the Agency to ensure a completed National Environmental Policy Act (NEPA) review and all appropriate consultation requirements are met, and
2) additional instructions for any unanticipated discoveries or conditions.

A resolution of support is required for projects on Tribal lands from the governing body of the Tribe with jurisdiction over that land, if the applicant is not the Tribe nor an entity owned or

**J.A. 1135**

operated by that Tribe.  USDA may approve alternative documentation for resolutions when USDA deems necessary and legally sufficient.

## IV. Producer Benefits

USDA encourages the recipient to disclose to participating producers the manner and amount for which any market premiums derived from the development of the relevant climate-smart commodity will be shared between participating parties, including producers.  USDA will be monitoring producer benefits, in particular those to small and underserved producers, throughout the grant period.  Recipients agree that their project(s) will implement a plan for engaging small and underserved producers as laid out in this agreement.

## V. Producer Data Protection and Disclosure

Recipients must ensure each producer has convenient access to any data collected from that producer or the producer's land and any associated modeling as part of the project.  The recipient must provide each producer applying for benefits under this grant a description in writing of how their information, including but not limited to data about their farm and commodities, will be utilized, protected and shared as applicable.

## VI. Other Data and Reporting Requirements

In addition to the reporting information provided in the statement of work and General Terms and Conditions, USDA will provide a template for the Detailed Progress Report, also known as the Partnerships for Climate-Smart Commodities (PSCS) Project Reporting Workbook.  Within 30 calendar days of execution of this grant, a copy of this workbook will be posted at www.usda.gov/climate-smart-commodities or an alternative location provided to the recipient by the National Program Officer.  USDA may provide updates to the PCSC Project Reporting Workbook or submission methods to streamline the data collection process and/or reduce the burden on the recipient throughout the grant period. Generally, these updates will be provided at least 3 months in advance of any required changes. The recipient must not transfer any data to foreign governments or foreign entities without prior approval from USDA.

USDA will provide a Technical Contact for this grant. The Technical Contact will have the responsibility of technical oversight for USDA for the project. The recipient is responsible for providing the technical assistance required to successfully implement and complete the project. The recipient must comply with any requests for information from the Technical Contact.  The Technical Contact for this award is the National Program Officer assigned to this grant.

Prior to execution of this grant, the recipient must provide a shapefile depicting the project boundary for enrollment under this grant.  Producer enrollment may not occur outside this boundary without modification of this grant.

**J.A. 1136**

Within 30 calendar days of execution of this grant, the recipient must provide to the National Program Officer a website address where enrollment information will be posted for producers for the project associated with this grant.  Recipients will be responsible for the following reports:

- Submit quarterly performance reports that include a written progress report, as well as additional reporting on specific data elements contained in the most up-to-date version of the Partnerships for Climate-Smart Commodities Project Reporting Workbook. Additional information about each reported element is described in the Data Dictionary.
- Submit supplemental reports required to validate greenhouse gas (GHG) benefit data, including: (1) an initial project MMRV plan, (2) field-modeled GHG benefit reports, and (3) field-direct GHG measurement results, as applicable. Additional information about these reports is in included in the Data Dictionary.
- Submit copies of project outputs and deliverables (e.g., fact sheets, reports) as attachments in ezFedGrants along with quarterly performance reports.
- Report the version of COMET-Planner used to estimate GHG benefits of the project within each quarterly performance report. As COMET-Planner is updated, recipients must adopt the latest version of the tool as directed by USDA for use in performance reports.

Recipients must designate an individual as a member of the USDA Partnerships for Climate-Smart Commodities Learning Network (Partnerships Network); this representative should be identified in the Project Narrative for this grant.  Each project includes a plan for up to two Partnerships Network virtual meetings and two in-person meetings a year during the project duration.  Dates and other details on events will be posted at www.usda.gov/climate-smart-commodities or an alternative location provided to the recipient by the National Program Officer.

The Partnerships Network will be co-chaired by representative from the USDA Office of the Chief Economist and the Farm Production and Conservation Mission Area. The Partnerships Network will inform synthesis reports to be assembled by USDA on a range of topics related to the implementation of Partnerships for Climate-Smart Commodities projects, including:

- Lessons-learned as projects are implemented;
- Options for providing technical assistance;
- Procedures for measurement/quantification, monitoring, reporting, and verifying GHG benefits;
- Options for tracing climate-smart commodities through the supply chain;
- Mechanisms for reducing costs of implementation;
- A forum for discussion and learning regarding approaches to climate-smart agriculture and forestry implementation (including but not limited to deployment and

**J.A. 1137**

measurement/quantification, monitoring, reporting, tracking, and verification of associated greenhouse gas benefits and marketing of climate-smart commodities).
- Synthesis of outcomes; and
- Opportunities for USDA and others to inform future approaches to generating new and expanded markets for climate-smart commodities.

The Partnerships Network topics to be discussed will cover at minimum the areas described in previous FAQs and will evolve with USDA's ongoing project data analysis efforts and with input from the project recipients on the kinds of sessions that will be most helpful to them in building the diverse climate-smart markets associated with their projects. Participation may include at least one interview a year and include questions related to the following areas:

- Technical assistance approaches, methods, and successes and/or challenges
- Producer outreach approaches, methods, and successes and/or challenges
- Monitoring, measurement, reporting, and verification (MMRV) approaches, methods, and successes and/or challenges
- Marketing approaches, methods, and successes and/or challenges
- Partnership approaches, methods, and successes and/or challenges
- Data collection and storage approaches, methods, and successes and/or challenges
- Supply chain approaches, methods and successes and/or challenges, including approaches to traceability
- Supply chain benefits and demand for climate-smart commodities
- Perspectives on program design, climate-smart commodity definitions, and future approaches or opportunities
- Project successes and stories

USDA may also request producer exit reports at a later date. Additional marketing and branding-related requirements may be provided by USDA, including signage related to Partnerships for Climate-Smart Commodities.

**VII. Competition and Anti-Competitive Practices**

In connection with this grant, recipients may not prohibit or otherwise limit a producer from changing the provider of other services or materials not included as part of this grant. Recipients may not condition, limit, steer, or discriminate in their provision or sale of non-project business functions or products to producers based on their participation or non-participation in or use of any services provided as part of this grant. Additionally, funds in this agreement shall not be used for purposes or activities related to mergers or acquisitions.

**J.A. 1138**

**VIII.    Suspension and Disbarment**

The provisions governing Suspension and Disbarment in subsection 1.a.8 shall also apply to fraud, embezzlement, theft, forgery, bribery, falsification, or destruction of records, making false statements, or violations of the Federal civil antitrust or unfair trade practice laws.

**IX.  Special provisions for awards to for-profit entities as recipients**

This section contains provisions that apply to awards to for-profit entities. These provisions are in addition to other applicable provisions of these terms and conditions, or they make exceptions from other provisions of the terms and conditions for awards to for-profit entities. For-profit entities that receive awards have two options regarding audits:

1) A financial related audit of a particular award in accordance with Generally Accepted Government Auditing Standards issued by the Comptroller General of the United States, in those cases where the for-profit entity receives awards under only one USDA program; or, if awards are received under multiple USDA programs, a financial related audit of all awards in accordance with Generally Accepted Government Auditing Standards issued by the Comptroller General of the United States; or

2) An audit that meets the requirements contained in 2 CFR 200 subpart F.

For-profit entities that receive annual awards totaling less than the audit requirement threshold in 2 CFR 200 subpart F are exempt from USDA audit requirements for that year, but records must be available for review by appropriate officials of Federal agencies or the Government Accountability Office.

**X.  Non-Disparagement**

Recipients may not engage in any advertising deemed by USDA as disparaging to another agricultural commodity or competing product, or in violation of the prohibition against false and misleading advertising. Disparagement is defined as anything that depicts other commodities in a negative or unpleasant light via overt or subjective video, photography, or statements. Comparative advertising is allowable, provided the presentation of  facts is truthful, objective, not misleading, and supported by a reasonable basis.

J.A. 1139

MARBLESEED DECLARATION

EXHIBIT 10-C

NRCS-ADS-093

**U.S. Department of Agriculture**
**Natural Resources Conservation Service**

### NOTICE OF GRANT AND AGREEMENT AWARD

| 1. Award Identifying Number | 2. Amendment Number | 3. Award / Project Period | 4. Type of Award Instrument |
|---|---|---|---|
| NR225F48XXXXC002 | | Date of Final Signature - 09/30/2027 | Contribution Agreement |

| 5. Agency (Name and Address) | 6. Recipient Organization (Name and Address) |
|---|---|
| Natural Resources Conservation Service 8030 Excelsior Drive, Suite 200 Madison, WI 53717 | Marbleseed, Inc. PO Box 339 Spring Valley, WI 54767-0339  UEI Number / DUNS Number: KWHJGBFCLMT6 / 150965791 |

| 7. NRCS Program Contact | 8. NRCS Administrative Contact | 9. Recipient Program Contact | 10. Recipient Administrative Contact |
|---|---|---|---|
| Name: Eric Allness Phone: (608) 662-4422 Email: eric.allness@usda.gov | Name: Kimberly Johnson Phone: (202) 772-6028 Email: kimberly.johnson2@usda.gov | Name: Tom Manley Phone: (715) 307-8909 Email: thomas.manley@ marbleseed.org | Name: Sarah Broadfoot Phone: (715) 778-5775 Email: sarah.broadfoot@ marbleseed.org |

| 11. CFDA | 12. Authority | 13. Type of Action | 14. Program Director |
|---|---|---|---|
| 10.902,10.912,10.924 | 16 U.S.C. 3839-21 et seq. 16 U.S.C. 2001-2009 16 U.S.C. 2004 16 U.S.C. 3801 et seq 16 U.S.C. 3839aa et seq. 16 U.S.C. 590a-590f, 590q 7 CFR 12 7 U.S.C. 1010a 7 U.S.C 6962a: Contribution | New Agreement | Name: Lori Stern Phone: (608) 558-2614 Email: lori.stern@marbleseed.org |

15. Project Title/ Description:  Organic Technical Staffing Assistance

16. Entity Type:  M = Nonprofit with 501C3 IRS Status (Other than Institution of Higher Education)

17. Select Funding Type

| Select funding type: | ☒ Federal | ☒ Non-Federal |
|---|---|---|
| Original funds total | $300,000.00 | $100,000.00 |
| Additional funds total | $0.00 | $0.00 |
| Grand total | $300,000.00 | $100,000.00 |

18.  Approved Budget

| Personnel | $0.00 | Fringe Benefits | $0.00 |
|---|---|---|---|
| Travel | $0.00 | Equipment | $0.00 |
| Supplies | $0.00 | Contractual | $0.00 |
| Construction | $0.00 | Other | $300,000.00 |
| Total Direct Cost | $300,000.00 | Total Indirect Cost | $0.00 |
| | | Total Non-Federal Funds | $100,000.00 |
| | | Total Federal Funds Awarded | $300,000.00 |
| | | Total Approved Budget | $400,000.00 |

This agreement is subject to applicable USDA NRCS statutory provisions and Financial Assistance Regulations. In accepting this award or amendment and any payments made pursuant thereto, the undersigned represents that he or she is duly authorized to act on behalf of the awardee organization, agrees that the award is subject to the applicable provisions of this agreement (and all attachments), and agrees that acceptance of any payments constitutes an agreement by the payee that the amounts, if any, found by NRCS to have been overpaid, will be refunded or credited in full to NRCS.

| Name and Title of Authorized Government Representative<br><br>Jeff Vander Wilt<br>Acting State Conservationist | Signature *Jeff Vander Wilt*<br>JEFF VANDER WILT<br>2022.08.09 16:34:51<br>-05'00' | Date |
|---|---|---|
| Name and Title of Authorized Recipient Representative<br><br>Lori Stern<br>Executive Director | Signature *Lori Stern* | Date  08/09/2022 |

### NONDISCRIMINATION STATEMENT

The U.S. Department of Agriculture (USDA) prohibits discrimination in all its programs and activities on the basis of race, color, national origin, age, disability, and where applicable, sex, marital status, familial status, parental status, religion, sexual orientation, genetic information, political beliefs, reprisal, or because all or a part of an individual's income is derived from any public assistance program. (Not all prohibited bases apply to all programs.) Persons with disabilities who require alternative means for communication of program information (Braille, large print, audiotape, etc.) should contact USDA's TARGET Center at (202) 720-2600 (voice and TDD). To file a complaint of discrimination write to USDA, Director, Office of Civil Rights, 1400 Independence Avenue, SW., Washington, DC 20250-9410 or call (800) 795-3272 (voice) or (202) 720-6382 (TDD). USDA is an equal opportunity provider, employer and lender.

### PRIVACY ACT STATEMENT

The above statements are made in accordance with the Privacy Act of 1974 (5 U.S.C. Section 522a).

### J.A. 1142

**Statement of Work**

**Purpose**

A. This agreement is made by and between the United States Department of Agriculture (USDA) Natural Resources Conservation Service, hereafter referred to as "NRCS"; and Marbleseed hereafter referred to as "Marbleseed". The collective name of both entities is hereafter referred to as the "Parties".

B. NRCS has the responsibility and authority to provide technical assistance to assist landowners and organizations in carrying out the USDA Farm Bill conservation programs, and lacks the total number of staff needed to fully meet the workload of these programs. Congress has defined NRCS's ability to enter into cooperative agreements with partners to address the Farm Bill workload.

C. The Parties have a mutual interest in helping to bring about the conservation and wise use of land, water and related natural resources in Wisconsin. The Parties have a mutual interest in the accelerating implementation of USDA-NRCS Farm Bill conservation programs. Funding assistance provided through this agreement will accelerate the delivery of conservation services to NRCS clients. Implementation of USDA-NRCS Farm Bill conservation programs directly benefits the mission of the Parties.

D. This agreement will result in the employment of an Organic Conservation Specialist, or similar type staff position, that will provide conservation technical assistance to agricultural producers, and assist in the development and delivery of organic conservation planning guidance at the state level for Wisconsin.

**Objectives**

A. The objectives of the agreement include, but not limited to:

1. Develop technical information for use by agency staff; and increase the knowledge of USDA conservationists regarding organic agriculture production systems.

2. Expand conservation planning assistance to organic agricultural producers and accelerate conservation practice implementation.

3. Increase participant enrollment in USDA-NRCS Farm Bill conservation programs.

4. Increase NRCS staffing capacity to address natural resource concerns and priorities of mutual interest of the Parties.

**Budget Narrative**

A. The official budget described in this Budget Narrative will be considered the total budget as last approved by the Federal awarding agency for this award. Amounts included in this budget narrative are estimates. Reimbursements will be based on actual expenditures, not to exceed the total agreement obligation.

|  | NRCS | Marbleseed |
|---|---|---|
| Personnel: | $210,000 | $74,409 |
| Fringe Benefits: | $62,727 | $0 |
| Travel: | $0 | $12,500 |
| Other: | $0 | $4,000 |
| Total Direct Costs: | $272,727 | $90,909 |
| Indirect Costs: | $27,273 | $9,091 |
| Grand Total: | $300,000 | $100,000 |

B. NRCS will provide a maximum financial reimbursement of $300,000 to Marbleseed based on the budget categories and amounts listed below. This financial contribution reflects the cost to employ an Organic Conservation Specialist position (salary/fringe and indirect costs) for a 4-year period (approximate). The NRCS payment reimbursements for the object class categories shall be based on the following conditions:

1. Personnel & Fringe Benefits: NRCS will reimburse Marbleseed (at 100% reimbursement rate) based on actual cost expenses as identified on Marbleseed payroll documentation for the salary and fringe benefit expense for the employed Organic Conservation Specialist position. The salary rate shall not exceed the federal general scale wage rate for the position type, based on the employee's education and experience level, and shall be determined upon mutual concurrence between the Parties. The fringe benefit rate shall be based on Marbleseed personnel policy.

Personnel: $52,500/annual x 4 years = $210,000
Fringe Benefits: 30% approximate x 4 years = $62,727

2. Indirect Costs: NRCS will reimburse Marbleseed (at 100% reimbursement rate) for indirect costs based on a 10% fixed rate percentage (Marbleseed has elected to use the de minimis indirect cost rate).

Direct Costs: $272,747 (personnel/fringe expense) x 10% indirect costs = $27,273

C. Marbleseed will provide a minimum financial contribution of $100,000 (non-federal funding source) for the employment of the Organic Conservation Specialist position. This financial contribution reflects the costs associated with supervision, travel, and other expenses necessary to support the employment of an Organic Conservationist Specialist position. The Marbleseed contributions for the object class categories are based on the following estimates:

1. Personnel: $60/hour x 15% FTE annual time contribution (0.15 x 2,080 hours = 312 annual hours) x 4 years approximate = $74,409

2. Travel: $5,000/mi annual x $0.625/mi. x 4 years = $12,500

3. Other Expenses: $1,000 annual x 4 years = $4,000

4. Indirect Costs: $90,909 (Contribution Direct Costs) x 10% indirect costs = $9,091

D. Adjustments between the NRCS financial contributions identified for the object class categories may be accommodated in accordance with the Prior Approval Requirements of the General Terms and Conditions.

E. The NRCS financial codes associated with this agreement are:

NR.SI.CST8.55.0000.22XXT ($250,000)
NR.SI.COTA.55.0000.2223T ($25,000)
NR.SI.EQP8.55.0000.22XXT ($25,000)

**Responsibilities of the Parties**

A. If inconsistencies arise between the language in this Statement of Work (SOW) and the General Terms and Conditions document attached to the agreement, the language in this SOW shall take precedence.

B. Marbleseed will:

1. Employ an Organic Conservation Specialist (or equivalent) to perform the deliverables (tasks) stated in the agreement. Employees or contractors of Marbleseed will not be considered as federal employees or agents of the United States for any purpose under this agreement. The employed technical staff shall identify themselves as Marbleseed staff personnel during the designated hours of performance. The position will be supervised by Marbleseed. An NRCS staff individual will assist in identification of work assignment priorities to be completed by the employed Marbleseed staff.

2. Coordinate and collaborate with NRCS when selecting staff that will be employed as a result of this agreement. A consensus of the Parties will be required for staffing decisions.

3. Provide administrative and supervisory support for the employed technical staff.

4. Comply with the applicable version of the General Terms and Conditions.

5. Ensure conservation practices planned and installed under this agreement shall meet applicable state NRCS conservation practice standards, specifications, and program requirements; be consistent with the conservation program goals and objectives in the agreement; and incorporate, where appropriate, low-cost alternatives that would address the resource issues and meet the objectives of Conservation Technical Assistance (CTA) and the participating farm client for which assistance is provided.

6. Access NRCS client records only as necessary to carry out the purpose of this agreement. Access does not give custody of CTA records (or files) to Marbleseed. Contents of CTA records will not be disclosed without the express written consent of the NRCS Freedom of Information and Privacy Acts Officer.

7. Coordinate with NRCS on all news releases and information materials produced to publicize, announce, or promote

the projects, activities, and events resulting from this agreement.  Acknowledge NRCS support on any publications written or published or any audiovisual produced with NRCS financial support and, if feasible, on any publication reporting the results of, or describing this supported activity.

8.  Work with and recognize NRCS in any public or legislative outreach deemed appropriate for aiding citizens in understanding the use of public funds and natural resources conservation benefits derived as a result of this cooperative effort.

9.  Submit performance reports on an annual basis to the ezFedGrants system or the Farm Production and Conservation (FPAC) Grants and Agreements Division staff via email to: FPAC.BC.GAD@usda.gov. Reports are due 30 calendar days after the reporting period and are based on the agreement period of performance start date.

10.  Submit SF425 Financial Reports on an annual basis to the ezFedGrants system or the Farm Production and Conservation (FPAC) Grants and Agreements Division via email to: FPAC.BC.GAD@usda.gov. Reports are due 30 calendar days after the reporting period on January 31. Please note that financial reporting is based on the calendar year.

11.  Submit payment requests to the ezFedGrants system or the Farm Production and Conservation (FPAC) Grants and Agreements Division via email to: FPAC.BC.GAD@usda.gov on a quarterly basis. Refer to the General Terms and Conditions for more information regarding payment requests.

C.  NRCS will:

1.  Provide a NRCS point-of-contact individual for the purpose of identifying workload priorities for the employed staff position.

2.  Provide technical support and training for the staff employed as a result of this agreement.  Training will include, but not limited to: policies and procedures associated with conservation planning, program eligibility, practice eligibility, financial assistance, contract and/or agreement development, practice establishment requirements, practice certification and documentation requirements.

3.  Assist with interpretation and implementation of applicable NRCS standards, policies and guidelines.  Ensure that all work performed by the employed staff complies with applicable NRCS standards, policies, and guidelines.

4.  Work with and recognize Marbleseed in any public or legislative outreach deemed appropriate for aiding citizens in understanding the use of public funds and natural resources conservation benefits derived as a result of this cooperative effort.

**Expected Accomplishments and Deliverables**

A. The Parties shall collaborate to develop an agreed-to detailed job description for the specific employed technical staff position(s).  The general duties of the employed technical staff shall include, but not limited to:

1.  Provides technical assistance to organic producers for the planning, contracting, and implementation of conservation practices and programs, consistent with NRCS policies and procedures.

2.   Works with landowners through conservation planning and engineering assistance designed to benefit the soil, water, air, plants, and animals that result in productive lands and healthy ecosystems.

3.   Promotes, markets, and implements Farm Bill initiatives and maintains positive relationships with the public, partners, and stakeholders.

4.   Keeps the NRCS agreement liaison(s), District Conservationists and other applicable NRCS staff regularly appraised of work schedule and project tasks being performed.  Provides detailed quarterly report of completed work for NRCS data entry into performance tracking software.

5.   Demonstrates an awareness of USDA Civil Rights policies and responsibilities and performs all duties in a manner which consistently demonstrates fairness, cooperation and respect to co-workers, office visitors and all others in the performance of official business.

B.  The Parties shall collaborate to develop an agreed-to annual performance measures for the employed technical staff position.  The following are the estimated annual target accomplishment goals (tasks) for the employment of an Organic Conservation Specialist position:

Landowner Outreach Contacts:  50 (individual/unique farm visits)
Conservation Planning (Steps 1-7):  10
Conservation Planning (Step 8):  10
Conservation Planning (Step 9):  10
Conduct Training Events:  3
Develop NRCS Technical Documents: 2
Review NRCS Organic and Organic Transition Component Conservation Plans: 5
Conduct or Participate in Outreach Events:  5
Create Promotional/Outreach Documents:  5

C.  Reimbursement payments by NRCS to Marbleseed are based on the amounts identified in the Budget Narrative section.  Annual task accomplishment performance may be more or less than the target values identified above due to the dynamic nature and complexity of individual work projects.

**Resources Required**

A.  Marbleseed will advertise, hire, and employ an Organic Conservation Specialist position; provide supervisory and administrative support and services; and provide supplies, equipment, and office space (if needed).

B.  NRCS will provide personnel for training, assistance, oversight; and provide a NRCS computer for the employed staff position.

**Milestones**

A.  Advertisement and hiring new technical staff position is anticipated to be completed within the first 3 months of the agreement period.

B.  Budget expenditures and tasks completed on an annual basis should closely reflect the quantity amounts identified in the Budget Narrative and Expected Accomplishments and Deliverables section. The Parties will meet twice per year to review expenditures, workload, training needs, target goals, and performance to ensure progress and accomplishments are being made, as determined acceptable by the Parties.

**GENERAL TERMS AND CONDITIONS**

Please reference the below link(s) for the General Terms and Conditions pertaining to this award:
https://www.fpacbc.usda.gov/about/grants-and-agreements/award-terms-and-conditions/index.html

SUSTAINABILITY INSTITUTE, ET AL v. TRUMP

2:25-CV-02152-RMG

# ORGANIC ASSOCIATION OF KENTUCKY DECLARATION

# EXHIBIT 11

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION**

| | |
|---|---|
| The Sustainability Institute, et al., | |
| Plaintiffs, | Civ. No. 2:25-cv-02152-RMG |
| v. | |
| DONALD J. TRUMP, in his official capacity as President of the United States, et al., | |
| Defendants. | |

## DECLARATION OF BROOKE GENTILE, ORGANIC ASSOCIATION OF KENTUCKY

I, Brooke Gentile, declare as follows:

1.      My name is Brooke Gentile. I live in Lexington, Kentucky. This declaration is based on my personal knowledge, professional education, and experience. I am over the age of eighteen and suffer from no legal incapacity. I submit this declaration on behalf of the Organic Association of Kentucky ("OAK"), a nonprofit organization affected by the federal funding pause.

2.      OAK is a 501(c)(3) nonprofit organization based in Lexington, Kentucky. Incorporated since 2015, OAK serves to improve the health of the environment and communities by advancing organic regenerative agriculture to grow ecological resilience, economic viability, and socially just futures for Kentucky farmers through educational, technical, and market resources.

3.      I am OAK's Executive Director. I have worked at OAK since 2017. I work with the Board of Directors, manage staff, write grants, oversee compliance, direct fundraising, develop and evaluate programs, engage farmers in organic transition and technical assistance programming, and represent OAK at events, meetings, and numerous working groups across the state and nationally. I have over 22 years of nonprofit management, sustainable agriculture, stakeholder-driven programming, and federal grant management and reporting experience.

4.      On September 18, 2023, OAK was awarded $4,407,706.00 as part of the Climate-Smart Commodities Grant ("Climate-Smart") under the United States Department of Agriculture's Natural Resources Conservation Service ("NRCS") to expand markets for climate-smart grass-fed lamb, grass-fed beef, corn, soybeans, small grains, produce, dairy, agroforestry, and hemp in Kentucky. OAK received a .5% budget increase on September 26, 2024, ($4,429,745.00) and a 7% increase on January 1, 2025, making the final award $4,739,827.15. The opportunity to apply for budget increases of these amounts was offered to all Climate-Smart projects. Using incentives and technical assistance, the five-year project helps up to 110 farmers per

year adopt cover crops; reduced tillage; diversify crop rotations; reduce nitrogen inputs; implement holistic grazing, agroforestry, and other conservation practices to improve soil health and water quality; reduce greenhouse gas emissions; and promote wildlife habitat, all which connect climate-smart commodity production with climate adaptation and greenhouse gas benefits. Through this grant, OAK has developed a scalable pilot project, building supply and demand for climate-smart commodities across Kentucky, and establishing durable farm-to-buyer market demand. The project draws on OAK's and partners' networks of small farms and historically underserved farmers, from the eastern Kentucky Appalachian Mountains to farms of the central bluegrass region with diversified vegetables and pastured livestock to the broad acre corn and soybean farms and organic dairy operations of western Kentucky. The project's expected outcomes include educational programming for 200 farmers annually; enrolling up to 110 farmers annually into the project; expanding conservation practices on thousands of farmland acres; value chain development for sustainably grown commodities and increased sales for enrolled farms; and monitoring the reduction of greenhouse gas emissions as practices are adopted.

5.    As part of the Climate-Smart project, OAK has subaward agreements with partner organizations totaling $329,770, contractor obligations totaling $154,000, and incentives for farmers totaling $1,825,000. Partners and contractors work on marketing, farm business development, farm recruitment, conservation planning, and value chain coordination to deliver farmer services and support the success of the project.

6.    On February 1, 2024, OAK was awarded $261,296 as part of the Equity in Conservation Outreach Cooperative Agreement ("Equity in Conservation") under NRCS to deliver outreach and education programming to increase awareness of and participation in NRCS programs, services, and leadership opportunities in agriculture and natural resource conservation in Kentucky, with a focus on reaching underserved farmers, ranchers, and landowners. The project

draws on OAK's existing statewide network of farmers, expertise in conservation practices, and past partnerships with NRCS to deepen relationships, increase access to resources, and support long-term success in local conservation programs and investments. The project facilitates direct referrals to NRCS, on-farm field days, demonstrations, webinars, peer-to-peer conversations, state-wide communications, and other programming responsive to feedback from historically underserved farmers and small farms in Kentucky.

7.    As part of the Equity in Conservation project, OAK has subaward agreements with partner organizations totaling $15,000. Partners work on urban agriculture, community gardening, and urban farmer education for the project. Partners have gardens or small farms, growing food for market outlets and implementing conservation practices on working lands, providing hands-on learning opportunities through field days and demonstrations.

8.    Per the terms and conditions of OAK's Climate-Smart and Equity in Conservation grants, OAK is required to incur allowable expenses and then submit requests for reimbursement to the EzFedGrants portal or via email submission to the project National Program Officer. To ensure the organization's financial capacity to carry out contractual obligations, OAK also submits advance requests for personnel and fringe expenses on the projects for each quarter. Advance claims were last done successfully for both grant projects in December 2024, and included expenses for personnel and fringe from January 1, 2025, through March 31, 2025.

9.    OAK remains committed to meeting project deliverables under both grant agreements as long as the organization can access funding.

10.    For the Climate-Smart grant, OAK submitted nine drawdowns of funds for reimbursements and advances that were paid with no issues, but access to draw down funds ended in January 2025. As of January 20, 2025, OAK has been unable to access Climate-Smart funding. Since January 27, 2025, OAK has had a pending payment of $105,415.76 since January 27, 2025

for expenses incurred from October to December 2024. OAK submitted an advance payment request for $88,764.48 for April to June 2025 on February 14, 2025, which has not been paid. OAK's expenses not covered by the advance request from January 1 to March 31, 2025, are projected to total $71,000. A request for reimbursement for this amount will be submitted following the terms and conditions of the award on or before April 30, 2025. OAK has not received confirmation that this reimbursement will be received in a timely manner. Overall, from October 2024 to March 2025, OAK is owed approximately $265,180 under this grant.

11.     For OAK's $261,296.00 Equity in Conservation grant, there is an outstanding $9,306.80 reimbursement claim pending for July 1, 2024 through December 31, 2024, submitted on February 10, 2025, as well as a $15,529.90 advance for January 1, 2025, through March 31, 2025, unpaid since February 14, 2025, totaling over $24,836.70 owed to OAK.

12.     Overall, OAK stands to lose $4,493,262.60 in awarded funds. While OAK has received a combined $507,860.55 in reimbursements and advances for these two projects, the organization is concerned about lack of access to the $4,300,394.89 remaining in obligated funds for Climate-Smart project and $192,867.71 remaining in obligated funds for the Equity in Conservation project, which would lead to loss of staff and closure of impactful work for farm stakeholders.

13.     On January 27, 2025, the Executive Director contacted both of OAK's USDA Program Officers on the two different projects to request guidance regarding the Executive Order that froze grant funding. No response was received.

14.     On January 30, 2025, the Executive Director emailed the USDA National Program Officer for the Partnership For Climate-Smart Commodities Program, informing them that OAK completed quarterly reporting and submitted the Project Performance Report and Federal Financial Report to EzFedGrants.

15.    On February 14, 2025, the Executive Director sent another email to USDA Partnership For Climate-Smart Commodities Program officials requesting reinstated access to OAK's drawdown funds. The Executive Director explained that OAK's inability to access these funds was causing harm to the farmers served by the project, putting farm businesses, relationships, and trust in the USDA at risk. Further, she explained that OAK had ongoing payroll obligations, payments to farmers that must be issued, and multiple sub-award partners that needed compensation for their activities under the project. No response was received.

16.    To date, OAK has not received any written communication from USDA confirming details about the status of frozen federal grants, nor when access to funds through reimbursement requests or advance claims would be reinstated.

17.    The ongoing freeze of federal funding has severely disrupted OAK's ability to operate its critical programs. This has led to delays, inefficiencies, and financial harm to the organization, hindering OAK's present and future capacity to meet its contractual deliverables and impacting its ability to carry out its mission of supporting farmers and expanding conservation practices on working lands.

18.    As a small nonprofit, OAK relies on a small team of highly skilled staff who have cultivated deep relationships with farmers and partners. The inability to access obligated awards is threatening the job security of these staff members. With no access to federal funding, these positions are at risk of being eliminated, resulting in the loss of vital expertise built over years of effort, including one-on-one relationships with farmers and deep knowledge of their farming operations. This loss of human capital would be expensive and difficult to replace, severely impacting the organization's capacity to continue operating effectively in the future.

19.    The financial strain caused by the federal funding freeze is putting OAK's cash flow at immediate risk. With claims not being honored and contractual obligations unmet, the

organization is facing serious liquidity challenges. Without federal funding being restored soon, OAK will be unable to meet its financial commitments or meet payroll and ongoing program expenses. This will lead to a situation in which the organization will be forced to undergo staff reductions and experience negative financial impacts extending beyond these two programs.

20.    The ongoing funding freeze has forced OAK to plan to lay off staff members. These layoffs will not only reduce the organization's capacity but also create a financial burden due to many unanticipated unemployment claims. Additionally, OAK has already been forced to dip into its limited emergency reserves to keep its programs compliant and functioning during this extended period of uncertainty. This depletes the organization's safety net, leaving it vulnerable to further financial distress if federal funding is not restored. OAK does not have substantial financial reserves from which to draw emergency funds.

21.    The funding freeze is also causing a direct reduction in services provided to farmers. Farmers can no longer access the expertise, resources, and assistance they have come to rely on during a critical period of planning and preparation for the growing season in April. This reduction in services undermines OAK's mission and negatively affects farmers across Kentucky who depend on these services for technical assistance and market development.

22.    The funding freeze is severely damaging OAK's reputation both within the farming community and with external partners. These grant agreements were designed with the understanding that organizations like OAK have the local relationships and trust needed to bring farmers into USDA conservation programs. OAK's ability to leverage its social capital and specialized expertise is central to the success of our USDA grants. The inability to honor financial commitments to farmers, as well as to fulfill contractual obligations with partners who are participating in these projects, erodes OAK's credibility and undermines the trust that has been built over years of service. Farmers have already made investments in plants and equipment,

implementing conservation practices based on the expectation that they would receive compensation for these efforts. With the freeze in place, OAK is unable to fulfill these financial commitments, running the risk of eroding farmer trust in both OAK and the USDA.

23.     In addition to the operational impacts, OAK's staff has spent an increasing amount of time navigating the uncertainty caused by the funding freeze and stewarding the development of alternate scenarios. This has diverted valuable time and resources away from their core responsibilities of supporting farmers and advancing conservation programs, further exacerbating the organization's strain and delaying future fundraising activities. Along with their typical workload, OAK's management is leading weekly meetings with the board of directors, creating alternative budgets for projects, discussing and preparing for potential layoffs, and supporting staff members who may become unemployed.

24.     OAK also has a duty to inform subawardee partners about the federal funding freeze's impact on the projects and share best practices for stopping work or at least slowing down activities to mitigate their organization's financial exposure if reimbursements remain delayed.

25.     The injury to OAK and its interests would be redressed by an order from the Court granting the Plaintiffs the relief they have requested.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States, the foregoing is true and correct.


Executed this 25th day of March, 2025.

_____
Brooke Gentile

# ORGANIC ASSOCIATION OF KENTUCKY DECLARATION

# EXHIBIT 11-A

# EQUITY IN CONSERVATION OUTREACH COOPERATIVE AGREEMENTS

## PROJECT PROPOSAL APPLICATION TEMPLATE

*Thoroughly review the Equity in Conservation Outreach Cooperative Agreements Notice of Funding Opportunity (NFO) before completing this form. This form must be submitted as a PDF or Microsoft Word electronically along with the application package by email to SM.FPAC.NRCS.DCWA2.OPD_Applications@USDA.GOV.*

## APPLICANT INFORMATION

*Must match box 8 of the SF-424.*

**Organization (if an individual, enter name)**: Organic Association of Kentucky
**Phone Number**: (502) 219-7378                                 *Enter the Applicant Organization's Phone Number*
**Email**: brooke@oak-ky.org                                      *Enter the Applicant Organization's Email*
**Physical Address**: 628 N. Broadway Suite 102 Lexington, KY 40508    *Applicant Organization's Physical Address*
**Mailing Address**: PO Box 22244 Lexington, KY 40522                  *Organization's Mailing Address*

## APPLICANT ENTITY TYPE

*Select entity type as defined in Section C.1. of the NFO. For profit organizations are not eligible.*

☐ Individual
☐ Native American tribal government (Federally recognized)
☐ Native American tribal government (State recognized)
☐ Native American tribal organizations
☒ Nonprofit organization having a 501(c)(3) status with the Internal Revenue Service (IRS) (other than institutions of higher education)
☐ Nonprofits that do not have a 501(c)(3) status with the IRS (other than institutions of higher education)
☐ Nonprofit private institution of higher education
☐ Public and State-controlled institution of higher education
☐ Conservation Districts

## ENTITY OWNERSHIP TYPE

*This is for information only and will not be used as a selection criterion.*

☒ Woman owned
☐ Veteran owned
☐ Minority owned
    ☐ Asian-Pacific Islander American owned
    ☐ Black American owned
    ☐ Hispanic American owned

1

**J.A. 1158**

☐ Native American owned
☐ Other *Enter if not listed above.*

## INSTITUTE OF HIGHER EDUCATION TYPE

*Select type of institute of higher education*

☐ Historically Black Colleges and Universities (HBCU)
☐ 1890 Land-Grant Institutions Programs Colleges and Universities (1890 HBCU)
☐ Tribal Colleges and Universities (TCU)
☐ 1994 Tribal Land Grant Colleges and Universities (1994 TCU)
☐ Hispanic Serving Institutions (HSI)
☐ Asian American and Native American Pacific Inlander Serving Institutions (AANAPISI)
☐ 1862 Land Grant College or University
☐ Other  *Enter institute of higher education type if not listed above.*

## ORGANIZATION POINT OF CONTACTS (POC)

*List the person who will be the main contact for any correspondence.*

**Name**: Brooke Gentile                                          *Enter the POC's Name*
**Title**: Executive Director                                      *Enter the POC's Title*
**Phone Number**: (502)219-7378                          *Enter the POC's Phone Number*
**Email**: brooke@oak-ky.org                                  *Enter the POC's Email*
**Mailing Address**: PO Box 22244 Lexington, KY 40522    *Enter the POC's Mailing Address*

**Name 2**: Natalie Rider                                        *Enter the POC-2's Name*
**Title 2**: Assistant Director                                  *Enter the POC-2's Title*
**Phone Number 2**: 502-435-6384                          *Enter the POC-2's Phone Number*
**Email 2**: natalie@oak-ky.org                              *Enter the POC-2's Email*
**Mailing Address 2**: PO Box 22244 Lexington, KY 40522    *Enter the POC-2's Mailing Address*

## AUTHORIZED ORGANIZATION REPRESENTATIVE (AOR)

*List the person who is responsible for signing any documentation should the cooperative agreement be awarded.*

**Name**: Brooke Gentile                                          *Enter the AOR's Name*
**Title**: Executive Director                                      *Enter the AOR's Title*
**Phone Number**: (502)219-7378                          *Enter the AOR's Phone Number*
**Email**: brooke@oak-ky.org                                  *Enter the AOR's Email*
**Mailing Address**: PO Box 22244 Lexington, KY 40522    *Enter the AOR's Mailing Address*

## PROJECT TITLE

*Provide a descriptive project title in 15 words or less in the space below. Must match box 15 of the SF-424.*

2

**J.A. 1159**

*Enter Project Title – 15 words limit*

Connecting Historically Underserved Farmers with Conservation Practices to Grow Farm Resilience in Kentucky.

## FUNDING REQUEST

*Insert the total amount ($) of Federal funds requested. This must match the total amount requested on Line 18a. Estimated Federal Funding of the SF-424.*

**Total Funds Requested ($100,000 to $1,000,000.00)**: $374,886.86   *Enter Total Funds Requested Amount $*

## DURATION OF PROJECT

**Start Date**:          9/29/2023          **End Date**:          9/28/2026

## EXECUTIVE SUMMARY

*Include a project summary of **250 words or less** suitable for dissemination to the public. A Project Summary provides a description of your project's outreach and technical assistance need, purpose, goals, and expected outcomes.*

*Enter project summary.*

Working with NRCS Kentucky, the Organic Association of Kentucky's (OAK) project will deliver outreach and education programming to increase awareness of and participation in NRCS programs, services and leadership opportunities in agriculture and natural resource conservation among Kentucky's historically underserved producers and communities. OAK is embedded in the agricultural community in Kentucky and will provide NRCS with unique access to small, underserved and organic farms in the Southeast. Project activities will address local natural resource concerns, promote the adoption of climate-smart conservation and encourage small-scale and urban agriculture. The project will draw on OAK's existing statewide network of farmers, expertise in conservation practices and past partnerships with NRCS to deepen relationships, increase access to resources and support long-term equity in local conservation programs and investments.

OAK and project partners are committed to providing state-wide education and outreach about NRCS programs and climate-smart practices, with an emphasis on agriculture in Kentucky's urban communities. The project activities will facilitate direct referrals to NRCS, on-farm field days, demonstrations, accessible webinars, peer-to-peer conversations, state-wide communications, and other programming responsive to feedback from historically underserved farmers and small farms in Kentucky. With a deep commitment to equity and community resilience, this project brings together OAK's network of farmers, staff and strategic partners to provide expertise, with the vision of building long-term farmer participation, practice adoption and measurable on-farm conservation impacts.

## LOCATION OF WORK TO BE COMPLETED

*Select all states where work will be completed.*

3

**J.A. 1160**

- ☐ Alaska
- ☐ Alabama
- ☐ Arkansas
- ☐ Arizona
- ☐ California
- ☐ Colorado
- ☐ Connecticut
- ☐ District of Columbia
- ☐ Delaware
- ☐ Florida
- ☐ Georgia
- ☐ Hawaii and Pacific Islands
- ☐ Idaho

- ☐ Illinois
- ☐ Indiana
- ☐ Iowa
- ☐ Kansas
- ☒ Kentucky
- ☐ Louisiana
- ☐ Maine
- ☐ Maryland
- ☐ Massachusetts
- ☐ Michigan
- ☐ Minnesota
- ☐ Mississippi
- ☐ Minnesota
- ☐ Missouri

- ☐ Montana
- ☐ Nebraska
- ☐ Nevada
- ☐ New Hampshire
- ☐ New Jersey
- ☐ New Mexico
- ☐ New York
- ☐ North Carolina
- ☐ North Dakota
- ☐ Ohio
- ☐ Oklahoma
- ☐ Oregon
- ☐ Pennsylvania
- ☐ Rhode Island

- ☐ South Carolina
- ☐ South Dakota
- ☐ Tennessee
- ☐ Texas
- ☐ Utah
- ☐ Vermont
- ☐ Virginia
- ☐ Washington
- ☐ West Virginia
- ☐ Wisconsin
- ☐ Wyoming
- ☐ Puerto Rico and Virgin Islands
- ☐ Nationwide

Enter congressional district(s) where work will be completed:
Congressional District(s): *Enter congressional district where work will be completed.*

KY-001; KY-002; KY-003; KY-004; KY-005; KY-006; KY-ALL

4

**J.A. 1161**

## PROJECT NARRATIVE

*The project narrative must cover all activities proposed to be carried out with federal funds. All project narratives must contain headings 1 through 4 below, in order, and respond to each of the points included under each heading.*

### 1. PROJECT OVERVIEW

- ***Present a statement of need or assessment of the problem. What is the situation that is causing concern? Why is it happening?***

The United States is at a critical moment in history. With half of its land now used for agriculture, farmers are the primary stewards of natural resources and hold significant influence on greenhouse gas (GHG) emissions and environmental health. However, to reach USDA's goal for agriculture to be net zero by 2050 and to limit global warming to 1.5°C or 2°C, the agriculture sector must be redesigned away from systems of extraction and high energy inputs, and toward practices rooted in principles of regeneration, conservation and reducing GHG emissions.[1] In alignment with USDA's goal to ensure a healthy and abundant future for all, the Organic Association of Kentucky (OAK) will provide education and outreach programming to engage 750 historically underserved farmers through broad communications, 345 of which will participate in project activities. The project will introduce farmers to USDA Natural Resources Conservation Service (NRCS) programs, NRCS staff and ways that NRCS can support their farm operations through technical assistance, services and cost-share contracts leading to increased knowledge of, adoption of and participation in conservation practices and plans for whole farm resilience. Together with partners and stakeholder input, OAK will develop and host webinars, field days, farm tours, demonstrations, communications, listening sessions and farm visits to highlight conservation technical assistance and programs that support a variety of practices farmers can use, mutually benefitting NRCS, OAK, partners, producers and their communities.

OAK works with 1,500 farmers annually, over 55% of which are considered historically underserved - 47% beginning farmers, 14% socially disadvantaged and a significant portion operating small farms. OAK's farmer network attends programming about conservation practices (also recognized as organic/sustainable/regenerative/climate-smart practices) like planting cover crops, building soil health and rotational grazing of livestock. Conservation practices go hand-in-hand with OAK's programming, which often highlights NRCS as a key resource for farmers. This project presents a unique opportunity for OAK to increase its capacity to deeply cultivate the connection between NRCS programs and sustainable and organic farmers, particularly in state-wide communities of black, indigenous and people of color (BIPOC), limited resource farmers, small farms and urban agriculture networks in Louisville and Lexington.

According to the NRCS, Kentucky State Office Programs Staff, in 2022, 128 Kentucky farms accessed NRCS Conservation Stewardship Program (CSP), 787 farmers received contracts through Environmental Quality Incentive Program (EQIP) and 10,296 contracts were issued for the Conservation Reserve Program (CRP). With 75,996 farms in the state, this means that in 2022 84% of Kentucky operations did not engage with conservation resources, leaving a total of over 12,500,000 agricultural acres not benefitting from conservation practices.

---

[1] Findings from the 2022 Intergovernmental Panel on Climate Change Sixth Assessment Report show all modeled pathways that limit warming to well below 2°C require rapid land-based mitigation and land-use change.

1

**J.A. 1162**

Based on testimony from farmers in OAK's network and the 2021 Congressional Research Service Report *Racial Equity in U.S. Farming*, historically underserved farmers face a range of unique challenges and barriers to access resources. Some families have been farming for generations and have faced rampant discrimination and insufficient access to credit. Others are new to agriculture, lack access to a supportive community of like-minded farmers or have received mis-information about resources. These factors create hurdles for historically underserved farmers who might otherwise want to start NRCS programs. Over the past 12 years, OAK has worked to fill the gaps in services for underserved farming operations in Kentucky, where dominant agricultural narratives and technical assistance center on conventional, large-scale agriculture. OAK provides state-wide education and outreach on organic and conservation practices, whole farm planning and reduction of off-farm inputs, while connecting farmers with resources they can use to improve on-farm conservation.

From OAK's records, fewer than 10% of beginning farmers newly working with OAK's programs have worked with NRCS before; therefore, OAK already makes frequent referrals to NRCS. OAK has access to a growing network of farmers through a suite of in-person and virtual production events and social gatherings for producers and agricultural professionals. OAK is embedded in the agricultural community in Kentucky and will provide NRCS with unique access to small, underserved and organic farms in the Southeast. OAK and project partners are committed to providing state-wide education and outreach about NRCS programs and climate-smart practices and will facilitate direct referrals to NRCS among historically underserved farmers and small farms in Kentucky. This project brings together OAK's network of farmers, knowledgeable staff, and strategic partners that have expertise providing outreach and technical assistance and are committed to equity and community resilience to ensure deep relationships, lasting farm participation and measurable on-farm conservation impacts.

- ***Describe the focus area and how you determined the need there, with at least one source of data supporting that need.***

The geographic focus of this proposal is Kentucky, a state where there are 75,966 farms with 123,995 producers, and 1,905 (1.5%) farmers identifying as Socially Disadvantaged, 35,433 (28%) beginning farmers, 12,998 (10%) veterans and where 58,578 (77%) are farming on 179 acres or less. Historically underserved farmers steward a significant portion of the state's land.[2]

According to data from the United States Department of Agriculture (USDA), between 2010 and 2020, just 31% of farmers who applied to the Environmental Quality Incentives Program (EQIP) (22% in Kentucky) and 42% who applied to the Conservation Stewardship Program (CSP) were awarded contracts (41% in Kentucky).[3] With awarded contracts in Kentucky falling below the national rates and anticipated increases in threshold funding, Kentucky has the opportunity to dramatically increase outreach for CSP and EQIP, which would have a material impact on farmers' ability to respond to the climate crisis and build on-farm resilience to mitigate the worst effects of the increasing number of drought and severe rain events projected in Kentucky. The whole farm approach supported by CSP and the practices supported by EQIP help farmers reduce greenhouse gas emissions, sequester carbon and adapt to emerging and extreme climate-related changes, in alignment with OAK's mission.

---

[2] United States. (2017). U.S. Census of Agriculture. United States.

[3] United States Department of Agriculture (2021). EQIP – Regular: Number of Applications by State and Contract Fiscal Year, Contract Fiscal Years 2005-2020.

2

Secondly, this project will allow OAK to invest in urban geographies. In 2022, OAK could not fulfill the demand for programming requests in these urban areas. With this project, OAK will be able to meaningfully partner with urban communities and deliver activities requested by stakeholders, alongside partners Seedlead, an urban ag nonprofit, and Kentucky State University (KSU), a long-term OAK partner, 1890 Land-Grant Institution and Historically Black College and University (HBCU).

The project content focuses on delivering educational and networking programs to deepen relationships between farmers and NRCS agents to increase awareness about conservation practices, technical assistance and supporting programs. The project will emphasize opportunities through EQIP and CSP. With the goal that through whole farm planning and the implementation of practices (to improve cover crops, reduce tillage, diversify crop rotations, implement holistic grazing, etc.), the project will connect more historically underserved farmers in Kentucky with climate adaptation strategies and support them in capturing the benefits of greater resource conservation on their farming operations. Additionally, the design of this peer-to-peer adult learning program will strengthen the community of conservationists and empower more conservation leaders to share their voices on regional priorities and engage more boldly with their communities in addressing shared resource concerns.

- ***Describe the project community, explaining the needs of the local community, and provide at least one source of supporting data, such as demographics, income, and/or geographic characteristics of the area or community.***

OAK's project community is made up of primarily Kentucky farmers, with national and regional farmers engaging in virtual events. In Kentucky there are 1,905 Socially Disadvantaged Farmers, 12,998 veteran farmers, 35,433 beginning farmers, an unknown number of LGBTQIA farmers and additional growers of all types who might not consider themselves "farmers" or respond to the ag census - totalling an estimated potential of over 50,000 historically underserved farmers, 40% of the farmer population in the state. Additionally, more than 77% of the state's farms are smaller than 179 acres and 88% of operations report an annual income under $25,000, according to the USDA Census of Agriculture.[4] Kentucky ranks 11th-highest in the number of small farms in the US, and nearly 28% of Kentucky producers have been farming for less than 10 years.[5] The tapestry of Kentucky's agricultural sector positions NRCS to have a major impact on the state through this project community.

According to the 2021 Congressional Research Service Report *Racial Equity in U.S. Farming* and USDA's 2022 *Equity Action Plan,* the biggest issues historically underserved farmers face can include: limited capital resources; variable input costs and fluctuation in market returns - beginning farmers aren't as resilient to volatility; barriers to access federal programs; land ownership limitations leads to less incentive to make improvements in production, infrastructure and equipment. OAK provides accessible, inclusive education and technical assistance programming that is responsive to these needs; however, OAK cannot address these issues alone. OAK recognizes that NRCS can respond to these issues by building deeper relationships with more of these farmers, and OAK can serve in a convening and educational role to facilitate grassroots and systemic change for historically underserved farmers and communities.

---

[4]United States. (2017). U.S. Census of Agriculture. United States.
[5] United States. (2017). U.S. Census of Agriculture. United States.

3

**J.A. 1164**

Growing a strong foundation of understanding and trust between farmers and NRCS staff is central to the swift adoption of conservation practices and requires support for historically underserved producers that accounts for the variety of institutional, financial, social and access challenges that they face. Historically underserved farmers in OAK's network note that expanded conservation programming, increased face-to-face time, hands-on demonstrations and ongoing access to staff support to demystify NRCS opportunities is required for farmers to get started with conservation programs. The project offers activities designed to deliver these opportunities.

Lack of knowledge about NRCS conservation programs and eligibility requirements and a general lack of trust in USDA among historically underserved farmers, especially BIPOC farmers, contribute to the low conservation program engagement in Kentucky from these stakeholders. Once aware of governmental conservation programs and resource professionals available to a new farmer or socially disadvantaged farmer, navigating the matrix of acronyms and agency roles can create a new barrier. OAK's proposal will build on existing partnerships with federal and state agencies and will reduce the stress and challenges to any farmer hoping to better understand, explore, access and apply for NRCS programs.

Increased outreach capacity is needed in Kentucky to expand participation in NRCS programs and to meet climate goals, support resilient farms and capture resources available through NRCS programs. In 2022, NRCS Kentucky's <u>Conservation Stewardship Program (CSP)</u> had $11,219,000 available, but the program only awarded $6,339,079, leaving $4,879,921 unused. Only 22% of contract participants met the NRCS definition of historically underserved farmer and none were awarded to certified organic operations. NRCS Kentucky reports issuing 787 <u>Environmental Quality Incentive Program (EQIP)</u> contracts last year, sharing that nearly 40% of those contracts meet the historically underserved farmer definition, with the majority being beginning farmers, indicating a need to increase outreach to Socially Disadvantaged Farmers to expand participation. In 2022, the Kentucky <u>Conservation Reserve Program (CRP)</u> issued 10,296 contracts to farms where NRCS provided technical assistance and a total of $24,776,859 annual rental payments were made by FSA. While the FSA Kentucky State Office did not have historically disadvantaged farmer data to share, the 2017 Ag Census showed that of the 23,055 Kentucky farms operated by beginning farmers only 870 farms participated in CRP in 2017 and only 2,750 operations participated in non-loan Commodity Credit Corporation Federal Farm Programs, indicating that at least 19,435 beginning farms could still benefit from the program. With an anticipated increase in EQIP and CSP funding through Inflation Reduction Act (IRA) and under-tapped CRP funds, this outreach project will make it a priority to work in partnership with NRCS to reach historically underserved farmers with these opportunities to increase equity and expand access to resources.

- ***Explain how the project is aligned with the purpose and priorities of this program and will make a difference in the identified communities.***

This project is **aligned with the purpose** of the program because the overarching goal is to facilitate the creation of new and deeper relationships between historically underserved farmers and NRCS staff in Kentucky to increase awareness about NRCS programs and services to support conservation efforts on their farms. Through these connections, resources, committed relationships and project support, historically underserved farmers will learn of conservation leadership opportunities and identify ways to engage their communities in addressing resource

4

**J.A. 1165**

concerns. This project is **aligned with the priorities** of the program listed below and will impact identified stakeholders and communities through activities and outcomes detailed below.

**a) Addressing local natural resource issues.**
**c) Promoting the adoption of climate-smart conservation.**
**d) Encouraging conservation in small-scale and urban agriculture.**
**e) Developing conservation leadership skills and opportunities.**

This project will collaborate with NRCS in ways that bring NRCS programs to the farmers, reaching producers where they are in both rural and urban settings, rather than hope that historically underserved farmers enter a USDA Service Center from the start. This project builds bridges and works to establish a foundation of knowing and trust that can be the beginning of a long relationship. Addressing *Priorities a, c and d*, this project will help convene a community of farmers who will benefit from partnering with NRCS. First, OAK will focus on illuminating key NRCS touchpoints for farmers: planning and talking with an NRCS agent to explore technical assistance; applying for program and practice-specific financial assistance/cost-share; understanding eligibility; knowing the evaluation and ranking system and understanding the area's local resource concerns and what it means to implement contract agreements with NRCS. Through increased stakeholder knowledge of NRCS programs, services and application processes this project anticipates that NRCS will see an increase of applications and requests for farm conservation plans among historically underserved farmers and communities will benefit from the ongoing adoption of practices to address resource concerns and sustained climate-mitigation benefits on farms in Kentucky.

Supporting *Priorities a, c and d*, this project will implement educational events (Field Days, demonstrations, webinars, virtual conservation chats, one-on-one meetings) and provide network-wide communications. Education and outreach activities will promote programs overall, like EQIP, and illuminate specific conversation practices through demonstrations that are climate-smart or could support small farms such as: Cover Crop, Nutrient Management, Irrigation, Prescribed Grazing, Pollinator and High Tunnel. Further, OAK's 12 years of experience providing technical assistance to farmers seeking organic certification or using organic management practices will directly support and create efficiency in NRCS KY's implementation of the new Organic Management practice standard.

These activities will make a difference in Kentucky's urban and rural communities through inclusive programming that connects historically underserved populations to educational opportunities, technical assistance and financial assistance provided through NRCS. The specific investment in urban agriculture and underserved farmers will increase equity in NRCS services and awards. Further, and in support of *Priority e*, OAK's project will work with partners, stakeholders in OAK's network and new participants to hold inclusive and accessible gatherings and events that promote the involvement of historically underserved individuals in NRCS meetings and in ongoing learnings and conversations about on-farm conservation. Activities will promote NRCS programs with the vision that all communities should have a voice in conservation planning and priorities, along with access to thriving, accessible and abundant farmland ecosystems, watersheds, wildlife habitats and local food sources.

- ***Describe how this project will initiate, build upon, or expand related work or programs.***

A farmer's ability to implement conservation practices is a result of the relationship they are able to develop with local NRCS agents. Past outreach activities conducted by OAK in partnership with NRCS have resulted in greater awareness of and access to the development and

5

**J.A. 1166**

implementation of conservation plans. NRCS Kentucky agents have previously joined OAK for Field Days and served as guest speakers for webinars and conferences. This project will expand OAK's and NRCS's collaboration, formalizing robust outreach and educational programming to deliver in-depth content and deepening opportunities for relationship-building with historically underserved farmers who are often not engaging with NRCS programs to the fullest extent.

Based on previous successes, OAK staff know that it is transformative for farmers to see conservation in action, on a farm. OAK has over 12 years of experience hosting educational events addressing these conservation practices, and has the ability to identify farms already implementing conservation practices where on-farm events can be hosted. Through access to a network of conservation-minded farmers, OAK can efficiently plan events showcasing NRCS practices, recruiting historically underserved farmer attendees and inviting NRCS partners to serve as in-person resources. OAK has standing relationships with other agricultural organizations which have attended such events, like FSA, whose staff could attend alongside NRCS to promote CRP. OAK already educates farmers on the climate-smart nature of conservation practices, and with NRCS's support, can more profoundly tie them to whole-farm-focused CSP opportunities and NRCS technical assistance.

While the project will draw on OAK's statewide network of farmers and past partnerships with NRCS, broader outreach to farmers beyond OAK's existing network is a goal of the project. OAK will expand its work into urban agriculture, taking programming to Louisville, Lexington and other urban areas, and planning programming specific to small and urban production. As detailed in the "Organization and Partners" section below, OAK's partnerships with KSU and Seedleaf will be foundational to the success of this programming.

To ensure farmers have equitable access to the project, OAK will reach over 1,500 farmers (750 that are historically underserved) through website content, e-newsletters, press, social media, in-person events and via project partners' networks. OAK will use these well-established communication channels to transparently and widely share opportunities and details of the project. In-person recruitment and networking will occur at farmer meetings across Kentucky with partners.

| 2. PROJECT GOALS AND OBJECTIVES |
|---|

- *Concisely state the goals and objectives of the proposed project.*
- *Describe the project goals, including who will benefit from the project and what community needs it will address.*

As a farmer-founded and -led nonprofit organization with significant membership and participation from historically underserved farmers, it is OAK's **overall goal** to support a farmer-led conservation project that increases knowledge about and participation in NRCS programs during and after the project, with support from these specific goals:

**Specific goal #1.) Promote the benefits of NRCS programs through education, outreach and demonstration of conservation practices to historically underserved farmers in Kentucky.** Outreach will bring NRCS agents together with historically underserved farmers to maximize relationship-building opportunities and to share information about NRCS programs that are available to farmers in Kentucky. The project will facilitate farmers' better understanding of the NRCS planning process and program implementation, with ample opportunities for historically underserved farmers to experience how NRCS can meet their conservation needs through a range of programs. OAK will actively make referrals to NRCS and

6

support individual farmers who are interested in pursuing conservation plans and practice implementation.

**Specific goal #2.) Support education and planning for adoption of conservation practices that are climate smart.** The project will promote adaptation strategies that can be implemented in response to local climate change impacts to reduce farm natural resource risks and vulnerabilities, build resilience and help to maintain productivity. Through outreach, education and the resulting adoption of practices, this project will help agricultural producers and private landowners voluntarily mitigate the impacts of extreme weather events on their farms.

**Specific goal #3.) Improve the connections between small scale or urban agriculture producers and NRCS to increase participation in conservation programs and better meet community needs for sustainable food production.** Through farm tours, webinars, on-farm demonstrations and field days, this project will connect NRCS agents to urban farmers in Louisville, Lexington and other urban areas identified during the project, as well as small farms across the state. The project will provide opportunities for conservation planning and technical assistance to help farms manage natural resources and provide fresh food for local communities.

**Specific goal #4.) Develop and support conservation leadership skills and opportunities by informing historically underserved producers of leadership programs and ways to address local natural resource issues and community conservation priorities.** Farmers participating in conservation programs are best positioned to voice their regional conservation priorities in partnership with other farmers and in their communities. This project will facilitate outreach to farmers and encourage farmers to participate in their Local Working Groups to have a voice in setting regional conservation priorities.

- *Describe project objectives that are specific, measurable, attainable, realistic, and time-bound.*

**Objective #1: The three year project will provide a range of outreach and education programs designed to create the opportunity for deep learning and meaningful connections between NRCS agents and an estimated <u>345</u> historically underserved farmers through educational programming that will include 5 webinars (spread over 3 years), 12 field days (4 each year), 6 informal lunch hour virtual conservation chats (2 each year), 60 direct farmer referrals (ongoing) and network-wide communication through newsletters and social media that will reach <u>750</u> historically underserved farmers (monthly).** Educational content will feature NRCS programs such as Conservation Stewardship Program (CSP), Environmental Quality Incentives Program (EQIP), Conservation Reserve Program (CRP) and detail specific practices such as the new Organic Management Practice Standard, Organic Transition, High Tunnels, Cover Crops, Nutrient Management, Prescribed Grazing, Irrigation, Pollinator Habitat and more. Meaningful farmer stories about practice implementation impacts on the farm will be shared, illuminating the process for peer farmers not yet accessing programs.

**Objective #2: The project will connect underserved producers with resources and technical assistance available through NRCS to help them mitigate the impacts of extreme weather events on their farms and <u>175</u> farmers will report being in active conversation with their local NRCS office.** Through educational events listed under Objective #1, OAK will ensure programming highlights conservation practices that are climate-smart, exposing farmers climate-smart practices they can implement at their scale.

**Objective #3: The project will encourage conservation in small-scale and urban agriculture by hosting outreach events that connect <u>200</u> small scale farmers and urban**

7

**producers with NRCS staff while illuminating services and programs to help farmers manage natural resources and provide fresh food for their communities.** Three urban agriculture Field Days will take place in Lexington (1 each year) and three will take place in Louisville (1 each year) sharing practices relevant to urban production and conservation needs.

> **Objective #4: The project will present leadership opportunities to 750 farmers through communications and 345 farmers engaged in activities and support an estimated 15 historically underserved farmers and community leaders in pursuing conservation leadership opportunities.** This project will support those interested in conservation leadership by sharing regular reminders about upcoming meetings for all of NRCS Kentucky's Local Working Groups and the State Technical Committee Meeting and holding space for these emerging conservation leaders to share their community's local conservation priorities. These leaders will also assist in connecting more farmers with NRCS as conservation champions.

- *Describe project outcomes, including what will be accomplished, who will benefit (e.g., residents, students, participants), and how many people will benefit.*

**Outcome 1:** Address local natural resource issues, focusing on working with historically underserved producers and communities and partners to implement 12 Field Days, 5 webinars, 6 Conservation Lunch Chats, 30 farm visits, 60 referrals, supporting 345 farmers.

**Outcome 2:** Demonstrate Climate-Smart Conservation Activities that build climate resilience, by *mitigating* climate change through reducing GHG emissions and/or sequestering carbon or by *adapting* agriculture to a changing climate through using effective environmental practices on the land. This will be accomplished by highlighting climate-smart practices in project communications, at field days and demonstrations and via farmer testimonials and profiles. 345 farmers and farm families will benefit from increased access to this information and 100 operations will implement climate-smart practices on their farm and benefit from increased farm resilience and positive ecosystem services.

**Outcome 3:** Build partnerships to increase equity in outreach and programming for urban and small-scale producers and communities. Two organizational partnerships will support OAK's three-year project, one in Louisville (KSU) and one in Lexington (Seedleaf) to increase opportunities for outreach to urban producers. Other partners will be welcomed throughout the project. Overall, 200 urban farmers, community gardeners and small scale farmers will participate, with broader positive impacts experienced throughout the community.

**Outcome 4:** Support opportunities for community-led conservation leadership for historically underserved producers and underserved communities. This will be accomplished by sharing NRCS Local Working Group Meeting notifications and State Technical Committee Meetings with all 345 project participants and supporting an estimated 15 farmers or community members to engage in these regular meetings by attending with them, celebrating their involvement and providing storytelling back to the wider network of farmers about these leaders' contributions to conservation efforts through OAK's communication channels.

- *Describe the involvement of stakeholders in developing project objectives and implementing results.*

All of OAK's existing and new programs are shaped by input from over 400 members and 1,600 program participants, 55% of which are historically underserved. Following each OAK event, all participants have the opportunity to provide feedback and indicate content OAK could provide in the future. Through this project, OAK will collect feedback and be responsive

8

to stakeholders' evolving conservation interests and needs. Previous farmer participation through OAK's programs show high interest in conservation practices, however, many historically underserved producers express a need to know more before they can get started with NRCS.

Seedleaf has been engaged in the process of developing this proposal in response to their community gardeners ranking conservation as a high need for their multiple urban plots and new 30-acre urban farm in Lexington. Seedleaf staff are eager for the opportunity to provide a training site and serve as hosts for conservation practice implementation, where many growers can be exposed to the process. Partnership with this equity-centered organization will target conservation outreach to over 200 urban gardeners, volunteers and youth in Lexington. Additionally, Seedleaf's community gardens and urban farm will provide unique venues for the implementation of a range of conservation practices for the duration of the project.

Through ongoing collaboration with Kentucky State University (KSU), this project will engage the university's long-held outreach channels with historically underserved farmers in Kentucky. Further, KSU conducts research and Extension services to develop best management practices in organic agriculture and sustainable agroecosystems in Kentucky, and has invested in extension outreach work in the city of Louisville to connect to a growing network of organic- and conservation-minded urban producers. Deepening this partnership with KSU's urban agriculture initiatives will help OAK and NRCS respond to requests from community members to see more programming, collaborate on outreach and increase urban access to local foods.

| 3.   THE ORGANIZATION AND PARTNERS INVOLVED (WHERE APPLICABLE) |
|---|

- ***Explain your organization's experience working with historically underserved groups and/or underserved communities and in providing conservation outreach and technical assistance in the project area.***

OAK's outreach and educational programs reach 1,500 farmers annually, 55% of whom are historically underserved. OAK will draw on previous experiences working with historically underserved farmer stakeholders to ensure equitable outreach and diverse engagement with farmers from across Kentucky through the proposed educational activities. Guided by the feedback from farmers in the community and OAK's Equity Plan, programming is designed to be inclusive, accessible, participatory and responsive to the unique needs of historically underserved farmers. Since 2011 OAK has been a major convenor for historically underserved farmers, socially disadvantaged farmers, those operating small farms and limited resource farms in Kentucky who are interested in organic practices and conservation. For example, OAK's Annual Conference is the largest organic farming event in the region, attracting 445 participants in 2023, 57% of attendees were historically underserved and accessed over 200 scholarships. Additionally, OAK collaborates with KSU on regular small farm and limited resource farmer programming. Further, OAK has over a decade of offering monthly farmer field days, open to all farmers and prioritizing content that is most relevant for and tailored to historically underserved farmers, held across the state on working farms to create opportunities for peer-to-peer learning on organic production and conservation practices. To complement these programs and provide additional support, OAK provides free organic transition and production technical assistance to Kentucky farmers interested in pursuing organic certification. OAK's organic transition program supported Kentucky's two current black-owned organic farms to achieve certification in 2022 and 2023. A testament to the value OAK's programs deliver to historically underserved farmers, OAK had the honor of organizing a farm tour on the first Black-owned certified organic

9

operation for the recent "Path to Prosperity" economic development series, hosting leadership from a number of national departments including The Federal Depository Insurance Corporation (FDIC), Small Business Administration (SBA), USDA and NRCS Kentucky.

- *List your organization's leadership and key personnel for this project. For everyone listed, describe: their role in project and qualifications to carry out project, including experience and expertise in agriculture and conservation (which will be considered as important as academic or professional credentials).*

**Brooke Gentile, Executive Director:** Mrs. Gentile has facilitated 6 years of OAK educational and outreach events, working with staff and stakeholders to design and implement programming, evaluate performance and create reporting deliverables. She provides oversight to all aspects of the project. She is a certified Organic Transition Specialist, providing guidance to farmers implementing organic practices. She draws on 22 years of experience with nonprofit management, sustainable agriculture, historically underserved farmer and community stakeholder-driven programming. MA Culture, Ecology and Sustainable Communities.

**Natalie Rider, Assistant Director:** Mrs. Rider manages administrative aspects of the project including event registration, on-site logistical support during the Louisville, KY outreach and education events, webinar staff support and project data management. Mrs. Rider brings 6 years of experience managing multi-million dollar international sustainable development projects to the team. She is also a certified Kentucky Naturalist and certified Organic Transition Specialist. MA City and Regional Planning.

**Jenny Howard Owen, Education Director:** Since 2019, Mrs. Owen has coordinated all the daily operations for OAK's Farmer Education Programs, managing the logistics of events, creating public and internal communications about educational programming, recruiting and organizing speakers and farm hosts, administering evaluation tools and assisting in analyzing event evaluations. Mrs. Owens is a farmer and certified Organic Transition Specialist.

**Robin Verson, Communications Coordinator:** Mrs. Verson manages all aspects of OAK's communications including newsletters, event promotion and social media, and represents OAK at events and equity programming across the state.

**Conservation Outreach Coordinator:** This new hire will be imperative to implementing OAK's project and expanding work in conservation outreach, support to urban agriculture, working with small farms, meeting the needs of historically underserved farmers and in collaboration with partners. The coordinator will have experience in conservation, agriculture, communications, event planning and stewarding partnerships with diverse stakeholders.

- *List partner organizations for this project and include their contact information, relevant experience, community connections, specific responsibilities for achieving the project goals.*

**NRCS Kentucky State Office**
- Michael Zachary - Outreach Coordinator - michael.zachary@usda.gov
- Joe Ulrich - Urban Conservationist - joseph.ulrich@ky.usda.gov

For over a decade OAK has worked in partnership with NRCS Kentucky staff to bring conservation tools into the hands of farmers. Through early planning conversations with Mr. Zachary, OAK and NRCS KY have already explored ways to manage this project and engage Mr. Ulrich, Kentucky's newly appointed Urban Conservationist, in the project's urban outreach events. Mr. Ulrich has also been NRCS Kentucky's Organic Champion and will bring a unique and valued skill set to the events. Mr. Zachary has also indicated that he and local NRCS county

10

agents will be available to participate in all project events on the ground and virtually as well as additional staff from the Ecological Sciences Team or the Soils Team as needed.

**Seedleaf - Community Gardening and Urban Farm Nonprofit Organization**
- Christine Smith - Executive Director - christine@seedleaf.org
- Lindsey Funke - Seedleaf Community Farm Manager - farm@seedleaf.org

Seedleaf has supported 10 urban community gardens and 2 urban farms in Lexington, KY, operating stakeholder-driven programs for over a decade. Through garden trainings, access to community plots, market gardener programming and youth outreach, they empower community members to steward gardens for conservation and to improve local food security and livelihoods. In 2023 this organization began managing a 40 acre farm inside Lexington's urban boundary, with the vision for a training center for community gardeners on conservation practices and organic management. Both Ms. Smith and Ms. Funke have extensive production experience as well as expertise designing and hosting educational programming for Lexington's urban agriculture stakeholders. OAK's Executive Director, Brooke Gentile, is currently serving on Seedleaf's Advisory Committee for the new Urban Farm strategic plan.

**Kentucky State University - 1890's Land Grant Institution and Historically Black College or University**
- Shawn Lucas: Professor Organic Agriculture - Shawn.Lucas@kysu.edu
- LeTicia Marshall - Local Food Systems Justice Coordinator - Leticia.Marshall@kysu.edu

The KSU team will facilitate the development of soil health conservation resources appropriate for urban agriculture in Louisville, KY. Major soil health concerns exist in urban areas broadly, and particularly in communities in west Louisville. Ms. Marshall will collaborate on the development, promotion and hosting of Louisvlle events. Dr. Lucas will collaborate on soil health demonstrations.

- *Explain plans to coordinate work with partner organizations, leverage existing resources.*

**NRCS Kentucky** staff and field agents are close collaborators, and their participation in outreach events will be important to the success of the project. This proposal builds off of previous success and increases outreach to address identified gaps. Initial planning conversations with NRCS about the scope of this proposal and three year work plan demonstrate a high degree of synergy and desired cooperation. NRCS technical assistance and opportunities for cost share programs are foundational to actually implementing more conservation on working lands.

**Seedleaf** will work to expand urban agriculture, train community gardeners and leaders and serve as a farm business incubator throughout this project. OAK will collaborate with Seedleaf on outreach events and will serve on their urban farm Advisory Committee.

**Kentucky State University (KSU)**, is a long-time OAK partner on educational and outreach events ranging from Field Days and OAK's Annual Conference to webinars and research collaborations. Through this partnership, outreach will promote equity and inclusion in the organic agriculture movement and the project will leverage KSU's urban agriculture and food systems network in Louisville, Kentucky for wide outreach and education to these producers.

4. PROJECT METHODOLOGY/WORK PLAN AND ACTIVITIES TO ACHIEVE THE GOALS

- *Summarize the work to be performed in nontechnical terms for each goal and project objectives.*

11

J.A. 1172

All project activities support the project's Specific Goals #1-4 (above on page 6) and Objectives (page 7). Broadly, the project provides outreach through Field Days, demonstrations, webinars, conservation virtual chats, farmer referrals, development of outreach materials and communications to deepen understanding and relationships between farmers and NRCS.

**Webinars (5 events) [Specific Goals #1, #2, #3] [Objectives #1, #2, #3]**:
The project will develop and host 5 webinars, developing a variety of lasting NRCS content about programs and services available to support conservation activities on farms. The webinars will include information about eligibility, technical assistance, funding, how to apply, where to learn more information, examples of practices and what to expect with a contract. Webinars will feature presenters from NRCS and farmers who have used the program or services being discussed and time will be allotted for questions. Webinars will be promoted and hosted well in advance of related NRCS program deadlines. Each webinar will be recorded and shared on OAK's website to increase access to the content. Based on initial input from farmer stakeholders the webinars will likely cover these topics:

      1.) Getting Started with NRCS: An Overview of All Program Areas
      2.) Environmental Quality Incentives Program (EQIP)
      3.) Conservation Stewardship Program (CSP)
      4.) Conservation Reserve Program (CRP)
      5.) Conservation for Urban Agriculture and Small Farms

**Field Days and Demonstrations (12 events) [Specific Goal #1, #2, #3] [Objective #1, #2, #3]:**
These on-farm events encourage peer-to-peer sharing about conservation practices as well as build and strengthen relationships with NRCS Kentucky staff, deepening resource sharing and illustrating practices, programs and technical assistance available to farmers. Climate-smart practices and resources for urban agriculture and small farms will be highlighted. 12 Field Days (4 each year) will be developed in collaboration with partners and farmer stakeholders. Events can include demonstrations, presentations from the farmer and NRCS agents, take-home resources, a farm tour, lunch, time for questions and relationship building.

**Farmer Lunch Hour Conservation Chats (6 events) [Specific Goal #1, #2, #3, #4] [Objective #1, #2, #3, #4].** Held twice each year of the project (6 times total), and prior to application deadlines and funding cycles for NRCS programs, these informal virtual conservation chats provide an easy way for farmers to ask questions, get the details on an upcoming application and hear from farmers and conservationists about how practice implementation works once awarded.

**Referrals to NRCS from OAK Staff: [Specific Goal #2, #3] [Objectives #1, #2, #3]**
OAK will work with farmers and in partnership with NRCS to make referrals and support individual farmers who are interested in pursuing conservation plans and practice implementation. An estimated 20 farmer referrals will be made each year of the project.

**Development and Dissemination of Outreach Materials and Communications: [Specific Goal #1, #2, #3, #4] [Objectives #1, #2, #3, #4]** OAK's monthly e-newsletters, social media and website will be used to broadcast opportunities through this program. Digital and print resources will be available through the website and at all in-person events.

12

- *Explain why the applicant and its partners (where applicable) selected the activities proposed in the application.*

Farmer Field Days are the primary outreach and education mechanism for this project because year after year OAK hears from program participants that learning with other farmers on a working farm is the most influential experience they access. The project is designed to provide accessible and inclusive peer-to-peer community learning activities and events that ultimately support long-term relationships and learning that inspires changes in farm management decisions. OAK incorporates adult learning strategies from Sustainable Agriculture Research and Education (SARE) to ensure content is relatable, engages positive emotions, offers choice, shares mental models and supports opportunities for application.[6] OAK's field days and webinars are designed with key discussions and networking opportunities to foster lasting connections that will support the ongoing adoption of solutions in conservation. Further, written field day summaries and webinar recordings will live online, providing lasting content and resource lists.

Lunch virtual chats and referrals will offer small group and individual access to NRCS staff so that producers can ask intimate and specific questions. Outreach and communications will familiarize the broader community with conservation concepts and recruit new participants in the project's programming. OAK anticipates that after three years of conservation programming, stakeholders will develop a community of practices and continue the work of advancing the adoption of conservation practices in the region, on their farms or in their communities, while also benefiting from the connections with their peers made through the project.

- *Include a timeline of activities with milestones and verifiable indicators to demonstrate how progress will be achieved. Include the specific tasks to complete each activity and identify the responsible party to complete the task.*

**Administration, Management and Project Facilitation**

*Activity [A]: Hire Conservation Outreach Coordinator position.* Tasks [T]: Post position opening widely, interview candidates, make job offer, onboard new staff. Milestones [M]: hiring, training. Indicators [I]: Hired. Dates [D]: July-August 2023. Responsible Party [RP]: Brooke Gentile

*[A]: Host Annual Planning Meetings With Partners.* [T]: Schedule meetings, prepare agenda, share work plan and evaluation templates. [M]: 2023, 2024, 2025 planning and evaluations accomplished. [I]: Staff and partner participation, written plans and evaluation. [D]: Sept 2023, June 2024, June 2025. [RP]: Conservation Outreach Coordinator, staff, partners

**Webinars**

*[A]: Plan, Develop and Evaluate Webinars.* [T]: Schedule meetings, prepare agenda, build out curriculum content and resources, identify presenters, design registration and evaluation forms. [M]: 2023, 2024, 2025 planning and evaluations accomplished. [I]: Staff and partner participation in meetings, written plans and evaluation. [RP]: Conservation Outreach Coordinator, with staff and project partners as needed. [D]: Sept 2023, May 2024, May 2025

*[A]: Deliver Webinars (5 total events).* [T]: Event slide preparation, create registration, promote event, tech check, host event, participant evaluation, share summary and resources. [M]: launch

---

[6] Bell, S., & McAllister, J. (2021) *Sustainable Agriculture Through Sustainable Learning.* Sustainable Agriculture Research Education.

13

event, host event, collect evaluations. [I]: Y1: 33 attendees, Y2: 33, Y3: 34. [RP]: Conservation Outreach Coordinator, staff, partners. [D]: Dec 2023, Mar & Nov 2024, Mar & Nov 2025.

**Field Days and Demonstrations**

*[A]: Plan, Develop and Evaluate Field Days.* [T] identify farm hosts and speakers, outline conservation content, select demonstrations, confirm dates, develop registration and evaluation forms, order outreach supplies. [M]: annual planning and evaluations accomplished. [I]: Staff and partner participation in meetings, written plans and evaluation. [RP]: Conservation Outreach Coordinator, staff, partners. [D]: Sept 2023, May 2024, May 2025.

*[A]: Deliver Field Days and Demonstrations (12 total events).* [T]: Develop event agenda, visit farm, identify and secure demonstration and required materials, confirm site needs, create promotional materials, publish event registration form to website, promote event, order lunches, send reminders to registrants, host event, administer evaluation, share summary resources with participants. [M]: Plan details of each event, host event, collect evaluations, 4 events each year and 2 of those feature conservation for urban ag or small farms. [I]: Y1: 80 attendees, Y2: 80, Y3: 80. [RP]: Conservation Outreach Coordinator, staff and project partners to participate as needed. [D]: Average 1 Field Day each quarter throughout the project.

**Supporting Farmer Engagement and Leadership in Conservation**

*[A]: Host Conservation Lunch Hour Virtual Chats (6 total events).* [T]: Schedule events, invite partners and guest speakers as relevant, promote, develop informal agenda, host, share follow up resources. [M]: plan schedule, develop agenda, host, evaluate. [I]: Y1: 20, Y2: 20, Y3: 20. [RP]: Conservation Outreach Coordinator. [D]: November and February every year of the project.

*[A]: Make Farmer Referrals.* [T]: Review registration and evaluation forms for interest, follow up phone calls and emails, visit farms, develop email template for referrals, accompany farmers to NRCS meetings, support farmers with NRCS applications. [M]: develop tool to capture interest, create communication about opportunities, connect farmer and NRCS, follow up. [I]: Y1: 20, Y2: 20, Y3: 20. [RP]: Conservation Outreach Coordinator. [D]: Ongoing.

*[A]: Promote and Attend NRCS Local Working Group Meetings and State Technical Committee Meetings.* [T]: share notice of meetings, send reminders, attend meetings, report back. [M]: plan schedule. [I]: 750 farmers reached with meeting opportunities, 15 farmers attend meetings. [RP]: Conservation Outreach Coordinator. [D]: Ongoing with estimated 10 meetings each year.

**OAK Communications about Conservation**

*[A]: Share Conservation Opportunities (emphasize NRCS programs and practices for urban agriculture, small farms, climate-mitigation).* [T] Create and schedule monthly content on NRCS programs for E-newsletter, social media, develop conservation resource webpage on OAK's site for stakeholders, identify and create additional digital or print resources, record data analytics. [M]: plan schedule, develop content, evaluate [I]: 750 stakeholders reached through communications activities. [RP]: Conservation Outreach Coordinator with support from Communications Coordinator. [D]: Monthly e-news and social media, ongoing website.

- ***Describe plan to ensure financial accountability, including accounting and purchasing policies of your organization.***

OAK will manage and implement the project in accordance with the organization's approved Fiscal Policy and Procedures in adherence with accounting and procurement best practices.

14

**J.A. 1175**

OAK's Board of Directors is responsible for the financial oversight of all organizational activities, reviewing and approving the annual budget, reviewing annual and periodic financial statements, maintaining two authorized signers on bank accounts, and determining when the organization needs an audit. The Executive Director is responsible for the day-to-day financial management of the organization and is authorized by the Board of Directors to pay bills, receive funds and maintain bank accounts within the parameters of the overall approved budget. The Treasurer is authorized to act on the Board's behalf on financial matters when action is required in advance of a Board meeting. OAK's Financial Policy requires division of labor and fiscal oversight and all checks above a documented threshold require two signatures. OAK's accounting policies dictate that the Bookkeeper oversee expense allocations, process payroll, maintain general ledger, reconcile bank accounts and manage accounts receivable. The Treasurer reviews financials and bank statements monthly, and with the Executive Director, prepares year-end financials and submits all required files to an independent CPA to prepare the annual 990. OAK maintains a minimum of 7 years of records from program expenses. Purchases from $25,000 to $250,000 use simplified acquisition procedures which benefit from solicitation of at least three bids or estimates from sources generally considered to meet the requirements of the service requirements. For acquisitions estimated to exceed $250,000 OAK adheres to sealed bidding or negotiated procedures with an issuance of a written solicitation.

- ***Describe the method utilized to measure key and important progress toward the project's goal and how you will evaluate the project outcome and whether objectives were met.***

The Executive Director in collaboration with the Conservation Outreach Coordinator will develop the full three year work plan with all activities, tasks, indicators and anticipated outcomes. The project will be managed by the Conservation Outreach Coordinator through Asana, a cloud-based project management software that provides calendar-driven tools to track progress towards the project goal. OAK staff on the project will meet weekly to plan for and support upcoming activities and outreach. Engagement numbers, participant feedback and farmer referrals will be tracked in google sheets. All project contacts will be entered into OAK's Customer Relationship Management software and event registration will run through the database allowing project staff to pull participation reports for any single event or for the project overall. Each project webinar and field day will be evaluated by OAK's Education Director within a month of the event. Each year of the project will be evaluated by the Executive Director, Conservation Outreach Coordinator with insights from project partners to ensure outreach, educational impact and farmer engagement continues to be in alignment with the overall goals and desired outcomes and indicators set forth by the proposal. A final impact report will be developed to share how the objects were met and to highlight success and participant stories.

## PROJECT BENEFICIARIES

*Describe who and how many will benefit from your project. This should include an estimate of the type and number of historically underserved producers to be reached.*
*Describe beneficiaries of this proposal.*

| Historically Underserved Producer Groups | Numbers Reached/Served |
|---|---|
| Beginning Farmer and Rancher | 428 |
| Limited Resource Farmer and Rancher | 375 |
| Socially Disadvantaged Farmer or Rancher | |

15

**J.A. 1176**

|  |  |
|---|---|
| American Indian or Alaskan Native | 10 |
| Asian | 10 |
| Black or African American | 57 |
| Native Hawaiian or other Pacific Islander | 3 |
| Hispanic | 20 |
| Veteran Farmer or Rancher | 20 |
| Students/Youth | 0 |

16

## TECHNICAL MERIT

### EXPECTED ACCOMPLISHMENTS AND DELIVERABLES

*List the expected accomplishments and deliverables and the number of historically underserved producers reached or served.*

| # | Accomplishments/Deliverables | Number of Historically Underserved Producers Reached |
|---|---|---|
| 1 | Field Days and Demonstrations: 12 events over three years x 20 farmers each event | 240 |
| 2 | Webinars: 5 events over three years x 20 farmers each event | 100 |
| 3 | Conservation Lunch Chat - Virtual: 6 events over three years x 10 farmers each event | 60 |
| 4 | Farm visits: 30 over three years | 30 |
| 5 | Farmer Referrals to NRCS: 60 over 3 years | 60 |
| 6 | Farmers attend annual meeting for networking and learning | 75 |
| 7 | OAK Communications: enewsletter, social media | 750 |
| 8 | OAK Communications: webpage, digital and print resources | 500 |
| 9 | Support farmers knowing about NRCS Local Working Group Meetings and State Technical Committee Meetings | 345 |
| 10 | Support conservation leadership and attendance at NRCS Local Working Group Meetings and State Technical Committee Meetings | 15 |

### WORK PLAN

*Develop a Task Timeline using the headings below. List and describe each individual task to be performed including the timeframe for implementation; and milestone(s) for assessing progress and success. The task descriptions should be sufficiently detailed to give a clear understanding of the general flow of work necessary to complete the project. There should be one or more milestones for each of the deliverables.*

| # | Task Description | Anticipated Start Date | Anticipated Completion Date | Milestone(s) for Assessing Progress and Success |
|---|---|---|---|---|
| 1 | Hire Conservation Outreach Coordinator | Oct 2023 | Nov 2023 | Post job opening, distribute widely, interview, make job offer, onboard and train. |
| 2 | Planning and Evaluation Meetings x 3 each year (All Partners meeting, Webinar Planning meeting, Field Day Planning meeting) | Nov 2023 Sept 2024 Sept 2025 Aug 2026 | Nov2023 Sept 2024 Sept 2025 Aug 2026 | Develop annual event schedule and curricula, create registration and evaluation forms, outreach plan. |
| 3 | Plan and Host Webinar 1: Introduction to NRCS Programs | Nov 2023 | Dec 2023 | See text in this box on next page for all Field Days |
| 4 | Plan and Host Webinar 2: EQIP | Feb 2024 | March 2024 | |
| 5 | Plan and Host Webinar 3: CSP | Oct 2024 | Nov 2024 | Confirm dates, confirm presenters, final slide deck for each event, individual event promotion, host event, participant administer evaluations, follow up with |
| 6 | Plan and Host Webinar 4: CRP | Feb 2025 | March 2025 | |

17

**J.A. 1178**

| # | Task Description | Anticipated Start Date | Anticipated Completion Date | Milestone(s) for Assessing Progress and Success |
|---|---|---|---|---|
| 7 | Plan and Host Webinar 5: NRCS programs for Small Farms and Urban Agriculture | Oct 2025 | Nov 2025 | participants and share digital or print resources, review evaluations. |
| 8 | Plan and Host Field Day 1: Topic and location TBD - cover crops | Jan 2024 | April 2024 | |
| 9 | Plan and Host Field Day 2: Urban Ag, Small Scale Lexington | March 2024 | June 2024 | |
| 10 | Plan and Host Field Day 3: Urban Ag, Small Scale Louisville | July 2024 | Sept 2024 | |
| 11 | Plan and Host Field Day 4 - Topic and location TBD - nutrient budgeting | Sept 2024 | Nov 2024 | |
| 12 | Plan and Host Field Day 5 - Topic and location TBD - high tunnel | Dec 2024 | Feb 2025 | Confirm date, confirm farm host, visit farm, confirm partners, identify topics and demonstrations, create promotional materials and launch registration, make participant packets, order lunches, send reminders, host events, administer evaluations, follow up with participants to share digital resources, review evaluations. |
| 13 | Plan and Host Field Day 6: Urban Ag or Small Scale Louisville | Jan 2025 | April 2025 | |
| 14 | Plan and Host Field Day 7: Urban Ag or Small Scale Lexington | April 2025 | June 2025 | |
| 15 | Plan and Host Field Day 8 - Topic and location TBD - organic management practice | July 2025 | Sept 2025 | |
| 16 | Plan and Host Field Day 9 - Topic and location TBD - pollinators | Sept 2025 | Nov 2025 | |
| 17 | Plan and Host Field Day 10: Urban Ag or Small Scale Lexington | Dec 2025 | March 2026 | |
| 18 | Plan and Host Field Day 11: Urban Ag or Small Scale Louisville | Feb 2026 | May 2026 | |
| 19 | Plan and Host Field Day 12: Topic and location TBD - prescribed grazing | April 2026 | July 2026 | |
| 20 | Monthly e-newsletter content | Oct 2023 | Sept 2026 | Outline schedule of content (farmer stories to highlight, NRCS program highlights and reminders, NRCS meeting announcements), create content, use equity and accessibility content creator tool, send monthly, evaluate analytics (opens, link clicks, registrations). |
| 21 | Monthly social media content | Oct 2023 | Sept 2026 | Outline schedule of content (farmer stories to highlight, NRCS program highlights and reminders, NRCS meeting announcements), create content, use equity and accessibility content creator tool, post monthly, evaluate analytics. |
| 22 | Create and maintain OAK webpage dedicated to the project - ongoing | Oct 2023 | Sept 2026 | Outline topics and resources, create content and add to new webpage, promote web page through events and outreach, use equity and accessibility content creator |

18

| # | Task Description | Anticipated Start Date | Anticipated Completion Date | Milestone(s) for Assessing Progress and Success |
|---|---|---|---|---|
| | | | | tool, optimize SEO, evaluate data analytics for page visits and link clicks. |
| 23 | Create digital and print resources to support participants in the program as needed - ongoing | Oct 2023 | Sept 2026 | Outline topics and resources, create content as needed, use existing resources when applicable, assess usefulness on participant surveys and through website analytics. |
| 24 | Plan and Host Virtual Conservation Lunch Chats (6 total) | Jan 2024 Feb 2024 Oct 2024 Jan 2025 Oct 2025 Jan 2026 | Feb 2024 March 2024 Nov 2024 Feb 2025 Nov 2025 Feb 2026 | Schedule virtual events, coordinate with partners and confirm NRCS staff person, set up easy registration, promote events, prepare loose agenda, send direct email invites, facilitate open conversation, administer evaluation. |
| 25 | Invoicing and Reporting | Oct 2023 | Sept 2026 | Collect impact data; run financial expenses; prepare quarterly invoice; prepare project report as needed (anticipating annually and final). |

## ACHIEVABILITY

### SELECT THE APPROPRIATE OUTCOME(S) AND INDICATOR(S)/SUB-INDICATOR(S)

*All applicants must identify <u>a minimum of one</u> outcome from the list below and provide an indicator that will be addressed through your project. You will need to establish baseline numbers and/or estimate realistic target numbers for the outcome(s) and indicator(s) you select.*

> **FOR EXAMPLE:**
>
> **Outcome 2, Indicator 1.**
>
> **Description:** Host training sessions on the Environmental Quality Incentives Program (EQIP) to Veteran Farmers and Ranchers in Ohio to increase their knowledge about NRCS financial and technical assistance to address natural resource concerns through EQIP.

#### OUTCOME MEASURE(S)

☒ **Outcome 1: To address local natural resource issues with a focus on working with historically underserved producers and underserved communities, especially those that:**
  a. Improve the environmental and economic performance of working lands
  b. Improve water quality and/or quantity
  c. Improve soil health
  d. Provide habitat for local wildlife species of concern

| Indicator | Description | Estimated Number |
|---|---|---|
| 1.a. | <u>Improve the environmental and economic performance of working lands</u> by increasing the number of historically underserved farmers that know about, apply for or have active NRCS contracts through outreach, education and targeted technical assistance and referrals to NRCS for practices and programs. | 345 |

19

**J.A. 1180**

| Indicator | Description | Estimated Number |
|---|---|---|
| 1.c. | Improve soil health by promoting practices that are relevant to operations managed by historically underserved farmers through hosting webinars, field days, demonstrations, community conversations and one-on-one support. | 345 |

☒ **Outcome 2:** Demonstrating Climate-Smart Conservation Activities that build climate resilience, by mitigating climate change through reducing GHG emissions and/or sequestering carbon, or by adapting agriculture to a world with a changing climate, building a more sustainable future through effective environmental practices on the land.

| Indicator | Description | Estimated Number |
|---|---|---|
| 2.a. | Increase knowledge about climate-smart conservation practices, technical assistance and relevant programs through hosting training sessions for historically underserved farmers in Kentucky with project partners. | 345 |
| 2.b. | Increase implementation of climate-smart practices | 100 |

☒ **Outcome 3: Encouraging partnerships to emphasize equity in advancing underserved communities utilizing urban and small-scale agriculture.**

| Indicator | Description | Estimated Number |
|---|---|---|
| 3.a. | Collaborate with Seedleaf in Lexington, KY to increase strategic conservation outreach to a network of community gardeners and urban farmers located in and working with underserved communities. | 100 |
| 3.b. | Collaborate with Kentucky State University and other nonprofits in Louisville, KY to increase strategic conservation outreach to a network of urban farmers and those operating small-scale agriculture located in and working with underserved communities. | 100 |

☒ **Outcome 4: Developing state and community-led conservation leadership for historically underserved producers and underserved communities.**

| Indicator | Description | Estimated Number |
|---|---|---|
| 4.a. | Historically underserved farmers that gained information about conservation leadership opportunities and learned about program support to participate in NRCS Local Working Group Meetings | 345 |
| 4.b. | Historically underserved farmers that attended conservation leadership meetings | 15 |

☐ **Outcome 5: Developing high school and college students from underserved communities to pursue NRCS career opportunities.**

| Indicator | Description | Estimated Number |
|---|---|---|
| 5.a. | | |
| 5.b. | | |

**REPORTING ON SELECTED OUTCOMES AND INDICATORS**

20

**J.A. 1181**

*For each completed outcome indicator explain how you will achieve the selected outcome in the space below. Provide a clear, concise description of the steps including specific work to be accomplished and any potential challenges. If specific plans have not been developed, explain your plan for having them developed.*

| Outcome and Indicator # *1.a., 2.a., 3.a.,* | How did you derive the estimated numbers? *1.a., documented background or baseline information, etc.* | How and when do you intend to evaluate? *I.e., surveys, 3rd party assessment* | Anticipated key factors predicted to contribute to and restrict outcome *Including action steps for addressing identified restricting factors* |
|---|---|---|---|
| 1.a. | Documented background and estimated total participation based on OAK's known farmer demographics and stakeholder stated interest. | Event registration totals prior to each webinar and field day. Post event participant survey evaluations. Email, phone call and individual meeting tracking. Communications reach through enews and social media and link clicks. | <u>Contributions</u> to outcomes: OAK's existing network with stakeholder and partner engagement; history of delivering valuable farmer programming through participatory design; relationships with host farmers; OAK database maintains record of participant demographic data. <u>Restrictions</u>: weather (plan for alternate dates); availability of partners, NRCS, farmers (plan activities well in advance and communicate clearly and often) |
| 1.c. | Documented background and estimated total participation based on OAK's known farmer demographics and stakeholder stated interest. | Event registration totals prior to each webinar and field day. Post event participants survey evaluations. Email, phone call and individual meeting tracking. Alternate reach through enews and social media and link clicks. | <u>Contributions</u> to outcomes: OAK's existing network with stakeholder and partner engagement; history of delivering valuable farmer programming through participatory design; relationships with host farmers; OAK database maintains record of participant demographic data. <u>Restrictions</u>: weather (plan for alternate dates); availability of partners, NRCS, farmers (plan activities well in advance and communicate clearly and often) |
| 2.a. | Documented background and estimated total participation based on OAK's known farmer demographics and stakeholder stated interest. | Event registration totals prior to each webinar and field day. Post event participants survey evaluations. Email, phone call and individual meeting tracking. Communications reach through enews and social media and link clicks. | <u>Contributions</u> to outcomes: OAK's existing network with stakeholder and partner engagement; history of delivering valuable farmer programming through participatory design with deep familiarity of climate-smart practices; relationships with host farmers; OAK database maintains record of participant demographic data. <u>Restrictions</u>: weather (plan for alternate dates); availability of partners, NRCS, farmers (plan activities well in advance and communicate clearly and often); farmer's ability to self-report change in knowledge on climate-smart practices (design pre/post participant survey appropriately) |
| 2.b. | Documented background and estimated total participation based on OAK's known farmer demographics and | Event registration totals along with post-event evaluations that will ask farmers to indicate if they are interested to work with | <u>Contributions</u> to outcomes: existing referral and tracking system; existing communication channels with NRCS; farmers with previously stated interest in climate-smart practices; OAK |

21

J.A. 1182

| Outcome and Indicator # *1.a., 2.a., 3.a.,* | How did you derive the estimated numbers? *I.a., documented background or baseline information, etc.* | How and when do you intend to evaluate? *I.e., surveys, 3rd party assessment* | Anticipated key factors predicted to contribute to and restrict outcome *Including action steps for addressing identified restricting factors* |
|---|---|---|---|
| | previous rates of referrals along with known increases in NRCS funding that will occur in the next 3 years. | NRCS. OAK staff will make referrals and will follow up with participants throughout each year of the project to track the farms that have applied, with contracts, and are interested to apply. | database maintains record of participant demographic data. <u>Restrictions</u>: due to privacy and data protection OAK and NRCS will need to define a way to discuss the application status or active contract status of participating farms without divulging sensitive information. |
| 3.a. | Documented background and estimated total participation based on Seedleaf's known urban farmer demographics and community stakeholder stated interest in Lexington, KY. | Event registration totals prior to each webinar and field day. Post event participants survey evaluations. Partner specific communications about the project to their stakeholders through their existing newsletter and social media. | <u>Contributions</u> to outcomes: strong partnership and commitment to the project; identified stakeholder interest in conservation content; history of past program success; willingness to share information with producers; dedicated partner staff to project; OAK database maintains record of participant demographic data. <u>Restrictions</u>: scheduling with the partner will require advance planning and assistance with coordination of activities on site during events. |
| 3.b. | Documented background and estimated total participation based on Kentucky State University and other partners known urban farmer demographics and community stakeholder stated interest in Louisville, KY. | Event registration totals prior to each webinar and field day. Post event participants survey evaluations. Partner specific communications about the project to their stakeholders through their existing newsletter and social media. | <u>Contributions</u> to outcomes: strong partnership and commitment to the project; identified stakeholder interest in conservation content; history of past program success; willingness to share information with producers; dedicated partner staff to project; OAK database maintains record of participant demographic data. <u>Restrictions</u>: scheduling with the partner will require advance planning and assistance with coordination of activities on site during events. |
| 4.a. | Documented background and estimated total participation based on OAK's known farmer demographics and stakeholder stated interest. OAK's communications are connected to CRM and we can pull a report on demographics of those who read the communication. | Analytics for all e-newsletter, social media, print notifications, participants at events and webpage visits that share the notification of meetings will be documented after the event or the communications is delivered. | <u>Contributions</u> to outcomes: established communications channels; known interest in sharing conservation priorities; offering staff support and participation in meetings with farmers (proven engagement and empowerment design). <u>Restrictions</u>: information overload (OAK communications will consistently highlight what the meetings are for and when with advance notice) |

**J.A. 1183**

| Outcome and Indicator # 1.a., 2.a., 3.a., | How did you derive the estimated numbers? *I.a., documented background or baseline information, etc.* | How and when do you intend to evaluate? *I.e., surveys, 3rd party assessment* | Anticipated key factors predicted to contribute to and restrict outcome *Including action steps for addressing identified restricting factors* |
|---|---|---|---|
| 4.b. | Estimated at 3% of total project participants due to the extra time commitment and known interest among stakeholders for conservation leadership opportunities. | Track and record farmer participation in NRCS Local Working Group and State Technical Committee Meetings as well as their conversations in their communities about conservation priorities. Question on event registration forms and on post event evaluation forms. | Contributions to outcomes: plan for communications; interested farmers; proven model to support engagement. Restrictions: lack of knowledge about how the meetings work, when they are and what a farmer can contribute is a barrier (OAK staff and communications to support transparency); travel and time required to attend these meetings is a barrier (project provides mileage travel support) |

## EXPERTISE AND PARTNERS

*List key staff, including applicant personnel and external project partners and collaborators that comprise the Project Team, their role, their relevant experience in developing and operating projects like those to be conducted under this project.*

| # | Name and Title of Key Staff | Role | Relevant Experience and Past Successes |
|---|---|---|---|
| 1 | Brooke Gentile, Executive Director, OAK | Manager and administrator for OAK and oversees the project work plan and budget. Project staff report to ED. Provides planning support . Attends select in-person and virtual events. | Mrs. Gentile brings 22 years of nonprofit program management in sustainable agriculture, working with small farms and historically underserved farmers to create stakeholder driven programming to the team. MA Culture, Ecology and Sustainable Communities. Designed and facilitated 6 years of OAK educational and outreach events and works collaboratively with the team to create and implement programming, develop evaluation tools, analyze evaluations and contribute to writing all deliverables. Gentile is a certified Organic Transition Specialist, providing guidance to over 180 farmers implementing organic practices on their farms. |
| 2 | Natalie Rider, Assistant Director, OAK | Develops project management tool, activity and impact tracking data collection and analysis documents. Establishes participant registration forms. Provides program | Mrs. Rider brings 6 years of experience managing multi-million dollar international sustainable development and natural resource projects to the team. She has previous experience streamlining data collection and reporting for projects. During her first 14 months with OAK she has attended every event and met hundreds of farmers in the state. As an administrator for OAK's database, she ensures that participant recordkeeping systems are well-established. She leads equity work for OAK staff and is an experienced |

23

**J.A. 1184**

| | | | |
|---|---|---|---|
| | support for Louisville and virtual events | urban gardener. She is also a certified Kentucky Naturalist and certified Organic Transition Specialist. | |
| 3 | Robin Verson, Communications Coordinator, OAK | She will share conservation resources, content, stories, event summaries, photos and more through OAK's communications channels. Including and not limited to: monthly e-newsletters, social media; website; YouTube. | Mrs. Verson is an organic farmer of 25 years and manages all aspects of OAK's communications including newsletters, event promotion and social media, and represents OAK at events and equity programming across the state. As a known and well-respected farmer she is able to connect with other farmers easily and translate content to be most useful for farmer stakeholders. She has also worked with every NRCS program available and is familiar with crops and livestock conservation practices. |
| 4 | Jenny Howard Owen, Education Director, OAK | Provides farmer programming design support. Assists with identifying farmer partners. Collaborates on adult learning design for Field Day and Webinar agendas. Assists in coordinating logistics for in-person and virtual events. Introduces the new COC to the farmer network. | Since 2019, Mrs. Owen has coordinated all the daily operations for OAK's Farmer Education Programs, managing the logistics of events, creating public and internal communications about educational programming, recruiting and organizing speakers and farm hosts, conducting outreach for events, administering evaluation tools and assisting in analyzing event evaluations. She has strengthened OAK's farmer education and outreach programs with her skills and dedication to stakeholder involvement and relationship building. She brings over 30 years of Environmental Educator experience to the team. As a trained naturalist and farmer she has a powerful collection of skills and resources to share with the team to ensure the project's success. |
| 5 | New Hire, Conservation Outreach Coordinator, OAK | Serves as the project point person. Coordinates all aspects of the day-to-day of the project activities, communications, outreach, partnerships and content creation. This position is the relationship builder, | This new hire will be imperative to implementing OAK's project and expanding work in conservation outreach, support to urban agriculture, working with small farms, meeting the needs of historically underserved farmers and in collaboration with partners. The coordinator will have experience in coordinating a range of project activities and a history of success of working with historically disadvantaged groups and diverse stakeholders. A strong candidate will have excellent written and verbal communication skills. Additionally, the individual will |

24

J.A. 1185

| | | the connector and the conservation champion. | have experience with conservation, agriculture, communications, event planning and stewarding partnerships. |
|---|---|---|---|
| 6 | Christine Smith, Executive, PhD. Director, Seedleaf (Partner) | Lead on partner communications, invoicing, reporting. Point person for new urban farm location. Collaborator on content creation and field day design to share with Seedleaf stakeholders. She manages the Urban Farm Manager and will direct Seedleaf activities. provides connections to Seedleaf's communication garden sites. | Ms. Smith is a trained Geographer earning her PhD in 2014. She left academia to pursue community development through local food systems and has been Seedleaf's Executive Director since 2017. As a nonprofit administrator she has successfully built dozens of partnerships, stewarded 13 garden sites and runs programming that engages over 300 people annually, not including all the school groups. Ms. Smith's connection with urban growers in Lexington is vital to the success of this project. Additionally, she has always championed conservation practices and is committee to the new 30-acre urban farm serving as a training location for the project. |
| 7 | Lindsey Funke, Urban Farm Manager, Seedleaf (Partner) | Coordinates the day-to-day activities on the Seeleaf urban farm. | Funke began gardening when she was in college at the University of Kentucky. She studied Sustainable Agriculture and worked on the university organic farm. She's been with Seedleaf since 2021 as the Farm Manager and is committed to participatory stakeholder programming, organic practices and conservation. She often works with groups of gardeners through educational programming or coordinates volunteer opportunities. |
| 8 | Shawn Lucas, Professor Organic Agriculture, Kentucky State University (Partner) | Consults on soil health resources and provides connection to farmers. | Assistant Professor of Organic Agriculture in the College of Agriculture, Community and the Sciences at KSU, Dr. Lucas carries out research and Extension services to develop best management practices in organic agriculture and sustainable agroecosystems in Kentucky. He has a particular focus on maintaining and enhancing soil health, building biodiversity and improving ecosystem services. He manages 15 acres of certified organic land at the KSU Research and Demonstration Farm and coordinates projects centered on integrated crop-livestock systems, industrial hemp in organic systems, high and tunnel production. OAK has collaborated with Dr. Lucas on dozens of programs over the past decade. |

25

| | | |
|---|---|---|
| 9 | LeTicia Marshall, Local Food Systems Justice Coordinator, Kentucky State University (Partner) | Collaborates on the development of Louisville Field Days and demonstrations. Lead partner on sharing communications about the project opportunities. Assists in defining priority topics and practices. | Mrs. Marshall serves as the Local Food Justice Coordinator for Kentucky State University, based in Louisville, KY. She is also the owner and operator of Bearfruit & Grow, LLC that works to encourage, empower, educate and participate in growing food in any size garden space. Founded in 2018, she runs an urban farm, offers garden coaching services. She has a masters degree in social work from University of Louisville. |

## PROJECT MANAGEMENT PLAN

*Describe your management plan including applicant personnel and external project partners, will be leading, coordinating, and carrying out activities under this project.*

OAK is a 501(c)3 non-profit organization and it will manage this project. OAK's mission, vision and strategic plan is determined and upheld by the OAK Board of Directors. OAK's Executive Director, Brooke Gentile (PI for this project), reports all program activity to the Board of Directors and to those involved with the project. OAK staff dedicated to this NRCS Equity in Conservation Outreach program consult with OAK's new Outreach Committee, consisting of a majority of farmers, on the implementation of the program. OAK's Executive Director will oversee the development and activities of the project work plan. OAK's Conservation Outreach Coordinator will lead the planning and The partners will meet to discuss activities annually and OAK staff on the project will hold a weekly meeting to manage day to day activities. Partners, participants and staff will feel current and connected through stakeholder appropriate communications via email and phone. The group will adhere to the work plan detailed above, coordinating and evaluating activities according to the plan. Data sharing for program planning and implementation documents will occur in the cloud and primarily rely on Google Docs, Google Sheets and file storage in an organizational Google Drive account. Program participant data will be collected in OAK's secure Customer Relationship Management (CRM) online database and reports can be customized and exported to excel for easy data management. Standardized reporting templates will be distributed to partners for use. OAK prepares all required documentation and reports.

## FISCAL PLAN AND RESOURCES

*All expenses described in your Standard Form (SF) 424A, Budget Information must be associated with expenses that will be covered by the Equity Conservation Cooperative Agreements. Applicants should review the Request for Applications Section D.6. Funding Restrictions and Section D.7. Indirect Cost Limitations prior to developing their budget narrative.* **See budget narrative guidance for guidance on how each category should be calculated.**

## BUDGET SUMMARY

26

**J.A. 1187**

| Expense Category | Funds Requested |
|---|---|
| Personnel | $224,688.92 |
| Fringe Benefits | $41,567.45 |
| Travel | $16,734.50 |
| Equipment | $0 |
| Supplies | $8,629 |
| Contractual | $0 |
| Other | $50,550 |
| Direct Costs Subtotal | $342,169.87 |
| Indirect Costs | $32,716.99 |
| Total Budget *(direct +indirect)* | **$374,886.86** |

Will Entity be requesting indirect cost?

If yes, will it be a NICRA or De Minimis? ☐ NICRA     ☒ De Minimis

## PERSONNEL

*List the organization's employees whose time and effort can be specifically identified and easily and accurately traced to project activities. See the Request for Applications Section D.6. Funding Restrictions and Section D.7. Indirect Cost Limitations for further guidance.*

| # | Name/Title | Annual Salary or Hourly Wage | Level of Effort (# of hours OR % FTE) | Funds Requested |
|---|---|---|---|---|
| 1 | Brooke Gentile, Executive Director | $72,090 | 5% | $11,363.19 |
| 2 | Natalie Rider, Assistant Director | $56,375 | 5% | $8,886.11 |
| 3 | Robin Verson, Communications Coordinator | $46,000 | 10% | $14,501.50 |
| 4 | Jenny Howard Owen, Education Director | $51,250 | 20% | $32,313.13 |
| 5 | New Hire, Conservation Outreach Coordinator | $50,000 | 100% | $157,625.00 |
| **Personnel Subtotal** | | | | **$224,688.92** |

### PERSONNEL JUSTIFICATION

*For each individual listed in the above table, describe the activities to be completed by name/title including approximately when activities will occur. Add more personnel by copying and pasting the existing listing or deleting personnel that aren't necessary.*

Base salaries are used in 2023 and an annual salary escalation rate of 5% is applied to maintain competitive wages and accommodate cost of living increases. Timeline of activities starts on page 13.

**Personnel 1:** <u>Brooke Gentile, Executive Director</u> - Provides overall management and project oversight of work plan, budget and project staff. Weekly staff meeting on project progress, participation in events and annual project evaluation. The Conservation Outreach Coordinator reports to the ED. Ongoing involvement through the life of the project in this management capacity.

**Personnel 2:** <u>Natalie Rider, Assistant Director</u> - Develops project management tool, activity and impact tracking data collection and analysis documents. Establishes participant registration forms. Provides program support for Louisville and virtual events and outreach. Participates in all project planning meetings. Ongoing involvement through the life of the project with these activities.

27

**J.A. 1188**

**Personnel 3:** <u>Robin Verson, Communications Coordinator</u> - Manages all aspects of OAK's communications including monthly newsletters, event promotion and monthly social media, and represents OAK at events and equity programming across the state. Ongoing involvement through the life of the project with these activities.

**Personnel 4:** <u>Jenny Howard Owen, Education Director</u> - Provides programming design support. Assists with identifying farmer partners. Collaborates on adult learning design for Field Day and Webinar agendas. Assists in coordinating logistics for in-person and virtual events. Provides on-site logistical support for in-person events. Ongoing involvement through the life of the project with these activities.

**Personnel 5:** <u>New Hire, Conservation Outreach Coordinator</u> - This new staff position is the keystone to all project activities and at the heart of program development, event planning, farmer engagement, partner collaborations and content creation for project storytelling. Ongoing involvement through the life of the project with these activities.

## FRINGE BENEFITS

*Provide the fringe benefit rates for each of the project's salaried employees described in the Personnel section that will be paid with the Equity Conservation Cooperative Agreements funds.*

| # | Name/Title | Fringe Benefit Rate | Funds Requested |
|---|---|---|---|
| 1 | Brooke Gentile, Executive Director | 18.5% | $2,102.19 |
| 2 | Natalie Rider, Assistant Director | 18.5% | $1,643.93 |
| 3 | Robin Verson, Communications Coordinator | 18.5% | $2,682.78 |
| 4 | Jenny Howard Owen, Education Director | 18.5% | $5,977.93 |
| 5 | New Hire, Conservation Outreach Coordinator | 18.5% | $29,160.63 |
| **Fringe Benefits Subtotal** | | **$41,567.45** | |

## TRAVEL

*Explain the purpose for each Trip Request. Please note that travel costs are limited to those allowed by formal organizational policy; in the case of air travel, project participants must use the lowest reasonable commercial airfares. For recipient organizations that have no formal travel policy and for-profit recipients, allowable travel costs may not exceed those established by the Federal Travel Regulation, issued by GSA, including the maximum per diem and subsistence rates prescribed in those regulations. This information is available at http://www.gsa.gov.*

| # | Trip Destination | Type of Expense (airfare, car rental, hotel, meals, mileage, etc.) | Unit of Measure (days, nights, miles) | # of Units | Cost per Unit | # of Travelers Claiming the Expense | Funds Requested |
|---|---|---|---|---|---|---|---|
| 1 | Field Days: in-state car travel for OAK staff on the project. | mileage | 200 miles | 49 | $131 | 4 | $6,419 |
| 2 | Outreach Events: in-state car travel for OAK staff on the project. | mileage | 200 miles | 12 | $131 | 1 | $1,572 |
| 3 | NRCS Local Working Group Meetings and State Technical Committee Meetings: in-state car travel | mileage | 160 miles | 38 | $104.80 | 1 | $3,144 |

28

**J.A. 1189**

| # | Trip Destination | Type of Expense (airfare, car rental, hotel, meals, mileage, etc.) | Unit of Measure (days, nights, miles) | # of Units | Cost per Unit | # of Travelers Claiming the Expense | Funds Requested |
|---|---|---|---|---|---|---|---|
| 4 | 30 Farm Visits: in-state car travel | mileage | 200 miles each | 30 | $131 | 1 | $3,930.00 |
| 5 | Hotel | hotel | 1 night | 9 | $126.50 | 1 | $1,138.50 |
| 6 | Per Diem | meals | 1 day | 9 | $59 | 1 | $531.00 |
| **Travel Subtotal** | | | | | | | **$16,734.50** |

TRAVEL JUSTIFICATION

*For each trip listed in the above table describe the purpose of this trip and how it will achieve the objectives and outcomes of the project. Be sure to include approximately when the trip will occur. Add more trips by copying and pasting the existing listing or delete trips that aren't necessary.*

**See [Objectives] on page 7 and [Outcomes] on page 8.**

**Trip 1: Travel for Field Days -** Dates are estimated and available for these 12 events in the "Work Plan" starting on page 16. The Conservation Outreach Coordinator and the Education Director visits farms 2 months prior to the event and then again for the event. Other support staff travel to the farm only on the day of the event. Each trip to the farm is estimated at an average of 200 miles round trip x 49 trips x $0.655/mile = $2,139.67 annually ($6,419.00 for 3 years). [Objective #1; #2; #3; Outcome #1; #2; #3]

**Trip 2: Travel to related farmer outreach events - January, March, September and November each year.** To make new connections and share information about the project. Estimated 4 outreach events a year x 200 miles round trip = $524 annually ($1,572 for three years). [Objective #1; Outcome #1]

**Trip 3: Travel to NRCS Kentucky State Technical Committee Meetings and Local Working Group Meetings -** Time and location are to be determined. An estimated 12 meetings per year x 133.33 miles round trip each meeting = $1,048 annually ($3,144 for three years). [Objective #4; Outcome #4]

**Trip 4: Farm Visits -** Travel to 10 farms in yet-to-be determined locations each year of the project to meet one on one with farmers x 200 miles for average round trip x $0.655/mile = $1,310 annually ($3,930 for three years). This estimated average is based on OAK's 10 years of travel records. [Objective #2; Outcome #1]

**Trip 5: Lodging -** Location and date to be determined based on yet-to-be identified farms and event locations. Local hotel rooms are required for project coordinator when doing concentrated outreach through events and meetings in a location of the state that is far from their residence. $126.50 per room/night x 3 rooms/nights a year = $379.50 annually ($1,138.50 for three years). [Objective #1; #2; #3; Outcome #1; #2; #3]

29

**J.A. 1190**

**Trip 6: Per Diem** is required by the project coordinator when traveling for more than 24 hours for work. OAK follows U.S. General Services Administration Per Diem Rates with Kentucky's Meals & Incidentals standard rate being $59 x 3 days of travel a year = $177 ($531 for three years). [Objective #1; #2; #3; Outcome #1; #2; #3]

CONFORMING WITH YOUR TRAVEL POLICY

☒ *By checking the box to the right, I confirm that my organization's established travel policies will be adhered to when completing the above-mentioned trips in accordance with* 2 CFR 200.474 *or* 48 CFR subpart 31.2 *as applicable.*

## EQUIPMENT

*Describe any special purpose equipment to be purchased or rented under the grant. "Special purpose equipment" is tangible, nonexpendable, personal property having a useful life of more than one year and an acquisition cost that equals or exceeds $5,000 per unit and is used only for research, medical, scientific, or other technical activities.*

*Purchase of "general purpose equipment" requires prior approval and must be necessary and directly related to the activities of the project.*

| # | Item Description | Rental or Purchase | Acquire When? | Funds Requested |
|---|---|---|---|---|
| 1 | NA | NA | NA | NA |
| **Equipment Subtotal** | | | | **NA** |

EQUIPMENT JUSTIFICATION

*For each piece of Equipment listed in the table above, describe the need and how this equipment will be used to achieve the objectives and outcomes of the project. Add more equipment by copying and pasting the existing listing or delete equipment that isn't necessary.*

**Equipment 1:**

## SUPPLIES

*List the materials, supplies, and fabricated parts costing less than $5,000 per unit and describe how they will support the purpose and goal of the proposal.*

| # | Item Description | Per-Unit Cost | # of Units/Pieces Purchased | Acquire When? | Funds Requested |
|---|---|---|---|---|---|
| 1 | Field Day directional yard signs | $26.00 | 4 | Dec 2023 | $104 |
| 2 | Field Day demonstration materials (tools, seeds, irrigation supplies, fencing, etc as needed and TBD based on topic and demo and farm identified need) | $225 | 12 | Month prior to Field Day/demo. | $2,700 |
| 3 | Porta Potty rental for host farm | $200 | 6 | Day before Field Day | $1,200 |
| 4 | Mobile speaker for Field Day events | $300 | 1 | Dec 2023 | $300 |
| 5 | Wireless microphone | $150 | 1 | Dec 2023 | $150 |
| 6 | Zoom - monthly service fee | $211 | 5 | Month of webinars | $1,688 |

30

**J.A. 1191**

| # | Item Description | Per-Unit Cost | # of Units/Pieces Purchased | Acquire When? | Funds Requested |
|---|---|---|---|---|---|
| 7 | Outreach table | $50 | 1 | Dec 2023 | $50 |
| 8 | Outreach tablecloth - branded | $200 | 1 | Dec 2023 | $200 |
| 9 | Outreach pop up sign | $200 | 1 | Dec 2023 | $200 |
| 10 | Outreach acrylic sign displays for table - pack of 10 | $37 | 1 | Dec 2023 | $37 |
| 11 | Computing device | $2000 | 1 | Aug 2023 | $2000 |
| **Supplies Subtotal** | | | | | **$8,629** |

SUPPLIES JUSTIFICATION

*Describe the purpose of each supply listed in the table above purchased and how it is necessary for the completion of the project's objective(s) and outcome(s).*

**See [Objectives] on page 7 and [Outcomes] on page 8.**

**Supply 1:** Field Day directional yard signs x 4 are required to guide event participants to the farm location and clearly communicate parking locations. Farms are often on remote country roads where navigation apps sometimes do not work and cell phone service is not reliable and so physical and visual signs are required. [Objective #1; Outcome #1]

**Supply 2:** Field Day demonstration materials such as tools, seeds, irrigation supplies, fencing and more will be needed based on the event topic, the needs of the farm and the desired demonstration. These supplies are estimated at an average of $225 per field day event. [Objective #1; #2; #3; Outcome #1; #2; #3]

**Supply 3:** Porta Potty for host farm when on-farm bathroom facilities are not sufficient or convenient so that Field Day participants have access to bathroom facilities. [Objective #1; Outcome #1; #2]

**Supply 4:** Mobile speaker and wired mic for voice amplification during Field Days and demonstrations. With groups over 20 it is often important to take steps to improve the audio experience for event participants. This is particularly necessary if the weather is inclement and when farm equipment is operating. 1600 watt speaker. 25 ft mic cord. Rechargeable battery and electric plug in capability. [Objective #1; Outcome #1; Outcome #2; Outcome #3]

**Supply 5:** Wireless microphone for recording farmer and NRCS content on the farm during field days and demonstrations to later re-share on OAK's YouTube Channel. [Objective #1; Outcome #1; Outcome #2; Outcome #3]

**Supply 6:** Zoom's virtual meeting service is required for 5 webinars and the Conservation Lunch Hour Chat. Meeting virtually for these learning and peer-to-peer conversations has the benefit of increasing accessibility and providing an informal setting for conversation. [Objective #1; #2; #3; #4; Outcome #1; #2; #3; #4]

**Supply 7:** Outreach table to set up information displays at Field Days and outreach events. 1 folding 6ft table. [Objective #1; Outcome #1]

31

**J.A. 1192**

**Supply 8:** Outreach tablecloth with OAK logo to use with information displays at outreach events. [Objective #1; Outcome #1]

**Supply 9:** Outreach pop up sign (6ft) to use at Field Days and outreach events to share images of conservation practices. [Objective #1; Outcome #1]

**Supply 10:** Outreach acrylic sign displays to use at Field Days and outreach events to share notices of upcoming events, NRCS resources, newsletter sign up, and NRCS meetings. [Objective #1; Outcome #1; Outcome #4]

**Supply 11: Computing devices for Conservation Outreach Coordinator.** As a state-wide non-profit organization OAK does not have a brick and mortar office, all employees work from home offices and require computers and printers to carry out essential work for this project to be successful. Related computer equipment is required for the Conservation Outreach Coordinator, allocating 100% of time to this project.Dell Vostro 7510 + extended warranty = $1,500. Dual Monitor = $200. Printer = $300. Total for computing device = $2,000. [Objective #1; #2; #3; #4; Outcome #1; #2; #3; #4]

## CONTRACTUAL/CONSULTANT

*Contractual/consultant costs are the expenses associated with purchasing goods and/or procuring services performed by an individual or organization other than the applicant in the form of a procurement relationship. If there is more than one contractor or consultant, each must be described separately. (Repeat this section for each contract/consultant.)*

### ITEMIZED CONTRACTOR(S)/CONSULTANT(S) (CONTRACTUAL/SUBAWARDS)

*Provide a list of contractors/consultants (contractual/subaward), detailing out the name, hourly/flat rate, and overall cost of the services performed. Please note that any statutory limitations on indirect costs also apply to contractors and consultants.  If travel and supply are needed for the contractor or consultant, complete below tables with justification.*

| # | Name/Organization | Hourly Rate or Annual Salary/Flat Rate | Level of Effort (# of hours OR % FTE) | Funds Requested |
|---|---|---|---|---|
| 1 | | | | |
| 2 | | | | |
| 3 | | | | |
| | Contractual/Consultant Subtotal | | | |

### CONTRACTUAL JUSTIFICATION

*Provide for each of your real or anticipated contractors listed above a description of the project activities each will accomplish to meet the objectives and outcomes of the project. Each section should also include a justification for why contractual/consultant services are to be used to meet the anticipated outcomes and objectives. Include timelines for each activity. If contractor employee and consultant hourly rates of pay exceed the salary of a GS-15 step 10 Federal employee in your area, provide a justification for the expenses. This limit does not include fringe benefits, travel, indirect costs, or other expenses.*

**Contractor/Consultant 1:**

**Contractor/Consultant 2:**

32

**J.A. 1193**

*Provide the fringe benefit rates for each of the contractual/subaward employees described above section that will be paid with the Equity Conservation Cooperative Agreements funds.*

| # | Name/Title | Fringe Benefit Rate | Funds Requested |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| **Fringe Benefits Subtotal** | | | |

*Explain the purpose for each Trip Request for each contractual/subaward. Please note that travel costs are limited to those allowed by formal organizational policy; in the case of air travel, project participants must use the lowest reasonable commercial airfares. For recipient organizations that have no formal travel policy and for-profit recipients, allowable travel costs may not exceed those established by the Federal Travel Regulation, issued by GSA, including the maximum per diem and subsistence rates prescribed in those regulations. This information is available at http://www.gsa.gov.*

| # | Trip Destination | Type of Expense (airfare, car rental, hotel, meals, mileage, etc.) | Unit of Measure (days, nights, miles) | # of Units | Cost per Unit | # of Travelers Claiming the Expense | Funds Requested |
|---|---|---|---|---|---|---|---|
| 1 | | | | | | | |
| 2 | | | | | | | |
| **Travel Subtotal** | | | | | | | |

TRAVEL JUSTIFICATION FOR CONTRACTUAL/SUBAWARDS

*For each trip listed in the above table for contractuals/subawards, describe the purpose of this trip and how it will achieve the objectives and outcomes of the project. Be sure to include approximately when the trip will occur. Add more trips by copying and pasting the existing listing or delete trips that aren't necessary.*

**Trip 1 (Approximate Date of Travel MM/YYYY):**

**Trip 2 (Approximate Date of Travel MM/YYYY):**

*List the materials, supplies, and fabricated parts costing less than $5,000 per unit and describe how they will support the contractual/subaward.*

| # | Item Description | Per-Unit Cost | # of Units/Pieces Purchased | Acquire When? | Funds Requested |
|---|---|---|---|---|---|
| 1 | | | | | |
| 2 | | | | | |
| **Supplies Subtotal** | | | | | |

SUPPLIES JUSTIFICATION CONTRACTUAL/SUBAWARDS

*Describe the purpose of each supply listed in the table above purchased and how it is necessary for the completion of the project's objective(s) and outcome(s).*

33

**J.A. 1194**

**Supply 1:**

**Supply 2:**

*If any, indirect costs (also known as "facilities and administrative costs"—defined at 2 CFR §200.1) for contractual/subawards represent the expenses of doing business that are not readily identified with a particular grant, contract, or project function or activity, but are necessary for the general operation of the organization and the conduct of activities it performs. See Section D.7. Indirect Cost Limitations for further guidance.*

| Indirect Cost Rate for Contractual/Subawards | Funds Requested |
|---|---|
| | |
| Personnel | |
| Fringe Benefits | |
| Travel | |
| Equipment | |
| Supplies | |
| Contractual | |
| Other | |
| Direct Costs Subtotal for Indirect Costs Calculation | |
| Modified Total Direct Cost (MDTC) if applicable | |
| Indirect Percentage | |
| Indirect Cost | |

---

CONFORMING WITH YOUR PROCUREMENT STANDARDS

☐ *By checking the box to the right, I confirm that my organization followed the same policies and procedures used for procurements from non-federal sources, which reflect applicable State and local laws and regulations and conform to the Federal laws and standards identified in 2 CFR Part 200.317 through.326, as applicable. If the contractor(s)/consultant(s) are not already selected, my organization will follow the same requirements.*

OTHER

*Include any expenses not covered in any of the previous budget categories. Be sure to break down costs into cost/unit. Expenses in this section include, but are not limited to, meetings and conferences, communications, rental expenses, advertisements, publication costs, and data collection.*

*If you budget meal costs for reasons other than meals associated with travel per diem, provide an adequate justification to support that these costs are not entertainment costs.*

| Item Description | Per-Unit Cost | Number of Units | Acquire When? | Funds Requested |
|---|---|---|---|---|
| Seedleaf - Subaward | $15,000 | 1 | Invoiced quarterly throughout project | $15,000 |
| Kentucky State University - Subaward | $6,000 | 1 | Invoiced quarterly throughout project | $6,000 |
| Participant Support Cost for Farmers - Annual Farmer Meeting - Registration Fee | $100 | 75 | February each year | $7,500 |
| Participant Support Cost for Farmers - Travel Allowance | $50 | 150 | after attending field day event or NRCS meeting - if requested | $7,500 |

34

**J.A. 1195**

| Item Description | Per-Unit Cost | Number of Units | Acquire When? | Funds Requested |
|---|---|---|---|---|
| Lunch | $15 | 300 | prior to field day events | $4,800 |
| Speaker Fees for Field Day Host Farmers | $500 | 12 | after field day event | $6,000 |
| Speaker Fees for Webinar co-host Farmers | $150 | 5 | after webinar | $750 |
| Printing at $0.25 per sheet for participant resource packets | $0.25 | 12,000 | prior to field day events | $3,000 |
| **Other Subtotal** | | | | **$50,550** |

OTHER JUSTIFICATION

*Describe the purpose of each item listed in the table above purchased and how it is necessary for the completion of the project's objective(s) and outcome(s).*

**See [Objectives] on page 7 and [Outcomes] on page 8.**

**Subaward - Seedleaf  - $15,000**
Nonprofit urban agriculture and community gardening partner on the project. Located in Lexington, KY this organization works with over 250 community gardeners every year, many have their own gardens, small farms or are participating in Seedleaf's Market Garden Program through the urban farm and growing food for their community and retail markets. 90% of the organization's participants are historically underserved. Seedleaf's new 30-acre urban farm will be a host site for Field Days and demonstrations and broad outreach to growers. [Objective #1; #2; #3; #4; Outcome #1; #2; #3; #4]
- Christine Smith: 100 hours annually at $25/hr = $2,500 each year ($7,500 for three years)
- Lindsey Funke: 100 hours annually at $25/hr = $2,500 each year ($7,500 for three years)
- $5,000 annually = $15,000 for three years

**Subaward - Kentucky State University - $6,000**
Kentucky State University (KSU) partnership spans soil health and organic research to small farm and historically underserved farmer outreach. Collaboration with KSU will focus on urban agriculture and bio intensive production on small farms in Louisville, KY. [Objective #1; #2; #3; #4; Outcome #1; #2; #3; #4]
- $2,000 annually = $6,000 for three years

**Participant Support Cost for Farmers - Annual Farmer Meeting - Registration Fee**
Farmer participation in the annual meeting is critical to their connection to the community of like minded conservationists. The dynamic confluence of speakers, sessions and resources dramatically increases their support network and access to resources. [Objective #1; #2; #3; #4; Outcome #1; #2; #3; #4]. $100 each x 25 each year = $2,500 annually ($7,500 for three years)

**Participant Support Cost for Farmers - Mileage Reimbursement - Travel Allowance**
Farmer participants will have access to request mileage reimbursement to Field Days and farmer meetings. Their participation is critical to the success of the project and their related in-state mileage travel is incidental to the activities of the project. [Objective #1; #2; #3; #4; Outcome #1; #2; #3; #4]. 3,817 miles annually at $0.655/miles (IRS mileage reimbursement rate) = $2,500 each year ($7,500 for three years)

35

**J.A. 1196**

**Lunch** is provided for Field Day participants when the educational event spans the majority of the day including the lunch hour and the meal is necessary for the success of the project to maintain attendance throughout the event. U.S. GSA rates for Lunch is $15/lunch. [Objective #1; Outcome #1; #2; #3] $15/lunch x 25 event participants x 4 events each year = $1,600 annually ($4,800 for three years)

**Speaker Fees for Field Day Host Farmers** are necessary expenses for the project to succeed. We value the knowledge and time and farms these experts share with participants and a speaker fee expresses that value, and helps make the request to participate, and host a large group on their farm, compelling. Ensuring the project offers a strong program with a diversity of expert farmer speaker field day hosts. $500 per speaker for 12 Field Days = $6,00

**Speaker Fees for Webinar Farmer Speakers** are necessary expenses for the project to succeed. Engaged co-host farmers speakers are incidental to successful webinars, offering tangible conservation stories from the farm, and from the farmer, help put the NRCS programs and practices into action for farmers webinar attendees who are conservation curious. $150 each x 5 total = $750 for three years

**Printing for participant resource packets** so farmers have information in print to hold and refer to during events. Tangible resources and takeaways increases information absorption, improves recall and offers farmers a quick reference for when they need a resource in the future. Additionally resources will feature NRCS programs, services, technical assistance and ways farmers can get started. [Objective #1; #2; #3; #4; Outcome #1; #2; #3; #4]. 12,000 sheets x $0.25 each = $3,000 for three years.

## INDIRECT COSTS

*Indirect costs (also known as "facilities and administrative costs"—defined at 2 CFR §200.1) represent the expenses of doing business that are not readily identified with a particular grant, contract, or project function or activity, but are necessary for the general operation of the organization and the conduct of activities it performs. See Section D.6. Indirect Cost Limitations for further guidance.*

*Note: Individuals are not eligible to charge indirect costs to their award.*

| Indirect Cost Rate | BASE | Funds Requested |
|---|---|---|
| 10% | $327,169.87 | $32,716.99 |
| **Indirect Subtotal** | | **$32,716.99** |

## OTHER

DO YOU HAVE OR HAVE HAD AN AGREEMENT OR GRANT WITH NRCS?

☒ Yes          ☐ No

IF YES, LIST THE GRANTS OR AGREEMENTS AND PROVIDE A BRIEF DESCRIPTION OF HOW THIS PROJECT APPLICATION IS DIFFERENT.

36

**J.A. 1197**

| # | Grant Program | Description of Difference |
|---|---|---|
| 1 | USDA NRCS Kentucky - Cooperative Agreement NR225C16XXXX G001 | Current NRCS agreement supports OAK's Annual Organic Farming Conference, specifically, the creation of a session with an NRCS speaker at the event and acknowledgement that NRCS is a program collaborator. NRCS does outreach at the events to farmer participants. This new proposal does not include duplicative NRCS activities at the Annual OAK Conference. This new proposal does offer 25 farmers each year (75 total) the opportunity to go to the farmer gathering using participant support costs in this budget. The networking and connections that are made at an annual conference are vital to a farmer's mental health, knowledge base and importantly, for supporting innovations and the adoption of new practices. |
| 2 | USDA NRCS - Partnership for Climate Smart Commodities Grant 13652907 | OAK's funded PCSC project will work with 150 commercial farmers annually. Participating operations must have established buyers, and farmers must be interested in participating in a lengthy farm sustainability assessment process, and then be willing to implement climate smart practices. The PCSC project will pay farmers an incentive to implement one climate smart practice a year.

Whereas this NRCS Equity in Conservation Outreach (ECO) project proposes to work with historically underserved farmers not yet selling commercially and at the beginning of exploring all of what NRCS has to offer. Additionally, it is likely that there will be farmers that are not interested in participating in OAK's climate smart project. In particular, this NRCS ECO project will provide broad overall outreach about NRCS programs as well as detailed outreach for Organic Management (newly available practice), Organic Transition, High Tunnel practice standards, CSP (all of which are not included in OAK's PCSC project) and make close contact and well-supported referrals to NRCS to explore and apply for additional practices.

Participant tracking for the two different projects will ensure OAK does not report duplicate farmer participation. |

HAVE YOU SUBMITTED THIS PROJECT PROPOSAL TO ANOTHER FEDERAL OR STATE GRANT PROGRAM?

☐ Yes                    ☒ No

IF YES, LIST THE FEDERAL OR STATE GRANT PROGRAM AND DESCRIBE HOW THE PROJECT IS DIFFERENT.

| # | Grant Program | Description of Difference |
|---|---|---|
| 1 | | |

J.A. 1198

USDA is an equal opportunity provider, employer, and lender.

J.A. 1199

# ORGANIC ASSOCIATION OF KENTUCKY DECLARATION

# EXHIBIT 11-B

NRCS-ADS-093

## USDA

**U.S. Department of Agriculture**
**Natural Resources Conservation Service**

### NOTICE OF GRANT AND AGREEMENT AWARD

| 1. Award Identifying Number<br><br>NR243A750003C045 | 2. Amendment Number | 3. Award /Project Period<br><br>Date of Final Signature -<br>03/31/2027 | 4. Type of award instrument:<br><br>Cooperative Agreement |
|---|---|---|---|
| 5. Agency (Name and Address)<br><br>USDA, NRCS Outreach and Advocacy Division<br>c/o FPAC-BC Grants and Agreements Division<br>1400 Independence Ave SW, Room 3236<br>Washington, DC 20250<br>Direct all correspondence to FPAC.BC.GAD@usda.gov | | 6. Recipient Organization (Name and Address)<br><br>ORGANIC ASSOCIATION OF KENTUCKY INC<br>PO BOX 22244<br>LEXINGTON KY 40522<br><br>UEI Number / DUNS Number: KGLLLCALDLE4 / 061623272<br>EIN: | |

| 7. NRCS Program Contact<br><br>Name: HAVALA<br>SCHUMACHER<br>Phone: 202-878-2697<br>Email: havala.<br>schumacher@usda.gov | 8. NRCS Administrative<br>Contact<br><br>Name: LESLIE ROBERTS<br>Phone: (202)690-9021<br>Email: leslie.roberts@usda.gov | 9. Recipient Program<br>Contact<br><br>Name: Natalie Rider<br>Phone: (502) 435-6384<br>Email: natalie@oak-ky.org | 10. Recipient Administrative<br>Contact<br><br>Name: Brooke Gentile<br>Phone: (502) 219-7378<br>Email: brooke@oak-ky.org |
|---|---|---|---|
| 11. CFDA<br><br>10.902 | 12. Authority<br><br>16 U.S.C. 2001-2009<br>16 U.S.C. 2004<br>16 U.S.C. 3801 et seq<br>16 U.S.C. 590a-590f, 590q<br>7 CFR 12<br>7 U.S.C. 1010a | 13. Type of Action<br><br>New Agreement | 14. Program Director<br><br>Name: Brooke Gentile<br>Phone: (502) 219-7378<br>Email: brooke@oak-ky.org |

| 15. Project Title/ Description:  To deliver outreach and education programming to increase awareness of and participation in NRCS programs, services and leadership opportunities in agriculture and natural resource conservation in KY. |
|---|
| 16. Entity Type:  M = Nonprofit with 501C3 IRS Status (Other than Institution of Higher Education) |
| 17. Select Funding Type |

| Select funding type: | ☒ Federal | ☐ Non-Federal |
|---|---|---|
| Original funds total | $261,296.00 | $0.00 |
| Additional funds total | $0.00 | $0.00 |
| Grand total | $261,296.00 | $0.00 |

18.  Approved Budget

| Personnel | $0.00 | Fringe Benefits | $0.00 |
|---|---|---|---|
| Travel | $0.00 | Equipment | $0.00 |
| Supplies | $0.00 | Contractual | $0.00 |
| Construction | $0.00 | Other | $261,296.00 |
| Total Direct Cost | $261,296.00 | Total Indirect Cost | $0.00 |
| | | Total Non-Federal Funds | $0.00 |
| | | Total Federal Funds Awarded | $261,296.00 |
| | | Total Approved Budget | $261,296.00 |

This agreement is subject to applicable USDA NRCS statutory provisions and Financial Assistance Regulations. In accepting this award or amendment and any payments made pursuant thereto, the undersigned represents that he or she is duly authorized to act on behalf of the awardee organization, agrees that the award is subject to the applicable provisions of this agreement (and all attachments), and agrees that acceptance of any payments constitutes an agreement by the payee that the amounts, if any, found by NRCS to have been overpaid, will be refunded or credited in full to NRCS.

| Name and Title of Authorized Government Representative<br><br>LOUIS ASPEY<br>ASSOCIATE CHIEF | Signature | Date |
|---|---|---|
| Name and Title of Authorized Recipient Representative<br><br>BROOKE GENTILE<br>EXECUTIVE DIRECTOR | Signature | Date<br>2/1/2024 |

### NONDISCRIMINATION STATEMENT

The U.S. Department of Agriculture (USDA) prohibits discrimination in all its programs and activities on the basis of race, color, national origin, age, disability, and where applicable, sex, marital status, familial status, parental status, religion, sexual orientation, genetic information, political beliefs, reprisal, or because all or a part of an individual's income is derived from any public assistance program. (Not all prohibited bases apply to all programs.) Persons with disabilities who require alternative means for communication of program information (Braille, large print, audiotape, etc.) should contact USDA's TARGET Center at (202) 720-2600 (voice and TDD). To file a complaint of discrimination write to USDA, Director, Office of Civil Rights, 1400 Independence Avenue, SW., Washington, DC 20250-9410 or call (800) 795-3272 (voice) or (202) 720-6382 (TDD). USDA is an equal opportunity provider and employer.

### PRIVACY ACT STATEMENT

The above statements are made in accordance with the Privacy Act of 1974 (5 U.S.C. Section 522a).

**J.A. 1202**

## Statement of Work

**Purpose**

The Outreach and Partnerships Division (OPD) within the U.S. Department of Agriculture's Natural Resources Conservation Service (USDA NRCS) provides leadership and funding for outreach to ensure that all programs and services are made accessible to all NRCS customers and are treated fairly and equitably with emphasis on reaching the underserved farmers or ranchers and landowners. NRCS is providing funding through "Equity in Conservation Outreach Cooperative Agreements." This award is in the best interest of the Government and necessary to provide outreach and technical assistance to underserved communities.

The purpose of this agreement, between the U.S. Department of Agriculture, Natural Resources Conservation Service (NRCS) and Organic Association of Kentucky (OAK, or "Recipient"), is to deliver outreach and education programming to increase awareness of and participation in NRCS programs, services and leadership opportunities in agriculture and natural resource conservation among Kentucky's historically underserved producers and communities. OAK is embedded in the agricultural community in Kentucky and will provide NRCS with unique access to small, underserved and organic farms in the Southeast. Project activities will address local natural resource concerns, promote the adoption of climate-smart conservation and encourage small-scale and urban agriculture.

The project will draw on OAK's existing statewide network of farmers, expertise in conservation practices and past partnerships with NRCS to deepen relationships, increase access to resources and support long-term equity in local conservation programs and investments. OAK and project partners are committed to providing state-wide education and outreach about NRCS programs and climate-smart practices, with an emphasis on agriculture in Kentucky's urban communities. The project activities will facilitate direct referrals to NRCS, on-farm field days, demonstrations, accessible webinars, peer-to-peer conversations, state-wide communications, and other programming responsive to feedback from historically underserved farmers and small farms in Kentucky. With a deep commitment to equity and community resilience, this project brings together OAK's network of farmers, staff and strategic partners to provide expertise, with the vision of building long-term farmer participation, practice adoption and measurable on-farm conservation impacts.

Work will take place across the state of Kentucky, in all six congressional districts.

**Objectives**

As a farmer-founded and -led nonprofit organization with significant membership and participation from historically underserved farmers, it is OAK's overall goal to support a farmer-led conservation project that increases knowledge about and participation in NRCS programs during and after the project, with support from these specific objectives:

1) Promote the benefits of NRCS programs through education, outreach and demonstration of conservation practices to historically underserved farmers in Kentucky. Outreach will bring NRCS agents together with historically underserved farmers to maximize relationship-building opportunities and to share information about NRCS programs that are available to farmers in Kentucky. The project will facilitate farmers' better understanding of the NRCS planning process and program implementation, with ample opportunities for historically underserved farmers to experience how NRCS can meet their conservation needs through a range of programs. OAK will actively make referrals to NRCS and support individual farmers who are interested in pursuing conservation plans and practice implementation.

2) Support education and planning for adoption of conservation practices that are climate smart. The project will promote adaptation strategies that can be implemented in response to local climate change impacts to reduce farm natural resource risks and vulnerabilities, build resilience and help to maintain productivity. Through outreach, education and the resulting adoption of practices, this project will help agricultural producers and private landowners voluntarily mitigate the impacts of extreme weather events on their farms.

3) Improve the connections between small scale or urban agriculture producers and NRCS to increase participation in conservation programs and better meet community needs for sustainable food production. Through farm tours, webinars, on-farm demonstrations and field days, this project will connect NRCS agents to urban farmers in Louisville, Lexington and other urban areas identified during the project, as well as small farms across the state. The project will provide opportunities for conservation planning and technical assistance to help farms manage natural resources and provide fresh food for local communities.

4) Develop and support conservation leadership skills and opportunities by informing historically underserved producers of leadership programs and ways to address local natural resource issues and community conservation priorities. Farmers participating in conservation programs are best positioned to voice their regional conservation priorities in partnership with other farmers and in their communities. This project will facilitate outreach to farmers and encourage

farmers to participate in their Local Working Groups to have a voice in setting regional conservation priorities.

**Budget Narrative**

The official budget described in this Budget Narrative will be considered the total budget as last approved by the Federal awarding agency for this award.

Amounts included in this budget narrative are estimates. Reimbursement or advance liquidations will be based on actual expenditures, not to exceed the amount obligated.  Advances are authorized for expenditures projected for up to 90 days.

TOTAL BUDGET - FEDERAL FUNDS $261,296

TOTAL BUDGET
Total Project Budget = $261,296

PERSONNEL
Total Personnel Requested = $162,092.09
Base salaries are used in 2024 and an annual salary escalation rate of 5% is applied to maintain competitive wages and accommodate cost of living increases.

Brooke Gentile - Project Director - Executive Director
Mrs. Gentile has facilitated 6 years of OAK educational and outreach events and works collaboratively with the team to design and implement programming, develop evaluation tools, analyze evaluations and contribute to writing all deliverables. She provides oversight to all aspects of the project. She is a certified Organic Transition Specialist, providing guidance to over 180 farmers implementing organic practices on their farms. Mrs. Gentile brings 22 years of experience with nonprofit program management and sustainable agriculture stakeholder driven programming to the team, and has extensive experience managing federally-awarded grants and reporting on impact.
Salary Year 1 = $85,000; Year 2 = $89,250; Year 3 = $93,712.50.  Total Salary $267,962.50 at 5% of effort = $13,398.12

Natalie Rider - Associate Director
Mrs. Rider manages administrative aspects of the project including event registration, on-site logistical support during the Louisville, KY outreach and education events, webinar staff support and project data management. Mrs. Rider brings 6 years of experience managing multi-million dollar international sustainable development projects to the team. She is also a certified Kentucky Naturalist and certified Organic Transition Specialist. Ms. Rider has prior experience managing multi-million dollar federal contracts, stewarding grant programs with collaborative stakeholders and contributes to OAK's equity initiatives and stewarding OAK's Equity Action Plan.
Salary Year 1 = $65,000; Year 2 = $68,250; Year 3 = $71,662.50. Total Salary $204,912.50 at        5% of effort = $ 10,245.62

Jenny Howard Owen - Farmer Education Program Manager
Mrs. Owen has 25 years of experience developing and implementing agriculture and environmental education programs for adults. Her approach is grounded in scientific literature, focuses on peer-to-peer learning and offers hands-on learning that supports farmers to shift mental models required for long-term management change. Ms. Owen will support the development and implementation of education and outreach activities for the project including Field Days (4 each year of the project = 12 total) and webinars (5 total). She brings over 30 years of experience as an Environmental Educator to the team, is a trained naturalist and farmer.
Salary Year 1 = $51,250; Salary Year 2 = $53,812.50; Salary Year 3 = $56,503.13. Total Salary $161,565.63 at 10% of effort = $ 16,156.56

Robin Verson - Communications Coordinator
Mrs. Verson will collaborate with The Conservation Outreach Coordinator on outreach for the project by sharing project content through OAK's monthly farmer e-newsletter, social media and promote the project through community outreach events she regularly attends in her network-building role with OAK's programs. She will create and maintain the OAK NRCS project webpage on the website and manage resource uploads after events. She will track communications analytics for the projects.
Salary Year 1 = $46,000; Year 2 = $48,300; Year 3 = $50,715. Total Salary $145,015 at 7.7% of effort = $ 11,166.16

Conservation Outreach Coordinator
This staff person has yet to be hired. OAK will post an open position and advertise the job announcement widely. This position will carry out activities in the work plan and direct the day to day activities of the project. This position is responsible for developing and coordinating field days, demonstrations, webinars, conservation lunch hour chats, one-on-one meetings with farmers, farm visits and coordination of activities with partners. This new position will be

responsible for following the annual plan of work and facilitating the timely completion of activities, collection of evaluations and recording of all required project data. This position will develop project communications for the public, coordinate all participating farmer communications and maintain a database of project participants. This staff person will host events and work with other OAK staff to assist with event logistics where needed. This person will receive and respond to inquiries about the project. Reports to Farmer Education Program Manager.
Salary Year 1 = $47,000; Salary Year 2 = $49,350; Salary Year 3 = $51,817.50. Total Salary = $148,167.50 at 75% of effort = $ 111,125.63

FRINGE BENEFITS
Total Fringe Benefits Requested = $29,987.04
OAK's fringe benefit calculation is based on a 18.5% of salary and includes costs of leave, employee insurance, federal and state taxes, compensation fringe benefits, unemployment and workers compensation insurance, excluding those in CFR 200.447(d)(1) and (2). Line item fringe benefits were included in the original Budget Narrative and cost for individual staff are included below.

Federal Total
● Executive Director (5% FTE), $2,478.65
● Associate Director (5% FTE), $1,895.44
● Farmer Education Program Manager (10% FTE), $2,988.96
● Communications Coordinator (7.7% FTE), $2,065.74
● Conservation Outreach Coordinator (75% FTE), $20,558.24

TRAVEL
Total Travel Requested = $15,475.05

OAK follows federal rates and guidelines for travel expenses and does not have a separate travel policy. Mileage reimbursement travel rates are based on the current IRS mileage reimbursement rate.

Local mileage is estimated at $ $0.655/mile per IRS reimbursement rate. Estimated round trip travel for Field Days, farm visits, outreach events and education programming is based on the past decade of actual travel-related program expenses and anticipated miles with known activities with an annual increase of 3% adjusted for projected rise in cost of fuel.

Local hotels are estimated at $126.50/night for 9 nights with annual inflation of 3% factored in ($379.50 Year 1, $390.89 Year 2, $402.61 Year 3 = $1173.00 total for 3 years)

All Travel is detailed below by position:

● Executive Director travel
○ Local travel is calculated at $0.655 per mile throughout the primary service area:
■ Travel to 1 farm annually for Field Day x 200 miles round trip x $0.655/mile = $131.00 annually with 3% increase each year ($131 Year 1 + $134.93 Year 2 + $138.98 Year 3 = $404.91 for 3 years)

● Associate Director travel
○ Local travel is calculated at $0.655 per mile throughout the primary service area:
■ Travel to 1 farm annually for Field Day x 200 miles round trip x $0.655/mile = $131.00 annually with 3% increase each year ($131 Year 1 + $134.93 Year 2 + $138.98 Year 3 = $404.91 for 3 years)

● Farmer Education Program Manager travel
○ Local travel is calculated at $0.655 per mile throughout the primary service area:
■ Travel to 2 farms in year 1 for Field Day farm visit prep (200 miles) and for the actual Field Day (200 miles)  x 400 miles round trip x $0.655/mile = $786.00 Year 1
■ Travel to 3 farms annually in Year 2 and Year 3 for Field Days x 200 miles round trip x $0.655/mile with 3% increase in mileage reimbursement anticipated = $404.79 in Year 2 and $416.93 in Year 3 ($821.72 for the last 2 years of project)

● Conservation Outreach Coordinator travel
○ Local travel is calculated at $0.655 per mile throughout the primary service area with 3% annual increase in anticipated mileage rate reimbursement:
■ Travel to 3 farms each year for Field Day farm visit prep (200 miles) and for the actual Field Day (200 miles) x 400 miles round trip x $0.655/mile = $809.82 annually ($2,429.45 for 3 years with 3% annual increase).
■ Travel to 10 farms each year of the project to meet one on one with farmers x 200 miles round trip x $0.655/mile = $1,310 annually ($4,049.08 for three years with 3% annual increase)
■ Travel to NRCS Kentucky State Technical Committee Meetings and Local Working Group Meetings for an estimated 12 meetings per year x 133.33 miles round trip each meeting = $1,048 annually ($3,239.26 for three years with 3%

annual increase)
■ Travel to related farmer outreach events to make new connections and share information about the project. Estimated 4 outreach events a year x 200 miles round trip = $524 annually ($1,619.63 for three years with 3% annual increase).
○ Local hotel rooms are required for project coordinator when doing concentrated outreach through events and meetings in a location of the state that is far from their residence. Location TBD based on identified farms and event locations. $126.50 per room/night x 3 rooms/nights a year = $379.50 annually ($1,173.00 for three years with 3% annual increase in cost)
○ Per Diem is required by the project coordinator when traveling for more than 24 hours for work. OAK follows U.S. General Services Administration Per Diem Rates with Kentucky's Meals & Incidentals standard rate being $59 x 3 days of travel a year = $177 ($547.09 for three years with 3% annual increase in cost)

EQUIPMENT
Total Equipment Requested = $0
No equipment is required for this project.

SUPPLIES
Total Supplies Requested = $5,060.34

Field Day directional yard signs facilitate participant navigation to the event.
$27.07 each x 5 = $135.35

Field Day demonstration materials including items such as tools, seeds, irrigations supplies, fencing and more as needed once determined by event topic, farm needs and identified demo activities. $225 per Field Day x 3 Field Days a year = $675 annually ($2,025 for three years)

Mobile speaker to amplify presenter voices during Field Day and demonstration events:
1 x $300 = $300

Wireless microphone to record presenter voices during Field Day and demonstration events:
1 x $150 = $150.

Outreach table to set up information displays at Field Days and outreach events.
1 folding 6ft table at $50 = $50.

Outreach tablecloth with OAK logo to use with information displays at outreach events.
1 tablecloth at $200 = $200.

Outreach pop up sign to use at Field Days and outreach events to share images of conservation practices. 1 pop up sign at $200 = $200

Computing devices for Conservation Outreach Coordinator.
As a state-wide non-profit organization OAK does not have a brick and mortar office, all employees work from home offices and require computers and printers to carry out essential work for this project to be successful. Related computer equipment is required for the Conservation Outreach Coordinator, allocating 100% of time to this project. Laptop Computer @ $1,500 each x 1 employee = $1,500
○ Estimate is for Dell Vostro 7510 + extended warranty with non-profit bulk discount applied.
○ OAK already has a multi user Microsoft Office license with no annual fee, for this new computers.
● Dual Monitor is required for home office @ $200 each x 1 employee = $200.
● Printer is required for home office @ $300 each x 1 employee = $300.
● Computers, monitors and printers total: $2,000

CONTRACTUAL
Total Contractual Requested = $0

CONSTRUCTION
Total Construction Requested = $0
No construction is required for this project

OTHER
Total Other Requested = $25,200.03

Subaward - Seedleaf  - $15,000
Seedleaf is a nonprofit partner working on urban agriculture, community gardening and urban farmer outreach and education for the project. Located in Lexington, KY this organization works with over 250 community gardeners every

year, many have their own gardens, small farms or are participating in Seedleaf's Market Garden Program through their urban farm and growing food for their community and retail markets. 80% of the organization's participants are historically underserved. Seedleaf's new 30-acre urban farm will host Field Days, demonstrations, and broad outreach to urban growers. Base salaries are used in 2024 and the organization selected an annual salary escalation rate of 5% to be applied to maintain competitive wages and accommodate cost of living increases.

Seedleaf Personnel = $12,723.48

●Christine Smith, Executive Director: Salary Year 1 = $65,000; Year 2 = $66,300; Year 3 = $67,626. Total Salary $204,912.50 at 1.23% of effort = $2,526.04

● Paul Lovelace, Farm Manager: Salary Year 1 = $45,000; Year 2 = $45,900; Year 3 = $46,818. Total Salary $141,862.50 at 3.21% of effort = $4,546.88

● Megan Jean Pilsbury, Farm Assistant: Salary Year 1 = $35,000; Year 2 = $36,750; Year 3 = $38,587.50. Total Salary $110,337.50 at 3.21% of effort = $3,536.46

● Russ Turpin, Agroforestry Specialist: Salary Year 1 = $40,000; Year 2 = $42,000; Year 3 = $44,100. Total Salary $126,100 at 1.68% of effort = $2,114.10 Seedleaf Fringe = $2,327.24

● Christine Smith, Executive Director: Fringe includes 7.65% taxes and $9,552 annually for Health Insurance = $564.42

● Paul Lovelace, Farm Manager: Fringe includes 7.65% taxes = $347.84

● Megan Jean Pilsbury, Farm Assistant: Fringe includes 7.65% taxes and $9,720 annually for Health Insurance = $1,253.26

● Russ Turpin, Agroforestry Consultant: Fringe includes 7.65% taxes = $2,176.28

Participant Support Cost for Farmers - Mileage Reimbursement - Travel Allowance
Farmer participants will have access to request mileage reimbursement to Field Days and farmer meetings. Their participation is critical to the success of the project and their related in-state mileage travel is incidental to the activities of the project. 1,526.77 miles annually at $0.655/miles (IRS mileage reimbursement rate) = $1,000 each year ($3,000 for three years)

Speaker Fees for Field Day Host Farmers
Engaged host farmers opening up their farms for these outreach events and inviting farmers onto their operation are incidental to educational outreach events.
$300 each x 3 each year = $900 annually ($2,700 for three years)

Speaker Fees for Webinar co-host Farmers
Engaged co-host farmers are incidental to successful webinars, offering tangible conservation stories from the farm help put the NRCS programs and practices into action for farmers that might not know about them yet.
$100 each x 4 total = $400 for three years

Social Media Advertising for paid ad sets and boosted posts on Facebook and Instagram are useful tools to reach new audiences with content, promote events and to share success stories. $800 annual social media budget will support: 4 annual social media ad campaigns at $150 each = $600 and 4 boosted posts at $50 each = $200 ($2,400 total over 3 years).

Printing participant resource packets for all field day events.
40 sheets per packet per person x 20 people per event x 3 events each year = $500 annually ($1,500 for three years).

Porta Potty rental for host farms is anticipated for at least one of the Field Day farms based on previous experience. $200.03 for 1 event = $200.03 total for the project.

INDIRECT
Indirect Costs Total - $23,481.45

OAK does not have a negotiated rate and uses a 10% De Minimis Cost Rate: OAK has figured a 10% indirect on all direct costs and 10% of the first $25,000 of subawards and contracts.

Calculation
$234,814.55 (indirect eligible amount) x 10% = $23,481.45

The entity as elected to use the 10% De Minimus Rate.

**Responsibilities of the Parties:**

If inconsistencies arise between the language in this Statement of Work (SOW) and the General Terms and Conditions attached to the agreement, the language in this SOW takes precedence.

NRCS RESPONSIBILITIES
Coordinate with the Program Director to determine the technical assistance necessary to complete deliverables.

Conduct ad-hoc meetings (via electronic, phone or in-person field visit) to discuss the progress of the agreement.

Provide NRCS logo to recipient for usage and review publications as needed.

Provide a program manager who may provide oversight for project activities, as necessary.

RECIPIENT RESPONSIBILITIES

Perform the work, activities and produce the deliverables as outlined in this Statement of Work, maintain communications with the Program Manager and inform of any needed changes.

Use the USDA Non-discrimination Statement on all publications, "USDA is an equal opportunity provider, employer and lender" in accordance with USDA Departmental Regulation 4300-3, Equal Opportunity (EO) Public Notification Policy, and Section 7.

Credit NRCS on event materials and or/reports with the usage of the official NRCS logo

Provide schedule of events, workshops, etc. to NRCS at least every six months, prior to events taking place.

Provide data in semi-annual progress reports including, but not limited, to: NRCS Program sign-ups; number of workshops/events; demographics of participants; number of participants; instances of technical assistance provided. Use provided semi-annual report template.

Comply with the applicable version of the General Terms and Conditions.

Reports: Submit reports and payment requests to the ezFedGrants system OR the Farm Production and Conservation (FPAC) Grants and Agreements Division via email to FPAC.BC.GAD@usda.gov as outlined in the applicable version of the General Terms and Conditions. Reporting frequency is as follows:
● Performance reports: semi-annual with OPD reporting template
● SF425 Financial Reports: annual   Quarterly financial reporting is required if advance payments are requested.
● Payment requests:  quarterly (at a minimum) SF-270 with Budget Expense Table

**Expected Accomplishments and Deliverables**

All project activities support the project's Specific Goals #1-4 and Objectives. Broadly, the project provides outreach through Field Days, demonstrations, webinars, conservation virtual chats, farmer referrals, development of outreach materials and communications to deepen understanding and relationships between farmers and NRCS. Accomplishments and deliverables provided below are reflected in the hierarchy of 1. Outcomes, 2. Indicators and 3. Tasks. Milestones are for benchmarks that support all or many outcomes.

OUTCOME 1: The project will address local natural resource issues, focusing on working with historically underserved producers and communities and partners to implement activities that support farmers in better understanding NRCS programs and resources and lead to the increased adoption of practices. Activities include 8 Field Days, 4 webinars, 3 Virtual Conservation Chats, 30 farm visits, 45 referrals, supporting 250 farmers overall.

Outcome 1 Indicators:
● 90% of event participants will report learning something new or useful about NRCS programs.
● 75% of event participants will report a desire to use something they learned.
● 50% of referrals will report they will engage directly with NRCS to explore practices for their farm.

Outcome 1: Task 1

Webinars (4 events):
The project will develop and host 4 webinars, developing a variety of lasting NRCS content about programs and services available to support conservation activities on farms. The webinars will include information about eligibility, technical assistance, funding, how to apply, where to learn more information, examples of practices and what to expect with a contract. Webinars will feature presenters from NRCS and farmers who have used the program or services being discussed and time will be allotted for questions. Webinars will be promoted and hosted well in advance of related NRCS program deadlines. Each webinar will be recorded and shared on OAK's website to increase access to the content. Electronic evaluation will be squared with all participants to request feedback to gauge knowledge change. Based on initial input from farmer stakeholders the webinars will likely cover these topics as well as include a general overview of NRCS and how to get started/connected with the agency:
1.) Environmental Quality Incentives Program (EQIP)
2.) Conservation Stewardship Program (CSP)
3.) Conservation Reserve Program (CRP)
4.) Conservation for Urban Agriculture and Small Farms

Outcome 1: Task 2
Field Days and Demonstrations (8 events): These on-farm events encourage peer-to-peer sharing about conservation practices as well as build and strengthen relationships with NRCS Kentucky staff, deepening resource sharing and illustrating practices, programs and technical assistance available to farmers. Climate-smart practices and resources for urban agriculture and small farms will be highlighted. 8 Field Days (2 in Year 1, 3 in Year 2 and 3 in Year 3) will be developed in collaboration with partners and farmer stakeholders. Events can include demonstrations, presentations from the farmer and NRCS agents, take-home resources, a farm tour, time for questions and relationship building.

Farmer Field Days are the primary outreach and education mechanism for this project because year after year OAK hears from program participants that learning with other farmers on a working farm is the most influential experience they access. The project is designed to provide accessible and inclusive peer-to-peer community learning activities and events that ultimately support long-term relationships and learning that inspires changes in farm management decisions. OAK incorporates adult learning strategies from Sustainable Agriculture Research and Education (SARE) to ensure content is relatable, engages positive emotions, offers choice, shares mental models and supports opportunities for application. OAK's field days and webinars are designed with key discussions and networking opportunities to foster lasting connections that will support the ongoing adoption of solutions in conservation. Further, written field day summaries and webinar recordings will live online, providing lasting content and resource lists. Evaluations are distributed to attendees and collected prior to the end of the event to college feedback and track knowledge change.

● Plan and host field day 1: Topic and locations TBD – cover crops: March-May 2024
● Plan and host field day 2: urban ag small scale Lexington: May-September 2024
● Plan and host field day 3: urban ag small scale Louisville: March-June 2025
● Plan and host field day 4: topic and location TBD – nutrient budgeting: June-September 2025
● Plan and host field day 5: topic and location TBD – high tunnel – December 2025 – February 2026
● Plan and host field day 6: urban ag or small scale Louisville: January – April 2026
● Plan and host field day 7: urban ag or small scale Lexington – April 2025 – March 2027
● Plan and host field day 8: Topic and location TBD – organic management practice – July 2026– March 2027.

Outcome 1: Task 3
Referrals to NRCS from OAK Staff: OAK will work with farmers and in partnership with NRCS to make referrals and support individual farmers who are interested in pursuing conservation plans and practice implementation. One on one tailored referral will support individuals connecting with NRCS staff so that producers can ask intimate and specific questions. An estimated 15 farmer referrals will be made each year of the project.

Outcome 1: Task 4
Farmer Conservation Chats (3 events): Held each year of the project (3 times total), and prior to application deadlines and funding cycles for NRCS programs, these informal virtual conservation chats provide an easy way for farmers to ask questions, get the details on an upcoming application and hear from farmers and conservationists about how practice implementation works once awarded. Virtual Conservation Chats will offer small group and individual access to NRCS staff so that producers can ask specific questions.

Outcome 1: Task 5
Development and Dissemination of Outreach Materials and Communications: OAK's monthly e-newsletters, social media and website will be used to broadcast opportunities through this program. Digital and print resources will be available through the website and at all in-person events. Outreach and communications will familiarize the broader community with conservation concepts and recruit new participants in the project's programming. Broad communications and outreach about NRCS programs and practices will support the overarching goal of advancing the adoption of conservation practices in the region. Highlighting farmers engaging in this work, on their farms or in their communities, is a powerful way to inspire peer farmers to choose similar management strategies.

● Inclusion of project content in monthly e-newsletter and annual print newsletter.
● Development of content for social media advertising: 4 social media ad campaigns each year of the project (12 total) and 4 boosted posts each year (12 total)

OUTCOME 2: Demonstrate Climate-Smart Conservation Activities that build climate resilience, by mitigating climate change through reducing GHG emissions and/or sequestering carbon or by adapting agriculture to a changing climate through using effective environmental practices on the land. This will be accomplished by highlighting climate-smart practices in project communications, at field days, webinars and demonstrations, and via farmer testimonials and profiles. 250 farmers or farm families will benefit from increased access to this information and 75 operations will express interest in implementing climate-smart practices on their farm and benefit from increased farm resilience and positive ecosystem services.

Outcome 2 Indicators:
● 90% of project participants will report learning something new or useful about climate-smart practices.
● Up to 75 farmers will express interest in implementing climate-smart practices on their operations.

Outcome 2: Tasks
● Monthly e-Newsletter content: February 2024 – March 2027
● Monthly social media content: February 2024 – March 2027
● Create and maintain OAK webpage dedicated to the project – ongoing – February 2024 – March 2027
● Create digital and print resources to support participants in the program as needed – ongoing – February 2024 – March 2027
● Related tasks are support activities through Field Days, webinars, and virtual chats as listed above in Outcome 1 Tasks #1-4.

OUTCOME 3: Build partnerships to increase equity in outreach and programming for urban and small-scale producers and communities. An organizational partnership will support OAK's three-year project in Lexington, KY (with Seedleaf as subaward) to increase opportunities for outreach to urban producers. Other partners like Kentucky State University (KSU) will collaborate on the project as they are already doing related outreach work in Louisville, KY and are a recipient of another NRCS ECO award. Overall, 150 urban farmers, community gardeners and small scale farmers will participate, with broader positive impacts experienced throughout the community.

Outcome 3: Indicators
● 90% of project participants will report learning something new or useful about climate-smart practices.
● Up to 150 urban farmers, community gardeners and small scale farmers will participate.

Outcome 3: Tasks
● Monthly e-Newsletter content: February 2024 – March 2027
● Monthly social media content: February 2024 – March 2027
● Create and maintain OAK webpage dedicated to the project – ongoing – February 2024 – March 2027
● Create digital and print resources to support participants in the program as needed – ongoing – February 2024 – March 2027
● Plan and host field day #2: urban ag small scale Lexington: May-September 2024
● Plan and host field day #5: urban ag small scale Lexington – high tunnel – December 2025 – March 2027
● Plan and host field day #7: urban ag or small scale Lexington – April – March 2027

OUTCOME 4: Support opportunities for community-led conservation leadership for historically underserved producers and underserved communities. This will be accomplished by sharing NRCS Local Working Group Meeting notifications and State Technical Committee Meetings with all 250 project participants and supporting an estimated 7 farmers or community members to engage in these regular meetings by attending with them, celebrating their involvement and providing storytelling back to the wider network of farmers about these leaders' contributions to conservation efforts through OAK's communication channels.

Outcome 4: Indicators
● 7 farmers or community members will engage with local working group meetings

Outcome 4: Tasks
● OAK's Conservation Outreach Coordinator will attend State Technical Committee Meetings and Local Working Group Meetings to support farmer engagement
● OAK's Conservation Outreach Coordinator visits 10 farms each year of the project (30 total) to develop deeper relationships with farmers who are interested in moving towards conservation leadership.
● Monthly e-Newsletter content: February 2024 – March 2027
● Monthly social media content: February 2024 – March 2027

● Create and maintain OAK webpage dedicated to the project – ongoing – February 2024 – March 2027
● Create digital and print resources to support participants in the program as needed – ongoing – February 2024 – March 2027

Specific Milestones:
● Hire Conservation Outreach Coordinator: February 2024
● Planning and Evaluation Meetings: February 2024, September 2024, September 2025, and August 2026
● Plan and Host Webinar 1: EQIP: March-April 2024
● Plan and Host Webinar 2: CSP: October-November 2024
● Plan and Host Webinar 3: CRP: February 2024-March 2025
● Plan and Host Webinar 4: NRCS programs for small farms and urban agriculture: October-November 2025.
● Plan and host field day 1: Topic and locations TBD – cover crops: March-May 2024
● Plan and host field day 2: urban ag small scale Lexington: May-September 2024
● Plan and host field day 3: urban ag small scale Louisville: March-June 2025
● Plan and host field day 4: topic and location TBD – nutrient budgeting: June-September 2025
● Plan and host field day 5: urban ag small scale Lexington – high tunnel – December 2025 – February 2026
● Plan and host field day 6: urban ag or small scale Louisville: January – April 2026
● Plan and host field day 7: urban ag or small scale Lexington – April 2026– March 2027
● Plan and host field day 8: Topic and location TBD – organic management practice – July – 2026- March 2027.
● Plan and host virtual conservation lunch chats – February 2024 – March 2027, 3 total
● Monthly e-Newsletter content: February 2024 – March 2027
● Monthly social media content: February 2024 – March 2027
● Create and maintain OAK webpage dedicated to the project – ongoing – February 2024 – March 2027
● Create digital and print resources to support participants in the program as needed – ongoing – February 2024 – March 2027
● Attend Local Working Group Meetings with farmers
● Attend State Technical Committee Meetings
● Make 10 farm visits each year of the project to meet with farmers interested to learn more about conservation (30 total)

**Resources Required**

See the Responsibilities of the Parties section for required resources, if applicable.

**Milestones**

See the Expected Accomplishments and Deliverables section for milestones.

**GENERAL TERMS AND CONDITIONS**

Please reference the below link(s) for the General Terms and Conditions pertaining to this award:
https://www.fpacbc.usda.gov/about/grants-and-agreements/award-terms-and-conditions/index.html

Attachments – Project application template or narrative proposal "Connecting Historically Underserved Farmers with Conservation Practices to Grow Farm Resilience in Kentucky."

Rev. November 2022

**U.S. DEPARTMENT OF AGRICULTURE**
**FARM PRODUCTION AND CONSERVATION**

**GENERAL TERMS AND CONDITIONS FOR**
**GRANTS AND COOPERATIVE AGREEMENTS**

The Farm Production and Conservation (FPAC) mission area encompasses the following USDA agencies: Natural Resources Conservation Service (NRCS), Farm Service Agency (FSA), Risk Management Agency (RMA), the Commodity Credit Corporation (CCC), and the FPAC Business Center.

I.   **APPLICABLE REGULATIONS**

a.  As a condition of this award, the recipient assures and certifies that it has and/or will comply and require subrecipients to comply with the requirements contained in the following statutes and regulations, as applicable. The full text of Code of Federal Regulations references may be found at https://www.gpo.gov/fdsys/browse/collectionCfr.action?collectionCode=CFR and http://www.ecfr.gov/.

1.  2 CFR Part 25, "Universal Identifier and System of Award Management"
2.  2 CFR Part 170, "Reporting Subaward and Executive Compensation Information"
3.  2 CFR Part 175, "Award Term for Trafficking in Persons"
4.  2 CFR Part 180, "OMB Guidelines to Agencies on Governmentwide Debarment and Suspension (Nonprocurement)"
5.  2 CFR Part 182, "Governmentwide Requirements for Drug-Free Workplace (Financial Assistance)"
6.  2 CFR Part 200, "Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards"
7.  2 CFR Part 400, "Uniform Administrative Requirements, Cost Principles, And Audit Requirements for Federal Awards"
8.  2 CFR Part 417, "Nonprocurement Debarment and Suspension"
9.  2 CFR Part 418, "New Restrictions on Lobbying"
10. 2 CFR Part 421, "Requirements for Drug-Free Workplace (Financial Assistance)"
11. 2 CFR Part 422, "Research Institutions Conducting USDA-Funded Extramural Research; Research Misconduct"

b.  Allowable project costs will be determined in accordance with the authorizing statute, the purpose of the award, and, to the extent applicable, to the type of organizations receiving the award, regardless of tier. The following portions of the Code of Federal Regulations are hereby incorporated by reference. The full text of Code of Federal Regulations references may be found at

J.A. 1213

https://www.gpo.gov/fdsys/browse/collectionCfr.action?collectionCode=CFR and http://www.ecfr.gov/.

2 CFR Part 200, "Uniform Administrative Requirements, Cost Principles and Audit Requirements for Federal Awards"

c. For corporate recipients, by accepting this award the recipient acknowledges: (1) that it does not have a Federal tax delinquency, meaning that it is not subject to any unpaid Federal tax liability that has been assessed, for which all judicial and administrative remedies have been exhausted or have lapsed, and that is not being paid in a timely manner pursuant to an agreement with the authority responsible for collecting the tax liability, **and** (2) that it has not been convicted of a felony criminal violation under any Federal law within 24 months preceding the award, unless a suspending and debarring official of the USDA has considered suspension or debarment of the recipient corporation based on these convictions and/or tax delinquencies and determined that suspension or debarment is not necessary to protect the interests of the Government. If the recipient fails to comply with these provisions, the agency will annul this agreement and may recover any funds the recipient has expended in violation of the above cited statutory provisions.

## II.    UNALLOWABLE COSTS

The following costs are not allowed:

a. Profit and management fees. Recipients may not earn and keep income resulting from an award
b. Costs above the amount authorized for the project.
c. Costs incurred after the award period of performance end date.
d. Costs not identified in the approved budget or approved budget revisions.
e. Costs of promotional items and memorabilia, including models, gifts, and souvenirs.
f. Compensation for injuries to persons or damage to property arising from project activities.
g. Meals: Meals may be charged to an award only if they are necessary for the performance of the project. For instance, meals (normally only lunch) that are a necessary part of the costs of meetings and conferences (i.e., required attendance and continuity of a meeting), the primary purpose of which is the dissemination of information, are allowable, as are costs of transportation, rental of facilities, speakers' fees, and other items incidental to such meetings or conferences. Note: Meals consumed while in official travel status do not fall in this category. They are considered to be per diem expenses and should be reimbursed in accordance with the organization's established travel policies subject to statutory limitations or in accordance with Federal travel policies.
h. Costs normally charged as indirect costs may not be charged as direct costs without proper justification and agency approval. Proper justification includes documentation that the costs meet the criteria for allowability (see 2 CFR 200.403). Examples of such costs include rent, utilities, depreciation on buildings and equipment, the costs of operating and maintaining facilities, and general administration and general expenses, such as the salaries and expenses of executive officers, personnel administration, and accounting.
i. Salaries that are not commensurate with level of work: All costs must be reasonable

**J.A. 1214**

to be allowable (2 CFR 200.403), and 2 CFR 200.404 defines a reasonable cost as one if, in its nature and amount, it does not exceed that which would be incurred by a prudent person under the circumstances prevailing at the time the decision was made to incur the cost. Salaries determined not to be reasonable compared to the level of work will be unallowable.

j. Honoraria. Speaker fees are allowable.
k. Costs which lie outside the scope of the approved project and amendments thereto.
l. Entertainment costs, regardless of their apparent relationship to project objectives.
m. Consulting services performed by a Federal employee during official duty hours when such consulting services result in the payment of additional compensation to the employee; and
n. Renovation or refurbishment of facilities, the purchase or installation of fixed equipment in facilities, and the planning, repair, rehabilitation, acquisition, or construction of buildings or facilities.

This list is not exhaustive. For general information about the allowability of particular items of costs, please see 2 CFR Part 200, "Subpart E - Cost Principles", or direct specific inquiries to the administrative contact identified in the award. The allowability of some items of costs may be difficult to determine. To avoid disallowance or dispute of such costs, the recipient may seek prior approval before incurring them. See 2 CFR 200.407.

## III.    PRIOR APPROVAL REQUIREMENTS

Certain items of cost and award revisions require the prior written approval of the awarding agency. The following are the most common situations requiring prior approval. However, this list is not exhaustive, and the recipient is also bound by any other prior approval requirements identified in the Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards. Submit all requests for the approvals described below via e-mail to FPAC.BC.GAD@usda.gov.  All requests for prior approval must reference the applicable agreement number.

a. Pre-award costs.—To receive reimbursement for costs incurred prior to the award date, recipients must request written approval. This restriction also applies to costs intended to meet cost-share requirements. Even with approval, recipients incur pre-award costs at their own risk. The Federal awarding agency is under no obligation to reimburse such costs if for any reason the recipient does not receive a Federal award or if the Federal award is less than anticipated and inadequate to cover the costs.

b. Revisions to scope, objective, or deliverables.—When it is necessary to modify the scope, objective, or deliverables of an award, the recipient must submit a written request and justification for the change along with the revised scope, objective, or deliverables of the award.

c. Additions or changes to subawards and contracts.—The subawarding, transferring, or contracting out of any work (i.e., services) under a Federal award not identified in the original award budget or any changes to subaward or contracts requires prior written approval. The recipient must submit a justification for the proposed subaward/contract, a statement of work to be performed, and a detailed budget for the subaward/contract. This provision does not apply to the acquisition of supplies,

**J.A. 1215**

material, equipment, or general support services.

d.  Permanent change in a key person specified in the award.—When there is a permanent change in key personnel, such as a project director or principal investigator, the recipient must request prior written approval for the substitution or change. The request must identify the replacement personnel and provide his or her qualifications.

e.  Absence or temporary change in project leadership.—If the approved project director or principal investigator disengages from the project for more than three months or reduces time devoted to the project by 25 percent or more, the recipient must request prior approval in writing, identifying who will be in charge during the project director's absence. The notification must include the qualifications of the replacement.

f.  Budget revisions.—Recipients must request prior written approval for deviations from the approved budget in the instances described below. For budget revisions, the recipient may be required to submit a new SF 424A or 424C and budget narrative, even those that do not require prior approval..

  1.  The inclusion of costs that require prior approval in accordance with Subpart E—Cost Principles of this part or 45 CFR part 75 Appendix IX, "Principles for Determining Costs Applicable to Research and Development under Awards and Contracts with Hospitals," or 48 CFR part 31, "Contract Cost Principles and Procedures," as applicable.

  2.  Where the cumulative amount of transfers of funds among direct cost categories or programs, functions, and activities exceeds or is expected to exceed 10 percent of the total budget as last approved by the Federal awarding agency, and where the Federal share of the project exceeds the simplified acquisition threshold. Recipients must notify the Government of budget changes that do not meet the threshold described above.

  3.  The transfer of funds budgeted for participant support costs to other categories of expense requires prior written approval. Participant support costs means direct costs for items such as stipends or subsistence allowances, travel allowances, and registration fees paid to or on behalf of participants or trainees (but not employees) in connection with conferences or training projects.

  4.  Changes in the approved cost-sharing or matching provided by the recipient, including to amount, source, or type.

  5.  Additional Federal funds needed to complete the project.  This change also requires a formal agreement amendment.

  6.  Changes to negotiated indirect cost rates during the award period of performance.  If the change is due to receipt of a new negotiated indirect costs rate agreement (NICRA), the prior approval request must include a copy of the new agreement.

g.  No-Cost Extensions of Time.—When a no-cost extension of time is necessary, the recipient authorized signatory must submit a written request via e-mail to FPAC.BC.GAD@usda.gov. Except in limited circumstances, a no-cost extension of time cannot exceed 12 months. FPAC cannot approve requests for no-cost extensions received after the expiration of the award. In addition, time may not

**J.A. 1216**

allow extension requests submitted less than 30 calendar days before the period of performance end date to be processed, so recipients are encouraged to submit requests as soon as possible. FPAC agencies cannot approve no-cost extensions requested merely to expend remaining funds. The request must contain the following:

1. Amount of additional time requested
2. Explanation for the need for the extension
3. A summary of progress to date and revised milestones

## IV.    PAYMENTS

a. Recipients must request reimbursement or advances using a properly completed and executed SF-270, submitted with a Budget Expense Table or Deliverable Expense Table (or similar summary document), as applicable to either the ezFedGrants system or to FPAC.BC.GAD@usda.gov.  Templates for Budget Expense Tables and Deliverable Expense Tables are available at this link: https://www.fpacbc.usda.gov/about/doing-business/index.html.  .

b. Recipients requesting advances should request payments in amounts necessary to meet their current needs pursuant to procedures contained in the Federal administrative provisions and 31 CFR Part 205.  Requests must be submitted no less than 15 days prior to the start of the requested advance period.   The recipient must provide a summary document showing the amount of advanced funds spent within 30 days of the end of the advance period. If applicable, the recipient must also submit a summary of the cost-share provided

c. The method of payment between the recipient and its contractors will be in accordance with the policies and procedures established by the recipient except that the contractors may not use the USDA Office of Financial Management/National Finance Center method to request payments. If the recipient makes advance payments to contractors, the recipient must ensure that the timing of such payments is designed to minimize elapsed time between the advance payment and the disbursement of funds. Recipients must not submit requests from their contractors for review or approval.

d. The recipient must maintain records of supporting documentation all costs incurred under this award. Such documentation includes, but is not limited to, canceled checks, paid bills, payroll records, and subaward documents. Labor cost charges to this award must be based upon salaries actually earned and the time actually worked on this award. All project costs must be incurred within the period of performance of this award, including any approved no-cost extension of time. The Government may disallow costs that cannot be supported by supporting documentation or that are incurred outside of the agreement period of performance and budget and may require the return of any funds paid out for those costs.  The level of detail and documentation required to be provided to support any individual payment request is at the discretion of the Government.  Do not provide supporting documentation unless it is specifically requested.

e. Recipients must pay all costs incurred (i.e., liquidate obligations) under the award

J.A. 1217

and request all final requests for payment not later than 120 calendar days after the period of performance end date. The Government must timely close-out expired agreements, which includes de-obligation of unspent funds. Therefore, funds may not be available for payment requests received more than 120 days after the period of performance end date, and the Government is not obligated to make such payments.

f.  Payments under fixed-amount awards are made based on deliverables completed, milestones achieved, or as a single payment upon award completion rather than costs incurred. The Government and recipient must utilize 2 CFR 200, Subpart E, Cost principles to support unit prices included in fixed amount awards prior to agreement execution.

## V.  FINANCIAL REPORTING

a.  Recipients must submit a Federal Financial Report (FFR), SF 425 in accordance with the schedule included in the award statement of work. Recipients must submit reports to either the ezFedGrants system or via e-mail to FPAC.BC.GAD@usda.gov. Failure to submit reports as required may result in suspension or termination of award.

b.  The recipient must submit a final financial report no later than 120 days after the period of performance end date. Failure to do so may result in a negative report to the Federal Awardee Performance and Integrity Information System (FAPIIS).

c.  The FPAC awarding agency will withhold payments under this award if the recipient is delinquent in submitting required reports.

## VI.  PERFORMANCE MONITORING AND REPORTING

a.  The recipient is responsible for monitoring day-to-day performance and for reporting to the FPAC awarding agency. If the project involves subaward/contractual arrangements, the recipient is also responsible for monitoring the performance of project activities under those arrangements to ensure that approved goals and schedules are met.

b.  The recipient must submit a written progress report at the frequency specified in the statement of work to either the ezFedGrants system or via e-mail to FPAC.BC.GAD.usda.gov. Each report must cover—

1.  A comparison of actual accomplishments with the milestones and deliverables established for the reporting period and, where project output can be quantified, a computation of the costs per unit of output.

2.  The reasons why milestones and deliverables targets were not met, if appropriate.

3.  Additional pertinent information including, where appropriate, analysis and explanation of cost overruns or high unit costs.

c.  The recipient must submit a final performance report within 120

calendar days of the period of performance end date. Failure to do so may result in a negative report to the Federal Awardee Performance and Integrity Information System (FAPIIS).

d. The FPAC awarding agency will withhold payments under this award if the recipient is delinquent in submitting required reports.

**VII.    REPORTING SUBAWARDS AND EXECUTIVE COMPENSATION**

a. Reporting of first-tier subawards.

1. Applicability. Unless you are exempt as provided in paragraph d. of this award term, you must report each action that obligates $30,000 or more in Federal funds that does not include Recovery funds (as defined in section 1512(a)(2) of the American Recovery and Reinvestment Act of 2009, Pub. L. 111-5) for a subaward to an entity (see definitions in paragraph e. of this award term).

2. Where and when to report.

   *i.* You must report each obligating action described in paragraph a.1. of this award term to *http://www.fsrs.gov*.

   ii. For subaward information, report no later than the end of the month following the month in which the obligation was made. (For example, if the obligation was made on November 7, 2010, the obligation must be reported by no later than December 31, 2010.)

1. What to report. You must report the information about each obligating action that the submission instructions posted at *http://www.fsrs.gov*.

b. Reporting Total Compensation of Recipient Executives.

1. Applicability and what to report. You must report total compensation for each of your five most highly compensated executives for the preceding completed fiscal year, if—

   i. the total Federal funding authorized to date under this award is $30,000 or more;

   ii. in the preceding fiscal year, you received—

      A. 80 percent or more of your annual gross revenues from Federal procurement contracts (and subcontracts) and Federal financial assistance subject to the Transparency Act, as defined at 2 CFR 170.320 (and subawards); and

      B. $25,000,000 or more in annual gross revenues from Federal procurement contracts (and subcontracts) and Federal financial assistance subject to the Transparency Act, as defined at 2 CFR 170.320 (and subawards); and

   iii. The public does not have access to information about the compensation of the executives through periodic reports filed under section 13(a) or 15(d) of the Securities Exchange Act of 1934 (15 U.S.C. 78m(a), 78o(d)) or section 6104 of the Internal Revenue Code of 1986. (To determine if the public has access to the compensation information, see the U.S. Security and Exchange

**J.A. 1219**

Commission total compensation filings at
*http://www.sec.gov/answers/execomp.htm.*)

    2. Where and when to report. You must report executive total compensation described in paragraph b.1. of this award term:

        *i.* As part of your registration profile at *https://www.sam.gov.*

        ii. By the end of the month following the month in which this award is made, and annually thereafter.

c. Reporting of Total Compensation of Subrecipient Executives.

    1. Applicability and what to report. Unless you are exempt as provided in paragraph d. of this award term, for each first-tier subrecipient under this award, you shall report the names and total compensation of each of the subrecipient's five most highly compensated executives for the subrecipient's preceding completed fiscal year, if—

        i. in the subrecipient's preceding fiscal year, the subrecipient received—

            A. 80 percent or more of its annual gross revenues from Federal procurement contracts (and subcontracts) and Federal financial assistance subject to the Transparency Act, as defined in 2 CFR 170.320 (and subawards); and

            B. $25,000,000 or more in annual gross revenues from Federal procurement contracts (and subcontracts), and Federal financial assistance subject to the Transparency Act (and subawards); and

        ii. The public does not have access to information about the compensation of the executives through periodic reports filed under section 13(a) or 15(d) of the Securities Exchange Act of 1934 (15 U.S.C. 78m(a), 78o(d)) or section 6104 of the Internal Revenue Code of 1986. (To determine if the public has access to the compensation information, see the U.S. Security and Exchange Commission total compensation filings at *http://www.sec.gov/answers/execomp.htm.*)

    2. Where and when to report. You must report subrecipient executive total compensation described in paragraph c.1. of this award term:

        i. To the recipient.

        ii. By the end of the month following the month during which you make the subaward. For example, if a subaward is obligated on any date during the month of October of a given year (*i.e.,* between October 1 and 31), you must report any required compensation information of the subrecipient by November 30 of that year.

d. Exemptions

If, in the previous tax year, you had gross income, from all sources, under $300,000, you are exempt from the requirements to report:

    1. Subawards, and

        2. The total compensation of the five most highly compensated executives of any subrecipient.

e.  Definitions. For purposes of this award term:

    1. Entity means all of the following, as defined in 2 CFR part 25:

        i. A Governmental organization, which is a State, local government, or Indian tribe;

        ii. A foreign public entity;

        iii. A domestic or foreign nonprofit organization;

        iv. A domestic or foreign for-profit organization;

        v. A Federal agency, but only as a subrecipient under an award or subaward to a non- Federal entity.

    2. Executive means officers, managing partners, or any other employees in management positions.

    3. Subaward:

        i. This term means a legal instrument to provide support for the performance of any portion of the substantive project or program for which you received this award and that you as the recipient award to an eligible subrecipient.

        ii. The term does not include your procurement of property and services needed to carry out the project or program (for further explanation, see Sec.210 of the attachment to OMB Circular A-133, "Audits of States, Local Governments, and Non-Profit Organizations").

        iii. A subaward may be provided through any legal agreement, including an agreement that you or a subrecipient considers a contract.

    4. Subrecipient means an entity that:

        i. Receives a subaward from you (the recipient) under this award; and

        ii. Is accountable to you for the use of the Federal funds provided by the subaward.

    5. Total compensation means the cash and noncash dollar value earned by the executive during the recipient's or subrecipient's preceding fiscal year and includes the following (for more information see 17 CFR 229.402(c)(2)):

        i. Salary and bonus.

        ii. Awards of stock, stock options, and stock appreciation rights. Use the dollar amount recognized for financial statement reporting purposes with respect to the fiscal year in accordance with the Statement of Financial Accounting Standards No. 123 (Revised 2004) (FAS 123R), Shared Based Payments.

        iii. Earnings for services under non-equity incentive plans. This does not include group life, health, hospitalization or medical reimbursement plans that do not discriminate in favor of executives, and are available generally to all salaried

J.A. 1221

employees.

    iv. Change in pension value. This is the change in present value of defined benefit and actuarial pension plans.

    v. Above-market earnings on deferred compensation which is not tax-qualified.

    vi. Other compensation, if the aggregate value of all such other compensation (e.g. severance, termination payments, value of life insurance paid on behalf of the employee, perquisites or property) for the executive exceeds $10,000.

## VIII. AUDIT REQUIREMENTS

The recipient is responsible for complying with audit requirements in accordance with 2 CFR 200, Subpart F. A recipient entity that expends $750,000 or more during the recipient's fiscal year in Federal awards must have a single or program-specific audit conducted for that year. A single audit is required to be uploaded by the recipient to the Federal Audit Clearinghouse within 30 calendar days after receipt of the auditor's report, or nine (9) months after the end of the audit period, whichever comes first.

## IX. SPECIAL PROVISIONS

a. The recipient assures and certifies that it will comply with the minimum-wage and maximum-hour provisions of the Federal Fair Labor Standards Act.

b. Employees of FPAC agencies will participate in efforts under this agreement solely as representatives of the United States. They may not participate as directors, officers, employees, or otherwise serve or hold themselves out as representatives of the recipient. They also may not assist the recipient with efforts to lobby Congress or to raise money through fundraising efforts. Further, FPAC employees must report to their immediate supervisor any negotiations with the recipient concerning future employment and must refrain from participation in projects or agreements with such recipients.

c. Except for agreements entered under the Agriculture Conservation Experienced Services (ACES) program authorized by the Food, Conservation, and Energy Act of 2008, employees of the recipient will not be considered Federal employees or agents of the United States for any purposes under this agreement. An individual providing services under the ACES program is deemed to be an employee of the United States Government solely for purposes of chapter 171 of title 28, United States Code, provided the individual is acting within the scope of the agreement.

d. Except in very limited circumstances (e.g., construction agreements), no agreement period of performance can exceed a total of five years, including extensions.

e. Recipients who engage or assist in scientific related activities on behalf of USDA must uphold the principles of scientific integrity established by

**J.A. 1222**

Departmental Regulations 1074-001, Scientific Integrity. Covered activities include engaging in, supervising, managing, and reporting scientific work; analyzing and publicly communicating information resulting from scientific work; and utilizing information derived from scientific work in policy and decision making.

f.  Recipients of awards under covered programs (as defined in Executive Order 13858, January 31, 2019) are encouraged to use, to the greatest extent practicable, iron and aluminum as well as steel, cement, and other manufactured products produced in the United States in every contract, subcontract, purchase order, or subaward that is chargeable under the award. "Covered program" means a program that provides financial assistance for the alteration, construction, conversion, demolition, extension, improvement, maintenance, construction, rehabilitation, or repair of an infrastructure project in the United States. However, it does not include programs for which a domestic preference is inconsistent with law or programs providing financial assistance that are subject to comparable domestic preferences.

g.  The recipient and its employees are prohibited from promoting, recommending, or discussing the availability of specific commercial products or services with FPAC agency clients in the course of carrying out activities under this agreement, including any products or services offered by the recipient, except as may be specifically allowed in the agreement.

**X.    PATENTS, INVENTIONS, COPYRIGHTS, AND ACKNOWLEDGMENT OF SUPPORT AND DISCLAIMER**

a.  The following acknowledgment of USDA support must appear in the publication of any material, whether copyrighted or not, and any products in electronic formats (web sites, computer programs, etc.) that is substantially based upon or developed under this award:

"This material is based upon work supported by the U.S. Department of Agriculture, under agreement number [recipient should enter the applicable award number here]."

In addition, all publications and other materials, except scientific articles or papers published in scientific journals, must include the following statement:

"Any opinions, findings, conclusions, or recommendations expressed in this publication are those of the author(s) and do not necessarily reflect the views of the U.S. Department of Agriculture. In addition, any reference to specific brands or types of products or services does not constitute or imply an endorsement by the U.S. Department of Agriculture for those products or services."

b.  All publications printed with Federal Government funds will include the most current USDA nondiscrimination statement, available from the Public Affairs Division, Civil Rights Division, or on the USDA home page. If the material is too

J.A. 1223

small to include the full nondiscrimination statement, the material must, at a minimum, include the following statement:

"USDA is an equal opportunity provider, employer, and lender."

The recipient is responsible for ensuring that an acknowledgment of USDA is made during news media interviews, including popular media such as radio, television, and news magazines, that discuss work funded by this award in a substantial way.

c. Allocation of rights of patents, inventions, and copyrights must be in accordance with 2 CFR Part 200.315. This regulation provides that small businesses normally may retain the principal worldwide patent rights to any invention developed with USDA support.

d. In accordance with 37 CFR Section 401.14, each subject invention must be disclosed to the Federal agency within 2 months after the inventor discloses it in writing to recipient personnel responsible for patent matters. Invention disclosure statements pursuant to 37 CFR Section 401.14(c) must be made in writing to FPAC.BC.GAD@usda.gov.

e. USDA receives a royalty-free license for Federal Government use, reserves the right to require the patentee to license others in certain circumstances, and requires that anyone exclusively licensed to sell the invention in the United States must manufacture it domestically.

## XI.    COST SHARING REQUIREMENTS

a. If the award has specific cost-sharing requirements, cost-sharing participation in other projects must not be counted toward meeting the specific cost-share requirement of this award. Cost sharing must come from non-Federal sources unless otherwise stated in the applicable program authorizing statute.

b. Cost sharing costs must be necessary and reasonable for accomplishment of project or program objectives.

c. Cost sharing must be documented on each SF 425 and payment requests as it is provided by the recipient or third party. The required cost-share or matching ratio must be met by the end of the agreement period of performance; however, it does not have to be maintained for every payment request.

d. Should the recipient become aware that it may be unable to provide the cost-sharing amount identified in this award, it must—

1. Immediately notify the FPAC Business Center Grants and Agreements Division via e-mail to FPAC.BC.GAD@usda.gov, and
2. Either specify the steps it plans to take to secure replacement cost sharing or specify the plans to phase out the project in the absence of cost sharing.

Failure by the recipient to notify FPAC in accordance with this section or failure to

J.A. 1224

submit an acceptable remediation plan may result in the disallowance of some or all the costs charged to the award, the subsequent recovery by FPAC of some of the FPAC funds provided under the award, and/or termination of the award. It may constitute a violation of the terms and conditions of the award so serious as to provide grounds for subsequent suspension or debarment.  FPAC reviews and approves or disapproves cost-sharing remediation plans on a case-by-case basis.

e.  The recipient must maintain records of all project costs that are claimed  s cost sharing as well as records of costs to be paid by FPAC. If the recipient's cost sharing includes in-kind contributions, the basis for determining the valuation for volunteer services and donated property must be documented.

f.  Recipients must also request prior approval before changing the source or type of cost sharing.  See Section III(e)(4).

## XII.   PROGRAM INCOME

a.  Program income does not include Federal funds received under an award. Program income means gross income earned by the non-Federal entity that is directly generated by a supported activity or earned as a result of the Federal award during the period of performance except as provided in §200.307(f). Examples include fees charged for conferences or workshops, fees for services performed, the use or rental or real or personal property acquired under Federal awards, the sale of commodities or items fabricated under a Federal award, license fees and royalties on patents and copyrights, and principal and interest on loans made with Federal award funds. Interest earned on advances of Federal funds is not program income. Except as otherwise provided in Federal statutes, regulations, or the terms and conditions of the Federal award, program income does not include rebates, credits, discounts, and interest earned on any of them.

b.  FPAC recommends treating program income with the additive method, however recipients may request to use the deductive method.

c.  If program income is earned and not already identified and addressed in the award, the recipient must provide notification to the FPAC BC GAD via e-mail to FPAC.BC.GAD@usda.gov and indicate the preferred treatment method (additive or deductive).

d.  Program income may be used to meet recipient cost-sharing requirements with the approval of the Government.

e.  Recipients must report all program income on the applicable SF 270 and SF 425 as it is earned.

## XIII.   PROCUREMENT STANDARDS

The recipient must have and use documented procurement procedures, consistent with State, local, and tribal laws and regulations, for the acquisition of property or services (including construction) required under a Federal award or subaward. Those procedures must comply with the procurement standards set out in 2 CFR 200.317-327, including the requirements

J.A. 1225

regarding conflicts of interest, competition, and methods of procurement. Particularly, take note that sole-source contracting is unallowable in almost all instances. Procurements must be well-documented, and those records are subject to inspection and audit.

### XIV.  BUILD AMERICA, BUY AMERICA FOR CONSTRUCTION

"Buy America" preference applies to Federal financial assistance awards that include construction components, even if it is funded by both Federal and non-Federal funds under the award. Subawards should conform to the terms and conditions of the Federal award from which they flow. A Buy America preference only applies to articles, materials, and supplies that are consumed in, incorporated into, or affixed to a construction project.

In accordance with 2 CFR § 200.327, contracts must contain the applicable provisions described in Appendix II to Part 200. Solicitations for Bid and Pre-bid Conference must point out the requirement for the Buy America terms in the awarded contracts. Responsive bids must include any requests for waivers to the Buy America requirements.

Recipients must ensure that none of the funds provided under this award are used for project construction unless: (1) all iron and steel used in the project are produced in the United States--this means all manufacturing processes, from the initial melting stage through the application of coatings, occurred in the United States; (2) all manufactured products used in the project are produced in the United States—this means the manufactured product was manufactured in the United States; and the cost of the components of the manufactured product that are mined, produced, or manufactured in the United States is greater than 55 percent of the total cost of all components of the manufactured product, unless another standard for determining the minimum amount of domestic content of the manufactured product has been established under applicable law or regulation; and (3) all construction materials are manufactured in the United States—this means that all manufacturing processes for the construction material occurred in the United States. (Excludes cement and cementitious materials, aggregates such as stone, sand, or gravel, or aggregate binding agents or additives.) The Buy America preference only applies to articles, materials, and supplies that are consumed in, incorporated into, or affixed to a construction project. As such, it does not apply to tools, equipment, and supplies, such as temporary scaffolding, brought to the construction site and removed at or before the completion of the project. Nor does a Buy America preference apply to equipment and furnishings, such as movable chairs, desks, and portable computer equipment, that are used at or within the finished project but are not an integral part of the structure or permanently affixed to it.

### XV.  NONEXPENDABLE EQUIPMENT

a. Recipients purchasing equipment or products with funds provided under this award are encouraged to purchase only American-made equipment and products. A state must use, manage and dispose of equipment acquired under a Federal award by the state in accordance with state laws and procedures. All other recipients must follow these procedures.

b. Title to equipment acquired under a Federal award will vest conditionally in the recipient upon acquisition. The recipient must not encumber the property without

J.A. 1226

approval of the Government.

c.  The recipient must use the equipment for the authorized purposes of the project for as long as needed whether or not the project or program continues to be supported by the Federal award. When no longer needed for the original program or project, the equipment may be used in other activities supported by the Federal awarding agency, in the following order of priority:

   1.  Activities under a Federal award from the Federal awarding agency which funded the original program or project, then

   2.  Activities under Federal awards from other Federal awarding agencies.

d.  The recipient must maintain property records that include a description of the property, a serial number or other identification number, the source of funding for the property (including the FAIN), who holds title, the acquisition date, and cost of the property, percentage of Federal participation in the project costs for the Federal award under which the property was acquired, the location, use and condition of the property, and any ultimate disposition data including the date of disposal and sale price of the property.

e.  The recipient must take a physical inventory of the property and reconcile the results with the property records at least once every two years until final disposition.

f.   When equipment is no longer needed for any of the purposes set out in this provision and the per-unit fair market value is less than $5,000, the recipient may retain, sell, or dispose of the equipment with no further obligation to FPAC. However, if the per-unit fair market value is $5,000 or more, the recipient must submit a written request for disposition instructions to FPAC.BC.GAD@usda.gov.

## XVI.   LIMIT OF FEDERAL LIABILITY

a.  The maximum financial obligation of FPAC to the recipient is the amount of funds indicated in the award as obligated by FPAC. However, if an erroneous amount is stated on the approved budget, or any supporting document relating to the award, FPAC will have the unilateral right to make the correction and to make an appropriate adjustment in the FPAC share of the award to align with the Federal amount authorized.

b.  For awards where it is anticipated that the period of performance will include multiple budget periods, all subsequent budget periods are subject to the availability of funds, program authority, satisfactory performance, and compliance with the terms and conditions of the Federal award.

## XVII.   AMENDMENTS

The parties may modify this agreement via formal amendment executed by the authorized signatories of each.  The FPAC Business Center's Grants and Agreements Division has developed streamlined procedures for certain agreement changes, including no-cost extensions and some changes to agency and recipients contacts that do not require formal amendments. Contact the administrative contact for this award for instructions.

J.A. 1227

**XVIII.  PRIVACY ACT AND PROHIBITION AGAINST CERTAININTERNAL CONFIDENTIALITY AGREEMENTS**

a.  Activities performed under this award may involve access to confidential and potentially sensitive information about governmental and landowner issues. The term "confidential information" means proprietary information or data of a personal nature about an individual, or information or data submitted by or pertaining to an organization. This information must not be disclosed without the prior written consent of FPAC.

b.  The recipient's personnel will follow the rules and procedures of disclosure set forth in the Privacy Act of 1974, 5 U.S.C. Section 552a, and implementing regulations and policies with respect to systems of records determined to be subject to the Privacy Act. The recipient's personnel must also comply with privacy of personal information relating to natural resources conservation programs in accordance with section 1244 of Title II of the Farm Security and Rural Investment Act of 2002 (Public Law 107-171).

c.  The recipient agrees to comply with the **"Prohibition Against Certain Internal Confidentiality Agreements:"**

   1.  You may not require your employees, contractors, or subrecipients seeking to report fraud, waste, or abuse to sign or comply with internal confidentiality agreements or statements prohibiting or otherwise restricting them from lawfully reporting that waste, fraud, or abuse to a designated investigative or law enforcement representative of a Federal department or agency authorized to receive suchinformation.

   2.  You must notify your employees, contractors, or subrecipients that the prohibitions and restrictions of any internal confidentiality agreements inconsistent with paragraph (1) of this award provision are no longer in effect.

   3.  The prohibition in paragraph (1) of this award provision does not contravene requirements applicable to any other form issued by a Federal department or agency governing the nondisclosure of classified information.

   4.  If FPAC determines that you are not in compliance with this award provision, FPAC:

      i.  Will prohibit your use of funds under this award, in accordance with sections 743 and 744 of Division E of the Consolidated Appropriations Act, 2016, (Pub. L. 114-113) or any successor provision of law;

      ii.  May pursue other remedies available for your material failure to comply with award terms and conditions.

**XIX.  ACKNOWLEDGMENT OF SECTION 1619 COMPLIANCE**

The recipient agrees to comply with FPAC guidelines and requirements regarding the disclosure of information protected under Section 1619 of the Food, Conservation, and Energy Act of 2008 (PL 110- 246), 7 U.S.C. 8791 as described below. Responsibilities.

J.A. 1228

a. Acceptance of this award indicates acknowledgment and understanding that the recipient is legally bound by Federal statute to comply with the provisions of Section 1619 and that the recipient will not subsequently disclose information protected by section 1619 to any individual or organization that is not directly covered by this award. Any such subsequent disclosure of the protected information (except as permitted under Section 1619) will be considered a violation of Section 1619. The recipient will be held responsible should disclosure of the protected information occur.

b. Acceptance of this award legally binds every owner, manager, supervisor, employee, contractor, agent, and representative of the recipient to comply with the provisions in Section 1619. The recipient must consult with FPAC prior to providing protected information to an entity or individual outside of the recipient and as necessary to implement the program to ensure that such release is permissible.

c. The recipient will use the protected information only to perform work that is directly connected to this award. Use of the protected information to perform work that is not directly connected to this award is expressly prohibited.

d. The recipient must internally restrict access to the protected information to only those individuals who have a demonstrated need to know the protected information to perform work under this award.

e. The provisions in Section 1619 are continuing obligations. Even when the recipient is no longer a recipient, or when individuals currently affiliated with the recipient become no longer so affiliated, every person having been provided access to the protected information will continue to be legally bound to comply with these provisions.

f. The recipient must notify all managers, supervisors, employees, contractors, agents, and representatives about this provision and the requirements of Section 1619. Notifications about the existence of this provision must be made to those individuals who are new to the organization and periodic notifications must be sent throughout the organization (as well as to all contractors and agents) to remind all about the ongoing and continuing requirements.

g. When the recipient is unsure whether particular information is covered or protected by Section 1619, the recipient must consult with FPAC to determine whether the information must be withheld.

h. Use of the protected information for any purpose is expressly prohibited after the period of performance end date of this award. Upon the award end date, any protected information provided under this award must be immediately destroyed or returned to FPAC. The recipient must provide to FPAC written certification that the protected information (paper copy, electronic copy, or both) has been properly destroyed, removed from any electronic storage media, or both.

i. Any State's "sunshine law," "open records act" or other version of the Freedom of Information Act is superseded by section 1619 under the Supremacy Clause of the U.S. Constitution. Accordingly, information protected from disclosure by section 1619 must not be released under such

State laws.

j.   Protected Information.

Examples of the types of information prohibited by disclosure under Section 1619 include, but are **not limited to**, the following:

i.   State identification and county number (where reported and where located).
ii.  Producer or landowner name, business full address, phone number, Social Security Number, and similar personal identifying information.
iii. Farm, tract, field, and contract numbers.
iv.  Production shares and share of acres for each Farm Serial Number (FSN) field.
v.   Acreage information, including crop codes.
vi.  All attributes for Common Land Units (CLUs) in USDA's Geospatial Information System
vii. Any photographic, map, or geospatial data that, when combined with other maps, can be used to identify a landowner.
viii. Location of conservation practices.

k.   Section 1619 allows disclosure of "payment information (including payment information and the names and addresses of recipients of payments) under any Department program *that is otherwise authorized by law"* (emphasis added). The names and payment information of producers generally may be provided to the public; however, the recipient shall consult with FPAC if there is any uncertainty as to the provision of such information.

l.   Section 1619 also allows disclosure of otherwise protected information if "the information has been transformed into a statistical or aggregate form without naming any—(i) individual owner, operator, or producer; or (ii) specific data gathering cite." The recipient must consult with FPAC as to whether specific information falls within this exception prior to relying on this exception.

m.   Violations. The recipient will be held responsible for violations of this provision and Section 1619. A violation of this provision by the recipient may result in action by FPAC, including termination of the underlying Federal award.

n.   Effective Period. The requirements of this provision is effective on the date of the final signature and will continue until FPAC notifies the recipient that it is no longer required based on changes in applicable Federal law.

## XX.   PROHIBITION ON CERTAIN TELECOMMUNICATIONS AND VIDEO SURVEILLANCE SERVICES OR EQUIPMENT

The recipient (including subrecipients) is responsible for compliance with the prohibition on certain telecommunications and video surveillance services or equipment identified in 2 CFR 200.216. See Public Law 115-232, Section 889 for additional information. In accordance with 2 CFR 200.216, the recipient (including subrecipients) is prohibited from obligating or expending loan or grant funds for covered telecommunications equipment or services to:

o.   procure or obtain, extend or renew a contract to procure or obtain;

    p.  enter into a contract (or extend or renew a contract) to procure; or

    q.  obtain the equipment, services or systems.

## XXI.   NATIONAL POLICY REQUIREMENTS

The recipient must comply with all relevant public policy requirements, including those in general appropriations provisions, which can be accessed at this link: https://www.ocfo.usda.gov/docs/Regulatory_Statutory_and_National_Policy_Requirements_v 2_2018_04_17.pdf

## XXII.   TERMINATION

In accordance with 2 CFR 200.340, the recipient understands this agreement may be terminated in whole or in part as follows:

    a.  By the Federal awarding agency or pass-through entity, if a recipient fails to comply with the terms and conditions of a Federal award;

    b.  By the Federal awarding agency or pass-through entity, to the greatest extent authorized by law, if an award no longer effectuates the program goals or agency priorities;

    c.  By the Federal awarding agency or pass-through entity with the consent of the recipient, in which case the two parties must agree upon the termination conditions, including the effective date and, in the case of partial termination, the portion to be terminated; or

    d.  By the recipient upon sending to the Federal awarding agency or pass-through entity written notification setting forth the reasons for such termination, the effective date, and, in the case of partial termination, the portion to be terminated. However, if the Federal awarding agency or pass-through entity determines in the case of partial termination that the reduced or modified portion of the Federal award or subaward will not accomplish the purposes for which the Federal award was made, the Federal awarding agency or pass-through entity may terminate the Federal award in its entirety.

    e.  If the Federal award is terminated for the recipient's material failure to comply with the U.S. Constitution, Federal statutes, regulations, or terms and conditions of the Federal award, the termination decision will be reported to the OMB-designated integrity and performance system accessible through SAM (currently FAPIIS) in accordance with 2 CFR200.341.

## XXIII.   REPORTING OF MATTERS RELATED TO RECIPIENT INTEGRITY AND PERFORMANCE

If the total value of the recipient's currently active grants, cooperative agreements, and procurement contracts from all Federal awarding agencies exceeds $10,000,000 for any period of time during the period of performance of this Federal award, then the recipient during that period of time must maintain the currency of information reported to the System for Award Management (SAM) that is made available in the designated integrity and

J.A. 1231

performance system (currently the Federal Awardee Performance and Integrity Information System (FAPIIS)) about civil, criminal, or administrative proceedings described in paragraph 2 of this award term and condition. This is a statutory requirement under section 872 of Public Law 110-417, as amended (41 U.S.C. 2313). As required by section 3010 of Public Law 111-212, all information posted in the designated integrity and performance system on or after April 15, 2011, except past performance reviews required for Federal procurement contracts, will be publicly available.

a.  Proceedings About Which You Must Report

Submit the information required about each proceeding that:

1.  Is in connection with the award or performance of a grant, cooperative agreement, or procurement contract from the Federal Government;

2.  Reached its final disposition during the most recent five-year period; and

3.  Is one of the following:

    i.  A criminal proceeding that resulted in a conviction, as defined in paragraph 5 of this award term and condition;

    ii.  A civil proceeding that resulted in a finding of fault and liability and payment of a monetary fine, penalty, reimbursement, restitution, or damages of $5,000 or more;

    iii.  An administrative proceeding, as defined in paragraph 5. of this award term and condition, that resulted in a finding of fault and liability and your payment of either a monetary fine or penalty of $5,000 or more or reimbursement, restitution, or damages in excess of $100,000; or

    iv.  Any other criminal, civil, or administrative proceeding if:

        A.  It could have led to an outcome described in paragraph 2.c.(1), (2), or (3) of this award term and condition;

        B.  It had a different disposition arrived at by consent or compromise with an acknowledgment of fault on your part; and

        C.  The requirement in this award term and condition to disclose information about the proceeding does not conflict with applicable laws and regulations.

b.  Reporting Procedures

Enter in the SAM Entity Management area the information that SAM requires about each proceeding described in paragraph 2 of this award term and condition. You do not need to submit the information a second time under assistance awards that you received if you already provided the information through SAM because you were required to do so under Federal procurement contracts that you were awarded.

c.  Reporting Frequency

During any period of time when you are subject to the requirement in paragraph 1 of this award term and condition, you must report proceedings information through SAM for the most recent five-year period, either to report new information about any proceeding(s) that you have not reported previously or affirm that there is no new information to report. Recipients that have Federal contract, grant, and cooperative agreement awards with a cumulative total value greater than $10,000,000 must disclose semiannually any information about the criminal, civil, and administrative proceedings.

J.A. 1232

d. Definitions

For purposes of this award term and condition:

1. Administrative proceeding means a non-judicial process that is adjudicatory in nature in order to make a determination of fault or liability (*e.g.,* Securities and Exchange Commission Administrative proceedings, Civilian Board of Contract Appeals proceedings, and Armed Services Board of Contract Appeals proceedings). This includes proceedings at the Federal and State level but only in connection with performance of a Federal contract or grant. It does not include audits, site visits, corrective plans, or inspection of deliverables.

2. Conviction, for purposes of this award term and condition, means a judgment or conviction of a criminal offense by any court of competent jurisdiction, whether entered upon a verdict or a plea, and includes a conviction entered upon a plea of nolo contendere.

3. Total value of currently active grants, cooperative agreements, and procurement contracts includes—

   i. Only the Federal share of the funding under any Federal award with a recipient cost share or match; and

   ii. The value of all expected funding increments under a Federal award and options, even if not yet exercised.

## XXIV. AWARD CLOSEOUT

a. Award closeout is the process by which FPAC determines that all required project activities have been performed satisfactorily and all necessary administrative actions have been completed.

b. The recipient must submit, no later than 120 calendar days after the end date of the period of performance, all financial, performance, and other reports as required by the terms and conditions of the agreement, including documentation showing that match or cost-share requirements have been met. The awarding agency may approve extensions when requested by the recipient.

c. Unless the awarding agency authorizes an extension, the recipient must liquidate all obligations incurred under the agreement not later than 120 calendar days after the end date of the period of performance.

d. Recipients must submit all requests for reimbursements no later than 120 calendar days after the end date of the period of performance.

e. The recipient must promptly refund any balances of unobligated cash that the awarding agency paid in advance or paid and that are not authorized to be retained by the recipient for use in other projects. See OMB Circular A-129 and see §200.345 Collection of amounts due, for requirements regarding unreturned amounts that become delinquent debts.

f. Recipients must retain all records pertaining to the agreement in accordance with 2 CFR 200.333-337 and any additional requirements included in the

J.A. 1233

agreement statement of work.

g.  Recipients must follow disposition requirements for property acquired with award funds in accordance with 2 CFR 200.310-316 and the terms of this agreement.

h.  If the recipient does not submit all reports in accordance with this section and the terms and conditions of the Federal award within one year of the period of performance end date, the Federal awarding agency must proceed to close out with the information available, including de-obligation of remaining funds.  In addition, in accordance with 2 CFR 200.344, the Federal awarding agency must report the non-Federal entity's material failure to comply with the terms and conditions of the award with the OMB-designated integrity and performance system (currently FAPIIS).

## XXV.    NON-DISCRIMINATION IN USDA PROGRAMS

The recipient agrees that, in accordance with Federal civil rights law and U.S. Department of Agriculture (USDA) civil rights regulations and policies, the USDA, its Agencies, offices, and employees, and institutions participating in or administering USDA programs are prohibited from discriminating based on race, color, national origin, religion, sex, gender identity (including gender expression), sexual orientation, disability, age, marital status, family/parental status, income derived from a public assistance program, political beliefs, or reprisal or retaliation for prior civil rights activity, in any program or activity conducted or funded by USDA (not all bases apply to all programs). Remedies and complaint filing deadlines vary by program or incident.

## XXVI.    CARE AND USE OF ANIMALS

For any award that involves the care and use of vertebrate animals, the recipient is responsible for complying with the Animal Welfare Act (7 USC, 2131-2156), Public Law 89-544, 1996, as amended, and the regulations promulgated thereunder by the Secretary of Agriculture in 9 CFR Parts, 1, 2, 3, and 4. In the case of domesticated farm animals housed under farm conditions, the recipient must adhere to the principles stated in the Guide for the Care and Use of Agricultural Animals in Research and Teaching, published by the American Dairy Science Association®, the American Society of Animal Science, and the Poultry Science Association, 2020. The recipient must have an approved Animal Welfare Assurance Statement on file with the Public Health Service Office for Laboratory Animal Welfare (OLAW) that describes the institution's animal care and use policies, the line of authority for animal care at the institution, veterinary care program, personnel and facilities. If no assurance statement is on file, the organization must contact NRCS to discuss alternatives.

## XXVII.    USE AND ACCEPTANCE OF ELECTRONIC SIGNATURES

Use of electronic signatures is encouraged to increase efficiency when creating and maintaining electronic records. "Electronic signature" means symbols or other data in digital form attached to an electronically submitted document as verification of the sender's intent to sign the document or a method of signing an electronic message that identifies and authenticates a particular person as the source of the electronic message and indicates such person's approval of the information contained in the message along with a date stamp (44

**J.A. 1234**

U.S.C. 3504, Sec. 1710). FPAC agencies will accept such signatures on application materials, payment requests, reports, and any other document that requires a signature certification.  Scanned or photographed images of manual signatures are also acceptable, though photographs are least preferred due to the large amount of digital storage required to maintain them. Names merely typed in script fonts or other unverified electronic signatures cannot be accepted. Application documents submitted through Grants.gov are deemed "signed" if they bear the Grants.gov date stamp footer. Documents transmitted via ezFedGrants are digitally authenticated and acceptable.

J.A. 1235

# ORGANIC ASSOCIATION OF KENTUCKY DECLARATION

# EXHIBIT 11-C

## Executive Summary

**Contact Information**

Organization: Organic Association of Kentucky (OAK)
Mailing address: PO Box 22244 Lexington, KY 40522
Authorized Organization Representative (AOR): Brooke Gentile
Email: brooke@oak-ky.org  Phone: 502-219-7378 Fax: 859-281-6121 Web: www.oak-ky.org

| Partner Types | Partner Names |
|---|---|
| Climate-Smart Aggregators & Buyers | Applegate, Four Hills Farm, Kentucky Organic Farm and Feed Inc., Kentucky Farm Share Coalition, Kentucky Department of Agriculture, Marksbury Farm Market, The Berry Center, Victory Hemp Foods, Organic Trade Association |
| Local Value Chain Development | The Food Connection at University of Kentucky, Kentucky Center for Agriculture and Rural Development |
| Technical Assistance | Kentucky State University, University of Kentucky, USDA Natural Resources Conservation Service, Kentucky Division of Forestry, Sustainable Food Alliance |
| Branding & Marketing | Bullhorn Creative |
| Web Developer | Station Built |
| Underserved & Minority-Focused | Kentucky State University, Kentucky Center for Rural and Agricultural Development |

**Compelling Need for the Project**

The Challenge: The United States is at a critical moment in history. With half of its land now used for agriculture, farmers are the primary stewards of natural resources and hold significant influence on greenhouse gas (GHG) emissions and environmental and human health. However, to reach USDA's goal for agriculture to be net zero by 2050 and to limit global warming to 1.5°C or well below 2°C in order to ensure a healthy and abundant future for all, we must redesign agriculture industries away from systems based on extraction and high energy inputs, toward incentives and market opportunities rooted in principles of regeneration, sustainability and reducing GHG emissions.[1] Solutions need to be scalable and responsive and must enable small farms and underserved producers to unlock associated economic benefits.

Using incentives and technical assistance, the proposed project helps up to 110 farmers per year adopt cover crops, reduce tillage, diversify crop rotations, reduce nitrogen inputs, implement holistic grazing, agroforestry and other conservation practices to improve soil health and water quality, reduce GHG emissions and promote wildlife habitat, connecting climate-smart commodity production with climate adaptation and GHG benefits. Nationally, farmers with certified organic operations and using organic, sustainable practices report increased profitability, economic stability and environmental resilience.[2] However, a lack of tools, technical assistance, verification and coordinated value chain development stifles rapid adoption and long-term market access for small and historically underserved farms. Currently, there is no

---

[1] Findings from the 2022 Intergovernmental Panel on Climate Change Sixth Assessment Report show all modeled pathways that limit warming to well below 2°C require rapid land-based mitigation and land-use change.
[2] Crowder, D., & Reganold, J. (2015). Financial competitiveness of organic agriculture on a global scale. *Proceedings of the National Academy of Sciences, 112* (24), 7611-7616.

1

**J.A. 1237**

common way to capture the value of sustainability in food and farming systems, and farms using unsustainable practices are not clearly incentivized to adopt climate-smart practices. This amounts to a critical barrier, slowing the transition to adopting sustainable and climate-smart systems. Further, the majority of agricultural carbon calculators in the US are not buyer-facing or adaptable to farm or market innovations. Current GHG calculators fail to include a host of measures quantifying the important environmental and social co-benefits readily adopted by diversified organic operations and small and mid-scale farms commonly associated with underserved and minority farmers - who also deserve to earn a premium in the marketplace. Without a harmonized assessment across scientifically proven key indicators, the value of sustainable practices remains hidden, and farmers of both conventional and certified organic operations miss important opportunities to deliver on climate-smart outcomes to buyers and access premium markets. OAK and project partners are committed to advancing climate-smart practices and expanding market opportunities for historically underserved farmers and small farms across multiple commodities. This project brings together strategic partners, technical assistance, incentives, open sourced assessment technology, aggregators and buyers to ensure lasting farm and value chain impacts.

The Solution: OAK proposes to address these challenges and efficiently move the industry to measure the sustainability of food and farming systems is to 1) complete, trial and scale a farm sustainability assessment tool; 2) offer technical assistance, incentives and farm-based education programming; 3) explore an add-on label or related messaging for verified climate-smart farm products and 4) market climate-smart commodities to diverse buyers. The Organic Association of Kentucky's (OAK) project Greenhouse Gas Reduction Incentive Program (GGRIP) takes a multi-tiered partnership-based approach to increasing farmer capacity to implement climate-smart practices while developing expanded value chain opportunities for Kentucky-grown climate-smart commodities.

Through this funding opportunity OAK will implement a scalable pilot project, building supply and demand for climate-smart commodities across Kentucky. OAK will offer farmers technical assistance and financial incentives for adoption of climate-smart practices, and will collaboratively introduce a climate-smart special designation label or marketing assets offering product traceability from farm to buyer. The project will draw on OAK and partner networks to engage small farms and historically underserved farmers from the eastern Kentucky Appalachian Mountains to farms of the central bluegrass region with diversified vegetables and pastured livestock to the broad acre corn and soybean farms and organic dairy operations of western Kentucky. The project's expected outcomes include educational programming for 200 farmers annually with 1,000 total; enrolling up to 110 farmers annually into the project for up to 550 total; impacting 7,227 (in current benchmarks and updated here for narrative alignment) enrolled acres annually with 36,135 (in current benchmarks) total; value chain development for a minimum of seven different commodities (produce, grass fed lamb, grass fed beef, corn, soybeans, small grains, agroforestry products); a reduction of GHG emissions equal to 100,100 (in current benchmarks agreement) tonnes CO2 equivalents over 5 years as practices are adopted; marketing and acquisition of climate-smart commodities with 7 aggregators and buyers with potential sales of $2 million during the project.

**Approach to Minimize Transaction Costs Associated with Project Activities**

Transaction costs for the exchange of climate-smart crops will be minimized through this project to ensure the continued success and accessibility of the climate-smart value chain. During the project there will be no cost to farms, aggregators or buyers to participate. Additionally, the project aims to keep value chains short when possible to maximize financial benefits and lower transportation costs for the farm and encourage direct transactions between the farm and buyer. Technical assistance staff will travel to farms, minimizing the time and burden to farmers, especially during their production seasons, and GGRIP will cover the cost of soil testing during implementation. OAK proposes an incentive payment structure to offset the cost of implementing climate-smart practices, reducing barriers to participation and enabling equitable and impactful adoption on diverse farms.

Further, a large cost savings will be achieved by working from a well-researched and trialed assessment tool developed in the United Kingdom, rather than starting from scratch. OAK has begun a US adaptation of the Global Farm Metric (GFM) framework and resulting Farm Sustainability Assessment Tool (FSAT), created by the Sustainable Food Trust.[3] The GFM framework measures social, economic and environmental indicators on farms using true cost accounting methodology to assess sustainability across 12 categories.[4] Based on globally recognized research, OAK staff are adapting this tool by embedding it with measures, benchmark scoring and practices from USDA NRCS, including alignment with COMET-Planner, Environmental Impact Quotient and NRCS Practice Standards for Greenhouse Gas Emission Reduction and Carbon Sequestration. The GFM-FSAT establishes a common language, supported by quantitative measures, that enables all stakeholders in food and farming to drive positive change. To minimize transaction costs to users and professionals in the future, the GFM-FSAT will be accessible and the framework will be open-sourced beyond the life of this project to ensure sustainability, and will refer farmers to relevant USDA NRCS practice standards.

**Approach to Reduce Producer Barriers to Implementing Climate-Smart Agriculture and Forestry (CSAF) Practices for the Purpose of Marketing Climate-Smart Commodities**

This project is designed to reduce barriers to implementing CSAF practices for farmers via a four-pronged approach: outreach, education, technical assistance and incentives ensuring that the project reaches farmers across the state, engages historically underserved farmers, supports small farms and distributes resources equitably to farming operations. First, OAK's existing communications network, which reaches over 5,000 individuals, mostly farmers and farmer-serving partners, will share information, announcements and invitations to all educational events and opportunities to enroll in the project. All content and activities will comply with OAK's equity statement. Second, scheduled Farmer Field Days will highlight climate-smart practices in key locations reducing geographic barriers and allowing for a variety of host farms with strategic appeal to diverse farmer stakeholder groups (early and late adopters, small and historically

---

[3] SFT is a charity in the UK dedicated to accelerating the transition to more sustainable food and farming systems.

[4] Plant & Crop Health, Biodiversity, Nutrient Management, Energy & Resource Use, Air & Climate, Water, Soil, Productivity, Animal Husbandry, Human Capital and Social Capital. These categories were synthesized from the Sustainable Development Goals, adopted by the United Nations in 2015 as a universal call to action to end poverty, protect the planet and ensure that by 2030 all people could enjoy peace and prosperity.

3

**J.A. 1239**

underserved farms, multiple commodities). Third, On-Farm Technical Assistance will dramatically reduce barriers to adopting climate-smart practices. OAK's Soil Health Specialists[5] will meet one-on-one with each enrolled farmer to hear about the farmer's goals, review farm history and GFM-FSAT scores, observe the farming system, assist in taking soil samples, discuss any resource concerns and customize a Soil Health Management Plan. Fourth, enrolled farmers will receive $500 in participant support costs upon filling out the GFM-FSAT and completing their annual farm visit with a Specialist. Farmers are eligible for an additional $3,000 incentive farmer payment for verified implemented practices in Year 1, and practice incentives payments in Years 2-5 as defined by the incentive structure reviewed and adapted by OAK staff each year. This incentive program will reduce barriers to participate in the project and adopt climate-smart production practices.

## Geographic Focus

Kentucky is ripe for investment in organic and sustainable agricultural assessment, technical assistance and support to meet market demand for crops grown with climate-smart practices. Kentucky ranks 6th in the nation for the highest number of farms and 39th in the nation for average farm size (174 acres) making it an ideal location to work with small farms. Additionally, according to the 2017 USDA Agriculture Census, Kentucky has just under 76,000 farms (on 13 million acres), and based on a recent study, approximately 65% or 50,000 farms (and 8.5 million acres) are not realizing the environmental, social and economic benefits of implementing sustainable and organic practices.[6] Commonly, technical assistance in regional agriculture defaults to business as usual and, therefore, restricts access to information about climate-smart practices and climate decision-making tools that could improve the productivity, profitability and resiliency of Kentucky family farms. As regional buyers demand greater access to sustainably-grown foods, market opportunities continue to increase for existing and future farmers in the region. Kentucky farmers need to develop a competitive advantage and be prepared to provide additional metrics and marketing campaigns showcasing the variety of environmental co-benefits that complement their climate-smart commodities.

## Project Management Capacity of Partners

OAK and project partners have significant prior experience working with farmers and landowners, delivering programs on climate-smart practices and regional marketing. OAK is a state-wide nonprofit organization dedicated to advancing sustainable and organic agriculture in Kentucky. With over 440 members and more than 3,000 individuals engaging annually in OAK's programs, the organization delivers science-based production recommendations to improve the long-term sustainability of farming systems. OAK's Farmer Field Days, Organic Specialists, workshops and Annual Farming Conference engage over 1,500 farmers annually in programs designed for inclusivity and community-building. OAK staff have extensive experience providing one-on-one technical assistance to over 165 farmers to develop and support

---

[5] OAK's Soil Health Specialists develop plans for cover cropping, prescribed grazing, reduced tillage, agroforestry etc. They will also be NRCS Certified Technical Service Providers and can write select NRCS management plans.

[6] Kentucky's organic sector experienced steady growth with 200 organic farms in 2022, a 100% increase from 2016. KY organic farms' sales reached $38.5 million in 2019, a 216% increase from 2016. See United States Department of Agriculture National Agricultural Statistics Service. (2019). *Organic Survey.* For work exploring the slow adoption of sustainable practices in Kentucky see Mishra, B., Gyawali, B.R., Paudel, K.P. Poudyal, N., Simon, M., Dasgupta, S., & Antonious, G. (2018). Adoption of Sustainable Agriculture Practices among Farmers in Kentucky, USA. *Environmental Management, 62,* 1060–1072.

4

the implementation of organic transition plans and conservation practices ranging from pollinator habitat to silvopasture and multi-species cover cropping to reduced tillage systems.

OAK draws on strong and strategic partnerships to share knowledge and resources so that farmers are supported, have easy and transparent access to referrals and are connected to complementary service providers. As a state-wide non-profit organization OAK designs and implements multiple marketing campaigns every year. Additionally, OAK has experience managing federal awards and nurturing multi-partner projects, and has expanded its staff to build management capacity and technical assistance offerings. OAK works to build trust while collaborating with large networks of farmers, and creates systems to track and report on project metrics and impacts with an eye for efficiency, scalability and replication.

GGRIP partnerships include two Land Grant Universities with state-wide extension staff offering technical assistance and innovative programming across all 120 counties. Both universities regularly collaborate with other project partners offering technical or business development assistance in Kentucky like NRCS, the Kentucky Center for Rural and Agricultural Development (KCARD) and the Kentucky Department of Agriculture (KDA). OAK's technical assistance partners are poised to increase cost-share programs for CSAF practices and support participating farmers beyond the project. OAK has recruited partners to support local climate-smart value chain development to build local uptake of climate-smart products. Further, value chain partners (buyers and aggregators) are active participants in Kentucky's current agricultural market, across commodities, and have significant interest in reducing GHG emissions and increasing profitability for their products and for their source farms. All partners have a commitment to increase opportunities for underserved and minority farmers, and will collaborate with minority-focused institutions throughout the project. Letters of support further detail each partnership.

## Plan to Pilot Climate-Smart Agriculture & Forestry Practices on a Large Scale
### Description of Climate-Smart Agriculture and Forestry (CSAF) Practices to be Deployed

Voluntary incentives will be paid to farmers each year for verified adoption of climate-smart practices. The project aims to support farmers to implement CSAF practices by providing technical assistance and incentive payments for activities which have established practice standards and the highest propensity for producing GHG benefits in Kentucky.

All climate smart agriculture practices implemented through this project will meet NRCS practice standards. Project staff will ensure that implementation of the practices meet NRCS standards through visual verification and proof of related expenses when relevant. All Technical Assistance staff will be trained on practices incentivized through the project (complete list added below). Staff and enrolled farmers will use the practice standards available in the NRCS Kentucky Field Office Technical Guide. The project could focus on incentivizing one practice per farm per year, or bundling complementary bundles of practices. The Soil Health Specialists and independent contractors will provide technical assistance in ways that build multi-year plans for participating farms. The project will also work to quantify the environmental benefits of all practices on the farm. The project will work with farmers across select practices included on the next page in the chart "Anticipated Climate Smart Practices and Activities Eligible for

5

**J.A. 1241**

Incentives". The practices highlighted in blue are those that partners and farmers have indicated as priorities.

This project does not propose implementing any practices on land that is not currently used for agricultural production. For practices that involve ground disturbance below the plow zone the project and the farmer will complete required USDA NRCS paperwork. No project activities will involve concentrated animal feeding operations (CAFOs).

| Examples of Climate-Smart Practices and Activities Eligible for Incentives | |
|---|---|
| Establishing perennial conservation cover including pollinator habitat and forage | Establishing and managing multi-story cropping, agroforestry and silvopasture systems |
| Managing residue and tillage, including no-till and mulching | Increasing the use of cover crops including multi-species mixes |
| Practicing reduced-till and no-till | Establishing or improving farm woodlot |
| Managing forage harvest and forage and biomass plantings | Applying prescribed grazing, including rotations and grazing of cover crops |
| Implementing nutrient management plan | Adopting on-farm renewable energy |
| Using soil carbon amendments including compost, biochar or mulch | Establishing and managing integrated crop and livestock systems |

| Anticipated Climate-Smart Practices and Activities Eligible for Incentives | |
|---|---|
| CODE | PRACTICE |
| 327 | Conservation Cover (acres) |
| 328 | Conservation Crop Rotation (acres) |
| 336 | Soil Carbon Amendment |
| 340 | Cover Crop (acres) |
| 345 | Residue and Tillage Management, Reduced Till (acres) |
| 386 | Field Borders (acres) |
| 484 | Mulching (acres) |
| 585 | Stripcropping (acres) |
| 601 | Vegetative Barriers (feet) |
| 603 | Herbaceous Wind Barriers (feet) |
| 590 | Nutrient Management (acres) |
| 512 | Pasture and Hay Planting |
| 528 | Prescribed Grazing (acres) |
| 550 | Range Planting (acres) |
| 331 | Alley Cropping (acres)  -  standard not yet available in Kentucky. OAK will work with NRCS to review and make available. |
| 379 | Forest Farming  -  standard not yet available in Kentucky. OAK will work with NRCS to review and make available. |
| 380 | Windbreaks/Shelterbelt Establishment and Renovation (feet) |

6

| 381 | Silvopasture |
| 420 | Wildlife Habitat Planting (acres) |
| 422 | Hedgerow Planting (feet) |
| 612 | Tree/Shrub Establishment (acres) |
| 666 | Forest Stand Improvement |

OAK proposes to deliver in-depth one-on-one farm-level technical assistance to an average of up to 110 Kentucky farmers each year enrolled in the project for a total of up to 550 participating farms over 5 years to deploy CSAF practices. Farms are expected to be certified organic, in active organic transition, using holistic grazing management or interested in improving on-farm sustainability through the adoption of climate-smart practices. The Soil Health Specialists will draft the Management Plan identifying viable CSAF practices for the farm that will yield an estimated 2 tonnes/acre of GHG emissions reductions in one year. For small farms Soil Health Specialists will prescribe a suite of practices and technical assistance to support their implementation to meet the GHG goal. On large farms, the Soil Health Specialists will prescribe fewer practices to be implemented across broad acreage to meet GHG goals. CSAF Farm Management Plans will differ based on each farm's resources, production, etc.; however, Specialists' recommendations will be rooted in reducing GHG emissions, increasing each farm's GFM-FSAT sustainability scoring and promoting equity and inclusion for underserved farms operating in Kentucky. Management Plans will be developed using COMET - Planner and NRCS Practice Standards for Greenhouse Gas Emission Reduction and Carbon Sequestration. Farmers may opt into additional CSAF practices offered by project partners NRCS Kentucky and Kentucky Division of Forestry. No duplicate payments will be allowed for the same practices and farmers sign an agreement with enrollment.

**Plan to Recruit Producers and Landowners**
OAK will draw on previous successes to ensure equitable outreach and diverse recruitment of farmers from across Kentucky. Project partners such as Kentucky State University, The Berry Center, Four Hills Farm and KCARD will bring complementary experience building relationships and working with small farms and historically underserved farmers. Through broad outreach, OAK and partners will share opportunities to engage in the project with more than 3,000 farmers in Kentucky. Educational events, field days and workshops, are estimated to serve 200 farmers per year, 60% being underserved farmers and 80% small farmers. Additionally, OAK anticipates half of the up to 110 farms enrolled annually will be historically underserved farmers (including limited resource, beginning, socially disadvantaged and veteran farmers) and 91 will be small farms (an operation with gross annual farm income under $350,000). Average farm size is estimated at 140 acres, with an estimated one-third of participating farms having livestock. Total head of livestock on farms participating in the project is estimated at 2,030 annually with the majority being pastured sheep and beef cattle.

*Recruitment Plan Activities:* To ensure farmers have equitable access to the project, OAK will reach over 3,000 farmers through website content, e-newsletters, press, social media, in-person events and via project partners' networks. OAK will use its website, monthly e-newsletters, print media and social media to transparently and widely share opportunities and details of the project. In-person recruitment will occur at farmer meetings across Kentucky with partners.

7

**J.A. 1243**

**Plan to Provide Technical Assistance, Outreach and Training**

*Technical Assistance Goals:* 1) To deliver on-farm technical assistance up to 110 farmers each year through remote and on-site assessment of practices, evaluation of each farming operation and development of multi-year management plans to improve or implement CSAF practices that align with the farm's goals and business model; 2) To offer educational resources and technical assistance through on-farm Field Days and Workshops and 3) To nurture long-term relationships and build a peer network of farmers through the Regional Climate-Smart Knowledge Exchange.

*Technical Assistance Plan Activities:* On-farm technical assistance and GHG verification will be provided as outlined below, and adapted year-to-year based on the needs of enrolled farmers. Farms will have the opportunity to re-enroll in the project each year and will fill out the GFM-FSAT annually after adoption of climate-smart practices. Farmers will work with OAK's Soil Health Specialists and technical advisors to monitor year-to-year changes in scoring across all 12 categories of sustainability. OAK will comply with the expectation that technical assistance for farmers enrolled in the project is the responsibility of the grant recipient. OAK will manage staff and partners to assist farmers through technical assistance to identify and implement practices. Individuals providing technical assistance to enrolled farmers include: OAK's two Soil Health Specialists - one of which will also be qualified to serve as a Technical Service Provider for select practices; Kentucky State University's Dr. Shawn Lucas; Four Hills Farm's Jim Mansfield; and The Berry Center's Beth Douglass. In addition to these OAK staff and subaward partners, the project will coordinate additional expertise from land grant extension and collaborating NRCS agents when required and as feasible within their normal scope of work.

Annual Step-by-Step Farmer Technical Assistance and Verification (Years 1-5)

| Winter | |
|---|---|
| **Farmer Enrollment** | Farmer applies to participate in the program with rolling enrollment through OAK's website. Farmers re-enroll each year. |
| **Applicant Review** | PCSC Program Coordinator reviews application, notifies farms that meet enrollment criteria. |
| **GFM-FSAT Completion** | Participating farmers fill out GFM-FSAT with technical assistance from PCSC Program Coordinator and Research Manager, GFM-FSAT scores/files shared with farmers and Soil Health Specialists. |
| **Spring/Summer** | |
| **Farm Visit** | Soil Health Specialist meets farmer and collects on-the-ground data including soil and water quality sampling. |
| **Soil Testing** | Soil samples sent to soil testing laboratory for analysis, results recorded in GFM-FSAT Soil & Water category and shared with farmer and project. |
| **Farmer Participant Support Payment** | Farmer receives incentive payment for completing GFM-FSAT and after initial farm visit with Soil Health Specialist. |
| **Post-visit Consultation** | Based on GFM-FSAT results, and farm visit, Soil Health Specialist consults with farmer on climate-smart practices and drafts the Management Plan. |
| **Partner Coordination** | Based on Management Plan, Soil Health Specialist refers farmer to technical specialists like Organic Transition Specialist, NRCS Kentucky, Kentucky Department of Fish and Wildlife, Kentucky Division of Forestry. |
| **Autumn** | |

8

| Implementation of Management Plan | Farmer begins implementing practices according to Management Plan and with assistance of OAK and other technical specialists. |
| --- | --- |
| Practice Verification | Upon completing practices, Soil Health Specialist or PCSC Program Coordinator visits farm to verify and document implementation of practice. |
| Final Incentive Payment | Farmer receives incentive payment upon verification of practice. |
| Participant Feedback | Farmers share insights on GFM-FSAT usability, assessment results and suitability of technical assistance so that modifications can be made to both the tool and CSAF practice implementation as needed. |

***Farmer Educational Events - Field Days and Workshops*** will provide accessible and inclusive community learning experiences, inspire long-term adoption of practices, and offer evidence of the viability and profitability of climate-smart farming using organic practices.[7] They will reduce barriers and offer on-farm, hands-on demonstrations geared toward farmer-to-farmer learning. OAK's Farmer Education Coordinator is responsible for planning all Field Days and Workshops with input from OAK staff. The PCSC Project Coordinator will promote events to the OAK network and through project partner networks. Farmers, project partners and agriculture professionals will be expert speakers and hosts. Each event will connect farmers with organizational partners and resources (NRCS and Extension) to optimize synergy and shared learning. Events will highlight the project and encourage enrollment, while creating opportunities for farmers to discuss emerging climate-smart markets and product aggregation.

***Farmer Field Days*** support recruitment of diverse farmers into this project while sharing on-farm practical examples and benefits of implementing climate-smart practices. OAK has co-hosted a full schedule of annual Field Day events for over a decade, averaging 45 people at each event. Field Days for this project will be offered up to four times each year, with 18 events total. The following illustrative schedule of topics is based on recent input from OAK's farmer and partner stakeholders, and supports the outreach goals for the project as well as long-term climate-smart learning goals for farmers throughout the region.

| Farmer Field Day Programming Topics Years 1-5 | |
| --- | --- |
| Field Days Year 1 | Integrating Cover Crops into Commodity Crop Rotations; Weed Management and Getting Started with Reduced Tillage; GFM - FSAT Whole Farm Assessment Pilot; Site Considerations for Agroforestry and Markets |
| Field Days Year 2 | Integrating Cover Crops into Bio Intensive Vegetable Production; Holistic Grazing - Rotational Grazing with Warm and Cool Season Forages; Establishing and Maintaining Conservation Pollinator Habitat; Designing for Integrated Pest Management. |

[7] OAK incorporates adult learning strategies from Sustainable Agriculture Research and Education (SARE) to ensure content is relatable, engages positive emotions, offers choice, shares mental models and supports opportunities for application. Peer discussion, interaction and feedback have been shown to enhance content retention, behavior change and assist in relationships extending beyond the single event. See Bell, S., & McAllister, J. (2021) *Sustainable Agriculture Through Sustainable Learning.* Sustainable Agriculture Research Education. See also Belasco, E., & Schahczenski, J. (2021). Is Organic Farming Risky? An Evaluation of WFRP in Organic and Conventional Production Systems. *Agricultural and Resource Economics Review* 50, 63–75.

9

**J.A. 1245**

| Field Days Year 3 | Grazing Cover Crops; Ecosystem-based Farm Planning and Whole Farm Conservation; Integrating Crop and Livestock Systems; Conservation Tillage and No-till for Medium and Large Acreage Operations |
| Field Days Year 4 | Cover Crops as Cash Crops; Improving Biodiversity and Climate Mitigation Strategies with Field Buffers; Silvopasture Implementation and Grazing Management; Reduced Tillage and No-till in Bio-intensive Systems |
| Field Days Year 5 | Cover Crop Innovations and Research; GFM - Whole Farm Assessment; Conservation Cover; Alley Cropping and Perennial Cash Crops |
| **Farmer Workshops Programming Topics Years 1-5** | |
| Workshops | Reduced Tillage and No-Till; Annual and Perennial Cover Cropping; Agroforestry; Silvopasture and Soil Fertility Budgets with Integrated Crop Livestock Systems; Market for Cooperatives; Strategies for Aggregation and Unified Climate Metrics |

*Workshops* occur five times during the project, delivering advanced learning opportunities for farmers and peer networking. Workshops take place in a variety of geographic locations across Kentucky to increase accessibility. Workshops will engage up to 50 farmers per event and will include contract speakers such as Ray Archuleta, Lindsey Rebhan, Reginaldo Haslett-Marroquin, Rick Clark and agroforestry experts from the Savannah Institute.

*Regional Climate-Smart Knowledge Exchange (RCSKE)* will bring together producers enrolled in the project to enhance lasting practice adoption by sharing successes and lessons learned with their peers. The OAK PCSC Project Coordinator will develop and organize this farmer-to-farmer network to support knowledge exchange and longevity of GHG benefits in Kentucky. This will entail coordinating and facilitating 10 virtual calls or in-person gatherings as a climate-smart farms community of practice. Calls will be conversations between farmers and Soil Health Specialists, extending the application of on-farm technical assistance for CSAF conservation practices, tillage reduction, agroforestry and soil health in an open, roundtable environment.

**Plan to Provide Financial Assistance for Producers to Implement CSAF Practices**
*Financial Assistance Goals:* Up to 110 farmers enrolled every year in the project are eligible to receive sufficient and compelling incentive payments for their participation and for verified climate-smart practice implementation. The incentive package is meant to encourage wide producer participation, efficient administration and empower farmers to generate verifiable greenhouse gas reductions and carbon sequestration. Small farms, historically underserved farmers and early adopters are highly encouraged to apply, and the outreach strategy, partners, and technical assistance plans outlined above aim to ensure equity in achieving this goal.

*Financial Assistance Plan and Activities:* Each farm enrolled is eligible to receive $3,695 each year: broken down to $500 for completing the GFM-FSAT, $3,000 for verified implemented climate-smart practices and $195.50 for soil testing. This financial assistance structure will be mimicked in Year 2-5, with incentive amounts reviewed and adapted as needed each year of the project. This amounts to $365,000 in benefits to farmers each year, and over $1.8 million over the life of the project, excluding the value of the technical assistance and marketing support also provided to farmers. Incentive payments for practices are meant to cover expenses required to implement climate-smart practices including seeds and plant stock, site preparation, installation of crop protection, equipment rental and added capacity of practice adoption. Examples of

10

**J.A. 1246**

eligible financial assistance to incentivize the adoption of a range of climate-smart practices include: <u>cover crop incentive</u> for fall seeding or inclusion of cover crop in rotation; <u>agroforestry incentive</u> for tree fruits, nuts and shrubs serving as hedgerows, windbreaks, habitat, open-field silvopasture, forest farming, agricultural crops or forage; <u>reduced till or no till incentive</u> to reduce the number and types of tillage events; <u>small grain incentive</u> to extend corn rotation with a small-grain and legume cover crop and <u>prescribed grazing system incentive</u> to enable rotational grazing of more pasture or cover crops and pasture renovation.

## Plan to Enroll Underserved and Small Producers

***Recruitment and Enrollment of Historically Underserved and Small Farms Plan Activities:***
By design, and based on OAK's existing network of farmers and cooperating partners, this project will engage small farmers and historically underserved producers through the following activities: 1) OAK staff will continue to attend regular farmer meetings held in partnership with Kentucky State University 1890's Land Grant University Extension and Historically Black College and University to share project details and encourage enrollment; 2) OAK will distribute information about the project and enrollment through University of Kentucky Extension in ~~all~~ 120 Kentucky counties via newsletters; 3) OAK staff and partner organizations will deliver targeted outreach to individual farmers and farmer cohort groups in Kentucky including urban farmers, refugee farmers, National Young Farmer members, Homegrown by Heroes (veteran farmer program) members and Black, Indigenous, Latinx, Asian and other farmers of color; 4) A working group of farmers that are historically underserved and small farmers participating in the project will advise on outreach strategies; 5) The project's farmer enrollment form will request gross annual farm income to verify "small farm" status; 6) The project's farmer enrollment form will request demographic characteristics to ensure equitable participation from historically underserved farmer groups (beginning, socially disadvantaged, veteran, and limited resource); and 7) Outreach materials and the enrollment form will be shared in Spanish and English, and Spanish translation will be provided for technical assistance and during completion of the GMF-FSAT. OAK's network consists of 1,500 farmers engaging with programs annually with 75% operating small farms; 15% Black, Indigenous and farmers of color; 25% limited resourced farmers; 55% beginning farmers and 5% veterans.

## Measurement/Quantification, Monitoring, Reporting & Verification Plan (MMRV)

### Approach to Greenhouse Gas Benefit Quantification

The project measures and quantifies soil health and GHG emissions through soil tests, implemented practices, COMET tools and more. The project will monitor and report on greenhouse gas benefits and carbon sequestration through technical assistance provided by staff and recording of farm assessment soil health and resource use in the GFM-FSAT. And the project's verification plan includes visual verification of implemented practices by project staff and tracking soil test results over time. See also table included in original proposal narrative "Annual Step-by-Step Farm Technical Assistance and Verification" (Years 1-5) above on page 8. All aspects of the project's MMRV strategies are detailed below in this section. As outlined in the Executive Summary, this project involves adapting the Global Farm Metric framework, developed by the Sustainable Food Trust in the United Kingdom, to create a farm sustainability assessment tool built for use in the US. This tool, the GFM-FSAT, includes several measures and

11

indicators within 12 categories related to social, economic and environmental sustainability on farms (see table below).

| Category | Category Description | Key Indicators Measured |
|----------|---------------------|-------------------------|
| Climate | Captures current and historical data related to climate conditions on the farm, extreme events, and growing season | Average Temperature, Average Precipitation, Precipitation Deviation from Average, Water Risk, Natural Hazard Damage, Natural Hazard Occurrence, Elevation & Hardiness Zone, Season Length |
| Community | Assesses a farm's access to local services including key farming services and infrastructure, support to and from the farm's community of practice | Access to Key Amenities, Access to Key Farming Services, Access to Markets/Sales Channels, Access to Key Infrastructure, Local Short Supply Chain Activities, Provision of Local Employment, Public Access, Provision of Education Opportunities, Peer/Community Network, Outreach & Communication, Community Support |
| Nature | Addresses farm biodiversity, farm habitats, and environmental hazards | Water Pollution, Dissolved Oxygen, Ecological Component of Pesticide Environmental Impact Quotient (EIQ), Soil Pollution, Pollution Risk, Land Use, Landscape Diversity, Connectedness of Farm Habitats, Farmland Bird Diversity, Keystone Native Plant Diversity, Aquatic Indicator Species |
| Soil & Water | Addresses soil health, soil fertility, and water | Soil Respiration, Labile Amino-Nitrogen, Active Carbon, Aggregate Stability, Soil Organic Matter, Dominant Soil Type, Cation Exchange Capacity, Macro- and Micronutrient Levels, Water Source, Irrigation Usage, Erosion & Runoff Potential |
| Governance | Captures the business status of the farm, overarching priorities and support, and inclusion in decision making | Land Ownership, Farm Business Status, Durability, Farming Systems & Certifications/Standards, Management Priorities, Producer Demographics, Historically Underserved Farmers & Ranchers Access to Capital Resources, Participation in Decision Making |
| Resources | Addresses the state of the farm's physical resources | State of Buildings, State of Infrastructure, State of Equipment |
| Inputs | Identifies the consumable inputs used by the farm, energy and fuel sources and usage, and waste production and management | Input Types & Quantities, Guiding Practices, Supplier Flexibility, On-Farm Energy Production, Renewable Energy Usage, Direct Energy per Acre, Recycling/Re-Use/Reduction, Landfill Waste Volume |
| Farmers & Workers | Addresses the health and wellbeing of farmers, rewards for farmwork, and skill development | Wages (Annual and Hourly), Workload, Wage Equity, Training, Capacity Building Opportunities, Career Building, Worker Component of EIQ, Occupational Injuries, Policies/Benefits/Social Engagement |
| Crops & Pasture | Addresses crop establishment, lifecycle, and health | Transplant Success, In-field Germination, Standing Crop Losses, Perennial Crop Losses, Crop Health Level, Pasture Condition |
| Livestock | Addresses livestock lifecycle, health, and quality of life | Livestock Losses, Fertility & Productive Longevity, Health Level of Livestock, Health Management Systems, Quality of Life Measures by Livestock Type |
| Products | Measures farm productivity, quality, and | Whole Farm Productivity, Crop Productivity, Livestock Productivity, Buyer Standards, Soluble Solids |

12

**J.A. 1248**

| | diversity of products offered | (Vegetables), Consumer Component of EIQ, Crop Diversity, Animal Diversity, Farming System Diversity |
|---|---|---|
| **Economics** | Assesses a farm's profit and costs, financial flexibility, and spread of economic risk | Net Income, Profit Margin, Budget & Financial Goals, Debt-to-Asset Ratio, Financial Flexibility, Revenue Sources, Market Channel Diversity, Agricultural Product Diversity, Production Flexibility & Risk Management |

OAK is the first international partner of the Sustainable Food Trust to adapt the GFM framework into a working tool outside of the United Kingdom. Currently, OAK's US version of the GFM-FSAT is in a multi-tab spreadsheet format. To streamline data entry and processing, this project will partner with a web developer to build an online Graphic User Interface (GUI) and/or an online database for the GFM-FSAT. The online GFM-FSAT will improve the user experience, increase accessibility and allow results to be exported for use in farm management and technical assistance. Since GHGs are highly variable by climate, soil, rainfall and past management history, the GFM-FSAT will use or draw from COMET-Planner. OAK intends for the GFM-FSAT to remain open source and adaptable, based on farmer and expert feedback, and will encourage CSAF practice adoption in regions outside of this particular project.

Participating farms will fill out the GFM-FSAT as part of the on-boarding process so that OAK's team of technical advisors are able to standardize and assess the farm's baseline sustainability prior to prescribing CSAF practices that will benefit the farm. Each of the 12 categories within the tool contains several metrics that result in a quantitative score. Scores within each category are recorded and serve as a springboard to assess how the farm can achieve the greatest improvements through adoption of new practices. After reviewing the GFM-FSAT results and completing a farm visit, the Soil Health Specialist will use the data collected within the GFM-FSAT to run various scenarios through COMET-Planner to discuss with the farmer the approximate carbon sequestration and GHG emissions reductions possible for each climate-smart practice being considered. The Soil Health Specialist will then outline a Management Plan for implementation of climate-smart practices.

This Climate-Smart Practices section is where on-farm GHG emissions and carbon sequestration will initially be estimated. The 12 farm-sustainability categories help to outline the environmental and economic co-benefits of CSAF practices and track them over the lifetime of the project to ensure that CSAF practices do not negatively impact the farm in other ways, and that environmental co-benefits of CSAF practices such as improved water quality, soil health, wildlife habitat and biodiversity are accurately measured and evaluated. For example, the adoption of a climate-smart practice may reduce GHG emissions, while negatively impacting measures within the Nature category. In such cases, the farmer, Soil Health Specialist, and other technical advisors must work together to adapt the Management Plan, striving to improve outcomes in all categories and provide a standard valuation of the farm's sustainability.

### Approach to Monitoring of Practice Implementation
The GFM-FSAT will gather categorical information on farm acreage, farmer demographics and commodity production. GFM-FSAT results will be compiled in the tool's online dashboard by the PCSC Project Coordinator and Research Manager for quick, easy and cost-effective reporting

13

**J.A. 1249**

of total number of farms, acreage, head of livestock, harvested crops and any other categorical data required for reporting to the USDA and project partners. The project anticipates enrolling up to 110 farms each year, impacting 19,500 acres annually.

OAK's two-person team of Soil Health Specialists will visit or provide remote support for up to 110 farms enrolled in the project each year to provide on-going technical assistance and monitor on-farm practice implementation as outlined in the farm's Management Plan. The farm visit provides important in-person opportunities for the farmer and the Soil Health Specialist to discuss successes or challenges, to make modifications to practices and to make referrals to technical assistance resources. All implemented practices will be verified and documented annually in the farm's Management Plan with notes or photos taken in-field by project staff. Monitoring and verification of implemented practices occurs prior to the project issuing the annual incentive payment to the farmer.

### Approach to Reporting and Tracking of GHG Benefits

As mentioned above, each farm's GHG emissions will be calculated in the Climate-Smart Practices section of the GFM-FSAT by interfacing with COMET Planner. The results of this analysis will be recorded each year as part of the farm's GFM-FSAT scoring system and exported as a stand-alone file for the individual farm. GFM-FSAT results for all farms will be aggregated annually by the PCSC Project Coordinator and Research Manager to calculate GHG benefits per specific farm, GHG benefits from all project farms, an overall summary of GHG benefits by commodity type and any other customized metrics. Using the GFM-FSAT and COMET tools, the project will be able to customize GHG benefit reporting in response to requirements of project partners, academic advisors and supply chain market actors.

The project has a GHG emission reduction goal of an average 2 tonnes $CO_2$ equivalents per acre enrolled in the project, (172 tonnes per average farm size per year of the project) equaling a total reduction of 100,100 (in current benchmarks) tonnes $CO_2$ equivalents for the project. Using the project budget, a reduction of 1 metric ton of $CO_2$ equivalent costs $47.35. The estimate is based on average farm size of 178 acres and a range of practices appropriate for Kentucky using initial modeling in COMET-Planner for farms in multiple counties. For example, a 178 acre farm in Bourbon county establishing silvopasture on 30 acres, prescribed grazing and improved range planting and seeding of forages on 120 acres, cover crops on 10 acres, soil carbon amendment on 2 acres, and the establishment of a farm woodlot on 15 acres will reduce GHG emissions by an estimated 200 $CO_2$ equivalents per year.

The project will work across all commodities to provide greatest accessibility to small farmers, critical as Kentucky farms are highly diversified and smaller than the national average. Tracking GHG benefits per commodity will happen in the GFM-FSAT and farm file and the 5-year project anticipates reduction in $CO_2$ equivalents in tonnes per commodity: 30,000 pastured livestock; 20,050 corn, soybeans and small grains; 20,050 produce; and 30,000 agroforestry. The anticipated longevity of GHG benefits will extend beyond the life of the project as farm Management Plans will prescribe practices to establish woody perennials, agroforestry, woodlots and other long-term practices to the extent possible. Further, market trends are likely to continue prioritizing sustainability and farmers will have access to OAK's resources, network and partners that anticipate additional cost-share programs for climate-smart practices.

14

**J.A. 1250**

## Approach to Verification of GHG Benefits

To verify the impacts of climate-smart practices, this project and the GFM-FSAT require the results of proven soil health measures including soil respiration, active carbon, aggregate stability and soil organic matter.[8] Each farmer, with assistance from the Soil Health Specialist, will gather in-field measurements of soil health and send up to three soil samples for laboratory analysis. The farmer and Soil Health Specialist will review soil test lab results together annually, enter the results into the Soil category of the GFM-FSAT, compare the results to expected outcomes and appropriately adapt the written Management Plan. The suite of soil tests is rigorous, cost-effective (an estimated $195.50 for each farm, each year) and central to grounding GHG benefits in improved soil health. The project will pay for approximately 3 soil tests per year, per enrolled farm. All soil tests will be sent to the same laboratory and OAK staff will have access to electronic results. By coupling the modeled GHG emissions from COMET-Planner with on-the-ground measurements of soil health, this project will achieve a fuller picture of the benefits of adopting CSAF practices on each farm. The project will use USDA's Entity Scale Methods[9] when GHG benefit estimates are not available in COMET-Planner for specific practices.

## Agreement to Participate in the Partnerships Network

OAK's Executive Director agrees to be a member of the "USDA Partnerships for Climate-Smart Commodities Learning Network" and participate in an estimated two virtual and two in-person meetings annually. Sharing in this peer forum of project discussion, learning and synthesis of scaling best practices and technology to help farmers and sustain equitable access to emerging value chains is important to OAK and will inform future USDA actions in meeting US commitments to address climate change. Required travel and time is included in the budget (this detail is in the original proposal and budget narratives).

## Plan to Develop & Expand Markets for Climate-Smart Commodities

## Partnerships Designed to Market Resulting Climate-Smart Commodities

The program will work with key partners, listed on page 1, currently serve as local food value chain coordinators, companies, processors and aggregators and are eager to source climate-smart commodities to meet GHG targets and supply chain goals, sell climate-smart branded consumer products and provide a premium or additional revenue for participating producers and landowners. Project partners have long-standing relationships with key coordinators and buyers in the marketplace; and, OAK's successful record of supporting farmers in accessing premium markets positions the project to deliver significant gains for climate-smart value chain development. This project provides the connected framework of commodity farmers and aggregators and buyers to incentivize CSAF practices to be adopted over the long-term.

---

[8] For moving towards farm-level and national metrics see Smith, P., Davies, C. A., Ogle, S., Zanchi, G., Bellarby, J., Bird, N., & Braimoh, A. K. (2012). Towards an integrated global framework to assess the impacts of land use and management change on soil carbon: current capability and future vision. *Global Change Biology*, *18*(7), 2089-2101. And support for using active carbon to assess management see Culman, S. W., Snapp, S. S., Freeman, M. A., Schipanski, M. E., Beniston, J., Lal, R., & Wander, M. M. (2012). Permanganate oxidizable carbon reflects a processed soil fraction that is sensitive to management. *Soil Science Society of America Journal*, *76*(2), 494-504.

[9] Eve, M., D. Pape, M. Flugge, R. Steele, D. Man, M. Riley-Gilbert, and S. Biggar, (Eds), 2014. Quantifying Greenhouse Gas Fluxes in Agriculture and Forestry: Methods for Entity-Scale Inventory. Technical Bulletin Number 1939. Office of the Chief Economist, USDA, Washington, DC. 606 pages. July 2014.

15

OAK will leverage subaward commitments, market linkages and advisory group feedback to elevate market opportunities for climate-smart crops with agility. Using the aggregated data reports and farm-specific scorecards from the GFM-FSAT, buyers of all sizes will be able to access climate-smart production data to inform their procurement decisions. Depending on the needs of the specific buyer or commodity market, OAK will work with farmers and marketing professionals to provide tailored data, based on all or select categories measured in the GFM-FSAT. OAK's marketing partner, Bullhorn Creative, will design and brand an add-on label, a scorecard or other representations of climate-smart production to accompany products, based on market demands and the Climate-Smart Value Chain Advisory Committee's guidance.

In addition to connecting producers and their climate-smart scoring with marketing resources, OAK and project partners will plan grower-buyer meetups between participating farms and buyers, like those mentioned below. OAK brings the potential for sale of climate-smart commodities during the project to large buyers like Applegate that have local sourcing commitments and urgent GHG reduction goals. Additionally, project partners include a number of aggregators sourcing from networks of farms and selling to national buyers with established climate and social goals. For example, project partner Victory Hemp Foods sells hemp products to Patagonia Provisions, Wholesome Wave, Dr. Bronners and other notable national buyers with corporate climate commitments. Four Hills Farm and Marksbury source animal welfare approved grass fed products from Kentucky farms and sell to 12 Whole Foods Markets, a retailer with strong corporate climate goals. KOFFI is a major animal feed mill distributing to 7 states and industry buyers producing organic eggs and dairy eager to meet climate goals. The partnership will pilot facilitating market linkages in Kentucky that could lead to national sales during and after the project, and will compile learnings to inform future USDA programming.

Key Partner activities to achieve climate-smart value-chain outcomes include:

| Group | Frequency | Participants | Goal |
|---|---|---|---|
| **Climate-Smart Value Chain Advisory Committee** | Quarterly | Local Value Chain Development Partners, Climate-Smart Aggregator & Buyer Partners | Identify opportunities in the marketplace. Define metrics, farm data, tracking and marketing needs for various commodities. |
| **Climate-Smart Grower & Buyer Meet Up** *Open to the public.* | Annually | Co-hosted by The Food Connection, KCARD, (KDA) | Share climate-smart impact data with buyers and promote products from enrolled farms. Market GFM-FSAT data to other aggregators and buyers. |
| **Marketing & Branding focus Group** | Bi-monthly (Y1-Y3) | Bullhorn Creative, Value Chain Partners | Collaborate to design climate-smart verified label or messaging for a variety of commodity products. |
| **Business Development Support** | Ongoing, Via Referral | KCARD | Work with farms and value chain partners to refine business planning. |
| **Buyer Focus Groups** | Ongoing | Climate-Smart Aggregator and Buyer Partners | Aggregators and buyers of a particular commodity meet as a focus group to define marketing strategies. |

16

**J.A. 1252**

Core activities for value-chain development are convening the Advisory Committee, aggregators and buyers to discuss available metrics and advantageous marketing strategies. These partners will share valuable insights on how GFM-FSAT reports should be packaged for buyers and emerging market trends. Additionally, broad advertising and marketing of the project's climate-smart commodities will happen directly through partner aggregators and buyers. Broad marketing will occur through activities like: social media paid ad sets and post boosts; radio ads; billboards; and the development of a buyer-facing directory where all farms and commodities verified through the project will be available for searching and sourcing.

### Plan to Track Climate-Smart Commodities Through the Supply Chain
The Climate-Smart Value Chain Advisory Committee will meet regularly to identify metric needs for different climate-smart commodities and how the project can best communicate the value proposition to buyers. OAK will work with identified project partners, contractors and supporting farmers, buyers, local food value chain coordinators and marketing experts to develop a climate-smart add-on label or related marketing assets, messaging or branding for commodities verified through the project. The climate-smart label or marketing message is intended to open and expand market channels for producers and distributors, and will serve as a visible climate-smart verification for retailers and consumers. OAK will work with buyers and existing technology providers to offer increased traceability of climate-smart crops from farm to plate, ensuring integrity of practices and verification of environmental impacts. This project is lean and adaptive to market needs in response to the diverse advisors and project participants, therefore, tailored technology is yet to be decided. For the purpose of illustration, tracking could include using QR codes and blockchain technology connected to commodity labels or individual farm profiles generated by the GFM-FSAT, offering value chain actors a full dashboard of farm-level and commodity specific metrics.


### Estimated Economic Benefits for Participating Producers Including Market Returns
***Estimated economic benefits for participating producers*** are both qualitative and quantitative. Participating producers and landowners will strive to increase on-farm resilience, improve nutrient cycling, reduce the need for off-farm inputs and increase earnings through improved management efficiencies. Farms employing verified CSAF practices will market products with their farm's climate-smart score and earn a premium, preferred-vendor status in the emerging regional value chain. Considering current market volatility for conventional products due to inflation, scarcity of inputs and fluctuating global markets, more farmers are looking to stabilize expected annual revenue and secure access to reliable markets. Ownership of GHG benefits associated with commodities will stay with the farmer until products are sold at which point GHG benefit ownership transfers to the purchaser. The project's Climate-Smart Value Chain Advisory Committee will provide feedback for drafting partnership documentation between producers and purchasers. The project estimates a 10% premium to participating producers for verified climate-smart commodities, totaling **$2 million in sales during the project and delivering more than a 100% return on investment of incentive payments to farmers** based on the project budget. The **10% premium will be passed onto value chain partners**, increasing their sales from a baseline of $10 million (2021) actual sales. Economic benefits vary by commodity and market channel.

17

**J.A. 1253**

**Post Project Potential of Scaling Activities & Climate Smart Commodities**

Climate solutions must be accessible and achievable by all types of farms to be successful. This requires building lasting relationships among farmers and with technical assistance providers founded on trust and based on scientifically-proven practices. This pilot project is scalable, both within and outside of Kentucky, offering adaptable technology and a model of proven partnerships to deliver programming. Learnings from this project supporting small and historically underserved farms will inform USDA's future programming. With Kentucky's 1862 and 1890 land-grant universities serving as key partners and advisors on this pilot project, a network of extension agents from 120 Kentucky counties, field agents are well-positioned to expand the reach of technical assistance and connection to market opportunities. This extensive, embedded network of professionals will continue to support the rapid adoption of practices, ensuring equitable distribution of needed technical assistance and equitable access to a developing climate-smart value chain. Additionally, with OAK's current close partnership with Kentucky NRCS this project will continue referrals and explore additional opportunities for cost-share programs such as a Regional Conservation Partnership Program after the project to support the ongoing adoption of climate-smart practices. Finally, the GFM-FSAT is a tool built to unify assessments, providing a harmonized and standardized framework for measuring farm sustainability, based on established practice standards. While this pilot project is trialing the assessment tool in Kentucky, the tool will work on any farm in the US, and will be open-sourced, allowing for integration with other platforms and evolving technology, supporting USDA's intention to reduce transaction costs and barriers to adopt and implement climate-smart practices. Demand for climate-smart commodities will support long-term viability of the project and OAK is committed to maintaining the GFM-FSAT online as a tool for farmers and buyers.

**J.A. 1254**

# ORGANIC ASSOCIATION OF KENTUCKY DECLARATION

# EXHIBIT 11-D

**NRCS-ADS-093**

**USDA**

**U.S. Department of Agriculture**
**Natural Resources Conservation Service**

**NOTICE OF GRANT AND AGREEMENT AWARD**

| 1. Award Identifying Number<br><br>NR233A750004G092 | 2. Amendment Number | 3. Award /Project Period<br><br>Date of final signature through 08/31/2028 | 4. Type of award instrument:<br><br>Grant Agreement |
|---|---|---|---|
| 5. Agency (Name and Address)<br><br>USDA Partnerships for Climate-Smart Commodities<br>c/o FPAC-BC Grants and Agreements Division<br>1400 Independence Ave SW, Room 3236<br>Washington, DC 20250<br>Direct all correspondence to FPAC.BC.GAD@usda.gov | | 6. Recipient Organization (Name and Address)<br><br>ORGANIC ASSOCIATION OF KENTUCKY INC<br>PO BOX 22244<br>LEXINGTON KY 40522<br><br>UEI Number / DUNS Number: KGLLLCALDLE4 / 061623272<br>EIN: | |

| 7. NRCS Program Contact<br><br>Name: JEREMIAH BOWERS<br>Phone: (815) 942-0359<br>Email: jeremy.bowers@usda.gov | 8. NRCS Administrative Contact<br><br>Name: Brett McMillan<br>Phone: (503) 414-3295<br>Email: brett.mcmillan@usda.gov | 9. Recipient Program Contact<br><br>Name: Brooke Gentile<br>Phone: (502) 219-7378<br>Email: brooke@oak-ky.org | 10. Recipient Administrative Contact<br><br>Name: Natalie Rider<br>Phone: (502) 435-6384<br>Email: natalie@oak-ky.org |
|---|---|---|---|
| 11. CFDA<br><br>10.937 | 12. Authority<br><br>15 USC 714 et seq | 13. Type of Action<br><br>New Agreement | 14. Program Director<br><br>Name: Brooke Gentile<br>Phone: (502) 219-7378<br>Email: brooke@oak-ky.org |

| 15. Project Title/ Description:  Expands markets for climate-smart grass-fed lamb, grass fed beef, corn, soybeans, small grains, produce, dairy, agroforestry, and hemp in Kentucky and supports socially disadvantaged farmers. |
|---|

| 16. Entity Type:  M = Nonprofit with 501C3 IRS Status (Other than Institution of Higher Education) |
|---|

**17. Select Funding Type**

| Select funding type: | ☒ Federal | ☒ Non-Federal |
|---|---|---|
| Original funds total | $4,407,706.00 | $40,000.00 |
| Additional funds total | $0.00 | $0.00 |
| Grand total | $4,407,706.00 | $40,000.00 |

**18.  Approved Budget**

**J.A. 1256**

| Personnel | $1,558,605.20 | Fringe Benefits | $302,417.82 |
|---|---|---|---|
| Travel | $163,501.25 | Equipment | $0.00 |
| Supplies | $26,620.00 | Contractual | $278,616.73 |
| Construction | $0.00 | Other | $2,077,945.00 |
| Total Direct Cost | $4,157,434.55 | Total Indirect Cost | $250,271.45 |
| | | Total Non-Federal Funds | $40,000.00 |
| | | Total Federal Funds Awarded | $4,407,706.00 |
| | | Total Approved Budget | $4,447,706.00 |

This agreement is subject to applicable USDA NRCS statutory provisions and Financial Assistance Regulations. In accepting this award or amendment and any payments made pursuant thereto, the undersigned represents that he or she is duly authorized to act on behalf of the awardee organization, agrees that the award is subject to the applicable provisions of this agreement (and all attachments), and agrees that acceptance of any payments constitutes an agreement by the payee that the amounts, if any, found by NRCS to have been overpaid, will be refunded or credited in full to NRCS.

| Name and Title of Authorized Government Representative<br><br>Katina Hanson<br>Acting Senior Advisor for<br>Climate-Smart Commodities | Signature | Date |
|---|---|---|
| Name and Title of Authorized Recipient Representative<br><br>Brooke Gentile<br>Executive Director | Signature | Date<br>9/15/2023 |

**NONDISCRIMINATION STATEMENT**

The U.S. Department of Agriculture (USDA) prohibits discrimination in all its programs and activities on the basis of race, color, national origin, age, disability, and where applicable, sex, marital status, familial status, parental status, religion, sexual orientation, genetic information, political beliefs, reprisal, or because all or a part of an individual's income is derived from any public assistance program. (Not all prohibited bases apply to all programs.) Persons with disabilities who require alternative means for communication of program information (Braille, large print, audiotape, etc.) should contact USDA's TARGET Center at (202) 720-2600 (voice and TDD). To file a complaint of discrimination write to USDA, Director, Office of Civil Rights, 1400 Independence Avenue, SW., Washington, DC 20250-9410 or call (800) 795-3272 (voice) or (202) 720-6382 (TDD). USDA is an equal opportunity provider and employer.

**PRIVACY ACT STATEMENT**

The above statements are made in accordance with the Privacy Act of 1974 (5 U.S.C. Section 522a).

**J.A. 1257**

## Statement of Work

**Purpose**

The purpose of this agreement, between the U.S. Department of Agriculture, Natural Resources Conservation Service (NRCS) and Organic Association of Kentucky Inc., is to build markets for climate-smart commodities and invest in America's climate-smart producers to strengthen U.S. rural and agricultural communities.

**Objectives**

The objectives of this project are to support the production and marketing of climate-smart commodities by providing voluntary incentives to producers and landowners, including early adopters, to implement climate-smart agricultural production practices, activities, and systems on working lands; measure/quantify, monitor and verify the carbon and greenhouse gas (GHG) benefits associated with those practices; and develop markets and promote the resulting climate-smart commodities.

**Budget Narrative**

The official budget summarized below and described in the attached Budget Narrative will be considered the total budget as last approved by the Federal awarding agency for this award.

Amounts included in this budget narrative are estimates. Reimbursement or advance liquidations will be based on actual expenditures, not to exceed the amount obligated.

TOTAL BUDGET $ 4,447,706

TOTAL FEDERAL FUNDS $4,407,706
PERSONNEL $1,416,913.82
FRINGE BENEFITS $274,925.29
TRAVEL $148,637.50
EQUIPMENT $0
SUPPLIES $24,200
CONTRACTUAL $253,287.94
CONSTRUCTION $0
OTHER $2,039,470 (includes $1,225,000 PRODUCER INCENTIVES)
TOTAL DIRECT COSTS $4,157,434.55
INDIRECT COSTS $250,271.45

TOTAL NON-FEDERAL FUNDS $40,000.00
PERSONNEL $0
FRINGE BENEFITS $0
TRAVEL $0
EQUIPMENT $0
SUPPLIES $0
CONTRACTUAL
CONSTRUCTION  $0
OTHER $40,000
PRODUCER INCENTIVES $0
TOTAL DIRECT COSTS $40,000.00
INDIRECT COSTS $0

Recipient has elected to use the de minimis indirect cost rate.

**Responsibilities of the Parties:**

If inconsistencies arise between the language in this Statement of Work (SOW) and the General Terms and Conditions attached to the agreement, the language in this SOW takes precedence.

RECIPIENT RESPONSIBILITIES

Perform the work and produce the deliverables as outlined in this Statement of Work and attachments.

Ensure Paperwork Reduction Act (PRA) clearance is obtained prior to conducting data collection from producers or other project participants, including data collection performed by subrecipients.

Comply with the applicable version of the General Terms and Conditions.

Submit reports and payment requests to the ezFedGrants system as outlined in the applicable version of the General Terms and Conditions. Reporting frequency is as follows:

Performance Reports: Quarterly

SF425 Financial Reports:  Quarterly

Detailed Progress Report: Quarterly
(The detailed progress report is in addition to the performance and financial reports referenced above and described in the general terms and conditions)

---

**Expected Accomplishments and Deliverables**

See attached Benchmarks Table and associated Project Narrative.

---

**Resources Required**

See the Responsibilities of the Parties section for required resources, if applicable.

---

**Milestones**

See attached Benchmarks Table and associated Project Narrative.

**GENERAL TERMS AND CONDITIONS**

Please reference the below link(s) for the General Terms and Conditions pertaining to this award:
https://www.fpacbc.usda.gov/about/grants-and-agreements/award-terms-and-conditions/index.html


Link to GT&C

Attachments:
Budget Narrative
Project Narrative
Benchmarks Table
Climate-Smart Practices List and Limitations
Data Dictionary
Climate-Smart Specific Terms and Conditions

**Farmers and Buyers Growing Climate Solutions: Greenhouse Gas Reduction Incentive Program (GGRIP) for Small and Historically Underserved Farms**

**Organic Association of Kentucky (OAK)**

**Budget Narrative**                    **USDA-NRCS-COMM-22-NOFO0001139**

| Description | Details/Justification |
|---|---|
| **Federal Total** | **$4,407,706.00** |

1

| Personnel – Salaries / Wages | **Personnel - Salaries/Wages: Total – $ 1,416,913.82** |
|---|---|
| | OAK will manage the project, coordinating the work of the partners along with providing outreach, educational, technical assistance and value chain development for the project through its experienced staff. OAK staff contributing to the project have over 55 years of combined experience providing farmer education, technical assistance, local food value chain development and project management. Base salaries provided are for year 1 and total funds requested are calculated on the percentage of full time equivalent allocated to the project and include a 5% annual salary escalation. The original Budget Narrative included detailed information on anticipated staff, and salaries. Salaries of three personnel positions have been adjusted to reflect current base salaries. |

**Brooke Gentile - Project Director - Executive Director** will provide oversight of the project, conduct technical assistance activities, review partner activities and ensure timely reporting. She will be accountable for ensuring that all project activities are carried out in a timely, cost efficient and responsible manner. Mrs. Gentile will approve the annual work plans for the project, including the work of project staff, subawards and contractors. She is responsible for the submission of required reports, development of record-keeping templates and confirmation of tracking project progress. She has intimate knowledge of the Global Farm Metric - Farm Sustainability Assessment Tool having worked on its adaptation for the past year and she will participate on the GFM-FSAT Advisory Committee. She also has close relationships with all value chain partners and will provide staff leadership for Value Chain Advisory Committee and buyer commitments. Mrs. Gentile will serve as a member of the "USDA Partnerships for Climate-Smart Commodities Learning Network" sharing lessons learned in ways that can inform USDA's future activities. Mrs. Gentile brings 20 years of experience working with farmers and developing local food systems to the project and has abundant experience managing federally-awarded grants and reporting on impact.

| Salary | % effort | Project Duration | Federal Total |
|---|---|---|---|
| $72,000 | 40% | 60 months | $ 157,556.44 |

**Natalie Rider - Assistant Director** will be responsible for updating and ensuring project work plans are being followed and record keeping templates are being updated by project staff. She will oversee activities of project staff and ensure all project progress is tracked and will report to the Executive Director. Ms. Rider will serve as the project staff lead on all activities for climate-smart value chain coordination and is responsible for scheduling Climate-Smart Value Chain Advisory Committee Meetings and supporting the activities of the partners, coordinating Grower and Buyer Meet Ups with project partners and stewarding and tracking additional regional buyer relationships that emerge as a result of this project. Ms. Rider has prior

experience managing multi-million dollar federal contracts and stewarding grant programs with collaborative stakeholders.

| Salary | % effort | Project Duration | Federal Total |
|--------|----------|------------------|---------------|
| $56,000 | 40% | 60 months | $ 122,543.90 |

**PCSC Project Coordinator** will direct the farmer-oriented activities of the project. This new position will be responsible for following the annual plan of work and facilitating the timely completion of activities. This position will develop project communications for the public and coordinate all enrolled-farmer communications. As administrative lead on farmer intake, they will organize connecting Soil Health Specialists with enrolled farmers and provide technical assistance to farmers as they complete the GFM-FSAT. They will work with Soil Health Specialists to co-host bi-monthly farmer webinars to support the Regional Climate-Smart Knowledge Exchange (RCSKE) for the farmer community of practice. This person will assist the Farmer Education Coordinator in coordinating and staffing all farmer education events, and receive and respond to initial inquiries about the project. Reports to Assistant Director and Executive Director.

| Salary | % effort | Project Duration | Federal Total |
|--------|----------|------------------|---------------|
| $55,000 | 100% | 60 months | $ 300,889.03 |

**Soil Health Specialist #1** will implement an integrated program designed to increase adoption of climate-smart practices to improve soil health management systems with farmers across Kentucky. This new and yet to be filled position will require candidates to have a M.S. with experience and relevant degrees include agronomy, soil science, soil conservationist, or similar discipline. The Specialist will have high organizational, written and oral communication skills and effective interpersonal skills with an ability to communicate results to diverse farmer stakeholders. Specialists must have a working knowledge of soil health management systems, associated conservation practice standards and activities used by the project, ability to evaluate soil health in the field, interpret soil test results and make recommendations to producers to improve management practices. This position will deliver on-farm, one-on-one technical assistance with 75 enrolled farmers, visiting each farm once every year. Specialists will assist farmers in taking soil samples and interpreting results, and then they will develop Soil health Management Plans for farmers, aimed at reducing GHG emissions by 3 CO2 metric tonnes per acre. Specialists will be comfortable using COMET - Planner to compliment initial assessment and soil test results. The Specialist will return to the farm annually to verify practice implementation. Specialists can also make referrals to NRCS Kentucky, Kentucky Division of Forestry and other partners, and assist farmers in preparing for Organic Certification when relevant. This position will report to the Assistant Director and work closely with the PCSC Project Coordinator regarding direct technical assistance with enrolled farmers. This position will collaborate with the Research Coordinator to report on GFM-FSAT performance. This position will support the Farmer Education Coordinator by

**J.A. 1263**

attending Field Days and Workshop to engage with farmer participants. Over the past 6 years OAK has led professional development trainings for agricultural professionals and has cultivated a cohort of 45 experts who are well-positioned to succeed in this position, including Tony Silvernail, an organic farmer and agronomist with 30 years of experience who has contracted with OAK in the past to consult with farmers to develop Organic Production Management Plans. This position will be posted with a regionally competitive salary and we anticipate a field of strong candidates.

| Salary | % effort | Project Duration | Federal Total |
|--------|----------|------------------|---------------|
| $55,000 | 100% | 60 months | $ 300,889.03 |

**Soil Health Specialist #2** will have the same position requirements and responsibilities as the Soil Health Specialist #1 above and work as a highly collaborative team. This position will also work with 75 enrolled farmers (50% of those enrolled each year) to provide one-on-one on-farm technical assistance.

| Salary | % effort | Project Duration | Federal Total |
|--------|----------|------------------|---------------|
| $55,000 | 100% | 60 months | $ 300,889.03 |

**Annie Woods - GFM-FSAT Research Coordinator** will be responsible for leading the adaptation of the Global Farm Metric - Farm Sustainability Assessment Tool to be used in the United States. Ms. Woods has expert knowledge of the GFM-FSAT framework, the peer-reviewed literature used for benchmarking and formulas used on the backend of the tool for scoring and has been working on the project to adapt the tool for the past year. As a research ecologist of 10 years and successful farmer of 10 years she brings a critical understanding to the project, knowing that assessments must provide a useful tool to farmers while also offering powerful marketing data. Annie will provide technical assistance to farmers completing the GFM-FSAT throughout the project. She already has a close working relationship with GFM-FSAT Advisory Committee members and will serve as the lead staff person working with the advisors from University of Kentucky and Kentucky State University to fine tune the tool, ensuring it is grounded in current peer-reviewed literature and held to high standards for soil testing verification. Woods will collaborate with the web developer on the creation of the online GFM-FSAT graphic user interface and required functionality; run data queries for aggregators, buyers and support data profiles for the value chain committee.

| Salary | % effort | Project Duration | Federal Total |
|--------|----------|------------------|---------------|
| $55,000 | 50% | 60 months | $ 150,444.52 |

**Jenny Howard Owen - Farmer Education Coordinator** has 25 years of experience developing and implementing agriculture and environmental education programs for adults. Her approach is grounded in scientific literature, focuses on peer-to-peer learning and offers hands-on learning that supports farmers to shift mental models required for long-term management change. Ms. Owen will develop and lead farmer education programs for the project with

invited farmer and workshops speakers including Field Days (4 each year of the project = 20 total) and Workshops (held once each year of the project = 5 total). She will also collaborate with project staff on outreach for the project through OAK's monthly farmer e-newsletter, support the emerging farmer community of practice for climate-smart agriculture and promote the project through community outreach events she regularly attends in her network-building role with OAK's farmer programs.

| Salary | % effort | Project Duration | Federal Total |
|--------|----------|------------------|---------------|
| $51,000 | 30% | 60 months | $ 83,701.86 |

5

| | |
|---|---|
| Fringe Benefits | **Fringe Benefits Total – $274,925.29**<br><br>OAK's fringe benefit calculation is based on a 19.403% of salary and includes costs of leave, employee insurance, federal and state taxes, compensation fringe benefits, unemployment and workers compensation insurance, excluding those in CFR 200.447(d)(1) and (2). Line item fringe benefits were included in the original Budget Narrative and cost for individual staff are included below.<br><br><table><tr><td></td><td>**Federal Total**</td></tr><tr><td>• Executive Director (40% FTE)</td><td>$ 30,570.84</td></tr><tr><td>• Assistant Director (40% FTE)</td><td>$ 23,777.32</td></tr><tr><td>• PCSC Project Coordinator (100% FTE)</td><td>$ 58,381.82</td></tr><tr><td>• Soil Health Specialist 1(100% FTE)</td><td>$ 58,381.82</td></tr><tr><td>• Soil Health Specialist 2 (100% FTE)</td><td>$ 58,381.82</td></tr><tr><td>• Research Coordinator (50% FTE)</td><td>$ 29,190.91</td></tr><tr><td>• Farmer Education Coordinator (30% FTE)</td><td>$ <u>16,240.76</u></td></tr><tr><td>• **TOTAL**</td><td>**$274,925.29**</td></tr></table> |

6

**J.A. 1266**

| Travel | **TRAVEL Total – $ 148,637.50** |
|---|---|
| | OAK follows federal rates and guidelines for travel expenses and does not have a separate travel policy. Mileage reimbursement travel rates have been updated below for OAK based on current IRS mileage reimbursement rate. Travel type, expense and related personnel was included with the original Budget Narrative. |
| | **Local mileage** is estimated at 3,310.42 miles/month average for the project @ $0.655/mile per IRS reimbursement rate for 60 months = $130,672.50. Estimated round trip travel for farm visits and education programming is based on the past decade of actual travel-related program expenses. |
| | **Local hotels** are estimated at $150/night for 14 nights = $2,100. |
| | **DC Travel** was included below in original Budget Narrative under Executive Director Travel with airfare, per diem and hotels totaling $15,865 (detail below). |
| | All Travel is detailed below by salaried position: |
| | • <u>Soil Health Specialist 1 local travel</u> is calculated at $0.655 per mile throughout the primary service area to: |
| | ○ visit 75 farms annually x 175 miles round trip each x $0.655/mile = $8,596.87 annually ($42,984.37 for 5 years) |
| | ○ 4 project field day events annually x 175 miles round trip each x $0.655/mile = $458.50 annually ($2,292.50 for 5 years) |
| | ○ 1 project workshop annually x 175 miles round trip x $0.655 = $114.62 annually ($573.12 for 5 years) |
| | ○ Hotel room for field work when overnights are required 2 nights total during project @ $150/night = $300 |
| | • <u>Soil Health Specialist 2 local travel</u> is calculated at $0.655 per mile throughout the primary service area to: |
| | ○ visit 75 farms annually x 175 miles round trip each x $0.655/mile = $8,596.87 annually ($42,984.37 for 5 years) |
| | ○ 4 project field day events annually x 175 miles round trip each x $0.655/mile = $458.50 annually ($2,292.50 for 5 years) |
| | ○ 1 project workshop annually x 175 miles round trip x $0.655 = $114.62 annually ($573.12 for 5 years) |
| | ○ Hotel room for field work when overnights are required 2 nights total during project @ $150/night = $300 |
| | • <u>PCSC Project Coordinator local travel</u> is calculated at $0.655 per mile throughout the primary service area to: |
| | ○ visit 20 farms annually x 175 miles round trip each x $0.655/mile = $2,292.50 annually ($11,462.50 for 5 years) |

**J.A. 1267**

- ○ 4 project field day events annually x 175 miles round trip each x $0.655/mile = $458.50 annually ($2,292.50 for 5 years)
- ○ 1 project workshop annually x 175 miles round trip x $0.655 = $114.62 annually ($573.12 for 5 years)
- ○ Hotel room for workshop 1 night a year @ $150/night x 5 years = $750

- Executive Director travel
  - ○ Local travel is calculated at $0.655 per mile throughout the primary service area to:
    - ■ visit 5 farms annually x 175 miles round trip each x $0.655/mile = $573.12 annually ($2,865.62 for 5 years)
    - ■ 4 project field day events annually x 175 miles round trip each x $0.655/mile = $458.50 annually ($2,292.50 for 5 years)
    - ■ 1 project workshop annually x 175 miles round trip x $0.655 = $114.62 annually ($573.12 for 5 years)
  - ○ **Travel to Washington DC** (included in original and highlighted for emphasis) twice each year for participation in USDA Partnership Network Meetings based on current commercially available airfare average and in accordance with OAK Travel Policy and U.S. federal government policy at U.S. General Services Administration recommendations for Washington DC (www.gsa.gov/travel)
    - ■ Airfare $650 x 2 times a year = $1,300 each year ($6,500 for 5 years)
    - ■ Hotel lodging for 3 nights per meeting x 2 times a year @ $220/night = $1,320 each year ($6,600 for 5 years)
    - ■ Per Diem for meals and incidentals 2 full days @ $79/day + 2 travel days @ $59.25/day x 2 trips = $553 each year ($2,765 for 5 years)

- Assistant Director local travel is calculated at $0.655 per mile throughout the primary service area to:
  - ○ visit 5 farms annually x 175 miles round trip each x $0.655/mile = $573.12 annually ($2,865.62 for 5 years)
  - ○ 4 project field day events annually x 175 miles round trip each x $0.655/mile = $458.50 annually ($2,292.50 for 5 years)
  - ○ 1 project workshop annually x 175 miles round trip x $0.655 = $114.62 annually ($573.12 for 5 years)

- GFM-FSAT Research Coordinator local travel is calculated at $0.655 per mile throughout the primary service area to:
  - ○ visit 10 farms annually x 175 miles round trip each x $0.655/mile = $1,146.25 annually ($5,731.25 for 5 years)

8

**J.A. 1268**

- 4 project field day events annually x 175 miles round trip each x $0.655/mile = $458.50 annually ($2,292.50 for 5 years)

- <u>Farmer Education Coordinator</u> is calculated at $0.655 per mile throughout the primary service area to:
  - 4 project field day events annually x 350 miles round trip each (one pre-event planning site visit included) x $0.655/mile = $917.00 annually ($4,585 for 5 years of the project)
  - 1 project workshop annually x 175 miles round trip x $0.655 = $114.62 annually ($573.12 for 5 years)
  - Hotel room for workshop 1 night a year @ $150/night x 5 years = $750

9

**J.A. 1269**

| Equipment | Not applicable Total - $0 |
|-----------|---------------------------|

| Supplies | **Supplies Total – $24,200** |
|---|---|
| | **Chemets Dissolved Oxygen Water Test Kit** for the Soil Health Specialist or Farmer to test on-farm water quality as part of the GFM-FSAT annual assessment. Each enrolled farm can use up to 3 tests every year of the project. 3 tests @ $1.60 each x 150 farms = $720 annually ($3,600 for 5 years).<br><br>**Computing devices for 4 staff.** As a state-wide non-profit organization OAK does not have a brick and mortar office, all employees work from home offices and require computers and printers to carry out essential work for this project to be successful. Related computer equipment is required for the three full time staff allocating 100% of time to this project (PCSC Project Coordinator, Soil Health Specialist 1 and Soil Health Specialist 2). And a fourth laptop, monitor and printer has been added to this updated Budget Narrative as the computing device is required for the Research Coordinator allocating 50% FTE to the project and playing a foundational role in providing technical assistance to farmers filling out the online farm sustainability assessment tool.<br>  ● <u>Laptop Computers</u> @ $1,500 each x 4 employees = $6,000<br>    ○ Estimate is for Dell Vostro 7510 + extended warranty with non-profit bulk discount applied.<br>    ○ OAK already has a multi user Microsoft Office license with no annual fee, for these new computers.<br>  ● <u>Dual Monitors</u> are required for home offices @ $250 each x 4 employees = $1,000.<br>  ● <u>Printers</u> are required for home offices @ $300 each x 4 employees = $1200.<br>  ● Computers, monitors and printers total: $8,200<br><br>**General Office Supplies** including items such as printer paper and printer ink cartridges for all staff on the project, binders for enrolled farmers: $40/ month x 60 months = $2,400 for the project.<br><br>**Printing:** Hard copies of the welcome packet are provided to each enrolled farmer. Climate-Smart Practice Fact Sheets will be developed by OAK's Soil Health Specialists in partnership with project advisors at collaborating Land Grant Universities and NRCS to be used as outreach for this project and through partner networks. Fact sheets highlight existing practice standards, are available on the project website and are shared with all enrolled farmers and farmers attending educational and outreach events. Fact sheets will be reviewed by OAK staff on the project. Hard copies of resources are also provided at each Field Day (4 x year) and Workshop (1 x year) and each Grower & Buyer Meet Up event (1x year). The project will distribute an estimated 8,000 pages of information each year @ $0.25 each page for $2,000 annually ($10,000 over 5 years). |

| | |
|---|---|
| **Contractual** | **Contractual Total – $253,287.94**<br><br>**CONTRACTS**<br><br>● **Web Developer for online Farm Sustainability Assessment Tool** - **$225,787.94 total contract for web developer** to create online GFM-FSAT graphic user interface (GUI) for farmers to fill out the tool online. Through additional market research, OAK has decided to open a procurement process to pursue a vendor with a higher level of experience in web-based solutions for agricultural sustainability and value chain coordination. Market research has shown that the level of integration and specifications required for a successful online GFM-FSAT will require greater funding than initially anticipated in this contractual area. OAK will procure these services following federal procurement regulations.<br><br>The majority of work will be completed in Year 1 with maintenance and complementary development in Years 2-5. ***Discovery and Analysis:*** Review the working prototype and audit the depth of data-points, entry fields and calculations to determine essential data that can be used to create a farm "account" and what types of communication models may be needed to store and transfer data back to the user. ***Solutions Architecture:*** The website will run on PHP, using the CakePHP framework. Determine how other APIs fit into place for data-sending (including and not limited to COMET - Farm), communications and any particular security needs the platform may require by external specification. ***Phase 1: Graphic User Interface:*** The visual markup phase of the project includes creation of responsive HTML; GUI visual scripting using javascript and browser-based computations via interface; followed by GUI testing and debugging. ***Phase 2: Database:*** The website will use generic "scaffolding" to build interactive online forms for the GFM-FSAT. This includes: database design the salient points of data-collection; database build for primary functions for creating accounts and user dashboards; database functionality and security for storing submitted data; and database testing and debugging. ***Phase 3: GUI + Database Connection:*** Connect and implement the GUI and database. GUI + Database configure queries to create visual reports with farm data and aggregated farm data. Testing and debugging. ***Phase 4: API Connection:*** Design tasks to work with known APIs, sending data to COMET - Farm; Build functions that send data to known APIs; Testing and debugging API connection. ***Phase 5: User Dashboards and Value Chain Interface:*** Farmers and Buyers access to unique dashboards for historical data (farmers) and current farms, scores and product availability (buyers).<br>○ **Total**          **$225,787.94** |

**J.A. 1272**

- **Educator Expense: $27,500 contracted expert speakers.** These invited workshop facilitators have yet to be determined, and contract prices are based on prior experience and anticipated going rates for Ray Archeulta, Lindsey Rebhan, Reginaldo Hasslett-Marroquin, Rick Clark and agroforestry experts from the Savannah Institute. Day long workshops will provide advanced learning opportunities for 50-100 farmers at each event on climate-smart practices including: Reduced Tillage and No-Till; Annual and Perennial Cover Cropping; Agroforestry; Silvopasture; Soil Fertility Budgets with Integrated Crop Livestock Systems; Market for Cooperatives; Strategies for Aggregation and Unified Climate Metrics. One invited workshop facilitator each year having an estimated speaker fee @ $5500 x 5 years = $27,500

13

**J.A. 1273**

| Construction | Not applicable - Total: $0 |
| --- | --- |
| | |

| Other | Other Total - $ 2,039,470.00 |
|-------|------------------------------|

**SUBAWARDS**
**Subawards Total - $ 329,720.00**

- **Bullhorn - $40,000 total contract for branding and marketing assets.** Updated for Budget Narrative: Bullhorn's participation in the project is central to the marketing and branding assets for the Value Chain, will span the entire project and comes with significant in-kind contributions to the project ($40,000 - see in-kind category below in Budget Narrative). For these reasons and because Bullhorn will make no profit from this partnership, they have been moved to this Subaward category. With 11 years of naming, branding and full asset marketing experience, the firm is a Certified B Corp with committed values in sustainability and community. Bullhorn's creative team will work with the Value Chain Advisory Committee, partners and host focus groups to develop the public facing brand for the project's climate-smart commodities to be used in print and digital marketing materials. $185/hour for services.
  - Discovery: 13.5 hrs x $185/hr (Year 1)         $ 2,500
  - Focus groups: 54 hrs x $185/hr (Year 1 & 2)    $10,000
  - Language, typography, logo:
    67.6 hrs x $185/hr (Year 1 & 2)                $12,500
  - Development of media assets:
    54 hrs x $185/hrYear 2                              $10,000
  - Digital design online GFM-FSAT Year 1          $  5,000
  - **TOTAL:**                                     **$40,000**

- **Four Hills Farm - $53,097.00 subaward** for farmer outreach and climate-smart value chain development as an aggregator and supplier of grass-fed lamb to Whole Foods Market. Four Hills Farm currently raises lamb and also sources from 12 other farms with high grazing and animal welfare standards to sell over 2,000 lambs annually with planned expansion over the next 5 years. Jim Mansfield, founder and co-owner, will serve on the project's climate-smart Value Chain Advisory Committee, participate as a farm using the GFM-FSAT, and provide on-farm support to farmers in his network by traveling to farms twice each year of the project and consulting on grazing management plans. Fringe was included in the original Budget Narrative.
  - Personnel: $75,000 x 10% FTE x 5 years        $37,500
  - Fringe Benefits: $7,500 x 10% FTE x 5 years   $  3,750
  - Travel 4,050 miles x $0.585 x 5 years         $11,847
  - **TOTAL:**                                     **$53,097**

- **Kentucky Center for Rural and Agricultural Development (KCARD) - $ 47,840.00 subaward** for farmer outreach, climate-smart

value chain development and business planning support for enrolled farmers. Fringe Benefits were included in the original Budget Narrative.
- ○ Ali Hulett, KCARD Local Food Project Coordinator, to participate in Advisory Committee for the project, coordinate value chain producer-market connections and provide support for grower-buyer events.
  - ■ Personnel: 13% of 1 FTE (800 hours/5 years) = $23,170
  - ■ Fringe Benefits 16.53% : $3,830
- ○ Logan Crawford, KCARD Business Development Specialist, to provide business development support for farmers participating in the project.
  - ■ Personnel: 4% of 1 FTE (240 hours/5 years) = $6,885
  - ■ Fringe Benefits 26.27% : $1,809
- ○ Hannah Mallett, KCARD Business Development Assistant, to provide business development support for farmers participating in the project.
  - ■ Personnel: 4% of 1 FTE (240 hours/5 years) = $5,548
  - ■ Fringe Benefits 19.45% : $1,079

- ○ Personnel Total                              $35,603
- ○ Fringe Benefits Total                        $ 6,718
- ○ Travel at 2,000 miles @ .585 per mile        $ 1,170
- ○ Indirect @ de minimis 10%                    $ 4,349
- ○ **TOTAL:**                                   **$47,840**

- **Kentucky State University** - **$65,140.00 subaward** for Dr. Shawn Lucas to partner on farmer outreach to historically underserved farmers through Kentucky's 1890 land grant institution and liaison with KSU Extension for the project. Salary expenses cover the cost of advising on the project and Extension outreach from Dr. Shawn Lucas, Assistant Professor Organic Agriculture. Dr. Lucas serves on the GFM-FSAT Advisory Committee ensuring the tool assessment stands up to current scientific literature, assists in reviewing trends in soil test results collected by the project and ensures that underserved and minority-focused institutions like KSU are involved in adopting and verifying climate-smart production practices. Local travel is required for extension and outreach to farmers for farm visits, workshops and field days related to the project. Materials and supplies are needed for outreach, from Extension worksheets to supplies for soil sampling demonstrations and fact sheets on benefits of adopting climate-smart practices. Fringe Benefits included in the original Budget Narrative.
  - ○ Personnel: Shawn Lucas 7% FTE        $26,775
  - ○ Fringe 40%: Shawn Lucas              $10,710
  - ○ Travel: 2,564 miles annually @ $0.585/mile  $ 7,500
  - ○ Supplies: outreach materials @ $1,250/year
    for years 1-4                        $ 5,000

16

**J.A. 1276**

- ○ Publication costs          $ 1,500
- ○ Indirect costs $2,731/year for 5 years
  (51% of allowable funds - faculty salary - see KSU current
  NICRA agreement in attachments)    <u>$13,655</u>
- ○ **TOTAL:**                  **$65,140**

- **<u>Sustainable Food Alliance</u>** - **$25,280.00 subaward** for Adele Jones,
  Deputy Director and Dr. Richard Kipling, Director of Research.
  - ○ Adele Jones - Deputy Director brings 15 years of experience
    working in local food systems and true cost accounting of
    agricultural systems. Ms. Jones has spearheaded the
    development of the Global Farm Metric framework, works with
    an international team of researchers and practitioners to ensure
    on-farm sustainability measures have global relevance and has
    been an invited speaker at The Conference of the Parties (COP)
    and United Nations. She is a geographer and soil scientist by
    training.
    - Personnel $87,500 x 1.5% FTE x 5 years $ 6,836
    - Fringe 28%                     $ 1,914
    - Travel airfare @ 1,200 each x 5 years   $ 6,000
    - Travel car rental
      $50/day x 4 days x 5 years       $ 1,000
    - Travel Per Diem:
      $55/day x 2 + $74/day x 4 x 5 years    $ 2,030
  - ○ Dr. Richard Kipling - Director of Research manages ongoing
    research on the Global Farm Metric and works collaboratively
    with domestic and international teams to evolve the framework.
    Dr. Kipling's research focuses on environmental co-benefits of
    sustainable farming practices and climate friendly livestock
    management.
    - Personnel $62,500 x 2% FTE x 5 years   $ 5,860
    - Fringe 28%                     <u>$ 1,640</u>
  - ○ **TOTAL:**                  **$25,280**

- **<u>The Berry Center</u>** - **$45,672.00 subaward** for Beth Douglass, Our
  Home Place Meat Project Director will allocate 11.42% FTE of her time
  to this project over 5 years. She currently works with 15 farmers raising
  grass-fed beef and coordinates the marketing of finished products to
  over 45 retailers with total annual sales at $450,000, and the cooperative
  of farmers is expected to grow. Ms. Douglass provides production
  technical assistance to farmers and will attend farm visits and support
  farmers in filling out the GFM-FSAT. She will participate in the
  Climate-Smart Value Chain Advisory Committee, providing insights
  into marketing opportunities for project commodity coordination, sales
  and marketing. The base salary provided is for year 1 and total funds
  requested are calculated on the percentage of full time equivalent

**J.A. 1277**

allocated to the project and include a 5% annual salary escalation. Fringe was included in the original Budget Narrative.

- ○ Salary $55,000 x 11.42% FTE x 5 years      $34,425
- ○ Fringe 20% FTE x 5 years              $ 6,885
- ○ Supplies: computer workstation for farmers
  1 computer @  $  1,700 each              $ 1,700
- ○ Supplies: office materials @ $20/mo x 60 mo      $ 1,200
- ○ Travel: 500 miles/yr x $0.585 x 5 years
  to participating farms and to project meetings    $ 1,462
- ○ **TOTAL:**                      **$45,672**

- **The Food Connection at University of Kentucky** - **$52,691 subaward.** Dr. Ashton Potter Wright brings over 15 years of experience coordinating local food supply chains and expanding market opportunities for Kentucky farmers with total coordinated sales over $10 million dollars. As the Executive Director of The Food Connect Dr. Wright supports the development of vibrant and sustainable food systems across Kentucky with the expertise of engaging community partners (farmers, political leaders, service providers), cooperative extension and university research faculty to facilitate collaboration and development across all sectors of our food system. She will lead the work of coordinating and co-hosting the annual Grower and Buyer Meet Ups for the public and for participating value chain partners and enrolled farms. She has a decade of experience leading these types of buyer events for maximum value chain impact. She will also participate in the Climate-Smart Value Chain Advisory Committee. Dr. Wright's partnership will expand the reach of the project by harmonizing farm-level environmental and social impact metrics with The Food Connection's national network of procurement partners working to develop unified farm to institution metrics. Base salary provided is for year 1 and total funds requested are calculated on the percentage of full time equivalent allocated to the project and include a 5% annual salary escalation. Travel funds ($1,170) are requested for Dr. Wright to travel to farm field days, grower-buyer meet ups, and buyer-focus groups throughout the five year project. Travel funds ($2,633) are also requested to present at a professional conference (e.g., National Good Food Network Conference) during the fifth of the project. Office supplies are required for grower/buyer meet ups and buyer focus groups. NICRA and Fringe were included in the original budget narrative.
  - ○ Salary $94,000 x 5% FTE effort x 5 years      $25,702
  - ○ Fringe 19.607% of salary  x 5 years        $ 8,542
  - ○ Supplies $20.41/mo x 60 mo + $25 hazardous
    waste/recycling fee mandated by UK as .07%    $ 1,275
  - ○ Travel miles 2,000 miles x $0.585          $ 1,170
  - ○ Travel round trip airfare (year 5)          $    650

18

**J.A. 1278**

- ○ Travel hotel 3 nights $400/night  (year 5)          $  1,200
- ○ Travel per-diem:
       2 days @ $55.50 + 3 days @ $74  (year 5)          $     333
- ○ Conference registration 1 x $450  (year 5)          $     450
- ○ Indirect costs (34% NICRA agreement attached     $13,369
- ○ **TOTAL:**                                                      **$52,691**

**Incentive Payments to Farmers for Climate-Smart Practice Implementation:** Up to 110 farmers will enroll in the project each year and are eligible to receive an average $2,227.28 in incentive payments for verified implementation of recommended climate-smart practices.
- 110 farmers x $2,227.28 = $245,000 annually x 5 years = $1,225,000 over 5 years.

**Participant Support Cost for Enrolled Farmers:** Up to 110 farmers enrolled in the project each year are eligible to receive $500 for completely filling out the GFM - Farm Sustainability Assessment Tool annually.
- 110 farmers  x $500 = $55,000 annually x 5 years = $275,000 over 5 years.

**Farm Venue Fee for Farmer Field Day Host:** Farm venue fee for each Field Day Host Farm @ $300 each x 4 field days each year x 5 years = $6,000

**Soil Testing Laboratory for Soil Sample Analysis:**
- Soil testing will be recommended to all enrolled farms with a soil lab offering a *Soil Health Test Package* that includes: Available Phosphorus, Exchangeable Potassium, Magnesium, Calcium, Hydrogen, Soil pH (Water and Buffer), Cation Exchange Capacity, Percent Base Saturation of Cation Elements, Sulfate Sulfur, Boron, Zinc, Manganese, Iron, Copper, Aluminum, Sodium, Soluble Salts, Nitrate Nitrogen, Ammonia Nitrogen, CO2 Burst Test (soil respiration to test for microbial life), SLAN Test, Active Carbon, VAST Aggregate Stability and Soil Organic Matter. All enrolled farms will submit 3 soil samples each year for this suite of tests, with estimates from Waters Soil Laboratory @ $60 each test x 3 per farm + $13 shipping per farm = $193 per enrolled farm per year x 150 farms = $28,950 annually ($144,750 over 5 years).

**Tree seedling purchases - Kentucky Division of Forestry**
- Kentucky Division of Forestry state nurseries offer sales of native trees at an average $1 per tree when purchased in bulk. In collaboration with Division of Forestry agents, the project will work with landowners to establish woodlots, silvopasture, agroforestry, riparian forest buffer,

**J.A. 1279**

windbreaks and shelterbelts with these purchased trees. Estimated 4,000 trees a year at $1/each = $4,000 annually ($20,000 over 5 years).

**Marketing and Advertising**
- Social media paid advertising: Facebook and Instagram paid ad sets and post boosts will be used for farmer outreach about the GFM-FSAT, assessing and implementing climate-smart practices and how to enroll in the project. Half of the ad sets will feature success stories from farmers and highlight the growing community of practice. The other half are geared to buyers featuring climate-smart commodity availability. 60 FB Boosts (1 x month), reaching approximately 150 people per Boost for a total of 9,000 people reached (60 boosts @ $33.33 each = $2,000 for 5 years.); 8 Facebook and Instagram Ad campaigns per year, reaching approximately 250 per campaign for a total of 10,000 people reached (40 ad campaigns @ $200 each = $8,000 for 5 years). $10,000 total in social media promotion for 5 years
- Radio underwriting/advertising: Radio underwriting and Spotify advertising will have a listener audience of over 2 million across Kentucky and will support broad outreach and education about climate-smart crop incentives and commercial availability. Radio ads will reinforce the project's marketing efforts, driving people to the website to learn more. With a non-profit discount, radio advertising spots are 181 spots @ $11.05 each = $2,000 each year x 5 years = $10,000.
- Billboard advertising to market climate-smart commodities in Lexington and Louisville. OAK will access a non-profit discount, saving 50%. 1 month @ $500 x 3 months x 2 locations x 3 years (years 3-5 of the project) = $9,000
- Print Media Advertising in newspapers and regional magazines will increase the awareness of the project and elevate the availability of climate-smart commodities. When running $500 ad editors will also often highlight a story from the project. 4 ads a year at $500 each for 5 years of the project = $10,000.

20

**J.A. 1280**

| Indirect Costs 10% | **Indirect Costs Total - $250,271.45** |
|---|---|
| | OAK does not have a negotiated rate and uses a 10% De Minimis Cost Rate: OAK has figured a 10% indirect on all direct costs and 10% of the first $25,000 of subawards and contracts. The budget narrative has been updated to reflect <u>no</u> indirect costs on incentive payments to farmers. |

**Calculation**

**$2,502,714.55 (indirect eligible amount) x 10% = $250,271.45**

| | **Budget** | **Indirect Eligible Amounts** |
|---|---|---|
| Salaries and Wages | $1,416,913.82 | $1,416,913.82 |
| Fringe Benefits | $ 274,925.29 | $ 274,925.29 |
| Travel | $ 148,637.50 | $ 148,637.50 |
| Equipment | $ 0.00 | $ 0.00 |
| Supplies | $ 24,200.00 | $ 24,200.00 |
| Contractual | $ 253,287.94 | $ 253,287.94 |
| Other | $ 2,039,470.00 | $ 384,750.00 |
| **TOTAL** | **$4,157,434.55** | **$2,502,714.55** |

21

**J.A. 1281**

| Match Funds | **Total – $40,000**<br>- **In-kind Match:** As a nonprofit serving historically underserved farmers in Kentucky, in the historically under-resourced Southeast region, OAK values the merits and commitments of its proposed partners and since there are a number of other small nonprofits and small businesses known for serving small and under-resourced farmers collaborating as partners on the project, out of consideration for their existing work and funding needs, OAK has <u>not</u> requested that they contribute in-kind support.<br>- <u>Bullhorn</u> commits $40,000 in-kind to the project as a match to their contract (215 hours at $185/hour = $40,000)<br>- Numerous corporate partners that are not receiving payment through the award for any activities are contributing labor hours to this project through advisory meetings and value chain development committee participation, demonstrating a commitment to the development of a climate-smart value chain.<br>- Since this Notice of Funding does not require Match funds, neither <u>University of Kentucky</u> nor <u>Kentucky State University</u> are allowed to contribute in-kind support to the project in an official capacity per their internal Office of Grants policies and yet the project will benefit significantly from the extensive resources these collaborators bring to technical assistance with Cooperative Extension Service, research and value chain development throughout the region.<br>- Finally, since this project addresses an identified need by reaching historically underserved farmers (50%) and small farms (83%) in the southeast region, we ask that the suggested match and any related scoring, official or unofficial, be waived when considering this application. |
| --- | --- |

22

Attachment – Project Narrative

## Executive Summary

**Contact Information**

Organization: Organic Association of Kentucky (OAK)
Mailing address: PO Box 22244 Lexington, KY 40522
Authorized Organization Representative (AOR): Brooke Gentile
Email: brooke@oak-ky.org  Phone: 502-219-7378 Fax: 859-281-6121 Web: www.oak-ky.org

| Partner Types | Partner Names |
|---|---|
| Climate-Smart Aggregators & Buyers | Aramark, Four Hills Farm, Kentucky Organic Farm and Feed Inc., Kentucky Farm Share Coalition, Kentucky Department of Agriculture, Marksbury Farm Market, The Berry Center, Victory Hemp Foods, Organic Trade Association |
| Local Value Chain Development | The Food Connection at University of Kentucky, Kentucky Center for Agriculture and Rural Development |
| Technical Assistance | Kentucky State University, University of Kentucky, USDA Natural Resources Conservation Service, Kentucky Division of Forestry, Sustainable Food Alliance |
| Branding & Marketing | Bullhorn Creative |
| Web Developer | Station Built |
| Underserved & Minority-Focused | Kentucky State University, Kentucky Center for Rural and Agricultural Development |

**Compelling Need for the Project**

The Challenge: The United States is at a critical moment in history. With half of its land now used for agriculture, farmers are the primary stewards of natural resources and hold significant influence on greenhouse gas (GHG) emissions and environmental and human health. However, to reach USDA's goal for agriculture to be net zero by 2050 and to limit global warming to 1.5°C or well below 2°C in order to ensure a healthy and abundant future for all, we must redesign agriculture industries away from systems based on extraction and high energy inputs, toward incentives and market opportunities rooted in principles of regeneration, sustainability and reducing GHG emissions.[1] Solutions need to be scalable and responsive and must enable small farms and underserved producers to unlock associated economic benefits.

Using incentives and technical assistance, the proposed project helps 150 farmers per year adopt cover crops, reduce tillage, diversify crop rotations, reduce nitrogen inputs, implement holistic grazing, agroforestry and other conservation practices to improve soil health and water quality, reduce GHG emissions and promote wildlife habitat, connecting climate-smart commodity production with climate adaptation and GHG benefits. Nationally, farmers with certified organic operations and using organic, sustainable practices report increased profitability, economic stability and environmental resilience.[2] However, a lack of tools, technical assistance, verification and coordinated value chain development stifles rapid adoption and long-term market access for small and historically underserved farms. Currently, there is no common way to capture the value of sustainability in food and farming systems, and farms using unsustainable practices are not clearly incentivized to adopt climate-smart practices. This amounts to a critical

---

[1] Findings from the 2022 Intergovernmental Panel on Climate Change Sixth Assessment Report show all modeled pathways that limit warming to well below 2°C require rapid land-based mitigation and land-use change.
[2] Crowder, D., & Reganold, J. (2015). Financial competitiveness of organic agriculture on a global scale. *Proceedings of the National Academy of Sciences, 112* (24), 7611-7616.

1

barrier, slowing the transition to adopting sustainable and climate-smart systems. Further, the majority of agricultural carbon calculators in the US are not buyer-facing or adaptable to farm or market innovations. Current GHG calculators fail to include a host of measures quantifying the important environmental and social co-benefits readily adopted by diversified organic operations and small and mid-scale farms commonly associated with underserved and minority farmers - who also deserve to earn a premium in the marketplace. Without a harmonized assessment across scientifically proven key indicators, the value of sustainable practices remains hidden, and farmers of both conventional and certified organic operations miss important opportunities to deliver on climate-smart outcomes to buyers and access premium markets. OAK and project partners are committed to advancing climate-smart practices and expanding market opportunities for historically underserved farmers and small farms across multiple commodities. This project brings together strategic partners, technical assistance, incentives, open sourced assessment technology, aggregators and buyers to ensure lasting farm and value chain impacts.

The Solution: OAK proposes to address these challenges and efficiently move the industry to measure the sustainability of food and farming systems is to 1) complete, trial and scale a farm sustainability assessment tool; 2) offer technical assistance, incentives and farm-based education programming; 3) create an add-on label for verified climate-smart farm products and 4) market climate-smart commodities to diverse buyers. The Organic Association of Kentucky's (OAK) project Greenhouse Gas Reduction Incentive Program (GGRIP) takes a multi-tiered partnership-based approach to increasing farmer capacity to implement climate-smart practices while developing expanded value chain opportunities for Kentucky-grown climate-smart commodities.

Through this funding opportunity OAK will implement a scalable pilot project, building supply and demand for climate-smart commodities across Kentucky. OAK will offer farmers technical assistance and financial incentives for adoption of climate-smart practices, and will collaboratively introduce a climate-smart special designation label with complete product traceability from farm to buyer. The project will draw on OAK and partner networks to engage small farms and historically underserved farmers from the eastern Kentucky Appalachian Mountains to farms of the central bluegrass region with diversified vegetables and pastured livestock to the broad acre corn and soybean farms and organic dairy operations of western Kentucky. The project's expected outcomes include educational programming for 300 farmers annually with 1,500 total; enrolling 150 farmers annually into the project for 750 total; impacting 26,700 enrolled acres annually with 133,500 total; value chain development for a minimum of seven different commodities (produce, grass fed lamb, grass fed beef, corn, soybeans, small grains, agroforestry products); a reduction of GHG emissions equal to 600,000 tonnes CO2 equivalents over 5 years as practices are adopted; marketing and acquisition of climate-smart commodities with 7 aggregators and buyers with potential sales of $5 million during the project.

**Approach to Minimize Transaction Costs Associated with Project Activities**
Transaction costs for the exchange of climate-smart crops will be minimized through this project to ensure the continued success and accessibility of the climate-smart value chain. During the project there will be no cost to farms, aggregators or buyers to participate. Additionally, the project aims to keep value chains short when possible to maximize financial benefits and lower transportation costs for the farm and encourage direct transactions between the farm and buyer. Technical assistance staff will travel to farms, minimizing the time and burden to farmers,

2

especially during their production seasons, and GGRIP will cover the cost of soil testing during implementation. OAK proposes an incentive payment structure to offset the cost of implementing climate-smart practices, reducing barriers to participation and enabling equitable and impactful adoption on diverse farms.

Further, a large cost savings will be achieved by working from a well-researched and trialed assessment tool developed in the United Kingdom, rather than starting from scratch. OAK has begun a US adaptation of the Global Farm Metric (GFM) framework and resulting Farm Sustainability Assessment Tool (FSAT), created by the Sustainable Food Trust.[3] The GFM framework measures social, economic and environmental indicators on farms using true cost accounting methodology to assess sustainability across 11 categories.[4] Based on globally recognized research, OAK staff are adapting this tool by embedding it with measures, benchmark scoring and practices from USDA NRCS, including alignment with COMET-Farm, Environmental Impact Quotient and NRCS Practice Standards for Greenhouse Gas Emission Reduction and Carbon Sequestration. The GFM-FSAT establishes a common language, supported by quantitative measures, that enables all stakeholders in food and farming to drive positive change. To minimize transaction costs to users and professionals in the future, the GFM-FSAT will be published online and open-sourced beyond the life of this project to ensure sustainability, and will refer farmers to relevant USDA NRCS practice standards.

### Approach to Reduce Producer Barriers to Implementing Climate-Smart Agriculture and Forestry (CSAF) Practices for the Purpose of Marketing Climate-Smart Commodities

This project is designed to reduce barriers to implementing CSAF practices for farmers via a four-pronged approach: outreach, education, technical assistance and incentives ensuring that the project reaches farmers across the state, engages historically underserved farmers, supports small farms and distributes resources equitably to farming operations. First, OAK's existing communications network, which reaches over 5,000 individuals, mostly farmers and farmer-serving partners, will share information, announcements and invitations to all educational events and opportunities to enroll in the project. All content and activities will comply with OAK's equity statement. Second, scheduled Farmer Field Days will highlight climate-smart practices in key locations reducing geographic barriers and allowing for a variety of host farms with strategic appeal to diverse farmer stakeholder groups (early and late adopters, small and historically underserved farms, multiple commodities). Third, On-Farm Technical Assistance will dramatically reduce barriers to adopting climate-smart practices. OAK's Soil Health Specialists[5] will meet one-on-one with each enrolled farmer to hear about the farmer's goals, review farm history and GFM-FSAT scores, observe the farming system, assist in taking soil samples, discuss any resource concerns and customize a Soil Health Management Plan. Fourth, enrolled farmers will receive $500 in participant support costs upon filling out the GFM-FSAT and completing their annual farm visit with a Specialist. Farmers are eligible for an additional

---

[3] SFT is a charity in the UK dedicated to accelerating the transition to more sustainable food and farming systems.
[4] Plant & Crop Health, Biodiversity, Nutrient Management, Energy & Resource Use, Air & Climate, Water, Soil, Productivity, Animal Husbandry, Human Capital and Social Capital. These categories were synthesized from the Sustainable Development Goals, adopted by the United Nations in 2015 as a universal call to action to end poverty, protect the planet and ensure that by 2030 all people could enjoy peace and prosperity.
[5] OAK's Soil Health Specialists develop plans for cover cropping, prescribed grazing, reduced tillage, agroforestry etc. They will also be NRCS Certified Technical Service Providers and can write select NRCS management plans.

3

**J.A. 1285**

$1,500 incentive farmer payment for verified implemented practices. This incentive program will reduce barriers to participate in the project and adopt climate-smart production practices.

## Geographic Focus

Kentucky is ripe for investment in organic and sustainable agricultural assessment, technical assistance and support to meet market demand for crops grown with climate-smart practices. Kentucky ranks 6th in the nation for the highest number of farms and 39th in the nation for average farm size (174 acres) making it an ideal location to work with small farms. Additionally, according to the 2017 USDA Agriculture Census, Kentucky has just under 76,000 farms (on 13 million acres), and based on a recent study, approximately 65% or 50,000 farms (and 8.5 million acres) are not realizing the environmental, social and economic benefits of implementing sustainable and organic practices.[6] Commonly, technical assistance in regional agriculture defaults to business as usual and, therefore, restricts access to information about climate-smart practices and climate decision-making tools that could improve the productivity, profitability and resiliency of Kentucky family farms. As regional buyers demand greater access to sustainably-grown foods, market opportunities continue to increase for existing and future farmers in the region. Kentucky farmers need to develop a competitive advantage and be prepared to provide additional metrics and marketing campaigns showcasing the variety of environmental co-benefits that complement their climate-smart commodities.

## Project Management Capacity of Partners

OAK and project partners have significant prior experience working with farmers and landowners, delivering programs on climate-smart practices and regional marketing. OAK is a state-wide nonprofit organization dedicated to advancing sustainable and organic agriculture in Kentucky. With over 440 members and more than 3,000 individuals engaging annually in OAK's programs, the organization delivers science-based production recommendations to improve the long-term sustainability of farming systems. OAK's Farmer Field Days, Organic Specialists, workshops and Annual Farming Conference engage over 1,500 farmers annually in programs designed for inclusivity and community-building. OAK staff have extensive experience providing one-on-one technical assistance to over 165 farmers to develop and support the implementation of organic transition plans and conservation practices ranging from pollinator habitat to silvopasture and multi-species cover cropping to reduced tillage systems.

OAK draws on strong and strategic partnerships to share knowledge and resources so that farmers are supported, have easy and transparent access to referrals and are connected to complementary service providers. As a state-wide non-profit organization OAK designs and implements multiple marketing campaigns every year. Additionally, OAK has experience managing federal awards and nurturing multi-partner projects, and has expanded its staff to build management capacity and technical assistance offerings. OAK works to build trust while collaborating with large networks of farmers, and creates systems to track and report on project metrics and impacts with an eye for efficiency, scalability and replication.

---

[6] Kentucky's organic sector experienced steady growth with 200 organic farms in 2022, a 100% increase from 2016. KY organic farms' sales reached $38.5 million in 2019, a 216% increase from 2016. See United States Department of Agriculture National Agricultural Statistics Service. (2019). *Organic Survey*. For work exploring the slow adoption of sustainable practices in Kentucky see Mishra, B., Gyawali, B.R., Paudel, K.P. Poudyal, N., Simon, M., Dasgupta, S., & Antonious, G. (2018). Adoption of Sustainable Agriculture Practices among Farmers in Kentucky, USA. *Environmental Management, 62,* 1060–1072.

4

GGRIP partnerships include two Land Grant Universities with state-wide extension staff offering technical assistance and innovative programming across all 120 counties. Both universities regularly collaborate with other project partners offering technical or business development assistance in Kentucky like NRCS, the Kentucky Center for Rural and Agricultural Development (KCARD) and the Kentucky Department of Agriculture (KDA). OAK's technical assistance partners are poised to increase cost-share programs for CSAF practices and support participating farmers beyond the project. OAK has recruited partners to support local climate-smart value chain development to build local uptake of climate-smart products. Further, value chain partners (buyers and aggregators) are active participants in Kentucky's current agricultural market, across commodities, and have significant interest in reducing GHG emissions and increasing profitability for their products and for their source farms. All partners have a commitment to increase opportunities for underserved and minority farmers, and will collaborate with minority-focused institutions throughout the project. Letters of support further detail each partnership.

## Plan to Pilot Climate-Smart Agriculture & Forestry Practices on a Large Scale
### Description of Climate-Smart Agriculture and Forestry (CSAF) Practices to be Deployed

Voluntary incentives will be paid to farmers each year for verified adoption of climate-smart practices. The project aims to support farmers to implement CSAF practices by providing technical assistance and incentive payments for activities which have established practice standards and the highest propensity for producing GHG benefits in Kentucky.

All climate smart agriculture practices implemented through this project will meet NRCS practice standards. Project staff will ensure that implementation of the practices meet NRCS standards through visual verification and proof of related expenses when relevant. All Technical Assistance staff will be trained on practices incentivized through the project (complete list added below). Staff and enrolled farmers will use the practice standards available in the NRCS Kentucky Field Office Technical Guide. The project could focus on incentivizing one practice per farm per year, or bundling complementary bundles of practices. The Soil Health Specialists will provide technical assistance in ways that build multi-year plans for participating farms. The project will also work to quantify the environmental benefits of all practices on the farm. The project will work with farmers across select practices included on the next page in the chart "Anticipated Climate Smart Practices and Activities Eligible for Incentives". The practices highlighted in blue are those that partners and farmers have indicated as priorities.

This project does not propose implementing any practices on land that is not currently used for agricultural production. No incentivised practices will involve ground disturbance below the plow zone. No project activities will involve concentrated animal feeding operations (CAFOs).

| Examples of Climate-Smart Practices and Activities Eligible for Incentives | |
|---|---|
| Establishing perennial conservation cover including pollinator habitat and forage | Establishing and managing multi-story cropping, agroforestry and silvopasture systems |

5

J.A. 1287

| Managing residue and tillage, including no-till and mulching | Increasing the use of cover crops including multi-species mixes |
| Practicing reduced-till and no-till | Establishing or improving farm woodlot |
| Managing forage harvest and forage and biomass plantings | Applying prescribed grazing, including rotations and grazing of cover crops |
| Implementing nutrient management plan | Adopting on-farm renewable energy |
| Using soil carbon amendments including compost, biochar or mulch | Establishing and managing integrated crop and livestock systems |

| Anticipated Climate-Smart Practices and Activities Eligible for Incentives | |
|---|---|
| CODE | PRACTICE |
| 327 | Conservation Cover (acres) |
| 328 | Conservation Crop Rotation (acres) |
| 340 | Cover Crop (acres) |
| 345 | Residue and Tillage Management, Reduced Till (acres) |
| 386 | Field Borders (acres) |
| 484 | Mulching (acres) |
| 585 | Stripcropping (acres) |
| 601 | Vegetative Barriers (feet) |
| 603 | Herbaceous Wind Barriers (feet) |
| 590 | Nutrient Management (acres) |
| 512 | Pasture and Hay Planting |
| 528 | Prescribed Grazing (acres) |
| 550 | Range Planting (acres) |
| 331 | Alley Cropping (acres)  -  standard not yet available in Kentucky. OAK will work with NRCS to review and make available. |
| 379 | Forest Farming  -  standard not yet available in Kentucky. OAK will work with NRCS to review and make available. |
| 380 | Windbreaks/Shelterbelt Establishment and Renovation (feet) |
| 381 | Silvopasture |
| 420 | Wildlife Habitat Planting (acres) |
| 422 | Hedgerow Planting (feet) |
| 612 | Tree/Shrub Establishment (acres) |

OAK proposes to deliver in-depth one-on-one farm-level technical assistance to an average of 150 Kentucky farmers each year enrolled in the project for a total of up to 750 participating farms over 5 years to deploy CSAF practices. Farms are expected to be certified organic, in active organic transition, using holistic grazing management or interested in improving on-farm sustainability through the adoption of climate-smart practices. The Soil Health Specialists will draft the Management Plan identifying viable CSAF practices for the farm that will yield at least 3 tonnes/acre of GHG emissions reductions in one year. For small farms Soil Health Specialists will prescribe a suite of practices and technical assistance to support their implementation to meet the GHG goal. On large farms, the Soil Health Specialists will prescribe fewer practices to

6

be implemented across broad acreage to meet GHG goals. CSAF Farm Management Plans will differ based on each farm's resources, production, etc.; however, Specialists' recommendations will be rooted in reducing GHG emissions, increasing each farm's GFM-FSAT sustainability scoring and promoting equity and inclusion for underserved farms operating in Kentucky. Management Plans will be developed using COMET - Planner and NRCS Practice Standards for Greenhouse Gas Emission Reduction and Carbon Sequestration. Farmers may opt into additional CSAF practices offered by project partners NRCS Kentucky and Kentucky Division of Forestry. No duplicate payments will be allowed for the same practices and farmers sign an agreement with enrollment.

**Plan to Recruit Producers and Landowners**

OAK will draw on previous successes to ensure equitable outreach and diverse recruitment of farmers from across Kentucky. Project partners such as Kentucky State University, The Berry Center, Four Hills Farm and KCARD will bring complementary experience building relationships and working with small farms and historically underserved farmers. Through broad outreach, OAK and partners will share opportunities to engage in the project with more than 3,000 farmers in Kentucky. Educational events, field days and workshops, are estimated to serve 300 farmers per year, 50% being underserved farmers and 50% small farmers. Additionally, OAK anticipates 75 of the 150 farms enrolled annually will be historically underserved farmers (including limited resource, beginning, socially disadvantaged and veteran farmers) and 125 will be small farms (an operation with gross annual farm income under $250,000). Average farm size is estimated at 178 acres, with half of participating farms having livestock. Total head of livestock on farms participating in the project is estimated at 10,000 annually with the majority being pastured sheep and beef cattle.

*Recruitment Plan Activities:* To ensure farmers have equitable access to the project, OAK will reach over 3,000 farmers through website content, e-newsletters, press, social media, in-person events and via project partners' networks. OAK will use its website, monthly e-newsletters, print media and social media to transparently and widely share opportunities and details of the project. In-person recruitment will occur at farmer meetings across Kentucky with partners.

**Plan to Provide Technical Assistance, Outreach and Training**

*Technical Assistance Goals:* 1) To deliver on-farm technical assistance to 150 farmers each year through remote and on-site assessment of practices, evaluation of each farming operation and development of multi-year management plans to improve or implement CSAF practices that align with the farm's goals and business model; 2) To offer educational resources and technical assistance through on-farm Field Days and Workshops and 3) To nurture long-term relationships and build a peer network of farmers through the Regional Climate-Smart Knowledge Exchange.

*Technical Assistance Plan Activities:* On-farm technical assistance and GHG verification will be provided as outlined below, and adapted year-to-year based on the needs of enrolled farmers. Farms will have the opportunity to re-enroll in the project each year and will fill out the GFM-FSAT annually after adoption of climate-smart practices. Farmers will work with OAK's Soil Health Specialists and technical advisors to monitor year-to-year changes in scoring across all 11 categories of sustainability. OAK will comply with the expectation that technical assistance for farmers enrolled in the project is the responsibility of the grant recipient. OAK will manage staff and partners to assist farmers through technical assistance to identify and

7

implement practices. Individuals providing technical assistance to enrolled farmers include: OAK's two Soil Health Specialists - one of which will also be qualified to serve as a Technical Service Provider for select practices; Kentucky State University's Dr. Shawn Lucas; Four Hills Farm's Jim Mansfield; and The Berry Center's Beth Douglass. In addition to these OAK staff and subaward partners, the project will coordinate additional expertise from land grant extension and collaborating NRCS agents when required and as feasible within their normal scope of work.

### Annual Step-by-Step Farmer Technical Assistance and Verification (Years 1-5)

| Winter | |
|---|---|
| **Farmer Enrollment** | Farmer applies to participate in the program with rolling enrollment through OAK's website. Farmers re-enroll each year. |
| **Applicant Review** | PCSC Program Coordinator reviews application, notifies farms that meet enrollment criteria. |
| **GFM-FSAT Completion** | Participating farmers fill out GFM-FSAT with technical assistance from PCSC Program Coordinator and Research Coordinator, GFM-FSAT scores/files shared with farmer and Soil Health Specialists. |
| **Spring/Summer** | |
| **Farm Visit** | Soil Health Specialist meets farmer and collects on-the-ground data including soil and water quality sampling. |
| **Soil Testing** | Soil samples sent to soil testing laboratory for analysis, results recorded in GFM-FSAT Soil category and shared with farmer and project. |
| **Farmer Participant Support Payment** | Farmer receives $500 for completing GFM-FSAT and after initial farm visit with Soil Health Specialist. |
| **Post-visit Consultation** | Based on GFM-FSAT results, and farm visit, Soil Health Specialist consults with farmer on climate-smart practices and drafts the Management Plan. |
| **Partner Coordination** | Based on Management Plan, Soil Health Specialist refers farmer to technical specialists like Organic Transition Specialist, NRCS Kentucky, Kentucky Department of Fish and Wildlife, Kentucky Division of Forestry. |
| **Autumn** | |
| **Implementation of Management Plan** | Farmer begins implementing practices according to Management Plan and with assistance of OAK and other technical specialists. |
| **Practice Verification** | Upon completing practices, Soil Health Specialist or PCSC Program Coordinator visits farm to verify and document implementation of practice. |
| **Final Incentive Payment** | Farmer receives $1,500 incentive payment upon verification of practice. |
| **Participant Feedback** | Farmers share insights on GFM-FSAT usability, assessment results and suitability of technical assistance so that modifications can be made to both the tool and CSAF practice implementation as needed. |

***Farmer Educational Events - Field Days and Workshops*** will provide accessible and inclusive community learning experiences, inspire long-term adoption of practices, and offer evidence of the viability and profitability of climate-smart farming using organic practices.[7] They will reduce

---

[7] OAK incorporates adult learning strategies from Sustainable Agriculture Research and Education (SARE) to ensure content is relatable, engages positive emotions, offers choice, shares mental models and supports opportunities for application. Peer discussion, interaction and feedback have been shown to enhance content retention, behavior change and assist in relationships extending beyond the single event. See Bell, S., & McAllister, J. (2021) *Sustainable Agriculture Through Sustainable Learning.* Sustainable Agriculture Research Education. See

barriers and offer on-farm, hands-on demonstrations geared toward farmer-to-farmer learning. OAK's Farmer Education Coordinator is responsible for planning all Field Days and Workshops with input from OAK staff. The PCSC Project Coordinator will promote events to the OAK network and through project partner networks. Farmers, project partners and agriculture professionals will be expert speakers and hosts. Each event will connect farmers with organizational partners and resources (NRCS and Extension) to optimize synergy and shared learning. Events will highlight the project and encourage enrollment, while creating opportunities for farmers to discuss emerging climate-smart markets and product aggregation.

*Farmer Field Days* support recruitment of diverse farmers into this project while sharing on-farm practical examples and benefits of implementing climate-smart practices. OAK has co-hosted a full schedule of annual Field Day events for over a decade, averaging 45 people at each event. Field Days for this project will be offered four times each year, with 20 events total. The following schedule of topics is based on recent input from OAK's farmer and partner stakeholders, and supports the outreach goals for the project as well as long-term climate-smart learning goals for farmers throughout the region.

| Farmer Field Day Programming Topics Years 1-5 | |
|---|---|
| Field Days Year 1 | Integrating Cover Crops into Commodity Crop Rotations; Weed Management and Getting Started with Reduced Tillage; GFM - FSAT Whole Farm Assessment Pilot; Site Considerations for Agroforestry and Markets |
| Field Days Year 2 | Integrating Cover Crops into Bio Intensive Vegetable Production; Holistic Grazing - Rotational Grazing with Warm and Cool Season Forages; Establishing and Maintaining Conservation Pollinator Habitat; Designing for Integrated Pest Management. |
| Field Days Year 3 | Grazing Cover Crops; Ecosystem-based Farm Planning and Whole Farm Conservation; Integrating Crop and Livestock Systems; Conservation Tillage and No-till for Medium and Large Acreage Operations |
| Field Days Year 4 | Cover Crops as Cash Crops; Improving Biodiversity and Climate Mitigation Strategies with Field Buffers; Silvopasture Implementation and Grazing Management; Reduced Tillage and No-till in Bio-intensive Systems |
| Field Days Year 5 | Cover Crop Innovations and Research; GFM - Whole Farm Assessment; Conservation Cover; Alley Cropping and Perennial Cash Crops |
| Farmer Workshops Programming Topics Years 1-5 | |
| Workshops | Reduced Tillage and No-Till; Annual and Perennial Cover Cropping; Agroforestry; Silvopasture and Soil Fertility Budgets with Integrated Crop Livestock Systems; Market for Cooperatives; Strategies for Aggregation and Unified Climate Metrics |

*Workshops* occur once each year of the project, delivering advanced learning opportunities for farmers and peer networking. Workshops take place in a variety of geographic locations across Kentucky to increase accessibility. Workshops will engage 50-100 farmers per event and will include contract speakers such as Ray Archuleta, Lindsey Rebhan, Reginaldo Haslett-Marroquin, Rick Clark and agroforestry experts from the Savannah Institute.

---

also Belasco, E., & Schahczenski, J. (2021). Is Organic Farming Risky? An Evaluation of WFRP in Organic and Conventional Production Systems. *Agricultural and Resource Economics Review* 50, 63–75.

9

*Regional Climate-Smart Knowledge Exchange (RCSKE)* will bring together producers enrolled in the project to enhance lasting practice adoption by sharing successes and lessons learned with their peers. The OAK PCSC Project Coordinator will develop and organize this farmer-to-farmer network to support knowledge exchange and longevity of GHG benefits in Kentucky. This will entail coordinating and facilitating six annual virtual calls as a climate-smart farms community of practice. Calls will be conversations between farmers and Soil Health Specialists, extending the application of on-farm technical assistance for CSAF conservation practices, tillage reduction, agroforestry and soil health in an open, roundtable environment.

## Plan to Provide Financial Assistance for Producers to Implement CSAF Practices

*Financial Assistance Goals:* The 150 farmers enrolled every year in the project are eligible to receive sufficient and compelling incentive payments for their participation and for verified climate-smart practice implementation. The incentive package is meant to encourage wide producer participation, efficient administration and empower farmers to generate verifiable greenhouse gas reductions and carbon sequestration. Small farms, historically underserved farmers and early adopters are highly encouraged to apply, and the outreach strategy, partners, and technical assistance plans outlined above aim to ensure equity in achieving this goal.

*Financial Assistance Plan and Activities:* Each farm enrolled is eligible to receive $2,193 each year, broken down to $500 for completing the GFM-FSAT, $1,500 for verified implemented climate-smart practices and $193 for soil testing. This amounts to $328,950 in benefits to farmers each year, and over $1.6 million over the life of the project. Incentive payments for practices will total $1,500 annually per participating farm and are meant to cover purchases required to implement climate-smart practices including seeds and plant stock, site preparation, installation of crop protection, equipment rental and added capacity of practice adoption. Examples of eligible financial assistance to incentivize the adoption of a range of climate-smart practices include: cover crop incentive for fall seeding or inclusion of cover crop in rotation; agroforestry incentive for tree fruits, nuts and shrubs serving as hedgerows, windbreaks, habitat, open-field silvopasture, forest farming, agricultural crops or forage; reduced till or no till incentive to reduce the number and types of tillage events; small grain incentive to extend corn rotation with a small-grain and legume cover crop and prescribed grazing system incentive to enable rotational grazing of more pasture or cover crops and pasture renovation.

## Plan to Enroll Underserved and Small Producers

*Recruitment and Enrollment of Historically Underserved and Small Farms Plan Activities:*
By design, and based on OAK's existing network of farmers and cooperating partners, this project will engage small farmers and historically underserved producers through the following activities: 1) OAK staff will continue to attend regular farmer meetings held in partnership with Kentucky State University 1890's Land Grant University Extension and Historically Black College and University to share project details and encourage enrollment; 2) OAK will distribute information about the project and enrollment through University of Kentucky Extension in all 120 Kentucky counties via newsletters; 3) OAK staff and partner organizations will deliver targeted outreach to individual farmers and farmer cohort groups in Kentucky including urban farmers, refugee farmers, National Young Farmer members, Homegrown by Heroes (veteran farmer program) members and Black, Indigenous, Latinx, Asian and other farmers of color; 4) A working group of farmers that are historically underserved and small farmers participating in the project will advise on outreach strategies; 5) The project's farmer enrollment form will request

10

gross annual farm income to verify "small farm" status; 6) The project's farmer enrollment form will request demographic characteristics to ensure equitable participation from historically underserved farmer groups (beginning, socially disadvantaged, veteran, and limited resource); and 7) Outreach materials and the enrollment form will be shared in Spanish and English, and Spanish translation will be provided for technical assistance and during completion of the GMF-FSAT. OAK's network consists of 1,500 farmers engaging with programs annually with 75% operating small farms; 15% Black, Indigenous and farmers of color; 25% limited resourced farmers; 55% beginning farmers and 5% veterans.

## Measurement/Quantification, Monitoring, Reporting & Verification Plan (MMRV)

### Approach to Greenhouse Gas Benefit Quantification

The project measures and quantifies soil health and GHG emissions through soil tests, implemented practices, COMET tools and more. The project will monitor and report on greenhouse gas benefits and carbon sequestration through technical assistance provided by staff and recording of farm assessment soil health and resource use in the GFM-FSAT. And the project's verification plan includes visual verification of implemented practices by project staff and tracking soil test results over time. See also table included in original proposal narrative "Annual Step-by-Step Farm Technical Assistance and Verification (Years 1-5) above on page 8. All aspects of the project's MMRV strategies are detailed below in this section. As outlined in the Executive Summary, this project involves adapting the Global Farm Metric framework, developed by the Sustainable Food Trust in the United Kingdom, to create a farm sustainability assessment tool built for use in the US. This tool, the GFM-FSAT, includes several measures and indicators within 11 categories related to social, economic and environmental sustainability on farms (see table below).

| Category | Category Description | Key Indicators Measured |
|---|---|---|
| Productivity | Captures how goods are produced to indicate economic sustainability | Physical output, Financial output, Farm resilience |
| Soil | Captures soil health in terms of structure, organic matter and soil microbial biodiversity | Soil: Organic matter; Structure, Biota |
| Water | Captures water quality and management | Water Source, Quality, Biota |
| Air & Climate | Captures direct and indirect emissions and carbon sequestration | GHG emissions, Removals & sequestration, Air quality |
| Energy & Resource Use | Identifies what energy is fueling the farm and management of non-organic materials | Energy sources and usage, Energy production, Material recycling/re-use/reduction |
| Nutrient Management | Captures nutrients in relation to water & soil quality, biodiversity, productivity, crop health. | Nutrient Inputs and outputs, Efficiency, Balance |
| Animal Husbandry | Identifies the livestock management practices and impact on animal welfare | Livestock system, Health & welfare, Feed & input efficiency |
| Plant and Crop Health | Identifies crop management and cultivation practices on the farm | Rotation practices, Pest & disease control, Crop resilience |
| Biodiversity | Indicates the abundance and diversity of natural life on the whole farm | Diversity of Planned agriculture, Landscape, Natural/wild |
| Social Capital | Captures farm interconnections to wider society (local, regional and national) | Social health, Community Engagement, Farm Structure |

11

| Human Capital | Measures health and wellbeing of the people working on and associated with the farm including race and gender equity | Health and wellbeing of workers, Training and capacity building, Employment equity |
| --- | --- | --- |

OAK is the first international partner of the Sustainable Food Trust to adapt the GFM framework into a working tool outside of the United Kingdom. Currently, OAK's US version of the GFM-FSAT is in a multi-tab spreadsheet format. To streamline data entry and processing, this project will partner with a web developer to build an online Graphic User Interface (GUI) for the GFM-FSAT. The online GFM-FSAT will improve the user experience, increase accessibility and allow results to be exported for use in farm management and technical assistance. Since GHGs are highly variable by climate, soil rainfall and past management history, the GFM-FSAT will run farm data through COMET-Farm for the most accurate modeling available or use COMET-Planner. The project will work with the developer to automate digital file exports from the GFM-FSAT to the Application Programming Interface (API) of COMET-Farm, creating a quick way to inventory the farm's GHG emissions without requiring the farmer to enter information twice. OAK intends for the GFM-FSAT to remain open source and adaptable, based on farmer and expert feedback, and will encourage CSAF practice adoption in regions outside of this particular project.

Participating farms will fill out the GFM-FSAT as part of the on-boarding process so that OAK's team of technical advisors are able to standardize and assess the farm's baseline sustainability prior to prescribing CSAF practices that will benefit the farm. Each of the 11 categories within the tool contains several metrics that result in a quantitative score. Scores within each category are recorded and serve as a springboard to assess how the farm can achieve the greatest improvements through adoption of new practices. After reviewing the GFM-FSAT results and completing a farm visit, the Soil Health Specialist will use the data collected within the GFM-FSAT to run various scenarios through COMET-Planner to discuss with the farmer the approximate carbon sequestration and GHG emissions reductions possible for each climate-smart practice being considered. The Soil Health Specialist will then outline a Management Plan for implementation of climate-smart practices.

Air & Climate is one of the 11 GFM-FSAT categories and is where current on-farm GHG emissions will be estimated through integration of the GFM-FSAT with COMET-Farm. The other 10 categories of on-farm sustainability ensure that new CSAF practices do not negatively impact the farm in other ways and that environmental co-benefits of CSAF practices such as improved water quality, soil health, wildlife habitat and biodiversity are accurately measured and evaluated. For example, the adoption of a climate-smart practice may reduce GHG emissions, while negatively impacting measures within the Biodiversity category. In such cases, the farmer, Soil Health Specialist, and other technical advisors must work together to adapt the Management Plan, striving to improve outcomes in all categories and provide a standard valuation of the farm's sustainability.

**Approach to Monitoring of Practice Implementation**
The GFM-FSAT includes an Initial Data Collection section where the project will gather categorical information on farm acreage, farmer demographics and commodity production. GFM-FSAT results will be compiled in the tool's online dashboard by the PCSC Project Coordinator and Research Coordinator for quick, easy and cost-effective reporting of total

12

number of farms, acreage, head of livestock, harvested crops and any other categorical data required for reporting to the USDA and project partners. The project anticipates enrolling 150 farms each year, impacting 26,700 acres annually.

OAK's two-person team of Soil Health Specialists will visit the 150 farms enrolled in the project each year to provide on-going technical assistance and monitor on-farm practice implementation as outlined in the farm's Management Plan. The farm visit provides important in-person opportunities for the farmer and the Soil Health Specialist to discuss successes or challenges, to make modifications to practices and to make referrals to technical assistance resources. All implemented practices will be verified and documented annually in the farm's Management Plan with notes and photos taken in-field by the Soil Health Specialist. Monitoring of implemented practices occurs prior to the project issuing the $1,500 incentive payment to the farmer.

### Approach to Reporting and Tracking of GHG Benefits

As mentioned above, each farm's GHG emissions will be calculated in the Air & Climate category of the GFM-FSAT by interfacing with COMET tools. **The results of this analysis will be recorded each year as part of the farm's GFM-FSAT scoring system and exported as a stand-alone file for the individual farm.** GFM-FSAT results for all farms will be aggregated annually by the PCSC Project Coordinator and Research Coordinator to calculate GHG benefits per specific farm, GHG benefits from all project farms, an overall summary of GHG benefits by commodity type and any other customized metrics. Using the GFM-FSAT and COMET tools, the project will be able to customize GHG benefit reporting in response to requirements of project partners, academic advisors and supply chain market actors.

The project has a GHG emission reduction goal of an average 3 tonnes $CO_2$ equivalents per acre, (534 tonnes per average farm size per year of the project) equaling a total reduction of 600,000 tonnes $CO_2$ equivalents for the project. Using the project budget, a reduction of 1 metric ton of $CO_2$ equivalent costs $7.35 ($1 = 0.14 tonnes $CO_2$ equivalent). The estimate is based on average farm size of 178 acres and range of practices appropriate for Kentucky using initial modeling in COMET-Planner for farms in multiple counties. For example, a 178 acre farm in Bourbon county establishing silvopasture on 30 acres, improved range planting and seeding of forages on 120 acres and the establishment of a farm woodlot on 15 acres will reduce GHG emissions by an estimated 535 $CO_2$ equivalents per year.

The project will work across all commodities to provide greatest accessibility to small farmers, critical as Kentucky farms are highly diversified and smaller than the national average. Tracking GHG benefits per commodity will happen in the GFM-FSAT and the 5-year project anticipates reduction in $CO_2$ equivalents in tonnes per commodity: 250,000 pastured livestock; 100,000 corn, soybeans and small grains; 150,000 produce; and 100,000 agroforestry. The anticipated longevity of GHG benefits will extend beyond the life of the project as farm Management Plans will prescribe practices to establish woody perennials, agroforestry, woodlots and other long-term practices to the extent possible. Further, market trends are likely to continue prioritizing sustainability and farmers will have access to OAK's resources, network and partners that anticipate additional cost-share programs for climate-smart practices.

13

J.A. 1295

**Approach to Verification of GHG Benefits**

To verify the impacts of climate-smart practices, this project and the GFM-FSAT require the results of proven soil health measures including soil respiration ($CO_2$ burst), active carbon (permangantae oxidizable carbon), aggregate stability (slake test) and soil organic matter (total organic matter loss on ignition).[8] Each farmer, with assistance from the Soil Health Specialist, will gather in-field measurements of soil health and send three soil samples for laboratory analysis. The farmer and Soil Health Specialist will review soil test lab results together annually, enter the results into the Soil category of the GFM-FSAT, compare the results to expected outcomes and appropriately adapt the written Management Plan. The suite of soil tests is rigorous, cost-effective (an estimated $28,950 for 150 farms each year) and central to grounding GHG benefits in improved soil health. The project will pay for up to 3 soil tests per year, per enrolled farm. All soil tests will be sent to the same laboratory and OAK staff will have access to electronic results. By coupling the modeled GHG emissions from COMET tools with on-the-ground measurements of soil health, this project will achieve a fuller picture of the benefits of adopting CSAF practices on each farm. The project will use USDA's Entity Scale Methods[9] when GHG benefit estimates are not available in COMET tools for specific practices.

**Agreement to Participate in the Partnerships Network**

OAK's Executive Director agrees to be a member of the "USDA Partnerships for Climate-Smart Commodities Learning Network" and participate in an estimated two virtual and two in-person meetings annually. Sharing in this peer forum of project discussion, learning and synthesis of scaling best practices and technology to help farmers and sustain equitable access to emerging value chains is important to OAK and will inform future USDA actions in meeting US commitments to address climate change. Required travel and time is included in the budget (this detail is in the original proposal and budget narratives).

## Plan to Develop & Expand Markets for Climate-Smart Commodities

**Partnerships Designed to Market Resulting Climate-Smart Commodities**

The program will work with key partners, listed on page 1, currently serve as local food value chain coordinators, companies, processors and aggregators and are eager to source climate-smart commodities to meet GHG targets and supply chain goals, sell climate-smart branded consumer products and provide a premium or additional revenue for participating producers and landowners. Project partners have long-standing relationships with key coordinators and buyers in the marketplace; and, OAK's successful record of supporting farmers in accessing premium markets positions the project to deliver significant gains for climate-smart value chain development. This project provides the connected framework of commodity farmers and aggregators and buyers to incentivize CSAF practices to be adopted over the long-term.

---

[8] For moving towards farm-level and national metrics see Smith, P., Davies, C. A., Ogle, S., Zanchi, G., Bellarby, J., Bird, N., & Braimoh, A. K. (2012). Towards an integrated global framework to assess the impacts of land use and management change on soil carbon: current capability and future vision. *Global Change Biology*, *18*(7), 2089-2101. And support for using active carbon to assess management see Culman, S. W., Snapp, S. S., Freeman, M. A., Schipanski, M. E., Beniston, J., Lal, R., & Wander, M. M. (2012). Permanganate oxidizable carbon reflects a processed soil fraction that is sensitive to management. *Soil Science Society of America Journal*, *76*(2), 494-504.

[9] Eve, M., D. Pape, M. Flugge, R. Steele, D. Man, M. Riley‑Gilbert, and S. Biggar, (Eds), 2014. Quantifying Greenhouse Gas Fluxes in Agriculture and Forestry: Methods for Entity‑Scale Inventory. Technical Bulletin Number 1939. Office of the Chief Economist, USDA, Washington, DC. 606 pages. July 2014.

OAK will leverage subaward commitments, market linkages and advisory group feedback to elevate market opportunities for climate-smart crops with agility. Using the aggregated data reports and farm-specific scorecards from the GFM-FSAT, buyers of all sizes will be able to access climate-smart production data to inform their procurement decisions. Depending on the needs of the specific buyer or commodity market, OAK will work with farmers and marketing professionals to provide tailored data, based on all or select categories measured in the GFM-FSAT. OAK's marketing partner, Bullhorn Creative, will design and brand an add-on label, a scorecard or other representations of climate-smart production to accompany products, based on market demands and the Climate-Smart Value Chain Advisory Committee's guidance.

In addition to connecting producers and their climate-smart scoring with marketing resources, OAK and project partners will plan grower-buyer meetups between participating farms and buyers, like those mentioned below. OAK brings the potential for sale of climate-smart commodities during the project to large buyers like Aramark that have local sourcing commitments and urgent GHG reduction goals. Additionally, project partners include a number of aggregators sourcing from networks of farms and selling to national buyers with established climate and social goals. For example, project partner Victory Hemp Foods sells hemp products to Patagonia Provisions, Wholesome Wave, Dr. Bronners and other notable national buyers with corporate climate commitments. Four Hills Farm and Marksbury source animal welfare approved grass fed products from Kentucky farms and sell to 12 Whole Foods Markets, a retailer with strong corporate climate goals. KOFFI is a major organic feed mill distributing to 7 states and industry buyers producing organic eggs and dairy eager to meet climate goals. The partnership will pilot facilitating market linkages in Kentucky that could lead to national sales during and after the project, and will compile learnings to inform future USDA programming.

Key Partner activities to achieve climate-smart value-chain outcomes include:

| Group | Frequency | Participants | Goal |
|---|---|---|---|
| **Climate-Smart Value Chain Advisory Committee** | Quarterly | Local Value Chain Development Partners, Climate-Smart Aggregator & Buyer Partners | Identify opportunities in the marketplace. Define metrics, farm data, tracking and marketing needs for various commodities. |
| **Climate-Smart Grower & Buyer Meet Up** *Open to the public.* | Annually | Co-hosted by The Food Connection, KCARD, (KDA) | Share climate-smart impact data with buyers and promote products from enrolled farms. Market GFM-FSAT data to other aggregators and buyers. |
| **Marketing & Branding focus Group** | Bi-monthly (Y1-Y3) | Bullhorn Creative, Value Chain Partners | Collaborate to design climate-smart verified label and messaging for a variety of commodity products. |
| **Business Development Support** | Ongoing, Via Referral | KCARD | Work with farms and value chain partners to refine business planning. |
| **Buyer Focus Groups** | Ongoing | Climate-Smart Aggregator and Buyer Partners | Aggregators and buyers of a particular commodity meet as a focus group to define marketing strategies. |

Core activities for value-chain development are convening the Advisory Committee, aggregators and buyers to discuss available metrics and advantageous marketing strategies. These partners

15

**J.A. 1297**

will share valuable insights on how GFM-FSAT reports should be packaged for buyers and emerging market trends. Additionally, broad advertising and marketing of the project's climate-smart commodities will happen directly through partner aggregators and buyers. Broad marketing will occur through the following activities: social media paid ad sets and post boosts; radio ads; billboards; and the development of a buyer-facing directory where all farms and commodities verified through the project will be available for searching and sourcing.

### Plan to Track Climate-Smart Commodities Through the Supply Chain

The Climate-Smart Value Chain Advisory Committee will meet quarterly to identify metric needs for different climate-smart commodities and how the project can best communicate the value proposition to buyers. OAK will work with identified project partners, contractors and supporting farmers, buyers, local food value chain coordinators and marketing experts to develop a climate-smart add-on label and branding for commodities verified through the project. The climate-smart label is intended to open and expand market channels for producers and distributors, and will serve as a visible climate-smart verification for retailers and consumers. OAK will work with buyers and existing technology providers to offer complete traceability of climate-smart crops from farm to plate, ensuring integrity of practices and verification of environmental impacts. This project is lean and adaptive to market needs in response to the diverse advisors and project participants, therefore, tailored technology is yet to be decided. For the purpose of illustration, tracking could include using QR codes and blockchain technology connected to commodity labels or individual farm profiles generated by the GFM-FSAT, offering value chain actors a full dashboard of farm-level and commodity specific metrics.

### Estimated Economic Benefits for Participating Producers Including Market Returns

***Estimated economic benefits for participating producers*** are both qualitative and quantitative. Participating producers and landowners will strive to increase on-farm resilience, improve nutrient cycling, reduce the need for off-farm inputs and increase earnings through improved management efficiencies. Farms employing verified CSAF practices will market products with their farm's climate-smart score and earn a premium, preferred-vendor status in the emerging regional value chain. Considering current market volatility for conventional products due to inflation, scarcity of inputs and fluctuating global markets, more farmers are looking to stabilize expected annual revenue and secure access to reliable markets. Ownership of GHG benefits associated with commodities will stay with the farmer until products are sold at which point GHG benefit ownership transfers to the purchaser. The project's Climate-Smart Value Chain Advisory Committee will provide feedback for drafting partnership documentation between producers and purchasers. The project estimates a 10% premium to participating producers for verified climate-smart commodities, totaling an **increase of $5 million in sales during the project and delivering more than a 100% return on investment** based on the project budget. The **10% premium will be passed onto value chain partners**, increasing their sales from a baseline of $10 million (2021) actual sales. Economic benefits vary by commodity and market channel. **Specific commodity economic benefits over the 5 years of the pilot project are estimated to be $273,000 for grass fed lamb; $450,000 for grass fed beef; $300,000 for CSA; $3,250,000 for corn, soybeans and small grains; and $1,000,000 for produce.**

16

J.A. 1298

**Post Project Potential of Scaling Activities & Climate Smart Commodities**

Climate solutions must be accessible and achievable by all types of farms to be successful. This requires building lasting relationships among farmers and with technical assistance providers founded on trust and based on scientifically-proven practices. This pilot project is scalable, both within and outside of Kentucky, offering adaptable technology and a model of proven partnerships to deliver programming. Learnings from this project supporting small and historically underserved farms will inform USDA's future programming. With Kentucky's 1862 and 1890 land-grant universities serving as key partners and advisors on this pilot project, a network of extension agents from 120 Kentucky counties, field agents are well-positioned to expand the reach of technical assistance and connection to market opportunities. This extensive, embedded network of professionals will continue to support the rapid adoption of practices, ensuring equitable distribution of needed technical assistance and equitable access to a developing climate-smart value chain. Additionally, with OAK's current close partnership with Kentucky NRCS this project will continue referrals and explore additional opportunities for cost-share programs such as a Regional Conservation Partnership Program after the project to support the ongoing adoption of climate-smart practices. Finally, the GFM-FSAT is a tool built to unify assessments, providing a harmonized and standardized framework for measuring farm sustainability, based on established practice standards. While this pilot project is trialing the assessment tool in Kentucky, the tool will work on any farm in the US, and will be open-sourced, allowing for integration with other platforms and evolving technology, supporting USDA's intention to reduce transaction costs and barriers to adopt and implement climate-smart practices. Demand for climate-smart commodities will support long-term viability of the project and OAK is committed to maintaining the GFM-FSAT online as a tool for farmers and buyers.

**J.A. 1299**

## Attachment - Benchmarks Table

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2023 Q3 | 2023 Q4 | 2024 Q1 | 2024 Q2 | 2024 Q3 | 2024 Q4 | 2025 Q1 | 2025 Q2 | 2025 Q3 | 2025 Q4 | 2026 Q1 | 2026 Q2 | 2026 Q3 | 2026 Q4 | 2027 Q1 | 2027 Q2 | 2027 Q3 | 2027 Q4 | 2028 Q1 | 2029 Q2 | |

### Administrative & Management

### Farms

| | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Number of Producers Involved QUARTERLY | | 15 | 25 | 25 | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 30 | |
| Number of Producers Involved CUMULATIVE | | 15 | 40 | 65 | 95 | 125 | 155 | 190 | 220 | 250 | 280 | 310 | 330 | 365 | 395 | 425 | 455 | 480 | 520 | 540 | 550 |
| Number of underserved producers involved QUARTERLY | | | | 15 | 12.5 | 12.5 | 12.5 | 5 | 5 | 9 | 110 | 127.5 | 145 | 162.5 | 177.5 | 195 | 212.5 | 230 | 245 | 260 | 275 |

### MMRV

### Education & Outreach

### Value Chain Development

### Budget and Invoicing Projections

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | PROJECT TOTAL | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2023 Q3 | 2023 Q4 | 2024 Q1 | 2024 Q2 | 2024 Q3 | 2024 Q4 | 2025 Q1 | 2025 Q2 | 2025 Q3 | 2025 Q4 | 2026 Q1 | 2026 Q2 | 2026 Q3 | 2026 Q4 | 2027 Q1 | 2027 Q2 | 2027 Q3 | 2027 Q4 | 2028 Q1 | 2029 Q2 | | |

**Climate-Smart Practices and Limitations**

Climate-Smart practices under this grant shall be limited to the following practices:

| NRCS Practice Code | Practice Name |
|---|---|
| 327 | Conservation Cover |
| 328 | Conservation Crop Rotation |
| 331 | Contour Orchard and Other Perennial Crops |
| 340 | Cover Crop |
| 345 | Residue and Tillage Management/Reduced Till |
| 379 | Forest Farming |
| 380 | Windbreak/Shelterbelt Establishment and Renovation |
| 381 | Silvopasture |
| 386 | Field Border |
| 420 | Wildlife Habitat Planting |
| 422 | Hedgerow Planting |
| 484 | Mulching |
| 512 | Pasture and Hay Planting |
| 528 | Prescribed Grazing |
| 550 | Range Planting |
| 585 | Stripcropping |
| 590 | Nutrient Management |
| 601 | Vegetative Barrier |
| 603 | Herbaceous Wind Barriers |
| 612 | Tree/Shrub Establishment |

All practices applied under this grant will follow NRCS practice standards unless noted below:

| Practice Name | Alternative Practice Standards |
|---|---|
|  |  |

**J.A. 1301**

ATTACHMENT—CLIMATE-SMART SPECIFIC TERMS AND CONDITIONS

# Partnerships for Climate-Smart Commodities
# Additional Specific Terms and Conditions
# February 2023

**I.  Overarching Statement**

The following award terms and conditions are applicable to Partnerships for Climate-Smart Commodities agreements and are in addition to the USDA FPAC General Terms and Conditions. The award recipient must abide by all terms of this grant including, but not limited to, the General Terms and Conditions, the terms in the Funding Opportunity and associated Frequently Asked Questions, and this addendum.  The recipient must also deliver on the planned objectives in the project narrative and budget narrative associated with this grant.

**II.  Eligibility and Highly Erodible Lands and Wetlands Compliance**

In order to be eligible for an incentive payment as a part of the Partnerships for Climate-Smart Commodities, a producer must:

- Establish Farm Records with the Farm Service Agency (FSA) (have farm, tract, and field numbers in place);
- Complete an AD-2047 (Customer Data Worksheet to facilitate the collection of customer data for Business Partner Record);
- Certify highly erodible land conservation (HEL) and wetland conservation (WC) compliance via Form AD-1026, Highly Erodible Land Conservation (HELC) and Wetland Conservation (WC) Certification; and
- Certify that they are not a foreign person or entity.

Farm, tract, and field numbers are required for the producer, and ultimately the Partnerships for Climate-Smart Commodities recipient, to report climate-smart practice implementation to USDA, as well as to certify and maintain HELC/WC compliance. This will require that some producers who do not already have these numbers, like perennial crop growers or feedlots, establish these records with USDA's FSA.  Farm, tract, field numbers, producer name, and Core Customer I.D. (CCID) will be provided by the recipient to the National Program Officer as a part of routine grant reporting. Recipients must ensure that producers receiving financial assistance or incentives through this project use the same name as is included in the relevant FSA Business File for that Farm ID in any contracts or similar documentation kept by the recipient.

Producers are not bound by the payment limitations and the adjusted gross income (AGI) limitations that are in place for other USDA programs.

In order to demonstrate HELC/WC compliance for Partnerships for Climate-Smart Commodities incentive payments, producers will need to request a copy of their subsidiary print from their

J.A. 1302

USCA4 Appeal: 25-1575    Doc: 55-3    Filed: 06/23/2025    Pg: 367 of 602

2:25-cv-02152-RMG    Date Filed 03/26/25    Entry Number 34-12    Page 156 of 220
ATTACHMENT - CLIMATE-SMART SPECIFIC TERMS AND CONDITIONS

USDA FSA field office.  The Subsidiary Print includes print year specific eligibility related information about a selected producer.  The producer will then provide this documentation to the Partnerships for Climate-Smart Commodities recipients as proof of compliance. A current year subsidiary print will be required for each crop year that the producer receives a payment, and HELC/WC eligibility information is provided under the AD-1026 and Conservation Compliance sections of subsidiary (determined by year, which can change at any time during the year or in a subsequent year). As is the case already, field offices will not be expected to provide documentation to anyone besides the producer themselves (and must always comply with Section 1619 limitations if they ever do provide documentation to third parties). Producers must have control of the land for the term of their beneficiary contract.

Recipients are responsible for determining producer eligibility within the funding opportunity requirements. Recipients must inform producers of eligibility requirements and direct them to local USDA offices for requested information as necessary, including but not limited to, farm and tract establishment and Highly Erodible Land and Wetland Compliance determinations. Privacy of producers is a priority throughout this process, and recipients are responsible for maintaining producer privacy in the process.

At minimum, the recipient will collect and review subsidiary reports from participating producers. They will ensure that the producer is listed as "compliant" in all sections of the conservation compliance portion of subsidiary and "certified" for AD-1026 before an incentive payment is made.  If payments to a producer span more than one Federal fiscal year, the recipient will review an updated subsidiary print each fiscal year to ensure that the status is still compliant.

### III. Other Environmental and Cultural Resources Reviews

A Finding of No Significant Impact (FONSI) was signed by USDA NRCS on August 26, 2022.  A copy of the Programmatic Environmental Assessment for Partnerships for Climate-Smart Commodities is available at www.usda.gov/climate-smart-commodities . USDA may determine that additional environmental and cultural resources review is needed for any particular action under Partnerships for Climate-Smart Commodities.  The recipient must not execute any beneficiary contracts under this grant agreement prior to receipt of a letter from USDA that specifically details:

1) further procedures deemed appropriate by the Agency to ensure a completed National Environmental Policy Act (NEPA) review and all appropriate consultation requirements are met, and
2) additional instructions for any unanticipated discoveries or conditions.

A resolution of support is required for projects on Tribal lands from the governing body of the Tribe with jurisdiction over that land, if the applicant is not the Tribe nor an entity owned or

**J.A. 1303**

operated by that Tribe.  USDA may approve alternative documentation for resolutions when USDA deems necessary and legally sufficient.

## IV.  Producer Benefits

USDA encourages the recipient to disclose to participating producers the manner and amount for which any market premiums derived from the development of the relevant climate-smart commodity will be shared between participating parties, including producers.  USDA will be monitoring producer benefits, in particular those to small and underserved producers, throughout the grant period.  Recipients agree that their project(s) will implement a plan for engaging small and underserved producers as laid out in this agreement.

## V.  Producer Data Protection and Disclosure

Recipients must ensure each producer has convenient access to any data collected from that producer or the producer's land and any associated modeling as part of the project.  The recipient must provide each producer applying for benefits under this grant a description in writing of how their information, including but not limited to data about their farm and commodities, will be utilized, protected and shared as applicable.

## VI.  Other Data and Reporting Requirements

In addition to the reporting information provided in the statement of work and General Terms and Conditions, USDA will provide a template for the Detailed Progress Report, also known as the Partnerships for Climate-Smart Commodities (PSCS) Project Reporting Workbook.  Within 30 calendar days of execution of this grant, a copy of this workbook will be posted at www.usda.gov/climate-smart-commodities or an alternative location provided to the recipient by the National Program Officer.  USDA may provide updates to the PCSC Project Reporting Workbook or submission methods to streamline the data collection process and/or reduce the burden on the recipient throughout the grant period. Generally, these updates will be provided at least 3 months in advance of any required changes. The recipient must not transfer any data to foreign governments or foreign entities without prior approval from USDA.

USDA will provide a Technical Contact for this grant. The Technical Contact will have the responsibility of technical oversight for USDA for the project. The recipient is responsible for providing the technical assistance required to successfully implement and complete the project. The recipient must comply with any requests for information from the Technical Contact.  The Technical Contact for this award is the National Program Officer assigned to this grant.

Prior to execution of this grant, the recipient must provide a shapefile depicting the project boundary for enrollment under this grant.  Producer enrollment may not occur outside this boundary without modification of this grant.

Within 30 calendar days of execution of this grant, the recipient must provide to the National Program Officer a website address where enrollment information will be posted for producers for the project associated with this grant. Recipients will be responsible for the following reports:

- Submit quarterly performance reports that include a written progress report, as well as additional reporting on specific data elements contained in the most up-to-date version of the Partnerships for Climate-Smart Commodities Project Reporting Workbook. Additional information about each reported element is described in the Data Dictionary.
- Submit supplemental reports required to validate greenhouse gas (GHG) benefit data, including: (1) an initial project MMRV plan, (2) field-modeled GHG benefit reports, and (3) field-direct GHG measurement results, as applicable. Additional information about these reports is in included in the Data Dictionary.
- Submit copies of project outputs and deliverables (e.g., fact sheets, reports) as attachments in ezFedGrants along with quarterly performance reports.
- Report the version of COMET-Planner used to estimate GHG benefits of the project within each quarterly performance report. As COMET-Planner is updated, recipients must adopt the latest version of the tool as directed by USDA for use in performance reports.

Recipients must designate an individual as a member of the USDA Partnerships for Climate-Smart Commodities Learning Network (Partnerships Network); this representative should be identified in the Project Narrative for this grant. Each project includes a plan for up to two Partnerships Network virtual meetings and two in-person meetings a year during the project duration. Dates and other details on events will be posted at www.usda.gov/climate-smart-commodities or an alternative location provided to the recipient by the National Program Officer.

The Partnerships Network will be co-chaired by representative from the USDA Office of the Chief Economist and the Farm Production and Conservation Mission Area. The Partnerships Network will inform synthesis reports to be assembled by USDA on a range of topics related to the implementation of Partnerships for Climate-Smart Commodities projects, including:

- Lessons-learned as projects are implemented;
- Options for providing technical assistance;
- Procedures for measurement/quantification, monitoring, reporting, and verifying GHG benefits;
- Options for tracing climate-smart commodities through the supply chain;
- Mechanisms for reducing costs of implementation;
- A forum for discussion and learning regarding approaches to climate-smart agriculture and forestry implementation (including but not limited to deployment and

USCA4 Appeal: 25-1575    Doc: 55-3    Filed: 06/23/2025    Pg: 370 of 602

2:25-cv-02152-RMG    Date Filed 03/26/25    Entry Number 34-12    Page 159 of 320
ATTACHMENT – CLIMATE-SMART SPECIFIC TERMS AND CONDITIONS

measurement/quantification, monitoring, reporting, tracking, and verification of associated greenhouse gas benefits and marketing of climate-smart commodities).
• Synthesis of outcomes; and
• Opportunities for USDA and others to inform future approaches to generating new and expanded markets for climate-smart commodities.

The Partnerships Network topics to be discussed will cover at minimum the areas described in previous FAQs and will evolve with USDA's ongoing project data analysis efforts and with input from the project recipients on the kinds of sessions that will be most helpful to them in building the diverse climate-smart markets associated with their projects. Participation may include at least one interview a year and include questions related to the following areas:

•    Technical assistance approaches, methods, and successes and/or challenges
•    Producer outreach approaches, methods, and successes and/or challenges
•    Monitoring, measurement, reporting, and verification (MMRV) approaches, methods, and successes and/or challenges
•    Marketing approaches, methods, and successes and/or challenges
•    Partnership approaches, methods, and successes and/or challenges
•    Data collection and storage approaches, methods, and successes and/or challenges
•    Supply chain approaches, methods and successes and/or challenges, including approaches to traceability
•    Supply chain benefits and demand for climate-smart commodities
•    Perspectives on program design, climate-smart commodity definitions, and future approaches or opportunities
•    Project successes and stories

USDA may also request producer exit reports at a later date. Additional marketing and branding-related requirements may be provided by USDA, including signage related to Partnerships for Climate-Smart Commodities.

**VII. Competition and Anti-Competitive Practices**

In connection with this grant, recipients may not prohibit or otherwise limit a producer from changing the provider of other services or materials not included as part of this grant. Recipients may not condition, limit, steer, or discriminate in their provision or sale of non-project business functions or products to producers based on their participation or non-participation in or use of any services provided as part of this grant. Additionally, funds in this agreement shall not be used for purposes or activities related to mergers or acquisitions.

J.A. 1306

**VIII.    Suspension and Disbarment**

The provisions governing Suspension and Disbarment in subsection 1.a.8 shall also apply to fraud, embezzlement, theft, forgery, bribery, falsification, or destruction of records, making false statements, or violations of the Federal civil antitrust or unfair trade practice laws.

**IX.  Special provisions for awards to for-profit entities as recipients**

This section contains provisions that apply to awards to for-profit entities. These provisions are in addition to other applicable provisions of these terms and conditions, or they make exceptions from other provisions of the terms and conditions for awards to for-profit entities. For-profit entities that receive awards have two options regarding audits:

1) A financial related audit of a particular award in accordance with Generally Accepted Government Auditing Standards issued by the Comptroller General of the United States, in those cases where the for-profit entity receives awards under only one USDA program; or, if awards are received under multiple USDA programs, a financial related audit of all awards in accordance with Generally Accepted Government Auditing Standards issued by the Comptroller General of the United States; or

2) An audit that meets the requirements contained in 2 CFR 200 subpart F.

For-profit entities that receive annual awards totaling less than the audit requirement threshold in 2 CFR 200 subpart F are exempt from USDA audit requirements for that year, but records must be available for review by appropriate officials of Federal agencies or the Government Accountability Office.

**X.  Non-Disparagement**

Recipients may not engage in any advertising deemed by USDA as disparaging to another agricultural commodity or competing product, or in violation of the prohibition against false and misleading advertising. Disparagement is defined as anything that depicts other commodities in a negative or unpleasant light via overt or subjective video, photography, or statements. Comparative advertising is allowable, provided the presentation of  facts is truthful, objective, not misleading, and supported by a reasonable basis.

**J.A. 1307**

# ORGANIC ASSOCIATION OF KENTUCKY DECLARATION

# EXHIBIT 11-E



**U.S. Department of Agriculture**
**Natural Resources Conservation Service**

NRCS-ADS-093

## NOTICE OF GRANT AND AGREEMENT AWARD

| 1. Award Identifying Number | 2. Amendment Number | 3. Award /Project Period | 4. Type of award instrument: |
|---|---|---|---|
| NR233A750004G092 | 0003 | 09/18/2023 - 08/31/2028 | Grant Agreement |

| 5. Agency (Name and Address) | 6. Recipient Organization (Name and Address) |
|---|---|
| USDA Partnerships for Climate-Smart Commodities c/o FPAC-BC Grants and Agreements Division 1400 Independence Ave SW, Room 3236 Washington, DC 20250 Direct all correspondence to FPAC.BC.GAD@usda.gov | ORGANIC ASSOCIATION OF KENTUCKY INC PO BOX 22244 LEXINGTON KY 40522 UEI Number / DUNS Number: KGLLLCALDLE4 / 061623272 EIN: |

| 7. NRCS Program Contact | 8. NRCS Administrative Contact | 9. Recipient Program Contact | 10. Recipient Administrative Contact |
|---|---|---|---|
| Name: JEREMIAH BOWERS Phone: (815) 942-0359 Email: jeremy.bowers@usda.gov | Name: Jo Beth Bellanca Phone: (585) 443-3117 Email: Jobeth.Bellanca@usda.gov | Name: Brooke Gentile Phone: (502) 219-7378 Email: brooke@oak-ky.org | Name: Natalie Rider Phone: (502) 435-6384 Email: natalie@oak-ky.org |

| 11. CFDA | 12. Authority | 13. Type of Action | 14. Program Director |
|---|---|---|---|
| 10.937 | 15 USC 714 et seq | Amendment/Revision | Name: Brooke Gentile Phone: (502) 219-7378 Email: brooke@oak-ky.org |

15. Project Title/ Description: Expands markets for climate-smart grass-fed lamb, grass fed beef, corn, soybeans, small grains, produce, dairy, agroforestry, and hemp in Kentucky and supports socially disadvantaged farmers.

16. Entity Type: M = Nonprofit with 501C3 IRS Status (Other than Institution of Higher Education)

17. Select Funding Type

| Select funding type: | ☒ Federal | ☒ Non-Federal |
|---|---|---|
| Original funds total | $4,407,706.00 | $40,000.00 |
| Additional funds total | $22039.00 | $0 |
| Grand total | $4,429,745.00 | $40,000.00 |

18. Approved Budget

**J.A. 1309**

| Personnel | $1,416,913.82 | Fringe Benefits | $274,925.29 |
| Travel | $148,637.50 | Equipment | $0.00 |
| Supplies | $24,200.00 | Contractual | $273,323.39 |
| Construction | $0.00 | Other | $2,039,470.00 |
| Total Direct Cost | $4,177,470.00 | Total Indirect Cost | $252,275.00 |
| | | Total Non-Federal Funds | $40,000.00 |
| | | Total Federal Funds Awarded | $4,429,745.00 |
| | | Total Approved Budget | $4,469,745.00 |

This agreement is subject to applicable USDA NRCS statutory provisions and Financial Assistance Regulations. In accepting this award or amendment and any payments made pursuant thereto, the undersigned represents that he or she is duly authorized to act on behalf of the awardee organization, agrees that the award is subject to the applicable provisions of this agreement (and all attachments), and agrees that acceptance of any payments constitutes an agreement by the payee that the amounts, if any, found by NRCS to have been overpaid, will be refunded or credited in full to NRCS.

| Name and Title of Authorized Government Representative | Signature | KATINA HANSON | Digitally signed by KATINA HANSON Date: 2024.09.26 19:42:47 -05'00' | Date |
| KATINA HANSON Acting Senior Advisor for Climate-Smart Commodities | | | | |
| Name and Title of Authorized Recipient Representative | Signature | *Brooke Gentile signature* | | Date 9/26/2024 |
| BROOKE GENTILE Executive Director | | | | |

### NONDISCRIMINATION STATEMENT

The U.S. Department of Agriculture (USDA) prohibits discrimination in all its programs and activities on the basis of race, color, national origin, age, disability, and where applicable, sex, marital status, familial status, parental status, religion, sexual orientation, genetic information, political beliefs, reprisal, or because all or a part of an individual's income is derived from any public assistance program. (Not all prohibited bases apply to all programs.) Persons with disabilities who require alternative means for communication of program information (Braille, large print, audiotape, etc.) should contact USDA's TARGET Center at (202) 720-2600 (voice and TDD). To file a complaint of discrimination write to USDA, Director, Office of Civil Rights, 1400 Independence Avenue, SW., Washington, DC 20250-9410 or call (800) 795-3272 (voice) or (202) 720-6382 (TDD). USDA is an equal opportunity provider and employer.

### PRIVACY ACT STATEMENT

The above statements are made in accordance with the Privacy Act of 1974 (5 U.S.C. Section 522a).

**Statement of Work**

Please note that any narrative below should be considered in addition to the original Statement of Work, as well as any prior amendments.

**Purpose**

The purpose of this amendment is to add funds for technical assistance and outreach as reflected on the Notice of Award, the revised Budget Narrative Attachment, and the revised budget section below.

This amendment also replaces the General Terms and Conditions with the most recent version.

Except as provided herein, all other terms and conditions of the original agreement and any previous amendments remain unchanged and in full force and effect.

**Objectives**

There are no changes to this section from the original agreement or any prior amendments.

**Budget Narrative**

The official budget summarized below and described in the attached Budget Narrative REV_240923 will be considered the total budget as last approved by the Federal awarding agency for this award.

Amounts included in this budget narrative are estimates. Reimbursement or advance liquidations will be based on actual expenditures, not to exceed the amount obligated.

The following replaces the budget summary:

TOTAL BUDGET $ 4,469,745.00

TOTAL FEDERAL FUNDS $ 4,429,745.00
PERSONNEL $ 1,416,913.82
FRINGE BENEFITS $ 274,925.29
TRAVEL $ 148,637.50
EQUIPMENT $ 0
SUPPLIES $ 24,200.00
CONTRACTUAL $ 273,323.39
CONSTRUCTION $0
OTHER $ 2,039,470.00 (includes PRODUCER INCENTIVES $1,920,000)
TOTAL DIRECT COSTS $4,926,991
INDIRECT COSTS $ 252,275.00

TOTAL NON-FEDERAL FUNDS $ 40,000.00
PERSONNEL $ 0
FRINGE BENEFITS $0
TRAVEL $ 0
EQUIPMENT $0
SUPPLIES $ 0
CONTRACTUAL $0
CONSTRUCTION $0
OTHER $ 40,000.00
TOTAL DIRECT COSTS $ 40,000.00
INDIRECT COSTS $ 0

Recipient has elected to use the de minimis indirect cost rate on the federal share of funds and waives indirect costs on the non-federal share of funds.

**J.A. 1311**

**Responsibility of the Parties**

There are no changes to this section from the original agreement or any prior amendments.

**Expected Accomplishments and Deliverables**

There are no changes to this section from the original agreement or any prior amendments.

**Resources Required**

There are no changes to this section from the original agreement or any prior amendments.

**Milestone**

There are no changes to this section from the original agreement or any prior amendments.

**GENERAL TERMS AND CONDITIONS**

Please reference the below link(s) for the General Terms and Conditions pertaining to this award:
https://www.fpacbc.usda.gov/about/grants-and-agreements/award-terms-and-conditions/index.html

Revised Attachments:

Budget Narrative_REV_240923

There are no other changes to the award attachments from the original agreement or any prior amendments.

**Farmers and Buyers Growing Climate Solutions: Greenhouse Gas Reduction Incentive Program (GGRIP) for Small and Historically Underserved Farms NR233A750004G092**

**Organic Association of Kentucky (OAK)**

**Updated 9/6/2024**

**Budget Narrative**                     **USDA-NRCS-COMM-22-NOFO0001139**

| Description | Details/Justification |
|---|---|
| **Federal Total** | **$4,429,745.00**<br><br>Budget narrative updated to reflect .5% funding increase = $22,039 |
| **Personnel – Salaries / Wages** | **Personnel - Salaries/Wages: Total – $ 1,416,913.82**<br><br>OAK will manage the project, coordinating the work of the partners along with providing outreach, educational, technical assistance and value chain development for the project through its experienced staff. OAK staff contributing to the project have over 55 years of combined experience providing farmer education, technical assistance, local food value chain development and project management. Base salaries provided are for year 1 and total funds requested are calculated on the percentage of full time equivalent allocated to the project and include a 5% annual salary escalation. The original Budget Narrative included detailed information on anticipated staff, and salaries. Salaries of three personnel positions have been adjusted to reflect current base salaries.<br><br>**Brooke Gentile - Project Director - Executive Director** will provide oversight of the project, conduct technical assistance activities, review partner activities and ensure timely reporting. She will be accountable for ensuring that all project activities are carried out in a timely, cost efficient and responsible manner. Mrs. Gentile will approve the annual work plans for the project, including the work of project staff, subawards and contractors. She is responsible for the submission of required reports, development of record-keeping templates and confirmation of tracking project progress. She has intimate knowledge of the Global Farm Metric - Farm Sustainability Assessment Tool having worked on its adaptation for the past year and she will participate on the GFM-FSAT Advisory Committee. She also has close relationships with all value chain partners and will provide staff leadership for Value Chain Advisory Committee and buyer commitments. Mrs. Gentile will serve as a member of the "USDA Partnerships for Climate-Smart Commodities Learning Network" sharing lessons learned in ways that can inform USDA's future activities. Mrs. Gentile brings 20 years of experience working with |

**J.A. 1314**

farmers and developing local food systems to the project and has abundant experience managing federally-awarded grants and reporting on impact.

| Salary | % effort | Project Duration | Federal Total |
|---|---|---|---|
| $72,000 | 40% | 60 months | $ 157,556.44 |

**<u>Natalie Rider - Assistant Director</u>** will be responsible for updating and ensuring project work plans are being followed and record keeping templates are being updated by project staff. She will oversee activities of project staff and ensure all project progress is tracked and will report to the Executive Director. Ms. Rider will serve as the project staff lead on all activities for climate-smart value chain coordination and is responsible for scheduling Climate-Smart Value Chain Advisory Committee Meetings and supporting the activities of the partners, coordinating Grower and Buyer Meet Ups with project partners and stewarding and tracking additional regional buyer relationships that emerge as a result of this project. Ms. Rider has prior experience managing multi-million dollar federal contracts and stewarding grant programs with collaborative stakeholders.

| Salary | % effort | Project Duration | Federal Total |
|---|---|---|---|
| $56,000 | 40% | 60 months | $ 122,543.90 |

**<u>PCSC Project Coordinator</u>** will direct the farmer-oriented activities of the project. This new position will be responsible for following the annual plan of work and facilitating the timely completion of activities. This position will develop project communications for the public and coordinate all enrolled-farmer communications. As administrative lead on farmer intake, they will organize connecting Soil Health Specialists with enrolled farmers and provide technical assistance to farmers as they complete the GFM-FSAT. They will work with Soil Health Specialists to co-host bi-monthly farmer webinars to support the Regional Climate-Smart Knowledge Exchange (RCSKE) for the farmer community of practice. This person will assist the Farmer Education Coordinator in coordinating and staffing all farmer education events, and receive and respond to initial inquiries about the project. Reports to Assistant Director and Executive Director.

| Salary | % effort | Project Duration | Federal Total |
|---|---|---|---|
| $55,000 | 100% | 60 months | $ 300,889.03 |

**<u>Soil Health Specialist #1</u>** will implement an integrated program designed to increase adoption of climate-smart practices to improve soil health management systems with farmers across Kentucky. This new and yet to be filled position will require candidates to have a M.S. with experience and relevant degrees include agronomy, soil science, soil conservationist, or similar discipline. The Specialist will have high organizational, written and oral communication skills and effective interpersonal skills with an ability to communicate results to diverse farmer stakeholders. Specialists must have a working knowledge of soil health management systems, associated conservation practice standards and activities used by the project, ability to evaluate soil health in the field, interpret

soil test results and make recommendations to producers to improve management practices. This position will deliver on-farm, one-on-one technical assistance with 75 enrolled farmers, visiting each farm once every year. Specialists will assist farmers in taking soil samples and interpreting results, and then they will develop Soil health Management Plans for farmers, aimed at reducing GHG emissions by 3 $CO_2$ metric tonnes per acre. Specialists will be comfortable using COMET - Planner to compliment initial assessment and soil test results. The Specialist will return to the farm annually to verify practice implementation. Specialists can also make referrals to NRCS Kentucky, Kentucky Division of Forestry and other partners, and assist farmers in preparing for Organic Certification when relevant. This position will report to the Assistant Director and work closely with the PCSC Project Coordinator regarding direct technical assistance with enrolled farmers. This position will collaborate with the Research Coordinator to report on GFM-FSAT performance. This position will support the Farmer Education Coordinator by attending Field Days and Workshop to engage with farmer participants. Over the past 6 years OAK has led professional development trainings for agricultural professionals and has cultivated a cohort of 45 experts who are well-positioned to succeed in this position, including Tony Silvernail, an organic farmer and agronomist with 30 years of experience who has contracted with OAK in the past to consult with farmers to develop Organic Production Management Plans. This position will be posted with a regionally competitive salary and we anticipate a field of strong candidates.

| Salary | % effort | Project Duration | Federal Total |
|--------|----------|------------------|---------------|
| $55,000 | 100% | 60 months | $ 300,889.03 |

**Soil Health Specialist #2** will have the same position requirements and responsibilities as the Soil Health Specialist #1 above and work as a highly collaborative team. This position will also work with 75 enrolled farmers (50% of those enrolled each year) to provide one-on-one on-farm technical assistance.

| Salary | % effort | Project Duration | Federal Total |
|--------|----------|------------------|---------------|
| $55,000 | 100% | 60 months | $ 300,889.03 |

**Annie Woods - GFM-FSAT Research Coordinator** will be responsible for leading the adaptation of the Global Farm Metric - Farm Sustainability Assessment Tool to be used in the United States. Ms. Woods has expert knowledge of the GFM-FSAT framework, the peer-reviewed literature used for benchmarking and formulas used on the backend of the tool for scoring and has been working on the project to adapt the tool for the past year. As a research ecologist of 10 years and successful farmer of 10 years she brings a critical understanding to the project, knowing that assessments must provide a useful tool to farmers while also offering powerful marketing data. Annie will provide technical assistance to farmers completing the GFM-FSAT throughout the project. She already has a close working relationship with GFM-FSAT Advisory Committee members and will serve as the lead staff person working

with the advisors from University of Kentucky and Kentucky State University to fine tune the tool, ensuring it is grounded in current peer-reviewed literature and held to high standards for soil testing verification. Woods will collaborate with the web developer on the creation of the online GFM-FSAT graphic user interface and required functionality; run data queries for aggregators, buyers and support data profiles for the value chain committee.

| Salary | % effort | Project Duration | Federal Total |
|--------|----------|------------------|---------------|
| $55,000 | 50% | 60 months | $ 150,444.52 |

**<u>Jenny Howard Owen - Farmer Education Coordinator</u>** has 25 years of experience developing and implementing agriculture and environmental education programs for adults. Her approach is grounded in scientific literature, focuses on peer-to-peer learning and offers hands-on learning that supports farmers to shift mental models required for long-term management change. Ms. Owen will develop and lead farmer education programs for the project with invited farmer and workshops speakers including Field Days (4 each year of the project = 20 total) and Workshops (held once each year of the project = 5 total). She will also collaborate with project staff on outreach for the project through OAK's monthly farmer e-newsletter, support the emerging farmer community of practice for climate-smart agriculture and promote the project through community outreach events she regularly attends in her network-building role with OAK's farmer programs.

| Salary | % effort | Project Duration | Federal Total |
|--------|----------|------------------|---------------|
| $51,000 | 30% | 60 months | $ 83,701.86 |

| | |
|---|---|
| **Fringe Benefits** | **Fringe Benefits Total – $274,925.29**<br><br>OAK's fringe benefit calculation is based on a 19.403% of salary and includes costs of leave, employee insurance, federal and state taxes, compensation fringe benefits, unemployment and workers compensation insurance, excluding those in CFR 200.447(d)(1) and (2). Line item fringe benefits were included in the original Budget Narrative and cost for individual staff are included below. |

|  | Federal Total |
|---|---|
| • Executive Director (40% FTE) | $ 30,570.84 |
| • Assistant Director (40% FTE) | $ 23,777.32 |
| • PCSC Project Coordinator (100% FTE) | $ 58,381.82 |
| • Soil Health Specialist 1(100% FTE) | $ 58,381.82 |
| • Soil Health Specialist 2 (100% FTE) | $ 58,381.82 |
| • Research Coordinator (50% FTE) | $ 29,190.91 |
| • Farmer Education Coordinator (30% FTE) | $ 16,240.76 |
| • **TOTAL** | **$274,925.29** |

**J.A. 1317**

| Travel | **TRAVEL Total – $ 148,637.50** |
|---|---|
| | OAK follows federal rates and guidelines for travel expenses and does not have a separate travel policy. Mileage reimbursement travel rates have been updated below for OAK based on current IRS mileage reimbursement rate. Travel type, expense and related personnel was included with the original Budget Narrative. |

**Local mileage** is estimated at 3,310.42 miles/month average for the project @ $0.655/mile per IRS reimbursement rate for 60 months = $130,672.50. Estimated round trip travel for farm visits and education programming is based on the past decade of actual travel-related program expenses.

**Local hotels** are estimated at $150/night for 14 nights = $2,100.

**DC Travel** was included below in original Budget Narrative under Executive Director Travel with airfare, per diem and hotels totaling $15,865 (detail below).

All Travel is detailed below by salaried position:

- Soil Health Specialist 1 local travel is calculated at $0.655 per mile throughout the primary service area to:
  - visit 75 farms annually x 175 miles round trip each x $0.655/mile = $8,596.87 annually ($42,984.37 for 5 years)
  - 4 project field day events annually x 175 miles round trip each x $0.655/mile = $458.50 annually ($2,292.50 for 5 years)
  - 1 project workshop annually x 175 miles round trip x $0.655 = $114.62 annually ($573.12 for 5 years)
  - Hotel room for field work when overnights are required 2 nights total during project @ $150/night = $300

- Soil Health Specialist 2 local travel is calculated at $0.655 per mile throughout the primary service area to:
  - visit 75 farms annually x 175 miles round trip each x $0.655/mile = $8,596.87 annually ($42,984.37 for 5 years)
  - 4 project field day events annually x 175 miles round trip each x $0.655/mile = $458.50 annually ($2,292.50 for 5 years)
  - 1 project workshop annually x 175 miles round trip x $0.655 = $114.62 annually ($573.12 for 5 years)
  - Hotel room for field work when overnights are required 2 nights total during project @ $150/night = $300

- PCSC Project Coordinator local travel is calculated at $0.655 per mile throughout the primary service area to:
  - visit 20 farms annually x 175 miles round trip each x $0.655/mile = $2,292.50 annually ($11,462.50 for 5 years)

**J.A. 1318**

- ○ 4 project field day events annually x 175 miles round trip each x $0.655/mile = $458.50 annually ($2,292.50 for 5 years)
- ○ 1 project workshop annually x 175 miles round trip x $0.655 = $114.62 annually ($573.12 for 5 years)
- ○ Hotel room for workshop 1 night a year @ $150/night x 5 years = $750

- **Executive Director travel**
  - ○ Local travel is calculated at $0.655 per mile throughout the primary service area to:
    - ■ visit 5 farms annually x 175 miles round trip each x $0.655/mile = $573.12 annually ($2,865.62 for 5 years)
    - ■ 4 project field day events annually x 175 miles round trip each x $0.655/mile = $458.50 annually ($2,292.50 for 5 years)
    - ■ 1 project workshop annually x 175 miles round trip x $0.655 = $114.62 annually ($573.12 for 5 years)
  - ○ **Travel to Washington DC** (included in original and highlighted for emphasis) twice each year for participation in USDA Partnership Network Meetings based on current commercially available airfare average and in accordance with OAK Travel Policy and U.S. federal government policy at U.S. General Services Administration recommendations for Washington DC (www.gsa.gov/travel)
    - ■ Airfare $650 x 2 times a year = $1,300 each year ($6,500 for 5 years)
    - ■ Hotel lodging for 3 nights per meeting x 2 times a year @ $220/night = $1,320 each year ($6,600 for 5 years)
    - ■ Per Diem for meals and incidentals 2 full days @ $79/day + 2 travel days @ $59.25/day x 2 trips = $553 each year ($2,765 for 5 years)

- **Assistant Director** local travel is calculated at $0.655 per mile throughout the primary service area to:
  - ○ visit 5 farms annually x 175 miles round trip each x $0.655/mile = $573.12 annually ($2,865.62 for 5 years)
  - ○ 4 project field day events annually x 175 miles round trip each x $0.655/mile = $458.50 annually ($2,292.50 for 5 years)
  - ○ 1 project workshop annually x 175 miles round trip x $0.655 = $114.62 annually ($573.12 for 5 years)

- **GFM-FSAT Research Coordinator** local travel is calculated at $0.655 per mile throughout the primary service area to:
  - ○ visit 10 farms annually x 175 miles round trip each x $0.655/mile = $1,146.25 annually ($5,731.25 for 5 years)

**J.A. 1319**

| | |
|---|---|
| | ○ 4 project field day events annually x 175 miles round trip each x $0.655/mile = $458.50 annually ($2,292.50 for 5 years)<br><br>● <u>Farmer Education Coordinator</u> is calculated at $0.655 per mile throughout the primary service area to:<br>  ○ 4 project field day events annually x 350 miles round trip each (one pre-event planning site visit included) x $0.655/mile = $917.00 annually ($4,585 for 5 years of the project)<br>  ○ 1 project workshop annually x 175 miles round trip x $0.655 = $114.62 annually ($573.12 for 5 years)<br>  ○ Hotel room for workshop 1 night a year @ $150/night x 5 years = $750 |
| **Equipment** | **Not applicable Total - $0** |
| **Supplies** | **Supplies Total – $24,200**<br><br>**Chemets Dissolved Oxygen Water Test Kit** for the Soil Health Specialist or Farmer to test on-farm water quality as part of the GFM-FSAT annual assessment. Each enrolled farm can use up to 3 tests every year of the project. 3 tests @ $1.60 each x 150 farms = $720 annually ($3,600 for 5 years).<br><br>**Computing devices for 4 staff.** As a state-wide non-profit organization OAK does not have a brick and mortar office, all employees work from home offices and require computers and printers to carry out essential work for this project to be successful. Related computer equipment is required for the three full time staff allocating 100% of time to this project (PCSC Project Coordinator, Soil Health Specialist 1 and Soil Health Specialist 2). And a fourth laptop, monitor and printer has been added to this updated Budget Narrative as the computing device is required for the Research Coordinator allocating 50% FTE to the project and playing a foundational role in providing technical assistance to farmers filling out the online farm sustainability assessment tool.<br>● <u>Laptop Computers</u> @ $1,500 each x 4 employees = $6,000<br>  ○ Estimate is for Dell Vostro 7510 + extended warranty with non-profit bulk discount applied.<br>  ○ OAK already has a multi user Microsoft Office license with no annual fee, for these new computers.<br>● <u>Dual Monitors</u> are required for home offices @ $250 each x 4 employees = $1,000.<br>● <u>Printers</u> are required for home offices @ $300 each x 4 employees = $1200.<br>● Computers, monitors and printers total: $8,200 |

**J.A. 1320**

|  | |
|---|---|
|  | **General Office Supplies** including items such as printer paper and printer ink cartridges for all staff on the project, binders for enrolled farmers: $40/ month x 60 months = $2,400 for the project.<br><br>**Printing:** Hard copies of the welcome packet are provided to each enrolled farmer. Climate-Smart Practice Fact Sheets will be developed by OAK's Soil Health Specialists in partnership with project advisors at collaborating Land Grant Universities and NRCS to be used as outreach for this project and through partner networks. Fact sheets highlight existing practice standards, are available on the project website and are shared with all enrolled farmers and farmers attending educational and outreach events. Fact sheets will be reviewed by OAK staff on the project. Hard copies of resources are also provided at each Field Day (4 x year) and Workshop (1 x year) and each Grower & Buyer Meet Up event (1x year). The project will distribute an estimated 8,000 pages of information each year @ $0.25 each page for $2,000 annually ($10,000 over 5 years). |
| **Contractual** | **Contractual Total − $273,323.39**<br><br>**CONTRACTS**<br><br>● **Web Developer for online Farm Sustainability Assessment Tool - $225,787.94 total contract for web developer** to create online GFM-FSAT graphic user interface (GUI) for farmers to fill out the tool online. Through additional market research, OAK has decided to open a procurement process to pursue a vendor with a higher level of experience in web-based solutions for agricultural sustainability and value chain coordination. Market research has shown that the level of integration and specifications required for a successful online GFM-FSAT will require greater funding than initially anticipated in this contractual area. OAK will procure these services following federal procurement regulations.<br><br>The majority of work will be completed in Year 1 with maintenance and complementary development in Years 2-5. ***Discovery and Analysis:*** Review the working prototype and audit the depth of data-points, entry fields and calculations to determine essential data that can be used to create a farm "account" and what types of communication models may be needed to store and transfer data back to the user. ***Solutions Architecture:*** The website will run on PHP, using the CakePHP framework. Determine how other APIs fit into place for data-sending (including and not limited to COMET - Farm), communications and any particular security needs the platform may require by external specification. ***Phase 1: Graphic User Interface:*** The visual markup phase of the project includes creation of responsive HTML; GUI visual |

8

**J.A. 1321**

scripting using javascript and browser-based computations via interface; followed by GUI testing and debugging. ***Phase 2: Database:*** The website will use generic "scaffolding" to build interactive online forms for the GFM-FSAT. This includes: database design the salient points of data-collection; database build for primary functions for creating accounts and user dashboards; database functionality and security for storing submitted data; and database testing and debugging. ***Phase 3: GUI + Database Connection:*** Connect and implement the GUI and database. GUI + Database configure queries to create visual reports with farm data and aggregated farm data. Testing and debugging. ***Phase 4: API Connection:*** Design tasks to work with known APIs, sending data to COMET - Farm; Build functions that send data to known APIs; Testing and debugging API connection. ***Phase 5: User Dashboards and Value Chain Interface:*** Farmers and Buyers access to unique dashboards for historical data (farmers) and current farms, scores and product availability (buyers).

- **Total**            **$225,787.94**

- **Educator Expense: $27,500 contracted expert speakers.** These invited workshop facilitators have yet to be determined, and contract prices are based on prior experience and anticipated going rates for Ray Archeulta, Lindsey Rebhan, Reginaldo Hasslett-Marroquin, Rick Clark and agroforestry experts from the Savannah Institute. Day long workshops will provide advanced learning opportunities for 50-100 farmers at each event on climate-smart practices including: Reduced Tillage and No-Till; Annual and Perennial Cover Cropping; Agroforestry; Silvopasture; Soil Fertility Budgets with Integrated Crop Livestock Systems; Market for Cooperatives; Strategies for Aggregation and Unified Climate Metrics. One invited workshop facilitator each year having an estimated speaker fee @ $5500 x 5 years = $27,500

- **Technical Assistance Grazing and Agroforestry Experts: $20,035.45.** The project will contract with known expert forage and grazing specialists, including Greg Brann, a retired NRCS - Tennessee agent. Technical experts will work with select farmers to complete farm visits and to develop management plans for specific practices such as 528 Prescribed Grazing and 512 Pasture and Hay Planting, and other practices relevant for livestock systems and pasture development. The project will contract with known expert agroforesters to work with select farmers to complete farm visits and to develop management plans for specific practices such as 381 Silvopasture, 422 Hedgerow Planting, 612 Tree/Shrub Establishment, 331 Alley Cropping and others. Contractor expense varies by farmer client location and scope of operation, and is estimated at $1,335.70 per farm (estimated at 292.08 miles round trip for a farm visit x $0.67 = $195.70 mileage plus 19 hours x $60/hour = $1,140 for contractor hours required for travel, farm

9

**J.A. 1322**

| | |
|---|---|
| | visit and plan development per farm, with a total of 15 farms during the project ($20,035.45 over 4 years of the project) |
| **Construction** | **Not applicable - Total: $0** |
| **Other** | **Other Total - $ 2,039,470.00**<br><br>**SUBAWARDS**<br>**Subawards Total - $ 329,720.00**<br><br>● **Bullhorn** **- $40,000 total contract for branding and marketing assets.** Updated for Budget Narrative: Bullhorn's participation in the project is central to the marketing and branding assets for the Value Chain, will span the entire project and comes with significant in-kind contributions to the project ($40,000 - see in-kind category below in Budget Narrative). For these reasons and because Bullhorn will make no profit from this partnership, they have been moved to this Subaward category.  With 11 years of naming, branding and full asset marketing experience, the firm is a Certified B Corp with committed values in sustainability and community. Bullhorn's creative team will work with the Value Chain Advisory Committee, partners and host focus groups to develop the public facing brand for the project's climate-smart commodities to be used in print and digital marketing materials. $185/hour for services. |

<table>
<tr><td></td><td>○ Discovery: 13.5 hrs x $185/hr (Year 1)</td><td>$ 2,500</td></tr>
<tr><td></td><td>○ Focus groups: 54 hrs x $185/hr (Year 1 &amp; 2)</td><td>$10,000</td></tr>
<tr><td></td><td>○ Language, typography, logo:<br>   67.6 hrs x $185/hr (Year 1 &amp; 2)</td><td>$12,500</td></tr>
<tr><td></td><td>○ Development of media assets:<br>   54 hrs x $185/hrYear 2</td><td>$10,000</td></tr>
<tr><td></td><td>○ Digital design online GFM-FSAT Year 1</td><td><u>$  5,000</u></td></tr>
<tr><td></td><td>○ <b>TOTAL:</b></td><td><b>$40,000</b></td></tr>
</table>

● **Four Hills Farm** **- $53,097.00 subaward** for farmer outreach and climate-smart value chain development as an aggregator and supplier of grass-fed lamb to Whole Foods Market. Four Hills Farm currently raises lamb and also sources from 12 other farms with high grazing and animal welfare standards to sell over 2,000 lambs annually with planned expansion over the next 5 years. Jim Mansfield, founder and co-owner, will serve on the project's climate-smart Value Chain Advisory Committee, participate as a farm using the GFM-FSAT, and provide on-farm support to farmers in his network by traveling to farms twice each year of the project and consulting on grazing management plans. Fringe was included in the original Budget Narrative.

**J.A. 1323**

- ○ Personnel: $75,000 x 10% FTE x 5 years　　$37,500
- ○ Fringe Benefits: $7,500 x 10% FTE x 5 years　$ 3,750
- ○ Travel 4,050 miles x $0.585 x 5 years　　$11,847
- ○ **TOTAL:**　　**$53,097**

- **Kentucky Center for Rural and Agricultural Development (KCARD) - $ 47,840.00 subaward** for farmer outreach, climate-smart value chain development and business planning support for enrolled farmers. Fringe Benefits were included in the original Budget Narrative.
  - ○ Ali Hulett, KCARD Local Food Project Coordinator, to participate in Advisory Committee for the project, coordinate value chain producer-market connections and provide support for grower-buyer events.
    - ■ Personnel: 13% of 1 FTE (800 hours/5 years) = $23,170
    - ■ Fringe Benefits 16.53% : $3,830
  - ○ Logan Crawford, KCARD Business Development Specialist, to provide business development support for farmers participating in the project.
    - ■ Personnel: 4% of 1 FTE (240 hours/5 years) = $6,885
    - ■ Fringe Benefits 26.27% : $1,809
  - ○ Hannah Mallett, KCARD Business Development Assistant, to provide business development support for farmers participating in the project.
    - ■ Personnel: 4% of 1 FTE (240 hours/5 years) = $5,548
    - ■ Fringe Benefits 19.45% : $1,079

  - ○ Personnel Total　　　　　　　　$35,603
  - ○ Fringe Benefits Total　　　　　　$ 6,718
  - ○ Travel at 2,000 miles @ .585 per mile　$ 1,170
  - ○ Indirect @ de minimis 10%　　　$ 4,349
  - ○ **TOTAL:**　　　　　　　　　**$47,840**

- **Kentucky State University - $65,140.00 subaward** for Dr. Shawn Lucas to partner on farmer outreach to historically underserved farmers through Kentucky's 1890 land grant institution and liaison with KSU Extension for the project. Salary expenses cover the cost of advising on the project and Extension outreach from Dr. Shawn Lucas, Assistant Professor Organic Agriculture. Dr. Lucas serves on the GFM-FSAT Advisory Committee ensuring the tool assessment stands up to current scientific literature, assists in reviewing trends in soil test results collected by the project and ensures that underserved and minority-focused institutions like KSU are involved in adopting and verifying climate-smart production practices. Local travel is required for extension and outreach to farmers for farm visits, workshops and field days related to the project. Materials and supplies are needed for outreach, from Extension worksheets to supplies for soil sampling

**J.A. 1324**

demonstrations and fact sheets on benefits of adopting climate-smart practices. Fringe Benefits included in the original Budget Narrative.
- ○ Personnel: Shawn Lucas 7% FTE          $26,775
- ○ Fringe 40%: Shawn Lucas                $10,710
- ○ Travel: 2,564 miles annually @ $0.585/mile $ 7,500
- ○ Supplies: outreach materials @ $1,250/year for years 1-4          $ 5,000
- ○ Publication costs                       $ 1,500
- ○ Indirect costs $2,731/year for 5 years (51% of allowable funds - faculty salary - see KSU current NICRA agreement in attachments)          $13,655
- ○ **TOTAL:**                             **$65,140**

- **Sustainable Food Alliance** - **$25,280.00 subaward** for Adele Jones, Deputy Director and Dr. Richard Kipling, Director of Research.
  - ○ Adele Jones - Deputy Director brings 15 years of experience working in local food systems and true cost accounting of agricultural systems. Ms. Jones has spearheaded the development of the Global Farm Metric framework, works with an international team of researchers and practitioners to ensure on-farm sustainability measures have global relevance and has been an invited speaker at The Conference of the Parties (COP) and United Nations. She is a geographer and soil scientist by training.
    - ■ Personnel $87,500 x 1.5% FTE x 5 years $ 6,836
    - ■ Fringe 28%                             $ 1,914
    - ■ Travel airfare @ 1,200 each x 5 years  $ 6,000
    - ■ Travel car rental $50/day x 4 days x 5 years          $ 1,000
    - ■ Travel Per Diem: $55/day x 2 + $74/day x 4 x 5 years  $ 2,030
  - ○ Dr. Richard Kipling - Director of Research manages ongoing research on the Global Farm Metric and works collaboratively with domestic and international teams to evolve the framework. Dr. Kipling's research focuses on environmental co-benefits of sustainable farming practices and climate friendly livestock management.
    - ■ Personnel $62,500 x 2% FTE x 5 years  $ 5,860
    - ■ Fringe 28%                            $ 1,640
  - ○ **TOTAL:**                             **$25,280**

- **The Berry Center** - **$45,672.00 subaward** for Beth Douglass, Our Home Place Meat Project Director will allocate 11.42% FTE of her time to this project over 5 years. She currently works with 15 farmers raising grass-fed beef and coordinates the marketing of finished products to over 45 retailers with total annual sales at $450,000, and the cooperative

**J.A. 1325**

of farmers is expected to grow. Ms. Douglass provides production technical assistance to farmers and will attend farm visits and support farmers in filling out the GFM-FSAT. She will participate in the Climate-Smart Value Chain Advisory Committee, providing insights into marketing opportunities for project commodity coordination, sales and marketing. The base salary provided is for year 1 and total funds requested are calculated on the percentage of full time equivalent allocated to the project and include a 5% annual salary escalation. Fringe was included in the original Budget Narrative.

- o  Salary $55,000 x 11.42% FTE x 5 years          $34,425
- o  Fringe 20% FTE x 5 years                        $ 6,885
- o  Supplies: computer workstation for farmers
     1 computer @ $ 1,700 each                        $ 1,700
- o  Supplies: office materials @ $20/mo x 60 mo     $ 1,200
- o  Travel: 500 miles/yr x $0.585 x 5 years
     to participating farms and to project meetings  $ 1,462
- o  **TOTAL:**                                      **$45,672**

- **The Food Connection at University of Kentucky** - **$52,691 subaward.** Dr. Ashton Potter Wright brings over 15 years of experience coordinating local food supply chains and expanding market opportunities for Kentucky farmers with total coordinated sales over $10 million dollars. As the Executive Director of The Food Connect Dr. Wright supports the development of vibrant and sustainable food systems across Kentucky with the expertise of engaging community partners (farmers, political leaders, service providers), cooperative extension and university research faculty to facilitate collaboration and development across all sectors of our food system. She will lead the work of coordinating and co-hosting the annual Grower and Buyer Meet Ups for the public and for participating value chain partners and enrolled farms. She has a decade of experience leading these types of buyer events for maximum value chain impact. She will also participate in the Climate-Smart Value Chain Advisory Committee. Dr. Wright's partnership will expand the reach of the project by harmonizing farm-level environmental and social impact metrics with The Food Connection's national network of procurement partners working to develop unified farm to institution metrics. Base salary provided is for year 1 and total funds requested are calculated on the percentage of full time equivalent allocated to the project and include a 5% annual salary escalation. Travel funds ($1,170) are requested for Dr. Wright to travel to farm field days, grower-buyer meet ups, and buyer-focus groups throughout the five year project. Travel funds ($2,633) are also requested to present at a professional conference (e.g., National Good Food Network Conference) during the fifth of the project. Office supplies are required for grower/buyer meet ups and buyer focus

**J.A. 1326**

groups. NICRA and Fringe were included in the original budget narrative.

- ○ Salary $94,000 x 5% FTE effort x 5 years          $25,702
- ○ Fringe 19.607% of salary x 5 years                $ 8,542
- ○ Supplies $20.41/mo x 60 mo + $25 hazardous
   waste/recycling fee mandated by UK as .07%         $ 1,275
- ○ Travel miles 2,000 miles x $0.585                 $ 1,170
- ○ Travel round trip airfare (year 5)                $   650
- ○ Travel hotel 3 nights $400/night  (year 5)        $ 1,200
- ○ Travel per-diem:
   2 days @ $55.50 + 3 days @ $74 (year 5)            $   333
- ○ Conference registration 1 x $450  (year 5)        $   450
- ○ Indirect costs (34% NICRA agreement attached $13,369
- ○ **TOTAL:**                                        **$52,691**

**Incentive Payments to Farmers for Climate-Smart Practice Implementation:** Up to 110 farmers will enroll in the project each year and are eligible to receive an average $2,227.28 in incentive payments for verified implementation of recommended climate-smart practices.
- 110 farmers x $2,227.28 = $245,000 annually x 5 years = $1,225,000 over 5 years.

**Participant Support Cost for Enrolled Farmers:** Up to 110 farmers enrolled in the project each year are eligible to receive $500 for completely filling out the GFM - Farm Sustainability Assessment Tool annually.
- 110 farmers  x $500 = $55,000 annually x 5 years = $275,000 over 5 years.

**Farm Venue Fee for Farmer Field Day Host:** Farm venue fee for each Field Day Host Farm @ $300 each x 4 field days each year x 5 years = $6,000

**Soil Testing Laboratory for Soil Sample Analysis:**
- Soil testing will be recommended to all enrolled farms with a soil lab offering a *Soil Health Test Package* that includes: Available Phosphorus, Exchangeable Potassium, Magnesium, Calcium, Hydrogen, Soil pH (Water and Buffer), Cation Exchange Capacity, Percent Base Saturation of Cation Elements, Sulfate Sulfur, Boron, Zinc, Manganese, Iron, Copper, Aluminum, Sodium, Soluble Salts, Nitrate Nitrogen, Ammonia Nitrogen, CO2 Burst Test (soil respiration to test for microbial life), SLAN Test, Active Carbon, VAST Aggregate Stability and Soil Organic Matter. All enrolled farms will submit 3 soil samples each year for this suite of tests, with estimates from Waters Soil Laboratory @ $60 each

14

**J.A. 1327**

test x 3 per farm + $13 shipping per farm = $193 per enrolled farm per year x 150 farms = $28,950 annually ($144,750 over 5 years).

**Tree seedling purchases - Kentucky Division of Forestry**
- Kentucky Division of Forestry state nurseries offer sales of native trees at an average $1 per tree when purchased in bulk. In collaboration with Division of Forestry agents, the project will work with landowners to establish woodlots, silvopasture, agroforestry, riparian forest buffer, windbreaks and shelterbelts with these purchased trees. Estimated 4,000 trees a year at $1/each = $4,000 annually ($20,000 over 5 years).

**Marketing and Advertising**
- Social media paid advertising: Facebook and Instagram paid ad sets and post boosts will be used for farmer outreach about the GFM-FSAT, assessing and implementing climate-smart practices and how to enroll in the project. Half of the ad sets will feature success stories from farmers and highlight the growing community of practice. The other half are geared to buyers featuring climate-smart commodity availability. 60 FB Boosts (1 x month), reaching approximately 150 people per Boost for a total of 9,000 people reached (60 boosts @ $33.33 each = $2,000 for 5 years.); 8 Facebook and Instagram Ad campaigns per year, reaching approximately 250 per campaign for a total of 10,000 people reached (40 ad campaigns @ $200 each = $8,000 for 5 years). $10,000 total in social media promotion for 5 years
- Radio underwriting/advertising: Radio underwriting and Spotify advertising will have a listener audience of over 2 million across Kentucky and will support broad outreach and education about climate-smart crop incentives and commercial availability. Radio ads will reinforce the project's marketing efforts, driving people to the website to learn more. With a non-profit discount, radio advertising spots are 181 spots @ $11.05 each = $2,000 each year x 5 years = $10,000.
- Billboard advertising to market climate-smart commodities in Lexington and Louisville. OAK will access a non-profit discount, saving 50%. 1 month @ $500 x 3 months x 2 locations x 3 years (years 3-5 of the project) = $9,000
- Print Media Advertising in newspapers and regional magazines will increase the awareness of the project and elevate the availability of climate-smart commodities. When running $500 ad editors will also often highlight a story from the project. 4 ads a year at $500 each for 5 years of the project = $10,000.

J.A. 1328

| Indirect Costs 10% | **Indirect Costs Total - $252,275.00** |
|---|---|

OAK does not have a negotiated rate and uses a 10% De Minimis Cost Rate: OAK has figured a 10% indirect on all direct costs and 10% of the first $25,000 of subawards and contracts. The budget narrative has been updated to reflect <u>no</u> indirect costs on incentive payments to farmers.

**Calculation**

**$2,522,750.01  (indirect eligible amount) x 10% = $252,275.00**

|  | <u>**Budget**</u> | <u>**Indirect Eligible Amounts**</u> |
|---|---|---|
| Salaries and Wages | $1,416,913.82 | $1,416,913.82 |
| Fringe Benefits | $   274,925.29 | $   274,925.29 |
| Travel | $   148,637.50 | $   148,637.50 |
| Equipment | $            0.00 | $            0.00 |
| Supplies | $     24,200.00 | $     24,200.00 |
| Contractual | $   273,323.39 | $   273,323.39 |
| Other | <u>$ 2,039,470.00</u> | <u>$   384,750.00</u> |
| **TOTAL** | **$4,429,745.00** | **$ 2,522,750.00** |

| Match Funds | **Total – $40,000**<br>● **In-kind Match:** As a nonprofit serving historically underserved farmers in Kentucky, in the historically under-resourced Southeast region, OAK values the merits and commitments of its proposed partners and since there are a number of other small nonprofits and small businesses known for serving small and under-resourced farmers collaborating as partners on the project, out of consideration for their existing work and funding needs, OAK has <u>not</u> requested that they contribute in-kind support.<br>● <u>Bullhorn</u> commits $40,000 in-kind to the project as a match to their contract (215 hours at $185/hour = $40,000)<br>● Numerous corporate partners that are not receiving payment through the award for any activities are contributing labor hours to this project through advisory meetings and value chain development committee participation, demonstrating a commitment to the development of a climate-smart value chain.<br>● Since this Notice of Funding does not require Match funds, neither <u>University of Kentucky</u> nor <u>Kentucky State University</u> are allowed to contribute in-kind support to the project in an official capacity per their internal Office of Grants policies and yet the project will benefit significantly from the extensive resources these collaborators bring to technical assistance with Cooperative Extension Service, research and value chain development throughout the region. |
|---|---|

**J.A. 1329**

| | |
|---|---|
| | • Finally, since this project addresses an identified need by reaching historically underserved farmers (50%) and small farms (83%) in the southeast region, we ask that the suggested match and any related scoring, official or unofficial, be waived when considering this application. |

**J.A. 1330**

# ORGANIC ASSOCIATION OF KENTUCKY DECLARATION

# EXHIBIT 11-F

USCA4 Appeal: 25-1575    Doc: 55-3    Filed: 06/23/2025    Pg: 396 of 602

Docusign Envelope ID: D95C545A-3C58-4A54-8A7A-89B1218D2828
2:25-cv-02152-RMG    Date Filed 03/26/25    Entry Number 24-12    Page 185 of 220

NRCS-ADS-093



**U.S. Department of Agriculture**
**Natural Resources Conservation Service**

### NOTICE OF GRANT AND AGREEMENT AWARD

| 1. Award Identifying Number<br><br>NR233A750004G092 | 2. Amendment Number<br><br>0004 | 3. Award /Project Period<br><br>09/18/2023 - 08/31/2028 | 4. Type of award instrument:<br><br>Grant Agreement |
|---|---|---|---|

| 5. Agency (Name and Address)<br><br>USDA Partnerships for Climate-Smart Commodities<br>c/o FPAC-BC Grants and Agreements Division<br>1400 Independence Ave SW, Room 3236<br>Washington, DC 20250<br>Direct all correspondence to FPAC.BC.GAD@usda.gov | 6. Recipient Organization (Name and Address)<br><br>ORGANIC ASSOCIATION OF KENTUCKY INC<br>PO BOX 22244<br>LEXINGTON KY 40522<br><br>UEI Number / DUNS Number: KGLLLCALDLE4 / 061623272<br>EIN: |
|---|---|

| 7. NRCS Program Contact<br><br>Name: JEREMIAH BOWERS<br>Phone: (815) 942-0359<br>Email: jeremy.bowers@usda.gov | 8. NRCS Administrative Contact<br><br>Name: KENNETH James<br>Phone: (502) 219-7378<br>Email: Kenneth.James@usda.gov | 9. Recipient Program Contact<br><br>Name: Brooke Gentile<br>Phone: (502) 219-7378<br>Email: brooke@oak-ky.org | 10. Recipient Administrative Contact<br><br>Name: Natalie Rider<br>Phone: (502) 435-6384<br>Email: natalie@oak-ky.org |
|---|---|---|---|

| 11. CFDA<br><br>10.937 | 12. Authority<br><br>15 USC 714 et seq | 13. Type of Action<br><br>Amendment/Revision | 14. Program Director<br><br>Name: Brooke Gentile<br>Phone: (502) 219-7378<br>Email: brooke@oak-ky.org |
|---|---|---|---|

**15. Project Title/ Description:** Expands markets for climate-smart grass-fed lamb, grass fed beef, corn, soybeans, small grains, produce, dairy, agroforestry, and hemp in Kentucky and supports socially disadvantaged farmers.

**16. Entity Type:** M = Nonprofit with 501C3 IRS Status (Other than Institution of Higher Education)

**17. Select Funding Type**

| Select funding type: | ☒ Federal | ☒ Non-Federal |
|---|---|---|
| Original funds total | $4,429,745.00 | $40,000.00 |
| Additional funds total | $310082.15 | $0 |
| Grand total | $4,739,827.15 | $40,000.00 |

**18. Approved Budget**

| Personnel | $1,428,367.27 | Fringe Benefits | $320,774.02 |
|---|---|---|---|
| Travel | $143,199.70 | Equipment | $0.00 |
| Supplies | $23,612.27 | Contractual | $154,600.00 |
| Construction | $0.00 | Other | $2,285,396.10 |
| Total Direct Cost | $4,355,949.37 | Total Indirect Cost | $383,877.78 |
| | | Total Non-Federal Funds | $40,000.00 |
| | | Total Federal Funds Awarded | $4,739,827.15 |
| | | Total Approved Budget | $4,779,827.15 |

This agreement is subject to applicable USDA NRCS statutory provisions and Financial Assistance Regulations. In accepting this award or amendment and any payments made pursuant thereto, the undersigned represents that he or she is duly authorized to act on behalf of the awardee organization, agrees that the award is subject to the applicable provisions of this agreement (and all attachments), and agrees that acceptance of any payments constitutes an agreement by the payee that the amounts, if any, found by NRCS to have been overpaid, will be refunded or credited in full to NRCS.

| Name and Title of Authorized Government Representative<br><br>Katina Hanson<br>Acting Senior Advisor for Climate-Smart Commodities | Signature | KATINA HANSON | Digitally signed by KATINA HANSON Date: 2024.12.30 10:29:51 -06'00' | Date |
|---|---|---|---|---|
| Name and Title of Authorized Recipient Representative<br><br>Brooke Gentile<br>Executive Director | Signature | DocuSigned by: Brooke Gentile DC5D11682F0C4F6... | | Date 1/1/2025 |

## NONDISCRIMINATION STATEMENT

The U.S. Department of Agriculture (USDA) prohibits discrimination in all its programs and activities on the basis of race, color, national origin, age, disability, and where applicable, sex, marital status, familial status, parental status, religion, sexual orientation, genetic information, political beliefs, reprisal, or because all or a part of an individual's income is derived from any public assistance program. (Not all prohibited bases apply to all programs.) Persons with disabilities who require alternative means for communication of program information (Braille, large print, audiotape, etc.) should contact USDA's TARGET Center at (202) 720-2600 (voice and TDD). To file a complaint of discrimination write to USDA, Director, Office of Civil Rights, 1400 Independence Avenue, SW., Washington, DC 20250-9410 or call (800) 795-3272 (voice) or (202) 720-6382 (TDD). USDA is an equal opportunity provider and employer.

## PRIVACY ACT STATEMENT

The above statements are made in accordance with the Privacy Act of 1974 (5 U.S.C. Section 522a).

**J.A. 1333**

USCA4 Appeal: 25-1575    Doc: 55-3    Filed: 06/23/2025    Pg: 398 of 602

Docusign Envelope ID: D95C54BA-3C58-4A54-8A7A-89B1218D2828
2:25-cv-02152-RMG    Date Filed 03/26/25    Entry Number 24-12    Page 187 of 220

## Statement of Work
Please note that any narrative below should be considered in addition to the original Statement of Work, as well as any prior amendments.

**Purpose**

This amendment adds funds to this Partnerships for Climate-Smart Commodities grant as indicated in the Notice of Award and as authorized by the Under Secretary for Farm Production and Conservation to accommodate budget increases needed for technical assistance and outreach; enrolling producers who have limited access to markets; expanding climate-smart markets; providing additional reporting assistance; other items justified to expand benchmarks within the grant; or any associated administrative costs resulting from the increased funding and application of the updates to the 2 CFR 200 regulation.

This amendment also:
• Replaces the General Terms and Conditions with the most current version.
• Add practices (336, Soil Carbon Amendment and 666, Forest Stand Improvement) in accordance with the revised Climate-Smart Practices as Limitations.
• Updates benchmarks in accordance with the revised Benchmarks Table.


Except as provided herein, all other terms and conditions of the original agreement and any previous amendments remain unchanged and in full force and effect.

**Objectives**


There are no changes to this section.

**Budget Narrative**

The official budget summarized below and described in the attached Budget Narrative REV_20241219 will be considered the total budget as last approved by the Federal awarding agency for this award.
Amounts included in this budget narrative are estimates. Reimbursement or advance liquidations will be based on actual expenditures, not to exceed the amount obligated.

TOTAL BUDGET $ 4,779,827.15

TOTAL FEDERAL FUNDS $ 4,739,827.15
PERSONNEL $ 1,428,367.27
FRINGE BENEFITS $ 320,774.02
TRAVEL $ 143,199.70
EQUIPMENT $0
SUPPLIES $ 23,612.27
CONTRACTUAL $ 154,600.00
CONSTRUCTION n/a
OTHER $ 2,285,396.10 (includes $1,825,000 of PRODUCER INCENTIVES)
TOTAL DIRECT COSTS $ 4,355,949.37
INDIRECT COSTS $ 383,877.78

TOTAL NON-FEDERAL FUNDS $40,000.00


PERSONNEL $ 0
 FRINGE BENEFITS $0
TRAVEL $ 0
 EQUIPMENT $0
SUPPLIES $ 0
CONTRACTUAL $0
CONSTRUCTION $0
 OTHER $ 40,000.00
TOTAL DIRECT COSTS $ 40,000.00
INDIRECT COSTS $ 0

**J.A. 1334**

Recipient has elected to use the de minimis indirect cost rate on the federal share of funds in Year 1 and has a NICRA of 16.81% to be used Years 2-5. The recipient waives indirect costs on the non-federal share of funds.

---

**Responsibility of the Parties**

There are no changes to this section.

---

**Expected Accomplishments and Deliverables**

There are no changes to this section.

---

**Resources Required**

There are no changes to this section.

---

**Milestone**

There are no changes to this section.

**GENERAL TERMS AND CONDITIONS**

Please reference the below link(s) for the General Terms and Conditions pertaining to this award:
https://www.fpacbc.usda.gov/about/grants-and-agreements/award-terms-and-conditions/index.html

Revised Attachments:
Budget Narrative_REV_20241219
Benchmarks Table_REV_20241031
Climate Smart Practices List and Limitations_REV_20241031

There are no other changes to the award attachments from the original agreement or any prior amendments.

Additional Provisions

ANTI-HARASSMENT
USDA will not tolerate harassment or assault within the agency or at awardee organizations, field sites, or anywhere USDA programs are conducted.  Individuals can notify USDA of concerns about harassment affecting an FPAC-funded project.  The person who reports the concern will receive an automated response acknowledging receipt.  Notification may be done anonymously.

If threatened or assaulted, individuals need to immediately try to remove themselves from the assault/threat and contact 911 once you are able to.  Once the situation is safe, notify the USDA-Farm Production and Conservation (FPAC) Homeland Security Division at FPAC-PhysicalSecurity@usda.gov and either your supervisor (USDA employees) or the appropriate USDA program contact (contractors and cooperators).

The USDA established the Anti-Harassment Program to prevent workplace harassment, any form of unwelcome, persistent, and unsolicited verbal, non-verbal, written, or physical conduct that is offensive and could alter the affected individual's terms and conditions of employment and mitigate harm to any employee subjected to conduct that is or could develop into harassment or bullying.  FPAC employees, contractors, volunteers, and those under formal partnership agreements performing work on behalf of USDA with FPAC, may report harassment matters to sm.fpac.anti-harassmentcomplaints@usda.gov.

USCA4 Appeal: 25-1575    Doc: 55-3    Filed: 06/23/2025    Pg: 401 of 602

Docusign Envelope ID: D95C549A-3C58-4A54-8A7A-89B121BD2828
2:25-cv-02152-RMG    Date Filed 03/26/25    Entry Number 24-12    Page 190 of 220

Budget Narrative_2024103

**Farmers and Buyers Growing Climate Solutions: Greenhouse Gas Reduction Incentive Program (GGRIP) for Small and Historically Underserved Farms**

**Organic Association of Kentucky (OAK)**

**Updated 10/31/2024**

**Budget Narrative**                     **USDA-NRCS-COMM-22-NOFO0001139**

| Description | Details/Justification |
|---|---|
| **Federal Total** | **$4,739,827.15** |

USCA4 Appeal: 25-1575    Doc: 55-3    Filed: 06/23/2025    Pg: 402 of 602

Docusign Envelope ID: D95C54BA-3C58-4A54-8A7A-89B1218D2828
2:25-cv-02152-RMG    Date Filed 03/26/25    Entry Number 24-12    Page 191 of 220

Budget Narrative_2024103

| Personnel – Salaries / Wages | **Personnel - Salaries/Wages: Total – $1,428,367.27**<br><br>OAK will manage the project, coordinating the work of the partners along with providing outreach, educational, technical assistance and value chain development for the project through its experienced staff. OAK staff contributing to the project have over 55 years of combined experience providing farmer education, technical assistance, local food value chain development and project management. Base salaries provided are for year 1 and total funds requested are calculated on the percentage of full time equivalent allocated to the project and include a 5% annual salary escalation. The original Budget Narrative included detailed information on anticipated staff, and salaries. Salaries of three personnel positions have been adjusted to reflect current base salaries. Base salaries reflect actual salaries at the start of the project.<br><br>**Brooke Gentile - Project Director - Executive Director** will provide oversight of the project, conduct technical assistance activities, review partner activities and ensure timely reporting. She will be accountable for ensuring that all project activities are carried out in a timely, cost efficient and responsible manner. Mrs. Gentile will approve the annual work plans for the project, including the work of project staff, subawards and contractors. She is responsible for the submission of required reports, development of record-keeping templates and confirmation of tracking project progress. She has intimate knowledge of the Global Farm Metric - Farm Sustainability Assessment Tool having worked on its adaptation for the past year and she will participate on the GFM-FSAT Advisory Committee. She also has close relationships with all value chain partners and will provide staff leadership for Value Chain Advisory Committee and buyer commitments. Mrs. Gentile will serve as a member of the "USDA Partnerships for Climate-Smart Commodities Learning Network" sharing lessons learned in ways that can inform USDA's future activities. Mrs. Gentile brings 20 years of experience working with farmers and developing local food systems to the project and has abundant experience managing federally-awarded grants and reporting on impact. |
| --- | --- |

| Salary | % effort | Project Duration | Federal Total |
| --- | --- | --- | --- |
| $85,000 | 37% | 60 months | $173,781.10 |

**Natalie Rider - Assistant Director** will be responsible for updating and ensuring project work plans are being followed and record keeping templates are being updated by project staff. She will oversee activities of project staff and ensure all project progress is tracked and will report to the Executive Director. Ms. Rider will serve as the project staff lead on all activities for climate-smart value chain coordination and is responsible for scheduling Climate-Smart Value Chain Advisory Committee Meetings and supporting the activities of the partners, coordinating Grower and Buyer Meet Ups with project partners and stewarding and tracking additional regional buyer relationships that emerge as a result of this project. Ms. Rider has prior

2

experience managing multi-million dollar federal contracts and stewarding grant programs with collaborative stakeholders.

| Salary | % effort | Project Duration | Federal Total |
|--------|----------|------------------|---------------|
| $65,000 | 40% | 60 months | $143,666.41 |

**Leigh Cocanougher - PCSC Project Coordinator** will direct the farmer-oriented activities of the project. This new position will be responsible for following the annual plan of work and facilitating the timely completion of activities. This position will develop project communications for the public and coordinate all enrolled-farmer communications. As administrative lead on farmer intake, they will organize connecting Soil Health Specialists with enrolled farmers and provide technical assistance to farmers as they complete the GFM-FSAT. They will work with Soil Health Specialists to co-host 10 farmer events to support the Regional Climate-Smart Knowledge Exchange (RCSKE) for the farmer community of practice. This person will assist the Farmer Education Program Manager in coordinating and staffing all farmer education events, and receive and respond to initial inquiries about the project. Reports to Associate Director and Executive Director.

| Salary | % effort | Project Duration | Federal Total |
|--------|----------|------------------|---------------|
| $55,000 | 100% | 60 months | $303,909.72 |

**Marissa Arnoldussen - Soil Health Specialist #1** will implement an integrated program designed to increase adoption of climate-smart practices to improve soil health management systems with farmers across Kentucky. This new and yet to be filled position will require candidates to have a M.S. with experience and relevant degrees include agronomy, soil science, soil conservationist, or similar discipline. The Specialist will have high organizational, written and oral communication skills and effective interpersonal skills with an ability to communicate results to diverse farmer stakeholders. Specialists must have a working knowledge of soil health management systems, associated conservation practice standards and activities used by the project, ability to evaluate soil health in the field, interpret soil test results and make recommendations to producers to improve management practices. This position will deliver on-farm, one-on-one technical assistance with ~~75~~ 30 enrolled farmers, visiting each farm ~~once~~ every year. Specialists will assist farmers in taking soil samples and interpreting results, and then they will develop Soil health Management Plans for farmers, aimed at reducing GHG emissions. Specialists will be comfortable using COMET - Planner to compliment initial assessment and soil test results. The Specialist will return to the farm annually to verify practice implementation. Specialists can also make referrals to NRCS Kentucky, Kentucky Division of Forestry and other partners, and assist farmers in preparing for Organic Certification when relevant. This position will report to the Associate Director and work closely with the PCSC Project Coordinator regarding direct technical assistance with enrolled farmers. This position will collaborate with the Research Manager to report on GFM-FSAT performance. This position will support the Farmer Education Program Manager by attending

USCA4 Appeal: 25-1575    Doc: 55-3    Filed: 06/23/2025    Pg: 404 of 602

Docusign Envelope ID: D95C54BA-3C58-4A54-8A7A-89B1218D2826    2:25-cv-02152-RMG    Date Filed 03/26/25    Entry Number 24-12    Page 193 of 220

Budget Narrative_2024103

Field Days and Workshop to engage with farmer participants. Over the past 6 years OAK has led professional development trainings for agricultural professionals and has cultivated a cohort of 45 experts who are well-positioned to succeed in this position. This position will be posted with a regionally competitive salary and we anticipate a field of strong candidates.

| Salary | % effort | Project Duration | Federal Total |
|--------|----------|------------------|---------------|
| $55,000 | 100% | 60 months | $303,909.72 |

**Soil Health Specialist #2** will have the same position requirements and responsibilities as the Soil Health Specialist #1 above and work as a highly collaborative team. This position will also work with 30 enrolled farmers (50% of those enrolled each year) to provide one-on-one on-farm technical assistance.

| Salary | % effort | Project Duration | Federal Total |
|--------|----------|------------------|---------------|
| $55,000 | 100% | 51 months | $259,972.54 |

**Annie Woods - GFM-FSAT Research ~~Coordinator~~ Manager** will be responsible for leading the adaptation of the Global Farm Metric - Farm Sustainability Assessment Tool to be used in the United States. Ms. Woods has expert knowledge of the GFM-FSAT framework, the peer-reviewed literature used for benchmarking and formulas used on the backend of the tool for scoring and has been working on the project to adapt the tool for the past year. As a research ecologist of 10 years and successful farmer of 10 years she brings a critical understanding to the project, knowing that assessments must provide a useful tool to farmers while also offering powerful marketing data. Annie will provide technical assistance to farmers completing the GFM-FSAT throughout the project. She already has a close working relationship with GFM-FSAT Advisory Committee members and will serve as the lead staff person working with the advisors from University of Kentucky and Kentucky State University to fine tune the tool, ensuring it is grounded in current peer-reviewed literature and held to high standards for soil testing verification. Woods will collaborate with the web developer on the creation of the online GFM-FSAT graphic user interface and required functionality; run data queries for aggregators, buyers and support data profiles for the value chain committee.

| Salary | % effort | Project Duration | Federal Total |
|--------|----------|------------------|---------------|
| $55,000 | 50% | 60 months | $151,954.86 |

**Jenny Howard Owen - Farmer Education ~~Coordinator~~ Program Manager** has 25 years of experience developing and implementing agriculture and environmental education programs for adults. Her approach is grounded in scientific literature, focuses on peer-to-peer learning and offers hands-on learning that supports farmers to shift mental models required for long-term management change. Ms. Owen will develop and lead farmer education programs for the project with invited farmer and workshops speakers including Field Days (3-4 each year of the project = 18 total) and Workshops (5 total). She will also collaborate with project staff on outreach for the project through

4

J.A. 1340

USCA4 Appeal: 25-1575    Doc: 55-3    Filed: 06/23/2025    Pg: 405 of 602

Docusign Envelope ID: D95C54BA-3C58-4A54-8A7A-89B121BD2826    2:25-cv-02152-RMG    Date Filed 03/26/25    Entry Number 24-12    Page 194 of 220

Budget Narrative_2024103

OAK's monthly farmer e-newsletter, support the emerging farmer community of practice for climate-smart agriculture and promote the project through community outreach events she regularly attends in her network-building role with OAK's farmer programs.

| Salary | % effort | Project Duration | Federal Total |
|--------|----------|------------------|---------------|
| $55,000 | 30% | 60 months | $91,172.92 |

5

**J.A. 1341**

Budget Narrative_2024103

| Fringe Benefits | **Fringe Benefits Total – $320,774.02** |
|---|---|
| | OAK's fringe benefit calculation is based on an average 22.46% of salary and includes costs of leave, employee insurance, federal and state taxes, compensation fringe benefits, unemployment and workers compensation insurance, excluding those in CFR 200.447(d)(1) and (2). Line item fringe benefits were included in the original Budget Narrative and cost for individual staff are included below. Fringe increases reflect actual and anticipated costs. |

<div style="margin-left:2em">

|  | **Federal Total** |
|---|---|
| ● Executive Director ( 37% FTE) | $39,026.70 |
| ● Associate Director (40% FTE) | $32,263.73 |
| ● PCSC Project Coordinator (100% FTE) | $68,250.19 |
| ● Soil Health Specialist 1(100% FTE) | $68,250.19 |
| ● Soil Health Specialist 2 (100% FTE) | $58,383.05 |
| ● Research ~~Coordinator~~ Manager (50% FTE) | $34,125.10 |
| ● Farmer Education Manager (30% FTE) | <u>$20,475.06</u> |
| ● **TOTAL** | **$320,774.02** |

</div>

6

USCA4 Appeal: 25-1575    Doc: 55-3    Filed: 06/23/2025    Pg: 407 of 602

Docusign Envelope ID: D95C54BA-3C53-4A54-8A7A-89B121BD2828
2:25-cv-02152-RMG    Date Filed 03/26/25    Entry Number 24-12    Page 196 of 220

Budget Narrative_2024103

| Travel | **TRAVEL Total – $ 143,199.70** |
|---|---|

OAK follows federal rates and guidelines for travel expenses and does not have a separate travel policy. Mileage reimbursement travel rates have been updated below for OAK based on current IRS mileage reimbursement rate. Travel type, expense and related personnel was included with the original Budget Narrative.

**Local mileage** is estimated at 3,109.17 miles/month average for the project @ $0.67/mile per IRS reimbursement rate for 60 months = $124,988.50. Estimated round trip travel for farm visits and education programming is based on the past decade of actual travel-related program expenses. Local mileage is reduced due to a delayed start for one staff position.

**Local hotels** are estimated at $150/night for 15 nights = $2,250.

**DC Travel** was included below in original Budget Narrative under Executive Director Travel with airfare, per diem and hotels totaling $15,961.20 (detail below).

All Travel is detailed below by salaried position:

- Soil Health Specialist 1 local travel: $46,763.75 total
  - Calculated at $0.67 per mile throughout the primary service area to:
    - Visit 74 farms annually x 175 miles round trip each x $0.67/mile = $8,676.50 annually ($43,382.50 for 5 years)
    - 4 project field day events annually x 175 miles round trip each x $0.67/mile = $469 annually ($2,345 for 5 years)
    - 1 project workshop annually x 175 miles round trip x $0.67 = $117.25 annually ($586.25 for 5 years)
  - Hotel room for field work when overnights are required 3 nights total during project @ $150/night =$450

- Soil Health Specialist 2 local travel: $39,107.75 total
  - Calculated at $0.67 per mile throughout the primary service area to:
    - Visit 15 farms x 175 miles round trip x $0.67 = $1,758.75 in Year 1 and 74 farms annually in Years 2-5 x 175 miles round trip each x $0.67/mile = $8,676.50 annually ($34,704 for 4 years)
    - 4 project field day events annually x 175 miles round trip each x $0.67/mile = $469 annually ($1,876 for 4 years)
    - 1 project workshop annually x 175 miles round trip x $0.67 = $117.25 annually ($469 for 4 years)
  - Hotel room for field work when overnights are required 2 nights total during project @ $150/night = $300

7

**J.A. 1343**

USCA4 Appeal: 25-1575    Doc: 55-3    Filed: 06/23/2025    Pg: 408 of 602

Docusign Envelope ID: D95C54BA-3C53-4A54-8A7A-89B121BD2828
2:25-cv-02152-RMG    Date Filed 03/26/25    Entry Number 24-12    Page 197 of 220

Budget Narrative_2024103

- PCSC Project Coordinator local travel: $15,406.25 total
  - Calculated at $0.67 per mile throughout the primary service area to:
    - Visit 20 farms annually x 175 miles round trip each x $0.67/mile = $2,345 annually ($11,725 for 5 years)
    - 4 project field day events annually x 175 miles round trip each x $0.67/mile = $469 annually ($2,345 for 5 years)
    - 5 project workshop annually x 175 miles round trip x $0.67 = $117.25 annually ($586.25 for 5 years)
  - Hotel room for workshop 1 night a year @ $150/night x 5 years = $750

- Executive Director travel: $21,823.70 total
  - Local travel is calculated at $0.67 per mile throughout the primary service area for a total of $5,862.50:
    - visit 5 farms annually x 175 miles round trip each x $0.67/mile = $586.25 annually ($2,931.25 for 5 years)
    - 4 project field day events annually x 175 miles round trip each x $0.67/mile = $469 annually ($2,345 for 5 years)
    - 1 project workshop annually x 175 miles round trip x $0.67 = $117.25 annually ($586.25 for 5 years)
  - Travel to Washington DC (included in original and highlighted for emphasis) twice each year for participation in USDA Partnership Network Meetings based on current commercially available airfare average and in accordance with OAK Travel Policy and U.S. federal government policy at U.S. General Services Administration recommendations for Washington DC (www.gsa.gov/travel) for total DC travel over 5 years = $15,961.20
    - Airfare $650 x 2 times a year = $1,300 each year ($6,500 for 5 years)
    - Hotel lodging for 3 nights per meeting x 2 times a year @ $220/night = $1,320 each year ($6,600 for 5 years)
    - Per Diem for meals and incidentals 2 full days @ $79.18/day + 2 travel days @ $63.88/day x 2 trips = $572.24 each year ($2,861.20 for 5 years)

- Associate Director: $5,862.50 total
  - Local travel is calculated at $0.67 per mile throughout the primary service area to:
    - visit 5 farms annually x 175 miles round trip each x $0.67/mile = $586.25 annually ($2,931.25 for 5 years)
    - 4 project field day events annually x 175 miles round trip each x $0.67/mile = $469 annually ($2,345 for 5 years)

8

J.A. 1344

USCA4 Appeal: 25-1575    Doc: 55-3    Filed: 06/23/2025    Pg: 409 of 602

Docusign Envelope ID: D95C54BA-3C52-4A54-8A7A-89B121BD2828
2:25-cv-02152-RMG    Date Filed 03/26/25    Entry Number 24-12    Page 198 of 220

Budget Narrative_2024103

- 1 project workshop annually x 175 miles round trip x $0.67 = $117.25 annually ($586.25 for 5 years)

- <u>GFM-FSAT Research Manager</u>: $8,207.50 total
  - Local travel is calculated at $0.67 per mile throughout the primary service area to:
    - visit 10 farms annually x 175 miles round trip each x $0.67/mile = $1,172.50 annually ($5,862.50 for 5 years)
    - 4 project field day events annually x 175 miles round trip each x $0.67/mile = $469 annually ($2,345 for 5 years)

- <u>Farmer Education Program Manager</u>: $6,028.25 total
  - Local travel is calculated at $0.67 per mile throughout the primary service area to:
    - 4 project field day events annually x 2 farm visits each x 175 miles round trip each x $0.67/mile = $938 annually ($4,690 for 5 years)
    - 1 project workshop annually x 175 miles round trip x $0.67 = $117.65 annually ($588.25 for 5 years)
  - Hotel room for workshop 1 night a year @ $150/night x 5 years = $750

9

**J.A. 1345**

Budget Narrative_2024103

| Equipment | Not applicable Total - $0 |
|-----------|---------------------------|

**J.A. 1346**

| Supplies | **Supplies Total – $ 23,612.27** |
|---|---|
| | **Chemets Dissolved Oxygen Water Test Kit and Ampules** for the Soil Health Specialist or Farmer to test on-farm water quality as part of the GFM-FSAT annual assessment. |

**Supplies Total – $ 23,612.27**

**Chemets Dissolved Oxygen Water Test Kit and Ampules** for the Soil Health Specialist or Farmer to test on-farm water quality as part of the GFM-FSAT annual assessment.
- Total $2,394 for Chemets Dissolved Oxygen supplies over 5 years provides two surface water sampling supplies for participating farms each year.
  - 1 test ampules @ $1.60 each x 990 ampules = $1,584 over 5 years.
  - 9 test kits with graded comparator that expires after 2 years. 9 x $90 = $810 for 5 years

**Computing devices for 4 staff.** As a state-wide non-profit organization OAK does not have a brick and mortar office, all employees work from home offices and require computers and printers to carry out essential work for this project to be successful. Related computer equipment is required for the three full time staff allocating 100% of time to this project (PCSC Project Coordinator, Soil Health Specialist 1 and Soil Health Specialist 2). And a fourth laptop, monitor and printer has been added to this updated Budget Narrative as the computing device is required for the Research Coordinator allocating 50% FTE to the project and playing a foundational role in providing technical assistance to farmers filling out the online farm sustainability assessment tool.
- Laptop Computers @ $1,500 each x 4 employees = $6,000
  - Estimate is for Dell Vostro 7510 + extended warranty with non-profit bulk discount applied.
  - OAK already has a multi user Microsoft Office license with no annual fee, for these new computers.
- Dual Monitors are required for home offices @ $250 each x 4 employees = $1,000.
- Printers are required for home offices @ $300 each x 4 employees = $1200.
- Computers, monitors and printers total: $8,200.

**General Office Supplies** including items such as printer paper and printer ink cartridges for all staff on the project, binders for enrolled farmers: $40/month x 60 months = $2,400 for the project.

**Printing:** Hard copies of the welcome packet are provided to each enrolled farmer. Climate-Smart Practice Fact Sheets will be developed by OAK's Soil Health Specialists in partnership with project advisors at collaborating Land Grant Universities and NRCS to be used as outreach for this project and through partner networks. Fact sheets highlight existing practice standards, are available on the project website and are shared with all enrolled farmers and farmers attending educational and outreach events. Fact sheets will be reviewed by OAK staff on the project. Hard copies of resources are also provided at each

Field Day (4 x year) and Workshop (1 x year) and each Grower & Buyer Meet Up event (1x year). The project will distribute an estimated 8,000 pages of information each year @ $0.25 each page for $2,000 annually ($10,618.27 total over 5 years calculated with a 3% annual increase to adjust for inflation).

J.A. 1348

USCA4 Appeal: 25-1575    Doc: 55-3    Filed: 06/23/2025    Pg: 413 of 602

Docusign Envelope ID: D95C54BA-3C58-4A54-8A7A-89B1218D2826
2:25-cv-02152-RMG    Date Filed 03/26/25    Entry Number 24-12    Page 202 of 220

Budget Narrative_2024103

| Contractual | **Contractual Total – $154,600** |
|---|---|
| | **CONTRACTS** |

- **Data and Technology Consultant for online Farm Sustainability Assessment Tool** - **$77,100** to create a database for project data collection, including the online GFM-FSAT. OAK will pursue a vendor with a high level of experience in web-based solutions for agricultural sustainability and value chain coordination. OAK will procure these services following federal procurement regulations in Year 2 and will identify end-product specifications according to guidance from advisory committees and market research. Using cloud database tools instead of building a stand alone website and database reduces the expense of this activity.

  The majority of work will be completed in Year 2 with maintenance and complementary development in Years 3-5. *Discovery and Analysis:* Review the working prototype and audit the depth of data-points, entry fields and calculations to determine essential data that can be used to create a farm "account" and what types of communication models may be needed to store and transfer data back to the user. *Solutions Architecture:* Determine how/if other APIs fit into place for data-sending (including and not limited to COMET Tools), communications and any particular security needs the platform may require by external specification. *Phase 1: Graphic User Interface:* The project's visual markup phase includes creating fields, forms and dashboards in a cloud-based database platform; followed by testing and debugging. *Phase 2: Database:* The website will use generic "scaffolding" to build interactive online forms for the GFM-FSAT. This includes: database design the salient points of data-collection; database build for primary functions for creating accounts and user dashboards; database functionality and security for storing submitted data; and database testing and debugging. *Phase 3: GUI + Database Connection:* Connect and implement the GUI and database. GUI + Database configure queries to create visual reports with farm data and aggregated farm data. Testing and debugging. *Phase 4: API Connection:* Design tasks to work with known APIs when possible, explore sending data to COMET Tools; Build functions that send data to known APIs.
  - **Total**            **$77,100**

- **Educator Expense: $27,500 contracted expert speakers.** These invited workshop facilitators have yet to be determined, and contract prices are based on prior experience and anticipated going rates for Ray Archeulta, Lindsey Rebhan, Reginaldo Hasslett-Marroquin, Rick Clark and agroforestry experts from the Savannah Institute. Day-long workshops will provide advanced learning opportunities for 50-100

farmers at each event on climate-smart practices including: Reduced Tillage and No-Till; Annual and Perennial Cover Cropping; Agroforestry; Silvopasture; Soil Fertility Budgets with Integrated Crop Livestock Systems; Market for Cooperatives; Strategies for Aggregation and Unified Climate Metrics. One invited workshop facilitator each year having an estimated speaker fee @ $5500 x 5 years = $27,500

- **Technical Assistance Grazing and Agroforestry Experts: $50,000.** The project will contract with known expert forage and grazing specialists, including Greg Brann, a retired NRCS - Tennessee agent. Technical experts will work with select farmers to complete farm visits and to develop management plans for specific practices such as 528 Prescribed Grazing and 512 Pasture and Hay Planting, and other practices relevant for livestock systems and pasture development. The project will contract with known expert agroforesters to work with select farmers to complete farm visits and to develop management plans for specific practices such as 381 Silvopasture, 422 Hedgerow Planting, 612 Tree/Shrub Establishment, 331 Alley Cropping and others. Contractor expense varies by farmer client location and scope of operation, and is estimated at $2,000 per farm (estimated at 292.08 miles round trip for a farm visit x $0.67 = $195.70 mileage plus 19 hours x $80/hour = $1,520 for contractor hours required for travel, farm visit and plan development per farm, with a total of 25 farms during the project ($50,000 over 4 years of the project)

14

**J.A. 1350**

USCA4 Appeal: 25-1575    Doc: 55-3    Filed: 06/23/2025    Pg: 415 of 602

Docusign Envelope ID: D95C54BA-3C58-4A54-8A7A-89B121BD2828    2:25-cv-02152-RMG    Date Filed 03/26/25    Entry Number 24-12    Page 204 of 220

Budget Narrative_2024103

| Construction | Not applicable - Total: $0 |
|---|---|

**J.A. 1351**

USCA4 Appeal: 25-1575     Doc: 55-3     Filed: 06/23/2025     Pg: 416 of 602

Docusign Envelope ID: D95C54BA-3C53-4A54-8A7A-89B1218D2828
2:25-cv-02152-RMG     Date Filed 03/26/25     Entry Number 24-12     Page 205 of 220

Budget Narrative_2024103

| Other | **Other Total - $2,285,396.10** |
|---|---|

**SUBAWARDS**
**Subawards Total - $ 329,720.00**
Subaward ceilings will remain the same and subawardees have been instructed to assume 15% indirect on applicable costs upon approval of this budget adjustment and will manage their budgets within the original ceiling.

- **Bullhorn - $40,000 total contract for branding and marketing assets.** Updated for Budget Narrative: Bullhorn's participation in the project is central to the marketing and branding assets for the Value Chain, will span the entire project and comes with significant in-kind contributions to the project ($40,000 - see in-kind category below in Budget Narrative). For these reasons and because Bullhorn will make no profit from this partnership, they have been moved to this Subaward category. With 11 years of naming, branding and full asset marketing experience, the firm is a Certified B Corp with committed values in sustainability and community. Bullhorn's creative team will work with the Value Chain Advisory Committee, partners and host focus groups to develop the public facing brand for the project's climate-smart commodities to be used in print and digital marketing materials. $185/hour for services.
  - Discovery: 13.5 hrs x $185/hr (Year 1)          $ 2,500
  - Focus groups: 54 hrs x $185/hr (Year 1 & 2)    $10,000
  - Language, typography, logo:
    67.6 hrs x $185/hr (Year 1 & 2)                $12,500
  - Development of media assets:
    54 hrs x $185/hrYear 2                              $10,000
  - Digital design online GFM-FSAT Year 1          $ 5,000
  - **TOTAL:**                                          **$40,000**

- **Four Hills Farm - $53,097.00 subaward** for farmer outreach and climate-smart value chain development as an aggregator and supplier of grass-fed lamb to Whole Foods Market. Four Hills Farm currently raises lamb and also sources from 12 other farms with high grazing and animal welfare standards to sell over 2,000 lambs annually with planned expansion over the next 5 years. Jim Mansfield, founder and co-owner, will serve on the project's climate-smart Value Chain Advisory Committee, participate as a farm using the GFM-FSAT, and provide on-farm support to farmers in his network by traveling to farms twice each year of the project and consulting on grazing management plans. Fringe was included in the original Budget Narrative.
  - Personnel: $75,000 x 10% FTE x 5 years          $37,500
  - Fringe Benefits: $7,500 x 10% FTE x 5 years    $ 3,750
  - Travel 4,050 miles x $0.585 x 5 years            $11,847
  - **TOTAL:**                                          **$53,097**

16

**J.A. 1352**

Budget Narrative_2024103

- **Kentucky Center for Rural and Agricultural Development (KCARD)** - **$ 47,840.00 subaward** for farmer outreach, climate-smart value chain development and business planning support for enrolled farmers. Fringe Benefits were included in the original Budget Narrative.
  - Ali Hulett, KCARD Local Food Project Coordinator, to participate in Advisory Committee for the project, coordinate value chain producer-market connections and provide support for grower-buyer events.
    - Personnel: 13% of 1 FTE (800 hours/5 years) = $23,170
    - Fringe Benefits 16.53% : $3,830
  - Logan Crawford, KCARD Business Development Specialist, to provide business development support for farmers participating in the project.
    - Personnel: 4% of 1 FTE (240 hours/5 years) = $6,885
    - Fringe Benefits 26.27% : $1,809
  - Hannah Mallett, KCARD Business Development Assistant, to provide business development support for farmers participating in the project.
    - Personnel: 4% of 1 FTE (240 hours/5 years) = $5,548
    - Fringe Benefits 19.45% : $1,079

  - Personnel Total       $35,603
  - Fringe Benefits Total     $ 6,718
  - Travel at 2,000 miles @ .585 per mile $ 1,170
  - Indirect @ de minimis 10%   $ 4,349
  - **TOTAL:**        **$47,840**

- **Kentucky State University** - **$65,140.00 subaward** for Dr. Shawn Lucas to partner on farmer outreach to historically underserved farmers through Kentucky's 1890 land grant institution and liaison with KSU Extension for the project. Salary expenses cover the cost of advising on the project and Extension outreach from Dr. Shawn Lucas, Assistant Professor Organic Agriculture. Dr. Lucas serves on the GFM-FSAT Advisory Committee ensuring the tool assessment stands up to current scientific literature, assists in reviewing trends in soil test results collected by the project and ensures that underserved and minority-focused institutions like KSU are involved in adopting and verifying climate-smart production practices. Local travel is required for extension and outreach to farmers for farm visits, workshops and field days related to the project. Materials and supplies are needed for outreach, from Extension worksheets to supplies for soil sampling demonstrations and fact sheets on benefits of adopting climate-smart practices. Fringe Benefits included in the original Budget Narrative.
  - Personnel: Shawn Lucas 7% FTE  $26,775
  - Fringe 40%: Shawn Lucas    $10,710

17

**J.A. 1353**

Docusign Envelope ID: D95C54BA-3C58-4A54-8A7A-89B1218D2828

Budget Narrative_2024103

- ○ Travel: 2,564 miles annually @ $0.585/mile $ 7,500
- ○ Supplies: outreach materials @ $1,250/year
  for years 1-4                              $ 5,000
- ○ Publication costs                         $ 1,500
- ○ Indirect costs $2,731/year for 5 years
  (51% of allowable funds - faculty salary - see KSU current
  NICRA agreement in attachments)            $13,655
- ○ **TOTAL:**                                **$65,140**

- **Sustainable Food Alliance - $25,280.00 subaward** for Adele Jones, Deputy Director and Dr. Richard Kipling, Director of Research.
  - ○ Adele Jones - Deputy Director brings 15 years of experience working in local food systems and true cost accounting of agricultural systems. Ms. Jones has spearheaded the development of the Global Farm Metric framework, works with an international team of researchers and practitioners to ensure on-farm sustainability measures have global relevance and has been an invited speaker at The Conference of the Parties (COP) and United Nations. She is a geographer and soil scientist by training.
    - ■ Personnel $87,500 x 1.5% FTE x 5 years $ 6,836
    - ■ Fringe 28%                              $ 1,914
    - ■ Travel airfare @ 1,200 each x 5 years   $ 6,000
    - ■ Travel car rental
      $50/day x 4 days x 5 years                $ 1,000
    - ■ Travel Per Diem:
      $55/day x 2 + $74/day x 4 x 5 years       $ 2,030
  - ○ Dr. Richard Kipling - Director of Research manages ongoing research on the Global Farm Metric and works collaboratively with domestic and international teams to evolve the framework. Dr. Kipling's research focuses on environmental co-benefits of sustainable farming practices and climate friendly livestock management.
    - ■ Personnel $62,500 x 2% FTE x 5 years   $ 5,860
    - ■ Fringe 28%                              $ 1,640
  - ○ **TOTAL:**                               **$25,280**

- **The Berry Center - $45,672.00 subaward** for Beth Douglass, Our Home Place Meat Project Director will allocate 11.42% FTE of her time to this project over 5 years. She currently works with 15 farmers raising grass-fed beef and coordinates the marketing of finished products to over 45 retailers with total annual sales at $450,000, and the cooperative of farmers is expected to grow. Ms. Douglass provides production technical assistance to farmers and will attend farm visits and support farmers in filling out the GFM-FSAT. She will participate in the Climate-Smart Value Chain Advisory Committee, providing insights

18

**J.A. 1354**

USCA4 Appeal: 25-1575    Doc: 55-3    Filed: 06/23/2025    Pg: 419 of 602

Docusign Envelope ID: D95C54BA-3C58-4A54-8A7A-89B121BD2828
2:25-cv-02152-RMG    Date Filed 03/26/25    Entry Number 24-12    Page 208 of 220

Budget Narrative_2024103

into marketing opportunities for project commodity coordination, sales and marketing. The base salary provided is for year 1 and total funds requested are calculated on the percentage of full time equivalent allocated to the project and include a 5% annual salary escalation. Fringe was included in the original Budget Narrative.

- ○ Salary $55,000 x 11.42% FTE x 5 years      $34,425
- ○ Fringe 20% FTE x 5 years      $ 6,885
- ○ Supplies: computer workstation for farmers
  1 computer @ $ 1,700 each      $ 1,700
- ○ Supplies: office materials @ $20/mo x 60 mo      $ 1,200
- ○ Travel: 500 miles/yr x $0.585 x 5 years
  to participating farms and to project meetings      $ 1,462
- ○ **TOTAL:**      **$45,672**

- **The Food Connection at University of Kentucky - $52,691 subaward.** Dr. Ashton Potter Wright brings over 15 years of experience coordinating local food supply chains and expanding market opportunities for Kentucky farmers with total coordinated sales over $10 million dollars. As the Executive Director of The Food Connect Dr. Wright supports the development of vibrant and sustainable food systems across Kentucky with the expertise of engaging community partners (farmers, political leaders, service providers), cooperative extension and university research faculty to facilitate collaboration and development across all sectors of our food system. She will lead the work of coordinating and co-hosting the annual Grower and Buyer Meet Ups for the public and for participating value chain partners and enrolled farms. She has a decade of experience leading these types of buyer events for maximum value chain impact. She will also participate in the Climate-Smart Value Chain Advisory Committee. Dr. Wright's partnership will expand the reach of the project by harmonizing farm-level environmental and social impact metrics with The Food Connection's national network of procurement partners working to develop unified farm to institution metrics. Base salary provided is for year 1 and total funds requested are calculated on the percentage of full time equivalent allocated to the project and include a 5% annual salary escalation. Travel funds ($1,170) are requested for Dr. Wright to travel to farm field days, grower-buyer meet ups, and buyer-focus groups throughout the five year project. Travel funds ($2,633) are also requested to present at a professional conference (e.g., National Good Food Network Conference) during the fifth of the project. Office supplies are required for grower/buyer meet ups and buyer focus groups. NICRA and Fringe were included in the original budget narrative.
  - ○ Salary $94,000 x 5% FTE effort x 5 years      $25,702
  - ○ Fringe 19.607% of salary x 5 years      $ 8,542
  - ○ Supplies $20.41/mo x 60 mo + $25 hazardous

**J.A. 1355**

|   |   |   |
|---|---|---|
| waste/recycling fee mandated by UK as .07% | $ | 1,275 |
| ○ Travel miles 2,000 miles x $0.585 | $ | 1,170 |
| ○ Travel round trip airfare (year 5) | $ | 650 |
| ○ Travel hotel 3 nights $400/night  (year 5) | $ | 1,200 |
| ○ Travel per-diem: | | |
| 2 days @ $55.50 + 3 days @ $74  (year 5) | $ | 333 |
| ○ Conference registration 1 x $450  (year 5) | $ | 450 |
| ○ Indirect costs (34% NICRA agreement attached | $13,369 | |
| ○ **TOTAL:** | **$52,691** | |

**Incentive Payments to Farmers for Climate-Smart Practice Implementation:**

OAK intends for practice incentives to be both sufficient and compelling to encourage producer participation and to cover a portion of expenses required to implement climate-smart practices (like seeds and plant stock, site preparation, installation of crop protection, equipment rental and added capacity of practice adoption).

By working with up to 110 farms each year of the project, OAK is taking measures to increase incentive funds per enrolled farm to be competitive with the incentive payment structures of NRCS and other climate-smart farming projects and responsive to the market. To continue adaptive management of incentive funds, OAK staff will review and adapt the incentive structure as needed, based on market trends, enrollment, input prices, etc. to ensure optimal program impact and equitable distribution of incentive payments to farmers

Up to 110 farmers will enroll in the project each year and are eligible to receive $3,000 or more in incentive payments for verified implementation of recommended climate-smart practices for a total of $1,650,000 over 5 years
- Up to 110 farmers a year x $3,000 = $330,000 annually x 5 years = $1,650,000 over 5 years.

*Practice incentive funds total increased by $425,000.*

**Participant Support Cost for Enrolled Farmers:** Farmers enroll in the project and are eligible to receive $500 for completely filling out the GFM - Farm Sustainability Assessment Tool annually for a total of $175,000 over 5 years
- An average of 70 farmers a year x $500 = $35,000 annually x 5 years = $175,000 over 5 years.

*The remaining $100,000 was moved to "Incentive Payments to Farmers for Climate-Smart Practice Implementation" to increase available practice incentive funds.*

**Farm Venue Fee for Farmer Field Day Host:** Farm venue fee for each Field Day Host Farm @ $300 each in Year 1 ($300 x 3 = $900) and $500 each ($500 x 15 events in Years 2-5 = $7,500) = $8,400

**Soil Testing Laboratory for Soil Sample Analysis:**
- Soil testing will be recommended to all enrolled farms with a soil lab offering a *Soil Health Test Package* that includes: Available Phosphorus, Exchangeable Potassium, Magnesium, Calcium, Hydrogen, Soil pH (Water and Buffer), Cation Exchange Capacity, Percent Base Saturation of Cation Elements, Sulfate Sulfur, Boron, Zinc, Manganese, Iron, Copper, Aluminum, Sodium, Soluble Salts, Nitrate Nitrogen, Ammonia Nitrogen, $CO_2$ Burst Test (soil respiration to test for microbial life), SLAN Test, Active Carbon, VAST Aggregate Stability and Soil Organic Matter. Enrolled farms may submit up to 3 soil samples each year for this suite of tests, with estimates from Waters Soil Laboratory @ $60 each test x 3 per farm + $15.50 shipping per farm = $195.50 per farm per year x average testing of up to 70 farms each year (70 x $195.50 = $13,685 annually) = ($68,425 over 5 years).

**Tree seedling purchases - Kentucky Division of Forestry and Local Nurseries**
- Kentucky Division of Forestry state nurseries offer sales of native trees at an average $1 per tree when purchased in bulk and OAK will work with local nurseries as well where planting stock could cost $25/tree. In collaboration with Division of Forestry agents, the project will work with landowners to establish woodlots, silvopasture, agroforestry, riparian forest buffer, windbreaks and shelterbelts with these purchased trees. Estimated 4,000 trees a year at $1/each to $25/each = $10,000 annually for $20,000 total during Years 2 and 3 of the project ($20,000 over 5 years).

**Marketing and Advertising - $33,851.10**
- Social media paid advertising: Facebook and Instagram paid ad sets and post boosts will be used for farmer outreach about the GFM-FSAT, assessing and implementing climate-smart practices and how to enroll in the project. Half of the ad sets will feature success stories from farmers and highlight the growing community of practice. The other half are geared to buyers featuring climate-smart commodity availability. 60 FB Boosts (1 x month), reaching approximately 150 people per Boost for a total of 9,000 people reached (60 boosts @ $33.33 each = $2,000 for 5 years.); 8 Facebook and Instagram Ad campaigns per year, reaching approximately 250 per campaign for a

Docusign Envelope ID: D95C54BA-3C58-4A54-8A7A-89B121BD2826

total of 10,000 people reached (40 ad campaigns @ $200 each = $8,000 for 5 years). Calculated with a 3% annual increase to adjust for inflation $10,618.27 in social media promotion for 5 years and

- Radio underwriting/advertising: Radio underwriting and Spotify advertising will have a listener audience of over 2 million across Kentucky and will support broad outreach and education about climate-smart crop incentives and commercial availability. Radio ads will reinforce the project's marketing efforts, driving people to the website to learn more. With a non-profit discount, radio advertising spots are 181 spots @ $11.05 each = $2,000 each year x 4 years =–calculated with a 3% annual increase to adjust for inflation = $8,367.25

- Billboard advertising to market climate-smart commodities in Lexington and Louisville. OAK will access a non-profit discount, saving 50%. Bill1 month @ $500 x 3 months x 2 locations x 3 years (years 3-5 of the project) calculated with a 3% annual increase to adjust for inflation = $9,556.44

- Print Media Advertising in newspapers and regional magazines will increase the awareness of the project and elevate the availability of climate-smart commodities. When running $500 ad editors will also often highlight a story from the project. 10 ads total at $500 each for 5 years of the project calculated with a 3% annual increase to adjust for inflation = $5,309.14

Docusign Envelope ID: D95C54BA-3C58-4A54-8A7A-89B1218D2828

Budget Narrative_2024103

| | |
|---|---|
| **Indirect Costs 10%** | **Indirect Costs Total - $383,877.79**<br><br>OAK used a 10% De Minimis Cost Rate in Year 1 and figured a 10% indirect on all direct costs and the first $25,000 of subawards. The budget narrative reflects <u>no</u> indirect costs on incentive payments to farmers.<br><br>OAK received a NICRA of 16.81% that is applied to all direct costs and the remaining first $25,000 of subawards (per NICRA). The budget realignment takes this new NICRA into account starting October 1, 2024 and is reflected in the detail below for Years 2-5.<br><br>**Calculation**<br><br>**Year 1: $228,581.08 x 10% = $22,858.11**<br>**Years 2-5: $2,147,648.28 x 16.81% = $361,019.67**<br>**Total Indirect Years 1-5: $383,877.78** |

|              | Budget          | Overall Eligible | INDIRECT ELIGIBLE Year 1 10% | Years 2-5 16.81% |
|--------------|-----------------|------------------|------------------|------------------|
| Personnel    | $1,428,367.26   | $ 1,428,367.27   | $132,976.30      | $ 1,295,390.97   |
| Fringe       | $ 320,774.02    | $ 320,774.02     | $ 25,684.07      | $ 295,089.95     |
| Travel       | $ 143,199.70    | $ 143,199.70     | $ 7,263.75       | $ 135,935.95     |
| Equipment    | $ 0.00          | $ 0.00           | $ 0.00           | $ 0.00           |
| Supplies     | $ 23,612.27     | $ 23,612.27      | $10,277.11       | $ 13,335.16      |
| Contractual  | $ 154,600.00    | $ 154,600.00     | $ 2,792.31       | $ 151,807.69     |
| Other        | $2,285,396.12   | $ 305,676.10     | $ 49,587.54      | $ 256,088.56     |
| **TDC**      | **$4,355,949.37** | **$ 2,376,229.36** | **$228,581.08**  | **$ 2,147,648.28** |

23

**J.A. 1359**

Docusign Envelope ID: D95C548A-3C58-4A54-8A7A-89B1218D2828

Budget Narrative_2024103

| Match Funds | Total – $40,000 |
|---|---|
| | • **In-kind Match:** As a nonprofit serving historically underserved farmers in Kentucky, in the historically under-resourced Southeast region, OAK values the merits and commitments of its proposed partners and since there are a number of other small nonprofits and small businesses known for serving small and under-resourced farmers collaborating as partners on the project, out of consideration for their existing work and funding needs, OAK has <u>not</u> requested that they contribute in-kind support. |
| | • <u>Bullhorn</u> commits $40,000 in-kind to the project as a match to their contract (215 hours at $185/hour = $40,000) |
| | • Numerous corporate partners that are not receiving payment through the award for any activities are contributing labor hours to this project through advisory meetings and value chain development committee participation, demonstrating a commitment to the development of a climate-smart value chain. |
| | • Since this Notice of Funding does not require Match funds, neither <u>University of Kentucky</u> nor <u>Kentucky State University</u> are allowed to contribute in-kind support to the project in an official capacity per their internal Office of Grants policies and yet the project will benefit significantly from the extensive resources these collaborators bring to technical assistance with Cooperative Extension Service, research and value chain development throughout the region. |
| | • Finally, since this project addresses an identified need by reaching historically underserved farmers (50%) and small farms (83%) in the southeast region, we ask that the suggested match and any related scoring, official or unofficial, be waived when considering this application. |

24

| | | 1<br>2023 Q4<br>Oct - Dec | 2<br>2024 Q1 | 3<br>2024 Q2 | 4<br>2024 Q3 | 5<br>2024 Q4 | 6<br>2025 Q1 | 7<br>2025 Q2 | 8<br>2025 Q3 | 9<br>2025 Q4 | 10<br>2026 Q1 | 11<br>2026 Q2 | 12<br>2026 Q3 | 13<br>2026 Q4 | 14<br>2027 Q1 | 15<br>2027 Q2 | 16<br>2027 Q3 | 17<br>2027 Q4 | 18<br>2028 Q1 | 19<br>2028 Q2 | 20<br>2028 Q3 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Administrative & Management | | | | | | | | | | | | | | | | | | | | | | | |
| | Administrative | | Recruit and hire new staff: Soil Health Specialist #1, Project Coordinator Partner contracts developed and signed Invoicing documentation and templates distributed. | Annual Reviews | | Recruit and hire new staff: Soil Health Specialist #2 | | Annual Reviews | | | | Annual Reviews | | | | Annual Reviews | | | | Annual Reviews | | | |
| | | Invoice and Report | Invoice and Report | Invoice and Report | Invoice and Report | Invoice and Report | Invoice and Report | Invoice and Report | Invoice and Report | Invoice and Report | Invoice and Report | Invoice and Report | Invoice and Report | Invoice and Report | Invoice and Report | Invoice and Report | Invoice and Report | Invoice and Report | Invoice and Report | Invoice and Report | | | |
| | Project Website | | Create project webpage | Launch farm application | | | | | | | | | | | | | | | | | | | |
| | Demonstrated engagement of major partners ~~(also through other activities - how best to show?)~~ | | Partner Meeting, Technical Assistance, Outreach, Farmer Enrollment by Commodity | | Partner Meeting, Technical Assistance, Outreach, Farmer Enrollment by Commodity | | Partner Meeting, Technical Assistance, Outreach, Farmer Enrollment by Commodity | | Partner Meeting, Technical Assistance, Outreach, Farmer Enrollment by Commodity | | Partner Meeting, Technical Assistance, Outreach, Farmer Enrollment by Commodity | | Partner Meeting, Technical Assistance, Outreach, Farmer Enrollment by Commodity | | Partner Meeting, Technical Assistance, Outreach, Farmer Enrollment by Commodity | | Partner Meeting, Technical Assistance, Outreach, Farmer Enrollment by Commodity | | Partner Meeting, Technical Assistance, Outreach, Farmer Enrollment by Commodity | | | | |
| Farms | | | | | | | | | | | | | | | | | | | | | | | |
| | Number of Producers Involved QUARTERLY | 0 | 0 | 10 | 20 | 20 | 30 | 35 | 40 | 40 | 30 | 40 | 40 | 40 | 40 | 40 | 35 | 30 | 30 | 20 | 10 | 550.00 | |
| | Number of Producers Involved CUMULATIVE | 0 | 0 | 10 | 30 | 50 | 80 | 115 | 155 | 195 | 225 | 265 | 305 | 345 | 385 | 425 | 460 | 490 | 520 | 540 | 550 | | |
| | Number of underserved producers involved QUARTERLY | 0 | 0 | 5 | 10 | 10 | 15 | 17.5 | 20 | 20 | 15 | 20 | 20 | 20 | 20 | 20 | 17.5 | 15 | 15 | 10 | 5 | 275.00 | |
| | Number of underserved producers involved CUMULATIVE | 0 | 0 | 5 | 15 | 25 | 40 | 57.5 | 77.5 | 97.5 | 112.5 | 132.5 | 152.5 | 172.5 | 192.5 | 212.5 | 230 | 245 | 260 | 270 | 275 | | |
| 178 | Number of total farm acres of farms involved QUARTERLY - ENTIRE FARM | 0 | 0 | 1780 | 3560 | 3560 | 5340 | 6230 | 7120 | 7120 | 5340 | 7120 | 7120 | 7120 | 7120 | 7120 | 6230 | 5340 | 5340 | 3560 | 1780 | 97,900.00 | |
| | Number of total farm acres of farms involved CUMULATIVE - ENTIRE FARM | 0 | 0 | 1780 | 5340 | 8900 | 14240 | 20470 | 27590 | 34710 | 40050 | 47170 | 54290 | 61410 | 68530 | 75650 | 81880 | 87220 | 92560 | 96120 | 97900 | | |
| | Number of total farm acres enrolled QUARTERLY | 0 | 0 | 657 | 1314 | 1314 | 1971 | 2299.5 | 2628 | 2628 | 1971 | 2628 | 2628 | 2628 | 2628 | 2628 | 2299.5 | 1971 | 1971 | 1314 | 657 | 36,135.00 | |
| | Number of total farm acres enrolled CUMULATIVE | 0 | 0 | 657 | 1971 | 3285 | 5256 | 7555.5 | 10183.5 | 12811.5 | 14782.5 | 17410.5 | 20038.5 | 22666.5 | 25294.5 | 27922.5 | 30222 | 32193 | 34164 | 35478 | 36135 | | |
| | Number of head involved (livestock) QUARTERLY | | 0 | 210 | 420 | 420 | 630 | 735 | 840 | 840 | 630 | 840 | 840 | 840 | 840 | 840 | 735 | 630 | 630 | 420 | 210 | 11,550.00 | 35 |
| | Number of head involved (livestock) CUMULATIVE | | 0 | 210 | 630 | 1050 | 1680 | 2415 | 3255 | 4095 | 4725 | 5565 | 6405 | 7245 | 8085 | 8925 | 9660 | 10290 | 10920 | 11340 | 11550 | | |
| | Dollars Provided to Producers: Farmers Receiving Payment for GFM-FSAT Completion | 0 | 0 | 10 | 20 | 20 | 30 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 30 | | | 550.00 | |
| | Dollars Provided to Producers: Farmers Receiving Payment for GFM-FSAT Completion ($ provided) | $0.00 | $0.00 | $5,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $0.00 | $0.00 | $175,000.00 | |
| | Technical Assistance: Development of Climate Smart Management Plan | 0 | 0 | 10 | 20 | 20 | 30 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 30 | | | 550.00 | |
| | Technical Assistance: Partner Coordination for Technical Assistance | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | | |
| | Farms Implement Climate Smart Management Plan | | | | 10 | 20 | 20 | 30 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 30 | 0 | 550.00 | |
| | Practice Verification | | 0 | 0 | 0 | 10 | 20 | 20 | 30 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 30 | 550.00 | |
| | Dollars Provided to Producers: Number of Farmers Receiving Incentive Payment issued for practice | | 0 | 0 | 0 | 10 | 20 | 20 | 30 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 30 | 550.00 | |
| | Dollars Provided to Producers: Number of Farmers Receiving Incentive Payment issued for practice ($ provided) | | | $0.00 | $0.00 | $30,000.00 | $60,000.00 | $60,000.00 | $90,000.00 | $120,000.00 | $120,000.00 | $120,000.00 | $120,000.00 | $120,000.00 | $120,000.00 | $120,000.00 | $120,000.00 | $120,000.00 | $120,000.00 | $120,000.00 | $90,000.00 | ########## | |
| MMRV | | | | | | | | | | | | | | | | | | | | | | | |
| | GFM-FSAT Online Tool | | Finalize user support packet for excel tool | | | GFM-FSAT online tool web development | GFM-FSAT online tool web development | GFM-FSAT online tool web development Update user support packet for online tool | Finalize user support packet for online tool | Launch online tool for farms | | | | | | | | | | | | | |
| | GHG Benefits (Metric Tons of CO2e Reduced or Sequestered) ~~"GHG Benefits Measures" includes the line items below (45-58) that will need to be reported quarterly~~ | | | 0 | 0 | 1,820 | 3,640 | 3,640 | 5,460 | 7,280 | 7,280 | 7,280 | 7,280 | 7,280 | 7,280 | 7,280 | 7,280 | 7,280 | 7,280 | 7,280 | 5,460 | 100,100.00 | |
| | Number of Measurement Tools Utilized | 0 | 0 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | | | |
| | Other MMRV and supply chain traceability attributes | | | | | Buyer Focus Group and Partners with Product Aggregation inform strategies for supply chain traceability | | | | Buyer Focus Group and Partners with Product Aggregation inform strategies for supply chain traceability | | | | Buyer Focus Group and Partners with Product Aggregation inform strategies for supply chain traceability | | | | Buyer Focus Group and Partners with Product Aggregation inform strategies for supply chain traceability | | | | | |
| Does not apply to OAK's project | Climate Smart Technologies Employed (NA) | | | | | | | | | | | | | | | | | | | | | | |
| Education & Outreach | | | | | | | | | | | | | | | | | | | | | | | |
| | Field Days | Inital scheduling for 2024 events | | Field Day 1 | Field Day 2 | | Field Day 3 | Field Day 4 | Field Day 5 | Field Day 6 | Field Day 7 | Field Day 8 & 9 | Field Day 10 | Field Day 11 | Field Day 12 | Field Day 13 &1 | Field Day 15 | Field Day 16 | Field Day 17 | Field Day 18 | | 18 total | |
| | Workshops | Inital schedule for 2024 | | | | | Workshop 1 | | | | Workshop 2 | | | | Workshop 3 | | Workshop 4 | | Workshop 5 | | | 5 total | |
| | Farmer Peer-to-Peer group: RCSKE | Plan schedule for project | Call 1 | Call 2 | Call 3 | | Call 4 | | Call 5 | | Call 6 | | Call 7 | | Call 8 | | Call 9 | | Call 10 | | | 10 total | |



**Climate-Smart Practices and Limitations**

Climate-Smart practices under this grant shall be limited to the following practices:

| NRCS Practice Code | Practice Name |
|---|---|
| 327 | Conservation Cover |
| 328 | Conservation Crop Rotation |
| 331 | Contour Orchard and Other Perennial Crops |
| 336 | Soil Carbon Amendment |
| 340 | Cover Crop |
| 345 | Residue and Tillage Management, Reduced Till |
| 379 | Forest Farming |
| 380 | Windbreak/Shelterbelt Establishment and Renovation |
| 381 | Silvopasture |
| 386 | Field Border |
| 420 | Wildlife Habitat Planting |
| 422 | Hedgerow Planting |
| 484 | Mulching |
| 512 | Pasture and Hay Planting |
| 528 | Prescribed Grazing |
| 550 | Range Planting |
| 585 | Stripcropping |
| 590 | Nutrient Management |
| 601 | Vegetative Barrier |
| 603 | Herbaceous Wind Barriers |
| 612 | Tree/Shrub Establishment |
| 666 | Forest Stand Improvement |

All practices applied under this grant will follow NRCS practice standards unless noted below:

N/A



# United States Department of the Interior

### OFFICE OF THE SECRETARY
#### Washington, DC 20240

**Nonprofit Organization**
**Indirect Cost Negotiation Agreement**

**EIN:** 27-1207146

**Date:** 09/26/2024

**Organization:**

Organic Association of Kentucky
P.O BOX 22244
Lexington, KY 40522

**Report Number:** 2024-0624

**Filing Ref.:**
Last Negotiation Agreement
dated: Initial Negotiation

The indirect cost rates contained herein are for use on grants, contracts, and other agreements with the Federal Government to which 2 CFR Part 200 apply subject to the limitations contained in Section II.A. of this agreement. The rates were negotiated by the U.S. Department of the Interior, Interior Business Center, and the subject organization in accordance with the authority contained in applicable regulations.

## Section I:  Rate

| Start Date | End Date | Rate Type | Rate Details | | | | |
|---|---|---|---|---|---|---|---|
| 01/01/2024 | 12/31/2024 | Provisional | **Name** | **Rate** | **Base** | **Location** | **Applicable To** |
| | | | Indirect | 16.81 % | (A) | All | All Programs |
| 01/01/2025 | 12/31/2025 | Provisional | **Name** | **Rate** | **Base** | **Location** | **Applicable To** |
| | | | Indirect | 16.81 % | (A) | All | All Programs |

**(A) Base:** Total direct costs excluding capital expenditures and the portion of subawards in excess of the first $25,000.

**Treatment of fringe benefits**:  Fringe benefits applicable to direct salaries and wages are treated as direct costs; fringe benefits applicable to indirect salaries and wages are treated as indirect costs.

**Treatment of paid absences:** Vacation, holiday, sick leave, and other paid absences are included in salaries and wages and are claimed on grants, contracts, and other agreements as part of the normal cost for the salaries and wages. Separate claims for the costs of these paid absences are not made.

**J.A. 1364**

## Section II:  General

A. **Limitations:**  Use of the rate(s) contained in this agreement is subject to any applicable statutory limitations. Acceptance of the rate(s) agreed to herein is predicated upon these conditions: (1) no costs other than those incurred by the subject organization were included in its indirect cost rate proposal, (2) all such costs are the legal obligations of the grantee/contractor, (3) similar types of costs have been accorded consistent treatment, and (4) the same costs that have been treated as indirect costs have not been claimed as direct costs (for example, supplies can be charged directly to a program or activity as long as these costs are not part of the supply costs included in the indirect cost pool for central administration).

B. **Audit:**  All costs (direct and indirect, federal and non-federal) are subject to audit.  Adjustments to amounts resulting from audit of the cost allocation plan or indirect cost rate proposal upon which the negotiation of this agreement was based will be compensated for in a subsequent negotiation.

C. **Changes:**  The rate(s) contained in this agreement are based on the accounting system in effect at the time the proposal was submitted.  Changes in the method of accounting for costs which affect the amount of reimbursement resulting from use of the rate(s) in this agreement may require the prior approval of the cognizant agency.  Failure to obtain such approval may result in subsequent audit disallowance.

D. **Rate Type:**
   1. Fixed Carryforward Rate:  The fixed carryforward rate is based on an estimate of the costs that will be incurred during the period for which the rate applies.  When the actual costs for such period have been determined, an adjustment will be made to the rate for a future period, if necessary, to compensate for the difference between the costs used to establish the fixed rate and the actual costs.

   2. Provisional/Final Rate:  Within six (6) months after year end, a final indirect cost rate proposal must be submitted based on actual costs.  Billings and charges to contracts and grants must be adjusted if the final rate varies from the provisional rate.  If the final rate is greater than the provisional rate and there are no funds available to cover the additional indirect costs, the organization may not recover all indirect costs. Conversely, if the final rate is less than the provisional rate, the organization will be required to pay back the difference to the funding agency.

   3. Predetermined Rate:  A predetermined rate is an indirect cost rate applicable to a specified current or future period, usually the organization's fiscal year.  The rate is based on an estimate of the costs to be incurred during the period.  A predetermined rate is not subject to adjustment.

E. **Rate Extension:**  Only final and predetermined rates may be eligible for consideration of rate extensions. Requests for rate extensions of a <u>current</u> rate will be reviewed on a case-by-case basis.  If an extension is granted, the non-Federal entity may not request a rate review until the extension period ends.  In the last year of a rate extension period, the non-Federal entity must submit a new rate proposal for the next fiscal period.

F. **Agency Notification:**  Copies of this document may be provided to other federal offices as a means of notifying them of the agreement contained herein.

G. **Record Keeping:**  Organizations must maintain accounting records that demonstrate that each type of cost has been treated consistently either as a direct cost or an indirect cost.  Records pertaining to the costs of program administration, such as salaries, travel, and related costs, should be kept on an annual basis.

H. **Reimbursement Ceilings:**  Grantee/contractor program agreements providing for ceilings on indirect cost rates or reimbursement amounts are subject to the ceilings stipulated in the contract or grant agreements.  If the ceiling rate is higher than the negotiated rate in Section I of this agreement, the negotiated rate will be used to determine the maximum allowable indirect cost.

I. **Use of Other Rates:**  If any federal programs are reimbursing indirect costs to this grantee/contractor by a measure other than the approved rate(s) in this agreement, the grantee/contractor should credit such costs to the

**Section II:  General** (continued)

affected programs, and the approved rate(s) should be used to identify the maximum amount of indirect cost allocable to these programs.

**J.  Other:**

1.  The purpose of an indirect cost rate is to facilitate the allocation and billing of indirect costs.  Approval of the indirect cost rate does not mean that an organization can recover more than the actual costs of a particular program or activity.

2.  Programs received or initiated by the organization subsequent to the negotiation of this agreement are subject to the approved indirect cost rate(s) if the programs receive administrative support from the indirect cost pool.  It should be noted that this could result in an adjustment to a future rate.

3.  This Negotiation Agreement is entered into under the terms of an Interagency Agreement between the U.S. Department of the Interior and the cognizant agency.  No presumption of federal cognizance over audits or indirect cost negotiations arises as a result of this Agreement.

4.  Organizations that have previously established indirect cost rates—exclusive of the 10% *de minimis* rate—must submit a new indirect cost proposal to the cognizant agency for indirect costs within six (6) months after the close of each fiscal year.

USCA4 Appeal: 25-1575    Doc: 55-3    Filed: 06/23/2025    Pg: 431 of 602

Docusign Envelope ID: D95C549A-3C58-4A54-8A7A-89B1218D2828    2:25-cv-02152-RMG    Date Filed 03/26/25    Entry Number 24-12    Page 220 of 220

### Section III:  Acceptance

Listed below are the signatures of acceptance for this agreement:

By the Nonprofit Organization

Organic Association of Kentucky

DocuSigned by:

*Brooke Gentile*

DC5D11682F0C4F6...

Signature

Brooke Gentile
Name:

Executive Director
Title:

10/4/2024
Date

By the Cognizant Federal Government Agency

US Department of Agriculture - AMS

DocuSigned by:

*Craig Wills*

B47DB1F4A5DB4BF...

Signature

Craig Wills
Name:
Division Chief
Indirect Cost & Contract Audit Division
Interior Business Center
Title:

9/27/2024
Date

Negotiated by: Tony Pisarenko
Telephone: (916) 930-3812
Email: anatoliy_pisarenko@ibc.doi.gov

Next Proposal Due Date:  06/30/2025

**J.A. 1367**

SUSTAINABILITY INSTITUTE, ET AL v. TRUMP

2:25-CV-02152-RMG

# PASA DECLARATION

# EXHIBIT 12

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | |
|---|---|
| The Sustainability Institute, et al., | Civ. No. 2:25-cv-02152-RMG |
| Plaintiffs, | |
| v. | |
| DONALD J. TRUMP, in his official capacity as President of the United States, et al., | |
| Defendants. | |

**J.A. 1369**

**DECLARATION OF PASA SUSTAINABLE AGRICULTURE**

I, Hannah Smith-Brubaker, declare as follows:

1.     My name is Hannah Smith-Brubaker, and I live in Pennsylvania. This declaration is based on my knowledge, professional education and experience, and belief. I am over the age of eighteen and suffer from no legal incapacity. I submit this declaration in support of the Pennsylvania Association for Sustainable Agriculture, d/b/a Pasa Sustainable Agriculture ("Pasa"), which is one of several grant recipients affected by the federal grant pause.

2.     Pasa is a 501(c)(3) organization that supports farmers' goals of creating economically viable, environmentally sound, community-focused farms and food systems. Pasa has evolved to fill the needs of farmers seeking reliable education, resources, and a peer community to navigate the already challenging job of operating a farm business, made even more challenging by a rapidly changing climate. Today, Pasa is a community of tens of thousands of farmers and food system changemakers working together to advance regenerative and equitable agriculture and grow a healthier planet.

3.     I am the Executive Director for Pasa.  I also run Juniata View Farm, a pastured livestock farm in rural Pennsylvania.  Prior to leading Pasa, I served as Pennsylvania Agriculture Deputy Secretary for Markets & Economic Development. I also serve on the Foundation for Food & Agriculture Research ("FFAR") Soil Health Advisory Council, the Pennsylvania Agricultural Lands Condemnation Board, and the Pennsylvania Governor's Advisory Commission on Women. I have testified before Congress on organic and sustainable agriculture, with prior speaking engagements at the Wall Street Journal's Global Food Forum, the White House Council on Rural Affairs hearings, and the United Nations Food & Agriculture Organization Food Summit on behalf of National Geographic.

**J.A. 1370**

4.    Many of Pasa's employees either actively farm themselves or have retired from farming, so they understand the challenges faced by the farmers they serve, amid growing environmental uncertainty.

5.    Pasa is the recipient of several federal grants, which comprise 87% of our annual budget.  We have a United States Department of Agriculture State-level Environmental Quality Incentives Program ("EQIP") grant, which provides technical and financial assistance to agriculture producers to address numerous natural resource concerns. As part of this grant, we were granted $74,993 to evaluate, refine, and demonstrate that the practice of silvopasture—an agroforestry practice that integrates trees and grazing livestock operations on the same land—helps to improve grazing success and has associated economic, environmental, and social co-benefits in Pennsylvania.

6.    We are also the recipient of a $32,380,331.30 USDA Agricultural Marketing Service Farm and Farmworker Relief grant to provide financial relief to frontline farmworkers and meatpacking workers with expenses related to the COVID-19 pandemic.  Pasa was advised it could only submit expenses incurred before January 20, 2025, with no guidance from USDA about subsequent expenses covering payments for farmers and food workers.

7.    In addition, Pasa has a $1,496,963 award from USDA's Farm Service Agency for an Urban Agriculture and Innovative Production grant to support urban agriculture efforts in Philadelphia.  After submitting an invoice on March 7, 2025, Pasa was instructed to revise its January invoice to only include expenses before January 19, 2025, and has received no guidance for expenses incurred after January 20, 2025.

8.    Our largest federal grant is an award for over $50 million from the United States Department of Agriculture Natural Resources and Conservation Service Partnerships for

Climate-Smart Commodities program. Initially awarded in April 2023 for $55 million, the grant was amended in December 2024 to increase funding to $59 million.

9.    Pasa's Partnerships for Climate-Smart Commodities grant supports Pasa and its partners working directly with farmers in 6 major watersheds across 15 states on the East Coast—from Maine to South Carolina—and on lands stewarded by tribal nations and Indigenous farmers in the same geographic region. The program is designed to support farmers—with peer-to-peer engagement, direct education and technical assistance, and direct funding—to implement scientifically validated conservation practices, like cover cropping, mulching, windbreaks, and tree and shrub establishment.

10.    As of today, Pasa and its program partners have committed approximately $1.8 million to farmers at 143 farms across 11 states. Based on our commitments to farmers, they proceed with sustainable investments in their land, part of which we reimburse to them after their investments are complete and verified. There is a tremendous demand for these services: more than 850 applicants for assistance are currently being reviewed by our team.

11.    Through this program, we have engaged in multiple contracts with subrecipient organizations, who are largely community-based organizations across the east coast who have employees, budgeting processes, and work plans that rely, in large part, on these grants.

12.    On January 22, 2025, we received an email from the USDA Program Director, Office of the Associate Chief, Center for Sustainable Commodity Markets, informing us that the administration placed a temporary suspension on all actions related to grants, including Partnership for Climate-Smart Commodities Grants. Later that day, this same Director provided additional guidance that awardees could continue work "until such time that you receive guidance in the future that specific transactions must be modified or terminated." While we have

a positive relationship with our program director and know she is simply relaying the information she has available to her, this was tremendously confusing. We interpreted the communication as directing us to continue work but also calling into question whether we would be reimbursed for that work in accordance with our grant agreements. On January 23, 2025, we asked for clarification and were informed that all grant activities, including work, reporting, and payments, are proceeding as normal.

13.    On January 23, 2025, we submitted a reimbursement request for $624,428 for the period of December 10, 2024, through January 23, 2025. The typical turnaround time for these reimbursements is about a week.

14.    On January 30, 2025, our quarterly report was due to USDA. We submitted it, and it was accepted by USDA.

15.    On February 5, 2025, we followed up with our project officer for a payment status report.  That same day, our project officer responded: "We understand your concerns, and we ask for your patience as we work to gain additional clarification. We will continue to provide periodic updates via email as more information becomes available."

16.    On February 26, 2025, we submitted a second reimbursement request for $556,227.

17.    As of March 12, 2025, we have not received payment for our January and February reimbursement requests.

18.    Because of delayed payments, unclear and conflicting information from USDA and other federal agencies with whom we have binding agreements, and news reports of similar funding being on hold, we are deeply concerned about future payments.

**J.A. 1373**

19.     This delay in receiving payment for our reimbursement request and the lack of clarity around funding is highly unusual in our experience to date in submitting requests for reimbursement under this agreement.

20.     We are having to make incredibly difficult decisions about jobs. Due to the funding pause, we are currently unable to meet payroll beyond March. On April 2, 2025, we will furlough 60 employees, including full-time staff.

21.     Under normal circumstances, we employ over twenty full-time individuals, in addition to a larger team of part-time staff. However, due to the extensive administrative responsibilities for the Climate-Smart program, many of our administrative staff are currently covered by the Climate-Smart grant. We will likely only be able to keep eight of our full-time staff on payroll through state and private funding with, at this time, no funding for administrative support.

22.     The first layoffs will be among our project-related field staff working the most closely with farmers and who are fully funded through the Partnerships for Climate-Smart Commodities program, as well as our administrative team, who play a critical role in supporting our programmatic work and the board of directors. The lack of adequate staffing will lead to exacerbated overwork in our remaining employees and a loss of administrative support and needed services to our organization generally.

23.     Moreover, because Pasa is a small organization and we have historically had very few unemployment claims, we chose the reimbursable method for unemployment insurance, which is the lower-cost option compared to paying traditional unemployment insurance taxes. However, this method means we must reimburse each state unemployment program dollar-for-dollar on each former employee's unemployment claim. Once our employees are

furloughed, many will file unemployment claims to replace their lost wages. Because of the reimbursable method, Pasa is directly responsible for covering the full cost of these benefits for these 60 furloughed employees. This creates a significant financial burden that Pasa cannot afford, estimated to be between $160,000 to $200,000 per month. These added costs could bankrupt our non-profit organization.

24.    We were responsible and set aside a sum of money for a rainy day fund. Typically, these funds can be used for emergencies, unexpected expenses, or urgent repairs. However, because of the funding pause, we have had to use monies from our rainy day fund to pay employees and cover associated costs for staff. That fund is now exhausted.

25.    Traditionally, we could have approached our bank about a "bullet loan" to cover organizational costs during the funding pause. However, banks are overwhelmed by applications from the non-profit sector and have grown hesitant to approve loans to organizations impacted by the funding pause because they have no assurances that the federal government will pay the money owed to grant awardees.

26.    Similarly, this past week our bank where we have held millions of dollars has downgraded our credit rating, citing to the growing uncertainty with federal contracts. In the past, a government contract would be treated as a secure source of income, but that credibility is now being questioned. The chaos and uncertainty caused by the funding pause comes at a real cost to non-profit organizations.

27.    In the end, if we exclude our state-funded educational programs, we are expecting to scale back programs and staff significantly.

28.    The funding freeze is also harming farmers who, with our technical support staff, reported nearly $200,000 in "shovel ready" projects this spring. Shovel ready means that our farmers have already planned project designs, secured contractors, and prepared budgets so that they can begin work as soon as Pasa's federal funding is secured. Most recently, we exhausted our last remaining $500,000 in reimbursement dollars to ensure that our farmers are reimbursed for their completed work. However, there are 100s of farmers with shovel-ready projects who are unable to implement these ecologically sound investments in their farms without funding.

29.    Every contract represents a personal relationship and promise that we have made to our farmers across 15 states. These contracts typically have three-year terms, so there are hundreds of farmers across the country anticipating at least 2 more years of financial and technical support. The funding pause stands to disrupt the long-standing relationships among Pasa and the farmer-member community we serve. We have spent years building trust and advising farmers on various projects, including complex installation projects. Our staff and farmer-members are devastated.

30.    Not only will the loss of funding harm our programs and the organization's performance, but the psychological toll of furloughing employees will be significant. For instance, I have provided our employees with advance notice of termination to give them an opportunity to mitigate some of the emotional and financial impacts. We have begun to use this period to assist staff with updating resumes, interview preparation, and providing leave to take advantage of their insurance benefits.

31.    To address the loss of funding, we have increased our fundraising. However, no amount of individual fundraising could replace the substantial loss of federal funding.

**J.A. 1376**

32.    We are also remaining open with all subcontractors who receive funding through Pasa under this agreement. We know that some subcontractors have decided to pause hiring, and many have expressed deep concern about what a funding freeze may mean for the financial health of their organization.

33.    The program that we are implementing is large, complex, and requires close partnerships with diverse stakeholders. Starting-and-stopping program operations requires diligence and care, and we cannot implement short term delays without longer term consequences to our overall program. At this point, we are certain that if the funding pause continues, there will be little chance to continue these vital USDA-funded programs.

34.    Before applying for this award, Pasa surveyed hundreds of farmers about best practices for sustainable farming and how we can advance farm resilience to climate change. Our climate smart program was largely designed based on the responses from this survey and the needs of farmers across the country. Without our programs, the climate-related challenges identified by farmers will not be remedied.

35.    When we applied for this award, we emphasized Pasa and its community partners' ability to build relationships and trust with farmers who have not historically been reached by federal farming programs. We invested nearly a year laying the foundation for this program and building trust and relationships in the communities we would serve to ensure the program's success. Now, we fear that continued funding delays may force us to abandon the very farmers who entrusted us with their time and their land. Community-based nonprofits rely on the trust of the communities they serve.  If that trust is broken between Pasa, our partner groups, and the farming communities in which we work, it is impossible to estimate how long it may take to repair those relationships.

J.A. 1377

36.    It is unreasonable to penalize non-profit organizations for designing programs geared towards the priorities and goals of the awarding agency at that particular time. We have no control over changes in the Administration and its ever-shifting interests, but all the same, we are bearing the brunt of this Administration's efforts to remake the federal government. We are fearful of government retaliation or loss of funding to our other programs for joining this litigation. However, we feel we have no other choice but to continue to advocate for farmers across the country.

37.    We are ahead in our project deliverables and will continue to work on our programs to the extent possible so that we do not fall out of compliance with federal requirements. However, the harm of ongoing delayed funding to Pasa would be irreparable. Without funding, Pasa will quickly be unable to sustain the projects that support farmers' investments in the future of their land.

38.    The injury to Pasa and its interests would be redressed by an order from this Court granting Plaintiffs the relief they have requested.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States, the foregoing is true and correct.

Executed this 25th day of March 2025.

Hannah Smith-Brubaker

# PASA DECLARATION

# EXHIBIT 12-A

NRCS-ADS-093



**U.S. Department of Agriculture**
**Natural Resources Conservation Service**

## NOTICE OF GRANT AND AGREEMENT AWARD

| 1. Award Identifying Number<br><br>NR233A750004G025 | 2. Amendment Number<br><br>0005 | 3. Award /Project Period<br><br>04/06/2023 - 04/20/2028 | 4. Type of award instrument:<br><br>Grant Agreement |
|---|---|---|---|
| 5. Agency (Name and Address)<br><br>USDA Partnerships for Climate-Smart Commodities<br>c/o FPAC-BC Grants and Agreements Division<br>1400 Independence Ave SW, Room 3236<br>Washington, DC 20250<br>Direct all correspondence to FPAC.BC.GAD@usda.gov | | 6. Recipient Organization (Name and Address)<br><br>PENNSYLVANIA ASSOCIATION FOR SUSTAINABLE AGRICULTURE<br>1631 N FRONT ST<br>HARRISBURG PA  17102-2435<br><br>UEI Number / DUNS Number: V1BXZMX9JD25 / 956743405<br>EIN: | |

| 7. NRCS Program Contact<br><br>Name: Jade Nield<br>Phone: (603) 343-8379<br>Email: jade.nield@usda.gov | 8. NRCS Administrative Contact<br><br>Name: Sandra Jerzak<br>Phone: (507) 591-4280<br>Email: sandra.jerzak@usda.gov | 9. Recipient Program Contact<br><br>Name: Hannah Smith-Brubaker<br>Phone: (814) 349-9856<br>Email: hannah@pasafarming.org | 10. Recipient Administrative Contact<br><br>Name: Hannah Smith-Brubaker<br>Phone: (814) 349-9856<br>Email: hannah@pasafarming.org |
|---|---|---|---|
| 11. CFDA<br><br>10.937 | 12. Authority<br><br>15 USC 714 et seq | 13. Type of Action<br><br>Amendment/Revision | 14. Program Director<br><br>Name: Hannah Smith-Brubaker<br>Phone: (814) 349-9856<br>Email: hannah@pasafarming.org |

15. Project Title/ Description:  Expands markets in the Eastern US for climate-smart dairy, grain, livestock, organic and specialty crops; supports farmer and rancher climate-smart practice implementation and monitoring

16. Entity Type:  M = Nonprofit with 501C3 IRS Status (Other than Institution of Higher Education)

17. Select Funding Type

| Select funding type: | ☒ Federal | ☒ Non-Federal |
|---|---|---|
| Original funds total | 55000000.00 | $436,811.00 |
| Additional funds total | $4139046.25 | $0 |
| Grand total | 59,139,046.250 | $436,811.00 |

18.  Approved Budget

**J.A. 1380**

| | | | |
|---|---|---|---|
| Personnel | $7,608,550.00 | Fringe Benefits | $2,571,949.00 |
| Travel | $997,812.00 | Equipment | $84,000.00 |
| Supplies | $1,393,399.00 | Contractual | $4,654,000.00 |
| Construction | $0.00 | Other | 38,925,395.88 |
| Total Direct Cost | 56,235,105.88 | Total Indirect Cost | $2,903,940.37 |
| | | Total Non-Federal Funds | $436,811.00 |
| | | Total Federal Funds Awarded | 59,139,046.25 |
| | | Total Approved Budget | 59,575,857.25 |

This agreement is subject to applicable USDA NRCS statutory provisions and Financial Assistance Regulations. In accepting this award or amendment and any payments made pursuant thereto, the undersigned represents that he or she is duly authorized to act on behalf of the awardee organization, agrees that the award is subject to the applicable provisions of this agreement (and all attachments), and agrees that acceptance of any payments constitutes an agreement by the payee that the amounts, if any, found by NRCS to have been overpaid, will be refunded or credited in full to NRCS.

| Name and Title of Authorized Government Representative<br>KATINA HANSON<br>Acting Senior Advisor for Climate-Smart Commodities | Signature KATINA HANSON | Digitally signed by KATINA HANSON Date: 2024.12.16 08:03:23 -06'00' | Date |
|---|---|---|---|
| Name and Title of Authorized Recipient Representative<br>CHRISTINA KOSTELECKY<br>Finance and Admin Services Co-Director | Signature *Christina kostelecky* DocuSigned by: 85C1F2AE9BA6420... | | Date<br>12/18/2024 |

### NONDISCRIMINATION STATEMENT

The U.S. Department of Agriculture (USDA) prohibits discrimination in all its programs and activities on the basis of race, color, national origin, age, disability, and where applicable, sex, marital status, familial status, parental status, religion, sexual orientation, genetic information, political beliefs, reprisal, or because all or a part of an individual's income is derived from any public assistance program. (Not all prohibited bases apply to all programs.) Persons with disabilities who require alternative means for communication of program information (Braille, large print, audiotape, etc.) should contact USDA's TARGET Center at (202) 720-2600 (voice and TDD). To file a complaint of discrimination write to USDA, Director, Office of Civil Rights, 1400 Independence Avenue, SW., Washington, DC 20250-9410 or call (800) 795-3272 (voice) or (202) 720-6382 (TDD). USDA is an equal opportunity provider and employer.

### PRIVACY ACT STATEMENT

The above statements are made in accordance with the Privacy Act of 1974 (5 U.S.C. Section 522a).

**J.A. 1381**

## Statement of Work

Please note that any narrative below should be considered in addition to the original Statement of Work, as well as any prior amendments.

### Purpose

This amendment adds funds to this Partnerships for Climate-Smart Commodities grant as indicated in the Notice of Award and as authorized by the Under Secretary for Farm Production and Conservation to accommodate budget increases needed for technical assistance and outreach; enrolling producers who have limited access to markets; expanding climate-smart markets; providing additional reporting assistance; other items justified to expand benchmarks within the grant; or any associated administrative costs resulting from the increased funding and application of the updates to the 2 CFR 200 regulation.

This amendment also:
• Replaces the General Terms and Conditions with the most recent version.
• Updates benchmarks in accordance with the revised Benchmarks Table.

Except as provided herein, all other terms and conditions of the original agreement and any previous amendments remain unchanged and in full force and effect.

### Objectives

There are no changes to this section.

### Budget Narrative

The official budget summarized below and described in the attached Budget Narrative REV_20241211 will be considered the total budget as last approved by the Federal awarding agency for this award.
Amounts included in this budget narrative are estimates. Reimbursement or advance liquidations will be based on actual expenditures, not to exceed the amount obligated.

TOTAL BUDGET $ 59,575,857.25

TOTAL FEDERAL FUNDS $ 59,139,046.25
PERSONNEL $ 7,608,550.00
FRINGE BENEFITS $ 2,571,949.00
TRAVEL $ 997,812.00
EQUIPMENT $ 84,000.00
SUPPLIES $ 1,393,399.00
CONTRACTUAL $ 4,654,000.00
CONSTRUCTION $0
OTHER $ 38,925,395.88 (includes $23,953,750 of PRODUCER INCENTIVES)
TOTAL DIRECT COSTS $ 56,235,105.88
INDIRECT COSTS $ 2,903,940.37

TOTAL NON-FEDERAL FUNDS $436,811.00
PERSONNEL $ 280,024.00
FRINGE BENEFITS $ 93,787.00
TRAVEL $0
EQUIPMENT $0
SUPPLIES $0
CONTRACTUAL $ 26,000.00
CONSTRUCTION  $0
OTHER $ 37,000.00
TOTAL DIRECT COSTS $ 436,811.00
INDIRECT COSTS $ 0

Recipient has elected to use the de minimis indirect cost rate. Indirect is calculated at the de minimis indirect rate of 10% for period 1 through October 1, 2024 followed by an increase in the de minimis indirect rate to 15% in line with updates

**J.A. 1382**

to 2 CFR 200 regulations for the remainder of the grant.
Recipient has elected to voluntarily waive indirect costs on all eligible direct costs in the Match section of this budget narrative.
Recipient has elected to voluntarily waive additional amount up to $50,000 for each subaward and is only including the first $25,000 of each subaward.

When equipment is purchased with Federal funds it must be used until no longer needed as described in the General Terms and Conditions and 2 CFR 200. If the residual value of the equipment is $5,000 or more at the time it is no longer needed, the recipient must request disposition instructions. The disposition instructions may direct the recipient to: 1) sell the equipment and return a proportionate share of the proceeds to the Federal agency; 2) transfer title to another eligible entity identified by the Federal agency; or 3) keep the equipment if desired and compensate the Federal agency for its proportionate share of the value.

**Responsibility of the Parties**

There are no changes to this section.

**Expected Accomplishments and Deliverables**

There are no changes to this section.

**Resources Required**

There are no changes to this section.

**Milestone**

There are no changes to this section.

**GENERAL TERMS AND CONDITIONS**

Please reference the below link(s) for the General Terms and Conditions pertaining to this award:
https://www.fpacbc.usda.gov/about/grants-and-agreements/award-terms-and-conditions/index.html

Revised Attachments:
Budget Narrative_REV_20241211
Benchmarks Table_REV_20241211

There are no other changes to the award attachments from the original agreement or any prior amendments.

Additional Provisions

ANTI-HARASSMENT
USDA will not tolerate harassment or assault within the agency or at awardee organizations, field sites, or anywhere USDA programs are conducted.  Individuals can notify USDA of concerns about harassment affecting an FPAC-funded project.  The person who reports the concern will receive an automated response acknowledging receipt.  Notification may be done anonymously.

If threatened or assaulted, individuals need to immediately try to remove themselves from the assault/threat and contact 911 once you are able to.  Once the situation is safe, notify the USDA-Farm Production and Conservation (FPAC) Homeland Security Division at FPAC-PhysicalSecurity@usda.gov and either your supervisor (USDA employees) or the appropriate USDA program contact (contractors and cooperators).

The USDA established the Anti-Harassment Program to prevent workplace harassment, any form of unwelcome, persistent, and unsolicited verbal, non-verbal, written, or physical conduct that is offensive and could alter the affected individual's terms and conditions of employment and mitigate harm to any employee subjected to conduct that is or could develop into harassment or bullying.  FPAC employees, contractors, volunteers, and those under formal partnership agreements performing work on behalf of USDA with FPAC, may report harassment matters to sm.fpac.anti-harassmentcomplaints@usda.gov.

**J.A. 1384**



**REVISED** ~~2.3.23~~ ~~2.17.23~~ ~~3.2.23~~ ~~3.8.23~~ ~~9.20.23~~ ~~8.29.24~~ ~~10.30.24~~
**12.11.2024**

## Climate-Smart Farming & Marketing: Engaging in Community-Science and Practice from Maine to South Carolina

Hannah Smith-Brubaker
PA Assoc. for Sustainable Agriculture, dba Pasa Sustainable Agriculture (Pasa)
1631 N Front Street, Harrisburg PA 17012
814-349-9856; hannah@pasafarming.org

*N.B: For reviewer*
*This budget narrative document contains changes from two revision request*
*submissions. For ease of review, these requested changes are summarized in the*
*accompanying revision summary document and changes tracked within this document.*
*All revisions pertaining to the 0.5% increase request submitted on 08/29/2024 are noted*
*as such in the margin with a revision title of "0.5% revision request". Subsequent*
*changes are differentiated with the name of the editor as the revision title. A clean final*
*submission is also submitted with all revisions accepted.*

## Budget Narrative

| Category | Federal | Match |
|---|---|---|
| Personnel | $ 7,608,550 | $ 280,024 |
| Fringe Benefits | $ 2,571,949 | $ 93,787 |
| Travel | $997,812 | $ 0 |
| Equipment | $ 84,000 | $ 0 |
| Supplies | $ 1,393,399 | $ 0 |
| Contractual | $ 4,654,000 | $ 26,000 |
| Other | $ 26,704,047.05 | $ 37,000 |
|     Farmer Incentives | $ 22,335,750 | |
|     Farmer Scholarships | $ 1,618,000 | |

| Other Direct Costs | $ 2,750,297.05 | |
| Subawards | | |
| Barnowl.io LLC | $ 182,750 | |
| CFSA | $ 1,522,674.13 | |
| CISA | $ 730,551.32 | |
| Future Harvest | $ 1,531,672.49 | |
| Maine Farmland Trust | $ 871,800 | |
| MOFGA | $ 820,847.07 | |
| NOFA-Mass | $ 1,581,447 | |
| NOFA-NJ | $ 993,180 | |
| NOFA-NY | $ 1,438,946 | |
| NOFA-VT | $ 1,098,103 | |
| OpenTEAM | $ 438,262 | |
| Our Sci | $ 296,785.62 | |
| RCLF | $ 714,330.20 | |
| Subawards Total | $ 12,221,348.83 | $ 0 |
| Total direct costs | $ 56,235,105.88 | $ 436,811 |
| Indirect | $ 2,903,940.37 | $ 0 |
| Total | $ 59,139,046.25 | $ 436,811 |

## Personnel

All positions will work on the project for the duration of the grant period.

All salary calculations include a 4% cost of living increase each year of the project in alignment with Pasa's organization-wide policies.

Below the individual descriptions is a summary table, including % of FTE as well as NRCS and match salaries.

**Administrator for Project:** Hannah Smith-Brubaker, Pasa executive director Hannah's time on the project is an in-kind match. Hannah will be accountable for ensuring that all project activities are carried out in a timely, cost-efficient, and responsible manner and will provide oversight of project partners, ensuring that farmers remain the focus and primary beneficiary of the project. Having previously served as Pennsylvania Agriculture Deputy Secretary, Hannah has experience managing annual budgets (over $75M), running multiple large-scale federal grants, overseeing staff, and working closely with regulations, certifications, and farmers. While serving as Deputy, one of Hannah's key achievements was negotiating multi-million-dollar Agricultural Conservation Easement Program deed terms after years of impasse between the Commonwealth of Pennsylvania and the Natural Resources and Conservation Service. Hannah lends credibility and insight in working daily with farmers, as she is one herself. Hannah manages a 75-acre organic vegetable farm that integrates pastured livestock and multi-functional agroforestry practices, among many other climate-smart practices. Please see attached Hannah Smith-Brubaker's resume.

**External Research Controls Advisor**: Sharifa Crandall, Ph.D. Responsible for providing external oversight and controls on research and measurement activities within the project. Dr. Crandall is an expert in soil health and biological management as well as being dedicated to deeper engagement with farmers and professionals from diverse backgrounds. Dr. Crandall's time will be contributed as a volunteer and is not included in the federal ask or the match.

**Principal Investigator: To Be Hired**
Accountable for ensuring that all project activities are carried out in a timely, cost-efficient, and responsible manner. Will provide oversight of daily activities and lead and direct the project toward the accomplishment of the objectives of the project. This position will be required to have extensive project management, leadership, and agriculture experience.

**Associate Director of Events**: Kristin Hoy will be responsible for peer-to-peer learning opportunities. Year after year farmers have reported that roundtable discussions and peer learning opportunities have been key to their success: farmers learn best from other farmers. We have a highly qualified team supported by Kristin Hoy who regularly

**J.A. 1387**

put on 40-60 events per year. Kristin has more than a decade of experience running farmer events, including our annual Sustainable Agriculture Conference which draws more than 2,000 attendees annually (majority farmers). We will be increasing the number and geographic scope of events as the number of participants increases. Kristin will also oversee the farmer scholarship program, as outlined below.

**Educational Programming Coordinator:** To Be Hired. Responsible for coordinating with partners and TSPs to create engaging programming that will communicate potential and probable outcomes, enabling educational events to act as recruitment tools for interested farmers. Events will both convey emerging trends, provide resources and technical support to farmers, and provide important peer networking and supply chain connection opportunities. The coordinator will work closely with communications teams and the associate director of events to plan and produce meaningful educational opportunities to farmers currently in and potentially interested in the project.

**Finance Associate**: To Be Hired. Accountable for maintaining fiscal responsibility of the project. Is responsible for the submission of required financial reports. Based on the large dollar amount of this award as well as with the large number of outgoing payments (to partners, sub awardees and producers), we anticipate a full-time position will be necessary.

**Grant Coordinator for Partners & Sub Awardees:** To Be Hired. Pasa will hire a Grant Coordinator specific for this project. They will be responsible for coordinating with partners and sub awardees, ensuring they have the support they need to reach and serve their stakeholders and to troubleshoot needs. This format of a project-specific grant liaison has been a positive model on Pasa's largest awards.

**IT/Technology Support**: To Be Hired. Pasa will hire two Technology Support positions to further build and maintain the tracking and engagement through this project. Our CRM is well designed to handle an expansion in this area as we already extensively track research engagement. These positions will also act as a liaison between Pasa and our technology partner, OpenTEAM, who is responsible for the technology infrastructure for tracking GHG reductions and carbon sequestration. These positions will be overseen by our current Associate Director of Technology, Steven Coraor who has a background in R&D, API Integrations, Development, and more. These staff will also be integrally involved in the marketing aspects of the project, enhancing our mapping capabilities and iFrame customization for each partner's hyper-local marketing support.

Administrative & Reporting Assistant:  To Be Hired. They will oversee the timely collection and completion of quarterly reporting requirements. This role will work closely

**J.A. 1388**

with the technology team to develop the necessary data streams required to efficiently complete the detailed project reporting workbook. They will structure all data to conform with the requirements of the data dictionary and ensure that information is submitted when it is indicated as required.

| | Funds Requested Year 1 | Funds Requested Year 2 | Funds Requested Year 3 | Funds Requested Year 4 | Funds Requested Year 5 |
|---|---|---|---|---|---|
| Administrative & Reporting Assistant | $0 | $0 | $ 56,650 | $ 58,350 | $ 60,100 |

Funds justification: The Administrative and Reporting Assistant has a base salary of $ 56,650, starting in period 3 and accounting for an annual cost of living increase of 3%, the total salary funds requested for this position over the remainder of the grant period are $175,100.

**Marketing & Communications**: Melissa Cipollone has worked at departments at city, state, and national nonprofit and government organizations focused on environmental sustainability, public health, and social justice, including New York City's Department of Sanitation Bureau of Recycling and Sustainability, Vera Institute of Justice, and Planned Parenthood's national headquarters. Melissa will oversee the contracted design, outreach, and marketing required to recruit and promote farmers involved with our project. Melissa oversaw the design and implementation of our current farmer infographics, focusing on results that matter to both farmers and their buyers. She will oversee the new materials designed to help farmers target buyers who care about climate-smart practices.

**Marketing & Communications:** To Be Hired. Pasa will additionally hire a person who will focus on telling the stories of the farmers engaged in this project, their practice implementation, and their market successes and challenges; and, on marketing and outreach materials for farmers to utilize the "climate-smart" label. We foresee needing individual graphics and tailored marketing campaigns around different buying groups including consumers, wholesalers, and retailers. We have letters of support from various buyers showing their support for marketing climate-smart farms. We also have enormous support from farmers directly: 90% of farmers surveyed said that being designated "climate-smart" for marketing purposes matters to them. A large part of the proposal aims to support farmers' effort to market as "climate-smart", which means increasing our internal capacity to manage those campaigns and messaging efforts.

Regional Marketing Coordinator: To Be Hired. Pasa will additionally hire three marketing coordinators focused on streamlining market development within each of three market regions: 1) the Northeast, 2) Northern Appalachia and the Mid Atlantic and, 3) Southern Appalachia, Piedmont and Coastal Plan. These positions will be integral in crafting a cohesive marketing strategy that is well adapted to each of these distinct market geographies. Coordinators will facilitate the expansion of local and regional sales channels through research into new sales opportunities and the development of relationships with regional buyers. Examples of these new market channels include but are not limited to institutional buyers, food hubs and aggregators and emergency food system outlets. In addition to opening new potential outlets, these marketing coordinators will also support farmers to increase their market share within existing channels through the creation and provision of effective and targeted marketing materials. These coordinators will collaborate closely with our project partners on these efforts to effectively draw upon existing relationships and assets.

|  | Funds Requested Year 1 | Funds Requested Year 2 | Funds Requested Year 3 | Funds Requested Year 4 | Funds Requested Year 5 |
|---|---|---|---|---|---|
| Regional Marketing Coordinator 1 | $0 | $0 | $ 56,650 | $ 58,350 | $ 60,100 |
| Regional Marketing Coordinator 2 | $0 | $0 | $ 56,650 | $ 58,350 | $ 60,100 |
| Regional Marketing Coordinator 3 | $0 | $0 | $ 56,650 | $ 58,350 | $ 60,100 |
| Total for 3 coordinators |  |  | $169,950 | $175,050 | $180,300 |

Funds justification: The Regional Marketing Coordinator has a base salary of $ 56,650, starting in period 3 and accounting for an annual cost of living increase of 3%, the total salary funds requested for this position over the remainder of the grant period are $525,300.

**Project Interns:** To Be Hired. Pasa will annually hire 8 regionally-based interns each year. Each year Pasa brings on a number of interns to visit farms, collecting soil, water, and farm management information. This service is highly prized as time-saving and

**J.A. 1390**

educational for our farmers. From Pasa's end, this enables us to monitor and verify while ensuring a consistent and accurate protocol. Farmers enjoy meeting with interns and being able to show off changes that have happened since the last visit. Interns will work an average of 10 hours per week at $20/hour. These visits also create a unique opportunity for interns to see several farms, often neighbors, tackling similar issues differently. This allows Pasa a huge amount of information to leverage as we design peer learning circles, case studies, and climate-smart practice suggestions. We've seen enormous success with this model.

**Research Scientist**: Sarah Isbell, Ph.D. Accountable for research analysis and report design. Sarah earned her Ph.D. in Ecology from Penn State University. Sarah's scientific expertise is in agroecology, ecosystem ecology, soil ecology, and biogeochemical cycling. Sarah is highly effective at project development and management, data analysis, written and oral communication, technical writing, distilling technical science concepts to communicate with stakeholders, and working in interdisciplinary teams.

**Research Scientist 2:** To Be Hired. Pasa will additionally hire another research scientist to work on this project for 20% of their time, in collaboration with our current Research Scientist.

Research Technology Coordinator: This position will support Pasa's network of farmers and farm organization partners as a farmer-facing technology liaison. This position is crucial for our MMRV strategy of enrolling farmers in our Soil Health Benchmark Study. Serena will be our expert of the OurSci, Barnowl.os, and OpenTEAM ag tech toolkit and transfer those skills to Pasa network through regular touchpoints with farmers and Technical Assistance Providers, including facilitating in-person and virtual trainings, conducting technical needs assessments with community partners, documenting bugs and reported technical issues, and responding to ad-hoc support requests from the Pasa community of tech users in a timely manner. Serena will also lead Pasa's scoping of development efforts with technology partners, and identify gaps, overlap, or opportunities for collaboration between Wolfe's Neck Center's and Pasa's Climate-Smart Farming and Marketing Program. Serena is part of Pasa's Research team and reports to the Research Director. She will also work directly with the OpenTEAM Tech Program Manager, and OpenTEAM's tech team.

|  | Funds Requested Year 1 | Funds Requested Year 2 | Funds Requested Year 3 | Funds Requested Year 4 | Funds Requested Year 5 |
|---|---|---|---|---|---|

**J.A. 1391**

| Research Technology Coordinator | $0 | $ 55,000 | $ 56,650 | $ 58,350 | $ 60,100 |
|---|---|---|---|---|---|

Funds justification: The Research Technology Coordinator has a base salary of $55,000, starting in period 2 and accounting for an annual cost of living increase of 3%, the total salary funds requested for this position over the remainder of the grant period are $ 230,100.

**Technical Support Specialists x 11: To Be Retained/Hired**

Pasa will retain/hire 11 technical support specialists to recruit, assess, design, implement and market climate-smart practices on farms.

Pasa will retain Sarah Bay Nawa as Pasa's lead Research Technical Support Specialist, offering .5 of her FTE to this project. Sarah has more than a decade of farming experience. Sarah holds a B.S. in environmental science and leads the coordination of community-based farm research at Pasa.

Pasa will hire research, planning and implementation technicians. Our Research and Technical Support team is the boots-on-the-soil team responsible for research and climate-smart implementation plans, monitoring, verification, and reporting. They will be in a unique position to see farms progress from initial conversations to design to implementation and beyond. They will know the farms and the farmers well enough to make follow-up calls, design meaningful educational programs, and report on trends and findings across farms.

Pasa will hire agroforestry technicians responsible for overseeing the technical and educational aspects of agroforestry practice implementation (including alley cropping, buffers, trees planted on working lands, etc). Agroforestry is highly desirable (more than 50% of respondents are interested in some form of agroforestry), relatively inexpensive to install, and results in large GHG reductions. Our region needs more technical support to make this happen successfully.

Pasa will hire urban outreach and technical support specialists. Urban farms face all the challenges of sprawling rural farms, but also face a number of additional challenges including soil toxicity, extreme compaction, loss of organic matter, and low nutrient availability. With a large number of urban farms in our network and throughout the region, adapting our resources and assistance to urban agriculture opens vast

**J.A. 1392**

opportunities for education, adoption, and inclusion. The positions will join Pasa existing Urban Agriculture Technicians to work closely with Pasa's urban farmers to amplify, uplift, learn from, and support those already doing the work and support innovation and change. Spread throughout the region, there are thousands of urban farms eager and highly motivated to implement climate-smart practices and showcase their results to an ever broader audience.

Pasa will hire a farm marketing technical support specialist. As the grant progresses and we further develop our foodshed mapping project, marketing farmers as climate-smart and connecting them to wholesalers, retailers and direct to consumers becomes a key aspect of the project. The first step is utilization of the materials originating from our soil health research program, better identifying for customers the value of the climate-smart practices and measurable attributes such as days of living cover, soil organic matter and, now, greenhouse gas emission reductions. Building upon these fundamental communications pieces will be the identification through our mapping program for easy access to the end buyer/consumer. This position will be field based. See other positions described above in other sections for in-house communications and outreach for the project itself as well as for materials creation and IT support.

| Position | Year 1 Base Salary | % effort, by year (annual % does not change, unless noted) | Total $ Requested | Total $ Match |
|---|---|---|---|---|
| Administrator for Project | $127,500 | 20% | $0 | $138,116 |
| External Research Advisor | | 10% | $0 | $0 |
| Principle Investigator | $88,000 | 100% | $476,636 | $0 |
| Associate Director for Events | $59,000 | 55% NRCS & 20% match | $175,759 | $63,913 |
| Edu. Programming Coordinator | $52,000 | 75% | $211,236 | $0 |
| Finance Associate | $61,000 | 100% | $330,395 | $0 |
| Grant Coordinator for Partners and Subawardees | $53,000 | 100% | $287,065 | $0 |
| IT/ Tech. Support | $65,000 | 100% (2 positions) | $528,091 | $0 |

| | | | | |
|---|---|---|---|---|
| Administrative & Reporting Assistant | $56,650 | 100% | $175,100 | $0 |
| Marketing & Communications 1 | $48,000 | 100% | $259,983 | $0 |
| Marketing & Communications 2 | $48,000 | 50% | $129,992 | $0 |
| Regional Marketing Coordinator 1 | $56,650 | 100% | $175,100 | $0 |
| Regional Marketing Coordinator 2 | $56,650 | 100% | $175,100 | $0 |
| Regional Marketing Coordinator 3 | $56,650 | 100% | $175,100 | $0 |
| Project Interns | $10,000 | 8 positions $20/hr | $433,305 | $0 |
| Research Scientist 1 | $72,000 | 100% | $389,975 | $0 |
| Research Scientist 2 | $72,000 | 20% (match) | $0 | $77,995 |
| Research Technology Coordinator | $55,000 | 100% | $230,100 | $0 |
| Technical Support Specialists | $58,000 | 100% (11 positions) | $3,455,613 | $0 |

Salary Funds Requested: $ 7,608,550
**Salary Funds Match: $ 280,024**

## Fringe Benefits

Pasa's fringe benefits include, but are not limited to, the costs of leave (e.g., vacation, family related, sick or military); employee health, vision, and dental insurance; pensions; and unemployment benefit plans. All fringe benefits are calculated at 33.3% of salary and wages with a current annual increase of 1%. As inflation continues, we have found our benefits continuing to rise. This increase is based on industry human resource standards.

Fringe match is provided at the same rate. e.g. if an employee above was listed with 20% FTE match, then 20% of their total fringe cost is also provided as match. All fringe match comes from Pasa's general operating funds.

**J.A. 1394**

|  | Funds Requested Year 1 | Funds Requested Year 2 | Funds Requested Year 3 | Funds Requested Year 4 | Funds Requested Year 5 |
|---|---|---|---|---|---|
| Administrative & Reporting Assistant |  |  | $18,864 | $ 19,431 | $ 20,013 |
| Regional Marketing Coordinator 1 |  |  | $ 18,864 | $ 19,431 | $ 20,013 |
| Regional Marketing Coordinator 2 |  |  | $ 18,864 | $19,431 | $ 20,013 |
| Regional Marketing Coordinator 3 |  |  | $ 18,864 | $ 19,431 | $ 20,013 |
| Research Technology Coordinator | $0 | $ 18,316 | $ 18,864 | $ 19,430 | $ 20,013 |

Fringe for the Research Technology Coordinator, Regional Marketing Coordinators and, Administrative & Reporting Assistant is 33% of the annual base salary. Accounting for the annual 3% cost of living increase to the base salary, the total fringe for these positions is $309,856    .

Fringe Benefits Funds Requested: $2,571,949
**Fringe Benefits Funds Match: $ 93,787**

## Travel

Our organizational travel policy is in alignment with Federal rates. e.g. Our mileage is matched to the Federal mileage rate. Our lodging is based on reasonable costs for the area and calculated based on GSA lodging for the region. Our travel meal costs are reimbursed at the actual meal cost, but with daily limits not to exceed GSA per diem rates.

Each trip averages one day. Therefore our per diem is figured at a full day. Lodging is figured at 75%. Mileage is figured at 300 miles round trip.

| 300 miles round trip x $.655 federal mileage rate | $196.5 |
|---|---|
| .75 nights x $130 GSA regional average lodging | $97.5 |

| 1 day x $74 GSA regional average per diem | $74 |
|---|---|
| **Per trip cost** | **$368** |

Based on our current projects, we know that on-the-ground farm visits are incredibly important for building trust and successfully implementing climate-smart practices on farms. Each farm visit will require site identification, documentation, and conversation. Visits will focus on recruitment, onboarding, measuring, implementation plans, documentation, and verification. We will also make a few trips for peer-learning events including workshops and conferences. In the first year of the project, we plan to make 309 farm visits,      450 in year 2, and 600/yr in the last three years of the project.

*Subtotal farm visit travel: $      941,712*

Additionally, this project can be a model for networks and regions around the nation. We are regularly invited to present at peer organization conferences. We have budgeted for this travel for 1-2 Pasa speakers in the last three years of the project, as implementation becomes more widely reportable. We expect expenses will include, at minimum:
Airfare at $900 x 2 travelers = $1,800
Car rental for 3 days @$110/day = $ 330
Hotel for 3 days x 2 travelers @ GSA convention city rate of $ 260/night = $1,560
Per diem for 3 days x 2 travelers @ GSA rate of $190/day = $1,140
Parking x3 days @ $ 50/day = $150
Registration fee x2 @ $ 310 each = $ 620

*Approximate Subtotal for presenting at peer conferences = $ 16,800*

Finally, as requested, we have budgeted for one traveler to attend two grant meetings per year. We budgeted for Kansas City travel. With two full days of meetings at each event, we budgeted for the staff person to be on site for 3 days total, including per partnership network costs of:
Airfare at $900 x 1 travelers = $900
Car rental for 3 days @$110/day = $ 330
Hotel for 3 days x 1 travelers @ GSA convention city rate of $ 260/night = $780
Per diem for 3 days x 1 travelers @ GSA rate of $190/day = $570
Parking x3 days @ $ 50/day = $150

*Subtotal for Partnerships Network meeting = $ 27,300*

**J.A. 1396**

As we work to further develop digital tools for farmers, a key component is training farmers on the tools, learning directly from farmers about their needs to inform our technology partners, and collaborating in person with our technology partners. We plan to educate farmers in person at their farms and at training sessions. We have budgeted for our Research Technology Coordinator to visit farms, host farmer training sessions, and attend collaborative meetings with our technology partners.

We have allocated $3,000 per period for travel. Accounting for an average of 285 miles round trip in a personal vehicle and a per diem, we estimate that one farm visit will cost $250. We are budgeting for 4 farm visits per year at $1,000 per period.

| 285 miles round trip x $.67 federal mileage rate | $191 |
| 1 day x $59 GSA regional average per diem | $59 |
| **Per trip cost** | **$250** |

*Subtotal for 4 farm visits each grant period: $1,000*

We also anticipate the Research Technology Coordinator to attend one out-of-state collaborative meeting with tech partners per year.. We are budgeting $2,000 per year for airfare, lodging, and per diem for a 3 day trip.

Airfare at $910 x 1 traveler = $910
Hotel for 2 days x 1 traveler @ GSA convention city rate of $ 260/night = $520
Per diem for 3 days x 1 traveler @ GSA rate of $190/day = $570

*Subtotal for Collaborative meetings with Technology Partners: $2,000*

| | Funds Requested Year 1 | Funds Requested Year 2 | Funds Requested Year 3 | Funds Requested Year 4 | Funds Requested Year 5 |
|---|---|---|---|---|---|
| Farmer technology research | | $1,000 | $1,000 | $1,000 | $1,000 |
| Collaborative tech partner meeting | | | $2,000 | | $2,000 |

**J.A. 1397**

Subtotal for Farmer Technology Research and Training meetings = $12,000

**Travel Funds Requested: $     997,812**

## Equipment

Pasa anticipates needing specialized equipment for handheld analyzers for soil contaminants. Through this project, we will also purchase three handheld analyzers for soil heavy metals. These devices are effective, easy to use, and portable. As we expand our work to urban settings, it's increasingly important to effectively communicate with urban farmers about the state of their soils. These handheld devices can quickly show whether it's safe to grow food on a specific space. After the upfront outlay is made, these devices require little ongoing maintenance or upgrade costs. We estimate that we will be able to test more than 1,000 sites over the course of this project, leading to healthier communities and saving valuable time and resources across partnerships. One such device has already been deployed in Western PA with great success. We have not found leasing as an option with this equipment. Costs include shipping and appropriate storage.

*Subtotal: $ 28,000 handheld analyzer for soil heavy metals x 3 = $ 84,000*

**Equipment Funds Requested: $ 84,000** [Note that equipment is not included in our indirect calculations]

## Supplies

In order to effectively measure the water infiltration capacity of soils, Pasa is requesting to purchase an MPD Infiltrometer for each Technician and intern. This tool has been approved as a cost-effective tool and holds great capacity to inform farms of the progress they're making toward improving their soils. Farmers highly rated water infiltration measurements as a valuable tool in improving their management. This project will provide a co-benefit of measuring any correlation between water infiltration and the implementation of climate-smart practices. Pasa currently lugs 7-14 gallons of water by hand to remote field sites to manually measure water infiltration. This process is both incredibly labor-intensive and very time-consuming, typically adding around 4 hours to a farm visit. So while this measurement is valuable to farmers, in order to scale up the practice, an automated infiltrometer is a necessity. Based on the relatively low cost for this item, leasing is not a feasible option. Actual infiltrometer costs are expected to be approximately $4,500. Figures below include shipping and appropriate recommended storage/carrying cases.

**J.A. 1398**

*Approximate Subtotal: $ 5,967.74 water infiltrometer x 31 Coordinators and project partners = $ 185,000*

Our soil health testing supplies are incredibly affordable and scalable. Costs are $100 per farm per year and include GPS units, shovels, buckets, cameras, guides, instructions, bags, flags, markers, measuring devices, and totes.

| Project Year | # of farms soil sampling | Annual subtotal |
|---|---|---|
| 1 | 200 | $ 20,000 |
| 2 | 500 | $ 50,000 |
| 3 | 1,000 | $ 100,000 |
| 4 | 1,500 | $ 150,000 |
| 5 | 1,500 | $ 150,000 |

*Subtotal soil testing supplies: $ 470,000*

To produce, print, and mail customized soil health and climate-smart benchmark reports to each farm will cost $30 per farm per year. Currently, these reports contain detailed farm information on soil health and management practices, specific to the farm and their cohort (row crop, agroforestry, urban, diversified vegetable, pastured livestock). Farmers save these reports from year to year and regularly refer back to them to review their own management practices and to see how peer farms performed. With this project, we'll also include important indicators around a farm's GHG reductions (current, probable, and possible) and those of their peers. This alone offers a valuable incentive for farmers to participate in the project.

| Project Year | # of reports produced | Annual subtotal |
|---|---|---|
| 1 | 200 | $ 6,000 |
| 2 | 500 | $ 15,000 |
| 3 | 1,000 | $ 30,000 |
| 4 | 1,500 | $ 45,000 |
| 5 | 1,500 | $ 45,000 |

*Subtotal customized benchmark reports to farms: $ 141,000*

**J.A. 1399**

Farmers are incredibly excited to market their farms as climate-smart. 90% of respondents said that being designated as "climate-smart" was valuable to them. Therefore we've set aside funds to directly assist farmers with marketing materials, templates, and designs. We will competitively bid for meaningful and accessible branding and materials around climate-smart that is a direct benefit to farmers selling wholesale, to institutions, and direct-to-consumers. After initial design creation, funds will be spent to produce marketing materials for farmers (flyers, signage, templates, stickers, etc.) as well as the shipping costs required to distribute those materials. Customized materials will cost $200 per participating farm.

| Project Year | # of farms receiving marketing materials | Annual subtotal |
|---|---|---|
| 1 | 200 | $ 40,000 |
| 2 | 300 | $ 60,000 |
| 3 | 550 | $ 110,000 |
| 4 | 550 | $ 110,000 |
| 5 | 550 | $ 110,000 |

*Subtotal customized farmer marketing materials: $ 430,000*

Staff to be hired will require a laptop and related hardware (keyboard, hard case, screen protector, mouse, external monitor, stand, adaptor, headphones, small printer/scanner) and software (word processing, PDF editor, etc) at an estimated $1,700 per set. A reliable computer with a sturdy case and screen protector is a must for both on-farm support and in-the-office detailed work. We will acquire 17 computer sets in the first 14 months of the project and estimate needing to replace three existing staff computers by the end of this project.

*Subtotal staff computer sets: $ 34,000*

While we're a mostly digital organization, inevitably there are some supply costs for on-the-ground staff. These include reusable event supplies like popup tents, folding chairs, plastic tables, and water jugs, as well as consumables like printed speaker handouts, face masks, hand sanitizer, and directional signage for peer-to-peer events. Based on current supply usage, we estimate this cost to be $12,000 per year of the project.

*Subtotal for event materials and supplies: $ 60,000*

**J.A. 1400**

With initial partner conversations, we recognize the need to standardize farm data intake methods. iPads will allow us to systematize and standardize how all Pasa and subawardee Technical Assistance Providers interact with farmers through the region. These iPads will have protective cases to protect them as they'll be regularly used in the field. They will also have the necessary service to enable data uploads. This will also allow Pasa to have control over data and force data directly into secure software rather than storing data and uploading at a later time.  iPads: $2,936 per unit (including iPad, protective case, shipping, monthly cell plan) 25 units = $73,400 total.

|  | # of units | Per unit | Shipping | TOTAL |
|---|---|---|---|---|
| iPad | 25 | 528.00 | 61.00 | $13,261.00 |
| Cases | 25 | 126.13 | N/A | $3153.32 |
| Monthly Cell Plan | 25 for 5 years | 2,399.43 | N/A | $56,985.75 |
| TOTAL |  |  |  | $73,400.07 |

iPad units will be utilized by Technical Assistance Providers (TAPs) working throughout the grant region for 6 Pasa TAPs and 19 subaward TAPs.

*Subtotal for Technical Assistance Providers iPads: $ 73,400*

**Supplies Funds Requested: $    1,393,399**

## Contractual

All Pasa contracts will be bid on an annual basis. Estimates below are based on current project partners or market rates. We do not anticipate any single contract over $250,000. In alignment with 2 CFR 200.318-327, we will competitively award our contracts that are between the range of $10,000 to $ 250,000. As appropriate, contracts will range in duration from a few weeks to multiple years.

For six years, Pasa has been conducting the regional Soil Health Benchmark Study, one of the largest and more important community-, farm-based research projects in the nation. Staff conduct soil samples on three fields on each farm and send the samples for analysis. Based on current industry rates, we estimate the cost at $130 per sample, with each farm requiring three samples each year. Combined with our detailed field

management assessment and, new with this project, the carbon sequestration, and GHG reduction metrics, the resulting reports will be astonishingly important to farmers. In the first year, we anticipate that 267 farms will participate, 400 in the second year, and 1,000 in year three, 1,500 in year four, and 2,000 in year five.

$26,000 in match (67 farms * $130 per sample * 3 sets of samples per farm) will come from      Pasa general funds.

| Project Year | # of farms soil sampling | Annual subtotal NRCS | Annual subtotal Match |
|---|---|---|---|
| 1 | 200 NRCS<br>~67 Match | $ 78,000 | $ 26,000 |
| 2 | 400 | $ 156,000 | $ 0 |
| 3 | 1,000 | $ 390,000 | $ 0 |
| 4 | 1,500 | $ 585,000 | $ 0 |
| 5 | 2,000 | $ 780,000 | $ 0 |

*Subtotal for soil tests:*       *$ 1,989,000 NRCS*
                                          *$ 26,000 Match*

To reduce access barriers, Pasa will provide extensive planning and practice implementation technical support to farmers in our project. Contractors are based on a rate of $85 per hour and includes technical development, regional implementation expertise, and, to a smaller extent, engineering design expertise as required by specific farm implementation plans. Farmers have provided feedback that reimbursement of technical service provision is more difficult: farmers prefer that Pasa directly pay for technical service providers work. We will employ a successful model called "Pick your own consultant". We expect that each contract will be under the $10,000 threshold required for bidding out projects. Therefore, among a list of vetted consultants (assessed for quality, technical expertise, and reasonableness of costs), contract work will be conducted through Pasa to the direct benefit of farmers.

2,200 hours * $85/hour = $ 187,000 per year

*Subtotal for Planning and Practice Implementation Technical Support: $ 935,000*

**Each of the following contracts will be competitively bid.**

**J.A. 1402**

Cooperative market development holds potential for farmers to create financially viable climate-smart buyers through training and development. Potential contractors will have worked with numerous emerging, start-up, and established cooperatives in all sectors of agriculture. Their experienced team of cooperative and business development specialists will fulfill the deliverables around direct marketing, multi-stakeholder cooperative business models, and business model planning for new and emerging enterprises. We include support for the cooperative model training and development generally, but also plan to pilot at least two specific climate-smart cooperative models: agroforestry tree fruit/nut products and commodity market products.

In particular, cooperative marketing is necessary for some enterprises such as nuts, fruits, and florals grown as part of agroforestry practices because the products require aggregation and distribution through large wholesale and processing channels. Since agroforestry is one of NRCS's top rated climate-smart practices, we hope to create emerging markets from agroforestry products. The states covered through this project are home to numerous burgeoning tree crop cooperatives that will benefit from better coordination and cooperation along the East Coast. Most farms with existing nut trees - hickory, black walnut, chestnut - do little with these crops. Establishing and organizing gleaners and added-value producers through marketing efforts will incentivize keeping existing trees and adding new ones, augmenting income and sequestering additional carbon. Pasa will bid a contract for this particular work.

We are also seeing innovative farmers across the region working to increase domestic production of plant fibers for "climate-smart" clothing. Many commodity row crop farmers are looking to move into growing products that adapt well to a changing climate and also meet growing clothing industry demand. We will support similar projects throughout the region. Again, this approach will provide a meaningful case study for commodity growers to switch to a high-earning, high carbon-sequestration, high-demand product and should be highly replicable in other states in the region. Flax, for example, is a low-input 100-day crop that grows well in our region, fits nicely into rotation on diversified farms, and brings a good price on the market providing a cash crop for farmers. Processing the flax into spinnable fiber and then into linen requires no chemical inputs, making it a climate-beneficial textile. Estimates are based on costs required to start low-infrastructure emerging cooperatives. Pasa will bid this contract work.

Pasa's 6 year Financial Benchmark Study will evolve through this project to provide farmers with the ability to monitor, verify, track, and compare climate-smart commodities through the supply chain and then connect those efforts to specific financial changes, offering small to mid-scale and traditionally underserved farmers with an enormous

market advantage. Traditionally underserved farmers face proportionally higher access barriers, both to meaningful financial data and to marketing expertise. These farmers typically lack the on-farm capacity to deep dive into their financial situation without the support of a partner like Pasa. Pasa's project addresses those access barriers, creates long term viability beyond the project period, and elevates the region's farms as a whole. We will work with a financial consulting firm, who know how to work with farmers, to showcase the economic and environmental impact of climate-smart farming. Estimates are based on current contracted work, but will be bid before contracts are established. This will offer lasting benefits far beyond the project duration.

|  | Funds Requested Year 1 | Funds Requested Year 2 | Funds Requested Year 3 | Funds Requested Year 4 | Funds Requested Year 5 |
|---|---|---|---|---|---|
| Cooperative Market Development | $ 85,000 | $ 85,000 | $ 85,000 | $ 85,000 | $ 85,000 |
| Financial benchmarking: econ & enviro impact of climate-smart farming | $ 85,000 | $ 85,000 | $ 85,000 | $ 85,000 | $ 85,000 |
| Forestry implementation | $ 50,000 | $ 50,000 | $ 35,000 | $ 35,000 | $ 30,000 |
| Case study development for commodity growers | $ 100,000 | $ 40,000 | $ 40,000 | $ 35,000 | $ 35,000 |
| External monitoring & evaluation | $ 25,000 | $ 25,000 | $ 25,000 | $ 25,000 | $ 25,000 |

*Subtotal for monitoring, verifying, tracking, and comparing climate-smart commodities through the supply chain: $ 1,425,000*

90% of our farmers in a recent survey responded that a "climate-smart" designation matters to them. Like our farmers, we also see the potential of marketing farms as Climate Smart. We recognize the need to support wholesale, institutional, and direct-to-consumer sales through direct marketing and advertising. Farmers would not be able to effectively create, implement, and monitor a series of high-quality marketing campaigns

without support from this project. In the first years of the project, we will contract with a marketing firm to design a campaign for farmers' direct benefit. Then, in the last three years of the project, we'll work with the firm to design specific creatives within that campaign for farmers as well as the buyers. This will holistically drive business and create a thriving climate-smart market while educating the general public on the benefits of climate-smart farming practices. The ability for Pasa to track, verify, and analyze the economic benefits of traditionally underserved farmers (and, importantly, report those findings to USDA for use in the design of future programs) will have long lasting benefits beyond this project. Estimates are based on previous projects for similar work, along with industry estimates for ongoing engagement with farmers.

We estimate that in years 1-2, a contractor will develop a multi-channel marketing campaign strategy, complete with slogan, design work, and implementation timeline spanning the final three years of the project.

In years 2-5, we've requested marketing and advertising to carry out the campaign design. The contract for the implementation will be bid out separately from the original campaign creation, but may be ultimately awarded to the same company, depending on bids received. We estimate $1,000 per month for the contractor fees to run the campaign and then roughly $1,083 monthly for advertising spends. This money will be spent on a variety of marketing channels, to be identified and designed in years 1-2. Marketing channels will likely include audience targeted social media, web, and print advertising as well as geotargeting. Pasa's communication staff will provide contractor oversight and ensure that the project stays on target for outreach.
Estimates are based on previous campaign design and implementation costs. Year 1 & 2 = $50,000 each and years 3-5 = $25,000 each

*Subtotal for Marketing Campaign work: $ 175,000*

Creating evergreen materials that are culturally relevant and accessible to participants is important for this project's success. Specifically, Pasa is partnering with Indigenous tribes in the region to create a climate-smart Practices Learning Library for Indigenous Communities. This work will elevate the spoken word, and create a visual hands-on experience that will be available to Indigenous groups throughout the region. This training tool, calculated at $25,000 annually for the duration of the project, empowers and reclaims Indigenous practices as a teacher and valued resource in the region. Costs include planning, scripting, travel, video production, and video editing. Costs are based on previous work and estimated at $30,000 in year one and $25,000 each year thereafter. Depending on the complexity of the video being produced, we have received

all-encompassing quotes from $10,000 to $30,000 per video. Therefore, we anticipate producing between 5-13 complete videos.

*Subtotal for Practices for Learning Library for Indigenous Communities: $ 130,000*

**Contractual Funds Requested: $ 4,654,000**
**Contractual Match: $ 26,000**

## Construction

We are not requesting any construction funds for this project.

**Construction Funds Requested: $0**

## Other

40.9% of our budget is dedicated to direct incentives to farmers ($23,953,750 through Pasa and $258,430 through subawards. $22,335,750 of this total will be granted in the form of practice implementation funding while $1,618,000 is reserved for scholarship funding to attend conferences and other educational opportunities.

Over the remaining four years of the project we will look to enroll 2,000 farms into the program. All farms enrolling in the program will implement one or more NRCS standardized practices (could be one or many and we will provide a stipend     towards the costs of the project, averaging $     11,000). We are making some assumptions about who will choose what based on prior history with smaller projects. By covering farmer's costs (and providing the technical support), the project will remove access barriers for low-cost, high-performance practices. Of the more than 120 farmers recently surveyed, 100% indicated their interest in implementing or expanding at least one of the approved practices. Starting with a whole systems plan, farms will be encouraged to implement multiple practices over the course of the project. As requested, we will allow low-capital farmers to receive advance payments, thus reducing financial barriers. We expect that 170 projects will be implemented in the second year, 429 in the third, 755 in the fourth, and 677 in the fifth year. All of these implementations will be overseen by a project partner, able to monitor, measure, and verify on-farm data.

Farmer incentive payments are composed of both a participation stipend and an implementation payment. The participation payment is designed to offset some of the data collection burden placed on the farmer and the navigation of a pilot program. This payment is set at $1,000 per year for non-underserved producers and $1,500 per year for underserved and urban farmers. The implementation payment is designed to offset

the entire cost of the practice installation including the financial cost of resources such as materials, supplies, and labor needed to implement the practice. Implementation payments are calculated based on the farmer's implementation plan using the practice type(s) and practice extent(s) which is the total area where the practice(s) will be implemented. For 382, Fence, 412, Grassed Waterway, 516, Livestock Pipeline and, 614, Watering Facility - practices which typically involve technical services providers to complete the installation - farmers will provide us with a quote for the expected cost of the project and we will pay the full cost of the installation pending review of that quote. We will aim for the average award size for each farm to be close to $11,000.

The participation stipend will be paid annually for every year that a farmer is enrolled in the program. The implementation dollars are paid in two installments. The first payment is 75% of the total calculated practice payment and is made at the time of enrollment of the practice. The remaining 25% of the implementation payment is made when practice installation has been verified.

It has become clear over the past year that administering farmer incentive dollars held within subaward budgets creates undue challenges for our partners. With that recognition, the farmer implementation dollars that are currently in our partner budgets will be aggregated into the single line of Pasa's budget. The shift toward centralized administration is necessary for three primary reasons, 1) it will shorten the cash flow turn around and allow for faster payments to go out to farmers, 2) it allows for stronger fiscal controls ensuring that we are effectively reporting on all of the necessary grant metrics tied to the implementation funding and, 3) it helps provide uniformity and consistency around funding strategy across the program area. Our partners are in agreement that this is the most logical approach at this stage in the project.

We will engage the remaining farms in other aspects of the project, beyond practice implementation, including soil health and/or financial health research, education, consulting services, marketing and planning for future implementation which will access other budget lines. All 2,000 are eligible to participate in any of the aspects of the project. We are making some assumptions about who will choose what based on prior history with smaller projects. By covering farmer's costs (and providing the technical support), the project will remove access barriers for low-cost, high-performance practices. Of the more than 120 farmers recently surveyed, 100% indicated their interest in implementing or expanding at least one of the approved practices. Our funding structure which provides capital to farmers early in the project cycle will greatly reduce barriers for low capital farmers to access program funding.

**J.A. 1407**

We expect that 170 projects will be implemented in the second year, 429 in the third, 755 in the fourth, and 677 in the fifth year. All of these implementations will be overseen by a project partner, able to monitor, measure, and verify on-farm data. We are aiming to have the peak implementation occur in year four to allow for time to taper the program off slightly in the final year allowing time for implementation.

| | Funds Requested Year 1 | Funds Requested Year 2 | Funds Requested Year 3 | Funds Requested Year 4 | Funds Requested Year 5 |
|---|---|---|---|---|---|
| Practice Implementation | | 11000 x 170 $ 1,870,000 | 11000 x 429 $ 4,719,000 | 11000 x 755 $ 8,305,000 | 11000 x 676.5 $ 7,441,750 |

Subtotal for Farmer Climate-Smart Practices Implementation: $     22,335,750

Farmers report the importance of peer-to-peer learning. We regularly bring together participants from our existing Soil Health Benchmark Study to discuss the year in the review, the management practices, and the implementation barriers and successes. We will continue that practice through this project. One major place for learning is the annual Sustainable Agriculture Conference held annually and drawing in thousands of farmers and agricultural professionals from across the region. Farmers regularly rate the event as a high-quality learning experience and one they plan to attend annually. To that end, we'll provide scholarships to 100 farmers in the first year, 150 farmers in the second year, and 250 farmers in years three, four, and five.

Each scholarship is $1,000:
    Conference registration for three days $300
    Conference meals for three days $225
    Mileage at federal rate for 300 miles round trip $175
    Conference lodging for two nights $300

We have also added $500 each for 50 project partners for collaborative in-person meetings each year. These are for non-Pasa conference workshops and may include trainings, workshops, technical assistance clinics, and more. $500 scholarships are intended to offset travel, lodging, and registration costs.

Additionally, in the first three years we will host three facilitated focus groups to support development of the application, Pick-Your-Own Consultant, and Marketing platform as

**J.A. 1408**

described below. Participant stipends will cover travel costs, estimated at $500 per participant with 12 participants at each focus group for a total of $18,000

|  | Funds Requested Year 1 | Funds Requested Year 2 | Funds Requested Year 3 | Funds Requested Year 4 | Funds Requested Year 5 |
|---|---|---|---|---|---|
| Pasa Conference scholarship $1,000 each | $1,000x145 = $ 145,000 | $1,000x 230 = $ 230,000 | $1,000x 374 = $ 374,000 | $1,000 x 374 = $ 374,000 | $1,000 x 374 = $ 374,000 |
| Event scholarship $500 each | $500 x 6 = $ 3,000 | $500 x 50 = $ 25,000 | $500 x 50 = $ 25,000 | $500 x 50 = $ 25,000 | $500 x 50 = $ 25,000 |
| Participant stipends $500 each | $0 | $500 x 12 x 2 = $12,000 | $500 x 12 = $6,000 | $0 | $0 |

N.B. $50,000 in scholarships are administered by our subaward Future Harvest. A detailed explanation of those scholarships is outlined in Future Harvest's budget narrative below. The remaining $208,430 in scholarships are administered by our other implementation subawardees.

Subtotal for Pasa farmer scholarships $    1,618,000

To provide peer-to-peer learning focused on learning, implementation, business and marketing for climate-smart practices, Pasa will create events, roundtable discussions, conference sessions, and webinars for farmer participants. Pasa has a long history of creating farmer-focused events that draw the appropriate audience and, from our regular event evaluations, we know these events result in increased implementation. Based on    updated costs, including a more equitable speaker/host fee, we have budgeted $    5,800 per event with ten events each year across the 15 states to cover rental fees, A/V, speaker costs, catering, and host fees. Whenever possible we conduct these events with early adopter farmers as either hosts or speakers, further incentivizing and rewarding those farmers.

Pasa currently hosts between 40-60 annual events, $    5,800 is based on previous event averages as well as partner and farmer feedback. Some events cost less (e.g. virtual events) while others cost more (e.g. in person at a conference center).

**J.A. 1409**

At the request of our partners and farmers we have budgeted for more in person events; our budget also includes an evolving approach to equitable host payments, recognizing the time and resources being put into educating and hosting others on site.

*Subtotal for farmer events: $ 290,000*

Pasa also plans to host events specific to our technology collaborations, to include farmer training on technology tools, peer to peer learning, and technology focus group sessions. This includes $250 farmer honorariums for participation in focus groups around OpenTEAM Ag data tech tools. We budgeted $5,000 for periods 2-5, in anticipation of hosting 2 in person events and 4-6 virtual events. (We anticipate these events to have a slightly lower cost than our average event cost of $5,800 since they will not include speaker fees, and will be mostly invite-only events.)

*Subtotal for technology events: $20,000*

In the initial years of the project, we will devote marketing and advertising toward the recruitment of farmers to the project. While the network of Pasa and partners is expansive, we need to create effective and consistent materials to explain the project and how they can be involved. These marketing strategies will need to consider access barriers including language, lack of rural high-speed internet, and lack of experience from some farms with government assistance and paperwork.

For example, the region has a large number of Amish and Conservative Mennonite farmers who neither use the internet nor accept direct government assistance. But many of those farms are eager to implement climate-smart practices and would be willing to accept educational and implementation support from a trusted partner on this project. Additionally, many small urban farms are not yet connected to their local farm service agency but do have a working relationship with one of the project partners. Pasa and partners can provide both technical assistance for planning and implementation but can also help establish a long-term relationship between that farmer and the continued assistance available from various USDA programs. This will create a meaningful impact far beyond the duration of this project.

As recruitment needs dissipate, Pasa will begin to market and promote the outcomes of this project. This will include stories, case studies, infographics, reports, videos, diagrams, and more to tell the story of farmers making a positive impact through climate-smart practices. In similar work to date, we've seen large consumer interest and positive farmer feedback.

**J.A. 1410**

We aim to reach at least 100,000 farmers and growers during the project period. For specialized services like this program, the average online cost-per-click is around $3.08, or $308,000.

We recognize that many farmers interested in adapting their practices may not respond to online ads or have access to high-speed internet. We will work with subawardees to identify high-yielding print media opportunities for print advertising. For example, in Pennsylvania Lancaster Farming ads at around $800 per ad, reach thousands of farmers in the region and have provided excellent advertising opportunities to date. Other regional ad buys will also be required. We've set aside $38,400 in the advertising budget for regional print ad recruitment ($800 ad x 4 per year x 12 regional outlets).

Also within advertising is a budget for translation of ads, marketing, and outreach materials. To reach a diverse audience, it will be necessary to target our language around common needs. Based on current bilingual design costs, we've set aside $105,000 toward language equity in outreach and recruitment, which will be spread approximately even over the course of the grant, as new outreach materials need to be designed in other languages.

Like many other organizations, Pasa has started experimenting with industry influencers as a form of recruitment and outreach. For example, we recently replaced a small portion of our social media paid post budget to shift money toward farmers in our network who could speak to the benefits of our programs and services. In this way, we're able to compensate farmers for their testimonials and outreach efforts and Pasa earns another credible voice engaging in community outreach. We've set aside $300 for each of 60 regional farm recruiters ($18,000)

In person events, workshops, and conferences not hosted by Pasa or subawardees are also a great outreach opportunity. Pasa and partners will identify regional in-person and virtual opportunities to reach growers. The average exhibitor cost for regional events is $500. We will plan to exhibit at 15 regional events in the two years. ($15,000)

The remaining $255,600 will be shifted from recruitment to promotion. That is, helping farmers talk about their Climate Smart practices. We will create case studies which may be in the form of videos, flyers, print materials, online materials, or infographics. These materials will be available to farmers, contractors, subawardees, and more to help tell the stories of farmers implementing Climate Smart practices. We've intentionally left these costs more vague since part of the plan in years 1-2 is to create a Climate Smart marketing campaign. We see these materials fitting into that campaign. That is, the

**J.A. 1411**

contractor will develop an overall campaign, strategy, and materials along with specific suggestions for effective marketing channels.

Examples of farmer-specific marketing materials might include:
- Farm market signage with farm logo
- Flyers intended for direct-to-consumer outlets in English and Spanish
- Case studies intended for wholesale buyers
- Customizable video clips that can be embed on farm websites in English and Spanish
- POS (point of sale) merchandising materials
- Infographics with farm information useful with lenders, buyers, and community

Of course, all of these materials come with training and support in the form of webinars on best practices and technical support on using the materials appropriately.

In years 1-4, our recruitment, marketing, and advertising budget will be $150,000 and $140,000 in year 5.

*Subtotal recruitment, marketing, and advertising: $ 740,000*

Training the next generation of climate-smart farmers is a role we take seriously. Pasa runs three registered apprenticeship programs, which collectively engage more than 150 farmers and farmworkers annually, with ever-expanding interest. We will use lessons from this project to incorporate climate-smart learning modules, On-The-Job training, and Related Technical Instruction in each of these programs. Because the apprenticeships are on their way to being well established (Dairy Grazing Apprenticeship was established in PA in 2016, Diversified Vegetables Apprenticeship in 2019, and Diversified Vegetable Pre-Apprenticeship in 2020), incorporating these training will not represent a significant cost.

We have budgeted $35,395 in year one and $35,000 in years two through five to design climate-smart modules for the three apprenticeship programs. This further helps break down access barriers since many of our apprentices are first-generation farmers, without the intergenerational connections to conservation programs and government programs. Currently, each module averages around $25,000 to produce. As we continue to develop them, we anticipate that costs will decrease. Modules are typically outlined by Pasa staff, then created by a combination of farmer-contractor experts. Some modules also include the cost of translating into Spanish for increased accessibility.

*Subtotal for training the next generation in climate-smart practices: $ 175,395*

**J.A. 1412**

Through a Department of Commerce grant, Pasa will be finishing up a Foodshed Mapping Project. The project is currently based in PA but can be expanded to the region. Through the Foodshed Mapping Project, we'll be able to connect wholesales, institutions, consumers, and farmers in a meaningful way. Through this project, we'll work to add a climate-smart designation and tie in COMET GHG reduction measurements. This will enable institutions to measure and reduce their GHG purchases throughout the region. This is a big win to incentivize farmers to reduce GHG emissions and open a new market.

This is equally important for small to mid-scale and underserved farmers to market directly to the climate-smart-conscience buyer nearby. 90% of farmers surveyed responded that being designated climate-smart is meaningful.

We will develop and market the Foodshed Mapping Project platform to meet the needs of buyers and farmers. We will create a REST API integration with our current farmer tools so that farmers can enter data once and see it flow to various areas of need without duplication. We will train and assist partners and farmers on the Foodshed Mapping Project as a tool.

In the first three years, we'll use the allocated budget for development work to ensure the technology system is scalable and integrates the application, Pick-Your-Own Consultant, and Marketing platform as a one-stop-shop. That is, once a farmer begins an application, they'll be able to return at any point in their process to retrieve required data, provide inputs, and gather outputs.

Before development begins, we will include facilitated focus groups, estimated at $8,000 for each of three focus group facilitators. We plan to host these focus groups at existing Pasa or partner locations and have not included event rental space or A/V in our estimates.
*Subtotal for kick off focus groups $24,000*

Development is estimated at $185 to $225/hour, based on current market rates. We anticipate that 1,607.741 hours at $185 ($297,432.05) will be required and 400 hours at $225 ($90,000) will be necessary. Our internal staff will oversee the work and approve any development work being completed to ensure that the project stays within budget and is the most effective use of resources.
*Subtotal for initial development $387,432.05*

**J.A. 1413**

Additionally, $37,000 in general funds from Pasa will be used as match approximately 165 development hours at $225/hour. This will build off of existing Pasa work and therefore leverage existing Pasa resources.
*Match Subtotal for initial development $37,000 from Pasa general funds*

In the final two years of the project, the Foodshed Mapping Project will focus on partner connections and expansion. For example, by year three in the project, we will have gained the necessary data and insights as well as developed a cohesive marketing campaign. We'll be able to combine this to reach new audiences on the Foodshed platform and begin creating new market opportunities for Climate Smart commodities. This may include Climate Smart tourism (pumpkin patches and Christmas trees with an environmental benefit), specialty sourcing (bulk local Climate-Smart flax for specialty clothing production), and hard-to-make connections (investors looking for Climate-Smart opportunities) that would be impossible to design now without the project launching.

We will also ensure that partners are visible and have access to relevant portions of the Foodshed Map, for the long-term viability of their projects as well. Therefore, in years 4-5, we'll focus on API integrations, product development, and UI/UX design and development. Based on current market rates, these services will range from $55-$225/hour. We've taken the average of the and estimated costs at $170/hour for 6,461 total hours over three years.
*Subtotal for product design and development $1,098,663*

In the first year, we have budgeted $175,000, in year two $    275,869, year three $ 431,869, year four $    346,033 and in year five $    281,324.05.

*Development of tools to administer farmer incentive dollars has taken priority over the build out of other technology such as the pick-your-own consulting tool. These unspent funds from the first year of the program will be redirected to bolster our partner technical assistance personnel.*

*Total for Wholesale, Institutional, and Direct-to-Consumer Foodshed Mapping Project work: $    1,510,095.05*
*Match: $37,000 (General Pasa operating funds $225/hour * 165 hours)*

ArcGIS will provide the project's Technical Assistance Providers with software to meet the data collection necessary for reporting. This software will be provided throughout the project while SurveyStack and farmOS are being developed.

**J.A. 1414**

28 ArcGIS accounts will be established in year one & 30 accounts will be established per year in each following year.

|  | Funds Requested Year 1 | Funds Requested Year 2 | Funds Requested Year 3 | Funds Requested Year 4 | Funds Requested Year 5 |
|---|---|---|---|---|---|
| ArcGIS accounts @ approximately $100.00 per unit/year | $2,807 | $3,000 | $3,000 | $3,000 | $3,000 |

Subtotal for supplemental software: $ 14,807

**Other Funds Requested: $     26,704,047.05**
**Other Funds Match: $ 37,000**

## Other: Subawards

| Subaward | Original Total | Revised Total |
|---|---|---|
| Barnowl.io LLC | N/A | $ 182,750 |
| CFSA | $ 875,000 | $ 1,522,674.13 |
| CISA | $ 875,000 | $ 730,551.32 |
| Future Harvest | $ 1,312,500 | $ 1,531,672.49 |
| Maine Farmland Trust | $ 875,000 | $ 871,800 |
| MOFGA | $ 875,000 | $ 820,847.07 |
| NOFA-Mass | $ 1,750,000 | $1,581,447 |
| NOFA-NJ | $ 875,000 | $993,180 |
| NOFA-NY | $ 875,000 | $ 1,438,946 |
| NOFA-VT | $ 875,000 | $  1,098,103 |

**J.A. 1415**

| OpenTEAM | $ 850,000 | $     438,262 |
| Our Sci | N/A | $ 296,785.62 |
| OurSci-SurveyStack/FarmOS | $ 652,000 | N/A |
| RCLF | $ 875,000 | $     714,330.20 |
| Subawards Total | | $ 12,221,348.83 |

Below are partners receiving funds as subawards in our project. See individual letters of support for more information on partner project management capacity.

*The following notes apply to all subawardees except where a special note is made for a specific subawardee.*

**Note 1. Salary & Benefits:** Each subawardee has estimated their staffing needs at prevailing salary rate for position and location, as well as fringe benefits at their organization's standard rate as reflected on the accompanying spreadsheets. Totals for each organization are reflected in the tables below.

**Note 2. Travel:** Unless otherwise noted, subawardee trips are calculated at $359/trip based on 286 miles round trip and one full day of average travel:
Federal mileage rate of .655 * 286 miles
+ $74 per diem (GSA regional rate) * 1 day
+ $97.50 lodging (GSA regional rate) * 1 day

**Note 3. Supplies:** Unless otherwise noted, supplies are estimated at $2,500 (for laptop and related hardware (keyboard, hard case, screen protector, mouse, external monitor, stand, adaptor, headphones, small printer/scanner) and software (word processing, PDF editor, etc) at an estimated $1,700 per set) and $800 (printed speaker handouts, face masks, hand sanitizer, name badges, and directional signage for peer-to-peer events). Additionally sub awardees may need to purchase event supplies like pop up tents, folding tables and chairs, and water jugs for an estimated $2,500 annually). Supply costs increase with inflation, as practice implementation grows, and as more events and farm visits occur. Variances among subaward supply budgets are due to local cost differences and specific organizational needs, but the basic estimates of supplies budget remains the same across subawards. Deviations will be noted.

**Note 5. Interns:** Interns will visit farms, collecting soil, water, and farm management information. This service is highly prized as time-saving and educational for our farmers. This also enables partners to monitor and verify while ensuring a consistent and

**J.A. 1416**

accurate protocol. Farmers enjoy meeting with interns and being able to show off changes that have happened since the last visit. Subawardees internship hours and seasonality will vary by organization, but are all estimated at $20/hr. These visits also create a unique opportunity for interns to see several farms, often neighbors, tackling similar issues differently. This provides a huge amount of information to leverage as we design peer learning circles, case studies, and climate-smart practice suggestions. We've seen enormous success with this model.

**Note 6.** Farmer Scholarships: Subawardees host conferences, workshops, and other events providing farmers with education including training on Climate-Smart practices, managing climate risk, adaptation planning for climate change, amongst other pertinent topics as well as peer to peer learning opportunities. As such, Pasa will provide subawardees enrolling farmers with $23,149 in farmer scholarships funds per partner to reduce the financial burden for farmers in attending events. This funding would be equally distributed over the last three periods of the grant, April 2025 through March 2028. This would not include Future Harvest who has existing Farmer scholarships funds in their budget.

**Note 7.** Indirect: Unless otherwise noted, subawardee indirect is calculated at the de minimis indirect rate of 10% for period 1 through October 1, 2024 followed by an increase in the de minimis indirect rate for subawardees to 15% in line with updates to 2 CFR 200 regulations for the remainder of the grant.

**Barnowl.io LLC** is a developer of farmOS, a web-based application for farm management, planning, and record-keeping. It is developed by a community of farmers, developers, researchers, and organizations with the aim of providing a flexible platform for farmers to track and monitor their farm management.

Barnowl.io LLC will further develop the integration of SurveyStack with farmOS to connect the ease of data entry in SurveyStack to individualized farmer dashboards in farmOS to track soil health data and farm activities over time that are unique to each operation. They will provide customized development to meet the needs of Climate-smart farmers by supporting the onboarding of farmers to digital tools and incorporating their feedback to better meet farmers' record keeping needs.

They will also provide specific development to customize the COMET-integration features that they are working on in their own climate-smart grant (and in collaboration with USDA) for our needs and the needs of our partners.

**J.A. 1417**

| LINE ITEM | AMOUNT | NOTES |
|---|---|---|
| **G. Other Direct Costs** | | |
| Technology development | $ 182,750 | See note below |
| **Totals** | | |
| Total Direct Costs requested | $182,750 | |
| Indirect | 0 | |
| **Total Budget** | **$ 182,750** | |

**Technology Development:**
$85/hour at 430 hours each year for five years.

*Subtotal for Barnowl.io LLC $ 182,750*

**Carolina Farm Stewardship Association** supports farmers throughout North and South Carolina and works toward a sustainable regional food system that is good for all consumers, farmers, farmworkers, and ecosystems. CFSA advocates, educates, and builds connections to create sustainable food systems in the Carolinas centered on local and organic agriculture.

| LINE ITEM | AMOUNT | NOTES |
|---|---|---|
| A. Salary | $ **993,818.57** | See note 1 & note below |
| B. Fringe | $ 214,524.79 | See note 1 |
| D. Travel | $32,310 | See note 2 |
| F. Supplies | $ 9,200 | See note below |
| G. Other Direct Costs | $ 83,158.89 | **See note 6** |
| G.1 Practice implementation support* | $ 0 | |
| G.2 Interns for soil sampling | $ 60,000 | See note 5 |
| G.3 Farmer scholarships* | $23,158.89 | See note 6 |
| Totals | | |
| Total Direct Costs requested | $ 1,333,012.25 | |
| Indirect | $ 189,661.88 | See note 7 N.B. Indirect calculated using the federal de minimis rate |
| Total Budget | $ 1,522,674.13 | |

*excluded from indirect calculation

**J.A. 1418**

Salary: Working with farms throughout both North Carolina and South Carolina, CFSA is serving a proportionately large geographic area compared with many of our other partners in this program. In order for CFSA to provide technical assistance to farmers throughout those two states, we will be providing $458,960.30 additional funding to them to expand their technical assistance team.

CFSA's TAP will increase by 2.0 FTE to a total of 3.0 FTE for the remainder of the grant period with standard COLA being applied annually. This is reflected in the revised total dollars requested for Salary.

Fringe is calculated at 22.5% for Technical Assistance Providers and 18% for the Program Coordination position.

| Position | Base Salary (yrs 1-5) | % effort, by year (annual % does not change, unless noted) | Total $ Requested | Total $ Match |
|----------|----------------------|-----------------------------------------------------------|-------------------|---------------|
| TAP | $65,743 | 100% (3     positions) | $ 807,998.82 | $0 |
| | | | | |

**Supplies:** CFSA will purchase one computer set ($1,700) plus an additional $1,100 of supplies in the first year. In years 2-5 of the project, CFSA will purchase $2,000 annually of event supplies including printed speaker handouts, face masks, hand sanitizer, name badges, and directional signage for peer-to-peer events), or event supplies like pop up tents, folding tables and chairs, and water jugs.

*Subtotal for Carolina Farm Stewardship Association: $        1,522,674.13*

**Community Involved in Sustaining Agriculture** consists of a community of individuals in Massachusetts who pledge support to a farm operation so that the farmland becomes, either legally or spiritually, the community's farm, with the growers and consumers providing mutual support and sharing the risks and benefits of food production. CISA provides technical assistance to farm businesses on a wide range of topics. Their team includes a full time Climate Program Coordinator, Stephen Taranto, who is an interdisciplinary ecologist who has worked at the multiple intersections between food and farming system and biodiversity conservation for more than 20 years in the US and Latin America.

| LINE ITEM | AMOUNT | NOTES |
|-----------|--------|-------|
| **A. Salary** | **$ 349,898.60** | See note 1 |

**J.A. 1419**

| B. Fringe | $ 151,821 | See note 1 |
|---|---|---|
| D. Travel | $    6,037.50 | See note below |
| F. Supplies | $ 12,500 | See note 3 |
| G. Other Direct Costs | $ 83,158.89 | |
| G.1 Practice implementation support* | $    0 | See note 4 |
| G.2 Interns for soil sampling | $    60,000 | See note 5 |
| G.3 Farmer scholarships* | $23,158.89 | See note 6 |
| Totals | | |
| Total Direct Costs requested | $ 603,415.99 | |
| Indirect @ 21.91% (federally negotiated) | $    127,135.33 | See note 7<br>N.B. Indirect calculated using NICRA rate of 21.91% |
| Total Budget | $ 730,551.32 | |

*excluded from indirect calculation

**Travel:** CISA is calculating travel at a lower roundtrip average of 80.15 miles per round trip Federal mileage rate of $0.655 = $52.5 per trip cost. Based on the lower average miles, a per diem and lodging is not required.
Yr 1: $52.5 x 15 trips = $    787.50
Yr 2: $52.5 x 25 trips = $    1,312.50
Yr 3: $52.5 x 25 trips = $    1,312.50
Yr 4: $52.5 x 25 trips = $    1,312.50
Yr 5: $52.5 x 25 trips = $    1,312.50

*Subtotal for Community Involved in Sustaining Agriculture: $    730,551.32*

**Future Harvest**'s mission is to advance agriculture that sustains farmers, communities, and the environment, providing education, networking, advocacy, and research to help build a sustainable Chesapeake foodshed, where food flows from farm and fishery to table in ways that strengthen farming and the regional food economy; protect our land, water, and air; and provide healthy, nutritious food that sustains the region's communities.

| LINE ITEM | AMOUNT | NOTES |
|---|---|---|
| A. Salary | $ 995,104.53 | See note 1 and note below |
| B. Fringe | $ 203,324.69 | See note 1 |
| D. Travel | $ 74,147.01 | See note 2 and note 6 below |

**J.A. 1420**

| | | |
|---|---|---|
| F. Supplies | $ 10,418.85 | See note 3 and note 7 below |
| G. Other Direct Costs | $ 59,140.94 | |
| G.1 Practice implementation support* | $ 0 | |
| G.2 Interns for soil sampling | $ 0 | See note    8 below |
| G.3 FH conference scholarships* | $ 50,000.00 | See    note 9 below |
| G.4 Speaker fees | $ 3,000.00 | See    note 10 below |
| G.5 Data management/analysis | $ 1,340.00 | See    note 11 below |
| G.6 Other research work | $ 4,800.94 | See    note 12 below |
| Totals | | |
| Total Direct Costs requested | $ 1,342,136.02 | |
| Indirect | $ 189,536.47 | See note 7<br>N.B. Indirect calculated using the federal de minimis rate |
| Total Budget | $ 1,531,672.49 | |

*excluded from indirect calculation

Salary: Future Harvest serves farms in a large geographic area including Delaware, Maryland, Virginia, and portions of West Virginia. Given the extensive land area they are covering to provide technical support to farmers, Pasa will be providing Future Harvest with $656,877 in additional funding to expand their technical assistance team incrementally in periods 2 and 3 through to the remainder of the grant    .

Future Harvest's TAP will increase by 3.0 FTE to a total of 4.0 FTE for the remainder of the grant period with standard COLA being applied annually. This is reflected in the revised total dollars requested for Salary.

For the other personnel role at Future Harvest, they will be shifting to a Project Lead at 0.25 FTE for the remainder of the grant period from their initial Research Assistant role budgeted for 1.5 FTE in year 1.

Fringe is calculated at 20% in year one and 20.50% for both positions for the remainder of the grant.

**J.A. 1421**

| Position | Base Salary (yrs 1-5) | % effort yr 1 | % effort yr 2 | % effort yrs 3-5 | Total Requested (no match $) |
|----------|----------------------|---------------|---------------|------------------|------------------------------|
| TAP | $54,000 | 100% (1 position) | 100% (3 positions) | 100% (4 positions) | $894,402 |
| Project Lead | $79,568 | 25% | 25% | 25% | $100,702 |

Note 6. **Travel:** In addition to regional travel at the rate of $359/trip (see note 2 above for specific breakdown), Future Harvest will travel to field days and Research Collaborator meetings held in the immediate area. These trips will average 362.7 miles round trip * .655 federal mileage rate = $238/trip. Because these are shorter trips, a per diem and lodging will not be required.

| | Funds Requested Year 1 | Funds Requested Year 2 | Funds Requested Year 3 | Funds Requested Year 4 | Funds Requested Year 5 |
|--|------------------------|------------------------|------------------------|------------------------|------------------------|
| Longer travel $359/trip | 30 = $10,770 | 40 = $14,360 | 40 = $14,360 | 40 = $14,360 | 40 = $14,360 |
| Shorter travel $238/trip | 5 = $1,188 | 5 = $1,188 | 5 = $1,188 | 5 = $1,188 | 5 = $1,188 |

Note 7. Supplies: During the remaining grant period, Future Harvest will spend $2500 annually for materials and supplies to host events and to purchase any necessary computers for the Future Harvest team. The unspent funds from year 1 will be reallocated towards their additional technical assistance personnel needs.

Note 8. Interns: Future Harvest will utilize additional technical assistance salary funds in lieu of interns to support soil health sampling for the program. Given Future Harvest's previous experience working with Pasa on the Soil Health Benchmark Study they are well versed to support farmers with current systems they have in place. In addition, Future Harvest will reallocate a portion of speaker fees and other research work funds to increase technical assistance personnel.

Note 9. Conference Scholarships: Future Harvest hosts an annual regional conference which will specifically highlight and showcase Climate Smart implementation on regional farms. The conference has a track dedicated to these topics every year, and has been providing scholarships to benchmark study participants since 2019. By providing scholarships of $303 (average cost for two-day conference, including conference

**J.A. 1422**

meals), regional participants are able to network and learn about neighboring practices and successful implementation strategies. Tracks are dedicated to soil health, climate smart agricultural practices, and marketing of climate smart commodities.

| Future Harvest Conference Scholarships $303 each | $0 | $303.03x 66 = $20,000 | $303.03x 33 = $10,000 | $303.03x 33 = $10,000 | $303.03x 33 = $10,000 |
|---|---|---|---|---|---|

$303 x 33 scholarships x 4 project years = $50,000

Note 10. Speaker Fees: Future Harvest will provide nominal speaker fees ($150 each) for farmer and professional experts at webinars, conference sessions, and field days on related topics.
$150 per speaker x 5 per year x 4 project years = $     3,000

Note 11. Data Management: Future Harvest has identified a need for data management/analysis, including upgrading their current data management tools (Airtable) on an annual basis. Year one costs are higher based on implementation support needed.
$1,340

Note 12. Other research work: Other research work will average $1200 annually for specific research interns and support opportunities over the remaining 4 project years.
$     4800.94

Subtotal for Future Harvest: $          1,531,672.49

**Maine Farmland Trust** is a member-powered statewide organization that protects farmland, supports farmers, and advances the future of farming. MFT fills the needs of farmers, landowners, and local food markets in Maine through farmland protection, farmland access, farm viability, and public outreach. MFT runs the Maine Soil Health Network, which supports, educates and incentivizes farmers to improve their soil health management and the long-term resilience of their farms. They have three technical service providers on staff, two of whom provide business planning and marketing technical assistance with a combined 7 years of experience as technical service providers, as well as living and working on their own farm businesses, and one Climate Resilience Specialist, who previously managed a diversified vegetable farm and

participated in the Climate Adaptation Fellowship training program via the USDA's Northeast Climate Hub. MFT has relationships with service providers throughout Maine with whom they regularly contract to provide additional expertise in marketing and branding, soil science, infrastructure design and other specialized skills.

| LINE ITEM | AMOUNT | NOTES |
|---|---|---|
| A. Salary | $553,808.92 | See note 1 |
| B. Fringe | $138,452.23 | See note 1 |
| D. Travel | $ 35,900 | See note 2 |
| F. Supplies | $ 15,000 | See note below |
| G. Other Direct Costs | $23,159 | |
| G.1 Practice implementation support* | $ 0 | See note 4 |
| G. 2 Farmer scholarships | $23,159 | See note 6 |
| Totals | | |
| Total Direct Costs requested | $766,320 | |
| Indirect | $105,480 | See note 7 N.B. Indirect calculated using the federal de minimis rate |
| Total Budget | $871,800 | |

*excluded from indirect calculation

**Supplies:** In the first year of the project, MFT will require double the supplies of other years. They will be conducting more events in year one than other subawardee (See note 3 above for full supply breakdown).

*Subtotal for Maine Farmland Trust: $       871,800*

**Maine Organic Farmers and Gardeners Association** has 50 years of experience promoting climate-smart practices and creating consumer demand in Maine, which has the 5th highest demand for local food in the country. They have a robust network of farmers and provide more than 120 technical assistance consultations each year. Caleb Goossen, Ph.D. - Crops and Conservation Specialist- has been advising farmers in Maine for the last 6 years. They will also hire an Organic Production Specialist with a Ph.D. or MS degree who will expand the capacity to provide technical assistance.

| LINE ITEM | AMOUNT | NOTES |
|---|---|---|
| A. Salary | $ 439,824.74 | See note 1 |

| | | |
|---|---|---|
| **B. Fringe** | **$ 149,540.43** | See note 1 |
| **D. Travel** | **$ 35,900** | See note 2 |
| **F. Supplies** | **$ 12,500** | See note 3 |
| **G. Other Direct Costs** | **$ 83,158.89** | |
| G.1 Practice implementation support* | $ 0 | See note 4 |
| G.2 Interns for soil sampling | $ 60,000 | See note 5 |
| G.3 Farmer scholarships | $23,158.89 | See note 6 |
| **Totals** | | |
| Total Direct Costs requested | $ 720,924.06 | |
| Indirect | $ 99,923.01 | See note 7<br>N.B. Indirect calculated using the federal de minimis rate |
| **Total Budget** | **$ 820,847.07** | |

*excluded from indirect calculation

*Subtotal for Maine Organic Farmers and Gardeners Association: $          820,847.07*

**NOFA-MA** has over 40 years experience promoting organic agriculture through robust educational programming. Their staff includes a Soil Health Projects manager and a team of Soil Technical Advisors working directly with farmers across Massachusetts to increase implementation of beneficial practice and improve soil health. NOFA Massachusetts will support NOFA farmers in CT, MA, NH, and RI (as well as act in partnership with the Pocasset Pokanoket Land Trust)

| LINE ITEM | AMOUNT | AMOUNT | NOTES |
|---|---|---|---|
| A. Salary | $ 844,106 | $852,307 | See note 1 |
| B. Fringe | $ 168,821 | $170,460 | See note 1 |
| D. Travel | $ 32,310 | $ 32,310 | See note 2 |
| F. Supplies | $ 22,500 | $ 22,500 | See note below |
| G. Other Direct Costs | $ 319,058 | $305,166 | |
| G.1 Practice implementation support* | $0 | $0 | |
| G.2 Interns | $ 50,733 | $60,000 | See note 5 |
| G.3 Indigenous community practices consultation | $ 210,166 | $210,166 | See special note below |
| G.4 Translation and Interpretation | $ 35,000 | $ 35,000 | See special note below |
| G.5 Farmer scholarships* | $ 23,159 | | See note 6 |

| Totals | | | |
|---|---|---|---|
| Total Direct Costs requested | $ 1,386,795 | $1,382,743 | |
| Indirect | $194,652 | $117,257 | See note 7<br><br>N.B. Indirect calculated using the federal de minimis rate |
| Total Budget | $ 1,581,447 | $ 1,500,000 | |

*excluded from indirect calculation

The indirect calculation for NOFA-MA was corrected to include Indigenous community practices consultation as part of the total direct costs. To rectify the indirect gap, funds were reallocated from unspent period one personnel and interns line items.

**Supplies:** Supplies are estimated at $4,500 (for laptop and related hardware (keyboard, hard case, screen protector, mouse, external monitor, stand, adaptor, headphones, small printer/scanner) and software (word processing, PDF editor, etc) at an estimated $1,700 per set with NOFA-MA purchasing two sets in year one) and $1100 (printed speaker handouts, face masks, hand sanitizer, name badges, and directional signage for peer-to-peer events). Additionally sub awardees may need to purchase event supplies like pop up tents, folding tables and chairs, and water jugs for an estimated $4,500 annually). Supply costs increase as practice implementation grows, as more events and farm visits occur.

**Consultation:** NOFA-MA will engage with Pocasset Pokanoket Land Trust (PPLT) to engage local Indigenous communities    . PPLT will provide farmers with culturally appropriate technical support and implementation services. Services will average approximately $40,000 annually, with a slight increase in the final year of the project when the most relationships have been established.

**Translation and Interpretation:** With a focus on language equity, NOFA-MA recognizes the importance of translating materials and providing interpretation services in order to engage historically underrepresented producers. Services are estimated at $7,000 annually for the project duration. In the first years of the project, more dollars are likely to be spent on translation services, making materials available. In the later years, more funds will be allocated to interpretation services at in person events or by phone.

*Subtotal for NOFA-MA: $    1,581,447*

**NOFA-NJ** The Northeast Organic Farming Association of New Jersey (NOFA NJ) has supported and advocated for organic farming and local food systems in the Garden State since 1985. From technical support to educational programming and policy advocacy, their work is dynamic, community-focused, and has lasting impacts throughout the entire food system.

**J.A. 1426**

| LINE ITEM | AMOUNT | NOTES |
|---|---|---|
| A. Salary | $ 562,804 | See note 1 and note below |
| B. Fringe | $ 171,734 | See note 1 |
| D. Travel | $ 32,310 | See note 2 |
| F. Supplies | $ 20,775 | See note below |
| G. Other Direct Costs | $ 83,159 | |
| G.1 Practice implementation support* | $ 0 | See note 4 |
| G.2 Interns for soil sampling | $60,000 | See note 5 |
| G.3. Farmer scholarships* | $23,159 | See note 6 |
| Totals | | |
| Total Direct Costs requested | $ 870,782 | |
| Indirect | $ 122,398 | See note 7<br>N.B. Indirect calculated using the federal de minimis rate |
| Total Budget | $ 993,180 | |

*excluded from indirect calculation

**Salary: NOFA-NJ serves the entire state of New Jersey which covers a large geographic area. Given both the strong farmer interest in Climate-Smart and the sprawling location of farms throughout the state, Pasa will be providing NOFA-NJ with $173,498.53 in additional funding for technical assistance staff**

**NOFA-NJ's TAP will increase by 1.00 FTE to a total of 2.00 FTE for grant periods 3 to 5 with the standard COLA being applied annually. This is reflected in revised total dollars requested for Salary.**

**Fringe is calculated at 33%.**

| Position | Base Salary (yrs 3-5) | % effort, by year (annual % does not change, unless noted) | Total $ Requested | Total $ Match |
|---|---|---|---|---|
| **TAP** | **$56.228** | **100% (2 positions)** | **$173,499** | **$0** |

**Supplies:** Supplies are estimated at $4,155 (for laptop and related hardware (keyboard, hard case, screen protector, mouse, external monitor, stand, adaptor, headphones, small printer/scanner) and software (word processing, PDF editor, etc) at an estimated $1,700 per set with NOFA-NJ purchasing two sets in year one) and $755 (printed speaker handouts, face masks, hand sanitizer, name badges, and directional signage for peer-to-peer events). Additionally sub awardees may need to purchase event supplies like pop up tents, folding tables and chairs, and water jugs for an estimated $4,155 annually). Supply costs increase as practice implementation grows, as more events and farm visits occur.

*Subtotal for NOFA-NJ: $       993,180*

**NOFA-NY** has decades of experience facilitating farmer to farmer education and mentorship. They currently certify more than 1100 organic producers and reach more than 6,500 individuals each month with print and digital communications. NOFA-NY's education team provides technical assistance to farmers in a wide scope of activities including transition, soil health management and production agriculture.

| LINE ITEM | AMOUNT | NOTES |
|---|---|---|
| A. Salary | $ 887,028 | See note 1 and note below |
| B. Fringe | $ 257,949 | See note 1 |
| D. Travel | $ 32,310 | See note 2 |
| F. Supplies | $ 12,596 | See note 3 |
| G. Other Direct Costs | $ 70,378 | |
| G.1. Interns | $ 47,219 | See note 5 |
| G.2. Farmer scholarships* | $23,159 | See note 6 |
| Totals | | |
| Total Direct Costs requested | $ 1,260,261 | |
| Indirect | $ 178,685 | See note 7 / N.B. Indirect calculated using the federal de minimis rate |
| Total Budget | $ 1,438,946 | |

*excluded from indirect calculation

Salary: NOFA-NY serves the entire state of New York which covers a large geographic area. Given both the farmer interest in Climate-Smart and the expansive location of farms throughout the state, Pasa will be providing NOFA-NY with $     437,448.35 in

**J.A. 1428**

additional funding for technical assistance staff and to align salary with role responsibilities of TAP and the Program Coordination.

Interns: NOFA-NY's need for interns is reduced due to the increase in technical assistance salary funds which will also provide farmers with the necessary support for the Soil Health Benchmark Study.

| Position | Base Salary (yr 1) | Base Salary (yrs 2-5) | % effort, by year (annual % does not change, unless noted) | Total $ Requested | Total $ Match |
|---|---|---|---|---|---|
| TAP | $64,762 | $66,705 | 100% (2 positions for periods 2 to 5) 100% (3 positions for periods 3 to 5) | 831,657.97 | $0 |
| Program Coordination | $56,689 | $62,400 | 18% | $55,369.70 | $0 |

NOFA-NY's TAP base salary in years two through five has increased by $1,943 and the TAP FTE has shifted from 1.15 FTE to a total of 2.0 FTE for grant periods 2 to 5, and a total of 3.0 FTE for grant period 3 to the remainder of the grant period. Program Coordination role base salary has also been increased in years two through five. Both positions' revised base salaries have the standard COLA being applied annually. All adjustments are reflected in the revised total dollars requested for Salary.

Fringe is calculated at 30% for Technical Assistance Providers and the Program Coordination position.

Unspent funds from year one will be applied towards the increase in technical assistance personnel for years two through five.

Subtotal for NOFA-NY: $      1,438,946

**NOFA-VT**'s Farmer Services Program is currently providing business planning services, production practice technical assistance, and cohort-based educational opportunities to support farmers at all levels of development to reach their business, production, and quality of life goals. In 2021, they launched a Soil Health Stewards cohort which provides a year of farmer-to-farmer learning and knowledge sharing opportunities in an effort to support short-term soil health improvement strategies as well as seeding long

**J.A. 1429**

term systems change. They will provide technical and implementation support, including through seasonal interns, and travel to farms in their network.

| LINE ITEM | AMOUNT | NOTES |
|---|---|---|
| **A. Salary** | $    2682,861 | See note 1 and note below |
| **B. Fringe** | $    153,644 | See note 1 |
| **D. Travel** | $ 32,310 | See note 2 |
| **F. Supplies** | $ 11,57    8 | See note 3 and note below |
| **G. Other Direct Costs** | $ 83,159 | |
| G.1 Practice implementation support* | $    0 | See note 4 |
| G.2 Interns for soil sampling | $ 60,000 | See note 5 |
| G.3 Farmer scholarships* | $23,159 | See note 6 |
| **Totals** | | |
| Total Direct Costs requested | $ 963,552 | |
| Indirect | $    134,551 | See note 7<br>N.B. Indirect calculated using the federal de minimis rate |
| **Total Budget** | **1,098,103** | |

*excluded from indirect calculation

**Salary: NOFA-VT has seen a strong interest in the Climate-Smart program from farmers in Vermont for a plethora of reasons including two years in a row of significant flooding on farms and organic dairy producers looking to become more climate and economically resilient through shifting their management practices. To meet this demand, Pasa will be providing NOFA-VT with $192,529 in additional funding for technical assistance staff.**

**NOFA-VT's TAP will increase by 1.05 FTE to a total of 2.40 FTE for grant periods 3 to 5 with the standard COLA being applied annually. This is reflected in revised total dollars requested for Salary.**

**Fringe is calculated at 22.5%.**

| Position | Base Salary (yrs 3-5) | % effort, by year (annual % does not change, unless noted) | Total $ Requested | Total $ Match |
|---|---|---|---|---|

**J.A. 1430**

| TAP | $62,289 | 100% (1 position) | $192,529 | $0 |

**Supplies:** See note 3 above for NOFA-    VT's supply budget in years 1-4. In year 5 of the project, event supply costs will decrease to $1,579. NOFA-VT will conduct fewer events in the final year.

*Subtotal for NOFA-VT: $        1,098,103*

**OpenTEAM** is a farmer-driven, collaborative community of farmers, ranchers, scientists, researchers, engineers, farm service providers, programmers, and food companies who are committed to improving soil health and advancing agriculture's ability to become a solution to climate change through the co-development of an interoperable suite of tools.

| LINE ITEM | AMOUNT | NOTES |
|---|---|---|
| A. Salary | $ 287,250 | See note 1 and below |
| B. Fringe | $ 86,175 | See note 1 |
| D. Travel | $ 2,000 | See special note below |
| G. Other Direct Costs | $ 9,000 | |
| G.1 Collaborative training events | $ 9,000 | See special note below |
| Totals | | |
| Total Direct Costs requested | $ 384,425 | |
| Indirect | $    53,837 | See note 7<br><br>N.B. Indirect calculated using the federal de minimis rate |
| Total Budget | $ 438,262 | |

**Salary:**
OpenTEAM will have a 0.7 FTE position on staff dedicated to serving as a regional liaison and connector between pastured livestock-focused organizations and the resources and opportunities available from Pasa and OpenTEAM. OpenTEAM also commits to the stewardship of Pasa and OpenTEAM's Farmer & Technical Assistance Provider networks, identifying areas of connectivity to OpenTEAM ecosystem, providing feedback, and serving on relevant collabathons and working groups to represent regional dairy and grazing livestock farm/TAP perspectives. These funds will also

**J.A. 1431**

support 2-3 collaborative training events for TAPs and/or farmers, and regional travel related to this work.

| Position | Base Salary (yrs 1-5) | % effort, by year (annual % does not change, unless noted) | Total $ Requested | Total $ Match |
|---|---|---|---|---|
| Regional Research & Farm Collaborator | $ 75,763 | 70% | $ 287,250 | $0 |

OpenTEAM's Regional Research & Farm Collaborator base salary increases 4% annually to adjust to the cost of living reflected in the revised total dollars requested for Salary.

Fringe for the Regional Research & Farm Collaborator is calculated at the organizational rate of 30% annually.

**Travel:**
>       OpenTEAM travel is based on one travel for a 3 day total flight-based trip:
>       Airfare at $900 x 1 travelers = $900
>       Hotel for 2 days x 1 travelers @ GSA convention city rate of $ 260/night = $520
>       Per diem for 3 days x 1 travelers @ GSA rate of $193/day = $579

Collaborative training events:

These funds are to support 2-3 collaborative training events. These training funds can be used to support both OpenTEAM and Pasa Climate-Smart staff around technical assistance including climate-smart practices, as well as peer-to-peer farmer training events or other trainings where OpenTEAM and Pasa would both be beneficiaries.

Subtotal for OpenTEAM tools, training, and support: $        438,262

**OurSci**     is a    developer of tools in support of community research including SurveyStack,  a data collection, management, and analysis digital tool. The tools are informed by farmers, researchers, and organizations alongside developers with the goal of providing       structure and standardization to agricultural data collection while meeting the unique needs of a project or organization.

OurSci will further develop the integration of SurveyStack with farmOS to connect the ease of data entry in SurveyStack to individualized farmer dashboards in farmOS for

**J.A. 1432**

farmers to track and analyze farm management and records over time. They will provide customized development to meet the needs of Climate-smart farmers by supporting the onboarding of farmers to digital tools and incorporating their feedback to better meet farmers' record keeping needs.

They will also provide specific development to customize the COMET-integration features that they are working on in their own climate-smart grant (and in collaboration with USDA) for our needs and the needs of our partners.

| LINE ITEM | AMOUNT | NOTES |
|---|---|---|
| **G. Other Direct Costs** | **266,424.02** | |
| Technology     development | $     217,207.00 | See     note below |
| Hosting and maintenance fees | $     49,217.00 | See     note below |
| **Totals** | | |
| Total Direct Costs requested | $     266,424.02 | |
| Indirect | $ 30,361.60 | See note 7<br>N.B. Indirect calculated using the federal de minimis rate |
| **Total Budget** | **$ 296,785.62** | |

Hosting and maintenance fees:
Year two rate $24/farm up to 200 farms = $4,740
Year three rate $22/farm up to 500 farms = $10,800
Year four rate $22/farm up to 500 farms = $10,800
Year five rate $23/ farm up to 1000 farms = $22,800

We have budgeted to host up to 1,000 farms in the last grant year, to align with the farms we anticipate to engage with through our Soil Health Benchmark Study as part of our MMRV.

*Note that hosting/maintenance pricing changes as the tiers (number of instances) changes. Hence the annual variance. As the number of farms and fields involved increases, so too do our expected hosting and maintenance costs. These prices are market competitive and allow farmers to continue working with a familiar and customized tool that will help them measure once and use the data in multiple ways.

**Technology Development:**

J.A. 1433

We have allocated technology development to have more hours in periods 2 and 3 to allow for customization and development of tools upfront.

We have budgeted for $85/hour, with hours allocated as follows:

| Period One | Period Two | Period Three | Period Four | Period Five |
|---|---|---|---|---|
| 17 | 1047 | 830 | 389 | 272 |

*Subtotal for OurSci: $      296,785.62*

**Ramapough Culture and Land Foundation** is committed to preserving and restoring the economic, social, cultural, sacred and environmental assets of the Ramapough Munsee ancestral lands. The Foundation supports the Ramapough Lenape Indian Nation, the Nanticoke Lenni-Lenape Tribe, the Nanticoke Lenni-Lenape Tribe, and the Powhatan Renape Tribe. The Foundation will hire technical support staff, as well as work with Pasa staff to develop a library of Indigenous practice teachings on implementation practices. *Resolution of support for work conducted on tribal lands has been submitted.*

| LINE ITEM | AMOUNT | NOTES |
|---|---|---|
| **A. Salary** | $ 355,712.10 | See note 1 |
| **B. Fringe** | $ 71,142.42 | See note 1 |
| **D. Travel** | $ 36,618 | See note 2 |
| **E. Contractual** | $ 53,091.36 | See note below |
| **F. Supplies** | $ 26,545.68 | See note below |
| **G. Other Direct Costs** | $ 86,868.52 | |
| G.1 Practice implementation support* | $ 0 | See note 4 |
| G.2 Interns for soil sampling | $ 63,709.63 | See note 5 |
| G.3 Farmer Scholarships* | $23,158.89 | See note 6 |
| **Totals** | | |
| Total Direct Costs requested | $ 629,978.08 | |
| Indirect | $ 84,352.12 | See note 7<br>N.B. Indirect calculated using the federal de minimis rate |
| **Total Budget** | $ 714,330.20 | |

*excluded from indirect calculation

**J.A. 1434**

**Supplies:** Supplies are estimated at $5,000 (for laptop and related hardware (keyboard, hard case, screen protector, mouse, external monitor, stand, adaptor, headphones, small printer/scanner) and software (word processing, PDF editor, etc) at an estimated $1,700 per set with RCLF purchasing two sets in year one) and $1,600 (printed speaker handouts, face masks, hand sanitizer, name badges, and directional signage for peer-to-peer events). Additionally sub awardees may need to purchase event supplies like pop up tents, folding tables and chairs, and water jugs). Supply costs increase as practice implementation grows, as more events and farm visits occur.

Yr 1: $5,000 ($1,700 x 2 computer sets = $3,400) + ($1,600 consumable and nonconsumable event supplies)

Yr 2: $5,150 Consumable and non-consumable event supplies (see paragraph above)

Yr 3: $5,305 Consumable and non-consumable event supplies (see paragraph above)

Yr 4: $5,464 Consumable and non-consumable event supplies (see paragraph above)

Yr 5: $5,626.67 Consumable and non-consumable event supplies (see paragraph above)

**Contractual:** $ 53,091.36 will be used for local clan-specific video-based learning materials. Similar to the learning library funded through the Pasa budget and for a broader audience, these materials are culturally relevant and accessible to the RCLF community specifically. This work will elevate the spoken word and create a visual hands-on experience that will be available to Indigenous groups served through RCLF. Costs include planning, scripting, travel, video production, and video editing estimated at roughly 67 hours at $150/hour or roughly $10,000 annually (with 3% annual inflation increase). Costs are based on previous video development work. We anticipate producing 3-5 video shorts.

*Subtotal for Ramapough Culture and Land Foundation: $ 714,330.20*

**Other: Subaward Funds Requested: $ 12,221,348.83**

Total Direct Funds Requested: $ 56,235,105.88
Total Match: $ 436,811

## Indirect

Pasa is electing the 10% De Minimis Rate. For remaining budget in periods 2 through 5, Pasa is electing the updated 15% De Minimis Rate.
Eligible Direct costs periods 1 and 2 $ 2,824,213.93 X 10% = $ 282,421.39

**J.A. 1435**

Eligible Direct costs remaining period 2 through 5 $ 17,476,793.12 X 15% = $2,621,518.98
PASA has elected to voluntarily waive indirect costs on all eligible direct costs in the Match section of this budget narrative.

**Indirect Funds Requested: $ 2,903,940.37**

| Category | Direct costs | Direct costs used for indirect calculation | Notes on indirect calculation |
|---|---|---|---|
| Personnel | $ 7,608,550 | $ 7,608,550 | All salary is eligible for indirect |
| Fringe Benefits | $ 2,571,949 | $ 2,571,949 | All fringe is eligible for indirect |
| Travel | $   997,812 | $ 997,812 | All travel is eligible for indirect |
| Equipment | $ 84,000 | $ 0 | Equipment is not eligible for indirect |
| Supplies | $ 1,393,399 | $ 1,393,399 | All supplies are eligible for indirect |
| Contractual | $ 4,654,000 | $ 4,654,000 | All contracts are eligible for indirect |
| Other direct costs (Farmer stipends) | $ 22,335,750 | $ 0 | Farmer stipends are not eligible for indirect |
| Other direct costs (Scholarships) | $ 1,618,000 | $ 0 | Farmer scholarships are not eligible for indirect |
| Other direct costs (except farmer stipends/ scholarships) | $ 2,750,297.05 | $ 2,750,297.05 | Except farmer stipends and scholarships, other direct costs are eligible for indirect |
| Other: Subawards | $ 12,221,348.83 | $   325,000 | The first $25,000 for 13 subawards are included when calculating indirect and waiving additional amount up to $50,000 for each subaward. |
| $ 2,903,940.37 | | | Total indirect requested |

**Total Requested: $ 59,139,046.25**

**J.A. 1436**

**Total Match: $ 436,811**

| Category | Match $ | Match Source |
|---|---|---|
| Administrator for Project- Base salary $127,00 | $138,116 (20% FTE) | Pasa general funds |
| Associate Director for Events- Base salary $59,000 | $63,913 (20% FTE) | Pasa general funds |
| Research scientist - Base salary $72,000 | $77,995 (20% FTE) | Pasa general funds |
| **Personnel** | **$ 280,024** | **Pasa general funds** |
| 33.3% of $280,024 for above personnel match, with a 1% annual increase in fringe costs | $93,787 (Salary *.333 with 1% increase) (Administor for Project, Associate Director of Events, and Research Scientist) | Pasa general funds |
| **Fringe Benefits** | **$ 93,787** | **Pasa general funds** |
| Soil health tests | $26,000 (67 farms * 3 tests * $130/test | Pasa general funds |
| **Contractual** | **$ 26,000** | **Pasa general funds** |
| Development hours | $37,000 ($225/hour * 165 hours) | Pasa general funds |
| **Other direct costs** | **$ 37,000** | **Pasa general funds** |
| Total Matching funds | $ 436,811 | |

**Please note:**

Pasa will ensure that payments are not provided to a producer or landowner for the same production practice or system implementation on the same land for which the producer or land owner has already received, or is contracted to receive, funding through another USDA program. We will track and allow enhancements to existing practices as part of our potential project plan.

*We are aware that our partners at the Pa Soil Health Coalition and Future Harvest are part of a Partnerships for climate-smart Commodities proposal with the National Fish and Wildlife Foundation that includes using Pasa's soil health research protocols. We*

**J.A. 1437**

*are also supporting the proposed project titled ACTION for climate-smart Agriculture (Alliance to Catalyze Transition Incentives through Open Networks) being submitted by OpenTEAM and Wolfe's Neck Center for Agriculture and the Environment through which we will access technical support through this project. There may be other organizations with whom we intersect who are awarded. If multiple organizations are funded, it is understood that there is no duplication of funds for any of the activities included in our respective proposals. We will complement each other without farms receiving duplicate funding from multiple awardees for the same practices/ participation/ implementation. There is plenty of demand and we can see serving each other's farms well if we are all funded.*

Yellow cells highlight changes

| Benchmark/Missions | Associated Activity, if applicable | Yr 1 - Qtr 1 (Apr-Jun) | Yr 1 - Qtr 2 (Jul-Sept) | Yr 1 - Qtr 3 (Oct-Dec) | Yr 1 - Qtr 4 (Jan-Mar) | Total Yr 1 | Yr 2 - Qtr 1 (Apr-Jun) | Yr 2 - Qtr 2 (Jul-Sept) | Yr 2 - Qtr 3 (Oct-Dec) | Yr 2 - Qtr 4 (Jan-Mar) | Cumulative Total Yr 2 | Yr 3 - Qtr 1 (Apr-Jun) | Yr 3 - Qtr 2 (Jul-Sept) | Yr 3 - Qtr 3 (Oct-Dec) | Yr 3 - Qtr 4 (Jan-Mar) | Cumulative Total Yr 3 | Yr 4 - Qtr 1 (Apr-Jun) | Yr 4 - Qtr 2 (Jul-Sept) | Yr 4 - Qtr 3 (Oct-Dec) | Yr 4 - Qtr 4 (Jan-Mar) | Cumulative Total Yr 4 | Yr 5 - Qtr 1 (Apr-Jun) | Yr 5 - Qtr 2 (Jul-Sept) | Yr 5 - Qtr 3 (Oct-Dec) | Yr 5 - Qtr 4 (Jan-Mar) | Cumulative Total Yr 5 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Required Quantitative Targets by Quarter (Cumulative):** | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Number of producers involved | Producers involved at any stage of the project toward the end goal of marketing their products as climate-smart | 0 | 0 | 0 | 0 | 0 | 1 | 27 | 87 | 168 | 168 | 252 | 378 | 491 | 589 | 589 | 775 | 961 | 1,147 | 1,500 | 1,500 | 1,500 | 1,700 | 1,900 | 2,000 | 2,000 |
| Number of underserved producers involved | Underserved producers involved at any stage of the project toward the end goal of marketing their products as climate-smart | 0 | 0 | 0 | 0 | 0 | 1 | 24 | 60 | 151 | 151 | 227 | 340 | 442 | 530 | 530 | 698 | 865 | 1,033 | 1,350 | 1,350 | 1,440 | 1,530 | 1,710 | 1,800 | 1,800 |
| Number of acres involved | Tracking number of acres involved | 0 | 0 | 0 | 0 | 0 | 20 | 800 | 2,015 | 5,037 | 5,037 | 7,555 | 11,333 | 14,732 | 17,679 | 17,679 | 23,259 | 28,839 | 34,419 | 45,000 | 45,000 | 48,000 | 51,000 | 57,000 | 60,000 | 60,000 |
| Number of head involved (if applicable) | Tracking number of head involved (if applicable) | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dollars provided to producers via technical support | Provide technical support to farmers through research, farm planning, mrv, marketing, etc) | 8,100 | 30,500 | 67,100 | 129,625 | 129,625 | 168,513 | 207,400 | 244,288 | 285,175 | 285,175 | 330,544 | 375,913 | 421,281 | 466,650 | 466,650 | 518,500 | 570,350 | 622,200 | 674,050 | 674,050 | 738,863 | 803,675 | 868,488 | 935,000 | 935,000 |
| Dollars provided to producers via scholarships | Stipends for practice implementation and marketing | 0 | 0 | 0 | 0 | 0 | $7,433.02 | 300,000 | 750,000 | 1,875,000 | 1,875,000 | 2,812,500 | 4,218,750 | 5,484,375 | 6,581,250 | 6,581,250 | 8,059,530 | 10,735,825 | 12,913,113 | 14,890,400 | 14,890,400 | 16,751,700 | 18,613,000 | 20,474,300 | 22,335,453 | 22,335,750 |
| Dollars provided to producers via stipends | Scholarships provided (by Pasa and subawardee Future Harvest) for educational workshops, field days and peer-to-peer learning events | 0 | 0 | 0 | 148,774 | 148,774 | $158,774.17 | 198,341 | 300,727 | 416,274 | 416,274 | 416,274 | 563,863 | 560,570 | 827,000 | 827,000 | 827,000 | 906,356 | 923,065 | 1,238,500 | 1,238,500 | 1,238,500 | 1,307,327 | 1,332,388 | 1,660,000 | 1,660,000 |
| GHG Benefits (Metric Tons of CO2e Reduced or Sequestered) | GHG Benefits (Metric Tons of $CO_2e$ Reduced or Sequestered) | 0 | 0 | 0 | 0 | 0 | 122 | 4,936 | 12,340 | 30,850 | 30,850 | 46,275 | 69,413 | 90,237 | 108,284 | 108,284 | 142,463 | 176,641 | 210,820 | 275,628 | 275,628 | 294,003 | 312,378 | 349,129 | 367,504 | 367,500 |
| Number of new marketing channels* established | Marketing technical support | 0 | 0 | 0 | 0 | 0 | 5 | 8 | 10 | 12 | 12 | 14 | 16 | 18 | 20 | 20 | 22 | 25 | 28 | 31 | 31 | 35 | 40 | 45 | 52 | 52 |
| Number of marketing channels* expanded | Marketing technical support | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 27 | 67 | 87 | 87 | 100 | 150 | 250 | 400 | 400 | 600 | 900 | 1,500 | 2,000 | 2,000 |
| Number of measurement tools utilized | Satellite imagery or remote sensing / Producer records or attestation / Plot based sampling (soil, water, etc.) / Soil sensors / Ground level photos and videos / Computer modeling / Site or field visit / Photos | 1 | 4 | 7 | 7 | 7 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 |
| **Other Required Benchmarks that may be quantitative or qualitative** | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Outreach, training and other technical assistance | Outreach: number of individuals reached - farmers and buyers/consumers | 200 | 300 | 500 | 1,000 | 1,000 | 1,500 | 2,500 | 3,500 | 7,000 | 7,000 | 9,000 | 15,000 | 20,000 | 25,000 | 25,000 | 29,000 | 33,000 | 40,000 | 48,000 | 48,000 | 54,000 | 61,000 | 90,000 | 100,000 | 100,000 |
| Outreach, training and other technical assistance | Training: number of individuals attend training | 200 | 300 | 400 | 1,000 | 1,000 | 1,500 | 2,200 | 3,000 | 3,000 | 3,000 | 3,400 | 3,700 | 4,400 | 6,000 | 6,000 | 7,000 | 8,000 | 9,000 | 12,000 | 12,000 | 13,000 | 14,500 | 16,000 | 19,000 | 19,000 |
| Outreach, training and other technical assistance | Other technical assistance will be captured in qualitative narrative | | | | | | | | 450,000 | 1,125,000 | | 937,500 | | | | | | | | | | | | | | |
| Other MMRV and supply chain traceability attributes | Tracking other MMRV and supply chain traceability attributes | | | | | | | | | | | | | | | | | | | | | | | | | |
| Other measurements of work related to marketing of commodities | Other measurements of work related to marketing of commodities will be captured in qualitative narrative | | | | | | | | | | | | | | | | | | | | | | | | | |
| Demonstrated engagement of major partners | Engagement with major partners | 25 | 80 | 125 | 200 | 200 | 225 | 250 | 275 | 325 | 325 | 350 | 375 | 400 | 450 | 450 | 475 | 500 | 520 | 600 | 600 | 625 | 650 | 675 | 775 | 775 |
| Climate technologies employed | Water infiltration capacity of soils | 0 | 0 | 1 | 1 | 1 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| **Pasa Unique Items** | | | | | | | | | | | | | | | | | | | | | | | | | | |
| # of applications received | Tracking applications received | 100 | 145 | 200 | 1,200 | 1,200 | 2,000 | 2,400 | 2,600 | 2,800 | 2,800 | 2,900 | 3,000 | 3,100 | 3,500 | 3,500 | 4,000 | 5,200 | 6,700 | 7,700 | 7,700 | 8,200 | 8,400 | 8,700 | 9,000 | 9,000 |
| % of underserved producers involved | Tracking percentage of underserved producers involved | 80% | 80% | 80% | 90% | 90% | 90% | 90% | 90% | 90% | 90% | 90% | 90% | 90% | 90% | 90% | 90% | 90% | 90% | 90% | 90% | 90% | 90% | 90% | 90% | 90% |
| # of events provided | Tracking total number of climate-smart events | 2 | 5 | 15 | 25 | 25 | 30 | 35 | 40 | 50 | 50 | 55 | 60 | 65 | 75 | 75 | 80 | 85 | 90 | 100 | 100 | 105 | 110 | 115 | 125 | 125 |

# PASA DECLARATION
# EXHIBIT 12-B

**USDA** United States Department of Agriculture

Agricultural Marketing Service

Notice of Award

Award#  AM22FFWPA0013-01
FAIN#   AM22FFWPA0013
Federal Award Date: 10/20/2022

## Recipient Information

**1. Recipient Name**
PENNSYLVANIA ASSOCIATION
1007 N Front St
Harrisburg, PA 17102-3320

**2. Congressional District of Recipient**
10
**3. Payment System Identifier (ID)**
251685497
**4. Employer Identification Number (EIN)**
251685497
**5. Data Universal Numbering System (DUNS)**
956743405
**6. Recipient's Unique Entity Identifier (UEI)**
V1BXZMX9JD25
**7. Project Director or Principal Investigator**

Christina  Kostelecky
grantsteam@pasafarming.org
8143499856

**8. Authorized Official**

Christina  Kostelecky
grantsteam@pasafarming.org
8143499856

### Federal Agency Information

Agricultural Marketing Service (USDA-AMS)

**9. Awarding Agency Contact Information**
Ventana Harding
Branch Chief
ventana.harding@usda.gov
111-111-1111

**10. Program Official Contact Information**
Joseph  Yonce
Grants Management Specialist
Joseph.yonce@usda.gov
7203577597

## Federal Award Information

**11. Award Number**
AM22FFWPA0013-01
**12. Unique Federal Award Identification Number (FAIN)**
AM22FFWPA0013
**13. Statutory Authority**
SCBGP-Sec. 101 of the Specialty Crops Competitiveness Act of 2004 as amended by sec. 10107 of the Agriculture Improvement Act of 2018 (Pub. L. No. 115-343) (7 U.S.C. § 1621 note)
**14. Federal Award Project Title**
Collaborative Farm Worker and Meatpacking Worker 14-State COVID Relief Fund Project

**15. Assistance Listing Number**
10.181
**16. Assistance Listing Program Title**
Agricultural Worker Pandemic Relief and Protection Program

**17. Award Action Type**
NGA Revision (Non-Monetary)
**18. Is the Award R&D?**
No

### Summary Federal Award Financial Information

| | |
|---|---:|
| **19. Budget Period Start Date** 10/04/2022 **- End Date** 10/04/2024 | |
| **20. Total Amount of Federal Funds Obligated by this Action** | $0.00 |
| 20a. Direct Cost Amount | ($511,311.00) |
| 20b. Indirect Cost Amount | $511,311.00 |
| **21.** Authorized Carryover | $0.00 |
| **22.** Offset | $0.00 |
| **23.** Total Amount of Federal Funds Obligated this budget period | $34,637,242.00 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | $0.00 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | $34,637,242.00 |
| **26. Period of Performance Start Date** 10/04/2022 **- End Date** 10/04/2024 | |
| **27.** Total Amount of the Federal Award including Approved Cost  Sharing or Matching this Period of Performance | $34,637,242.00 |

**28. Authorized Treatment of Program Income**
ADDITIONAL COSTS
**29. Grants Management Officer – Signature**
Joseph Yonce
Grants Management Specialist

## 30. Remarks

**USDA** United States Department of Agriculture

Agricultural Marketing Service

Notice of Award

Award# AM22FFWPA0013-01
FAIN# AM22FFWPA0013
Federal Award Date: 10/20/2022

| Recipient Information | | 33. Approved Budget (Excludes Direct Assistance) | |
|---|---|---|---|

**Recipient Name**

PENNSYLVANIA ASSOCIATION
1007 N Front St
Harrisburg, PA 17102-3320

**Congressional District of Recipient**
10
**Payment Account Number and Type**
251685497
**Employer Identification Number (EIN)**
251685497
**Data Universal Numbering System (DUNS)**
956743405
**Recipient's Unique Entity Identifier (UEI)**
V1BXZMX9JD25

| | |
|---|---|
| I. Financial Assistance from the Federal Awarding Agency Only | |
| II. Total project costs including grant funds and all other financial participation | |
| a. Salaries and Wages | $2,423,942.00 |
| b. Fringe Benefits | $799,900.00 |
| c. Total Personnel Costs | $3,223,842.00 |
| d. Equipment | $0.00 |
| e. Supplies | $235,166.00 |
| f. Travel | $230,100.00 |
| g. Construction | $0.00 |
| h. Other | $29,230,000.00 |
| i. Contractual | $1,206,823.00 |
| j. TOTAL DIRECT COSTS | $34,125,931.00 |
| k. INDIRECT COSTS | $511,311.00 |
| l. TOTAL APPROVED BUDGET | $34,637,242.00 |
| m. Federal Share | $34,637,242.00 |
| n. Non-Federal Share | $0.00 |

| 31. Assistance Type |
|---|
| Block Grant |
| **32. Type of Award** |
| Other |

| 34. Accounting Classification Codes | | | | | |
|---|---|---|---|---|---|
| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
| FMW_FFW_FY22_AM27FMW000000000 | AM22FFWPA0013 | TM | 4110 | $0.00 | |

Page 2

**J.A. 1442**

# PASA DECLARATION
# EXHIBIT 12-C

U.S. Department of Agriculture

ADS-093
7/2012

## NOTICE OF GRANT AND AGREEMENT AWARD

| 1. Award Identifying Number | 2. Amendment No. | 3. Award/Project Period | 4. Type of Award Instrument |
|---|---|---|---|

**5. Agency:**
  (Name and Address)

**6. Recipient Organization:** (Name and Address)

| UEI: | EIN: |
|---|---|

| 7. Agency Program Contact: | 8. Agency Administrative Contact: | 9. Recipient Program Contact: | 10. Recipient Administrative Contact: |
|---|---|---|---|

| 11. CFDA Number | 12. Authority | 13. Type of Action | 14. Project Director |
|---|---|---|---|

**15. Project Title/Description:**

**16. Entity Type:** \_\_\_\_Profit \_\_\_\_Nonprofit \_\_\_\_Higher Education \_\_\_\_Federal \_\_\_\_State/Local \_\_\_\_Indian/Native American \_\_\_\_Other

**17. Select Funding Type:**  ☐ Federal   ☐ Non-Federal

| | |
|---|---|
| Original Funds Total: | |
| Additional Funds Total: | |
| Grand Total: | |

**18. Accounting and Appropriation Data**

| Financial Code | Amount | Fiscal Year | Treasury Symbol |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

## 19. APPROVED BUDGET

| Personnel | $ | Fringe Benefits | $ |
|---|---|---|---|
| Travel | $ | Equipment | $ |
| Supplies | $ | Contractual | $ |
| Construction | $ | Other | $ |
| Total Direct Cost\ | $ | Total Indirect Cost | $ |
| | | Total Non-Federal Funds | $ |
| | | Total Federal Funds Awarded | $ |
| | | Total Approved Budget | $ |

This agreement is subject to applicable USDA statutory provisions and Financial Assistance Regulations.  In accepting this award or amendment and any payments made pursuant thereto, the undersigned represents that he or she is duly authorized to act on behalf of the awardee organization, agrees that the award is subject to the applicable provisions of this agreement (and all attachments), and agrees that acceptance of any payments constitutes an agreement by the payee that the amounts, if any found by USDA to have been overpaid, will be refunded or credited in full to USDA.

Page 1

U.S. Department of Agriculture

ADS-093
7/2012

(Continuation)

## NOTICE OF GRANT AND AGREEMENT AWARD

| Award Identifying Number | Amendment No. | Award/Project Period | Type of Award Instrument |
|---|---|---|---|
| | | | |

List of Attachments:

| Name and Title of Authorized Government Representative | Signature STEVEN PETERSON | Digitally signed by STEVEN PETERSON Date: 2023.05.24 21:02:16 -04'00' | Date |
|---|---|---|---|
| Name and Title of Authorized Recipient Representative | Signature | | Date |

### NONDISCRIMINATION STATEMENT

The U.S. Department of Agriculture (USDA) prohibits discrimination in all its programs and activities on the basis of race, color, national origin, age, disability, and where applicable, sex, marital status, familial status, parental status, religion, sexual orientation, genetic information, political beliefs, reprisal, or because all or a part of an individual's income is derived from any public assistance program. (Not all prohibited bases apply to all programs.) Persons with disabilities who require alternative means for communication of program information (Braille, large print, audiotape, etc.) should contact USDA's TARGET Center at (202) 720-2600 (voice and TDD). To file a complaint of discrimination write to USDA, Director, Office of Civil Rights, 1400 Independence Avenue, SW., Washington, DC 20250-9410 or call (800) 795-3272 (voice) or (202) 720-6382 (TDD). USDA is an equal opportunity provider, employer, and lender.

### PRIVACY ACT STATEMENT

The above statements are made in accordance with the Privacy Act of 1974 (5 U.S.C. Section 522a).

Page 2

**J.A. 1445**

Attachment 1

**Agreement Number: FSA23CPT0012856**
**Statement of Work**

1.  **PURPOSE AND OBJECTIVES**

The authorizing statute for this agreement is the American Rescue Plan Act of 2021, Public Law 117-2, Section 1001. Its purpose is to increase supply chain resiliency by providing funding to community- based organizations (CBOs) and other eligible entities to conduct outreach, education, research, and technical assistance to improve the coordination and effectiveness of Federal programs, services, and actions affecting urban areas.

FSA will provide funding through non-competitive cooperative agreements to eligible recipients in the Urban County Committee (UCOC) pilot locations to support the growth of the UCOC pilot while increasing the capacity of local agencies and community-based organizations (CBOs) to assist urban producers in their states. These investments will help mitigate pandemic-related supply chain and economic disruptions by funding projects designed to assist food-insecure communities and serve urban producers in areas where FSA historically has not had a presence.

2.  **PRE-AWARD COSTS**

Pre-award costs are approved beginning March 1, 2023, as long as the costs are part of the approved budget narrative as identified in the award and are necessary for the efficient and timely performance of the award's Statement of Work.

3.  **PROJECT NARRATIVE**

The recipient will carry out the project described in Sections IV through IX of the Project Narrative that was part of the application submitted to the Farm Service Agency in response to the funding announcement Titled: FSA Urban and Innovative Agriculture Community-Based Organization Fund, as revised. The referenced Project Narrative, as revised, is incorporated as Attachment 2. Negotiated changes to the project narrative are captured in Attachment 2.

4.  **BUDGET NARRATIVE**

The official budget as noted in the award and described in the attached Budget Narrative, as revised (Attachment 3), will be considered the total budget as last approved by the Federal awarding agency for this award. Amounts included in this budget narrative are estimates. Reimbursement or advance liquidations will be based on actual expenditures, not to exceed the obligated amount. Negotiated changes to the budget narrative are captured in Attachment 3.

5.  **REPORTING REQUIREMENTS**

    a.  The recipient must submit an SF-425 Financial Report on an annual basis to the Farm Production and Conservation (FPAC) Grants and Agreements Division via email to FPAC.BC.GAD@usda.gov, provided that the recipient requests reimbursement payments only. Annual financial reports are due January 30 of each calendar year. If the recipient requests advance payments, financial reports are due 30 days after each quarter of the calendar year, with due dates of January 30, April 30, July 30, and October 30.

    b.  The recipient must submit performance progress reports semi-annually to the Farm Production and Conservation (FPAC) Grants and Agreements Division via e-mail to FPAC.BC.GAD@usda.gov. Performance progress reports are due 30 days after each 6-month

**J.A. 1446**

reporting period. Performance progress report due dates are based on the agreement start date, not the calendar year.

## 6. PAYMENT INFORMATION

Payments under this award will be made upon submission to FPAC.BC.GAD@usda.gov of a properly executed SF-270, Request for Advance or Reimbursement, with appropriate supporting documentation. Additional information regarding payment supporting documentation is provided in the General Terms and Conditions, attached and incorporated as Attachment 4.

## 7. NATIONAL ENVIRONMENTAL POLICY ACT (NEPA) REQUIREMENTS

The National Environmental Policy Act (NEPA) environmental review process must be completed for activities under this agreement with potential impacts to the human environment prior to the grantee drawing down funds or incurring expenses under this Grant Agreement. Before the NEPA process is completed, Federal regulations specify acceptable actions in 40 C.F.R. § 1506.1.

USDA Farm Service Agency reserves the right to de-obligate funds obligated under this Grant Agreement (or to require the return of such funds) in the event a Grantee breaches or otherwise fails to perform under any of the Grant requirements.

FSA must approve the project plan before the micro-grant portion of the project is implemented (refer to the previously provided FAQ document). Prior to project plan approval, USDA Farm Service Agency will complete the National Environmental Policy Act (NEPA) process and provide a determination of whether further review, documentation, and/or mitigation measures are required. The micro-grantee must satisfy any requirements contained in USDA Farm Service Agency's determination prior to drawing down funds or incurring expenses related to the micro-grant. Once these conditions have been successfully completed, USDA Farm Service Agency will then notify the Grantee that the review is complete. At that time, the distribution and expenditure of micro-grant funds will be authorized. Before the NEPA process is completed, Federal regulations specify acceptable actions in 40 C.F.R. § 1506.1.

## 8. PROJECTS THAT INCLUDE MICRO-GRANT COMPONENTS

Micro-grants are small, one-time-only awards given to eligible producers for short-term projects. The micro-grants are intended to benefit urban producers, not the cooperative agreement recipient. There is no explicit limit or threshold for micro-grant award amounts beyond the details included in the approved agreement budget. Producers will be considered eligible beneficiaries under the micro-grants (rather than sub-recipients) and will therefore not be subject to restrictions related to infrastructure costs or property disposition at the end of the grant period. Micro-grant project plans must contain an adequate level of detail to allow for meaningful review and evaluation. Project plans must address advertising and competition, application forms, eligibility criteria, eligible costs, application review instructions, selection procedures, and a plan to verify that funds are appropriately spent. The recipient must obtain FSA approval of the project plan before the micro-grant portion of the project is implemented.

## 9. DATA COLLECTION

If your proposal will include information collection from non-Federal sources, ensure the collection meets the requirements of the Paperwork Reduction Act. Surveys of individuals or entities are generally prohibited without prior approval from the Office of Management and Budget. For additional guidance about allowable and unallowable activities, please visit the following website: https://pra.digital.gov/do-i-need-clearance/

## 10. GENERAL TERMS AND CONDITIONS

**J.A. 1447**

The General Terms and Conditions applicable to this award are attached and incorporated as Attachment 4. They are also available online at the following link: https://www.fpacbc.usda.gov/about/grants-and-agreements/award-terms-and-conditions/index.html

2

## Project Narrative

### *Collaborative Approaches to Impact for Philadelphia Urban and Innovative Agriculture*

### FSA Urban and Innovative Agriculture Community-Based Organization Fund

---

**Project Team and Institutional Background**

Pasa has partnerships with NRCS, FSA, Pennsylvania Department of Agriculture, Philadelphia Parks and Recreation, Penn State Extension, and other relevant agencies. Additionally, we're proud supporters of dozens of urban farms and food producers throughout Philadelphia including Sankofa Community Farm at Bartram's Garden, TrueLove Seeds, Novick Urban Farm, Primal Supply Meats, Farm Philly at the Carousel House, Robin Hill Farm, Uptown Farm at Awbury Arboretum, Love Beets, Farmer Jawn, Philadelphia Orchard Project, Weavers Way Cooperative, Wild Goose Garden, Love 'N Fresh Flowers, Ruth Bennett Community Farm, and more. These partnerships allow us an important connection to the communities in many areas of Philadelphia. Partnerships with agencies allow us to bring in technical expertise, as when we host "How to apply" webinars and workshops featuring FSA representatives. Our partnerships with growers deepen our speaker pool and strengthen our farmer-to-farmers workshops and events. Farmers learn best from other farmers, especially those seen as leaders in the community. And so by hosting events and meetups at farming sites throughout the city, we will be able to strengthen the trust, credibility, and effectiveness of the time together.

Pasa currently employs Dominique Matti, a long-time Philadelphia grower with deep commitments to inclusion and resource allocation, in the city to support urban growers. We also employ Emily Sutton Hickey with a background in food access and law. These two individuals will work closely together with the project team to serve the city through 2 outreach specialists.

We would additionally hire communication support. We recognize the importance of language equity, storytelling, and accessibility of materials. The communication support position would ensure that materials are available in needed languages and that storytelling captures and showcases the successes in a captivating way for the intended beneficiaries. Finally, we'll supplement our research staff with a part-time Philadelphia-based research support team member. Growers emphasize the importance of local representation and involvement. By involving Philadelphia farmers in our larger research programs, their voices, concerns, and successes can be shared broadly among the local community, making lasting long-term impacts.


Pasa Sustainable Agriculture's mission is to cultivate environmentally sound, economically viable, community-focused farms and food systems. We fulfill our mission through farmer training and education, farm-based research, regional food system work, and sustainable agriculture policy. We host an annual conference with over 2,000 attendees and more than 50 seasonal events focused on everything from production methods to equity in the food system.

Pasa serves a network of more than 20,000 growers and producers throughout the Mid-Atlantic and Northeast Region. The majority of our growers and farmers are historically underserved: 18% identify as BIPOC, 53% female, 25% veterans, 32% under 35, 20% immigrant or first-generation American, 57% have farmed less than 10 years, and 87% have annual farm sales under $350,000 (smallholder). We have staff presence in and around Philadelphia along with a strong working relationship with producers and collaborators in the area. Pasa has a field office in Philadelphia, located in a high density area within blocks of 50 identified urban farms[1].



Our growing team brings extensive experience working with urban and underserved producers. More than 70% of staff either currently or previously farmed full time; many in urban or peri urban settings. Staff receive intentional training on equity, diversity, inclusion, and justice specific to the food system. Existing staff regularly conduct farm visits as part of our formalized registered apprenticeship programs, our farm-based research programs, or our training and transitioning program. This results in a highly knowledgeable, hands-on team with real-life farming experience. Additionally, the Pasa team has an excellent collaboration track record, working closely with NRCS, FSA, and other USDA agencies.

Two Pasa board members are active on the state FSA committee, as well as three Pasa farmers and Ag systems professionals. While Pasa farmers do not have rates of relationship with their local USDA Service Center at the rates of farmers in general, where those relationships exist, they are highly cooperative and innovative. Several Pasa farmers report annually developing conservation plans with their local NRCS agent that serve as demonstration sites for field days and motivation for neighboring farms to deepen their own relationships with USDA.

**Problem statement/needs assessment**

As identified in Philadelphia Parks and Recreation's recent Urban Agriculture Strategic Plan[2], Philadelphia, Pennsylvania has more than 450 known urban agricultural spaces covering about 130 acres of land. But only 43 farms are registered to USDA in Philadelphia[3]. This means an enormous gap exists between the producers and the resources potentially available. Within Pasa's leadership, over 20% of our board members are urban growers themselves, stating a desire to expand Pasa's capacity more deeply into urban centers, including Philadelphia.

---

[1] Growing from the Root: Philadelphia Ag Plan https://sites.google.com/view/phillyagplan/
[2] https://sites.google.com/view/phillyagplan/
[3] https://www.nass.usda.gov/Publications/AgCensus/2017/Online_Resources/County_Profiles/Pennsylvania/cp42101.pdf

Farmers learn best from other farmers. That's why Pasa's programs are farmer-centric with peers presenting alongside technical experts at our events and within our apprenticeship and research programs. Our educational events offer virtual and in-person low-barriers to entry for growers hoping to hone their skills and elevate their practices.

Pasa's apprenticeship and pre-apprenticeship program create pathways to farming, including but not limited to those who didn't grow up on a farm, those who did but who've relocated to urban centers, and urbanites retiring into farming as a second career. These earn-as-you-learn opportunities create a structured environment for a more diverse and committed generation of farmers. Our pre-apprenticeship program, designed as an entrypoint for those without any previous agricultural experience, is in high demand by our Philadelphia partners, but we are in need of the financial support required to stand up new host sites. Several potential host sites in Philadelphia have also requested additional support to implement training programs and supplement their team's capacity for which we have similar constraints.

Our research programs give farmers the tools to understand the probable and the possible outcomes of ecologically-sound farming-- and importantly, the tools to market those outcomes. We recognize that voluntary, incentives-based approaches will engage a higher number of diversified farmers to adopt Climate-Smart practices. Through a pending proposal with USDA we'll be expanding that work into urban settings: revising protocols and developing methodology appropriate for urban growers.

Beyond our existing and pending programs in Philadelphia, there remains a need for broad support for urban growers. At our most recent Sustainable Agriculture Conference in February 2022, urban growers repeatedly requested continued programming specific to urban grower needs. The demand for such programming continues to grow. Growers recognize Pasa's strength in bringing expert peers to the table, as well as dedication to creating accessible programming tailored to urban grower's needs. In 2021, 214 individuals attended Pasa's "How (& How Not) to Apply for Agricultural Grants" webinar. We also regularly host workshops on accessing agricultural resources. In 2022, we hosted an enormous range of educational, technical assistance, research, food access, food systems, and resource assistance workshops. All of these workshops were requested or suggested by our farmer network. Most of the speakers came from within Pasa's network of farmers or the technical service providers with whom Pasa has excellent working relationships. A small selection of our programming is outlined below. Our mission is to connect farmers with the knowledge and resources they need to thrive. Pasa is committed to working with and fairly compensating farmer experts who generously share their knowledge with others. This system has led to an expanding community of growers, especially within urban settings. The demand for increased urban programming continues to outpace our current capacity.

**Recent Pasa Workshops of Particular Relevance to Urban Growers**

| Technical Assistance, Research, Farmer Training & Development | | Food Systems & Food Access |
|---|---|---|
| Urban Farm Managers Intensive | Plant Nutrition for Urban Soils | Sowing Seeds of Racial Justice |
| Cover Cropping on Urban and Small-Scale Diversified Vegetable Farms | New Soil Health Tools, Insights & Opportunities for Experienced Farmers | What Can PA's Farm Service Agency Do for You? |
| From CSA to Agrihood: How an Urban Farm Raised a Village | Unearthing Soil Trends: Insights From Our Study of 100+ Farms | Help End Hunger Locally: Farms to Food Pantries |
| Urban and Suburban Land Access | Foundations for Sustainable Soil Health | Food Sovereignty: Building a Neighborhood Food System |
| Step Up Your Seed Starting to Grow More at Any Scale | Finding an Irrigation System that Works for You | Zoning and Agriculture: Protections and Challenges |
| Vegetable Farm Finances for Apprentices | Creating Your First (& Second) Crop Plan | Moving the Farm: Land Transition |
| Seeds and Seed Keeping In the Time of Corona | Mushroom Production Intensive | What's Next for Agricultural Cooperatives? |
| Soil and Water Testing Tools to Troubleshoot Your Farm | Two-Wheel Tractor Safety & Maintenance | Building Equity for U.S. Farmers: A Talk with PA's Agriculture Secretary |
| Vermicompost: Creating High-Biology Fertility Using Worms | Farmer to Lender: How to Get a Loan and Keep Solid Financial Records | How Can We Help Schools Address Food Insecurity? |
| Native Pollinators: Identification, Habitat Needs, and Resources | The Keys to Small Farm Profitability | Care Farming as Therapy for Marginalized Individuals |
| On-Farm Systems for Quality Compost at Any Scale | Optimize Your Asian Greens Production | Making an Impact with Your Local Foods Initiative |
| Marketing Help Is Here! | More Produce Vendors, Please! | Building Community Food Webs |
| Year-Round Production with Affordable DIY Infrastructure | Keys to a Strong Apiary: Overwintering and Splitting | Farm-Based Legislative Listening Sessions with Latino Farmers |

**Pasa Programs and Services of Relevance to Urban Growers**

| Farmer Education & Training[4] | Research[5] | Food Systems[6] |
|---|---|---|
| Diversified Vegetable Pre-apprenticeship | Soil Health Benchmark Study | FoodShed Mapping Project |
| Diversified Vegetable Farm Manager Apprenticeship | Financial Health Benchmark Study | Urban Outreach |
| Dairy Grazing Apprenticeship | Nutrient Density Benchmark Study | Farm & Food Worker Relief |
| Agroforestry | Urban Soil Health Study | Affinity Groups and Networking |

---

[4] https://pasafarming.org/programs/farmer-education-and-training/
[5] https://pasafarming.org/programs/farm-based-research/
[6] https://pasafarming.org/programs/food-systems/

**Purpose**

In deep collaboration with the target beneficiaries, Pasa will create effective outreach and engagement opportunities that 1) assist historically underserved farmers and growers 2) especially as it relates to expanding the participation with Federal programs and services, and 3) provide regular qualitative and quantitative feedback to FSA for continued improvement. Pasa's existing extensive network is hungry for this type of practical, on-the-ground support. It's also what Pasa's 32-year history is about: listening to and responding to the needs of farmers and growers. Through this program, Pasa will dedicate new staff to conducting equitable and responsive outreach, education, research, and technical assistance. We'll capitalize on existing structures, expertise, and collaborative partnerships to measure, report, and adapt our outreach efforts. For all of this work, we'll partner and work closely with FSA, USDA programs, regional partners, farmers, and growers in the Philadelphia region.

We know that the city's growers may be commercial urban and peri-urban farms, community gardens, rooftop farms, hydroponic, aeroponic/aquaponic facilities, vertical production, or food forests. We also recognize that the work required go beyond production techniques to include management, training, finances, bookkeeping, recordkeeping, grant writing, resource and time allocation, maintenance and repairs, event management, outreach and communication, marketing, buying, and selling. The benefits to the community are likewise far reaching. Urban agriculture provides training and career opportunities; spaces of respite, education and healthy activities; access to nutrition, networking, and community building; and a beautiful sense of place and pride.



To that end, Pasa will conduct virtual and in person events, workshops, and trainings geared specifically toward marginalized and underfunded communities in Philadelphia. We'll join events led by other organizations, spend time on farms, and get out into the community of growers. We'll have a thoughtful mix of regular office hours and meeting people where they are to provide the resources they need and the connections they want. In real life, this looks like showing up for a high tunnel building project, introducing growers to potential resources, and helping growers gather necessary grant application documents. It's also telling the resulting stories to a broader audience: hosting a how to apply for grant webinar featuring some of the recent success cases, organizing a workshop on extending production seasons at the site where the high tunnel was constructed, and crafting a useful checklist for growers hoping to sell to local schools. In this way the reports, feedback, and outreach is deeply tailored and responsive to the emerging on-the-ground local needs. Ultimately, by connecting communities with resources, advocacy, and technical support, we will increase equity and increase supply chain resiliency in Philadelphia.

Our partners will include the growers and farmers in Philadelphia, Philadelphia Parks & Recreation, as well as state, local, and federal partners. We are excited to partner with FSA as a major partner on this project, providing resources, program expertise, knowledgeable speakers,

and as applicable train-the-trainer programs for our staff. We have successfully used this model in the past with a high level of engagement and a high transition success rate.

**Objectives**

Objective 1: Increase the numbers of producers who can access and utilize tools, resources, and technical assistance associated with growing food in an urban area.

Objective 2: Assist farmers with expanding their farming operations, accessing land, and implementing climate-friendly practices that can mitigate their susceptibility to natural disasters in urban areas.

Objective 3: Increase knowledge, awareness, and participation in FSA and USDA programs and services in urban areas.

Pasa's network currently includes 750 urban growers in Philadelphia. Current and future urban growers in the network will attend and host events, receive technical assistance, and participate in our conferences and research. Throughout the process, they will provide feedback and recommendations. Our model includes various methods of participation, allowing for differences in production scales, experience levels, and interest. Through our 7-year-long farm-based Soil Health Benchmark Study[7] and our 5-year-long farm-based Financial Benchmark Study[8], we've learned that while the results of technical service and outreach ultimately benefit farmers as well as our communities and the ecosystem, given the myriad of strains on a farmer's bottom line, there's an immediate need to compensate farmers for increasing demands. New growers, for example, have a hard time stepping away from the farm knowing how much work remains along with the hard costs of compensating a workforce to complete the work while they're off-farm. Experienced farmers may also be weighing the cost/benefit of stepping away. We've found that offering a participation stipend helps farmers cover travel, labor, and other expenses associated with being away from the farm. It encourages experienced farmers to show up and share their wealth of knowledge. And it creates an environment of valuing the expertise and time of growers.

Based on our event attendance, we expect to engage more than 3,500 attendees at in-person and virtual events. We will also attend non-Pasa community events and make deeper connections with a minimum of ten growers at each event. 100 growers will receive specific, direct support in applying for FSA and other USDA services and programs. 100 growers will also participate in Pasa's annual Sustainable Agriculture Conference where further networking, food system, food access, resource acquisition, and production techniques will be gleaned. Farmers regularly report how rejuvenating and rewarding attending the conference of welcoming and likeminded individuals is for their season ahead. Finally, we anticipate that at least six growers annually will participate in one of Pasa's ongoing farm-based research programs and/or host an apprentice which requires the highest level of engagement and participation. These research and apprenticeship programs establish cohorts of learners able to see the probable and the

---

[7]https://pasafarming.org/wp-content/uploads/2021/03/Soil-Health-Benchmarks-Report-2021_Digital_Compressed.pdf
[8]https://pasafarming.org/wp-content/uploads/2021/08/financial-benchmarks-for-direct-market-veg-farms_2021-report.pdf

possible for similarly-oriented sustainable farms as well as engage in mutual teaching and learning. Our farmers additionally glean important and useful information on mitigating the effects of climate change- something especially important in downstream urban settings.



**Example:**

Farm Philly, established in 2014, is the urban agriculture program of Philadelphia Parks & Recreation (Parks & Rec). Between a partnership between Parks & Rec and the Fairmount Park Conservancy, the program supports over 60 urban agriculture projects (e.g., community gardens, farms, and orchards) on park land and is actively involved in food policy and advocacy within the City. Farm Philly connects Philadelphians to the natural world and provides opportunities for accessible physical activities while supporting the self-determination and sovereignty of communities to grow their own food. The program supports gardeners, farmers, and residents' ability to grow in spaces that nourish and heal their communities.

Farm Philly provides resources and technical assistance to Philadelphia's urban agriculture network through a variety of ways. The Farm is Philadelphia's only public production and education farm, open to residents and growers across the City. Throughout the growing season, Farm Philly delivers educational opportunities, job training programs and peer-to-peer exchanges for youth and adults who want to learn hands-on farming, composting, harvesting and food production skills. The Farm currently grows about 4,000 pounds of food (vegetables, herbs) per season, as well as flowers. The Farm provides opportunities for residents to purchase vegetables, herbs and flowers through a Farm Share (i.e. or Community Supported Agriculture), while ensuring that food produced on public land is also directed to food access partners where

a portion of the produce is distributed to local food pantries and meal programs in the East Parkside neighborhood.

**Resources Required**

Often being farmers themselves, our staff is familiar with USDA programs and services, but has not received formal training. We are often on the teaching end of the relationship, for example, with NRCS staff learning about new sustainable agriculture practices (i.e., alleycropping). So, we will need:

- Access to materials explaining FSA programs and services.
- Continued regular communication and coordination with FSA representatives, speakers, and field agents.
- Avenues for providing feedback on existing and proposed FSA programs and services.


**Responsibilities of the Parties**

Pasa will hire staff to work with Pasa's broader team on this project. Outreach Specialists will oversee completion of deliverables, communicate regularly with FSA liaisons, and act as the primary contacts for historically underserved growers. Communications support will advance the language equity needs of this project by working within the community to produce materials and outreach in preferred languages. A researcher will dedicate time to engaging urban growers and adapt current research procedures to be appropriate for urban models. We know that many growers prefer to communicate in Spanish. For example, in 2021 Pasa administered COVID relief payments (funded through private foundations) specifically for farmers of color. 44% of applications were received in Spanish. Additionally, Novick Urban Farm has developed a community garden where a large Karen refugee population grows. So producing materials in S'gaw may be important there. We plan to require at least working proficiency in at least one language beyond English for both the Project Manager and the Communications Support personnel working on this project. We have seen firsthand the impact that ground-level storytelling can provide.

Pasa's existing Human Resources team will craft job descriptions and share job postings with partners named above. We have a proven track record of recruiting from within Philadelphia, even more so now with Pasa's physical presence in East Kensington, Philadelphia. Staff currently living and working in Philadelphia will assist with the onboarding and orientation for these roles.

*Please see our note above about Pasa's employees Dominique Matti and Emily Sutton Hickey.

Pasa is committed to high standards and transparency. We distribute, collect, and reflect on evaluation surveys at all of our events. We ask demographic questions, speaker quality, usefulness of the event, and likelihood of implementing something learned. These brief but impactful surveys help us immediately identify and correct important trends. Another quality assurance standard is our commitment to sourcing both content and speakers from farmer experts. We regularly provide formal and informal opportunities for growers to suggest speakers or content. And our Pasa staff show up to community and partner events to make sure we're attuned to the needs of the local community. With support for our existing staff, we're able to identify, design, and carry out high quality and highly rated programming. The majority of event

Pasa Sustainable Agriculture Page 8 of 13

attendees are farmers and growers, meaning that we're creating the kind of content that growers find worthwhile and will continue attending. If Pasa's programming is relevant, accessible, and useful, then the number of attendees will increase throughout this project. One simple measure of quality assurance will be visible through event attendance rates.

With the partnerships mentioned above, we will also solicit regular project-specific feedback. Growers, community organizers, and agricultural agencies will be able to provide qualitative and quantitative feedback on the impact of this project. By soliciting this information at the beginning as a baseline as well as regularly throughout the project, we will insure project deliverables and quality assurance. We take very seriously the FSA partnership aspect of this work. In planning this work, we have connected with Melissa Webreck at FSA. We have exchanged emails and phone calls with Melissa and look forward to continuing to build that relationship in addition to fostering our existing relationship State Director Heidi Secord who we will continue to invite to directly address our stakeholders. We look forward to continuing to share updates and information with our FSA partners to ensure ongoing collaboration is comprehensive and useful. We look forward to both providing regular updates, feedback, and suggestions. We also look forward to inviting FSA representatives into the fields and plots of local growers and showcasing their successes and continued needs. Another quality assurance standard will rely on direct feedback from our FSA liaisons on this project.

Newly hired staff will immerse themselves in the local growing community, attending partner and community events, networking, and receiving feedback about the needs of local growers. This will provide a baseline of information for future evaluation and will source ideas for events and speakers. As outlined in the timeline below, events will start immediately. Growers will be compensated for their time and participation, enabling a larger set of potential attendees. Events will be created with accessibility and inclusion in mind: events may be scheduled after normal working hours, may be conducted in a language other than English, may address various mental and physical abilities, and will be culturally sensitive and appropriate.

This regular cycle of showing up, responding to needs, and providing resources is the basis of Pasa's plan. We recognize that to build trust with any set of growers, trust must be continuously established. A knowledgeable, helpful community member showing up time and time again will be the basis of long-term success for this project. Pasa has an incredibly low turnover rate, so we're confident that staff will be able to make an impact and advance the goals of this project.

**Pasa Responsibilities:**
- Collaborate with FSA agency officials
- Perform the work and produce deliverables as outlined in the Statement of Work
  - Identify and recommend appropriate key personnel, for FSA's approval
  - Conduct targeted outreach, engagement, education, research, and technical assistance to historically underserved producers in Philadelphia
  - Create methods for grower feedback on program implementation, restrictions, opportunities, and threats
  - Measure and increase supply chain resiliency in Philadelphia food systems by improving the sustainability and long-term viability of urban farming operations
- Comply with the applicable version of the General Terms and Conditions.

- Submit performance and financial reports and payment requests according to the General Terms & Conditions of the agreement.

**FSA Responsibilities:**

- Authority to suspend work if specifications or work statements are not met
- Review and approval of one stage of work before another may begin
- Review and approval of substantive provisions of proposed subawards or contracts beyond existing Federal policy
- Agency and recipient collaboration or joint participation
- Project monitoring to permit specific kinds of direction or redirection of the work because of interrelationships with and impacts on other projects
- Highly prescriptive agency requirements that limit recipient discretion
- Review and approval of key personnel
- Direct agency operational involvement or participation during the activity

**Expected Accomplishments and Deliverables**

Pasa currently conducts between 40-60 events per year, including in-person and virtual, making them accessible to attendees regardless of geographic location. We also partner with organizations and agencies to promote additional events. We show up at community events as part of our role and we speak at events regularly- both formally and informally. Specifically for this project, we will plan and host at least 10 events per year.

Growers will be invited to relevant events, Pasa or otherwise, whether those events are specifically paid for from this project or not. That is, with all of the events hosted by Pasa and partners, growers trust and connections will be deepened by attending and the project dollars will go further through the synergy of Pasa's collaborative event planning.

Additional opportunities for gathering will also be important and implemented. We will create a welcoming space at the Pasa office for growers to come and receive assistance. One way to do that is by hosting community meet and greets, relatively informal networking opportunities that bring the community together.

Throughout our expected accomplishments and deliverables, we'll work with partners, organizations, agencies, growers, the larger Pasa community, the broader Pasa support staff, and our FSA liaison. For example, all Pasa programming staff meet regularly to discuss both upcoming events and recently completed events. They learn and share with each other with the goal of continuous improvement and support. For our team, planning events is a bygone conclusion- it's by far one of the best ways to provide value and connect with the growing community.

Another example of our collaborative approach is Pasa's state and federally-recognized apprenticeship programs. We have dedicated staff leading and enrolling individuals and farms in the programs. But all Pasa team members are well versed on the programs and able to provide support and outreach. So when a Pasa team member talks with a potential apprentice or host farm, an initial conversation is had before connecting that individual to our apprenticeship coordinator. Pasa believes that cross-departmental training and coordination creates value and

Pasa Sustainable Agriculture Page 10 of 13

**J.A. 1458**

trust among community members. Therefore enrolling growers in Pasa's apprenticeship and research programs will be another valuable tool for growers in Philadelphia. These tools build both immediate trust and a downstream pipeline of growers familiar with and interested in implementing USDA programs on their farms. In this way, the impact will be felt long after the project period concludes.

Pasa measures enrollment, onboarding, event participation, feedback and evaluation through a robust and secure Customer Relationship Manager software, Salesforce. This allows us to report on communication, contact, visits, and general interactions with each individual grower. We'll be able to measure and report on changes and trends in each qualitative and quantitative deliverable within the parameters of our data confidentiality protocols.

- Hire and onboard appropriate technical service, communication, and project management staff. Winter 2022 through Spring 2023
- Identify and gather existing publications to disseminate information about urban agriculture initiatives at USDA and promote USDA programs in the community such as how to establish farm records and how to participate with the County Committee. Spring through Winter 2023
- Facilitate training, conduct workshops, online webinars, in person meetings and other community-level events to help beginning and socially disadvantaged/underserved farmers in Philadelphia grow their farming businesses, and provide training on programs, forms and electronic applications. Spring 2023 through Winter 2027
- Identify and enroll growers in farm-based research programs that increase the number of robust business plans and implement climate friendly farming practices and/or mitigate pandemic-related supply chain and economic disruptions. Summer 2023 through Fall 2027
- Identify and enroll growers as hosts for pre-apprentices or apprentices to both support labor needs and to grow the next generation of ecologically-minded farmers. Spring 2024 through Fall 2027.
- Provide one-on-one technical assistance to farmers by assisting producers with paperwork to apply to a FSA program or loan or to assist a farmer in implementing conservation practices that increase on-farm diversity and support climate-friendly farming practices. Summer 2023 through Winter 2027
- Provide scholarships for Philadelphia growers to attend the annual Sustainable Agriculture Conference to promote innovative agriculture and build local expertise and capacity. Winter 2022, 2023, 2024, 2025, 2026
- Provide urban agricultural producers with farm loan program information and facilitate technical support to implement conservation practices on their farm, improve soil quality, purchase on-farm infrastructure, etc. Summer 2023 through Winter 2027
- Conduct research to compile data, write reports, and make recommendations on the number of urban farms, profitability, scale, etc. to help FSA inform how it can better support Historically Underserved urban agricultural producers by making program improvements. Winter 2024, 2025, 2026, and 2027

**Evaluation Plan**

Pasa has an outcomes-driven approach to tracking, monitoring, and evaluation. We evaluate each event, both from attendees, speakers, and planners perspectives focusing on both qualitative and quantitative measurements.

*Please see above note in Responsibilities of the Parties section regarding our high standards, transparency and quality assurance.

Our Customer Relationship Management software, Salesforce, already tracks engagement and outreach. We're able to track, measure, and trend analyze each of the quantitative and qualitative measures we outlined through that database. We use the database for notes on visits, event attendance, demographics, and program participation.

With Pasa's Grant Manager, we also track all timelines and specific deliverables in the same database. In this way all project specific information is reportable, transparent, and accountable. The Grant Manager assures timely delivery for all Pasa grants and runs regular check-ins with project staff to identify potential course corrections in a timely manner.

Pasa cares deeply about the ability for Philadelphia growers to connect meaningfully with resources available to them through FSA. Crafted with the goal of increasing FSA connections, Pasa will receive and provide regular direct feedback from and to FSA. We will also design, in collaboration with partner organizations and growers, a final report showing priorities for FSA in the area and beyond. We have experience creating this sort of report and feedback and will work in close partnership with FSA along the way to produce the report.

**Quantitative Measurements:**

- Through event and program evaluation, measure the number of new participants in FSA and USDA programs and services as a direct result of this program
- Through research rosters, measure the number of growers participating in farm-based research projects
- Through event evaluations, measure change in knowledge and likelihood of implementing something learned at events
- Through event rosters, measure the diversity of participants, speakers, and hosts in urban-specific programming
- Receive and compile feedback from growers regarding the accessibility of FSA programs and services. Track mentions of FSA as a valuable resource at regular community agriculture events over the course of the project

**Qualitative Measurements:**

- FSA reports increased trust among Philadelphia communities
- Trusted community partners report an increased positive relationship with USDA and FSA
- Philadelphia growers report FSA programs and services as helpful and positive to their farm viability
- Philadelphia County Committees have an easier time recruiting farmer participation

**Sustainability**

Within this project period, Pasa's goal is to develop a cohort of technical service providers and growers more  connected to FSA's evolving programs and services. If FSA is able to implement any recommendations and changes as a result of this project, then the long term impact on urban growers will be significant. Beyond the life of this project, growers will have increased access to resources, land, technical support, local feedback mechanisms through county committees, and a greater bank of growers with technical expertise willing to share their knowledge. While the technical support staff will only be funded through this project period, as individuals go on to hold other roles in the community, they'll bring their deep knowledge of and connection to FSA contacts, programs, and services along with them.

J.A. 1461

*Collaborative Approaches to Impact for Philadelphia Urban and Innovative Agriculture*

**FSA Urban and Innovative Agriculture Community-Based Organization Fund**
**BUDGET NARRATIVE**
**Pennsylvania Association for Sustainable Agriculture d/b/a Pasa Sustainable Agriculture**

**1631 N Front Street, Harrisburg PA 17102 ○ pasafarming.org ○ grantsteam@pasafarming.org**

---

**REVISED 5/24/23**

| | Direct Costs | Direct Costs Used for Indirect Calculation | Notes on Indirect Calculation |
|---|---|---|---|
| Personnel | $756,552 | $756,552 | All salary is eligible for indirect |
| Fringe Benefits | $258,151 | $258,151 | All fringe is eligible for indirect |
| Travel | $10,500 | $10,500 | All travel is eligible for indirect |
| Equipment | $0 | $0 | We have no equipment costs |
| Supplies | $43,400 | $13,400 | $13,400 of supplies are eligible for indirect; no rental costs |
| Contractual | $0 | $0 | We have no contractual costs |
| Construction | $0 | $0 | We have no construction costs |
| Other | $324,500 | $0 | Other costs are not eligible for indirect |
| Total Direct Charges | $1,393,103 | $1,038,603 | |
| Indirect | $103,860 | | |
| **Total** | **$1,496,963** | | |

## Personnel $ 756,552

*All staff salaries are indicated at their starting salaries and include a 3% cost of living increase each year.*

Through this project, Pasa will hire two full time outreach specialists, responsible for overseeing project deliverables and reports as well as outreach and engagement. They will dedicate 100% of their time to this project over 5 years. Starting salary will be $50,000.

Pasa will also hire a part time, 50% FTE, communications and outreach support staff responsible for outreach and engagement as well overseeing accessible communication

strategies (including flyers, social media, and case studies focused on language equity and accessibility to the target audiences) for the full period of project performance. Starting salary will be $55,000.

To be hired: Research team member. 1 team member at 25% FTE to engage farmers and growers in our ongoing farm-based research projects. This person will engage urban growers and adapt current procedures to be appropriate for urban models for the full period of project performance. Starting salary will be $60,000.

## Fringe Benefits $ 258,151

Pasa fringe benefits are calculated at 33.3% of FTE base salary. Benefits include employment taxes; disability, health, vision, and dental insurance; retirement contributions; and paid time off.

## Travel $ 10,500

Based on current Philadelphia staff travel, Pasa expects $700 per staff member per year in travel costs. This mostly includes SEPTA (Philadelphia public transportation) key passes for staff to travel within Philadelphia for events and farm visits as needed. Additionally, travel includes combined travel for up to three staff trainings and/or meetings likely to take place in Central Pennsylvania.
$700 x 3 staff x 5 years = $10,500

## Equipment $ 0

Pasa does not expect to purchase any equipment for this project.

## Supplies $ 43,400

Pasa will purchase a staff computer plus accessories for project employees. Accessories include required hardware (mouse, keyboard, monitor, case, adaptors, etc.) and software (anti-virus, PDf editing, design, etc.)
$1,200 x 3 full time staff = $3,600

Pasa will host at least 10 events annually to engage with the Philadelphia growing community. Based on current event costs, we anticipate that each event will be $500. This includes audio/visual (A/V) costs, beverages and/or snacks/meals for registrants, as appropriate, and event consumables (such as gloves, name badges, etc.). We are also including small hand tools for participants to use during demonstrations and, based on need, will provide them on loan or as permanent takeaways for growers lacking access.
$500/event x 10 events/yr = $25,000

Pasa will purchase small hand tools for demonstration events that can be provided to attendees on loan or as permanent takeaways for growers lacking access to appropriate tools.
$1,000/yr = $5,000

Pasa will offer communication about events and service in multiple languages and will provide marketing materials for farmers that reflects their progress with their soil health.
Printing (est 30 farmer reports/marketing materials x $200 = $6,000; advertising @ $3,800) = $9,800

## Contractual $ 0

Pasa will not be taking on any contractual projects through this work.

## Construction $ 0

Pasa will not be taking on any construction projects through this work.

## Other $ 324,500

Participant support costs: Costs associated with travel and event attendance creates participation/access barriers.

50 annual allotments of $500 each removes barriers and increases access for program participants to participate in events.
$500 x 50 participants x 5 years = $125,000

Pasa's annual Sustainable Agriculture Conference brings together more than 2,000 community members interested in advancing sustainable agriculture. More than 50% of attendees are current farmers by USDA's definition and nearly 90% of attendees grow or distribute food in some capacity. Our conference is highly diverse and includes both educational and networking opportunities specifically geared toward urban growers. Through this project, we'll cover the costs of conference attendance for up to 20 participants annually. $1,100 per participant includes an average of $310 in registration fees, 2.5 nights of lodging at $130 per night plus taxes, 268 miles at the federal mileage rate, $120 in conference meals, and a per diem on the two travel days (when conference meals would not be available) at the General Services Administration regional rate of $74 per day.
$1,100 x 25 conference participants x 5 years = $137,500

Through federal, state, and private grants, Pasa is working to expand our three farm-based research studies to include urban soils. Our Soil Health Benchmark Study is currently in the 7th year, enabling farmers to see the possible and probable outcomes from specific management practices. This pairs with our 5-year Financial Health Benchmark Study and our 3-year Nutrient Density Benchmark Study, analyzing diversified vegetable growers practices. We also work with host farmers on our Diversified Vegetable Apprenticeship program, pairing new and beginning farmers with experienced growers for an 18-month earn-as-you-learn registered formalized experience. These programs offer the deepest level of engagement, but also require the heaviest lift from participating farmers. Through this program, Pasa will engage at least 3 farmers in the first year and 5 farmers each year thereafter to be part of our research and/or

J.A. 1464

apprenticeship program. Participant support cost coverage will enable participation from growers. $2,000/farmer/per year of participation.
$2,000 x 31 (3 in the 1st year, 5 in years two and three, 8 in year four and 10 in year five)

Of note, 22% of project funds will be directly increasing resource access for farmers.

## Indirect $ 103,860

Pasa has elected the de minimis rate of 10% of eligible direct costs.

**Total Requested: $ 1,496,963**

Rev. November 2022

**U.S. DEPARTMENT OF AGRICULTURE**
**FARM PRODUCTION AND**
**CONSERVATION**

**GENERAL TERMS AND CONDITIONS FOR**
**NON-ezFEDGRANTS GRANTS AND**
**COOPERATIVE AGREEMENTS**

The Farm Production and Conservation (FPAC) mission area encompasses the following USDA agencies: Natural Resources Conservation Service (NRCS), Farm Service Agency (FSA), Risk Management Agency (RMA), the Commodity Credit Corporation (CCC), and the FPAC Business Center.

I.  **APPLICABLE REGULATIONS**

a.  As a condition of this award, the recipient assures and certifies that it has and/or will comply and require subrecipients to comply with the requirements contained in the following statutes and regulations, as applicable. The full text of Code of Federal Regulations references may be found at
https://www.gpo.gov/fdsys/browse/collectionCfr.action?collectionCode=CFR and http://www.ecfr.gov/.

1. 2 CFR Part 25, "Universal Identifier and System of Award Management"
2. 2 CFR Part 170, "Reporting Subaward and Executive Compensation Information"
3. 2 CFR Part 175, "Award Term for Trafficking in Persons"
4. 2 CFR Part 180, "OMB Guidelines to Agencies on Governmentwide Debarment and Suspension (Nonprocurement)"
5. 2 CFR Part 182, "Governmentwide Requirements for Drug-Free Workplace (Financial Assistance)"
6. 2 CFR Part 200, "Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards"
7. 2 CFR Part 400, "Uniform Administrative Requirements, Cost Principles, And Audit Requirements for Federal Awards"
8. 2 CFR Part 417, "Nonprocurement Debarment and Suspension"
9. 2 CFR Part 418, "New Restrictions on Lobbying"
10. 2 CFR Part 421, "Requirements for Drug-Free Workplace (Financial Assistance)"
11. 2 CFR Part 422, "Research Institutions Conducting USDA-Funded Extramural Research; Research Misconduct"

b.  Allowable project costs will be determined in accordance with the authorizing statute, the purpose of the award, and, to the extent applicable, to the type of organizations receiving the award, regardless of tier. The following portions of the Code of Federal Regulations are hereby incorporated by reference. The full text of Code of Federal Regulations references may be found at

**J.A. 1466**

https://www.gpo.gov/fdsys/browse/collectionCfr.action?collectionCode=CFR
and http://www.ecfr.gov/.

2 CFR Part 200, "Uniform Administrative Requirements, Cost
Principles and Audit Requirements for Federal Awards"

c. For corporate recipients, by accepting this award the recipient acknowledges: (1) that it does not have a Federal tax delinquency, meaning that it is not subject to any unpaid Federal tax liability that has been assessed, for which all judicial and administrative remedies have been exhausted or have lapsed, and that is not being paid in a timely manner pursuant to an agreement with the authority responsible for collecting the tax liability, **and** (2) that it has not been convicted of a felony criminal violation under any Federal law within 24 months preceding the award, unless a suspending and debarring official of the USDA has considered suspension or debarment of the recipient corporation based on these convictions and/or tax delinquencies and determined that suspension or debarment is not necessary to protect the interests of the Government. If the recipient fails to comply with these provisions, the agency will annul this agreement and may recover any funds the recipient has expended in violation of the above cited statutory provisions.

## II.   UNALLOWABLE COSTS

The following costs are not allowed:

a. Profit and management fees. Recipients may not earn and keep income resulting from an award
b. Costs above the amount authorized for the project.
c. Costs incurred after the award period of performance end date.
d. Costs not identified in the approved budget or approved budget revisions.
e. Costs of promotional items and memorabilia, including models, gifts, and souvenirs.
f. Compensation for injuries to persons or damage to property arising from project activities.
g. Meals: Meals may be charged to an award only if they are necessary for the performance of the project. For instance, meals (normally only lunch) that are a necessary part of the costs of meetings and conferences (i.e., required attendance and continuity of a meeting), the primary purpose of which is the dissemination of information, are allowable, as are costs of transportation, rental of facilities, speakers' fees, and other items incidental to such meetings or conferences. Note: Meals consumed while in official travel status do not fall in this category. They are considered to be per diem expenses and should be reimbursed in accordance with the organization's established travel policies subject to statutory limitations or in accordance with Federal travel policies.
h. Costs normally charged as indirect costs may not be charged as direct costs without proper justification and agency approval. Proper justification includes documentation that the costs meet the criteria for allowability (see 2 CFR 200.403). Examples of such costs include rent, utilities, depreciation on buildings and equipment, the costs of operating and maintaining facilities, and general administration and general expenses, such as the salaries and expenses of executive officers, personnel administration, and accounting.
i. Salaries that are not commensurate with level of work: All costs must be reasonable

**J.A. 1467**

to be allowable (2 CFR 200.403), and 2 CFR 200.404 defines a reasonable cost as one if, in its nature and amount, it does not exceed that which would be incurred by a prudent person under the circumstances prevailing at the time the decision was made to incur the cost. Salaries determined not to be reasonable compared to the level of work will be unallowable.

j.  Honoraria. Speaker fees are allowable.
k.  Costs which lie outside the scope of the approved project and amendments thereto.
l.  Entertainment costs, regardless of their apparent relationship to project objectives.
m.  Consulting services performed by a Federal employee during official duty hours when such consulting services result in the payment of additional compensation to the employee; and
n.  Renovation or refurbishment of facilities, the purchase or installation of fixed equipment in facilities, and the planning, repair, rehabilitation, acquisition, or construction of buildings or facilities.

This list is not exhaustive. For general information about the allowability of particular items of costs, please see 2 CFR Part 200, "Subpart E - Cost Principles", or direct specific inquiries to the administrative contact identified in the award. The allowability of some items of costs may be difficult to determine. To avoid disallowance or dispute of such costs, the recipient may seek prior approval before incurring them. See 2 CFR 200.407.

### III.    PRIOR APPROVAL REQUIREMENTS

Certain items of cost and award revisions require the prior written approval of the awarding agency.  The following are the most common situations requiring prior approval. However, this list is not exhaustive, and the recipient is also bound by any other prior approval requirements identified in the Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards. Submit all requests for the approvals described below via e-mail to FPAC.BC.GAD@usda.gov. All requests for prior approval must reference the applicable agreement number.

a.  Pre-award costs.—To receive reimbursement for costs incurred prior to the award date, recipients must request written approval. This restriction also applies to costs intended to meet cost-share requirements. Even with approval, recipients incur pre-award costs at their own risk. The Federal awarding agency is under no obligation to reimburse such costs if for any reason the recipient does not receive a Federal award or if the Federal award is less than anticipated and inadequate to cover the costs.

b.  Revisions to scope, objective, or deliverables.—When it is necessary to modify the scope, objective, or deliverables of an award, the recipient must submit a written request and justification for the change along with the revised scope, objective, or deliverables of the award.

c.  Additions or changes to subawards and contracts.—The subawarding, transferring, or contracting out of any work (i.e., services) under a Federal award not identified in the original award budget or any changes to subaward or contracts requires prior written approval. The recipient must submit a justification for the proposed

**J.A. 1468**

subaward/contract, a statement of work to be performed, and a detailed budget for the subaward/contract. This provision does not apply to the acquisition of supplies, material, equipment, or general support services.

d.  Change in a key person specified in the application or award.—When there is a permanent change in key personnel, such as a project director or principal investigator, the recipient must request prior written approval for the substitution or change. The request must identify the replacement personnel and provide his or her qualifications.

e.  Absence or temporary change in project leadership.—If the approved project director or principal investigator disengages from the project for more than three months or reduces time devoted to the project by 25 percent or more, the recipient must request prior approval in writing, identifying who will be in charge during the project director's absence. The notification must include the qualifications of the replacement.

f.  Budget revisions.—Recipients must request prior written approval for deviations from the approved budget in the instances described below. For all budget revisions, the recipient may be required to submit a new SF 424A or 424C and budget narrative, even those that do not require prior approval.

   1.  The inclusion of costs that require prior approval in accordance with Subpart E—Cost Principles of this part or 45 CFR part 75 Appendix IX, "Principles for Determining Costs Applicable to Research and Development under Awards and Contracts with Hospitals," or 48 CFR part 31, "Contract Cost Principles and Procedures," as applicable.

   2.  Where the cumulative amount of transfers of funds among direct cost categories or programs, functions, and activities exceeds or is expected to exceed 10 percent of the total budget as last approved by the Federal awarding agency, and where the Federal share of the project exceeds the simplified acquisition threshold. Recipients must notify the Government of budget changes that do not meet the threshold described above.

   3.  The transfer of funds budgeted for participant support costs to other categories of expense requires prior written approval. Participant support costs means direct costs for items such as stipends or subsistence allowances, travel allowances, and registration fees paid to or on behalf of participants or trainees (but not employees) in connection with conferences or training projects.

   4.  Changes in the approved cost-sharing or matching provided by the recipient, including to amount, source, or type.

   5.  Additional Federal funds needed to complete the project. This change also requires a formal agreement amendment.

   6.  Changes to negotiated indirect cost rates during the award period of performance. If the change is due to receipt of a new negotiated indirect costs rate agreement (NICRA), the prior approval request must include a copy of the new agreement.

g.  No-Cost Extensions of Time.—When a no-cost extension of time is necessary, the recipient authorized signatory must submit a written request via e-mail to FPAC.BC.GAD@usda.gov. Except in limited circumstances, a no-cost extension of time cannot exceed 12 months. FPAC cannot approve requests for no-cost

**J.A. 1469**

extensions received after the expiration of the award. In addition, time may not allow extension requests submitted less than 30 calendar days before the period of performance end date to be processed, so recipients are encouraged to submit requests as soon as possible. FPAC agencies cannot approve no-cost extensions requested merely to expend remaining funds. The request must contain the following:

1. Amount of additional time requested
2. Explanation for the need for the extension
3. A summary of progress to date and revised milestones

### IV.    PAYMENTS

a. Recipients must request reimbursement or advances using a properly completed and executed SF-270, submitted with a Budget Expense Table or Deliverable Expense Table (or similar summary document), as applicable, via e-mail to FPAC.BC.GAD@usda.gov.  Templates for Budget Expense Tables and Deliverable Expense Tables are available at this link: https://www.fpacbc.usda.gov/about/doing-business/index.html.

b. Recipients requesting advances should request payments in amounts necessary to meet their current needs pursuant to procedures contained in the Federal administrative provisions and 31 CFR Part 205.  Requests must be submitted no less than 15 days prior to the start of the requested advance period.  The recipient must provide a summary document showing the amount of advanced funds spent within 30 days of the end of the advance period. If applicable, the recipient must also submit a summary of the cost-share provided.

c. The method of payment between the recipient and its contractors will be in accordance with the policies and procedures established by the recipient except that the contractors may not use the USDA Office of Financial Management/National Finance Center method to request payments. If the recipient makes advance payments to contractors, the recipient must ensure that the timing of such payments is designed to minimize elapsed time between the advance payment and the disbursement of funds. Recipients must not submit requests from their contractors for review or approval.

d. The recipient must maintain records of supporting documentation all costs incurred under this award. Such documentation includes, but is not limited to, canceled checks, paid bills, payroll records, and subaward documents. Labor cost charges to this award must be based upon salaries actually earned and the time actually worked on this award. All project costs must be incurred within the period of performance of this award, including any approved no-cost extension of time. The Government may disallow costs that cannot be supported by supporting documentation or that are incurred outside of the agreement period of performance and budget and may require the return of any funds paid out for those costs.  The level of detail and documentation required to be provided to support any individual payment request is at the discretion of the Government.  Do not provide supporting

**J.A. 1470**

documentation unless it is specifically requested.

e. Recipients must pay all costs incurred (i.e., liquidate obligations) under the award and request all final requests for payment not later than 120 calendar days after the period of performance end date. The Government must timely close-out expired agreements, which includes de-obligation of unspent funds. Therefore, funds may not be available for payment requests received more than 120 days after the period of performance end date, and the Government is not obligated to make such payments.

f. Payments under fixed-amount awards are made based on deliverables completed, milestones achieved, or as a single payment upon award completion rather than costs incurred. The Government and recipient must utilize 2 CFR 200, Subpart E, Cost principles to support unit prices included in fixed amount awards prior to agreement execution.

## V.    FINANCIAL REPORTING

a. Recipients must submit a Federal Financial Report (FFR), SF 425 in accordance with the schedule included in the award statement of work. Recipients must submit reports via e-mail to FPAC.BC.GAD@usda.gov. Failure to submit reports as required may result in suspension or termination of award.

b. The recipient must submit a final financial report no later than 120 days after the period of performance end date. Failure to do so may result in a negative report to the Federal Awardee Performance and Integrity Information System (FAPIIS).

c. The FPAC awarding agency will withhold payments under this award if the recipient is delinquent in submitting required reports.

## VI.    PERFORMANCE MONITORING AND REPORTING

a. The recipient is responsible for monitoring day-to-day performance and for reporting to the FPAC awarding agency. If the project involves subaward/contractual arrangements, the recipient is also responsible for monitoring the performance of project activities under those arrangements to ensure that approved goals and schedules are met.

b. The recipient must submit a written progress report at the frequency specified in the statement of work via e-mail to FPAC.BC.GAD.usda.gov. Each report must cover—

1. A comparison of actual accomplishments with the milestones and deliverables established for the reporting period and, where project output can be quantified, a computation of the costs per unit of output.

2. The reasons why milestones and deliverables targets were not met, if appropriate.

3. Additional pertinent information including, where appropriate, analysis

J.A. 1471

and explanation of cost overruns or high unit costs.

  c.  The recipient must submit a final performance report within 120 calendar days of the period of performance end date. Failure to do so may result in a negative report to the Federal Awardee Performance and Integrity Information System (FAPIIS).

  d.  The FPAC awarding agency will withhold payments under this award if the recipient is delinquent in submitting required reports.

### VII.   REPORTING SUBAWARDS AND EXECUTIVE COMPENSATION

  a.  Reporting of first-tier subawards.

    1.  Applicability. Unless you are exempt as provided in paragraph d. of this award term, you must report each action that obligates $30,000 or more in Federal funds that does not include Recovery funds (as defined in section 1512(a)(2) of the American Recovery and Reinvestment Act of 2009, Pub. L. 111-5) for a subaward to an entity (see definitions in paragraph e. of this award term).

    2.  Where and when to report.
      *i.*  You must report each obligating action described in paragraph a.1. of this award term to *http://www.fsrs.gov.*

      ii.  For subaward information, report no later than the end of the month following the month in which the obligation was made. (For example, if the obligation was made on November 7, 2010, the obligation must be reported by no later than December 31, 2010.)

    1.  What to report. You must report the information about each obligating action that the submission instructions posted at *http://www.fsrs.gov.*

  b.  Reporting Total Compensation of Recipient Executives.

    1.  Applicability and what to report. You must report total compensation for each of your five most highly compensated executives for the preceding completed fiscal year, if—

      i. the total Federal funding authorized to date under this award is $30,000 or more;

      ii. in the preceding fiscal year, you received—

        A.  80 percent or more of your annual gross revenues from Federal procurement contracts (and subcontracts) and Federal financial assistance subject to the Transparency Act, as defined at 2 CFR 170.320 (and subawards); and

        B.  $25,000,000 or more in annual gross revenues from Federal procurement contracts (and subcontracts) and Federal financial assistance subject to the Transparency Act, as defined at 2 CFR 170.320 (and subawards); and

      iii.  The public does not have access to information about the compensation of the executives through periodic reports filed under section 13(a) or 15(d) of the Securities Exchange Act of 1934 (15

**J.A. 1472**

U.S.C. 78m(a), 78o(d)) or section 6104 of the Internal Revenue Code of 1986. (To determine if the public has access to the compensation information, see the U.S. Security and Exchange Commission total compensation filings at *http://www.sec.gov/answers/execomp.htm.*)

    2.  Where and when to report. You must report executive total compensation described in paragraph b.1. of this award term:

        *i.* As part of your registration profile at *https://www.sam.gov.*

        ii. By the end of the month following the month in which this award is made, and annually thereafter.

c.  Reporting of Total Compensation of Subrecipient Executives.

    1.  Applicability and what to report. Unless you are exempt as provided in paragraph d. of this award term, for each first-tier subrecipient under this award, you shall report the names and total compensation of each of the subrecipient's five most highly compensated executives for the subrecipient's preceding completed fiscal year, if—

      i. in the subrecipient's preceding fiscal year, the subrecipient received—

          A.  80 percent or more of its annual gross revenues from Federal procurement contracts (and subcontracts) and Federal financial assistance subject to the Transparency Act, as defined at 2 CFR 170.320 (and subawards); and

          B.  $25,000,000 or more in annual gross revenues from Federal procurement contracts (and subcontracts), and Federal financial assistance subject to the Transparency Act (and subawards); and

      ii. The public does not have access to information about the compensation of the executives through periodic reports filed under section 13(a) or 15(d) of the Securities Exchange Act of 1934 (15 U.S.C. 78m(a), 78o(d)) or section 6104 of the Internal Revenue Code of 1986. (To determine if the public has access to the compensation information, see the U.S. Security and Exchange Commission total compensation filings at *http://www.sec.gov/answers/execomp.htm.*)

    2.  Where and when to report. You must report subrecipient executive total compensation described in paragraph c.1. of this award term:

        i. To the recipient.

        ii. By the end of the month following the month during which you make the subaward. For example, if a subaward is obligated on any date during the month of October of a given year (*i.e.,* between October 1 and 31), you must report any required compensation information of the subrecipient by November 30 of that year.

d.  Exemptions

If, in the previous tax year, you had gross income, from all sources, under $300,000, you are exempt from the requirements to report:

    1.  Subawards, and

**J.A. 1473**

    2.  The total compensation of the five most highly compensated executives of any subrecipient.

e.  Definitions. For purposes of this award term:

    1.  Entity means all of the following, as defined in 2 CFR part 25:

        i. A Governmental organization, which is a State, local government, or Indian tribe;

        ii. A foreign public entity;

        iii.  A domestic or foreign nonprofit organization;

        iv. A domestic or foreign for-profit organization;

        v. A Federal agency, but only as a subrecipient under an award or subaward to a non- Federal entity.

    2.  Executive means officers, managing partners, or any other employees in management positions.

    3.  Subaward:

        i. This term means a legal instrument to provide support for the performance of any portion of the substantive project or program for which you received this award and that you as the recipient award to an eligible subrecipient.

        ii. The term does not include your procurement of property and services needed to carry out the project or program (for further explanation, see Sec.210 of the attachment to OMB Circular A-133, "Audits of States, Local Governments, and Non-Profit Organizations").

        iii.  A subaward may be provided through any legal agreement, including an agreement that you or a subrecipient considers a contract.

    4.  Subrecipient means an entity that:

        i. Receives a subaward from you (the recipient) under this award; and

        ii. Is accountable to you for the use of the Federal funds provided by the subaward.

    5.  Total compensation means the cash and noncash dollar value earned by the executive during the recipient's or subrecipient's preceding fiscal year and includes the following (for more information see 17 CFR 229.402(c)(2)):

        i. Salary and bonus.

        ii. Awards of stock, stock options, and stock appreciation rights. Use the dollar amount recognized for financial statement reporting purposes with respect to the fiscal year in accordance with the Statement of Financial Accounting Standards No. 123 (Revised 2004) (FAS 123R), Shared Based Payments.

        iii. Earnings for services under non-equity incentive plans. This does not include group life, health, hospitalization or medical

**J.A. 1474**

      reimbursement plans that do not discriminate in favor of executives, and are available generally to all salaried employees.

    iv. Change in pension value. This is the change in present value of defined benefit and actuarial pension plans.

    v. Above-market earnings on deferred compensation which is not tax-qualified.

    vi. Other compensation, if the aggregate value of all such other compensation (e.g. severance, termination payments, value of life insurance paid on behalf of the employee, perquisites or property) for the executive exceeds $10,000.

## VIII.    AUDIT REQUIREMENTS

The recipient is responsible for complying with audit requirements in accordance with 2 CFR 200, Subpart F. A recipient entity that expends $750,000 or more during the recipient's fiscal year in Federal awards must have a single or program-specific audit conducted for that year. A single audit is required to be uploaded by the recipient to the Federal Audit Clearinghouse within 30 calendar days after receipt of the auditor's report, or nine (9) months after the end of the audit period, whichever comes first.

## IX.    SPECIAL PROVISIONS

a. The recipient assures and certifies that it will comply with the minimum-wage and maximum-hour provisions of the Federal Fair Labor Standards Act.

b. Employees of FPAC agencies will participate in efforts under this agreement solely as representatives of the United States. They may not participate as directors, officers, employees, or otherwise serve or hold themselves out as representatives of the recipient. They also may not assist the recipient with efforts to lobby Congress or to raise money through fundraising efforts. Further, FPAC employees must report to their immediate supervisor any negotiations with the recipient concerning future employment and must refrain from participation in projects or agreements with such recipients.

c. Except for agreements entered under the Agriculture Conservation Experienced Services (ACES) program authorized by the Food, Conservation, and Energy Act of 2008, employees of the recipient will not be considered Federal employees or agents of the United States for any purposes under this agreement. An individual providing services under the ACES program is deemed to be an employee of the United States Government solely for purposes of chapter 171 of title 28, United States Code, provided the individual is acting within the scope of the agreement.

d. Except in very limited circumstances (e.g., construction agreements), no agreement period of performance can exceed a total of five years, including extensions.

e. Recipients who engage or assist in scientific related activities on behalf of USDA must uphold the principles of scientific integrity established by Departmental Regulations 1074-001, Scientific Integrity. Covered activities

include engaging in, supervising, managing, and reporting scientific work; analyzing and publicly communicating information resulting from scientific work; and utilizing information derived from scientific work in policy and decision making.

f.  Recipients of awards under covered programs (as defined in Executive Order 13858, January 31, 2019) are encouraged to use, to the greatest extent practicable, iron and aluminum as well as steel, cement, and other manufactured products produced in the United States in every contract, subcontract, purchase order, or subaward that is chargeable under the award. "Covered program" means a program that provides financial assistance for the alteration, construction, conversion, demolition, extension, improvement, maintenance, construction, rehabilitation, or repair of an infrastructure project in the United States. However, it does not include programs for which a domestic preference is inconsistent with law or programs providing financial assistance that are subject to comparable domestic preferences.

g.  The recipient and its employees are prohibited from promoting, recommending, or discussing the availability of specific commercial products or services with FPAC agency clients in the course of carrying out activities under this agreement, including any products or services offered by the recipient, except as may be specifically allowed in the agreement.

X.  **PATENTS, INVENTIONS, COPYRIGHTS, AND ACKNOWLEDGMENT OF SUPPORT AND DISCLAIMER**

a.  The following acknowledgment of USDA support must appear in the publication of any material, whether copyrighted or not, and any products in electronic formats (web sites, computer programs, etc.) that is substantially based upon or developed under this award:

"This material is based upon work supported by the U.S. Department of Agriculture, under agreement number [recipient should enter the applicable award number here]."

In addition, all publications and other materials, except scientific articles or papers published in scientific journals, must include the following statement:

"Any opinions, findings, conclusions, or recommendations expressed in this publication are those of the author(s) and do not necessarily reflect the views of the U.S. Department of Agriculture. In addition, any reference to specific brands or types of products or services does not constitute or imply an endorsement by the U.S. Department of Agriculture for those products or services."

b.  All publications printed with Federal Government funds will include the most current USDA nondiscrimination statement, available from the Public Affairs Division, Civil Rights Division, or on the USDA home page. If the material is too small to include the full nondiscrimination statement, the material must, at a

J.A. 1476

minimum, include the following statement:

"USDA is an equal opportunity provider, employer, and lender."

The recipient is responsible for ensuring that an acknowledgment of USDA is made during news media interviews, including popular media such as radio, television, and news magazines, that discuss work funded by this award in a substantial way.

c. Allocation of rights of patents, inventions, and copyrights must be in accordance with 2 CFR Part 200.315. This regulation provides that small businesses normally may retain the principal worldwide patent rights to any invention developed with USDA support.

d. In accordance with 37 CFR Section 401.14, each subject invention must be disclosed to the Federal agency within 2 months after the inventor discloses it in writing to recipient personnel responsible for patent matters. Invention disclosure statements pursuant to 37 CFR Section 401.14(c) must be made in writing to FPAC.BC.GAD@usda.gov.

e. USDA receives a royalty-free license for Federal Government use, reserves the right to require the patentee to license others in certain circumstances, and requires that anyone exclusively licensed to sell the invention in the United States must manufacture it domestically.

## XI.    COST SHARING REQUIREMENTS

a. If the award has specific cost-sharing requirements, cost-sharing participation in other projects must not be counted toward meeting the specific cost-share requirement of this award. Cost sharing must come from non-Federal sources unless otherwise stated in the applicable program authorizing statute.

b. Cost sharing costs must be necessary and reasonable for accomplishment of project or program objectives.

c. Cost sharing must be documented on each SF 425 and payment requests as it is provided by the recipient or third party. The required cost-share or matching ratio must be met by the end of the agreement period of performance; however, it does not have to be maintained for every payment request.

d. Should the recipient become aware that it may be unable to provide the cost-sharing amount identified in this award, it must—

1. Immediately notify the FPAC Business Center Grants and Agreements Division via e-mail to FPAC.BC.GAD@usda.gov, and
2. Either specify the steps it plans to take to secure replacement cost sharing or specify the plans to phase out the project in the absence of cost sharing.

Failure by the recipient to notify FPAC in accordance with this section or failure to submit an acceptable remediation plan may result in the disallowance of some or all the costs charged to the award, the subsequent recovery by FPAC of some of the FPAC funds provided under the award, and/or termination of the award. It may constitute a violation of the terms and conditions of the award so serious as to provide grounds for subsequent suspension or

J.A. 1477

debarment.  FPAC reviews and approves or disapproves cost-sharing remediation plans on a case-by-case basis.

    e.  The recipient must maintain records of all project costs that are claimed  a s cost sharing as well as records of costs to be paid by FPAC. If the recipient's cost sharing includes in-kind contributions, the basis for determining the valuation for volunteer services and donated property must be documented.

    f.  Recipients must also request prior approval before changing the source or type of cost sharing.  See Section III(e)(4).

## XII.   PROGRAM INCOME

    a.  Program income does not include Federal funds received under an award. Program income means gross income earned by the non-Federal entity that is directly generated by a supported activity or earned as a result of the Federal award during the period of performance except as provided in §200.307(f). Examples include fees charged for conferences or workshops, fees for services performed, the use or rental or real or personal property acquired under Federal awards, the sale of commodities or items fabricated under a Federal award, license fees and royalties on patents and copyrights, and principal and interest on loans made with Federal award funds. Interest earned on advances of Federal funds is not program income. Except as otherwise provided in Federal statutes, regulations, or the terms and conditions of the Federal award, program income does not include rebates, credits, discounts, and interest earned on any of them.

    b.  FPAC recommends treating program income with the additive method, however recipients may request to use the deductive method.

    c.  If program income is earned and not already identified and addressed in the award, the recipient must provide notification to the FPAC BC GAD via e-mail to FPAC.BC.GAD@usda.gov and indicate the preferred treatment method (additive or deductive).

    d.  Program income may be used to meet recipient cost-sharing requirements with the approval of the Government.

    e.  Recipients must report all program income on the applicable SF 270 and SF 425 as it is earned.

## XIII.   PROCUREMENT STANDARDS

The recipient must have and use documented procurement procedures, consistent with State, local, and tribal laws and regulations, for the acquisition of property or services (including construction) required under a Federal award or subaward. Those procedures must comply with the procurement standards set out in 2 CFR 200.317-327, including the requirements regarding conflicts of interest, competition, and methods of procurement. Particularly, take note that sole-source contracting is unallowable in almost all instances.  Procurements must be well-documented, and those records are subject to inspection and audit.

J.A. 1478

### XIV.    BUILD AMERICA, BUY AMERICA FOR CONSTRUCTION

"Buy America" preference applies to Federal financial assistance awards that include construction components, even if it is funded by both Federal and non-Federal funds under the award. Subawards should conform to the terms and conditions of the Federal award from which they flow. A Buy America preference only applies to articles, materials, and supplies that are consumed in, incorporated into, or affixed to a construction project.

In accordance with 2 CFR § 200.327, contracts must contain the applicable provisions described in Appendix II to Part 200. Solicitations for Bid and Pre-bid Conference must point out the requirement for the Buy America terms in the awarded contracts. Responsive bids must include any requests for waivers to the Buy America requirements.

Recipients must ensure that none of the funds provided under this award are used for project construction unless: (1) all iron and steel used in the project are produced in the United States-- this means all manufacturing processes, from the initial melting stage through the application of coatings, occurred in the United States; (2) all manufactured products used in the project are produced in the United States—this means the manufactured product was manufactured in the United States; and the cost of the components of the manufactured product that are mined, produced, or manufactured in the United States is greater than 55 percent of the total cost of all components of the manufactured product, unless another standard for determining the minimum amount of domestic content of the manufactured product has been established under applicable law or regulation; and (3) all construction materials are manufactured in the United States—this means that all manufacturing processes for the construction material occurred in the United States. (Excludes cement and cementitious materials, aggregates such as stone, sand, or gravel, or aggregate binding agents or additives.) The Buy America preference only applies to articles, materials, and supplies that are consumed in, incorporated into, or affixed to a construction project. As such, it does not apply to tools, equipment, and supplies, such as temporary scaffolding, brought to the construction site and removed at or before the completion of the project. Nor does a Buy America preference apply to equipment and furnishings, such as movable chairs, desks, and portable computer equipment, that are used at or within the finished project but are not an integral part of the structure or permanently affixed to it.

### XV.    NONEXPENDABLE EQUIPMENT

a. Recipients purchasing equipment or products with funds provided under this award are encouraged to purchase only American-made equipment and products. A state must use, manage and dispose of equipment acquired under a Federal award by the state in accordance with state laws and procedures. All other recipients must follow these procedures.

b. Title to equipment acquired under a Federal award will vest conditionally in the recipient upon acquisition. The recipient must not encumber the property without approval of the Government.

c. The recipient must use equipment for the authorized purposes of the project as long as needed whether or not the project or program continues to be supported by the federal award. When no longer needed for the original program or project, the equipment may be used for other activities supported by the Federal awarding agency, in the following order of priority:

**J.A. 1479**

1. Activities under a Federal award from the Federal awarding agency which funded the original program or project, then

2. Activities under Federal awards from other Federal awarding agencies.

d. The recipient must maintain property records that include a description of the property, a serial number or other identification number, the source of funding for the property (including the FAIN), who holds title, the acquisition date, and cost of the property, percentage of Federal participation in the project costs for the Federal award under which the property was acquired, the location, use and condition of the property, and any ultimate disposition data including the date of disposal and sale price of the property.

e. The recipient must take a physical inventory of the property and reconcile the results with the property records at least once every two years until final disposition.

f. When equipment is no longer needed for any of the purposes set out in this provision and the per-unit fair market value is less than $5,000, the recipient may retain, sell, or dispose of the equipment with no further obligation to FPAC. However, if the per-unit fair market value is $5,000 or more, the recipient must submit a written request for disposition instructions to FPAC.BC.GAD@usda.gov.

## XVI.    LIMIT OF FEDERAL LIABILITY

a. The maximum financial obligation of FPAC to the recipient is the amount of funds indicated in the award as obligated by FPAC. However, if an erroneous amount is stated on the approved budget, or any supporting document relating to the award, FPAC will have the unilateral right to make the correction and to make an appropriate adjustment in the FPAC share of the award to align with the Federal amount authorized.

b. For awards where it is anticipated that the period of performance will include multiple budget periods, all subsequent budget periods are subject to the availability of funds, program authority, satisfactory performance, and compliance with the terms and conditions of the Federal award.

## XVII.    AMENDMENTS

The parties may modify this agreement via formal amendment executed by the authorized signatories of each.  The FPAC Business Center's Grants and Agreements Division has developed streamlined procedures for certain agreement changes, including no-cost extensions and some changes to agency and recipients contacts that do not require formal amendments. Contact the administrative contact for this award for instructions.

**J.A. 1480**

XVIII.  **PRIVACY ACT AND PROHIBITION AGAINST CERTAININTERNAL CONFIDENTIALITY AGREEMENTS**

a.  Activities performed under this award may involve access to confidential and potentially sensitive information about governmental and landowner issues. The term "confidential information" means proprietary information or data of a personal nature about an individual, or information or data submitted by or pertaining to an organization. This information must not be disclosed without the prior written consent of FPAC.

b.  The recipient's personnel will follow the rules and procedures of disclosure set forth in the Privacy Act of 1974, 5 U.S.C. Section 552a, and implementing regulations and policies with respect to systems of records determined to be subject to the Privacy Act. The recipient's personnel must also comply with privacy of personal information relating to natural resources conservation programs in accordance with section 1244 of Title II of the Farm Security and Rural Investment Act of 2002 (Public Law 107-171).

c.  The recipient agrees to comply with the **"Prohibition Against Certain Internal Confidentiality Agreements:"**

1.  You may not require your employees, contractors, or subrecipients seeking to report fraud, waste, or abuse to sign or comply with internal confidentiality agreements or statements prohibiting or otherwise restricting them from lawfully reporting that waste, fraud, or abuse to a designated investigative or law enforcement representative of a Federal department or agency authorized to receive such information.

2.  You must notify your employees, contractors, or subrecipients that the prohibitions and restrictions of any internal confidentiality agreements inconsistent with paragraph (1) of this award provision are no longer in effect.

3.  The prohibition in paragraph (1) of this award provision does not contravene requirements applicable to any other form issued by a Federal department or agency governing the nondisclosure of classifiedinformation.

4.  If FPAC determines that you are not in compliance with this award provision, FPAC:

    i.  Will prohibit your use of funds under this award, in accordance with sections 743 and 744 of Division E of the Consolidated Appropriations Act, 2016, (Pub. L. 114-113) or any successor provision of law;

    ii. May pursue other remedies available for your material failure to comply with award terms and conditions.

XIX.  **ACKNOWLEDGMENT OF SECTION 1619 COMPLIANCE**

The recipient agrees to comply with FPAC guidelines and requirements regarding the disclosure of information protected under Section 1619 of the Food, Conservation, and

J.A. 1481

Energy Act of 2008 (PL 110- 246), 7 U.S.C. 8791 as described below. Responsibilities.

a. Acceptance of this award indicates acknowledgment and understanding that the recipient is legally bound by Federal statute to comply with the provisions of Section 1619 and that the recipient will not subsequently disclose information protected by section 1619 to any individual or organization that is not directly covered by this award. Any such subsequent disclosure of the protected information (except as permitted under Section 1619) will be considered a violation of Section 1619. The recipient will be held responsible should disclosure of the protected information occur.

b. Acceptance of this award legally binds every owner, manager, supervisor, employee, contractor, agent, and representative of the recipient to comply with the provisions in Section 1619. The recipient must consult with FPAC prior to providing protected information to an entity or individual outside of the recipient and as necessary to implement the program to ensure that such release is permissible.

c. The recipient will use the protected information only to perform work that is directly connected to this award. Use of the protected information to perform work that is not directly connected to this award is expressly prohibited.

d. The recipient must internally restrict access to the protected information to only those individuals who have a demonstrated need to know the protected information to perform work under this award.

e. The provisions in Section 1619 are continuing obligations. Even when the recipient is no longer a recipient, or when individuals currently affiliated with the recipient become no longer so affiliated, every person having been provided access to the protected information will continue to be legally bound to comply with these provisions.

f. The recipient must notify all managers, supervisors, employees, contractors, agents, and representatives about this provision and the requirements of Section 1619. Notifications about the existence of this provision must be made to those individuals who are new to the organization and periodic notifications must be sent throughout the organization (as well as to all contractors and agents) to remind all about the ongoing and continuing requirements.

g. When the recipient is unsure whether particular information is covered or protected by Section 1619, the recipient must consult with FPAC to determine whether the information must be withheld.

h. Use of the protected information for any purpose is expressly prohibited after the period of performance end date of this award. Upon the award end date, any protected information provided under this award must be immediately destroyed or returned to FPAC. The recipient must provide to FPAC written certification that the protected information (paper copy, electronic copy, or both) has been properly destroyed, removed from any electronic storage media, or both.

i. Any State's "sunshine law," "open records act" or other version of the Freedom of Information Act is superseded by section 1619 under the

**J.A. 1482**

Supremacy Clause of the U.S. Constitution. Accordingly, information protected from disclosure by section 1619 must not be released under such State laws.

j.   Protected Information.

Examples of the types of information prohibited by disclosure under Section 1619 include, but are **not limited to**, the following:

    i.   State identification and county number (where reported and where located).
    ii.  Producer or landowner name, business full address, phone number, Social Security Number, and similar personal identifying information.
    iii. Farm, tract, field, and contract numbers.
    iv.  Production shares and share of acres for each Farm Serial Number (FSN) field.
    v.   Acreage information, including crop codes.
    vi.  All attributes for Common Land Units (CLUs) in USDA's Geospatial Information System
    vii. Any photographic, map, or geospatial data that, when combined with other maps, can be used to identify a landowner.
    viii. Location of conservation practices.

k.   Section 1619 allows disclosure of "payment information (including payment information and the names and addresses of recipients of payments) under any Department program *that is otherwise authorized by law"* (emphasis added). The names and payment information of producers generally may be provided to the public; however, the recipient shall consult with FPAC if there is any uncertainty as to the provision of such information.

l.   Section 1619 also allows disclosure of otherwise protected information if "the information has been transformed into a statistical or aggregate form without naming any—(i) individual owner, operator, or producer; or (ii) specific data gathering cite." The recipient must consult with FPAC as to whether specific information falls within this exception prior to relying on this exception.

m.   Violations. The recipient will be held responsible for violations of this provision and Section 1619. A violation of this provision by the recipient may result in action by FPAC, including termination of the underlying Federal award.

n.   Effective Period. The requirements of this provision is effective on the date of the final signature and will continue until FPAC notifies the recipient that it is no longer required based on changes in applicable Federal law.

## XX.   PROHIBITION ON CERTAIN TELECOMMUNICATIONS AND VIDEO SURVEILLANCE SERVICES OR EQUIPMENT

The recipient (including subrecipients) is responsible for compliance with the prohibition on certain telecommunications and video surveillance services or equipment identified in 2 CFR 200.216. See Public Law 115-232, Section 889 for additional information. In accordance with 2 CFR 200.216, the recipient (including subrecipients) is prohibited from obligating or expending loan or grant funds for covered telecommunications equipment or services to:

J.A. 1483

o.  procure or obtain, extend or renew a contract to procure or obtain;

p.  enter into a contract (or extend or renew a contract) to procure; or

q.  obtain the equipment, services or systems.

## XXI.    NATIONAL POLICY REQUIREMENTS

The recipient must comply with all relevant public policy requirements, including those in general appropriations provisions, which can be accessed at this link: https://www.ocfo.usda.gov/docs/Regulatory_Statutory_and_National_Policy_Requirements_v2_2018_04_17.pdf

## XXII.    TERMINATION

In accordance with 2 CFR 200.340, the recipient understands this agreement may be terminated in whole or in part as follows:

a.  By the Federal awarding agency or pass-through entity, if a recipient fails to comply with the terms and conditions of a Federal award;

b.  By the Federal awarding agency or pass-through entity, to the greatest extent authorized by law, if an award no longer effectuates the program goals or agency priorities;

c.  By the Federal awarding agency or pass-through entity with the consent of the recipient, in which case the two parties must agree upon the termination conditions, including the effective date and, in the case of partial termination, the portion to be terminated; or

d.  By the recipient upon sending to the Federal awarding agency or pass-through entity written notification setting forth the reasons for such termination, the effective date, and, in the case of partial termination, the portion to be terminated. However, if the Federal awarding agency or pass-through entity determines in the case of partial termination that the reduced or modified portion of the Federal award or subaward will not accomplish the purposes for which the Federal award was made, the Federal awarding agency or pass-through entity may terminate the Federal award in its entirety.

e.  If the Federal award is terminated for the recipient's material failure to comply with the U.S. Constitution, Federal statutes, regulations, or terms and conditions of the Federal award, the termination decision will be reported to the OMB-designated integrity and performance system accessible through SAM (currently FAPIIS) in accordance with 2 CFR200.341.

## XXIII.    REPORTING OF MATTERS RELATED TO RECIPIENT INTEGRITY AND PERFORMANCE

If the total value of the recipient's currently active grants, cooperative agreements, and procurement contracts from all Federal awarding agencies exceeds $10,000,000 for any

**J.A. 1484**

period of time during the period of performance of this Federal award, then the recipient during that period of time must maintain the currency of information reported to the System for Award Management (SAM) that is made available in the designated integrity and performance system (currently the Federal Awardee Performance and Integrity Information System (FAPIIS)) about civil, criminal, or administrative proceedings described in paragraph 2 of this award term and condition. This is a statutory requirement under section 872 of Public Law 110-417, as amended (41 U.S.C. 2313). As required by section 3010 of Public Law 111-212, all information posted in the designated integrity and performance system on or after April 15, 2011, except past performance reviews required for Federal procurement contracts, will be publicly available.

a.   Proceedings About Which You Must Report

Submit the information required about each proceeding that:

1.   Is in connection with the award or performance of a grant, cooperative agreement, or procurement contract from the Federal Government;

2.   Reached its final disposition during the most recent five-year period; and

3.   Is one of the following:

    i.   A criminal proceeding that resulted in a conviction, as defined in paragraph 5 of this award term and condition;

    ii.   A civil proceeding that resulted in a finding of fault and liability and payment of a monetary fine, penalty, reimbursement, restitution, or damages of $5,000 or more;

    iii.   An administrative proceeding, as defined in paragraph 5. of this award term and condition, that resulted in a finding of fault and liability and your payment of either a monetary fine or penalty of $5,000 or more or reimbursement, restitution, or damages in excess of $100,000; or

    iv.   Any other criminal, civil, or administrative proceeding if:

        A.   It could have led to an outcome described in paragraph 2.c.(1), (2), or (3) of this award term and condition;

        B.   It had a different disposition arrived at by consent or compromise with an acknowledgment of fault on your part; and

        C.   The requirement in this award term and condition to disclose information about the proceeding does not conflict with applicable laws and regulations.

b.   Reporting Procedures

Enter in the SAM Entity Management area the information that SAM requires about each proceeding described in paragraph 2 of this award term and condition. You do not need to submit the information a second time under assistance awards that you received if you already provided the information through SAM because you were required to do so under Federal procurement contracts that you were awarded.

c.   Reporting Frequency

During any period of time when you are subject to the requirement in paragraph 1 of this award term and condition, you must report proceedings information through SAM for the most recent five year period, either to report new information about any proceeding(s) that you have not reported previously or affirm that there is no new information to report.

Recipients that have Federal contract, grant, and cooperative agreement awards with a cumulative total value greater than $10,000,000 must disclose semiannually any information about the criminal, civil, and administrative proceedings.

d.   Definitions

For purposes of this award term and condition:

1.   Administrative proceeding means a non-judicial process that is adjudicatory in nature in order to make a determination of fault or liability (*e.g.,* Securities and Exchange Commission Administrative proceedings, Civilian Board of Contract Appeals proceedings, and Armed Services Board of Contract Appeals proceedings). This includes proceedings at the Federal and State level but only in connection with performance of a Federal contract or grant. It does not include audits, site visits, corrective plans, or inspection of deliverables.

2.   Conviction, for purposes of this award term and condition, means a judgment or conviction of a criminal offense by any court of competent jurisdiction, whether entered upon a verdict or a plea, and includes a conviction entered upon a plea of nolo contendere.

3.   Total value of currently active grants, cooperative agreements, and procurement contracts includes—

    i.   Only the Federal share of the funding under any Federal award with a recipient cost share or match; and

    ii.   The value of all expected funding increments under a Federal award and options, even if not yet exercised.

## XXIV.   AWARD CLOSEOUT

a.   Award closeout is the process by which FPAC determines that all required project activities have been performed satisfactorily and all necessary administrative actions have been completed.

b.   The recipient must submit, no later than 120 calendar days after the end date of the period of performance, all financial, performance, and other reports as required by the terms and conditions of the agreement, including documentation showing that match or cost-share requirements have been met. The awarding agency may approve extensions when requested by the recipient.

c.   Unless the awarding agency authorizes an extension, the recipient must liquidate all obligations incurred under the agreement not later than 120 calendar days after the end date of the period of performance.

d.   Recipients must submit all requests for reimbursements no later than 120 calendar days after the end date of the period of performance.

e.   The recipient must promptly refund any balances of unobligated cash that the awarding agency paid in advance or paid and that are not authorized to be retained by the recipient for use in other projects. See OMB Circular A-129 and see §200.345 Collection of amounts due, for requirements regarding unreturned amounts that become delinquent debts.

**J.A. 1486**

f.  Recipients must retain all records pertaining to the agreement in accordance with 2 CFR 200.333-337 and any additional requirements included in the agreement statement of work.

g.  Recipients must follow disposition requirements for property acquired with award funds in accordance with 2 CFR 200.310-316 and the terms of this agreement.

h.  If the recipient does not submit all reports in accordance with this section and the terms and conditions of the Federal award within one year of the period of performance end date, the Federal awarding agency must proceed to close out with the information available, including de-obligation of remaining funds.  In addition, in accordance with 2 CFR 200.344, the Federal awarding agency must report the non-Federal entity's material failure to comply with the terms and conditions of the award with the OMB-designated integrity and performance system (currently FAPIIS).

## XXV.   NON-DISCRIMINATION IN USDA PROGRAMS

The recipient agrees that, in accordance with Federal civil rights law and U.S. Department of Agriculture (USDA) civil rights regulations and policies, the USDA, its Agencies, offices, and employees, and institutions participating in or administering USDA programs are prohibited from discriminating based on race, color, national origin, religion, sex, gender identity (including gender expression), sexual orientation, disability, age, marital status, family/parental status, income derived from a public assistance program, political beliefs, or reprisal or retaliation for prior civil rights activity, in any program or activity conducted or funded by USDA (not all bases apply to all programs). Remedies and complaint filing deadlines vary by program or incident.

## XXVI.   CARE AND USE OF ANIMALS

For any award that involves the care and use of vertebrate animals, the recipient is responsible for complying with the Animal Welfare Act (7 USC, 2131-2156), Public Law 89-544, 1996, as amended, and the regulations promulgated thereunder by the Secretary of Agriculture in 9 CFR Parts, 1, 2, 3, and 4. In the case of domesticated farm animals housed under farm conditions, the recipient must adhere to the principles stated in the Guide for the Care and Use of Agricultural Animals in Research and Teaching, published by the American Dairy Science Association®, the American Society of Animal Science, and the Poultry Science Association, 2020. The recipient must have an approved Animal Welfare Assurance Statement on file with the Public Health Service Office for Laboratory Animal Welfare (OLAW) that describes the institution's animal care and use policies, the line of authority for animal care at the institution, veterinary care program, personnel and facilities. If no assurance statement is on file, the organization must contact NRCS to discuss alternatives.

## XXVII.  USE AND ACCEPTANCE OF ELECTRONIC SIGNATURES

Use of electronic signatures is encouraged to increase efficiency when creating and maintaining electronic records. "Electronic signature" means symbols or other data in digital form attached to an electronically submitted document as verification of the sender's intent to sign the document or a method of signing an electronic message that identifies and authenticates a particular person as the source of the electronic message and indicates such person's approval

**J.A. 1487**

of the information contained in the message along with a date stamp (44 U.S.C. 3504, Sec. 1710). FPAC agencies will accept such signatures on application materials, payment requests, reports, and any other document that requires a signature certification.  Scanned or photographed images of manual signatures are also acceptable, though photographs are least preferred due to the large amount of digital storage required to maintain them. Names merely typed in script fonts or other unverified electronic signatures cannot be accepted. Application documents submitted through Grants.gov are deemed "signed" if they bear the Grants.gov date stamp footer.

J.A. 1488

## Audit of 'FSA23CPT0012856_REC.pdf'



| | |
|---|---|
| Created | May 25, 2023 @ 9:43 AM EDT |
| Updated | May 25, 2023 @ 9:43 AM EDT |
| Permissions | Christina Kostelecky — Owner |
| | This document is private and owned by Christina Kostelecky. |
| Sign Request | No sign request data available |
| Unique Url | https://dochub.com/christinakostelecky/gzdnE7NwJx2xx68KQyW3BJ/fsa23cpt00128 |
| Page Count | 45 |

## Event History

May 25, 2023

| 9:43 AM | ✚ Document created | christina@pasafarming.org created the document |
|---|---|---|
| 9:43 AM | ✐ Modified | christina@pasafarming.org modified the document |
| | | IP 174.60.255.186, Chrome 113, Mac 10.15.7 |

# PASA DECLARATION

# EXHIBIT 12-D

NRCS-ADS-093

**USDA**

U.S. Department of Agriculture
Natural Resources Conservation Service

**NOTICE OF GRANT AND AGREEMENT AWARD**

| 1. Award Identifying Number NR242D37XXXXG002 | 2. Amendment Number | 3. Award /Project Period Date of Final Signature - 09/30/2027 | 4. Type of award instrument: Grant Agreement |
|---|---|---|---|
| 5. Agency (Name and Address) Natural Resources Conservation Service 359 East Park Drive, Suite 2 Harrisburg, PA 17111-2747 | | 6. Recipient Organization (Name and Address) PENNSYLVANIA ASSOCIATION FOR SUSTAI NABLE AGRICULTURE 1631 N FRONT ST HARRISBURG PA 17102-2435 UEI Number / DUNS Number: V1BXZMX9JD25 / 956743405 EIN: | |
| 7. NRCS Program Contact Name: Ashley Lenig Phone: Email: ashley.lenig@usda.gov | 8. NRCS Administrative Contact Name: JESSICA BENAVIDES-PAREDES Phone: (361) 667-5008 Email: jessica.benavides-paredes@usda.gov | 9. Recipient Program Contact Name: Dylan Heagy Phone: (814) 349-9856 Email: Grantsteam@pasafarming.org | 10. Recipient Administrative Contact Name: Tabitha Barbarito Phone: 240-522-6991 Email: grantsteam@pasafarming.org |
| 11. CFDA 10.912 | 12. Authority 16 U.S.C. 3839aa et seq. | 13. Type of Action New Agreement | 14. Program Director Name: Dan Dalton Phone: 814-349-9856 Email: Grantsteam@pasafarming.org |

| 15. Project Title/ Description:  In Pennsylvania to help improve grazing success and associated economic, environmental, and social co-benefits, including animal health, soil health, carbon sequestration, cost savings, water quality |
|---|

| 16. Entity Type:  M = Nonprofit with 501C3 IRS Status (Other than Institution of Higher Education) |
|---|

| 17. Select Funding Type |
|---|

| Select funding type: | ☒ Federal | ☒ Non-Federal |
|---|---|---|
| Original funds total | $74,993.00 | $75,142.00 |
| Additional funds total | $0.00 | $0.00 |
| Grand total | $74,993.00 | $75,142.00 |

| 18.  Approved Budget |
|---|

| Personnel | $0.00 | Fringe Benefits | $0.00 |
| Travel | $0.00 | Equipment | $0.00 |
| Supplies | $0.00 | Contractual | $0.00 |
| Construction | $0.00 | Other | $74,993.00 |
| Total Direct Cost | $74,993.00 | Total Indirect Cost | $0.00 |
| | | Total Non-Federal Funds | $75,142.00 |
| | | Total Federal Funds Awarded | $74,993.00 |
| | | Total Approved Budget | $150,135.00 |

This agreement is subject to applicable USDA NRCS statutory provisions and Financial Assistance Regulations. In accepting this award or amendment and any payments made pursuant thereto, the undersigned represents that he or she is duly authorized to act on behalf of the awardee organization, agrees that the award is subject to the applicable provisions of this agreement (and all attachments), and agrees that acceptance of any payments constitutes an agreement by the payee that the amounts, if any, found by NRCS to have been overpaid, will be refunded or credited in full to NRCS.

| Name and Title of Authorized Government Representative<br><br>Denise Coleman<br>State Conservationist | Signature<br><br>DENISE COLEMAN  Digitally signed by DENISE COLEMAN<br>Date: 2024.09.25 08:21:14 -04'00' | Date |
| Name and Title of Authorized Recipient Representative<br><br>Hannah Smith-Brubaker<br>Executive Director | Signature | 9/24/24<br>Date |

## NONDISCRIMINATION STATEMENT

The U.S. Department of Agriculture (USDA) prohibits discrimination in all its programs and activities on the basis of race, color, national origin, age, disability, and where applicable, sex, marital status, familial status, parental status, religion, sexual orientation, genetic information, political beliefs, reprisal, or because all or a part of an individual's income is derived from any public assistance program. (Not all prohibited bases apply to all programs.) Persons with disabilities who require alternative means for communication of program information (Braille, large print, audiotape, etc.) should contact USDA's TARGET Center at (202) 720-2600 (voice and TDD). To file a complaint of discrimination write to USDA, Director, Office of Civil Rights, 1400 Independence Avenue, SW., Washington, DC 20250-9410 or call (800) 795-3272 (voice) or (202) 720-6382 (TDD). USDA is an equal opportunity provider and employer.

## PRIVACY ACT STATEMENT

The above statements are made in accordance with the Privacy Act of 1974 (5 U.S.C. Section 522a).

**J.A. 1492**

## Statement of Work

### Purpose

The purpose of this agreement, between the U.S. Department of Agriculture, Natural Resources Conservation Service (NRCS) and Pennsylvania Association of Sustainable Agriculture (Recipient), is to evaluate, refine, and demonstrate the practice of silvopasture in Pennsylvania to help improve grazing success and associated economic, environmental, and social co-benefits, including animal health, soil health, carbon sequestration, cost savings, water quality benefits, and more.  If successful, we believe the data and demonstrations from this project will give the Pennsylvania state NRCS office the confidence needed to reinstate silvopasture as a fundable practice in the Commonwealth and help lead others, including multiple state-level funding sources, in developing the best silvopasture guidance and practices.  Ultimately, the development and promotion of a well-designed and well-functioning silvopasture conservation practice will promote animal health and help address the climate crisis.

### Objectives

Objective 1: Conduct evaluations and collect data.
Evaluate silvopasture's impacts, including successes and shortcomings, through farmer surveys and interviews on 15-20 farms in Pennsylvania, including existing installations include a broad range of acreages, species, regions, protection methods, and livestock types. This objective includes the development of a farmer survey instrument. Surveys will be developed in year 1 and completed by year 3. As of this proposal submission, 12
farms have already committed to participating. The survey will collect data on tree survival rates over time, tree protection methods, tree establishment costs, and pasture condition scores. In situations where a farm is a participant in our Soil Health Benchmark study, soil health data will also be collected.

Objective 2: Collect and review existing silvopasture findings by universities, state agencies, businesses, and nonprofit organizations in peer states and Pennsylvania. Collect all existing studies and literature about the impacts of silvopasture, including environmental impacts, animal welfare impacts, and financial impacts. Research the success or failure of Conservation Practice 381 in other states where silvopasture is currently funded to determine what practice elements and cost scenarios are working well, what are not, and why, to develop a set of recommendations for Pennsylvania's withdrawn silvopasture conservation practice. Monitor interest in and results of silvopasture in Pennsylvania's ACAP, REAP, CEG, and Sustainable Agriculture Programs. Research will be conducted in years 1 and 2 of the grant and included in a written report by the end of the grant in year 3.

Objective 3: Create a White Paper
Document the findings from Objectives 1 and 2 in a comprehensive white paper. This white paper will cover all findings, warnings, and recommendations to assist NRCS in updating and improving the silvopasture conservation practice standard in Pennsylvania.

Objective 4: Disseminate Findings
Disseminate the findings through events and our conference. This includes providing printed copies, in addition to a digital version that will be available on our website.

### Budget Narrative

The official budget described in this Budget Narrative will be considered the total budget as last approved by the Federal awarding agency for this award.

Amounts included in this budget narrative are estimates. Reimbursement or advance liquidations will be based on actual expenditures, not to exceed the amount obligated.

Recipient has elected to use the de minimis indirect cost rate (using less than 10% of TDC at 5.2% rate).

Recipient has elected to voluntarily waive a portion of indirect costs $7513.70 at 4.8%.

TOTAL BUDGET $ 150,135

TOTAL FEDERAL FUNDS $74,993
PERSONNEL $16,317
FRINGE BENEFITS $5,433

TRAVEL $0
EQUIPMENT $0
SUPPLIES $425
CONTRACTUAL $46,000
CONSTRUCTION (usually n/a) $
OTHER $
TOTAL DIRECT COSTS $68,175
INDIRECT COSTS $6,818

TOTAL NON-FEDERAL FUNDS $75,142
PERSONNEL $10,455
FRINGE BENEFITS $3,481
TRAVEL $1,206
EQUIPMENT $0
SUPPLIES $15,000
CONTRACTUAL $45,000
CONSTRUCTION (usually n/a) $
OTHER $
TOTAL DIRECT COSTS $75,142
INDIRECT COSTS $0


Pasa Budget Narrative and Table

A. Personnel (federal funds requested $16,317; matching funds $10,455)
We request salary funds for Pasa's Agroforestry Training Program Coordinator, Dylan Heagy, to support this project at 8% FTE. The Coordinator is responsible for conducting and managing the activities of the grant and reporting on them. Funds requested are calculated using a base salary of $55,000 with a 3% annual increase for cost of living adjustment: $4,400 in Year 1, $4,532 in Year 2, and $4,668 in Year 3, totaling $13,600 for the project period.

We request salary funds for Pasa's Communications Associate Director, Anya Hanna, to support this project at 1% FTE in Years 1 and 2, and 1.5% FTE in Year 3. The Associate Director is responsible for editing and publishing communications materials originating from the project. Funds requested are calculated using a base salary of $75,000 with a 3% annual increase for cost of living adjustment: $750 in Year 1, $773 in Year 2, and $1,194 in Year 3, totaling $2,717 for the project period.

Matching salary funds in Years 1 and 2 will be provided with funds Pasa has received from the RK Mellon Foundation. For the Coordinator position, this is calculated at 8% FTE: $4,400 in Year 1 and $4,532 in Year 2. For the Associate Director position, this is calculated at 1% FTE: $750 in Year 1 and $773 in Year 2. Matching salary funds total $10,455 for the project period.

B. Fringe Benefits (federal funds requested $5,433; matchings funds $3,481) Pasa fringe benefits are calculated at the rate of 33.3% per year and include health, vision, dental insurance; match retirement contributions, paid time off, etc. Fringe benefits for the Agroforestry Training Program Coordinator are requested at $1,465 in Year 1, $1,509 in Year 2, and $1,554 in Year 3, totaling $4,528 for the project period. Fringe benefits for the Associate Director are requested at $250 in Year 1, $257 in Year 2, and $398 in Year 3, totaling $905 for the project period. Fringe benefit funds requested total $5,433 for the project period.

Matching fringe benefit funds will be provided in Years 1 and 2 with funds Pasa has received from the RK Mellon Foundation. For the Coordinator position, this is $1,465 in Year 1 and $1,509 in Year 2; for the Associate Director position, this is $250 in Year 1 and $257 in Year 2. Matching funds for fringe benefits total $3,481.

C. Travel (federal funds requested $0; matchings funds $1,206)
Matching travel through non-federal funds will be provided in Years 1 and 2 with funds Pasa has received from the RK Mellon Foundation. This is calculated with the 2024 federal mileage rate of $0.67/mile, an average round trip of 300 miles, and 3 trips per year: $603 annually. The total of matching funds provided is $1,206.

D. Equipment
No funds are included for equipment expenses.

E. Supplies (federal funds requested $425; matching funds $15,000)
Funds for printing the white paper for distribution are requested at $425 in Year 3.

Matching funds for event supplies, at $5,000 annually in Years 1-3, will be provided through Pasa's general operating budget and will not come from federal sources, totaling $15,000.

F. Contractual (federal funds requested $46,000; matching funds $45,000) Stipends are requested to pay farmers who complete the surveys in years one and three, in order to compensate them for their time and effort. We calculate stipends for 20 farmers at $550 each in Year 1 ($11,000) and for 20 farmers in Year 3 at $1,000 each in Year 3 ($20,000). The total amount requested for these stipends is $31,000.

Contractor funds are requested for Trees for Graziers to support the development of and distribution of the surveys, broader research data collection, coordination with field days, and support in developing the final white paper: Year 1 ($5,000), Year 2 ($3,000) and Year 3 ($7,000). The total amount requested for this subcontract is $15,000.

Matching technical support will be provided with funds Pasa has received from the RK Mellon Foundation in Year 1, and Trees for Graziers and Pasa general support in Years 1-3 through non-federal funds. These matching funds include covering activities associated with assisting farmers to best be able to organize themselves and develop silvopasture plans that respond appropriately to our surveys, to prepare for field days, and to best be able to capture data associated with the final survey and white paper.
The funds will be provided at $15,000 annually for the project period, totalling $45,000.

G. Construction
No funds are included for construction expenses.

H. Other
No funds are included for Other expenses.

I. Total Direct Charges

Total direct charges for Federal funds requested are $68,175.00
Total  direct charges for Non Federal funds  are $75,142.00

Indirect- $6818.00

Recipient has elected to use the de minimis indirect cost rate (using less than 10% of TDC at 5.2% rate).

Recipient has elected to voluntarily waive a portion of indirect costs $7513.70 at 4.8%.

Modified Total Direct Costs (MTDC). MTDC means all direct salaries and wages, applicable fringe benefits, materials and supplies, services, travel, and up to the first $25,000 of each subaward (regardless of the period of performance of the subawards under the award) as defined by 2 CFR Part 200. MTDC excludes equipment, capital expenditures, charges for patient care, rental costs, tuition remission, scholarships and fellowships, participant support costs and the portion of each subaward in excess of $25,000.

| Category | Federal | Non-Federal | IDC Eligible |
|---|---|---|---|
| A. Personnel | $16,317 | $10,455 | $26,772 |
| B. Fringe Benefits | $5,433 | $3,481 | $8,914 |
| C. Travel | $0 | $1,206 | $1,206 |
| D. Equipment | $0 | $0 | |
| E. Supplies | $425 | $15,000 | $15,425 |
| F. Contractual | $46,000 | $45,000 | $91,000 |
| G. Construction | $0 | $0 | |
| H. Other | $0 | $0 | |
| I. Total Direct Charges | $68,175 | $75,142 | $143,317 |

MTDC BASE:$ 26,772+ 8914+ 1206+ 15,425+ 91,000= $143,317.00
IDC Charges:$143,317*10%rate=$14,331.70
$14,331.70 amount authorized- $6818.00 IDC =$7513.70 amount waived

Total IDC: $6818.00
Total Non-Federal Funds:$75,142.00
Total Federal Funds:$68,175.00
Total Project Charge: $150,135.00

**Responsibilities of the Parties:**

If inconsistencies arise between the language in this Statement of Work (SOW) and the General Terms and Conditions attached to the agreement, the language in this SOW takes precedence.

NRCS RESPONSIBILITIES
NRCS will accompany staff on 8 of the 15-20 farms to complete a more in depth assessment in conjunction with the surveys.

Agency staff will suspend work if specifications are not followed

RECIPIENT RESPONSIBILITIES

Perform the work and produce the deliverables as outlined in this Statement of Work.

Comply with the applicable version of the General Terms and Conditions.

Submit reports and payment requests to the ezFedGrants system or the Farm Production and Conservation (FPAC) Grants and Agreements Division via email to FPAC.BC.GAD@usda.gov as outlined in the applicable version of the General Terms and Conditions. Reporting frequency is as follows:

Performance reports: semi-annual

SF425 Financial Reports:  semi-annual

---

**Expected Accomplishments and Deliverables**

DELIVERABLES:

1. Surveying, evaluation, and reporting on 15-20 farms with existing and in-the-works silvopasture installations through interviews and surveys to determine what is working well with the practice and what is not. Data will include evaluating costs, survival rates, soil health, pasture condition, management approaches, environmental impacts, and farmer satisfaction. Farmers will be surveyed in years 1 and 3.
a. An NRCS grazing specialist will accompany PASA staff on 8 of the 15-20 installations. (This would allow for the group to photo document and evaluate the soils, trees, and forages.)
i. Data collections on 15-20 existing and new installations shall include:
1. Successes and shortcomings
2. Acres, species, regions, protection, livestock
3. Survey- survival rates, protection methods, establishment costs, PCS, soil health data on farms in Soil Health Benchmark study
4. Collection and review of silvopasture research and literature
b.  PASA will compile information on the following topics (lit review and data collection) related to silvopasture for our geographic region (Pennsylvania and similar areas)
i. Site selections considerations / decision making
ii. Maintenance required to maintain 30-50% canopy cover (if available)
iii. Success with required maintenance
iv. Most effective and sustainable grazing rotations
v. Age of trees when significant carbon is to be sequestered (literature review if available)
vi. Tree products simultaneously produced with grazing and value of products
vii. Additional carbon amounts sequestered over forage alone
viii. Quantification of "extend pasture productivity" as stated in the Project Outcomes and Benefits portion of the initial proposal. NRCS would like to understand how the establishment of silvopasture achieves this benefit.
1. What is the reason why?  Provide data and research.
ix. Quantification of "minimizing off-farm supplemental feed costs" as stated in the Project Outcomes and Benefits portion of the initial proposal. NRCS would like to understand how this is achieved by establishing silvopasture over those who are currently utilizing rotation grazing in a rotation of 3 days or less.
1. Provide data and research to verify cost-benefit claim.

2. A white paper will be developed to showcase what has been learned through this grant and submitted as part of the written final report, providing recommendations on improving Pennsylvania's conservation practice 381, providing evaluations of other states' results with their silvopasture practices, and summarizing farmer insights.

**J.A. 1496**

3. Joint presentation with NRCS of findings at the Pasa Sustainable Agriculture Conference, a conference typically attracting close to 2,000 attendees.

4. Final Report to NRCS with project overview, findings, challenges, recommendations, and attachments (white paper, presentations, factsheets, etc.)

5. Present at an NRCS State Technical Committee meeting.
PROJECT TIMELINE
• Fall 2024 (Begin October 1, 2024):
• Develop farmer survey and data collection instrument(s)
• Finalize farm recruitment (15-20 farms)
• Winter 2024 - Spring 2025
o Conduct initial surveys and interviews with farmers
 Data collections on 15-20 existing and new installations begins and shall include:
• Successes and shortcomings
• Acres, species, regions, protection, livestock
• Survey – survival rates, protection methods, establishment costs, PCS, soil health data on farms in Soil Health Benchmark study
• Collection and review of silvopasture research and literature
o Compile and analyze initial survey and data results
 Pasa will compile information on the following topics (lit review and data collection) related to silvopasture for our geographic region (Pennsylvania and similar areas)
• Site selections, considerations/decision making
• Maintenance required to maintain 30-50% canopy cover (if available)
• Success with required maintenance
• Most effective and sustainable grazing rotations
• Age of trees when significant carbon is to be sequestered (literature review if available)
• Tree products simultaneously produced with grazing and value of products
• Additional carbon amounts sequestered over forage alone
• Quantification of "extend pasture productivity" as stated in the Project Outcomes and Benefits portion of the initial proposal.  NRCS would like to understand how the establishment of silvopasture achieves this benefit.
o What is the reason why? Provide data and research.
• Quantification of "minimizing off-farm supplemental feed costs" as stated in te Project Ourcomes and Benefites prtions of the initial proposal.  NRCS would like to understand how this is sachieved by establishing silvopasture over those who are currently utilizing roatoni grazing in a roation of 3 days or less.
o Provide data and research to verify cost-benefit claim.
o Begin literature review of existing silvopasture research
• Summer 2025 – Spring 2026
o Continue collecting data on tree survival rates and establishment costs
o Conduct ongoing literature review of existing silvopasture research
• Summer 2026 - Spring 2027
o Conduct Year 3 surveys and follow-up interviews with farmers
o Compile and analyze Year 3 survey and data results
• Summer 2027 - Fall 2027
o Development and finalize the White Paper documenting findings from Objectives 1 and 2 to showcase what has been earned through this grant and submitted as part of the written final report, providing recommendations on improving Pennsylvania's conservation practice 381, providing evaluations of other states' results with their silvopasture practices, and summarizing farmer insights.
o Compile the Final Report including survey results, literature review, and practice recommendations
o Disseminate findings through events and conference presentations including a join presentation with NRCS of findings at the Pasa Sustainable Agriculture Conference, a conference typically attracting close to 2,000 attendees.  We will also present at an NRCS State Technical Committee Meeting.

**Resources Required**

See the Responsibilities of the Parties section for required resources, if applicable.

**J.A. 1497**

**Milestones**

See the Expected Accomplishments and Deliverables section for milestones.

**GENERAL TERMS AND CONDITIONS**

Please reference the below link(s) for the General Terms and Conditions pertaining to this award:
https://www.fpacbc.usda.gov/about/grants-and-agreements/award-terms-and-conditions/index.html

PASA DECLARATION

EXHIBIT 12-E

USCA4 Appeal: 25-1575     Doc: 55-3     Filed: 06/23/2025     Pg: 565 of 602

Docusign Envelope ID: 6D569E5E-9C5D-48ED-B0AC-9168E688E60A
2:25-cv-02152-RMG     Date Filed 03/26/25     Entry Number 24-13     Page 134 of 171



## DEFENSEWERX – ENERGYWERX TERMS AND CONDITIONS AGREEMENT

This Terms & Conditions Agreement (TCA) – heretofore the Agreement, is entered on *the date of last signature* by and between DEFENSEWERX (dba ENERGYWERX), a Florida not-for-profit corporation with its principal office located at 1140 E John Sims Pkwy #1, Niceville, FL 32578 ("DEFENSEWERX") acting as a partnership intermediary for the United States of America ("Government") as represented by the United States Department of Energy (DOE) and Pennsylvania Association for Sustainable Agriculture dba Pasa Sustainable Agriculture (Pasa), with its principal offices in 1631 N Front St, Harrisburg PA, 17102("SELECTEE"). DEFENSEWERX and SELECTEE may be referred to individually as a "Party" or collectively as the "Parties."

### RECITALS

**WHEREAS,** DEFENSEWERX is a not-for-profit corporation chartered to create an innovative environment for bringing together the best minds of industry, academia, and government to collaborate and find solutions to the toughest science and technology challenges while championing science, technology, engineering and mathematics education for all levels of society; including but not limited to support of the DEFENSEWERX Partnership Intermediary Agreement No. ("PIA") DE-EE0010491 with DOE.

**WHEREAS,** SELECTEE is an entity with expertise and capabilities deemed to be valuable to the purposes of the associated DOE opportunity, as further described in the Statement of Effort (SOE) attached hereto as Exhibit I.

**WHEREAS,** the Partnership Intermediary Agreement (PIA), entered into under 15 USC 3715, authorizes DEFENSEWERX, under the direction and approval of DOE, to enter into Business to Business (B2B) Agreements with entities such as SELECTEE.

**WHEREAS,** DEFENSEWERX wishes to engage SELECTEE to perform tasks ("Services") in furtherance of, and as set forth in, the Statement of Effort (SOE), attached hereto and made a part hereof by reference as Exhibit I.

**WHEREAS,** SELECTEE wishes to provide DEFENSEWERX with the Services.

**WHEREAS,** it is the Parties' intention that this Agreement will result in the Services' Deliverables as defined in the SOE in Exhibit I.

**WHEREAS,** each Party is authorized and legally competent to enter into this Agreement.

**NOW, THEREFORE**, in consideration of the above recitals, and the mutual promises and benefits contained herein and in the Exhibits attached hereto and incorporated, and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the Parties agree as follows:

### 1. INCORPORATION:

The language and provisions set forth above are repeated here by reference as if fully set forth, however, if a conflict or ambiguity exists between this Agreement and any term in the SOE or Exhibit(s), the terms in this Agreement shall control.

### 2. TERM:

This Agreement shall become effective on *the date of the last signature* ("Effective Date") and, unless otherwise terminated in accordance with the provisions of Section 21 of this Agreement or stated to survive termination, will continue until *60 days after the final deliverable date* specified in the SOE in Exhibit I.

### 3. RESPONSIBILITIES OF THE PARTIES:

a. Each Party agrees on the terms and conditions provided below with regard to performing the Services more particularly set forth in the attached SOE and those set forth in the attached Exhibit(s).

**J.A. 1501**

**energywerx**

b. Each Party agrees to do the following:

    i. Perform the Services more particularly set forth in the attached SOE set forth in Exhibit I in a timely, professional, workmanlike manner in accordance with the applicable and relevant industry standards and those set forth in the attached Exhibit(s) that are satisfactory and acceptable to each other and using properly trained, skilled, competent, and experienced personnel with adequate and necessary equipment and protective gear, if and as reasonably necessary in good working order.

    ii. Disclose all circumstances that currently exist or which arise during this Agreement that create a conflict of interest in accordance with Section 15 - NO CONFLICT OF INTEREST, OTHER ACTIVITIES below.

    iii. Communicate with each other as often as is reasonably necessary to keep each other current on progress regarding the performance of the Services.

    iv. Provide each other with relevant information, documents, and technical support reasonably necessary to assist each other with the performance of the Services.

    v. Perform as the SELECTEE as stated in the Statement of Effort (SOE) in Exhibit I.

**4. NATURE OF RELATIONSHIP:**

<u>Independent Contractor</u>. The Parties agree to perform the Services hereunder solely as an independent contractor. The Parties will remain independent contractors in their relationship to each other. The Parties agree that nothing in this Agreement shall be construed as creating a joint venture, partnership, franchise, agency, employer/employee, or similar relationship between the Parties, or as authorizing either Party to act as the agent of the other. DEFENSEWERX shall not be responsible for withholding taxes with respect to SELECTEE's compensation hereunder. SELECTEE shall not have a claim against the other for vacation pay, sick leave, retirement benefits, social security, worker's compensation, health or disability benefits, unemployment insurance benefits, or employee benefits of any kind. Nothing in this Agreement shall create any obligation between either Party and a third Party except with respect to the protections of the Government and DOE as set forth herein.

**5. INTELLECTUAL PROPERY:**

If Intellectual Property is applicable for this effort, then the SELECTEE is subject to the terms and conditions in Exhibit L.

<u>*** Applicability of this Provision: ***</u>
**Please see the Exhibit Table in Exhibit A to determine if this provision is applicable to this opportunity. If identified as applicable, then that Exhibit will include required signature blocks when the DocuSign version is disseminated for execution.**

**6. PROPERTY/INSURANCE:**

a. Each Party shall purchase and maintain throughout the term of this Agreement insurance or indemnity protection that is commercially reasonable or required by applicable relevant law

b. Real property and equipment purchased with project funds (federal share and SELECTEE cost share) under this Agreement must be used by the SELECTEE in the program or project for which it was acquired as long as it is needed, whether or not the project or program continues to be supported by the federal funding. Title to SELECTEE (property) acquired will conditionally vest upon acquisition with the SELECTEE. SELECTEE cannot encumber this property and must request disposition instructions prior to disposing of or selling the equipment (property) as long as it maintains

**J.A. 1502**

energywerx

a Current Fair Market Value of $5,000 or more. The SELECTEE may continue to use the real property and equipment after the conclusion of the agreement period of performance so long as the SELECTEE submits a written Request for Continued Use for DOE authorization, which is approved by the DOE Agreements Officer [1] (AO). The non-federal entity must comply with the property use, maintenance and insurance, and disposition requirements at 2 CFR 200.310-.316 unless explicitly directed otherwise, in writing, by the AO.

     i. N/A if no real or personal funded or equipment purchased.

**7. REPRESENTATIONS AND WARRANTIES:**

a. The Parties each represent and warrant as follows:

    i. Each Party has full power, authority, legal competency, and right to enter into and perform its obligations under this Agreement.

    ii. This Agreement is a legal, valid, and binding obligation of each Party, legally enforceable against it in accordance with its terms.

    iii. Entering into this Agreement will not violate the charter or bylaws of either Party or any material contract to which that Party is also a Party.

b. Each Party represents and warrants as follows:

    i. It is financially able to satisfy any funding commitments made pursuant to this Agreement.

    ii. It has the sole right to control and direct the means, details, manner, and method by which the Services are carried out.

    iii. It has the necessary knowledge, skills, experience, and ability to perform the required Services.

    iv. It has the right to perform the Services at any place or location, and at such times as it shall determine.

**8. AUDIT:**

SELECTEE will cooperate with any audit requirements imposed under the PIA and appropriate for the type of entity receiving the compensation pursuant to Section 9 of this Agreement.

a. Access to Records. In accordance with 42 USC 7137, the Comptroller General of the United States, or any of his duly authorized representatives, shall have access to and the right to examine any books, documents, papers, records, or other recorded information of the SELECTEE that receives Federal funds or assistance under this Agreement, including subagreements.

**9. COMPENSATION:**

a. Fee. In exchange for the Services provided by the SELECTEE pursuant to this Agreement, DEFENSEWERX shall pay the SELECTEE a non-negotiable fee of $100,000 ($USD) per the SOE attached as Exhibit I, utilizing the following guidelines:

---

[1] **Cognizant Contracting Officer/Agreements Officer (CO)**: A Government employee who can bind the Government to an agreement, such as an other transaction (OT) or similar agreement, with a partnership intermediary within the scope of the authority delegated to the CO by the cognizant HCA or by the Department's Senior Procurement Executive (SPE).

**J.A. 1503**

USCA4 Appeal: 25-1575    Doc: 55-3    Filed: 06/23/2025    Pg: 568 of 602

Docusign Envelope ID: 6DF89E5E-2C5D-48ED-B0AC-9188E688E89A    2:24-cv-02152-RMG    Date Filed 03/26/25    Entry Number 24-13    Page 137 of 171



      i. All costs above their associated not to exceed (NTE) amounts, will be mutually agreed upon in writing by modification of this Agreement and affixed under signature by both Parties as Exhibit J (Approved Project Cost Increase).

      ii. One invoice generated at the end of each determined Milestone will be used to bill DEFENSEWERX.

<u>b. Fee Modification</u>. Adjustment to the fee may only be made in writing to memorialize the mutually agreed changes to cost and work performed, and such writing must be affixed to this Agreement with signatures of both Parties as Exhibit J.

<u>c. No Payments in Certain Circumstances</u>. Notwithstanding the foregoing, no payment shall be payable to SELECTEE under any of the following circumstances if:

      i. Prohibited under applicable government law, regulation, or policy;

      ii. SELECTEE did not directly perform or complete the Services described in the SOE;

      iii. Services are performed after the expiration of the Term or termination of this Agreement, unless otherwise agreed in writing.

<u>d. Expenses</u>. Any internal expenses incurred by SELECTEE in the performance of this Agreement shall be SELECTEE's sole responsibility.

<u>e. Taxes</u>. Each party is solely responsible for the payment of their respective income, social security, employment-related, or other foreign or domestic taxes incurred because of the performance of the required Services more particularly set forth in the attached SOE.

<u>f. No Other Compensation</u>. The compensation set out above shall be the SELECTEE'S sole compensation under this Agreement.

**10. COST SHARE: [As Applicable]**

If a Cost Share Agreement is applicable for this effort, then the SELECTEE is subject to the terms and conditions in Exhibit B.

<u>***  Applicability of this Provision:  ***</u>
**Please see the Exhibit Table in Exhibit A to determine if this provision is applicable to this opportunity.  If identified as applicable, then that Exhibit will include required signature blocks when the DocuSign version is disseminated for execution.**

**11. NO ASSURANCE OF RESULTS:**

a. Neither Party can or does guarantee the results (including, without limitation, their nature and/or economic or commercial value or utility) of the required work more particularly set forth in the attached SOE.

b. The required work more particularly set forth in the attached SOE will be provided on a best-efforts basis only. DEFENSEWERX's legal or equitable remedies shall not be limited if SELECTEE breaches any of its obligations under this Agreement.

**12. TIMING AND DELAYS:**

a.     SELECTEE recognizes and agrees that failure to meet the milestones in accordance with the delivery schedule

USCA4 Appeal: 25-1575    Doc: 55-3    Filed: 06/23/2025    Pg: 569 of 602

Docusign Envelope ID: 6D569E5E-2C5D-48ED-B0AC-0488EB8BE62A
2:23-cv-02152-RMG    Date Filed 03/26/25    Entry Number 24-13    Page 138 of 171

**energywerx**

detailed in the SOE ("Milestones") may result in expense and damage to DEFENSEWERX and/or DOE. SELECTEE shall, therefore, inform DEFENSEWERX immediately of any anticipated delays in the delivery schedule and of any remedial actions being taken to ensure completion of the Milestone according to such schedule. The failure to meet a delivery date for reasons reasonably within the control of SELECTEE may be declared by DEFENSESWERX, in partnership with DOE, to be a material breach of this Agreement.

**13. CYBERSECURITY PLAN:  [As Applicable]**

If a Cybersecurity Plan is applicable for this effort, then the SELECTEE is subject to the terms and conditions in Exhibit C.

> ***  Applicability of this Provision:  ***
> **Please see the Exhibit Table in Exhibit A to determine if this provision is applicable to this opportunity.  If identified as applicable, then that Exhibit will include required signature blocks when the DocuSign version is disseminated for execution.**

**14. WORK IN PROGRESS REPORTS:**

SELECTEE shall be required to provide DEFENSEWERX with a status summary of work in progress (WIP) of its activities based on the schedule defined in the SOE in Exhibit I.

**15. NO CONFLICT OF INTEREST; OTHER ACTIVITIES:**

a. Performance of Work in the United States. All work under this Agreement must be performed in the United States (i.e., the SELECTEE must expend 100% of the total project unless the SELECTEE receives advance written authorization from DEFENSEWERX (per coordination with the DOE Agreements Officer) to perform certain work overseas. To request a waiver for this requirement, submit a Foreign Work Approval Request using the Foreign Work Approval Request form found at: https://energywerx.wufoo.com/forms/wi7Ippx0cvl9cs/

b. Lobbying Restrictions. By accepting funds under this Agreement, SELECTEE agrees that none of the funds obligated on the Agreement shall be expended, directly or indirectly, to influence congressional action on any legislation or appropriation matters pending before Congress, other than to communicate to Members of Congress as described in 18 U.S.C. 1913. This restriction is in addition to those prescribed elsewhere in statute and regulation.

c. The DOE interim Conflict of Interest ("COI") Policy can be found at: https://www.energy.gov/management/pf-2022-17-department-energy-interim-conflict-interest-policy-requirements-financial . The interim COI Policy is applicable to all non-Federal entities that receive DOE funding by means of a financial assistance award or other transactions and, through the implementation of this interim COI Policy by the entity, to each Investigator who is planning to participate in, or is participating in, the project funded wholly or in part under the DOE award. The interim COI Policy establishes standards that provide a reasonable expectation that the design, conduct, and reporting of projects funded wholly or in part under DOE awards will be free from bias resulting from financial conflicts of interest or organizational conflicts of interest. SELECTEE is subject to the requirements of the interim COI Policy, and SELECTEE must certify that it is compliant with all requirements in the interim COI Policy. SELECTEE must flow down the requirements of the interim COI Policy to any subrecipient non-Federal entities.

**16. COMPLIANCE WITH EXPORT REGULATION AND SIMILAR RESTRICTIONS:**

a. Reserved

b. Foreign Collaboration Considerations.

**J.A. 1505**

USCA4 Appeal: 25-1575    Doc: 55-3    Filed: 06/23/2025    Pg: 570 of 602

Docusign Envelope ID: 6DF89F5E-2CED-48ED-B0AC-01886988F694
2:22-cv-02152-RMG    Date Filed 03/26/25    Entry Number 24-13    Page 139 of 171

**energywerx**

Consideration of existing and new collaborations with foreign organizations and governments. SELECTEE must provide DEFENSEWERX, for coordination with DOE, with advanced written notification of any existing or potential collaboration with foreign organizations or governments in connection with its DOE-funded agreement scope. SELECTEE must await further guidance from DOE Agreements Officer prior to contacting the proposed foreign organization or government regarding the potential collaboration or negotiating the terms of any potential agreement.

i.  Description of new and existing collaborations that should be reported: In general, a collaboration will involve some provision of a thing of value to, or from, SELECTEE. A thing of value includes but may not be limited to all resources made available to, or from, the SELECTEE in support of and/or related to the Agreement, regardless of whether or not they have monetary value. Things of value also may include in-kind contributions (such as office/laboratory space, data, equipment, supplies, employees, students). Collaborations do not include routine workshops, conferences, use of SELECTEE'S services and facilities by foreign investigators resulting from its standard published process for evaluating requests for access, or the routine use of foreign facilities by SELECTEE staff in accordance with SELECTEE's standard policies and procedures.

ii.  If SELECTEE (including any of its teaming partners and subcontractors) anticipates involving foreign nationals in the performance of the Award, SELECTEE must, only upon request by DOE, provide DEFENSEWERX with specific information about each foreign national to ensure compliance with the requirements for participation and access approval. The DOE Agreements Officer will notify DEFENSEWERX and SELECTEE if additional information is required.  DOE may elect to deny a foreign national's participation in the Agreement. Likewise, DOE may elect to deny a foreign national's access to a DOE sites, information, technologies, equipment, programs, or personnel.

c. The U.S. government regulates the transfer of information, commodities, technology, and software considered to be strategically important to the U.S. to protect national security, foreign policy, and economic interests without imposing undue regulatory burdens on legitimate international trade. There is a network of Federal agencies and regulations that govern exports that are collectively referred to as "Export Controls." All SELECTEES and any subordinate contractors are responsible for ensuring compliance with all applicable United States Export Control laws and regulations relating to any work performed under a resulting award.  SELECTEE must immediately report to DOE any export control violations related to the project funded under this award, at the SELECTEE sub level, and provide the corrective action(s) to prevent future violations.

**17. NATIONAL ENVIRONMENTAL POLICY ACT (NEPA):  [As Applicable]**

If the National Environmental Policy Act (NEPA) is applicable for this effort, then the SELECTEE is subject to the terms and conditions in Exhibit D.

> ***  Applicability of this Provision:  ***
> **Please see the Exhibit Table in Exhibit A to determine if this provision is applicable to this opportunity.  If identified as applicable, then that Exhibit will include required signature blocks when the DocuSign version is disseminated for execution.**

**18. NON-DISCLOSURE & CONFIDENTIALITY AGREEMENTS ASSURANCES:**

The SELECTEE shall not release to anyone outside of the DEFENSEWERX's organization or the SELECTEE's organization any information, regardless of medium, pertaining to any part of this Agreement or any program related to this Agreement, unless-

a. The DOE Agreements Officer has given prior written approval;

**J.A. 1506**

USCA4 Appeal: 25-1575      Doc: 55-3      Filed: 06/23/2025      Pg: 571 of 602

Docusign Envelope ID: 6DE89E5E-2CED-4EED-B0A5-0488698BE504
2:23-cv-02152-RMG      Date Filed 03/26/25      Entry Number 24-13      Page 140 of 171

**energywerx**

b. The information is otherwise in public domain before the date of release; or

c. The information is limited to the content of the general agreement and objectives between DOE, DEFENSEWERX and SELECTEE are used to establish network relationships and support activities for the partnership.

    i. Requests for approval shall identify the specific information to be released, the medium to be used, and the purpose for the release. The SELECTEE and subcontractor shall submit their requests simultaneously through DEFENSEWERX to the DOE Agreements Officer per the guidance provided in the SOE in Exhibit I.

    ii. By entering into this Agreement, the SELELCTEE does not and will not require its employees or contractors to sign internal nondisclosure or confidentiality Agreements or statements prohibiting or otherwise restricting its employees or contactors from lawfully reporting waste, fraud, or abuse to a designated investigative or law enforcement representative of a federal department or agency authorized to receive such information.

    iii. The undersigned further attests that SELECTEE does not and will not use any Federal funds to implement or enforce any nondisclosure and/or confidentiality policy, form, or Agreement it uses unless it contains the following provisions:

        a) These provisions are consistent with and do not supersede, conflict with, or otherwise alter the employee obligations, rights, or liabilities created by existing statute or Executive order relating to (1) classified information, (2) communications to Congress, (3) the reporting to an Inspector General of a violation of any law, rule, or regulation, or mismanagement, a gross waste of funds, an abuse of authority, or a substantial and specific danger to public health or safety, or (4) any other whistleblower protection. The definitions, requirements, obligations, rights, sanctions, and liabilities created by controlling Executive orders and statutory provisions are incorporated into this Agreement and are controlling.

        b) The limitation above shall not contravene requirements applicable to Standard Form 312, Form 4414, or any other form issued by a Federal department or agency governing the nondisclosure of classified information.

        c) Notwithstanding provision listed in paragraph (Section c.iii.a ), a nondisclosure or confidentiality policy form or Agreement that is to be executed by a person connected with the conduct of an intelligence or intelligence-related activity, other than an employee or officer of the United States Government, may contain provisions appropriate to the particular activity for which such document is to be used. Such form or Agreement shall, at a minimum, require that the person will not disclose any classified information received in the course of such activity unless specifically authorized to do so by the United States Government. Such nondisclosure or confidentiality forms shall also make it clear that they do not bar disclosures to Congress, or to an authorized official of an executive agency or the Department of Justice, that are essential to reporting a substantial violation of law.

d. The mission of the DOE Office of Inspector General (OIG) is to strengthen the integrity, economy and efficiency of DOE's programs and operations including deterring and detecting fraud, waste, abuse and mismanagement. The OIG accomplishes this mission primarily through investigations, audits, and inspections of Department of Energy activities to include grants, cooperative agreements, loans, and contracts. The OIG maintains a Hotline for reporting allegations of fraud, waste, abuse, or mismanagement. To report such allegations, please visit https://www.energy.gov/ig/office-inspector- general.  The non-Federal entity must disclose, in a timely manner, in writing to DOE all violations of Federal criminal law involving fraud, bribery, or gratuity violations potentially affecting the award.

**J.A. 1507**

**19. CURRENT AND PENDING SUPPORT (CPS):  [As Applicable]**

If the Current and Pending Support (CPS) provision is applicable for this effort's research, development, and demonstration (RD&D), then the SELECTEE is subject to the terms and conditions in Exhibit E

> ***  Applicability of this Provision:  ***
> **Please see the Exhibit Table in Exhibit A to determine if this provision is applicable to this opportunity.  If identified as applicable, then that Exhibit will include required signature blocks when the DocuSign version is disseminated for execution.**

**20. PUBLICITY & PUBLICATIONS:**

a. Each Party agrees not to authorize or commission the publication of the results of the Services performed under this Agreement or any promotional materials containing any reference to the other Party without prior written approval of the other Party. Such approval shall not be unreasonably withheld. The provisions of this Section 20 shall survive termination of this Agreement.

b. Dissemination of Scientific and Technical Information. Scientific and Technical Information (STI) generated under this Award will be submitted to DOE via the Office of Scientific and Technical Information's Energy Link (E-Link) system. STI submitted under this Award will be disseminated via DOE's OSTI.gov website subject to approved access limitations. Citations for journal articles produced under the Award will appear on the DOE PAGES website.

c. Restrictions. Scientific and Technical Information submitted to E-Link must not contain any Protected Personal Identifiable Information (PII), limited rights data (proprietary data), classified information, information subject to export control classification, or other information not subject to release.

**21. TERMINATION:**

a. Types of Termination. This Agreement may be terminated:

    i.   By either Party on provision of 30 days' written notice to the other Party, with or without cause.

    ii.   By either Party for a material breach of any provision of this Agreement by the other Party, if the other Party's material breach is not cured within 30 days of receipt of written notice thereof; provided, however, that nothing in this subsection shall prevent a Party from seeking immediate injunctive relief where appropriate, to protect Confidential Information or such Party's Proprietary Information or intellectual property rights;

    iii.   By either Party, if

        1.   The other Party files a petition in bankruptcy in any court of competent jurisdiction and the same is not dismissed within 10 business days;

        2.   The other Party is adjudicated bankrupt or insolvent; or

        3.   The other Party ceases to do business, or otherwise terminates its business operations.

b. Responsibilities after Termination. Following the termination of this Agreement for any reason, DEFENSEWERX shall promptly pay SELECTEE for Services rendered before the effective date of the termination (the "Termination Date"). SELECTEE shall submit an invoice to DEFENSEWERX based on the prorated fixed price for that Milestone; such prorate will be based on effort expended from the last Milestone payment up to the point of termination. The DOE Agreements Officer, in consultation with DEFENSEWERX, will determine if and how much of an appropriate prorated payment is warranted. SELECTEE acknowledges and agrees that no other compensation, of any nature or

**J.A. 1508**

USCA4 Appeal: 25-1575    Doc: 55-3    Filed: 06/23/2025    Pg: 573 of 602

Docusign Envelope ID: 6D289E5E-2CED-4FED-B0AC-9488668BE60A
2:22-cv-02152-RMG    Date Filed 03/26/25    Entry Number 24-13    Page 142 of 171



type, shall be payable hereunder following the termination of this Agreement.

### 22. DEFAULT AND REMEDIES:

If either Party terminates this Agreement because of the other Party's default, in addition to all rights it has under this Agreement, the non-breaching Party shall have the right to exercise any and all remedies available at law or in equity. All rights and remedies are cumulative and the election of one remedy shall not preclude another. Any termination shall be without prejudice to accrued rights. Specifically, a termination due to default of delivery or payment under this Agreement shall not affect or terminate the rights and obligations of the Parties that have accrued prior to the default in delivery or payment. Despite the expiration or termination of this Agreement, the obligations intended to survive termination or expiration of this Agreement shall continue in full force and effect.

### 23. LIMITATION OF LIABILITY:

a. Notwithstanding anything to the contrary in this Agreement, in no event will either Party be liable for any indirect, punitive, special, incidental, or consequential damages about or related to this Agreement (including loss of profits, use, data, or other economic advantage); provided, however, this Section shall not apply if the breach is caused by a Party's willful or reckless action.

b. By entering into this Agreement, the undersigned attests that the SELECTEE has not been convicted of a felony criminal violation under Federal law in the 24 months preceding the date of signature. The undersigned further attests that the SELECTEE does not have any unpaid Federal tax liability that has been assessed, for which all judicial and administrative remedies have been exhausted or have lapsed, and that is not being paid in a timely manner pursuant to an agreement with the authority responsible for collecting the tax liability. For purposes of these assurances, the following definitions apply: A Corporation includes any entity that has filed articles of incorporation in any of the 50 states, the District of Columbia, or the various territories of the United States (but not foreign corporations). It includes both for-profit and non-profit organizations.

### 24. INDEMNIFICATION:

Each Party shall indemnify and hold harmless the other its officers, members, managers, employees, agents, contractors, sub-licensees, affiliates, subsidiaries, successors, and assigns from and against any and all damages, liabilities, costs, expenses arising out of third party claims and/or judgments, including, without limitation, reasonable attorneys' fees and disbursements (collectively, the "Claims") that any of them may suffer from or incur and that arise or result primarily from (i) any gross negligence or willful misconduct of either Party arising from or connected with carrying out of its duties under this Agreement, or (ii) the breach of any of its obligations, agreements, or duties under this Agreement.

### 25. SUCCESSORS AND ASSIGNS:

All references in this Agreement to the Parties shall be deemed to include, as applicable, a reference to their respective successors and lawful assigns. The provisions of this Agreement shall be binding on and shall inure to the benefit of the successors and assigns of the Parties.

### 26. MODIFICATION:

This Agreement may be supplemented, amended, or modified only by the agreement of the Parties, and such agreement must be in writing and signed by both Parties.

### 27. ASSIGNMENT:

Except as otherwise expressly provided, a Party may not assign its rights and duties under this Agreement to any

**J.A. 1509**

USCA4 Appeal: 25-1575     Doc: 55-3     Filed: 06/23/2025     Pg: 574 of 602

Docusign Envelope ID: 6D69955E-2CED-49ED-B0AC-9188568BE60A
2:24-cv-02152-RMG     Date Filed 03/26/25     Entry Number 24-13     Page 143 of 171



third Party, and neither Party will have the right to assign or transfer any of its rights or to delegate any of its duties under this Agreement without the prior written consent of the other Party and of DOE. Any attempted assignment or transfer without such consent will be void and of no effect and will automatically terminate all rights of the Party attempting such assignment or transfer under this Agreement.  DOE shall have full approval authority over any change in SELECTEE.

### 28. FORCE MAJEURE:

Except for the payment of monies due, if the performance of either Party's obligation under this Agreement is prevented, restricted, or interfered with by reason of casualty, accident, fire, strikes or labor disputes, inability to procure materials or components, power or supplies, war or other violence, any law, order, proclamation, regulation, ordinance, demand or requirement of any government agency or intergovernmental body, or any other act, circumstance, or condition whatsoever beyond the reasonable control of such Party, the Party so affected, on giving notice to the other Party, shall be excused from such performance to the extent of such prevention, restriction, or interference.

### 29. NO IMPLIED WAIVER:

The failure of either Party to insist on strict performance of any covenant or obligation under this Agreement, regardless of the length of time for which such failure continues, shall not be deemed a waiver of such Party's right to demand strict compliance in the future. No consent or waiver, express or implied, to or of any breach or default in the performance of any obligation under this Agreement shall constitute a consent or waiver to or of any other breach or default in the performance of the same or any other obligation.

### 30. ARBITRATION:

The Parties agree that every effort will be made to resolve disputes between them and that litigation shall be the last resort. Any controversy or claim arising out of, or relating to this Agreement, or the breach, termination, or invalidity of this Agreement may be settled by mediation conducted in Okaloosa County, Florida in accordance with the rules, statutes and laws of the State of Florida. Alternatively, either Party may proceed with a legal or equitable action in a Florida court of law.

### 31. GOVERNING LAW/VENUE:

This Agreement shall be governed by the laws of the state of Florida and as applicable, those of the United States. In the event that litigation results from or arises out of this Agreement or the performance thereof, venue shall lie exclusively in the courts for Okaloosa County, Florida and the Parties agree to reimbursement of the prevailing Party's reasonable attorneys' fees, court costs, and all other expenses, whether or not taxable by the court as costs, in addition to any other relief to which the prevailing Party may be entitled.

### 32. COUNTERPARTS/ELECTRONIC SIGNATURES:

This Agreement may be executed in one or more counterparts, each of which shall be deemed an original but all of which shall constitute one and the same instrument. For purposes of this Agreement, use of DocuSign for execution of the Agreement shall have the same force and effect as an original signature.

### 33. SEVERABILITY:

Whenever possible, each provision of this Agreement will be interpreted in such manner as to be effective and valid under applicable law, but if any provision of this Agreement is held to be invalid, illegal, or unenforceable in any respect under any applicable law or rule in any jurisdiction, such invalidity, illegality, or unenforceability will not affect any other provision or any other jurisdiction, but this Agreement will be reformed, construed, and enforced in such jurisdiction as if such invalid, illegal, or unenforceable provisions had never been contained in this

**J.A. 1510**

USCA4 Appeal: 25-1575    Doc: 55-3    Filed: 06/23/2025    Pg: 575 of 602

Docusign Envelope ID: 6D89955E-2GED-4IED-B0AC-9188698E60A4
2.22-EP-02152-RMG    Date Filed 03/26/25    Entry Number 24-13    Page 144 of 171

energywerx

Agreement.

### 34. ENTIRE AGREEMENT:

This Agreement, together with all the applicable Exhibits, constitutes the final, complete, and exclusive statement of the Agreement of the Parties with respect to the subject matter hereof, and supersedes all other prior and contemporaneous agreements and understandings, both written and oral, between the Parties.

### 35. AFFIRMATION OF THE PARTIES:

The Parties affirm that they have entered into this Agreement freely, voluntarily, and without reliance on any promises, representations, or other statements not contained in this Agreement, and have read and understood this Agreement.

### 36. SUSPENSION AND DEBARMENT:

In accordance with Executive Orders 12549 and 12689, the regulations at 2 CFR part 180, Guidance for Governmentwide Debarment and Suspension (Nonprocurement) are applicable to this Agreement.

### 37. U.S. COMPETITIVENESS:

The SELECTEE agrees that any products embodying any subject invention or produced through the use of any subject invention will be manufactured substantially in the United States unless otherwise approved by DOE. In the event DOE agrees to foreign manufacture, there will be a requirement that the Government's support of the technology be recognized in some appropriate manner, e.g., alternative binding commitments to provide an overall net benefit to the U.S. economy. The SELECTEE agrees that it will not license, assign or otherwise transfer any of its subject inventions to any entity, at any tier, unless that entity agrees to these same requirements. Should the SELECTEE other such entity receiving rights in the invention(s): (1) undergo a change in ownership amounting to a controlling interest, or (2) sell, assign, or otherwise transfer title or exclusive rights in the invention(s), then the assignment, license, or other transfer of rights in the subject invention(s) is/are suspended until approved in writing by DOE. DEFENSEWERX and SELECTEE successor assignee will convey to DOE, upon written request from DOE, title to any subject invention, upon a breach of this paragraph. The SELECTEE will include this paragraph in all subawards/contracts, regardless of tier, for experimental, developmental or research work.  A subject invention is any invention conceived or first actually reduced in performance of work under an agreement. An invention is any invention or discovery which is or may be patentable.  As noted in the U.S. Competitiveness Term, at any time in which an entity cannot meet the requirements of the U.S. Competitiveness Term, the entity may request a modification or waiver of the U.S. Competitiveness Term. For example, the entity may propose modifying the language of the U.S. Competitiveness Term in order to change the scope of the requirements or to provide more specifics on the application of the requirements for a particular technology. As another example, the entity may request that the U.S. Competitiveness Term be waived in lieu of a net benefits statement or U.S. manufacturing plan. The statement or plan would contain specific and enforceable commitments that would be beneficial to the U.S. economy and competitiveness. Commitments could include manufacturing specific products in the U.S., making a specific investment in a new or existing U.S. manufacturing facility, keeping certain activities based in the U.S. or supporting a certain number of jobs in the U.S. related to the technology. If DOE, in its sole discretion, determines that the proposed modification or waiver promotes commercialization and provides substantial U.S. economic benefits, DOE may grant the request and, if granted, modify the Agreement terms and conditions for the requesting entity accordingly.  The U.S. Competitiveness Term is implemented by DOE pursuant to a Determination of Exceptional Circumstances (DEC) under the Bayh-Dole Act and DOE Patent Waivers.

**J.A. 1511**

USCA4 Appeal: 25-1575    Doc: 55-3    Filed: 06/23/2025    Pg: 576 of 602

Docusign Envelope ID: 6D5B9E5E-2CED-48ED-B0AC-91686688E60A
2:22-cv-02152-RMG    Date Filed 03/26/25    Entry Number 24-13    Page 145 of 171



**38. DAVIS-BACON ACT:  [As Applicable]**

If the Davis-Bacon Act is applicable for this opportunity, then the SELECTEE is subject to the terms and conditions in Exhibit F.

***  Applicability of this Provision:  ***
Please see the Exhibit Table in Exhibit A to determine if this provision is applicable to this opportunity.  If identified as applicable, then that Exhibit will include required signature blocks when the DocuSign version is disseminated for execution.

**39. BUILD AMERICA, BUY AMERICA ACT:  [As Applicable]**

If the Build America, Buy America (BABA) Act is applicable for this effort, then the SELECTEE is subject to the terms and conditions in Exhibit G.

***  Applicability of this Provision:  ***
Please see the Exhibit Table in Exhibit A to determine if this provision is applicable to this opportunity.  If identified as applicable, then that Exhibit will include required signature blocks when the DocuSign version is disseminated for execution.

**40. HEADINGS:**

Headings used in this Agreement are provided for convenience only and shall not be used to construe meaning or intent.

**41. FUNDING:**

Funding for this action is provided by PI Project Order PPO-18.

**IN WITNESS WHEREOF**, the parties hereto have signed and sealed this Agreement as of the day and year first above written,

DEFENSEWERX    By: *Christi C Pezzone*
E9FCE52BBC2B4C3...
Name: Christi Pezzone
Title: ENERGYWERX Deputy Director
Date: 7/19/2024

SELECTEE    By: *Christina Kostelecky*
8F4ADBA9C6894E...
Name: Christina Kostelecky
Title: Finance and Administrative Services Co-Director
Date: 7/19/2024

**J.A. 1512**

**energywerx**

**Exhibit A:  Checklist of Possible Requirements for the SELECTEE**

This DOE program or effort mandates that the SELECTEE adhere to specific requirements beyond the RDA.

Per guidance from DOE, the following Exhibits apply to this program or effort.  As such, the SELECTEE is subject to the terms and conditions of each identified applicable provision, noted with an "X" in the Required column:

| Required | Exhibit | Requirement |
|---|---|---|
| | Exhibit B | Cost Sharing Agreement |
| | Exhibit C | Cybersecurity Plan |
| | Exhibit D | National Environmental Policy Act (NEPA) Implementing Procedures Agreement |
| | Exhibit E | Current and Pending Support (CPS) |
| | Exhibit F | Davis-Bacon Act Requirements associated with the Bipartisan Infrastructure Law (BIL) |
| | Exhibit G | Build America, Buy America Act |
| | Exhibit H | Non-Disclosure Agreement (NDA) |
| X | Exhibit I | Statement of Effort |
| X | Exhibit J | Engineering Change Proposal (ECP) |
| | Exhibit K | Intellectual Property (IP) Disclosure Form |
| | Exhibit L | Intellectual Property |
| X | Exhibit M | Capabilities Overview |

**IN WITNESS WHEREOF**, the parties hereto have signed and sealed this Agreement as of the day and year first above written,

DEFENSEWERX    By: _Christi C Pezzone_
                    Name:  Christi Pezzone
                    Title: ENERGYWERX Deputy Director
                    Date: 7/19/2024

SELECTEE    By: _Christina Kostelecky_
                    Name: Christina Kostelecky
                    Title: Finance and Administrative Services Co-Director
                    Date: 7/19/2024

**J.A. 1513**

USCA4 Appeal: 25-1575    Doc: 55-3    Filed: 06/23/2025    Pg: 578 of 602

Docusign Envelope ID: 6D5B9E5E-2CED-49ED-B0AC-9186568BF82A    2:22-cv-02152-RMG    Date Filed 03/26/25    Entry Number 24-13    Page 147 of 171



**Exhibit B:  Cost Sharing Agreement**

This exhibit is not applicable.

**J.A. 1514**



**Exhibit C:  Cybersecurity Plan**

This exhibit is not applicable.

**J.A. 1515**

Docusign Envelope ID: 6D59955E-9C5D-48ED-B0AC-91686688E60A



**Cybersecurity Plan Checklist**

This exhibit is not applicable.

**J.A. 1516**

Docusign Envelope ID: 6D59E55F-9C5D-48ED-B0AC-91686688E60A

**Exhibit D:  National Environmental Policy Act (NEPA) Implementing Procedures Agreement**

This exhibit is not applicable.

energywerx

**Exhibit E:  Current and Pending Support (CPS)**

Current and pending support is not applicable for this effort.

energywerx

**Exhibit F:  Davis-Bacon Act Requirements associated with the Bipartisan Infrastructure Law (BIL)**

This exhibit is not applicable.

Docusign Envelope ID: 6D599F5E-2C5D-48ED-B0AC-91685689E00A

energywerx

**Exhibit G:  Build America, Buy America Act**

This exhibit is not applicable.

J.A. 1520



**Exhibit H:  Non-Disclosure Agreement (NDA)**
**PARTNERSHIP INTERMEDIARY AGREEMENT (PIA) OPPORTUNITY PARTICIPATION**
**NONDISCLOSURE ACKNOWLEDGMENT**

This exhibit is not applicable.

J.A. 1521

**energywerx**

**Exhibit I:  Statement of Effort (SOE)**

**1    BACKGROUND**

DEFENSEWERX (DWX) has the primary objective to provide services for the Department of Energy (DOE) to increase the likelihood of success in the conduct of cooperative or joint activities typically with small business firms and educational institutions.  DEFENSEWERX serves as the Partnership Intermediary to accomplish DOE's Office of Technology Transitions (OTT) and Office of Fossil Energy and Carbon Management (FECM) Capacity Building for Repurposing Existing Energy Assets - EXPANDED. For this purpose, DEFENSEWERX is doing business as ENERGYWERX.

Pasa Sustainable Agriculture (Pasa), hereafter the SELECTEE, is selected to participate as a member of the EXPANDED Cohort focused on Capacity Building for Repurposing Existing Energy Assets in order to articulate and share knowledge with other organizations facing similar challenges.

**2    PURPOSE**

This is a project to work with DEFENSEWERX, doing business as ENERGYWERX, as a Partnership Intermediary to OTT and FECM's Capacity Building for Repurposing Existing Energy Assets- EXPANDED, focused in helping fossil communities build technical capacity and develop a workforce necessary to help revitalize energy systems, address environmental impacts, and tackle challenges associated with energy assets that that have retired, or are slated for retirement.

**3    SCOPE/OBJECTIVES**

This effort seeks to support SELECTEE in capacity building and workforce development planning in their community and advances FECM's mission of minimizing environmental and climate impacts of fossil fuels and industrial processes while working to achieve net-zero emissions across our economy, and the broader DOE mission of ensuring efficient transformation of the energy system while prioritizing labor and community engagement. In particular, the objective of this effort is to directly support proactive community, labor, and industry engagement to develop site reuse plans with a particular emphasis on workforce development oriented around productively and sustainably repurposing such assets, their sites and associated infrastructure. Funding may be used to support resources or supplies needed for coordination and planning.

**4    SPECIFIC TASKS**

The following details the overall expectations for OTT and FECM Capacity Building for Repurposing Existing Energy Assets - EXPANDED.  The SELECTEE is expected to provide additional detail on proposed plans, outcomes of engagement (including additional project partners not included in application), and next steps to implement their proposed concepts including specific, measurable, and realistic goals to work toward timely implementation.

**4.1    Programmatic – SELECTEE shall:**

4.1.1    Collaborate with DOE Program Office personnel, U.S. Federal Government employees, industry, and/or academic partners as required by DOE Program Manager (PM) and Subject Matter Investigators (SMIs).

4.1.2    Generate Interim Analysis Reports (as suggested in Table 1 below) to detail the key findings and analysis steps that are planned for the following cycle.

4.1.3    Pursue efforts detailed in Section 4.2, noting that the anticipated milestones, products, and objectives may change as the effort progresses.

4.1.4    Generate deliverables as described below of findings, results, and/or recommended next steps.

**J.A. 1522**

4.1.5    Deliver Final Report on April 15, 2025.

**4.2    Technical – SELECTEE shall:**

4.2.1    Elaborate on the concept that is being proposed in as much detail as possible, answering questions including – but not limited to – the following:

   4.2.1.1    Do you have a concept for repowering the energy asset with a new sustainable generation technology?

   4.2.1.2    OR are you planning to decommission and set it up for a manufacturing site or other proposed redevelopment?

   4.2.1.3    What are the technology options being considered?

   4.2.1.4    Is there any development work that is underway or has already been completed for the proposed concept?

   4.2.1.5    What assets can be retained for further use in redeployment or reuse with the newly proposed technology?

   4.2.1.6    Would this project potentially result in the development of a technology or energy hub supporting multiple related sites in a specific county or region?

   4.2.1.7    How would this project diversify the economy of the local or regional community?

   4.2.1.8    What are the next steps for the proposed concept implementation?

   4.2.1.9    Provide a 3-5 minute video of the community/work done/challenges. Here are two examples:

       https://youtu.be/7kFQv03KCz0?si=lf55tl_WLABfNBti

       https://youtu.be/iYk4yQqZL0Q?si=_cxpdfp53yjqEJS8

4.2.2    Provide collaboration efforts with partners such as technology suppliers, engineering, and construction firms, local, county, and state government agencies, colleges and universities, labor unions, workforce development entities, and/or non-governmental organizations. It is expected that details will be provided on how the community is being engaged with the redevelopment options.

   4.2.2.1    What outreach did the project team conduct?

   4.2.2.2    What new partners, especially environmental justice, labor, and community organizations, beyond the project team were identified for participation in next steps?

   4.2.2.3    How will the partners continue to work together to advance this proposed concept?

   4.2.2.4    What priorities were identified that can inform future community benefits plan development on any additional applications to support this proposed concept? (i.e. community and labor engagement, job quality and workforce continuity, DEIA, Justice40)

4.2.3    Provide workforce details that include – but are not limited to – the following:

   4.2.3.1    An estimate of the size of the trained workforce.

   4.2.3.2    Provide a description of how proposed turnover options will capitalize on the skillset of the

**J.A. 1523**

existing workforce.

4.2.3.3    Are there workforce skills within the larger region that could be utilized to support this concept and other industry that may be drawn to the area by the existence of a facility using the concept you are considering?

4.2.3.4    What community colleges, registered apprenticeship programs, or other vocational/technical training facilities in the area could be utilized to provide workforce upskilling or reskilling? Please describe engagement with these groups or demonstrate commitments to work together on training to support project implementation.

4.2.3.5    Would this project increase the readiness, capacity, or skill diversity of the local or regional workforce?

4.2.3.6    What additional needs, if any, have been identified to support recruitment, training or upskilling, placement, and retention of a diverse workforce to support proposed concept?

4.2.4    Document the environmental impact that would result from this project, including improvements or enhancements to environmental factors, including – but not limited to – the following:
- Air quality,
- Water quality,
- Groundwater quality,
- Other aspects of the environment.

4.2.5    Provide appropriate technical supporting documentation and context in support of deliverables as described in Section 8, such as:

4.2.5.1    Work Breakdown Structure (WBS)
4.2.5.2    Briefing slides
4.2.5.3    Video presentation

4.2.6    Transfer relevant analyses and supporting data to DOE and the designated transfer office upon completion of deliverable(s), as described in Section 8.

**4.3    All Phases – SELECTEE shall:**

4.3.1    Provide own facilities, materials, and labor to support this effort, in accordance with the Terms & Conditions Agreement (TCA) as well as any mandated exhibits from the TCA's addendums.

4.3.2    Participate in scheduled status reviews with DWX (dba ENWX) and DOE (Project Managers (PMs) and Subject Matter Experts (SMEs)).

4.3.3    Utilize Teams Video Teleconference (or approved alternative) for all virtual meetings, technical program reviews, and/or demonstrations.

**5    SCHEDULE AND MILESTONES**

DWX, dba ENWX, will make milestone payments and purchase order details in conjunction with the work to be performed. Please be advised this agreement is contingent upon DWX receipt of task funding through the Partnership Intermediary Agreement with DOE.

Deliverables will be evaluated according to the following criteria:
- Has the full scope of work for this deliverable been completed?

- Does the deliverable represent high-quality work?

**J.A. 1524**

**energywerx**

- Is information in the deliverable accurate, clear, and well written, and does it include sources and footnotes where appropriate?

- Is the information presented in such a way as to clearly communicate the implications of the analysis completed?

- Was the deliverable submitted on time?

The following milestones have been identified for this effort:

| Paid Milestone | Due Date | Expected Outcome(s) |
|---|---|---|
| 1 | 8/30/2024 | **Execute** Business-to-Business (B2B) Agreement **before 3pm ET** on August 13, 2024.<br><br>**Attend Kickoff Meeting on August 13,2024.**<br>In addition to the above:<br>Submit Work Breakdown Structure (WBS), AND<br>Provide an interim work analysis of activities performed to date |
| | 9/30/2024 | Generate monthly interim work analysis and key findings toward final reporting. |
| 2 | 10/30/2024 | Submit draft outline of findings that will be part of the final report. |
| | 11/29/2024 | Generate monthly interim work analysis and key findings toward final reporting. |
| 3 | 12/17/2024 | Submit finalized draft outline of findings that will be part of the final report. |
| | 1/30/2025 | Generate monthly interim work analysis and key findings toward final reporting. |
| 4 | 2/11/2025 | Submit finalized draft outline of findings that will be part of the final report. |
| | 3/15/2025 | Generate monthly interim work analysis and key findings toward final reporting. |
| | 3/30/2025 | Date kept open for any discussions awardees may want to have before closing Project. |
| 5 | 4/15/2025 | Submit Final Report. |
| **6** | 5/15/2025 | **Formal Acceptance of Deliverable**<br>**(including making any requested changes after DOE reviews final document)** |

*Table 1: Schedule & Milestones*

**energywerx**

In accordance with **Section 4.3.2** and in support of the objective to directly support proactive community, labor, and industry engagement via peer discussions, the following meeting schedule is established:

- **8/13/2024 @ 3-4pm ET: Kickoff Meeting**
- 8/30/2024   @ 3-4pm ET:  WBS & Draft Outline Peer Discussion
- 10/30/2024   @ 3-4pm ET:  Peer Discussion:  Draft Outline & Progress/Challenges
- 12/17/2024   @ 3-4pm ET:  Peer Discussion:  Progress & Challenges
- 2/11/2025   @ 3-4pm ET:  Peer Discussion:  Interim Findings
- 3/15/2025   @ 3-4pm ET:  Peer Discussion:  Draft Report
- 3/30/2025   @ 3-4pm ET:  Optional Peer Discussion:  Progress & Challenges
- 4/15/2025   @ 3-4pm ET:  Peer Discussion:  Final Report

*As each SELECTEE executes this B2B Agreement (CTA, SOE, and Exhibits with applicable provisions), calendar invitations for the Kickoff and October Peer Discussion meetings will be disseminated to the Points of Contact (POCs) identified in the Submittable application.  If there is a change to the POCs, please email info@energywerx.org to update the information.*

**REMINDER:**
Upon signing/executing the B2B Agreement via DocuSign, SELECTEE will be sent the calendar invitation for the **Kickoff Meeting on August 13, 2024 at 3pm ET**.

Once SELECTEE has signed/executed the B2B Agreement, the SELECTEE is also be sent meeting invitations to and allowed to attend/observe the **current cohort's Peer Discussion Meetings** on:
- Jul-18  @3-4pm ET
- Aug-29 @3-4pm ET

## 6    SECURITY

This is an unclassified activity; however, all work, communication, documentation, and participant details are Business Proprietary.  Information may only be exchanged between parties working directly on the program. Requests for publication or distribution of information to media or outside parties must be made in writing to DWX (dba ENWX) pursuant to Paragraph 20 the Research and Development Agreement for coordination with DOE. No publication or distribution of information may be made prior to DOE approval, and such information will be withheld from public disclosure to the extent permitted by law, including the Freedom of Information Act. Without assuming any liability for inadvertent disclosure, the Parties will seek to limit disclosure of such information to their respective employees on a need-to-know basis, and to outside reviewers only when necessary and in coordination with DOE. This restriction does not limit the U.S. Federal Government's right to use the information if it is obtained from another source.

Personnel performing work under this Statement of Effort may receive, have access to or participate in the development of proprietary or source selection information (e.g., cost or pricing information, budget information or analyses, specifications or work statements, etc.) or perform evaluation services which may create a current or subsequent Organizational Conflict of Interest (OCI) as defined in FAR Subpart 9.5. The Parties shall notify DOE immediately whenever it becomes aware that such access or participation may result in any actual or potential OCI and shall promptly submit a plan to avoid or mitigate any such OCI.

SELECTEE certifies that it qualifies as a domestic entity. To qualify as a domestic entity, the entity must be organized, chartered or incorporated (or otherwise formed) under the laws of a particular state or territory of the United States; have majority domestic ownership and control; and have a physical place of business in the United States.

SELECTEE certifies that it is not owned by, controlled by, or subject to the jurisdiction or direction of government of Country of Risk, and that individuals performing this work are not part of a foreign talent program sponsored by a Country of Risk. DOE defines Country of Risk to include China, Russia, North Korea and Iran. This list is subject to change.

**J.A. 1526**

Docusign Envelope ID: 6D589E5E-2C5D-48ED-B0AC-0168E6B8E80A

**7     GOVERNMENT FURNISHED EQUIPMENT, INFORMATION, AND FACILITIES**

The U.S. Federal Government will not provide any equipment or facilities.

**8     DESIRED OUTCOME AND DELIVERABLES**

8.1     SELECTEE is expected to cover the type of energy asset, available infrastructure, permits, site characteristics, equipment, and water access, access to community colleges and other colleges for retraining purposes and other factors that may be beneficial for zero-carbon repowering options. In addition, the project should cover:

8.1.1     Documenting the magnitude of the situation—that is, to provide an overview of decommissioned/retired power plant sites and soon-to-be-retired plant sites.

8.1.2     Describe a comprehensive process for implementing redevelopment of decommissioned/retired power plant sites.

8.1.3     Discuss barriers to implement the comprehensive redevelopment process.

8.1.4     Recommend actions that can be taken by utility company owners to implement the comprehensive redevelopment process.

8.1.5     Identify funding mechanisms that can assist utility company owners in implementing the comprehensive redevelopment process.

**8.2**     SELECTEE shall participate in the scheduled meetings and shall work to deliver the requested reports as outlined in Table 1.

**J.A. 1527**

USCA4 Appeal: 25-1575     Doc: 55-3     Filed: 06/23/2025     Pg: 592 of 602

Docusign Envelope ID: 6D569955E-2CED-48ED-B0AC-9168E688E60A
2:24-cv-02152-RMG     Date Filed 03/26/25     Entry Number 24-13     Page 161 of 171

## 9  PAYMENT SCHEDULE

DWX, dba ENWX, will make milestone payments and purchase order details in conjunction with the work to be performed. Please be advised this agreement is contingent upon DWX receipt of task funding through the Partnership Intermediary Agreement with DOE.

DOE expects the form/format for submissions/deliverables outlined in Table 2 in the Expected Outcome Column. Proof that a milestone is met must be provided in PDF form attached to the invoice. The DOE sponsoring office must accept/approve the milestone deliverable before remittance is processed.

| Milestone | Invoice Date | Payment Amount | Cumulative Amount | Expected Outcome |
|---|---|---|---|---|
| 1 | 8/30/24 | $50,000 | $50,000 | Provide WBS outline by August 30, 2024 in 2 formats:<br>- .xlsx file (required for Peer Discussion)<br>- .pdf file (required for Invoice System) |
| 2 | 10/30/24 | $10,000 | $60,000 | Submit draft outline of findings that will be part of the final report in appropriate formats:<br>- .docx, .pptx, and/or .xlsx file (required for Peer Discussion)<br>- .pdf file (required for Invoice System) |
| 3 | 12/17/2024 | $10,000 | $70,000 | Submit finalized draft outline of findings that will be part of the final report in appropriate formats:<br>- .docx, .pptx, and/or .xlsx file (required for Peer Discussion)<br>- .pdf file (required for Invoice System) |
| 4 | 2/11/2025 | $10,000 | $80,000 | Submit finalized draft outline of findings that will be part of the final report in appropriate formats:<br>- .docx, .pptx, and/or .xlsx file (required for Peer Discussion)<br>- .pdf file (required for Invoice System) |
| 5 | 4/15/2025 | $10,000 | $90,000 | Submit Final Report in 2 formats:<br>- .docx file (required for Final Report)<br>- .pdf file (required for Invoice System) |
| 6 | 5/15/2025 | $10,000 | $100,000 | **Formal Acceptance of Deliverable** in 2 formats:<br>- .docx file (required for Final Report)<br>- .pdf file (required for Invoice System)<br>**(including any requested changes after DOE's review)** |

*Table 2: Payment Schedule*

*\* Invoicing works on a Net30 schedule, based on the date that the invoice was appropriately submitted – including accurate details and all required documentation -- via the Invoice Portal.*

-      ___PLEASE NOTE:___
*ENWX & DOE Sponsoring Office must accept/approve the milestone deliverable before remittance is processed.*

Invoicing must be submitted via the Invoice Portal and processed via ENWX's Invoicing System.
Instructions for completing the Company Intake Form will be sent from **invoicing@energywerx.org** after the B2B Agreement is fully executed.

**J.A. 1528**

**energywerx**

**10   POINTS OF CONTACT**

The following points of contact (POCs) will be used for the duration of the agreement.  All parties must be notified if a change in POC is requested.

<u>Points of Contact:</u>

**DOE PM**
Name:  Bhima Sastri
Email:  bhima.sastri@hq.doe.gov

**DOE Technical POC/Subject Matter Investigator**
Name:  Bhima Sastri
Email:  bhima.sastri@hq.doe.gov

**DOE Technical POC/Subject Matter Investigator**
Name / Alternate:  Jason Hissam
Email:  Jason.hissam@netl.doe.gov

**DOE Agreements Officer**
Name / Alternate:  Laura Merrick
Email: laura.merrick@ee.doe.gov

**ENERGYWERX Director**
Name:  Carla Heron
Email:  cheron@energywerx.org

**ENERGYWERX Deputy Director**
Name:  Christi Pezzone
Email:  cpezzone@energywerx.org

**ENERGYWERX Programmatic POC**
Name:  Chris Debetaz
Email:  cdebetaz@energywerx.org

**DEFENSEWERX Financial POC**
Name:  Joanna Gomez
Email: jgomez@defensewerx.org

**Pennsylvania Association for Sustainable Agriculture (Pasa) Primary Technical Program Manager POC**
Name: Joshua J. Brock
Email: Joshua@pasafarming.org
Phone: (814) 404-2929

**Pennsylvania Association for Sustainable Agriculture (Pasa) Alternate Technical Program Manager POC**
Name:
Email:
Phone:

**Pennsylvania Association for Sustainable Agriculture (Pasa) Primary Administrative POC**
Name:  Rachel de Vitry
Email: grantstream@pasafarming.org
Phone: (814) 349-9856

**J.A. 1529**

**Pennsylvania Association for Sustainable Agriculture (Pasa) Alternate Administrative POC**
Name:
Email:
Phone:

**For DEFENSEWERX (dba ENERGYWERX)**

**For Pennsylvania Association for Sustainable Agriculture (Pasa)**

By: _Christi C Pezzone_

Christi Pezzone,
ENERGYWERX Deputy Director
Date: 7/19/2024

By: _Christina Kostelecky_

Name: Christina Kostelecky
Title: Finance and Administrative Services Co-Director
Date: 7/19/2024



**Exhibit J:  Engineering Change Proposal (ECP)**

As of the Effective Date, there are no modifications.  Should any modification be required, this exhibit will be updated to reflect those mutually agreed to changes and affixed with signatures of both parties below.

**IN WITNESS WHEREOF**, the parties hereto have signed and sealed this Agreement as of the day and year first above written,

**DEFENSEWERX**

By: _Christi C Pezzone_
E9FCE52B6C2B4C3...
Name: Christi Pezzone
Title: ENERGYWERX Deputy Director
Date: 7/19/2024

**SELECTEE**

By: _Christina kostelecky_
9F4AD6A35C6546E...
Name: Christina Kostelecky
Title: Finance and Administrative Services Co-Director
Date: 7/19/2024

Docusign Envelope ID: 6D589E5E-2C5D-48ED-B0AC-91685689E90A



**Exhibit K:  Declaration of Background Intellectual Property (IP)**

This exhibit is not applicable.

**J.A. 1532**

Docusign Envelope ID: 6D589E5E-2C5D-48ED-B0AC-9168E689E00A

energywerx

**Exhibit L:  Intellectual Property**

This exhibit is not applicable.

J.A. 1533

USCA4 Appeal: 25-1575      Doc: 55-3      Filed: 06/23/2025      Pg: 598 of 602

Docusign Envelope ID: 6D589F5E-2CED-48ED-B0AC-9168E688F60A
2:23-cv-02152-RMG      Date Filed 03/26/25      Entry Number 24-13      Page 167 of 171



**Exhibit M:  Capabilities Overview**

DOE FECM Capacity Building for Repurposing Energy Assets Assessment Event
Capabilities Overview

# Leveraging High Tunnels with Geothermal Energy from Abandoned Wells

## Pennsylvania Association for Sustainable Agriculture

## d/b/a Pasa Sustainable Agriculture "Pasa"

*In Partnership With Our Subcontractor:*

**Repurposing Center for Energy Transition (ReCET),**

**College of Earth and Mineral Sciences, Pennsylvania State University**

April 16, 2024

Joshua Brock | Research Data Technology Specialist | Pasa Project Lead

Rachel de Vitry | Finance & Administrative Services Co-Director | Pasa Project Consultant

grantsteam@pasafarming.org

**Main Office**

1631 N Front St.

Harrisburg, PA 17102

(814) 349-9856

*Pasa is a nonprofit that supports sustainable farms and equitable food systems through farmer-driven education, research and community. Our **vision** is a world where agriculture nourishes, heals, and empowers. Our **mission** is cultivating environmentally sound, economically viable, community-focused farms and food systems. We're based in Pennsylvania and increasingly engaging with farmers and partners across the Mid-Atlantic and the Northeast.*

**J.A. 1534**



DOE FECM Capacity Building for Repurposing Energy Assets Assessment Event
Capabilities Overview

## Leveraging High Tunnels with Geothermal Energy from Abandoned Wells

Pennsylvania Association for Sustainable Agriculture d/b/a Pasa Sustainable Agriculture "Pasa" is proposing a project to leverage abandoned oil and gas wells in Pennsylvania to provide heat for high tunnel farming. The key elements of the project include identifying abandoned wells, sealing and retrofitting these wells with the help of the ReCET center at Penn State, and then using the geothermal energy from the retrofitted wells to heat high tunnels on Pasa member farms. High tunnels are unheated, plastic-covered structures that extend the growing season for a variety of crops. They provide a protected environment for plants, allowing farmers to grow crops earlier and later in the season compared to open-field cultivation. High tunnels are a popular sustainable farming technique, as they enable more efficient use of land, water, and other resources while reducing the need for energy-intensive greenhouse structures. However in cold climates like Pennsylvania, extra heat needs to be provided to high tunnels in cold seasons.

By utilizing the geothermal energy from abandoned oil and gas wells, Pasa's proposed project provides a sustainable and renewable heating source for high tunnel farming, reducing the need for fossil fuel-based heating. Additionally, the sealing and retrofitting of the abandoned wells will help mitigate the risk of greenhouse gas emissions, addressing a significant environmental concern associated with these well sites.

This project will actively engage local communities, from initial planning stages to implementation and maintenance. By involving local stakeholders in the planning and implementation phases, the project not only seeks to repurpose fossil energy assets and revolutionize agricultural energy use but also to benefit and empower the community through direct participation, workforce development and education. Pasa will be instrumental in disseminating knowledge, facilitating workshops, and engaging local farmers and community members in discussions about sustainable energy and agricultural practices.

Workforce development will be supported by hands-on training and educational programs, aims to equip local workers with the skills necessary for the emerging green economy. This approach not only addresses the immediate needs of the project but also contributes to the broader goal of building a sustainable, skilled workforce capable of leading future initiatives in renewable energy and sustainable agriculture.

The project will foster renewable energy production and management, sustainable agricultural practices and community development. The project's regional approach, targeting multiple counties in Pennsylvania, has the potential to create a significant impact on the local agricultural community and the environment by promoting sustainable farming practices and reducing the environmental footprint of abandoned oil and gas infrastructure.

**QUALIFICATIONS, CREDENTIALS, AND CORE COMPETENCIES:** Pasa is a non-profit organization that promotes sustainable and regenerative agriculture practices in Pennsylvania and the surrounding region. Pasa's mission is to promote profitable farms, healthier people, and a more sustainable environment. They focus on supporting farmers, ranchers, and other food system stakeholders in adopting practices that improve soil health, reduce environmental impact, and ensure the long-term viability of agricultural operations. Three aspects of Pasa activities make it unique to lead this project: (1) **Research and Demonstration:** Pasa conducts on-farm research

**J.A. 1535**

USCA4 Appeal: 25-1575    Doc: 55-3    Filed: 06/23/2025    Pg: 600 of 602

Docusign Envelope ID: 6D599E5E-2GED-48ED-B0AC-9168E588E80A
2:24-cv-02152-RMG    Date Filed 03/26/25    Entry Number 24-13    Page 169 of 171

energywerx

DOE FECM Capacity Building for Repurposing Energy Assets Assessment Event
Capabilities Overview

projects and maintains demonstration sites to showcase the benefits of sustainable agriculture practices, (2) **Advocacy and Policy:** Pasa advocates for policies and regulations that support sustainable agriculture at the state and federal levels, and (3) **Consumer Outreach:** Pasa works to educate consumers about the importance of supporting local, sustainable food systems.

Pasa has a regional focus, primarily serving farmers and communities within Pennsylvania and the Mid-Atlantic and Northeast region of the U.S. The organization has a network of over 6,000 members, including farmers, ranchers, food processors, researchers, and consumers. Pasa has done projects on high tunnel farming as well as worked to increase awareness among the farming community and the general public regarding the issues of abandoned wells which are very relevant to this proposal. Pasa organizes an annual Sustainable Agriculture Conference, which is one of the largest such events in the eastern United States, attracting over 2,000 attendees.

The Repurposing Center for Energy Transition (ReCET) is recently established at Penn State's College of Earth and Mineral Sciences including faculties with different backgrounds from energy engineering to economic and social sciences. ReCET will provide the necessary scientific and technical expertise, focusing on subsurface innovations and sustainable energy solutions. The Penn State team at ReCET consists of 15 faculties with various expertise. Dr. Dahi Taleghani has had several industry and federally-funded projects on geothermal energy (more specifically closed-loop systems). Dr. Zhen Lei is an energy economist and has been involved with the economic, social and community impact assessment of similar projects in Pennsylvania and other states. At the moment, ReCET has several projects for transforming fossil energy assets into clean energy applications like storage wells.

The collaborative efforts by Pasa and ReCET at Penn State underscore our commitment to not just the technological aspects of the project but also the vital socioeconomic and community dimensions of sustainable development.

**BACKGROUND:** Pasa has collected GPS coordinates of abandoned oil and gas wells ~~from~~ in proximity to their member farms across 12 counties (Warren, McKean, Potter, Forest, Elk, Venango, Clarion, Jefferson, Clearfield, Armstrong, Indiana, and Cambria) ~~counties of~~in Northcentral Pennsylvania. These wells are scattered across the region and have been cataloged ~~in Pasa's database~~by Pasa for research purposes. Pasa is ~~already~~ continually engaged with its member farmers and providing them with a practical, cost-effective way to incorporate sustainable practices into their operations. The retrofitted wells, which have bottom-hole temperatures around 80°C and depths of 7,500-11,000 feet, will be used to provide heat for high tunnel farming on Pasa member farms. An example is shown in *Figure 1*.



**Figure 1.** Abandoned wells located in the proximity of the high tunnels could be used for geothermal applications.

**METHODOLOGY:** Downselection of the farm and wells will be conducted based on the well distance and bottomhole temperatures. In the next round, farmers and local governments of selected locations will be interviewed to measure their interests and down-select the most promising locations for retrofitting. Then Penn State team will conduct basic engineering design.

energywerx

DOE FECM Capacity Building for Repurposing Energy Assets Assessment Event
Capabilities Overview

The engineering design includes an assessment of the integrity of the existing well, a sealing plan for the existing wellbore, and a design of the closed-loop system to circulate water through the annulus and tubing placed in the well (see the *Figure 2*). We will also ~~Dd~~determine the necessary permits and conduct discussions with relevant agencies to ensure compliance with environmental and construction standards. These studies will be followed by economic, community, and environmental impact analyses, to assess the economic viability, community and job impacts and environmental benefits (including reductions in greenhouse gas emissions and the overall carbon footprint of agricultural practices). We will also assess the scalability and replicability of this model for other communities and regions. These analyses will provide solid foundation for policy



Figure 2. A schematic of a closed-loop geothermal well after sealing the well.

recommendations and future initiatives aimed at sustainable agricultural practices and renewable energy integration. The reports will be shared with the landowners and financiers for potential development into the second phase. Environmental and risk assessments will be conducted for the projects with promising financial support opportunities.

Workforce Development: We leverage Pasa's past expertise in workforce training and ReCET part experiences for innovations and education in geothermal engineering through workshops and demonstrations. Our goal is to empower the community with sustainable energy skills, fostering job creation in renewable energy sectors.

Community Engagement and Scalability: Engagement with local stakeholders is essential, ensuring project transparency and support. We aim to create a replicable model that other communities can adapt, addressing the DOE's broader goals of energy sustainability and economic revitalization.

Knowledge Sharing: Sharing results including best practices is fundamental. We will document and disseminate project stages and outcomes, engaging with energy communities through technical conferences and digital platforms to inspire nationwide replication.

**Project Outcomes and Impacts:**

Economic, Social and Community Impacts: By integrating geothermal energy into agricultural practices, our project not only promises enhanced energy security and cost savings for local farmers, thereby improving their profitability and sustainability, but also anticipates generating numerous job opportunities in the construction, maintenance, and operation of these innovative systems. Furthermore, it aims to bolster community resilience and empowerment, fostering skill development and active engagement in sustainable practices.

Environmental Benefits: Utilizing clean, renewable energy through repurposing abandoned wells minimizes the environmental footprint of abandoned wells and farming, marking a pivotal step towards more sustainable agriculture.

**Conclusion:** Our project ambitiously aims to revolutionize sustainable agriculture by repurposing abandoned oil and gas wells for geothermal energy, directly aligning with the Department of

USCA4 Appeal: 25-1575    Doc: 55-3      Filed: 06/23/2025    Pg: 602 of 602

Docusign Envelope ID: 6D589E5E-2C5D-48ED-B0AC-91686589E0A3
2:23-cv-02152-RMG    Date Filed 03/26/25    Entry Number 24-13    Page 171 of 171

energywerx

DOE FECM Capacity Building for Repurposing Energy Assets Assessment Event
Capabilities Overview

Energy's (DOE) sustainability and innovation goals. With the expertise of this group and support from local communities, we're set to showcase a scalable, environmentally friendly solution that can be replicated nationwide.

J.A. 1538