No. 25-1575

IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

The Sustainability Institute, *et al.*,

Plaintiffs-Appellees,

v.

Donald J. Trump, *et al.*,

Defendants-Appellants.

———————————

On Appeal from the United States District Court
for the District of South Carolina

———————————

## JOINT APPENDIX: VOLUME 5

———————————

KIMBERLEY HUNTER
IRENA COMO
NICHOLAS S. TORREY
CARL T. BRZORAD
SPENCER GALL
*Southern Environ-*
*mental Law Center*
*136 East Rosemary*
*Street, Suite 500*
*Chapel Hill, NC 27514*
*(919) 967-1450*
*kmeyer@selc.org*
*icomo@selc.org*
*ntorrey@selc.org*
*cbrzorad@selc.org*
*sgall@selc.org*

GRAHAM PROVOST
ELAINE POON
JONATHAN MILLER
*Public Rights Project*
*490 43rd Street, Unit #115*
*Oakland, CA 94609*
*(510) 738-6788*
*graham@publicrightsproject.org*
*elaine@publicrightsproject.org*
*jon@publicrightsproject.org*

MARK ANKCORN
*Senior Chief Deputy City*
*Attorney*
*1200 Third Avenue, Suite 1100*
*San Diego, CA 92101-4100*
*(619) 533-5800*
*mankcorn@sandiego.gov*

BRETT A. SHUMATE
*Assistant Attorney*
*General*

BRYAN P. STIRLING
*United States Attorney*

DANIEL TENNY
SEAN R. JANDA
*Attorneys, Appellate*
*Staff*
*Civil Division, Room*
*7260*
*U.S. Department of*
*Justice*
*950 Pennsylvania*
*Avenue NW*
*Washington, DC 20530*
*(202) 514-3388*
*sean.r.janda@usdoj.gov*

# TABLE OF CONTENTS

**Page**

## Volume 1

District Court Order with Grant Chart Exhibit (May 20, 2025),
    Order, Dkt. No. 157 ................................................................J.A. 1
    Grant Chart Exhibit, Dkt. No. 157-1.................................J.A. 25

District Court Order (April 29, 2025), Dkt. No. 146 ...................J.A. 31

District Court Order (April 9, 2025), Dkt. No. 52 ......................J.A. 48

District Court Order (March 31, 2025), Dkt. No. 32....................J.A. 59

Amended Complaint with Exhibits (March 26, 2025),
    Amended Complaint, Dkt. No. 23......................................J.A. 61
    Exhibit A: First OMB Memo, Dkt. No. 23-5 ...................J.A. 155
    Exhibit B: Second OMB Memo, Dkt. No. 23-6 ...............J.A. 157
    Exhibit C: USDA Directive, Dkt. No. 23-7 .....................J.A. 160
    Exhibit D: EPA Memo, Dkt. No. 23-8 .............................J.A. 168
    Exhibit E: EPA Executive Order Compliance Review
    Requirement, Dkt. No. 23-9 ............................................J.A. 171
    Exhibit F: DOT Memo, Dkt. No. 23-10.............................J.A. 174
    Exhibit G: EPA Notice of DOGE Approval
    Requirement, Dkt. No. 23-11 ..........................................J.A. 178
    Exhibit H: DOT Secretary's Directive, Dkt. No. 23-12 ...............J.A. 180
    Exhibit I: DOE Memo, Dkt. No. 23-13 ...........................J.A. 183
    Exhibit J: EPA Flowchart for Equity-Related
    Grants, Dkt. No. 23-14 ...................................................J.A. 187

Exhibits to Plaintiffs' Preliminary Injunction Motion (March 26, 2025),
    Exhibit 1: Sustainability Institute Declaration, Dkt. No. 24-2 ....J.A. 190
    Exhibit 2: Agrarian Trust Declaration, Dkt. No. 24-3 .................J.A. 234
    Exhibit 3: Alliance for Agriculture Declaration, Dkt. No. 24-4 ...J.A. 324

## Volume 2

Exhibits to Plaintiffs' Preliminary Injunction Motion (cont.)
  Exhibit 4: Alliance for the Shenandoah Valley
  Declaration, Dkt. No. 24-5..................................................J.A. 463
  Exhibit 5: Bronx River Alliance Declaration, Dkt. No. 24-6........J.A. 667
  Exhibit 6: CleanAIRE NC Declaration, Dkt. No. 24-7.................J.A. 735
  Exhibit 7: Conservation Innovation Fund
  Declaration, Dkt. No. 24-8................................................J.A. 780
  Exhibit 8: Earth Island Institute
  Declaration, Dkt. No. 24-9................................................J.A. 852
  Exhibit 9: Leadership Counsel for Justice and Accounability
  Declaration, Dkt. No. 24-10..............................................J.A. 920

## Volume 3

Exhibits to Plaintiffs' Preliminary Injunction Motion (cont.)
  Exhibit 10: Marbleseed Declaration, Dkt. No. 24-11 .....................J.A. 942
  Exhibit 11: Organic Association of Kentucky
  Declaration, Dkt. No. 24-12..............................................J.A. 1148
  Exhibit 12: Pasa Declaration, Dkt. No. 24-13 .............................J.A. 1368

## Volume 4

Exhibits to Plaintiffs' Preliminary Injunction Motion (cont.)
  Exhibit 13: RAFI-USA Declaration, Dkt. No. 24-14 ..................J.A. 1539
  Exhibit 14: City of Baltimore Declaration, Dkt. No. 24-15 ........J.A. 1917
  Exhibit 15: City of Columbus Declaration, Dkt. No. 24-16 ........J.A. 1988
  Exhibit 16: City of Madison Declaration, Dkt. No. 24-17..........J.A. 2006
  Exhibit 17: City of Nashville Declaration, Dkt. No. 24-18 .........J.A. 2024
  Exhibit 18: City of New Haven Declaration, Dkt. No. 24-19 .....J.A. 2039
  Exhibit 19: City of San Diego (Charvel)
  Declaration, Dkt. No. 24-20..............................................J.A. 2091
  Exhibit 20: City of San Diego (Widener)
  Declaration, Dkt. No. 24-21..............................................J.A. 2095

Exhibit 21: List of Plaintiffs' Grants and Statutory
    Authorities, Dkt. No. 24-22 ........................................................J.A. 2124

## Volume 5

Exhibits to Plaintiffs' Reply in Support of Preliminary Injunction
    Motion (April 16, 2025),
    Exhibit 1: U.S. Brief in Federal Circuit, Dkt. No. 64-1 .............J.A. 2140
    Exhibit 2: Chart Summarizing Plaintiffs'
    Injuries, Dkt. No. 64-2 ...................................................................J.A. 2242
    Exhibit 3: Pasa Supplemental Declaration, Dkt. No. 64-3 .........J.A. 2247

Transcript of April 23 Hearing, Dkt. No. 142 .......................................J.A. 2252

Exhibits to Government's Response to Court Order (May 6, 2025),
    Exhibit 1: Declaration of Karen Woodrich, Dkt. No. 147-1........J.A. 2325
    Exhibit 2: Declaration of Patricia Kovacs, Dkt. No. 147-2 .........J.A. 2347
    Exhibit 3: Declaration of Arlan Finfrock, Dkt. No. 147-3 ..........J.A. 2351
    Exhibit 4: Declaration of Travis Voyles, Dkt. No. 147-4............J.A. 2369
    Exhibit 5: Packard Supplemental Search
    Declaration, Dkt. Nos. 147-5 through 147-8................................J.A. 2480

## Volume 6

Exhibits to Government's Response to Court Order (cont.)
    Exhibit 6: Packard Deliberative Process
    Declaration, Dkt. No. 147-9............................................................J.A. 2759
    Exhibit 7: Declaration of Kailee Buller, Dkt. No. 147-10 ..........J.A. 2812

Exhibits to Plaintiffs' Response to Court Order (May 12, 2025),
    Exhibit 1: Table of Grants and Relief
    Requested, Dkt. No. 149-1...............................................................J.A. 2826
    Exhibit 2: Excerpt of Transcript of Preliminary Injunction
    Hearing, Dkt. No. 149-2...................................................................J.A. 2832
    Exhibit 3: EPA January 21 Email, Dkt. No. 149-3.......................J.A. 2838
    Exhibit 4: EPA March 7 Emails, Dkt. No. 149-4.........................J.A. 2839

Exhibit 5: EPA February 22-24 Emails, Dkt. No. 149-5 ............J.A. 2841
Exhibit 6: EPA February 21-24 Emails, Dkt. No. 149-6 ...........J.A. 2843
Exhibit 7: Supplemental Declaration of the Sustainability
Institute, Dkt. No. 149-7 ....................................................J.A. 2844
Exhibit 8: Inside EPA Article, Dkt. No. 149-8............................J.A. 2853
Exhibit 9: EPA Reduction in Force Memo, Dkt. No. 149-9 .......J.A. 2855
Exhibit 10: Supplemental Declaration of
CleanAIRE NC, Dkt. No. 149-10 .................................................J.A. 2857

Transcript of May 19 Hearing, Dkt. No. 163 ........................J.A. 2881

Notice of Appeal (May 21, 2025), Dkt. No. 159 .....................J.A. 2936

Docket Sheet ........................................................................J.A. 2937

SUSTAINABILITY INSTITUTE, ET AL v. TRUMP
2:25-CV-02152-RMG

# EXHIBIT 1

Opening Brief of Defendant-Appellant
*112 Genesee Street, LLC, et al. v. United States*, No. 25-1373
(Fed. Cir. Mar. 14, 2025)

IN THE UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

| | | |
|---|---|---|
| 112 GENESEE STREET, LLC, et. al., | ) | |
| | ) | |
| Plaintiffs-Appellees, | ) | |
| | ) | |
| v. | ) | No. 25-1373 |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant-Appellant. | ) | |

APPEAL FROM THE UNITED STATES COURT OF FEDERAL CLAIMS,
in No. 23-1876C, Judge Hertling

**OPENING BRIEF OF DEFENDANT-APPELLANT**

YAAKOV M. ROTH
Acting Assistant Attorney General

PATRICIA M. McCARTHY
Director

WILLIAM J. GRIMALDI
Assistant Director

REBECCA S. KRUSER
Senior Trial Attorney
Commercial Litigation Branch
Department of Justice
Civil Division
P.O. Box 480, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 305-2035
Email: rebecca.s.kruser@usdoj.gov

March 14, 2025                Attorneys for Defendant-Appellant

## TABLE OF CONTENTS

<u>Page</u>

STATEMENT OF RELATED CASES ........................................................................ viii

INTRODUCTION ............................................................................................................ 1

STATEMENT OF JURISDICTION ............................................................................ 1

STATEMENT OF THE ISSUES .................................................................................. 2

STATEMENT OF THE CASE ...................................................................................... 2

I.      Statutory Background ...................................................................................... 2

II.     History of the Restaurant Revitalization Fund ...................................... 5

III.    Prior Unsuccessful Litigation ...................................................................... 6

IV.     Proceedings in the Trial Court ..................................................................... 9

SUMMARY OF THE ARGUMENT ......................................................................... 11

ARGUMENT .................................................................................................................... 12

I.      Standard Of Review ........................................................................................ 12

II.     The Trial Court Erred Because Section 9009c is Not
        Money-Mandating ............................................................................................ 12

        A.      Tucker Act Claims and the Money-Mandating Requirement ................. 12

        B.      Section 9009c is Not Money-Mandating Under *Maine
                Community Health* and Other Precedent ......................................... 13

        C.      The Trial Court Erred In Reading Implied Money-Mandating
                Obligations Into Non-Monetary Administrative
                Requirements ........................................................................................ 21

        D.      The Trial Court Erred In Relying On Cases That Discuss When
                a Discretionary Statute is Money-Mandating ............................... 26

i

III.    The Trial Court's Decision is Contrary to the Court's Precedent Regarding Grant Programs ........................................................................ 30

IV.    The Trial Court Misunderstood the Scope of Tucker Act Jurisdiction ............ 34

      A.    The Trial Court Erred By Preemptively Determining that Plaintiffs-Appellees' Claims Come Under Tucker Act Jurisdiction ........................ 35

      B.    The Trial Court Erred By Failing to Properly Apply *Bowen* .................... 38

      C.    The Trial Court Failed to Properly Apply *Katz* ......................................... 44

      D.    The Trial Court Erroneously Opined That It Shares Jurisdiction With the District Courts Over This Case ........................................................... 45

      E.    The Trial Court Erroneously Found the Potential Unavailability of Relief in Another Forum to be Relevant to its Jurisdiction ................. 47

V.    In the Alternative, the Trial Court Erred In Holding that Plaintiffs-Appellees State a Claim Upon Which Relief Can Be Granted ............................................. 48

      A.    15 U.S.C. § 9009c(b)(2)(A) Imposes A Statutory Cap On the Amount That Congress Intended To Spend For the RRF Program ..................... 48

      B.    The Trial Court Misinterpreted Section 9009c(b)(2)(A) to Be Open-Ended and Uncapped ........................................................................ 50

      C.    The Trial Court Ignored That Congress' Subsequent Actions Eliminated Any Payment Obligation ........................................................ 51

      D.    The Trial Court Erred by Determining That Even if the Government's Liability Was Capped, Plaintiffs-Appellees Would Still State a Claim .... 53

CONCLUSION .............................................................................................. 54

CERTIFICATE OF COMPLIANCE ............................................................ 55

ADDENDUM

ii

**J.A. 2143**

# TABLE OF AUTHORITIES

## CASES                                                    PAGE(S)

*Adia Holdings, Inc. v. United States,*
   170 Fed. Cl. 296 (2024) ........................................................................8

*Bowen v. Mass.,*
   487 U.S. 879 (1988) ......................................................................passim

*Broughton Lumber Co.*
   939 F.2d 1547 (Fed. Cir. 1991) ..........................................................46

*Chef Time 1520, LLC v. SBA,*
   646 F. Supp. 3d 101 (D.D.C. 2022) ......................................................8

*Consol. Edison Co. of New York v. Dep't of Energy,*
   247 F.3d 1378 (Fed. Cir. 2001) ...............................................39, 41, 42

*Dancy v. United States,*
   229 Ct. Cl. 300 (1982) ..........................................................................37

*Doe v. United States,*
   463 F.3d 1314 (Fed. Cir. 2006) .....................................................27, 28

*Dorsey v. United States,*
   567 U.S. 260 (2012) ..............................................................................52

*Eastport S. S. Corp. v. United States,*
   372 F.2d 1002 (Ct. Cl. 1967) .....................................................22, 23, 24

*Fisher v. United States,*
   402 F.3d 1167 (Fed. Cir. 2005) ...........................................................53

*Greenlee County, Ariz., v. United States,*
   487 F.3d 871 (Fed. Cir. 2007) .....................................................17, 18, 49

*Greer's Ranch Café v. Guzman,*
   540 F. Supp. 3d 638 (N.D. Tex. 2021) .................................................3

**J.A. 2144**

*Hopi Tribe v. United States,*
   782 F.3d 662 (Fed. Cir. 2015) ................................................................12

*Ind. Mun. Power Agency v. United States,*
   154 Fed. Cl. 752 (2021) ........................................................................52

*Infidels, LLC v. Guzman,*
   No. 3:22-391, 2023 WL 5599605 (M.D. Tenn. Aug. 29, 2023) ....................7

*Kanemoto v. Reno,*
   41 F.3d 641 (Fed. Cir. 1994) ................................................................18

*Katz v. Cisneros,*
   16 F.3d 1204 (Fed. Cir. 1994) .........................................................passim

*Kingsley Restaurants, Inc.,*
   2021 WL 8441778 ...............................................................................7

*Litecubes, LLC v. Northern Light Products, Inc.,*
   523 F.3d 1353 (Fed. Cir. 2008) ............................................................12

*Little River Lumber Co. v. United States,*
   7 Cl. Ct. 492 (1985) ............................................................................37

*Livingston v. Derwinski,*
   959 F.2d 224 (Fed. Cir. 1992) ..............................................................45

*Lummi Tribe of the Lummi Rsrv. v. United States,*
   99 Fed. Cl. 584 (2011) .........................................................................30

*Lummi Tribe of the Lummi Rsrv. v. United States,*
   870 F.3d 1313 (Fed. Cir. 2017) ......................................................passim

*Malone v. United States,*
   849 F.2d 1441 (Fed. Cir. 1988) ............................................................22

*Martinez v. United States,*
   333 F.3d 1295 (Fed. Cir. 2003) .......................................................34, 46

**J.A. 2145**

*MC Mgmt. of Rochester LLC v. Biden,*
   No. 6:22-6337, 2023 WL 4194771 (W.D.N.Y. June 27, 2023) ....................................7

*Me. Cmty. Health Options v. United States,*
   590 U.S. 296 (2020) .................................................................................................passim

*Nat'l Air Traffic Controllers Ass'n v. United States,*
   160 F.3d 714 (Fed. Cir. 1998) .............................................................................. 13, 26

*Nat'l Ctr. for Mfg. Scis. v. United States,*
   114 F.3d 196 (1997) ...................................................................................................32

*Perri v. United States,*
   340 F.3d 1337 (Fed. Cir. 2003) .......................................................................... 27, 28

*Portland Mint v. United States,*
   102 F.4th 1371 (Fed. Cir. 2024) ..............................................................................46

*Prairie County, Mont. v. United States,*
   782 F.3d 685 (Fed. Cir. 2015) .................................................................. 17, 18, 50

*Reboot Macon, LLC v. United States,*
   No. 5:21-CV-221, 2023 WL 4672395 (M.D. Ga. July 20, 2023) .................................7

*Samish Indian Nation v. United States,*
   419 F.3d 1355 (Fed. Cir. 2005) ...........................................................................passim

*Star-Glo Assocs., LP v. United States,*
   414 F.3d 1349 (Fed. Cir. 2005) ...............................................................................51

*Suburban Mortgage Associates, Inc. v. United States,*
   480 F.3d 1116 (Fed. Cir. 2007) ..........................................................................passim

*United States v. Bormes,*
   568 U.S. 6 (2012) .......................................................................................................26

*United States v. Fisher,*
   109 U.S. 143 (1883) ..................................................................................................52

*United States v. King,*
   395 U.S. 1 (1969) ............................................................................................... 13, 26

v

**J.A. 2146**

*United States v. Mitchell,*
     109 U.S. 146 (1883) .................................................................................53

*United States v. Mitchell,*
     463 U.S. 206 (1983) .................................................................................13

*United States v. Testan,*
     424 U.S. 392 (1976) ...........................................................................passim

*United States v. White Mountain Apache Tribe,*
     537 U.S. 465 (2003) .................................................................................13

*Vitolo v. Guzman,*
     999 F.3d 353 (6th Cir. 2021) ...........................................................3, 7, 54

*W6 Rest. Grp., Ltd. v. Guzman,*
     732 F. Supp. 3d 739 (N.D. Ohio 2024).............................................5, 6, 8

## **STATUTES**

5 U.S.C. § 706(2)(A) ......................................................................................33

5 U.S.C. § 706(2)(C) ......................................................................................33

5 U.S.C. § 706(2)(D) ......................................................................................33

5 U.S.C. § 5545(c)(2) .....................................................................................26

15 U.S.C. § 9009c ................................................................................1, 6, 53

15 U.S.C. § 9009c(a)(3) .............................................................................3, 31

15 U.S.C. § 9009c(a)(4) ...................................................................................2

15 U.S.C. § 9009c(a)(7) ...............................................................................3, 4

15 U.S.C. § 9009c(b)(2)(A) ..................................................................4, 47, 50

15 U.S.C. § 9009c(b)(3).............................................................................4, 13

15 U.S.C. § 9009c(c)(1) ..........................................................................passim

**J.A. 2147**

15 U.S.C. § 9009c(c)(3)(A) ........................................................................2

15 U.S.C. § 9009c(c)(4)(A) ........................................................................3

15 U.S.C. § 9009c(c)(5) ........................................................................3, 31

15 U.S.C. § 9009c(c)(6) ...................................................................passim

28 U.S.C. § 524 ......................................................................................27

28 U.S.C. § 1292(d) .................................................................................1

28 U.S.C. § 1292(d)(4)(A) .......................................................................39

28 U.S.C. § 1491 ....................................................................................22

28 U.S.C. § 1491(a)(1) ............................................................................12

28 U.S.C. § 1631 ....................................................................................36

42 U.S.C. § 18062(a) ..............................................................................14

42 U.S.C. § 18062(b)(1) ..........................................................................14

Pub. L. No. 117-2, 135 Stat. 4 (2021) ........................................................2

Pub. L. No. 118-5 .............................................................................5, 51

**RULES**

Federal Rules of Appellate Procedure 27(d)(1)(E) ...........................................55

**J.A. 2148**

## STATEMENT OF RELATED CASES

No other appeal in or from the present civil action has previously been before this or any other appellate court.  The Government is not aware of any related cases within the meaning of Federal Circuit Rule 47.5(b).

**J.A. 2149**

IN THE UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

| | | |
|---|---|---|
| 112 GENESEE STREET, LLC, *et al.*, | ) | |
| | ) | |
| Plaintiffs-Appellees, | ) | |
| | ) | |
| v. | ) | 25-1373 |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant-Appellant. | ) | |

## BRIEF OF DEFENDANT-APPELLANT

### INTRODUCTION

This case presents an opportunity for the Court to reaffirm the fundamental
boundaries of the Court of Federal Claims' (trial court) jurisdiction against plaintiffs
seeking its expansion. The trial court is not a forum to provide redress to plaintiffs
who claim harm stemming from allegedly erroneous Government actions in the
absence of one of the bases for jurisdiction listed in the Tucker Act. Nor is the trial
court the proper venue to review agency decisions in the administration of Federal
programs. The trial court's decision ventures far beyond the governing precedent and
conflicts with the well-established understanding of its history, role, and unique
jurisdiction.

### STATEMENT OF JURISDICTION

This Court has jurisdiction pursuant to 28 U.S.C. § 1292(d). On July 24, 2024,
the trial court issued the interlocutory order that is subject to appeal. Appx1-34. The

**J.A. 2150**

trial court certified that order for appeal on October 24, 2024. Appx35-42. On January 17, 2025, this Court granted our petition for interlocutory appeal of the order in question.

## STATEMENT OF THE ISSUES

1.     The trial court erred in holding that the statute establishing the Restaurant Revitalization Fund (RRF), 15 U.S.C. § 9009c, which states that the Small Business Administration (SBA) "shall award grants to eligible entities in the order in which applications are received," is a money-mandating statute authorizing damages for SBA's use of a different method of disbursement.

2.     If the statute is money-mandating, the trial court erred in holding that plaintiffs-appellees state a claim upon which relief can be granted in light of a plain language statutory cap on the Government's liability in the specific amount of $28.6 billion.

## STATEMENT OF THE CASE

### I.     Statutory Background

On March 11, 2021, Congress created the RRF and put it within SBA's administration. *See* Pub. L. No. 117-2, 135 Stat. 4 (2021). The purpose of the RRF was to provide assistance to restaurants struggling during the COVID-19 pandemic by giving out grants to "eligible entities" in an amount equal to their "pandemic-related

2

revenue loss[.]"[1]  15 U.S.C. §§ 9009c(a)(4), (7).  Eligible entities were defined to

include restaurants and other similar businesses, but excluded State or local

government-operated businesses, entities with more than 20 locations, entities that

had applied for or received another type of SBA grant, or publicly-traded companies.

*See id.* at § 9009c(a)(4).  For eligible entities that were open and operating for the

entirety of 2019, the pandemic-related revenue loss was defined simply as the entity's

2020 gross receipts subtracted from its 2019 gross receipts.  *See id.* at § 9009c(a)(7).

Eligible entities could receive grants equal to their pandemic-related revenue loss up

to an aggregate maximum of $10 million, with no more than $5 million per physical

location.  *Id.* at § 9009c(c)(4)(A).

　　Eligible entities were only permitted to use the grant funds on eleven categories

of expenses incurred as a "direct result of, or during, the COVID-19 pandemic[.]"  *Id.*

at § 9009c(c)(5).  This list included payroll costs, mortgage payments (except for

prepayment of the principal), rent payments (except for the prepayment of rent),

---

[1]  The RRF program contained a requirement that SBA "prioritize awarding grants
to eligible entities" that were either "small business concerns owned and controlled by
women," "small business concerns owned and controlled by veterans," or "socially
and economically disadvantaged small business concerns" for the first twenty-one
days.  15 U.S.C. § 9009c(c)(3)(A).  A divided motions panel of the U.S. Court of
Appeals for the Sixth Circuit concluded that this priority program likely violated the
Fifth Amendment's equal-protection guarantee.  *See Vitolo v. Guzman*, 999 F.3d 353
(6th Cir. 2021).  A district judge in the Northern District of Texas reached the same
conclusion in two other cases.  *See Greer's Ranch Café v. Guzman*, 540 F. Supp. 3d 638
(N.D. Tex. 2021); Order, *Blessed Cajuns LLC v. Guzman*, No. 4:21-677 (N.D. Tex. May
28, 2021) (ECF No. 18).

**J.A. 2152**

utilities, maintenance expenses (including construction to accommodate outdoor seating), supplies (including protective equipment and cleaning materials), food and beverage expenses "within the scope of the normal business practice" for the eligible entity pre-COVID, and paid sick leave. *Id.*

The statute also included a "covered period" beginning on February 15, 2020, and ending "on December 31, 2021, or a date to be determined by the Administrator that is not later than 2 years after March 11, 2021." *Id.* at § 9009c(a)(3). The SBA Administrator exercised this authority and the "covered period" thus ended on March 11, 2023. Crucially, the statute also contained a provision regarding the return of funds, which was tied to the "covered period." If an eligible entity failed "to use all grant funds" or "permanently cease[d] operations on or before the last day of the covered period," the eligible entity "shall return to the Treasury any funds that the eligible entity did not use . . . ." *See id.* at § 9009c(c)(6). Additionally, the statute required that awardees return to the Treasury any amount of a grant "based on estimated receipts that is greater than the actual gross receipts of the eligible entity in 2020[.]" *Id.* at § 9009c(c)(4)(B)(ii).

To implement this program, Congress appropriated money. The statute stated that "[i]n addition to amounts otherwise available, there is appropriated to the [RRF] for fiscal year 2021, out of any money in the Treasury not otherwise appropriated, $28,600,000,000, to remain available until expended." *Id.* at § 9009c(b)(2)(A). In

4

**J.A. 2153**

terms of distributing this money, the statute stated that the SBA Administrator "shall use amounts in the Fund to make grants described in subsection (c)." *Id.* at § 9009c(b)(3). This subsection (c) contained the statement that "the Administrator shall award grants to eligible entities in the order in which applications are received by the Administrator." *Id.* at § 9009c(c)(1).

## II.    History of the Restaurant Revitalization Fund

SBA began accepting applications for RRF grants on May 3, 2021. Appx5. By May 18, 2021, SBA had received 303,000 applications requesting approximately $69 billion in grants, which far exceeded the $28.6 billion Congress appropriated for the RRF program. *See W6 Rest. Grp., Ltd. v. Guzman*, 732 F. Supp. 3d 739, 742 (N.D. Ohio 2024).[2] Due to this overwhelming demand, SBA stopped accepting applications on May 24, 2021. *Id.* SBA processed and made awards through June 30, 2021, ultimately funding approximately 101,000 RRF grants.

During this period, SBA processed applications based on the date and time an application was electronically signed and submitted. However, not all applications took the same time to process. Because 15 U.S.C. § 9009c(c)(1) limited SBA to awarding to "eligible entities," SBA had to confirm an applicant's eligibility before issuing an award. In the face of a deluge of applications, some applications took

---

[2]    *W6 Restaurant Group* is currently on appeal before the United States Court of Appeals for the Sixth Circuit. No. 24-3483 (6th Cir.)

5

**J.A. 2154**

longer to process because they were more complex or had errors or omissions that SBA allowed applicants to correct.

On July 2, 2021, SBA announced that the RRF fund was exhausted. *See W6 Rest. Grp., Ltd.*, 732 F. Supp. 3d at 742. Then, separately, in November 2022, still within the "covered period," SBA announced that it would reallocate approximately $83.4 million in recovered funds. *Id.* SBA made awards to another 169 applicants with this money. *Id.* In February 2023, the SBA announced again that all grants from the RRF had been distributed and that no money remained. *Id.*

On March 11, 2023, the "covered period" expired. Congress then expressly defunded the RRF on June 3, 2023, when the Fiscal Responsibility Act became law. *See* Pub. L. No. 118-5, 137 Stat. 10. As part of a bipartisan agreement to suspend the public debt limit through January 1, 2025, the law rescinded unobligated funds from at least eighty-one different Federal programs, including the RRF. *See id.* § 52, 137 Stat. at 28 ("The unobligated balances of amounts made available by section 5003(b)(2)(A) of Public Law 117-2 are hereby permanently rescinded.").[3]

## III. Prior Unsuccessful Litigation

This case is part of a series of disputes about the administration of the RRF program and should be understood in light of several earlier unsuccessful cases in

---

[3] Congress created the RRF as section 5003 part of the American Rescue Plan Act of 2020. Section 5003 was later codified at 15 U.S.C. § 9009c.

district court and the Court of Federal Claims, which were all filed after the $28.6

billion had been exhausted.  In *Kingsley Restaurants, Inc.*, *MC Management of Rochester,*

*LLC*, and *Infidels, LLC*, the plaintiffs challenged the constitutionality of the 21-day

priority period and sought injunctive relief.  However, unlike the *Vitolo* plaintiffs, they

were too late to obtain any relief.  Three different district courts dismissed on

standing or mootness grounds because the priority period had ended and all of the

money had been disbursed.  *See Kingsley Restaurants, Inc. v. U.S. Small Bus. Admin.*, No.

1:21-2314, 2021 WL 8441778, at *1-*3 (N.D. Ga. Aug. 24, 2021) (unreported); *MC*

*Mgmt. of Rochester LLC v. Biden*, No. 6:22-6337, 2023 WL 4194771, at *1-*3 (W.D.N.Y.

June 27, 2023); *Infidels, LLC v. Guzman*, No. 3:22-391, 2023 WL 5599605, at *2-*3

(M.D. Tenn. Aug. 29, 2023).

Next, in *Reboot Macon, LLC*, the plaintiffs were priority applicants who did not

receive RRF grants because SBA decided not to fund priority applications after the

*Vitolo* decision.  *Reboot Macon, LLC v. United States*, No. 5:21-CV-221, 2023 WL

4672395, at *1 (M.D. Ga. July 20, 2023).  The plaintiffs challenged SBA's actions

under the Administrative Procedure Act (APA), alleging that SBA funded non-priority

applications that were submitted after plaintiffs' applications.  *Id.*  The district court

held that the depletion of the RRF and the end of the "covered period" mooted the

plaintiffs' claims.  *Id.* at *4-*7.

The district court decision in *W6 Restaurant Group* is most relevant to the

instant case. The plaintiffs asserted an APA claim that SBA failed to comply with 15 U.S.C. § 9009c(c)(1) because SBA did not process applications for RRF grants in the order in which they were received. *W6 Rest. Grp.*, 732 F. Supp. 3d at 743. The plaintiffs sought an injunction to require SBA to process all applications in the order in which they were received and to obtain the return of grant funds provided to ineligible entities for redistribution. *Id.* The district court held that the APA did not grant jurisdiction to review an agency's non-enforcement decisions. *Id.* at 746-48. The district court also held that the plaintiffs' broader request for review of SBA's compliance with section 9009c(c)(1) was moot because of the end of the "covered period" and the Fiscal Responsibility Act's rescinding of any unobligated RRF funds.[4] *Id.* at 748-53.

Finally, a different group of plaintiffs brought suit regarding the RRF program in the Court of Federal Claims in May 2023 in *Adia Holdings, Inc.* These plaintiffs asserted that the trial court possessed jurisdiction because the RRF statute created a

---

[4] Relatedly, *Chef Time 1520, LLC v. SBA* is also a useful demonstration of what plaintiffs-appellees here could have done. In that case, the plaintiffs brought an APA claim challenging SBA's failure to maintain their place in the queue after they addressed discrepancies in their applications. 646 F. Supp. 3d 101, 109 (D.D.C. 2022). When the plaintiffs filed suit, SBA had not yet distributed all of the $83 million that it had available in November 2022 and thus there was no redressability problem. *Id.* at 107-08. The district court analyzed the statutory language that SBA must "award grants to eligible entities in the order in which the applications are received" and held that it was not arbitrary and capricious for SBA to use the time an application was substantially correct and complete, not when it was first submitted. *Id.* at 111.

contract with applicants.  The trial court dismissed this case for failure to state a claim. 170 Fed. Cl. 296-97 (2024).

## IV.    Proceedings in the Trial Court

On October 25, 2023, plaintiffs-appellees, 303 businesses in the restaurant industry, brought suit at the trial court over SBA's purported failures in administering the RRF program.  *See* Appx49-50.  In order to ostensibly come within the trial court's Tucker Act jurisdiction, plaintiffs-appellees allege that the RRF statute is money-mandating.  However, plaintiffs-appellees did not simply claim that they submitted eligible applications that the statute required SBA to pay.

Instead, plaintiffs-appellees allege that SBA's actions were unlawful, arbitrary, capricious, and negligent.  Appx50-87.  Plaintiffs-appellees focus on the idea that SBA failed to follow a statutory mandate to award grants in the order that applications were received.[5]  Appx82-88.  Plaintiffs-appellees theorize that as first-day applicants,

---

[5] Although plaintiffs-appellees have made the order in which grants were awarded their central theory, their complaint details a large number of other alleged administrative failures on the part of SBA.  Plaintiffs-appellees claim that the SBA did not have sufficient pre-award controls to stop fraud or verify applicants' gross receipts, Appx73-75, did not properly review applications and resolve issues, Appx76, did not manage the online portal properly, Appx76-77, failed to take reasonable measures to detect fraud, Appx77-78, unlawfully applied program procedures, Appx78-79, did not perform an assessment of the effectiveness of its pre-award controls, Appx79-80, failed to enforce reporting requirements, Appx80, failed to act to recover fraudulent, misused, or unused funds, Appx81, incorrectly implemented payment processing, Appx81, and did not perform an estimate of misallocated funds, Appx81-82.  Plaintiffs-appellees also alleged instances in which the SBA applied its

9

**J.A. 2158**

they would have received grants but for SBA's unlawful, negligent, and arbitrary and capricious use of processing order, not time of application, to make awards.  Appx88. According to plaintiffs-appellees, the use of an incorrect method of making awards "resulted in the misallocation of billions of dollars of RRF funds to award grants to applicants who were or should have been in line behind [plaintiffs-appellees]." Appx58-59, Appx87-88.  Plaintiffs-appellees thus claim that the requirement to award grants in the order in which applications were received is money-mandating and that they have an entitlement to money damages because SBA prevented them from receiving grants by arbitrarily and capriciously exhausting the appropriated funding on grants to later applicants.  Appx83-88.

On February 26, 2024, we moved to dismiss for lack of subject-matter jurisdiction, primarily because the RRF statute is not money-mandating.  After oral argument, the trial court requested supplemental briefing as to whether plaintiffs-appellees failed to state a claim.  On July 24, 2024, the trial court issued an opinion and accompanying order denying our motion.  Appx1-34.

Despite the novel and indirect nature of this claim, the trial court determined that it possesses subject-matter jurisdiction.  The trial court also held that plaintiffs-

---

rules too strictly and excluded plaintiffs' applications from consideration.  Appx68-72. Plaintiffs-appellees assert that these issues caused SBA to "misallocate" program funds towards undeserving or fraudulent parties, instead of awarding them grants. Appx82, Appx83.

J.A. 2159

appellees state a claim for which relief can be granted.  We bring this interlocutory

appeal to challenge both of these holdings.

## SUMMARY OF THE ARGUMENT

Although on the surface, the trial court's lengthy and detailed opinion may

seem like a grand edifice, it is built on a faulty foundation.  The most basic problem is

that section 9009c is not money-mandating.  The trial court erred by taking statutory

language out of context and reading it in isolation.  Importantly, section 9009c's

wording is dissimilar to statutes that have been found to genuinely create a payment

obligation on the part of the Government either through mandatory or even

discretionary language.  The trial court would read into non-pecuniary statutes an

implied right of compensation for wrongful Government decisions or actions, a

theory that has been soundly rejected by this Court.  Even further, the trial court's

decision conflicts with the Court's recent decision finding no jurisdiction over a

statute addressing a similar strings-attached grant program.

Furthermore, the trial court incorrectly relied upon plaintiffs-appellees' own

characterization of their claims to find that it possesses jurisdiction.  The trial court

brushed aside key cases explaining the boundary of Tucker Act jurisdiction and

demonstrating why plaintiffs-appellees' claims should have been brought elsewhere.

The trial court's expansive view of its jurisdiction as concurrent with or dependent

upon the existence of district court jurisdiction is unfounded and unsupported.

11

**J.A. 2160**

Alternatively, even if section 9009c is money-mandating, the trial court erred in determining that plaintiffs-appellees state a claim upon which relief can be granted. The statute contains a clear cap on the Government's obligation. The trial court also ignored that Congress' subsequent actions eliminated any payment obligation. At base, plaintiffs-appellees cannot state a claim that they were harmed by SBA's alleged violation of a non-money-mandating statute.

## ARGUMENT

### I.    Standard of Review

Subject-matter jurisdiction is a question of law that the Court reviews *de novo*. *Litecubes, LLC v. Northern Light Products, Inc.*, 523 F.3d 1353, 1358 (Fed. Cir. 2008). The Court also "reviews without deference the trial court's statutory interpretation." *Samish Indian Nation v. United States*, 419 F.3d 1355, 1364 (Fed. Cir. 2005). The plaintiff bears the burden of establishing jurisdiction. *Hopi Tribe v. United States*, 782 F.3d 662, 666 (Fed Cir. 2015).

### II.    The Trial Court Erred Because Section 9009c is Not Money-Mandating

#### A.    Tucker Act Claims and the Money-Mandating Requirement

The Tucker Act authorizes the Court of Federal Claims to exercise jurisdiction over claims "founded either upon the Constitution, or any Act of Congress or any regulation of an executive department, or upon any express or implied contract with the United States, or for liquidated or unliquidated damages in cases not sounding in

12

**J.A. 2161**

tort." 28 U.S.C. § 1491(a)(1). However, the Tucker Act "does not create any substantive right enforceable against the United States for money damages." *United States v. Testan*, 424 U.S. 392, 398 (1976). In order to come within the waiver of sovereign immunity stated in the Tucker Act, a plaintiff must identify a "money-mandating" source of substantive law that creates the right to money damages. *Lummi Tribe of the Lummi Rsrv. v. United States*, 870 F.3d 1313, 1317 (Fed. Cir. 2017) (citing *United States v. Mitchell*, 463 U.S. 206, 216 (1983); *Testan*, 424 U.S. at 398).

A statute is money-mandating if it can fairly be interpreted as mandating compensation by the Federal Government for damages sustained. *Me. Cmty. Health Options v. United States*, 590 U.S. 296, 322 (2020) (citing *United States v. White Mountain Apache Tribe*, 537 U.S. 465, 472 (2003)). The Court must examine whether the sources of law relied upon by a plaintiff mandate "compensation for damages sustained as a result of a breach of the duties they impose." *Mitchell*, 463 U.S. at 219. Crucially, "[n]ot every claim invoking the Constitution, a federal statute, or a regulation is cognizable under the Tucker Act." *Id.* at 216. "[A] plaintiff seeking to invoke the court's jurisdiction must present a claim for 'actual, presently due money damages from the United States.'" *Nat'l Air Traffic Controllers Ass'n v. United States*, 160 F.3d 714, 716 (Fed. Cir. 1998) (quoting *United States v. King,* 395 U.S. 1, 3 (1969)).

### B. Section 9009c is Not Money-Mandating Under *Maine Community Health* and Other Precedent

In its opinion, the trial court found section 9009c to be money-mandating

13

**J.A. 2162**

based on isolated pieces of the language of sections 9009c(b)(3) and 9009c(c)(1).

Appx16-23. Section 9009c(b)(3) established the RRF program and stated that "[t]he

Administrator shall use amounts in the Fund to make grants described in subsection

(c)[.]" 15 U.S.C. § 9009c(b)(3). Section 9009c(c)(1) stated that "the Administrator

shall award grants to eligible entities in the order in which applications are received by

the Administrator." *Id.* at § 9009c(c)(1). The trial court concluded the statute was

money-mandating "by its plain terms." Appx23.

      However, the trial court did not compare the language of section 9009c(b)(3)

and section 9009c(c)(1) to known money-mandating statutes. Performing this

exercise establishes that the trial court erred. Section 9009c is dissimilar to statutes

that have genuinely created a payment obligation on the part of the Government.

The most recent Supreme Court decision finding a statute to be money-mandating,

*Maine Community Health*, exemplifies these differences.

      *Maine Community Health* addressed the Affordable Care Act (ACA), which

expanded healthcare coverage and created online marketplaces where insurers could

sell plans. 590 U.S. at 300. The ACA contained several initiatives to encourage

insurers to participate and to defray their costs and risks. *Id.* In particular, the "Risk

Corridors" program was meant to "compensate insurers for unexpectedly

unprofitable plans during the marketplaces' first three years." *Id.*

      The statute creating the Risk Corridors program stated that the agency "shall

14

**J.A. 2163**

establish and administer a program of risk corridors for calendar years 2014, 2015, and 2016" under which a qualified health plan "shall participate in a payment adjustment system based on the ratio of the allowable costs of the plan to the plan's aggregate premiums." 42 U.S.C. § 18062(a). The agency "shall provide" that if an insurance plan lost a specified amount of money, then the agency "shall pay to the plan" a certain amount based on a calculation stated in the statute. *See id.* at § 18062(b)(1). Conversely, if the plan made a certain amount of money, the plan "shall pay" the agency. *Id.* at § 18062(b)(2). The plaintiffs were insurers who experienced losses under the Risk Corridors program but had not been paid due to a lack of appropriated funds. *Me. Cmty. Health*, 590 U.S. at 304-06. The plaintiffs sought a money judgment for these unpaid sums. *Id.* at 305-06.

The Supreme Court concluded that the Risk Corridors statute "imposed a legal duty of the United States that could mature into a legal liability" through the insurers' participation in the healthcare exchanges. *Id.* at 310. This conclusion flowed from the statute's "express terms and context," in particular its use of mandatory language. *Id.* Such mandatory language is "significant." *Id.* at 324.

The statute could fairly be interpreted as money-mandating because the phrase "shall pay" demonstrated Congress' intent to "create both a right and a remedy under the Tucker Act." *Id.* at 324 (quoting *Bowen v. Mass.*, 487 U.S. 879, 906 (1988)). In particular, the Supreme Court referenced the statute's "triple mandate" that the

15

**J.A. 2164**

agency "shall establish and administer" the program, "shall provide" for payment according to the statutory formula, and "shall pay" qualifying insurers. These features put the statute "comfortably within" the class of money-mandating statutes. *Id.* at 324-25. *Id.* The Supreme Court also noted that money-mandating provisions are "uncommon." *Id.* at 324.

In the instant case, the trial court failed to perceive the difference between the mandatory language needed for Congress to establish a benefits program and the type of mandatory language that creates a payment right and a remedy for specified members of the public. The trial court, without citing *Maine Community Health*, stated that it was relying on the "shall use" and "shall award" language in sections 9009c(b)(3) and (c)(1) "to find the statute money-mandating by its plain terms," suggesting that it found this usage of the word "shall" dispositive. Appx23. However, the trial erred by not considering the statute's "express terms and context." *See Me. Cmty. Health*, 590 U.S. at 310.

At most, section 9009c(b)(3) required that SBA "shall use the amounts in the Fund to make grants," established the RRF program, and prevented SBA from using the $28.6 billion appropriation for some other purpose. This provision is akin to the first part of the Risk Corridors statute's "triple mandate," namely that the agency shall "establish and administer" the program. However, if Congress' general creation of a grant program was sufficient to be money-mandating, even in the absence of any

16

**J.A. 2165**

specific "shall pay" requirement, then the Supreme Court would not have had to

perform any further analysis in *Maine Community Health* and money-mandating statutes

would be far from uncommon.  The trial court's reasoning therefore cannot be

correct.

Similarly, the trial court ignored the full wording of section 9009c(c)(1).  This

provision indeed states that SBA "shall award grants to eligible entities," but the

remainder of the sentence, the instruction to award grants in the order in which

applications are received, cannot be erased or removed.  Statutes found to be money-

mandating have not been directions on *how* the agency should make awards in general

but instead have directly stated a payment mandate and specified a group to which the

Government shall make the payment.

For example, in *Maine Community Health*, the subject of the "shall pay" language

was a particular group, specifically insurers with unprofitable plans.  590 U.S. at 310.

Further, in terms of this Court's recent decisions, *Greenlee County* and *Prairie County*

found the Payment in Lieu of Taxes Act (PILT) to be money-mandating.  PILT stated

that "the Secretary of the Interior shall make a payment for each fiscal year to each

unit of general local government in which entitlement land is located . . . ."  *Greenlee

County, Ariz., v. United States*, 487 F.3d 871, 877 (Fed. Cir. 2007); *see also Prairie Couty*,

*Mont. v. United States*, 782 F.3d 685, 686 (Fed. Cir. 2015).  Going further back, in

*Kanemoto v. Reno*, the Court examined a statute aimed at providing restitution to

17

**J.A. 2166**

individuals of Japanese descent who were interned during World War II. 41 F.3d 641, 643, 646 (Fed. Cir. 1994). The statute provided that the Attorney General shall pay the sum of $20,000 "to each eligible individual," with eligibility further defined in the statute and regulations. *Id.*

Here, however, section 9009(c)(1) does not contain the same type of wording, an actual command for SBA to make payment to a defined group, as in *Maine Community Health*, *Greenlee County*, *Prairie County*, and *Kanemoto*. The "shall award grants to eligible entities" language of section 9009(c)(1) does not stand alone, but is definitively coupled with an instruction to SBA to make awards "in the order in which applications are received." If Congress had intended to create an obligation to pay grants to all eligible entities or any specified subset of eligible applicants, such as, for example, first-day applicants, it would have said so directly. We are not aware of any case in which a similar type of administrative instruction to an agency was found to be money-mandating and none were cited by the trial court.

But if section 9009c is not analogous to any other money-mandating statute, why did the trial court determine that the statute entitled plaintiffs to compensation? It appears from the decision below that the trial court determined that section 9009c created an "individual right" or "limited mandated" for an applicant (depending upon the order in which that applicant applied).

Specifically, the trial court made contradictory statements as to the meaning of

18

**J.A. 2167**

the statute's language, which should have confirmed that the statute does not fit comfortably within Tucker Act jurisdiction. The trial court first cautioned that section 9009c "is not an unlimited money-mandate requiring the payment of grants to all eligible entities." Appx19. "In other words, the statute does not provide a general entitlement and is not a money-mandating grant to all eligible entities; instead the provision requires the use of a specific fund of money to be awarded to eligible entities in a specified order until the funds are exhausted." *Id.*

Nonetheless, the trial court then stated that the requirement in section 9009c(b)(3) that SBA make grants and do so in the order specified by section 9009c(c)(1) "gave each eligible applicant an individual right to receive payment before any later applicant." Appx22. The trial court also described this "individual right" as the right for eligible entities to received awards based on a "first-come, first served" basis. Appx19. According to the trial court, "[i]t does not matter that section 9009c does not literally command payment to all eligible entities because of the limited funding provided to the RRF, what matters is that the plaintiffs fall within the scope of section 9009c's money-mandate." Appx22.

Then, despite its previous statement that section 9009c does not require the payment of grants to all eligible entities, Appx19, the trial court explained that when the statutory provisions are read together, it was clear that section 9009c required SBA "to award grants to all eligible applicants, the hallmark of a money-mandating statute,

19

**J.A. 2168**

until the RRF was exhausted." Appx23. But the trial court formulated its overall conclusion somewhat differently – section 9009c is money-mandating, "but it is a limited mandate applying only to the money within the RRF because section 9009c(b)(3) only requires making awards to applicants out of the money available within the RRF." Appx23.

The trial court failed to properly apply *Maine Community Health* and other cases that provide examples of when a statute can fairly be interpreted as money-mandating. The trial court thus invented new concepts when it spoke of a plaintiff falling within the scope of a "money-mandate" generated out of a statute that does not command payment, a "limited mandate," or that section 9009c(c)(1) created an inchoate "individual right" for each eligible applicant to receive a grant before any later applicant that can be vindicated through money damages. But the much simpler and correct reasoning, based on precedent, is that section 9009c required SBA to operate the RRF program and give out the appropriated funds in a certain order of disbursement, but did not create any mandatory payment obligation to any or all applicants to the program, such that plaintiffs-appellees are now owed money because they did not receive grants. As such, the trial court failed to properly apply *Maine Community Health* and other cases that provide examples of when a statute can fairly be interpreted as money-mandating.

20

**J.A. 2169**

### C.    The Trial Court Erred In Reading Implied Money-Mandating Obligations Into Non-Monetary Administrative Requirements

Perhaps the trial court's misinterpretation of section 9009c can be explained by plaintiffs-appellees' failure to bring a standard claim for a violation of a money-mandating statute.  Plaintiffs-appellees do not simply claim that they submitted eligible applications but were not awarded grants, contrary to a statutory payment mandate.  Instead, they put forth an indirect theory that section 9009c required SBA to award RRF grants in the order that applications were received and that SBA's decision to award grants instead in the order that applications were processed, along with other issues, misallocated the limited funding to applicants who had applied later in time, or were ineligible to receive an RRF award.  Plaintiffs-appellees attribute the fact that they did not receive RRF grants to SBA's alleged unlawful, arbitrary, capricious, and negligent acts or omissions.

In order to address this unusual theory, the trial court incorrectly substituted the idea that SBA lacked discretion in administering the RRF program for the necessary money-mandating language.  The trial court held that SBA did not have authority to refuse to make a grant, to reject any otherwise eligible applicant, or to deny an award to any eligible entity.  Appx17-19.  The trial court then analyzed the word "received" in section 9009c(c)(1), and raised various concerns about fairness to applicants, to determine that SBA was required to use a strict line order.  Appx18-21.  As stated above, the trial court held that due to this lack of discretion, section 9009c

**J.A. 2170**

contained a "money-mandate" that "each eligible applicant" had an "individual right" to receive payment before any later applicant.  Appx22.

The trial court's faulty logic turned an instruction to SBA to award grants in the order in which applications were received into a "money-mandate" providing jurisdiction over plaintiffs-appellees' claims that they would have received grants if SBA had not arbitrarily used processing order to dole out the money.  Appx22-23. However, the trial court's reasoning is in conflict with well-established precedent. The Court of Claims long ago rejected reading into statutes an implied right of compensation for wrongful Government decisions or actions.  *See Eastport S. S. Corp. v. United States*, 372 F.2d 1002, 1009 (Ct. Cl. 1967) *abrogated in part on other grounds by Malone v. United States*, 849 F.2d 1441, 1444-45 (Fed. Cir. 1988).

Indeed, the Court of Claims' explanation in *Eastport* of its jurisdiction and its refusal to extend that jurisdiction demonstrates the trial court's error here.  In *Eastport*, the plaintiff sought damages for the Maritime Commission's failure to timely approve the sale of a repurposed ex-German ship to a Danish company pursuant to section 9 of the Shipping Act, which caused the plaintiff to lose that contract opportunity.  *Id.* at 1005-06.  The key question was therefore whether section 9 of the Shipping Act could be read to grant the plaintiff compensation for the business loss it incurred.  *Id.*

To answer this question, the Court of Claims reviewed "the historical boundaries" of the Court's jurisdiction and found that it excluded instances in which

22

**J.A. 2171**

"the basis of the federal claim – be it the Constitution, a statute, or a regulation – cannot be held to command, in itself and as correctly interpreted, the payment of money to the claimant, but in which some other principle of damages has to be invoked for recovery." *Id.* at 1008.  The Court of Claims gave the example that a Federal criminal defendant who has been "invalidly convicted or deprived of his liberty because of a violation of the Constitution or an Act of Congress cannot obtain compensation under 28 U.S.C. § 1491 for his loss," outside of specific legislation covering unjust convictions or civil rights violations.  *Id.* at 1009.

On its face, section 9 of the Shipping Act was a "regulatory measure" that forbade foreign sale of a vessel originally purchased from the Maritime Commission unless the Maritime Commission approved and authorized the sale.  *Id.*  The Court of Claims explained that neither the statute's text nor its legislative history suggested that "the United States will compensate an applicant who suffers a business loss because of the Commission's improper failure to grant the request."  *Id.*  Indeed, "[t]here is no decision of this or any other federal court holding or intimating that the United States will be liable under the Tucker Act for such a commercial injury resulting from a failure or wrong done in the course of the regulatory process."  *Id.  Eastport* therefore eliminates plaintiffs-appellees' theory that the Government is liable for money damages to make up for harms that their businesses suffered when they did not receive RRF grants due to SBA's failure to award grants in the order in which

23

**J.A. 2172**

applications were received.

Even more, *Eastport* rejects the trial court's invocation of an implied money-mandating "individual right" in section 9009c(c)(1) to have SBA award grants in a certain order. The Court of Claims declined to read an "unexpressed summons to compensate plaintiff for its business loss" into the "mass of other regulatory and prohibitory activities of the Federal Government (including criminal prosecutions) which can and do cause pecuniary loss if improperly conducted . . . ." *Id.* at 1009-10. The Court of Claims would "have to break entirely new and treacherous ground to find in [s]ection 9 an implied directive to allow such compensation." *Id.* at 1009. "A wholly new ground of obligation would be summarily created by mere implication from statutes which say nothing to suggest such pecuniary responsibility." *Id.* at 1010. Given that a claim of "liability for damages occasioned by wrongful regulatory action smacks more of tort than of non-tortious obligation," the Court of Claims refused to find in section 9 any "implied direction to compensate plaintiff." *Id.*

Nor is *Eastport* the only case that has rejected implied rights of compensation in non-pecuniary statutes. In *Testan*, the Supreme Court addressed the claims of two Government attorneys seeking reclassification of their positions to GS-14 level pursuant to the Classification Act. *Testan*, 424 U.S. at 393-94. It was "implicit in the [lower] court's decision" that a "violation of the Classification Act gives rise to a claim for money damages for pay lost by reason of the allegedly wrongful classifications."

24

**J.A. 2173**

*Id.* at 399.  However, the Supreme Court analyzed the Classification Act and held that it did not contain any provision that "expressly makes the United States liable for pay lost through allegedly improper classifications."  *Id.*

The Supreme Court rejected the position that the Tucker Act "fundamentally waives sovereign immunity with respect to any claim invoking a constitutional provision or a federal statute or regulation . . . ."  *Id.* at 400.  The Supreme Court specifically stated that it regarded as "unsound the argument of *amici* that all substantive rights of necessity create a waiver of sovereign immunity such that money damages are available to redress their violation."  *Id.  Testan* thus also rejects the trial court's view that it possesses jurisdiction to entertain plaintiffs-appellees' claims of money damages borne from SBA's alleged violation of section 9009c(c)(1).

The trial court's error would turn a wide variety of alleged agency failures in managing a benefits program into "individual rights" to money damages.  For example, plaintiffs-appellees' complaint alleges that SBA failed to weed out fraudulent applicants and that SBA misspent substantial amounts of the $28.6 billion based on fraud.  Appx63, Appx73, Appx74, Appx77-79.  There was obviously no discretion for SBA to award money to fraudsters, even inadvertently, and section 9009c requires payment to only "eligible entities."

Under the trial court's conception of a money-mandating statute, SBA's alleged failure to implement proper payment controls could be framed as an "individual

25

**J.A. 2174**

right" to money damages.  Hence plaintiffs-appellees could assert that the statute

established an "individual right" for each eligible applicant to receive payment over

fraudulent, ineligible entities, that they thus fall within a money-mandate, and that

they can demand money damages to compensate for not receiving grants because the

money that should have gone to them was wasted due to SBA's loose fraud controls.

However, not every "failure to perform an obligation" creates a right to

monetary relief against the Government.  *Me. Cmty. Health*, 590 U.S. at 322 (quoting

*United States v. Bormes*, 568 U.S. 6, 16 (2012)).  It is insufficient to create Tucker Act

jurisdiction that a "decision will ultimately enable the plaintiff to receive money from

the government."  *Nat'l Air Traffic Controllers Ass'n*, 160 F.3d at 716 (citing *United States

v. King*, 395 U.S. 1, 4 (1969)).  The trial court erred by reading into sections

9009c(b)(3) and 9009(c)(1) an implied direction to compensate plaintiffs-appellees for

any financial harms incurred when they did not receive grants due to SBA's alleged

misallocation of the money to applicants who applied later in time.  Section 9009c is

not money-mandating and the trial court erred in this fundamental determination of

its jurisdiction.

## D.    The Trial Court Erred in Relying On Cases That Discuss When a Discretionary Statute is Money-Mandating

The trial court also held that even if the "shall use" and "shall award" language

in sections 9009c(b)(3) and 9009c(c)(1) "simply authorized the Administrator to make

awards, section 9009c would still be money-mandating because it would meet each of

**J.A. 2175**

the three prongs of the test for determining if a discretionary statute is money-mandating." Appx23 (citing *Samish Indian Nation*, 419 F.3d 1355, 1364-65 (Fed. Cir. 2005); *Doe v. United States*, 463 F.3d 1314, 1324 (Fed. Cir. 2006); *Perri v. United States*, 340 F.3d 1337, 1342-43 (Fed. Cir. 2003)). These cases speak to when a statute that appears to give an agency discretion "over the decision whether or not to pay an individual or group" is actually money-mandating. *Doe*, 463 F.3d at 1324. For this type of situation, the *Doe* Court set forth a test that examines if: "(1) the statute has 'clear standards for paying' money to recipients, (2) the statute specifies 'precise amounts' to be paid, or (3) the statute compels payment once certain conditions precedent are met." *Id.* (quoting *Samish Indian Nation*, 419 F.3d at 1364-65).

The trial court again ignored the differences in language between statutes found to be money-mandating under this three-part test and section 9009c. In *Doe*, the statute in question stated that "[t]he head of an agency, with the approval of the Office of Personnel Management, may provide that . . . an employee in a position in which the hours of duty cannot be controlled administratively, and which requires substantial amounts of irregular, unscheduled overtime duty . . . shall receive premium pay for this duty . . . ." *Doe*, 463 F.3d at 1324-25 (citing 5 U.S.C. § 5545(c)(2)). Even though the statute used the word "may," the Court found it to be money-mandating because once an agency determined that a particular position is entitled to this type of pay, the employee "shall" receive premium pay. *Id.* at 1325.

27

**J.A. 2176**

However, section 9009c does not contain any similar language that all eligible applicants or some subset of eligible applicants "may" be paid or that they "shall" be paid after SBA makes some discretionary determination. Such direct payment language, whether framed in discretionary or mandatory terms, is entirely absent from section 9009c. There is no "individual or group" specified for payment at all in section 9009c. *See id.* at 1324. Section 9009c does not contain facially discretionary language that plaintiffs-appellees seek to interpret as money-mandating. The trial court erred by finding this line of cases to even be relevant.[6]

Furthermore, the trial court failed to perceive that the facts and holding of *Samish Indian Nation* actually instruct against reliance on an agency's limited discretion in an administrative matter to create an implied right of compensation. In *Samish Indian Nation*, the plaintiff tribe claimed entitlement to benefits from 1969 to 1996 under the Indian Self-Determination and Education Assistance Act (ISDA) on the theory that but for Federal misconduct they would have received Federal benefits since 1969. 419 F.3d at 1358. ISDA obligates the Government to pay benefits to tribes under self-determination contracts, but only Federally recognized tribes can obtain such contracts. *Id.* at 1362-63. The tribe argued that the Government's refusal

---

[6] *Perri* also does not bolster the trial court's opinion. The statute in that case created a fund to make payments "at the discretion of the Attorney General" for "awards for information or assistance leading to a civil or criminal forfeiture involving any Federal agency . . . ." 340 F.3d at 1341 (citing 28 U.S.C. § 524).

28

**J.A. 2177**

to accord them Federal recognition wrongfully prevented them from obtaining a contract. *Id.* at 1362.

Although the tribe argued that the agency did not have discretion to refuse to make a self-determination contract upon request of a tribe, the Court found the "reliance on that limited discretion misplaced" and the agency's lack of discretion to enter into a self-determination contract to be irrelevant to the jurisdictional question of whether the statute was money-mandating. *Id.* at 1365. The Court concluded that ISDA did not demonstrate "congressional intent to allow the Samish to seek damages for contract support costs never incurred, on contracts never created, based on a wrongful refusal to accord federal recognition." *Id.* Furthermore, the statute did not express any intent to establish a damages remedy for non-payment of benefits absent the existence of self-determination contract. *Id.* at 1365-67.

In essence, the Court rejected the Samish's counterfactual theory of recovery that the tribe would have obtained a contract and thus benefits had the Government not wrongfully refused recognition. Plaintiffs-appellees similarly rely on the counterfactual idea that they would have received grants had SBA not wrongfully awarded grants in the order applications were processed, not the order that applications were received. However, *Samish Indian Nation* establishes, as in *Eastport*, the principle that a statute removing an agency's discretion to take some non-pecuniary action cannot be turned into an implied money-mandate allowing

29

**J.A. 2178**

jurisdiction over a claim for money damages if that action does not occur.

## III.    The Trial Court's Decision is Contrary to the Court's Precedent Regarding Grant Programs

The trial court's decision also conflicts with the Court's binding precedent regarding grant programs, specifically *Lummi* and *National Center for Manufacturing Sciences* (*National Center*).  In *Lummi*, the Court reversed, on interlocutory appeal, the trial court's determination that the Native American Housing Assistance and Self-Determination Act of 1996 (NAHASDA) was money-mandating.  870 F.3d 1313, 1315 (Fed. Cir. 2017).  The relevant sections of NAHASDA required the agency to make grants for affordable housing to Indian tribes based on a specific regulatory formula.  *Id.*  Once awarded, grantees were limited in how and when they could dispense the funds, which could be used only on statutorily specified activities in accordance with program requirements.  *Id.*  The agency determined that it had made overpayments and deducted these amounts from subsequent grant allocations.  *Id.*  The plaintiff tribe claimed that the agency misapplied the NAHASDA formula when it calculated the overpayment and thus improperly deprived them of grant funds.  *Id.* at 1316.

Notably, the basis for the trial court's opinion that NAHASDA was money-mandating was that the statute left "no room for [the agency] to exercise discretion in making grants."  *Lummi Tribe of the Lummi Rsrv. v. United States*, 99 Fed. Cl. 584, 594 (2011).  The trial court pointed to statutory language providing that the agency "shall .

30

**J.A. 2179**

. . make grants," "shall allocate any amounts" among Indian tribes that complied with certain requirements, and directed that the funding allocation be made pursuant to a particular formula. *Id.* According to the trial court, the agency was "bound by the statute to pay a qualifying tribe the amount to which it is entitled under the formula" and thus NAHASDA could fairly be interpreted as mandating the payment of compensation by the Government. *Id.*

The trial court's erroneous reasoning in *Lummi* has strong similarities to the trial court's opinion in the instant case, which also relied on the idea that SBA lacked discretion in making RRF grants. *See* Appx16-23. However, on appeal, this Court did not find any mandatory language or supposed lack of discretion in the agency making grants to be dispositive. This Court reversed and concluded that under NAHASDA "the Tribes are not entitled to an actual payment of money damages, in the strictest terms; their only alleged harm is having been allocated too little in grant funding." *Lummi*, 870 F.3d at 1318. The Court concluded that the Tribes claims were ultimately equitable in nature. *Id.* at 1317. The same is true of plaintiffs-appellees here. Their only alleged harm is that they did not receive RRF grants because SBA arbitrarily and capriciously misallocated the funding to other entities who applied later in time.

Furthermore, *Lummi* requires reversal of the trial court's decision because the RRF program also only gave out "strings-attached disbursement[s]." *Id.* The Court found it significant that the Tribes were restricted in their use of NAHASDA funds

31

**J.A. 2180**

for certain purposes and held that "[t]o label the disbursement of funds so thoroughly

scrutinized and cabined as a remedy for 'damages' would strain the meaning of the

term to its breaking point." *Id.* at 1318.  The NAHASDA grants could also be "later

reduced or clawed back." *Id.*  Based on these limitations, the Court concluded that

"the underlying claim is not for presently due money damages" but instead merely for

a larger "strings-attached" grant. *Id.* at 1319.

The same logic applies to plaintiffs-appellees' claim here.  Recipients of RRF

grants were limited by statute to use the funds for specified categories of expenses.

*See* 15 U.S.C. § 9009c(c)(5).  The RRF program also mandated that awardees could

only use the grants for expenses incurred during the statutory "covered period." *See

id.* at § 9009c(a)(3).  Awardees were required to return any unused funds to the

Treasury at the end of the "covered period" or if they went out of business before

that date. *See id.* at § 9009c(c)(6).  Plaintiffs-appellees do not make a claim for

presently due money-damages, but to obtain compensation for not receiving a strings-

attached grant.

The Court's earlier decision in *National Center* also supports reversal.  In that

case, the Court examined whether a district court possessed jurisdiction to entertain a

grant claim under the APA and therefore erred in transferring the case to the Court of

Federal Claims. *Nat'l Ctr. for Mfg. Scis. v. United States*, 114 F.3d 196, 197 (1997).  At

issue was the Department of Defense Appropriations Act for Fiscal Year 1994, which

**J.A. 2181**

appropriated $12 billion and stated that "$40,000,000 of the funds appropriated in this paragraph shall be made available" for the plaintiff, a not-for-profit research and development consortium, to assist in a particular research program. *Id.* at 197-98. When the Air Force only made a portion of the sum available, the plaintiff sued for the remainder. *Id.* at 198.

The Court concluded that the case belonged in district court because the true nature of the claims presented was not amenable to Tucker Act jurisdiction. In reaching that conclusion, the Court focused on the limitations contained in the statute on the use of the funds. The Court noted that the grantee "would not be entitled to a monetary judgment that would allow it to use the funds appropriated under the Act for any purpose, without restriction," and that, in light of the "restrictions governing the manner in which money may be allocated" it was reasonably clear that "a simple money judgment" would not be an appropriate remedy. *Id.* at 201.

The same is true here. The trial court acknowledged that any award of money damages would come from the Judgment Fund and "would not be subject to the RRF's requirement to return grant funds nor the Fiscal Responsibility Act's recission of funds . . . ." Appx26. Allowing plaintiffs-appellees to receive money damages "equal to the amounts sought in their unpaid grant applications," Appx1, would allow plaintiffs-appellees to avoid the strings-attached nature of the RRF program and its requirement to use or give back the funds by the end of the "covered period."

33

**J.A. 2182**

Section 9009c does not entitle plaintiff-appellees to receive a payment now, five years after the pandemic started, for any purpose, without restriction. The trial court's reasoning is counter to *Lummi* and *National Center* and should be reversed on this basis.

## IV.    The Trial Court Misunderstood the Scope of Tucker Act Jurisdiction

In our motion to dismiss, we argued that plaintiffs-appellees' central allegations that SBA engaged in numerous unlawful and arbitrary and capricious acts and omissions, were only, at best, a disguised APA claim. *See* Appx9. It is the APA that waives sovereign immunity to allow a person suffering legal wrong because of final agency action to obtain judicial review. Section 706 of the APA empowers courts to "hold unlawful and set aside agency action, findings, and conclusions" that are "arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with law," "in excess of statutory jurisdiction," or "without observance of procedure required by law[.]" 5 U.S.C. § 706(2)(A), § 706(2)(C), § 706(2)(D).

As support, we pointed to the Supreme Court's delineation between the Tucker Act and APA waivers of sovereign immunity in *Bowen v. Massachusetts* and this Court's decision in *Katz v. Cisneros*. We noted that this Court has expressly held that the trial court does not possess jurisdiction over APA claims. *See, e.g.*, *Martinez v. United States*, 333 F.3d 1295, 1313 (Fed. Cir. 2003). Despite its secondary placement in our motion to dismiss behind our arguments that section 9009c is not money-mandating, the trial

34

**J.A. 2183**

court made this issue the centerpiece of its decision. In so doing, the trial court

misunderstood the delineation between the Tucker Act and APA, brushed aside

binding precedent, and incorrectly primed itself to read section 9009c as money-

mandating.

## A.    The Trial Court Erred by Preemptively Determining that Plaintiffs-Appellees' Claims Come Under Tucker Act Jurisdiction

Before considering the money-mandating issue, the trial court cast its eye over

the alleged "scope" of plaintiffs-appellees' claims and found them to be genuinely

within the Tucker Act's waiver of sovereign immunity. Appx10-15. The trial court

stated that it was following this Court's decision in *Suburban Mortgage* in performing

this analysis. Appx10. To determine whether a claim falls under the APA or the

Tucker Act, the proper analysis is whether the Court of Federal Claims could provide

an "adequate remedy" for the alleged wrong, pursuant to section 704 of the APA. *Id.*

(citing *Suburban Mortgage Associates, Inc. v. United States*, 480 F.3d 1116, 1125 (Fed. Cir.

2007)). However, the trial court erroneously made a preemptive determination that it

possessed jurisdiction based only on plaintiffs-appellees' own characterization of their

claims and the nature of the relief that they requested.

The trial court repeatedly emphasized that plaintiffs-appellees' cause of action

is "explicitly limited to a claim for money damages under the Tucker Act." Appx10,

Appx15. The trial court accepted plaintiffs-appellees' circular argument that because

they seek a payment of money from the Government, money damages would be a

35

**J.A. 2184**

legally available and appropriate remedy that the trial court could order.[7]  *Id.*  Even

more, the trial court suggested that if a plaintiff's "goal" is to obtain a money

judgment, then the court must consider itself as the "putatively correct forum" for the

claim.  Appx12-13 (citing Matthew H. Solomson, Court of Federal Claims

Jurisdiction, Practice, and Procedure, 29.IV.A (2016)).  The trial court also found it

significant for making out a Tucker Act claim that plaintiffs-appellees did not request

any type of prospective, injunctive relief in their complaint.  Appx13-15.

        The trial court's analysis runs counter to the basic principle that the Tucker Act

itself "does not create any substantive right enforceable against the United States for

money damages."  *Testan*, 424 U.S. at 398.  There is no basis in the law for the trial

court giving its initial impressions that the case feels like a Tucker Act suit without

analyzing whether it indeed possesses jurisdiction.  Indeed, the trial court

misunderstood the Court's instruction in *Suburban Mortgage*.  In *Suburban Mortgage*, the

Court plainly explained that if plaintiff's complaint can be read as seeking monetary

relief, the ability of the Court of Federal Claims to provide an "adequate remedy"

---

[7]  The trial court also addressed the inconvenient fact that plaintiffs-appellees'
complaint is replete with exceedingly non-Tucker Act language of arbitrary and
capricious acts and omissions on the part of SBA.  According to the trial court,
plaintiffs-appellees' complaint is "inartful" and contains "much superfluous and
useless rhetoric to add atmospherics to the claim."  Appx15.  However, the trial court
decided that this wording, which states plaintiffs-appellees' own theory of why they
should recover damages, could be ignored because plaintiffs-appellees did not
"explicitly" state a cause of action under the APA and did not claim to rely on the
APA to obtain the trial court's jurisdiction.  Appx15-16.

**J.A. 2185**

turns on whether the jurisdictional requirements of the Tucker Act are satisfied. *Suburban Mortg. Assocs., Inc.*, 480 F.3d at 1126.

Here, because section 9009c is not money-mandating, the jurisdictional requirements of the Tucker Act are not satisfied and the trial court cannot provide an "adequate remedy." Section 704 of the APA thus does not present a barrier to recognizing that plaintiffs-appellees' challenge to SBA's method and order of awarding grants is, at best, a disguised equitable claim. Plaintiffs-appellees' request for money damages cannot create jurisdiction at the trial court or avoid district court jurisdiction and the associated standing and mootness issues. The trial court erred by focusing on plaintiffs-appellees' desire for a monetary remedy and not the statutory basis for the court's jurisdiction to provide that remedy.

By discussing the "scope" of plaintiffs-appellees' claims as falling within the Tucker Act in some general sense first, the trial court erroneously primed itself to look for a way to make section 9009c money-mandating. The trial court should have first found the statute to not be money-mandating and then determined whether another court would possess jurisdiction and if a transfer would be appropriate.[8]

---

[8] We have consistently argued that although this matter could potentially be transferred to district court, *see* 28 U.S.C. § 1631, it would not be in the interest of justice to do so because such a transfer would be futile. *See Little River Lumber Co. v. United States*, 7 Cl. Ct. 492, 494 (1985) (citing *Dancy v. United States*, 229 Ct. Cl. 300, 308 (1982)). As explained in the statement of the case, several district courts have held that similar plaintiffs lack standing or the matter is moot.

37

**J.A. 2186**

**B.     The Trial Court Erred by Failing to Properly Apply *Bowen***

Plaintiffs-appellees' request for monetary compensation for various agency wrongs does not move a case into the jurisdiction of the Court.  The Supreme Court explained the delineation between the Tucker Act and APA waivers of sovereign immunity in *Bowen*.  In *Bowen*, the Commonwealth of Massachusetts brought suit in district court challenging the refusal of the Secretary of Health and Human Services to reimburse it for funds it expended under a Medicaid program and the court of appeals affirmed in favor of the State.  *See* 487 U.S. at 885-89.  In its petition for certiorari, the Secretary argued that the Claims Court had exclusive jurisdiction over the claim, not the district court.  *Id.* at 890-91.

The Supreme Court rejected this argument, holding that the relief sought by the State, the release of Medicaid funds, was not "money damages," and that the case was not excluded from the waiver of sovereign immunity in section 702 of the APA. *Id.* at 893.  In particular, the Supreme Court noted that the State's case "is not a suit seeking money in *compensation* for the damage sustained by the failure of the Federal Government to pay as mandated; rather, it is a suit seeking to enforce the statutory mandate itself, which happens to be one for the payment of money."  *Id.* at 900 (emphasis in original).  Any payment made by the Government would be "a mere by-product of [the district court's] primary function of reviewing the Secretary's interpretation of federal law."  *Id.* at 910.

38

**J.A. 2187**

Here, similarly, plaintiffs-appellees are attempting to enforce what they assert is the statutory mandate in section 9009c(c)(1) for SBA to award grants in the order that applications were received. By extension, they seek the payment of money that they believe that they would have received if SBA had awarded grants in that order. As in *Bowen*, any money paid would not be in compensation for an injury or labor, but would be a byproduct of a determination that SBA misinterpreted section 9009c(c)(1) and awarded grants in the "wrong" order.

The trial court, however, rejected our argument based on its conclusion that the Supreme Court's holding in *Bowen* "has been narrowly interpreted by the Federal Circuit." Appx12. The trial court identified a purported "effort to limit *Bowen* to the nature of the underlying statutory regime" in this Court's decisions in *Consolidated Edison* and *Suburban Mortgage*. *Id.* However, neither of these decisions expresses any actual intent or effort on the part of the Court to narrowly interpret or limit the application of *Bowen* going forward.

The trial court read far too much into this Court's distinguishing of *Bowen* in two cases that presented different factual and legal circumstances. In *Suburban Mortgage*, the Court addressed the proper forum for a dispute between the plaintiff and the Department of Housing and Urban Development (HUD) over a contract for insurance. *Suburban Mortgage Assocs., Inc.*, 480 F.3d at 1117. The plaintiff sued in district court for specific performance of the contract and a declaratory judgment,

**J.A. 2188**

with the aim of obtaining "the money allegedly due it under the insurance agreement."
*Id.* The district court denied the Government's motion to dismiss or transfer, relying
on *Bowen* for the idea that the plaintiff was not seeking money damages, but instead
money "that HUD was obligated to pay under the agreement." *Id.* at 1120. The
Government brought an interlocutory appeal to this Court pursuant to 28 U.S.C. §
1292(d)(4)(A).

The Court first reviewed the historical boundary between the Tucker Act and
APA waivers of sovereign immunity. *Id.* at 1122. As this Court explained, a plaintiff
seeking something other than monetary relief from a "disputed government agency
action could challenge that action in district court under the APA." *Id.* Conversely,
"a suit requesting relief in the form of a money judgment against the Government
could be brought in the Court of Federal Claims under the Tucker Act, but not in a
district court." *Id.*

The Court then characterized *Bowen* as a "leak that has threatened to become a
gusher" in the "relatively watertight barrier" that had existed between the Tucker Act
and APA. *Id.* The Court decried the new "cottage industry" of lawyers who
attempted to craft suits seeking money from the Government as "suits for declaratory
or injunctive relief without mentioning the money." *Id.* at 1124. The Court criticized
attempted forum shopping aimed at avoiding the jurisdiction of the Court of Federal
Claims and the Federal Circuit. *Id.*

**J.A. 2189**

With this background, the Court held that the plaintiff's claim, being in essence for breach of contract, belonged at the Court of Federal Claims, and that the Court of Federal Claims could order the "adequate remedy" of expectation damages. *Id.* at 1126-27. The plaintiff had relied on *Bowen* to argue that a money judgment would not be adequate. *Id.* at 1127. However, the Court rejected that contention because of the distinctive circumstances of *Bowen* and because *Bowen* did not involve any kind of contract. *Id.*

*Consolidated Edison* also does not speak of any effort to limit *Bowen*. *See* Appx12. In that case, the plaintiff filed suit in district court to challenge the constitutionality of the Energy Policy Act of 1992 and an injunction against payments that were required to be made by nuclear utilities to the Government pursuant to the statute. *Consol. Edison Co. of New York v. Dep't of Energy*, 247 F.3d 1378, 1381 (Fed. Cir. 2001). The district court case came after several losses by other nuclear utilities seeking refunds of the payments in the Court of Federal Claims as illegal exactions. *Id.*

Similar to *Suburban Mortgage*, the district court denied the Government's motion to dismiss or transfer based on *Bowen*. *Id.* at 1382. But on appeal, this Court rejected the district court's conclusion that the Court of Federal Claims could not offer an adequate remedy. *Id.* The Court pointed out the specific set of circumstances in *Bowen* that made a "naked money judgment" inadequate in that case but that did not exist between the Government and the nuclear utilities, given that the situation

41

**J.A. 2190**

presented, at base, an illegal exaction claim. *Id.* at 1383-84.

Therefore, the trial court's analysis here was misplaced. The portions of *Suburban Mortgage* and *Consolidated Edison* relied upon by the trial court were addressing a problem that is not raised by the instant case, specifically plaintiffs that were attempting to use *Bowen* to escape the Court of Federal Claims' jurisdiction. The Court's statements distinguishing *Bowen* must be read in that context. Neither case "narrowly interpreted" or limited *Bowen* to its facts. *See* Appx12. The trial court erred by unduly focusing on the unique facts of *Bowen*, without applying its overall legal principles, under the misperception that *Bowen* had been limited by this Court.

The trial court further erred when stating that "the Supreme Court appears to have agreed with the Federal Circuit when it clarified how to apply *Bowen* in *Maine Community Health*." Appx13. The trial court stated that in *Maine Community Health*, the Supreme Court "appeared to accept the Federal Circuit's approach by pointing to two grounds on which to distinguish *Bowen*." *Id.* However, there is absolutely nothing in *Maine Community Health* suggesting that the Supreme Court believed that it was following any "approach" of this Court or even limiting *Bowen* in some manner.

Rather, the Supreme Court merely considered whether *Bowen* and the APA provided an alternate avenue for the insurance companies' claims such that the Tucker Act would not apply. *See Me. Cmty. Health*, 590 U.S. at 328. The Supreme Court concluded that *Bowen* dealt with a different type of situation – an "injunction to

correct the method of calculating payments going forward" and not a claim for "past-due sums." *Id.* Therefore, the insurance companies brought valid Tucker Act claims pursuant to a money-mandating statute. *Id.*

Of course, the facts of the instant case are not identical to *Bowen.* The instant case does not involve a program as large and complex as Medicaid or a "dispute between two sovereigns." *See Suburban Mortgage*, 480 F.3d at 1127. Plaintiffs-appellees were also extremely careful to not openly request any form of injunctive or declaratory relief, but to frame their complaint as a plea for a one-time payment of retrospective damages. However, between the two waivers of sovereign immunity, the APA and the Tucker Act, *Bowen* demonstrates why plaintiffs-appellees' theory of recovery is dissimilar to a genuine Tucker Act claim: plaintiffs-appellees seek to obtain money by having a court enforce the statutory mandate for SBA to award grants in the order that applications were received.

## C.    The Trial Court Failed to Properly Apply *Katz*

This Court's ruling in *Katz* also confirms that the trial court does not possess subject-matter jurisdiction over this matter. In that case, Mr. Katz, a private developer, challenged the Government's interpretation of HUD regulations that were used to calculate rent that would be paid to his company pursuant to a contract with a public housing agency. *Katz*, 16 F.3d at 1207. Mr. Katz brought suit in district court, but the district court agreed with HUD that the case belonged in the Court of Federal

43

**J.A. 2192**

Claims because it involved a Government contract.  *Id.*

However, this Court reversed and held that, as in *Bowen*, Mr. Katz's company "seeks payments to which it alleges it is entitled pursuant to federal statute and regulations; it does not seek money as compensation for a loss suffered."  *Id.* at 1208. Mr. Katz sought to "compel HUD to perform the calculation of contract rents" in accordance with its regulations.  *Id.*  "That a payment of money may flow from a decision that HUD has erroneously interpreted or applied its regulation does not change the nature of the case."  *Id.*  Furthermore, because Mr. Katz sought an adjudication of the lawfulness of HUD's regulatory interpretation, this was prospective relief that would have a future impact on the ongoing relationship between the parties.  *Id.* at 1209.  Therefore, "no relief is available in the Court of Federal Claims here because the case challenges the interpretation of law which controls payment to [Mr. Katz's company]."  *Id.*

Here, the trial court made the same error.[9]  The trial court seemed to find dispositive plaintiffs-appellees' own characterization of their damages as retrospective when it distinguished *Katz*.  Appx13-14.  Yet *Katz* specifically warns that regardless of the characterization of the case by plaintiffs, the Court must "look to the true nature

---

[9]  Notably, in *Katz*, this Court applied *Bowen* to a situation that did not involve any of *Bowen*'s distinctive circumstances.  Neither *Suburban Mortgage* nor *Consolidated Edison* suggested that *Katz* should be called into question or overruled on this basis.  This is further support that *Suburban Mortgage* and *Consolidated Edison* did not limit *Bowen* as the trial court believed.

44

**J.A. 2193**

of the action in determining the existence or not of jurisdiction." *Katz*, 16 F.3d at
1207 (citing *Livingston v. Derwinski*, 959 F.2d 224, 225 (Fed. Cir. 1992)). The trial court
failed to perceive that plaintiffs-appellees do not seek money damages for a past injury
or labor because nothing is currently due and owing to them.

Plaintiffs-appellees instead seek to create a new relationship with SBA
prospectively and outside of the RRF program's limitations. The trial court's ruling
would require SBA to put all applicants in a new, "corrected" order based on time of
application submission. Once this is done, SBA will need to review a large subset of
all applications to figure out which entities "should have" received grants and thus at
what point the $28.6 billion would have been expended in this counterfactual
scenario. The trial court's decision requires SBA to redo or recreate the RRF
program, which essentially concluded its mission in May to June of 2021, by starting
over with a new list of eligible awardees. Plaintiffs-appellees seek a payment of
money that would flow from a determination that SBA misinterpreted section
9009c(c)(1) and awarded grants in the "wrong" order.

### D.  The Trial Court Erroneously Opined That It Shares Jurisdiction With the District Courts Over This Case

As part of its analysis of the "scope" of plaintiffs-appellees' claims, the trial
court reached the surprising conclusion that this case "is simply an instance of
concurrent jurisdiction" with the district courts. Appx14. According to the trial
court, it "often considers under the Tucker Act claims over which district courts may

45

**J.A. 2194**

have concurrent jurisdiction." *Id.* Furthermore, the trial court asserted that its judges

"routinely review the way federal agencies administer and apply statutes and

regulations in a wide variety of contexts." *Id.*

These statements are inaccurate. The cases cited by the trial court are

inapposite and irrelevant. *Broughton Lumber Co.* only noted that district court

jurisdiction may be concurrent with that of the Court of Federal Claims in some

specialized instances, but did not hold that the Court of Federal Claims routinely

shares district court jurisdiction. *See* Appx14 (citing 939 F.2d 1547, 1551, 1551 n.2

(Fed. Cir. 1991)). The other cases cited by the trial court similarly addressed statutes

that grant the district courts jurisdiction over types of claims that would normally go

to the Court of Federal Claims, such as tax refunds. Furthermore, the trial court most

certainly does not possess jurisdiction over APA claims. *See, e.g.*, *Martinez*, 333 F.3d at

1313.

None of these cases suggest that the Court of Federal Claims has been

empowered to share jurisdiction with the district courts to review the administration

of Federal programs. We do not dispute that the Court of Federal Claims may

interpret the meaning of a statute or regulation and that the need for such

interpretation does not convert a Tucker Act claim into an APA claim. *See Portland

Mint v. United States*, 102 F.4th 1371, 1381 n.6 (Fed. Cir. 2024). But the key

prerequisite is that the Court of Federal Claims must possess jurisdiction in the first

**J.A. 2195**

place, either pursuant to the Constitution, a money-mandating statute or regulation, an express or implied Government contract, an illegal exaction, or a bid protest. However, the trial court appeared to believe that it possesses jurisdiction to ferret out and award damages for a violation of any kind of "statutory command," tying in with its determination that section 9009c(c)(1) created an "individual right" for eligible entities to receive awards in a first-come, first-served manner.  *See* Appx14, Appx19. This conception of Tucker Act jurisdiction erroneously expands into the territory of the district courts and does not find any support in the law.

### E.     The Trial Court Erroneously Found the Potential Unavailability of Relief in Another Forum to be Relevant to its Jurisdiction

In considering whether plaintiffs-appellees' claims fell "more neatly under the Tucker Act than they do under the APA," the trial court found it relevant that "relief has not been available under the APA to claimants seeking RRF grants."  Appx11. The trial court pointed to district court cases finding equitable relief to be unavailable due to mootness and stated that in the absence of available APA remedies, the Tucker Act would provide "likely the only available remedy" for plaintiffs-appellees' claims. *Id.*

However, the trial court erred because a lack of available remedy elsewhere is not determinative of Tucker Act jurisdiction.  There is no basis in the law for providing plaintiffs-appellees with an avenue to seek money damages simply because they may not be able to obtain equitable relief now that the RRF program is over.

**J.A. 2196**

This holding would make the trial court a backup forum for litigants to repackage and reassert non-redressable or defective APA claims. The trial court drastically misunderstood the boundary and equilibrium between itself and the district courts.

## V. In the Alternative, the Trial Court Erred in Holding that Plaintiffs-Appellees State a Claim Upon Which Relief Can Be Granted

In the alternative, if this Court finds section 9009c to be money-mandating, the decision of the trial court must still be reversed because the trial court erred in holding that plaintiffs-appellees state a claim upon which relief can be granted. Any obligation or liability under the RRF program was capped at $28.6 billion. This money has already been expended and Congress has demonstrated its intent that no further money should be spent by defunding the RRF program.

### A. 15 U.S.C. § 9009c(b)(2)(A) Imposes a Statutory Cap On the Amount That Congress Intended To Spend For the RRF Program

If section 9009c can be read as money-mandating, the trial court erred by failing to recognize that section 9009c(b)(2)(A) contains a cap on that obligation. Section 9009c(b)(2)(A) states, "[i]n addition to amounts otherwise available, there is appropriated to the Restaurant Revitalization Fund for fiscal year 2021, out of any money in the Treasury not otherwise appropriated, $28,600,000,000, to remain available until expended." 15 U.S.C. § 9009c(b)(2)(A). The inclusion of a specific amount, $28.6 billion, creates a clear limit on the amount to be expended.

The Supreme Court in *Maine Community Health* explained how Congress can

48

**J.A. 2197**

limit its obligations. The Supreme Court held the Risk Corridors statute contained an unlimited obligation to pay insurers for losses. *Me. Cmty. Health*, 590 U.S. at 313-14. However, as contrast, the Supreme Court noted that "Congress could have expressly limited an obligation to available appropriations or specific dollar amounts." *Id.* at 313.

In a footnote, the Supreme Court then cited numerous provisions of the ACA and other statutes that contained the "limiting language" of the phrase "subject to the availability of appropriations" or *listed an appropriated amount*, such as "[t]here is authorized to be appropriated to carry out this section, $10,000,000[.]" *Id.* at 313 n.7 (emphasis added). As is the case for the RRF program, "Congress has also been explicit *when it has capped payments, often setting a dollar amount* or designating a specific fund from which the Government shall pay." *Id.* (emphasis added). Therefore, the specific amount of $28.6 billion in section 9009c(b)(2)(A) is express "payment-capping language." *See id.* at 314.

Given that the *Maine Community Health* decision treated the wording "subject to the availability of appropriations" as having the same limiting effect as listing a dollar amount, the result here should be the same as this Court's decision in *Greenlee County*. In that case, despite finding the PILT Act to be money-mandating, the Court held that the plaintiff failed to state a claim because Congress had limited the Government's liability with the phrase "[a]mounts are available only as provided in

49

**J.A. 2198**

appropriations laws." 487 F.3d at 877. This language was equivalent to stating that amounts are "subject to the availability of appropriations."[10] *Id.* Again, listing a specific amount serves the same function and limited the Government's liability here to the $28.6 billion.

## B.     The Trial Court Misinterpreted Section 9009c(b)(2)(A) to Be Open-Ended and Uncapped

Despite this clear case law, the trial court found this simple statutory provision to be "unusual" and "ambiguous." *See* Appx29-30. The trial court erroneously focused on the words "in addition to amounts otherwise available," finding that this phrase made section 9009c(b)(2)(A) "open-ended" and "allowed an unspecified amount of money to be used for the RRF." Appx29-31. According to the trial court, Congress did not intend to limit the Government's liability to the specific $28.6 billion appropriation because it also allowed "other, unspecified, additional amounts to be used." Appx31. Yet, similar to its hedging on the money-mandating issue, the trial court also cautioned that the Government's liability was not "completely uncapped" because it "only requires expenditure of funds in the RRF," and so "any claim for damages must be limited to a claim that a plaintiff was entitled to receive funds that were at one point in the RRF but were misspent . . . ." Appx32.

---

[10] The Court confirmed in *Prairie County*, another PILT case, that in the absence of a contract with a plaintiff, such language limits the Government's payment obligations to the amounts appropriated. 782 F.3d at 690.

**J.A. 2199**

The trial court's error was based on its misinterpretation of the words "otherwise available" as obviating the $28.6 billion limit. But the word "otherwise" generally connotes a different situation or a different set of circumstances that is not the same as the present. *See Otherwise*, Merriam-Webster, https://www.merriam-webster.com/dictionary/otherwise (last visited February 24, 2025). The correct reading of section 9009c(b)(2)(A) is that Congress left open the possibility that additional amounts of money for further RRF grants could be made available but that this did not occur.[11] Neither the trial court nor plaintiffs-appellants ever identified any such funds. The statute is thus not open-ended as to the Government's liability because Congress chose not to make any funds available beyond the original $28.6 billion appropriation.

## C.    The Trial Court Ignored That Congress' Subsequent Actions Eliminated Any Payment Obligation

Although the trial court requested the parties' position on the effect of the expiration of the statutory "covered period" and the Fiscal Responsibility Act's recission provision in its order for supplemental briefing, Appx27, the trial court's analysis ignored these issues. Assuming *arguendo* that section 9009c is money-mandating, the trial court still failed to perceive that even if the Government's liability

---

[11] Section 9009c(b)(2)(A) also states that the $28.6 billion will "remain available until expended," which implies that after the expenditure occurs there is no further money available. 15 U.S.C. § 9009c(b)(2)(A); *cf. Star-Glo Assocs., LP v. United States*, 414 F.3d 1349, 1355 (Fed. Cir. 2005).

**J.A. 2200**

was open-ended or uncapped when section 9009c went into effect, Congress subsequently eliminated any payment obligation under this statue.

The Fiscal Responsibility Act became law on June 3, 2023 and permanently rescinded unobligated funds from at least eighty-one different Federal programs, including the RRF. *See* Pub. L. No. 118-5, 137 Stat. at 28. "Generally, Congress is not bound by earlier legislation; it remains free to modify earlier statutes." *Ind. Mun. Power Agency v. United States*, 154 Fed. Cl. 752, 765 (2021), *aff'd* 59 F.4th 1382 (Fed. Cir. 2023) (citing *Dorsey v. United States*, 567 U.S. 260, 274 (2012)). The Supreme Court affirmed in *Maine Community Health* that a later Congress can alter, amend, modify, or cancel its previous obligations through further legislation. *Me. Cmty. Health*, 590 U.S. at 318-19 (discussing *United States v. Mitchell*, 109 U.S. 146, 150 (1883) and *United States v. Fisher*, 109 U.S. 143, 145-146 (1883)). When Congress reforms a payment formula in a manner "irreconcilable" with the original method, the later expression of Congress controls. *Id.*; *Ind. Mun. Power Agency*, 154 Fed. Cl. at 765. By permanently rescinding any unobligated balances in the RRF, Congress plainly intended to eliminate any obligation created by the RRF program.

Similarly, the trial court failed to consider the requirement for grant recipients to return any funds to the Treasury that were not used on or before the last day of the "covered period." *See* 15 U.S.C. § 9009c(c)(6). There is no way for plaintiffs-appellees to use any money on any allowable expenses by March 11, 2023, even if

52

**J.A. 2201**

those expenses were incurred during the covered period.  Section 9009c(c)(6) represents Congress' intent for the RRF program to end and all funds to be spent by awardees not later than March 11, 2023, or be forfeited.

### D.   The Trial Court Erred by Determining That Even if the Government's Liability Was Capped, Plaintiffs-Appellees Would Still State a Claim

The trial court determined that even if there was a cap on the Government's liability, plaintiffs-appellees could still state a claim that SBA failed to pay them funds that they should have received had SBA not "misinterpreted the statute and made award to the wrong applicants, contrary to Congress's express command in section 9009c(c)(1)."  Appx32.  The trial court expressed that it sought to effectuate Congress' intent that plaintiffs-appellees be compensated for their pandemic-related losses.  *Id.*

The problem with the trial court's analysis is that it is inextricably bound to its jurisdictional errors.  SBA awarded grants based on its interpretation of section 9009c(c)(1) and its belief that the actual awardees met the statutory eligibility requirements.  The trial court does not possess jurisdiction to determine that SBA arbitrarily and capriciously "misspent" some portion of the $28.6 billion on "improper payments" or awarded grants to the "wrong entities" based on a misinterpretation of section 9009c(c)(1).  *See id.*

Plaintiffs-appellees cannot sufficiently allege that they "fall within the class as to

**J.A. 2202**

whom the statute is money-mandating" because creating this class in the first place would require the trial court to retroactively declare that SBA wasted money on "undeserving applicants" that might have gone to plaintiffs-appellants. *See* Appx32, Appx22 (citing *Fisher v. United States*, 402 F.3d 1167, 1175 (Fed. Cir. 2005)). Instead, plaintiffs-appellees should have invoked the equitable powers of the district courts to challenge SBA's disbursements while there was still funding available, like the *Vitolo* plaintiffs who asserted that the priority period was unconstitutional. If the trial court's reasoning as to why plaintiffs-appellees state a claim is allowed to stand, it would necessarily expand the trial court's jurisdiction in novel and unforeseen ways.

## CONCLUSION

For these reasons, we respectfully request that this Court reverse the trial court's holding that 15 U.S.C. § 9009c is money-mandating and reverse the trial court's holding that plaintiffs-appellees' complaint states a claim upon which relief can be granted.

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

PATRICIA M. McCARTHY
Director

/s/ William J. Grimaldi
WILLIAM J. GRIMALDI
Assistant Director

54

**J.A. 2203**

/s/ Rebecca S. Kruser
REBECCA S. KRUSER
Senior Trial Counsel
Commercial Litigation Branch
Civil Division, Department of Justice
P.O. Box 480, Ben Franklin Station
Washington, DC 20044
Tele: (202) 305-2035
Email: rebecca.s.kruser@usdoj.gov

March 14, 2025                    Attorneys for Defendant-Appellant

55

**J.A. 2204**

## CERTIFICATE OF COMPLIANCE

I hereby certify that this brief complies with the word limit of Federal Rule of Appellate Procedure 5(c)(1) and Federal Circuit Rule 5 because the brief was generated by a computer and contains 13,368 words, excluding the parts of the motion exempted by Federal Rule of Appellate Procedure 32(f). I further certify that this motion complies with the typeface and type-style requirements of Federal Rules of Appellate Procedure 27(d)(1)(E), 32(a)(5), and 32(a)(6) because it has been prepared using Microsoft Word 2013 in a proportionally spaced typeface, 14-point Garamond font.

/s/ Rebecca S. Kruser
Rebecca S. Kruser

56

**J.A. 2205**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify under penalty of perjury that on this 14th day of March, 2025, a copy of the foregoing "BRIEF OF DEFENDANT-APPELLANT" was filed electronically.

<u>X</u> This filing was served electronically to all parties by operation of the Court's electronic filing system.

<u>/s/ Rebecca S. Kruser</u>

**J.A. 2206**

**ADDENDUM**

Opinion of the United States Court of Federal Claims Case No. 23-1876
(July 24, 2024) ............................................................................................. Appx1-34

57

# In the United States Court of Federal Claims

No. 23-1876C
Filed: July 24, 2024
FOR PUBLICATION

---

**112 GENESEE STREET, LLC, et al,**

        *Plaintiffs*,

**v.**

**UNITED STATES,**

        *Defendant.*

---

*F. Greg Bowman*, Williams & Connolly LLP, Washington, D.C., with *Edward Reddington* and *Robel Yared*, of counsel, for the plaintiff.

*Rebecca S. Kruser*, Commercial Litigation Branch, Civil Division, U.S. Department of Justice, Washington, D.C., for the defendant.

## MEMORANDUM OPINION

**HERTLING, Judge**

    In March 2021, Congress enacted the American Rescue Plan Act of 2021 ("ARPA"), Pub. L. No. 117-2, 135 Stat. 4 (2021), which, among other things, created the Restaurant Revitalization Fund ("RRF" or the "Fund"). The RRF was administered by the Small Business Administration ("SBA"). The SBA was to make grants to qualifying entities from the RRF to assist them to remedy the harms caused by the COVID-19 pandemic.

    The plaintiffs are 303 restaurant, bar, and catering businesses. They have sued the United States, acting through the SBA, claiming that they were entitled to receive grants under the RRF. The plaintiffs seek monetary damages equal to the amounts sought in their unpaid grant applications. They allege they are entitled to these payments because 15 U.S.C. § 9009c(c)(1) required the SBA to "award grants to eligible entities in the order in which applications are received by the Administrator," but the SBA instead made payments to applicants in the order in which it processed the applications. The plaintiffs allege that, had the SBA made the grants in the order the applications were received, sufficient funds would have been left for them to receive grants. The plaintiffs also base their claims in part on factual allegations of unlawful,

negligent, and/or arbitrary and capricious acts and omissions by the SBA.[1]  These actions and omissions, the plaintiffs allege, resulted in the improper payment of grants to the awardees, further depleting the funds that should have been used to pay grants to the plaintiffs.

The defendant has moved to dismiss under Rule 12(b)(1) of the Rules of the Court of Federal Claims ("RCFC").  According to the defendant, the plaintiffs' claims are beyond the jurisdiction of the Court of Federal Claims because: (1) the plaintiffs lack standing due to a lack of redressability for their alleged injury; (2) their claims are moot; (3) 15 U.S.C. § 9009c is not money-mandating and cannot support a claim under the Tucker Act; and (4) the court lacks jurisdiction over claims of arbitrary and capricious as well as negligent conduct by the SBA.  The defendant argues further that transfer to a district court would be futile because suits in district courts seeking RRF grants under the Administrative Procedure Act ("APA") have been rejected.  At oral argument, the Court *sua sponte* raised the question of whether 15 U.S.C. § 9009c caps the funds authorized for the RRF and, if so, whether such a cap limits the defendant's liability to the funds already spent, thereby preventing the plaintiffs from stating a claim for relief under Rule 12(b)(6).  The parties were directed to file supplemental briefs on that issue.

The defendant's motion to dismiss is denied.  The plaintiffs have properly brought their claim under the Tucker Act for damages under a money-mandating statute.  The plaintiffs' claims are not moot because the plaintiffs seek recovery from the Judgment Fund, and such funds would redress their alleged injuries.

The plaintiffs have also successfully stated a claim.  To be sure, there is caselaw establishing that Congress can limit the government's liability for damages under statutes that authorize grant programs to the specific amounts set forth in those statutes.  Such a cap is not present here because, although 15 U.S.C. § 9009c only requires using money in the RRF to award grants, it does not cap the defendant's liability as to the plaintiffs' claims that the defendant awarded grants in a manner that was contrary to the express command of the statute.  Even if the defendant's liability were capped, the relevant precedents in which a liability cap was essential to the decision involved claims in which the plaintiffs sought the difference between the amounts authorized under the statutes creating the grant programs and the amount of money Congress had therefore appropriated.  The plaintiffs, in contrast, are seeking damages because they allege the SBA violated Congress' express directive by using funds that should have been paid to the plaintiffs instead to make awards to the wrong applicants.  The plaintiffs' claims are of a different nature than the claims rejected in prior cases on which the defendant relies in seeking dismissal and are *sui generis*.  Without applicable precedent foreclosing them, the plaintiffs' claims may proceed on the merits.

---

[1] Although the plaintiffs collectively only bring one cause of action, contained within that action are 303 distinct claims, one for each plaintiff.  This opinion, therefore, refers interchangeably to the plaintiffs' claim or claims.

2

## I.    BACKGROUND

### A.    Factual and Legal Background

On March 11, 2021, Congress created the RRF pursuant to section 5003 of ARPA, later codified as 15 U.S.C. § 9009c, to compensate "eligible entities" for "pandemic-related revenue loss" caused by the COVID-19 pandemic according to a formula provided in the statute. 15 U.S.C. § 9009c(a)(4), (7).  Eligible entities were broadly defined:

> The term "eligible entity" —
>
> (A) means a restaurant, food stand, food truck, food cart, caterer, saloon, inn, tavern, bar, lounge, brewpub, tasting room, taproom, licensed facility or premise of a beverage alcohol producer where the public may taste, sample, or purchase products, or other similar place of business in which the public or patrons assemble for the primary purpose of being served food or drink;
>
> (B) includes an entity described in subparagraph (A) that is located in an airport terminal or that is a Tribally-owned concern; and
>
> (C) does not include—
>
>> (i) an entity described in subparagraph (A) that—
>>
>>> (I) is a State or local government-operated business;
>>>
>>> (II) as of March 13, 2020, owns or operates (together with any affiliated business) more than 20 locations, regardless of whether those locations do business under the same or multiple names; or
>>>
>>> (III) has a pending application for or has received a grant under section 9009a of this title; or
>>
>> (ii) a publicly-traded company.

*Id.* § 9009c(a)(4).

The definition of the term "pandemic-related revenue loss" varies based on when an eligible entity initially opened and whether it was continuously in operation in 2019.  For entities that were open and operating for the entirety of 2019, "pandemic-related revenue loss" was defined as an entity's 2020 gross receipts subtracted from its 2019 gross receipts.  *Id.* § 9009c(a)(7).  For other entities, section 9009c(a)(7) provided different formulas to define "pandemic-related revenue loss," but also alternatively included in the definition "an amount based on a formula determined by the Administrator" for each different defined entity.

Under the RRF, eligible entities could receive grants equal to their pandemic-related revenue loss up to an aggregate maximum of $10 million, with no more than $5 million "per physical location of the eligible entity."  *Id.* § 9009c(c)(4).  The covered period for pandemic-

3

related losses spanned February 15, 2020, through March 11, 2023. *Id.* § 9009c(a)(3); (ECF 1 at ¶ 27(a)).

To fund the RRF, Congress provided that "[i]n addition to amounts otherwise available, there is appropriated to the Restaurant Revitalization Fund for fiscal year 2021, out of any money in the Treasury not otherwise appropriated, $28,600,000,000, to remain available until expended." 15 U.S.C. § 9009c(b)(2)(A). This $28.6 billion was further subdivided into two pots of money. First, $5 billion was reserved for "eligible entities with gross receipts during 2019 of not more than $500,000." *Id.* § 9009c(b)(2)(B)(i)(I). Second, $23.6 billion "shall be available to the Administrator to award grants under subsection (c) in an equitable manner to eligible entities of different sizes based on annual gross receipts." *Id.* § 9009c(b)(2)(B)(i)(II). For this larger pot of money, the Administrator was authorized to "make adjustments as necessary to the distribution of [these] funds . . . based on demand and the relative local costs in the markets in which eligible entities operate." *Id.* § 9009c(b)(2)(B)(ii).

This division into two separate pots of money lasted for "60 days after March 11, 2021," that is until May 10, 2021, "or another period of time determined by the Administrator," after which "the Administrator may make grants using amounts appropriated under subparagraph (A) to any eligible entity regardless of the annual gross receipts of the eligible entity." *Id.* § 9009c(b)(2)(C). The plaintiffs have pleaded "[o]n information and belief," that the Administrator did not extend this timeframe past May 10, 2021, meaning that any unobligated funds were freely available for award to any eligible entity after that date. (ECF 1 at ¶ 28(c).)

Section 9009c limited how eligible entities could use the grants funds they received, but these limits were minimal. Grant awardees could "use the grant funds for the following expenses incurred as a direct result of, or during, the COVID-19 pandemic," including: "[p]ayroll costs," mortgage payments, "[r]ent payments" (except for prepayment of rent), "[u]tilities," "[m]aintenance expenses," "[s]upplies," normal "[f]ood and beverage expenses," "[c]overed supplier costs," "[o]perational expenses," "[p]aid sick leave," and "[a]ny other expenses that the Administrator determines to be essential to maintaining the eligible entity." 15 U.S.C. § 9009c(c)(5).

Any eligible entity that "receive[d] a grant" and "fail[ed] to use all grant funds or permanently cease[d] operations on or before the last day of the covered period," was required to "return to the Treasury any funds that the eligible entity did not use for the allowable expenses . . . ." *Id.* § 9009c(c)(6). Because the covered period ran through March 11, 2023, any unused grant awards as of March 12, 2023, had to be returned to the Treasury.

To receive an award, eligible entities had to submit applications to the SBA certifying their need for the grant money and that they had not already received a grant under the Shuttered Venue Operators Grant program, 15 U.S.C. § 9009a. *Id.* § 9009c(c)(2)(A)(ii).

All applications were subjected to a two-step review process by the SBA. This process included a tax verification and then either an automatic or manual SBA review, including resolution of any issues or discrepancies. (ECF 1 at ¶ 44.) A manual review could take 10 to 14 days or longer, while an automatic review took "no more than approximately 48 hours." (*Id.*

4

¶ 46(a)-(b).)  "The review process did not include any mechanism for reserving funds for applications in the order they were received.  It also did not include a check before awarding a grant to determine the order in which the application under consideration was received."  (*Id.* ¶ 46(c).)

The SBA processed applications in three different sets: first a trial set, second the set of applicants prioritized by the statute, and, finally, all other applicants.

The trial group was processed "[b]etween April 25, 2021[,] and May 2, 2021."  (*Id.* ¶ 53.)  The trial group consisted of "approximately 2,600 potential applicants randomly selected from existing [Paycheck Protection Program] participants in the restaurant industry [who] were permitted to submit applications through the online portal to test its operation."  (*Id.*)

After the trial set, on May 3, 2021, the SBA began accepting applications through an online portal, a telephone call center, and five electronic systems.  (*Id.* ¶¶ 29(b), 37-39.)  As of that day, the SBA accepted applications from applicants in both priority and non-priority groups.  (*Id.* ¶¶ 4, 51(a) (The "SBA repeatedly encouraged businesses to submit applications on May 3, 2021, when the online portal opened."), 54.)

Regarding the priority applicants, section 9009c established a 21-day window in which applications from women-owned, veteran-owned, and socially and economically disadvantaged small business concerns received priority consideration.  15 U.S.C. § 9009c(c)(3)(A).[2]  That 21-day period ran from May 3, 2021, to May 23, 2021.  (ECF 1 at ¶ 29(b)).  After May 11, 2021, the Administrator was permitted, but not required, to "make grants using amounts appropriated under subparagraph (A) to any eligible entity regardless of the annual gross receipts of the eligible entity."  15 U.S.C. § 9009c(b)(2)(C); (*see also* ECF 1 at ¶¶ 28(c), 49(d), 55.)[3]

As for all other applicants, the SBA did not begin processing their applications on May 24, 2021, the first day after the end of the priority period.  Instead, the "SBA has represented" that on May 25, 2021, two days after the expiration of the priority application period, it "began

───────────────

[2] On May 27, 2021, the Sixth Circuit issued a preliminary injunction ordering the SBA to fund an applicant's "grant application, if approved, before all later-filed applications, without regard to processing time or the applicants' race or sex."  *Vitolo v. Guzman*, 999 F.3d 353, 365 (6th Cir. 2021).  In so doing, the Sixth Circuit held that, except for the preference for veteran-owned applicants, the priority provisions likely violated the equal protection component of the due process clause to the extent they prioritized grant award to businesses based on the sex or race of their owners.  *Id.* at 360-66.

[3] After the priority period ended on May 23, 2021, the "SBA decided . . . it would cease processing applications received from [p]riority [a]pplicants, process only non-priority applications SBA had received, award grants only to non-priority applicants, use remaining RRF funding only for grants awarded to non-priority applicants, and disburse no further awards to [p]riority [a]pplicants."  (ECF 1 at ¶ 59.)

5

processing non-priority applications with FY 2019 gross revenues less than $500,000 . . . ." (ECF 1 at ¶ 62.)  It was not until May 27, 2021, that the SBA finished making awards to priority applicants and began processing and making awards to other non-priority applications.  (*Id.* ¶¶ 62, 64, 65).  Notably, on May 24, 2021, the SBA stopped accepting RRF applications due to "overwhelming demand."  *Kingsley Restaurants, Inc. v. United States Small Bus. Admin.*, No. 1:21-CV-2314-SCJ, 2021 WL 8441778, at *1 (N.D. Ga. Aug. 24, 2021).[4]  "[C]laims on the RRF rapidly dwarfed the allocation of funds set aside by Congress."  *Id.*

When making awards, section 9009c required that, except for the priority applicants during the 21-day priority period and the dividing of the RRF into the two pots of money based on gross revenues through May 10, 2021, "the Administrator shall award grants to eligible entities in the order in which applications are received by the Administrator."  15 U.S.C. § 9009c(c)(1).  The plaintiffs allege that despite this express requirement, the SBA decided to issue awards in the order in which applications were processed, not the order in which they were received.  (ECF 1 at ¶ 8.)  Even though the plaintiffs' well-pleaded allegations are taken to be true in resolving a motion to dismiss, the defendant notably has not denied that the SBA proceeded in the manner alleged by the plaintiffs.

The plaintiffs each submitted its application to the SBA for RRF grant awards on May 3, 2021.  (*Id.* ¶ 13.)  Despite applying on the first possible day, none of the plaintiffs was ever awarded a grant from the RRF, even though other non-priority applicants that filed their applications later received grants.  (*See id.* ¶¶ 5, 9, 138.)  The plaintiffs contend that they should have been awarded grants but were not because the SBA unlawfully did not award grants in the order that applications were received.  (*Id.* ¶¶ 5, 75.)  Instead, the "SBA awarded RRF grants in the order applications were processed.  Because the time required to process applications varied greatly, the order in which SBA awarded grants differed significantly from the order in which applications were received."  (*Id.* ¶ 47.)  While the SBA awarded grants in the order in which applications were processed (*id.* ¶ 8), and although the complaint notes the SBA "*claims* to have initiated processing of applications in the order they were received" (*id.* ¶ 54(b) (emphasis added)), it is nevertheless unclear from the complaint and the parties' briefs how and in what order the SBA decided to process the non-priority applications.

On or about June 30, 2021, the SBA stopped processing RRF applications.  (*Id.* ¶ 67.)  By that point, the SBA had awarded approximately $28 billion in RRF grants.  (*Id.* ¶ 75.)  In "June 2022, approximately $180 million of RRF funding remained without recorded obligations, including $24 million set aside for litigation."  (*Id.* ¶ 68.)  "After November 2022, SBA awarded approximately $83 million in additional grants to businesses whose applications had been fully processed as of June 30, 2021."  (*Id.* ¶ 69.)  These funds were at least partially "from recoveries of misallocated grants or return of unused grants."  (*Id.*)  This set of RRF grant awards was allegedly issued in the order in which the applications had been received, after the Department of

---

[4] Although the date the SBA stopped accepting applications is not noted in the complaint, the plaintiffs tacitly agree with the defendant that no new applications were accepted after May 24, 2021.  (*See* ECF 8 at 40 (citing ECF 7 at 2 n.3).)

6

Justice advised the SBA on "how to comply with statutory requirements and court rulings." (*Id.* ¶ 69(a)-(b).)

On June 3, 2023, the Fiscal Responsibility Act, Pub. L. 118-5, 137 Stat. 10, became law. Division B, Title I, Section 52 of that act provided that "[t]he unobligated balances of amounts made available by section 5003(b)(2)(A) of Public Law 117-2," that is 15 U.S.C. § 9009c(b)(2)(A), "are hereby permanently rescinded." Notwithstanding this law, the plaintiffs allege "[o]n information and belief, available RRF funding will increase in fiscal year 2024 as a result of SBA's mandatory required audit and recovery efforts that will be ongoing through at least July 2024." (ECF 1 at ¶ 70.)

### B. Procedural History

On October 25, 2023, the plaintiffs filed their complaint. (ECF 1.) On February 26, 2024, the defendant moved to dismiss pursuant to RCFC 12(b)(1). (ECF 7.) The plaintiffs responded on March 25, 2024 (ECF 8), and the defendant replied on April 22, 2024 (ECF 10). Oral argument was heard on May 22, 2024. During oral argument, the Court raised the question of whether 15 U.S.C. § 9009c(b)(2)(A) included a cap on the defendant's liability that may preclude the plaintiffs from stating a claim. The Court ordered supplemental briefing to address this issue. (ECF 13.) Each side filed its supplemental brief on June 5, 2024. (ECF 16-17.)

## II.    JURISDICTION AND STANDARDS OF REVIEW

The Tucker Act, 28 U.S.C. § 1491(a), vests in the Court of Federal Claims jurisdiction over claims for money damages against the United States:

> The United States Court of Federal Claims shall have jurisdiction to render judgment upon any claim against the United States founded either upon the Constitution, or any Act of Congress or any regulation of an executive department, or upon any express or implied contract with the United States, or for liquidated or unliquidated damages in cases not sounding in tort.

The Tucker Act itself does not "create[ ] a substantive right enforceable against the Government by a claim for money damages." *United States v. White Mountain Apache Tribe*, 537 U.S. 465, 472 (2003). To bring a claim within the Court of Federal Claim's limited jurisdiction, a plaintiff must allege a violation of a statutory, regulatory, or constitutional provision which is money-mandating, meaning the provision "'can fairly be interpreted as mandating compensation by the Federal Government for the damage sustained.'" *United States v. Testan*, 424 U.S. 392, 400 (1976) (quoting *Eastport S.S. Corp. v. United States*, 372 F.2d 1002, 1009 (Ct. Cl. 1967)).

The defendant has moved to dismiss the complaint for lack of subject-matter jurisdiction under RCFC 12(b)(1). In considering a motion under RCFC 12(b)(1), a "court must accept as true all undisputed facts asserted in the plaintiff's complaint and draw all reasonable inferences in favor of the plaintiff." *Trusted Integration, Inc. v. United States*, 659 F.3d 1159, 1163 (Fed.

Cir. 2011). When a plaintiff's asserted jurisdictional facts are disputed, however, only the plaintiff's uncontroverted factual allegations are accepted as true. *Shoshone Indian Tribe of Wind River Rsrv., Wyo. v. United States*, 672 F.3d 1021, 1030 (Fed. Cir. 2012). A court is not "'restricted to the face of the pleadings'" in resolving disputed jurisdictional facts and may review evidence outside the pleadings. *Id.* (quoting *Cedars-Sinai Med. Ctr. v. Watkins*, 11 F.3d 1573, 1584 (Fed. Cir. 1993), *cert. denied*, 512 U.S. 1235 (1994)). Accordingly, a court may consider in resolving a motion to dismiss for lack of jurisdiction information provided by the defendant contrary to the allegations in the complaint.

The plaintiffs have the burden of establishing jurisdiction by a preponderance of the evidence. *Trusted Integration, Inc*, 659 F.3d at 1163. If a court finds that the plaintiffs have not met their burden to establish subject-matter jurisdiction over a claim, RCFC 12(h)(3) requires dismissal of that claim.

As permitted by Federal Circuit precedent, the Court *sua sponte* raised the question of whether the plaintiffs' complaint must be dismissed for failure to state a claim under RCFC 12(b)(6). *See Anaheim Gardens v. United States*, 444 F.3d 1309, 1315 (Fed. Cir. 2006) ("The trial court may dismiss sua sponte under Rule 12(b)(6), provided that the pleadings sufficiently evince a basis for that action."). Dismissal for failure to state a claim upon which relief can be granted "is appropriate when the facts asserted by the claimant do not entitle him to a legal remedy." *Lindsay v. United States*, 295 F.3d 1252, 1257 (Fed. Cir. 2002). In considering dismissal under RCFC 12(b)(6), a court must both accept as true a complaint's well-pleaded factual allegations, *Ashcroft v. Iqbal*, 556 U.S. 662, 679 (2009), and draw all reasonable inferences in favor of the non-moving party. *Sommers Oil Co. v. United States*, 241 F.3d 1375, 1378 (Fed. Cir. 2001). To avoid dismissal, a complaint must allege facts "plausibly suggesting (not merely consistent with)" a showing that the plaintiffs are entitled to the relief sought. *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 557 (2007). "The plausibility standard is not akin to a 'probability requirement,' but it asks for more than a sheer possibility that a defendant has acted unlawfully." *Iqbal*, 556 U.S. at 678 (quoting *Twombly*, 550 U.S. at 556).

## III.    DISCUSSION

### A.    The Parties' Arguments

The defendant raises four arguments in its motion to dismiss for lack of subject-matter jurisdiction.

First, it argues the plaintiffs lack standing because their claims are not redressable. Specifically, the defendant argues that because the amount of funding set by Congress has been expended, no money remains in the RRF to pay for any grants; the plaintiffs' injuries, if any, therefore cannot be redressed. (ECF 7 at 14-16.)

Second, the defendant argues that the plaintiffs' claims are moot for two reasons: (1) the covered period for RRF grants has expired, meaning any unused grants would have to be returned to the Treasury as required by section 9009c(c)(6); and (2) Section 52 of Division B,

8

Title I of the Fiscal Responsibility Act "permanently rescinded" any "unobligated balances of amounts made available by section [9009c](b)(2)(A)." (*Id.* at 16-19.)

Third, the defendant contends that section 9009c is not money-mandating because it does not require awarding a grant to any applicant. (*Id.* at 19-22.) The defendant argues that section 9009c(c)(1) does not confer a substantive right to money because it "only speaks to the method of application administration and processing of award disbursements." (*Id.* at 20.) As for section 9009c(b)(3), while it requires the money to be used by the administrator, it is not money-mandating because it does not require payment to any specific applicant. (*Id.* at 21-22.)

Finally, the defendant argues that the complaint's references to arbitrary and capricious acts and omissions and negligence are attempts to bring claims under the APA over which the Court of Federal Claims lacks jurisdiction. (*Id.* at 22-24, 28-29.) Further, the defendant argues that the substance of the plaintiffs' "allegations in essence is an APA claim challenging SBA's decisions in administering the RRF program," notwithstanding their claim for money damages. (*Id.* at 24-27.)

The plaintiffs, naturally, disagree. They contend that they have standing because they are not seeking equitable relief that would order the SBA to award a grant, but rather money damages for the SBA's failure to award grants in compliance with the law that established the RRF. (ECF 8 at 21-23.) The availability of funds, the plaintiffs argue, is a question for the merits, not a jurisdictional defect, because the Judgment Fund can be used to pay any award for monetary damages. (*Id.* at 23 n.13, 23-27.)

Next, the plaintiffs argue their claims are not moot because section 9009c(c)(5) allows them to use any grant money received to offset already incurred expenses that predate the receipt of funds. Specifically, the plaintiffs point to the fact that the term "covered period" under section 9009c(c)(5) allows grant awards to be used for expenses that were incurred as early as February 15, 2020, well before any awards were made. (*Id.* at 27-29.) As to whether section 9009c is money-mandating, the plaintiffs argue that 9009c(c)(1) required payment of grants to them specifically because of the timeliness of their applications. (*Id.* at 18-21.) According to the plaintiffs, the SBA lacked discretion to decide whether to award a grant based on finding an applicant was qualified but had to award a grant to any qualified applicant in the order in which the application was received. (*Id.* at 12-21.)

Lastly, the plaintiffs contend that the court has jurisdiction to review whether an agency followed statutes and regulations and that the possibility of an overlap between the APA and the Tucker Act does not divest the court of jurisdiction. (*Id.* at 34-39.) The plaintiffs further emphasize how their claims for money damages more closely resemble the money damages claims in *Maine Community Health Options v. United States*, 590 U.S. 296 (2020), than the claim for injunctive relief in *Bowen v. Massachusetts*, 487 U.S. 879 (1988), and thus fall within the jurisdiction of the Court of Federal Claims under the Tucker Act, not the district courts under the APA. (*Id.* at 39-42.) The plaintiffs notably disclaim any attempt to bring APA claims and instead explain that references in the complaint to negligence or arbitrary and capricious actions are simply a "characterization of agency action," not a basis for relief. (*Id.* at 36, 39.)

9

B.    **Rule 12(b)(1)**

1.    **The Scope of the Plaintiffs' Claims**

a.    **The Tucker Act vs. the APA**

The complaint's singular cause of action is explicitly limited to a claim for money damages under the Tucker Act. (ECF 1 at 45.) The defendant, however, argues the court entirely lacks jurisdiction over the complaint because in substance the plaintiffs plead a claim under the APA for the SBA's illegal conduct in administering the RRF and its negligence. Such claims, the defendant asserts, fall within the jurisdiction of the district courts.

In advancing these arguments, the defendant relies heavily on *Bowen* and the Federal Circuit's opinion in *Katz v. Cisneros*, 16 F.3d 1204 (Fed. Cir. 1994) while attempting to distinguish the present case from *Maine Community Health*. (ECF 7 at 34, 38-41.)

A court's "jurisdiction cannot be circumvented by [ ] artful pleading and, accordingly, [courts] customarily look to the substance of the pleadings rather than their form." *Brazos Elec. Power Co-op., Inc. v. United States*, 144 F.3d 784, 787 (Fed. Cir. 1998). "Regardless of the characterization of the case ascribed by [a plaintiff] in its complaint, [courts] look to the true nature of the action in determining the existence or not of jurisdiction." *Katz*, 16 F.3d at 1207 (Fed. Cir. 1994).

When examining whether a claim falls under the APA or the Tucker Act, the Federal Circuit has instructed that "[t]he analysis begins [ ] with the question raised by 5 U.S.C. § 704— is there an 'adequate remedy' in a court other than the district court, that is, can the Court of Federal Claims provide an adequate remedy under the Tucker Act for the alleged wrong." *Suburban Mortg. Assocs., Inc. v. United States*, 480 F.3d 1116, 1125 (Fed. Cir. 2007). As the Federal Circuit explained, "[i]f the jurisdictional requirements of the Tucker Act are satisfied . . . and if the Court of Federal Claims through a money judgment can provide an adequate remedy under the Tucker Act, § 704 bars the district court from hearing the case because it belongs in another court—the Court of Federal Claims." *Id.* at 1125-26 (cleaned up).

There is no question that the payment of money damages to the plaintiffs, if available, "would provide them with a complete and adequate remedy for the relief currently sought." *ARRA Energy Co. I v. United States*, 97 Fed. Cl. 12, 24 (2011) (citing *Suburban Mortg.*, 480 F.3d at 1126 and noting that when adequate remedies are available under the Tucker Act, "the district courts lack jurisdiction under section 704 of the APA"); *Telecare Corp. v. Leavitt*, 409 F.3d 1345, 1349-50 (Fed. Cir. 2005) (cleaned up) ("The availability of an action for money damages under the Tucker Act or Little Tucker Act is presumptively an 'adequate remedy' for § 704 purposes. Because [the plaintiff] can bring an action under the Tucker Act or Little Tucker Act to redress the allegedly improper exaction, there is no waiver of sovereign immunity under the APA.").

The plaintiffs here seek only money damages (ECF 1 at 46); such damages would adequately compensate them for the allegedly illegal failure of the SBA to award the plaintiffs

10

the grants, *i.e.*, money, which they applied for and were entitled to but did not receive. The plaintiffs are not seeking prospective relief. Similarly, there is no request that would entangle the court in a "complex ongoing relationship" necessitating adjudication of future disputes. *Maine Cmty. Health*, 590 U.S. at 327. These factors suggest that the plaintiffs' claims fall more neatly under the Tucker Act than they do under the APA.

Also relevant to the analysis is the fact that relief has not been available under the APA to claimants seeking RRF grants. Multiple district courts have found that equitable relief is unavailable because the RRF has been depleted, and that claims under the APA are therefore moot. *Reboot Macon, LLC, v. United States*, 5:21-CV-221, 2023 WL 4672395, at *3-5 (M.D. Ga. July 20, 2023); *Collins v. Small Business Admin.*, No. 2:22-CV-4104, 2024 WL 128201, at *3-4 (E.D. Pa. Jan. 11, 2024); *W6 Restaurant Group, Ltd, v. Guzman*, No. 1:21-CV-2361, 2024 WL 1973132, at *6-10 (N.D. Ohio May 3, 2024). In the absence of available APA remedies, not only does the Tucker Act provide an "adequate remedy," but likely the only remedy for the plaintiffs' claims.

The defendant attempts to shoehorn the plaintiffs' claims into the *Bowen* framework to argue they must be raised under the APA. The plaintiff in *Bowen* sought "to review a final order of the Secretary of Health and Human Services refusing to reimburse a State for a category of expenditures under its Medicaid program." 487 U.S. at 882. The Supreme Court held that a:

> suit to enforce § 1396b(a) of the Medicaid Act, which provides that the Secretary "shall pay" certain amounts for appropriate Medicaid services, is not a suit seeking money in compensation for the damage sustained by the failure of the Federal Government to pay as mandated; rather, it is a suit seeking to enforce the statutory mandate itself, which happens to be one for the payment of money.

*Id.* at 900.[5]

_____

[5] The Supreme Court hinted that its holding in *Bowen* was not broad, noting in a footnote immediately after the language quoted in the text that "[t]here are, of course, many statutory actions over which the Claims Court has jurisdiction that enforce a statutory mandate for the payment of money rather than obtain compensation for the Government's failure to so pay. The jurisdiction of the Claims Court, however, is not expressly limited to actions for 'money damages,' whereas that term does define the limits of the exception to § 702. Moreover, such statutes, unlike a complex scheme such as the Medicaid Act that governs a set of intricate, ongoing relationships between the States and the Federal Government, are all statutes that provide compensation for specific instances of past injuries or labors; suits brought under these statutes do not require the type of injunctive and declaratory powers that the district courts can bring to bear in suits under the Medicaid Act. Thus, to the extent that suits to enforce these statutes can be considered suits for specific relief, suits under the Tucker Act in the Claims Court

11

**Appx11**

The Supreme Court's holding in *Bowen* has been narrowly interpreted by the Federal Circuit. In *Consolidated Edison Company of New York v. U.S. Department of Energy*, the Federal Circuit explained that "[i]n *Bowen*, the Supreme Court linked its judgment to a specific set of circumstances," that were "not present in [*Consolidated Edison*]." 247 F.3d 1378, 1384, *cert. denied*, 534 U.S. 1034 (2001). In *Suburban Mortgage,* the Federal Circuit expounded on the appropriate and limited application of *Bowen* by focusing on the distinctive circumstances present in that case:

> These circumstances include: Bowen was a dispute between two sovereigns—a state government and the federal government—implicating federalism issues; the dispute centered on the administration of a major federal grant, the Medicaid program, involving enormous sums of money and complex interactions between the governments and the beneficiaries; at issue were the institutional arrangements between these two governments; the governments were locked into a fabric of long-term administration of the program; and the money involved in the uncovered education services was a small fraction of the total reimbursement the state received each year for its Medicaid costs under the program. In addition, the Court's focus was on the statutory requirements set forth in this complex grant program—nowhere in *Bowen* did the Court make reference to the existence of any specific contract or express agreement defining the relationship between the parties.

*Suburban Mortg*., 480 F.3d at 1127. These distinctive factors of *Bowen* were absent from *Consolidated Edison* and *Suburban Mortgage*; they are also absent from this case.

The effort to limit *Bowen* to the nature of the underlying statutory regime at issue and the remedy sought was reinforced in *Suburban Mortgage*, in which the Federal Circuit identified as the key feature of *Bowen* the fact that it involved "a complex, ongoing relationship between plaintiff and the Government in which the plaintiff seeks declaratory or injunctive relief to modify the Government's *future* obligations under the program." *Suburban Mortgage*, 480 F.3d at 1127 (emphasis in original).

Because of these absent features, in *Suburban Mortgage*, unlike in *Bowen*, "a judgment ordering prospective relief w[as] not [ ] necessary or appropriate". *Id.* Thus, jurisdiction in *Suburban Mortgage* was found to be appropriate in the Court of Federal Claims, not the district court. As now-Judge Solomson observed in analyzing these precedents in his book on the jurisdiction and procedure of the Court of Federal Claims, "[t]he bottom line is that, if a plaintiff's goal is to obtain a money judgment and the claim does not sound in tort, the [Court of Federal Claims] should be considered as the putatively correct forum for the claim in the first

---

offer precisely the sort of 'special and adequate review procedures' that § 704 requires to direct litigation away from the district courts." *Bowen*, 487 U.S. at 900 n.31 (cleaned up).

12

instance."  Matthew H. Solomson, Court of Federal Claims Jurisdiction, Practice, and Procedure, 29.IV.A. (2016).

Most importantly, the Supreme Court appears to have agreed with the Federal Circuit when it clarified how to apply *Bowen* in *Maine Community Health.*  In *Maine Community Health*, its most recent exposition on the Tucker Act, the Supreme Court appeared to accept the Federal Circuit's approach by pointing to two grounds on which to distinguish *Bowen*.

First, the Court noted that the nature of relief sought in *Bowen* was not money damages but instead "prospective declaratory and injunctive relief to clarify the extent of the Government's ongoing obligations under the Medicaid program."  *Maine Cmty. Health*, 590 U.S. at 326-27.  Similarly, the plaintiffs here are seeking "past due sums," *see id.*, and not injunctive, declaratory, or other prospective relief.  (ECF 1 at ¶ 153 (specifying plaintiffs have "incur[red] monetary damages in the amount of their RRF grants"); ECF 1-2.)

Second, the Supreme Court emphasized the importance of the relationship between the parties.  According to the Supreme Court, "the Administrative Procedure Act 'is tailored' to '[m]anaging the relationships between States and the Federal Government that occur over time and that involve constantly shifting balance sheets,' while the Tucker Act is suited to 'remedy[ing] particular categories of past injuries or labors for which various federal statutes provide compensation.'"  *Maine Cmty. Health*, 590 U.S. at 326-27 (quoting *Bowen*, 487 U.S. at 904-05 n.39).  The plaintiffs' claims are for a one-time grant award.  They would not require any ongoing or prospective relationship with the SBA regarding the RRF; the plaintiffs are seeking only a one-time payment of damages for grants that they contend they are owed but did not receive, contrary to the express requirements imposed on the SBA by Congress.

As refined and clarified by ensuing precedents from both the Supreme Court and the Federal Circuit, *Bowen* does not support the defendant's argument that the plaintiffs' claims are beyond the jurisdiction of the Court of Federal Claims under the Tucker Act.

The defendant's reliance on *Katz v. Cisneros* is also misplaced.  That case involved a challenge by a plaintiff to a federal agency's interpretation of its regulations related to federal housing-support payments to local housing agencies.  *Katz* did not involve a claim under a direct statutory obligation between the plaintiff and a federal agency; rather, it involved a challenge to an agency's regulations that happened to have financial consequences for the plaintiff.  16 F.3d at 1205-06; *see also Brighton Vill. Assocs. v. United States*, 52 F.3d 1056, 1059-60 (Fed. Cir. 1995) (relying on the fact that the plaintiff in *Katz* was not in privity with the federal government, but rather sought to challenge an interpretation of federal regulations that would indirectly and prospectively provide money to the plaintiff by changing how a federal agency calculated future contract rents under a contract between the plaintiff and a local housing agency); *Boaz Hous. Auth. v. United States*, 141 Fed. Cl. 74, 81 (2018) (same), *aff'd*, 994 F.3d 1359 (Fed. Cir. 2021).  The Federal Circuit held that the claim in *Katz* was properly heard in district court under the APA because the plaintiff was seeking prospective relief through an interpretation of a federal regulation.  *Katz*, 16 F.3d at 1208-1209.  In contrast, the plaintiffs in the present case request retrospective damages resulting from the SBA's denial of a one-time

13

**Appx13**
**J.A. 2220**

payment of money directly from the federal government under a grant program administered by the SBA.  The relief sought by the plaintiffs does not require any prospective relief.

While the plaintiffs' claim involves a challenge to the SBA's past administration of the RRF, this fact on its own does not convert the plaintiffs' claim for damages into an APA claim. "The fact that the Claims Court ha[s] to interpret the meaning of [a] regulation does not convert [the plaintiffs' claim] into an APA claim.  The Claims Court can resolve issues, including interpreting a government regulation."  *Portland Mint v. United States*, 102 F.4th 1371, 1381 n.6 (Fed. Cir. 2024) (citing *Radium Mines Inc. v. United States*, 153 F. Supp. 403, 405-06 (Ct. Cl. 1957)) (interpreting the word "redemption" in regulations governing the redemption of bent or partial coins by the U.S. Mint).  This recent holding by the Federal Circuit in *Portland Mint* is consistent with its long-standing jurisprudence.  "'It is often necessary to interpret or apply statutory or common law principles in order to resolve contract claims, but the fact that the resolution of a contract claim may turn on the interpretation of a statute does not deprive the Court of Federal Claims of jurisdiction over that claim.'"  *Holmes v. United States*, 657 F.3d 1303, 1312 (Fed. Cir. 2011) (quoting *Del–Rio Drilling Programs Inc. v. United States*, 146 F.3d 1358, 1367 (Fed. Cir. 1998)).

The fact that the plaintiffs' claims are based directly on an alleged violation of a statutory command rather than the interpretation of a contract does not *ipso facto* place the claims under the APA and outside the Tucker Act.  Indeed*, Maine Community Health* addressed the effect of a limitation in an appropriations rider that sought to limit the obligations authorized in the underlying statutory scheme, a case of statutory interpretation.  590 U.S. at 314-21.  *Bowen* and its progeny provide the test for determining whether a claim falls under the APA, for the district courts to resolve, or under the Tucker Act, for this court to resolve.  Whether the underlying legal issue involves the interpretation of a statute, regulation, contract, or other legal instrument is not determinative to the outcome of that test.

Judges of this court routinely review the way federal agencies administer and apply statutes and regulations in a wide variety of contexts.  The court often considers under the Tucker Act claims over which district courts may have concurrent jurisdiction.  *See Quality Tooling, Inc. v. United States*, 47 F.3d 1569, 1573 (Fed. Cir. 1995) ("There can be little doubt that, by statute, both the District Court, sitting in bankruptcy, and the Court of Federal Claims are empowered with subject matter jurisdiction over this contract dispute."); *Qwest Corp. v. United States*, 48 Fed. Cl. 672, 686 (2001) ("There is nothing irreconcilable between the statutes in permitting [a plaintiff] to seek 'just compensation' in the Court of Federal Claims under the Tucker Act for an alleged taking . . . even though [a plaintiff] may seek the same relief in a federal district court under the Telecom Act.").

This case is simply an instance of concurrent jurisdiction, which the Court of Federal Claims already has with the district courts in several legal areas, such as claims for tax refunds, 28 U.S.C. § 1346(a)(1), and claims seeking less than $10,000, 28 U.S.C. § 1346(a)(2).  This concurrent jurisdiction can also include claims that involve questions of statutory interpretation. *See Broughton Lumber Co. v. Yeutter*, 939 F.2d 1547, 1551 & n. 2 (Fed. Cir. 1991) ("agree[ing] with th[e] principle" "that district court jurisdiction can be concurrent with that of the Claims Court," particularly in suits under the APA or "involve[ing] statutes with language permitting a

14

**Appx14**

party to 'sue and be sued' in district court."); *Brit. Airways PLC v. United States*, 170 Fed. Cl. 305, 311 (2024) (noting "[i]t is well established that this jurisdictional grant extends to suits for the refund of taxes remitted to the Treasury"; such suits often involve interpreting the Internal Revenue Code) (citing 28 U.S.C. § 1346(a)); *Prochazka v. United States*, 116 Fed. Cl. 444, 451-57 (2014) (in the context of an Equal Access to Justice Act fee petition, evaluating whether the defendant's interpretation of a statute was substantially justified in part by looking to a district court's opinion addressing the same "general issue raised in this case"). Further, the Federal Circuit, without suggesting that such a challenge was properly raised only under the APA, has specifically considered whether the government's interpretation of a term in a grant-authorizing statute was correct. *Star-Glo Assocs., LP v. United States*, 414 F.3d 1349, 1356-58 (Fed. Cir. 2005) (addressing the meaning of "trees per acre" in Pub. L. No. 106-387, § 810(a)).

The plaintiffs are seeking a one-time payment of a specific amount of money they contend is due to them and are not seeking prospective relief nor are in an ongoing, long-term relationship with the federal government. Their claim properly falls under the Tucker Act and not the APA, provided that 15 U.S.C. § 9009c is money-mandating.

**b.      The Plaintiffs' Inartful Complaint**

Before addressing whether section 9009c is money-mandating, the plaintiffs' complaint must be addressed. On its face, the complaint is explicitly limited to a claim for money-damages under section 9009c. (ECF 1 at ¶ 14, pg. 41, 45-46.) Nevertheless, the complaint repeatedly alleges negligent and arbitrary or capricious conduct by the SBA. (*Id.* ¶¶ 80-143.) These references have, fairly, led the defendant to question whether the plaintiffs are attempting to raise an APA claim or, even further afield, a claim for negligence.

It is well-established that the court does not possess jurisdiction over negligence claims, which sound in tort and are expressly excluded from Tucker Act jurisdiction, 28 U.S.C. § 1491(a); *Keene Corp. v. United States*, 508 U.S. 200, 214 (1993) ("[T]ort cases are outside the jurisdiction of the Court of Federal Claims today . . . ."). Likewise, claims under the APA are beyond the jurisdiction of the Court of Federal Claims. *Martinez v. United States*, 333 F.3d 1295, 1313 (Fed. Cir. 2003) ("[T]he Court of Federal Claims lacks APA jurisdiction . . . ."). The plaintiffs do not dispute this settled law. Instead, they assert that they only intended their complaint to characterize the defendant's actions, rather than raise additional claims. (ECF 8 at 36, 39.)

The complaint is inartful, containing much superfluous and useless rhetoric to add atmospherics to the claim. Not only does this surplusage needlessly put at risk the jurisdictional basis for the plaintiffs' claims, but it is ineffective.

To the extent the plaintiffs' complaint simply includes a "characterization of agency action," however, that characterization is not relevant to the court's jurisdiction. *See Brazos*, 144 F.3d at 787; *Katz*, 16 F.3d at 1207. "Of course, the party who brings a suit is master to decide what law he will rely upon . . . ." *The Fair v. Kohler Die & Specialty Co.*, 228 U.S. 22, 25 (1913). The complaint should not have included references to negligence or arbitrary conduct by the SBA, but it does not explicitly state a cause of action under the APA or a negligence

15

**Appx15**

theory and does not claim to rely on the APA or another basis for asserting this court's jurisdiction. (ECF 1 at ¶ 14, pg. 41, 45-46.) In short, the plaintiffs are arguing that the SBA did not have discretion to refuse to make grant awards to them under the statute, and the arbitrary exercise of discretion that the SBA did not have does not affect the legal issue raised by the plaintiffs.

The gravamen of the plaintiffs' complaint is that the defendant violated a money-mandating statute within this court's Tucker Act jurisdiction, and not whether the defendant committed a tort or violated the APA. *Cf. Caterpillar Inc. v. Williams*, 482 U.S. 386, 392 (1987) ("The [well-pleaded complaint] rule makes the plaintiff the master of the claim; he or she may avoid" raising claims they do not wish to raise.). If on the merits the plaintiffs attempt to argue they may recover based on the SBA's negligent or arbitrary conduct without connecting it to a violation of a money-mandating statute, the defendant can object to such claims as falling outside the scope of the plaintiffs' complaint and the court's jurisdiction.

## 2. Whether Section 9009c is Money-Mandating

The plaintiffs' claims are properly heard under the Tucker Act because they seek monetary relief rather than prospective relief under the APA and do not sound in tort. The question remains whether section 9009c is money-mandating such as to allow the plaintiffs the monetary relief they seek. The two relevant provisions are: (1) subsection (b)(3)'s requirement that "[t]he Administrator shall use amounts in the Fund to make grants described in subsection (c)," and (2) subsection (c)(1)'s requirement that "[e]xcept as provided in subsection (b) and paragraph (3), the Administrator shall award grants to eligible entities in the order in which applications are received by the Administrator." The plaintiffs rely on the "shall award" language of section 9009c(c)(1) to support their claim that the statute is money-mandating.

The defendant acknowledges that a statue is money-mandating "when the Government does not have any discretion to pay funds once the requirements of the statute are met." (ECF 7 at 19 (citing *Samish Indian Nation v. United States*, 419 F.3d 1355, 1364 (Fed. Cir. 2005)).) The defendant argues, however, that "nothing in [section 9009c's] text compels SBA to pay upon receipt of a satisfactory application." (*Id.* at 21.) "If Congress had intended SBA to award grants after the priority period to all eligible entities" or some variation thereof, "it would have said so." (*Id.* at 20.) Instead, the defendant argues that the "shall award" language of section 9009c(c)(1) "only speaks to the method of application administration and processing of award disbursements." (*Id.*) The defendant also points to section 9009c(b)(3), which provides that "[t]he Administrator shall use amounts in the RRF to make grants described in subsection (c)," to argue that this provision shows Congress only *empowered* the SBA to make awards to entities that met the eligibility criteria; Congress did not require "SBA to specifically make payments to any applicant." (*Id.* at 21.)

"A statute is money mandating if either: (1) it can fairly be interpreted as mandating compensation by the Federal Government for damages sustained; or (2) it grants the claimant a right to recover damages either expressly or by implication." *Lummi Tribe of the Lummi Rsrv., Washington v. United States*, 870 F.3d 1313, 1317 (Fed. Cir. 2017) (cleaned up). "It is enough 'that a statute creating a Tucker Act right be reasonably amenable to the reading that it mandates

16

a right of recovery in damages.' [*United States v. White Mountain Apache Tribe*, 537 U.S. 465, 473 (2003)]. Further, the statute and regulations must be money-mandating as to the class of which plaintiff claims to be a member." *Roberts v. United States*, 745 F.3d 1158, 1162 (Fed. Cir. 2014).

"A statute is not money-mandating when it gives the government *complete* discretion over the decision whether or not to pay an individual or group." *Doe v. United States*, 463 F.3d 1314, 1324 (Fed. Cir. 2006) (emphasis added). Even statutes that appear to be discretionary can be money-mandating. An apparently discretionary statute is money-mandating "when an analysis of congressional intent or the structure and purpose of the statute reveal one of the following: (1) the statute has 'clear standards for paying' money to recipients, (2) the statute specifies 'precise amounts' to be paid, or (3) the statute compels payment once certain conditions precedent are met." *Id.* (quoting *Samish Indian Nation*, 419 F.3d at 1364-65).[6] Although this test apparently requires the "precise amounts to be paid" to be clear from the statute, the Federal Circuit has noted that a statute may be found to be money-mandating even when an agency "retains some discretion to determine the amount of an award, within prescribed limits . . . ." *Doe v. United States*, 100 F.3d 1576, 1582 (Fed. Cir. 1996) (citing *Bradley v. United States*, 870 F.2d 1578 (Fed. Cir. 1989)).

"'Statutory construction must begin with the language employed by Congress and the assumption that the ordinary meaning of that language accurately expresses the legislative purpose.'" *Gross v. FBL Fin. Servs.*, Inc., 557 U.S. 167, 175 (2009) (quoting *Engine Mfrs. Assn. v. South Coast Air Quality Management Dist.*, 541 U.S. 246, 252 (2004)). "When terms used in a statute are undefined, [courts] give them their ordinary meaning." *Asgrow Seed Co. v. Winterboer*, 513 U.S. 179, 187 (1995). "It is a cardinal principle of statutory construction that a statute ought, upon the whole, to be so construed that, if it can be prevented, no clause, sentence, or word shall be superfluous, void, or insignificant." *TRW Inc. v. Andrews*, 534 U.S. 19, 31 (2001) (cleaned up). "The plain meaning that we seek to discern is the plain meaning of the whole statute, not of isolated sentences." *Beecham v. United States*, 511 U.S. 368, 372 (1994).

Section 9009c does not provide the Administrator discretion as to whether to award a grant. Section 9009c(b)(1) establishes the RRF, with subsection (b)(2)(A) specifically appropriating $28.6 billion in funding for the RRF and authorizing the SBA to place an "amount otherwise available" into the RRF. The next provision, (b)(2)(B)(i) goes on to specify that $5 billion should be set aside for certain smaller businesses, and that the remaining $23.5 billion should be available "to award grants under subsection (c) in an equitable manner to eligible

---

[6] Notably, both *Doe* and *Samish Indian Nation* frame this test with the disjunctive "or," but a later case, *Roberts v. United States*, without explanation, frames this test with the conjunctive "and," requiring all three prongs to be met. 745 F.3d at 1163 (citing *Perri v. United*, 340 F.3d 1337, 1343 (Fed. Cir. 2003) (finding all three factors met in that case without framing them as elements of a test)). Because *Doe* and *Samish Indian Nation* both preceded *Roberts* and, unlike *Perri*, explicitly expounded a three-part disjunctive test, the Court relies on the earlier framing of the test.

17

**Appx17**
**J.A. 2224**

entities of different sizes based on annual gross receipts." Subsection (b)(2)(B)(ii) allows the Administrator to "make adjustments as necessary to the distribution of funds under clause (i)(II) based on demand and the relative local costs in the markets in which eligible entities operate." Skipping over subparagraph (b)(2)(C), which deals with when the Administrator is allowed to make awards after the initial period, subsection (b) ends with paragraph (b)(3)'s unambiguous command that "[t]he Administrator shall use amounts in the Fund to make grants described in subsection (c)."

This language allows the Administrator no discretion as to the uses to which she may put the amounts in the RRF. None of provisions in subsection (b) establishing the RRF provide any discretion to the Administrator to refuse to use the money in the RRF to make a grant. At best, the references to "award[ing] grants under subsection (c) in an equitable manner" in section 9009c(b)(2)(B)(i)(II) and to "mak[ing] adjustments as necessary to the distribution of funds under clause (i)(II) based on demand and the relative local costs" in section 9009c(b)(2)(B)(ii) allow the Administrator to apportion the funds into different pots of money from which she may make award to different groups of "eligible entities of different sizes based on annual gross receipts." Notably, these provisions do not affect the amount any given applicant may receive, which is specifically governed by section 9009c(c)(4)(B). That provision species that "[e]xcept as provided *in this paragraph*," thereby excluding the provisions in subsection (b), "the amount of a grant made to an eligible entity under this subsection shall be equal to the pandemic-related revenue loss of the eligible entity." (Emphasis added). It is unclear from the complaint if the Administrator used her authority to create different pots of money, but even if she did, there is no provision that would have authorized her to deny an award to an eligible entity that fell within the size requirements for award from any specific pot of money.

Beyond restricting the uses the Administrator may make of the amounts in the RRF, the statutory language does not grant the Administrator any discretion as to how much any given applicant is to be awarded. Section 9009c(c)(4)(B)(i) requires that, subject to aggregate maximum award limits, "the amount of a grant made to an eligible entity under this subsection shall be equal to the pandemic-related revenue loss of the eligible entity," with pandemic-related revenue loss defined in section 9009c(a)(7). At best, section 9009c(a)(7) allows the Administrator to offer alternate formulas for calculating pandemic-related revenue loss in certain situations. But that does not give the Administrator the ability to reject any given application for award.

Further, section 9009c(b)(3) requires the Administrator to use the money "in the Fund to make grants described in subsection (c)," and subsection (c)(1) precisely specifies the order in which the Administrator is required to award grants: "in the order in which applications are received by the Administrator."

The provisions of subsection (c) go on to specify application requirements, priorities in awarding grants, the way grant amounts are to be determined, and the permissible uses of the grants. None of the remaining provisions, however, vests the Administrator with any discretion over whether to make an individual grant award or authorize her to make awards in the order in which applications are processed or any other order in addition to or in lieu of the order specified

18

by Congress in the law.[7]  Instead, these provisions, combined with the requirements that an applicant prove a pandemic-related revenue loss under subsection(a)(7), only give the Administrator a ministerial role in implementing the RRF.

Importantly, section 9009c is not an unlimited money-mandate requiring the payment of grants to all eligible entities.  Section 9009c(b)(3) only requires the Administrator to "use amounts in the Fund to make grants described in subsection (c)."  In other words, the statute does not provide a general entitlement and is not a money-mandating grant to all eligible entities; instead, the provision requires the use of a specific fund of money to be awarded to eligible entities in a specified order until the funds are exhausted.  Once the funding runs out, applicants are out of luck.  The plaintiffs allege they fall within the order of payment specified by Congress and are entitled to payment because they filed their applications on the first day applications could be submitted, yet applicants that filed their applications later than the plaintiffs received grants and the plaintiffs did not.  (ECF 1 at ¶¶ 5, 9, 13, 138.)

Section 9009c(c)(1) requires payment of grants in the order applications are received.  By its plain terms, therefore, section 9009c(c)(1) establishes an individual right for eligible entities to receive awards based on, with limited exceptions, a first-come, first-served basis.  The congressional intent and consequence of this provision is obvious: diligent applicants would be assured an award over less diligent ones.  *See Vitolo v. Guzman*, 999 F.3d 353, 357 (6th Cir. 2021) ("The key to getting a grant is to get in the queue before the money runs out. The Small Business Administration distributes money on a first come, first served basis.").  The approach taken by Congress makes sense because Congress knew the demand would exceed the amount of funding it was providing for the RRF.

If an eligible entity filed an application right after the first $28.6 billion worth of eligible applications were submitted, it would only have itself to blame for not receiving an award.  Diligent applicants would not be subject to unpredictable administrative processing speeds; no applicant would lose out on a grant simply because the processor assigned to consider its application happened to be on vacation or home with a sick child that day.  In short, Congress wrote into the law a clear order of awardees for a grant; it specifically rejected a lottery system in which some applicants apply for a grant in one order but receive them in a totally different one outside of their control.  Congress rejected the notion that the vicissitudes and vagaries of

---

[7] At best, the Administrator had some discretion to set aside additional funding for priority applicants.  Section 9009c(c)(3)(A) provides that "[t]he Administrator may take such steps as necessary to ensure that [priority applicants] described in this subparagraph have access to grant funding under this section after the end of such 21-day period."  This provision is referring to the need to take systemic steps, such as reserving necessary sums of money, and does not otherwise authorize the Administrator to exercise discretion when reviewing specific applications.  Given the SBA stopped processing priority applications on May 23, 2021 (*see* ECF 1 at ¶ 59), and the "SBA awarded the final RRF grants to [p]riority [a]pplicants" on May 27, 2021 (*id.* ¶ 65), there is no indication that the Administrator took any such steps.

19

administrative or bureaucratic happenstance would influence which applicants received a grant and which did not.

Despite the clear congressional directive spelled out in the statute itself, the SBA decided to make awards in the order that it processed applications, precisely the kind of bureaucratic vagary Congress sought to avoid. The defendant offers a weak justification of the SBA's interpretation that the statute allowed it to make awards in the order that applications were processed. In support of the SBA's approach, the defendant musters two authorities in a footnote. (ECF 7 at 20 n.5.)

First, although a court must give undefined statutory terms "their ordinary meaning," *Asgrow Seed*, 513 U.S. at 187, the defendant inventively argues for a plausible but uncommon definition of the word "receive" based on a citation to a single dictionary's definition of the word "receive" as "'[t]o admit or accept (a person or thing).'" (ECF 7 at 13 n.5 (quoting *Receive*, Oxford English Dictionary (3d ed. 2009) ("OED").) According to the defendant, this means that section 9009c(c)(1)'s requirement to "award grants to eligible entities in the order in which applications are received by the Administrator" only applied once the Administrator fully processed and approved an application, *i.e.*, accepted it.

The defendant's interpretation, however, is not even strongly supported by the OED. Digging further into the primary definition of receive, the OED, available online with some revisions, specifies that this usage of "receive" is often rare or obsolete. *See Receive*, OED, https://www.oed.com/dictionary/receive_v?tab=meaning_and_use#26545903 (last visited July 24, 2024). As reflected in the online edition, many of the detailed definitions under the defendant's cited headline definition are also described as being "chiefly [used] in religious contexts," "obsolete," "chiefly historical," applying only to a person, or used in combination with references to personal objects or simple predicates, such as "as," "for," "to," or "to be." *Id.*

The defendant's proffered definition must be rejected. "'It is a fundamental canon of statutory construction that words will be interpreted as taking their ordinary, contemporary, common meaning,' which may be derived from 'dictionaries from the era of the statutory provision's enactment.'" *New York & Presbyterian Hosp. v. United States*, 881 F.3d 877, 882 (Fed. Cir. 2018) (quoting *Sandifer v. U.S. Steel Corp.*, 571 U.S. 220, 227 (2014) (cleaned up)).

Contrary to the single "rare" or "obsolete" definition of "receive" relied on by the defendant, there are several other dictionaries whose primary definition of "receive" is "to come into possession of," *Receive*, Merriam-Webster, https://www.merriam-webster.com/dictionary/receive (last visited July 24, 2024); "to get or be given something," *Receive*, Cambridge Dictionary, https://dictionary.cambridge.org/us/dictionary/english/receive (last visited July 24, 2024); *Receive*, The Britannica Dictionary, https://www.britannica.com/dictionary/receive first in the context (last visited July 24, 2024) (same); or "to get something that someone has given or sent to you," *Receive*, https://dictionary.cambridge.org/us/dictionary/essential-american-english/receive (last visited July 24, 2024).

In contrast, the defendant's asserted definition seems to be overly technical or outdated rather than the ordinary, plain meaning of the statutory term "receive." To illustrate, imagine an applicant called the SBA to inquire, "have you received my application?" It would be inconsistent with modern, common usage of the word for an SBA representative to reply "no, we're still processing it." Or, more generally, imagine if a person sent someone a letter and asked the recipient if the letter had been received. If the recipient said no, the sender would naturally think it had not yet arrived or was lost in the mail, not that the recipient left it in the mailbox and thereby did not "admit or accept" it into his home. Absent some indication from the text of section 9009c that this more arcane and less colloquial meaning of the word "receive" was intended, no person would understand the plain meaning of "receive" to mean "accept." This reading is especially applicable because section 9009c(c)(2)(B) directs the Administrator "[i]n *accepting* applications for grants under this subsection" to "prioritize the ability of each applicant to use their existing business identifiers . . . ." (Emphasis added). This language reflects that Congress intended to draw a distinction between the SBA *accepting* applications and simply *receiving* them. *See Intel Corp. v. Qualcomm Inc.*, 21 F.4th 784, 793 (Fed. Cir. 2021) (quoting Antonin Scalia & Bryan A. Garner, *Reading Law: The Interpretation of Legal Texts* 170 (2012)) ("'A word or phrase is presumed to bear the same meaning through a text; a material variation in terms suggests a variation in meaning.'").

Most importantly, the defendant's interpretation also would effectively make section 9009c(c)(1) a nullity, as the SBA likely would have defaulted to making awards in the order in which it processed applications; a congressional directive would not have been necessary. Reading the statute as the defendant proposes would effectively nullify one of the RRF's central provisions. Such a reading is impermissible. *See United States v. Menasche*, 348 U.S. 528, 538-39 (1955) (cleaned up) ("The cardinal principle of statutory construction is to save and not to destroy. It is [a court's] duty to give effect, if possible, to every clause and word of a statute, rather than to emasculate an entire section, as the Government's interpretation requires."); Scalia & Garner, supra, at 174-79 (the Surplusage Canon). Reading "receive" to carry its normal meaning avoids that problem.

Creating surplusage is not the only serious problem with the defendant's proposed definition of "receive." Unless the context demands otherwise, "there is a natural presumption that identical words used in different parts of the same act are intended to have the same meaning." *Atlantic Cleaners & Dyers, Inc. v. United States*, 286 U.S. 427, 433, (1932); *accord Util. Air Regul. Grp. v. EPA*, 573 U.S. 302, 319-20 (2014). The defendant's proffered definition of "receive" in the statute appears to be incompatible with at least one usage of the word "received" in section 9009c. Section 9009c(a)(7)(C)(i) provides "the expenses described in subsection (c)(5)(A) that were incurred by the eligible entity minus any gross receipts received." Businesses generally do not "accept" gross receipts, *i.e.*, money, they come into possession of or are given it. The defendant's reading of "receive" instead of the more common understanding of the term is not a good fit for the statute.

Second, the defendant relies on an out-of-context quote from *Vitolo* to support the SBA's interpretation of the statute. That case focused on the constitutionality of the priority period for women-owned and socially and economically disadvantaged small business concerns under section 9009c(c)(3). The Sixth Circuit's opinion did note that after the priority period ended,

21

"'[t]he statute now requires [SBA] to *begin processing* grant requests in the order they were received, without regard to the applicants' race or sex.'" (ECF 7 at 20 n.5 (quoting *Vitolo*, 999 F.3d at 359) (emphasis by the defendant).)  In its opinion, however, the Sixth Circuit also noted that "[t]he key to getting a grant is to get in the queue before the money runs out.  The [SBA] distributes money on a first come, first served basis." *Vitolo*, 999 F.3d at 357.  The statement that the SBA had to process grants in the order in which the applications were received does not in any way suggest there was no statutory requirement that the SBA pay grants to applicants in the order in which applications were received; instead, the Sixth Circuit's comment complements the statutory obligation, because processing applications was a prerequisite to making a grant award.

Finally, the defendant argues the SBA had to make grant awards in the order applications were processed because otherwise "no money could be disbursed until the first-filed application was processed to approval."  (ECF 7 at 20 n.5.)  This defense, however, presents a policy argument that at best attempts to argue the absurdity of following section 9009c(c)(1)'s language literally.

Even accepting the argument that Congress could not have intended that each applicant literally had to wait until each earlier applicant received a grant, that would only suggest the SBA could have examined the amount sought by each application in the order received until the amounts sought totaled $28.6 billion.  Then once an application in that group was denied, it could start processing the next application in line from outside that group.  The SBA then could have made awards on later-filed applications, provided it had reserved amounts claimed by earlier-filed applicants until those applications were either paid out or denied as ineligible.  The plaintiffs allege that the SBA has previously adopted this course in other grant programs, suggesting this approach was administratively feasible.  (ECF 1 at ¶ 79(b).)  This process would have ensured no earlier applicant was harmed by awarding a grant to a later applicant, thereby satisfying both the text and the intent of section 9009c(c)(1).

The Administrator therefore was required to use the RRF to make grants under section 9009c(b)(3), and to do so in the order specified by section 9009c(c)(1), an order that gave each eligible applicant an individual right to receive payment before any later applicant.  Because the SBA lacked discretion under section 9009c as to whether to pay money to specific applicants who meet the requirements of the statute or as to the amounts to award a specific applicant, section 9009c can fairly be read to be money-mandating.  It does not matter that section 9009c does not literally command payment to all eligible entities because of the limited funding provided to the RRF, what matters is that the plaintiffs fall within the scope of section 9009c's money-mandate.[8]  *See Fisher v. United States*, 402 F.3d 1167, 1175 (Fed. Cir. 2005) (citing

---

[8] To the extent the defendant argues the statute is not money-mandating because the Administrator did not determine the plaintiffs were eligible to receive a grant (ECF 7 at 20 ("Congress could not have intended SBA to hand out money without an eligibility determination"), that fact alone does not render the statute not money-mandating.  "The fact that

22

*Sawyer v. United States*, 930 F.2d 1577, 1580 (Fed. Cir. 1991) and noting that the statute at issue in *Sawyer* was held to be money-mandating "because when the requirements of the statute are met . . . the [plaintiff] is entitled to compensation"); *Roberts v. United States*, 745 F.3d at 1162.

When the statutory provisions are read together, it becomes clear that section 9009c required the Administrator to award grants to all eligible applicants, the hallmark of a money-mandating statute, until the RRF was exhausted. The Court relies on the "shall use" and "shall award" language in section 9009c(b)(3) and (c)(1) to find the statute money-mandating by its plain terms. Even if this language simply authorized the Administrator to make awards, section 9009c would still be money-mandating because it would meet each of the three prongs of the test for determining if a discretionary statute is money-mandating. *See Samish Indian Nation*, 419 F.3d at 1364-65; *Doe*, 463 F.3d at 1324; *Perri v. United*, 340 F.3d 1337, 1342-43 (Fed. Cir. 2003).

Section 9009c therefore is money-mandating, but it is a limited mandate applying only to the money within the RRF because section 9009c(b)(3) only requires making awards to applicants out of the money available within the RRF. Because the plaintiffs allege sufficient facts to demonstrate they likely were eligible entities (ECF 1 at ¶¶ 128-134), a contention the defendant does not currently dispute, section 9009c is "money-mandating as to the class of which plaintiff[s] claim[ ] to be a member." *Roberts*, 745 F.3d at 1162.

### 3.  Redressability and Mootness

The defendant's final jurisdictional arguments are that the plaintiffs' claims are not redressable and are moot. (ECF 7 at 14-19.) The defendant bases its redressability argument on the lack of available sums remaining in the RRF for any further awards. (*Id.* at 15-16.) The defendant also argues that because no funds remain available in the RRF and any funds awarded now from the RRF would have to be returned to the Treasury under the Fiscal Responsibility Act or section 9009c(c)(6), the plaintiffs' claims are moot. (*Id.* at 16-19.)

Redressability is one of the three irreducible constitutional requirements for standing.[9] *See Steel Co. v. Citizens for a Better Env't*, 523 U.S. 83, 102-03 (1998). For an injury to be

---

the statute imposes requirements for the payment of money does not mean that only claimants who have been determined by a Government official to meet those requirements have a right to the money the statute provides. It is the statute, not the Government official, that provides for the payment. If the Government official's determinations under the statute are in error," or as here were never made in the first place, "the court is there to correct the matter, and to have the proper determinations made." *Fisher*, 402 F.3d at 1175.

[9] The defendant does not contest that the plaintiffs have met the other two requirements for standing established in *Lujan v. Defenders of Wildlife*: (1) an actual, concrete, and particularized injury that is (2) fairly traceable to the defendant. *See* 504 U.S. 555, 560-61 (1992). The

23

redressable, "it must be likely, as opposed to merely speculative, that the injury will be redressed by a favorable decision." *Lujan v. Defenders of Wildlife,* 504 U.S. 555, 561 (1992) (cleaned up). In contrast, a claim becomes moot when "in the course of litigation a court finds that it can no longer provide a plaintiff with any effectual relief . . . ." *Uzuegbunam v. Preczewski,* 141 S. Ct. 792, 796 (2021); *see Momenta Pharms., Inc. v. Bristol-Myers Squibb Co.,* 915 F.3d 764, 770 (Fed. Cir. 2019) (quoting *Milwaukee Police Ass'n v. Bd. of Fire & Police Comm'rs of the City of Milwaukee,* 708 F.3d 921, 929 (7th Cir. 2013) ("In essence, 'mootness is the doctrine of standing set in a time frame; that is, the requisite personal interest that must exist at the time of commencement of the litigation (standing) must continue throughout its existence (mootness).'")).

Any argument that the plaintiffs' claims are not redressable because no money remains in the RRF is unavailing. "Congress can also create an obligation directly by statute, without also providing details about how it must be satisfied," and "a subsequent failure to appropriate enough funds neither 'abrogate[s] nor suspend[s]' the Government's pre-existing commitment to pay." *Maine Cmty. Health Option,* 590 U.S. at 309 (quoting *United States v. Langston,* 118 U.S. 389, 394 (1886)). Thus, "the mere failure of Congress to appropriate funds, without further words modifying or repealing, expressly or by clear implication, the substantive law, does not in and of itself defeat a Government obligation created by statute." *N.Y. Airways, Inc. v. United States,* 369 F.2d 743, 748 (1966).

The absence of money in the RRF does not prevent the plaintiffs from recovering money damages, because money damages would not be paid out of the RRF. The Court of Federal Claims does not award equitable relief requiring payment from a specific funding source. Instead, with one exception not relevant here, "every final judgment rendered by the United States Court of Federal Claims against the United States shall be paid out of any general appropriation therefor, on presentation to the Secretary of the Treasury of a certification of the judgment by the clerk and chief judge of the court." 28 U.S.C. § 2517 (entitled "Payment of judgments"). In other words, the Judgment Fund is generally the source for the payment of awards by the Court of Federal Claims. 31 U.S.C. § 1304(a)(3)(A) (appropriating to the Judgment Fund amounts necessary to pay final judgments and settlements payable under 28 U.S.C. § 2517).

It is true that "funds may be paid out [of the Judgment Fund] only on the basis of a judgment based on a substantive right to compensation based on the express terms of a specific statute." *Off. of Pers. Mgmt. v. Richmond,* 496 U.S. 414, 432 (1990). The fact a plaintiff must have a substantive right to compensation is only jurisdictional, however, to the extent the plaintiff must rely on a money-mandating statute, not that the plaintiff must prove its case on the merits. *See Fisher,* 402 F.3d at 1176 (citing *Palmer v. United States,* 168 F.3d 1310, 1313 (Fed. Cir. 1999)) (noting that when a "money-mandating statute, applied to the facts proven, did not afford the remedy claimed," it is "a failure on the plaintiff's part to state a claim on which relief

---

plaintiffs have met these requirements by pleading that they were each injured by the SBA's failure to award them the grants they sought. (*See* ECF 1-2.)

24

could be granted, and not a jurisdictional defect"). The merits of a claim do not affect its redressability because, as Judge Wheeler concluded, "the Judgment Fund is generally available to pay the liabilities of the Government as enforced by this Court. . . . When a statute . . . is money-mandating, the Judgment Fund will always be an appropriation from which the Government's promises can be fulfilled." *Molina Healthcare of California, Inc. v. United States*, 133 Fed. Cl. 14, 35 (2017).[10] The exhaustion of funds in the RRF therefore does not go to redressability of the plaintiff's claim for damages because section 9009c is money-mandating; the only question is whether the plaintiffs are entitled to recover money damages on the merits.

Recognizing the problem with its argument (ECF 10 at 9) ("Plaintiffs are generally correct that when a statute is money-mandating, the failure to appropriate funds does not eliminate the Government's payment obligation"), the defendant falls back on the argument that its liability is limited by section 9009c to the already-expended RRF, making the Judgment Fund unavailable and the plaintiffs' claims not redressable. (*Id.* at 9-10 n.4.)

Under its spending power, Congress can limit the government's liability under money-mandating statutes by making any payment obligation subject to the availability of funds or limiting expenditures to certain amounts. Such limitations do not, however, present redressability concerns. Instead, the cases that have addressed the issue of a statutory limitation on expenditures have considered the issue a question of entitlement to recovery. *See Prairie Cnty., Montana v. United States*, 782 F.3d 685, 691 (Fed. Cir. 2015) (affirming the dismissal of a plaintiff's claim for failure to state a claim because of the existence of a liability cap), *cert. denied*, 577 U.S. 923 (2015); *Greenlee Cnty., Ariz. v. United States*, 487 F.3d 871, 887-81 (Fed. Cir. 2007) (same), *cert. denied*, 552 U.S. 1142 (2008); *Star-Glo Assocs., LP v. United States*, 59 Fed. Cl. 724, 734-35 (2004) (granting summary judgment against a plaintiff when a statutory cap barred recovery), *aff'd on other grounds*, 414 F.3d 1349 (Fed. Cir. 2005).

For example, in *Star-Glo Associates, LP v. United States*, the Federal Circuit considered whether a benefits program intended to compensate citrus growers included a statutory cap on expenditures that barred a claim from two plaintiffs, who claimed the Department of Agriculture had used the wrong definition of "acre" in calculating their grant award. 414 F.3d at 1350-53. Despite finding there was a statutory expenditure cap that had been met by the time the plaintiffs filed suit, the Federal Circuit did not suggest that it lacked jurisdiction due to any lack of standing by the plaintiffs or lack of redressability. *Id.* at 1354-55. Instead, rather than addressing the effect on the statutory cap on expenditures when the cap had not been reached at the time a claim accrued, the Federal Circuit held on the merits that the plaintiffs were not

---

[10] Judge Wheeler's broad language in *Molina* notwithstanding, the Judgment Fund is unavailable if "payment is [ ] otherwise provided for." 31 U.S.C. § 1304(a)(1). One such example is in cases under the National Vaccine Injury Compensation Program, in which payments for those injuries are made from the Vaccine Injury Compensation Trust Fund, pursuant to 42 U.S.C. § 300aa–15(i)(2) and 26 U.S.C. § 9510. The defendant has not, however, argued that other funding sources are available, and none is readily apparent, so this limitation is not relevant to the plaintiffs' claims.

entitled to further funds because the Department of Agriculture had used the correct definition of "acre." *Id.* at 1355-58.

In short, when the effect of a cap on expenditures was clear, courts considering such statutory limitations on funding have treated them as an absolute affirmative defense, the success on which by the defendant precluded the award of damages to a plaintiff on the merits. Even in *Star-Glo*, in which a cap on expenditures existed but its effect was unclear, no court ever suggested that the cap presented a threshold jurisdictional issue that would bar consideration of the merits of a claim. The defendant has not identified any contrary authority in which a statute was held to be money-mandating, but a plaintiff's claims were not redressable due to an exhaustion of funds. The question of whether there is a statutory cap limiting the defendant's liability therefore confuses redressability with "whether the plaintiff has established a right to recover, a question which it is inappropriate to treat at this stage of the litigation." *Chafin v. Chafin*, 568 U.S. 165, 174 (2013) (cleaned up).

On mootness, the defendant makes largely the same arguments. It attempts to find additional support in section 9009c(c)(6)'s mandate that any unused grant funds held by eligible entities after March 11, 2023, must be returned to the treasury and in the Fiscal Responsibility Act's rescission of unobligated funds. (ECF 7 at 16-19.) The defendant also cites several district court decisions which dismissed claims raised by eligible entities on mootness grounds because the RRF was exhausted and/or because the plaintiffs raised their claims after March 11, 2023. (*Id.* at 18 (citing *Reboot Macon*, 2023 WL 4672395, at *5; *Keener v. United States*, No. 2:22-1640, 2023 WL 2478367, at *7 (D.S.C. Mar. 13, 2023)).)

The flaw in the defendant's mootness argument, however, lies in the differences between the relief available in the district courts and this court. The district courts under the APA can only award "relief other than money damages." 5 U.S.C. § 702. Any request for injunctive or declaratory relief related to grant applications were rendered academic when the RRF was exhausted because such relief could not cause the plaintiffs to receive any grant money. *See Reboot Macon*, 2023 WL 4672395, at *4 ("Because the RRF has run dry, and because the only relief available to the plaintiffs requires the Court to direct the SBA to process RRF applications in the order that they were received, a depleted RRF renders that requested relief moot and the government is entitled to dismissal."); *Keener*, 2023 WL 2478367, at *7 ("However, if defendants were to show evidence that the RRF program lacks funds, at that point plaintiffs' claims would be moot.").

In contrast, the Court of Federal Claims awards money damages and can only rarely provide injunctive or other equitable relief (outside of bid-protest cases under 28 U.S.C. § 1491(b)) "as an incident of and collateral to any" judgment for money. 28 U.S.C. § 1491(a)(1); *see James v. Caldera*, 159 F.3d 573, 580 (Fed. Cir. 1998) (cleaned up) ("Stated another way, the Court of Federal Claims has no power to grant affirmative non-monetary relief unless it is tied and subordinate to a money judgment."). Money damages are paid out of the Judgment Fund and are not orders for the award of money from any other specific funds. 28 U.S.C. § 2517; 31 U.S.C. § 1304(a)(3)(A). An award of money damages therefore would not be subject to the RRF's requirement to return grant funds nor the Fiscal Responsibility Act's recission of funds as these laws do not include any language affecting monetary awards from the Judgment Fund. The

26

possibility of a damages award therefore is not moot and could provide the plaintiffs with the relief they seek.

The only way for the plaintiffs' claims for money damages to be mooted is for them to receive grants or otherwise be voluntarily compensated by the defendant. Unless and until this happens, their claims are not moot.

To summarize, the plaintiffs' claim that section 9009c, read properly, commands the payment of money to them. *Bowen* does not require the plaintiffs to raise their claims under the APA in district court. The plaintiffs' case does not present *Bowen*'s specific circumstances, and monetary relief is adequate to redress retrospectively their injuries for the SBA's alleged failure to pay them the one-time grants they allege the SBA was obligated to provide under the statute. The plaintiffs therefore present a classic money-mandating claim within the Tucker Act jurisdiction of the Court of Federal Claims, 28 USC § 1491(a). The only way such a claim may be dismissed for lack of jurisdiction is if the statute cannot fairly be construed to command the payment of money; if the plaintiffs fail to allege facts demonstrating they are within the class of beneficiaries entitled to payment under that statute; or if the plaintiffs lack standing. As the plaintiffs have overcome all three hurdles, the plaintiffs' claims are within this court's jurisdiction and would be redressable by the Judgment Fund if the plaintiffs succeed on the merits.

C.    **Rule 12(b)(6)**

Although not raised by the parties, the Court *sua sponte* raised the issue of whether the plaintiffs have failed to state a claim because of the possible existence of a cap on the defendant's liability under section 9009c. The parties were directed to file supplemental briefs addressing this issue, specifically:

> 1 – Does 15 U.S.C. § 9009c(b)(2)(A) impose a statutory cap on the amount of money to be spent under the Restaurant Revitalization Fund, or does § 9009c create an uncapped liability to support an award to the plaintiffs, either directly or through the Judgment Fund?

> 2 – Presuming that § 9009c caps liability and that § 9009c(c)(1) required the SBA to award grants strictly in the order in which applications were received, does the exhaustion of the available funds through the award of grants to entities who submitted their applications after the plaintiffs foreclose the plaintiffs from stating a claim for relief? What effect does the Fiscal Responsibility Act's de-obligation provision and § 9009c(c)(6)'s requirement that unspent funds be returned to the Treasury have on this question?

(ECF 13).

Without conceding the existence of jurisdiction, the defendant argues that 15 U.S.C. § 9009c(b)(2)(A) imposes a statutory cap that prevents the plaintiffs from stating a claim because

27

the statute included a specific amount of money to be expended, $28.6 billion. In support, the defendant relies on language from *Maine Community Health* that noted "'Congress c[an] expressly limit[ ] an obligation to available appropriations or specific dollar amounts.'" (ECF 16 at 1-2 (quoting 590 U.S. at 313) (edits by the Court).) Any resort to the Judgment Fund, the defendant argues, would be an inappropriate circumvention of Congress's intent to cap the amount available for the RRF. (*Id.* at 4-6.) Instead, the plaintiffs should have challenged the SBA's interpretation of section 9009c(c)(1) and disbursements of funds under the APA while the RRF still contained funds. (*Id.* at 6-7 & 6-7 n.4.) Further, the defendant argues that the Fiscal Responsibility Act rescinded any payment obligation because, citing to a district court opinion, the rescinded "'unobligated balances' were those 'funds that the SBA has not yet promised to pay to a specific entity that has applied and been approved for payment.'" (*Id.* at 9 (quoting *W6 Rest. Grp.*, 2024 WL 1973132, at *9).) Finally, the defendant reiterates its argument that the obligation to return unspent RRF funds prevents the plaintiff from stating a claim because to allow otherwise would circumvent Congress's intent to forfeit unspent RRF grant awards. (*Id.* at 10 (citing *Reboot Macon*, 2023 WL 4672395, at *5).)

In contrast, the plaintiffs argue that section 9009c(b)(2)(A) does not impose a statutory cap because the statute is not limited to available appropriations, but instead included a specific appropriation "in addition to amounts otherwise available." Relying on *Samish Indian Nation v. United States*, the plaintiffs argue that section 9009c(b)(2)(A) only "narrow[ed] the group of entities SBA was obligated to pay (based on the order applications were received)" but did not "limit liability for amounts the agency was obligated to pay." (ECF 17 at 8-10 (citing 657 F.3d 1330, 1339-41 (Fed. Cir. 2011), *vacated as moot*, 568 U.S. 936 (2012)).) Even if section 9009c(b)(2)(A) imposed a cap, the plaintiffs argue that they have stated a claim for relief that can be granted because the SBA's erroneous disbursements did not satisfy the SBA's obligation to them. Citing to the Government Accountability Office's ("GAO") *Principles of Federal Appropriations Law* ("GAO Redbook") and Steven N. Tomanelli, Appropriations Law 43 (2003), the plaintiffs argue that the obligation to pay them arose at the time they submitted their applications.[11] (ECF 17 at 10-13.) Any improper payments, the plaintiffs argue, must be paid to them as damages up to the amount appropriated. (*Id.* at 13-14 (quoting *Sutton v. United States*, 256 U.S. 575, 582 (1921)) ("'Unless the parties can agree as to the facts, the case should be remanded to the Court of Claims to determine what, if any, amount was erroneously charged against the appropriations . . . ; and for the amount of such improper charges, if any, judgment should be entered for the petitioner.'").) Finally, the plaintiffs argue that the Fiscal

---

[11] The GAO Redbook "present[s] a basic reference work covering the legal issues that arise as the Comptroller General carries out his statutory duties to issue decisions and opinions concerning the use and obligation of appropriated funds." United States GAO, GAO Redbook Preface (4th ed. 2016), available at https://www.gao.gov/assets/2019-11/675699.pdf. The Supreme Court, the Federal Circuit, and other circuit courts "have relied on the opinions of the [GAO] as expressed in [the GAO Redbook] . . . whose opinions, while not binding, are 'expert opinion[s], which we should prudently consider.'" *Thompson v. Cherokee Nation of Oklahoma*, 334 F.3d 1075, 1084 (Fed. Cir. 2003) (citing, *inter alia*, *Lincoln v. Vigil*, 508 U.S. 182, 192, (1993); *Delta Data Sys. Corp. v. Webster*, 744 F.2d 197, 201 (D.C. Cir. 1984)).

Responsibility Act and section 9009c(c)(6) do not foreclose their claims. As to the former, the plaintiffs emphasize that only "unobligated balances" were rescinded, but that the statute did not attempt to de-obligate any funds that were already due. (*Id.* at 15-16.) And as for the latter, the plaintiffs argue that this provision does not prevent the SBA from re-awarding any recovered erroneous disbursements before they are returned to the treasury and does not affect damages from the Judgment Fund. (*Id.* at 16.)

Section 9009c(b)(2)(A) is unusual; the parties have not cited any precedent involving a statute like it, and the Court has found none either. On the one hand, the statute appropriated a specific sum of money for the RRF. On the other hand, it also authorized the SBA, in a paragraph entitled "Appropriations," to use "amounts otherwise available" for the RRF. Despite appropriating a specific sum of money, the statute was also open-ended and allowed an unspecified amount of money be used for the RRF. This unusual amalgam muddies the water as to whether section 9009c(b)(2)(A) imposed a cap on the defendant's liability, because it did not limit RRF grants to the specific sum of money appropriated to the RRF.

Because the statute here is ambiguous on this point, it is important to examine exactly what the Federal Circuit has done in evaluating whether a funding limit in a money-mandating statute prevents a plaintiff from stating a claim.

As previously noted, in *Star-Glo* the Federal Circuit considered whether a benefits program intended to compensate citrus growers included a statutory funding cap that barred a claim. Section 810(e) of Public Law No. 106-387 (2000) provided that "the Secretary of Agriculture shall use $58,000,000 of the funds of the Commodity Credit Corporation to carry out this section [to compensate citrus tree growers for losses from citrus canker], to remain available until expended." The plaintiffs in the case had previously sought and received funds under the program but then sued, contending the Department of Agriculture had used the wrong type of acreage measure to calculate the compensation due to them. At the time the plaintiffs filed their claims with the Department of Agriculture, the $58 million had not been expended. By the time the plaintiffs filed their lawsuit, however, the $58 million cap had been met. *Star-Glo*, 59 Fed. Cl. at 726-27. The plaintiffs argued that the lack of terms such as "not to exceed" or "not more than" meant there was no statutory cap. Judge Horn held, however, that the exhaustion of the authorized funds barred the plaintiffs' claims. *Id.* at 732-35.

On appeal, the Federal Circuit affirmed. Although the Federal Circuit acknowledged that "the statutory text is ambiguous," after looking to legislative history the Circuit held that the language imposed a funding cap. *Star-Glo*, 414 F.3d at 1354-55. The Federal Circuit relied on language from a conference report in which Congress explained that "section 810 'directs the Secretary of Agriculture to use *not more than* $58,000,000 for replacement of citrus trees and for compensation for losses as a result of citrus canker.'" *Id.* at 1355 (emphasis added by Federal Circuit) (quoting H.R. Conf. Rep. No. 106-948, at 147 (2000)).

Two points distinguish this case from *Star-Glo*. First, even if reliance on legislative history were appropriate in construing the meaning of a statute, no such clarifying legislative history exists for section 9009c and cannot serve to aid in construing the provision. Second, the relevant statute in *Star-Glo*, unlike section 9009c, did not provide for any potentially available

29

additional funds beyond the $58 million appropriated.  Further, the Federal Circuit did not ultimately base its decision in *Star-Glo* on the effect of the cap on expenditures in the statute.  Instead, the court held that the plaintiffs were not entitled to recover on the merits of their claim.  *Id.* at 1356-58.

The Federal Circuit did expressly reach the effect of a cap on expenditures in *Greenlee County*.  In that case, Federal Circuit addressed the Payment in Lieu of Tax Act ("PILT Act"), 31 U.S.C. § 6901 et seq., a statute "enacted to compensate local governments for the loss of tax revenues resulting from the tax-immune status of federal lands located in their jurisdictions, and for the cost of providing services related to these lands." *Greenlee Cnty.*, 487 F.3d at 873 (cleaned up).  Greenlee County had not received the amounts due to it under the statute because Congress had not appropriated sufficient funds.  *Id.* at 874.

According to the version of 31 U.S.C. § 6906 in effect at the time, the PILT Act provided that the amounts to fund the compensation "are available only as provided in appropriations law."  Based on that explicit provision, the Federal Circuit upheld a dismissal for a failure to state a claim because "the government's liability is capped" under the plain text of the statute.  *Greenlee Cnty.*, 487 F.3d. at 879.  The Federal Circuit noted that "[t]he fact that *Star-Glo* involved a specific dollar amount while the statute here refers to 'amounts . . . provided in appropriation laws' is a distinction without a difference."  *Id.*  The Federal Circuit, relying on prior caselaw in which the phrase "subject to the availability of appropriations" had been found to limit the government's liability in contract cases, held that there was no functional difference between such language and the language of the PILT Act.  *Id.* at 878 (citing *Cherokee Nation of Oklahoma v. Leavitt*, 543 U.S. 631, 643 (2005); *Babbitt v. Oglala Sioux Tribal Public Safety Dep't*, 194 F.3d 1374, 1380 (Fed. Cir. 1999)).  In so doing, the Federal Circuit noted that "'there is greater room' in benefits programs to find the government's liability limited to the amount appropriated."  *Id.* at 879 (quoting *Star-Glo*, 414 F.3d at 1355).

The Federal Circuit would later reiterate its conclusions from *Greenlee County* in *Prairie County*, another case arising under the PILT Act.  The Federal Circuit in *Prairie County* summarized that "the question here is whether the statute reflects congressional intent to limit the government's liability for PILT payments, or whether PILT imposes a statutory obligation to pay the full amounts according to the statutory formulas regardless of appropriations by Congress."  782 F.3d at 690.  It answered this question by emphasizing that "[t]he inclusion of the word 'only' limits the availability of PILT payments to appropriations."  *Id.*  Congress did not, however, employ the limiting words "only" or "subject to the availability of appropriations" in section 9009c.

*Greenlee County* left open the question of what would happen when sufficient unrestricted amounts remained available and whether those reprogrammable funds could cover the obligation.  The Federal Circuit did note, however, that "[t]he Supreme Court recently addressed this issue in *Cherokee Nation* in the context of a contract case and concluded that the presence of sufficient unrestricted lump-sum appropriations (not specifically appropriated for the program in issue) to meet the government's contractual obligation qualified as available appropriations."  *Greenlee Cnty.*, 487 F.3d at 880 n.3 (citing *Cherokee Nation of Oklahoma*, 543 U.S. at 641).

30

Compared to those cases, however, the text of the RRF statute is more ambiguous.  The plaintiffs point to the open-ended nature of section 9009c(b)(2)(A) ("In addition to amounts otherwise available . . . ."), while the defendant points to the specific sum allocated to the RRF ("[T]here is appropriated to the Restaurant Revitalization Fund for fiscal year 2021, out of any money in the Treasury not otherwise appropriated, $28,600,000,000, to remain available until expended . . . .").  Neither party has presented any evidence of legislative history, and none appears to exist specifically concerning section 9009c(b)(2)(A).

On its face, the plaintiffs have the better argument as to the interpretation of section 9009c.  Section 9009c either sets a specific amount of money aside for the RRF or is open-ended, but it cannot be both.  Given that one part of section 9009c(b)(2)(A) is open-ended, providing that funds are appropriated "[i]n addition to amounts otherwise available," the entire provision must be read so as not to set a specific cap on the funds available for the RRF.

The open-ended statutory add-on that Congress allocated to the RRF by allowing the SBA to spend "amounts otherwise available" in addition to the $28.6 billion it specifically allocated is crucial.  The Supreme Court has explained that "Congress could have expressly limited an obligation to available appropriations or specific dollar amounts."  *Maine Cmty. Health*, 590 U.S. at 313.  For the RRF, Congress chose instead to provide a specific sum of money "[i]n addition to amounts otherwise available."  The formulation Congress used in section 9009c(b)(2)(A) on its face therefore does not express a congressionally mandated limit on the RRF's funding to a *specific* dollar amount.  This lack of a specific limitation makes this case seem closer to *Maine Community Health*, in which Congress simply never provided the funds necessary to fulfill the government's statutory obligations, rather than a case in which Congress limited the government's obligations to a specific sum of money, as in *Star-Glo*.

The RRF statute is also different from the ones previously considered by the Federal Circuit because section 9009c lacks phrases like "available only as provided in appropriations laws" or "subject to the availability of appropriations."  These were the phrases the Federal Circuit found  in *Greenlee County* to reflect a cap.  While section 9009c, like the statute in *Star-Glo*, does use the phrase "to remain available until expended," as noted above, that case is distinguishable because of the RRF's open-ended appropriations provision and the lack of any relevant legislative history of the kind the Federal Circuit relied on in *Star-Glo*.

Applying the factors deemed important by the Federal Circuit in its precedents to the apparently unprecedented language of the RRF statute leads to the conclusion that section 9009c does not impose a cap on the defendant's liability because the statutory text does not demonstrate Congress's intent to limit the defendant's liability to the specific amount appropriated.  Rather, section 9009c(b)(2)(A) demonstrates that Congress provided a minimum sum of money for the RRF, while also allowing other, unspecified, additional amounts to be used.

Admittedly, the Federal Circuit has repeatedly noted that "'there is greater room' in benefits programs to find the government's liability limited to the amount appropriated." *Greenlee Cnty.*, 487 F.3d at 879 (quoting *Star-Glo*, 414 F.3d at 1355); *Prairie Cnty.*, 782 F.3d at 689 (same).  This statement by the Federal Circuit, however, is little more than dicta, as these cases do not purport to establish a controlling interpretive cannon of construction for benefits-

31

granting statutes.  Regardless, "greater room" cannot read into the RRF statute a limitation on the defendant's liability that does not exist.  Instead, it is the statutory language itself, not a general principle, that must control.  Read together, the statute's appropriation of a specific sum of money and its provision of an additional unlimited "amounts otherwise available" produce a conclusion that section 9009c(b)(2)(A) does not limit the government's liability to a specific sum of money.

While Congress did not limit the defendant's liability, that conclusion does not mean that the defendant's liability for the RRF is completely uncapped.[12]  Section 9009c(b)(3) only requires expenditure of funds in the RRF.  This limitation *de facto* creates a cap on the government's liability because, as previously noted, the payment obligation of section 9009c only flows to money in the RRF.  The practical effect is that any claims for damages must be limited to a claim that a plaintiff was entitled to receive funds that were at one point in the RRF but were misspent, even if additional sums could have been added to it by the "amounts otherwise available" provision.  There is no indication, however, that Congress intended section 9009c(b)(2)(A) to be a *de jure* cap on spending for the RRF that would limit the defendant's liability under Federal Circuit precedent.  Whether a statute is money-mandating and whether a plaintiff falls within the class as to whom the statute is money-mandating present separate questions from whether Congress created a statutory cap on the defendant's liability; these distinct questions should not be conflated.  In this case, limited to the requirements imposed by section 9009c, the exhaustion of the funds in the RRF neither deprives this court of jurisdiction nor prevents the plaintiffs from stating a claim.

Even if there were a cap on the defendant's liability, "[t]he question [would] remain[ ], however, as to the effect of the cap."  *Star-Glo*, 414 F.3d at 1355.  In the relevant Federal Circuit precedents, the plaintiffs were seeking damages under the Tucker Act because Congress had failed to appropriate sufficient funds to pay the full amounts of its outstanding obligations; there was no question as to whether the government had made improper payments to undeserving applicants in violation of federal law.  The plaintiffs here, however, claim there would have been sufficient funding available to pay them had the SBA not misinterpreted the statute and made award to the wrong applicants, contrary to Congress's express command in section 9009c(c)(1).

This difference is key.  The plaintiffs argue that Congress directed the SBA to provide grants to one group of businesses, and the SBA instead awarded them to a different group.  The defendant cannot evade its obligations by paying the wrong entities out of the RRF and then claiming there is no money left to pay the plaintiffs, the text of the statute notwithstanding.  The plaintiffs therefore do not seek to use the Judgment Fund to circumvent Congress's failure to fund the RRF with sufficient funds to cover all applications.  Instead, they seek to be compensated for the failure to pay them funds they contend should have been awarded to them in

---

[12] Although the plaintiffs have argued that section 9009c(b)(2)(A) is not a cap on the defendant's liability, even they have not argued that section 9009c is an uncapped liability that required the government to make grants to all applicants.  In other words, even the plaintiffs agree there exists some limit on the expenditures the SBA had to make under the RRF.

32

**Appx32**
**J.A. 2239**

the first place rather than to other applicants.  In short, the plaintiffs seek to effectuate Congress's intent from the plain text of section 9009c, contrary to the SBA's administration of the law, which contravened that express intent.

Existing caselaw does not extend to this scenario, and it appears to be a question of first impression.  In the absence of caselaw holding that a plaintiff cannot state a claim under these circumstances, there is no reason to extend a doctrine here when it would frustrate Congress's intent to compensate the plaintiffs for their pandemic-related loss because of the SBA's misinterpretation of section 9009c(c)(1).  Instead, it makes sense to effectuate Congress's intent that the plaintiffs receive such money by allowing them to recover money damages.

No funding cap exists in section 9009c to limit the defendant's liability for the allegedly illegal actions of the SBA.  The plaintiffs' claims may proceed to the merits.

## IV.    CONCLUSION

The plaintiffs have stated a claim within the jurisdiction of this court and have stated a claim on which relief can be granted.  Accordingly, the defendant's motion to dismiss (ECF 7) is denied.  A separate order reflecting this outcome is being filed concurrently with this opinion.

s/ Richard A. Hertling
**Richard A. Hertling**
**Judge**

**Appx33**
**J.A. 2240**

# In the United States Court of Federal Claims

No. 23-1876C
Filed: July 24, 2024

---

**112 GENESEE STREET, LLC, et al,**

                 *Plaintiffs,*

**v.**

**UNITED STATES,**

                 *Defendant.*

---

**ORDER**

       For the reasons provided in the memorandum opinion filed concurrently with this order, the defendant's motion to dismiss (ECF 7) is **DENIED**. In consultation with the parties, the Court will schedule an in-person status conference to review further proceedings.

       It is so **ORDERED**.

                                   s/ Richard A. Hertling
                                   **Richard A. Hertling**
                                   **Judge**

SUSTAINABILITY INSTITUTE, ET AL v. TRUMP
2:25-CV-02152-RMG

# EXHIBIT 2

Chart Summarizing Plaintiffs' Injuries

| | ORGANIZATIONAL HARM | REPUTATIONAL HARM |
|---|---|---|
| PLAINTIFF[1] | "An organization is harmed if the actions taken by the defendant have perceptibly impaired the organization's programs" or "made the organization's activities more difficult," and the "defendant's actions directly conflict with the organization's mission." *League of Women Voters of U.S. v. Newby*, 838 F.3d 1, 9 (D.C. Cir. 2016) (citations, quotations, and alterations omitted)<br><br>Organizational harm creates both standing and, if not redressable by damages, irreparable injury. *Id.* at 8–9 | "[L]oss of goodwill, damage to reputation, and loss of business opportunities are all valid grounds for finding irreparable harm." *Edge-Works Mfg. Co. v. HSG, LLC*, 285 F. Supp. 3d 883, 900 (E.D.N.C. 2018)<br><br>"[I]njury to reputation can constitute a cognizable injury sufficient for Article III standing." *Foretich v. United States*, 351 F.3d 1198, 1212 (D.C. Cir. 2003) |
| The Sustainability Institute | Sustainability Institute Decl., Dkt. No. 24-2 at ¶¶ 26, 28, 36–42, 46<br><br>Amended Compl., Dkt. No. 23 at ¶ 21 | Sustainability Institute Decl., Dkt. No. 24-2 at ¶¶ 40, 45<br><br>Amended Compl., Dkt. No. 23 at ¶ 21 |

---

[1] Separate from organizational and reputational harm, every Plaintiff suffers constitutional injury and irreparable harm as a result of the Executive Orders and Program Freezing Actions because these actions violate the Constitution's separation of powers and have frozen, terminated, or interfered with Plaintiffs' funding. *See Collins v. Yellen*, 594 U.S. 220, 245 (2021) ("[W]henever a separation-of-powers violation occurs, any aggrieved party with standing may file a constitutional challenge."); *Leaders of a Beautiful Struggle v. Balt. Police Dep't*, 2 F.4th 2021, 346 (4th Cir. 2021) ("Because there is a likely constitutional violation, the irreparable harm factor is satisfied."). The Community Group Plaintiffs all suffer additional constitutional harm because the Executive Orders and Program Freezing Actions have frozen, terminated, or interfered with their funding in violation of the First Amendment. *See Thomas v. Andino*, 613 F. Supp. 3d 926, 953–54 (D.S.C. 2020) ("The threatened 'loss of First Amendment rights, even for minimal periods of time, unquestionably constitutes irreparable injury.'" (quoting *Giovani Carandola, Ltd. v. Bason*, 303 F.3d 507, 520–21 (4th Cir. 2002)); *see also FDA vs. All. for Hippocratic Medicine*, 602 U.S. 367, 381 (2024) ("An injury in fact can be . . . an injury to one's constitutional rights.").

| | | |
|---|---|---|
| Agrarian Trust | Agrarian Trust Decl., Dkt. No. 24-3 at ¶¶ 13–18, 20.<br><br>Amended Compl., Dkt. No. 23 at ¶ 23 | Agrarian Trust Decl., Dkt. No. 24-3 at ¶¶ 15, 17, 20–21 |
| Alliance for Agriculture | Alliance for Agriculture Decl., Dkt. No 24-4 at ¶¶ 8–10<br><br>Amended Compl., Dkt. No. 23 at ¶ 26 | Alliance for Agriculture Decl., Dkt. No 24-4 at ¶ 11<br><br>Amended Compl., Dkt. No. 23 at ¶ 26 |
| Alliance for the Shenandoah Valley | Alliance for the Shenandoah Valley Decl., Dkt. No 24-5 at ¶¶ 8–10<br><br>Amended Compl. ¶ 29 | Alliance for the Shenandoah Valley Decl., Dkt. No. 24-5 at ¶ 8<br><br>Amended Compl. at ¶ 29 |
| Bronx River Alliance | Bronx River Alliance Decl., Dkt. No 24-6 at ¶¶ 17–20<br><br>Amended Compl., Dkt. No. 23 at ¶ 31 | Bronx River Alliance Decl., Dkt. No 24-6 at ¶¶ 18, 21<br><br>Amended Compl., Dkt. No. 23 at ¶ 31 |
| CleanAIRE NC | CleanAIRE NC Decl., Dkt. No 24-7 at ¶¶ 11–14, 16<br><br>Amended Compl., Dkt. No. 23 at ¶ 33 | CleanAIRE NC Decl., Dkt. No 24-7 at ¶ 16 |
| Conservation Innovation Fund | Conservation Innovation Fund Decl., Dkt. No 24-8 at ¶¶ 10–12, 15<br><br>Amended Compl., Dkt. No. 23 at ¶ 36 | Conservation Innovation Fund Decl., Dkt. No 24-8 at ¶¶ 13–14<br><br>Amended Compl., Dkt. No. 23 at ¶ 36 |
| Earth Island Institute | Earth Island Decl., Dkt. No 24-9 at ¶¶ 9, 14–16, 21<br><br>Amended Compl., Dkt. No. 23 at ¶ 38 | Earth Island Decl., Dkt. No 24-9 at ¶¶ 16, 18<br><br>Amended Compl., Dkt. No. 23 at ¶ 38 |
| Leadership Counsel for Justice and Accountability | Leadership Counsel Decl., Dkt. No 24-10 at ¶¶ 12–16<br><br>Amended Compl., Dkt. No. 23 at ¶ 40 | Leadership Counsel Decl., Dkt. No 24-10 at ¶ 16 |
| Marbleseed | Marbleseed Decl., Dkt. No 24-11 at ¶¶ 22–28, 31–34<br><br>Amended Compl., Dkt. No. 23 at ¶ 43 | Marbleseed Decl., Dkt. No 24-11 at ¶¶ 22, 24<br><br>Amended Compl., Dkt. No. 23 at ¶ 43 |

**J.A. 2244**

| Organic Association of Kentucky | OAK Decl., Dkt. No 24-12 at ¶¶ 17–21, 23<br><br>Amended Compl., Dkt. No. 23 at ¶¶ 45–46 | OAK Decl., Dkt No 24-12 at ¶ 22<br><br>Amended Compl., Dkt. No. 23 at ¶ 45 |
|---|---|---|
| Pennsylvania Association for Sustainable Agriculture | Pasa Decl., Dkt. No. 24-13 at ¶¶ 20–28, 33<br><br>Pasa Supplemental Decl., Ex. B to Reply in Support of Mot. for Prelim. Injunction, at ¶¶ 3–14<br><br>Amended Compl., Dkt. No. 23 at ¶ 50 | Pasa Decl., Dkt. No. 24-13 at ¶¶ 28–29, 35<br><br>Pasa Supplemental Decl., Ex. B to Reply in Support of Mot. for Prelim. Injunction, at ¶¶ 6, 13 |
| Rural Advancement Foundation International-USA | RAFI Decl., Dkt. No 24-14 at ¶¶ 12–17<br><br>Amended Compl., Dkt. No. 23 at ¶ 54 | RAFI Decl., Dkt. No 24-14 at ¶ 18 |
| Mayor and City Council of Baltimore | Baltimore Decl., Dkt. No 24-15 at ¶¶ 22–24, 36–37, 45–46<br><br>Amended Compl., Dkt. No. 23 at ¶¶ 57, 59, 61 | Baltimore Decl., Dkt. No 24-15 at ¶¶30–31, 37, 46 |
| City of Columbus | Columbus Decl., Dkt. No 24-16 at ¶¶ 18–22<br><br>Amended Compl., Dkt. No. 23 at ¶ 63 | |
| City of Madison | Madison Decl., Dkt. No 24-17 at ¶¶ 23–30, 33–35<br><br>Amended Compl., Dkt. No. 23 at ¶ 65 | Madison Decl., Dkt. No 24-17 at ¶¶ 24–25 |
| Nashville and Davidson County | Nashville Decl., Dkt. No 24-18 at ¶¶ 10–15, 22–25<br><br>Amended Compl., Dkt. No. 23 at ¶ 68–69 | Nashville Decl., Dkt. No 24-18 at ¶¶15, 19, 25 |
| City of New Haven | New Haven Decl., Dkt. No 24-19 at ¶¶ 14–15, 19–21, 26–31<br><br>Amended Compl., Dkt. No. 23 at ¶¶ 71–73 | New Haven Decl., Dkt. No 24-19 at ¶15 |

| | | |
|---|---|---|
| City of San Diego | San Diego (Charvel) Decl., Dkt. No. 24-20 ¶¶ 5–9<br><br>San Diego (Widener) Decl., Dkt. No. 24-21 at ¶ 12<br><br>Amended Compl., Dkt. No. 23 at ¶ 75 | |

SUSTAINABILITY INSTITUTE, ET AL v. TRUMP
2:25-CV-02152-RMG

# EXHIBIT 3

Supplemental Declaration of Hannah Smith-Brubaker,
Pasa Sustainable Agriculture

**SUPPLEMENTAL DECLARATION OF HANNAH SMITH-BRUBAKER, PASA**

**SUSTAINABLE AGRICULTURE**

I, Hannah Smith-Brubaker, declare as follows:

1.       I, Hannah Smith-Brubaker, Executive Director of Pasa, submit this declaration to notify the Court of developments that have occurred since I submitted my original declaration (Dkt. No. 24-13) in support of Plaintiffs' Motion for Preliminary Injunction.

2.       Pasa was awarded a $59.5 million grant through the IRA-funded Partnerships for Climate-Smart Commodities program, which on April 14, 2025, USDA declared will be terminated. We are also the recipient of a $74,993 award under the USDA Environmental Quality Incentives Program, a $32,380,331.30 award for the USDA Agricultural Marketing Service Farm and Food Worker Relief program, and a $1,496,963 award under USDA's Farm Service Agency for an Urban Agriculture and Innovative Production grant, which remain frozen.

3.       The impacts of the funding pause have been catastrophic for Pasa's programs, staff, and the communities they serve.

4.       On April 3, 2025, we began furloughing staff due to the ongoing funding freeze. Since then, we have laid off seventy-seven employees. Initially, we hoped to bring them back after a week. However, because the funding freeze continues, we have been unable to do so. Pasa has depleted all financial reserves and can no longer afford to sustain our normal operational expenses.

5.       We are currently operating with five employees, including myself—down from eighty-two employees before the funding freeze began. I have deferred pay for the past three months, meaning I am working 60-70 hours per week without pay. The other four remaining staff have taken pay reductions.

**J.A. 2248**

6.      The funding freeze has crippled Pasa's ability to carry out its activities and programs and advance its mission, taken a serious toll on Pasa's current and former employees' and staff morale, and has harmed our reputation as reliable partners in the farming communities that we serve—as well as the farmers themselves who rely on our programs. It is impossible to put a dollar amount on these injuries.

7.      Of our remaining five employees, most have been forced to cover duties far beyond their job descriptions and tasks typically assigned to large teams. Adding to the strain, most remaining staff have also had their hours and pay reduced significantly. Our finance director's hours were reduced from full-time to part-time and our research director's hours were reduced by 75 percent.

8.      The uncertainty of continued funding also means Pasa is unable to promise our furloughed staff that their positions will be available to them in the future. Not only have we lost talented and experienced employees as a result of the funding freeze, but it has also likely harmed our ability to attract and retain talent going forward. Many people, understandably, do not want to work in a position lacking job security.

9.      These impacts on current and future staffing seriously impair our ability to adequately implement the Climate-Smart program and have required Pasa to reallocate program resources significantly.

10.      As a result of staff reductions, we are also experiencing operational slowdowns across *all* program areas. Under normal circumstances, Pasa has about eight active program areas. Currently, we are only maintaining operations for about two program areas. The funding freeze has seriously impaired our ability to conduct our programs and activities and advance our mission.

11.    Further, because of the suspension of federal funds, our farmers missed the spring window for installing climate-smart conservation practices on their land. Spring is a crucial season for farmers because it is the start of growing season for several crops. Our farmers were forced to halt all project development and move ahead within the spring season without implementing critical regenerative farming practices such as agroforestry, prescribed grazing, and planting cover crops. We suspect they will not have another opportunity to benefit from these practices until fall 2025 or even 2026. Pasa's farmers have invested significant time and labor into these projects, and the impacts of this lost season to the environment are incalculable.

12.    Our farmers developed their financial and operational business plans around the obligated funding from our grants, and now that those funds have disappeared, their current and future plans have been thrown into disarray and farmers are desperate to fill in the gaps left by the federal government.

13.    Because we are unable to pay most bills, we must ask our partners to be patient, but we have begun receiving payment requests from farmers and contractors to whom we have made promises (with federal funds) and now have outstanding bills. I am highly concerned that the federal funding freeze has already damaged our reputation as reliable partners, and that our reputation will continue to suffer as long as the funding freeze persists.

14.    The harm to Pasa is irreparable. Even if funds were released today, it would take considerable time to recover from the injury to our organization. The disruption has devastated Pasa's budget and the fiscal viability of all our programs and initiatives. At this point, we will not be able to bring back all seventy-seven employees who were furloughed. By and large, Pasa has been financially crushed by the government's actions.

15.    The injury to Pasa and its interests would be redressed by an order from this Court granting Plaintiffs the relief they have requested.

**J.A. 2250**

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States, the foregoing is true and correct.

Executed this 14th day of April 2025.

Hannah Smyth Brubaker

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

```
THE SUSTAINABILITY INSTITUTE,  )
et al,                         )
              Plaintiffs,      )    April 23, 2025
                               )
         -versus-              )    2:25-2152
                               )
                               )    Charleston, SC
DONALD J. TRUMP,              )
et al,                         )
              Defendants.      )
```

TRANSCRIPT OF MOTION HEARING

BEFORE THE HONORABLE RICHARD M. GERGEL
UNITED STATES DISTRICT JUDGE, presiding

A P P E A R A N C E S:

For the Plaintiffs:    KIMBERLY C. HUNTER, ESQ.
                       Southern Environmental Law Center
                       136 East Rosemary Street, Suite 500
                       Chapel Hill, NC 27514

                       JONATHAN B. MILLER, ESQ.
                       Public Rights Project
                       490 43rd Street, Unit 115
                       Oakland, CA 94609

For the Defendants:    TODD S. TIMMONS, AUSA
                       LEE E. BERLINSKY, AUSA
                       US Attorney's Office
                       PO Box 978
                       Charleston, SC 29402

Court Reporter:        KAREN E. MARTIN, RMR, CRR
                       PO Box 835
                       Charleston, SC 29402

Proceedings reported by stenographic court reporter.
Transcript produced with computer-aided transcription
software.

Karen E. Martin, RMR, CRR
US District Court
District of South Carolina
**J.A. 2252**

1              Wednesday, April 23, 2025

2          (WHEREUPON, court was called to order at 10:01 AM)

3          **THE COURT:**  Good morning.  Please be seated.

4          Okay.  We're in the matter of The Sustainability

5   Institute and others vs. Donald Trump and others,

6   2:25-2152.

7          Could counsel for the plaintiff who will be

8   speaking today identify for the record please?

9          **MS. HUNTER:**  Kimberly Hunter will be speaking

10  for the plaintiff non-profit organizations and be taking

11  the balance of the argument, Your Honor.

12         **THE COURT:**  Very good.

13         **MR. MILLER:**  Good morning, Your Honor.  Jonathan

14  Miller on behalf of the plaintiff cities for any questions

15  Your Honor may have about them.

16         **THE COURT:**  Very good.  Thank you.

17         And for the defendants?

18         **MR. TIMMONS:**  Yes, Todd Timmons for the US

19  Attorney's Office.

20         **THE COURT:**  Okay.  Very good.

21         **MR. BERLINSKY:**  Your Honor, Lee Berlinsky for

22  the US Attorney's Office.

23         **THE COURT:**  Mr. Berlinsky, I didn't think they

24  would keep you quiet.  Good to see you here.

25         **MR. BERLINSKY:**  Thank you.

3

```
1           THE COURT:  Folks, now, let me just, first of
2    all, say that when I schedule oral argument, I don't do it
3    simply to provide counsel an opportunity to repeat to me
4    what they've already put in their briefs.  I've had a
5    chance to read the briefs and the underlying authorities.
6    And I have a number of specific questions I want to
7    address and I'll have you address.  So rather than -- so
8    don't be expect to be able to sit up here and allocute.
9    If you have laid out oral argument, just throw it aside.
10   It's not going to happen.
11          And I thought the best order of this is to first
12   address the issue of jurisdiction.  And then to the extent
13   we proceed from there, we will then address the other
14   issues.
15          So let me -- the Government has asserted that
16   this Court lacks jurisdiction.  Who will argue that point?
17          MR. TIMMONS:  I will, Your Honor.
18          THE COURT:  Okay.  Very good.  Mr. Timmons, let
19   me just ask you a beginning question here.  Has Bowen been
20   overturned?
21          MR. TIMMONS:  Good morning, Your Honor.  I
22   haven't had the privilege of being in your courtroom
23   before, but it is a pleasure to be here on behalf of the
24   USA.
25          THE COURT:  Glad to have you here.
```

4

1      **MR. TIMMONS:**  No, Your Honor, it has not been

2   overturned.

3      **THE COURT:**  So tell me why I don't have

4   jurisdiction.

5      **MR. TIMMONS:**  You don't have jurisdiction, Your

6   Honor, because cases about grant funding are cases about

7   money.  That's what the Supreme Court has said.

8      **THE COURT:**  Maybe I'm wrong, I thought Bowen was

9   a grant case.

10     **MR. TIMMONS:**  I can't remember if it was a

11  grant.

12     **THE COURT:**  It's a money case, a grant to the --

13  under the medicaid program to states.

14     **MR. TIMMONS:**  Right.

15     **THE COURT:**  Authorized by an act of Congress.

16     **MR. TIMMONS:**  Right.  I can't remember what the

17  term is, if it would be a grant or if that's a statutory

18  entitlement.  But your point is well taken.

19     **THE COURT:**  And it required -- going forward it

20  required the payment of money by the United States to the

21  State of Massachusetts, correct?

22     **MR. TIMMONS:**  Correct.

23     **THE COURT:**  Okay.  So tell me why these -- so

24  you're not arguing that every grant must be -- every

25  dispute over a grant must be in the Court of Claims, are

5

1   you?

2         **MR. TIMMONS:** Unless -- it would unless it has

3   the characteristics that were found in Bowen. That case

4   was more about defining the relationship between the state

5   and the federal government for --

6         **THE COURT:** Case law doesn't follow that.

7   That's not that narrow. So let's just get to it. The

8   plaintiff -- I read the complaint. And I know under Bowen

9   we're supposed to search. We don't have to take the

10  complaint at its face value, correct?

11        **MR. TIMMONS:** Correct, Your Honor.

12        **THE COURT:** So I need to look at what remedy the

13  plaintiffs seek in this case, the non-profits and the

14  cities. And at least on the face of the complaint, they

15  seek equitable relief, do they not?

16        **MR. TIMMONS:** On the face of the complaint, yes.

17        **THE COURT:** And they -- and they're looking for

18  relief going forward, are they not?

19        **MR. TIMMONS:** I would say they're looking for

20  the value of their grant award.

21        **THE COURT:** That's a play on words. Are they --

22  answer my question. Are they seeking relief going

23  forward?

24        **MR. TIMMONS:** They're seeking relief the Court

25  of Federal Claims could provide them. That is different

6

1    --

2          **THE COURT:**  You didn't answer my question.  I

3    want you to answer my question then you can make your

4    argument.  My question is simple.  Are they seeking relief

5    going forward?

6          **MR. TIMMONS:**  Yes, Your Honor.

7          **THE COURT:**  And they're seeking as they describe

8    equitable relief, declaratory and injunctive relief, are

9    they not?

10         **MR. TIMMONS:**  I think they're describing that.

11   I think that's in substance -- we've got to look at the

12   substance over the form.  But, yes, they are asking for a

13   declaratory injunction just like the California plaintiffs

14   were.

15         **THE COURT:**  Right.  And by the way, do you think

16   California overruled Bowen?

17         **MR. TIMMONS:**  I don't.

18         **THE COURT:**  Okay.  And what weight should I

19   give -- first of all, what was the record the Supreme

20   Court had when they issued the stay in California?

21         **MR. TIMMONS:**  They had the application for stay

22   that the United States filed.  They had the response to

23   the application the plaintiffs filed, which is much the

24   same that district courts have ruled on preliminary

25   injunction cases as well.

7

1        **THE COURT:**  Is there a record?  My question was

2   there an appendix or any kind of record?

3        **MR. TIMMONS:**  No.

4        **THE COURT:**  And as I understand, my

5   responsibility under Bowen is to make a searching

6   examination of the claim and the nature of the claim, to

7   look beyond the complaint itself to see what is the

8   essence of the claim and what relief -- and what relief

9   would be sufficient for the plaintiff should they have a

10  claim.  Isn't that what I'm supposed to be doing?

11       **MR. TIMMONS:**  Yes, Your Honor.  I would phrase

12  it as what is their entitlement to recovery and what is

13  the source of relief they are seeking?

14       **THE COURT:**  Right.  And let me ask you this.  If

15  I concluded that the only sufficient relief was injunctive

16  and declaratory, would the Court of Claims have

17  jurisdiction?

18       **MR. TIMMONS:**  If the injunction is going to say

19  to pay money to the plaintiffs, then the Court of Federal

20  Claims would have jurisdiction over that.

21       **THE COURT:**  Okay.  If I ordered -- well, I

22  thought -- I might have misread Bowen.  But I believe it

23  says that just because the payment of money is involved

24  doesn't make it a Tucker Act claim.  Isn't that right?

25  Did I miss something there?

8

1          **MR. TIMMONS:** I think you have to look at --
2    that's a fair reading of Bowen.

3          **THE COURT:** Thank you.

4          **MR. TIMMONS:** You ignore -- you would ignore the
5    other characteristics of Bowen, which is the ongoing
6    relationship between the parties that the Court of Federal
7    Claims can't reach; that is, how is medicaid between the
8    federal and state government --

9          **THE COURT:** Let me say this. If you're arguing
10   that Bowen is limited to its facts and no further, you
11   ignore 50 years of jurisprudence which I don't elect to
12   do. Okay? So you're not going to persuade me that the
13   facts of Bowen are as far as Bowen goes. That is not the
14   way I read Bowen. And that's not the way dozens of my
15   colleagues around the country have read it over 50 years.
16   So let's just dispense with that argument.

17         I just don't know what to make of the cursory
18   order in the denial or the grant of the motion to stay.
19   I've always been taught that that doesn't generally
20   overturn existing Supreme Court authority. Is that fair?

21         **MR. TIMMONS:** Yes, Your Honor. And I think
22   that -- I read the Supreme Court order as distinguishing
23   Bowen on the facts, not overturning it.

24         **THE COURT:** Okay. Have any other courts
25   addressed this issue you're aware of? What does the

9

1   California court mean?  What does the California decision

2   mean?  Any other courts addressed this issue?

3          **MR. TIMMONS:**  Yes, Your Honor.

4          **THE COURT:**  What have they said?

5          **MR. TIMMONS:**  So we've got the Catholic Bishops

6   case, and that court had the same logic as the Supreme

7   Court and said that this is a Tucker Act case.  The

8   plaintiffs have cited some other district courts that have

9   since --

10         **THE COURT:**  What are those?  What are those?

11         **MR. TIMMONS:**  The Rhode Island case.

12         **THE COURT:**  Yeah, Rhode Island, I've read that

13   one.  What else?

14         **MR. TIMMONS:**  New York v. Trump.

15         **THE COURT:**  I've read that one.  What else?

16         **MR. TIMMONS:**  Then you have the Fourth Circuit

17   has looked at it and found that --

18         **THE COURT:**  My circuit has looked at it?

19         **MR. TIMMONS:**  Yes, Your Honor.

20         **THE COURT:**  Okay.  What case was that?

21         **MR. TIMMONS:**  It was Association of Colleges for

22   Teacher Education.  And in that case they applied

23   California and stayed injunctive relief granted by the

24   District Court in Maryland.

25         **THE COURT:**  Okay.  Did you happen in your work

1   overlook -- happen to come across Judge Wilkinson's recent

2   order?

3           MR. TIMMONS:  I do not have that one, Your

4   Honor, no, I don't.

5           THE COURT:  You're not familiar with Judge

6   Wilkinson's recent order indicating the need for the

7   Government to turn square corners?  You know anything

8   about that case?  You know anything about that decision?

9           MR. TIMMONS:  I have heard that phrase used,

10  yes.

11          THE COURT:  Justice Roberts, Chief Justice

12  Roberts also used it, didn't he?  Actually it's Justice

13  Holmes' case.

14          MR. TIMMONS:  Where he says that men must turned

15  square corners when dealing with the Government.  And they

16  flipped it and said the Government must do the same.

17          THE COURT:  Isn't that an interesting idea.  So

18  tell me what other arguments you have other than that

19  Bowen should be limited to its absolute facts?  Any other

20  arguments you've got?

21          MR. TIMMONS:  And I don't say that Bowen should

22  be limited to the facts.

23          THE COURT:  You'd be ignoring a lot of case law

24  if you did.

25          MR. TIMMONS:  No, I don't.  I do think that we

1  should follow this, California's logic though.  I mean, I

2  think the plaintiffs --

3       THE COURT:  I don't know what the California

4  logic is.  They don't have a record.  I'm supposed to --

5  I've been trying to dig into this thing.  I don't see much

6  of an analysis at all.  And it seems to be contrary to

7  what I'm supposed to do, to make a searching analysis,

8  which I don't think the court would say that it did.  But

9  a number of courts have looked at this and have

10 generally -- you know I've issued an order that I said I

11 thought the Government was overreading the California

12 case.  One day we'll find out am I right or wrong about

13 that, correct?  But it looked like to me it was

14 overreading the decision.  And it has extrapolated from a

15 cursory three or four-page order on a grant of a motion to

16 stay basically in overturning a body of 50 years of case

17 law.  And I just don't -- I don't personally read it that

18 way.  And I think that if that's the Government's view, we

19 kind of part ways.

20      MR. TIMMONS:  Well, Your Honor, we can set

21 California aside and we can talk about the body of case

22 law that interpreted Bowen.  I think that might be a more

23 --

24      THE COURT:  I'll be glad to hear from you on

25 that.

1      **MR. TIMMONS:**  So, one case, one recent case is

2  South Carolina v. United States where the court applied

3  Bowen, talked extensively about the Tucker Act, about the

4  Bowen line of cases.  And that's where the principle is

5  that substance prevails over form.

6      **THE COURT:**  Listen, that's been from the

7  beginning.  But my question is simply this.  If I

8  determine that the plaintiffs cannot get relief other than

9  by injunctive -- prospective injunctive relief,

10  declaratory and injunctive relief, then that case should

11  be in my court, should it not?

12      **MR. TIMMONS:**  If you determine that, yes.  But I

13  think to determine that would be error.

14      **THE COURT:**  Well, you know, I used to --

15  Mr. Timmons, I used to practice in front of Judge

16  Hemphill.  He's before your time.  He was a district judge

17  up in the upper part of the state.  And if you went to his

18  courtroom, he oddly had a roadmap on the wall of his

19  courtroom of the eastern United States.  And when a

20  lawyer, particularly one from the Government, told him

21  they were going to appeal him, he would point to the map

22  and he'd say that's the road to Richmond.  So I say to

23  you, there's a road to Richmond for you.

24      **MR. TIMMONS:**  Understand.  I mean, I think

25  another thing we should look at is the Maine Community

13

1    Health Options case.  And in that case, we're talking

2    about losses suffered by a health plan.  And those -- I

3    think if that case could be heard in the Court of Federal

4    Claims, certainly a case over whether grant funding has

5    been allocated properly could be heard in the Court of

6    Federal Claims.

7            THE COURT:  Well, you know, all they're trying

8    to do here -- you know, they brought this suit.  They're

9    not -- anything about back is purely incidental.  They're

10   worried about going forward.  I read these declarations.

11   These not-for-profits have certain missions, do they not?

12           MR. TIMMONS:  Yes, Your Honor.

13           THE COURT:  For the public good generally?  Do

14   you agree?

15           MR. TIMMONS:  I agree, yeah.  Sure.  I would

16   hope so.

17           THE COURT:  And Congress appropriated acts under

18   the IRA and IIJA to fulfill certain public goods, correct?

19           MR. TIMMONS:  Correct.

20           THE COURT:  And these plaintiffs assert their

21   rights under those acts, do they not?

22           MR. TIMMONS:  No, Your Honor.

23           THE COURT:  Well, I disagree with you.  They say

24   they got these grants under their act -- under those acts.

25   You don't think they got -- I mean, I'm confused.  I

14

1    thought the OMB instruction and the EO and all that

2    related to not funding grants that were appropriated by

3    the -- that were authorized by the IRA and IIJA.  Am I

4    wrong about that?

5            MR. TIMMONS:  Their entitlement of funding came

6    from the executive's decision to award them a grant award.

7            THE COURT:  Well, how about what did Congress

8    do?  Did Congress have a role in this or does Congress not

9    exist anymore?

10           MR. TIMMONS:  Congress authorized the lump sum

11   appropriations to agencies.

12           THE COURT:  Does that matter?  I think doesn't

13   Congress have the authority to appropriate?  Doesn't it?

14           MR. TIMMONS:  It mattered to the court in

15   Lincoln v. Vigil.

16           THE COURT:  Does Congress have control of the

17   purse under the Constitution of the United States?

18           MR. TIMMONS:  Yes.

19           THE COURT:  And does the Executive Branch have

20   the duty to faithfully execute the laws of the Congress?

21           MR. TIMMONS:  Yes, or to carry out the

22   discretion afforded to them by the Congress.

23           THE COURT:  Right, if there's discretion.  And

24   if there's not discretion, to faithfully execute the laws.

25   Am I right?

15

```
1              MR. TIMMONS:  Yes, sir.
2              THE COURT:  Okay.  Anything further on the
3      Court's jurisdiction?
4              MR. TIMMONS:  Yes, Your Honor.  I mean, I think
5      we do need to look at the issue of agency discretion.
6      Because in Lincoln v. Vigil, and the Fourth Circuit said
7      in Holbrook that to find a statute is not discretionary,
8      you have to carefully examine the language.  And here, if
9      we look at the language, it's not clear what takes away
10     the discretion of these agencies to act.
11             THE COURT:  How about if I determine that -- how
12     many -- first of all, how many grants were frozen?
13             MR. TIMMONS:  There's 38 grant awards in this
14     case.
15             THE COURT:  Not in my case.  Generally.  How
16     many grants were frozen?
17             MR. TIMMONS:  I can't answer that, Your Honor.
18             THE COURT:  Come on, you know that.
19             MR. TIMMONS:  I don't.
20             THE COURT:  A thousand?
21             MR. TIMMONS:  Your Honor, I honestly don't have
22     that information.
23             THE COURT:  Do you have any estimate?  Give me a
24     range.  More than a thousand?
25             MR. TIMMONS:  I honestly do not know.
```

16

1          THE COURT:  You don't know how many this

2    Executive Branch unilaterally froze with no notice?  You

3    don't know that?

4          MR. TIMMONS:  I don't.

5          THE COURT:  That kind of goes to an issue about

6    whether it's arbitrary, capacious, if we get to that,

7    correct?

8          MR. TIMMONS:  We don't think so, Your Honor.

9          THE COURT:  I know you don't think so.  But it

10   does raise -- you can't even tell me how many -- how about

11   just one agency, give me the EPA.  How many did EPA

12   cancel?

13         MR. TIMMONS:  Your Honor, I'm not general

14   counsel for the EPA.  I can't speak --

15         THE COURT:  You're here on behalf of them.  You

16   indicated you represented them.  I've had this with the

17   Department of Justice before, by the way, where they claim

18   -- they switch back and forth when you ask them a

19   question.  So my thing is your answer is you have no idea,

20   no idea how many grants were frozen?

21         MR. TIMMONS:  That is my answer, Your Honor.

22         THE COURT:  Okay.  And indications in the record

23   that it was because the agencies did not approve of the

24   IRA and IIJA.  Isn't there evidence in the record that was

25   why it was not approved?  That's at least what the Rhode

17

1    Island court found, did it not?

2         MR. TIMMONS:  I think the fair characterization

3    of the order is they did not approve of how President

4    Biden's administration allocated funds under those two

5    laws.

6         THE COURT:  That's how you interpret the Rhode

7    Island decision?

8         MR. TIMMONS:  Well, I don't know why we would

9    defer to the Rhode Island decision if we're not deferring

10   to the Supreme Court.

11        THE COURT:  I'm just asking.  It's another

12   district court.  I read the order.  Have you read the

13   order?

14        MR. TIMMONS:  I have.

15        THE COURT:  I take it you don't agree with it?

16        MR. TIMMONS:  Well, I just think, Your Honor, if

17   we're not going to give California credence, then we

18   shouldn't be giving district court decisions credence.

19        THE COURT:  Well, at least, you know, I thought

20   Judge McElroy made a searching analysis of the issue of

21   jurisdiction, and whether the Tucker Act applied or

22   whether the APA applied.  She did exactly what Bowen told

23   her to do.  And I'm just sort of wondering -- and plainly,

24   the Supreme Court, in this very truncated order, which I

25   don't think they intended to be the final word on all

18

1   this, they always say that, that their shadow docket cases

2   are just temporary matters. So, you know, I've already

3   issue an order and said I thought you guys are overreading

4   that case. And we'll find out if I'm right or wrong. It

5   won't be the first time I'm wrong. Might not be the first

6   time you're wrong.

7           **MR. TIMMONS:** It would not be the first time I'm

8   wrong.

9           **THE COURT:** We all know that. And in these

10  times, you never know what was true yesterday is true

11  today. But my -- have you got anything else you want to

12  share with me about my jurisdiction?

13          **MR. TIMMONS:** I mean, Your Honor, I would just

14  share language from Great Wolf Life, which was quoted by

15  the Supreme Court, that says Bowen has no bearing on the

16  unavailability of an injunction to enforce a contractual

17  obligation to pay money past due. And I know Your Honor

18  said that --

19          **THE COURT:** You think this is a past due case, I

20  don't see this as a past due case. This is a going

21  forward case. These are not-for-profits. They're not

22  looking for a money damage. They're looking for to serve

23  the public to fulfill their mission going forward. To

24  characterize this as a pursuit for money damages has to

25  be, you know, it's complete -- in my view, and all due

respect to you, sir, it's completely unreasonable.  It is a complete mischaracterization of their claim.

And, you know, you want me to put -- you're trying to put a size 10 foot in a size 4 shoe.  It doesn't fit.  This is not a Tucker Act case.  And maybe one day somebody will tell me I'm wrong.  But, you know, I've been applying this case law for quite a while.  And I -- you know, I -- my understanding of this, I've studied this complaint and the case law very carefully.  This is a claim going forward.  I'll let the plaintiffs correct me if this is a money damage claim for past amounts due. We're only talking about a matter of maybe six or eight weeks of monies haven't been paid.  I don't think that's the driving -- I don't think all these lawyers sitting here would be here for six weeks of missed grants, do you?

**MR. TIMMONS:**  Your Honor, I think, first of all, I'd say it's not as if they've waived entitlement to past due sums as a part of the relief they're seeking.

**THE COURT:**  Well, you want them to do that? Would it change the analysis if it's an incidental part of the order?  Bowen says that doesn't change the analysis. But if you want them to, I bet you they would say, okay, I'll give up the last six weeks of grants for the next three or five years.  Do you really think it turns on that?  I don't think it turns on that.

20

1        **MR. TIMMONS:** Well, I can address the going

2    forward relief as I see it. I mean, I think the reason

3    that that is a big part of the Bowen decision is because

4    it was going to be -- the law was going to be interpreted

5    in perpetuity.

6        I think here that if the Court of Federal Claims

7    issues a judgment that says you cannot pause a grant, you

8    cannot terminate a grant, then they're entitled to the

9    full value of that grant. There is no further statutory

10    interpretation that needs to be done. So the relief --

11    even if it is going forward relief, it can be awarded by

12    the Court of Federal Claims.

13        **THE COURT:** You think this is a money damage

14    case. And all due respect, sir, I think that's nonsense.

15        **MR. TIMMONS:** Well, I will take that as directly

16    as you put it and we'll move on to agency discretion. Is

17    that okay, Your Honor?

18        **THE COURT:** First of all, I have to determine if

19    I have jurisdiction before we do anything else.

20        **MR. TIMMONS:** Well, that's a jurisdictional

21    argument.

22        **THE COURT:** Tell me your jurisdictional argument

23    about agency discretion.

24        **MR. TIMMONS:** I would quote Lincoln v. Vigil,

25    which says, the allocation of funds from a lump sum

21

1    appropriation is another administrative decision

2    traditionally regarded as committed to agency discretion.

3    That principle was used in General Land --

4         **THE COURT:** I may have misread the statutes

5    here. And there are a number of them, I'll give it that.

6    But they generally say that they shall expend these funds.

7    And the EO and OMB documents say they shall not. And I

8    think there's a conflict there. And I don't think they

9    had the discretion to do what they did. And a number of

10   courts around the country have so found that. And, you

11   know, one day we're going to find out what the answer is.

12   But at this point, I'm going to stay with the precedence

13   of many years of case law.

14        So anything else you've got, I don't think it's

15   committed to agency discretion to violate an act of

16   Congress. I don't think -- an executive department has

17   lots of discretion. I am with you on that. I've upheld

18   agency discretion many times. I've got them in my MDL.

19   Believe me, I just ruled extensively on a case that

20   involves billions of dollars of potential exposure to the

21   United States and I said they didn't have it. I'm very

22   familiar with the idea of agency discretion. Let me say

23   this, this is not agency discretion.

24        **MR. TIMMONS:** And Your Honor, I would -- and

25   just one closing on that point, I would like to discuss

22

1   the General Land Office v. Biden case.

2         THE COURT:  Okay.  Go right ahead.

3         MR. TIMMONS:  That case involved border wall

4   funding.  The State of Texas said that the President could

5   not pause funding and redirect it for other purposes.  And

6   the court said that is a discretionary decision.  And that

7   was decided just last year.  And so I think -- I mean, I

8   understand that there's an idea that the actions here

9   don't seem to be discretionary --

10        THE COURT:  Have they reappropriated the money

11  they froze?  I didn't know they had done that.

12        MR. TIMMONS:  In the border wall case?

13        THE COURT:  No.  In these cases, have they

14  reappropriated the money?

15        MR. TIMMONS:  In some cases, yes.  In some

16  cases, no.

17        THE COURT:  How about in the 19 here?  Only four

18  have been terminated.  I can't imagine they've

19  reappropriated the money.

20        MR. TIMMONS:  I mean, I think we can't -- you

21  know, I can't say when that would happen.  But it's

22  certainly --

23        THE COURT:  It might happen, right?

24        MR. TIMMONS:  Certainly.  And it may --

25        THE COURT:  It might not happen, right?

23

1        **MR. TIMMONS:** Correct. I mean, I just don't

2  think we can say in the courtroom today what may happen in

3  the future in any of these 21 programs.

4        **THE COURT:** All I can say is I have official

5  documents which state and which guided these agencies that

6  appears to me which said cancel everything funded by these

7  two congressional acts. And if that is really what

8  happened, and that's another issue, I mean, did it happen?

9  That's not jurisdiction, that's merits of the case, that's

10  a problem for the Government. If it didn't happen, you

11  might well have some good defenses.

12        **MR. TIMMONS:** Right. And I think I do want to

13  point out that that is not what the order said. The order

14  said to pause funding and determine if it's consistent

15  with the President's policy on energy, diversity, those

16  things. It did not say to cancel -- stop all funding in

17  these programs.

18        **THE COURT:** Let me ask you this. Did either --

19  well, let me -- we know what the executive order says.

20        **MR. TIMMONS:** Yes.

21        **THE COURT:** Has the OMB instructed agencies,

22  notwithstanding the EO, to pause all funding under the IRA

23  and the IIJA?

24        **MR. TIMMONS:** I don't have that information in

25  front of me. I don't know that. I don't know the answer

24

1    to that.

2              THE COURT:  Well, that's a pretty important

3    point.

4              MR. TIMMONS:  I don't think the record shows

5    that all funding has been paused.

6              THE COURT:  My question is different.  Has the

7    OMB instructed agencies regardless what the EO says about

8    limiting to the Green New Deal, that it should pause all

9    IRA and IIJA grants?

10             MR. TIMMONS:  I do not know the answer to that

11   question.

12             THE COURT:  I want you in three days answer that

13   question for me.

14             MR. TIMMONS:  Yes, sir.

15             THE COURT:  You might want to -- before you

16   represent that to me, you might want to look at some of

17   those documents you have under seal.  You hear me?

18             MR. TIMMONS:  Yes, Your Honor.

19             THE COURT:  Okay.  Anything further?

20             MR. TIMMONS:  No, Your Honor.

21             MS. HUNTER:  Your Honor, can I make a few points

22   on jurisdiction?

23             THE COURT:  Absolutely.  Let me make sure that

24   Mr. Timmons is finished first.

25             MR. TIMMONS:  I think I'm finished, Your Honor.

25

1          **THE COURT:**  Good.  You can go back to the office

2    and complain about me.

3          Yes, ma'am?

4          **MS. HUNTER:**  Thank you, Your Honor.  We concur

5    with your general analysis of the Tucker Act as to our APA

6    claims.

7          **THE COURT:**  Are y'all just looking for money

8    damages?

9          **MS. HUNTER:**  We are not.  As I think you

10   correctly stated, these are very hardworking, non-profit

11   organizations.  A lot of them are here in the courtroom.

12   Some have come a long way to be here.  They spend their

13   lives working to improve the public -- the public good and

14   all they want to do is get back to work.  That's what --

15         **THE COURT:**  So would they be happy if you just

16   paid them the six weeks back pay, back grant?  Is that

17   going to make them happy.

18         **MS. HUNTER:**  That wouldn't effectuate either

19   their aims or Congress' aims.

20         **THE COURT:**  Do you read Bowen as saying if

21   there's some incidental payment of money as a result of an

22   order that that makes it a Tucker Act case?

23         **MS. HUNTER:**  No, quite the opposite.  I think it

24   expressly says the opposite.  I don't think we need to

25   belabor those points unless you want to, Your Honor.  But

26

1    I did want to point out one other key piece here.  I think
2    in your conversation you've alluded to very serious
3    separation of powers concerns here.  And in our case,
4    which is different than in California, different than
5    Rhode Island, we also have these ultra vires
6    constitutional claims, separation of powers claims, First
7    Amendment claims.  And the entire reasoning behind the
8    California decision was based on the APA sovereign
9    immunity waiver and whether there was jurisdiction because
10   of that sovereign immunity waiver.  And that just doesn't
11   apply to the plaintiffs ultra vires claims.
12            **THE COURT:**  But the Rhode Island case found that
13   the agency acted ultra vires outside of its authority by
14   canceling grants because of the source of funding by
15   Congress.
16            **MS. HUNTER:**  Absolutely, Your Honor.  I just
17   wanted to be quite clear that in addition to all the
18   arguments that you've discussed today, there's also this
19   entire separate bucket that has nothing to the APA.  So
20   regardless of kind of what develops with APA claims and
21   the Tucker Act, there has been no court that has said
22   ultra vires constitutional claims separate from the APA
23   would belong in the Court of Federal Claims because that's
24   just not the type of claim that Court of Federal Claims --
25            **THE COURT:**  The constitutional claim that the --

27

1    the violation of the separation of powers.

2          **MS. HUNTER:**  Exactly.  And that jurisdiction is

3    squarely within this Court.  And I think every day we see

4    more and more about how this case is fundamentally about

5    separation of powers.  To build on the questions you were

6    just asking, I mean, my read of the executive orders is

7    pretty express that the President wants the IRA and the

8    IIJA terminated.  He's said so again in a joint address to

9    Congress.  And the White House said the same thing in

10   their Earth Day messaging yesterday.  So --

11         **THE COURT:**  Well, the OMB issued a memorandum to

12   all the departments heads, all the departments of the

13   Government, not just the EPA or anybody with the Green New

14   Deal, right?

15         **MS. HUNTER:**  Correct, Your Honor.

16         **THE COURT:**  I take that as not being an

17   accident, right?

18         **MS. HUNTER:**  Right.

19         **THE COURT:**  Why would he send it to every

20   agency?  And, you know, it appears to me that there was an

21   intent to do exactly what you say, which is to -- that the

22   present administration does not approve of a prior act of

23   Congress.  And, you know, there will be an administration

24   after this.  And that administration might not like

25   something this administration did that Congress

28

1     authorized.  Tough.  They don't have a right to overrule

2     it.

3          We don't have -- you know, we don't have a king

4     in the United States.  We have separation of powers.  And

5     the power is diffuse.  And some people would criticize the

6     American form of government as being inefficient because

7     it disburses power among threes branches of government.

8     But that's our system of government.

9          And, you know, one thing I think people have got

10    to be careful of is if you undermine the rule of law, it

11    will come back and bite you later when you are on the

12    other end of this.  And the responsibility of the Court is

13    to preserve the system.  We don't take sides.  Whoever

14    wins or loses these fights is of no consequence to us.

15          **MS. HUNTER:**  Exactly, Your Honor.  And I think

16    we see this in the type of language that has been used in

17    the executive orders and memos is directly at odds with

18    language Congress used.  So Congress enacted these

19    programs for the benefit of mitigating against climate

20    change, for combating environmental injustice.  And what

21    these executive orders and subsequent directives, and

22    you've seen this in the documents we've gotten from

23    defendants, show is there is specific targeting on those

24    concepts.  So this isn't just a case of like, well, are we

25    going to reallocate the funding in a slightly different

1    way.  This is we don't want to implement these
2    congressionally mandated programs.
3            THE COURT:  And let me say this.  I understand
4    it.  I understand that the present administration doesn't
5    agree with all this.  And they ought to go to Congress and
6    change the law.
7            MS. HUNTER:  Right.
8            THE COURT:  You know, that's their -- they don't
9    get to go unilaterally change an act of Congress.  They
10   have -- the duty of the executive is to faithfully execute
11   the laws.  And, you know, what we're talking about here is
12   who actually implemented these freezes?  It was the
13   agency.  OMB plainly does not have the authority to freeze
14   a grant.  That is not OMB's -- whatever OMB told them,
15   they didn't have any authority to tell them.  If they told
16   them, ignore the law, tough.  The agencies don't have any
17   authority to follow an unauthorized act, right?
18           MS. HUNTER:  That's correct, Your Honor.  And
19   the last point I'll make on this, just to respond to, you
20   know, changing the law, this was money that was
21   specifically appropriated by Congress.  So even if there's
22   a subsequent change in the law, the money that has been
23   specifically appropriated for specific purposes needs to
24   be distributed in compliance with that congressional
25   mandate.

30

1          THE COURT:  But congress can amend its laws.

2    Congress could come back and amend its laws.  There's a

3    process, if under the -- if a prior Congress adopted

4    something that the present Congress doesn't agree, it can

5    amend the law.  That's the way the system works.  And

6    perhaps some of your clients might be unhappy if they did

7    that.  But they haven't done it, have they?

8          MS. HUNTER:  They have not, Your Honor.

9          THE COURT:  Yeah.  Okay.  Anything further

10   Ms. Hunter?

11         MS. HUNTER:  Not on jurisdiction, Your Honor.

12         THE COURT:  I do find, I guess there's no

13   mystery that I do find the Court has jurisdiction over

14   this matter.  I think these claims are not contractual.

15   One is not in essence a contract.  But even more

16   compelling, the remedy here would be completely inadequate

17   under the -- in the Court of Claims.  This is a matter

18   properly before this Court.  And the Court has

19   jurisdiction over these claims.

20         Now, let me turn if I might now to -- and we'll

21   issue an order in due course on the issue of jurisdiction.

22   I received yesterday a chart.  Who is going to be

23   addressing the chart from the Government?

24         MR. TIMMONS:  I will, Your Honor.

25         THE COURT:  First of all, I commend you for this

31

1    work.  It's very helpful actually.  And it brought to me a

2    lot of clarification about what's going on here.

3         Before we go there, let me ask you.  Does the

4    Government dispute -- I mean, do the plaintiffs dispute

5    any aspect of this chart?

6         **MS. HUNTER:**  There is one error in this chart

7    that we've been able to determine, Your Honor.  That is

8    the Alliance for Shenandoah is listed as having a grant

9    that is accessible to grantees.  And that has not been the

10   experience of the Alliance for Shenandoah.  They do not

11   have access to that grant.

12        **THE COURT:**  So let me find that one.  What page

13   is it on?  Can you help me on that?

14        **MS. HUNTER:**  It's on Page 2.  It's third from

15   the bottom.

16        **THE COURT:**  Okay.  By the way, I am going to

17   have my law clerk hand out a chart which actually has a

18   remarkably complex designation 1 through 38 so we can

19   actually refer to these a little more easily.

20        So what number, Ms. Hunter, would this be?  Is

21   it Number 15?

22        **MS. HUNTER:**  Let me just take a look, I don't

23   know.  Yes.  It's 15.  And just to be clear, not only have

24   they not been able to access it them themselves, they've

25   been told by the agency that they don't have access to

32

1　that grant.

2　　　　　THE COURT:　Mr. Timmons, where did the

3　information come from that it was accessible?

4　　　　　MR. TIMMONS:　It came from the agency.

5　　　　　THE COURT:　Okay.

6　　　　　MS. HUNTER:　The only other note I would make on

7　Grants 2 through 7 --

8　　　　　THE COURT:　The terminations?

9　　　　　MS. HUNTER:　Termination in progress, the

10　plaintiffs have not received any notification --

11　　　　　THE COURT:　I think they're saying termination

12　in progress so they wouldn't have gotten that.

13　　　　　MR. MILLER:　And, Your Honor, similarly on

14　No. 8, I think we actually don't understand the closed

15　designation.　We understood those funds to be frozen

16　previously for the City of Madison, now says closed.　I

17　don't know if that means terminated as well or in the

18　process of termination.

19　　　　　THE COURT:　Mr. Timmons, do you have any idea

20　what that means?　That was only used in that one grant.

21　　　　　MR. TIMMONS:　I'll have to check on that and get

22　back to Your Honor.

23　　　　　THE COURT:　Good.　We'll do the same for the

24　No. 15 as well.

25　　　　　MR. TIMMONS:　Yes, Your Honor.

33

1          **THE COURT:**  Okay.  So other than that,

2     Ms. Hunter, it appears that there are a number of your

3     clients who have had their grants restored; is that

4     correct?

5          **MS. HUNTER:**  Well, these clients have had their

6     grants turned on, turned off, turned on, turned off.

7          **THE COURT:**  I'm going to enter an order, by the

8     way, that orders none of those be frozen again or

9     terminated without further order of this Court.  So we're

10    going to stop this yo-yo situation.

11         **MS. HUNTER:**  Thank you, Your Honor.  So yes, as

12    the current status as far as I can tell as of 9 a.m. this

13    morning, otherwise I think this is accurate.

14         **THE COURT:**  Moving target here.

15         Okay.  Mr. Timmons, let me ask you first about

16    these terminated cases, Number 9 through 12.  Let me ask

17    you about those, first.  And we'll start with the City of

18    New Haven.  Why is that -- why is that -- why was that

19    grant terminated?

20         **MR. TIMMONS:**  It's not consistent with agency

21    priorities.

22         **THE COURT:**  Was it originally frozen like the

23    others?

24         **MR. TIMMONS:**  I don't have that information in

25    front of me.

34

1          THE COURT:  What's the agency priority we're

2    talking about?

3          MR. TIMMONS:  It's consistency with the

4    priorities of the administration as expressed in the

5    executive orders.

6          THE COURT:  But we've had this problem that the

7    agency priority might be they don't agree with a prior act

8    of Congress.

9          MR. TIMMONS:  I would disagree with that.  I do

10   think that the executive orders state the administration's

11   priorities in funding.  I would disagree --

12         THE COURT:  Let me ask you this, if the priority

13   of the administration would violate an act of Congress,

14   does the Executive Branch have the discretion to violate

15   an act of Congress?

16         MR. TIMMONS:  No.  And I believe these executive

17   orders are consistent with the congressional acts.

18         THE COURT:  Okay.  But if I concluded they

19   weren't, you would agree with me that would be ultra

20   vires?

21         MR. TIMMONS:  Yes, Your Honor.

22         THE COURT:  So you don't -- give me more detail

23   on the Electrify New Haven grant, City of New Haven,

24   Number 9.  Other than what priority are we talking about?

25   What specifically in this grant makes it not an -- not a

35

1   priority of this administration?

2           MR. TIMMONS:  I don't have that information in

3   front of me.  So I would have to rest on the decisions

4   that the agency determined.

5           THE COURT:  No, I'm not going to do that.  I

6   asked -- you know, I asked for all documents relating to

7   freezing.

8           MR. TIMMONS:  Right.

9           THE COURT:  And I got an ocean of documents.

10  Thousands.  And I can't say I have personally examined

11  every one of them.  Have you examined every one of them?

12          MR. TIMMONS:  No, Your Honor.

13          THE COURT:  I don't know of anyone who could.

14  But my clerks have been very diligent.  They spent a lot

15  of time this week looking at them.  We couldn't find one

16  referring to any individual grantee.  Did I miss

17  something?

18          MR. TIMMONS:  I'm sure you didn't, Your Honor.

19          THE COURT:  So that tends to suggest this was an

20  en masse freeze without individual consideration of the

21  grants.  Does that seem like a fair reason?

22          MR. TIMMONS:  I would say that at the pause was,

23  as you said, it was a broad pause base on funding.  I do

24  think the terminations were done based on a review of the

25  grants.

36

1          THE COURT:  And I think that's -- I think that's

2     fine.  But you haven't given me any documents to show me

3     that, have you?

4          MR. TIMMONS:  I don't have all the documents

5     that we would intend to present in this case.

6          THE COURT:  I'm going to give you a chance to

7     present them because I'm going to have you present them in

8     the next week to me on every one of these grants which

9     have been terminated and which have been -- are

10    terminations in progress.  I want to see the underlying

11    reasoning.  You understand there's a problem if the action

12    is based on post hac reasoning.  Do you understand that?

13         MR. TIMMONS:  I do.

14         THE COURT:  So I want to see what was the

15    reasoning behind it.  What was the -- what was the stated

16    purpose.  And you're telling me they made an individual

17    determination of why that grant should be terminated?

18    They've made an individualized determination, are you

19    telling me that?

20         MR. TIMMONS:  I think the decision making in

21    this case is always going to be it's inconsistent with

22    priorities, and that it -- it's going to be -- it's going

23    to be the same reason for all of them, yes, Your Honor.  I

24    mean, it's not going to be --

25         THE COURT:  But that's not -- and what reason is

37

1    that?  I mean, agency -- but if you just say it's

2    inconsistent with our priorities, if our priorities are

3    inconsistent with a statute, that's a problem, isn't it?

4          **MR. TIMMONS:**  I think if the plaintiffs have

5    demonstrated that those priorities are inconsistent with

6    the statute, which is what I don't think they've done,

7    which is why I don't think they're entitled to an

8    injunction.

9          **THE COURT:**  I hear what you're saying.  But you

10   agree with me, if they were to prove that, they would have

11   a good point, would they not?

12         **MR. TIMMONS:**  It depends on how many they prove

13   it for.  Is it for all of these programs?  Some of these

14   --

15         **THE COURT:**  I'm just saying for any one they

16   approve, it was inconsistent.  They would have a valid

17   point, would they not?

18         **MR. TIMMONS:**  Yes, Your Honor.

19         **THE COURT:**  Okay.  And I could go through them

20   all.  City of Baltimore, do you have any idea why they

21   terminated?

22         **MR. TIMMONS:**  You're going to get the same

23   answer, Your Honor, for all of them as you suspect.

24         **THE COURT:**  You don't know, do you?

25         **MR. TIMMONS:**  I don't know, no.

38

1          **THE COURT:**  CleanAIRE, you don't know, do you?

2    You don't know why they terminated it?

3          **MR. TIMMONS:**  I know that they were all

4    terminated -- any terminations are going to be because

5    they're inconsistent with the policy.

6          **THE COURT:**  Who told you that?

7          **MR. TIMMONS:**  That's -- I'm fairly confident

8    saying that, Your Honor.

9          **THE COURT:**  But tell me what gives you that

10   confidence.  I don't have that confidence.  So I want to

11   know, give me some confidence.

12         **MR. TIMMONS:**  The letters that the EPA sent to

13   the plaintiffs, the ones that I've reviewed in the

14   terminations.

15         **THE COURT:**  I've reviewed those letters.  They

16   don't give a reason.  I've got copies of them.  It was

17   provided by the plaintiffs.  It doesn't state a reason.

18   It lists possible reasons.  Merit, fairness, excellence in

19   performing their duties.  Do you have any evidence they

20   weren't performing their duties under the grant?  I

21   haven't seen any evidence of that.  I mean, maybe there

22   is.  I mean, let me say this.  If someone is not following

23   their grant properly or is committing waste, fraud, that's

24   another thing y'all listed, they should be terminated.

25   Don't you agree?

39

1          **MR. TIMMONS:**  Yes, Your Honor.

2          **THE COURT:**  I don't think plaintiffs would

3    disagree with that.  That would be completely within the

4    discretion.  But your letter -- and did I miss something?

5    I think they are a form letter, aren't they?  I mean, all

6    of the four got exactly the same letter, did they not?

7          **MR. TIMMONS:**  Like I said, Your Honor, the

8    termination reasons are going to be similar for all of

9    these cases.

10          **THE COURT:**  Well, but I don't understand the

11    reason.  To say it's a different priority does not answer

12    the question.

13          **MR. TIMMONS:**  That is the explanation that the

14    agency gave.  I can't offer you a different --

15          **THE COURT:**  I'm going to give you another chance

16    to go back and get specific documents to show what that

17    means because that's not good enough.  That is not good

18    enough.  And I know they put you, Mr. Timmons, in a

19    difficult situation.  They haven't given you that

20    information.  And I don't want to give you a hard time

21    because you only got what you got, right?

22          **THE CLERK:**  You're fine, Your Honor.  I'm doing

23    just fine.

24          **THE COURT:**  Good.  Mr. Berlinsky is my friend

25    here.  I don't want to pick on him too much either.  But,

40

1    you know, I just -- the Government's going to have to do

2    better than say I trust an unnamed person who told me that

3    it was agency priority when that doesn't tell me anything

4    and there's a plausible read of that meaning from these

5    other documents that it was based on the IRA and IIJA.

6            So if there's another reason, you know, I want

7    to hear from them because the Government -- there are

8    reasons that grants could be terminated legitimately.  But

9    you've got to -- you can't just -- you're not going to

10   have this Court on a boilerplate just accept some form

11   termination notice with no reason.

12           **MR. TIMMONS:**  Understood.

13           **THE COURT:**  Particularly when it appears to me

14   that the plaintiffs have made a very strong showing that

15   the freezes were unlawful.  And it appears from this chart

16   that the Government has pivoted away from that.  They're

17   flowing some.  The only ones that aren't, we've got a

18   couple of DEI ones we'll talk about in a minute.  But

19   other than that, y'all are either letting the money flow

20   or terminating them.  Isn't that fair?

21           **MR. TIMMONS:**  I think the idea with the pause

22   was to make decisions of whether to proceed with some and

23   terminate others.

24           **THE COURT:**  Okay.  Well, there have been a

25   number of courts that have found the pause itself

41

1  unlawful, correct?

2        **MR. TIMMONS:** There have been.

3        **THE COURT:** Yeah. Okay. You don't agree with

4  them and I respect that. You might not agree with that I

5  do.

6        Okay. So for all of these, the ones that have

7  been terminated, you have no idea why they're terminated,

8  correct?

9        **MR. TIMMONS:** I have no idea beyond what the

10 agencies have offered in the termination letters, no, Your

11 Honor.

12       **THE COURT:** Okay. And if I were to rely -- i

13 will tell you right now, you need to tell your clients

14 that isn't good enough. Okay? But we're going to give

15 them a chance to come forward with their specific

16 documents.

17       Is the same true for the six grants listed on --

18 at Numbers 2 through 7, the termination's in progress, you

19 don't really know why they're being terminated?

20       **MR. TIMMONS:** I don't know why they're being

21 terminated, especially the ones in progress. If they

22 haven't issued termination letters, I couldn't speculate

23 on the rationale. I think that would also -- you know,

24 we're not going to have a final agency action on that, I

25 mean, until we see what the decision the --

42

1          THE COURT:  If it's derivative of an unlawful

2     freeze, you might already have an answer that might be

3     final.  So the question is, I understand this, are the

4     grants frozen for these people?

5          MR. TIMMONS:  I think they would be frozen, yes,

6     Your Honor.

7          THE COURT:  Okay.  Well, that's -- I think we --

8     there are plenty of authority out there that that's --

9          MR. TIMMONS:  I understand that.  I just, for

10    the Court, I just want to say, I can't -- I wouldn't feel

11    comfortable getting out in front of the agency and saying

12    what their reason is if they haven't issued their decision

13    on it yet.

14         THE COURT:  I've got a hunch they might not

15    know.  And how about towards the end here, Numbers 27

16    through 32, do you have any idea about those, why they are

17    being terminated?

18         MR. TIMMONS:  Yes, Your Honor.  Those are

19    Partnership for Climate-Smart Commodities Program.  Those

20    are not funded through any of the sources that we've been

21    talking about today.  That was a discretionary program

22    created by the Biden Administration funded separately.

23         THE COURT:  Tell me about that.  I don't know

24    about that.  So give me a little more detail on that.

25         MR. TIMMONS:  Yes, Your Honor.  Give me one

43

1    second and let me pull that up.  This was addressed in our

2    brief where we mentioned that -- we cited the report that

3    said that this program has considerable authority.  And

4    it's not reliant on IRA funding, IIJA funding, or APA

5    funding.  It was a fully discretionary program created by

6    the Secretary of Agriculture under the Biden

7    Administration.  It's not funded by any of these sources

8    we're talking about today.

9         THE COURT:  Okay.  That's a good point.  I'm

10   going to ask plaintiffs about that.  That's a fair point.

11   That's a new -- I didn't pick that up before, so thank you

12   for that.

13        MR. TIMMONS:  Yes.  Your Honor, I guess the

14   clarification on that is the IRA appropriated funds for

15   the climate-related soil programs, but these grants are

16   under the partnerships for Climate-Smart Commodities

17   Program.  That's not a program --

18        THE COURT:  That's just not a part of the IRA or

19   the IIJA; is that correct?

20        MR. TIMMONS:  No, Your Honor.  It's not created

21   by Congress, that program.

22        THE COURT:  Okay.  Well, then that's an

23   interesting distinction.  Thank you for that.

24        Talk to me about the DEI reference.  Were

25   these -- there are three of them.  Let's see if we can

44

```
1   find them here.  I think they are -- I think 16, 22, and
2   23.  What's the problem with the so-called DEI reference?
3            MR. TIMMONS:  Yes, Your Honor.  And I have to
4   caveat it with, you know, I have not investigated this
5   completely.  But here's what I think is that the Rhode
6   Island case did not involve the DEI executive order and
7   that this grant also implicates that in addition to --
8            THE COURT:  But what's the problem?  I mean, I
9   understand -- I mean, was this frozen because of DEI?  Or
10  was it also an IRA or IIJA appropriation that now people
11  are looking for another reason to freeze it?  Which one is
12  it?
13           MR. TIMMONS:  The way I interpret it is that it
14  is not compliant with the executive order on DEI issues
15  and that that is why.
16           THE COURT:  But what was the original reason it
17  was frozen?
18           MR. TIMMONS:  I would have to -- I don't have
19  that information right here.  I'd have to look back and
20  see if I can find that.
21           THE COURT:  You understand the problem with post
22  hoc justifications?
23           MR. TIMMONS:  Yes, Your Honor.  I mean, I would
24  look at the information that was provided, you know, at
25  the time.  I just don't --
```

45

1          THE COURT:  Yeah, I mean, I think we're going --

2    I'm going to ask for the documents and let's look at it.

3    But what is it about DEI, what is it specifically about

4    DEI that would make it appropriate to cancel these grants?

5    I'm just trying to understand.  If they're funded by the

6    IIJA or the IRA, what is it -- what's the problem with the

7    grant?

8          MR. TIMMONS:  So as the President explained in

9    the executive order, his concern is that the prior

10   administration funded hurtful practices under the name of

11   DEI.

12         THE COURT:  But what are these hurtful

13   practices?

14         MR. TIMMONS:  He feels that DEI programs that

15   favor parties over others are not fair.  I mean, that's --

16         THE COURT:  But is that part of these grants?

17   What are these grants doing that violates that principle?

18   I'm just trying to get to the bottom -- you know, there's

19   a lot of -- people go in and they throw a term around and

20   they think it's a loaded term and it means a lot.  It

21   doesn't mean much to me.  What did these grantees actually

22   do that violate that executive order?

23         MR. TIMMONS:  And again, I don't think it's

24   anything the grantees did.  I think it's the funding

25   priorities of President Biden's Administration are

1  different than the funding priorities of President

2  Trump's.

3        THE COURT:  But there are definitely some parts

4  of the appropriations of Congress that relate to DEI

5  funding.  I know the present administration doesn't agree

6  with that.  I respect that.  My question is do they have

7  the authority to unilaterally violate an act of Congress?

8  I've got to start with the thing of what's the problem?

9  Because it may well be it's completely unprotected

10  conduct.

11        MR. TIMMONS:  Your Honor, I think we are not

12  arguing that any of these grants violated federal law,

13  violated the funding statutes.  But we are saying that

14  President Trump would like to allocate these funds to

15  serve different purposes.

16        THE COURT:  Well, he isn't allocating them so

17  right now we're just canceling them.  And the indications

18  are they are just canceling or freezing.  So I'm just

19  trying to get to the -- you're speculating that he might

20  want to allocate them.

21        MR. TIMMONS:  Well, Your Honor --

22        THE COURT:  What we need, Mr. Timmons, is a

23  little specification.  We just need specification.  And

24  then that will help me figure out what's this all about?

25  Speaking in code words, like priority, DEI, doesn't tell

47

1    us anything.  And it may be that the administration's

2    actions are perfectly legitimate, authorized, within its

3    power.  But you've got to give me something to show me

4    that.

5            MR. TIMMONS:  Understood.

6            THE COURT:  You hear what I'm saying?  I'm not

7    going to respond to anybody's buzzwords, plaintiff or

8    defense.

9            MR. TIMMONS:  And I don't mean to assert

10   buzzwords.

11           THE COURT:  Well, it sounds that way because I

12   know you're being given marching orders.  You're here.

13   You're not the Attorney General of the United States.

14   You're sent here to represent your client.  I understand

15   that.  And I don't want to give you too hard a time

16   because of that.  But it's just not good enough to just

17   throw a word out and tell me, well, that ends the

18   discussion.  It begins the discussion.  And it may be that

19   the Government's view is perfectly legitimate.  But you've

20   got to get there.  And I'm not going to accept a buzzword

21   as the answer from either party.

22           MR. TIMMONS:  Understood.  Your Honor, if I may,

23   there's a couple points I would like to address?  I do

24   think, you know, if we're going to talk about whether the

25   grants will be funded, whether they'll be terminated, I

48

```
1   think we need to just be fair to the public record and
2   what people have said on this.  The EPA has a press
3   release.  It was issue on April 10th.  It says that
4   Administrator Zeldin is re-prioritizing EPA's commitment
5   to protecting human health and the environment.  The Biden
6   Administration doled out billions of taxpayer dollars and
7   we're putting them --
8            THE COURT:  You can give me -- I don't want to
9   hear politician's press releases.  Really, I mean --
10           MR. TIMMONS:  And I agree with that, Your Honor.
11   But we've repeatedly cited things that the President has
12   said, things that these agencies have said.
13           THE COURT:  I haven't -- only thing I've cited
14   are orders.  And I have avoided taking quotes from the New
15   York Times or some source.
16           MR. TIMMONS:  I was about to quote the New York
17   Post so, I'll just not do that.
18           THE COURT:  That's not, to me, a source, a legal
19   source of authority.
20           MR. TIMMONS:  And I a hundred percent agree.  I
21   just don't want the record to reflect that the
22   administration has not made comments about re-prioritizing
23   funding.
24           THE COURT:  Listen, they've got it in these
25   termination letters, for instance.  But they've got to do
```

49

1    more than that to tell me what that means.  Because there
2    are ways that that can be applied to violate the law.  And
3    there are ways it could be interpreted to be proper.  And
4    that's what we've got to get to is to the bottom line of
5    all this.  Do you hear what I'm saying?
6             MR. TIMMONS:  Yes, Your Honor.
7             THE COURT:  I'm not trying to make a final
8    decision.
9             Okay.  Ms. Hunter, let me hear from you about
10   these various -- how do you view this chart, first of all?
11   Do you see some progress here?
12            MS. HUNTER:  There's a little more clarity
13   perhaps, Your Honor.  Certainly appreciate the defendants
14   putting it together.  I think this is kind of what we had
15   been looking for from the outset was a little clarity of
16   the status.
17            THE COURT:  But you've got to give them credit
18   that they have restored some of the funds, thirteen of the
19   38.  Correct?
20            MS. HUNTER:  So long as those remain accessible.
21            THE COURT:  I'm going to handle that one.  Okay?
22   We're not going to be in a yo-yo situation.
23            MS. HUNTER:  Yes.  Yes.  We appreciate that.  I
24   think what is striking to me, and I don't want to
25   speculate, Your Honor, but I think we want to distinguish

50

1    between individualized determinations, i.e., looking at a

2    particular program by a particular party and maybe they

3    are being wasteful or maybe they're not fulfilling the

4    terms.  That's one type of individualized determination.

5    What I see here is, to the extent it's individualized,

6    it's at the grant program level.  So, you know, when we

7    see the list of terminated grants --

8            THE COURT:  Let me stop you here.  If there is

9    money that Congress has appropriated, shall fund, and

10   they've taken that bucket and terminated it because they

11   don't agree with it, that's a problem.

12           MS. HUNTER:  That's exactly what I was saying to

13   Your Honor.

14           THE COURT:  I get that.  And, you know, we've

15   been trying to sort through some of these documents,

16   trying to figure out a process.  And, frankly, it's pretty

17   hard.  Okay?  It looks pretty chaotic to me.  And -- but

18   we're now -- I mean, I view, at least in these 38 cases,

19   that's all, 38 grants, that the Government has pivoted

20   from blanket en masse freezes, unfreezing some and others

21   moving to termination.  And for those, we need an

22   explanation.  Because just calling something a termination

23   rather than a freeze does not make it legal.

24           MS. HUNTER:  That's right, Your Honor.  And I

25   think what is consuming --

1          **THE COURT:**  Or does it make it illegal?  We've

2     got to drill down here on what the facts are.  And words

3     like change in -- words like change in priority and DEI

4     tell me nothing.

5          **MS. HUNTER:**  Correct, Your Honor.  I think, you

6     know, when we look at -- to answer the question you posed

7     to opposing counsel here, when you look at the terminated

8     grants, they are all environmental justice problem-solving

9     grants --

10          **THE COURT:**  They are, all six of them are

11     environmental justice grants.

12          **MS. HUNTER:**  And we also know that one of the,

13     quote, priorities listed in the executive order was to

14     eliminate mention of environmental justice.  The problem

15     is is the statutory language expressly talks about

16     environmental justice.

17          **THE COURT:**  You need to help me with that of

18     kind of connecting the dots.  We've tried to get into

19     the -- I mean, these statutes are enormously complicated.

20     I'm sure you and your staff have really spent a lot of

21     time trying to put the jigsaw puzzle together.

22          But we're getting a little more specific here,

23     so I need some help understanding.  If they're taking a

24     bucket called environmental justice, is that like

25     something specifically in the -- a statute directing it

1  shall be funded?  Or is it -- Mr. Timmons said there were

2  certain grants that came from funds outside of that,

3  created -- that's, to me, a very different thing.  And I

4  think if a new Secretary of Agriculture comes in and says

5  this is discretionary money and I want to spend it on

6  Project B instead of Project A, he probably has the

7  authority to do that.  Because he's not violating an act

8  of Congress that we can tell.

9          Now, you may have other arguments about

10  constitutional and First Amendment or something.  I'll be

11  honest with you, I don't find your First Amendment

12  argument very persuasive.  The separation of powers is a

13  little bit stronger argument.  But this is why we're --

14  what we've lacked here is a lack of specificity, right?

15  That's been one of the problems.  And we're going to get

16  specific.  I'm going to require that on these terminations

17  and proposed terminations, they're going to give me every

18  document related to these particular grantees.

19          And, Mr. Timmons, let me mention this.  I have a

20  sense some of these agencies have tried to do a document

21  dump on me to wear us out on things completely irrelevant

22  to my request previously.  And that's what happened here.

23  I got not one document -- I said give me everything about

24  these grantees, and I didn't get one document on the

25  grantees.  I might have missed something out of the 9,000

1   y'all have produced, but I don't think so.

2           This time we're going to get very specific.  I

3   only want them about these grantees.  We're now down to a

4   limited number of terminations and proposed terminations.

5   And I want those documents.  I don't want all this process

6   stuff.  I don't want it.  It's got to relate to these

7   grantees.  What's the reason for the termination of these

8   grants or proposed terminations?  I want to see it.

9           **MS. HUNTER:**  Your Honor, if I may?  And I can

10  get into answering sort of the distinguishing factors

11  between these different grant programs.  But I don't want

12  us to lose sight of the APA claims, which are separate to

13  anything related to the statutory language.  It is correct

14  in certain circumstances that a new administration can

15  come in, change priorities, and shift course.

16          **THE COURT:**  Right.  There's a regulation on

17  that.

18          **MS. HUNTER:**  Right.  And this is where we get

19  into Justice Roberts turning square corners.  You have to

20  do so pursuant to certain procedures, which means you've

21  got to look at the reliance and trust of everybody who has

22  been depending on these grant programs.  You have to have

23  a reasoned explanation.  You have to have, you know, a

24  rational basis for making the change.  And so I just think

25  it's really important that, yes, the statutory language is

1    relevant for the separation of powers issues.  But you've

2    also got this whole other orderly process that usually

3    happens when there's a change in administration.

4          THE COURT:  And, you know, if you unilaterally

5    freeze them, that might not do it.  If you terminate and

6    give notice and an opportunity to be heard, that's sort of

7    squaring the corners.

8          MS. HUNTER:  Well, if that termination decision

9    is based on a reasoned explanation, and you've considered

10   reliance and trust, which in all the documents I've

11   reviewed and even the rhetoric I see in the defendant's

12   briefs and elsewhere, there is no understanding of the way

13   that these plaintiffs and the public have relied on these

14   grant programs.

15         THE COURT:  Have you found any document that

16   considered even who these grantees were?

17         MS. HUNTER:  Not in any detail, no, Your Honor.

18         THE COURT:  I think other than a termination

19   letter, I haven't seen the name of any grantee in it.  And

20   they are obviously form letters.

21         MS. HUNTER:  Correct, Your Honor.  And in fact,

22   if the Court's asking for supplemental briefing, we can

23   certainly identify some documents we found in the record

24   that show the contrary.  But also, many of our plaintiffs

25   have actual letters from their own grant supervisors

55

1  saying you're doing a great job, you're doing everything
2  we've asked for, you're in compliance, there's no problem
3  here.  And so I think the record is very contrary to the
4  idea that there's, you know, specific, individualized
5  determinations that these grantees are not following --
6          THE COURT:  That's why I said it appears that
7  the plaintiff's original claim here, which was there was
8  no individualized consideration, it was just mass -- en
9  masse termination, freezing of grants has merit.  Maybe
10 the best evidence of it is is the response on the chart.
11 They are not doing that anymore.  So they're moving on,
12 now trying to go to terminations on some of them.  And
13 we've got to look at that process.
14         MS. HUNTER:  Right.  And I think what we're
15 seeing is rather than going grant by grant, they're going
16 grant program by grant program.
17         THE COURT:  I think that's a good point.  That's
18 why I'm going to ask for the underlying documents specific
19 to this.  And then you're going to have a chance to tell
20 me why that -- if it is, then why there may be problems
21 with that, under the APA, under separation of powers, or
22 whatever there might be.
23         MS. HUNTER:  Yes.  Thank you, Your Honor.  I can
24 touch briefly on the Climate-Smart Commodities.
25         THE COURT:  Yeah, talk to me about that because

56

1    that one hit me cold.

2         **MS. HUNTER:**  Yes.  And it's been a little bit

3    confusing to us, Your Honor.  It seems to have gotten

4    wrapped up in the generalized freeze, perhaps because

5    climate was included in the title.  And so it's a little

6    opaque.  And we would love more information from

7    defendants on this, how exactly the money flows into that

8    program.  But certainly, it does seem this sort of larger

9    Green New Deal freeze is what precipitated the freeze of

10   those grants, and then, ultimately now, the termination of

11   those grants.

12        And again, I would just refer to the APA, that

13   that's not how this sort of mass freeze -- these are large

14   grants.  These are grants that people have spent literally

15   a year putting together, a lot of work to organize

16   partners together, to work with different farmers.  And so

17   to abruptly terminate or put kind of new conditions on

18   this grant at the very least requires the agency to go

19   through a process.

20        **THE COURT:**  Have you seen any communication of

21   why these freezes have occurred, these ones they are

22   talking about that weren't under the IRA or the IIJA?

23        **MS. HUNTER:**  These recipients recently received

24   a letter saying our new priority is to give a higher

25   percentage of this money directly to farmers.  You can

57

1  come back and reorganize your grant.  And that, you know,

2  that may be a legitimate practice going forward.

3          But again, for that to be APA compliant, there

4  needs to be, you know, is that even a possible thing to

5  do?  How is that going to impact the farming community?

6  How is it going to impact everyone who's relied on these

7  grants for years?

8          And if you look at the statutory language, and

9  we can provide this to you, at a very basic level, this

10 money is about helping farmers all over the United States.

11 And what this change, abrupt change has done after, you

12 know, farmers have been relying on this funding and are

13 ready to go and have put all this ground work in is just

14 disruptive to farmers all across the country.  So it's a

15 little different than the sort of exact opposite language

16 that's used in other sections related to the IRA.  And

17 we'd be happy to provide more argumentation on that in

18 briefing.

19         THE COURT:  Yeah.  I think what we need to do is

20 have another round of document production, very specific.

21 And give y'all a chance to respond to that.  And I think

22 we need to get back together again to talk about this with

23 a fuller record.

24         It just occurred to me as I'm -- you know,

25 5 o'clock, right before 5 the thing drops.  And it just

58

1    occurred to me that the case was shifting, it was

2    changing.  And part of it is I think you folks have had

3    some success.  Okay?  And not complete success, but

4    partial success.  And it's become more manageable.  And

5    it's going to become more manageable for the Government.

6    Folks like Mr. Timmons, who are just overwhelmed I'm sure

7    with all this, of trying to drill down on specific

8    explanations.  There may be good ones.  There may be good

9    explanations.

10           I mean, I'm curious about this whole -- I mean,

11   it does seem to me these ones in a discretionary account

12   of the Secretary of Agriculture seem to be different in

13   this case than the rest of them, you know.  Doesn't mean

14   they did it right, but I'm just saying it's pretty

15   different.  Okay?  And the fact they may have gotten

16   thrown into the pot inadvertently because they weren't

17   funny folk, so be it, I mean.  But --

18           **MS. HUNTER:**  We would appreciate that

19   opportunity, Your Honor.  I will just start, sympathy for

20   all of the attorneys in this case.  But really the people

21   suffering here are the plaintiffs, who don't know from

22   day-to-day --

23           **THE COURT:**  How about their clients?  How about

24   their constituents?

25           **MS. HUNTER:**  Right.  Exactly.  The communities

1    that they serve.  And a lot of them already had to

2    furlough staff, or may be on the brink of having to lay

3    staff off, you know, aren't delivering these services to

4    their communities that they've promised.  So the faster we

5    can get resolution and clarity for them --

6              THE COURT:  Well, let me tell you something.  I

7    am going to give them seven days to produce this new

8    information.  And I want to give you a chance to respond

9    to it.

10              I've got to address this motion -- this motion

11   of the plaintiffs about the inadequacy of the privilege

12   log.  And let me just say, let's make the Government jobs

13   easier.  I'm only concerned about the ones where we're

14   having disputes.  So it's only the USDA and EPA.  Okay?

15   So you don't need to worry about supplementing the long on

16   the other agencies.  That will narrow your burden a little

17   bit.

18              But this deliberation privilege, process

19   privilege is just not adequately described.  I can't

20   figure it out.  I mean, I've been looking at some of these

21   and trying to figure out what is it about -- is there

22   deliberation in there?  I'm having trouble figuring that

23   out.  So I think a little explanation, you may just say,

24   oh, I get it now.

25              And I've sampled them, Mr. Timmons.  I have not

1    gone in and methodically looked at them all.  But I don't

2    understand it.  And plainly, the plaintiffs don't

3    understand it.  And I've actually got the documents and I

4    can't understand it.

5            We will have the same situation where if any

6    document is asserted to be privileged, the privilege log

7    needs -- an adequate privilege log needs to be prepared

8    and documents need to be presented to me in camera so I

9    can review them to see if the privileges asserted have

10   legal validity.

11           And let me tell you sort of my long-term thought

12   here is, this is -- to the extent there's an APA issue

13   here, and there appears to be, we're going to need to sort

14   of follow the APA process.  We're going to have to create

15   an administrative record, which we're I think a long way

16   towards doing already in this case.

17           And I want to kind of move on and get this thing

18   to the end.  It's not -- it's getting a lot less

19   complicated.  And so in fairly quick order, let's get to

20   the end of this.  We're not talking about just preliminary

21   injunctions.  We're talking about a judgment at the end,

22   which would be a final judgment of this Court.  And then

23   everybody who -- anybody who is unhappy can appeal.  How

24   about that?  Does that make sense?

25           **MS. HUNTER:**  Yes, Your Honor.  The one thing I

61

1    would mention -- well, a couple of things.  Several of the

2    plaintiffs are in sort of limbo situations where they're

3    not sure if they should be responding to an attempt to,

4    like, rewrite their grants, or change their grants.  And

5    there may be certain deadlines running there.  So if

6    there's a way -- and we can provide more information about

7    that.  But holding some of those timelines in abeyance

8    could perhaps be helpful.

9            **THE COURT:**  Yeah.  I'm glad to consider it.

10   Make it in the form of a motion.  Run it by the other

11   side, they might agree to it.

12           You know, I'm not planning to be the grants

13   officer for the United States.  Okay?  I'm not doing that.

14   I'm not going to get down to that level.

15           But, you know, we need not to sink the ship

16   before we're ready to sail.  Right?  We've got to make --

17   we've got to keep them in place.  So I've tried to move

18   quickly on this.

19           And believe me, I have a lot of other things

20   going on on my docket.  But I've tried to give priority.

21   And we're going to get you back here very soon.  But I

22   want to give the chance for the Government to supplement.

23   And then I want to give you folks a very brief chance to

24   respond to it and give me additional information.  Because

25   y'all have insights, just like Mr. Timmons shared with me

1   some insights.

2        And Mr. Timmons, let me say this.  I do want,

3   like on this agriculture program, I want a little more

4   explanation on that if you could for me.  These are the

5   programs where you're telling me it's not from the IRA or

6   the IIJA.  I just need a little more understanding of

7   that, a little more background so I can understand the

8   nature of that funding, and maybe some explanation of how

9   it got caught up in all of this.  And there may be a

10  perfectly logical reason for that.

11       **MR. TIMMONS:**  Yes, Your Honor.

12       **THE COURT:**  May be independent.  It may just be

13  coincidental; that is, I do see a material difference

14  between doing something that is -- in which an agency does

15  not have discretion to one in which the agency does have

16  discretion.  I mean, that's very different.  And I hear

17  the plaintiff about APA protocols and cutting -- and

18  turning square corners.  But they do seem in a sort of

19  fundamental way different to me.

20       Okay.  Now --

21       **MS. HUNTER:**  Your Honor, can I ask for one

22  further point of clarification?

23       **THE COURT:**  You can make two if you'd like.

24       **MS. HUNTER:**  Grants 37 and 38 --

25       **THE COURT:**  Yeah, I was wondering about those.

63

1      **MS. HUNTER:**  These are grants that were awarded

2   but, you know, the paperwork wasn't yet finalized.  We

3   think our claims are broadly applicable to those grants,

4   too.  But I just wanted to -- as we move forward, I just

5   wanted to check that they were in the area where

6   defendants would be providing additional information.

7      **THE COURT:**  Okay.  I'll add that.  I had not.

8   Thank you for pointing that out.

9      **MR. MILLER:**  Your Honor, that would also apply,

10  I believe, to Grant No. 1 as well.

11     **THE COURT:**  I had that in a pack, the three of

12  them together.  I think that's a good point.  I had not

13  thought about it that way, but I do believe we need more

14  information on that.

15     **MR. TIMMONS:**  So, Your Honor, I just want to

16  clarify.  I mean, you'd initially said it was only

17  pertaining to two defendants.  It's now back to all four

18  defendants that you want more information on?

19     **THE COURT:**  No, no.  Here's -- let me see if I

20  can -- make sure I got it right.  First of all, I had not

21  thought about the DOT.  I'll say that.  So I am going to

22  ask you about the DOT for those, what's going on with

23  those grants.  I need a little explanation why they're not

24  being -- they're grant under review.  Have they made a

25  decision yet whether they're going to proceed or not?

64

1          **MR. TIMMONS:**  No, Your Honor.

2          **THE COURT:**  How do I deal with that?  I mean,

3    it's in the process.

4          **MR. TIMMONS:**  I mean, Your Honor, I would also

5    point out that for two of these programs, the Active

6    Transportation Infrastructure Investment Program and for

7    the Charging and Fueling Infrastructure Grant Program, we

8    don't have a plaintiff that has a grant agreement in

9    either one of those programs.  And yet we're going to --

10   we're considering issues --

11         **THE COURT:**  Hold on just a minute.  How are they

12   listed?  Why are they here if there's not a plaintiff?

13         **MR. TIMMONS:**  There's a plaintiff that has a

14   notice of the funding award.  But they have not negotiated

15   the terms with the Government to determine the grant

16   award.

17         **THE COURT:**  So where are they?  Explain to me

18   because I'm not very familiar with this grant process,

19   Mr. Timmons.  Explain to me the stages and where these

20   particular plaintiffs are at.

21         **MR. TIMMONS:**  They were awarded funding and then

22   they have not finalized the grant agreement.  And the

23   agency has not, you know, established the terms and

24   conditions that's going to govern the grant.

25         **THE COURT:**  But they've been granted the --

65

1   they've been awarded the grant?

2          **MR. TIMMONS:**  Yeah, awarded the grant.  But they

3   have not entered into a binding grant agreement or

4   finalized grant agreement.  I'm not sure what the right

5   phrase is.  I don't want to get --

6          **THE COURT:**  Is that normally -- is there a

7   standard grant agreement?

8          **MR. TIMMONS:**  No.

9          **THE COURT:**  They vary?

10          **MR. TIMMONS:**  I mean, yeah, they have to

11   negotiate things like payment terms, timing.  Usually, the

12   grant agreements are going to have standard terms and

13   conditions you might expect in a government contract.

14          **THE COURT:**  Yes, that's what I thought.

15          **MR. TIMMONS:**  But in terms of negotiating the

16   details, that has not been done.

17          **THE COURT:**  And do we know the reason it hasn't

18   been done, since it sounds like to me mostly ministerial?

19          **MR. TIMMONS:**  Well, I mean, I guess I would say

20   it was awarded under the prior administration.  The prior

21   administration did not negotiate the grant award with the

22   client either.  So I guess the question would be for both

23   administrations why they didn't finalize that before now.

24          **THE COURT:**  I'm involving an agency.  These

25   administration things are not --

66

1        **MR. TIMMONS:**  That's a fair point, Your Honor.

2   But I think the short answer is they just -- you know,

3   there's no legal obligation to access the funds now

4   pursuant to an injunction.

5        **THE COURT:**  I agree with that.  But if -- let me

6   ask you this.  If the reason they haven't performed these

7   ministerial acts is because they don't agree with the

8   appropriations of Congress, would that be something I

9   should consider?

10       **MR. TIMMONS:**  I guess I would disagree that

11  negotiating a contract is a ministerial act.  I guess I

12  would put it that way.

13       **THE COURT:**  But you told me it's already been

14  awarded, so let's get past that.  If they decided not to

15  perform to finalize the contract because they disagree

16  with the funding of Congress, is that something I should

17  be concerned about?

18       **MR. TIMMONS:**  Like, that situation, yes.  But

19  because they don't finalize the funding because it's not

20  consistent with their priorities, that's a situation I

21  think --

22       **THE COURT:**  Here we go back to that priority

23  thing.  What does that mean?  If the priority is I don't

24  like the act of Congress, that's a problem.  If it's I

25  have the discretion and I have the right to make those

67

1    calls, I think you've got a point.  So it's just a loaded

2    term.  It doesn't mean anything to me.  You've got to get

3    more specific to me.

4         **MR. TIMMONS:**  I just think -- I just don't think

5    we can say that -- the record isn't there that they don't

6    like the act of Congress.

7         **THE COURT:**  Oh, I disagree.  There's a lot of

8    evidence of that.  I think there's a lot of evidence.

9         **MR. TIMMONS:**  Well, Your Honor, in two programs

10   we only have active grants.  In the Urban and Community

11   Forestry Grant Program and the Climate Pollution Reduction

12   Grant, we only had active grants.  So I just think the

13   idea that in all of these programs the administration is

14   hostile and will never fund grants in any of them --

15        **THE COURT:**  Well, let me ask you this.  Let's

16   say the IRA has 50 buckets of funds, different buckets.

17   And the new secretary of one of these agencies goes

18   through and says I like this bucket, but not this bucket.

19   I like this part of the law, but not this part of the law.

20   That's still violating the law for the bucket you don't

21   pick because you don't like the law.  I mean, I tell

22   defendant -- criminal defendants all the time, you've got

23   to obey the law, right?  All of it, not just part of it.

24   You've got to obey every part of it, right?  It's pretty

25   good advice I give them, isn't it?

68

1          MR. TIMMONS:  Yes, Your Honor.

2          THE COURT:  Okay.  I mean, that's what we're

3    doing here is you've got to obey.  So it's no answer they

4    don't -- they're not hostile to every bucket.  The

5    plaintiff says to me it's certain buckets they're focusing

6    on.  Fine.  Let's look at what the legal authority for

7    that is.  And if it's something that's not left to the

8    discretion of the agency because Congress has mandated it,

9    that's one point.  If it's discretionary, that's something

10   else.

11         You know, I'm just trying to be a neutral in

12   this, trying to uphold basic legal principles.  But the

13   Government needs to do more.  And, you know, I'm trying to

14   give you some tools to let you go back to your clients and

15   tell them what you need because they may have good answers

16   to these questions.  No answers don't work.

17         MR. TIMMONS:  Understood.

18         THE COURT:  Okay.  Ms. Hunter, anything further

19   from the plaintiff?

20         MS. HUNTER:  The only thing I would say, you

21   indicated you weren't fully convinced by our First

22   Amendment concerns.  I'd be happy talk about that more now

23   or at a later hearing.

24         THE COURT:  Later.  I've read them.  Believe me,

25   I've been through this.  I looked at it.  I just don't

69

1  find it as persuasive as some of these other issues.

2          **MS. HUNTER:**  I will just --

3          **THE COURT:**  You don't have to bat a thousand to

4  win the batting championship.

5          **MS. HUNTER:**  No, but I will just note that, you

6  know, Plaintiff Sustainability Institute, who is right

7  here in Charleston, and we sort of talked about in our

8  brief where they were asked to scrub their language and

9  talk about their work in a very different way that really

10 would be, you know, an affront to the community that they

11 serve, they are on the list that we got last night of

12 termination in progress.

13         **THE COURT:**  Well, we're going to look at that

14 one.  I kind of caught that one.  I also found the list of

15 words you can't use anymore.  It's a little bit of Alice

16 in Wonderland.  Where did that document come from?

17         **MS. HUNTER:**  That's an EPA document, Your Honor.

18         **THE COURT:**  You know one of the words was women?

19         **MS. HUNTER:**  I am very personally aware of that,

20 Your Honor.

21         **THE COURT:**  You can't use the word women

22 anymore.  Or equity.  Can't use equity anymore.

23         **MS. HUNTER:**  And so I note this because they

24 have been asked to provide this sanitized work plan.  They

25 so far have refused to do so.  Now, their grant is on a

```
 1  list.  And so as we're in this interim period, I just --
 2  and we can, again, provide a suggestion for Your Honor.
 3  But I don't --
 4          THE COURT:  But I want all those -- I'm
 5  expecting on those communications you're talking about, I
 6  expect to get them.  If you may persuade me if that's the
 7  problem there might be a First Amendment problem in that.
 8          MS. HUNTER:  Thank you, Your Honor.
 9          THE COURT:  I just haven't seen that kind of
10  evidence.
11          MS. HUNTER:  That's all we're asking for, Your
12  Honor, is the ability to review the evidence and to
13  present our own evidence on that point.
14          THE COURT:  And, you know, I just say to
15  everybody, let's, you know -- we've already found common
16  ground in about a third of these, you know.  And perhaps
17  if everybody drills down, we can find more common ground
18  where we don't have to fight about everything.  I always
19  say to the parties, keep talking to each other.  You know,
20  we're all officers of the court.  Right?
21          MR. TIMMONS:  Yes, Your Honor.
22          MS. HUNTER:  That's right, Your Honor.  Thank
23  you.
24          THE COURT:  Anything further?
25          MR. TIMMONS:  Yes, Your Honor.  I wanted to
```

1    clarify.  I think we have -- you know, we have the

2    deadline accelerated to Friday.  I was wondering if we

3    could make both of our assignments due --

4         **THE COURT:**  Yeah, actually I had overlooked

5    telling you that I was going to extend everything out

6    seven days to give you more time on the privilege logs.

7         **MR. TIMMONS:**  Thank you, Your Honor.

8         What's that?  Well, then you ask him, Lee.

9         **THE COURT:**  You're Gergel's buddy.  You say it.

10        **MR. BERLINSKY:**  I don't want to stand up just

11   for this one small detail, Your Honor.  But we would

12   certainly ask for ten days rather than seven if we could

13   get it.  You know, the daunting task that we had to

14   produce this many documents in --

15        **THE COURT:**  I wouldn't think there are many

16   documents on these limited number of -- you know, I think

17   y'all overread my request.  I asked you on specific

18   grants, tell me the grantees, you know, and tell me why

19   you froze them.  And I can get a document.  I got zero.

20   Nobody gave me -- the only documents I have seen with a

21   grantee's name is a termination letter the plaintiffs gave

22   me.  Y'all have produced to me 9,000 documents without

23   mentioning one grantee.  That's odd.  Okay?  So now, it

24   kind of proves the point the plaintiffs made about mass

25   freezes, which frankly, Mr. Timmons candidly acknowledged

1    that.  So we're beyond that.  We're now moved to other

2    things.

3            But you're asking me -- all I'm asking you to do

4    is go to these, what we now have is, what, 12 terminations

5    and a few DEI, and now these two DOT things, where we're

6    trying to figure out what's going on with that.  And I

7    just want the ones about why these grants are being

8    terminated.  I don't think that's such a great burden.

9            And I appreciate the burden y'all are under.  I

10   really do.  I've been there before.  I get it.  But we've

11   got a bunch of not for profits who are having to lay off

12   people, people going without pay, they're being burdened.

13   So seven days is fine.

14           **MR. BERLINSKY:**  Thank you.

15           **THE COURT:**  Anything further?

16           **MS. HUNTER:**  If I could just clarify, Your

17   Honor?  We're -- you're going to issue a written order on

18   jurisdiction?

19           **THE COURT:**  I am.

20           **MS. HUNTER:**  And the plaintiffs have the

21   opportunity to file a motion for some minimal interim

22   relief regarding deadlines?

23           **THE COURT:**  You do.  And I'm also going to order

24   the defendants on anyone who has been unfrozen, that they

25   cannot refreeze without further order of this Court.

73

1          **MS. HUNTER:**  Thank you, Your Honor.  That's all.

2          **THE COURT:**  Very good.

3          This hearing is adjourned.

4      (WHEREUPON, court was adjourned at 11:28 AM)

5                              * * *

6   I certify that the foregoing is a correct transcript from

7   the record of proceedings in the above-entitled matter.

8      s/Karen E. Martin                    4/23/2025
   _____      _____
9   Karen E. Martin, RMR, CRR          Date.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

The Sustainability Institute, *et al.*,

        Plaintiffs,

        v.

Donald J. Trump, in his official capacity as
President of the United States, *et al*.

        Defendants,

C.A. No. 2:25-2152-RMG

**DECLARATION OF**

I, Karen Woodrich, declare under penalty of perjury the following:

1.      My name is Karen Woodrich. I make this declaration based upon the knowledge that I have acquired through the performance of my official duties.

2.      I am the Deputy Chief for Programs within the United States Department of Agriculture's Natural Resources Conservation Service, and I am stationed in Washington, D.C.. As the Deputy Chief for Programs, my duties include, among other things, overseeing all of the financial and conservation technical assistance programs authorized under Title II of the Farm Bill as well as related programs and initiatives.

1

**Exhibit 1**

**Partnership for Climate-Smart Commodities**

3.    Six of the awards at issue in this litigation are part of the Partnerships for Climate-Smart Commodities Initiative (PCSC).  PCSC was launched in early 2022 as an exercise of the Department's authority under Section 5 of the Commodity Credit Corporation Charter Act.

4.    USDA published a Request for Information in the Federal Register on September 30, 2021, seeking public comment and input on the design of this new initiative.  This preceded the enactment of the Infrastructure Investment and Jobs Act (IIJA) on November 15, 2021.  The deadline for applications for the first round of funding was May 6, 2022, and the deadline for the second round of funding was June 10, 2022.  These deadlines preceded the enactment of the Inflation Reduction Act of 2022 (IRA) on August 16, 2022.

5.    A copy of the National Funding Opportunity (NFO) notice is available at https://files.simpler.grants.gov/opportunities/337878/attachments/314695/Full_Announcement_USDA-NRCS-COMM-22-NOFO0001139_Revised_03.11.2022_.pdf.  That notice was posted on Grants.gov, and an archived copy of the award information is available at https://simpler.grants.gov/opportunity/337878.

6.    NRCS noted in the NFO that "the authority for this funding opportunity is the Commodity Credit Corporation Charter Act (15 U.S.C. 714 et seq).  In addition, NRCS wrote that the funding opportunity "leverages the authorities under Section 5 of the Commodity Credit Corporation Charter Act at 15 U.S.C. 714c with particular emphasis on [subsection (e)]."  In the 64-page NFO, there is no mention of IRA or IIJA.

7.    Section 5 of the Commodity Credit Corporation Charter Act affords USDA with discretion on the creation of new programs and initiatives.

8.    PCSC is not funded by IRA or IIJA.  No funds from IRA or IIJA were statutorily designated for PCSC, were ever made available for PCSC, or have been awarded to any recipient

2

**J.A. 2326**

or subrecipient through PCSC.  The appropriations in IRA and IIJA for the Commodity Credit Corporation are directed for other programs, and there is no mention of PCSC in either IRA or IIJA.

9.      PCSC was not created by Congress, nor is it specifically appropriated for by Congress.  Its creation was an exercise of the discretionary authority in the Commodity Credit Corporation Charter Act.  PCSC uses the funds of the Commodity Credit Corporation, which are generally financed through borrowing authority.  Congress also provides the Commodity Credit Corporation with an indefinite appropriation in annual appropriations acts to reimburse it for net realized losses, as specified in an annual audited financial statement.  Congress did not direct the Commodity Credit Corporation's borrowing authority or annual appropriations to PCSC.

10.      ***The Conservation Innovation Fund***. On April 14, 2025, USDA notified The Conservation Innovation Fund that its grant would be terminated, as USDA's review of its grant showed that it failed to meet USDA's priority that "a minimum of 65% of federal funds must go to producers."  *See* Exhibit A - Notice of Termination for The Conservation Innovation Fund NR233A750004G045 (Apr. 14, 2025).  USDA terminated The Conservation Innovation Fund's grant on April 22, 2025.  *See* Exhibit B - Termination Letter for The Conservation Innovation Fund NR233A750004G045 (Apr. 22, 2025).

11.      ***Alliance for the Shenandoah Valley***. Alliance for the Shenandoah Valley is a subrecipient of the award to The Conservation Innovation Fund.

12.      ***Marbleseed***. On April 14, 2025, USDA notified Marbleseed that its grant would be terminated, as USDA's review of its grant showed that it failed to meet USDA's priority that "a minimum of 65% of federal funds must go to producers."  *See* Exhibit C - Notice of Termination for Marbleseed NR243A750004G010 (Apr. 14, 2025).  USDA terminated Marbleseed's grant on

**J.A. 2327**

April 22, 2025. *See* Exhibit D - Termination Letter for Marbleseed NR243A750004G010 (Apr. 22, 2025).

13.     ***Pennsylvania Association of Sustainable Agriculture ("Pasa")***. On April 14, 2025, USDA notified Pasa that its grant would be terminated, as USDA's review of its grant showed that it failed to meet USDA's priority that "a minimum of 65% of federal funds must go to producers." *See* Exhibit E - Notice of Termination for Pasa NR233A750004G025 (Apr. 14, 2025). USDA terminated Pasa's grant on April 22, 2025. *See* Exhibit F - Termination Letter for Pasa NR233A750004G025 (Apr. 22, 2025).

14.     ***Organic Association of Kentucky ("OAK")***. On April 14, 2025, USDA notified OAK that its grant would be terminated, as USDA's review of its grant showed that it failed to meet USDA's priority that "a minimum of 65% of federal funds must go to producers." *See* Exhibit G - Notice of Termination for OAK NR233A750004G092 (Apr. 14, 2025). USDA terminated OAK's grant on April 22, 2025. *See* Exhibit H - Termination Letter for OAK NR233A750004G092 (Apr. 22, 2025).

15.     ***A Greener World ("AGW")***. Rural Advancement Foundation International (RAFI-USA) is a subrecipient of AGW's award. On April 14, 2025, USDA notified AGW that its grant would be terminated, as USDA's review of its grant showed that it failed to meet USDA's priority that "a minimum of 65% of federal funds must go to producers." *See* Exhibit I - Notice of Termination for AGW NR233A750004G080 (Apr. 14, 2025). USDA terminated AGW's grant on April 22, 2025. *See* Exhibit J - Termination Letter for AGW NR233A750004G080 (Apr. 22, 2025).

16.     Each of these terminations were based on an individualized review of the award and its consistency with three Farmer First policy priorities. Because they failed to meet the first

priority, they were terminated pursuant to 2 CFR § 200.340(a)(4). Other awards in the program were not terminated because they were consistent with the Farmer First policy priorities.

**Paused NRCS Awards on DEIA List**

17.    On January 22, 2025, USDA Office of the Chief Financial Officer initiated a search of DEI-related financial assistance awards for termination pursuant to direction from new leadership. On January 23, 2025, USDA agencies and staff offices were instructed to further this effort by initiating an individualized, award-by-award review of grants, cooperative agreements, and other Federal financial assistance transactions to determine which should continue, which should be modified, and which should be terminated based on alignment with Administration priorities or the purposes for which the Federal award was made. NRCS staff reviewed funding announcements, award summaries, and project narratives, among other documents, as part of that review.

18.    Review continued during the month of February when, in particular, agencies and staff offices were provided a series of terms or concepts to look for in their reviews. NRCS staff also reviewed awards for consistency with, among other policies and priorities, USDA Secretary's Memorandum 1078-001 and Secretary's Memorandum 1078-004. *See* Exhibit K and Exhibit L. These two memoranda relate to the Secretary's priorities on diversity, equity, and inclusion (DEI).

19.    Because of the overlap between some of the terms and common scientific phrases in USDA awards (e.g., "diversity" and "biodiversity", "dei" and "deionization"), the review necessitated an individualized, award-by-award analysis to ensure that the concept reflected in the award was, in fact, related to DEI.

20.    As part of that review, agencies and staff offices were also directed to evaluate awards for the use of racial, ethnic, and gender preferences, except where required by statute. In many cases, USDA statutes require such preferences for groups like "socially disadvantaged

5

**J.A. 2329**

farmers or ranchers" or "historically underserved producer." Because agencies and staff offices needed to identify whether the preferences in the awards were statutorily required, an individualized, award-by-award analysis was also required.

21.     As awards were identified containing DEI or racial, ethnic, or gender preferences, agencies and staff offices were directed to report those awards to the Office of the Chief Financial Officer for centralized reporting to the Office of the Secretary. This reporting process also required agencies and staff offices to identify recommendations for each award, including whether the award should continue as-is, activities under the award should be modified, or the award should be terminated in part or in full. This process also necessitated an individualized, award-by-award review, as recommendations were required on the award level. The review process continued through February and March, NRCS completed its review on or around March 4, 2025.

22.     NRCS reviewed award number NR243A750003C062 and NR243A750003C045 as part of this Department-wide review. Both awards are part of the Equity in Conservation Outreach Cooperative Agreement program. The purpose of the program was to develop community-led conservation projects so that historically underserved producers and underserved communities could access NRCS programs and services and learn of potential career opportunities in agriculture, natural resources, and related sciences. NRCS has identified elements of these awards that it believes are inconsistent with the Secretary's priorities related to DEI.

23.     At this time, the Office of the Secretary is actively reviewing agency and staff office recommendations regarding awards identified as part of the Department-wide review. Over the last several weeks, many of these awards were directed for termination, and agencies and staff offices have been issuing those terminations. Other awards remain on the list for further action.

**J.A. 2330**

24.    I make the statements herein on the basis of my own personal knowledge, my review of agency records, and my discussions with colleagues familiar with the facts at issue in this case.

Executed on the 6th day of May 2025.

Karen Woodrich

Deputy Chief for Programs

7

 **Natural Resources Conservation Service**
U.S. DEPARTMENT OF AGRICULTURE

April 14, 2025

The Conservation Innovation Fund
PO Box 34572
Washington, DC 20043

Dear Recipient:

USDA has undertaken a review of Partnerships for Climate Smart Commodities (PCSC) grants.  As a result of that review, we have reformed and overhauled PCSC as the Advancing Markets for Producers (AMP) initiative and identified changes to better align the initiative with USDA priorities. USDA is reviewing existing grant agreements based on three Farmer First policy priorities:

- A minimum of 65% of federal funds must go to producers
- Grant recipients must have enrolled at least one producer as of 12/31/2024
- Grant recipients must have made a payment to at least one producer as of 12/31/2024

Our review of your grant NR233A750004G045 shows that you have failed to meet the first priority, and therefore, your grant will be terminated pursuant to 2 CFR 200.340(a)(4). You will be afforded the opportunity to resubmit a proposal that will be evaluated using the Farmer First policy priorities of AMP. You have until June 20, 2025, to submit your new proposal.

If you have questions, please contact Colton Buckley, Chief of Staff of the Natural Resources Conservation Service at colton.buckley@usda.gov.

Sincerely,

AUBREY BETTENCOURT
*Chief*

---

**Natural Resources Conservation Service**
*USDA is an equal opportunity provider, employer, and lender.*

**Exhibit A**

 **Natural Resources Conservation Service**
U.S. DEPARTMENT OF AGRICULTURE

April 22, 2025

THE CONSERVATION INNOVATION FUND
1100 13TH ST NW STE 800
WASHINGTON, DC 20005

This letter provides notice that the United States Department of Agriculture (USDA) is terminating your federal award, NR233A750004G045, Expands markets for climate-smart dairy, beef and poultry industry in DE, NC, NJ, NY, MD, OH, PA, SC, TN, VA and WV and supports the implementation and monitoring of climate-smart practices, in accordance with the terms and conditions of your award, which include applicable regulations relating to termination. *See* 2 C.F.R. §§ 200.340-343.

Termination.  On April 14, 2025, you received a letter notifying you that a review of your award showed that you failed to meet the first of three Farmer First policy priorities identified by USDA. Therefore, the award is inconsistent with, and no longer effectuates, Department priorities. *See* 2 C.F.R. § 200.340(a)(4). Pursuant to, among other authorities, 2 C.F.R. §§ 200.339-343, which are applicable to your award, the Department hereby terminates award number NR233A750004G045 in its entirety effective April 22, 2025.

Closure.  You must submit all final reports and a final payment request no later than 120 calendar days after the date of this notice. You will be reimbursed for costs incurred up to the date of this notice that are determined to be consistent with 2 C.F.R. § 200.343, *Effects of suspension or termination*. Any open balance remaining 120 days after the date of this notice will be unavailable for payment.

If you do not submit all reports in accordance with the terms and conditions of the Federal award within one (1) year of the effective termination date, the Natural Resources Conservation Service (NRCS) must proceed to close out the award with the information available. In these circumstances, in accordance with 2 C.F.R. § 200.344, NRCS must report your material failure to comply with the terms and conditions of the award in SAM.gov using the Contractor Performance Assessment Reporting System (CPARS). In this way, failure to submit timely and accurate final reports may affect your future funding.

Recipients are required by Federal regulation to retain all Federal award records consistent with 2 C.F.R. § 200.334.  Termination of the agreement does not affect a Federal agency's or a pass-through entity's right to disallow costs and recover funds based on a later audit or other review. In addition, termination does not affect a recipient's obligation to return any funds due as a result of later refunds, corrections, or other transactions, including final indirect cost rate adjustments (refer to 2 C.F.R. § 200.345).

Resubmission.  Further instructions will be provided should you wish to resubmit a proposal under the Advancing Markets for Producers (AMP) initiative.

If you have questions, contact your NRCS Program Contact at Jill.Reinhart@usda.gov.

Sincerely,
LOUIS ASPEY
Associate Chief

CC: Jill Reinhart, Management & Program Analyst, NRCS

---

**Natural Resources Conservation Service**
*USDA is an equal opportunity provider, employer, and lender.*

**Exhibit B**

 **Natural Resources Conservation Service**
U.S. DEPARTMENT OF AGRICULTURE

April 14, 2025

Marbleseed
PO Box 339
Spring Valley, WI 54767-0339

Dear Recipient:

USDA has undertaken a review of Partnerships for Climate Smart Commodities (PCSC) grants. As a result of that review, we have reformed and overhauled PCSC as the Advancing Markets for Producers (AMP) initiative and identified changes to better align the initiative with USDA priorities. USDA is reviewing existing grant agreements based on three Farmer First policy priorities:

- A minimum of 65% of federal funds must go to producers
- Grant recipients must have enrolled at least one producer as of 12/31/2024
- Grant recipients must have made a payment to at least one producer as of 12/31/2024

Our review of your grant NR243A750004G010 shows that you have failed to meet the first priority, and therefore, your grant will be terminated pursuant to 2 CFR 200.340(a)(4). You will be afforded the opportunity to resubmit a proposal that will be evaluated using the Farmer First policy priorities of AMP. You have until June 20, 2025, to submit your new proposal.

If you have questions, please contact Colton Buckley, Chief of Staff of the Natural Resources Conservation Service at colton.buckley@usda.gov.

Sincerely,

AUBREY BETTENCOURT
*Chief*

Natural Resources Conservation Service
*USDA is an equal opportunity provider, employer, and lender.*

**Exhibit C**

**J.A. 2334**

 **Natural Resources Conservation Service**
U.S. DEPARTMENT OF AGRICULTURE

April 22, 2025

MARBLESEED, INC.
N4598 DUTCH HOLLOW RD
MONROE, WI 53566

This letter provides notice that the United States Department of Agriculture (USDA) is terminating your federal award, NR243A750004G010, Expands climate-smart wheat, grain, specialty and organic crop markets in IA, IL, IN, KS, KY, MI, MN, MO, ND, NE, OH, SD, TN, WI and supports farmer CS practice implementation and monitoring., in accordance with the terms and conditions of your award, which include applicable regulations relating to termination. *See* 2 C.F.R. §§ 200.340-343.

<u>Termination.</u>  On April 14, 2025, you received a letter notifying you that a review of your award showed that you failed to meet the first of three Farmer First policy priorities identified by USDA. Therefore, the award is inconsistent with, and no longer effectuates, Department priorities. *See* 2 C.F.R. § 200.340(a)(4). Pursuant to, among other authorities, 2 C.F.R. §§ 200.339-343, which are applicable to your award, the Department hereby terminates award number NR243A750004G010 in its entirety effective April 22, 2025.

<u>Closure.</u>  You must submit all final reports and a final payment request no later than 120 calendar days after the date of this notice. You will be reimbursed for costs incurred up to the date of this notice that are determined to be consistent with 2 C.F.R. § 200.343, *Effects of suspension or termination*. Any open balance remaining 120 days after the date of this notice will be unavailable for payment.

If you do not submit all reports in accordance with the terms and conditions of the Federal award within one (1) year of the effective termination date, the Natural Resources Conservation Service (NRCS) must proceed to close out the award with the information available. In these circumstances, in accordance with 2 C.F.R. § 200.344, NRCS must report your material failure to comply with the terms and conditions of the award in SAM.gov using the Contractor Performance Assessment Reporting System (CPARS). In this way, failure to submit timely and accurate final reports may affect your future funding.

Recipients are required by Federal regulation to retain all Federal award records consistent with 2 C.F.R. § 200.334.  Termination of the agreement does not affect a Federal agency's or a pass-through entity's right to disallow costs and recover funds based on a later audit or other review. In addition, termination does not affect a recipient's obligation to return any funds due as a result of later refunds, corrections, or other transactions, including final indirect cost rate adjustments (refer to 2 C.F.R. § 200.345).

<u>Resubmission</u>.  Further instructions will be provided should you wish to resubmit a proposal under the Advancing Markets for Producers (AMP) initiative.

If you have questions, contact your NRCS Program Contact at Jill.Reinhart@usda.gov.

Sincerely,
LOUIS ASPEY
Associate Chief

CC: Jill Reinhart, Management & Program Analyst, NRCS

---

**Natural Resources Conservation Service**
*USDA is an equal opportunity provider, employer, and lender.*

**Exhibit D**

 **USDA** Natural Resources Conservation Service
U.S. DEPARTMENT OF AGRICULTURE

April 14, 2025

Pennsylvania Association of Sustainable Agriculture
1631 N Front St
Harrisburg PA  17102-2435

Dear Recipient:

USDA has undertaken a review of Partnerships for Climate Smart Commodities (PCSC) grants.  As a result of that review, we have reformed and overhauled PCSC as the Advancing Markets for Producers (AMP) initiative and identified changes to better align the initiative with USDA priorities. USDA is reviewing existing grant agreements based on three Farmer First policy priorities:

- A minimum of 65% of federal funds must go to producers
- Grant recipients must have enrolled at least one producer as of 12/31/2024
- Grant recipients must have made a payment to at least one producer as of 12/31/2024

Our review of your grant NR233A750004G025 shows that you have failed to meet the first priority, and therefore, your grant will be terminated pursuant to 2 CFR 200.340(a)(4). You will be afforded the opportunity to resubmit a proposal that will be evaluated using the Farmer First policy priorities of AMP. You have until June 20, 2025, to submit your new proposal.

If you have questions, please contact Colton Buckley, Chief of Staff of the Natural Resources Conservation Service at colton.buckley@usda.gov.

Sincerely,

AUBREY BETTENCOURT
*Chief*

Natural Resources Conservation Service
*USDA is an equal opportunity provider, employer, and lender.*

**J.A. 2336**

**Exhibit E**

 **Natural Resources Conservation Service**
U.S. DEPARTMENT OF AGRICULTURE

April 22, 2025

PENNSYLVANIA ASSOCIATION FOR SUSTAINABLE AGRICULTURE
1631 N FRONT ST FL 1
HARRISBURG, PA 17102

This letter provides notice that the United States Department of Agriculture (USDA) is terminating your federal award, NR233A750004G025, Expands markets in the Eastern US for climate-smart dairy, grain, livestock, organic and specialty crops; supports farmer and rancher climate-smart practice implementation and monitoring, in accordance with the terms and conditions of your award, which include applicable regulations relating to termination. *See* 2 C.F.R. §§ 200.340-343.

Termination.  On April 14, 2025, you received a letter notifying you that a review of your award showed that you failed to meet the first of three Farmer First policy priorities identified by USDA. Therefore, the award is inconsistent with, and no longer effectuates, Department priorities. *See* 2 C.F.R. § 200.340(a)(4). Pursuant to, among other authorities, 2 C.F.R. §§ 200.339-343, which are applicable to your award, the Department hereby terminates award number NR233A750004G025 in its entirety effective April 22, 2025.

Closure.  You must submit all final reports and a final payment request no later than 120 calendar days after the date of this notice. You will be reimbursed for costs incurred up to the date of this notice that are determined to be consistent with 2 C.F.R. § 200.343, *Effects of suspension or termination*. Any open balance remaining 120 days after the date of this notice will be unavailable for payment.

If you do not submit all reports in accordance with the terms and conditions of the Federal award within one (1) year of the effective termination date, the Natural Resources Conservation Service (NRCS) must proceed to close out the award with the information available. In these circumstances, in accordance with 2 C.F.R. § 200.344, NRCS must report your material failure to comply with the terms and conditions of the award in SAM.gov using the Contractor Performance Assessment Reporting System (CPARS). In this way, failure to submit timely and accurate final reports may affect your future funding.

Recipients are required by Federal regulation to retain all Federal award records consistent with 2 C.F.R. § 200.334.  Termination of the agreement does not affect a Federal agency's or a pass-through entity's right to disallow costs and recover funds based on a later audit or other review. In addition, termination does not affect a recipient's obligation to return any funds due as a result of later refunds, corrections, or other transactions, including final indirect cost rate adjustments (refer to 2 C.F.R. § 200.345).

Resubmission.  Further instructions will be provided should you wish to resubmit a proposal under the Advancing Markets for Producers (AMP) initiative.

If you have questions, contact your NRCS Program Contact at Jill.Reinhart@usda.gov.

Sincerely,
LOUIS ASPEY
Associate Chief

CC: Jill Reinhart, Management & Program Analyst, NRCS

---

**Natural Resources Conservation Service**
*USDA is an equal opportunity provider, employer, and lender.*

**Exhibit F**

 **Natural Resources Conservation Service**
U.S. DEPARTMENT OF AGRICULTURE

April 14, 2025

Organic Association of Kentucky, Inc.
PO Box 22244
Lexington, KY 40522

Dear Recipient:

USDA has undertaken a review of Partnerships for Climate Smart Commodities (PCSC) grants. As a result of that review, we have reformed and overhauled PCSC as the Advancing Markets for Producers (AMP) initiative and identified changes to better align the initiative with USDA priorities. USDA is reviewing existing grant agreements based on three Farmer First policy priorities:

- A minimum of 65% of federal funds must go to producers
- Grant recipients must have enrolled at least one producer as of 12/31/2024
- Grant recipients must have made a payment to at least one producer as of 12/31/2024

Our review of your grant NR233A750004G092 shows that you have failed to meet the first priority, and therefore, your grant will be terminated pursuant to 2 CFR 200.340(a)(4). You will be afforded the opportunity to resubmit a proposal that will be evaluated using the Farmer First policy priorities of AMP. You have until June 20, 2025, to submit your new proposal.

If you have questions, please contact Colton Buckley, Chief of Staff of the Natural Resources Conservation Service at colton.buckley@usda.gov.

Sincerely,

AUBREY BETTENCOURT
*Chief*

---

**Natural Resources Conservation Service**
*USDA is an equal opportunity provider, employer, and lender.*

**Exhibit G**

 **Natural Resources Conservation Service**
U.S. DEPARTMENT OF AGRICULTURE

April 22, 2025

ORGANIC ASSOCIATION OF KENTUCKY INC
628 N BROADWAY STE 102
LEXINGTON, KY 40508

This letter provides notice that the United States Department of Agriculture (USDA) is terminating your federal award, NR233A750004G092, Expands markets for climate-smart grass-fed lamb, grass fed beef, corn, soybeans, small grains, produce, dairy, agroforestry, and hemp in Kentucky and supports socially disadvantaged farmers., in accordance with the terms and conditions of your award, which include applicable regulations relating to termination. *See* 2 C.F.R. §§ 200.340-343.

Termination.  On April 14, 2025, you received a letter notifying you that a review of your award showed that you failed to meet the first of three Farmer First policy priorities identified by USDA. Therefore, the award is inconsistent with, and no longer effectuates, Department priorities. *See* 2 C.F.R. § 200.340(a)(4). Pursuant to, among other authorities, 2 C.F.R. §§ 200.339-343, which are applicable to your award, the Department hereby terminates award number NR233A750004G092 in its entirety effective April 22, 2025.

Closure.  You must submit all final reports and a final payment request no later than 120 calendar days after the date of this notice. You will be reimbursed for costs incurred up to the date of this notice that are determined to be consistent with 2 C.F.R. § 200.343, *Effects of suspension or termination*. Any open balance remaining 120 days after the date of this notice will be unavailable for payment.

If you do not submit all reports in accordance with the terms and conditions of the Federal award within one (1) year of the effective termination date, the Natural Resources Conservation Service (NRCS) must proceed to close out the award with the information available. In these circumstances, in accordance with 2 C.F.R. § 200.344, NRCS must report your material failure to comply with the terms and conditions of the award in SAM.gov using the Contractor Performance Assessment Reporting System (CPARS). In this way, failure to submit timely and accurate final reports may affect your future funding.

Recipients are required by Federal regulation to retain all Federal award records consistent with 2 C.F.R. § 200.334.  Termination of the agreement does not affect a Federal agency's or a pass-through entity's right to disallow costs and recover funds based on a later audit or other review. In addition, termination does not affect a recipient's obligation to return any funds due as a result of later refunds, corrections, or other transactions, including final indirect cost rate adjustments (refer to 2 C.F.R. § 200.345).

Resubmission.  Further instructions will be provided should you wish to resubmit a proposal under the Advancing Markets for Producers (AMP) initiative.

If you have questions, contact your NRCS Program Contact at Jill.Reinhart@usda.gov.

Sincerely,
LOUIS ASPEY
Associate Chief

CC: Jill Reinhart, Management & Program Analyst, NRCS

---

**Natural Resources Conservation Service**
*USDA is an equal opportunity provider, employer, and lender.*

**Exhibit H**

**J.A. 2339**

 **Natural Resources Conservation Service**
U.S. DEPARTMENT OF AGRICULTURE

April 14, 2025

A Greener World
PO Box 115
Terrebonne, OR 97760

Dear Recipient:

USDA has undertaken a review of Partnerships for Climate Smart Commodities' (PCSC) grants.  As a result of that review, we have reformed and overhauled PCSC as the Advancing Markets for Producers (AMP) initiative and identified changes to better align the initiative with USDA priorities. USDA is reviewing existing grant agreements based on three Farmer First policy priorities:

- A minimum of 65% of federal funds must go to producers
- Grant recipients must have enrolled at least one producer as of 12/31/2024
- Grant recipients must have made a payment to at least one producer as of 12/31/2024

Our review of your grant NR233A750004G080 shows that you have failed to meet the first priority, and therefore, your grant will be terminated pursuant to 2 CFR 200.340(a)(4). You will be afforded the opportunity to resubmit a proposal that will be evaluated using the Farmer First policy priorities of AMP. You have until June 20, 2025, to submit your new proposal.

If you have questions, please contact Colton Buckley, Chief of Staff of the Natural Resources Conservation Service at colton.buckley@usda.gov.

Sincerely,

AUBREY BETTENCOURT
*Chief*

---

**Natural Resources Conservation Service**
*USDA is an equal opportunity provider, employer, and lender.*

**Exhibit I**



## Natural Resources Conservation Service
U.S. DEPARTMENT OF AGRICULTURE

April 22, 2025

GREENER WORLD A
8154 11TH ST
TERREBONNE, OR 97760

This letter provides notice that the United States Department of Agriculture (USDA) is terminating your federal award, NR233A750004G080, Expands markets for climate-smart specialty crops, row crops & livestock nationwide (including AK and HI) & supports farmers and ranchers with implementation & monitoring of climate-smart practices, in accordance with the terms and conditions of your award, which include applicable regulations relating to termination. *See* 2 C.F.R. §§ 200.340-343.

Termination.  On April 14, 2025, you received a letter notifying you that a review of your award showed that you failed to meet the first of three Farmer First policy priorities identified by USDA. Therefore, the award is inconsistent with, and no longer effectuates, Department priorities. *See* 2 C.F.R. § 200.340(a)(4). Pursuant to, among other authorities, 2 C.F.R. §§ 200.339-343, which are applicable to your award, the Department hereby terminates award number NR233A750004G080 in its entirety effective April 22, 2025.

Closure.  You must submit all final reports and a final payment request no later than 120 calendar days after the date of this notice. You will be reimbursed for costs incurred up to the date of this notice that are determined to be consistent with 2 C.F.R. § 200.343, *Effects of suspension or termination*. Any open balance remaining 120 days after the date of this notice will be unavailable for payment.

If you do not submit all reports in accordance with the terms and conditions of the Federal award within one (1) year of the effective termination date, the Natural Resources Conservation Service (NRCS) must proceed to close out the award with the information available. In these circumstances, in accordance with 2 C.F.R. § 200.344, NRCS must report your material failure to comply with the terms and conditions of the award in SAM.gov using the Contractor Performance Assessment Reporting System (CPARS). In this way, failure to submit timely and accurate final reports may affect your future funding.

Recipients are required by Federal regulation to retain all Federal award records consistent with 2 C.F.R. § 200.334.  Termination of the agreement does not affect a Federal agency's or a pass-through entity's right to disallow costs and recover funds based on a later audit or other review. In addition, termination does not affect a recipient's obligation to return any funds due as a result of later refunds, corrections, or other transactions, including final indirect cost rate adjustments (refer to 2 C.F.R. § 200.345).

Resubmission.  Further instructions will be provided should you wish to resubmit a proposal under the Advancing Markets for Producers (AMP) initiative.

If you have questions, contact your NRCS Program Contact at Jill.Reinhart@usda.gov.

Sincerely,
LOUIS ASPEY
Associate Chief

CC: Jill Reinhart, Management & Program Analyst, NRCS

**UNITED STATES DEPARTMENT OF AGRICULTURE**
**OFFICE OF THE SECRETARY**
**WASHINGTON, D.C. 20250**

**SECRETARY'S MEMORANDUM 1078-001**

**February 13, 2025**

**PRIORITIZING UNITY, EQUALITY, MERITOCRACY, AND COLOR-BLIND**
**POLICIES, IN THE UNITED STATES DEPARTMENT OF AGRICULTURE**

1. PURPOSE

The purpose of this Memorandum is to establish a return to American principles and realign the Department's focus towards its original objectives of maximizing and promoting American agriculture, ensuring a safe, nutritious and secure food supply, enhancing rural prosperity, and protecting our National Forests. To achieve this purpose, this memorandum orders the rescission of all Diversity, Equity, Inclusion, and Accessibility (DEIA) programs, including the Special Emphasis Programs (SEP), and the Department to reprioritize unity, equality, meritocracy, and color-blind policies.

On the Great Seal of the United States of America lies a motto that describes the uniqueness of our nation, *E Pluribus Unum*, out of many one. It is a phrase that transcends politics, identities, and individualistic desires. A phrase that promotes a concept of oneness in the nation.

Similarly, at the heart of the United States Department of Agriculture (USDA) lies the mission of seeing Americans fed. It is a mission that likewise transcends all identities and can unite every American. After all, if Americans are not fed, then no other issue matters. Our differences are a strength, but only to the extent that we can harness those differences into a united objective. At times, the goal of seeing Americans fed, has been replaced by prioritizing social issues that promote division, not unity. As a taxpayer-funded Department, it is our duty to ensure the highest quality of service, and this cannot be done when prioritizing politics over our mission. It is in this spirit, that recent Executive Orders including: *Ending Radical and Wasteful Government DEI Programs and Preferencing; Reforming The Federal Hiring Process and Restoring Merit to Government Service; Ending Radical and Wasteful Government DEI Programs and Preferencing; Defending Women From Gender Ideology Extremism and Restoring Biological Truth to the Federal Government; and Eradicating Anti-Christian Bias* were created.

In that spirit, the spirit of unity, the spirit of *E Pluribus Unum*, and in compliance with the aforementioned executive orders, this Department will focus on what unites us, not on what divides us. Therefore, this Department and all supporting agencies and mission areas will not use official resources in the promotion of identity-based events. Instead, USDA's resources

**Exhibit K**

and time will be focused on our objectives at USDA and celebrating our shared unity as Americans.

2. POLICY

To establish this priority, USDA will:

1. **End all Critical Race Theory, DEIA, and Gender Ideology Programs and Groups**: There shall be no USDA resources expended, including employee time, in the creation, teaching, promotion, or facilitation of Critical Race Theory, DEIA, or Gender Ideology. Specifically, USDA will cease all Special Emphasis Programs as defined by the U.S. Office of Personnel Management. In addition, any committee, board, council, task force, or working group, not established by statute, whose work touches on the above stated ideologies are hereby disbanded. Further guidance shall be forthcoming regarding the scope of the actions ordered.

2. **Realigning Department Values Towards Unity, Equality, Meritocracy, and Color-Blind Policies:** Because 'equity' is a concept at war with this nation's founding principles, the Department shall prioritize meritocracy in all its actions and policies.

3. **Ceasing of Identity Month Celebrations:** Effective March 1, 2025, USDA will cease using Departmental resources for all identity month celebrations including in the form of internet postings, Departmental sponsored event celebrations, and promotional materials.

4. **Prioritization of Meritocracy in all USDA Programs:** Unless statutorily required by law, no USDA form shall require information about or base a decision, to any extent, on an individuals' belonging to a particular identity group.

5. **Promoting Biological Truth of Only Two Sexes:** All USDA agencies and organizations shall review and ensure that all forms, applications, programs, and materials distributed both internally and externally by USDA reflect this foundational truth, by only allowing for the choice of male or female.

The Office of Budget and Programs Analysis (OBPA) and Office of General Counsel (OGC) shall assist USDA agencies and organizations properly to comply with the provisions of this.

3. EXISTING DIRECTIVES

This Secretary Memorandum overrides Departmental Regulation 4230-002 dated June 4, 2009, in its entirety due to updates to policies and Executive Orders.

4.  INCIDENTAL TRANSFERS

The Assistant Secretary for Administration, the Chief Financial Officer, and the Director, Office of Budget and Program Analysis, are authorized to approve such transfers of funds, personnel, employment authority, space, records, property, and incidentals as may be necessary to implement the provisions of this Memorandum.

5.  EFFECTIVE DATE AND TERMINATION

This delegation is effective immediately and will remain in effect for 1 year from the effective date, or until such earlier time as the Department's published delegations of authority have been revised to incorporate the provisions of this Memorandum.


/s/ Brooke L. Rollins
Secretary of Agriculture

**J.A. 2344**



*Secretary Brooke L. Rollins*

**UNITED STATES DEPARTMENT OF AGRICULTURE**
**OFFICE OF THE SECRETARY**
**WASHINGTON, D.C. 20250**

**SECRETARY'S MEMORANDUM 1078-004**

**March 13, 2025**

**DIRECTIVE ON DEPARTMENTAL GRANT AND COOPERATIVE AGREEMENT PRIORITIES**

1. PURPOSE

It is the policy of the U.S. Department of Agriculture to establish a return to American principles and realign the Department's focus towards its original objectives of maximizing and promoting American agriculture; ensuring a safe, nutritious, and secure food supply; enhancing rural prosperity; and protecting our National Forests. This Memorandum prioritizes unity, equality, meritocracy, and color-blindness in furtherance of that policy. The Department's resources must be conserved and focused upon its original objectives, as well as its obligations to the Constitution and laws of the United States. This priority includes ensuring that the Department's grants, cooperative agreements, and other similar arrangements, including mutual interest agreements (collectively, "awards"), do not support programs or organizations that promote or take part in diversity, equity, and inclusion ("DEI") initiatives or any other initiatives that discriminate on the basis of race, color, religion, sex, national origin, or another protected characteristic. DEI policies and practices can violate both the letter and purpose of Federal civil rights laws and conflict with the Department's policy of prioritizing merit, fairness, and excellence in furtherance of the Department's mission. In addition to complying with the letter and spirit of the civil rights laws, it is vital that the Department assess whether all award payments are free from fraud, abuse, and duplication, as well as to assess whether current awards are in the best interests of the United States.

2. POLICY

To establish and safeguard the Department's priorities, all USDA agencies and staff offices that issue awards must conduct an internal review of all active awards still in their period of performance, as well as awards selected for funding but not yet obligated or awarded to specific individuals or entities (e.g., under existing notices of funding opportunities).

Such review shall be limited to ensuring that the Department does not fund or no longer funds discriminatory practices—including in the form of DEI—that are either contrary to

**Exhibit L**

Pg: 211 of 624    Filed: 06/23/2025    Doc: 55-5    USCA4 Appeal: 25-1575

law or to the Department's policy objectives, as well as to ensure that all awards are free from fraud, abuse, and duplication. Awards deemed inconsistent with the Department's priorities shall, to the extent permitted by applicable law, be terminated, in whole or in part, or otherwise modified in accordance with any applicable regulations and notice and procedural requirements in the relevant award, agreement, or other instrument.

This Directive shall be implemented by all Departmental personnel responsible for award-related activities, including but not limited to those responsible for planning, budgeting, executing and administering awards.

Notwithstanding this Directive, any disbursements on open awards paused due to any Office of Management and Budget memorandum or any Executive Order underlying such memorandum shall be immediately released to the extent required by law or court order.

/s/ Brooke L. Rollins
Secretary
U.S. Department of Agriculture

**J.A. 2346**

Pg: 212 of 624      Filed: 06/23/2025      Doc: 55-5      USCA4 Appeal: 25-1575

Pg: 213 of 624     Filed: 06/23/2025     Doc: 55-5     USCA4 Appeal: 25-1575

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| The Sustainability Institute, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>Donald J. Trump, in his official capacity as President of the United States, *et al.*<br><br>Defendants, | C.A. No. 2:25-2152-RMG |

## DECLARATION OF PATRICIA KOVACS

I, Patricia Kovacs, declare under penalty of perjury the following:

1.      My name is Patricia Kovacs. I make this declaration based upon the knowledge that I have acquired through the performance of my official duties.

2.      I am the Deputy Administrator for the Transportation and Marketing Program, within the United States Department of Agriculture's Agricultural Marketing Service (AMS), and I am stationed in Washington, D.C. As the Deputy Administrator, my duties include, among other things, managing and overseeing the administration of grant and agreement programs providing federal financial assistance.

3.      The award to the Pennsylvania Association for Sustainable Agriculture (Pasa), entitled "Collaborative Farm Worker and Meatpacking Worker 14-State COVID Relief Fund

1

**Exhibit 2**

Project," award number AM22FFWPA0013, is part of the Agricultural Worker Pandemic Relief and Protection Program, and is also known as the Farm and Food Worker Relief Grant program. The award was issued on October 20, 2022.

4.      The period of performance for the original award was October 4, 2022, to October 4, 2024.  On October 3, 2024, the period of performance was extended to March 31, 2025. *See* Exhibit A. The award is currently past its period of performance.  Ten other awards under this program, which are not subject to this litigation, also expired on that date and are past their period of performance.  Only two awards under the program remain within their period of performance.

5.      On April 25, 2025, I was authorized to begin the closeout process for awards whose period of performance has ended under this program and to unfreeze funds for purposes of making payments for allowable costs incurred for activities conducted before the project ended, along with any closeout costs.  USDA intends to reimburse all costs properly incurred pursuant to the terms and conditions of the award and consistent with applicable regulations once recipients submit final invoices as part of the grant close-out process detailed in 2 CFR § 200.344.

6.      AMS will immediately contact Pasa and begin the closeout process for this award.

7.      I make the statements herein on the basis of my own personal knowledge, my review of agency records, and my discussions with colleagues familiar with the facts at issue in this case.

Executed on the 6th day of May 2025.

Patricia Kovacs

Deputy Administrator, Transportation and Marketing Program

USDA Agricultural Marketing Service

2

**J.A. 2348**



United States Department of Agriculture

Agricultural Marketing Service

Notice of Award

Award# AM22FFWPA0013-03
FAIN# AM22FFWPA0013
Federal Award Date: 10/03/2024

## Recipient Information

**1. Recipient Name**
PENNSYLVANIA ASSOCIATION FOR
SUSTAINABLE AGRICULTURE
1007 N Front St
Harrisburg, PA 17102-3320

**2. Congressional District of Recipient**
10
**3. Payment System Identifier (ID)**
1251685497A2
**4. Employer Identification Number (EIN)**
251685497
**5. Data Universal Numbering System (DUNS)**
956743405
**6. Recipient's Unique Entity Identifier (UEI)**
V1BXZMX9JD25
**7. Project Director or Principal Investigator**

Christina Kostelecky
grantsteam@pasafarming.org
8143499856

**8. Authorized Official**

Christina Kostelecky
grantsteam@pasafarming.org
8143499856

### Federal Agency Information
Agricultural Marketing Service (USDA-AMS)

**9. Awarding Agency Contact Information**
Susan Searle
Grants Management Specialist
susan.g.searle@usda.gov
802-855-0183

**10. Program Official Contact Information**
Emily West
Grants Management Specialist
emily.west@usda.gov
585-353-9360

## Federal Award Information

**11. Award Number**
AM22FFWPA0013-03
**12. Unique Federal Award Identification Number (FAIN)**
AM22FFWPA0013
**13. Statutory Authority**
FFWR-Title VII, subtitle B, sec. 751 of the Consolidated Appropriations Act of 2021 (Pub. L. No. 116-260)

**14. Federal Award Project Title**
Collaborative Farm Worker and Meatpacking Worker 14-State COVID Relief Fund Project

**15. Assistance Listing Number**
10.181
**16. Assistance Listing Program Title**
Agricultural Worker Pandemic Relief and Protection Program

**17. Award Action Type**
Extension Without Funds
**18. Is the Award R&D?**
No

### Summary Federal Award Financial Information

**19. Budget Period Start Date** 10/04/2022 **- End Date** 03/31/2025
**20. Total Amount of Federal Funds Obligated by this Action** $0.00
  20a. Direct Cost Amount $0.00
  20b. Indirect Cost Amount $0.00
**21.** Authorized Carryover $0.00
**22.** Offset $0.00
**23.** Total Amount of Federal Funds Obligated this budget period $34,637,242.00
**24. Total Approved Cost Sharing or Matching, where applicable** $0.00
**25. Total Federal and Non-Federal Approved this Budget Period** $34,637,242.00
**26. Period of Performance Start Date** 10/04/2022 **- End Date** 03/31/2025
**27.** Total Amount of the Federal Award including Approved Cost Sharing or Matching this Period of Performance $34,637,242.00

**28. Authorized Treatment of Program Income**
ADDITIONAL COSTS
**29. Grants Management Officer – Signature**
Ventana Harding
Grants Management Officer

## 30. Remarks

No cost extension amendment

**Exhibit A**

**J.A. 2349**

Page 1

**USDA** United States Department of Agriculture    Notice of Award

Agricultural Marketing Service

Award# AM22FFWPA0013-03
FAIN# AM22FFWPA0013
Federal Award Date: 10/03/2024

## Recipient Information

**Recipient Name**

PENNSYLVANIA ASSOCIATION FOR
SUSTAINABLE AGRICULTURE
1007 N Front St
Harrisburg, PA 17102-3320

**Congressional District of Recipient**
10

**Payment Account Number and Type**
1251685497A2

**Employer Identification Number (EIN)**
251685497

**Data Universal Numbering System (DUNS)**
956743405

**Recipient's Unique Entity Identifier (UEI)**
V1BXZMX9JD25

**31. Assistance Type**
Block Grant

**32. Type of Award**
Other

### 33. Approved Budget
(Excludes Direct Assistance)

I. Financial Assistance from the Federal Awarding Agency Only
II. Total project costs including grant funds and all other financial participation

| | | |
|---|---|---|
| a. | Salaries and Wages | $2,423,942.00 |
| b. | Fringe Benefits | $799,900.00 |
| c. | **Total Personnel Costs** | $3,223,842.00 |
| d. | Equipment | $0.00 |
| e. | Supplies | $235,166.00 |
| f. | Travel | $230,100.00 |
| g. | Construction | $0.00 |
| h. | Other | $29,230,000.00 |
| i. | Contractual | $1,206,823.00 |
| j. | **TOTAL DIRECT COSTS** | **$34,125,931.00** |
| k. | **INDIRECT COSTS** | $511,311.00 |
| l. | **TOTAL APPROVED BUDGET** | **$34,637,242.00** |
| m. | Federal Share | $34,637,242.00 |
| n. | Non-Federal Share | $0.00 |

### 34. Accounting Classification Codes

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---|---|
| FMW_FFW_FY22_AM27FMW000000000 | AM22FFWPA0013 | TM | 4110 | $0.00 | |

**J.A. 2350**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | |
|---|---|
| The Sustainability Institute, et al., | ) Civil Action Number:  2:25-cv-02152-RMG |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) |
| | ) |
| DONALD J. TRUMP, in his official | ) |
| capacity as President of the United States, | ) |
| et al., | ) |
| | ) |
| Defendants. | ) |

**DECLARATION**

I, Arlan Finfrock, declare pursuant to 28 U.S.C. § 1746 as follows:

1.     I am employed by the Federal Highway Administration ("FHWA"), an operating administration of the United States Department of Transportation ("DOT"), as the Associate Administrator for Administration.

2.     As the Associate Administrator for Administration, my duties include providing executive leadership to FHWA's mission support functions, which include the Office of Human Resources, the Office of Information Technology and Data Services, the Competitive Grants Coordination Division, the Workforce Programs Division, and the Office of Management Services. As part of my duties, I oversee the Competitive Grants Coordination Division, which develops and coordinates FHWA-wide competitive grant policies. I make this declaration based on my personal knowledge, information conveyed by other FHWA and DOT employees, and FHWA and DOT records.

3.     There is no current pause on reviewing award selections. Since the current administration entered office, DOT has been reviewing its programs with announced award

**Exhibit 3**

selections for which there is not a signed grant agreement. The Secretary of Transportation described this process in testimony before the Senate Committee on Environment and Public Works on April 2, 2025. See Exhibit A. The Secretary explained that the current administration "inherited a backlog of over 3,200 awarded projects without signed grant agreements in place" and that, between November 5, 2024, and January 20, 2025, DOT "announced 940 award selections for discretionary grants totaling $9 billion." The Secretary stated that DOT "is prioritizing the review of these award selections."

4.      To facilitate the review of the award selections for which there is not a signed grant agreement, DOT has been evaluating programs with announced award selections to determine whether the programs align with the administration's priorities as stated in Executive Orders and otherwise. For example, on March 10, 2025, Secretary Duffy announced the rescission of DOT policy memoranda that set forth the prior administration's policy priorities in awarding funding under the Infrastructure Investment and Jobs Act (IIJA). See Exhibit B (press release); Exhibit C (memoranda on rescission). The memoranda explain the current administration's procedural and substantive concerns with how IIJA funding had been prioritized. Exhibit C. The memoranda also stated that FHWA is "thoroughly reviewing all guidance documents that have been issued to implement the IIJA to ensure that they comport with the law and Administration policy." Exhibit C.

5.      DOT Order 2100.7, *Ensuring Reliance on Sound Economic Analysis in Department of Transportation Policies, Programs, and Activities*, updated the principles and standards underpinning DOT's programs and required DOT and its operating administrations to update their grant agreements as necessary to comply with Federal law and Order 2100.7. Exhibit D. As part

2

**J.A. 2352**

of the update process described in Order 2100.7, and to align its programs with the current administration's policy priorities, which a recent press release stated include "building critical infrastructure projects" without "inject[ing] a social justice and environmental agenda" that "added meritless and costly burdens" to projects (Exhibit B) and which include the policies described in Order 2100.7, DOT is conducting a project-by-project review of grant programs that may implicate the President's Executive Orders or the administration's current priorities. As part of this review, DOT will determine whether each award selection announced by the prior administration will: continue in its current form with no change; be revised with a reduced or modified scope; or be withdrawn entirely.

6.      I understand that the above-captioned case includes claims related to two DOT grant award selections announced for the Metropolitan Government of Nashville & Davidson County: a grant awarded in August 2024 for the Charging and Fueling Infrastructure Discretionary Grant Program ("CFI"), and a grant awarded in January 2025 for the Active Transportation Infrastructure Investment Program ("ATIIP").

7.      A grant agreement has not been signed for either of these two grants. As of the date of this declaration, DOT and FHWA have yet to complete their individualized review of these two award selections as part of the process described above. Because the review for both grants is ongoing, DOT and FHWA have not made any final decisions about potential future actions involving either of the grants at issue in this case. DOT and FHWA have not provided any funds to Nashville as part of the unsigned grants at issue in this case.

3

**J.A. 2353**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 6, 2025.

/s/ Arlan Finfrock
Arlan Finfrock
Associate Administrator for Administration
Federal Highway Administration
United States Department of Transportation

4

**Constructing the Surface Transportation Reauthorization Bill:**

**United States Secretary of Transportation's Perspective**

**Testimony of Secretary of Transportation**

**Sean P. Duffy**

**Before the Senate Committee on Environment and Public Works**

**April 2, 2025**

Chairman Capito, Ranking Member Whitehouse, and members of the committee – thank you for inviting me to testify before you today. My aim over the course of this hearing is to provide you a sense of the Administration's priorities as we work together on surface transportation reauthorization and embark on a golden age of transportation.

I took office just over two months ago, and in my first full day on the job, we experienced a sobering reminder of why the Department's top priority is and must always be safety. While I know today's hearing is about surface transportation, I want to start by highlighting some of the steps we're taking in the immediate aftermath of the mid-air collision approaching DCA, because they exemplify how we're going to approach our overall mission moving forward.

The Department of Transportation has been refocused to be, first and foremost, a department of safety. Following the mid-air collision, we swiftly restricted helicopter traffic in the vicinity of DCA and initiated a review of our Air Traffic Control workforce, policies, and procedures. At the end of February – less than a month after the fatal accident – I announced our plan to supercharge hiring of air traffic controllers and streamlined the hiring process while raising the bar on safety and increasing pay for new controllers. In March, following the NTSB's recommendations, I announced that the FAA will permanently restrict non-essential helicopter operations around Reagan Airport, and eliminate mixed helicopter and fixed wing traffic.

It's unacceptable that the people in charge were complacent; they failed to prioritize transitioning the world's largest commercial air travel market away from World War II-era machines and antiquated equipment like floppy disks. The golden age of transportation starts with propelling American aviation into the modern era. We will do this by embracing the most advanced 21st century technology that makes our system safer, cheaper, and easier to use for all Americans.

**Exhibit A**

We will bring these themes to our transportation programs – making travel by sea, rail, and road more efficient and more affordable while raising safety standards; cutting unnecessary red tape; and building the big, beautiful infrastructure that Americans are paying for with their hard-earned tax dollars.

We've already started integrating these priorities into the Department's work since January. We are aggressively revising fuel economy standards so that our Nation's hardest-working people can afford a new vehicle – a teacher should not have to pay a full year's salary just so they can have a car to get to work and teach our kids. By re-examining the inefficient and technology-forcing standards imposed by the last administration, our department is empowering more everyday Americans to purchase newer vehicles equipped with the latest state-of-the-art technology to keep our families safe. While our department looks out for the American worker, our agency has also taken emergency action to grant regulatory relief for the truck drivers hauling healthy chickens safely away from the Avian Flu that threatens our food supply.

Lawmakers on all sides of the aisle can agree that infrastructure projects are taking too long to complete. But the recent reconstruction of Interstate 40, the critical Appalachian artery in North Carolina and Tennessee washed away by Hurricane Helene, demonstrated what's possible when everyone is working together. To expedite re-building, we found creative ways to source materials closer to the job site, saving taxpayers both time and money. It is this kind of innovation and problem-solving that will unleash the golden age of transportation and pave over the fractured ruins of government inefficiency.

Before I close, Congress has expressed concerns to us about pauses in DOT funding. I want to assure you that disbursements for valid reimbursement requests under existing obligations continue as usual and were never paused. However, this Administration inherited a backlog of over 3,200 awarded projects without signed grant agreements in place. We are expediting reviews to ensure alignment with this Administration's priorities so that we can fund projects that deliver the infrastructure America so desperately needs. Between President Trump's election victory and his inauguration, the previous administration announced 940 award selections for discretionary grants totaling nearly $9 billion – this is an *unprecedented* surge of midnight awards. As a comparison, only 103 award selections were made during the same period following the 2020 election. I assure you that my team is prioritizing the review of these award

selections. We have also taken action by releasing Notices of Funding Opportunity (NOFOs), realigning them with statutory intent and removing extraneous, ideologically driven requirements. NOFOs for important programs have been republished or are in the process of being reissued.

There's so much more to do, and I look forward to working with Congress on the surface transportation reauthorization process. We need to make sure our transportation infrastructure is built to last with speed, ingenuity, and durability so that Americans can reap returns on their investments for generations to come.  Thank you, and I look forward to your questions.



An official website of the United States government    Here's how you know

United States Department of Transportation

## U.S. Department of Transportation
# Federal Highway Administration

Home / Newsroom

### IN THIS SECTION

Newsroom

Press Releases

Speeches & Testimony

Media Contacts

Connect with Us

---

**Media Contact**

Press Office
U.S. Department of Transportation
1200 New Jersey Avenue, SE
Washington, DC 20590
United States

**Email:**
pressoffice@dot.gov
**Phone:** (202) 366-4570

If you are deaf, hard of hearing, or have a speech disability, please dial 7-1-1 to access telecommunications relay services.

---

## U.S. Transportation Secretary Sean P. Duffy Rescinds Memos Issued By Biden Administration That Injected Social Justice, Radical Environmental Agenda Into Infrastructure Funding Decisions

Monday, March 10, 2025

Contact: pressoffice@dot.gov

Washington, DC — Today, U.S. Transportation Secretary Sean P. Duffy announced the department has rescinded two memorandums issued during the Biden Administration which injected a social justice and environmental agenda into decisions for critical infrastructure projects.

In conflict with Congressional intent and the Administrative Procedure Act, the previous administration unilaterally released two separate memorandums, entitled "Policy on Using Bipartisan Infrastructure Law Resources to Build a Better America" and "Policy on Using Bipartisan Infrastructure Law Resources to Build a Better America." These Biden-era memos displaced the long-standing authorities granted to States by law, added meritless and costly burdens related to greenhouse gas emissions and equity initiatives.

Secretary Duffy said, "Under President Trump's leadership, the Department of Transportation is getting back to basics — building critical infrastructure projects that move people and move commerce safely. The previous administration flouted Congress in an attempt to push a radical social and environmental agenda on the American people. This was an act of federal overreach. It stops now."

The Department's rescission memo affirms that these Biden-era policies have no basis in statute and have no role in DOT programs going forward.

###

**Exhibit B**

**J.A. 2358**

U.S. DEPARTMENT OF TRANSPORTATION

**Federal Highway Administration**

1200 NEW JERSEY AVENUE, SE

WASHINGTON, DC 20590

202-366-4000

Subscribe To Email Updates

**About**

About FHWA

Careers

Org Chart

Staff Directories

Work with Us

**Programs**

Acquisition Management

Civil Rights

Federal Lands Highway

Infrastructure

Innovative Program Delivery

Operations

Planning, Environment, and Realty

Policy

Research, Development, and Technology

Safety

**Policies, Rights, Legal**

About DOT

Accessibility

Budget and Performance

Civil Rights

FOIA

Information Quality

No FEAR Act

Office of Inspector General

Privacy Policy

USA.gov

Web Policies and Notices

Web Standards

**News & Events**

Newsroom

Press Releases

Speeches & Testimony

Media Contacts

Connect with Us



**U.S. Department of
Transportation**

Office of the Secretary
of Transportation

**OFFICE OF THE
GENERAL COUNSEL**

1200 New Jersey Avenue, S.E.
Washington, D.C. 20590

March 7, 2025

**ACTION MEMORANDUM TO THE SECRETARY**

| | |
|---|---|
| **From:** | Gregory D. Cote<br>Acting General Counsel<br>X6-9519 |
| **Prepared by:** | Daniel Cohen<br>Assistant General Counsel for Regulation and Legislation<br>X-6-3633 |
| **Subject:** | Federal Highway Administration Guidance Document: "Rescission of Build a Better America Memoranda" |

**ACTION REQUESTED**

I request that you approve the issuance of the attached deregulatory guidance document "otherwise of importance to the Department's interests" from the Federal Highway Administration (FHWA) titled, "Rescission of Build a Better America Memoranda."

**SUMMARY**

This guidance document rescinds two controversial FHWA guidance documents: a memorandum titled, "Policy on Using Bipartisan Infrastructure Law Resources to Build a Better America," which was issued on December 16, 2021; and a memorandum updating the "Policy on Using Bipartisan Infrastructure Law Resources to Build a Better America," which was issued on February 24, 2023.

**BACKGROUND**

On November 15, 2021, the Infrastructure Investment and Jobs Act (IIJA) was enacted into law, providing funding for various modes of surface transportation such as highways, transit, and rail. This funding included about $350.7 billion for FHWA to administer. To aid in implementing IIJA and to announce a preferred prioritization for projects, FHWA issued a memorandum titled, "Policy on Using Bipartisan Infrastructure Law Resources to Build a Better America" on December 16, 2021. The intent of the memorandum was to ensure that the funding and eligibilities provided by IIJA were interpreted and implemented to encourage States and other funding recipients to prioritize

**Exhibit C**

J.A. 2361

investing in projects that advanced policies of the prior administration, such as equity and responding to climate change.

This memorandum elicited significant confusion within the transportation community because it was issued without notice and comment, and it intended to serve as an overarching policy framework that prioritized IIJA resources toward certain projects inconsistent with the underlying statute. On December 15, 2022, the U.S. Government Accountability Office issued a decision stating that the memorandum was, in fact, a rule and should have followed certain congressional review procedures. Rather than rescind the memorandum, FHWA issued an updated version on February 24, 2023. The updated memorandum reaffirmed FHWA's commitment to the policy goals announced in the 2021 memorandum.

We are requesting that you approve the rescission of both guidance documents. We expect the transportation community to support this measure, as we have heard objections to the 2021 memorandum from many stakeholders.

This action will count as two deregulatory actions under Executive Order (EO) 14192, "Unleashing Prosperity Through Deregulation." This action will also respond to the President's direction provided in EO 14148, "Initial Rescissions of Harmful Executive Orders and Actions," and the implementing direction that you provided in a memorandum to departmental officials titled, "Implementation of Executive Orders Addressing Energy, Climate Change, Diversity, and Gender."

**RECOMMENDATION**

I recommend that you approve the issuance of the attached deregulatory guidance document "otherwise of importance to the Department's interests" from FHWA titled, "Rescission of Build a Better America Memoranda."

The Secretary

APPROVED:

DATE: 3-7-25

COMMENTS:

Attachment:
- FHWA Memo titled, "Rescission of Build a Better America Memoranda"



U.S. Department
of Transportation
**Federal Highway
Administration**

# Memorandum

Subject:  **INFORMATION:** Rescission of Build a
            Better America Memoranda

Date: March 7, 2025

From:  James O. Payne III
         Chief Counsel

In Reply Refer To:
HCC-1

To:   Associate Administrators
       Chief Financial Officer
       Directors of Field Services
       Division Administrators
       Division Directors

The Federal Highway Administration (FHWA) is responsible for ensuring that America's roads
and highways are among the safest and most technologically sound in the world.  Our focus should
be on building big, beautiful, and durable projects that connect our country and people. President
Trump has issued numerous Executive Orders[1] repealing the harmful policies that increased waste,
threatened safety, and sought to divide.  While purporting to implement the Infrastructure
Investment and Jobs Act (IIJA) (Pub. L. No. 117-58), the previous Administration attempted to
impermissibly impose misguided policy mandates and other requirements that had no basis in the
statute.  In fact, many of these policies were specifically rejected by Congress while considering
the IIJA.  IIJA provided States broad flexibility to maximize the investments that were made to
address their unique infrastructure challenges, and FHWA intends to ensure they retain that
flexibility.  Therefore, the following documents are rescinded in their entirety and have no effect:

1. The December 16, 2021 memorandum titled, "Policy on Using Bipartisan Infrastructure
   Law Resources to Build a Better America"; and
2. The February 24, 2023 memorandum updating the "Policy on Using Bipartisan
   Infrastructure Law Resources to Build a Better America".

State Departments of Transportation and other recipients must continue to comply with applicable
statutory and regulatory requirements.  FHWA is thoroughly reviewing all guidance documents
that have been issued to implement the IIJA to ensure that they comport with the law and
Administration policy.

---

[1] See e.g., Executive Order 14148, "Initial Rescissions of Harmful Executive Orders and Actions" (January 20, 2025);
Executive Order 14154, "Unleashing American Energy" (January 20, 2025); Executive Order 14173, "Ending Illegal
Discrimination and Restoring Merit-Based Opportunity (January 21, 2025).

Please distribute this memorandum to your respective State Department of Transportation and other stakeholders as appropriate.

This document and the guidance documents referenced above do not have the force and effect of law and are not meant to bind the States or the public in any way, except to the extent that they reference applicable statutes and regulations.

If you have any questions about this memorandum, please contact Christopher Richardson, Assistant Chief Counsel for Administrative Law.



**U.S. Department of Transportation**

Office of the Secretary of Transportation

SUBJECT: ENSURING RELIANCE UPON SOUND ECONOMIC ANALYSIS IN DEPARTMENT OF TRANSPORTATION POLICIES, PROGRAMS, AND ACTIVITIES

DOT Order 2100.7

---

1. <u>PURPOSE</u>

This Order updates and resets the principles and standards underpinning U.S. Department of Transportation (Department or DOT) policies, programs, and activities to mandate reliance on rigorous economic analysis and positive cost-benefit calculations and ensure that all DOT grants, loans, contracts, and DOT-supported or -assisted State contracts bolster the American economy and benefit the American people.

2. <u>CANCELLATION</u>

None

3. <u>APPLICABILITY AND SCOPE.</u>

This Order applies to all the Department's Operating Administrations (OA) and the Departmental Offices in the Office of the Secretary of Transportation (OST).[1]

4. <u>EFFECTIVE DATE</u>

This Order is effective upon its date of execution.

5. <u>POLICIES.</u>

The following principles govern the implementation and administration of all DOT policies, programs, and activities:

    a.  The Department's grantmaking, lending, policymaking, and rulemaking activities shall be based on sound economic principles and analysis supported by rigorous cost-benefit requirements and data-driven decisions. This requirement shall apply

---

[1] The terms "Operating Administration" and "OA" hereinafter refer to both the Department's operating administrations and the OST Departmental Offices.

**Exhibit D**

J.A. 2365

DOT                                                                                                      2

      regardless of whether the activities in question fall below the economic threshold required for review by the Office of Information and Regulatory Affairs.

b.  To engage in grantmaking, lending, policymaking, or rulemaking, the benefits must be estimated to outweigh the costs. The calculation of the "social cost of carbon" is marked by logical deficiencies, a poor basis in empirical science, politicization, and the absence of a foundation in legislation. Consequently, the Administrator of the Environmental Protection Agency has been ordered by the President to issue guidance to address these harmful and detrimental inadequacies. Prior to issuance of that guidance, DOT shall ensure estimates to assess the value of changes in greenhouse gas emissions resulting from agency actions, including with respect to the consideration of domestic versus international effects and evaluating appropriate discount rates, are, to the extent permitted by law, consistent with the guidance contained in OMB Circular A-4 of September 17, 2003 (Regulatory Analysis).

c.  Statutes governing DOT policies, programs, and activities shall be administered to identify and avoid, to the extent practicable, relevant, appropriate, and consistent with law, adverse impacts on families and communities. Adverse impacts may include, but are not limited to, noise; water pollution; soil contamination; a denial of or a reduction in transportation services; increased difficulty in raising children in a safe and stable environment; and destruction or disruption of community cohesion, safety, or economic vitality.

d.  Statutes governing DOT policies, programs, and activities shall also be administered to maximize, to the extent practicable, relevant, appropriate, and consistent with law, benefits for families and communities. The benefits may include, but are not limited to, economic opportunities, such as increased access to jobs, healthcare facilities, recreational activities, commercial activity, or any actions or project components that will help alleviate poverty, enhance safety, and primarily benefit families and communities by improving the quality of their lives, raising their standard of living, or enabling them to participate more fully in our economy.

e.  DOT-supported or -assisted programs and activities, including without limitation, all DOT grants, loans, contracts, and DOT-supported or -assisted State contracts, shall not be used to further local political objectives or for projects and goals that are purely local in nature and unrelated to a proper Federal interest. DOT programs and activities should instead prioritize support and assistance for projects and goals that are consistent with the proper role of the Federal government in our system of federalism, have strong co-funding requirements, adhere faithfully to all Federal statutory Buy America requirements, and not depend on continuous or future DOT support or assistance for improvements or ongoing maintenance.

f.  To the maximum extent permitted by law, DOT-supported or -assisted programs and activities, including without limitation, all DOT grants, loans, contracts, and DOT-supported or -assisted State contracts, shall prioritize projects and goals that:

USCA4 Appeal: 25-1575     Doc: 55-5     Filed: 06/23/2025     Pg: 232 of 624

**J.A. 2366**

      i.     utilize user-pay models;

      ii.     direct funding to local opportunity zones where permitted;

      iii.     to the extent practicable, relevant, appropriate, and consistent with law, mitigate the unique impacts of DOT programs, policies, and activities on families and family-specific difficulties, such as the accessibility of transportation to families with young children, and give preference to communities with marriage and birth rates higher than the national average (including in administering the Federal Transit Administration's Capital Investment Grant program);

      iv.     prohibit recipients of DOT support or assistance from imposing vaccine and mask mandates; and

      v.     require local compliance or cooperation with Federal immigration enforcement and with other goals and objectives specified by the President of the United States or the Secretary.

6.    <u>RESPONSIBILITIES</u>.

     a.    The General Counsel is the chief legal officer of the Department with final authority on all questions of law for all components of DOT. The Office of the General Counsel (OGC) shall provide the legal advice, support, and guidance necessary to implement and effectuate this Order, including via the issuance of additional orders as warranted.

     b.    OAs engaged in grantmaking, lending, policymaking, or rulemaking activities shall, in coordination and consultation with OGC, implement this Order and determine the most effective and efficient way of integrating the principles outlined in this Order with their existing regulations and guidance.

     c.    In undertaking the integration with existing operations, and in coordination and consultation with OGC, OAs shall:

        1.    Develop and issue guidance necessary to implement and effectuate this Order, or review and update any previously issued guidance to ensure consistency with this Order. OAs shall also engage in the notice-and-comment process, as appropriate and in accordance with DOT Order 2100.6B (Policies and Procedures for Rule-makings) and any corresponding regulations, to implement the requirements of this Order.

        2.    Update and revise all Notices of Funding Opportunity, grant agreements, loan agreements, and other program documents as necessary to ensure compliance with Federal law and consistency with this Order.

        3.    Review their existing grant agreements, loan agreements, and contracts, and, to the extent permitted by law, unilaterally amend the general terms and conditions as necessary to ensure compliance with Federal law and consistency with this Order, and provide corresponding notice of such to recipients.

USCA4 Appeal: 25-1575     Doc: 55-5     Filed: 06/23/2025     Pg: 233 of 624

d. OAs shall prepare a report describing their efforts to comply with this Order and the impact of those efforts on their grantmaking, lending, policymaking, and rulemaking activities. The first of these reports shall be submitted to OGC no later than six months after the effective date of this Order, and each subsequent report shall be due no later than six months thereafter.

e. OAs shall also observe the following principles:

1. This Order should be implemented in a simple, transparent manner that avoids adding unnecessary procedural or regulatory steps or causing undue delay. The Order should not be interpreted to impose procedural or regulatory requirements that provide no benefit in the decision-making process. The Order should be carried out in a manner that considers the impact that delays in project delivery or rule-making may have on the economic vitality, safety, and well-being of the American people, their families, and communities.

2. OAs shall strive to promote the economic opportunities of DOT programs, policies, and activities for families and communities. Procedures shall be established or modified, as necessary, to provide meaningful opportunities for public involvement by families and communities during the planning and development of programs, policies, and activities (including the identification of potential effects, alternatives, and mitigation measures).

3. DOT shall ensure comprehensive public engagement, including with families and community stakeholders, and provide meaningful access to public information concerning both the costs and the benefits of DOT programs, policies, or activities.

4. Compliance with the terms of this Order is an ongoing responsibility. OAs shall continuously monitor their programs, policies, and activities to ensure they are administered in a manner consistent with this Order. This Order does not alter existing assignments or delegations of authority to the Operating Administrations or other DOT components.

7. <u>DISCLAIMER</u>.

This Order is intended to improve the internal management of DOT and is not intended to, nor does it, create any rights, benefits, or trust responsibility, substantive or procedural, enforceable at law or equity, by a party against the Department, its OAs, its officers, or any person. Nor should this Order be construed to create any right to judicial review involving the compliance or noncompliance with this Order by the Department, its Operating Administrations, its officers or any other person.

_____
Secretary of Transportation

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**

The Sustainability Institute, et. al.,

        Plaintiffs,

    v.

DONALD J. TRUMP, in his official
capacity as President of the United
States, et. al.,

        Defendants

Civil Action No.: 2:25-cv-02152-RMG

### DECLARATION OF TRAVIS VOYLES

    I, TRAVIS VOYLES, declare and state as follows:

    1.    I am an Assistant Deputy Administrator at the U.S. Environmental Protection Agency. The Assistant Deputy Administrator is the EPA official responsible for providing executive and logistical support for the EPA Administrator. I have held this position since January 2025. I make the following factual statements based on my personal knowledge and belief. If called as a witness, I could and would competently testify thereto.

    2.    The following is provided in response to paragraph 1 of the April 29, 2025, Court Order ("the Order"), specifically regarding:

- Grant #2 on Exhibit A to the Order, Grant #5F-03D33625-0 to Earth Island Institute, listed as "Termination in Progress";

- Grant #3 on Exhibit A to the Order, Grant #03D30824[1] to The Sustainability Institute, listed as "Termination in Progress";

- Grant #4 on Exhibit A to the Order, Grant #97T28301 to Leadership Counsel for Justice and Accountability, listed as "Termination in Progress";

---

[1] Exhibit A erroneously omitted a zero from the beginning of this grant number.

**Exhibit 4**

**J.A. 2369**

- Grant #5 on Exhibit A to the Order, Grant #96272300 to Bronx River Alliance, listed as "Termination in Progress";
- Grant #6 on Exhibit A to the Order, Grant #97T28901 to Earth Island Institute, listed as "Termination in Progress";
- Grant #7 on Exhibit A to the Order, Grant #00A01479 to City of New Haven, listed as "Termination in Progress";
- Grant #8 on Exhibit A to the Order, inadvertently identified as Grant #0E+00000 to the City of Madison, and therefore incorrectly listed as "Closed", and which should be listed as Grant #00E05005 to the City of Madison, and "Termination in Progress";

and

- Grant #9 on Exhibit A to the Order, Grant #00A01441 to City of New Haven, listed as "Terminated";
- Grant #10 on Exhibit A to the Order, Grant #95336801 to City of Baltimore, listed as "Terminated";
- Grant #11 on Exhibit A to the Order, Grant #03D03424 to CleanAIRE NC, listed as "Terminated";
- Grant #12 on Exhibit A to the Order, Grant #96229424 to Bronx River Alliance, listed as "Terminated".

3.    On February 25, 2025, I conducted an individualized review of EPA grant programs for consistency with Agency policy priorities. That day, I decided that certain grant programs, identified by "Assistance Number Listing," should be terminated for policy reasons. I orally communicated my decision to Daniel Coogan, Deputy Assistant Administrator for Infrastructure and Extramural Resources in the Office of Mission Support. That evening, Mr. Coogan sent an

2

**J.A. 2370**

email to me, copying others, documenting the decision I had made earlier that day. *See* Exhibit 1, Bates No. EPA_00289735.

4.      On March 7, 2025, Mr. Coogan sent an email to leadership in the EPA Office of the Chief Financial Officer instructing them to put a financial control in the Automated Standard Application for Payments (ASAP) system for the grants that had been identified for termination. In a separate email, I elaborated that the purpose of the control was "to prevent any drawdowns in the time between announcement and execution [of grant termination] through [the Office of Mission Support]." *See* Exhibit 2, Bates No. EPA_00048219.

5.      Later that day, staff in the EPA Office of the Chief Financial Officer executed my instructions, and sent an email back to their leadership with an attached excel spreadsheet verifying the programs they had subjected to the financial control, as well as a list of the individual awards for which drawdowns had been frozen as a result. *See* Exhibit 3, Bates No. EPA_00000735 and Exhibit 4, Bates No. EPA_00000739. Each of the grants listed in Paragraph 1 of this Declaration appears on that spreadsheet.

6.      Consistent with my instruction, throughout March, EPA began terminating the grants I had originally identified for termination on February 25, 2025, while noting the need to comply with court orders in various cases. *See* Exhibit 5, Bates No. EPA_00292053 and Exhibit 6, Bates No. EPA_00292054. Accordingly:

- Grant #9 on Exhibit A to the Order, Grant #00A01441 to City of New Haven was terminated on March 27, 2025;

- Grant #10 on Exhibit A to the Order, Grant #95336801 to City of Baltimore was terminated on March 26, 2025;

- Grant #11 on Exhibit A to the Order, Grant #03D03424 to CleanAIRE NC, was terminated on March 28, 2025; and

- Grant #12 on Exhibit A to the Order, Grant #96229424 to Bronx River Alliance, was terminated on March 28, 2025.

3

**J.A. 2371**

7.    The process of terminating grants while remaining in compliance with court orders continues today. *See* Exhibit 7, Decl. of Daniel Coogan filed in *Woonasquatucket River Watershed Council et al. v. Department of Agriculture et al.*, 1:25-cv-00097 (D.R.I.), April 23, 2025, at para 5.

8.    Accordingly, each of the grants identified in Paragraph 1 of this Declaration as "termination in progress" has not been terminated, and, as of the date of this Declaration, each of those recipients currently has access to draw down funding from ASAP.

9.    In response to paragraph 4 of the April 29, 2025, Order, regarding Grant #15 on Exhibit A to the Order, Grant #0602.24.082555 to Alliance for the Shenandoah Valley, upon further review, that grant is not from the U.S. Environmental Protection Agency. Therefore, I have no information to provide regarding that grant.

10.    In response to paragraph 5 of the April 29, 2025, Order, regarding Grant #8 on Exhibit A to the Order, as indicated in paragraph 1 of this Declaration above, Exhibit A erroneously identified the subject grant as Grant #0E+00000 to the City of Madison, and as a result incorrectly listed as the grant as "Closed." Upon further review, the grant at issue is Grant #00E05005 to the City of Madison, and its status is "Termination in Progress." Funds are currently available to the recipient.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 6th day of May 2025.



/s/
TRAVIS VOYLES

Digitally signed by TRAVIS VOYLES
Date: 2025.05.06 15:00:29 -04'00'

Travis Voyles
Assistant Deputy Administrator
United States Environmental Protection Agency

4

**J.A. 2372**

Message

| | |
|---|---|
| **From:** | /O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=7AA3C293E3F94FE6A0132382B42F0B23-DCOOGAN [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=7AA3C293E3F94FE6A0132382B42F0B23-DCOOGAN] |
| **Sent:** | 2/25/2025 8:26:24 PM |
| **To:** | Voyles, Travis [voyles.travis@epa.gov]; Loving, Kathryn [Loving.Kathryn@epa.gov]; Jehling, Erica [Jehling.Erica@epa.gov] |
| **CC:** | Molina, Michael [molina.michael@epa.gov]; Patrick, Kimberly [Patrick.Kimberly@epa.gov] |
| **Subject:** | Next Steps on Grant Actions - Feb 25 |

Travis, just wanted to make sure we are all aligned on today's discussion and next steps. Below is the list of grant programs that require some action from OMS (for those that you cleared to continue operating, like Brownfields, I am not including them below and we will just communicate that direction separately with the programs and regions). The one caveat that I forgot to mention is that Deliberative Process

# Deliberative Process

| CFDA/Assistance Number Listing | CFDA/Assistance Listing Title | Unawarded Grants | Grants Awarded Prior to October 1, 2024 | Grants Awarded After October 1, 2024 |
|---|---|---|---|---|
| 66.040 | Diesel Emissions Reduction Act (DERA) State Grants | Pause pre-award. OMS direct OAR to clear with OAR political leadership that pending actions align with administration priorities. | No change. | No change. |
| 66.049 | Clean Heavy-Duty Vehicles Program | Cancel any unawarded/ unobligated actions and decommit funding. | Terminate grants and pay final invoices. | No new award actions but hold on any terminations until further discussion with OGC. |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program | Cancel any unawarded/ unobligated actions and decommit funding. | Terminate grants and pay final invoices. | No new award actions but hold on any terminations until further discussion with OGC. |
| 66.309 | Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice | Cancel any unawarded/ unobligated actions and realign with administration priorities. | Confirm funding source before further action. | Confirm funding source before further action. |

**Exhibit A**

**J.A. 2373**

| 66.312 | Environmental Justice Government-to-Government (EJG2G) Program | Cancel any unawarded/ unobligated actions and decommit funding. | No change. | No change. |
|---|---|---|---|---|
| 66.604 | Environmental Justice Small Grant Program | Cancel any unawarded/ unobligated actions and decommit funding. | Terminate grants and pay final invoices. | No new award actions but hold on any terminations until further discussion with OGC. |
| 66.614 | Financial Assistance For Community Support Activities To Address Environmental Justice Issues | Cancel any unawarded/ unobligated actions and decommit funding. | Terminate grants and pay final invoices. | No new award actions but hold on any terminations until further discussion with OGC. |
| 66.615 | Environmental Justice Thriving Communities Grantmaking Program (EJ TCGM) | Cancel any unawarded/ unobligated actions and decommit funding. | Terminate grants and pay final invoices. | No new award actions but hold on any terminations until further discussion with OGC. |
| 66.616 | Environmental and Climate Justice Block Grant Program | Cancel any unawarded/ unobligated actions and decommit funding. | Terminate grants and pay final invoices. | No new award actions but hold on any terminations until further discussion with OGC. |
| 66.721 | Reducing Embodied Greenhouse Gas Emissions for Construction Materials and Products | Cancel any unawarded/ unobligated actions and decommit funding. | No change. | No change. |
| 66.951 | Environmental Education Grants Program | Hold any unawarded/ unobligated actions to ensure compliance with Administration priorities. | No change. | No change. |

EPA_00289736

Message

| | |
|---|---|
| **From:** | Treml, Gregg [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=6ED4CB59F9044E589BE621CBCBF9B0D4-C80321F4-31] |
| **Sent:** | 3/7/2025 5:02:22 PM |
| **To:** | Voyles, Travis [voyles.travis@epa.gov] |
| **CC:** | Molina, Michael [molina.michael@epa.gov] |
| **Subject:** | RE: Place Hold/ Control in ASAP - 8 programs |

Thank you.  Completing now.

Best,
-Gregg

Gregg Treml
Acting Chief Financial Officer
United States Environmental Protection Agency
1200 Pennsylvania Avenue, NW
Room 4402A WJCN
Washington, DC  20460
(202)-564-1151
treml.gregg@epa.gov

---

**From:** Voyles, Travis <voyles.travis@epa.gov>
**Sent:** Friday, March 7, 2025 12:02 PM
**To:** Treml, Gregg <Treml.Gregg@epa.gov>
**Cc:** Molina, Michael <molina.michael@epa.gov>
**Subject:** RE: Place Hold/ Control in ASAP - 8 programs

Thank you for checking.

Yes, this is the direction. We are proceeding with cancelling these grants and would like to prevent any drawdowns in the time between announcement and execution through OMS.

--

Travis Voyles
C: (202) 787-0595

---

**From:** Treml, Gregg <Treml.Gregg@epa.gov>
**Sent:** Friday, March 7, 2025 12:00 PM
**To:** Voyles, Travis <voyles.travis@epa.gov>
**Cc:** Molina, Michael <molina.michael@epa.gov>
**Subject:** FW: Place Hold/ Control in ASAP - 8 programs

Travis,
Confirming this is your direction?

Thank you,
-Gregg

Gregg Treml

**Exhibit B**

**J.A. 2375**

EPA_00048219

Acting Chief Financial Officer
United States Environmental Protection Agency
1200 Pennsylvania Avenue, NW
Room 4402A WJCN
Washington, DC  20460
(202)-564-1151
treml.gregg@epa.gov

---

**From:** Coogan, Daniel <Coogan.Daniel@epa.gov>
**Sent:** Friday, March 7, 2025 11:53 AM
**To:** Treml, Gregg <Treml.Gregg@epa.gov>; Kadeli, Lek <Kadeli.Lek@epa.gov>; Jones-Peeler, Meshell <Jones-Peeler.Meshell@epa.gov>; Gulamali, Adil <Gulamali.Adil@epa.gov>
**Cc:** Patrick, Kimberly <Patrick.Kimberly@epa.gov>; Wise, Melissa <wise.melissa@epa.gov>
**Subject:** Place Hold/ Control in ASAP - 8 programs

All, we just had a check-in with Travis and as part of a broader effort related to certain grant programs, please put a control on ASAP accounts for all grants funded under the following grant programs so recipients cannot draw funds.

| CFDA/Assistance Number Listing | CFDA/Assistance Listing Title |
|---|---|
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.309 | Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice |
| 66.312 | Environmental Justice Government-to-Government (EJG2G) Program |
| 66.604 | Environmental Justice Small Grant Program |
| 66.614 | Financial Assistance For Community Support Activities To Address Environmental Justice Issues |

**J.A. 2376**

EPA_00048220

| 66.615 | Environmental Justice Thriving Communities Grantmaking Program (EJ TCGM) |
|---|---|
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.721 | Reducing Embodied Greenhouse Gas Emissions for Construction Materials and Products |

EPA_00048221

**J.A. 2377**

Message

---

**From:** Johnson, Charlene [Johnson.Charlene@epa.gov]
**Sent:** 3/7/2025 9:24:25 PM
**To:** Gulamali, Adil [Gulamali.Adil@epa.gov]
**CC:** Robinson, Angel [robinson.angel@epa.gov]; Lavergne, Dany [lavergne.dany@epa.gov]; Jennette, Vonda [Jennette.Vonda@epa.gov]; Evans, Antoinette [Evans.Antoinette@epa.gov]; Lane, Gary [Lane.Gary@epa.gov]; Boyd, Wyatt [Boyd.Wyatt@epa.gov]; Puglisi, Peter [puglisi.peter@epa.gov]
**Subject:** RE: Place Hold/ Control in ASAP - 8 programs
**Attachments:** EJ Temporary Suspension Confirmation 20250307.xlsx

Attached is a list of awards suspended by CFDA/Assistance Listings, per email thread below.

Have a good weekend!

**Charlene A. Johnson**
Lead Financial Specialist | U.S. EPA | Grants Services Branch |OCFO-OC-RTP-Finance Division, NC | Phone: 919.541.3582 | Org Email: rtpfc-grants@epa.gov
EPA Finance Home Page: http://www2.epa.gov/financial | Search for SF425: https://www.epa.gov/grants/epa-grantee-forms | Forward payments & SF425: rtpfc-grants@epa.gov

Let us know how we're doing RTP-FC Customer Service Survey

**Please consider the environment before printing this e-mail**

---

**From:** Lane, Gary <Lane.Gary@epa.gov>
**Sent:** Friday, March 7, 2025 1:16 PM
**To:** Boyd, Wyatt <Boyd.Wyatt@epa.gov>; Gulamali, Adil <Gulamali.Adil@epa.gov>; Puglisi, Peter <puglisi.peter@epa.gov>; Johnson, Charlene <Johnson.Charlene@epa.gov>
**Cc:** Robinson, Angel <robinson.angel@epa.gov>; Lavergne, Dany <lavergne.dany@epa.gov>; Jennette, Vonda <Jennette.Vonda@epa.gov>; Evans, Antoinette <Evans.Antoinette@epa.gov>
**Subject:** RE: Place Hold/ Control in ASAP - 8 programs

I added the PRCs associated with EJ "Grant / BOC 41) programs for Base and IRA appropriations below.  I'm assuming all but he last 2 CFDA listings are associated with Base appropriations/PRCs.

| | CFDA/Assistance Listing Title |
|---|---|
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program - 000W57 |
| 66.309 | Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice - 000W57 |

**Exhibit C**

**J.A. 2378**

| 66.312 | Environmental Justice Government-to-Government (EJG2G) Program - 000W57 |
|--------|----------------------------------------------------------------------------|
| 66.604 | Environmental Justice Small Grant Program - 000W57 |
| 66.614 | Financial Assistance For Community Support Activities To Address Environmental Justice Issues - 000W57 |
| 66.615 | Environmental Justice Thriving Communities Grantmaking Program (EJ TCGM) 000W57 |
| 66.616 | Environmental and Climate Justice Block Grant Program (000W57XKS; 000W57XK1; 000A57XK1; 000L57XK1) |
| 66.721 | Reducing Embodied Greenhouse Gas Emissions for Construction Materials and Products (000A95XCL; 000C95XCL; 000F95XCL; 000JMMXCL; 000MMMXCL; 000NMMXCL; 000YMMXCL) |

**From:** Boyd, Wyatt <Boyd.Wyatt@epa.gov>
**Sent:** Friday, March 7, 2025 12:14 PM
**To:** Gulamali, Adil <Gulamali.Adil@epa.gov>; Puglisi, Peter <puglisi.peter@epa.gov>; Johnson, Charlene <Johnson.Charlene@epa.gov>
**Cc:** Robinson, Angel <robinson.angel@epa.gov>; Lavergne, Dany <lavergne.dany@epa.gov>; Jennette, Vonda <Jennette.Vonda@epa.gov>; Evans, Antoinette <Evans.Antoinette@epa.gov>; Lane, Gary <Lane.Gary@epa.gov>
**Subject:** RE: Place Hold/ Control in ASAP - 8 programs

Yes Gary's team can assist with detailed crosswalk.

Low Embodied Carbon is any PRC with CL at the end in the RPIO Activity string.

The others are in PP 57.

**From:** Gulamali, Adil <Gulamali.Adil@epa.gov>
**Sent:** Friday, March 7, 2025 12:07 PM
**To:** Puglisi, Peter <puglisi.peter@epa.gov>; Johnson, Charlene <Johnson.Charlene@epa.gov>
**Cc:** Robinson, Angel <robinson.angel@epa.gov>; Lavergne, Dany <lavergne.dany@epa.gov>; Jennette, Vonda

**J.A. 2379**

EPA_00000736

<Jennette.Vonda@epa.gov>; Evans, Antoinette <Evans.Antoinette@epa.gov>; Boyd, Wyatt <Boyd.Wyatt@epa.gov>;
Lane, Gary <Lane.Gary@epa.gov>
**Subject:** RE: Place Hold/ Control in ASAP - 8 programs

Received confirmation. Please lock and if it is going to take longer than today let me know. Also, provide a list of the grants paused. Thanks

OB: will be able to provide a crosswalk for the below to help us identify the grants in ASAP.

Adil

---

**From:** Gulamali, Adil
**Sent:** Friday, March 7, 2025 11:57 AM
**To:** Puglisi, Peter <puglisi.peter@epa.gov>; Johnson, Charlene <Johnson.Charlene@epa.gov>
**Cc:** Robinson, Angel <robinson.angel@epa.gov>; Lavergne, Dany <lavergne.dany@epa.gov>; Jennette, Vonda <Jennette.Vonda@epa.gov>; Evans, Antoinette <Evans.Antoinette@epa.gov>; Boyd, Wyatt <Boyd.Wyatt@epa.gov>;
Lane, Gary <Lane.Gary@epa.gov>
**Subject:** RE: Place Hold/ Control in ASAP - 8 programs

Hold- until I got confirmation from Travis

Adil

---

**From:** Gulamali, Adil
**Sent:** Friday, March 7, 2025 11:55 AM
**To:** Puglisi, Peter <puglisi.peter@epa.gov>; Johnson, Charlene <Johnson.Charlene@epa.gov>
**Cc:** Robinson, Angel <robinson.angel@epa.gov>; Lavergne, Dany <lavergne.dany@epa.gov>; Jennette, Vonda <Jennette.Vonda@epa.gov>; Evans, Antoinette <Evans.Antoinette@epa.gov>; Boyd, Wyatt <Boyd.Wyatt@epa.gov>
Lane, Gary <Lane.Gary@epa.gov>
**Subject:** FW: Place Hold/ Control in ASAP - 8 programs

Please see below. Confirm once done. Any questions let me know. Thanks

Adil

---

**From:** Coogan, Daniel <Coogan.Daniel@epa.gov>
**Sent:** Friday, March 7, 2025 11:53 AM
**To:** Treml, Gregg <Treml.Gregg@epa.gov>; Kadeli, Lek <Kadeli.Lek@epa.gov>; Jones-Peeler, Meshell <Jones-Peeler.Meshell@epa.gov>; Gulamali, Adil <Gulamali.Adil@epa.gov>
**Cc:** Patrick, Kimberly <Patrick.Kimberly@epa.gov>; Wise, Melissa <wise.melissa@epa.gov>
**Subject:** Place Hold/ Control in ASAP - 8 programs

All, we just had a check-in with Travis and as part of a broader effort related to certain grant programs, please put a control on ASAP accounts for all grants funded under the following grant programs so recipients cannot draw funds.

| CFDA/Assistance Number Listing | CFDA/Assistance Listing Title |
|---|---|

EPA_00000737

| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| --- | --- |
| 66.309 | Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice |
| 66.312 | Environmental Justice Government-to-Government (EJG2G) Program |
| 66.604 | Environmental Justice Small Grant Program |
| 66.614 | Financial Assistance For Community Support Activities To Address Environmental Justice Issues |
| 66.615 | Environmental Justice Thriving Communities Grantmaking Program (EJ TCGM) |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.721 | Reducing Embodied Greenhouse Gas Emissions for Construction Materials and Products |

| Applicant State | | Program Code | | Grant No | |
|---|---|---|---|---|---|

| Account ID | Program Code | Grant No. | Action | Reason |
|---|---|---|---|---|
| 5B03D02824 | 5B | 03D02824 | Apply Temporary Suspension | Per OC Email dated 3/7/2025 |
| 5B02J56201 | 5B | 02J56201 | Apply Temporary Suspension | Per OC Email dated 3/7/2025 |
| 5102J56301 | 51 | 02J56301 | Apply Temporary Suspension | Per OC Email dated 3/7/2025 |
| 5198T90101 | 51 | 98T90101 | Apply Temporary Suspension | Per OC Email dated 3/7/2025 |
| 5B98T89801 | 5B | 98T89801 | Apply Temporary Suspension | Per OC Email dated 3/7/2025 |
| 5B98T90701 | 5B | 98T90701 | Apply Temporary Suspension | Per OC Email dated 3/7/2025 |
| 5198T88101 | 51 | 98T88101 | Apply Temporary Suspension | Per OC Email dated 3/7/2025 |
| 5198T88901 | 51 | 98T88901 | Apply Temporary Suspension | Per OC Email dated 3/7/2025 |
| 5B97T29101 | 5B | 97T29101 | Apply Temporary Suspension | Per OC Email dated 3/7/2025 |
| 5B98T88401 | 5B | 98T88401 | Apply Temporary Suspension | Per OC Email dated 3/7/2025 |
| EC84037101 | EC | 84037101 | Apply Temporary Suspension | Per OC Email dated 3/7/2025 |
| 5B97T23901 | 5B | 97T23901 | Apply Temporary Suspension | Per OC Email dated 3/7/2025 |
| 5B98T88801 | 5B | 98T88801 | Apply Temporary Suspension | Per OC Email dated 3/7/2025 |
| 5B98T88201 | 5B | 98T88201 | Apply Temporary Suspension | Per OC Email dated 3/7/2025 |
| 5B98T88701 | 5B | 98T88701 | Apply Temporary Suspension | Per OC Email dated 3/7/2025 |
| 5B97T23101 | 5B | 97T23101 | Apply Temporary Suspension | Per OC Email dated 3/7/2025 |
| 5198T89501 | 51 | 98T89501 | Apply Temporary Suspension | Per OC Email dated 3/7/2025 |
| 5197T22801 | 51 | 97T22801 | Apply Temporary Suspension | Per OC Email dated 3/7/2025 |
| 5B98T88501 | 5B | 98T88501 | Apply Temporary Suspension | Per OC Email dated 3/7/2025 |
| EC84037801 | EC | 84037801 | Apply Temporary Suspension | Per OC Email dated 3/7/2025 |
| 5B02F50701 | 5B | 02F50701 | Apply Temporary Suspension | Per OC Email dated 3/7/2025 |
| 5B97T23301 | 5B | 97T23301 | Apply Temporary Suspension | Per OC Email dated 3/7/2025 |
| EC84037001 | EC | 84037001 | Apply Temporary Suspension | Per OC Email dated 3/7/2025 |
| 5B98T88601 | 5B | 98T88601 | Apply Temporary Suspension | Per OC Email dated 3/7/2025 |
| 5B97T23201 | 5B | 97T23201 | Apply Temporary Suspension | Per OC Email dated 3/7/2025 |
| 5100I43700 | 51 | 00I43700 | Apply Temporary Suspension | Per OC Email dated 3/7/2025 |
| 5B02F74001 | 5B | 02F74001 | Apply Temporary Suspension | Per OC Email dated 3/7/2025 |
| 5B00I43500 | 5B | 00I43500 | Apply Temporary Suspension | Per OC Email dated 3/7/2025 |
| 5100I43600 | 51 | 00I43600 | Apply Temporary Suspension | Per OC Email dated 3/7/2025 |
| 5100I43400 | 51 | 00I43400 | Apply Temporary Suspension | Per OC Email dated 3/7/2025 |
| 5B02J57301 | 5B | 02J57301 | Apply Temporary Suspension | Per OC Email dated 3/7/2025 |
| 5B96214324 | 5B | 96214324 | Apply Temporary Suspension | Per OC Email dated 3/7/2025 |
| EC84037401 | EC | 84037401 | Apply Temporary Suspension | Per OC Email dated 3/7/2025 |
| 5100A01436 | 51 | 00A01436 | Apply Temporary Suspension | Per OC Email dated 3/7/2025 |
| 5B96263624 | 5B | 96263624 | Apply Temporary Suspension | Per OC Email dated 3/7/2025 |
| 5102F74401 | 51 | 02F74401 | Apply Temporary Suspension | Per OC Email dated 3/7/2025 |
| EC00A00596 | EC | 00A00596 | Apply Temporary Suspension | Per OC Email dated 3/7/2025 |
| 5B96214224 | 5B | 96214224 | Apply Temporary Suspension | Per OC Email dated 3/7/2025 |
| 5198T91501 | 51 | 98T91501 | Apply Temporary Suspension | Per OC Email dated 3/7/2025 |

**Exhibit D**

**J.A. 2382**

| Column1 | Grant Document Status | Assistance Listing Code | Assistance Listing Description | Applicant Name | Applicant Type | UEI |
|---------|----------|----------|----------|----------|----------|-----|

| ALC | Region | Recipient ID | Group ID | CFDA Number | UEI | EIN |
|-----|--------|--------------|----------|-------------|-----|-----|
| 68128933 | R4 | 102980 | 41330 | 66.306 | YJCEBTS7JXV6 | 472802133 |
| 68128933 | HQ | 202920 | 8477 | 66.306 | RPTJN4EMAGN3 | 920031908 |
| 68128933 | R10 | 250146 | X0553 | 66.306 | G6JKKYPL84S3 | 920129853 |
| 68128933 | R9 | 414166 | 90961 | 66.306 | RKA8WFLN61B3 | 832355488 |
| 68128933 | R9 | 419903 | 90972 | 66.306 | HE5BNNCEYH85 | 205274049 |
| 68128933 | R9 | 425729 | 90964 | 66.306 | ZZ4LGBTWS3Z8 | 911632134 |
| 68128933 | R9 | 434233 | 90975 | 66.306 | ZKY1QMXDHE56 | 812688417 |
| 68128933 | R9 | 605780 | 90976 | 66.306 | L3RJSL937RX8 | 956120581 |
| 68128933 | R9 | 608473 | 91022 | 66.306 | EXRXKFAHALM7 | 330334438 |
| 68128933 | R9 | 610552 | 90962 | 66.306 | UL4DJTK2S8V7 | 954487664 |
| 68128933 | R4 | 613487 | 41201 | 66.306 | C4MKS1YDS2J3 | 831923701 |
| 68128933 | R9 | 620022 | 91031 | 66.306 | ZE7MZ7CCRR25 | 383687836 |
| 68128933 | R9 | 620788 | 90971 | 66.306 | KU2RDGFMNW41 | 270637837 |
| 68128933 | R9 | 634989 | 90973 | 66.306 | XN6XXDCN5AZ6 | 871795259 |
| 68128933 | R9 | 641670 | 90955 | 66.306 | LBPNTJXL7C43 | 943221152 |
| 68128933 | R9 | 642630 | 91011 | 66.306 | XJ76N787Z1M5 | 881697378 |
| 68128933 | R9 | 644759 | 90982 | 66.306 | DA19F5NKBH38 | 237237898 |
| 68128933 | R9 | 644977 | 90244 | 66.306 | LFMZD2MERLY3 | 953798792 |
| 68128933 | R9 | 646342 | 90753 | 66.306 | N6MNXMMWUU64 | 954589325 |
| 68128933 | R9 | 647923 | 90830 | 66.306 | MWKKGMFABCQ8 | 952815615 |
| 68128933 | R3 | 649000 | 36138 | 66.306 | NMURSTSUXGN4 | 460686920 |
| 68128933 | R9 | 652471 | 91014 | 66.306 | Z27XHGWBM779 | 942832648 |
| 68128933 | R9 | 652894 | 90019 | 66.306 | MPW4FLVA9JJ5 | 680178020 |
| 68128933 | R9 | 654661 | 90899 | 66.306 | UR5ECKS6A1T6 | 202384563 |
| 68128933 | R9 | 657702 | 90895 | 66.306 | ST8KJPET6WJ3 | 952021700 |
| 68128933 | HQ | 808442 | 4065 | 66.306 | H35DFL1JK2E4 | 591768923 |
| 68128933 | R6 | 815017 | 67115 | 66.306 | LFSCUPM9TZX9 | 412139623 |
| 68128933 | R8 | 819499 | 80585 | 66.306 | C3VLVQDYCA18 | 364601622 |
| 68128933 | R8 | 831892 | 80543 | 66.306 | LL4LLQ66JNK4 | 311714170 |
| 68128933 | R8 | 840044 | 80592 | 66.306 | P9RLLAUJMUL3 | 742374848 |
| 68128933 | R9 | 1102387 | 90144 | 66.306 | P5KWHV8QH7F1 | 521196708 |
| 68128933 | R2 | 1103100 | 20654 | 66.306 | RFGBGXH1DKT3 | 611417308 |
| 68128933 | HQ | 1106002 | 7001 | 66.306 | PKFBD7MR9Q41 | 430976432 |
| 68128933 | R1 | 1110148 | 10222 | 66.306 | K2LJTAZ9JGK5 | 223171185 |
| 68128933 | R2 | 1110619 | 20579 | 66.306 | W85WGJRUAL13 | 134006535 |
| 68128933 | R6 | 1117043 | 66726 | 66.306 | CB3DRTHJK6A3 | 721488935 |
| 68128933 | R1 | 1118859 | 10726 | 66.306 | Y3UJWZFAB8S3 | 451859686 |
| 68128933 | R2 | 1119347 | 20414 | 66.306 | RESKT9F5G3K3 | 221916086 |
| 68128933 | R9 | 1126185 | 90960 | 66.306 | GGCPV39FEE61 | 237097915 |

EPA_00000740

| Project End Date | Budget Period End Date | OMB Project Description | Awarding Region Code | Check (NGGS: EPA Amended Amount = Compass Obligated) | EPA Amount :Amended Total | Obligated_ Compass (Total) | Obligated_ Compass_ BIL | Obligated_ Compass_I RA |
|---|---|---|---|---|---|---|---|---|

| Account Detail ID | Temporary Suspend | Prev Account Status | New Account Status | Cycle Date |
|---|---|---|---|---|
| | Y | Open | Suspended | 3/7/2025 |
| | Y | Open | Suspended | 3/7/2025 |
| | Y | Open | Suspended | 3/7/2025 |
| | Y | Open | Suspended | 3/7/2025 |
| | Y | Open | Suspended | 3/7/2025 |
| | Y | Open | Suspended | 3/7/2025 |
| | Y | Open | Suspended | 3/7/2025 |
| | Y | Open | Suspended | 3/7/2025 |
| | Y | Open | Suspended | 3/7/2025 |
| | Y | Open | Suspended | 3/7/2025 |
| | Y | Open | Suspended | 3/7/2025 |
| | Y | Open | Suspended | 3/7/2025 |
| | Y | Open | Suspended | 3/7/2025 |
| | Y | Open | Suspended | 3/7/2025 |
| | Y | Suspended | Suspended | 3/7/2025 |
| | Y | Open | Suspended | 3/7/2025 |
| | Y | Open | Suspended | 3/7/2025 |
| | Y | Open | Suspended | 3/7/2025 |
| | Y | Open | Suspended | 3/7/2025 |
| | Y | Liquidated | Suspended | 3/7/2025 |
| | Y | Open | Suspended | 3/7/2025 |
| | Y | Open | Suspended | 3/7/2025 |
| | Y | Open | Suspended | 3/7/2025 |
| | Y | Open | Suspended | 3/7/2025 |
| | Y | Open | Suspended | 3/7/2025 |
| | Y | Open | Suspended | 3/7/2025 |
| | Y | Open | Suspended | 3/7/2025 |
| | Y | Open | Suspended | 3/7/2025 |
| | Y | Open | Suspended | 3/7/2025 |
| | Y | Open | Suspended | 3/7/2025 |
| | Y | Open | Suspended | 3/7/2025 |
| | Y | Open | Suspended | 3/7/2025 |
| | Y | Open | Suspended | 3/7/2025 |
| | Y | Suspended | Suspended | 3/7/2025 |
| | Y | Open | Suspended | 3/7/2025 |
| | Y | Open | Suspended | 3/7/2025 |
| | Y | Open | Suspended | 3/7/2025 |
| | Y | Open | Suspended | 3/7/2025 |
| | Y | Suspended | Suspended | 3/7/2025 |

**J.A. 2384**

EPA_00000741

| Expended_Compass (Total) | Expended_Compass_BIL | Expended_Compass_IRA | ULO_Compass (Total) | ULO_Compass_BIL | ULO_Compass_IRA | ULO_Percent_Compass (Total) | ULO_Percent_Compas_BIL | ULO_Percent_Compass_IRA | Funding_BIL |
|---|---|---|---|---|---|---|---|---|---|

EPA_00000742

**J.A. 2385**

| Funding_I RA | Funding_B ase+ | Fund_Typ e_Count | Split Funded |
|---|---|---|---|

EPA_00000743

| | | | | |
|---|---|---|---|---|
| 5B95338201 | 5B | 95338201 | Apply Temporary Suspension | Per OC Email dated 3/7/2025 |
| 5B84084301 | 5B | 84084301 | Apply Temporary Suspension | Per OC Email dated 3/7/2025 |
| 5B00E03646 | 5B | 00E03646 | Apply Temporary Suspension | Per OC Email dated 3/7/2025 |
| 5100A01313 | 51 | 00A01313 | Apply Temporary Suspension | Per OC Email dated 3/7/2025 |
| 5102F53801 | 51 | 02F53801 | Apply Temporary Suspension | Per OC Email dated 3/7/2025 |
| 5195335201 | 51 | 95335201 | Apply Temporary Suspension | Per OC Email dated 3/7/2025 |
| EC84036501 | EC | 84036501 | Apply Temporary Suspension | Per OC Email dated 3/7/2025 |
| 5B03D02924 | 5B | 03D02924 | Apply Temporary Suspension | Per OC Email dated 3/7/2025 |
| 5B03D03024 | 5B | 03D03024 | Apply Temporary Suspension | Per OC Email dated 3/7/2025 |
| 5198T91201 | 51 | 98T91201 | Apply Temporary Suspension | Per OC Email dated 3/7/2025 |
| 5B98T88301 | 5B | 98T88301 | Apply Temporary Suspension | Per OC Email dated 3/7/2025 |
| 5B02J56401 | 5B | 02J56401 | Apply Temporary Suspension | Per OC Email dated 3/7/2025 |
| EC00E03088 | EC | 00E03088 | Apply Temporary Suspension | Per OC Email dated 3/7/2025 |
| 5B00E03857 | 5B | 00E03857 | Apply Temporary Suspension | Per OC Email dated 3/7/2025 |
| 5B96711501 | 5B | 96711501 | Apply Temporary Suspension | Per OC Email dated 3/7/2025 |
| 5B00E03628 | 5B | 00E03628 | Apply Temporary Suspension | Per OC Email dated 3/7/2025 |
| 5B00E03625 | 5B | 00E03625 | Apply Temporary Suspension | Per OC Email dated 3/7/2025 |
| 5B00E03627 | 5B | 00E03627 | Apply Temporary Suspension | Per OC Email dated 3/7/2025 |
| EC00E03086 | EC | 00E03086 | Apply Temporary Suspension | Per OC Email dated 3/7/2025 |
| 5B96711701 | 5B | 96711701 | Apply Temporary Suspension | Per OC Email dated 3/7/2025 |
| 5B03D03124 | 5B | 03D03124 | Apply Temporary Suspension | Per OC Email dated 3/7/2025 |
| 5B02F50201 | 5B | 02F50201 | Apply Temporary Suspension | Per OC Email dated 3/7/2025 |
| 5102F50301 | 51 | 02F50301 | Apply Temporary Suspension | Per OC Email dated 3/7/2025 |
| 5B02F50901 | 5B | 02F50901 | Apply Temporary Suspension | Per OC Email dated 3/7/2025 |
| 5B00A01352 | 5B | 00A01352 | Apply Temporary Suspension | Per OC Email dated 3/7/2025 |
| 5B00A01182 | 5B | 00A01182 | Apply Temporary Suspension | Per OC Email dated 3/7/2025 |
| 5B00A01390 | 5B | 00A01390 | Apply Temporary Suspension | Per OC Email dated 3/7/2025 |
| 5B95335401 | 5B | 95335401 | Apply Temporary Suspension | Per OC Email dated 3/7/2025 |
| 5195335501 | 51 | 95335501 | Apply Temporary Suspension | Per OC Email dated 3/7/2025 |
| EC84036901 | EC | 84036901 | Apply Temporary Suspension | Per OC Email dated 3/7/2025 |
| 5B00A01144 | 5B | 00A01144 | Apply Temporary Suspension | Per OC Email dated 3/7/2025 |
| 5B00A01504 | 5B | 00A01504 | Apply Temporary Suspension | Per OC Email dated 3/7/2025 |
| 5100A01389 | 51 | 00A01389 | Apply Temporary Suspension | Per OC Email dated 3/7/2025 |
| 5B00A01502 | 5B | 00A01502 | Apply Temporary Suspension | Per OC Email dated 3/7/2025 |
| 5100A01150 | 51 | 00A01150 | Apply Temporary Suspension | Per OC Email dated 3/7/2025 |
| 5B00E03626 | 5B | 00E03626 | Apply Temporary Suspension | Per OC Email dated 3/7/2025 |
| 5100E03858 | 51 | 00E03858 | Apply Temporary Suspension | Per OC Email dated 3/7/2025 |
| 5B00E03623 | 5B | 00E03623 | Apply Temporary Suspension | Per OC Email dated 3/7/2025 |
| EC00E03087 | EC | 00E03087 | Apply Temporary Suspension | Per OC Email dated 3/7/2025 |
| 5100E03622 | 51 | 00E03622 | Apply Temporary Suspension | Per OC Email dated 3/7/2025 |
| 5B03D03324 | 5B | 03D03324 | Apply Temporary Suspension | Per OC Email dated 3/7/2025 |
| 5103D03224 | 51 | 03D03224 | Apply Temporary Suspension | Per OC Email dated 3/7/2025 |
| 5196711901 | 51 | 96711901 | Apply Temporary Suspension | Per OC Email dated 3/7/2025 |
| 5B96712101 | 5B | 96712101 | Apply Temporary Suspension | Per OC Email dated 3/7/2025 |
| 5B96711401 | 5B | 96711401 | Apply Temporary Suspension | Per OC Email dated 3/7/2025 |
| 5B98T88001 | 5B | 98T88001 | Apply Temporary Suspension | Per OC Email dated 3/7/2025 |
| 5B96214024 | 5B | 96214024 | Apply Temporary Suspension | Per OC Email dated 3/7/2025 |
| 5B02F50801 | 5B | 02F50801 | Apply Temporary Suspension | Per OC Email dated 3/7/2025 |
| 5102F73901 | 51 | 02F73901 | Apply Temporary Suspension | Per OC Email dated 3/7/2025 |

**J.A. 2387**

EPA_00000744

| | | | | | | |
|---|---|---|---|---|---|---|
| 68128933 | R3 | 1126928 | 36140 | 66.306 | KAJBG36GJ197 | 562049956 |
| 68128933 | R9 | 1137151 | 90807 | 66.306 | FR2MH7EJ2QN2 | 521043444 |
| 68128933 | R5 | 1143401 | 51230 | 66.306 | L2V8KFY3LDD6 | 237376131 |
| 68128933 | R1 | 1145953 | 10326 | 66.306 | W7MEUZQ1MY37 | 223179528 |
| 68128933 | R6 | 1146505 | 67144 | 66.306 | M36CC2D65KH6 | 825457203 |
| 68128933 | R3 | 1146538 | 36189 | 66.306 | JX69LRYCYUA7 | 521477599 |
| 68128933 | HQ | 1250018 | 8457 | 66.306 | UYBCGRJA6787 | 841674649 |
| 68128933 | R4 | 1251054 | 40726 | 66.306 | Q5XJH21BLZ39 | 205196010 |
| 68128933 | R4 | 1300835 | 40011 | 66.306 | PPAKKAFR24C8 | 581999049 |
| 68128933 | R9 | 1521192 | 90963 | 66.306 | GLEMCWQJA2E1 | 910313383 |
| 68128933 | R10 | 1601163 | X0787 | 66.306 | C83QUXEKJ2C4 | 454007725 |
| 68128933 | R10 | 1606851 | X0669 | 66.306 | DYUCPZHLFAC1 | 262153386 |
| 68128933 | R5 | 1730917 | 50546 | 66.306 | MCKFMTWJAQH1 | 364259477 |
| 68128933 | R5 | 1741994 | 50597 | 66.306 | UJEGUAKUSRF6 | 363351193 |
| 68128933 | R7 | 1742285 | 70829 | 66.306 | SZ5GB6K3N4D1 | 362657863 |
| 68128933 | R5 | 1753390 | 50955 | 66.306 | H8Y3V3CT21T5 | 364409776 |
| 68128933 | R5 | 1757585 | 51167 | 66.306 | YFF7APUBJMP9 | 371157100 |
| 68128933 | R5 | 1829332 | 51235 | 66.306 | CVNSZBJS7N29 | 455638209 |
| 68128933 | R5 | 1833048 | 51111 | 66.306 | VHSGBTG4WTC5 | 311005792 |
| 68128933 | R7 | 1907853 | 70830 | 66.306 | M3W1QMNFNSZ5 | 421436090 |
| 68128933 | R4 | 2122139 | 41326 | 66.306 | MA2GYKEKBU54 | 204372292 |
| 68128933 | R6 | 2227987 | 67170 | 66.306 | TXE9WRMGMDA9 | 853549698 |
| 68128933 | R6 | 2228338 | 67051 | 66.306 | TMNYFDYYT616 | 900456300 |
| 68128933 | R6 | 2253134 | 60715 | 66.306 | XPXHQCN35NJ9 | 261824498 |
| 68128933 | R1 | 2317139 | 10802 | 66.306 | QHY3HS8G5VB8 | 463113400 |
| 68128933 | R1 | 2359647 | 10805 | 66.306 | PL4UYNH9C223 | 222586108 |
| 68128933 | R1 | 2373809 | 10694 | 66.306 | JJGPRKQALRL7 | 10504905 |
| 68128933 | R3 | 2402138 | 36184 | 66.306 | LBJ2KYT3J6G8 | 813085254 |
| 68128933 | R3 | 2434879 | 36187 | 66.306 | WV21TFJGANU6 | 451476011 |
| 68128933 | HQ | 2476587 | 8455 | 66.306 | JQ5CBNJP8FU1 | 825509289 |
| 68128933 | R1 | 2503186 | 10202 | 66.306 | LVUJLK2GKHK7 | 42614458 |
| 68128933 | R1 | 2506613 | 10261 | 66.306 | FPD3JRJ61WJ2 | 42229839 |
| 68128933 | R1 | 2542000 | 10216 | 66.306 | L3ZZRRJAPRB1 | 237055674 |
| 68128933 | R1 | 2542035 | 10177 | 66.306 | JZN1YESH54G9 | 42487748 |
| 68128933 | R1 | 2551323 | 10512 | 66.306 | JF37EM7RLJM5 | 237221094 |
| 68128933 | R5 | 2622821 | 51222 | 66.306 | CCVJTJXCBBP4 | 200373503 |
| 68128933 | R5 | 2655504 | 50555 | 66.306 | EHEKYAG4LHC5 | 383259924 |
| 68128933 | R5 | 2715105 | 51240 | 66.306 | PK39HKBBC4A1 | 475090761 |
| 68128933 | R5 | 2742217 | 51067 | 66.306 | CKHGGKLQ9CR7 | 814740695 |
| 68128933 | R5 | 2756651 | 50982 | 66.306 | HR9USB2TYB36 | 452746481 |
| 68128933 | R4 | 2806298 | 41085 | 66.306 | JN2GLBYH11T3 | 113790429 |
| 68128933 | R4 | 2810450 | 41248 | 66.306 | ELCWEURZDPW9 | 821087260 |
| 68128933 | R7 | 2906468 | 70753 | 66.306 | GKD4LLNSZWS7 | 431610645 |
| 68128933 | R7 | 2932986 | 77950 | 66.306 | RG8QKBCH75A9 | 431901262 |
| 68128933 | R7 | 2954048 | 77953 | 66.306 | JJV4JMPHSGT8 | 271883334 |
| 68128933 | R9 | 3210569 | 91006 | 66.306 | PD17TB9DTM85 | 461141274 |
| 68128933 | R2 | 3429134 | 20648 | 66.306 | UDRJRENJZFN1 | 814338010 |
| 68128933 | R6 | 3533843 | 67183 | 66.306 | MK7DPGZBV139 | 331017279 |
| 68128933 | R6 | 3549522 | 67156 | 66.306 | XAAMM219L9D8 | 850383175 |

**J.A. 2388**

EPA_00000745

| | | | |
|---|---|---|---|
| Y | Suspended | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Suspended | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Liquidated | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Liquidated | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Suspended | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Liquidated | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Suspended | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |

EPA_00000746

EPA_00000747

EPA_00000748

**J.A. 2391**

| 5102J56001 | 51 | 02J56001 | Apply Temporary Suspension | Per OC Email dated 3/7/2025 |
| 5B96229424 | 5B | 96229424 | Apply Temporary Suspension | Per OC Email dated 3/7/2025 |
| 5196263224 | 51 | 96263224 | Apply Temporary Suspension | Per OC Email dated 3/7/2025 |
| 5B02F76801 | 5B | 02F76801 | Apply Temporary Suspension | Per OC Email dated 3/7/2025 |
| 5B02F50501 | 5B | 02F50501 | Apply Temporary Suspension | Per OC Email dated 3/7/2025 |
| 5B96263424 | 5B | 96263424 | Apply Temporary Suspension | Per OC Email dated 3/7/2025 |
| 5B96266600 | 5B | 96266600 | Apply Temporary Suspension | Per OC Email dated 3/7/2025 |
| 5196263724 | 51 | 96263724 | Apply Temporary Suspension | Per OC Email dated 3/7/2025 |
| 5B03D03424 | 5B | 03D03424 | Apply Temporary Suspension | Per OC Email dated 3/7/2025 |
| EC96873721 | EC | 96873721 | Apply Temporary Suspension | Per OC Email dated 3/7/2025 |
| 5B00E03624 | 5B | 00E03624 | Apply Temporary Suspension | Per OC Email dated 3/7/2025 |
| 5100E03856 | 51 | 00E03856 | Apply Temporary Suspension | Per OC Email dated 3/7/2025 |
| EC00E03084 | EC | 00E03084 | Apply Temporary Suspension | Per OC Email dated 3/7/2025 |
| 5B02J56601 | 5B | 02J56601 | Apply Temporary Suspension | Per OC Email dated 3/7/2025 |
| 5B02J56701 | 5B | 02J56701 | Apply Temporary Suspension | Per OC Email dated 3/7/2025 |
| 5B02J56501 | 5B | 02J56501 | Apply Temporary Suspension | Per OC Email dated 3/7/2025 |
| 5B95337201 | 5B | 95337201 | Apply Temporary Suspension | Per OC Email dated 3/7/2025 |
| 5B95334801 | 5B | 95334801 | Apply Temporary Suspension | Per OC Email dated 3/7/2025 |
| 5B95337401 | 5B | 95337401 | Apply Temporary Suspension | Per OC Email dated 3/7/2025 |
| EC84037901 | EC | 84037901 | Apply Temporary Suspension | Per OC Email dated 3/7/2025 |
| 5B95334701 | 5B | 95334701 | Apply Temporary Suspension | Per OC Email dated 3/7/2025 |
| EC00A00126 | EC | 00A00126 | Apply Temporary Suspension | Per OC Email dated 3/7/2025 |
| 5100A01314 | 51 | 00A01314 | Apply Temporary Suspension | Per OC Email dated 3/7/2025 |
| EC84037701 | EC | 84037701 | Apply Temporary Suspension | Per OC Email dated 3/7/2025 |
| 5103D03624 | 51 | 03D03624 | Apply Temporary Suspension | Per OC Email dated 3/7/2025 |
| EC84037601 | EC | 84037601 | Apply Temporary Suspension | Per OC Email dated 3/7/2025 |
| 5102F50401 | 51 | 02F50401 | Apply Temporary Suspension | Per OC Email dated 3/7/2025 |
| 5B02F50601 | 5B | 02F50601 | Apply Temporary Suspension | Per OC Email dated 3/7/2025 |
| EC95820512 | EC | 95820512 | Apply Temporary Suspension | Per OC Email dated 3/7/2025 |
| 5B95337301 | 5B | 95337301 | Apply Temporary Suspension | Per OC Email dated 3/7/2025 |
| 5100A01235 | 51 | 00A01235 | Apply Temporary Suspension | Per OC Email dated 3/7/2025 |
| 5100A01311 | 51 | 00A01311 | Apply Temporary Suspension | Per OC Email dated 3/7/2025 |
| 5100I43300 | 51 | 00I43300 | Apply Temporary Suspension | Per OC Email dated 3/7/2025 |
| EC02J03001 | EC | 02J03001 | Apply Temporary Suspension | Per OC Email dated 3/7/2025 |
| 5B02J56101 | 5B | 02J56101 | Apply Temporary Suspension | Per OC Email dated 3/7/2025 |
| 5B00E03648 | 5B | 00E03648 | Apply Temporary Suspension | Per OC Email dated 3/7/2025 |
| EC00E03085 | EC | 00E03085 | Apply Temporary Suspension | Per OC Email dated 3/7/2025 |
| 5198T89001 | 51 | 98T89001 | Apply Temporary Suspension | Per OC Email dated 3/7/2025 |
| EC96242022 | EC | 96242022 | Apply Temporary Suspension | Per OC Email dated 3/7/2025 |
| 5B96214124 | 5B | 96214124 | Apply Temporary Suspension | Per OC Email dated 3/7/2025 |
| EC96241922 | EC | 96241922 | Apply Temporary Suspension | Per OC Email dated 3/7/2025 |
| XJ98T65901 | XJ | 98T65901 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| XJ98T65901 | XJ | 98T65901 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| XJ98T65901 | XJ | 98T65901 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| XJ98T65901 | XJ | 98T65901 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| XJ98T65801 | XJ | 98T65801 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| XJ98T65801 | XJ | 98T65801 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| XJ98T65801 | XJ | 98T65801 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| XJ98T65801 | XJ | 98T65801 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |

EPA_00000749

| | | | | | | |
|---|---|---|---|---|---|---|
| 68128933 | R9 | 3602254 | 90826 | 66.306 | HN7CS4YNMBC4 | 237222333 |
| 68128933 | R2 | 3614100 | 20369 | 66.306 | MW8CCAHLLTN7 | 753001587 |
| 68128933 | R2 | 3614702 | 20662 | 66.306 | X4MYE8H3B4B9 | 463141885 |
| 68128933 | R6 | 3621789 | 61801 | 66.306 | VD9ST5ZPM5P4 | 131840489 |
| 68128933 | R6 | 3633674 | 67182 | 66.306 | ZWDKEFNQNKM5 | 364540146 |
| 68128933 | R2 | 3639450 | 20517 | 66.306 | HNEZN8HPK785 | 160984913 |
| 68128933 | R2 | 3642609 | 20642 | 66.306 | YNLVJT1234M5 | 133204618 |
| 68128933 | R2 | 3652055 | 20656 | 66.306 | NXPMX8AJH7U1 | 133724388 |
| 68128933 | R4 | 3739595 | 41247 | 66.306 | W7YGH485JJR3 | 570462653 |
| 68128933 | R8 | 3891789 | 80231 | 66.306 | WM1NHUZASLP6 | 450220519 |
| 68128933 | R5 | 3905403 | 51224 | 66.306 | DTK4DPA22C11 | 474108608 |
| 68128933 | HQ | 3910233 | E697 | 66.306 | LYLTAY7K4ZH9 | 311770299 |
| 68128933 | R5 | 3954126 | 50941 | 66.306 | PLJ8Y3BSHRM4 | 341571233 |
| 68128933 | R10 | 4103683 | X0847 | 66.306 | K83MCVLDYRG7 | 911826399 |
| 68128933 | R10 | 4144780 | X0857 | 66.306 | RK18MDHM4QR6 | 562431473 |
| 68128933 | R10 | 4151657 | X0791 | 66.306 | C16ARLN8FA16 | 743098100 |
| 68128933 | R3 | 4205325 | 30507 | 66.306 | YNM4HTNX5NK5 | 232910819 |
| 68128933 | R3 | 4229732 | 36100 | 66.306 | JV71JLXXSTJ5 | 232552707 |
| 68128933 | R3 | 4241278 | 30415 | 66.306 | RVABT5PL87J7 | 231683461 |
| 68128933 | R3 | 4252611 | 33478 | 66.306 | D3SLFNSLDQG1 | 222602113 |
| 68128933 | R3 | 4254115 | 36185 | 66.306 | NTL6FRF7XMM6 | 237393771 |
| 68128933 | R1 | 4405894 | 10496 | 66.306 | SAM832607803 | 800165934 |
| 68128933 | R1 | 4435266 | 10710 | 66.306 | L3UFK4FN46G9 | 473515841 |
| 68128933 | R4 | 4700905 | 41189 | 66.306 | G2DLTR2LLBG1 | 264436303 |
| 68128933 | R4 | 4729105 | 40950 | 66.306 | E7S2C4AKXS53 | 620951294 |
| 68128933 | R4 | 4729105 | 40950 | 66.306 | E7S2C4AKXS53 | 620951294 |
| 68128933 | R6 | 4828002 | 67185 | 66.306 | P54SAXB46GW1 | 200638718 |
| 68128933 | R6 | 4857812 | 67157 | 66.306 | CLFQV7S7ZLE8 | 742109039 |
| 68128933 | R8 | 4910812 | 80557 | 66.306 | VCNYCYGT6JZ5 | 841409393 |
| 68128933 | R3 | 5134116 | 36127 | 66.306 | YHCCVVNQUBX5 | 541757778 |
| 68128933 | R1 | 5136754 | 10803 | 66.306 | S8ZHQ9CRZFT3 | 204286082 |
| 68128933 | R5 | 5148576 | 50933 | 66.306 | THG1JDUEQKQ8 | 530242652 |
| 68128933 | R5 | 5156566 | 50260 | 66.306 | GEJMTLKRLVF4 | 530204616 |
| 68128933 | R10 | 5317577 | X0163 | 66.306 | NU9UAKLRDDP1 | 910557683 |
| 68128933 | R10 | 5357331 | X0763 | 66.306 | SCJCN3LPMCE7 | 911061350 |
| 68128933 | R5 | 5501484 | 51207 | 66.306 | PPK2JBFM1JF7 | 462396466 |
| 68128933 | R5 | 5540554 | 50007 | 66.306 | Y25QVLBJCLB6 | 391178897 |
| 68128933 | HQ | 6602373 | 8452 | 66.306 | WYNSKNG58JF5 | 851616385 |
| 68128933 | R2 | 7220321 | 20586 | 66.306 | XY3LGMKFP7M8 | 660895294 |
| 68128933 | R2 | 7232618 | 20637 | 66.306 | Y3L2J4N45124 | 812938272 |
| 68128933 | R2 | 7809110 | 20587 | 66.306 | GC98DWWUVCG4 | 660480131 |
| 68128933 | HQ | 0448408 | 0064 | 66.309 | ED44Y3W6P7B9 | 742652689 |
| 68128933 | HQ | 0448408 | 0064 | 66.309 | ED44Y3W6P7B9 | 742652689 |
| 68128933 | HQ | 0448408 | 0064 | 66.309 | ED44Y3W6P7B9 | 742652689 |
| 68128933 | HQ | 0448408 | 0064 | 66.309 | ED44Y3W6P7B9 | 742652689 |
| 68128933 | R9 | 0686058 | 90125 | 66.309 | H59JKGFZKHL7 | 956042721 |
| 68128933 | R9 | 0686058 | 90125 | 66.309 | H59JKGFZKHL7 | 956042721 |
| 68128933 | R9 | 0686058 | 90125 | 66.309 | H59JKGFZKHL7 | 956042721 |
| 68128933 | R9 | 0686058 | 90125 | 66.309 | H59JKGFZKHL7 | 956042721 |

**J.A. 2393**

|  |  | Y | Open | Suspended | 3/7/2025 |
|---|---|---|---|---|---|
|  |  | Y | Open | Suspended | 3/7/2025 |
|  |  | Y | Open | Suspended | 3/7/2025 |
|  |  | Y | Open | Suspended | 3/7/2025 |
|  |  | Y | Open | Suspended | 3/7/2025 |
|  |  | Y | Open | Suspended | 3/7/2025 |
|  |  | Y | Open | Suspended | 3/7/2025 |
|  |  | Y | Open | Suspended | 3/7/2025 |
|  |  | Y | Open | Suspended | 3/7/2025 |
|  |  | Y | Open | Suspended | 3/7/2025 |
|  |  | Y | Suspended | Suspended | 3/7/2025 |
|  |  | Y | Open | Suspended | 3/7/2025 |
|  |  | Y | Open | Suspended | 3/7/2025 |
|  |  | Y | Liquidated | Suspended | 3/7/2025 |
|  |  | Y | Suspended | Suspended | 3/7/2025 |
|  |  | Y | Open | Suspended | 3/7/2025 |
|  |  | Y | Open | Suspended | 3/7/2025 |
|  |  | Y | Open | Suspended | 3/7/2025 |
|  |  | Y | Suspended | Suspended | 3/7/2025 |
|  |  | Y | Open | Suspended | 3/7/2025 |
|  |  | Y | Open | Suspended | 3/7/2025 |
|  |  | Y | Open | Suspended | 3/7/2025 |
|  |  | Y | Suspended | Suspended | 3/7/2025 |
|  |  | Y | Open | Suspended | 3/7/2025 |
|  |  | Y | Open | Suspended | 3/7/2025 |
|  |  | Y | Open | Suspended | 3/7/2025 |
|  |  | Y | Suspended | Suspended | 3/7/2025 |
|  |  | Y | Open | Suspended | 3/7/2025 |
|  |  | Y | Suspended | Suspended | 3/7/2025 |
|  |  | Y | Liquidated | Suspended | 3/7/2025 |
|  |  | Y | Open | Suspended | 3/7/2025 |
|  |  | Y | Open | Suspended | 3/7/2025 |
|  |  | Y | Open | Suspended | 3/7/2025 |
|  |  | Y | Open | Suspended | 3/7/2025 |
|  |  | Y | Open | Suspended | 3/7/2025 |
|  |  | Y | Open | Suspended | 3/7/2025 |
|  |  | Y | Open | Suspended | 3/7/2025 |
|  |  | Y | Liquidated | Suspended | 3/7/2025 |
|  |  | Y | Open | Suspended | 3/7/2025 |
|  |  | Y | Open | Suspended | 3/7/2025 |
|  |  | Y | Open | Suspended | 3/7/2025 |
|  |  | Y | Open | Suspended | 3/7/2025 |
|  |  | Y | Open | Suspended | 3/7/2025 |
| 11EPMEJ |  | Y | Open | Suspended | 3/7/2025 |
| 11IIJAEJ |  | Y | Open | Suspended | 3/7/2025 |
| 11IRATA |  | Y | Open | Suspended | 3/7/2025 |
|  |  | Y | Suspended | Suspended | 3/7/2025 |
| 12EPMEJ |  | Y | Suspended | Suspended | 3/7/2025 |
| 12IIJAEJ |  | Y | Suspended | Suspended | 3/7/2025 |
| 12IRATA |  | Y | Suspended | Suspended | 3/7/2025 |

EPA_00000752

EPA_00000753

**J.A. 2396**

| | | | | |
|---|---|---|---|---|
| XJ00I24100 | XJ | 00I24100 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| XJ00A01452 | XJ | 00A01452 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| XJ00A01452 | XJ | 00A01452 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| XJ00A01452 | XJ | 00A01452 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| XJ00A01452 | XJ | 00A01452 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| XJ96230523 | XJ | 96230523 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| XJ96230523 | XJ | 96230523 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| XJ96230523 | XJ | 96230523 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| XJ96230523 | XJ | 96230523 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| XJ96230523 | XJ | 96230523 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| XJ95316401 | XJ | 95316401 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| XJ84060301A | XJ | 4060301A | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| XJ84060301A | XJ | 4060301A | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| XJ84060301A | XJ | 4060301A | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| XJ84061001 | XJ | 84061001 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| XJ84061001 | XJ | 84061001 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| XJ84061001 | XJ | 84061001 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| XJ84061001 | XJ | 84061001 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| XJ00E03396 | XJ | 00E03396 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| XJ00E03451 | XJ | 00E03451 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| XJ00E03451 | XJ | 00E03451 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| XJ00E03451 | XJ | 00E03451 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| XJ96701501 | XJ | 96701501 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| XJ96701501 | XJ | 96701501 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| XJ96701501 | XJ | 96701501 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| XJ13746681 | XJ | 13746681 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| XJ97796601 | XJ | 97796601 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| XJ00E03450 | XJ | 00E03450 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| XJ00E03450 | XJ | 00E03450 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| XJ00E03450 | XJ | 00E03450 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| XJ00E03450 | XJ | 00E03450 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| XJ02D48323 | XJ | 02D48323 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| XJ02D48523 | XJ | 02D48523 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| XJ96708901 | XJ | 96708901 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| XJ00I10501 | XJ | 00I10501 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| XJ00I10501 | XJ | 00I10501 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| XJ00I10501 | XJ | 00I10501 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| XJ00I10501 | XJ | 00I10501 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| XJ02F33801 | XJ | 02F33801 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| XJ02F33801 | XJ | 02F33801 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| XJ02F33801 | XJ | 02F33801 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| XJ02F33801 | XJ | 02F33801 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| XJ96230923 | XJ | 96230923 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| XJ96230923 | XJ | 96230923 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| XJ96230923 | XJ | 96230923 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| XJ96230923 | XJ | 96230923 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| XJ13746193A | XJ | 3746193A | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| XJ13746193A | XJ | 3746193A | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| XJ13746193A | XJ | 3746193A | Apply Temporary Suspension | Per OC email dated 3/7/2025 |

**J.A. 2397**

| | | | | | | |
|---|---|---|---|---|---|---|
| 68128933 | R8 | 0822522 | 80542 | 66.309 | M71EJ9MHSBD9 | 841353944 |
| 68128933 | R1 | 0989624 | 10150 | 66.309 | WNTPS995QBM7 | 060772160 |
| 68128933 | R1 | 0989624 | 10150 | 66.309 | WNTPS995QBM7 | 060772160 |
| 68128933 | R1 | 0989624 | 10150 | 66.309 | WNTPS995QBM7 | 060772160 |
| 68128933 | R1 | 0989624 | 10150 | 66.309 | WNTPS995QBM7 | 060772160 |
| 68128933 | R2 | 1102338 | 20334 | 66.309 | JSFAKPEEWFC3 | 660177776 |
| 68128933 | R2 | 1102338 | 20334 | 66.309 | JSFAKPEEWFC3 | 660177776 |
| 68128933 | R2 | 1102338 | 20334 | 66.309 | JSFAKPEEWFC3 | 660177776 |
| 68128933 | R2 | 1102338 | 20334 | 66.309 | JSFAKPEEWFC3 | 660177776 |
| 68128933 | R2 | 1102338 | 20334 | 66.309 | JSFAKPEEWFC3 | 660177776 |
| 68128933 | R3 | 1115136 | 36156 | 66.309 | STB5GKMCMN34 | 550420373 |
| 68128933 | HQ | 1115768 | 5032 | 66.309 | H3ETMB4KMWF3 | 362167755 |
| 68128933 | HQ | 1115768 | 5032 | 66.309 | H3ETMB4KMWF3 | 362167755 |
| 68128933 | HQ | 1115768 | 5032 | 66.309 | H3ETMB4KMWF3 | 362167755 |
| 68128933 | HQ | 1151053 | 8474 | 66.309 | NQHQXRTV66L5 | 237226316 |
| 68128933 | HQ | 1151053 | 8474 | 66.309 | NQHQXRTV66L5 | 237226316 |
| 68128933 | HQ | 1151053 | 8474 | 66.309 | NQHQXRTV66L5 | 237226316 |
| 68128933 | HQ | 1151053 | 8474 | 66.309 | NQHQXRTV66L5 | 237226316 |
| 68128933 | R5 | 1154288 | 51151 | 66.309 | D6MLK34UKWD5 | 381359083 |
| 68128933 | R5 | 1723693 | 51114 | 66.309 | SQF7TN2RHME5 | 452453557 |
| 68128933 | R5 | 1723693 | 51114 | 66.309 | SQF7TN2RHME5 | 452453557 |
| 68128933 | R5 | 1723693 | 51114 | 66.309 | SQF7TN2RHME5 | 452453557 |
| 68128933 | R7 | 2037168 | 77850 | 66.309 | JKKNZLNYLJ19 | 486029925 |
| 68128933 | R7 | 2037168 | 77850 | 66.309 | JKKNZLNYLJ19 | 486029925 |
| 68128933 | R7 | 2037168 | 77850 | 66.309 | JKKNZLNYLJ19 | 486029925 |
| 68128933 | HQ | 2240454 | 6291 | 66.309 | MVEKMLDNS5V5 | 562466977 |
| 68128933 | R8 | 2750212 | 80149 | 66.309 | KFB5MNRYQFA1 | 470611476 |
| 68128933 | R5 | 2795491 | 50931 | 66.309 | KABJZBBJ4B54 | 416007513 |
| 68128933 | R5 | 2795491 | 50931 | 66.309 | KABJZBBJ4B54 | 416007513 |
| 68128933 | R5 | 2795491 | 50931 | 66.309 | KABJZBBJ4B54 | 416007513 |
| 68128933 | R5 | 2795491 | 50931 | 66.309 | KABJZBBJ4B54 | 416007513 |
| 68128933 | R4 | 2865333 | 40025 | 66.309 | SAM790349864 | 646000507 |
| 68128933 | R4 | 2865333 | 40025 | 66.309 | SAM790349864 | 646000507 |
| 68128933 | R7 | 2906468 | 70753 | 66.309 | GKD4LLNSZWS7 | 431610645 |
| 68128933 | R8 | 3034514 | 80151 | 66.309 | EJ3UF7TK8RT5 | 816010045 |
| 68128933 | R8 | 3034514 | 80151 | 66.309 | EJ3UF7TK8RT5 | 816010045 |
| 68128933 | R8 | 3034514 | 80151 | 66.309 | EJ3UF7TK8RT5 | 816010045 |
| 68128933 | R8 | 3034514 | 80151 | 66.309 | EJ3UF7TK8RT5 | 816010045 |
| 68128933 | R6 | 3586435 | 66622 | 66.309 | J3M5GZAT8N85 | 856000401 |
| 68128933 | R6 | 3586435 | 66622 | 66.309 | J3M5GZAT8N85 | 856000401 |
| 68128933 | R6 | 3586435 | 66622 | 66.309 | J3M5GZAT8N85 | 856000401 |
| 68128933 | R6 | 3586435 | 66622 | 66.309 | J3M5GZAT8N85 | 856000401 |
| 68128933 | R2 | 3600180 | 20083 | 66.309 | PB8TKKTU3AG3 | 133800068 |
| 68128933 | R2 | 3600180 | 20083 | 66.309 | PB8TKKTU3AG3 | 133800068 |
| 68128933 | R2 | 3600180 | 20083 | 66.309 | PB8TKKTU3AG3 | 133800068 |
| 68128933 | R2 | 3600180 | 20083 | 66.309 | PB8TKKTU3AG3 | 133800068 |
| 68128933 | HQ | 3783895 | 0003 | 66.309 | JJHCMK4NT5N3 | 560686338 |
| 68128933 | HQ | 3783895 | 0003 | 66.309 | JJHCMK4NT5N3 | 560686338 |
| 68128933 | HQ | 3783895 | 0003 | 66.309 | JJHCMK4NT5N3 | 560686338 |

EPA_00000755

**J.A. 2398**

|  |  |  |  |  |
|---|---|---|---|---|
|  | Y | Open | Suspended | 3/7/2025 |
|  | Y | Open | Suspended | 3/7/2025 |
| 01EPMEJ | Y | Open | Suspended | 3/7/2025 |
| 01IIJAEJ | Y | Open | Suspended | 3/7/2025 |
| 01IRATA | Y | Open | Suspended | 3/7/2025 |
|  | Y | Open | Suspended | 3/7/2025 |
| 03EPMEJ | Y | Open | Suspended | 3/7/2025 |
| 03IIJAEJ | Y | Open | Suspended | 3/7/2025 |
| 03IRATA | Y | Open | Suspended | 3/7/2025 |
| NO SITE | Y | Open | Suspended | 3/7/2025 |
|  | Y | Liquidated | Suspended | 3/7/2025 |
|  | Y | Open | Suspended | 3/7/2025 |
| 15EPMEJ | Y | Open | Suspended | 3/7/2025 |
| 15IIJAEJ | Y | Open | Suspended | 3/7/2025 |
|  | Y | Open | Suspended | 3/7/2025 |
| 17EPMEJ | Y | Open | Suspended | 3/7/2025 |
| 17IIJAEJ | Y | Open | Suspended | 3/7/2025 |
| NO SITE | Y | Open | Suspended | 3/7/2025 |
|  | Y | Open | Suspended | 3/7/2025 |
|  | Y | Suspended | Suspended | 3/7/2025 |
| 07EPMEJ | Y | Suspended | Suspended | 3/7/2025 |
| 07IIJAEJ | Y | Suspended | Suspended | 3/7/2025 |
|  | Y | Suspended | Suspended | 3/7/2025 |
| 10EPMEJ | Y | Suspended | Suspended | 3/7/2025 |
| 10IIJAEJ | Y | Suspended | Suspended | 3/7/2025 |
|  | Y | Suspended | Suspended | 3/7/2025 |
|  | Y | Suspended | Suspended | 3/7/2025 |
|  | Y | Suspended | Suspended | 3/7/2025 |
| 08EPMEJ | Y | Suspended | Suspended | 3/7/2025 |
| 08IIJAEJ | Y | Suspended | Suspended | 3/7/2025 |
| 08IRATA | Y | Suspended | Suspended | 3/7/2025 |
|  | Y | Open | Suspended | 3/7/2025 |
|  | Y | Liquidated | Suspended | 3/7/2025 |
|  | Y | Suspended | Suspended | 3/7/2025 |
|  | Y | Suspended | Suspended | 3/7/2025 |
| 18EPMEJ | Y | Suspended | Suspended | 3/7/2025 |
| 18IIJAEJ | Y | Suspended | Suspended | 3/7/2025 |
| 18IRATA | Y | Suspended | Suspended | 3/7/2025 |
|  | Y | Open | Suspended | 3/7/2025 |
| 09EPMEJ | Y | Open | Suspended | 3/7/2025 |
| 09IIJAEJ | Y | Open | Suspended | 3/7/2025 |
| 09IRATA | Y | Open | Suspended | 3/7/2025 |
|  | Y | Open | Suspended | 3/7/2025 |
| 02EPMEJ | Y | Open | Suspended | 3/7/2025 |
| 02IIJAEJ | Y | Open | Suspended | 3/7/2025 |
| 02IRATA | Y | Open | Suspended | 3/7/2025 |
|  | Y | Open | Suspended | 3/7/2025 |
| 06EPMEJ | Y | Open | Suspended | 3/7/2025 |
| 06IIJAEJ | Y | Open | Suspended | 3/7/2025 |

EPA_00000756

**J.A. 2399**

EPA_00000757

EPA_00000758

| | | | | |
|---|---|---|---|---|
| XJ13746193A | XJ | 3746193A | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| XJ84113601 | XJ | 84113601 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| XJ02J28701A | XJ | 2J28701A | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| XJ02J28701A | XJ | 2J28701A | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| XJ02J28701A | XJ | 2J28701A | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| XJ84061101 | XJ | 84061101 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| XJ84061101 | XJ | 84061101 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| XJ84061101 | XJ | 84061101 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| XJ95314201 | XJ | 95314201 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| XJ95314201A | XJ | 5314201A | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| XJ95314201A | XJ | 5314201A | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| XJ95314201A | XJ | 5314201A | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| XJ02J28601A | XJ | 2J28601A | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| XJ02J28601A | XJ | 2J28601A | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| XJ02J28601A | XJ | 2J28601A | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| XJ02J28601A | XJ | 2J28601A | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5C03D03724 | 5C | 03D03724 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| AJ84032601 | AJ | 84032601 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| AJ98T29901 | AJ | 98T29901 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5298T90401 | 52 | 98T90401 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5C98T90501 | 5C | 98T90501 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| AJ98T89901 | AJ | 98T89901 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5C98T90301 | 5C | 98T90301 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| AJ98T29801 | AJ | 98T29801 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| AJ98T91401 | AJ | 98T91401 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5297T22501 | 52 | 97T22501 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5C98T90001 | 5C | 98T90001 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5C98T89601 | 5C | 98T89601 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5C98T90601 | 5C | 98T90601 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5200I53000 | 52 | 00I53000 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| AJ00I51800 | AJ | 00I51800 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| AJ84032701 | AJ | 84032701 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5200A01441 | 52 | 00A01441 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| AJ00A01438 | AJ | 00A01438 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5C95336201 | 5C | 95336201 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5C98T91601 | 5C | 98T91601 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5298T89301 | 52 | 98T89301 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5C95336801 | 5C | 95336801 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| AJ84032401 | AJ | 84032401 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5C98T90201 | 5C | 98T90201 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| AJ96263800 | AJ | 96263800 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| AK00A01275 | AK | 00A01275 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| AJ98T29401 | AJ | 98T29401 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5296263923 | 52 | 96263923 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5C02F52401 | 5C | 02F52401 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| AJ02F05001 | AJ | 02F05001 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5202F52201 | 52 | 02F52201 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5202J57501 | 52 | 02J57501 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |

**J.A. 2402**

EPA_00000759

| | | | | | | |
|---|---|---|---|---|---|---|
| 68128933 | HQ | 3783895 | 0003 | 66.309 | JJHCMK4NT5N3 | 560686338 |
| 68128933 | HQ | 3783895 | 0003 | 66.309 | JJHCMK4NT5N3 | 560686338 |
| 68128933 | R10 | 4108296 | X0808 | 66.309 | MN5SKK48HCE3 | 331103430 |
| 68128933 | R10 | 4108296 | X0808 | 66.309 | MN5SKK48HCE3 | 331103430 |
| 68128933 | R10 | 4108296 | X0808 | 66.309 | MN5SKK48HCE3 | 331103430 |
| 68128933 | R10 | 4108296 | X0808 | 66.309 | MN5SKK48HCE3 | 331103430 |
| 68128933 | HQ | 5034992 | 8473 | 66.309 | J1DEYVM9BXE8 | 223098727 |
| 68128933 | HQ | 5034992 | 8473 | 66.309 | J1DEYVM9BXE8 | 223098727 |
| 68128933 | HQ | 5034992 | 8473 | 66.309 | J1DEYVM9BXE8 | 223098727 |
| 68128933 | R5 | 5156566 | 50260 | 66.309 | GEJMTLKRLVF4 | 530204616 |
| 68128933 | R5 | 5156566 | 50260 | 66.309 | GEJMTLKRLVF4 | 530204616 |
| 68128933 | R5 | 5156566 | 50260 | 66.309 | GEJMTLKRLVF4 | 530204616 |
| 68128933 | R5 | 5156566 | 50260 | 66.309 | GEJMTLKRLVF4 | 530204616 |
| 68128933 | HQ | 5329611 | 0013 | 66.309 | NFJ3CMQ4B418 | 916001537 |
| 68128933 | HQ | 5329611 | 0013 | 66.309 | NFJ3CMQ4B418 | 916001537 |
| 68128933 | HQ | 5329611 | 0013 | 66.309 | NFJ3CMQ4B418 | 916001537 |
| 68128933 | HQ | 5329611 | 0013 | 66.309 | NFJ3CMQ4B418 | 916001537 |
| 68128933 | R4 | 0120977 | 41340 | 66.312 | YYSPW27USHN7 | 636001641 |
| 68128933 | R4 | 0130372 | 40114 | 66.312 | QEJLN2QTSEZ5 | 636000619 |
| 68128933 | R9 | 0414484 | 90205 | 66.312 | CBVGALEXQ8K3 | 860044545 |
| 68128933 | R9 | 0455494 | 90541 | 66.312 | XMMUMPKTLVQ3 | 866000244 |
| 68128933 | R9 | 0617163 | 90811 | 66.312 | ZLJUW5L9K685 | 956000927 |
| 68128933 | R9 | 0618699 | 90877 | 66.312 | G6Y2ZAMJJRA9 | 680281364 |
| 68128933 | R9 | 0620868 | 90968 | 66.312 | WJW5W9S9NG84 | 946000540 |
| 68128933 | R9 | 0623512 | 90011 | 66.312 | KGFWQGLX4RT5 | 953099419 |
| 68128933 | R9 | 0645567 | 90018 | 66.312 | KD2JSY6LNMW7 | 743204993 |
| 68128933 | R9 | 0645583 | 90048 | 66.312 | QUA4AULJ8FM3 | 946000419 |
| 68128933 | R9 | 0656025 | 90106 | 66.312 | L1VNE4M2D1T6 | 770262563 |
| 68128933 | R9 | 0658561 | 90147 | 66.312 | MYM4VNNBN6T9 | 946000417 |
| 68128933 | R9 | 0659258 | 90028 | 66.312 | Z8GVLFKJEMK6 | 330488415 |
| 68128933 | R8 | 0834716 | 80565 | 66.312 | JHZYLXQAKY33 | 846000580 |
| 68128933 | R8 | 0874976 | 80011 | 66.312 | Y3WEW9MQ6NH5 | 840644739 |
| 68128933 | R1 | 0933081 | 10515 | 66.312 | VARNK7P9MJQ1 | 066001870 |
| 68128933 | R1 | 0951054 | 10058 | 66.312 | K8WBCLJ9DVD8 | 066001876 |
| 68128933 | R1 | 0982649 | 10109 | 66.312 | VZA5GCYZBJA7 | 861154163 |
| 68128933 | R3 | 1102506 | 30496 | 66.312 | K3LGS8BABNH9 | 236003047 |
| 68128933 | R9 | 1103509 | 90238 | 66.312 | TUXMSL1SJME5 | 680330511 |
| 68128933 | R9 | 1105901 | 90880 | 66.312 | C8EKKJK67XB1 | 866000444 |
| 68128933 | HQ | 1110373 | 9997 | 66.312 | JJ4HYFQTAG24 | 526000769 |
| 68128933 | HQ | 1110373 | 9997 | 66.312 | JJ4HYFQTAG24 | 526000769 |
| 68128933 | R9 | 1114301 | 90343 | 66.312 | D4W7SB9CF8G4 | 996001257 |
| 68128933 | R2 | 1116218 | 20661 | 66.312 | WLNYVLMWZ9V6 | 141675062 |
| 68128933 | R1 | 1120199 | 10137 | 66.312 | YLQARK22FMQ1 | 036000264 |
| 68128933 | R9 | 1122256 | 90080 | 66.312 | NNB4LKMQFQN5 | 970000676 |
| 68128933 | R2 | 1125084 | 20503 | 66.312 | RVYLKHSZMG87 | 166002545 |
| 68128933 | R6 | 1126931 | 66665 | 66.312 | XP53F2W6RLF4 | 756000508 |
| 68128933 | R6 | 1126931 | 66665 | 66.312 | XP53F2W6RLF4 | 756000508 |
| 68128933 | R6 | 1130795 | 66955 | 66.312 | GULQZBMP2SR3 | 746001164 |
| 68128933 | R10 | 1139500 | X0576 | 66.312 | DZRHDJDP41A4 | 936002309 |

**J.A. 2403**

| | | | | |
|---|---|---|---|---|
| 06IRATA | Y | Open | Suspended | 3/7/2025 |
| | Y | Open | Suspended | 3/7/2025 |
| | Y | Open | Suspended | 3/7/2025 |
| 13EPMEJ | Y | Open | Suspended | 3/7/2025 |
| 13IIJAEJ | Y | Open | Suspended | 3/7/2025 |
| 13IRATA | Y | Open | Suspended | 3/7/2025 |
| | Y | Suspended | Suspended | 3/7/2025 |
| 16EPMEJ | Y | Suspended | Suspended | 3/7/2025 |
| 16IIJAEJ | Y | Suspended | Suspended | 3/7/2025 |
| | Y | Suspended | Suspended | 3/7/2025 |
| | Y | Suspended | Suspended | 3/7/2025 |
| 04EPMEJ | Y | Suspended | Suspended | 3/7/2025 |
| 04IIJAEJ | Y | Suspended | Suspended | 3/7/2025 |
| | Y | Open | Suspended | 3/7/2025 |
| 14EPMEJ | Y | Open | Suspended | 3/7/2025 |
| 14IIJAEJ | Y | Open | Suspended | 3/7/2025 |
| 14IRATA | Y | Open | Suspended | 3/7/2025 |
| | Y | Open | Suspended | 3/7/2025 |
| | Y | Open | Suspended | 3/7/2025 |
| | Y | Open | Suspended | 3/7/2025 |
| | Y | Open | Suspended | 3/7/2025 |
| | Y | Open | Suspended | 3/7/2025 |
| | Y | Open | Suspended | 3/7/2025 |
| | Y | Open | Suspended | 3/7/2025 |
| | Y | Open | Suspended | 3/7/2025 |
| | Y | Open | Suspended | 3/7/2025 |
| | Y | Open | Suspended | 3/7/2025 |
| | Y | Open | Suspended | 3/7/2025 |
| | Y | Open | Suspended | 3/7/2025 |
| | Y | Open | Suspended | 3/7/2025 |
| | Y | Open | Suspended | 3/7/2025 |
| | Y | Suspended | Suspended | 3/7/2025 |
| | Y | Open | Suspended | 3/7/2025 |
| | Y | Open | Suspended | 3/7/2025 |
| | Y | Open | Suspended | 3/7/2025 |
| | Y | Open | Suspended | 3/7/2025 |
| | Y | Open | Suspended | 3/7/2025 |
| | Y | Open | Suspended | 3/7/2025 |
| | Y | Open | Suspended | 3/7/2025 |
| | Y | Open | Suspended | 3/7/2025 |
| | Y | Open | Suspended | 3/7/2025 |
| | Y | Suspended | Suspended | 3/7/2025 |
| | Y | Open | Suspended | 3/7/2025 |
| | Y | Open | Suspended | 3/7/2025 |
| | Y | Suspended | Suspended | 3/7/2025 |
| | Y | Open | Suspended | 3/7/2025 |
| | Y | Open | Suspended | 3/7/2025 |

**J.A. 2404**

EPA_00000761

EPA_00000762

EPA_00000763

J.A. 2406

| | | | | |
|---|---|---|---|---|
| 5C00A01183 | 5C | 00A01183 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5C00E03635 | 5C | 00E03635 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5296264123 | 52 | 96264123 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5200A01439 | 52 | 00A01439 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5C02J57701 | 5C | 02J57701 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| AJ84034201 | AJ | 84034201 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5298T89701 | 52 | 98T89701 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| AJ02F64501 | AJ | 02F64501 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5C95337501 | 5C | 95337501 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5200A01440 | 52 | 00A01440 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| AJ84034101 | AJ | 84034101 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5203D03924 | 52 | 03D03924 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5203D03824 | 52 | 03D03824 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5C00E03632 | 5C | 00E03632 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| AJ96712201 | AJ | 96712201 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| AJ96711601 | AJ | 96711601 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5C03D04124 | 5C | 03D04124 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| AK02F51601 | AK | 02F51601 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| AJ02F64601 | AJ | 02F64601 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| AJ02F52101 | AJ | 02F52101 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5200A01184 | 52 | 00A01184 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5295336701 | 52 | 95336701 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| AJ95336901 | AJ | 95336901 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| AK00A01236 | AK | 00A01236 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5200A01505 | 52 | 00A01505 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5C00E03636 | 5C | 00E03636 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| AK00E03633 | AK | 00E03633 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| AJ00E03637 | AJ | 00E03637 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5200E03854 | 52 | 00E03854 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5296712501 | 52 | 96712501 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| AJ00I52600 | AJ | 00I52600 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5C00I52500 | 5C | 00I52500 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5200I39300 | 52 | 00I39300 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5C96263900 | 5C | 96263900 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| AJ96263100 | AJ | 96263100 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| AJ02F51701 | AJ | 02F51701 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5C02F66601 | 5C | 02F66601 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5296263324 | 52 | 96263324 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5296267200 | 52 | 96267200 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| AJ03D04224 | AJ | 03D04224 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| AK00I52700 | AK | 00I52700 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5200E03859 | 52 | 00E03859 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5C00E03638 | 5C | 00E03638 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5C02F51801 | 5C | 02F51801 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5202J57901 | 52 | 02J57901 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5295337801 | 52 | 95337801 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| AJ95337701 | AJ | 95337701 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5295337601 | 52 | 95337601 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| AJ00A01316 | AJ | 00A01316 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |

**J.A. 2407**

| | | | | | | |
|---|---|---|---|---|---|---|
| 68128933 | R1 | 1141143 | 10472 | 66.312 | ZTHDKAP8QF68 | 010238864 |
| 68128933 | R5 | 1142026 | 51101 | 66.312 | R9C4BRD4M7L9 | 386004534 |
| 68128933 | R2 | 1142302 | 20229 | 66.312 | LWEPJ7NVFHN3 | 226002013 |
| 68128933 | R1 | 1146860 | 10740 | 66.312 | VF8HWQF5HSN3 | 066001900 |
| 68128933 | R10 | 1149231 | X0312 | 66.312 | TS2LXAN2W8A8 | 916001327 |
| 68128933 | HQ | 1149614 | 9996 | 66.312 | DTQNBHNCNXR3 | 956001623 |
| 68128933 | R9 | 1150634 | 90317 | 66.312 | KJNSFMC9KVD5 | 946000410 |
| 68128933 | R6 | 1150806 | 67029 | 66.312 | L8BLBPA7ULU3 | 300636591 |
| 68128933 | R3 | 1151488 | 33533 | 66.312 | V9LLM9AGRPB7 | 546001123 |
| 68128933 | R1 | 1152751 | 10035 | 66.312 | VFZDTXQ1PN97 | 066001865 |
| 68128933 | R3 | 1159232 | 30122 | 66.312 | FE9RNTYNNKN9 | 536001131 |
| 68128933 | R4 | 1261658 | 40836 | 66.312 | XL2DNFMPCR44 | 596000785 |
| 68128933 | R4 | 1386710 | 41152 | 66.312 | GTSVKSQ2ABM7 | 586000660 |
| 68128933 | R5 | 1811152 | 51228 | 66.312 | D4KPLDN722A5 | 356001255 |
| 68128933 | R7 | 1949139 | 77969 | 66.312 | PVYGD5Y8RN98 | 922490034 |
| 68128933 | R7 | 2038244 | 70719 | 66.312 | CGSTLVM57LM5 | 481124839 |
| 68128933 | R4 | 2116386 | 40339 | 66.312 | XTABXRBBAUB1 | 320049006 |
| 68128933 | R6 | 2225772 | 60612 | 66.312 | L2GPNJZBM283 | 726000821 |
| 68128933 | R6 | 2239352 | 67108 | 66.312 | DWLZBXDH3JB5 | 726000174 |
| 68128933 | R6 | 2246203 | 60626 | 66.312 | SAM782180814 | 720999270 |
| 68128933 | R1 | 2336998 | 10129 | 66.312 | YTQFYCMM1L71 | 010327623 |
| 68128933 | R3 | 2405821 | 36180 | 66.312 | K9VMLKYJNYP7 | 526000943 |
| 68128933 | R3 | 2436431 | 30347 | 66.312 | S734YDNLSHW5 | 526002033 |
| 68128933 | R1 | 2503273 | 10158 | 66.312 | DLKMR1QVDX34 | 046002284 |
| 68128933 | R1 | 2526524 | 10339 | 66.312 | LJDLU7EA4SK1 | 046001380 |
| 68128933 | R5 | 2645101 | 50017 | 66.312 | G2XMHBJCHKX5 | 386004611 |
| 68128933 | R5 | 2729640 | 50298 | 66.312 | ZXWAV8U3K5E4 | 411231069 |
| 68128933 | HQ | 2788642 | 2035 | 66.312 | W6J6NATNK6J5 | 416007162 |
| 68128933 | R5 | 2798408 | 50211 | 66.312 | EBFFR37CPL55 | 411242052 |
| 68128933 | R7 | 2912220 | 70779 | 66.312 | JY2DYJXPQW56 | 446000201 |
| 68128933 | R8 | 3012594 | 80013 | 66.312 | FYMGBG7NQDL1 | 810302402 |
| 68128933 | R8 | 3021341 | 80150 | 66.312 | Q6BNN4XM3LR5 | 816001397 |
| 68128933 | R8 | 3051601 | 80017 | 66.312 | C7XULC6EFUF8 | 810230409 |
| 68128933 | R2 | 3409104 | 20231 | 66.312 | JGDDJDL5BM13 | 226002138 |
| 68128933 | R2 | 3455702 | 20047 | 66.312 | JNJDJ2KAZ1J8 | 216000928 |
| 68128933 | R6 | 3521853 | 60610 | 66.312 | MR1AJKF3QMF3 | 856000565 |
| 68128933 | R6 | 3564393 | 66723 | 66.312 | LCAEDR3912Z7 | 850194331 |
| 68128933 | HQ | 3605480 | 6180 | 66.312 | XKJ3F8WKV2L3 | 136400434 |
| 68128933 | R2 | 3606864 | 20021 | 66.312 | CU87RABY53C9 | 166002551 |
| 68128933 | R4 | 3769370 | 40166 | 66.312 | DKT3LLBWFVL3 | 561636462 |
| 68128933 | R8 | 3845909 | 80535 | 66.312 | ZP9KYB67ZB46 | 450309764 |
| 68128933 | R5 | 3912256 | 51268 | 66.312 | V1C7G99ZDBK9 | 346000817 |
| 68128933 | R5 | 3934169 | 50141 | 66.312 | YJ4YYX15J6S3 | 346000817 |
| 68128933 | R6 | 4082033 | 60662 | 66.312 | KS8HLVMJEMW9 | 731374986 |
| 68128933 | R10 | 4104986 | X0220 | 66.312 | DUAWJMRJC4J5 | 930575930 |
| 68128933 | R3 | 4200962 | 30315 | 66.312 | R5ADCHWAMSF3 | 256001017 |
| 68128933 | R3 | 4266772 | 30310 | 66.312 | EKG3AF5KYJM3 | 232632825 |
| 68128933 | R3 | 4279440 | 33508 | 66.312 | VZB5L48T76C3 | 256000866 |
| 68128933 | R1 | 4432682 | 10110 | 66.312 | EB27G6BK8813 | 056000522 |

**J.A. 2408**

| | | | |
|---|---|---|---|
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Suspended | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |

EPA_00000767

EPA_00000768

**J.A. 2411**

| AK00A01317 | AK | 00A01317 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| AJ03D04324 | AJ | 03D04324 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| AJ01D19220 | AJ | 01D19220 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5203D04424 | 52 | 03D04424 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5200I52800 | 52 | 00I52800 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| AK00I52900 | AK | 00I52900 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5C00A01276 | 5C | 00A01276 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5C95336301 | 5C | 95336301 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| AJ84032801 | AJ | 84032801 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5C02J58001 | 5C | 02J58001 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5202J57401 | 52 | 02J57401 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5202J58201 | 52 | 02J58201 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5202J58301 | 52 | 02J58301 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| AJ02J57601 | AJ | 02J57601 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5C02J57801 | 5C | 02J57801 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5202J58101 | 52 | 02J58101 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| AJ95336401 | AJ | 95336401 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| AJ00E03804 | AJ | 00E03804 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5C00E03634 | 5C | 00E03634 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| AK96213824 | AK | 96213824 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| EQ02D23222 | EQ | 02D23222 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| EQ02D22522 | EQ | 02D22522 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| EQ02J07001 | EQ | 02J07001 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| EQ98T36301 | EQ | 98T36301 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| EQ00A00598 | EQ | 00A00598 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| EQ00A00600 | EQ | 00A00600 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| EQ00A00446 | EQ | 00A00446 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| EQ96239900 | EQ | 96239900 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| EQ02F06301 | EQ | 02F06301 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| EQ02D22822 | EQ | 02D22822 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| EQ84043201 | EQ | 84043201 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| EQ00A00657 | EQ | 00A00657 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| EQ00E02284 | EQ | 00E02284 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| EQ02D23022 | EQ | 02D23022 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| EQ96240922 | EQ | 96240922 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| EQ84050101 | EQ | 84050101 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| EQ84050201 | EQ | 84050201 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5I84097701 | 5I | 84097701 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| ED00E03650 | ED | 00E03650 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| EI00A01114 | EI | 00A01114 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| EL00A01114 | EL | 00A01114 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| ED02F59601 | ED | 02F59601 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5N98T97501 | 5N | 98T97501 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5N98T97502 | 5N | 98T97502 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5N95341301 | 5N | 95341301 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5N95341401 | 5N | 95341401 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5N00A01511 | 5N | 00A01511 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5N00A01512 | 5N | 00A01512 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5N00I50001 | 5N | 00I50001 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |

EPA_00000769

**J.A. 2412**

| | | | | | | |
|---|---|---|---|---|---|---|
| 68128933 | R1 | 4471279 | 10122 | 66.312 | SAM056000928 | 145310553 |
| 68128933 | R4 | 4519238 | 41339 | 66.312 | X2ASXL5BTW76 | 576000286 |
| 68128933 | R4 | 4531579 | 40197 | 66.312 | JNZSNC4MUMS7 | 576000286 |
| 68128933 | R4 | 4739207 | 40388 | 66.312 | LSWERD3XLNU8 | 626000361 |
| 68128933 | R8 | 4939479 | 80589 | 66.312 | MNPWR5DPZSS9 | 831857224 |
| 68128933 | R8 | 4942110 | 80026 | 66.312 | KDJVMNXWZGM5 | 876000545 |
| 68128933 | R1 | 5055470 | 10228 | 66.312 | JGR6DML1D7L7 | 030223756 |
| 68128933 | R3 | 5103044 | 30502 | 66.312 | HZHJJ899LLU5 | 546001102 |
| 68128933 | R3 | 5112708 | 30359 | 66.312 | LWLXBA1A6NJ9 | 541661753 |
| 68128933 | R10 | 5302690 | X0797 | 66.312 | GQLWQNMFUJJ5 | 916001297 |
| 68128933 | R10 | 5308794 | X0843 | 66.312 | WLJSUMEQLCM8 | 910911235 |
| 68128933 | R10 | 5334150 | X0768 | 66.312 | W6NPEWVQF2F5 | 916031478 |
| 68128933 | R10 | 5348062 | X0503 | 66.312 | KTERSDJ44S58 | 916001553 |
| 68128933 | R10 | 5348960 | X0073 | 66.312 | C16SP2HBR123 | 911444603 |
| 68128933 | R10 | 5354520 | X0346 | 66.312 | WMPEAUW2YS89 | 911488160 |
| 68128933 | R10 | 5380240 | X0355 | 66.312 | ELUVLMGA6RD1 | 910557816 |
| 68128933 | R3 | 5447919 | 30316 | 66.312 | ZTCPELFB6M84 | 556000769 |
| 68128933 | R5 | 5547460 | 50396 | 66.312 | T8MYF3NHDDN6 | 396006436 |
| 68128933 | R5 | 5560624 | 50084 | 66.312 | JYGKV746MNG2 | 396005532 |
| 68128933 | R2 | 7214432 | 20643 | 66.312 | GWDRGSKN9JX5 | 660433537 |
| 68128933 | R4 | 0106409 | 41245 | 66.604 | E55BXPWDAM15 | 861585197 |
| 68128933 | R4 | 0135434 | 41283 | 66.604 | HZMJEKASHBQ7 | 270354485 |
| 68128933 | R10 | 0236437 | X0384 | 66.604 | UDYDUTE6LU94 | 920170735 |
| 68128933 | R9 | 0654661 | 90899 | 66.604 | UR5ECKS6A1T6 | 202384563 |
| 68128933 | R1 | 0900057 | 10729 | 66.604 | M1CJUT25E5T4 | 061331831 |
| 68128933 | R1 | 0911112 | 10730 | 66.604 | UXECMJXDSZN6 | 061414605 |
| 68128933 | R1 | 0954491 | 10223 | 66.604 | L417PL3QSSA5 | 061343983 |
| 68128933 | R2 | 1110619 | 20579 | 66.604 | W85WGJRUAL13 | 134006535 |
| 68128933 | R6 | 1117043 | 66726 | 66.604 | CB3DRTHJK6A3 | 721488935 |
| 68128933 | R4 | 1125853 | 41301 | 66.604 | C9E9JJEWAMS8 | 834631016 |
| 68128933 | HQ | 1158493 | 8461 | 66.604 | CCUBRANTM214 | 990326180 |
| 68128933 | R1 | 2300545 | 10134 | 66.604 | CNEPNDCBL877 | 010338717 |
| 68128933 | R5 | 2626710 | 51021 | 66.604 | J3KLHAMRJNJ4 | 263936253 |
| 68128933 | R4 | 2840002 | 41291 | 66.604 | EF69WGHLGA16 | 461557870 |
| 68128933 | R2 | 3608561 | 20588 | 66.604 | QLEHVN9NNQR1 | 133706442 |
| 68128933 | R2 | 3616477 | 20611 | 66.604 | E98FF3GCHCP1 | 161007650 |
| 68128933 | R6 | 4082033 | 60662 | 66.604 | KS8HLVMJEMW9 | 731374986 |
| 68128933 | HQ | 1115571 | 8166 | 66.614 | GU69H9VJSSP1 | 943302410 |
| 68128933 | R5 | 1710751 | 51205 | 66.614 | GEHWVW55JVF5 | 371372155 |
| 68128933 | R1 | 2540793 | 10725 | 66.614 | RMM2LF6WMJN7 | 812718273 |
| 68128933 | R1 | 2540793 | 10725 | 66.614 | RMM2LF6WMJN7 | 812718273 |
| 68128933 | R6 | 4832741 | 60725 | 66.614 | QQB3Q8Q7JE84 | 464368352 |
| 68128933 | R1 | 0615290 | 10566 | 66.615 | VCAASEEZRM59 | 954116679 |
| 68128933 | R1 | 0615290 | 10566 | 66.615 | VCAASEEZRM59 | 954116679 |
| 68128933 | R3 | 2452459 | 33743 | 66.615 | HYQKKGCH7XZ5 | 521786577 |
| 68128933 | R3 | 2452459 | 33743 | 66.615 | HYQKKGCH7XZ5 | 521786577 |
| 68128933 | R1 | 2506613 | 10261 | 66.615 | FPD3JRJ61WJ2 | 042229839 |
| 68128933 | R1 | 2506613 | 10261 | 66.615 | FPD3JRJ61WJ2 | 042229839 |
| 68128933 | R1 | 2510146 | 10489 | 66.615 | LKTNULLR6FL6 | 042679824 |

**J.A. 2413**

| | | | |
|---|---|---|---|
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Liquidated | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Liquidated | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Suspended | Suspended | 3/7/2025 |
| Y | Liquidated | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Suspended | Suspended | 3/7/2025 |
| Y | Liquidated | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Suspended | Suspended | 3/7/2025 |
| Y | Suspended | Suspended | 3/7/2025 |
| Y | Liquidated | Suspended | 3/7/2025 |
| Y | Suspended | Suspended | 3/7/2025 |
| Y | Liquidated | Suspended | 3/7/2025 |
| Y | Suspended | Suspended | 3/7/2025 |
| Y | Liquidated | Suspended | 3/7/2025 |
| Y | Liquidated | Suspended | 3/7/2025 |
| Y | Liquidated | Suspended | 3/7/2025 |
| Y | Liquidated | Suspended | 3/7/2025 |
| Y | Suspended | Suspended | 3/7/2025 |
| Y | Liquidated | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Suspended | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |

**J.A. 2414**

EPA_00000771

EPA_00000772

**J.A. 2415**

EPA_00000773

**J.A. 2416**

| | | | | |
|---|---|---|---|---|
| 5N00I50002 | 5N | 00I50002 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5N00E03682 | 5N | 00E03682 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5N01E03682 | 5N | 01E03682 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5N96265601 | 5N | 96265601 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5N96265602 | 5N | 96265602 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5N84084101 | 5N | 84084101 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5N84084201 | 5N | 84084201 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5N02F5550A | 5N | 02F5550A | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5N02F5550B | 5N | 02F5550B | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5N84082001 | 5N | 84082001 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5N84082901 | 5N | 84082901 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5N02J63801 | 5N | 02J63801 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5N02J63901 | 5N | 02J63901 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5F03D33625 | 5F | 03D33625 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5F02J91901 | 5F | 02J91901 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5F02J95601 | 5F | 02J95601 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5F02J91801 | 5F | 02J91801 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5F02J95201 | 5F | 02J95201 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5F02J92801 | 5F | 02J92801 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5F02J95501 | 5F | 02J95501 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5F02J88401 | 5F | 02J88401 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5F97T24701 | 5F | 97T24701 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5F96272800 | 5F | 96272800 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5F97T18001 | 5F | 97T18001 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5F97T31701 | 5F | 97T31701 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5F97T24601 | 5F | 97T24601 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5F97T28201 | 5F | 97T28201 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5F97T17601 | 5F | 97T17601 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5F97T28901 | 5F | 97T28901 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5F97T18301 | 5F | 97T18301 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5F97T18101 | 5F | 97T18101 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5F97T28301 | 5F | 97T28301 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5F97T32001 | 5F | 97T32001 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5F97T28701 | 5F | 97T28701 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5F97T24301 | 5F | 97T24301 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5F97T28501 | 5F | 97T28501 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5F7T17801 | 5F | 97T17801 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5F97T17901 | 5F | 97T17901 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5F97T17701 | 5F | 97T17701 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5F00I40400 | 5F | 00I40400 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5F00A01479 | 5F | 00A01479 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5F02F74301 | 5F | 02F74301 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5F96275325 | 5F | 96275325 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5F02F65701 | 5F | 02F65701 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5F03D30524 | 5F | 03D30524 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5F00E04057 | 5F | 00E04057 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5F953A0021 | 5F | 953A0021 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5F02J91701 | 5F | 02J91701 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5F97T28801 | 5F | 97T28801 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |

**J.A. 2417**

EPA_00000774

| | | | | | | |
|---|---|---|---|---|---|---|
| 68128933 | R1 | 2510146 | 10489 | 66.615 | LKTNULLR6FL6 | 042679824 |
| 68128933 | R5 | 2724154 | 51232 | 66.615 | FVP7MYH59L76 | 416029402 |
| 68128933 | R5 | 2724154 | 51232 | 66.615 | FVP7MYH59L76 | 416029402 |
| 68128933 | HQ | 3688823 | 6185 | 66.615 | ECESTN2SSVH1 | 131740451 |
| 68128933 | HQ | 3688823 | 6185 | 66.615 | ECESTN2SSVH1 | 131740451 |
| 68128933 | HQ | 3783895 | 0003 | 66.615 | JJHCMK4NT5N3 | 560686338 |
| 68128933 | HQ | 3783895 | 0003 | 66.615 | JJHCMK4NT5N3 | 560686338 |
| 68128933 | R6 | 4847432 | 66756 | 66.615 | HYYJJ5ZP7CR9 | 746001391 |
| 68128933 | R6 | 4847432 | 66756 | 66.615 | HYYJJ5ZP7CR9 | 746001391 |
| 68128933 | HQ | 5034992 | 8473 | 66.615 | J1DEYVM9BXE8 | 223098727 |
| 68128933 | HQ | 5034992 | 8473 | 66.615 | J1DEYVM9BXE8 | 223098727 |
| 68128933 | R10 | 5327389 | X0852 | 66.615 | CFDJSA2KV151 | 911110995 |
| 68128933 | R10 | 5327389 | X0852 | 66.615 | CFDJSA2KV151 | 911110995 |
| 68128933 | HQ | 0109538 | 8223 | 66.616 | K2LLRBBPDA26 | 522362680 |
| 68128933 | R10 | 0208598 | X0880 | 66.616 | X3CBRNE3CN78 | 261103838 |
| 68128933 | R10 | 0220811 | X0209 | 66.616 | LZJ7Y671BNN5 | 920059660 |
| 68128933 | R10 | 0238846 | X0092 | 66.616 | M272P7XFJNN7 | 920162721 |
| 68128933 | R10 | 0238846 | X0092 | 66.616 | M272P7XFJNN7 | 920162721 |
| 68128933 | R10 | 0239590 | X0011 | 66.616 | MYPCUEP3PY65 | 920014579 |
| 68128933 | R10 | 0257852 | X0884 | 66.616 | WHSCX3H9LN69 | 454295940 |
| 68128933 | R10 | 0284647 | X0027 | 66.616 | D37SXRJ5HMJ1 | 920040308 |
| 68128933 | R9 | 0455840 | 91010 | 66.616 | ZXQAE5JV2LJ8 | 860733182 |
| 68128933 | HQ | 0550613 | 8496 | 66.616 | GXQ3HX2VLLP3 | 260043353 |
| 68128933 | R9 | 0609397 | 91017 | 66.616 | MXVGDJN73T46 | 954172246 |
| 68128933 | R9 | 0613231 | 90216 | 66.616 | DK1SMCRF8VT5 | 953008511 |
| 68128933 | R1 | 0615290 | 10566 | 66.616 | VCAASEEZRM59 | 954116679 |
| 68128933 | R9 | 0619041 | 90912 | 66.616 | GR5NZB2NUS49 | 263547211 |
| 68128933 | R9 | 0619664 | 90886 | 66.616 | WQGNEZQYP3Y7 | 951716914 |
| 68128933 | R9 | 0623924 | 90093 | 66.616 | N39HWTLFMVK9 | 942889684 |
| 68128933 | R9 | 0627354 | 91018 | 66.616 | CAYNH2NVEM53 | 463998218 |
| 68128933 | R9 | 0628198 | 91013 | 66.616 | JNGAN2NDKKZ8 | 942270786 |
| 68128933 | R9 | 0629749 | 91024 | 66.616 | LYQGLEQU8MQ7 | 461517800 |
| 68128933 | R9 | 0630845 | 90580 | 66.616 | H6XCU2DRT517 | 946000509 |
| 68128933 | R9 | 0632516 | 90743 | 66.616 | UAWLZMFKCDL4 | 800267674 |
| 68128933 | R9 | 0632639 | 91015 | 66.616 | ZQYAKF2S8NL8 | 821020880 |
| 68128933 | R9 | 0644759 | 90982 | 66.616 | DA19F5NKBH38 | 237237898 |
| 68128933 | R9 | 0650109 | 91016 | 66.616 | SZ8JCM7C3ND9 | 952942582 |
| 68128933 | R9 | 0651363 | 91023 | 66.616 | ML7DAKLHL8C4 | 202445113 |
| 68128933 | R9 | 0657820 | 90369 | 66.616 | YUJJHEWCPLZ5 | 956000672 |
| 68128933 | R8 | 0857712 | 80603 | 66.616 | F7P7YN1KERT4 | 883021438 |
| 68128933 | R1 | 0951054 | 10058 | 66.616 | K8WBCLJ9DVD8 | 066001876 |
| 68128933 | HQ | 1107273 | 8372 | 66.616 | FR9LM1J86MJ5 | 720408929 |
| 68128933 | R2 | 1119347 | 20414 | 66.616 | RESKT9F5G3K3 | 221916086 |
| 68128933 | R6 | 1130795 | 66955 | 66.616 | GULQZBMP2SR3 | 746001164 |
| 68128933 | HQ | 1134943 | 8497 | 66.616 | WLA2JJDJFL63 | 270201126 |
| 68128933 | HQ | 1135428 | 8370 | 66.616 | KCGWHRHKLLB5 | 810554362 |
| 68128933 | R3 | 1146538 | 36189 | 66.616 | JX69LRYCYUA7 | 521477599 |
| 68128933 | R10 | 1147953 | X0241 | 66.616 | G6CZKLD8N8E6 | 920074435 |
| 68128933 | HQ | 1148484 | 9610 | 66.616 | L8HGDJE4QQ74 | 990242476 |

**J.A. 2418**

| | | | |
|---|---|---|---|
| Y | Open | Suspended | 3/7/2025 |
| Y | Suspended | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Suspended | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Suspended | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |

EPA_00000776

**J.A. 2419**

EPA_00000777

EPA_00000778

**J.A. 2421**

| | | | | |
|---|---|---|---|---|
| 5F03D30624 | 5F | 03D30624 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5F03D26224 | 5F | 03D26224 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5F03D33525 | 5F | 03D33525 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5F03D33925 | 5F | 03D33925 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5F03D26124 | 5F | 03D26124 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5F02J85101 | 5F | 02J85101 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5F00E04046 | 5F | 00E04046 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5F00E04045 | 5F | 00E04045 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5F02F80101 | 5F | 02F80101 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5F02F76901 | 5F | 02F76901 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5F00A01863 | 5F | 00A01863 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5F00A01540 | 5F | 00A01540 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5F00E04016 | 5F | 00E04016 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5F00E04017 | 5F | 00E04017 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5F00E04043 | 5F | 00E04043 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5F00E04044 | 5F | 00E04044 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5F00E05003 | 5F | 00E05003 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5F00E05007 | 5F | 00E05007 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5F03D33825 | 5F | 03D33825 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5F97T28601 | 5F | 97T28601 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5F02F76601 | 5F | 02F76601 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5F02F80001 | 5F | 02F80001 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5F96274625 | 5F | 96274625 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5F00E05002 | 5F | 00E05002 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5F03D25324 | 5F | 03D25324 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5F96278700 | 5F | 96278700 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5F96272300 | 5F | 96272300 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5F96273600 | 5F | 96273600 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5F96275425 | 5F | 96275425 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5F96276700 | 5F | 96276700 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5F96272900 | 5F | 96272900 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5F03D26324 | 5F | 03D26324 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5F03D31024 | 5F | 03D31024 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5F03D30724 | 5F | 03D30724 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5F00E04015 | 5F | 00E04015 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5F02J95301 | 5F | 02J95301 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5F02J85001 | 5F | 02J85001 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5F02J95401 | 5F | 02J95401 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5F02J88501 | 5F | 02J88501 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5F953A0039 | 5F | 953A0039 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5F953A0075 | 5F | 953A0075 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5F84098801 | 5F | 84098801 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5F00A01704 | 5F | 00A01704 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5F03D30824 | 5F | 03D30824 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5F00I34600 | 5F | 00I34600 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5F03D30924 | 5F | 03D30924 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5F03D25424 | 5F | 03D25424 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5F02F76501 | 5F | 02F76501 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5F02F78401 | 5F | 02F78401 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |

**J.A. 2422**

EPA_00000779

| | | | | | | |
|---|---|---|---|---|---|---|
| 68128933 | R4 | 1203993 | 41171 | 66.616 | STMHHTJHN1R8 | 311624121 |
| 68128933 | R4 | 1205959 | 41382 | 66.616 | T3M1LLGHUMC5 | 596580974 |
| 68128933 | R4 | 1261658 | 40836 | 66.616 | XL2DNFMPCR44 | 596000785 |
| 68128933 | R4 | 1304606 | 41345 | 66.616 | C115QBW3DCK7 | 586000680 |
| 68128933 | R4 | 1324128 | 41380 | 66.616 | RXW8XMECCFL9 | 883536434 |
| 68128933 | R10 | 1612663 | X0151 | 66.616 | C1H5KKGYA7F8 | 826000244 |
| 68128933 | R5 | 1740933 | 50833 | 66.616 | GMFBUKBE1XM4 | 363559764 |
| 68128933 | R5 | 1811121 | 50057 | 66.616 | JJE9WRMGGUN5 | 356001021 |
| 68128933 | R6 | 2237497 | 60739 | 66.616 | TZRGSNCAVLF4 | 843152256 |
| 68128933 | R6 | 2258593 | 60737 | 66.616 | JMU7U1STL1E9 | 721223347 |
| 68128933 | R1 | 2510146 | 10489 | 66.616 | LKTNULLR6FL6 | 042679824 |
| 68128933 | R1 | 2536488 | 10068 | 66.616 | CKWEXLA12KD3 | 046001415 |
| 68128933 | R5 | 2606878 | 50191 | 66.616 | YJ5ELTTDBKM7 | 381893519 |
| 68128933 | R5 | 2606878 | 50191 | 66.616 | YJ5ELTTDBKM7 | 381893519 |
| 68128933 | R5 | 2618916 | 50194 | 66.616 | FGQYA2KMEK67 | 386004860 |
| 68128933 | R5 | 2632931 | 51282 | 66.616 | ZU2FS7ZL6DQ2 | 382412482 |
| 68128933 | R5 | 2766602 | 51279 | 66.616 | JLNTCKHMMP23 | 410966005 |
| 68128933 | R5 | 2798408 | 50211 | 66.616 | EBFFR37CPL55 | 411242052 |
| 68128933 | R4 | 2810450 | 41248 | 66.616 | ELCWEURZDPW9 | 821087260 |
| 68128933 | R9 | 3209552 | 90980 | 66.616 | SMUBKY6A7ZK1 | 824784502 |
| 68128933 | R6 | 3521581 | 60736 | 66.616 | Z8S4SGTN7TB3 | 850346497 |
| 68128933 | R6 | 3535071 | 61800 | 66.616 | WQRNGQRGEWF6 | 260718018 |
| 68128933 | R2 | 3600180 | 20083 | 66.616 | PB8TKKTU3AG3 | 133800068 |
| 68128933 | R9 | 3602254 | 90826 | 66.616 | HN7CS4YNMBC4 | 237222333 |
| 68128933 | R9 | 3602254 | 90826 | 66.616 | HN7CS4YNMBC4 | 237222333 |
| 68128933 | R2 | 3606856 | 20674 | 66.616 | YNL2H7YNMFP9 | 133297197 |
| 68128933 | R2 | 3614100 | 20369 | 66.616 | MW8CCAHLLTN7 | 753001587 |
| 68128933 | HQ | 3624312 | E471 | 66.616 | QD3BU836BR33 | 112614265 |
| 68128933 | R2 | 3630436 | 20473 | 66.616 | M12VD7WEEFM9 | 113783397 |
| 68128933 | R2 | 3642252 | 20675 | 66.616 | XB3ZLWAE8836 | 141340122 |
| 68128933 | R2 | 3659476 | 20527 | 66.616 | DC4ZZCUTM6N9 | 203558447 |
| 68128933 | R4 | 3709535 | 41381 | 66.616 | S79DG9CMYF69 | 454840804 |
| 68128933 | R4 | 3711903 | 41383 | 66.616 | R84FBNHNNDJ7 | 560894222 |
| 68128933 | R4 | 3727766 | 41386 | 66.616 | JLTHEQFXZG53 | 462913344 |
| 68128933 | R5 | 3955952 | 51277 | 66.616 | FM8VV9SAL6M3 | 346004382 |
| 68128933 | R10 | 4122862 | X0782 | 66.616 | YMM6JD17NHJ7 | 936002137 |
| 68128933 | R10 | 4132800 | X0219 | 66.616 | XCLAXTCSJF71 | 936002303 |
| 68128933 | R10 | 4158134 | X0889 | 66.616 | TGJRJSMNDUH6 | 936013615 |
| 68128933 | R10 | 4171336 | X0187 | 66.616 | SAM161153456 | 930899337 |
| 68128933 | R3 | 4218789 | 36116 | 66.616 | D32KKGEEYJ15 | 810878020 |
| 68128933 | R3 | 4252611 | 33478 | 66.616 | D3SLFNSLDQG1 | 222602113 |
| 68128933 | HQ | 4259772 | 3681 | 66.616 | QCKMA5Q2QLK9 | 251737221 |
| 68128933 | R1 | 4449397 | 10835 | 66.616 | CUHNPN791947 | 853650137 |
| 68128933 | R4 | 4554164 | 41387 | 66.616 | NF9KCFN32M55 | 582474104 |
| 68128933 | R8 | 4606702 | 80049 | 66.616 | HH4QS2XSBBK4 | 237000301 |
| 68128933 | R4 | 4717188 | 41388 | 66.616 | C7UMG6PDANY8 | 814116061 |
| 68128933 | R4 | 4811180 | 41143 | 66.616 | JF6XLNB4CDJ5 | 746000531 |
| 68128933 | R6 | 4826901 | 67193 | 66.616 | NN73AH7NJQ24 | 742605621 |
| 68128933 | R6 | 4829558 | 67194 | 66.616 | S8ZQQCC5VY43 | 473670796 |

**J.A. 2423**

EPA_00000780

| | | | |
|---|---|---|---|
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |

EPA_00000781

**J.A. 2424**

EPA_00000782

**J.A. 2425**

EPA_00000783

**J.A. 2426**

| | | | | |
|---|---|---|---|---|
| 5F02F78701 | 5F | 02F78701 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5F02J95801 | 5F | 02J95801 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5F953A0097 | 5F | 953A0097 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5F953A0079 | 5F | 953A0079 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5F02J95701 | 5F | 02J95701 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5F02J88601 | 5F | 02J88601 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5F02J85301 | 5F | 02J85301 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5F00E05004 | 5F | 00E05004 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5F00E05006 | 5F | 00E05006 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5F00E05005 | 5F | 00E05005 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5F97T28401 | 5F | 97T28401 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5F96276500 | 5F | 96276500 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5F96275300 | 5F | 96275300 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5F96276600 | 5F | 96276600 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |
| 5P84107201 | 5P | 84107201 | Apply Temporary Suspension | Per OC email dated 3/7/2025 |

EPA_00000784

| | | | | | | |
|---|---|---|---|---|---|---|
| 68128933 | R6 | 4859167 | 67042 | 66.616 | SL44BVTJBFK5 | 760461030 |
| 68128933 | HQ | 5125981 | 8161 | 66.616 | JJG6HU8PA4S5 | 546001796 |
| 68128933 | HQ | 5125981 | 8161 | 66.616 | JJG6HU8PA4S5 | 546001796 |
| 68128933 | R3 | 5155214 | 33546 | 66.616 | H43KALPESBP1 | 546001336 |
| 68128933 | R10 | 5339038 | X0068 | 66.616 | Q4EDSUR34U61 | 910576806 |
| 68128933 | R10 | 5339528 | X0789 | 66.616 | XAWGFDYVLB88 | 843336800 |
| 68128933 | HQ | 5350701 | 3030 | 66.616 | Y14CPR31B6C3 | 910236600 |
| 68128933 | HQ | 5534891 | 0009 | 66.616 | LCLSJAGTNZQ7 | 396006492 |
| 68128933 | R5 | 5537148 | 51163 | 66.616 | CBSZX57DLCY1 | 812036467 |
| 68128933 | R5 | 5550893 | 50926 | 66.616 | FS3AZ3FV8JG8 | 396005507 |
| 68128933 | R9 | 6637846 | 90483 | 66.616 | YL62T9FVJXG3 | 980032933 |
| 68128933 | R2 | 7209252 | 20672 | 66.616 | DGR4WZZYGQ86 | 660953218 |
| 68128933 | R2 | 7243466 | 20671 | 66.616 | FAN4ZMDTP588 | 660915625 |
| 68128933 | R2 | 7838235 | 20559 | 66.616 | QT3RF9GL8VT4 | 660714681 |
| 68128933 | R1 | 4249913 | 10536 | 66.721 | ZU4BCJA87DL1 | 201733179 |

EPA_00000785

| | | | |
|---|---|---|---|
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |
| Y | Open | Suspended | 3/7/2025 |

EPA_00000786

EPA_00000787

**J.A. 2430**

EPA_00000788

| Program Code | Grant No. | Region | Recipient ID | Group ID | CFDA Number | Account Detail ID | Temporary Suspend | Prev Account Status |
|---|---|---|---|---|---|---|---|---|
| 5B | 03D02824 | R4 | 102980 | 41330 | 66.306 | | Y | Open |
| 5B | 02J56201 | HQ | 202920 | 8477 | 66.306 | | Y | Open |
| 51 | 02J56301 | R10 | 250146 | X0553 | 66.306 | | Y | Open |
| 51 | 98T90101 | R9 | 414166 | 90961 | 66.306 | | Y | Open |
| 5B | 98T89801 | R9 | 419903 | 90972 | 66.306 | | Y | Open |
| 5B | 98T90701 | R9 | 425729 | 90964 | 66.306 | | Y | Open |
| 51 | 98T88101 | R9 | 434233 | 90975 | 66.306 | | Y | Open |
| 51 | 98T88901 | R9 | 605780 | 90976 | 66.306 | | Y | Open |
| 5B | 97T29101 | R9 | 608473 | 91022 | 66.306 | | Y | Open |
| 5B | 98T88401 | R9 | 610552 | 90962 | 66.306 | | Y | Open |
| EC | 84037101 | R4 | 613487 | 41201 | 66.306 | | Y | Open |
| 5B | 97T23901 | R9 | 620022 | 91031 | 66.306 | | Y | Open |
| 5B | 98T88801 | R9 | 620788 | 90971 | 66.306 | | Y | Open |
| 5B | 98T88201 | R9 | 634989 | 90973 | 66.306 | | Y | Open |
| 5B | 98T88701 | R9 | 641670 | 90955 | 66.306 | | Y | Suspended |
| 5B | 97T23101 | R9 | 642630 | 91011 | 66.306 | | Y | Open |
| 51 | 98T89501 | R9 | 644759 | 90982 | 66.306 | | Y | Open |
| 51 | 97T22801 | R9 | 644977 | 90244 | 66.306 | | Y | Open |
| 5B | 98T88501 | R9 | 646342 | 90753 | 66.306 | | Y | Open |
| EC | 84037801 | R9 | 647923 | 90830 | 66.306 | | Y | Liquidated |
| 5B | 02F50701 | R3 | 649000 | 36138 | 66.306 | | Y | Open |
| 5B | 97T23301 | R9 | 652471 | 91014 | 66.306 | | Y | Open |
| EC | 84037001 | R9 | 652894 | 90019 | 66.306 | | Y | Open |
| 5B | 98T88601 | R9 | 654661 | 90899 | 66.306 | | Y | Open |
| 5B | 97T23201 | R9 | 657702 | 90895 | 66.306 | | Y | Open |
| 51 | 00I43700 | HQ | 808442 | 4065 | 66.306 | | Y | Open |
| 5B | 02F74001 | R6 | 815017 | 67115 | 66.306 | | Y | Open |
| 5B | 00I43500 | R8 | 819499 | 80585 | 66.306 | | Y | Open |
| 51 | 00I43600 | R8 | 831892 | 80543 | 66.306 | | Y | Open |
| 51 | 00I43400 | R8 | 840044 | 80592 | 66.306 | | Y | Open |
| 5B | 02J57301 | R9 | 1102387 | 90144 | 66.306 | | Y | Open |
| 5B | 96214324 | R2 | 1103100 | 20654 | 66.306 | | Y | Open |
| EC | 84037401 | HQ | 1106002 | 7001 | 66.306 | | Y | Open |
| 51 | 00A01436 | R1 | 1110148 | 10222 | 66.306 | | Y | Suspended |
| 5B | 96263624 | R2 | 1110619 | 20579 | 66.306 | | Y | Open |
| 51 | 02F74401 | R6 | 1117043 | 66726 | 66.306 | | Y | Open |
| EC | 00A00596 | R1 | 1118859 | 10726 | 66.306 | | Y | Open |
| 5B | 96214224 | R2 | 1119347 | 20414 | 66.306 | | Y | Open |
| 51 | 98T91501 | R9 | 1126185 | 90960 | 66.306 | | Y | Suspended |
| 5B | 95338201 | R3 | 1126928 | 36140 | 66.306 | | Y | Suspended |
| 5B | 84084301 | R9 | 1137151 | 90807 | 66.306 | | Y | Open |
| 5B | 00E03646 | R5 | 1143401 | 51230 | 66.306 | | Y | Open |
| 51 | 00A01313 | R1 | 1145953 | 10326 | 66.306 | | Y | Open |
| 51 | 02F53801 | R6 | 1146505 | 67144 | 66.306 | | Y | Open |
| 51 | 95335201 | R3 | 1146538 | 36189 | 66.306 | | Y | Open |
| EC | 84036501 | HQ | 1250018 | 8457 | 66.306 | | Y | Open |

**J.A. 2432**

| New Account Status | Suspension Date |
|---|---|
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 5B | 03D02924 | R4 | 1251054 | 40726 | 66.306 | | Y | Open |
| 5B | 03D03024 | R4 | 1300835 | 40011 | 66.306 | | Y | Open |
| 51 | 98T91201 | R9 | 1521192 | 90963 | 66.306 | | Y | Suspended |
| 5B | 98T88301 | R10 | 1601163 | X0787 | 66.306 | | Y | Open |
| 5B | 02J56401 | R10 | 1606851 | X0669 | 66.306 | | Y | Open |
| EC | 00E03088 | R5 | 1730917 | 50546 | 66.306 | | Y | Liquidated |
| 5B | 00E03857 | R5 | 1741994 | 50597 | 66.306 | | Y | Open |
| 5B | 96711501 | R7 | 1742285 | 70829 | 66.306 | | Y | Open |
| 5B | 00E03628 | R5 | 1753390 | 50955 | 66.306 | | Y | Open |
| 5B | 00E03625 | R5 | 1757585 | 51167 | 66.306 | | Y | Open |
| 5B | 00E03627 | R5 | 1829332 | 51235 | 66.306 | | Y | Open |
| EC | 00E03086 | R5 | 1833048 | 51111 | 66.306 | | Y | Liquidated |
| 5B | 96711701 | R7 | 1907853 | 70830 | 66.306 | | Y | Open |
| 5B | 03D03124 | R4 | 2122139 | 41326 | 66.306 | | Y | Suspended |
| 5B | 02F50201 | R6 | 2227987 | 67170 | 66.306 | | Y | Open |
| 51 | 02F50301 | R6 | 2228338 | 67051 | 66.306 | | Y | Open |
| 5B | 02F50901 | R6 | 2253134 | 60715 | 66.306 | | Y | Open |
| 5B | 00A01352 | R1 | 2317139 | 10802 | 66.306 | | Y | Open |
| 5B | 00A01182 | R1 | 2359647 | 10805 | 66.306 | | Y | Open |
| 5B | 00A01390 | R1 | 2373809 | 10694 | 66.306 | | Y | Open |
| 5B | 95335401 | R3 | 2402138 | 36184 | 66.306 | | Y | Open |
| 51 | 95335501 | R3 | 2434879 | 36187 | 66.306 | | Y | Open |
| EC | 84036901 | HQ | 2476587 | 8455 | 66.306 | | Y | Open |
| 5B | 00A01144 | R1 | 2503186 | 10202 | 66.306 | | Y | Open |
| 5B | 00A01504 | R1 | 2506613 | 10261 | 66.306 | | Y | Open |
| 51 | 00A01389 | R1 | 2542000 | 10216 | 66.306 | | Y | Open |
| 5B | 00A01502 | R1 | 2542035 | 10177 | 66.306 | | Y | Open |
| 51 | 00A01150 | R1 | 2551323 | 10512 | 66.306 | | Y | Open |
| 5B | 00E03626 | R5 | 2622821 | 51222 | 66.306 | | Y | Open |
| 51 | 00E03858 | R5 | 2655504 | 50555 | 66.306 | | Y | Open |
| 5B | 00E03623 | R5 | 2715105 | 51240 | 66.306 | | Y | Open |
| EC | 00E03087 | R5 | 2742217 | 51067 | 66.306 | | Y | Liquidated |
| 51 | 00E03622 | R5 | 2756651 | 50982 | 66.306 | | Y | Open |
| 5B | 03D03324 | R4 | 2806298 | 41085 | 66.306 | | Y | Open |
| 51 | 03D03224 | R4 | 2810450 | 41248 | 66.306 | | Y | Open |
| 51 | 96711901 | R7 | 2906468 | 70753 | 66.306 | | Y | Open |
| 5B | 96712101 | R7 | 2932986 | 77950 | 66.306 | | Y | Open |
| 5B | 96711401 | R7 | 2954048 | 77953 | 66.306 | | Y | Open |
| 5B | 98T88001 | R9 | 3210569 | 91006 | 66.306 | | Y | Open |
| 5B | 96214024 | R2 | 3429134 | 20648 | 66.306 | | Y | Open |
| 5B | 02F50801 | R6 | 3533843 | 67183 | 66.306 | | Y | Suspended |
| 51 | 02F73901 | R6 | 3549522 | 67156 | 66.306 | | Y | Open |
| 51 | 02J56001 | R9 | 3602254 | 90826 | 66.306 | | Y | Open |
| 5B | 96229424 | R2 | 3614100 | 20369 | 66.306 | | Y | Open |
| 51 | 96263224 | R2 | 3614702 | 20662 | 66.306 | | Y | Open |
| 5B | 02F76801 | R6 | 3621789 | 61801 | 66.306 | | Y | Open |
| 5B | 02F50501 | R6 | 3633674 | 67182 | 66.306 | | Y | Open |
| 5B | 96263424 | R2 | 3639450 | 20517 | 66.306 | | Y | Open |
| 5B | 96266600 | R2 | 3642609 | 20642 | 66.306 | | Y | Open |

**J.A. 2434**

| | |
|---|---|
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 51 | 96263724 | R2 | 3652055 | 20656 | 66.306 | | Y | Open |
| 5B | 03D03424 | R4 | 3739595 | 41247 | 66.306 | | Y | Open |
| EC | 96873721 | R8 | 3891789 | 80231 | 66.306 | | Y | Suspended |
| 5B | 00E03624 | R5 | 3905403 | 51224 | 66.306 | | Y | Open |
| 51 | 00E03856 | HQ | 3910233 | E697 | 66.306 | | Y | Open |
| EC | 00E03084 | R5 | 3954126 | 50941 | 66.306 | | Y | Liquidated |
| 5B | 02J56601 | R10 | 4103683 | X0847 | 66.306 | | Y | Suspended |
| 5B | 02J56701 | R10 | 4144780 | X0857 | 66.306 | | Y | Open |
| 5B | 02J56501 | R10 | 4151657 | X0791 | 66.306 | | Y | Open |
| 5B | 95337201 | R3 | 4205325 | 30507 | 66.306 | | Y | Open |
| 5B | 95334801 | R3 | 4229732 | 36100 | 66.306 | | Y | Suspended |
| 5B | 95337401 | R3 | 4241278 | 30415 | 66.306 | | Y | Open |
| EC | 84037901 | R3 | 4252611 | 33478 | 66.306 | | Y | Open |
| 5B | 95334701 | R3 | 4254115 | 36185 | 66.306 | | Y | Open |
| EC | 00A00126 | R1 | 4405894 | 10496 | 66.306 | | Y | Suspended |
| 51 | 00A01314 | R1 | 4435266 | 10710 | 66.306 | | Y | Open |
| EC | 84037701 | R4 | 4700905 | 41189 | 66.306 | | Y | Open |
| 51 | 03D03624 | R4 | 4729105 | 40950 | 66.306 | | Y | Open |
| EC | 84037601 | R4 | 4729105 | 40950 | 66.306 | | Y | Suspended |
| 51 | 02F50401 | R6 | 4828002 | 67185 | 66.306 | | Y | Open |
| 5B | 02F50601 | R6 | 4857812 | 67157 | 66.306 | | Y | Suspended |
| EC | 95820512 | R8 | 4910812 | 80557 | 66.306 | | Y | Liquidated |
| 5B | 95337301 | R3 | 5134116 | 36127 | 66.306 | | Y | Open |
| 51 | 00A01235 | R1 | 5136754 | 10803 | 66.306 | | Y | Open |
| 51 | 00A01311 | R5 | 5148576 | 50933 | 66.306 | | Y | Open |
| 51 | 00I43300 | R5 | 5156566 | 50260 | 66.306 | | Y | Open |
| EC | 02J03001 | R10 | 5317577 | X0163 | 66.306 | | Y | Open |
| 5B | 02J56101 | R10 | 5357331 | X0763 | 66.306 | | Y | Open |
| 5B | 00E03648 | R5 | 5501484 | 51207 | 66.306 | | Y | Open |
| EC | 00E03085 | R5 | 5540554 | 50007 | 66.306 | | Y | Liquidated |
| 51 | 98T89001 | HQ | 6602373 | 8452 | 66.306 | | Y | Open |
| EC | 96242022 | R2 | 7220321 | 20586 | 66.306 | | Y | Open |
| 5B | 96214124 | R2 | 7232618 | 20637 | 66.306 | | Y | Open |
| EC | 96241922 | R2 | 7809110 | 20587 | 66.306 | | Y | Open |
| XJ | 98T65901 | HQ | 0448408 | 0064 | 66.309 | | Y | Open |
| XJ | 98T65901 | HQ | 0448408 | 0064 | 66.309 | 11EPMEJ | Y | Open |
| XJ | 98T65901 | HQ | 0448408 | 0064 | 66.309 | 11IIJAEJ | Y | Open |
| XJ | 98T65901 | HQ | 0448408 | 0064 | 66.309 | 11IRATA | Y | Open |
| XJ | 98T65801 | R9 | 0686058 | 90125 | 66.309 | | Y | Suspended |
| XJ | 98T65801 | R9 | 0686058 | 90125 | 66.309 | 12EPMEJ | Y | Suspended |
| XJ | 98T65801 | R9 | 0686058 | 90125 | 66.309 | 12IIJAEJ | Y | Suspended |
| XJ | 98T65801 | R9 | 0686058 | 90125 | 66.309 | 12IRATA | Y | Suspended |
| XJ | 00I24100 | R8 | 0822522 | 80542 | 66.309 | | Y | Open |
| XJ | 00A01452 | R1 | 0989624 | 10150 | 66.309 | | Y | Open |
| XJ | 00A01452 | R1 | 0989624 | 10150 | 66.309 | 01EPMEJ | Y | Open |
| XJ | 00A01452 | R1 | 0989624 | 10150 | 66.309 | 01IIJAEJ | Y | Open |
| XJ | 00A01452 | R1 | 0989624 | 10150 | 66.309 | 01IRATA | Y | Open |
| XJ | 96230523 | R2 | 1102338 | 20334 | 66.309 | | Y | Open |
| XJ | 96230523 | R2 | 1102338 | 20334 | 66.309 | 03EPMEJ | Y | Open |

| | |
|---|---|
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |

EPA_00000794

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| XJ | 96230523 | R2 | 1102338 | 20334 | 66.309 | 03IIJAEJ | Y | Open |
| XJ | 96230523 | R2 | 1102338 | 20334 | 66.309 | 03IRATA | Y | Open |
| XJ | 96230523 | R2 | 1102338 | 20334 | 66.309 | NO SITE | Y | Open |
| XJ | 95316401 | R3 | 1115136 | 36156 | 66.309 | | Y | Liquidated |
| XJ | 4060301A | HQ | 1115768 | 5032 | 66.309 | | Y | Open |
| XJ | 4060301A | HQ | 1115768 | 5032 | 66.309 | 15EPMEJ | Y | Open |
| XJ | 4060301A | HQ | 1115768 | 5032 | 66.309 | 15IIJAEJ | Y | Open |
| XJ | 84061001 | HQ | 1151053 | 8474 | 66.309 | | Y | Open |
| XJ | 84061001 | HQ | 1151053 | 8474 | 66.309 | 17EPMEJ | Y | Open |
| XJ | 84061001 | HQ | 1151053 | 8474 | 66.309 | 17IIJAEJ | Y | Open |
| XJ | 84061001 | HQ | 1151053 | 8474 | 66.309 | NO SITE | Y | Open |
| XJ | 00E03396 | R5 | 1154288 | 51151 | 66.309 | | Y | Open |
| XJ | 00E03451 | R5 | 1723693 | 51114 | 66.309 | | Y | Suspended |
| XJ | 00E03451 | R5 | 1723693 | 51114 | 66.309 | 07EPMEJ | Y | Suspended |
| XJ | 00E03451 | R5 | 1723693 | 51114 | 66.309 | 07IIJAEJ | Y | Suspended |
| XJ | 96701501 | R7 | 2037168 | 77850 | 66.309 | | Y | Suspended |
| XJ | 96701501 | R7 | 2037168 | 77850 | 66.309 | 10EPMEJ | Y | Suspended |
| XJ | 96701501 | R7 | 2037168 | 77850 | 66.309 | 10IIJAEJ | Y | Suspended |
| XJ | 13746681 | HQ | 2240454 | 6291 | 66.309 | | Y | Suspended |
| XJ | 97796601 | R8 | 2750212 | 80149 | 66.309 | | Y | Suspended |
| XJ | 00E03450 | R5 | 2795491 | 50931 | 66.309 | | Y | Suspended |
| XJ | 00E03450 | R5 | 2795491 | 50931 | 66.309 | 08EPMEJ | Y | Suspended |
| XJ | 00E03450 | R5 | 2795491 | 50931 | 66.309 | 08IIJAEJ | Y | Suspended |
| XJ | 00E03450 | R5 | 2795491 | 50931 | 66.309 | 08IRATA | Y | Suspended |
| XJ | 02D48323 | R4 | 2865333 | 40025 | 66.309 | | Y | Open |
| XJ | 02D48523 | R4 | 2865333 | 40025 | 66.309 | | Y | Liquidated |
| XJ | 96708901 | R7 | 2906468 | 70753 | 66.309 | | Y | Suspended |
| XJ | 00I10501 | R8 | 3034514 | 80151 | 66.309 | | Y | Suspended |
| XJ | 00I10501 | R8 | 3034514 | 80151 | 66.309 | 18EPMEJ | Y | Suspended |
| XJ | 00I10501 | R8 | 3034514 | 80151 | 66.309 | 18IIJAEJ | Y | Suspended |
| XJ | 00I10501 | R8 | 3034514 | 80151 | 66.309 | 18IRATA | Y | Suspended |
| XJ | 02F33801 | R6 | 3586435 | 66622 | 66.309 | | Y | Open |
| XJ | 02F33801 | R6 | 3586435 | 66622 | 66.309 | 09EPMEJ | Y | Open |
| XJ | 02F33801 | R6 | 3586435 | 66622 | 66.309 | 09IIJAEJ | Y | Open |
| XJ | 02F33801 | R6 | 3586435 | 66622 | 66.309 | 09IRATA | Y | Open |
| XJ | 96230923 | R2 | 3600180 | 20083 | 66.309 | | Y | Open |
| XJ | 96230923 | R2 | 3600180 | 20083 | 66.309 | 02EPMEJ | Y | Open |
| XJ | 96230923 | R2 | 3600180 | 20083 | 66.309 | 02IIJAEJ | Y | Open |
| XJ | 96230923 | R2 | 3600180 | 20083 | 66.309 | 02IRATA | Y | Open |
| XJ | 3746193A | HQ | 3783895 | 0003 | 66.309 | | Y | Open |
| XJ | 3746193A | HQ | 3783895 | 0003 | 66.309 | 06EPMEJ | Y | Open |
| XJ | 3746193A | HQ | 3783895 | 0003 | 66.309 | 06IIJAEJ | Y | Open |
| XJ | 3746193A | HQ | 3783895 | 0003 | 66.309 | 06IRATA | Y | Open |
| XJ | 84113601 | HQ | 3783895 | 0003 | 66.309 | | Y | Open |
| XJ | 2J28701A | R10 | 4108296 | X0808 | 66.309 | | Y | Open |
| XJ | 2J28701A | R10 | 4108296 | X0808 | 66.309 | 13EPMEJ | Y | Open |
| XJ | 2J28701A | R10 | 4108296 | X0808 | 66.309 | 13IIJAEJ | Y | Open |
| XJ | 2J28701A | R10 | 4108296 | X0808 | 66.309 | 13IRATA | Y | Open |
| XJ | 84061101 | HQ | 5034992 | 8473 | 66.309 | | Y | Suspended |

**J.A. 2438**

EPA_00000795

| Suspended | 3/7/2025 |
|-----------|----------|
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| XJ | 84061101 | HQ | 5034992 | 8473 | 66.309 | 16EPMEJ | Y | Suspended |
| XJ | 84061101 | HQ | 5034992 | 8473 | 66.309 | 16IIJAEJ | Y | Suspended |
| XJ | 95314201 | R5 | 5156566 | 50260 | 66.309 | | Y | Suspended |
| XJ | 5314201A | R5 | 5156566 | 50260 | 66.309 | | Y | Suspended |
| XJ | 5314201A | R5 | 5156566 | 50260 | 66.309 | 04EPMEJ | Y | Suspended |
| XJ | 5314201A | R5 | 5156566 | 50260 | 66.309 | 04IIJAEJ | Y | Suspended |
| XJ | 2J28601A | HQ | 5329611 | 0013 | 66.309 | | Y | Open |
| XJ | 2J28601A | HQ | 5329611 | 0013 | 66.309 | 14EPMEJ | Y | Open |
| XJ | 2J28601A | HQ | 5329611 | 0013 | 66.309 | 14IIJAEJ | Y | Open |
| XJ | 2J28601A | HQ | 5329611 | 0013 | 66.309 | 14IRATA | Y | Open |
| 5C | 03D03724 | R4 | 0120977 | 41340 | 66.312 | | Y | Open |
| AJ | 84032601 | R4 | 0130372 | 40114 | 66.312 | | Y | Open |
| AJ | 98T29901 | R9 | 0414484 | 90205 | 66.312 | | Y | Open |
| 52 | 98T90401 | R9 | 0455494 | 90541 | 66.312 | | Y | Open |
| 5C | 98T90501 | R9 | 0617163 | 90811 | 66.312 | | Y | Open |
| AJ | 98T89901 | R9 | 0618699 | 90877 | 66.312 | | Y | Open |
| 5C | 98T90301 | R9 | 0620868 | 90968 | 66.312 | | Y | Open |
| AJ | 98T29801 | R9 | 0623512 | 90011 | 66.312 | | Y | Open |
| AJ | 98T91401 | R9 | 0645567 | 90018 | 66.312 | | Y | Open |
| 52 | 97T22501 | R9 | 0645583 | 90048 | 66.312 | | Y | Open |
| 5C | 98T90001 | R9 | 0656025 | 90106 | 66.312 | | Y | Open |
| 5C | 98T89601 | R9 | 0658561 | 90147 | 66.312 | | Y | Open |
| 5C | 98T90601 | R9 | 0659258 | 90028 | 66.312 | | Y | Open |
| 52 | 00I53000 | R8 | 0834716 | 80565 | 66.312 | | Y | Open |
| AJ | 00I51800 | R8 | 0874976 | 80011 | 66.312 | | Y | Open |
| AJ | 84032701 | R1 | 0933081 | 10515 | 66.312 | | Y | Suspended |
| 52 | 00A01441 | R1 | 0951054 | 10058 | 66.312 | | Y | Open |
| AJ | 00A01438 | R1 | 0982649 | 10109 | 66.312 | | Y | Open |
| 5C | 95336201 | R3 | 1102506 | 30496 | 66.312 | | Y | Open |
| 5C | 98T91601 | R9 | 1103509 | 90238 | 66.312 | | Y | Open |
| 52 | 98T89301 | R9 | 1105901 | 90880 | 66.312 | | Y | Open |
| 5C | 95336801 | HQ | 1110373 | 9997 | 66.312 | | Y | Open |
| AJ | 84032401 | HQ | 1110373 | 9997 | 66.312 | | Y | Open |
| 5C | 98T90201 | R9 | 1114301 | 90343 | 66.312 | | Y | Open |
| AJ | 96263800 | R2 | 1116218 | 20661 | 66.312 | | Y | Open |
| AK | 00A01275 | R1 | 1120199 | 10137 | 66.312 | | Y | Open |
| AJ | 98T29401 | R9 | 1122256 | 90080 | 66.312 | | Y | Suspended |
| 52 | 96263923 | R2 | 1125084 | 20503 | 66.312 | | Y | Open |
| 5C | 02F52401 | R6 | 1126931 | 66665 | 66.312 | | Y | Open |
| AJ | 02F05001 | R6 | 1126931 | 66665 | 66.312 | | Y | Suspended |
| 52 | 02F52201 | R6 | 1130795 | 66955 | 66.312 | | Y | Open |
| 52 | 02J57501 | R10 | 1139500 | X0576 | 66.312 | | Y | Open |
| 5C | 00A01183 | R1 | 1141143 | 10472 | 66.312 | | Y | Open |
| 5C | 00E03635 | R5 | 1142026 | 51101 | 66.312 | | Y | Open |
| 52 | 96264123 | R2 | 1142302 | 20229 | 66.312 | | Y | Open |
| 52 | 00A01439 | R1 | 1146860 | 10740 | 66.312 | | Y | Open |
| 5C | 02J57701 | R10 | 1149231 | X0312 | 66.312 | | Y | Open |
| AJ | 84034201 | HQ | 1149614 | 9996 | 66.312 | | Y | Suspended |
| 52 | 98T89701 | R9 | 1150634 | 90317 | 66.312 | | Y | Open |

**J.A. 2440**

EPA_00000797

| | |
|---|---|
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |

EPA_00000798

**J.A. 2441**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| AJ | 02F64501 | R6 | 1150806 | 67029 | 66.312 | | Y | Open |
| 5C | 95337501 | R3 | 1151488 | 33533 | 66.312 | | Y | Open |
| 52 | 00A01440 | R1 | 1152751 | 10035 | 66.312 | | Y | Open |
| AJ | 84034101 | R3 | 1159232 | 30122 | 66.312 | | Y | Open |
| 52 | 03D03924 | R4 | 1261658 | 40836 | 66.312 | | Y | Open |
| 52 | 03D03824 | R4 | 1386710 | 41152 | 66.312 | | Y | Open |
| 5C | 00E03632 | R5 | 1811152 | 51228 | 66.312 | | Y | Open |
| AJ | 96712201 | R7 | 1949139 | 77969 | 66.312 | | Y | Open |
| AJ | 96711601 | R7 | 2038244 | 70719 | 66.312 | | Y | Open |
| 5C | 03D04124 | R4 | 2116386 | 40339 | 66.312 | | Y | Open |
| AK | 02F51601 | R6 | 2225772 | 60612 | 66.312 | | Y | Open |
| AJ | 02F64601 | R6 | 2239352 | 67108 | 66.312 | | Y | Open |
| AJ | 02F52101 | R6 | 2246203 | 60626 | 66.312 | | Y | Open |
| 52 | 00A01184 | R1 | 2336998 | 10129 | 66.312 | | Y | Open |
| 52 | 95336701 | R3 | 2405821 | 36180 | 66.312 | | Y | Open |
| AJ | 95336901 | R3 | 2436431 | 30347 | 66.312 | | Y | Open |
| AK | 00A01236 | R1 | 2503273 | 10158 | 66.312 | | Y | Open |
| 52 | 00A01505 | R1 | 2526524 | 10339 | 66.312 | | Y | Open |
| 5C | 00E03636 | R5 | 2645101 | 50017 | 66.312 | | Y | Open |
| AK | 00E03633 | R5 | 2729640 | 50298 | 66.312 | | Y | Open |
| AJ | 00E03637 | HQ | 2788642 | 2035 | 66.312 | | Y | Open |
| 52 | 00E03854 | R5 | 2798408 | 50211 | 66.312 | | Y | Open |
| 52 | 96712501 | R7 | 2912220 | 70779 | 66.312 | | Y | Open |
| AJ | 00I52600 | R8 | 3012594 | 80013 | 66.312 | | Y | Open |
| 5C | 00I52500 | R8 | 3021341 | 80150 | 66.312 | | Y | Open |
| 52 | 00I39300 | R8 | 3051601 | 80017 | 66.312 | | Y | Open |
| 5C | 96263900 | R2 | 3409104 | 20231 | 66.312 | | Y | Open |
| AJ | 96263100 | R2 | 3455702 | 20047 | 66.312 | | Y | Open |
| AJ | 02F51701 | R6 | 3521853 | 60610 | 66.312 | | Y | Open |
| 5C | 02F66601 | R6 | 3564393 | 66723 | 66.312 | | Y | Open |
| 52 | 96263324 | HQ | 3605480 | 6180 | 66.312 | | Y | Open |
| 52 | 96267200 | R2 | 3606864 | 20021 | 66.312 | | Y | Open |
| AJ | 03D04224 | R4 | 3769370 | 40166 | 66.312 | | Y | Open |
| AK | 00I52700 | R8 | 3845909 | 80535 | 66.312 | | Y | Open |
| 52 | 00E03859 | R5 | 3912256 | 51268 | 66.312 | | Y | Open |
| 5C | 00E03638 | R5 | 3934169 | 50141 | 66.312 | | Y | Open |
| 5C | 02F51801 | R6 | 4082033 | 60662 | 66.312 | | Y | Open |
| 52 | 02J57901 | R10 | 4104986 | X0220 | 66.312 | | Y | Open |
| 52 | 95337801 | R3 | 4200962 | 30315 | 66.312 | | Y | Open |
| AJ | 95337701 | R3 | 4266772 | 30310 | 66.312 | | Y | Open |
| 52 | 95337601 | R3 | 4279440 | 33508 | 66.312 | | Y | Open |
| AJ | 00A01316 | R1 | 4432682 | 10110 | 66.312 | | Y | Open |
| AK | 00A01317 | R1 | 4471279 | 10122 | 66.312 | | Y | Open |
| AJ | 03D04324 | R4 | 4519238 | 41339 | 66.312 | | Y | Open |
| AJ | 01D19220 | R4 | 4531579 | 40197 | 66.312 | | Y | Liquidated |
| 52 | 03D04424 | R4 | 4739207 | 40388 | 66.312 | | Y | Open |
| 52 | 00I52800 | R8 | 4939479 | 80589 | 66.312 | | Y | Open |
| AK | 00I52900 | R8 | 4942110 | 80026 | 66.312 | | Y | Open |
| 5C | 00A01276 | R1 | 5055470 | 10228 | 66.312 | | Y | Open |

**J.A. 2442**

| | |
|---|---|
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |

| 5C | 95336301 | R3 | 5103044 | 30502 | 66.312 | Y | Open |
|----|----------|-----|---------|-------|--------|---|------|
| AJ | 84032801 | R3 | 5112708 | 30359 | 66.312 | Y | Open |
| 5C | 02J58001 | R10 | 5302690 | X0797 | 66.312 | Y | Open |
| 52 | 02J57401 | R10 | 5308794 | X0843 | 66.312 | Y | Open |
| 52 | 02J58201 | R10 | 5334150 | X0768 | 66.312 | Y | Open |
| 52 | 02J58301 | R10 | 5348062 | X0503 | 66.312 | Y | Open |
| AJ | 02J57601 | R10 | 5348960 | X0073 | 66.312 | Y | Open |
| 5C | 02J57801 | R10 | 5354520 | X0346 | 66.312 | Y | Open |
| 52 | 02J58101 | R10 | 5380240 | X0355 | 66.312 | Y | Open |
| AJ | 95336401 | R3 | 5447919 | 30316 | 66.312 | Y | Open |
| AJ | 00E03804 | R5 | 5547460 | 50396 | 66.312 | Y | Open |
| 5C | 00E03634 | R5 | 5560624 | 50084 | 66.312 | Y | Open |
| AK | 96213824 | R2 | 7214432 | 20643 | 66.312 | Y | Open |
| EQ | 02D23222 | R4 | 0106409 | 41245 | 66.604 | Y | Liquidated |
| EQ | 02D22522 | R4 | 0135434 | 41283 | 66.604 | Y | Open |
| EQ | 02J07001 | R10 | 0236437 | X0384 | 66.604 | Y | Open |
| EQ | 98T36301 | R9 | 0654661 | 90899 | 66.604 | Y | Suspended |
| EQ | 00A00598 | R1 | 0900057 | 10729 | 66.604 | Y | Liquidated |
| EQ | 00A00600 | R1 | 0911112 | 10730 | 66.604 | Y | Open |
| EQ | 00A00446 | R1 | 0954491 | 10223 | 66.604 | Y | Suspended |
| EQ | 96239900 | R2 | 1110619 | 20579 | 66.604 | Y | Liquidated |
| EQ | 02F06301 | R6 | 1117043 | 66726 | 66.604 | Y | Open |
| EQ | 02D22822 | R4 | 1125853 | 41301 | 66.604 | Y | Suspended |
| EQ | 84043201 | HQ | 1158493 | 8461 | 66.604 | Y | Suspended |
| EQ | 00A00657 | R1 | 2300545 | 10134 | 66.604 | Y | Liquidated |
| EQ | 00E02284 | R5 | 2626710 | 51021 | 66.604 | Y | Suspended |
| EQ | 02D23022 | R4 | 2840002 | 41291 | 66.604 | Y | Liquidated |
| EQ | 96240922 | R2 | 3608561 | 20588 | 66.604 | Y | Suspended |
| EQ | 84050101 | R2 | 3616477 | 20611 | 66.604 | Y | Liquidated |
| EQ | 84050201 | R6 | 4082033 | 60662 | 66.604 | Y | Liquidated |
| 5I | 84097701 | HQ | 1115571 | 8166 | 66.614 | Y | Liquidated |
| ED | 00E03650 | R5 | 1710751 | 51205 | 66.614 | Y | Liquidated |
| EI | 00A01114 | R1 | 2540793 | 10725 | 66.614 | Y | Suspended |
| EL | 00A01114 | R1 | 2540793 | 10725 | 66.614 | Y | Liquidated |
| ED | 02F59601 | R6 | 4832741 | 60725 | 66.614 | Y | Open |
| 5N | 98T97501 | R1 | 0615290 | 10566 | 66.615 | Y | Open |
| 5N | 98T97502 | R1 | 0615290 | 10566 | 66.615 | Y | Open |
| 5N | 95341301 | R3 | 2452459 | 33743 | 66.615 | Y | Suspended |
| 5N | 95341401 | R3 | 2452459 | 33743 | 66.615 | Y | Open |
| 5N | 00A01511 | R1 | 2506613 | 10261 | 66.615 | Y | Open |
| 5N | 00A01512 | R1 | 2506613 | 10261 | 66.615 | Y | Open |
| 5N | 00I50001 | R1 | 2510146 | 10489 | 66.615 | Y | Open |
| 5N | 00I50002 | R1 | 2510146 | 10489 | 66.615 | Y | Open |
| 5N | 00E03682 | R5 | 2724154 | 51232 | 66.615 | Y | Suspended |
| 5N | 01E03682 | R5 | 2724154 | 51232 | 66.615 | Y | Open |
| 5N | 96265601 | HQ | 3688823 | 6185 | 66.615 | Y | Open |
| 5N | 96265602 | HQ | 3688823 | 6185 | 66.615 | Y | Open |
| 5N | 84084101 | HQ | 3783895 | 0003 | 66.615 | Y | Open |
| 5N | 84084201 | HQ | 3783895 | 0003 | 66.615 | Y | Open |

**J.A. 2444**

EPA_00000801

| | |
|---|---|
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |

EPA_00000802

**J.A. 2445**

| 5N | 02F5550A | R6 | 4847432 | 66756 | 66.615 | | Y | Open |
|----|----------|----|---------|-------|--------|--|---|------|
| 5N | 02F5550B | R6 | 4847432 | 66756 | 66.615 | | Y | Open |
| 5N | 84082001 | HQ | 5034992 | 8473 | 66.615 | | Y | Open |
| 5N | 84082901 | HQ | 5034992 | 8473 | 66.615 | | Y | Open |
| 5N | 02J63801 | R10 | 5327389 | X0852 | 66.615 | | Y | Suspended |
| 5N | 02J63901 | R10 | 5327389 | X0852 | 66.615 | | Y | Open |
| 5F | 03D33625 | HQ | 0109538 | 8223 | 66.616 | | Y | Suspended |
| 5F | 02J91901 | R10 | 0208598 | X0880 | 66.616 | | Y | Open |
| 5F | 02J95601 | R10 | 0220811 | X0209 | 66.616 | | Y | Open |
| 5F | 02J91801 | R10 | 0238846 | X0092 | 66.616 | | Y | Open |
| 5F | 02J95201 | R10 | 0238846 | X0092 | 66.616 | | Y | Open |
| 5F | 02J92801 | R10 | 0239590 | X0011 | 66.616 | | Y | Open |
| 5F | 02J95501 | R10 | 0257852 | X0884 | 66.616 | | Y | Open |
| 5F | 02J88401 | R10 | 0284647 | X0027 | 66.616 | | Y | Open |
| 5F | 97T24701 | R9 | 0455840 | 91010 | 66.616 | | Y | Open |
| 5F | 96272800 | HQ | 0550613 | 8496 | 66.616 | | Y | Open |
| 5F | 97T18001 | R9 | 0609397 | 91017 | 66.616 | | Y | Open |
| 5F | 97T31701 | R9 | 0613231 | 90216 | 66.616 | | Y | Open |
| 5F | 97T24601 | R1 | 0615290 | 10566 | 66.616 | | Y | Open |
| 5F | 97T28201 | R9 | 0619041 | 90912 | 66.616 | | Y | Open |
| 5F | 97T17601 | R9 | 0619664 | 90886 | 66.616 | | Y | Open |
| 5F | 97T28901 | R9 | 0623924 | 90093 | 66.616 | | Y | Open |
| 5F | 97T18301 | R9 | 0627354 | 91018 | 66.616 | | Y | Open |
| 5F | 97T18101 | R9 | 0628198 | 91013 | 66.616 | | Y | Open |
| 5F | 97T28301 | R9 | 0629749 | 91024 | 66.616 | | Y | Open |
| 5F | 97T32001 | R9 | 0630845 | 90580 | 66.616 | | Y | Open |
| 5F | 97T28701 | R9 | 0632516 | 90743 | 66.616 | | Y | Open |
| 5F | 97T24301 | R9 | 0632639 | 91015 | 66.616 | | Y | Open |
| 5F | 97T28501 | R9 | 0644759 | 90982 | 66.616 | | Y | Open |
| 5F | 97T17801 | R9 | 0650109 | 91016 | 66.616 | | Y | Open |
| 5F | 97T17901 | R9 | 0651363 | 91023 | 66.616 | | Y | Open |
| 5F | 97T17701 | R9 | 0657820 | 90369 | 66.616 | | Y | Open |
| 5F | 00I40400 | R8 | 0857712 | 80603 | 66.616 | | Y | Open |
| 5F | 00A01479 | R1 | 0951054 | 10058 | 66.616 | | Y | Open |
| 5F | 02F74301 | HQ | 1107273 | 8372 | 66.616 | | Y | Open |
| 5F | 96275325 | R2 | 1119347 | 20414 | 66.616 | | Y | Open |
| 5F | 02F65701 | R6 | 1130795 | 66955 | 66.616 | | Y | Open |
| 5F | 03D30524 | HQ | 1134943 | 8497 | 66.616 | | Y | Open |
| 5F | 00E04057 | HQ | 1135428 | 8370 | 66.616 | | Y | Open |
| 5F | 953A0021 | R3 | 1146538 | 36189 | 66.616 | | Y | Open |
| 5F | 02J91701 | R10 | 1147953 | X0241 | 66.616 | | Y | Open |
| 5F | 97T28801 | HQ | 1148484 | 9610 | 66.616 | | Y | Open |
| 5F | 03D30624 | R4 | 1203993 | 41171 | 66.616 | | Y | Open |
| 5F | 03D26224 | R4 | 1205959 | 41382 | 66.616 | | Y | Open |
| 5F | 03D33525 | R4 | 1261658 | 40836 | 66.616 | | Y | Open |
| 5F | 03D33925 | R4 | 1304606 | 41345 | 66.616 | | Y | Open |
| 5F | 03D26124 | R4 | 1324128 | 41380 | 66.616 | | Y | Open |
| 5F | 02J85101 | R10 | 1612663 | X0151 | 66.616 | | Y | Open |
| 5F | 00E04046 | R5 | 1740933 | 50833 | 66.616 | | Y | Open |

| | |
|---|---|
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |

EPA_00000804

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 5F | 00E04045 | R5 | 1811121 | 50057 | 66.616 | Y | Open |
| 5F | 02F80101 | R6 | 2237497 | 60739 | 66.616 | Y | Open |
| 5F | 02F76901 | R6 | 2258593 | 60737 | 66.616 | Y | Open |
| 5F | 00A01863 | R1 | 2510146 | 10489 | 66.616 | Y | Open |
| 5F | 00A01540 | R1 | 2536488 | 10068 | 66.616 | Y | Open |
| 5F | 00E04016 | R5 | 2606878 | 50191 | 66.616 | Y | Open |
| 5F | 00E04017 | R5 | 2606878 | 50191 | 66.616 | Y | Open |
| 5F | 00E04043 | R5 | 2618916 | 50194 | 66.616 | Y | Open |
| 5F | 00E04044 | R5 | 2632931 | 51282 | 66.616 | Y | Open |
| 5F | 00E05003 | R5 | 2766602 | 51279 | 66.616 | Y | Open |
| 5F | 00E05007 | R5 | 2798408 | 50211 | 66.616 | Y | Open |
| 5F | 03D33825 | R4 | 2810450 | 41248 | 66.616 | Y | Open |
| 5F | 97T28601 | R9 | 3209552 | 90980 | 66.616 | Y | Open |
| 5F | 02F76601 | R6 | 3521581 | 60736 | 66.616 | Y | Open |
| 5F | 02F80001 | R6 | 3535071 | 61800 | 66.616 | Y | Open |
| 5F | 96274625 | R2 | 3600180 | 20083 | 66.616 | Y | Open |
| 5F | 00E05002 | R9 | 3602254 | 90826 | 66.616 | Y | Open |
| 5F | 03D25324 | R9 | 3602254 | 90826 | 66.616 | Y | Open |
| 5F | 96278700 | R2 | 3606856 | 20674 | 66.616 | Y | Open |
| 5F | 96272300 | R2 | 3614100 | 20369 | 66.616 | Y | Open |
| 5F | 96273600 | HQ | 3624312 | E471 | 66.616 | Y | Open |
| 5F | 96275425 | R2 | 3630436 | 20473 | 66.616 | Y | Open |
| 5F | 96276700 | R2 | 3642252 | 20675 | 66.616 | Y | Open |
| 5F | 96272900 | R2 | 3659476 | 20527 | 66.616 | Y | Open |
| 5F | 03D26324 | R4 | 3709535 | 41381 | 66.616 | Y | Open |
| 5F | 03D31024 | R4 | 3711903 | 41383 | 66.616 | Y | Open |
| 5F | 03D30724 | R4 | 3727766 | 41386 | 66.616 | Y | Open |
| 5F | 00E04015 | R5 | 3955952 | 51277 | 66.616 | Y | Open |
| 5F | 02J95301 | R10 | 4122862 | X0782 | 66.616 | Y | Open |
| 5F | 02J85001 | R10 | 4132800 | X0219 | 66.616 | Y | Open |
| 5F | 02J95401 | R10 | 4158134 | X0889 | 66.616 | Y | Open |
| 5F | 02J88501 | R10 | 4171336 | X0187 | 66.616 | Y | Open |
| 5F | 953A0039 | R3 | 4218789 | 36116 | 66.616 | Y | Open |
| 5F | 953A0075 | R3 | 4252611 | 33478 | 66.616 | Y | Open |
| 5F | 84098801 | HQ | 4259772 | 3681 | 66.616 | Y | Open |
| 5F | 00A01704 | R1 | 4449397 | 10835 | 66.616 | Y | Open |
| 5F | 03D30824 | R4 | 4554164 | 41387 | 66.616 | Y | Open |
| 5F | 00I34600 | R8 | 4606702 | 80049 | 66.616 | Y | Open |
| 5F | 03D30924 | R4 | 4717188 | 41388 | 66.616 | Y | Open |
| 5F | 03D25424 | R4 | 4811180 | 41143 | 66.616 | Y | Open |
| 5F | 02F76501 | R6 | 4826901 | 67193 | 66.616 | Y | Open |
| 5F | 02F78401 | R6 | 4829558 | 67194 | 66.616 | Y | Open |
| 5F | 02F78701 | R6 | 4859167 | 67042 | 66.616 | Y | Open |
| 5F | 02J95801 | HQ | 5125981 | 8161 | 66.616 | Y | Open |
| 5F | 953A0097 | HQ | 5125981 | 8161 | 66.616 | Y | Open |
| 5F | 953A0079 | R3 | 5155214 | 33546 | 66.616 | Y | Open |
| 5F | 02J95701 | R10 | 5339038 | X0068 | 66.616 | Y | Open |
| 5F | 02J88601 | R10 | 5339528 | X0789 | 66.616 | Y | Open |
| 5F | 02J85301 | HQ | 5350701 | 3030 | 66.616 | Y | Open |

**J.A. 2448**

| | |
|---|---|
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |

EPA_00000806

| 5F | 00E05004 | HQ | 5534891 | 0009 | 66.616 | Y | Open |
| 5F | 00E05006 | R5 | 5537148 | 51163 | 66.616 | Y | Open |
| 5F | 00E05005 | R5 | 5550893 | 50926 | 66.616 | Y | Open |
| 5F | 97T28401 | R9 | 6637846 | 90483 | 66.616 | Y | Open |
| 5F | 96276500 | R2 | 7209252 | 20672 | 66.616 | Y | Open |
| 5F | 96275300 | R2 | 7243466 | 20671 | 66.616 | Y | Open |
| 5F | 96276600 | R2 | 7838235 | 20559 | 66.616 | Y | Open |
| 5P | 84107201 | R1 | 4249913 | 10536 | 66.721 | Y | Open |

EPA_00000807

**J.A. 2450**

| | |
|---|---|
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |
| Suspended | 3/7/2025 |

EPA_00000808

**J.A. 2451**

Message

---

**From:** Coogan, Daniel [Coogan.Daniel@epa.gov]
**Sent:** 3/14/2025 10:17:08 PM
**To:** Talmage, Sarah [Talmage.Sarah@epa.gov]
**CC:** Voyles, Travis [voyles.travis@epa.gov]
**Subject:** Fw: Next Round of Grants
**Attachments:** EJ Grants_Week of March 10.pdf; Other Grants_Week of March 10.pdf

Sarah, here is the full set of grants that we are terminating. (Temporary Injunctions and certain term and conditions will require a bit of sequencing.)

Dan
202-355-4943

---

**From:** Voyles, Travis <voyles.travis@epa.gov>
**Sent:** Monday, March 10, 2025 4:46:10 PM
**To:** Molina, Michael <molina.michael@epa.gov>; Patrick, Kimberly <Patrick.Kimberly@epa.gov>; Coogan, Daniel <Coogan.Daniel@epa.gov>; Loving, Kathryn <Loving.Kathryn@epa.gov>; Jehling, Erica <Jehling.Erica@epa.gov>
**Cc:** Hanson, Paige (Catherine) <hanson.catherine@epa.gov>; Corlett, Thomas <Corlett.Thomas@epa.gov>; Vaseliou, Molly <Vaseliou.Molly@epa.gov>; Mandy, Cora <Mandy.Cora@epa.gov>
**Subject:** Next Round of Grants

Hi All—Sorry for delay on sending this email, but as we discussed last week. The attached grants are all approved for cancellations.

I anticipate they will be part of a public announcement this week, with the underlying OMS actions ongoing.

Thank you all for your hard work in getting us through these programs!

-Travis

--

Travis Voyles
Assistant Deputy Administrator
Office of the Administrator
U.S. Environmental Protection Agency
C: (202) 787-0595

**Exhibit E**

**J.A. 2452**

| Grant No | Applicant Name | State | Applicant Type | Obligation Amount | Remaining Balance | Award Date | AAship | Project Title | IRA Funding |
|---|---|---|---|---|---|---|---|---|---|
| Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program | | | | | | | | | |
| 00A01150-1 | MYSTIC RIVER WATERSHED ASSOCIATION, INC. | MA | Not for Profit | $500,000.00 | $415,676.93 | 8/22/2024 | R01 | Cooling Solutions for Heat and Health | IRA |
| 00A01235-0 | UNITED CHARITABLE | VA | Not for Profit | $500,000.00 | $416,743.90 | 5/20/2024 | R01 | Growing Environmental Justice Through Community Food Forest Development | IRA |
| 00A01311-1 | THE NATURE CONSERVANCY | VA | Not for Profit | $500,000.00 | $476,117.96 | 9/27/2024 | R01 | Collaborating for Tree Equity in Providence | IRA |
| 00A01313-0 | CHILDHOOD LEAD ACTION PROJECT | RI | Not for Profit | $500,000.00 | $440,102.10 | 8/8/2024 | R01 | Community-Based Lead Poisoning Prevention Project | IRA |
| 00A01314-0 | REFUGEE DEVELOPMENT CENTER, INC | RI | Not for Profit | $500,000.00 | $367,003.26 | 9/19/2024 | R01 | Refugee Lead Safety | IRA |
| 00A01389-0 | NASHUA RIVER WATERSHED ASSOCIATION INC | MA | Not for Profit | $500,000.00 | $432,588.67 | 9/12/2024 | R01 | Fitchburg Green Solutions Project: Nature-Based Solutions to Climate Impacts | IRA |
| 00A01436-1 | NEW HAVEN ECOLOGY PROJECT INC | CT | Not for Profit | $500,000.00 | Financially Closed | 2/21/2025 | R01 | Green Jobs Corps: Growing a New Generation of New Haven Environmental Justice Problem-Solvers | IRA |
| 00E03622-1 | ECOLIBRIUM3 | MN | Not for Profit | $500,000.00 | $380,916.41 | 9/17/2024 | R05 | Ecolibrium3 EJ CPS 2023 | IRA |
| 00E03856-0 | GREEN UMBRELLA | OH | Not for Profit | $497,184.00 | $487,764.08 | 9/24/2024 | R05 | Building Engagement to Policy Pipelines: A Regional Approach to Environmental Justice in Greater Cincinnati | IRA |
| 00I43300-1 | NATIONAL WILDLIFE FEDERATION | VA | Not for Profit | $500,000.00 | $446,882.71 | 10/9/2024 | R08 | National Wildlife Foundation - Globeville I-70 Green Infrastructure Partnership - 2024-2027 | IRA |
| 00I43400-0 | DENVER URBAN GARDENS | CO | Not for Profit | $500,000.00 | $479,654.21 | 7/3/2024 | R08 | Denver Urban Gardens&rsquo; (DUG) Dig Deeper Initiative (DDI) | IRA |
| 00I43600-0 | BESSEMER HISTORICAL SOCIETY, INC. | CO | Not for Profit | $500,000.00 | $467,280.75 | 9/9/2024 | R08 | Electronic bicycles for Pueblo, Colorado | IRA |
| 00I43700-0 | American Solar Energy Society Inc. | CO | Not for Profit | $500,000.00 | $394,507.00 | 3/7/2024 | R08 | American Solar Energy Society, Inc. - Net Zero Solar Living for Oglala Lakota Affordable &amp; Traditional Housing Initiative at Pine Ridge Reservation &ndash; 2024-2027 | IRA |
| 02F50301-0 | GROUNDWORK NEW ORLEANS | LA | Not for Profit | $499,876.00 | $66,600.00 | 9/16/2024 | R06 | Resilient Communities: The Gentilly Beehive Microgrid Community Resilience Project | IRA |
| 02F50401-1 | SEWA INTERNATIONAL, INC. | TX | Not for Profit | $500,000.00 | $451,537.36 | 2/12/2025 | R06 | Sewa International Linear Forest Program | IRA |
| 02F53801-0 | Open Design Collective, Inc | OK | Not for Profit | $499,996.00 | $499,996.00 | 8/9/2024 | R06 | NEOKC Environmental Placekeeping | IRA |
| 02F73901-0 | TREE NEW MEXICO, INC. | NM | Not for Profit | $500,000.00 | $498,039.25 | 9/24/2024 | R06 | Navajo Nation Elders Tree and Garden Planting at Assisted Living Centers in Gallup, New Mexico | IRA |
| 02F74401-0 | LOUISIANA BUCKET BRIGADE | LA | Not for Profit | $500,000.00 | $500,000.00 | 11/25/2024 | R06 | Imagine St. James Parish | IRA |
| 02F74801-0 | hw7009 - HOUSTON WILDERNESS | TX | Not for Profit | $500,000.00 | $500,000.00 | 12/11/2024 | R06 | Super Trees for Sustainability-Alief: urban forestry through targeted large-scale native tree plantings, education on mitigation effects of targeted trees on extreme heat and other health benefits | IRA |
| 02J56001-0 | THE TRUST FOR PUBLIC LAND | CA | Not for Profit | $500,000.00 | $500,000.00 | 11/4/2024 | R10 | Madras Community Schoolyard Environmental Justice | IRA |

**Exhibit F**

**J.A. 2453**

| 02J56301-1 | PRINCE WILLIAM SOUND SCIENCE AND TECHNOLOGY INSTITUTE | AK | Not for Profit | $477,135.00 | $351,118.95 | 9/16/2024 | R10 | Drying seaweed using waste heat: a proof of concept to build community resilience for food security and economic diversity in PWS, AK. | IRA |
|---|---|---|---|---|---|---|---|---|---|
| 03D03224-0 | 2CMississippi: Towards Sustainable, Educated and Empowered Mississippi | MS | Not for Profit | $500,000.00 | $398,650.12 | 8/1/2024 | R04 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program | IRA |
| 03D03624-1 | TENNESSEE ENVIRONMENTAL COUNCIL, INC. | TN | Not for Profit | $500,000.00 | $371,037.92 | 7/9/2024 | R04 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program | IRA |
| 95335201-0 | NATIONAL HOUSING TRUST | DC | Not for Profit | $500,000.00 | $483,158.88 | 6/7/2024 | R03 | Reducing Childhood Asthma by Improving Indoor Air Quality in Affordable Multifamily Housing | IRA |
| 95335501-0 | RIDGE TO REEFS INC | MD | Not for Profit | $370,775.00 | $297,923.20 | 5/22/2024 | R03 | Nature-Based Solutions for Clean Water and Community Resilience in Eagle Harbor, MD | IRA |
| 96263224-0 | THE BRONX IS BLOOMING | NY | Not for Profit | $150,000.00 | $123,895.21 | 11/6/2024 | R02 | Program for Leaders Advancing their Community's Environment (PLACE): Partnership Building for Program Expansion and Urban Forestry Workforce Development in Frontline Communities | IRA |
| 96263724-0 | We Stay-Nos Quedamos Inc - WE STAY-NOS QUEDAMOS INC | NY | Not for Profit | $500,000.00 | $400,000.00 | 9/30/2024 | R02 | Nos Quedamos Climate Justice, Community Resilience, and Emergency Preparedness Curricula for South Bronx Youth and Adults | IRA |
| 96711901-1 | BRIDGING THE GAP, INC. | MO | Not for Profit | $500,000.00 | $500,000.00 | 12/3/2024 | R07 | Bridging the GAP Inc. Community Resiliency Investment Program | IRA |
| 97T22801-0 | ENVIRONMENTAL HEALTH COALI | CA | Not for Profit | $500,000.00 | $457,312.96 | 11/26/2024 | R09 | INFLATION REDUCTION ACT - ENVIRONMENTAL JUSTICE COLLABORATIVE PROBLEM-SOLVING | IRA |
| 98T88101-1 | REBUILD SUPERIOR, INC. | AZ | Not for Profit | $200,000.00 | $197,000.00 | 11/27/2024 | R09 | Inflation Reduction Act - Environmental Justice Collaborative Problem-Solving | IRA |
| 98T88901-0 | QUAIL BOTANICAL GARDENS FOUNDATION, INC. | CA | Not for Profit | $500,000.00 | $481,700.61 | 6/6/2024 | R09 | Inflation Reduction Act &ndash; Environmental Justice Collaborative Problem-Solving | IRA |
| 98T89001-0 | k8562 - Kaunalewa | HI | Not for Profit | $500,000.00 | $398,981.37 | 5/21/2024 | R09 | Inflation Reduction Act &ndash; Environmental Justice Collaborative Problem-Solving | IRA |
| 98T89501-0 | CASA FAMILIAR, INC. | CA | Not for Profit | $500,000.00 | $326,411.10 | 6/21/2024 | R09 | Inflation Reduction Act &ndash; Environmental Justice Collaborative Problem-Solving | IRA |
| 98T90101-1 | Bisbee Science Exploration and Research Center, Inc | AZ | Not for Profit | $150,000.00 | $112,062.89 | 10/15/2024 | R09 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement - IRA | IRA |
| 98T91201-1 | COUNCIL FOR NATIVE HAWAIIAN ADVANCEMENT | HI | Not for Profit | $500,000.00 | $0.00 | 2/21/2025 | R09 | Inflation Reduction Act &ndash; Environmental Justice Collaborative Problem-Solving | IRA |
| 98T91501-1 | The Friendship House Association of American Indians | CA | Not for Profit | $500,000.00 | $0.00 | 2/21/2025 | R09 | Inflation Reduction Act &ndash; Environmental Justice Collaborative Problem-Solving | IRA |
| 00A01144-0 | MASSACHUSETTS COALITION FOR OCCUPATIONAL SAFETY AND HEALTH, INC. | MA | Not for Profit | $150,000.00 | $0.00 | 7/10/2024 | R01 | Student Organizing for Educational and Environmental Justice in Boston Public Schools (BPS) | IRA |
| 00A01182-1 | MAINE PEOPLES RESOURCE CENTER | ME | Not for Profit | $500,000.00 | $379,289.32 | 7/18/2024 | R01 | MPRC CPS '23 | IRA |
| 00A01352-0 | Center for an Ecology-Based Economy | ME | Not for Profit | $150,000.00 | $86,630.74 | 5/8/2024 | R01 | Center for an Ecology-Based Economy - Collaborative Problem-Solving 2023 | IRA |
| 00A01390-0 | GULF OF MAINE RESEARCH INSTITUTE | ME | Not for Profit | $500,000.00 | $371,348.05 | 4/22/2024 | R01 | Gulf of Maine Research Institute - Collaborative Problem Solving 2023 | IRA |

**J.A. 2454**

| 00A01502-0 | HITCHCOCK CENTER FOR THE ENVIRONMENT, INC. | MA | Not for Profit | $500,000.00 | $404,062.14 | 5/23/2024 | R01 | Healthy Air Network &ndash; Building rural community capacity and youth education on air quality and climate resilience in the Connecticut River Valley | IRA |
| 00A01504-0 | HEALTH RESOURCES IN ACTION, INC. | MA | Not for Profit | $500,000.00 | $463,425.15 | 8/23/2024 | R01 | Building on HEAL (Healthy Environments Advance Learning) | IRA |
| 00E03623-1 | COMMUNITY POWER | MN | Not for Profit | $500,000.00 | $428,239.03 | 12/5/2024 | R05 | Community Power EJ CPS 2023 | IRA |
| 00E03624-1 | VINCENTIAN OHIO ACTION NETWORK | OH | Not for Profit | $500,000.00 | $305,153.53 | 7/30/2024 | R05 | ARCH (Accompanying Returning Citizens with Hope) Reentry Solar Program | IRA |
| 00E03625-0 | ECOLOGY ACTION CENTER | IL | Not for Profit | $498,008.00 | $485,167.94 | 8/12/2024 | R05 | Bloomington-Normal Climate Responsive Community (BNCRC) | IRA |
| 00E03626-0 | ONE LOVE GLOBAL | MI | Not for Profit | $499,998.00 | $468,295.86 | 5/17/2024 | R05 | One Love Global EJ CPS 2023 | IRA |
| 00E03627-0 | enFocus - ENFOCUS INC | IN | Not for Profit | $495,146.00 | $426,991.34 | 6/30/2024 | R05 | South Bend Green Empowerment: Improving resources for green development in South Bend&rsquo;s historically underserved communities | IRA |
| 00E03628-0 | UNITED CONGREGATIONS OF METRO | IL | Not for Profit | $499,634.00 | $475,745.40 | 8/1/2024 | R05 | Comprehensive air pollution monitoring of industrial sources in disproportionately impacted communities in Metro East, Illinois | IRA |
| 00E03646-0 | ADVOCATES FOR BASIC LEGAL EQUALITY, INC. | OH | Not for Profit | $500,000.00 | $500,000.00 | 6/21/2024 | R05 | The Miami Valley ENVIRONMENTAL JUSTICE COLLABORATIVE PROBLEM-SOLVING (EJCPS) COOPERATIVE AGREEMENT PROGRAM | IRA |
| 00E03648-0 | Reflo, Inc. | WI | Not for Profit | $499,200.00 | $262,600.00 | 4/18/2024 | R05 | REFLO Summer High School Environmental Internships | IRA |
| 00E03857-0 | METROPOLITAN TENANTS ORGANIZATION | IL | Not for Profit | $500,000.00 | $403,916.02 | 9/21/2024 | R05 | MTO EJCPS 2024 | IRA |
| 00E03858-0 | DETROITERS WORKING FOR ENVIRONMENTAL JUSTICE | MI | Not for Profit | $474,253.00 | $474,253.00 | 9/29/2024 | R05 | It's in the Air: Community Air Quality System in Detroit | IRA |
| 00I43500-0 | EcoAction - EcoAction Partners | CO | Not for Profit | $150,000.00 | $119,583.88 | 3/1/2024 | R08 | Addressing Environmental and Public Health Vulnerabilities Through Access to Environmental Programming | IRA |
| 02F50201-0 | MICAH SIX EIGHT MISSION | LA | Not for Profit | $150,000.00 | $135,000.00 | 8/13/2024 | R06 | Environmental Impact &amp; Education in Southwest Louisiana | IRA |
| 02F50501-1 | CHILDREN'S ENVIRONMENTAL LITERACY FOUNDATION INC | NY | Not for Profit | $425,616.00 | $349,405.87 | 8/2/2024 | R06 | Engaging K-12 communities in Civic Science to Monitor Air Quality and Watershed Health in Greater Houston | IRA |
| 02F50601-1 | BLACK UNITED FUND OF TEXAS, INC. | TX | Not for Profit | $500,000.00 | Financially Closed | 2/22/2025 | R06 | Vulnerable to Vibrant: Solar Workforce Development Trainings, Illegal Dumping Abatement, and Education in an Environmental Justice Community | IRA |
| 02F50701-0 | DigDeep - THE DIGDEEP RIGHT TO WATER PROJECT | CA | Not for Profit | $500,000.00 | $500,000.00 | 6/27/2024 | R06 | DigDeep's Colonias Water Project will bring short- and long-term safe water solutions to the residents of the Hueco Tanks colonia. | IRA |
| 02F50801-1 | EARTH CARE INTERNATIONAL | NM | Not for Profit | $500,000.00 | Financially Closed | 2/22/2025 | R06 | Justice in the Air: The Partnership for Community Health Equity | IRA |
| 02F50901-0 | THRIVE NEW ORLEANS | LA | Not for Profit | $500,000.00 | $446,676.30 | 6/25/2024 | R06 | Cultivating a Diverse Green Economy in New Orleans through Youth Environmental Education and Land Stewardship | IRA |

EPA_00292056

| 02F74001-0 | ICAST (International Center for Appropriate and Sustainable Technology) | CO | Not for Profit | $500,000.00 | $500,000.00 | 1/15/2025 | R06 | Addressing Public Health and Environmental Justice Issues in Tribal Nations | IRA |
| 02F76301-0 | daref1434 - Downwinders at Risk Education Fund | TX | Not for Profit | | Financially Closed | 2/4/2025 | R06 | Environmental Justice Governmental Grant | IRA |
| 02F76801-0 | null5598 - NATIONAL URBAN LEAGUE, INC. | NY | Not for Profit | $500,000.00 | $500,000.00 | 1/14/2025 | R06 | Urban Environmental Justice Collaborative Program | IRA |
| 02J56101-0 | METHOW VALLEY CITIZENS COUNCIL | WA | Not for Profit | $443,189.00 | $288,888.17 | 4/22/2024 | R10 | Empowering Environmental Justice communities to build climate resiliency through community-oriented solutions, equitable fuels reduction programs and protecting health from poor air quality | IRA |
| 02J56201-0 | ALASKA MUNICIPAL LEAGUE | AK | Not for Profit | $500,000.00 | $355,651.47 | 3/14/2024 | R10 | Health Climate Planning that Strengthens Alaska's Rural Communities | IRA |
| 02J56401-0 | UPPER SNAKE RIVER TRIBES FOUNDATION INC | ID | Not for Profit | $341,538.00 | $296,435.89 | 5/9/2024 | R10 | Tribal Youth Environmental Justice and Climate Leadership Program | IRA |
| 02J56501-1 | CENTER FOR INTERCULTURAL ORGANIZING | OR | Not for Profit | $498,000.00 | $464,467.79 | 12/19/2024 | R10 | Oregon Climate Resilience | IRA |
| 02J56601-1 | OREGON COAST VISITORS ASSOCIATION, INC. | OR | Not for Profit | $500,000.00 | Financially Closed | 2/22/2025 | R10 | Creating Equitable and Low-Impact Transportation To and Along the Oregon Coast | IRA |
| 02J56701-0 | SOUTHERN OREGON FOREST RESTORATION COLLABORATIVE | OR | Not for Profit | $351,968.00 | $206,468.48 | 7/9/2024 | R10 | Southern Oregon Wildfire Resilience Education for All | IRA |
| 02J57301-0 | FARMWORKER JUSTICE FUND INC | DC | Not for Profit | $500,000.00 | $437,284.71 | 5/30/2024 | R10 | Wildfire Preparedness and Resiliency in Farmworker Communities | IRA |
| 03D02824-0 | E3 Solutions, Inc. | AL | Not for Profit | $500,000.00 | $431,168.97 | 5/16/2024 | R04 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program | IRA |
| 03D02924-0 | DreamNGreen - DREAM IN GREEN, INC. | FL | Not for Profit | $150,000.00 | $121,948.92 | 5/14/2024 | R04 | Environmental Justice Collaborative Problem Solving Cooperative Agreement Program | IRA |
| 03D03024-1 | GLYNN ENVIRONMENTAL COALITION INC | GA | Not for Profit | $500,000.00 | $489,924.34 | 11/15/2024 | R04 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program | IRA |
| 03D03124-1 | PARKS ALLIANCE OF LOUISVILLE, INC. | KY | Not for Profit | $500,000.00 | Financially Closed | 2/21/2025 | R04 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program | IRA |
| 03D03324-0 | STEPS COALITION | MS | Not for Profit | $500,000.00 | $377,482.00 | 5/16/2024 | R04 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program | IRA |
| 03D03424-0 | CLEANAIRE NORTH CAROLINA | NC | Not for Profit | $500,000.00 | $267,589.63 | 6/2/2024 | R04 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program | IRA |
| 03D03524-1 | LOWCOUNTRY ALLIANCE FOR MODEL COMMUNITIES | SC | Not for Profit | $500,000.00 | $500,000.00 | 11/6/2024 | R04 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program | IRA |
| 84084301-0 | CLEAN WATER FUND | DC | Not for Profit | $497,111.00 | $422,676.00 | 11/14/2024 | OEJECR | Learning to Live with Lead&mdash;Reducing Exposure in Environmental Justice Communities in Pennsylvania and Massachusetts | IRA |
| 95334701-0 | JOHN BARTRAM ASSOCIATION | PA | Not for Profit | $500,000.00 | $417,084.95 | 5/16/2024 | R03 | Strengthening Southwest Philadelphia's Environmental Sovereignty and Climate Resilience | IRA |
| 95334801-1 | Nueva Esperanza Inc. | PA | Not for Profit | $500,000.00 | Financially Closed | 2/21/2025 | R03 | Hunting Park Community-Led Climate Resilience and Empowerment Project | IRA |
| 95335401-0 | YESS OF CHARLES COUNTY, INC. | MD | Not for Profit | $500,000.00 | $280,663.50 | 5/8/2024 | R03 | YESS of Charles County will work with residents in Nanjemoy, Maryland to improve their wastewater and drinking water systems | IRA |

**J.A. 2456**

| 95337201-1 | SHAMOKIN CREEK RESTORATION ALLIANCE | PA | Not for Profit | $500,000.00 | $490,926.00 | 2/4/2025 | R03 | EJCPS Creation of Collaborative Partnership for the Greater Shamokin Area | IRA |
| 95337301-0 | RESILIENT VIRGINIA | VA | Not for Profit | $150,000.00 | $150,000.00 | 10/21/2024 | R03 | Building Community Capacity for Climate Justice in Ward 2, Lynchburg VA | IRA |
| 95337401-0 | CLEAN AIR COUNCIL | DE | Not for Profit | $490,912.00 | $481,288.50 | 6/25/2024 | R03 | Monitoring Air Toxics and Assessing Benefits of Reduced Air Pollution from the Delaware City Refinery. | IRA |
| 95338201-1 | APPALACHIAN VOICES | NC | Not for Profit | $500,000.00 | Financially Closed | 2/21/2025 | R03 | Building Community Resilience in Virgina's Coalfields with Place-based Climate Change Adaptation | IRA |
| 96214024-0 | New Jersey Environmental Justice Alliance Inc. | NJ | Not for Profit | $500,000.00 | $479,821.68 | 9/24/2024 | R02 | This project seeks to build an outreach network of grassroots EJ organizations and other stakeholders to educate residents about EJ issues and to provide a blueprint for government processes. | IRA |
| 96214124-0 | ATMA CONNECT | CA | Not for Profit | $500,000.00 | $22,692.00 | 5/30/2024 | R02 | Grassroots Leadership, Education, and a Safe Water Quality Network in Puerto Rico | IRA |
| 96214224-0 | Ironbound Community Corporation | NJ | Not for Profit | $327,900.00 | $296,942.01 | 9/17/2024 | R02 | Advancing Environmental Justice and Climate Resiliency through Increasing Tree Canopy in the Ironbound section of Newark | IRA |
| 96214324-0 | SOCIEDAD AMBIENTE MARINO INC. | PR | Not for Profit | $500,000.00 | $474,858.00 | 9/28/2024 | R02 | Puerto Rico Planning for Locally Led Adaptation | IRA |
| 96229424-0 | BRONX RIVER ALLIANCE INC | NY | Not for Profit | $500,000.00 | $444,274.76 | 9/23/2024 | R02 | Partnership for Urban Waterways in Bronx and Lower Westchester Counties, New York | IRA |
| 96263424-0 | PathStonCorp - PATHSTONE CORPORATION | NY | Not for Profit | $500,000.00 | $495,000.00 | 8/15/2024 | R02 | Environmental Justice Collaborative Problem-Solving in Arecibo, Barceloneta and Utuado, Puerto Rico - PathStone | IRA |
| 96263624-0 | YOUTH MINISTRIES FOR PEACE AND JUSTICE, INC. | NY | Not for Profit | $500,000.00 | $500,000.00 | 12/20/2024 | R02 | Youth Ministries for Peace and Justice (YMPJ)Bronx River Waterfront Redevelopment Health Impact Assessment | IRA |
| 96266600-0 | sscci1050 - SIXTH STREET COMMUNITY CENTER, INC | NY | Not for Profit | $150,000.00 | $105,940.38 | 8/21/2024 | R02 | SSCC Citizen Science for Environmental Health &amp; Climate Resiliency | IRA |
| 96711401-0 | SPRINGFIELD COMMUNITY GARDENS | MO | Not for Profit | $500,000.00 | $393,765.09 | 8/13/2024 | R07 | Springfield Community Gardens 2040 Collaborative Farming Forward | IRA |
| 96711501-0 | GAMALIEL FOUNDATION | IL | Not for Profit | $472,919.00 | $372,919.00 | 8/27/2024 | R07 | Climate Action Hubs - Gamaliel Foundation EJCPS | IRA |
| 96711701-0 | IOWA ENVIRONMENTAL COUNCIL | IA | Not for Profit | $500,000.00 | $466,304.10 | 8/30/2024 | R07 | Building Capacity for Impactful Environmental Justice Work in Iowa | IRA |
| 96712101-0 | PEDNET COALITION, INC. | MO | Not for Profit | $499,342.00 | $425,114.28 | 8/23/2024 | R07 | Collaborative Transit Master Planning: Addressing environmental justice and public health harms to transform disadvantaged communities | IRA |
| 97T23101-0 | crc8097 - CLIMATE RESILIENT COMMUNITIES | CA | Not for Profit | $500,000.00 | $500,000.00 | 11/20/2024 | R09 | Inflation Reduction Act &ndash; Environmental Justice Collaborative Problem-Solving | IRA |
| 97T23201-0 | ONEOC | CA | Not for Profit | $500,000.00 | $500,000.00 | 12/13/2024 | R09 | Inflation Reduction Act &ndash; Environmental Justice Collaborative Problem-Solving | IRA |
| 97T23301-0 | ca3121 - CANAL ALLIANCE | CA | Not for Profit | $499,975.00 | $491,569.01 | 11/22/2024 | R09 | Inflation Reduction Act - Environmental Justice Collaborative Problem-Solving | IRA |
| 97T23901-0 | tlanlt8074 - THE LOS ANGELES NEIGHBORHOOD LAND TRUST | CA | Not for Profit | $500,000.00 | $500,000.00 | 12/18/2024 | R09 | Inflation Reduction Act &ndash; Environmental Justice Collaborative Problem-Solving | IRA |

**J.A. 2457**

| 97T29101-0 | abf6059 - ANZA-BORREGO FOUNDATION | CA | Not for Profit | $499,735.00 | $499,735.00 | 12/6/2024 | R09 | Inflation Reduction Act - Environmental Justice Collaborative Problem-Solving | IRA |
| 98T86001-0 | NORTHERN NEVADA INSTITUTE FOR PUBLIC HEALTH | NV | Not for Profit | $500,000.00 | $500,000.00 | 9/30/2024 | R09 | Inflation Reduction Act - Environmental Justice Collaborative Problem-Solving | IRA |
| 98T88201-0 | CENTRAL CALIFORNIA ENVIRONMENTAL JUSTICE NETWORK | CA | Not for Profit | $500,000.00 | $438,158.93 | 5/29/2024 | R09 | Inflation Reduction Act &ndash; Environmental Justice Collaborative Problem-Solving | IRA |
| 98T88301-0 | TERRAGRAPHICS INTERNATIONAL FOUNDATION, INC. | ID | Not for Profit | $450,000.00 | $352,253.32 | 4/24/2024 | R09 | Inflation Reduction Act - Environmental Justice Collaborative Problem-Solving | IRA |
| 98T88401-0 | COMMUNITY HEALTH COUNCILS INC | CA | Not for Profit | $500,000.00 | $500,000.00 | 5/1/2024 | R09 | Inflation Reduction Act &ndash; Environmental Justice Collaborative Problem-Solving | IRA |
| 98T88501-0 | COUNCIL FOR WATERSHED HEALTH | CA | Not for Profit | $500,000.00 | $500,000.00 | 11/25/2024 | R09 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program | IRA |
| 98T88601-0 | WEST OAKLAND ENVIRONMENTAL INDICATORS PROJECT | CA | Not for Profit | $500,000.00 | $482,195.70 | 6/25/2024 | R09 | Inflation Reduction Act &ndash; Environmental Justice Collaborative Problem-Solving | IRA |
| 98T88701-1 | Bayview Hunters Point Community Advocates Inc. | CA | Not for Profit | $500,000.00 | Financially Closed | 2/21/2025 | R09 | Inflation Reduction Act &ndash; Environmental Justice Collaborative Problem-Solving | IRA |
| 98T88801-0 | GoG - GRADES OF GREEN, INC. | CA | Not for Profit | $500,000.00 | $159,938.13 | 5/23/2024 | R09 | Inflation Reduction Act &ndash; Environmental Justice Collaborative Problem-Solving | IRA |
| 98T89801-0 | AMISTADES, INC | AZ | Not for Profit | $500,000.00 | $390,661.09 | 5/24/2024 | R09 | Inflation Reduction Act &ndash; Environmental Justice Collaborative Problem-Solving | IRA |
| 98T90701-0 | RED FEATHER DEVELOPMENT GROUP | AZ | Not for Profit | $500,000.00 | $352,796.63 | 5/8/2024 | R09 | Inflation Reduction Act &ndash; Environmental Justice Collaborative Problem-Solving | IRA |
| 00A00596-1 | Hartford Parent University, Inc. | CT | Not for Profit | $200,000.00 | $76,778.55 | 8/1/2024 | R01 | EJCPS / ARP - Working Together for a Healthy Hartford | N/A |
| 00A00720-2 | Woonasquatucket River Watershed Council | RI | Not for Profit | $120,000.00 | Financially Closed | 12/13/2022 | R01 | New Voices At The Water Table: Leadership Development For Olneyville Youth And Residents | N/A |
| 00A00721-3 | Childhood Lead Action Project | RI | Not for Profit | $120,000.00 | $0.00 | 12/27/2023 | R01 | Community Lead Safety Collaborative Project | N/A |
| 00A00789-1 | Partners for a Healthier Community Inc. | MA | Not for Profit | $200,000.00 | Financially Closed | 9/29/2023 | R01 | Pioneer Valley Air Quality Monitoring Project: Building Community Leadership on Air Quality and Climate Resilience | N/A |
| 00E03084-3 | WESTERN RESERVE LAND CONSERVANCY | OH | Not for Profit | $200,000.00 | $7,893.97 | 7/2/2024 | R05 | EJCPS - Building Healthy and Resilient Cleveland Neighborhoods through Vacant Land Reuse | N/A |
| 00E03085-3 | Bad River Band of Lake Superior Chippewa Indians | WI | Indian Tribe | $200,000.00 | $194,594.00 | 2/26/2025 | R05 | GREEN JOB SKILLS TRAINING AND COVID 19 PREVENTION | N/A |
| 00E03086-1 | Keep Indianapolis Beautiful, Inc. | IN | Not for Profit | $199,983.00 | $0.00 | 12/28/2023 | R05 | Greening Urban Neighborhoods from the Ground Up | N/A |
| 00E03087-2 | HOURCAR | MN | Not for Profit | $200,000.00 | $254.96 | 8/21/2024 | R05 | Building Community Transportation Resilience in the Aftermath of COVID-19 | N/A |
| 00E03088-1 | THE LITTLE VILLAGE ENVIRONMENTAL JUSTICE ORGANIZATION | IL | Not for Profit | $196,034.00 | $0.00 | 6/25/2024 | R05 | LVEJO Growing the Field | N/A |
| 01D15120-1 | National Coalition of 100 Black Women - Central Florida Chapter Inc. | FL | Not for Profit | $120,000.00 | Financially Closed | 5/24/2023 | R04 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program | N/A |
| 01D15220-1 | Mississippi Band Of Choctaw Indians | MS | Indian Tribe | $120,000.00 | Financially Closed | 5/17/2023 | R04 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program | N/A |
| 01J84501-1 | Shoshone-Bannock Tribes of the Fort Hall Reserv | ID | Indian Tribe | $96,914.47 | $0.00 | 12/20/2022 | R10 | Development of a Community Action Plan for Climate | N/A |

**J.A. 2458**

| 01J84601-3 | Central Council of the Tlingit & Haida Tribes | AK | Indian Tribe | $119,999.99 | Financially Closed | 9/29/2023 | R10 | Juneau"s Community P and D Resiliency Expo | N/A |
|---|---|---|---|---|---|---|---|---|---|
| 02F11501-2 | BLACK UNITED FUND OF TEXAS, INC. | TX | Not for Profit | $200,000.00 | Financially Closed | 4/30/2024 | R06 | ARP-The Houston Agri-Power program will address improving environmental quality and health disparities in Texas' largest underserved population in Kashmere Gardens &amp; Greater Fifth Ward Houston. | N/A |
| 02J02401-1 | Front and Centered | WA | Not for Profit | $200,000.00 | $0.00 | 2/1/2024 | R10 | EJCPS - The Environmental Reporting, Response, and Action Project | N/A |
| 02J03001-2 | Confederated Tribes of the Colville Reservation | WA | Indian Tribe | $200,000.00 | $63,296.40 | 12/30/2024 | R10 | EJCPS/ARP PM2.5 Monitoring for Upper Columbia River Communities | N/A |
| 84036501-1 | Pioneer Bay Community Development Corporation | FL | Not for Profit | $200,000.00 | $1.00 | 6/12/2024 | OEJECR | Safe, Healthy, and Resilient Housing In Post-Hurricane Florida | N/A |
| 84036801-1 | PONTCHARTRAIN CONSERVANCY | LA | Not for Profit | $163,136.00 | $0.00 | 6/11/2024 | OEJECR | Collaborating on Restoration (CORE): Youth and Community-Driven Environmental Stewardship in New Orleans East (LA) | N/A |
| 84036901-1 | Greater Baybrook Alliance, Inc. | MD | Not for Profit | $200,000.00 | $53,322.54 | 1/30/2024 | OEJECR | EJCPS / ARP Building Neighborhood Stewardship in the Masonville Cove Watershed | N/A |
| 84037001-1 | Yurok Tribe | CA | Indian Tribe | $199,983.00 | $37,307.89 | 3/26/2024 | OEJECR | EJCPS / ARP - Climate Resiliency in Yurok and Karuk Ancestral Territories | N/A |
| 84037101-1 | Metro Community Ministries | GA | Not for Profit | $200,000.00 | $7,644.59 | 4/29/2024 | OEJECR | Healthy Communities | N/A |
| 84037201-1 | LIVE HEALTHY LITTLE HAVANA, INC. | FL | Not for Profit | $160,000.00 | $0.00 | 5/29/2024 | OEJECR | EJCPS/ARP Live Healthy Little Havana, Inc. - Building Climate Resiliency for Little Havana's Affordable Housing Stock | N/A |
| 84037301-1 | TULALIP TRIBES OF WASHINGTON | WA | Indian Tribe | $199,999.00 | $0.00 | 9/30/2024 | OEJECR | EJCPS/ARP - E-Learning Video Series for Enhanced Healthy Homes Education | N/A |
| 84037401-1 | Mid America Regional Council Comm Svcs Corp | MO | Not for Profit | $200,000.00 | $37,001.48 | 4/25/2023 | OEJECR | Resilient People, Resilient Places, Creating a Community-based Model for Climate Resilience in Metro Kansas City | N/A |
| 84037701-1 | SEEED Inc | TN | Not for Profit | $200,000.00 | $0.00 | 3/22/2024 | OEJECR | EJCPS / ARP &ndash; Climate Plus: Going Beyond Weatherization to Healthy Air Quality in Low Income Homes | N/A |
| 84037801-1 | Vista Community Clinic | CA | Not for Profit | $200,000.00 | $2,976.00 | 8/29/2024 | OEJECR | Planning for the Road Ahead: Innovating in Emergency Preparedness Planning for Farmworker Communities | N/A |
| 84037901-1 | ENERGY COORDINATING AGENCY OF PHILADELPHIA, INC. | PA | Not for Profit | $199,911.00 | $20,854.54 | 1/15/2025 | OEJECR | Environmental Justice Collaborative Problem Solving - Urban Integrated Pest Management Technician Training | N/A |
| 95820512-1 | HEALTHY ENVIRONMENT ALLIANCE | UT | Not for Profit | $200,000.00 | $6,407.72 | 6/10/2024 | R08 | Healthy Environment Alliance of Utah (HEAL), Environmental Justice Collaborative Problem-Solving Grant (EJCPS), Fiscal Year 2023 | N/A |
| 95820612-3 | Utah Clean Energy Alliance | UT | Not for Profit | $200,000.00 | Financially Closed | 12/21/2023 | R08 | EJCPS / ARP - Advancing Climate Resiliency &amp; Equity through Electrification | N/A |
| 96241922-1 | St. CFCD - ST CROIX FOUNDATION FOR COMMUNITY DEVELOPMENT INC | VI | Not for Profit | $200,000.00 | $0.00 | 8/1/2024 | R02 | Terra Ay Ay Environmental Action Group | N/A |
| 96242022-2 | Center for Habitat Reconstruction, Inc. | PR | Not for Profit | $200,000.00 | $30,930.44 | 6/5/2024 | R02 | The Puerto Rico Anti-Blight Initiative: Fostering Civic Participation for Safer, Healthier, and Resilient Communities | N/A |
| 96378501-2 | Southeast Rural Community Assistance Project Inc | VA | Not for Profit | $120,000.00 | Financially Closed | 3/7/2023 | R03 | Eastern Shore Water Quality Improvement Project | N/A |

**J.A. 2459**

| 96873721-4 | Standing Rock Sioux Tribe | ND | Indian Tribe | $120,000.00 | $112,971.04 | 1/5/2024 | R08 | Creating Partnerships to Develop Sound Regulations and training for Lake Oahe Reservoir | N/A |
| 97784001-1 | Heartland Conservation Alliance Inc. | MO | Not for Profit | $120,000.00 | Financially Closed | 3/7/2023 | R07 | Action for a Healthy Blue River Watershed: Heart of the City Assessment and Restoration | N/A |
| 97784101-1 | Beyond Housing Inc. | MO | Not for Profit | $118,538.13 | Financially Closed | 10/11/2022 | R07 | 24:1 Project Clear the Air | N/A |
| 97791001-2 | BikeWalkKC | MO | Not for Profit | $200,000.00 | $0.00 | 10/25/2023 | R07 | BikeWalkKC-Getting Around KC: An evaluation of KC Zero-Fare Bus Transit | N/A |
| 98T16301-4 | NAVAJO NATION TRIBAL GOVERNMENT | AZ | Indian Tribe | $119,999.41 | $0.00 | 10/28/2024 | R09 | ENVIRONMENTAL JUSTICE PROGRAM - Navajo Nation EJ Collaborative Problem-Solving | N/A |
| 98T31701-4 | SUSTAINABLE SOLANO INC | CA | Not for Profit | $44,976.67 | Financially Closed | 9/18/2024 | R09 | Environmental Justice Program - Vallejo Food Rescue Project | N/A |
| 98T94301-1 | FOOD BANK OF CONTRA COSTA AND SOLANO | CA | Not for Profit | $154,982.00 | $154,982.00 | 11/14/2024 | R09 | Environmental Justice Collaborative Problem-Solving - Vallejo Food Rescue Project | N/A |
| | | | | $57,273,866.67 | $39,538,552.92 | | | | |
| **Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice** | | | | | | | | | |
| 84113601-0 | RESEARCH TRIANGLE INSTITUTE | NC | Not for Profit | $7,000,000.00 | $6,959,911.34 | 12/30/2024 | OEJECR | VISTA CEC - VISTA Clean Environment Core | IRA |
| 00A01125-0 | Mystic River Watershed Association Inc. | MA | Not for Profit | $40,000.00 | Financially Closed | 7/20/2023 | R01 | Mystic River Watershed UW Federal Partnership Ambassador Support | N/A |
| 00A01452-1 | UNIVERSITY OF CONNECTICUT | CT | State Institution of Higher Learning | $6,000,000.00 | $5,824,238.87 | 1/14/2025 | R01 | Environmental Justice Thriving Communities Technical Assistance Center Region 1 | N/A |
| 00E03396-0 | Alma College | MI | Private University | $30,455.00 | $17,430.12 | 5/31/2023 | R05 | Preserving &amp; Sharing the Critical Lessons of the PBB Disaster | N/A |
| 00E03450-4 | REGENTS OF THE UNIVERSITY OF MINNESOTA | MN | State Institution of Higher Learning | $8,000,000.00 | Financially Closed | 2/21/2025 | R05 | COMMUNITY DEVELOPMENT AND TECHNICAL ASSISTANCE TO ADVANCE ENVIRONMENT AND ENERGY JUSTICE IN THE GREAT LAKES REGION | N/A |
| 00E03451-2 | BIG, NFP | IL | Not for Profit | $4,000,000.00 | Financially Closed | 2/25/2025 | R05 | EPA REGION V Environmental Justice Thriving Communities Technical Assistance Center (EJ TCTAC) Program Community-Led Alliance by Blacks in Green &amp; Partners | N/A |
| 00I10501-2 | Montana State University | MT | State Institution of Higher Learning | $7,000,000.00 | Financially Closed | 2/21/2025 | R08 | Mountains and Plains Thriving Communities Collaborative (MaPTCC) | N/A |
| 00I24100-2 | FOCUS POINTS FAMILY RESOURCE CENTER | CO | Not for Profit | $94,000.00 | $94,000.00 | 7/18/2024 | R08 | Focus Points Pilot Agrivoltaic Project | N/A |
| 02D48323-1 | JACKSON STATE UNIVERSITY | MS | State Institution of Higher Learning | $40,000.00 | $20,110.00 | 12/27/2024 | R04 | Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice | N/A |
| 02D48523-1 | Jackson State University | MS | State Institution of Higher Learning | $60,000.00 | $21,032.14 | 1/23/2024 | R04 | Surveys, Investigations, Training and Special Activities for Environmental Justice | N/A |
| 02F24001-0 | Houston Advanced Research Center | TX | Not for Profit | $39,716.00 | $0.00 | 1/23/2023 | R06 | Port Arthur Environmental Justice Initiative 2022-2023 | N/A |

**J.A. 2460**

EPA_00292061

| 02F33801-2 | NEW MEXICO STATE UNIVERSITY | NM | State Institution of Higher Learning | $8,000,000.00 | $6,477,311.03 | 1/7/2025 | R06 | South Central Environmental Justice Resource Center (SCEJRC) Thriving Communities Technical Assistance Center (TCTAC) | N/A |
| 02J28601-3 | UNIVERSITY OF WASHINGTON | WA | State Institution of Higher Learning | $9,000,000.00 | $7,157,601.32 | 1/8/2025 | R10 | Pacific Northwest Environmental Justice Thriving Communities Center | N/A |
| 02J28701-3 | WILLAMETTE PARTNERSHIP | OR | Not for Profit | $9,000,000.00 | $6,870,583.39 | 1/10/2025 | R10 | Northwestern Environmental and Energy Justice TCTAC | N/A |
| 13746193-4 | RESEARCH TRIANGLE INSTITUTE | NC | Not for Profit | $9,000,000.00 | $7,263,350.04 | 12/27/2024 | R04 | Resource for Assistance and Community Training | N/A |
| 13746681-3 | DEEP SOUTH CENTER FOR ENVIRONMENTAL JUSTICE INC | LA | Not for Profit | $11,000,000.00 | Financially Closed | 2/21/2025 | R04 | Community Investment Recovery Center (CIRC): A U.S. EPA Environmental Justice Thriving Communities Technical Assistance Center (TCTAC) | N/A |
| 84060301-3 | International City/County Mgmt. Assoc. | DC | Not for Profit | $10,000,000.00 | $8,277,729.97 | 11/21/2024 | OEJECR | Environmental Justice Thriving Communities Technical Assistance Centers Program (EJ TCTAC) | N/A |
| 84061001-1 | NATIONAL INDIAN HEALTH BOARD | DC | Not for Profit | $4,750,000.00 | $250,000.00 | 8/22/2024 | OEJECR | National Indian Health Board Environmental Justice Thriving Communities Technical Assistance Center | N/A |
| 84061101-1 | INSTITUTE FOR SUSTAINABLE COMMUNITIES | VT | Not for Profit | $8,000,000.00 | Financially Closed | 2/21/2025 | OEJECR | Environmental Justice Thriving Communities Technical Assistance Center (EJ TCTAC) | N/A |
| 95314201-3 | NATIONAL WILDLIFE FEDERATION | VA | Not for Profit | $8,000,000.00 | Financially Closed | 2/21/2025 | R03 | Mid-Atlantic Thriving Communities Hub (MATCH) | N/A |
| 95316401-2 | GIRLS SCOUTS OF BLACK DIAMOND COUNCIL, INC. | WV | Not for Profit | $40,000.00 | $16,897.86 | 12/11/2024 | R03 | Girl Scouts Healthy Living Champions | N/A |
| 96230523-2 | Inter American University of Puerto Rico, Inc. | PR | Private University | $8,500,000.00 | $6,787,411.12 | 1/15/2025 | OEJECR | EAGEL Engage and Assist Grassroots organizations for Environmental Energy Justice and Leadership capacity building for Region 2 EJ TCTAC | N/A |
| 96230923-3 | WEST HARLEM ENVIRONMENTAL ACTION INC | NY | Not for Profit | $8,000,000.00 | $5,694,581.88 | 1/16/2025 | OEJECR | WE ACT for Environmental Justice proposes to lead and host an Environmental Justice Thriving Communities Technical Assistance Center for EPA Region 2. | N/A |
| 96701501-3 | WICHITA STATE UNIVERSITY | KS | State Institution of Higher Learning | $8,000,000.00 | Financially Closed | 2/21/2025 | R07 | Environmental Justice Thriving Communities Technical Assistance Centers Program | N/A |
| 96708401-0 | Urban Neighborhood Initiative, Inc. | MO | Not for Profit | $40,000.00 | Financially Closed | 9/6/2023 | R07 | Policy &amp; Advocacy Collective, (PAC) | N/A |
| 96708901-0 | Bridging The Gap Inc. | MO | Not for Profit | $40,000.00 | $0.00 | 9/8/2023 | R07 | KC Tree Core Workforce Training Program | N/A |
| 97796601-1 | Midwest Assistance Program | MO | Not for Profit | $40,000.00 | Financially Closed | 10/24/2023 | R07 | CWS Risk Assessment and Emergency Response Plan Development for Overburdened Communities | N/A |
| 98T65801-3 | SAN DIEGO STATE UNIVERSITY FOUNDATION | CA | Not for Profit | $8,100,000.00 | Financially Closed | 2/21/2025 | R09 | Special Purpose Activities Related to Environmental Justice | N/A |
| 98T65901-2 | UNIVERSITY OF ARIZONA | AZ | State Institution of Higher Learning | $8,100,000.00 | $5,869,611.33 | 12/19/2024 | R09 | Special Purpose Activities Related To Environmental Justice | N/A |
| 00E03344-0 | Undivided Cleveland | OH | Not for Profit | $23,099.00 | $0.00 | 4/10/2023 | R05 | Undivided Empowerment &amp; Education Program | N/A |
| | | | | $149,937,270.00 | $67,601,800.41 | | | | |

**J.A. 2461**

EPA_00292062

| Environmental Justice Government-to-Government (EJG2G) Program | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00A01184-0 | PENOBSCOT INDIAN NATION | ME | Indian Tribe | $1,000,000.00 | $1,000,000.00 | 9/9/2024 | R01 | Wabanaki Heat Pump Initiative | IRA |
| 00A01439-1 | CITY OF WATERBURY | CT | Municipal | $1,000,000.00 | $1,000,000.00 | 11/13/2024 | R01 | City of Waterbury, CT - Environmental Justice Government-to-Government (EJG2G) Program | IRA |
| 00A01440-1 | CITY OF BRIDGEPORT | CT | Municipal | $1,050,000.00 | $1,050,000.00 | 8/30/2024 | R01 | City of Bridgeport - Environmental Justice Government-to-Government Application | IRA |
| 00A01441-0 | City of New Haven | CT | Municipal | $1,000,000.00 | $980,991.02 | 7/1/2024 | R01 | Electrify New Haven | IRA |
| 00A01505-1 | BOSTON, CITY OF | MA | Municipal | $1,000,000.00 | $1,000,000.00 | 11/27/2024 | R01 | Electric Stove Replacement Program | IRA |
| 00E03635-2 | CITY OF ANN ARBOR | MI | Municipal | | $0.00 | 11/27/2024 | R05 | A Model Regional Resilience Network with Resilient Infrastructure | IRA |
| 00E03854-0 | LEECH LAKE BAND OF OJIBWE | MN | Indian Tribe | $1,000,000.00 | $1,000,000.00 | 9/10/2024 | R05 | Leech Lake Band of Ojibwe G2G FY24 | IRA |
| 00E03859-0 | cc7840 - CUYAHOGA COUNTY | OH | County | $1,000,000.00 | $992,382.63 | 9/27/2024 | R05 | Cuyahoga County Solar for Schools G2G 2024 | IRA |
| 00I39300-0 | CONFEDERATED SALISH & KOOTENAI TRIBES | MT | Indian Tribe | $904,330.00 | $904,330.00 | 7/2/2024 | R08 | Confederated Salish and Kootenai Tribes Environmental Justice Government-to-Government (EJG2G) Project | IRA |
| 00I52800-1 | TOWN OF BLUFF | UT | Township | $1,000,000.00 | $976,893.80 | 1/10/2025 | R08 | Catalyzing Community: Revitalizing the Cooperative Cultural Center for Health, Justice, and Inclusion | IRA |
| 00I53000-0 | DENVER, CITY & COUNTY OF | CO | County | $1,000,000.00 | $999,393.46 | 8/2/2024 | R08 | City and County of Denver Healthy Affordable Home Electrification Program | IRA |
| 02F52201-0 | CITY OF HOUSTON | TX | Municipal | $999,960.00 | $984,149.58 | 9/13/2024 | R06 | ENVIROMENTAL JUSTICE/ CLIMATE RESILIENCY | IRA |
| 02J57501-0 | Spokane Conservation District | WA | Special District | $877,458.00 | $756,941.65 | 2/23/2024 | R10 | Advancing tree equity and environmental justice in Spokane County through urban forestry career development and educational programs | IRA |
| 02J57901-0 | Multnomah County | OR | County | $999,587.00 | $856,629.78 | 3/6/2024 | R10 | Rockwood Environmental Justice and Climate Resilience | IRA |
| 02J57901-0 | LANE REGIONAL AIR PROTECTION AGENCY | OR | Intermunicipal | $997,622.00 | $962,072.07 | 9/24/2024 | R10 | Building Community Resiliency to the Hazards of Smoke and Wildfires | IRA |
| 02J58101-0 | Tulalip Tribes of Washington | WA | Indian Tribe | $977,919.00 | $868,407.10 | 3/28/2024 | R10 | Climate Vulnerability Rapid-Assessment Tool and Training | IRA |
| 02J58201-0 | PALOUSE CONSERVATION DISTRICT | WA | Not for Profit | $471,635.00 | $400,413.47 | 5/31/2024 | R10 | Engaging schools and communities in environmental justice: Working together to improve water quality in rural Whitman County | IRA |
| 02J58301-0 | TACOMA PUBLIC SCHOOLS | WA | Independent School District | $1,050,000.00 | $1,050,000.00 | 10/18/2024 | R10 | Environmental Justice at Larchmont Elementary | IRA |
| 03D03824-0 | CITY OF SAVANNAH | GA | Municipal | $1,000,000.00 | $1,000,000.00 | 5/6/2024 | R04 | Environmental Justice Government- to- Government (EJG2G) Program | IRA |
| 03D03924-0 | PalmBchCoGov - COUNTY OF PALM BEACH | FL | County | $1,000,000.00 | $969,681.74 | 6/16/2024 | R04 | Environmental Justice Government-to-Government (EJG2G) Program | IRA |
| 03D04424-0 | City of Memphis, Tennessee | TN | Municipal | $1,000,000.00 | $1,000,000.00 | 8/20/2024 | R04 | Environmental Justice Government-to-Government Program | IRA |

**J.A. 2462**

| 95336701-0 | Frederick County Maryland | MD | County | $997,266.00 | $977,396.79 | 4/18/2024 | R03 | Building Frederick County Together | IRA |
| 95337601-0 | CITY OF MC KEESPORT | PA | Municipal | $1,000,000.00 | $981,812.50 | 5/29/2024 | R03 | Environmental Justice issues in the City of McKeesport | IRA |
| 95337801-2 | COUNTY OF ALLEGHENY | PA | County | $930,411.00 | $885,561.79 | 5/16/2024 | R03 | Environmental Justice Government to Government Grant | IRA |
| 96263324-0 | CITY OF NEW YORK | NY | Municipal | $1,000,000.00 | $1,000,000.00 | 9/4/2024 | R02 | The New York City Air Conditioner Recovery Program | IRA |
| 96263923-0 | CITY OF JAMESTOWN | NY | Municipal | $982,633.00 | $982,633.00 | 8/7/2024 | R02 | Retooling Homes for Improved Air Quality | IRA |
| 96264123-0 | CITY OF JERSEY CITY | NJ | Municipal | $1,000,000.00 | $1,000,000.00 | 9/19/2024 | R02 | Environmental Justice for Jersey City Youth Through Neighborhood Greenways and Nature-Based Programming | IRA |
| 96265800-0 | MUNICIPAL HOUSING AUTHORITY FOR THE CITY OF YONKERS INC | NY | Township | $1,050,000.00 | $1,050,000.00 | 9/30/2024 | R02 | The Municipal Housing Authority for the City of Yonkers Green Project | IRA |
| 96267200-0 | CITY OF ROCHESTER CITY HALL | NY | Municipal | $1,000,000.00 | $1,000,000.00 | 12/11/2024 | R02 | Home Electrification and Revitalization Opportunity (HERO) Program | IRA |
| 96712501-1 | CITY OF KANSAS CITY | MO | Municipal | $1,000,000.00 | $1,000,000.00 | 2/5/2025 | R07 | Lead in Soils Mitigation Project | IRA |
| 97T22501-0 | SAN JOSE, CITY OF | CA | Municipal | $1,000,000.00 | $1,000,000.00 | 12/5/2024 | R09 | Inflation Reduction Act - Environmental Justice Government-to-Government | IRA |
| 98T89301-0 | GILA COUNTY, AZ | AZ | County | $1,050,000.00 | $1,050,000.00 | 11/26/2024 | R09 | Inflation Reduction Act - Environmental Justice Government-to-Government | IRA |
| 98T89701-0 | CITY OF SACRAMENTO | CA | Municipal | $981,042.00 | $980,013.71 | 4/22/2024 | R09 | Inflation Reduction Act &ndash; Environmental Justice Government-to-Government | IRA |
| 98T90401-1 | CITY OF FLAGSTAFF | AZ | Municipal | $1,000,000.00 | $638,228.34 | 10/15/2024 | R09 | Inflation Reduction Act &ndash; Environmental Justice Government-to-Government | IRA |
| 00A01183-2 | GREATER PORTLAND COUNCIL OF GOVERNMENTS | ME | Intermunicipal | $886,014.00 | $733,942.64 | 2/6/2025 | R01 | GPCOG G2G '23 | IRA |
| 00A01276-1 | NORTHWEST REGIONAL PLANNING COMMISSION | VT | Intermunicipal | $876,765.00 | $860,916.91 | 12/9/2024 | R01 | Building and Expanding Equitable Active Transportation Networks in Northwestern Vermont | IRA |
| 00E03632-1 | FORT WAYNE CITY UTILITIES | IN | Municipal | $1,000,000.00 | $953,000.00 | 8/9/2024 | R05 | Fort Wayne City Utilities: Lead Service Line Replacement Program in Disadvantaged Communities | IRA |
| 00E03634-0 | CITY OF MILWAUKEE | WI | Municipal | $1,000,000.00 | $899,533.42 | 6/6/2024 | R05 | City of Milwaukee Healthy Homes &amp; ECO Neighborhoods | IRA |
| 00E03636-0 | CITY OF FLINT | MI | Municipal | $1,000,000.00 | $1,000,000.00 | 6/13/2024 | R05 | Community Engagement Process for Flint Climate Change and Resiliency Plan | IRA |
| 00E03638-0 | CUYAHOGA COUNTY BOARD-HEALTH | OH | County | $1,000,000.00 | $1,000,000.00 | 5/17/2024 | R05 | Addressing Impacts of Climate Change In Cuyahoga County Using HIA's | IRA |
| 00I52500-0 | MISSOULA COUNTY | MT | County | $1,000,000.00 | $966,541.70 | 8/2/2024 | R08 | A one-stop shop to accelerate healthy, resilient, low-carbon housing for low-income, rural, and Indigenous residents of Missoula County | IRA |
| 02F51801-0 | CHICKASAW NATION | OK | Indian Tribe | $999,367.00 | $999,367.00 | 5/24/2024 | R06 | The Chickasaw Nation's Environmental Justice Government to Government Grant Application | IRA |
| 02F52401-0 | City of Dallas | TX | Municipal | $652,664.00 | $652,664.00 | 9/11/2024 | R06 | BREATHE EASY 3 PILOT FOR THE FOREST DISTRICT | IRA |

**J.A. 2463**

EPA_00292064

| 02F66601-0 | SANTO DOMINGO PUEBLO | NM | Indian Tribe | $539,452.00 | $534,885.70 | 5/14/2024 | R06 | Recycling Infrastructure Project | IRA |
|---|---|---|---|---|---|---|---|---|---|
| 02J57701-0 | KING COUNTY | WA | County | $1,000,000.00 | $761,995.07 | 7/10/2024 | R10 | Healthy and Resilient Communities Project | IRA |
| 02J57801-0 | Tacoma Pierce County Health Department | WA | County | $1,000,000.00 | $915,600.73 | 3/21/2024 | R10 | Community-Led Wildfire Preparedness Initiative | IRA |
| 02J58001-0 | Chelan County | WA | County | $997,374.00 | $781,343.33 | 4/17/2024 | R10 | Building climate change resiliency and protecting health through smoke disaster preparedness (smoke-readiness) | IRA |
| 03D03724-0 | MOBILE COUNTY BOARD OF HEALTH | AL | County | $1,000,000.00 | $958,607.02 | 7/16/2024 | R04 | Environmental Justice Government-to-Government (EJG2G) Program | IRA |
| 03D04124-0 | LOUISVILLE-JEFFERSON COUNTY METRO GOVERNMENT | KY | County | $1,000,000.00 | $963,910.68 | 5/6/2024 | R04 | Environmental Justice Government-to-Government (EJG2G) Program | IRA |
| 95336201-1 | CITY OF PHILADELPHIA | PA | Municipal | $1,000,000.00 | $990,804.60 | 5/30/2024 | R03 | Enhancing, Strengthening and Scaling Action on Environmental Justice in Philadelphia | IRA |
| 95336301-0 | COUNTY OF ALBEMARLE | VA | County | $460,459.00 | $460,459.00 | 6/4/2024 | R03 | Climate Resilience Cohort | IRA |
| 95336801-1 | CITY OF BALTIMORE | MD | Municipal | $324,000.00 | $324,000.00 | 1/7/2025 | R03 | DPW YH2O+ Expansion II | IRA |
| 95337501-1 | COUNTY OF ARLINGTON | VA | County | $980,350.00 | $980,350.00 | 12/2/2024 | R03 | Energy-Health-Equity Project | IRA |
| 96263900-0 | CITY OF NEWARK CITY HALL | NJ | Municipal | $1,000,000.00 | $1,000,000.00 | 1/8/2025 | R02 | Workforce Development for mitigating air quality, urban heat island, and stormwater issues in Newark | IRA |
| 96264223-0 | Hudson County Board-Freeholder - HUDSON COUNTY BOARD-FREEHOLDER | NJ | County | $1,000,000.00 | $1,000,000.00 | 9/24/2024 | R02 | Clean Hudson - Hudson County, Division of Planning Project | IRA |
| 98T89601-0 | CITY AND COUNTY OF SAN FRANCISCO | CA | County | $1,000,000.00 | $956,075.07 | 6/21/2024 | R09 | Inflation Reduction Act &ndash; Environmental Justice Government-To-Government (EJG2G) Program | IRA |
| 98T90001-0 | San Joaquin Valley Unified APCD | CA | Special District | $1,000,000.00 | $257,203.86 | 4/9/2024 | R09 | Inflation Reduction Act - Environmental Justice Government-to-Government (EJG2G) Program | IRA |
| 98T90201-0 | City & County of Honolulu - DBFS | HI | County | $1,000,000.00 | $856,229.46 | 4/8/2024 | R09 | Inflation Reduction Act &ndash; Environmental Justice Government-To-Government | IRA |
| 98T90301-0 | CoS - COUNTY OF STANISLAUS | CA | County | $1,000,000.00 | $995,668.59 | 5/16/2024 | R09 | Inflation Reduction Act &ndash; Environmental Justice Government-To-Government | IRA |
| 98T90501-0 | COUNTY OF LOS ANGELES | CA | County | $1,000,000.00 | $1,000,000.00 | 11/20/2024 | R09 | Inflation Reduction Act - Environmental Justice Government to Government | IRA |
| 98T90601-0 | San Diego County Air Pollution Control District | CA | Special District | $1,000,000.00 | $774,373.14 | 5/29/2024 | R09 | Inflation Reduction Act &ndash; Environmental Justice Government-To-Government | IRA |
| 98T91601-0 | THE BUENA VISTA RANCHERIA OF THE ME-WUK INDIANS | CA | Indian Tribe | $582,055.00 | $564,975.47 | 6/12/2024 | R09 | Inflation Reduction Act - Environmental Justice Government-To-Government | IRA |
| 00A01316-0 | RHODE ISLAND. DEPARTMENT OF ENVIRONMENTAL MANAGEMENT | RI | State | $944,618.00 | $578,015.50 | 7/24/2024 | R01 | Rhode Island Department of Environmental Management Government to Government | N/A |
| 00A01438-1 | DEPT OF ENERGY & ENVIRONMENTAL PROTECTION | CT | State | $1,000,000.00 | $1,000,000.00 | 12/20/2024 | R01 | Connecticut Environmental Justice Government To Government (EJG2G) Grant Application | N/A |
| 00E02951-2 | Michigan Dept of Environment Great Lakes & Energy | MI | State | $198,942.74 | Financially Closed | 4/5/2023 | R05 | Michigan Justice Community Resiliency Plan48217/SW Detroit, Pilot Project | N/A |
| 00E03637-0 | DEPARTMENT OF COMMERCE MINNESOTA | MN | State | $1,000,000.00 | $1,000,000.00 | 5/21/2024 | R05 | MN Department of Commerce G2G 2023 | N/A |
| 00E03804-0 | WISCONSIN DEPARTMENT OF NATURAL RESOURCES | WI | State | $1,000,000.00 | $1,000,000.00 | 9/5/2024 | R05 | WI DNR G2G 2024 | N/A |

**J.A. 2464**

| 00I51800-0 | COLORADO DEPARTMENT OF PUBLIC HEALTH & ENVIRONMENT | CO | State | $1,000,000.00 | $1,000,000.00 | 8/30/2024 | R08 | Environmental Justice Government to Government Grant | N/A |
|---|---|---|---|---|---|---|---|---|---|
| 00I52600-0 | MONTANA DEPARTMENT OF ENVIRONMENTAL QUALITY | MT | State | $999,935.00 | $999,935.00 | 6/14/2024 | R08 | The Montana Environmental Services for Housing Project | N/A |
| 01D19220-2 | South Carolina Dept. of Health & Envir. Control | SC | State | $200,000.00 | $61,031.15 | 11/1/2023 | R04 | State Environmental Justice Cooperative Agreement Program | N/A |
| 01F89801-2 | New Mexico Environment Department | NM | State | $114,324.58 | Financially Closed | 9/12/2023 | OEJECR | Northwest New Mexico Partnership for Water Utility Training and Safe Water Sustainability | N/A |
| 02F05001-3 | City of Dallas | TX | Municipal | $200,000.00 | $42,228.72 | 9/14/2023 | R06 | SEJCA/ARP - The City of Dallas Data-Driven Air Quality Outreach Pilot | N/A |
| 02F05201-1 | Kaw Nation of Oklahoma | OK | Indian Tribe | $92,502.30 | $0.00 | 10/2/2023 | OEJECR | State Environmental Justice Cooperative Agreement American Rescue Plan - Kaw Nation Environmental Justice Project | N/A |
| 02F51701-0 | New Mexico Environment Department | NM | State | $1,000,000.00 | $979,830.26 | 4/9/2024 | R06 | Project San Juan County, New Mexico | N/A |
| 02F52101-0 | LA DEPARTMENT OF ENVIRONMENTAL QUALITY | LA | State | $1,000,000.00 | $1,000,000.00 | 9/16/2024 | R06 | FY2024 Air Monitoring Project - Air Monitoring Van | N/A |
| 02F64501-0 | COASTAL PROTECTION & RESTORATION AUTHORITY OF LOUISIANA | LA | State | $1,000,000.00 | $1,000,000.00 | 8/14/2024 | OEJECR | Conservation Protection Restoration Authority (CPRA) - PILOTING INSURANCE SOLUTIONS TO INCREASE EQUITABLE DISASTER RESPONSE IN COASTAL LOUISIANA | N/A |
| 02F64601-0 | PORT OF NEW ORLEANS | LA | State | $1,000,000.00 | $993,423.38 | 8/14/2024 | R06 | Environmental Justice Government to Government Program - Louisiana International Terminal Sustainability Management Plan | N/A |
| 02J57601-0 | WA Dept of Health | WA | State | $999,815.00 | $995,523.52 | 4/10/2024 | R10 | Assistant Education and Outreach for Water Quality and Air Quality issues. | N/A |
| 03D04224-0 | STATE OF NORTH CAROLINA DEPARTMENT OF HEALTH & HUMAN SERVICES | NC | State | $1,000,000.00 | $971,032.85 | 7/19/2024 | R04 | Environmental Justice Government-to-Government (EJG2G) Program | N/A |
| 03D04324-0 | scdoes4789 - South Carolina Department of Environmental Services | SC | State | $1,000,000.00 | $975,768.00 | 8/29/2024 | R04 | Environmental Justice Government-to-Government (EJG2G) Program | N/A |
| 84017701-3 | City of Toledo | OH | Municipal | $198,676.46 | $0.00 | 5/5/2023 | OA | Using Artificial Intelligence to Reduce Lead Exposure and Promote Environmental Justice | N/A |
| 84032401-2 | CITY OF BALTIMORE | MD | Municipal | $200,000.00 | $100,579.85 | 8/15/2024 | OEJECR | ARP / SEJCA - YH2O+ Expansion Project; | N/A |
| 84032601-3 | AL DEPARTMENT ENVIRONMENTAL MANAGEMENT | AL | State | $200,000.00 | $124,761.59 | 8/6/2024 | OEJECR | ARP / SEJCA Air Related Community Engagement for COVID-19 Response | N/A |
| 84032701-1 | City of Hartford Department of Health and Human Services | CT | Township | $200,000.00 | $148,178.55 | 9/27/2024 | OEJECR | ARP / SEJCA - Development of a Resident-Driven Public Education Campaign that Advances Environmental Justice and Healthy Equity Strategies | N/A |
| 84032801-3 | Commonwealth of Virginia Dept. of Env. Quality | VA | State | $200,000.00 | $90,000.00 | 2/3/2025 | OEJECR | ARP / SEJCA - VADEQ EJ Training Academy and EJ Map-Based Tool | N/A |
| 84033601-1 | City of Madison | WI | Municipal | $200,000.00 | $0.00 | 9/28/2024 | OEJECR | ARP / SEJCA - City of Madison - Intervene Against COVID-19 Coalition | N/A |
| 84033701-1 | City of Milwaukee | WI | Municipal | $200,000.00 | $0.00 | 9/18/2023 | OEJECR | ARP / SEJCA - Healthy People, Homes and Neighborhoods Project | N/A |
| 84033901-1 | Massachusetts D.P.H. | MA | State | $191,867.45 | $0.00 | 6/27/2023 | OEJECR | ARP / SEJCA - Massachusetts Comprehensive Asthma Control Project | N/A |

| 84034101-2 | Department of Energy and Environment | DC | State | $200,000.00 | $21,036.84 | 8/7/2024 | OEJECR | SEJCA / ARP Reducing Household Asthma Triggers by Addressing the Digital Divide to Improve Children&rsquo;s Health and Mitigate COVID-19 Impacts | N/A |
|---|---|---|---|---|---|---|---|---|---|
| 84034201-1 | Housing Authority of the City of Los Angeles | CA | Municipal | $183,727.00 | $36,487.31 | 8/2/2023 | OEJECR | SEJCA / ARP Nickerson Gardens 'Breathe Free' Covid-19 and Asthma Awareness Program | N/A |
| 84034401-1 | Louisiana Department of Environmental Quality | LA | State | $200,000.00 | $0.00 | 9/7/2023 | OEJECR | ARP / SEJCA - LDEQ State Environmental Justice Cooperative Agreement Program | N/A |
| 95336401-0 | WV Dept of Environmental Protection | WV | State | $1,000,000.00 | $980,972.03 | 4/11/2024 | R03 | Community Engagement Pilot Project in Environmental Justice Communities Overburdened with PFAS Contamination in Drinking Water | N/A |
| 95336901-0 | THE ENVIRONMENT MARYLAND DEPARTMENT OF | MD | State | $1,000,000.00 | $978,000.00 | 4/24/2024 | R03 | Environmental justice collaboration to improve air quality and community resiliency for both human health and environmental well-being in South Baltimore and Maryland's Eastern Shore. | N/A |
| 95337701-0 | PENNSYLVANIA DEPARTMENT OF ENVIRONMENTAL PROTECTION | PA | State | $1,000,000.00 | $500,000.00 | 4/30/2024 | R03 | EJG2G Pennsylvania Engaging New Voices on Environmental Justice | N/A |
| 95820412-1 | City of Fort Collins | CO | Municipal | $199,381.47 | Financially Closed | 8/22/2023 | R08 | ARP / SEJCA &ndash; City of Fort Collins | N/A |
| 96263100-0 | NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION | NJ | State | $1,000,000.00 | $1,000,000.00 | 8/22/2024 | R02 | NJDEP - Determination and Vulnerability Assessment of Urban Heat Island Exposure in NJ Environmental Justice and Overburdened Communities | N/A |
| 96263800-0 | HOUSING TRUST FUND CORP | NY | State | $1,000,000.00 | $1,000,000.00 | 10/31/2024 | R02 | Ensuring a Just Transition in Southwest Brooklyn, NY: Planning, Engagement, Design in Sunset Park and Red Hook | N/A |
| 96711601-2 | KANSAS DEPARTMENT OF HEALTH & ENVIRONMENT | KS | State | $1,000,000.00 | $1,000,000.00 | 12/30/2024 | R07 | Placemaking to address food equity and environmental sustainability in Southeast Kansas | N/A |
| 96712201-1 | Iowa Department of Health and Human Services | IA | State | $1,000,000.00 | $964,510.59 | 9/9/2024 | R07 | Iowa&rsquo;s Environmental Justice Health Equity Program (EJHE) Program | N/A |
| 98T29401-1 | American Samoa EPA | AS | State | $200,000.00 | $14,569.68 | 7/31/2023 | R09 | State Environmental Justice Cooperative Agreement - COVID 19 Projects | N/A |
| 98T29501-4 | Contra Costa County Health Services Department | CA | County | $191,208.92 | Financially Closed | 8/30/2023 | R09 | State Environmental Justice Cooperative Agreement Program - Train-the-Trainer Health Promoter Program | N/A |
| 98T29801-2 | SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT | CA | Special District | $200,000.00 | $46,537.84 | 11/5/2024 | R09 | State Environmental Justice Cooperative Agreement - Air Quality Community Training | N/A |
| 98T29901-2 | TOHONO O'ODHAM NATION | AZ | Indian Tribe | $199,781.00 | $48,597.50 | 6/14/2024 | R09 | State Environmental Justice Cooperative Agreement Program - Clean Air Project | N/A |
| 98T89901-0 | GOVERNORS OFFICE OF PLANNING & RESEARCH | CA | State | $999,994.00 | $999,994.00 | 4/22/2024 | R09 | Environmental Justice Government to Government - The California Extreme Heat Adaptation Planning Guide | N/A |
| 98T91401-1 | Public Health, California Department of | CA | State | $1,000,000.00 | $931,832.78 | 11/19/2024 | R09 | Environmental Justice Government-To-Government | N/A |
| 00A01236-2 | PUBLIC HEALTH, MASSACHUSETTS DEPARTMENT OF | MA | State | $1,000,000.00 | $904,059.97 | 1/13/2025 | R01 | Addressing Inequities through a Comprehensive CHW Home Visiting Model (AIM) | N/A |
| 00A01275-0 | HUMAN SERVICES VERMONT AGENCY OF | VT | State | $1,000,000.00 | $994,120.00 | 7/31/2024 | R01 | Addressing Environmental Justice in the Champlain Valley through Healthy and Energy-Efficient Homes | N/A |
| 00A01317-2 | The Rhode Island Department of Health | RI | State | $1,000,000.00 | $1,000,000.00 | 1/10/2025 | R01 | Improving Air Quality for Environmental Justice Communities Disproportionately Affected by Asthma in Providence, RI | N/A |

**J.A. 2466**

| 00E03633-1 | PRAIRIE ISLAND INDIAN COMMUNITY | MN | Indian Tribe | $1,000,000.00 | $1,000,000.00 | 10/16/2024 | R05 | Prairie Island G2G Tribal Home Energy Project | N/A |
|---|---|---|---|---|---|---|---|---|---|
| 00I52700-1 | NORTH DAKOTA DEPARTMENT OF ENVIRONMENTAL QUALITY | ND | State | $1,000,000.00 | $991,831.00 | 9/19/2024 | R08 | North Dakota Environmental Government-to-Government (EJG2G) Program | N/A |
| 00I52900-2 | STATE OF UTAH DEPT OF ENVIRONMENTAL QUALITY | UT | State | $1,000,000.00 | $870,150.70 | 11/25/2024 | R08 | UDEQ Community-Engaged Air Pollution Monitoring and Mitigation | N/A |
| 02F51601-0 | HEALTH, LOUISIANA DEPARTMENT OF | LA | State | $1,000,000.00 | $1,000,000.00 | 7/24/2024 | R06 | Louisiana Department of Health EJG2G | N/A |
| 96213824-0 | Municipio de Vega Baja - MUNICIPIO DE VEGA BAJA | PR | Municipal | $1,028,353.00 | $1,028,353.00 | 8/27/2024 | R02 | Assisting communities in identifying, preventing and eliminating blighted properties and associated health and environmental risks through education, training, civic engagement and community planning. | N/A |
|  |  |  |  | **$91,561,489.92** | **$83,831,741.43** |  |  |  |  |

**Environmental Justice Small Grant Program**

| 00A00597-1 | Eastern Pequot Tribal Nation | CT | Indian Tribe | $74,788.00 | Financially Closed | 5/16/2024 | R01 | The Oskoosooduck (Mary Momoho) Community Garden | N/A |
|---|---|---|---|---|---|---|---|---|---|
| 00A00598-1 | The Towers Foundation Inc | CT | Not for Profit | $75,000.00 | $0.00 | 6/10/2024 | R01 | EJSG / ARP - Towers Basketball Court and Food Sustainability Project | N/A |
| 00A00600-1 | Greater Dwight Development Corporation | CT | Not for Profit | $74,965.00 | $31,068.90 | 6/10/2024 | R01 | EJSG / ARP - Dwight, Healthy and Just Neighborhood | N/A |
| 00A00656-5 | PENOBSCOT INDIAN NATION | ME | Indian Tribe | $30,000.00 | $0.00 | 7/5/2024 | R01 | Mercury contamination of fish and crayfish project | N/A |
| 00A00657-6 | PLEASANT POINT INDIAN RESERVATION | ME | Indian Tribe | $30,000.00 | $1,322.73 | 12/23/2024 | R01 | Passamaquoddy Tribe of Pleasant Point Drinking Water Environmental Justice Small Grant. | N/A |
| 00A00791-3 | Speak for the Trees, Inc | MA | Not for Profit | $75,000.00 | Financially Closed | 12/6/2023 | R01 | EJSG/ARP - Community Tree Stories: Exploring Healthy Environments in Three Boston EJ Neighborhoods | N/A |
| 00A00795-1 | Mystic River Watershed Association Inc. | MA | Not for Profit | $75,000.00 | Financially Closed | 2/9/2023 | R01 | EJSG/ARP - Heat, Food and Housing in Everett, Massachusetts | N/A |
| 00D42816-5 | Choctaw Nation of Oklahoma | OK | Indian Tribe | $54,947.00 | Financially Closed | 11/21/2022 | R04 | Environmental Justice Small Grant Program | N/A |
| 00E03091-1 | People for Community Recovery | IL | Not for Profit | $75,000.00 | Financially Closed | 3/31/2023 | R05 | Health and Environmental Equity in the Toxic Donut | N/A |
| 00E03092-2 | Keweenaw Bay Indian Community | MI | Indian Tribe | $75,000.00 | Financially Closed | 2/9/2023 | R05 | Keweenaw Bay Indian Community Environmental Justice Small Grant | N/A |
| 00E03093-1 | Detroiters Working for Environmental Justice | MI | Not for Profit | $75,000.00 | Financially Closed | 4/13/2023 | R05 | Detroit &amp; Highland Park Decarbonization Contractor Accelerator | N/A |
| 00E03094-1 | Groundwork Ohio River Valley | OH | Not for Profit | $75,000.00 | Financially Closed | 1/10/2023 | R05 | EJSP/ARP Democratizing Data for Clean Water and Clean Air | N/A |
| 00E03096-2 | Southwest Detroit Environmental Vision | MI | Not for Profit | $75,000.00 | Financially Closed | 12/20/2023 | R05 | EJSG/ARP Environmental Justice for Frontline Communities at the 3rd Busiest Port in North America | N/A |
| 00E03098-2 | Latino Academy of Workforce Development, Inc. | WI | Not for Profit | $74,992.00 | Financially Closed | 5/10/2023 | R05 | BREATHING JUSTICE: RESISTANCE TO SYSTEMIC AIR POLLUTION IN THE LATINX COMMUNITY IN DANE COUNTY WISCONSION | N/A |
| 00E03103-1 | BIG, NFP | IL | Not for Profit | $75,000.00 | Financially Closed | 3/28/2023 | R05 | Lead Free Water for All | N/A |

**J.A. 2467**

EPA_00292068

| 00E03104-2 | WE WANT GREEN TOO | MI | Not for Profit | $75,000.00 | Financially Closed | 6/30/2024 | R05 | iCAN: Addressing Energy Burden and Air Pollution through Solar and Energy Efficiency Skills-Training | N/A |
| 00E03105-1 | Union Hospital Foundation | IN | Not for Profit | $27,674.76 | Financially Closed | 2/1/2023 | R05 | Union Hospital Foundation EJ SG | N/A |
| 00E03108-1 | The Neighborhood Hub | MN | Not for Profit | $75,000.00 | Financially Closed | 1/23/2023 | R05 | Neighborhood Community Solar Garden Model as a Tool for Equity, Access and Prosperity | N/A |
| 01D02020-3 | LEAD Coalition of Bay County Inc | FL | Not for Profit | $30,000.00 | Financially Closed | 5/24/2023 | R04 | Environmental Justice Small Grant Program | N/A |
| 01F69601-2 | Southern United Neighborhoods | LA | Not for Profit | $0.00 | Financially Closed | 8/22/2023 | R06 | Blight to Bioswales (B2B) Water Quality Project | N/A |
| 01J67301-5 | Forterra | WA | Not for Profit | $30,000.00 | Financially Closed | 1/3/2023 | R10 | Springbrook Creek: Training the Next Generation of Water Quality Advocates | N/A |
| 02D22522-1 | GASP | AL | Not for Profit | $75,000.00 | $72,500.00 | 11/7/2024 | R04 | Environmental Justice Small Grant Program | N/A |
| 02D22722-1 | NewHopeComDev - New Hope Community Development Inc | NC | Not for Profit | $75,000.00 | Financially Closed | 5/9/2023 | OEJECR | Environmental Justice Small Grant Program | N/A |
| 02D22822-0 | InstAdmMH - Institute for the Advancement of Minority Health | MS | Not for Profit | $75,000.00 | $0.00 | 9/26/2023 | R04 | Environmental Justice Small Grant Program | N/A |
| 02D22922-1 | Bonifay Main Street Association Inc. | FL | Not for Profit | $0.00 | Financially Closed | 6/11/2024 | R04 | Environmental Justice Small Grant Program | N/A |
| 02D23022-1 | NETTLES FOUNDATION | MS | Not for Profit | $75,000.00 | $0.00 | 7/29/2024 | R04 | Environmental Justice Small Grant Program | N/A |
| 02D23222-1 | YoungTeenAWC - Young Teen Asthma and Wellness Camp LLC | AL | Not for Profit | $75,000.00 | $0.00 | 5/8/2023 | OEJECR | Environmental Justice | N/A |
| 02F06301-2 | LOUISIANA BUCKET BRIGADE | LA | Not for Profit | $75,000.00 | $40,826.08 | 5/3/2024 | R06 | Community Awareness - COVID and Climate Change (CAC) | N/A |
| 02F06401-1 | Cottonwood Gulch Expeditions | NM | Not for Profit | $74,998.00 | Financially Closed | 6/12/2023 | R06 | EJSG/ARP - Integrating Water Quality into Public Lands Programming | N/A |
| 02F06501-1 | Teaching Responsible Earth Education | LA | Not for Profit | $50,000.00 | Financially Closed | 9/26/2023 | OEJECR | Environmental Education Pilot Program for Our Young Champions of the Earth: Where the Animal, Mineral and Plant Kingdoms are Understood, Internalized, and Inspire Individual and Community Actions | N/A |
| 02F06601-2 | Bernalillo County Community Health Council | NM | Not for Profit | $75,000.00 | Financially Closed | 7/26/2023 | R06 | American Rescue Plan- Bernalillo County Urban Agricultural Project: Strengthening our communities through a Neighborhood Food Hub | N/A |
| 02J03101-1 | Vision Church | WA | Not for Profit | $75,000.00 | $0.00 | 7/31/2024 | R10 | Snohomish County Covid-19 Relief Project | N/A |
| 02J03201-1 | Traction: Design, Action, Research | WA | Not for Profit | $75,000.00 | $0.00 | 1/30/2024 | R10 | Envisioning the Tiny Home Ecovillage: Prioritizing environmental justice and human and ecological health in planning for the unhoused in Seattle. | N/A |
| 02J03701-2 | Anchorage Neighborhood Housing Services Inc | AK | Not for Profit | $75,000.00 | $0.00 | 6/29/2024 | R10 | EJSG / ARP - Local Mitigation of Greenhouse Gases through Education and Empowerment of Fairview Residents | N/A |
| 02J04101-1 | Thurston Climate Action Team | WA | Not for Profit | $75,000.00 | Financially Closed | 3/21/2024 | OA | American Rescue Plan (ARP) Funded Climate Justice in the South Puget Sound | N/A |
| 02J07001-2 | YAKUTAT TLINGIT TRIBE | AK | Indian Tribe | $75,000.00 | $30,195.80 | 10/3/2024 | R10 | Yakutat Subsistence Consumption Assessment | N/A |
| 84043201-1 | Na Moku Aupuni O Ko Olau Hui | HI | Not for Profit | $75,000.00 | $0.00 | 9/19/2024 | OEJECR | Ke`anae-Wailuanui Community Watershed Monitoring &amp; Conservation Project | N/A |

EPA_00292069

J.A. 2468

| 84043401-2 | Santa Monica Bay Restoration Foundation | CA | Not for Profit | $74,718.63 | Financially Closed | 12/21/2023 | OEJECR | EJCPS / ARP Table to Farm Santa Monica Bay Restoration Foundation | N/A |
|---|---|---|---|---|---|---|---|---|---|
| 84049001-0 | Kaw Nation of Oklahoma | OK | Indian Tribe | $24,719.90 | Financially Closed | 2/3/2023 | OEJECR | Kaw Nation Environmental Department | N/A |
| 84049101-0 | Choctaw Nation of Oklahoma | OK | Indian Tribe | $13,630.43 | $0.00 | 2/1/2023 | OEJECR | Choctaw Nation of Oklahoma Project Oka Storm | N/A |
| 84049201-0 | Otoe-Missouria Tribe of Oklahoma | OK | Indian Tribe | $47,145.83 | $0.00 | 2/1/2023 | OEJECR | FY2023 Otoe-Missouria Rescue Plan | N/A |
| 84050001-0 | Mescalero Apache Tribe | NM | Indian Tribe | $44,788.33 | $0.00 | 2/1/2023 | OEJECR | Mescalero Apache Tribe - EJ Air Sensor Project | N/A |
| 84050101-1 | Saint Regis Mohawk Tribe | NY | Indian Tribe | $96,799.00 | $0.00 | 11/3/2023 | OEJECR | The Saint Regis Mohawk Tribe Air Quality Program and the Indian Health Services | N/A |
| 84050201-1 | Chickasaw Nation | OK | Indian Tribe | $99,929.00 | $69,528.16 | 10/27/2023 | OEJECR | The Chickasaw Nation Sole Source Drinking Water Environmental Justice Small Grant | N/A |
| 95812300-1 | CLIMATE SMART MISSOULA | MT | Not for Profit | $75,000.00 | Financially Closed | 11/8/2022 | R08 | Clean Air - Healthy Homes: Co-Creating a Wildfire Smoke Ready Community | N/A |
| 95812400-2 | Utah Clean Cities | UT | Not for Profit | $75,000.00 | Financially Closed | 12/15/2023 | R08 | Supporting Near-Port Communities in Addressing Harmful Air Quality Impacts | N/A |
| 95815070-3 | Ute Mountain Ute Tribe | CO | Indian Tribe | $34,151.47 | Financially Closed | 12/26/2023 | R08 | White Mesa Community Health Awareness Project: Understanding the Health Effects of America's Last Conventional Uranium Mill. | N/A |
| 96213100-1 | Groundwork Elizabeth | NJ | Not for Profit | $75,000.00 | Financially Closed | 12/22/2022 | R02 | The Elizabeth Clean Air Project: A Community Collaboration to Reduce Particulate Matter from Port Newark- Elizabeth Marine Terminal | N/A |
| 96238000-1 | Clean and Healthy New York Inc | NY | Not for Profit | $73,169.00 | Financially Closed | 1/24/2024 | R02 | EJSG / ARP -- Environmental Values Advancing At-Risk Communities | N/A |
| 96239622-1 | Atlantic States Legal Foundation Inc. | NY | Not for Profit | $61,412.11 | $0.00 | 5/30/2023 | R02 | Urban Agroforestry for Food Security, Green Space Access, and Environmental Justice and Equity Benefits | N/A |
| 96239700-2 | Van Cortlandt Park Alliance Inc | NY | Not for Profit | $75,000.00 | Financially Closed | 1/31/2024 | R02 | Garden 2 Market Internship | N/A |
| 96239900-3 | Youth Ministries for Peace and Justice Inc | NY | Not for Profit | $75,000.00 | $0.00 | 8/28/2024 | R02 | South Bronx Air Quality, COVID-19 Transmission, Vaccine Outreach, and Collective Action Project | N/A |
| 96240100-1 | The Place for Learning dba Long Island Science Center | NY | Not for Profit | $75,000.00 | Financially Closed | 4/12/2023 | R02 | Citizen Science Environmental Investigation - The Health of Our Local Ecosystem. | N/A |
| 96240222-2 | Rochester Refugee Resettlement Services Inc | NY | Not for Profit | $75,000.00 | Financially Closed | 12/23/2022 | R02 | Fish Consumption Outreach | N/A |
| 96240322-1 | Western New York Sustainable Business Roundtable | NY | Not for Profit | $74,991.80 | Financially Closed | 6/26/2023 | R02 | Community Driven Climate Resiliency and Mitigation Action Supported by Local Sustainable Businesses | N/A |
| 96240922-1 | Staten Island Economic Development Corporation | NY | Not for Profit | $75,000.00 | $75,000.00 | 7/11/2023 | OEJECR | Staten Island Economic Development Corporation Environmental Justice North Shore Program | N/A |
| 96254220-2 | Unified Vailsburg Services Organization | NJ | Not for Profit | $30,000.00 | Financially Closed | 11/30/2022 | R02 | Get M.A.D: Motivated and Doing Campaign: Solid Waste and Illegal Dumping Awareness Project | N/A |
| 96392401-1 | GreenTreks Network Inc. | PA | Not for Profit | $74,908.66 | $0.00 | 2/24/2024 | OEJECR | EJSG/ARP -- Flood Ready Germantown | N/A |
| 96848301-1 | INDIGENOUS VISION | MT | Not for Profit | $75,000.00 | Financially Closed | 6/2/2023 | R08 | Evaluating Indigenous Communities' Vulnerability to Climate-Driven Stressors. | N/A |

EPA_00292070

| 96892401-4 | High Country Conservation Center | CO | Not for Profit | $75,000.00 | Financially Closed | 7/11/2023 | R08 | Summit County Climate Equity Plan | N/A |
| 96893301-2 | Groundwork Denver Incorp. | CO | Not for Profit | $75,000.00 | Financially Closed | 5/4/2023 | R08 | Growing Greener Communities | N/A |
| 97791101-1 | Metropolitan Energy Center | MO | Not for Profit | $23,605.84 | Financially Closed | 6/13/2023 | R07 | KC Urban Heat Community Workshops | N/A |
| 97791201-1 | City Sprouts, Inc. | NE | Not for Profit | $74,773.77 | $0.00 | 2/10/2023 | R07 | City Sprouts Victory Gardens Health Initiative 2022 | N/A |
| 97791301-1 | Springfield Community Gardens | MO | Not for Profit | $75,000.00 | Financially Closed | 7/25/2023 | R07 | Springfield Community Gardens EJ Small Grants Program | N/A |
| 97791401-1 | Spark | NE | Not for Profit | $75,000.00 | Financially Closed | 1/26/2023 | R07 | Spark - North Omaha Trail Clean Air Initiative | N/A |
| 97791501-2 | PedNet Coalition, Inc. | MO | Not for Profit | $75,000.00 | Financially Closed | 4/13/2023 | R07 | Air Quality &amp; Transportation Equity: Building Community Capacity to Improve Local Environments and Public Health | N/A |
| 97791601-1 | MoEC - Missouri Energy Care Inc. | MO | Not for Profit | $75,000.00 | Financially Closed | 8/15/2023 | R07 | Inclusive Sustainability for St. Louis | N/A |
| 98T32401-1 | OneOC | CA | Not for Profit | $70,135.75 | Financially Closed | 1/31/2023 | R09 | ENVIRONMENTAL JUSTICE PROGRAM - Comunidad Unida, Aire Limpio: Leveraging Community Air Monitoring for Public Health and Environmental Justice in Southeast Santa Ana, California | N/A |
| 98T32601-1 | AsianWeek Foundation | CA | Not for Profit | $75,000.00 | Financially Closed | 4/24/2023 | R09 | Environmental Justice Program - Bayview Food Sovereignty | N/A |
| 98T32701-1 | Grow2Zero FARMS | CA | Not for Profit | $74,763.00 | Financially Closed | 10/11/2022 | R09 | ENVIRONMENTAL JUSTIICE PROGRAM: Harvest to Home Healthy Produce Delivery Project | N/A |
| 98T32801-1 | The Regeneration Project | CA | Not for Profit | $75,000.00 | Financially Closed | 3/23/2023 | R09 | ENVIRONMENTAL JUSTICE PROGRAM - Congregations as Community Resiliency Hubs | N/A |
| 98T33401-1 | Retail, Arts, Innovation & Livability Community Development | AZ | Not for Profit | $75,000.00 | $0.00 | 10/11/2022 | R09 | Environmental Justice Program - CARE Resilience Hub: Making Hot Spaces Cool | N/A |
| 98T34601-1 | Purpose Focused Alternative Learning Corporation | AZ | Not for Profit | $75,000.00 | Financially Closed | 2/24/2023 | R09 | ENVIRONMENTAL JUSTICE PROGRAM - Navajo Green Job Career Development | N/A |
| 98T34701-1 | Rose Foundation for Communities & the Environment | CA | Not for Profit | $75,000.00 | Financially Closed | 1/26/2023 | R09 | ENVIRONMENTAL JUSTICE PROGRAM - New Voices Are Rising for Community Resilience | N/A |
| 98T36301-1 | West Oakland Environmental Indicators Project | CA | Not for Profit | $75,000.00 | $0.00 | 7/19/2024 | R09 | ENVIRONMENTAL JUSTICE PROGRAM - West Oakland Sustainable Port Collaborative: Accelerating the Port of Oaklands Transition to Zero-Emissions | N/A |
| 98T36601-1 | Native Renewables, Inc. | AZ | Not for Profit | $75,000.00 | Financially Closed | 9/21/2023 | R09 | ENVIRONMENTAL JUSTICE PROGRAM - TRANSPORTATION BEHAVIORS RELATED TO FOOD &amp; ENERGY IN RURAL NAVAJO AND HOPI COMMUNITIES | N/A |
| | | | | $4,996,007.28 | $320,441.67 | | | | |

| **Financial Assistance For Community Support Activities To Address Environmental Justice Issues** | | | | | | | | | |
| 84097701-0 | Center for Creative Land Recycling | CA | Not for Profit | $41,766.00 | $0.00 | 11/4/2024 | OEJECR | Anchorage, AK Regional Roadshow Support | IRA |

**J.A. 2470**

| 00E03650-0 | KAPAL Foundation, Inc. | IL | Not for Profit | $50,000.00 | $0.00 | 4/10/2024 | R05 | Building Capacity for Addressing Environmental Justice Concerns in Metro East through 9 modules. Curriculum provided by U.S. EPA. | N/A |
| 02F59601-0 | coco2543 - COALITION OF COMMUNITY ORGANIZATIONS | TX | Not for Profit | $50,000.00 | $30,238.49 | 9/24/2024 | R06 | Community Outreach and Education &ndash; Fifth Ward/Kashmere Gardens UPRR Site | N/A |
| 00A01114-2 | GREENROOTS INC | MA | Not for Profit | $75,000.00 | $11,950.07 | 11/14/2024 | R01 | GreenRoots, a Chelsea-based environmental justice organization, will support planning, community engagement and public participation in identifying and understanding local cumulative impacts. | N/A |
| 00A01522-1 | SOUTHCOAST COMMUNITY FOUNDATION INC | MA | Not for Profit | $100,000.00 | $100,000.00 | 2/14/2025 | R01 | Access2Opportunity Forum Initiative 2024-2025 | N/A |
| | | | | $316,766.00 | $142,188.56 | | | | |

**Environmental and Climate Justice Block Grant Program**

| 00A01479-0 | City of New Haven | CT | Municipal | $20,000,000.00 | $20,000,000.00 | 1/17/2025 | R01 | Elm City Climate Collaborative | IRA |
| 00A01540-0 | SPRINGFIELD, CITY OF | MA | Municipal | $19,989,241.00 | $19,988,345.83 | 11/27/2024 | R01 | Green and Resilient Springfield | IRA |
| 00A01704-0 | rifpc8297 - Rhode Island Food Policy Council | RI | Not for Profit | $18,710,533.00 | $18,677,921.00 | 1/8/2025 | R01 | From Food Waste to Opportunity: A Path toward Climate, Environmental, &amp; Economic Justice in Rhode Island | IRA |
| 00A01863-0 | JSI RESEARCH & TRAINING INSTITUTE INC | MA | Not for Profit | $3,000,000.00 | $3,000,000.00 | 1/16/2025 | R01 | Enhancing Equitable Community Engagement in Governance for Environmental and Climate Justice in East Boston (EJ Engaged East Boston) | IRA |
| 00E04015-0 | tmhs8458 - METROHEALTH SYSTEM, THE | OH | County | $17,810,277.00 | $17,503,878.10 | 11/26/2024 | R05 | Asthma, Indoor Air Pollution and Greenhouse Gas Emissions | IRA |
| 00E04016-0 | INTER-TRIBAL COUNCIL OF MICHIGAN INC | MI | Indian Tribe | $20,000,000.00 | $19,997,987.00 | 12/5/2024 | R05 | Making Michigan Tribal Homes &amp; Buildings Efficient, Healthy, and Resilient | IRA |
| 00E04017-0 | INTER-TRIBAL COUNCIL OF MICHIGAN INC | MI | Indian Tribe | $3,000,000.00 | $2,999,833.00 | 12/4/2024 | R05 | Michigan Tribal and State Wild Rice Stewardship | IRA |
| 00E04043-0 | KALAMAZOO COUNTY BOARD-COMMS | MI | County | $18,898,518.00 | $18,858,415.00 | 12/4/2024 | R05 | Holistic Healthy Homes in Kalamazoo County: Delivering Energy Efficiency Measures, Increasing Resiliency, and Improving Air Quality in Existing Housing Stock | IRA |
| 00E04044-0 | e8241 - ECOWORKS | MI | Not for Profit | $20,358,302.00 | $15,473,669.38 | 12/4/2024 | R05 | Detroit Community Resilience Hub Initiative | IRA |
| 00E04045-0 | CITY OF EVANSVILLE | IN | Municipal | $20,000,000.00 | $20,000,000.00 | 12/4/2024 | R05 | Moving Evansville Toward A Healthier Future | IRA |
| 00E04046-0 | FRIENDS OF THE CHICAGO RIVER | IL | Not for Profit | $2,754,952.00 | $2,746,403.35 | 12/5/2024 | R05 | Establishing a Climate Just Future in Chicago by Collaborating through the River Ecology and Governance Task Force | IRA |
| 00E04057-0 | GROUNDWORK USA INC | MA | Not for Profit | $2,166,564.00 | $2,166,224.21 | 1/7/2025 | R05 | Climate Safe Great Lakes | Building Resident Capacity To Collaboratively Advance Community Climate Adaptation Priorities | IRA |
| 00E04058-0 | smc6045 - SOUTHWESTERN MICHIGAN COMMISSION | MI | Not for Profit | $20,000,000.00 | $20,000,000.00 | 1/7/2025 | R05 | CCG 2024 Benton Harbor Neighborhood Resilience Hubs | IRA |

**J.A. 2471**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00E04060-0 | sga3913 - SEVEN GENERATIONS AHEAD | IL | Not for Profit | $1,817,535.00 | $1,817,535.00 | 1/20/2025 | R05 | Cross Community Climate Collaborative (C4) | IRA |
| 00E05002-0 | THE TRUST FOR PUBLIC LAND | CA | Not for Profit | $3,000,000.00 | $2,909,542.22 | 12/6/2024 | R05 | Building Democratic Systems for a Climate Resilient Cleveland | IRA |
| 00E05003-0 | maic9383 - Minneapolis American Indian Center | MN | Not for Profit | $10,000,000.00 | $6,875,500.00 | 12/4/2024 | R05 | Minneapolis Climate Resilience Hub Partnership | IRA |
| 00E05004-0 | UNIVERSITY OF WISCONSIN SYSTEM | WI | State Institution of Higher Learning | $3,286,422.00 | $3,286,422.00 | 12/11/2024 | R05 | InterTribal Lake Winnebago Mayom ~Wild Rice ~ Revitalization Project | IRA |
| 00E05005-0 | CITY OF MADISON | WI | Municipal | $20,232,335.00 | $19,021,628.99 | 12/5/2024 | R05 | Climate Resilience Starts at Home: Growing Energy Efficiency, Indoor Air Quality, and Green Jobs in Madison and Fitchburg, Wisconsin | IRA |
| 00E05006-0 | MIDWEST TRIBAL ENERGY RESOURCES ASSOCIATION INC | WI | Indian Tribe | $21,652,072.00 | $21,616,230.01 | 11/26/2024 | R05 | Improving Tribal Access to Energy Efficiency and Weatherization Infrastructure for Midwest Tribes | IRA |
| 00E05007-0 | LEECH LAKE BAND OF OJIBWE | MN | Indian Tribe | $19,999,268.00 | $19,999,268.00 | 12/20/2024 | R05 | Leech Lake Band of Ojibwe Tribal Resilience Hub | IRA |
| 00I34500-0 | THE CITY-COUNTY OF BUTTE SILVER BOW | MT | County | $20,000,000.00 | $20,000,000.00 | 1/7/2025 | R08 | Butte Community Resilience Hub | IRA |
| 00I34600-0 | Flandreau Santee Sioux Tribe | SD | Indian Tribe | $19,949,725.00 | $19,479,702.00 | 1/10/2025 | R08 | Flandreau Santee Sioux Tribe Community Change Grant | IRA |
| 00I40400-0 | cdi3831 - COMMUN DENVER INC. | CO | Not for Profit | $20,058,601.00 | $20,051,075.33 | 12/19/2024 | R08 | Loretto Heights Resiliency Hub | IRA |
| 02F65701-0 | CITY OF HOUSTON | TX | Municipal | $19,999,998.00 | $19,999,998.00 | 11/26/2024 | R06 | Vulnerable to Vibrant: Power for Change | IRA |
| 02F74301-0 | DILLARD UNIVERSITY | LA | Private University | $19,944,575.00 | $19,713,610.00 | 11/25/2024 | R06 | Dillard University and United Way of Southeast Louisiana Partnership: Building Climate Resiliency in Southeast Louisiana | IRA |
| 02F76501-1 | mwmw8466 - MISSION WACO MISSION WORLD | TX | Not for Profit | $18,780,805.00 | $18,754,959.12 | 2/6/2025 | OEJECR | Engaging Communities for a Resilient and Sustainable Waco and McLennan County | IRA |
| 02F76601-0 | sfisi5705 - SANTA FE INDIAN SCHOOL, INC. | NM | Not for Profit | $19,994,586.00 | $19,994,586.00 | 11/22/2024 | R06 | Water Is Life: Advancing Climate Action and Environmental Justice Goals of the Santa Fe Indian School Campus Vision Plan | IRA |
| 02F76901-1 | urec6143 - URBAN RESTORATION ENHANCEMENT CORPORATION | LA | Not for Profit | $20,000,000.00 | $19,798,944.37 | 12/17/2024 | OEJECR | Weatherization and Energy Efficiency to Promote Louisiana Urban Growth (WE PLUG Louisiana) | IRA |
| 02F78401-0 | bbca2029 - BIG BEND CONSERVATION ALLIANCE | TX | Not for Profit | $12,704,048.00 | $11,095,824.34 | 12/20/2024 | R06 | Everything's Connected in Presidio: Building climate resiliency through green infrastructure and reducing pollution through traffic mitigation at the International Bridge crossing | IRA |
| 02F78701-0 | aah0289 - AIR ALLIANCE HOUSTON | TX | Not for Profit | $3,015,485.00 | $2,975,112.68 | 12/21/2024 | R06 | AirMail Gulf Coast | IRA |
| 02F80001-0 | tgcfce0255 - THE GLOBAL CENTER FOR CULTURAL ENTREPRENEURSHIP | NM | Not for Profit | $2,987,385.00 | $2,958,870.00 | 1/13/2025 | R06 | New Mexico Partnership for Equitable Climate Planning and Policy | IRA |
| 02F80101-0 | smi3940 - Stay Ready NOLA, Inc. | LA | Not for Profit | $19,999,999.00 | $16,455,807.84 | 1/17/2025 | R06 | Stay Ready Solar Project | IRA |
| 02J85001-0 | LANE COUNTY OREGON | OR | County | $19,555,386.00 | $19,555,386.00 | 12/20/2024 | R10 | Lane County Transformation for Resiliency Through Equity and Engagement Network | IRA |
| 02J85101-0 | CITY OF POCATELLO | ID | Municipal | $16,465,618.00 | $16,465,419.20 | 12/4/2024 | R10 | CITY OF POCATELLO SOUTH 5TH AVE. COMPLETE STREETS AND SEWER PROJECT | IRA |

EPA_00292073

| 02J85301-0 | THE CORPORATION OF GONZAGA UNIVERSITY | WA | Private University | $19,921,731.00 | $19,915,133.85 | 12/4/2024 | R10 | Spokane Climate Resilience Project - transform disadvantaged Spokane communities into healthy, climate resilient, and thriving communities. | IRA |
| 02J88401-0 | DENA NENA HENASH | AK | Indian Tribe | $20,000,000.00 | $20,000,000.00 | 12/5/2024 | R10 | EPA Huslia Village Climate Solutions | IRA |
| 02J88501-0 | CONFEDERATED TRIBES OF GRAND RONDE | OR | Indian Tribe | $20,030,841.00 | $19,992,969.68 | 12/5/2024 | R10 | FY2024 CTGR EPA CCGP Resident Resilience Center | IRA |
| 02J88601-0 | FRONT AND CENTERED | WA | Not for Profit | $3,137,855.00 | $3,137,855.00 | 12/2/2024 | R10 | Applying Cornerstones of Co-governance through Community Leadership and Assemblies in Washington State for Environmental Justice (ACCELERATE EJ) | IRA |
| 02J91701-0 | NATIVE VILLAGE OF CHENEGA | AK | Indian Tribe | $8,932,979.00 | $8,932,979.00 | 12/23/2024 | R10 | Chenega Bulk Fuel Storage System &amp; Renewable Integration Project. | IRA |
| 02J91801-0 | ALASKA NATIVE TRIBAL HEALTH CONSORTIUM | AK | Indian Tribe | $19,989,160.00 | $19,984,083.07 | 12/10/2024 | R10 | Bering Straits Community Solar &amp; Battery Systems | IRA |
| 02J91901-0 | tf3690 - TEBUGHNA FOUNDATION | AK | Not for Profit | $20,000,000.00 | $20,000,000.00 | 12/17/2024 | R10 | Rebuilding Community: Repairing and Renewing Homes for the People of the Native Village of Tyonek, Alaska | IRA |
| 02J92801-0 | METLAKATLA INDIAN COMMUNITY | AK | Indian Tribe | $19,455,772.00 | $19,455,772.00 | 12/5/2024 | R10 | Revitalizing Metlakatlas Ecosystems for Future Generations - Air Toxic Pollution Reduction, Nature-Based Solutions through Regenerative Seaweed Farming, and Ocean Vessel Electrificatio | IRA |
| 02J95201-0 | ALASKA NATIVE TRIBAL HEALTH CONSORTIUM | AK | Indian Tribe | $19,826,233.00 | $19,826,233.00 | 12/26/2024 | R10 | Kotzebue Tribal Wind | IRA |
| 02J95301-0 | Chiloquin - CITY OF CHILOQUIN | OR | Municipal | $16,340,887.00 | $16,340,536.00 | 12/23/2024 | R10 | Chiloquin Community Resilience Hub and Municipal Center | IRA |
| 02J95401-0 | cgesd6357 - Columbia Gorge Education Service District | OR | | $19,990,020.00 | $19,990,020.00 | 1/10/2025 | R10 | The Columbia Gorge Early Learning and Resilience Center: A rural hub for environmental justice and climate resilience | IRA |
| 02J95501-0 | sri0185 - SPRUCE ROOT, INC. | AK | Not for Profit | $2,904,935.00 | $2,904,935.00 | 12/26/2024 | R10 | Village Voices for Equity: Strengthening Indigenous Participation in Environmental and Climate Policy | IRA |
| 02J95601-0 | Native Village of Kipnuk | AK | Indian Tribe | $19,998,693.00 | $19,998,693.00 | 1/13/2025 | R10 | Kipnuk Reach 3 Riprap Riverbank Stabilization Project | IRA |
| 02J95701-0 | Confederated Tribes and Bands of the Yakama Nation | WA | Indian Tribe | $19,983,378.00 | $19,980,002.23 | 12/27/2024 | R10 | Fire and the Built Environment: Reducing Air Pollution Impacts on Yakama Nation and the Yakima Valley | IRA |
| 02J95801-0 | t6438 - RECTOR & VISITORS OF THE UNIVERSITY OF VIRGINIA | VA | State Institution of Higher Learning | $20,000,000.00 | $20,000,000.00 | 1/10/2025 | R10 | Permafrost Management for Community Health and Resilience in Utqia&#289;vik, Alaska | IRA |
| 03D25324-0 | THE TRUST FOR PUBLIC LAND | CA | Not for Profit | $19,960,040.00 | $19,960,040.00 | 12/2/2024 | R04 | Environmental and Climate Justice Block Grant Program | IRA |
| 03D25424-0 | TEXAS A & M UNIVERSITY | TX | State Institution of Higher Learning | $14,443,306.00 | $14,437,128.71 | 12/5/2024 | R04 | Environmental and Climate Justice Block Grant Program | IRA |
| 03D26124-0 | lsca5653 - Lucky Shoals Community Association, Inc. | GA | Not for Profit | $19,953,400.00 | $19,930,809.71 | 12/2/2024 | R04 | Environmental and Climate Justice Block Grant Program | IRA |
| 03D26224-0 | sfcf3865 - SOUTHWEST FLORIDA COMMUNITY FOUNDATION, INC. | FL | Not for Profit | $19,357,757.00 | $19,307,234.86 | 12/4/2024 | R04 | Environmental and Climate Justice Block Grant Program | IRA |
| 03D26324-0 | tsrfohpi8797 - The Southwest Renewal Foundation of High Point, Inc. | NC | Not for Profit | $18,490,240.00 | $18,486,282.25 | 12/4/2024 | R04 | Environmental and Climate Justice Block Grant Program | IRA |

**J.A. 2473**

| 03D30524-0 | Groundwell Inc. - GROUNDSWELL INC | DC | Not for Profit | $20,000,000.00 | $19,932,254.71 | 12/10/2024 | R04 | Environmental and Climate Justice Block Grant Program | IRA |
|---|---|---|---|---|---|---|---|---|---|
| 03D30624-0 | Univ Area CD - UNIVERSITY AREA COMMUNITY DEV | FL | Not for Profit | $14,944,031.00 | $14,944,031.00 | 12/16/2024 | R04 | Environmental and Climate Justice Block Grant Program | IRA |
| 03D30724-0 | twtli4915 - THE WORKING LANDS TRUST, INC. | NC | Not for Profit | $19,999,967.00 | $19,999,967.00 | 12/18/2024 | R04 | Environmental and Climate Justice Block Grant Program | IRA |
| 03D30824-0 | si0695 - Sustainability Institute | SC | Not for Profit | $11,396,020.00 | $11,251,011.15 | 12/20/2024 | R04 | Environmental and Climate Justice Block Grant Program | IRA |
| 03D30924-0 | teoca3785 - Tennessee Educators of Color Alliance | TN | Not for Profit | $1,875,142.00 | $1,869,012.28 | 12/20/2024 | R04 | Environmental and Climate Justice Block Grant Program | IRA |
| 03D31024-0 | mi8573 - MDC, INC. | NC | Not for Profit | $3,103,648.00 | $3,087,657.75 | 12/12/2024 | R04 | Environmental and Climate Justice Block Grant Program | IRA |
| 03D33525-0 | PalmBchCoGov - COUNTY OF PALM BEACH | FL | County | $3,000,000.00 | $3,000,000.00 | 1/17/2025 | R04 | Environmental and Climate Justice Block Grant Program | IRA |
| 03D33625-0 | WEST ANNISTON FOUNDATION | AL | Not for Profit | $2,596,592.00 | $2,596,592.00 | 1/16/2025 | R04 | Environmental and Climate Justice Block Grant Program | IRA |
| 03D33725-0 | ygag5952 - YOUNG, GIFTED & GREEN | TN | Not for Profit | $19,996,791.00 | $19,996,791.00 | 1/17/2025 | R04 | Environmental and Climate Justice Block Grant Program | IRA |
| 03D33825-0 | 2CMississippi: Towards Sustainable, Educated and Empowered Mississippi | MS | Not for Profit | $19,889,515.00 | $19,889,515.00 | 1/16/2025 | R04 | Environmental and Climate Justice Block Grant Program | IRA |
| 03D33925-0 | CITY OF THOMASVILLE | GA | Township | $19,805,900.00 | $19,805,900.00 | 1/17/2025 | R04 | Environmental and Climate Justice Block Grant Program | IRA |
| 84098801-0 | t6027 - ENERGY INNOVATION CENTER INSTITUE, INC. | PA | Not for Profit | $4,900,000.00 | $3,586,748.00 | 9/25/2024 | OW | Water utility workforce development benefiting disadvantaged communities, reducing greenhouse gas emissions and other pollutants. | IRA |
| 953A0021-0 | NATIONAL HOUSING TRUST | DC | Not for Profit | $20,104,032.00 | $20,041,348.77 | 11/26/2024 | R03 | Empowering Healthy, Resilient and Affordable Communities | IRA |
| 953A0039-0 | PITTSBURGH CONSERVATION CORPS | PA | Not for Profit | $15,309,845.00 | $14,431,922.71 | 11/26/2024 | R03 | Leveraging a Pittsburgh / Philadelphia Workforce Development Partnerships to Multiply the Impact of Decarbonization, Pollution Remediation, and Circular Economy through Woody Biomass Utilization | IRA |
| 953A0075-0 | ENERGY COORDINATING AGENCY OF PHILADELPHIA, INC. | PA | Not for Profit | $19,997,822.00 | $19,997,822.00 | 12/11/2024 | OEJECR | Grays Ferry Community Resilience Hub | IRA |
| 953A0079-0 | CITY OF HAMPTON | VA | Municipal | $20,006,400.00 | $20,006,400.00 | 12/5/2024 | R03 | Aberdeen Gardens Community Resilience Implementation Strategy | IRA |
| 953A0097-0 | t6438 - RECTOR & VISITORS OF THE UNIVERSITY OF VIRGINIA | VA | State Institution of Higher Learning | $19,886,658.00 | $19,859,551.84 | 1/8/2025 | R03 | Appalachian Environmental Resilience Community Change Grants Program | IRA |
| 96272300-0 | BRONX RIVER ALLIANCE INC | NY | Not for Profit | $1,047,647.00 | $999,241.25 | 12/13/2024 | R02 | Uplifting Bronx Voices for Climate Change Resilience | IRA |
| 96272800-0 | GRID ALTERNATIVES | CA | Not for Profit | $20,096,954.00 | $20,062,186.04 | 12/20/2024 | R02 | A Collaborative Approach to Climate Resilience for Puerto Rico through Renewable Energy, Energy Efficiency, and Natural Resource Restoration | IRA |
| 96272900-0 | PEOPLE UNITED FOR SUSTAINABLE HOUSING, INC | NY | Not for Profit | $20,152,214.00 | $20,152,214.00 | 12/11/2024 | R02 | The Buffalo Neighborhood Mobilization Hubs Plan | IRA |

EPA_00292075

| 96273600-0 | EL PUENTE DE WILLIAMSBURG, INC. | NY | Not for Profit | $3,115,632.00 | $3,082,972.03 | 12/16/2024 | R02 | To facilitate the engagement of disadvantaged communities in North Brooklyn in governmental processes for environmental and climate justice. | IRA |
| 96274625-0 | WEST HARLEM ENVIRONMENTAL ACTION INC | NY | Not for Profit | $3,000,000.00 | $3,000,000.00 | 12/18/2024 | R02 | EJNYC: Community-Based Solutions for Environmental Justice | IRA |
| 96275300-0 | ddlcdpri9224 - DEPARTAMENTO DE LA COMIDA DE PUERTO RICO INC | PR | Not for Profit | $11,914,745.00 | $11,914,745.00 | 12/20/2024 | R02 | Por las Quebradas (For the Streams): Community Watershed Stewardship and Climate Resilience in Rural Caguas, Puerto Rico | IRA |
| 96275325-0 | Ironbound Community Corporation | NJ | Not for Profit | $19,318,594.00 | $19,306,311.69 | 12/18/2024 | R02 | Enhancing Community Resilience with Microgrid Technology | IRA |
| 96275425-0 | Rockaway Waterfront Alliance, Inc. | NY | Not for Profit | $11,158,108.00 | $11,126,108.00 | 1/13/2025 | R02 | Rockaway Coastal Resilience Dune Restoration Project | IRA |
| 96276500-0 | adrdlmi8531 - ASOCIACION DE RESIDENTES DE LA MARGARITA INC | PR | Not for Profit | $20,000,000.00 | $19,948,287.99 | 1/3/2025 | R02 | Community Leadership Initiatives for Mitigation and Adaptation (CLIMA) Project | IRA |
| 96276600-0 | ISLAND GREEN BUILDING ASSOCIATION, INCORPORATED | VI | Not for Profit | $20,000,000.00 | $20,000,000.00 | 1/16/2025 | R02 | United States Virgin Islands Partnerships for Community-Wide Sustainability | IRA |
| 96276700-0 | taotcri1427 - TRINITY ALLIANCE OF THE CAPITAL REGION, INC | NY | Not for Profit | $20,000,000.00 | $19,869,313.00 | 1/15/2025 | R02 | ALL(bany) Together - Climate and Health Resilience Equity Project | IRA |
| 96278700-0 | THE NEW SCHOOL | NY | Private University | $3,000,000.00 | $2,996,006.12 | 1/13/2025 | R02 | Energy Governance Engagement for Environmental Justice (EGEEJ) | IRA |
| 97T17601-0 | SPECIAL SERVICE FOR GROUPS, INC. | CA | Not for Profit | $1,200,000.00 | $1,175,000.00 | 11/26/2024 | R09 | Inflation Reduction Act &ndash; Environmental and Climate Justice | IRA |
| 97T17701-0 | CITY OF BAKERSFIELD | CA | Municipal | $20,040,630.00 | $20,040,630.00 | 12/9/2024 | R09 | Inflation Reduction Act &ndash; Environmental Justice Thriving Communities | IRA |
| 97T17801-0 | tsdf0690 - SAN DIEGO FOUNDATION | CA | Not for Profit | $19,999,999.00 | $19,967,731.69 | 11/25/2024 | R09 | Inflation Reduction Act - Environmental and Climate Justice | IRA |
| 97T17901-0 | cfrcd6471 - COALITION FOR RESPONSIBLE COMMUNITY DEVELOPMENT | CA | Not for Profit | $20,000,000.00 | $19,911,841.87 | 12/6/2024 | R09 | Inflation Reduction Act - Environmental and Climate Justice | IRA |
| 97T18001-0 | do1729 - DAY ONE | CA | Not for Profit | $20,452,614.00 | $19,559,915.83 | 11/26/2024 | R09 | Environmental and Climate Justice Block Grant Program | IRA |
| 97T18101-0 | lfccii9534 - LA FAMILIA COUNSELING CENTER, INC | CA | Not for Profit | $18,560,143.00 | $17,986,228.55 | 11/23/2024 | R09 | Inflation Reduction Act &ndash; Environmental and Climate Justice | IRA |
| 97T18301-0 | igp9296 - INSIGHT GARDEN PROGRAM | CA | Not for Profit | $1,500,000.00 | $1,437,742.29 | 11/26/2024 | R09 | Inflation Reduction Act &ndash; Environmental and Climate Justice | IRA |
| 97T24301-0 | timma1315 - TREASURE ISLAND MOBILITY MANAGEMENT AGENCY | CA | Special District | $19,965,495.00 | $19,957,992.67 | 11/25/2024 | R09 | Inflation Reduction Act &ndash; Environmental and Climate Justice | IRA |
| 97T24601-0 | SOCIAL AND ENVIRONMENTAL ENTREPRENEURS (SEE), INC. | CA | Not for Profit | $3,000,000.00 | $2,939,418.86 | 11/29/2024 | R09 | Inflation Reduction Act - Environmental and Climate Justice | IRA |
| 97T24701-0 | tpf9370 - PRIMAVERA FOUNDATION INC | AZ | Not for Profit | $19,997,193.00 | $19,910,657.45 | 11/19/2024 | R09 | INFLATION REDUCTION ACT - ENVIRONMENTAL &amp; CLIMATE JUSTICE | IRA |
| 97T28201-0 | PUEBLO UNIDO CDC | CA | Not for Profit | $18,590,988.00 | $18,590,988.00 | 12/12/2024 | R09 | Inflation Reduction Act - Environmental and Climate Justice | IRA |
| 97T28301-1 | lcfjaa4442 - LEADERSHIP COUNSEL FOR JUSTICE AND ACCOUNTABILITY | CA | Not for Profit | $3,058,750.00 | $1,783,282.11 | 2/5/2025 | R09 | Inflation Reduction Act - Environmental and Climate Justice | IRA |
| 97T28401-0 | UNIVERSITY OF GUAM | GU | State Institution of Higher Learning | $3,000,000.00 | $3,000,000.00 | 12/19/2024 | R09 | Inflation Reduction Act - Environmental and Climate Justice | IRA |

**J.A. 2475**

| 97T28501-0 | CASA FAMILIAR, INC | CA | Not for Profit | $12,650,680.00 | $12,636,537.84 | 12/18/2024 | R09 | Inflation Reduction Act &ndash; Environmental and Climate Justice | IRA |
| 97T28601-0 | NEVADA CLEAN ENERGY FUND | NV | Not for Profit | $19,987,957.00 | $19,977,357.92 | 12/10/2024 | R09 | Inflation Reduction Act &ndash; Environmental and Climate Justice | IRA |
| 97T28701-0 | COMMUNITY WATER CENTER | CA | Not for Profit | $20,000,000.00 | $20,000,000.00 | 12/12/2024 | R09 | Inflation Reduction Act &ndash; Environmental and Climate Justice | IRA |
| 97T28801-0 | t0609 - Pacific International Center for High Technology Research | HI | Not for Profit | $13,939,738.00 | $13,930,458.11 | 12/9/2024 | R09 | Inflation Reduction Act - Environmental and Climate Justice | IRA |
| 97T28901-0 | EARTH ISLAND INSTITUTE INC | CA | Not for Profit | $3,073,914.00 | $3,073,914.00 | 12/19/2024 | R09 | Inflation Reduction Act &ndash; Environmental and Climate Justice | IRA |
| 97T31701-0 | SANTA YNEZ BAND OF MISSION INDIANS | CA | Indian Tribe | $19,993,324.00 | $19,993,324.00 | 1/7/2025 | R09 | Inflation Reduction Act &ndash; Environmental and Climate Justice | IRA |
| 97T32001-0 | CONTRA COSTA, COUNTY OF | CA | Special District | $19,076,843.00 | $19,046,176.06 | 1/6/2025 | R09 | Environmental and Climate Justice Block Grant Program | IRA |
| | | | | $1,510,553,982.00 | $1,488,491,912.91 | | | | |

EPA_00292077

# DECLARATION OF DANIEL COOGAN

I, Daniel Coogan, declare and state as follows:

1.      I am the Deputy Assistant Administrator for Infrastructure and Extramural Resources in the Office of Mission Support, for the United States Environmental Protection Agency ("EPA") located at 1200 Pennsylvania Avenue, NW, Washington, D.C. 20460. I have been in my current position since December 2023, and I have been at the agency since November 2004.   I make the following factual statements based on my personal knowledge and belief.  If called as a witness, I could and would competently testify thereto.

2.      During the transition between the last Presidential Administration and the current Administration, EPA has limited activity on grant awards and actions so career staff can brief the new Administration on the on-going grants and programs and help the new Administration understand how the program aligns with their priorities including ensuring the safeguard of Agency funds.

3.      As part of this effort, and distinct from any Executive Orders or OMB memorandums, EPA leadership conducted an individualized, grant-by-grant review to determine which grants should continue, which should be modified, and which should be terminated based on alignment with Administration priorities or the purposes for which the Federal award was made. EPA began this process for the Administration in January 2025.

4.      The review process resulted in EPA continuing all Infrastructure Investments and Jobs Act ("IIJA") grants, which include 2,004 active grants totaling $27.5 billion. Many Inflation Reduction Act ("IRA") grants remain active following review, including 979 active grants totaling $39.5 billion.

5.      The above review process occurred prior to the issuance of the preliminary injunction on April 15, with decisions to terminate tranches of IRA grants made on the following dates: February 13, March 3, March 10, and April 14.

1
**Exhibit G**

1  EPA is in the process of sending out the formal termination/cancellation notices to
2  all of the impacted grantees. EPA has already sent out formal notices to
3  approximately 377 grantees. For the remaining approximately 404 grantees, EPA
4  plans to issue notices within the next two weeks.

5        6.    EPA has only paused access to funding in Automatic Standard
6  Application for Payments ("ASAP") for recipients of the following IRA grant
7  programs which are slated to be terminated as mentioned above: Environmental
8  Justice Collaborative Problem-Solving Cooperative Agreement Program; Surveys,
9  Studies, Investigations, Training and Special Purpose Activities Relating to
10 Environmental Justice; Environmental Justice Government-to-Government
11 (EJG2G) Program; Environmental Justice Small Grant Program; Financial
12 Assistance For Community Support Activities To Address Environmental Justice
13 Issues; Environmental Justice Thriving Communities Grantmaking Program (EJ
14 TCGM); Environmental and Climate Justice Block Grant Program; and Reducing
15 Embodied Greenhouse Gas Emissions for Construction Materials and Products.

16       7.    EPA understands the Court's Order to require that all funds
17 appropriated under the IRA or IIJA be unfrozen unless there is a pre-existing
18 determination (from before entry of the preliminary injunction) to pause that funding
19 on an individualized basis for some other, independent reason (i.e., apart from the
20 fact that it was appropriated under the IRA or IIJA). The above still-paused, soon-
21 to-be-terminated IRA grants meet those criteria. Accordingly, EPA believes that
22 continued pauses of those grants complies with the Court's Order. EPA is not
23 "freezing, halting, or pausing on a non-individualized basis the processing and
24 payment of funding that (1) was appropriated under the Inflation Reduction Act or
25 the Infrastructure Investment and Jobs Act and (2) has already been awarded."
26 *Woonasquatucket River Watershed Council v. United States Dep't of Agric.*, No.
27
28

2

1:25-cv-00097-MSM-PAS, 2025 U.S. Dist. LEXIS 71378 (D.R.I. Apr. 15, 2025) (order granting preliminary injunction).

     8.    Despite the current pause on these grants, EPA will still reimburse all costs incurred prior to the grant formally being terminated, once recipients submit final invoices as part of the grant close-out process as detailed in the grant termination letter and at 2 CFR § 200.334.

     9.    Restoring access to the paused grants would expose EPA and taxpayers to tremendous risk as recipients would have the ability to draw-down large portions of grant funding in ASAP, and could believe that they have an incentive to make such draws if they believed the pause on the suspension was temporary. Recouping these funds upon termination of the grants would be difficult.

     I declare under penalty of perjury that the foregoing is true and correct.


DANIEL COOGAN     Digitally signed by DANIEL COOGAN
Date: 2025.04.23 10:45:40 -04'00'

Daniel Coogan
Deputy Assistant Administrator for
Infrastructure and Extramural
Resources
Office of Mission Support
U.S. Environmental Protection
Agency

3

**J.A. 2479**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

The Sustainability Institute, et al.,     ) Civil Action Number:   2:25-cv-02152-RMG
     )
     Plaintiffs,     )
     )
     vs.     )
     )
DONALD J. TRUMP, in his official     )
capacity as President of the United States,     )
et al.,     )
     )
     Defendants.     )

**SUPPLEMENTAL DECLARATION OF ELISE B. PACKARD**
**REGARDING EPA's DISCOVERY EFFORTS**

I, Elise B. Packard, am the Deputy General Counsel for Operations at the U.S. Environmental Protection Agency (EPA). I have reviewed the Court's April 7, 2025, and April 29, 2025, Orders in this matter. This supplements my declaration of April 18, 2025 to address the further search of documents EPA undertook in response to the Court's April 29, 2025, Order. I hereby certify that to my personal knowledge and belief, EPA employees have conducted a diligent search, explained below, to identify and produce information responsive to the Court's Orders.

*Initial eDiscovery Collection, Review and Production*

1. On April 8, 2025, attorneys in EPA's Office of General Counsel identified 18 EPA employees likely to be in possession, custody or control of information responsive to the Court's Order.

2. On April 8, 2025, Office of General Counsel attorneys requested that the Agency's eDiscovery Division collect the mail files from the Microsoft Outlook mailboxes for each custodian for the period from January 20, 2025, to April 7, 2025.

3. On April 8, 2025, the eDiscovery Division utilized Microsoft Purview Standard, a comprehensive eDiscovery collection tool to initiate the requested date restricted mailbox exports. As the exports were completed, the data was imported into the Agency's Relativity document review platform for processing, indexing and deduplication. As a result,

**Exhibit 5**

**J.A. 2480**

1    approximately 400,000 files were loaded into a Relativity repository workspace.

2    4.   From April 9, 2025, through April 11, 2025, attorneys in the Office of General Counsel

3    developed a complex Boolean logic search string to identify any of the 400,000 documents

4    that were potentially responsive to the Court's Order. On April 11, 2025, the eDiscovery

5    Division applied the Boolean search terms and narrowed the resulting document set to

6    include the inclusive emails only, which resulted in approximately 19,500 documents being

7    identified as potentially responsive to the Court's Order and made available for a document

8    review process.

9    5.   From April 12, 2025, through April 21, 2025, a team of EPA attorneys and legal assistants

10   conducted first, second and third level document review to make responsiveness and

11   privilege determinations for each of the approximately 19,500 potentially responsive

12   documents. Upon completing the first, second and third level document review,

13   approximately 5,500 documents were identified as responsive. Of those, approximately

14   2,100 were identified as containing privileged attorney client, attorney work product,

15   and/or deliberative process information.

16   6.   On April 17, 2025, EPA filed a privilege log, listing the approximately 2,100 privileged

17   documents, and on April 21, 25, EPA produced a supplemental privilege log containing

18   approximately 25 additional privileged documents. By April 21, 2025, EPA had produced

19   approximately 3,400 non-privileged responsive documents and submitted for in camera

20   review approximately 2,100 privileged documents, of which, approximately 1,000

21   documents were withheld under the deliberative process privilege.

22

23   ***Deliberative Process Rereview, Revised Privilege Log and Production***

24   7.   Between April 28, 2025, and May 6, 2025, EPA attorneys rereviewed the approximately

25   1,000 documents previously identified as being subject to the deliberative process

26   privilege. During that rereview, approximately 35 documents were determined to be non-

27   responsive, and the deliberative privilege assertions were waived on approximately 250

28   documents, which are now in the process of being produced.

29   8.   Between April 28, 2025, and May 6, 2025, Agency attorneys revised the privilege log

30   justifications for its remaining deliberative process privilege assertions, which are included

2

**J.A. 2481**

1    in the Agency's May 6, 2025, privilege log and is the subject of my Declaration Asserting
2    the Deliberative Process Privilege, dated today.[1]  The privilege log also identifies all other
3    responsiveness and privilege changes made during the rereview process.

4

5    ***Supplemental eDiscovery Collection and Review***

6    9.   In response to the Court's April 29, 2025 Order, between April 30, 2025, and May 6, 2025,
7         EPA conducted a supplemental search on the custodians' mail files for the period from
8         April 7, 2025, through April 29, 2025. After applying search terms and limiting the
9         collection to inclusive emails only, approximately 5,000 documents remained. First, we
10        removed documents related to the Agency's eDiscovery efforts, which are not responsive
11        to the Court's April 29, 2025, Order. We then conducted another search on the remaining
12        documents tailored to address the requirements of the April 23, 2025 hearing and the April
13        29, 2025 Order. The search identified 18 documents, all of which are iterations of a chart
14        describing various grants, including those at issue in this litigation, and their funding status,
15        as well as the emails to which they were attached. Those 18 documents are in the process
16        of being produced, 3 of which contain privileged material that will be identified on the
17        privilege log.

18

19    I certify that the copies of the 18 records produced are true and accurate copies of EPA records.
20    These records were prepared and maintained in the ordinary course of business. I declare under
21    penalty of perjury that the foregoing is true and correct.

22
23
24    Date: May 6, 2025            ELISE            Digitally signed by
                                                    ELISE PACKARD
                                  PACKARD           Date: 2025.05.06
                                                    16:47:44 -04'00'
25                                                  Elise Packard
26                                                  Deputy General Counsel for Operations
27                                                  Office of General Counsel
28                                                  U.S. Environmental Protection Agency

---

1 The Agency is producing its privilege log in native excel format as well for readability.

3

**J.A. 2482**

Message

| From: | Coogan, Daniel [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=7AA3C293E3F94FE6A0132382B42F0B23-DCOOGAN] |
|---|---|
| Sent: | 4/28/2025 8:09:29 PM |
| To: | O'Sullivan, Caitlin [OSullivan.Caitlin@epa.gov] |
| Subject: | FW: Access to Accounts in ASAP |
| Attachments: | Active CFDA List 20250428.xlsx |

Caitlin, here's the first part (my email to OCFO requesting that they make changes so recipients can access ASAP accounts). I'll send you a separate email on our terminations/ cancellations.

**From:** Coogan, Daniel
**Sent:** Monday, April 28, 2025 11:38 AM
**To:** Jones-Peeler, Meshell <Jones-Peeler.Meshell@epa.gov>; Gulamali, Adil <Gulamali.Adil@epa.gov>; Lavergne, Dany <lavergne.dany@epa.gov>
**Cc:** Wise, Melissa <wise.melissa@epa.gov>
**Subject:** Access to Accounts in ASAP

All, per leadership direction, can OCFO please make sure that the following grants in the attachment associated with the grant programs listed below have access to their funds in ASAP. Please let me know if you have any questions.

|  | Assistance Listing Code | Assistance Listing Description | EPA Grant Program Code |
|---|---|---|---|
| a. | 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program | 51, 5B, EB, EC |
| b. | 66.309 | Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice | 5K, XJ, XK |
| c. | 66.312 | Environmental Justice Government-to-Government (EJG2G) Program | 52, 5C, AJ, AK |
| d. | 66.604 | Environmental Justice Small Grant Program | 5R, EQ, ER |
| e. | 66.614 | Financial Assistance For Community Support Activities To Address Environmental Justice Issues | 5I, ED, EL |
| f. | 66.615 | Environmental Justice Thriving Communities Grantmaking Program (EJ TCGM) | 5N, EN, EP |
| g. | 66.616 | Environmental and Climate Justice Block Grant Program | 5F |
| h. | 66.721 | Reducing Embodied Greenhouse Gas Emissions for Construction Materials and Products | 5P |

**J.A. 2483**

Report Last Refresh Date: 4/28/25

| | | | | Obligation Amount | Obligation Drawdow |
|---|---|---|---|---|---|
| | | | | $2,195,571,779.00 | |

| Assistance Listing Code | Program Code | Grant Family | Grant No | Award Date | Award Fiscal Year | Last Drawdown Date | Project Period Cost | Cumulative Award |
|---|---|---|---|---|---|---|---|---|
| 66.306 | 51 | 00A01313 | 00A01313-0 | 08/08/2024 | 2024 | 03/03/2025 | $500,000.00 | $500,000.00 |
| 66.306 | 51 | 02F74401 | 02F74401-0 | 11/25/2024 | 2025 | | $500,000.00 | $500,000.00 |
| 66.306 | 51 | 02F74801 | 02F74801-0 | 12/11/2024 | 2025 | | $500,000.00 | $500,000.00 |
| 66.306 | 51 | 02J56001 | 02J56001-0 | 11/04/2024 | 2025 | | $500,000.00 | $500,000.00 |
| 66.306 | 51 | 96263224 | 96263224-0 | 11/06/2024 | 2025 | 03/03/2025 | $150,000.00 | $150,000.00 |
| 66.306 | 51 | 97T22801 | 97T22801-0 | 11/26/2024 | 2025 | 02/20/2025 | $500,000.00 | $500,000.00 |
| 66.306 | 51 | 98T88101 | 98T88101-1 | 11/27/2024 | 2025 | 02/20/2025 | $200,000.00 | $200,000.00 |
| 66.306 | 5B | 00A01144 | 00A01144-0 | 07/10/2024 | 2024 | 02/07/2025 | $150,000.00 | $150,000.00 |
| 66.306 | 5B | 00E03623 | 00E03623-1 | 12/05/2024 | 2025 | 01/31/2025 | $500,000.00 | $500,000.00 |
| 66.306 | 5B | 00E03857 | 00E03857-0 | 09/21/2024 | 2024 | 03/04/2025 | $500,000.00 | $500,000.00 |
| 66.306 | 5B | 02F76301 | 02F76301-0 | 02/04/2025 | 2025 | | $498,546.00 | $498,546.00 |
| 66.306 | 5B | 02F76801 | 02F76801-0 | 01/14/2025 | 2025 | | $500,000.00 | $500,000.00 |
| 66.306 | 5B | 02J56501 | 02J56501-1 | 12/19/2024 | 2025 | 03/03/2025 | $498,000.00 | $498,000.00 |
| 66.306 | 5B | 03D03524 | 03D03524-1 | 11/06/2024 | 2025 | | $500,000.00 | $500,000.00 |
| 66.306 | 5B | 84084301 | 84084301-0 | 11/14/2024 | 2025 | 01/31/2025 | $497,111.00 | $497,111.00 |
| 66.306 | 5B | 95337201 | 95337201-1 | 02/04/2025 | 2025 | 02/27/2025 | $500,000.00 | $500,000.00 |
| 66.306 | 5B | 95337301 | 95337301-0 | 10/21/2024 | 2025 | 03/10/2025 | $150,000.00 | $150,000.00 |
| 66.306 | 5B | 96263624 | 96263624-0 | 12/20/2024 | 2025 | | $500,000.00 | $500,000.00 |
| 66.306 | 5B | 97T23101 | 97T23101-0 | 11/20/2024 | 2025 | | $500,000.00 | $500,000.00 |
| 66.306 | 5B | 97T23201 | 97T23201-0 | 12/13/2024 | 2025 | | $500,000.00 | $500,000.00 |
| 66.306 | 5B | 97T23301 | 97T23301-0 | 11/22/2024 | 2025 | 03/03/2025 | $499,975.00 | $499,975.00 |
| 66.306 | 5B | 97T23901 | 97T23901-0 | 12/18/2024 | 2025 | | $500,000.00 | $500,000.00 |
| 66.306 | 5B | 97T29101 | 97T29101-0 | 12/06/2024 | 2025 | | $499,735.00 | $499,735.00 |
| 66.306 | 5B | 98T88501 | 98T88501-0 | 11/25/2024 | 2025 | | $500,000.00 | $500,000.00 |
| 66.306 | EC | 02J03001 | 02J03001-2 | 12/30/2024 | 2025 | 12/05/2024 | $200,000.00 | $200,000.00 |
| 66.306 | EC | 98T94301 | 98T94301-1 | 11/14/2024 | 2025 | | $154,982.00 | $154,982.00 |
| 66.309 | 5K | 84113601 | 84113601-0 | 12/30/2024 | 2025 | 02/20/2025 | $7,000,000.00 | $7,000,000.00 |
| 66.309 | XJ | 00A01452 | 00A01452-1 | 01/14/2025 | 2025 | 02/11/2025 | $10,000,000.00 | $6,000,000.00 |
| 66.309 | XJ | 02D48323 | 02D48323-1 | 12/27/2024 | 2025 | 05/02/2024 | $40,000.00 | $40,000.00 |
| 66.309 | XJ | 02F33801 | 02F33801-2 | 01/07/2025 | 2025 | 02/20/2025 | $10,000,000.00 | $8,000,000.00 |
| 66.309 | XJ | 02J28601 | 02J28601-3 | 01/08/2025 | 2025 | 03/10/2025 | $12,000,000.00 | $9,000,000.00 |
| 66.309 | XJ | 02J28701 | 02J28701-3 | 01/10/2025 | 2025 | 03/05/2025 | $10,096,630.00 | $9,000,000.00 |
| 66.309 | XJ | 13746193 | 13746193-4 | 12/27/2024 | 2025 | 02/13/2025 | $10,000,000.00 | $9,000,000.00 |
| 66.309 | XJ | 96230523 | 96230523-2 | 01/15/2025 | 2025 | 02/04/2025 | $10,000,000.00 | $8,500,000.00 |
| 66.309 | XJ | 96230923 | 96230923-3 | 01/16/2025 | 2025 | 02/21/2025 | $10,000,000.00 | $8,000,000.00 |

J.A. 2484

EPA_00318271

| n Amount | Unliquidated Obligation Amount |
|---|---|
| $47,554,718.96 | $2,148,017,060.04 |

| Obligation Amount | Obligation Drawdown Amount | Unliquidated Obligation Amount | Awarding Region Code | AAship | Project Start Date | Project End Date |
|---|---|---|---|---|---|---|
| $500,000.00 | $59,897.90 | $440,102.10 | EPA R1 | R01 | 04/01/2024 | 10/01/2026 |
| $500,000.00 | $0.00 | $500,000.00 | EPA R6 | R06 | 01/01/2025 | 12/31/2027 |
| $500,000.00 | $0.00 | $500,000.00 | EPA R6 | R06 | 12/15/2024 | 12/14/2027 |
| $500,000.00 | $0.00 | $500,000.00 | EPA R10 | R10 | 10/01/2024 | 09/30/2027 |
| $150,000.00 | $26,104.79 | $123,895.21 | EPA R2 | R02 | 07/01/2024 | 06/30/2027 |
| $500,000.00 | $42,687.04 | $457,312.96 | EPA R9 | R09 | 11/01/2024 | 10/31/2026 |
| $200,000.00 | $3,000.00 | $197,000.00 | EPA R9 | R09 | 07/01/2024 | 06/30/2027 |
| $150,000.00 | $150,000.00 | $0.00 | EPA R1 | R01 | 04/01/2024 | 03/31/2027 |
| $500,000.00 | $71,760.97 | $428,239.03 | EPA R5 | R05 | 07/01/2024 | 06/30/2027 |
| $500,000.00 | $96,083.98 | $403,916.02 | EPA R5 | R05 | 10/01/2024 | 09/30/2027 |
| $498,546.00 | $0.00 | $498,546.00 | EPA R6 | R06 | 12/01/2024 | 11/30/2027 |
| $500,000.00 | $0.00 | $500,000.00 | EPA R6 | R06 | 01/15/2025 | 01/14/2028 |
| $498,000.00 | $33,532.21 | $464,467.79 | EPA R10 | R10 | 09/01/2024 | 08/31/2027 |
| $500,000.00 | $0.00 | $500,000.00 | EPA R4 | R04 | 01/01/2025 | 12/31/2027 |
| $497,111.00 | $74,435.00 | $422,676.00 | EPA HQ | OEJECR | 10/01/2024 | 09/30/2026 |
| $500,000.00 | $9,074.00 | $490,926.00 | EPA R3 | R03 | 04/01/2024 | 03/31/2027 |
| $150,000.00 | $5,038.99 | $144,961.01 | EPA R3 | R03 | 11/01/2024 | 10/31/2026 |
| $500,000.00 | $0.00 | $500,000.00 | EPA R2 | R02 | 11/01/2024 | 10/31/2027 |
| $500,000.00 | $0.00 | $500,000.00 | EPA R9 | R09 | 01/01/2025 | 12/31/2027 |
| $500,000.00 | $0.00 | $500,000.00 | EPA R9 | R09 | 01/01/2025 | 12/31/2027 |
| $499,975.00 | $8,405.99 | $491,569.01 | EPA R9 | R09 | 01/01/2025 | 12/31/2027 |
| $500,000.00 | $0.00 | $500,000.00 | EPA R9 | R09 | 12/01/2024 | 01/01/2027 |
| $499,735.00 | $0.00 | $499,735.00 | EPA R9 | R09 | 01/01/2025 | 12/31/2027 |
| $500,000.00 | $0.00 | $500,000.00 | EPA R9 | R09 | 12/01/2024 | 11/30/2027 |
| $200,000.00 | $136,703.60 | $63,296.40 | EPA R10 | R10 | 02/01/2022 | 04/30/2025 |
| $154,982.00 | $0.00 | $154,982.00 | EPA R9 | R09 | 10/01/2024 | 10/31/2025 |
| $7,000,000.00 | $40,088.66 | $6,959,911.34 | EPA HQ | OEJECR | 01/01/2025 | 12/31/2029 |
| $6,000,000.00 | $175,761.13 | $5,824,238.87 | EPA R1 | R01 | 07/01/2024 | 06/30/2029 |
| $19,890.00 | $19,890.00 | $0.00 | EPA R4 | R04 | 09/01/2023 | 08/31/2025 |
| $8,000,000.00 | $1,522,688.97 | $6,477,311.03 | EPA R6 | R06 | 06/01/2023 | 05/31/2028 |
| $9,000,000.00 | $1,881,247.99 | $7,118,752.01 | EPA R10 | R10 | 06/01/2023 | 05/31/2028 |
| $9,000,000.00 | $2,129,416.61 | $6,870,583.39 | EPA R10 | R10 | 06/01/2023 | 05/31/2028 |
| $9,000,000.00 | $1,736,649.96 | $7,263,350.04 | EPA R4 | R04 | 03/01/2023 | 02/29/2028 |
| $8,500,000.00 | $1,712,588.88 | $6,787,411.12 | EPA R2 | OEJECR | 07/01/2023 | 06/30/2028 |
| $8,000,000.00 | $2,305,418.12 | $5,694,581.88 | EPA R2 | R02 | 07/01/2023 | 06/30/2028 |

**J.A. 2485**

| Applicant Name | Applicant State | UEI | Applicant Type |
|---|---|---|---|
| CHILDHOOD LEAD ACTION PROJECT | RI | W7MEUZQ1MY37 | Not for Profit |
| LOUISIANA BUCKET BRIGADE | LA | CB3DRTHJK6A3 | Not for Profit |
| hw7009 - HOUSTON WILDERNESS | TX | FX14LK7KL9H7 | Not for Profit |
| THE TRUST FOR PUBLIC LAND | CA | HN7CS4YNMBC4 | Not for Profit |
| THE BRONX IS BLOOMING | NY | X4MYE8H3B4B9 | Not for Profit |
| ENVIRONMENTAL HEALTH COALI | CA | LFMZD2MERLY3 | Not for Profit |
| REBUILD SUPERIOR, INC. | AZ | ZKY1QMXDHE56 | Not for Profit |
| MASSACHUSETTS COALITION FOR OCCUPATIONAL SAFETY AND HEALTH, INC. | MA | LVUJLK2GKHK7 | Not for Profit |
| COMMUNITY POWER | MN | PK39HKBBC4A1 | Not for Profit |
| METROPOLITAN TENANTS ORGANIZATION | IL | UJEGUAKUSRF6 | Not for Profit |
| daref1434 - Downwinders at Risk Education Fund | TX | YRZKBL5NQ894 | Not for Profit |
| null5598 - NATIONAL URBAN LEAGUE, INC. | NY | VD9ST5ZPM5P4 | Not for Profit |
| CENTER FOR INTERCULTURAL ORGANIZING | OR | C16ARLN8FA16 | Not for Profit |
| LOWCOUNTRY ALLIANCE FOR MODEL COMMUNITIES | SC | J63MD5AMAY83 | Not for Profit |
| CLEAN WATER FUND | DC | FR2MH7EJ2QN2 | Not for Profit |
| SHAMOKIN CREEK RESTORATION ALLIANCE | PA | YNM4HTNX5NK5 | Not for Profit |
| RESILIENT VIRGINIA | VA | YHCCVVNQUBX5 | Not for Profit |
| YOUTH MINISTRIES FOR PEACE AND JUSTICE, INC. | NY | W85WGJRUAL13 | Not for Profit |
| crc8097 - CLIMATE RESILIENT COMMUNITIES | CA | XJ76N787Z1M5 | Not for Profit |
| ONEOC | CA | ST8KJPET6WJ3 | Not for Profit |
| ca3121 - CANAL ALLIANCE | CA | Z27XHGWBM779 | Not for Profit |
| tlanlt8074 - THE LOS ANGELES NEIGHBORHOOD LAND TRUST | CA | ZE7MZ7CCRR25 | Not for Profit |
| abf6059 - ANZA-BORREGO FOUNDATION | CA | EXRXKFAHALM7 | Not for Profit |
| COUNCIL FOR WATERSHED HEALTH | CA | N6MNXMMWUU64 | Not for Profit |
| Confederated Tribes of the Colville Reservation | WA | NU9UAKLRDDP1 | Indian Tribe |
| FOOD BANK OF CONTRA COSTA AND SOLANO | CA | DJAPJ258KCM8 | Not for Profit |
| RESEARCH TRIANGLE INSTITUTE | NC | JJHCMK4NT5N3 | Not for Profit |
| UNIVERSITY OF CONNECTICUT | CT | WNTPS995QBM7 | State Institution of Higher Learning |
| JACKSON STATE UNIVERSITY | MS | WFVHMSF6BU45 | State Institution of Higher Learning |
| NEW MEXICO STATE UNIVERSITY | NM | J3M5GZAT8N85 | State Institution of Higher Learning |
| UNIVERSITY OF WASHINGTON | WA | HD1WMN6945W6 | State Institution of Higher Learning |
| WILLAMETTE PARTNERSHIP | OR | MN5SKK48HCE3 | Not for Profit |
| RESEARCH TRIANGLE INSTITUTE | NC | JJHCMK4NT5N3 | Not for Profit |
| Inter American University of Puerto Rico, Inc. | PR | JSFAKPEEWFC3 | Private University |
| WEST HARLEM ENVIRONMENTAL ACTION INC | NY | PB8TKKTU3AG3 | Not for Profit |

EPA_00318273

| Assistance Listing Code | Assistance Listing Description |
|---|---|
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.309 | Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice |
| 66.309 | Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice |
| 66.309 | Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice |
| 66.309 | Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice |
| 66.309 | Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice |
| 66.309 | Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice |
| 66.309 | Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice |
| 66.309 | Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice |
| 66.309 | Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice |

EPA_00318274

**Project Title**
Community-Based Lead Poisoning Prevention Project
Imagine St. James Parish
Super Trees for Sustainability-Alief: urban forestry through targeted large-scale native tree plantings, education on mitigation effects of targeted trees on extreme heat and other he
Madras Community Schoolyard Environmental Justice
Program for Leaders Advancing their Community's Environment (PLACE): Partnership Building for Program Expansion and Urban Forestry Workforce Development in Frontline C
INFLATION REDUCTION ACT - ENVIRONMENTAL JUSTICE COLLABORATIVE PROBLEM-SOLVING
Inflation Reduction Act - Environmental Justice Collaborative Problem-Solving
Student Organizing for Educational and Environmental Justice in Boston Public Schools (BPS)
Community Power EJ CPS 2023
MTO EJCPS 2024
Environmental Justice Governmental Grant
Urban Environmental Justice Collaborative Program
Oregon Climate Resilience
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Learning to Live with Lead&mdash;Reducing Exposure in Environmental Justice Communities in Pennsylvania and Massachusetts
EJCPS Creation of Collaborative Partnership for the Greater Shamokin Area
Building Community Capacity for Climate Justice in Ward 2, Lynchburg VA
Youth Ministries for Peace and Justice (YMPJ)Bronx River Waterfront Redevelopment Health Impact Assessment
Inflation Reduction Act &ndash; Environmental Justice Collaborative Problem-Solving
Inflation Reduction Act &ndash; Environmental Justice Collaborative Problem-Solving
Inflation Reduction Act - Environmental Justice Collaborative Problem-Solving
Inflation Reduction Act &ndash; Environmental Justice Collaborative Problem-Solving
Inflation Reduction Act - Environmental Justice Collaborative Problem-Solving
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
EJCPS/ARP PM2.5 Monitoring for Upper Columbia River Communities
Environmental Justice Collaborative Problem-Solving - Vallejo Food Rescue Project
VISTA CEC - VISTA Clean Environment Core
Environmental Justice Thriving Communities Technical Assistance Center Region 1
Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice
South Central Environmental Justice Resource Center (SCEJRC) Thriving Communities Technical Assistance Center (TCTAC)
Pacific Northwest Environmental Justice Thriving Communities Center
Northwestern Environmental and Energy Justice TCTAC
Resource for Assistance and Community Training
EAGEL Engage and Assist Grassroots organizations for Environmental Energy Justice and Leadership capacity building for Region 2 EJ TCTAC
WE ACT for Environmental Justice proposes to lead and host an Environmental Justice Thriving Communities Technical Assistance Center for EPA Region 2.

EPA_00318275

**OMB Project Description**

This agreement will provide funding to Childhood Lead Action Project to implement an education, training and community engagement program to raise awareness of lead and inc
The Inflation Reduction Act (IRA) will allocate funding to the Louisiana Bucket Brigade for the purpose of executing environmental cleanup and weatherization initiatives. Specifical
This agreement provides funding of $500,000 to Houston Wilderness under the Inflation Reduction Act (IRA). This project, Super Trees for Sustainability-Alief, seeks to address th
The Trust for Public Land (TPL) is partnering with the school district, students, teachers, community organizations, and the Confederated Tribes of Warm Springs to design and cr
This agreement provides funding under the Inflation Reduction Act to The Bronx is Blooming. Through their Program for Leaders Advancing their Community's Environment (PLAC
The agreement provides funding to the Environmental Health Coalition (ECH). EHC's project will address the environmental injustice in the neighborhoods of Barrio Logan and Log
The EJCPS agreement provides funding to Rebuild Superior, Inc. Specifically, grant funds will be used to cleanup properties on the behalf of the Town so it can place a lien on the
This Cooperative agreement is being awarded federal funding in the amount of $150,000 to Massachusetts Coalition for Occupational Safety and Health (MassCOSH) to train occup
This agreement provides funding under the Inflation Reduction Act (IRA) to Community Power.  The recipient aims to address a central bottleneck in access for to the cost-savings
This agreement provides funding under the Inflation Reduction Act (IRA) to Metropolitan Tenants Organization (MTO). The recipient will train physicians, community health worker
This agreement provides funding under the Inflation Reduction Act (IRA) to Downwinders at Risk Education Fund. The recipient, along with the University Texas of Dallas (UTD), w
The Inflation Reduction Act (IRA) will allocate funding to the National Urban League (NUL), in launching a community-centered project to enhance climate resilience within Black/A
This agreement provides funding under the Inflation Reduction Act (IRA) to Center for Intercultural Organizing (CIO) doing business as (dba) Unite Oregon. The recipient will work
This action approves an award in the amount of $500,000 to provide funding to the Lowcountry Alliance for Model Communities (LAMC). The recipient will conduct robust engager
This agreement provides funding under the Inflation Reduction Act (IRA) to the Clean Water Fund. This agreement provides funding of $497,111 under the Inflation Reduction Act
This rebudget amendment revises the current budget for Shamokin Creek Restoration Alliance. The recipient is moving $145,341 from &quot;Contractual&quot; to &quot;Pe
This agreement provides funding of $150,000 under the Inflation Reduction Act (IRA) to Resilient Virginia. The project will build leadership capacity in communities disproportionat
This agreement provides funding under the Inflation Reduction Act (IRA) to Youth Ministries for Peace and Justice (YMPJ).  YMPJ will lead a formal community-driven Health Impa
This agreement provides funding under the Inflation Reduction Act (IRA) to Climate Resilient Communities. The recipient will focus on the San Francisco Bay Midpeninsula, which
This agreement provides funding under the Inflation Reduction Act (IRA) to OneOC.  The recipient will promote utilization of the existing California Department of Public Health&rs
This agreement provides funding under the Inflation Reduction Act (IRA) to Canal Alliance. The recipient's project is focused on the City of San Rafael&rsquo;s Canal District in Ma
This agreement provides funding under the Inflation Reduction Act (IRA) to the Los Angeles Neighborhood Land Trust. The LA Neighborhood Land Trust is a member of the cross
This agreement provides funding under the Inflation Reduction Act (IRA) to the non-profit organization, the Anza-Borrego Foundation. They are based in Borrego Springs, San Dieg
This assistance agreement provides Federal funding  to the Council for Watershed Health (CWH).  Specifically, the recipient will expand the capacity of ReDesign LA Community I
The purpose of this American Rescue Plan funded Environmental Justice Collaborative Problem Solving (EJCPS) cooperative agreement is to provide funding under section 103 c
The purpose of this Environmental Justice Collaborative Problem Solving (EJCPS) cooperative agreement is to provide funding under Section 8001(a) of the Solid Waste Disposal
This agreement provides funding under the Inflation Reduction Act 9 (IRA) to the Research Triangle Institute (RTI) in the amount of $7,000,000 as authorized by CAA 1300&quot;. In De
The agreement provides funding to the University of Connecticut. Specifically, the recipient will build capacity in New England (EPA Region 1) underserved and rural/remote comm
This action approves an award in the amount of $40,000 to Jackson State University (JSU). The purpose of this grant is for JSU to provide grant writing technical assistance to un
The agreement provides funding to New Mexico State University to lead an experienced team of community-based partners to create the South-Central Environmental Justice Res
The agreement provides funding to the University of Washington. Specifically, the recipient will provide technical assistance (TA) services to Region 10 program participants that w
The agreement provides funding to Willamette Partnership. The recipient will engage with underserved and rural communities across the Northwest United States to build capacity
This action provides funding in the amount of $3,000,000 for Research Triangle Institute (RTI) to provide meaningful engagement to underserved communities in the southeast reg
The agreement provides funding to Inter American University of Puerto Rico Metro Campus (IAUPR) to build the capacity of community stakeholder, local leaders, and community
The agreement provides funding to WE ACT for Environmental Justice to support Environmental Justice Programs through its Environmental Justice Thriving Communities Techni

EPA_00318276

| 66.309 | XJ | 98T65901 | 98T65901-2 | 12/19/2024 | 2025 | 03/07/2025 | $9,999,979.00 | $8,100,000.00 |
|---|---|---|---|---|---|---|---|---|
| 66.312 | 52 | 00A01505 | 00A01505-1 | 11/27/2024 | 2025 | | $1,000,000.00 | $1,000,000.00 |
| 66.312 | 52 | 02J58301 | 02J58301-0 | 10/18/2024 | 2025 | | $1,050,000.00 | $1,050,000.00 |
| 66.312 | 52 | 96267200 | 96267200-0 | 12/11/2024 | 2025 | | $1,000,000.00 | $1,000,000.00 |
| 66.312 | 52 | 96712501 | 96712501-1 | 02/05/2025 | 2025 | | $1,000,000.00 | $1,000,000.00 |
| 66.312 | 52 | 97T22501 | 97T22501-0 | 12/05/2024 | 2025 | | $1,000,000.00 | $1,000,000.00 |
| 66.312 | 52 | 98T89301 | 98T89301-0 | 11/26/2024 | 2025 | | $1,050,000.00 | $1,050,000.00 |
| 66.312 | 5C | 95337501 | 95337501-1 | 12/02/2024 | 2025 | | $980,350.00 | $980,350.00 |
| 66.312 | 5C | 96263900 | 96263900-0 | 01/08/2025 | 2025 | | $1,000,000.00 | $1,000,000.00 |
| 66.312 | 5C | 98T90501 | 98T90501-0 | 11/20/2024 | 2025 | | $1,000,000.00 | $1,000,000.00 |
| 66.312 | AJ | 00A01438 | 00A01438-1 | 12/20/2024 | 2025 | | $1,000,000.00 | $1,000,000.00 |
| 66.312 | AJ | 03D04224 | 03D04224-0 | 07/19/2024 | 2024 | 02/24/2025 | $1,000,000.00 | $1,000,000.00 |
| 66.312 | AJ | 96263800 | 96263800-0 | 10/31/2024 | 2025 | | $1,000,000.00 | $1,000,000.00 |
| 66.312 | AJ | 96711601 | 96711601-2 | 12/30/2024 | 2025 | | $1,000,000.00 | $1,000,000.00 |
| 66.312 | AK | 00E03633 | 00E03633-1 | 10/16/2024 | 2025 | | $1,000,000.00 | $1,000,000.00 |
| 66.604 | EQ | 02D22522 | 02D22522-1 | 11/07/2024 | 2025 | 08/21/2023 | $75,000.00 | $75,000.00 |
| 66.604 | EQ | 02J07001 | 02J07001-2 | 10/03/2024 | 2025 | 10/23/2024 | $75,000.00 | $75,000.00 |
| 66.614 | EL | 00A01522 | 00A01522-1 | 02/14/2025 | 2025 | | $100,000.00 | $100,000.00 |
| 66.615 | 5N | 00A01512 | 00A01512-0 | 01/03/2025 | 2025 | | $52,000,000.00 | $52,000,000.00 |
| 66.615 | 5N | 00I50002 | 00I50002-1 | 12/19/2024 | 2025 | 02/21/2025 | $52,000,000.00 | $52,000,000.00 |
| 66.615 | 5N | 01E03682 | 01E03682-1 | 12/20/2024 | 2025 | | $52,000,000.00 | $52,000,000.00 |
| 66.615 | 5N | 02F5550B | 02F5550B-0 | 12/18/2024 | 2025 | | $55,082,753.00 | $55,082,753.00 |
| 66.615 | 5N | 02J63901 | 02J63901-1 | 12/20/2024 | 2025 | 03/05/2025 | $52,000,000.00 | $52,000,000.00 |
| 66.615 | 5N | 84082901 | 84082901-0 | 12/27/2024 | 2025 | 03/06/2025 | $48,000,000.00 | $48,000,000.00 |
| 66.615 | 5N | 84084101 | 84084101-0 | 07/16/2024 | 2024 | 02/20/2025 | $25,000,000.00 | $25,000,000.00 |
| 66.615 | 5N | 84084201 | 84084201-0 | 01/08/2025 | 2025 | 02/20/2025 | $95,000,000.00 | $95,000,000.00 |
| 66.615 | 5N | 95341401 | 95341401-2 | 12/27/2024 | 2025 | 02/10/2025 | $52,000,000.00 | $52,000,000.00 |
| 66.615 | 5N | 96265602 | 96265602-0 | 01/15/2025 | 2025 | 01/23/2025 | $52,000,000.00 | $52,000,000.00 |
| 66.615 | 5N | 98T97502 | 98T97502-1 | 12/12/2024 | 2025 | | $52,000,000.00 | $52,000,000.00 |
| 66.616 | 5F | 00A01479 | 00A01479-0 | 01/17/2025 | 2025 | | $20,000,000.00 | $20,000,000.00 |
| 66.616 | 5F | 00A01540 | 00A01540-0 | 11/27/2024 | 2025 | 03/07/2025 | $19,989,241.00 | $19,989,241.00 |
| 66.616 | 5F | 00A01704 | 00A01704-0 | 01/08/2025 | 2025 | 03/05/2025 | $18,710,533.00 | $18,710,533.00 |
| 66.616 | 5F | 00A01863 | 00A01863-0 | 01/16/2025 | 2025 | | $3,000,000.00 | $3,000,000.00 |
| 66.616 | 5F | 00E04015 | 00E04015-0 | 11/26/2024 | 2025 | 03/06/2025 | $17,810,277.00 | $17,810,277.00 |
| 66.616 | 5F | 00E04016 | 00E04016-0 | 12/05/2024 | 2025 | 03/07/2025 | $20,000,000.00 | $20,000,000.00 |
| 66.616 | 5F | 00E04017 | 00E04017-0 | 12/04/2024 | 2025 | 03/07/2025 | $3,000,000.00 | $3,000,000.00 |
| 66.616 | 5F | 00E04043 | 00E04043-0 | 12/04/2024 | 2025 | 02/20/2025 | $18,898,518.00 | $18,898,518.00 |
| 66.616 | 5F | 00E04044 | 00E04044-0 | 12/04/2024 | 2025 | 02/21/2025 | $20,358,302.00 | $20,358,302.00 |
| 66.616 | 5F | 00E04045 | 00E04045-0 | 12/04/2024 | 2025 | | $20,000,000.00 | $20,000,000.00 |
| 66.616 | 5F | 00E04046 | 00E04046-0 | 12/05/2024 | 2025 | 03/05/2025 | $2,754,952.00 | $2,754,952.00 |
| 66.616 | 5F | 00E04057 | 00E04057-0 | 01/07/2025 | 2025 | 03/05/2025 | $2,166,564.00 | $2,166,564.00 |
| 66.616 | 5F | 00E04058 | 00E04058-0 | 01/07/2025 | 2025 | | $20,000,000.00 | $20,000,000.00 |

EPA_00318277

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| $8,100,000.00 | $2,299,263.43 | $5,800,736.57 | EPA R9 | R09 | 06/01/2023 | 05/30/2028 |
| $1,000,000.00 | $0.00 | $1,000,000.00 | EPA R1 | R01 | 10/01/2024 | 09/30/2027 |
| $1,050,000.00 | $0.00 | $1,050,000.00 | EPA R10 | R10 | 10/01/2024 | 09/30/2026 |
| $1,000,000.00 | $0.00 | $1,000,000.00 | EPA R2 | R02 | 12/15/2024 | 12/14/2027 |
| $1,000,000.00 | $0.00 | $1,000,000.00 | EPA R7 | R07 | 08/01/2024 | 07/31/2027 |
| $1,000,000.00 | $0.00 | $1,000,000.00 | EPA R9 | R09 | 01/01/2025 | 12/31/2026 |
| $1,050,000.00 | $0.00 | $1,050,000.00 | EPA R9 | R09 | 01/02/2025 | 01/01/2028 |
| $980,350.00 | $0.00 | $980,350.00 | EPA R3 | R03 | 06/01/2024 | 05/31/2027 |
| $1,000,000.00 | $0.00 | $1,000,000.00 | EPA R2 | R02 | 02/01/2025 | 01/31/2028 |
| $1,000,000.00 | $0.00 | $1,000,000.00 | EPA R9 | R09 | 12/01/2024 | 11/30/2027 |
| $1,000,000.00 | $0.00 | $1,000,000.00 | EPA R1 | R01 | 12/16/2024 | 12/15/2027 |
| $1,000,000.00 | $28,967.15 | $971,032.85 | EPA R4 | R04 | 04/01/2024 | 03/31/2027 |
| $1,000,000.00 | $0.00 | $1,000,000.00 | EPA R2 | R02 | 10/01/2024 | 09/30/2027 |
| $1,000,000.00 | $0.00 | $1,000,000.00 | EPA R7 | R07 | 06/01/2024 | 05/31/2027 |
| $1,000,000.00 | $0.00 | $1,000,000.00 | EPA R5 | R05 | 04/01/2024 | 03/31/2027 |
| $75,000.00 | $2,500.00 | $72,500.00 | EPA R4 | R04 | 04/01/2023 | 12/31/2025 |
| $75,000.00 | $44,804.20 | $30,195.80 | EPA R10 | R10 | 10/01/2022 | 09/23/2025 |
| $100,000.00 | $0.00 | $100,000.00 | EPA R1 | R01 | 09/01/2024 | 12/31/2025 |
| $52,000,000.00 | $0.00 | $52,000,000.00 | EPA R1 | R01 | 01/01/2025 | 12/31/2027 |
| $52,000,000.00 | $795.15 | $51,999,204.85 | EPA R8 | OEJECR | 01/01/2025 | 12/31/2027 |
| $52,000,000.00 | $0.00 | $52,000,000.00 | EPA R5 | OEJECR | 10/01/2024 | 09/30/2027 |
| $55,082,753.00 | $0.00 | $55,082,753.00 | EPA R6 | R06 | 01/01/2025 | 12/31/2027 |
| $52,000,000.00 | $27,133.89 | $51,972,866.11 | EPA R10 | OEJECR | 11/01/2024 | 10/31/2027 |
| $48,000,000.00 | $168,425.63 | $47,831,574.37 | EPA HQ | OEJECR | 01/01/2025 | 12/31/2027 |
| $25,000,000.00 | $2,766,147.79 | $22,233,852.21 | EPA HQ | OEJECR | 02/01/2024 | 01/31/2027 |
| $95,000,000.00 | $230,643.29 | $94,769,356.71 | EPA HQ | OEJECR | 01/01/2025 | 12/31/2027 |
| $52,000,000.00 | $36,762.52 | $51,963,237.48 | EPA R3 | R03 | 08/01/2024 | 07/31/2027 |
| $52,000,000.00 | $1.00 | $51,999,999.00 | EPA R2 | R02 | 01/02/2025 | 01/01/2028 |
| $52,000,000.00 | $0.00 | $52,000,000.00 | EPA R9 | R09 | 01/06/2025 | 01/05/2028 |
| $20,000,000.00 | $0.00 | $20,000,000.00 | EPA R1 | R01 | 04/01/2025 | 03/31/2028 |
| $19,989,241.00 | $7,022.72 | $19,982,218.28 | EPA R1 | R01 | 01/01/2025 | 12/31/2027 |
| $18,710,533.00 | $32,612.00 | $18,677,921.00 | EPA R1 | R01 | 01/01/2025 | 12/31/2027 |
| $3,000,000.00 | $0.00 | $3,000,000.00 | EPA R1 | R01 | 01/01/2025 | 12/31/2027 |
| $17,810,277.00 | $470,393.33 | $17,339,883.67 | EPA R5 | R05 | 10/01/2024 | 09/30/2027 |
| $20,000,000.00 | $10,200.00 | $19,989,800.00 | EPA R5 | R05 | 01/01/2025 | 12/30/2027 |
| $3,000,000.00 | $1,510.00 | $2,998,490.00 | EPA R5 | R05 | 01/01/2025 | 12/31/2027 |
| $18,898,518.00 | $40,103.00 | $18,858,415.00 | EPA R5 | R05 | 01/01/2025 | 12/31/2027 |
| $20,358,302.00 | $4,884,632.62 | $15,473,669.38 | EPA R5 | R05 | 12/01/2024 | 11/30/2027 |
| $20,000,000.00 | $0.00 | $20,000,000.00 | EPA R5 | R05 | 03/17/2025 | 03/16/2028 |
| $2,754,952.00 | $8,548.65 | $2,746,403.35 | EPA R5 | R05 | 02/01/2025 | 01/31/2028 |
| $2,166,564.00 | $339.79 | $2,166,224.21 | EPA R5 | R05 | 02/01/2025 | 01/31/2028 |
| $20,000,000.00 | $0.00 | $20,000,000.00 | EPA R5 | R05 | 02/01/2025 | 01/31/2028 |

EPA_00318278

**J.A. 2491**

| UNIVERSITY OF ARIZONA | AZ | ED44Y3W6P7B9 | State Institution of Higher Learning |
|---|---|---|---|
| BOSTON, CITY OF | MA | LJDLU7EA4SK1 | Municipal |
| TACOMA PUBLIC SCHOOLS | WA | KTERSDJ44S58 | Independent School District |
| CITY OF ROCHESTER CITY HALL | NY | CU87RABY53C9 | Municipal |
| CITY OF KANSAS CITY | MO | JY2DYJXPQW56 | Municipal |
| SAN JOSE, CITY OF | CA | QUA4AULJ8FM3 | Municipal |
| GILA COUNTY, AZ | AZ | C8EKKJK67XB1 | County |
| COUNTY OF ARLINGTON | VA | V9LLM9AGRPB7 | County |
| CITY OF NEWARK CITY HALL | NJ | JGDDJDL5BM13 | Municipal |
| COUNTY OF LOS ANGELES | CA | ZLJUW5L9K685 | County |
| DEPT OF ENERGY & ENVIRONMENTAL PROTECTION | CT | VZA5GCYZBJA7 | State |
| STATE OF NORTH CAROLINA DEPARTMENT OF HEALTH & HUMAN SERVICES | NC | DKT3LLBWFVL3 | State |
| HOUSING TRUST FUND CORP | NY | WLNYVLMWZ9V6 | State |
| KANSAS DEPARTMENT OF HEALTH & ENVIRONMENT | KS | CGSTLVM57LM5 | State |
| PRAIRIE ISLAND INDIAN COMMUNITY | MN | ZXWAV8U3K5E4 | Indian Tribe |
| GASP | AL | HZMJEKASHBQ7 | Not for Profit |
| YAKUTAT TLINGIT TRIBE | AK | UDYDUTE6LU94 | Indian Tribe |
| SOUTHCOAST COMMUNITY FOUNDATION INC | MA | J5A9WPZLESL1 | Not for Profit |
| HEALTH RESOURCES IN ACTION, INC. | MA | FPD3JRJ61WJ2 | Not for Profit |
| JSI RESEARCH & TRAINING INSTITUTE INC | MA | LKTNULLR6FL6 | Not for Profit |
| MINNEAPOLIS FOUNDATION | MN | FVP7MYH59L76 | Not for Profit |
| TEXAS SOUTHERN UNIVERSITY | TX | HYYJJ5ZP7CR9 | State Institution of Higher Learning |
| PHILANTHROPY NORTHWEST | WA | CFDJSA2KV151 | Not for Profit |
| INSTITUTE FOR SUSTAINABLE COMMUNITIES | VT | J1DEYVM9BXE8 | Not for Profit |
| RESEARCH TRIANGLE INSTITUTE | NC | JJHCMK4NT5N3 | Not for Profit |
| RESEARCH TRIANGLE INSTITUTE | NC | JJHCMK4NT5N3 | Not for Profit |
| GREEN & HEALTHY HOMES INITIATIVE INC | MD | HYQKKGCH7XZ5 | Not for Profit |
| FORDHAM UNIVERSITY | NY | ECESTN2SSVH1 | Private University |
| SOCIAL AND ENVIRONMENTAL ENTREPRENEURS (SEE), INC. | CA | VCAASEEZRM59 | Not for Profit |
| City of New Haven | CT | K8WBCLJ9DVD8 | Municipal |
| SPRINGFIELD, CITY OF | MA | CKWEXLA12KD3 | Municipal |
| rifpc8297 - Rhode Island Food Policy Council | RI | CUHNPN791947 | Not for Profit |
| JSI RESEARCH & TRAINING INSTITUTE INC | MA | LKTNULLR6FL6 | Not for Profit |
| tmhs8458 - METROHEALTH SYSTEM, THE | OH | FM8VV9SAL6M3 | County |
| INTER-TRIBAL COUNCIL OF MICHIGAN INC | MI | YJ5ELTTDBKM7 | Indian Tribe |
| INTER-TRIBAL COUNCIL OF MICHIGAN INC | MI | YJ5ELTTDBKM7 | Indian Tribe |
| KALAMAZOO COUNTY BOARD-COMMS | MI | FGGYA2KMEK67 | County |
| e8241 - ECOWORKS | MI | ZU2FS7ZL6DQ2 | Not for Profit |
| CITY OF EVANSVILLE | IN | JJE9WRMGGUN5 | Municipal |
| FRIENDS OF THE CHICAGO RIVER | IL | GMFBUKBE1XM4 | Not for Profit |
| GROUNDWORK USA INC | MA | KCGWHRHKLLB5 | Not for Profit |
| smc6045 - SOUTHWESTERN MICHIGAN COMMISSION | MI | EGNZBHC8Z1F3 | Not for Profit |

EPA_00318279

| | |
|---|---|
| 66.309 | Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice |
| 66.312 | State Environmental Justice Cooperative Agreement Program |
| 66.312 | State Environmental Justice Cooperative Agreement Program |
| 66.312 | State Environmental Justice Cooperative Agreement Program |
| 66.312 | State Environmental Justice Cooperative Agreement Program |
| 66.312 | State Environmental Justice Cooperative Agreement Program |
| 66.312 | State Environmental Justice Cooperative Agreement Program |
| 66.312 | State Environmental Justice Cooperative Agreement Program |
| 66.312 | State Environmental Justice Cooperative Agreement Program |
| 66.312 | State Environmental Justice Cooperative Agreement Program |
| 66.312 | State Environmental Justice Cooperative Agreement Program |
| 66.312 | State Environmental Justice Cooperative Agreement Program |
| 66.312 | State Environmental Justice Cooperative Agreement Program |
| 66.312 | State Environmental Justice Cooperative Agreement Program |
| 66.312 | State Environmental Justice Cooperative Agreement Program |
| 66.604 | Environmental Justice Small Grant Program |
| 66.604 | Environmental Justice Small Grant Program |
| 66.614 | Direct Financial Assistance to Community Service Providers to support Environmental Justice Activities |
| 66.615 | Environmental Justice Communities Pass-through Funder Program (EJCPF) |
| 66.615 | Environmental Justice Communities Pass-through Funder Program (EJCPF) |
| 66.615 | Environmental Justice Communities Pass-through Funder Program (EJCPF) |
| 66.615 | Environmental Justice Communities Pass-through Funder Program (EJCPF) |
| 66.615 | Environmental Justice Communities Pass-through Funder Program (EJCPF) |
| 66.615 | Environmental Justice Communities Pass-through Funder Program (EJCPF) |
| 66.615 | Environmental Justice Communities Pass-through Funder Program (EJCPF) |
| 66.615 | Environmental Justice Communities Pass-through Funder Program (EJCPF) |
| 66.615 | Environmental Justice Communities Pass-through Funder Program (EJCPF) |
| 66.615 | Environmental Justice Communities Pass-through Funder Program (EJCPF) |
| 66.615 | Environmental Justice Communities Pass-through Funder Program (EJCPF) |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |

EPA_00318280

| |
|---|
| Special Purpose Activities Related To Environmental Justice |
| Electric Stove Replacement Program |
| Environmental Justice at Larchmont Elementary |
| Home Electrification and Revitalization Opportunity (HERO) Program |
| Lead in Soils Mitigation Project |
| Inflation Reduction Act - Environmental Justice Government-to-Government |
| Inflation Reduction Act - Environmental Justice Government-to-Government |
| Energy-Health-Equity Project |
| Workforce Development for mitigating air quality, urban heat island, and stormwater issues in Newark |
| Inflation Reduction Act - Environmental Justice Government to Government |
| Connecticut Environmental Justice Government To Government (EJG2G) Grant Application |
| Environmental Justice Government-to-Government (EJG2G) Program |
| Ensuring a Just Transition in Southwest Brooklyn, NY: Planning, Engagement, Design in Sunset Park and Red Hook |
| Placemaking to address food equity and environmental sustainability in Southeast Kansas |
| Prairie Island G2G Tribal Home Energy Project |
| Environmental Justice Small Grant Program |
| Yakutat Subsistence Consumption Assessment |
| Access2Opportunity Forum Initiative 2024-2025 |
| Grantmaker - Subsequent Award |
| EJ-TCGM Subsequent Award - Mountains and Plains Environmental Justice Grants Hub |
| Environmental Justice Thriving Communities Grantmaker Program (EJ TCGM) |
| EJ-TCGM Subsequent Award - Region 6 The Bullard Center for Environmental and Climate Justice at Texas Southern University |
| Northwest Network for Environmental Justice-Subsequent Award |
| Institute for Sustainable Communities Nat'l GM - Subsequent Award |
| Research Triangle Institute (RTI) - Grantmaker - Initial Award |
| RTI Thriving Communities Grantmaker: Subsequent Award |
| TCGM Subsequent Award - Green &amp; Healthy Homes Initiative will act as pass-through entity for EPA's EJ Thriving Communities Grantmaking Program, R3 GM |
| Grantmaker - Subsequent Award |
| Inflation Reduction Act - Environmental Justice Thriving Communities |
| Elm City Climate Collaborative |
| Green and Resilient Springfield |
| From Food Waste to Opportunity: A Path toward Climate, Environmental, &amp; Economic Justice in Rhode Island |
| Enhancing Equitable Community Engagement in Governance for Environmental and Climate Justice in East Boston (EJ Engaged East Boston) |
| Asthma, Indoor Air Pollution and Greenhouse Gas Emissions |
| Making Michigan Tribal Homes &amp; Buildings Efficient, Healthy, and Resilient |
| Michigan Tribal and State Wild Rice Stewardship |
| Holistic Healthy Homes in Kalamazoo County: Delivering Energy Efficiency Measures, Increasing Resiliency, and Improving Air Quality in Existing Housing Stock |
| Detroit Community Resilience Hub Initiative |
| Moving Evansville Toward A Healthier Future |
| Establishing a Climate Just Future in Chicago by Collaborating through the River Ecology and Governance Task Force |
| Climate Safe Great Lakes | Building Resident Capacity To Collaboratively Advance Community Climate Adaptation Priorities |
| CCG 2024 Benton Harbor Neighborhood Resilience Hubs |

EPA_00318281

The Western Environmental Science Technical Assistance Center for Environmental Justice (WEST EJ Center) or Environmental Justice Thriving Communities Technical Assistar

The agreement provides funding to the City of Boston. Specifically, the recipient will partner with Codman Square Neighborhood Development Corporation and the Boston Housing

The Larchmont Community Schoolyard is a joint e&#64256;ort between Tacoma Public Schools, Trust for Public Land, and the community to transform the schoolyard from asph;

The agreement under the Inflation Reduction Act provides funding to City of Rochester New York. Specifically, the recipient will fund energy audits and the installation of electric a

This agreement provides funding under the Inflation Reduction Act (IRA). The agreement provides funding to Kansas City Missouri (KCMO) and their partner Community Based O

This agreement provides funding under the Inflation Reduction Act (IRA). The agreement provides funding to the City of San Jose. The City of San Jos&eacute; is one of five cities

The Copper Corridor&rsquo;s environmental injustices stem from historic mining activities and an archaic mining tax structure that benefits more populated communities in Arizon

The County proposes the Energy-Health-Equity Project (EHE Project, or Project), which will create two technical resources: a decision-support tool and a comprehensive financing

This agreement provides funding under the Inflation Reduction Act (IRA). This agreement provides funding to City of Newark in New Jersey and comprises a training, monitoring a

This agreement provides funding under the Inflation Reduction Act (IRA). The agreement provides funding to the County of Los Angeles. Specifically, the Los Angeles County Publi

The agreement provides funding to The Connecticut Department of Energy and Environmental Protection (CT DEEP). The recipient will initiate a new program to work with disadva

This action approves an award in the amount of $1,000,000 to the North Carolina Department of Health and Human Services to implement its own project to Address Private Well

The agreement provides funding to Resilient Homes and Communities. Specifically, the recipient will use the finding for Climate resiliency and adaptation planning, community eng

The agreement provides funding to Kansas Department of Health and Environment. Specifically, the recipient will implement meaningful environmental and public health strategies

This agreement provides funding under Consolidated Appropriations. The agreement provides funding to Prairie Island Indian Community. Specifically, the recipient will utilize con

This action approves an award in the amount of $75,000 to support GASP to launch a community needs assessment survey to gauge residents health concerns and deploy at lea:

The purpose of the Yakutat Subsistence Consumption Assessment project is to strengthen the Yakutat Tlingit Tribes&rsquo;ability to participate in developing water quality standar

This cooperative agreement provides funding to the Community Foundation of Southeastern Massachusetts and the Old Bedford Village Development, a community-based nonprc

This agreement provides funding under the Inflation Reduction Act (IRA) to Health Resources in Action (HRA). The recipient is a Regional Grantmaker and the purpose of this awa

This agreement provides funding under the Inflation Reduction Act (IRA) to JSI Research &amp; Training Institute. The recipient is the Regional Grantmaker for Region 8 JSI, toge

This agreement provides funding under the Inflation Reduction Act (IRA) to The Minneapolis Foundation.  The recipient is a Regional Grantmaker. This proposed funding request i

This agreement provides funding under the Inflation Reduction Act (IRA) to Texas Southern University. The recipient is a Regional Grantmaker (RGM), in collaboration with Achiev

OEJECR is providing within-scope supplemental funding to address additional Quality Assurance (QA) costs as well as provide funding for additional meaningful outreach and ga;

This agreement provides funding under the Inflation Reduction Act (IRA) to the Institute for Sustainable Communities (ISC) in the amount of $48,000,000, as part of a bifurcated a

The purpose of the Environmental Protection Agency's (EPA) Thriving Communities Grantmaking Program ( EJ TCGM ) is to transform disadvantaged and underserved communi

Research Triangle institute (RTI) will utilize the Subsequent Award totaling $95,000,000 in EJ TCGM funding to serve as one of eleven Grantmaker organizations that are charged

This assistance agreement provides funding under the Inflation Reduction Act (IRA) to Green and Healthy Homes Initiative, a Regional Grantmaker. This program funds communi

This agreement provides funding under the Inflation Reduction Act to Fordham University to support nonprofit organizations and organizations representing disadvantaged commu

This agreement provides funding to Social and Environmental Entrepreneurs (S.E.E.). The recipient is a Regional Grantmaker that will receive $10 million in supplemental funds to

This agreement provides funding under the Inflation Reduction Act (IRA), to the City of New Haven Office of Climate and Sustainability and their Statutory Partner, the Greater Dw

This agreement provides funding under the Inflation Reduction Act (IRA) to the City of Springfield, Massachusetts. Specifically, the recipient will collaborate with various nonprofit

This agreement provides funding under the Inflation Reduction Act (IRA) to the Rhode Island Food Policy Council (RIFPC). Specifically the project will reduce food waste, increase

This agreement provides funding under the Inflation Reduction Act (IRA) to John Snow Institute (JSI) Research &amp; Training Institute, Inc. to enhance community input into loca

This agreement provides funding under the Inflation Reduction Act (IRA) to the MetroHealth System. Specifically, the project will identify 1,200 greater Cleveland-area househo

This agreement provides funding under the Inflation Reduction Act (IRA) to The Inter-Tribal Council of Michigan, Inc. (ITCMI) to conduct Community Change Grant (CCG) Track I:

This agreement provides funding under the Inflation Reduction Act (IRA) to the Inter-Tribal Council of Michigan, Inc.  Specifically, the project will enable the meaningful engagemer

This agreement provides funding under the Inflation Reduction Act (IRA) to Kalamazoo County Government. Specifically, the project will focus on reducing greenhouse gas emissi

This agreement provides funding under the Inflation Reduction Act (IRA) to EcoWorks. Specifically, the project will transform 20 houses of worship and food assistance programs

This agreement provides funding under the Inflation Reduction Act (IRA) to the City of Evansville to implement the Moving Evansville Towards a Healthier Future Project.  Specific

This agreement provides funding under the Inflation Reduction Act (IRA) to Friends of the Chicago River. Specifically, the project will ensure community organizations are working

This agreement provides funding under the Inflation Reduction Act (IRA) to Groundwork USA, INC.. Specifically, the project will; utilize their developed community-centered, data in

This agreement provides funding under the Inflation Reduction Act (IRA) to Southwestern Michigan Commission. Specifically, the project will: Transform the Bobo Brazil Communi

EPA_00318282

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 66.616 | 5F | 00E05002 | 00E05002-0 | 12/06/2024 | | 2025 03/10/2025 | $3,000,000.00 | $3,000,000.00 |
| 66.616 | 5F | 00E05003 | 00E05003-0 | 12/04/2024 | | 2025 03/06/2025 | $21,994,500.00 | $10,000,000.00 |
| 66.616 | 5F | 00E05004 | 00E05004-0 | 12/11/2024 | | 2025 03/06/2025 | $3,286,442.00 | $3,286,422.00 |
| 66.616 | 5F | 00E05005 | 00E05005-0 | 12/05/2024 | | 2025 02/21/2025 | $20,232,335.00 | $20,232,335.00 |
| 66.616 | 5F | 00E05006 | 00E05006-0 | 11/26/2024 | | 2025 02/20/2025 | $21,652,072.00 | $21,652,072.00 |
| 66.616 | 5F | 00E05007 | 00E05007-0 | 12/20/2024 | | 2025 | $19,999,268.00 | $19,999,268.00 |
| 66.616 | 5F | 00I34500 | 00I34500-0 | 01/07/2025 | | 2025 | $20,000,000.00 | $20,000,000.00 |
| 66.616 | 5F | 00I34600 | 00I34600-0 | 01/10/2025 | | 2025 01/29/2025 | $19,949,725.00 | $19,949,725.00 |
| 66.616 | 5F | 00I40400 | 00I40400-0 | 12/19/2024 | | 2025 02/21/2025 | $20,058,601.00 | $20,058,601.00 |
| 66.616 | 5F | 02F65701 | 02F65701-0 | 11/26/2024 | | 2025 | $19,999,998.00 | $19,999,998.00 |
| 66.616 | 5F | 02F74301 | 02F74301-0 | 11/25/2024 | | 2025 01/30/2025 | $19,944,575.00 | $19,944,575.00 |
| 66.616 | 5F | 02F76501 | 02F76501-1 | 02/06/2024 | | 2025 02/26/2025 | $18,780,805.00 | $18,780,805.00 |
| 66.616 | 5F | 02F76601 | 02F76601-0 | 11/22/2024 | | 2025 | $19,994,586.00 | $19,994,586.00 |
| 66.616 | 5F | 02F76901 | 02F76901-1 | 12/17/2024 | | 2025 03/04/2025 | $20,000,000.00 | $20,000,000.00 |
| 66.616 | 5F | 02F78401 | 02F78401-0 | 12/20/2024 | | 2025 02/20/2025 | $12,704,048.00 | $12,704,048.00 |
| 66.616 | 5F | 02F78701 | 02F78701-0 | 12/21/2024 | | 2025 02/28/2025 | $3,015,485.00 | $3,015,485.00 |
| 66.616 | 5F | 02F80001 | 02F80001-0 | 01/13/2025 | | 2025 03/03/2025 | $2,987,385.00 | $2,987,385.00 |
| 66.616 | 5F | 02F80101 | 02F80101-0 | 01/17/2025 | | 2025 02/26/2025 | $19,999,999.00 | $19,999,999.00 |
| 66.616 | 5F | 02J85001 | 02J85001-0 | 12/20/2024 | | 2025 | $19,555,386.00 | $19,555,386.00 |
| 66.616 | 5F | 02J85101 | 02J85101-0 | 12/04/2024 | | 2025 01/27/2025 | $16,465,618.00 | $16,465,618.00 |
| 66.616 | 5F | 02J85301 | 02J85301-0 | 12/04/2024 | | 2025 01/31/2025 | $19,921,731.00 | $19,921,731.00 |
| 66.616 | 5F | 02J88401 | 02J88401-0 | 12/05/2024 | | 2025 | $20,000,000.00 | $20,000,000.00 |
| 66.616 | 5F | 02J88501 | 02J88501-0 | 12/05/2024 | | 2025 02/19/2025 | $20,030,841.00 | $20,030,841.00 |
| 66.616 | 5F | 02J88601 | 02J88601-0 | 12/02/2024 | | 2025 | $3,137,855.00 | $3,137,855.00 |
| 66.616 | 5F | 02J91701 | 02J91701-0 | 12/23/2024 | | 2025 | $8,932,979.00 | $8,932,979.00 |
| 66.616 | 5F | 02J91801 | 02J91801-0 | 12/10/2024 | | 2025 03/04/2025 | $19,989,160.00 | $19,989,160.00 |
| 66.616 | 5F | 02J91901 | 02J91901-0 | 12/17/2024 | | 2025 | $20,000,000.00 | $20,000,000.00 |
| 66.616 | 5F | 02J92801 | 02J92801-0 | 12/05/2024 | | 2025 | $19,455,772.00 | $19,455,772.00 |
| 66.616 | 5F | 02J95201 | 02J95201-0 | 12/26/2024 | | 2025 | $19,826,233.00 | $19,826,233.00 |
| 66.616 | 5F | 02J95301 | 02J95301-0 | 12/23/2024 | | 2025 03/07/2025 | $16,340,887.00 | $16,340,887.00 |
| 66.616 | 5F | 02J95401 | 02J95401-0 | 01/10/2025 | | 2025 | $19,990,020.00 | $19,990,020.00 |
| 66.616 | 5F | 02J95501 | 02J95501-0 | 12/26/2024 | | 2025 | $2,904,935.00 | $2,904,935.00 |
| 66.616 | 5F | 02J95601 | 02J95601-0 | 01/13/2025 | | 2025 | $19,998,693.00 | $19,998,693.00 |
| 66.616 | 5F | 02J95701 | 02J95701-0 | 12/27/2024 | | 2025 02/21/2025 | $19,983,378.00 | $19,983,378.00 |
| 66.616 | 5F | 02J95801 | 02J95801-0 | 01/10/2025 | | 2025 | $20,000,000.00 | $20,000,000.00 |
| 66.616 | 5F | 03D25324 | 03D25324-0 | 12/02/2024 | | 2025 03/10/2025 | $19,960,040.00 | $19,960,040.00 |
| 66.616 | 5F | 03D25424 | 03D25424-0 | 12/05/2024 | | 2025 02/24/2025 | $14,443,306.00 | $14,443,306.00 |

EPA_00318283

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| $3,000,000.00 | $134,462.74 | $2,865,537.26 | EPA R5 | R05 | 10/01/2024 | 09/30/2027 | |
| $10,000,000.00 | $7,746,104.00 | $2,253,896.00 | EPA R5 | R05 | 04/01/2024 | 03/31/2027 | |
| $3,286,422.00 | $1,578.98 | $3,284,843.02 | EPA R5 | R05 | 12/01/2024 | 11/30/2027 | |
| $20,232,335.00 | $1,210,706.01 | $19,021,628.99 | EPA R5 | R05 | 12/01/2024 | 11/30/2027 | |
| $21,652,072.00 | $35,841.99 | $21,616,230.01 | EPA R5 | R05 | 12/01/2024 | 11/30/2027 | |
| $19,999,268.00 | $0.00 | $19,999,268.00 | EPA R5 | R05 | 03/01/2025 | 02/29/2028 | |
| $20,000,000.00 | $0.00 | $20,000,000.00 | EPA R8 | R08 | 01/13/2025 | 01/12/2028 | |
| $19,949,725.00 | $470,023.00 | $19,479,702.00 | EPA R8 | R08 | 01/15/2025 | 01/14/2028 | |
| $20,058,601.00 | $7,525.67 | $20,051,075.33 | EPA R8 | R08 | 01/10/2025 | 12/31/2027 | |
| $19,999,998.00 | $0.00 | $19,999,998.00 | EPA R6 | R06 | 03/01/2025 | 02/29/2028 | |
| $19,944,575.00 | $230,965.00 | $19,713,610.00 | EPA R6 | R06 | 12/01/2024 | 11/30/2027 | |
| $18,780,805.00 | $25,845.88 | $18,754,959.12 | EPA R6 | OEJECR | 01/01/2025 | 12/31/2027 | |
| $19,994,586.00 | $0.00 | $19,994,586.00 | EPA R6 | R06 | 01/01/2025 | 12/31/2027 | |
| $20,000,000.00 | $201,055.63 | $19,798,944.37 | EPA R6 | OEJECR | 01/01/2025 | 12/31/2027 | |
| $12,704,048.00 | $1,608,223.66 | $11,095,824.34 | EPA R6 | R06 | 01/01/2025 | 12/31/2027 | |
| $3,015,485.00 | $40,372.32 | $2,975,112.68 | EPA R6 | R06 | 01/01/2025 | 12/31/2027 | |
| $2,987,385.00 | $28,515.00 | $2,958,870.00 | EPA R6 | R06 | 02/01/2025 | 01/31/2028 | |
| $19,999,999.00 | $3,544,191.16 | $16,455,807.84 | EPA R6 | R06 | 01/17/2025 | 01/31/2028 | |
| $19,555,386.00 | $0.00 | $19,555,386.00 | EPA R10 | R10 | 03/01/2025 | 02/29/2028 | |
| $16,465,618.00 | $198.80 | $16,465,419.20 | EPA R10 | R10 | 01/01/2025 | 12/31/2027 | |
| $19,921,731.00 | $6,597.15 | $19,915,133.85 | EPA R10 | R10 | 01/01/2025 | 12/31/2027 | |
| $20,000,000.00 | $0.00 | $20,000,000.00 | EPA R10 | R10 | 01/01/2025 | 12/31/2027 | |
| $20,030,841.00 | $37,871.32 | $19,992,969.68 | EPA R10 | R10 | 01/01/2025 | 12/31/2027 | |
| $3,137,855.00 | $0.00 | $3,137,855.00 | EPA R10 | R10 | 01/01/2025 | 12/31/2027 | |
| $8,932,979.00 | $0.00 | $8,932,979.00 | EPA R10 | R10 | 04/01/2025 | 03/31/2028 | |
| $19,989,160.00 | $5,076.93 | $19,984,083.07 | EPA R10 | R10 | 02/10/2025 | 02/09/2028 | |
| $20,000,000.00 | $0.00 | $20,000,000.00 | EPA R10 | R10 | 02/10/2025 | 02/09/2028 | |
| $19,455,772.00 | $0.00 | $19,455,772.00 | EPA R10 | R10 | 02/01/2025 | 01/31/2028 | |
| $19,826,233.00 | $0.00 | $19,826,233.00 | EPA R10 | R10 | 04/21/2025 | 04/20/2028 | |
| $16,340,887.00 | $4,836.00 | $16,336,051.00 | EPA R10 | R10 | 02/01/2025 | 01/31/2028 | |
| $19,990,020.00 | $0.00 | $19,990,020.00 | EPA R10 | R10 | 02/01/2025 | 01/31/2028 | |
| $2,904,935.00 | $0.00 | $2,904,935.00 | EPA R10 | R10 | 02/01/2025 | 01/31/2028 | |
| $19,998,693.00 | $0.00 | $19,998,693.00 | EPA R10 | R10 | 03/01/2025 | 02/29/2028 | |
| $19,983,378.00 | $3,375.77 | $19,980,002.23 | EPA R10 | R10 | 01/01/2025 | 12/31/2027 | |
| $20,000,000.00 | $0.00 | $20,000,000.00 | EPA R10 | R10 | 05/01/2025 | 04/30/2028 | |
| $19,960,040.00 | $52,864.96 | $19,907,175.04 | EPA R4 | R04 | 01/01/2025 | 12/31/2027 | |
| $14,443,306.00 | $6,177.29 | $14,437,128.71 | EPA R4 | R04 | 01/01/2025 | 12/31/2027 | |

**J.A. 2497**

EPA_00318284

| THE TRUST FOR PUBLIC LAND | CA | HN7CS4YNMBC4 | Not for Profit |
| maic9383 - Minneapolis American Indian Center | MN | JLNTCKHMMP23 | Not for Profit |
| UNIVERSITY OF WISCONSIN SYSTEM | WI | LCLSJAGTNZQ7 | State Institution of Higher Learning |
| CITY OF MADISON | WI | FS3AZ3FV8JG8 | Municipal |
| MIDWEST TRIBAL ENERGY RESOURCES ASSOCIATION INC | WI | CBSZX57DLCY1 | Indian Tribe |
| LEECH LAKE BAND OF OJIBWE | MN | EBFFR37CPL55 | Indian Tribe |
| THE CITY-COUNTY OF BUTTE SILVER BOW | MT | KU4FFEFBNJD9 | County |
| Flandreau Santee Sioux Tribe | SD | HH4QS2XSBBK4 | Indian Tribe |
| cdi3831 - COMMUN DENVER INC. | CO | F7P7YN1KERT4 | Not for Profit |
| CITY OF HOUSTON | TX | GULQZBMP2SR3 | Municipal |
| DILLARD UNIVERSITY | LA | FR9LM1J86MJ5 | Private University |
| mwmw8466 - MISSION WACO MISSION WORLD | TX | NN73AH7NJQ24 | Not for Profit |
| sfisi5705 - SANTA FE INDIAN SCHOOL, INC. | NM | Z8S4SGTN7TB3 | Not for Profit |
| urec6143 - URBAN RESTORATION ENHANCEMENT CORPORATION | LA | JMU7U1STL1E9 | Not for Profit |
| bbca2029 - BIG BEND CONSERVATION ALLIANCE | TX | S8ZQQCC5VY43 | Not for Profit |
| aah0289 - AIR ALLIANCE HOUSTON | TX | SL44BVTJBFK5 | Not for Profit |
| tgcfce0255 - THE GLOBAL CENTER FOR CULTURAL ENTREPRENEURSHIP | NM | WQRNGQRGEWF6 | Not for Profit |
| srnl3940 - Stay Ready NOLA, Inc. | LA | TZRGSNCAVLF4 | Not for Profit |
| LANE COUNTY OREGON | OR | XCLAXTCSJF71 | County |
| CITY OF POCATELLO | ID | C1H5KKGYA7F8 | Municipal |
| THE CORPORATION OF GONZAGA UNIVERSITY | WA | Y14CPR31B6C3 | Private University |
| DENA NENA HENASH | AK | D37SXRJ5HMJ1 | Indian Tribe |
| CONFEDERATED TRIBES OF GRAND RONDE | OR | K4ZDA84UXNN5 | Indian Tribe |
| FRONT AND CENTERED | WA | XAWGFDYVLB88 | Not for Profit |
| NATIVE VILLAGE OF CHENEGA | AK | G6CZKLD8N8E6 | Indian Tribe |
| ALASKA NATIVE TRIBAL HEALTH CONSORTIUM | AK | M272P7XFJNN7 | Indian Tribe |
| tf3690 - TEBUGHNA FOUNDATION | AK | X3CBRNE3CN78 | Not for Profit |
| METLAKATLA INDIAN COMMUNITY | AK | MYPCUEP3PY65 | Indian Tribe |
| ALASKA NATIVE TRIBAL HEALTH CONSORTIUM | AK | M272P7XFJNN7 | Indian Tribe |
| Chiloquin - CITY OF CHILOQUIN | OR | YMM6JD17NHJ7 | Municipal |
| cgesd6357 - Columbia Gorge Education Service District | OR | TGJRJSMNDUH6 | |
| sri0185 - SPRUCE ROOT, INC. | AK | WHSCX3H9LN69 | Not for Profit |
| Native Village of Kipnuk | AK | LZJ7Y671BNN5 | Not for Profit |
| Confederated Tribes and Bands of the Yakama Nation | WA | Q4EDSUR34U61 | Indian Tribe |
| t6438 - RECTOR & VISITORS OF THE UNIVERSITY OF VIRGINIA | VA | JJG6HU8PA4S5 | State Institution of Higher Learning |
| THE TRUST FOR PUBLIC LAND | CA | HN7CS4YNMBC4 | Not for Profit |
| TEXAS A & M UNIVERSITY | TX | JF6XLNB4CDJ5 | State Institution of Higher Learning |

EPA_00318285

| 66.616 | Environmental and Climate Justice Block Grant Program |
|--------|-------------------------------------------------------|
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |

EPA_00318286

| |
|---|
| Building Democratic Systems for a Climate Resilient Cleveland |
| Minneapolis Climate Resilience Hub Partnership |
| InterTribal Lake Winnebago Mayom ~Wild Rice ~ Revitalization Project |
| Climate Resilience Starts at Home: Growing Energy Efficiency, Indoor Air Quality, and Green Jobs in Madison and Fitchburg, Wisconsin |
| Improving Tribal Access to Energy Efficiency and Weatherization Infrastructure for Midwest Tribes |
| Leech Lake Band of Ojibwe Tribal Resilience Hub |
| Butte Community Resilience Hub |
| Flandreau Santee Sioux Tribe Community Change Grant |
| Loretto Heights Resiliency Hub |
| Vulnerable to Vibrant: Power for Change |
| Dillard University and United Way of Southeast Louisiana Partnership: Building Climate Resiliency in Southeast Louisiana |
| Engaging Communities for a Resilient and Sustainable Waco and McLennan County |
| Water Is Life: Advancing Climate Action and Environmental Justice Goals of the Santa Fe Indian School Campus Vision Plan |
| Weatherization and Energy Efficiency to Promote Louisiana Urban Growth (WE PLUG Louisiana) |
| Everything's Connected in Presidio: Building climate resiliency through green infrastructure and reducing pollution through traffic mitigation at the International Bridge crossing |
| AirMail Gulf Coast |
| New Mexico Partnership for Equitable Climate Planning and Policy |
| Stay Ready Solar Project |
| Lane County Transformation for Resiliency Through Equity and Engagement Network |
| CITY OF POCATELLO SOUTH 5TH AVE. COMPLETE STREETS AND SEWER PROJECT |
| Spokane Climate Resilience Project - transform disadvantaged Spokane communities into healthy, climate resilient, and thriving communities. |
| EPA Huslia Village Climate Solutions |
| FY2024 CTGR EPA CCGP Resident Resilience Center |
| Applying Cornerstones of Co-governance through Community Leadership and Assemblies in Washington State for Environmental Justice (ACCELERATE EJ) |
| Chenega Bulk Fuel Storage System &amp; Renewable Integration Project. |
| Bering Straits Community Solar &amp; Battery Systems |
| Rebuilding Community: Repairing and Renewing Homes for the People of the Native Village of Tyonek, Alaska |
| Revitalizing Metlakatlas Ecosystems for Future Generations - Air Toxic Pollution Reduction, Nature-Based Solutions through Regenerative Seaweed Farming, and Ocean Vessel E |
| Kotzebue Tribal Wind |
| Chiloquin Community Resilience Hub and Municipal Center |
| The Columbia Gorge Early Learning and Resilience Center: A rural hub for environmental justice and climate resilience |
| Village Voices for Equity: Strengthening Indigenous Participation in Environmental and Climate Policy |
| Kipnuk Reach 3 Riprap Riverbank Stabilization Project |
| Fire and the Built Environment: Reducing Air Pollution Impacts on Yakama Nation and the Yakima Valley |
| Permafrost Management for Community Health and Resilience in Utqiaġvik, Alaska |
| Environmental and Climate Justice Block Grant Program |
| Environmental and Climate Justice Block Grant Program |

EPA_00318287

This agreement provides funding under the Inflation Reduction Act (IRA) to The Trust for Public Land.  Specifically, through this project entitled &quot;Building Democratic System

This agreement provides funding under the Inflation Reduction Act (IRA) to Minneapolis American Indian Center. Specifically, the project will fund the installation and utilization of

This agreement provides funding under the Inflation Reduction Act (IRA) to The Board of Regents of the University of Wisconsin System.  Specifically, the project will interrupt and

This agreement provides funding under the Inflation Reduction Act (IRA) to City of Madison. Specifically, the project will address energy justice head on and implementing equitabl

This agreement provides funding under the Inflation Reduction Act (IRA) to Midwest Tribal Energy Resources Association, Inc (MTERA). Specifically, the project will improve the li

This agreement provides funding under the Inflation Reduction Act (IRA) to Leech Lake Band of Ojibwe. Specifically, the project will be creating a Tribal Resilience Hub, the corner

This agreement provides funding under the Inflation Reduction Act (IRA) to The City and County of Butte-Silver Bow. Specifically, the project will build The Community Resilience

This agreement provides funding under the Inflation Reduction Act (IRA) to the Flandreau Santee Sioux Tribe. Specifically, the project will create a Zero Emission Transportation C

This agreement provides funding under the Inflation Reduction Act (IRA) to Commun Denver Inc. Specifically, the project will renovate a 40,000 square foot building into a commu

This agreement provides funding under the Inflation Reduction Act (IRA). The project will focus on several key areas in the City of Houston:Contamination and Pollution Mitigation:

This agreement allocates funding to Dillard University through the Inflation Reduction Act (IRA). The university will utilize this funding to install electric vehicle charging stations, so

This agreement provides funding under the Inflation Reduction Act (IRA) to Mission Waco Mission World. Specifically, the project will strengthen existing partnerships to build a m

This agreement provides funding under the Inflation Reduction Act (IRA) to Santa Fe Indian School, Inc. Specifically, the project will implement the 2023 Santa Fe Indian School (S

This agreement provides funding under the Inflation Reduction Act (IRA) to Urban Restoration Enhancement Corporation. Specifically, this Track I project will be implemented thro

This agreement provides funding under the Inflation Reduction Act (IRA) to Big Bend Conservation Alliance. Specifically, the project will revitalize and provide green spaces, monite

This agreement provides funding under the Inflation Reduction Act (IRA) to Air Alliance Houston (AAH). Specifically, the project will build the capacity of communities and governm

This agreement provides funding under the Inflation Reduction Act (IRA) to the Global Center for Cultural Entrepreneurship. Specifically, the project will support the recipient and i

This agreement provides funding under the Inflation Reduction Act (IRA) to Stay Ready NOLA, Inc. Specifically, the project will seek to build a ResilienceHub to enhance communi

This agreement provides funding under the Inflation Reduction Act (IRA) to Lane County to tackle the climate crisis by renovating six resiliency hubs targeting high risk populations

This agreement provides funding under the Inflation Reduction Act (IRA) to the City of Pocatello. Specifically, the project will improve local groundwater and air quality, while also i

This agreement provides funding under the Inflation Reduction Act (IRA) to Gonzaga Institute for Climate, Water, and the Environment (Climate Institute). Specifically, this project

This agreement provides funding under the Inflation Reduction Act (IRA) to Tanana Chiefs Conference. Specifically, the project will allow Tanana Chiefs Conference to manage the

This agreement provides funding under the Inflation Reduction Act (IRA) to Confederated Tribes of Grand Ronde. Specifically, the project will allow Confederated Tribes of Grand I

This agreement provides funding under the Inflation Reduction Act (IRA) to Front &amp; Centered.  Specifically, the project will engage Community-Based Organizations and com

This grant provides funding under the Inflation Reduction Act (IRA) to Native Village of Chenega. Specifically, the project will involve the construction of a new 30,000-gallon bulk f

This agreement provides funding under the Inflation Reduction Act (IRA) to the Alaska Native Tribal Health Consortium. Specifically, the project proposes to build community-scale

This agreement provides funding under the Inflation Reduction Act (IRA) to Tebughna Foundation. Specifically, the project will create a workforce development program in Tyonek,

This agreement provides funding under the Inflation Reduction Act (IRA) to Metlakatla Indian Community. Specifically, the project will: (1) implement seaweed farming as a nature-


This agreement provides funding under the Inflation Reduction Act (IRA) to Alaska Native Tribal Health Consortium (ANTHC). Specifically, the project will build two wind turbines
in Kotzebue, Alaska.


With an overarching purpose to prepare the Greater Chiloquin Area to respond to emergencies, support residents in times of crisis, and foster climate change resiliency, this proje

This agreement provides funding under the Inflation Reduction Act (IRA) to the Columbia Gorge Education Service District. Specifically, the project will renovate a school building t

This agreement provides funding under the Inflation Reduction Act (IRA) to Spruce Root.  Specifically, the project will engage rural, disadvantaged Tribal communities in Southeas

This agreement provides funding under the Inflation Reduction Act (IRA) to Native Village of Kipnuk. Specifically, the Kipnuk Riprap Riverbank Stabilization Project will add riprap t

This agreement provides funding under the Inflation Reduction Act (IRA) to Confederated Tribes and Bands of Yakama Nation. Specifically, the project will allow the Confederated

This agreement provides funding under the Inflation Reduction Act (IRA) to the University of Virginia. Specifically, the project will allow the University of Virginia, working in Utqiagv

This agreement approves an award in the amount of $19,960,040 under the Inflation Reduction Act (IRA) to the Trust for Public Land. Specifically, the Clifton Hills Alton Park Thre

This action approves an award in the amount of $14,443,306.00 to support Texas A&amp;M University to install hundreds of onsite wastewater treatment systems, infrastructure t

EPA_00318288

| 66.616 | 5F | 03D26124 | 03D26124-0 | 12/02/2024 | | 2025 | 03/03/2025 | $19,953,400.00 | $19,953,400.00 |
|---|---|---|---|---|---|---|---|---|---|
| 66.616 | 5F | 03D26224 | 03D26224-0 | 12/04/2024 | | 2025 | 02/24/2025 | $19,357,757.00 | $19,357,757.00 |
| 66.616 | 5F | 03D26324 | 03D26324-0 | 12/04/2024 | | 2025 | 02/25/2025 | $19,827,740.00 | $18,490,240.00 |
| 66.616 | 5F | 03D30524 | 03D30524-0 | 12/10/2024 | | 2025 | 02/20/2025 | $20,000,000.00 | $20,000,000.00 |
| 66.616 | 5F | 03D30624 | 03D30624-0 | 12/16/2024 | | 2025 | | $14,944,031.00 | $14,944,031.00 |
| 66.616 | 5F | 03D30724 | 03D30724-0 | 12/18/2024 | | 2025 | | $19,999,967.00 | $19,999,967.00 |
| 66.616 | 5F | 03D30824 | 03D30824-0 | 12/20/2024 | | 2025 | 02/21/2025 | $11,441,520.00 | $11,396,020.00 |
| 66.616 | 5F | 03D30924 | 03D30924-0 | 12/20/2024 | | 2025 | 01/31/2025 | $1,875,142.00 | $1,875,142.00 |
| 66.616 | 5F | 03D31024 | 03D31024-0 | 12/12/2024 | | 2025 | 03/05/2025 | $3,103,648.00 | $3,103,648.00 |
| 66.616 | 5F | 03D33525 | 03D33525-0 | 01/17/2025 | | 2025 | | $3,000,000.00 | $3,000,000.00 |
| 66.616 | 5F | 03D33625 | 03D33625-0 | 01/16/2025 | | 2025 | | $2,596,592.00 | $2,596,592.00 |
| 66.616 | 5F | 03D33725 | 03D33725-0 | 01/17/2025 | | 2025 | | $19,996,791.00 | $19,996,791.00 |
| 66.616 | 5F | 03D33825 | 03D33825-0 | 01/16/2025 | | 2025 | 03/07/2025 | $19,889,515.00 | $19,889,515.00 |
| 66.616 | 5F | 03D33925 | 03D33925-0 | 01/17/2025 | | 2025 | | $19,805,900.00 | $19,805,900.00 |
| 66.616 | 5F | 953A0021 | 953A0021-0 | 11/26/2024 | | 2025 | 02/25/2025 | $20,104,032.00 | $20,104,032.00 |
| 66.616 | 5F | 953A0039 | 953A0039-0 | 11/26/2024 | | 2025 | 02/20/2025 | $15,309,845.00 | $15,309,845.00 |
| 66.616 | 5F | 953A0075 | 953A0075-0 | 12/11/2024 | | 2025 | | $19,997,822.00 | $19,997,822.00 |
| 66.616 | 5F | 953A0079 | 953A0079-0 | 12/05/2024 | | 2025 | | $20,006,400.00 | $20,006,400.00 |
| 66.616 | 5F | 953A0097 | 953A0097-0 | 01/08/2025 | | 2025 | 03/04/2025 | $19,886,658.00 | $19,886,658.00 |
| 66.616 | 5F | 96272300 | 96272300-0 | 12/13/2024 | | 2025 | 03/03/2025 | $1,047,647.00 | $1,047,647.00 |
| 66.616 | 5F | 96272800 | 96272800-0 | 12/20/2024 | | 2025 | 02/27/2025 | $20,096,954.00 | $20,096,954.00 |
| 66.616 | 5F | 96272900 | 96272900-0 | 12/11/2024 | | 2025 | | $20,152,214.00 | $20,152,214.00 |
| 66.616 | 5F | 96273600 | 96273600-0 | 12/16/2024 | | 2025 | 02/26/2025 | $3,115,632.00 | $3,115,632.00 |
| 66.616 | 5F | 96274625 | 96274625-0 | 12/18/2024 | | 2025 | | $3,000,000.00 | $3,000,000.00 |
| 66.616 | 5F | 96275300 | 96275300-0 | 12/20/2024 | | 2025 | | $11,914,745.00 | $11,914,745.00 |
| 66.616 | 5F | 96275325 | 96275325-0 | 12/18/2024 | | 2025 | 03/04/2025 | $19,318,594.00 | $19,318,594.00 |
| 66.616 | 5F | 96275425 | 96275425-0 | 01/13/2025 | | 2025 | 02/21/2025 | $11,158,108.00 | $11,158,108.00 |
| 66.616 | 5F | 96276500 | 96276500-0 | 01/03/2025 | | 2025 | 03/04/2025 | $20,000,000.00 | $20,000,000.00 |
| 66.616 | 5F | 96276600 | 96276600-0 | 01/16/2025 | | 2025 | | $20,000,000.00 | $20,000,000.00 |
| 66.616 | 5F | 96276700 | 96276700-0 | 01/15/2025 | | 2025 | 03/06/2025 | $20,000,000.00 | $20,000,000.00 |
| 66.616 | 5F | 96278700 | 96278700-0 | 01/13/2025 | | 2025 | 02/26/2025 | $3,000,000.00 | $3,000,000.00 |
| 66.616 | 5F | 97T17601 | 97T17601-0 | 11/26/2024 | | 2025 | 02/21/2025 | $1,200,000.00 | $1,200,000.00 |
| 66.616 | 5F | 97T17701 | 97T17701-0 | 12/09/2024 | | 2025 | | $20,040,630.00 | $20,040,630.00 |
| 66.616 | 5F | 97T17801 | 97T17801-0 | 11/25/2024 | | 2025 | 02/26/2025 | $19,999,999.00 | $19,999,999.00 |
| 66.616 | 5F | 97T17901 | 97T17901-0 | 12/06/2024 | | 2025 | 02/27/2025 | $20,000,000.00 | $20,000,000.00 |
| 66.616 | 5F | 97T18001 | 97T18001-0 | 11/26/2024 | | 2025 | 03/04/2025 | $20,452,614.00 | $20,452,614.00 |
| 66.616 | 5F | 97T18101 | 97T18101-0 | 11/23/2024 | | 2025 | 02/10/2025 | $18,560,143.00 | $18,560,143.00 |
| 66.616 | 5F | 97T18301 | 97T18301-0 | 11/26/2024 | | 2025 | 02/28/2025 | $1,500,000.00 | $1,500,000.00 |
| 66.616 | 5F | 97T24301 | 97T24301-0 | 11/25/2024 | | 2025 | 03/03/2025 | $19,965,495.00 | $19,965,495.00 |
| 66.616 | 5F | 97T24601 | 97T24601-0 | 11/29/2024 | | 2025 | 03/11/2025 | $3,000,000.00 | $3,000,000.00 |
| 66.616 | 5F | 97T24701 | 97T24701-0 | 11/19/2024 | | 2025 | 02/24/2025 | $19,997,193.00 | $19,997,193.00 |
| 66.616 | 5F | 97T28201 | 97T28201-0 | 12/12/2024 | | 2025 | | $18,590,988.00 | $18,590,988.00 |

**J.A. 2502**

EPA_00318289

| | | | | | | |
|---|---|---|---|---|---|---|
| $19,953,400.00 | $22,590.29 | $19,930,809.71 | EPA R4 | R04 | 12/01/2024 | 11/30/2027 |
| $19,357,757.00 | $50,522.14 | $19,307,234.86 | EPA R4 | R04 | 12/01/2024 | 11/30/2027 |
| $18,490,240.00 | $3,957.75 | $18,486,282.25 | EPA R4 | R04 | 01/01/2025 | 12/31/2027 |
| $20,000,000.00 | $67,745.29 | $19,932,254.71 | EPA R4 | R04 | 01/01/2025 | 12/31/2027 |
| $14,944,031.00 | $0.00 | $14,944,031.00 | EPA R4 | R04 | 03/01/2025 | 02/29/2028 |
| $19,999,967.00 | $0.00 | $19,999,967.00 | EPA R4 | R04 | 04/01/2025 | 03/31/2028 |
| $11,396,020.00 | $145,008.85 | $11,251,011.15 | EPA R4 | R04 | 01/01/2025 | 12/31/2027 |
| $1,875,142.00 | $6,129.72 | $1,869,012.28 | EPA R4 | R04 | 01/01/2025 | 12/31/2027 |
| $3,103,648.00 | $15,990.25 | $3,087,657.75 | EPA R4 | R04 | 01/01/2025 | 12/31/2027 |
| $3,000,000.00 | $0.00 | $3,000,000.00 | EPA R4 | R04 | 06/01/2025 | 05/31/2028 |
| $2,596,592.00 | $0.00 | $2,596,592.00 | EPA R4 | R04 | 03/01/2025 | 02/29/2028 |
| $19,996,791.00 | $0.00 | $19,996,791.00 | EPA R4 | R04 | 01/01/2025 | 12/31/2027 |
| $19,889,515.00 | $1,471.23 | $19,888,043.77 | EPA R4 | R04 | 03/01/2025 | 02/29/2028 |
| $19,805,900.00 | $0.00 | $19,805,900.00 | EPA R4 | R04 | 01/01/2025 | 12/31/2027 |
| $20,104,032.00 | $62,683.23 | $20,041,348.77 | EPA R3 | R03 | 11/01/2024 | 10/31/2027 |
| $15,309,845.00 | $877,922.29 | $14,431,922.71 | EPA R3 | R03 | 11/01/2024 | 10/31/2027 |
| $19,997,822.00 | $0.00 | $19,997,822.00 | EPA R3 | OEJECR | 01/01/2025 | 12/31/2027 |
| $20,006,400.00 | $0.00 | $20,006,400.00 | EPA R3 | R03 | 03/01/2025 | 02/29/2028 |
| $19,886,658.00 | $27,106.16 | $19,859,551.84 | EPA R3 | R03 | 02/01/2025 | 01/31/2028 |
| $1,047,647.00 | $48,405.75 | $999,241.25 | EPA R2 | R02 | 11/01/2024 | 10/31/2027 |
| $20,096,954.00 | $34,767.96 | $20,062,186.04 | EPA R2 | R02 | 01/06/2025 | 01/05/2028 |
| $20,152,214.00 | $0.00 | $20,152,214.00 | EPA R2 | R02 | 01/15/2025 | 01/14/2028 |
| $3,115,632.00 | $32,659.97 | $3,082,972.03 | EPA R2 | R02 | 01/01/2025 | 12/31/2027 |
| $3,000,000.00 | $0.00 | $3,000,000.00 | EPA R2 | R02 | 02/15/2025 | 02/14/2028 |
| $11,914,745.00 | $0.00 | $11,914,745.00 | EPA R2 | R02 | 02/17/2025 | 02/16/2028 |
| $19,318,594.00 | $12,282.31 | $19,306,311.69 | EPA R2 | R02 | 01/06/2025 | 01/05/2028 |
| $11,158,108.00 | $32,000.00 | $11,126,108.00 | EPA R2 | R02 | 02/01/2025 | 01/31/2028 |
| $20,000,000.00 | $51,712.01 | $19,948,287.99 | EPA R2 | R02 | 01/15/2025 | 01/14/2028 |
| $20,000,000.00 | $0.00 | $20,000,000.00 | EPA R2 | R02 | 03/31/2025 | 03/30/2028 |
| $20,000,000.00 | $201,599.86 | $19,798,400.14 | EPA R2 | R02 | 02/01/2025 | 01/31/2028 |
| $3,000,000.00 | $3,993.88 | $2,996,006.12 | EPA R2 | R02 | 12/16/2024 | 12/15/2027 |
| $1,200,000.00 | $25,000.00 | $1,175,000.00 | EPA R9 | R09 | 11/01/2024 | 10/31/2027 |
| $20,040,630.00 | $0.00 | $20,040,630.00 | EPA R9 | R09 | 12/01/2024 | 11/30/2027 |
| $19,999,999.00 | $32,267.31 | $19,967,731.69 | EPA R9 | R09 | 01/06/2025 | 01/05/2028 |
| $20,000,000.00 | $88,158.13 | $19,911,841.87 | EPA R9 | R09 | 10/01/2024 | 09/30/2027 |
| $20,452,614.00 | $892,698.17 | $19,559,915.83 | EPA R9 | R09 | 01/01/2025 | 12/31/2027 |
| $18,560,143.00 | $573,914.45 | $17,986,228.55 | EPA R9 | R09 | 11/01/2024 | 10/31/2027 |
| $1,500,000.00 | $62,257.71 | $1,437,742.29 | EPA R9 | R09 | 12/01/2024 | 11/30/2027 |
| $19,965,495.00 | $7,502.33 | $19,957,992.67 | EPA R9 | R09 | 01/01/2025 | 12/31/2027 |
| $3,000,000.00 | $47,770.47 | $2,952,229.53 | EPA R9 | R09 | 12/16/2024 | 12/15/2027 |
| $19,997,193.00 | $86,535.55 | $19,910,657.45 | EPA R9 | R09 | 12/01/2024 | 11/30/2027 |
| $18,590,988.00 | $0.00 | $18,590,988.00 | EPA R9 | R09 | 01/01/2025 | 12/31/2027 |

**J.A. 2503**

EPA_00318290

| | | | |
|---|---|---|---|
| lsca5653 - Lucky Shoals Community Association, Inc. | GA | RXW8XMECCFL9 | Not for Profit |
| sfcf3865 - SOUTHWEST FLORIDA COMMUNITY FOUNDATION, INC. | FL | T3M1LLGHUMC5 | Not for Profit |
| tsrfohpi8797 - The Southwest Renewal Foundation of High Point, Inc. | NC | S79DG9CMYF69 | Not for Profit |
| Groundwell Inc. - GROUNDSWELL INC | DC | WLA2JJDJFL63 | Not for Profit |
| Univ Area CD - UNIVERSITY AREA COMMUNITY DEV | FL | STMHHTJHN1R8 | Not for Profit |
| twlti4915 - THE WORKING LANDS TRUST, INC. | NC | JLTHEQFXZG53 | Not for Profit |
| si0695 - Sustainability Institute | SC | NF9KCFN32M55 | Not for Profit |
| teoca3785 - Tennessee Educators of Color Alliance | TN | C7UMG6PDANY8 | Not for Profit |
| mi8573 - MDC, INC. | NC | R84FBNHNNDJ7 | Not for Profit |
| PalmBchCoGov - COUNTY OF PALM BEACH | FL | XL2DNFMPCR44 | County |
| WEST ANNISTON FOUNDATION | AL | K2LLRBBPDA26 | Not for Profit |
| ygag5952 - YOUNG, GIFTED & GREEN | TN | F24MECJ9L4A5 | Not for Profit |
| 2CMississippi: Towards Sustainable, Educated and Empowered Mississippi | MS | ELCWEURZDPW9 | Not for Profit |
| CITY OF THOMASVILLE | GA | C115QBW3DCK7 | Township |
| NATIONAL HOUSING TRUST | DC | JX69LRYCYUA7 | Not for Profit |
| PITTSBURGH CONSERVATION CORPS | PA | D32KKGEEYJ15 | Not for Profit |
| ENERGY COORDINATING AGENCY OF PHILADELPHIA, INC. | PA | D3SLFNSLDQG1 | Not for Profit |
| CITY OF HAMPTON | VA | H43KALPESBP1 | Municipal |
| t6438 - RECTOR & VISITORS OF THE UNIVERSITY OF VIRGINIA | VA | JJG6HU8PA4S5 | State Institution of Higher Learning |
| BRONX RIVER ALLIANCE INC | NY | MW8CCAHLLTN7 | Not for Profit |
| GRID ALTERNATIVES | CA | GXQ3HX2VLLP3 | Not for Profit |
| PEOPLE UNITED FOR SUSTAINABLE HOUSING, INC | NY | DC4ZZCUTM6N9 | Not for Profit |
| EL PUENTE DE WILLIAMSBURG, INC. | NY | QD3BU836BR33 | Not for Profit |
| WEST HARLEM ENVIRONMENTAL ACTION INC | NY | PB8TKKTU3AG3 | Not for Profit |
| ddlcdpri9224 - DEPARTAMENTO DE LA COMIDA DE PUERTO RICO INC | PR | FAN4ZMDTP588 | Not for Profit |
| Ironbound Community Corporation | NJ | RESKT9F5G3K3 | Not for Profit |
| Rockaway Waterfront Alliance, Inc. | NY | M12VD7WEEFM9 | Not for Profit |
| addrlmi8531 - ASOCIACION DE RESIDENTES DE LA MARGARITA INC | PR | DGR4WZZYGQ86 | Not for Profit |
| ISLAND GREEN BUILDING ASSOCIATION, INCORPORATED | VI | QT3RF9GL8VT4 | Not for Profit |
| taotcri1427 - TRINITY ALLIANCE OF THE CAPITAL REGION, INC | NY | XB3ZLWAE8836 | Not for Profit |
| THE NEW SCHOOL | NY | YNL2H7YNMFP9 | Private University |
| SPECIAL SERVICE FOR GROUPS, INC. | CA | WQGNEZQYP3Y7 | Not for Profit |
| CITY OF BAKERSFIELD | CA | YUJJHEWCPLZ5 | Municipal |
| tsdf0690 - SAN DIEGO FOUNDATION | CA | SZ8JCM7C3ND9 | Not for Profit |
| cfrcd6471 - COALITION FOR RESPONSIBLE COMMUNITY DEVELOPMENT | CA | ML7DAKLHL8C4 | Not for Profit |
| do1729 - DAY ONE | CA | MXVGDJN73T46 | Not for Profit |
| lfcci9534 - LA FAMILIA COUNSELING CENTER, INC | CA | JNGAN2NDKKZ8 | Not for Profit |
| igp9296 - INSIGHT GARDEN PROGRAM | CA | CAYNH2NVEM53 | Not for Profit |
| timma1315 - TREASURE ISLAND MOBILITY MANAGEMENT AGENCY | CA | ZQYAKF2S8NL8 | Special District |
| SOCIAL AND ENVIRONMENTAL ENTREPRENEURS (SEE), INC. | CA | VCAASEEZRM59 | Not for Profit |
| tpfi9370 - PRIMAVERA FOUNDATION INC | AZ | ZXQAE5JV2LJ8 | Not for Profit |
| PUEBLO UNIDO CDC | CA | GR5NZB2NUS49 | Not for Profit |

EPA_00318291

| 66.616 | Environmental and Climate Justice Block Grant Program |
|--------|--------------------------------------------------------|
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |

EPA_00318292

| |
|---|
| Environmental and Climate Justice Block Grant Program |
| Environmental and Climate Justice Block Grant Program |
| Environmental and Climate Justice Block Grant Program |
| Environmental and Climate Justice Block Grant Program |
| Environmental and Climate Justice Block Grant Program |
| Environmental and Climate Justice Block Grant Program |
| Environmental and Climate Justice Block Grant Program |
| Environmental and Climate Justice Block Grant Program |
| Environmental and Climate Justice Block Grant Program |
| Environmental and Climate Justice Block Grant Program |
| Environmental and Climate Justice Block Grant Program |
| Environmental and Climate Justice Block Grant Program |
| Environmental and Climate Justice Block Grant Program |
| Environmental and Climate Justice Block Grant Program |
| Empowering Healthy, Resilient and Affordable Communities |
| Leveraging a Pittsburgh / Philadelphia Workforce Development Partnerships to Multiply the Impact of Decarbonization, Pollution Remediation, and Circular Economy through Wo |
| Grays Ferry Community Resilience Hub |
| Aberdeen Gardens Community Resilience Implementation Strategy |
| Appalachian Environmental Resilience Community Change Grants Program |
| Uplifting Bronx Voices for Climate Change Resilience |
| A Collaborative Approach to Climate Resilience for Puerto Rico through Renewable Energy, Energy Efficiency, and Natural Resource Restoration |
| The Buffalo Neighborhood Mobilization Hubs Plan |
| To facilitate the engagement of disadvantaged communities in North Brooklyn in governmental processes for environmental and climate justice. |
| EJNYC: Community-Based Solutions for Environmental Justice |
| Por las Quebradas (For the Streams): Community Watershed Stewardship and Climate Resilience in Rural Caguas, Puerto Rico |
| Enhancing Community Resilience with Microgrid Technology |
| Rockaway Coastal Resilience Dune Restoration Project |
| Community Leadership Initiatives for Mitigation and Adaptation (CLIMA) Project |
| United States Virgin Islands Partnerships for Community-Wide Sustainability |
| ALL(bany) Together - Climate and Health Resilience Equity Project |
| Energy Governance Engagement for Environmental Justice (EGEEJ) |
| Inflation Reduction Act &ndash; Environmental and Climate Justice |
| Inflation Reduction Act &ndash; Environmental Justice Thriving Communities |
| Inflation Reduction Act - Environmental and Climate Justice |
| Inflation Reduction Act - Environmental and Climate Justice |
| Environmental and Climate Justice Block Grant Program |
| Inflation Reduction Act &ndash; Environmental and Climate Justice |
| Inflation Reduction Act &ndash; Environmental and Climate Justice |
| Inflation Reduction Act &ndash; Environmental and Climate Justice |
| Inflation Reduction Act - Environmental and Climate Justice |
| INFLATION REDUCTION ACT - ENVIRONMENTAL &amp; CLIMATE JUSTICE |
| Inflation Reduction Act - Environmental and Climate Justice |

EPA_00318293

This agreement provides funding in the amount of $19,953,400 under the Inflation Reduction Act (IRA) to Lucky Shoals Community Association (LSCA). Specifically, the project w

This agreement provides funding in the amount of $19,357,757 under the Inflation Reduction Act (IRA) to Southwest Florida Community Foundation, dba Collaboratory. This proje

This action approves funding in the amount of $18,490,240 to The Southwest Renewal Foundation of High Point, Inc under the Inflation Reduction Act (IRA). Specifically, the proje

This action approves funding in the amount of 20,000,000.00 under the Inflation Reduction Act (IRA) to Groundswell, Inc. Specifically, the project will support community resilience

This action approves funding in the amount of $14,944,031 under the Inflation Reduction Act (IRA) to University Area Community Development Corporation, Inc, Florida. Specifica

This agreement provides funding in the amount of $19,999,967 under the Inflation Reduction Act (IRA) to The Working Lands Trust, Incorporated of North Carolina. Specifically, the pr

This agreement provides funding in the amount of $11,396,020 under the Inflation Reduction Act (IRA) to the Sustainability Institute of South Carolina. Specifically, the project will: pro

This action provides funding in the amount of $1,875,142 to support the Tennessee Educators of Color Alliance as they aim to significantly impact communities across Tennessee

This action approves an award in the amount of $3,103,648.00 under the Inflation Reduction Act (IRA) to MDC Inc. Specifically, the project will enhance the ability, skills, and cor

This action approves funding in the amount of $3,000,000 under the Inflation Reduction Act (IRA) to Palm Beach County (PBC) Office of Resilience. Specifically, the project will el

This agreement provides funding in the amount of $2,596,592 under the Inflation Reduction Act (IRA) to West Anniston Foundation, Alabama. Specifically, the project will empowe

This action approves an award in the amount of $19,996,791 under the Inflation Reduction Act (IRA) to Young, Gifted and Green. Specifically, the project will encompass three clir

This agreement approves funding in the amount of $19,889,515 under the Inflation Reduction Act (IRA) to 2C Mississippi: Towards Sustainable, Educated, and Empowered Missis

This action approves an award in the amount of $19,805,900 to the City of Thomasville under the Inflation Reduction Act (IRA) to support resiliency in Thomasville's low-income his

This agreement provides funding under the Inflation Reduction Act (IRA) to the National Housing Trust. Specifically, the project will retrofit 785 homes to improve indoor air quality

This agreement provides funding under the Inflation Reduction Act (IRA) to the Pittsburgh Conservation Corps. Specifically, the project will support a Pittsburgh-Philadelphia partn

This agreement provides funding under the Inflation Reduction Act (IRA) to ECAP - The Energy Coordinating Agency Of Philadelphia, Inc. and Habitat for Humanity Philadelphia, I

This agreement provides funding under the Inflation Reduction Act (IRA) to City of Hampton, Virginia. Specifically, the project will work to create a sustainable, resilient future for a

This agreement provides funding under the Inflation Reduction Act (IRA) to Rector and Visitors of the University of Virginia (UVA). Specifically, the project will implement Climate F

This agreement provides funding under the Inflation Reduction Act (IRA) to Bronx River Alliance, Inc. Specifically, the project will establish a Bronx Climate Justice Task Force co

This agreement provides funding under the Inflation Reduction Act (IRA) to GRID Alternatives. Specifically, on the east side of Puerto Rico, the project will provide energy efficienc

This agreement provides funding under the Inflation Reduction Act (IRA) to PUSH Buffalo. Specifically, the project includes the following initiatives: Establishing 150 Community R

This agreement provides funding under the Inflation Reduction Act (IRA) to El Puente de Williamsburg, Inc. Specifically, the project will facilitate the engagement of disadvantaged

This agreement provides funding under the Inflation Reduction Act (IRA) to West Harlem Environmental Action, Inc. Specifically, the project will ensure that disadvantaged commu

This agreement provides funding under the Inflation Reduction Act (IRA) to El Departamento de la Comida (El Depa). Specifically, this project has three initiatives: Community Ed

This agreement provides funding under the Inflation Reduction Act (IRA) to Ironbound Community Corporation (ICC). Specifically, by leveraging innovative solutions and fostering

This agreement provides funding under the Inflation Reduction Act (IRA) to Rockaway Waterfront Alliance (RWA), dba RISE. Specifically, by harnessing nature-based solutions ar

This agreement provides funding under the Inflation Reduction Act (IRA) to Asociación de Residentes de La Margarita, Inc. (ARLM). Specifically, the project will implement

This agreement provides funding under the Inflation Reduction Act (IRA) to Island Green Building Association, doing business as Island Green Living Association (IGL). Specificall

This agreement provides funding under the Inflation Reduction Act (IRA) to Trinity Alliance of the Capital Region. Specifically the project will support climate resiliency through two

This agreement provides funding under the Inflation Reduction Act (IRA) to The New School, Tishman Environment and Design Center. Specifically, the project will create an Ener

This agreement provides funding under the Inflation Reduction Act (IRA) to the nonprofit organization Special Service for Groups, Inc. Specifically, the project will train and empow

The agreement provides funding under the Inflation Reduction Act (IRA) to the City of Bakersfield, CA. Specifically, the project will address Climate Action and Pollution Reduction

The agreement provides funding under the Inflation Reduction Act (IRA) to the San Diego Foundation. Specifically, the project will develop and implement green infrastructure, trai

This agreement provides funding under the Inflation Reduction Act (IRA) to Coalition for Community Responsible Development (CRCD). Specifically, the project is divided into two

This agreement provides funding under the Inflation Reduction Act (IRA) to the nonprofit organization Day One, who are based in the San Gabriel Valley. Specifically, the project w

This agreement provides funding under the Inflation Reduction Act (IRA) to La Familia Counseling Center's Greening North Franklin project to implement several project to

This agreement provides funding under the Inflation Reduction Act (IRA) to Insight Garden Program. Specifically, the project will provide both immediate and long-term benefits to

This agreement provides funding under the Inflation Reduction Act (IRA) to Treasure Island Mobility Management Agency (TIMMA). Specifically, the project will Treasure Island C

This agreement provides funding under the Inflation Reduction Act (IRA) to Social and Environmental Entrepreneurs (SEE). Specifically, the project will aim to strengthen the relati

This agreement provides funding under the Inflation Reduction Act (IRA) to Primavera Foundation, Inc. that will be used for projects to increase community resilience in the face of

This agreement provides funding under the Inflation Reduction Act (IRA) to Pueblo Unidos CDC. Specifically, the project will build a climate-smart, climate-resilient Center for Com

EPA_00318294

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 66.616 | 5F | 97T28301 | 97T28301-1 | 02/05/2025 | | 2025 03/03/2025 | $3,058,750.00 | $3,058,750.00 |
| 66.616 | 5F | 97T28401 | 97T28401-0 | 12/19/2024 | | 2025 | $3,000,000.00 | $3,000,000.00 |
| 66.616 | 5F | 97T28501 | 97T28501-0 | 12/18/2024 | | 2025 02/21/2025 | $12,650,680.00 | $12,650,680.00 |
| 66.616 | 5F | 97T28601 | 97T28601-0 | 12/10/2024 | | 2025 03/07/2025 | $19,987,957.00 | $19,987,957.00 |
| 66.616 | 5F | 97T28701 | 97T28701-0 | 12/12/2024 | | 2025 | $20,000,000.00 | $20,000,000.00 |
| 66.616 | 5F | 97T28801 | 97T28801-0 | 12/09/2024 | | 2025 02/20/2025 | $13,939,738.00 | $13,939,738.00 |
| 66.616 | 5F | 97T28901 | 97T28901-0 | 12/19/2024 | | 2025 | $3,073,914.00 | $3,073,914.00 |
| 66.616 | 5F | 97T31701 | 97T31701-0 | 01/07/2025 | | 2025 03/07/2025 | $19,993,324.00 | $19,993,324.00 |
| 66.616 | 5F | 97T32001 | 97T32001-0 | 01/06/2025 | | 2025 02/28/2025 | $19,076,843.00 | $19,076,843.00 |
| 66.721 | 5P | 84107201 | 84107201-0 | 01/15/2025 | | 2025 03/03/2025 | $6,703,990.00 | $6,703,990.00 |

EPA_00318295

| | | | | | | |
|---|---|---|---|---|---|---|
| $3,058,750.00 | $1,275,467.89 | $1,783,282.11 | EPA R9 | R09 | 01/01/2025 | 12/31/2027 |
| $3,000,000.00 | $0.00 | $3,000,000.00 | EPA R9 | R09 | 05/01/2025 | 04/30/2028 |
| $12,650,680.00 | $14,142.16 | $12,636,537.84 | EPA R9 | R09 | 01/01/2025 | 12/31/2027 |
| $19,987,957.00 | $51,000.73 | $19,936,956.27 | EPA R9 | R09 | 01/15/2025 | 01/14/2028 |
| $20,000,000.00 | $0.00 | $20,000,000.00 | EPA R9 | R09 | 04/01/2025 | 03/31/2028 |
| $13,939,738.00 | $9,279.89 | $13,930,458.11 | EPA R9 | R09 | 01/01/2025 | 12/31/2027 |
| $3,073,914.00 | $0.00 | $3,073,914.00 | EPA R9 | R09 | 01/01/2025 | 12/31/2027 |
| $19,993,324.00 | $3,929,148.08 | $16,064,175.92 | EPA R9 | R09 | 03/01/2025 | 02/28/2028 |
| $19,076,843.00 | $30,666.94 | $19,046,176.06 | EPA R9 | R09 | 02/01/2025 | 01/31/2028 |
| $6,703,990.00 | $26,670.00 | $6,677,320.00 | EPA HQ | OCSPP | 11/01/2024 | 12/31/2029 |

EPA_00318296

**J.A. 2509**

| lcfjaa4442 - LEADERSHIP COUNSEL FOR JUSTICE AND ACCOUNTABILITY | CA | LYQGLEQU8MQ7 | Not for Profit |
| UNIVERSITY OF GUAM | GU | YL62T9FVJXG3 | State Institution of Higher Learning |
| CASA FAMILIAR, INC | CA | DA19F5NKBH38 | Not for Profit |
| NEVADA CLEAN ENERGY FUND | NV | SMUBKY6A7ZK1 | Not for Profit |
| COMMUNITY WATER CENTER | CA | UAWLZMFKCDL4 | Not for Profit |
| t0609 - Pacific International Center for High Technology Research | HI | L8HGDJE4QQ74 | Not for Profit |
| EARTH ISLAND INSTITUTE INC | CA | N39HWTLFMVK9 | Not for Profit |
| SANTA YNEZ BAND OF MISSION INDIANS | CA | DK1SMCRF8VT5 | Indian Tribe |
| CONTRA COSTA, COUNTY OF | CA | H6XCU2DRT517 | Special District |
| t7133 - Building Materials Re-use Association | PA | ZU4BCJA87DL1 | Not for Profit |

EPA_00318297

| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.721 | Reducing Embodied Greenhouse Gas Emissions for Construction materials and Produicts - IRA |

EPA_00318298

**J.A. 2511**

| Inflation Reduction Act - Environmental and Climate Justice |
|---|
| Inflation Reduction Act - Environmental and Climate Justice |
| Inflation Reduction Act &ndash; Environmental and Climate Justice |
| Inflation Reduction Act &ndash; Environmental and Climate Justice |
| Inflation Reduction Act &ndash; Environmental and Climate Justice |
| Inflation Reduction Act - Environmental and Climate Justice |
| Inflation Reduction Act &ndash; Environmental and Climate Justice |
| Inflation Reduction Act &ndash; Environmental and Climate Justice |
| Environmental and Climate Justice Block Grant Program |
| Build Reuse - Reducing Embodied GHG for Salvaged Materials FR |

EPA_00318299

This agreement provides funding under the Inflation Reduction Act (IRA) to the Leadership Counsel for Justice and Accountability. Specifically, the project will help communities ch

This agreement provides funding under the Inflation Reduction Act (IRA) to the University of Guam Center for Island Sustainability and Sea Grant. Specifically, the project will crea

This agreement provides funding under the Inflation Reduction Act (IRA) to Casa Familiar. Specifically, this project will reduce greenhouse gas (GHG) emissions and improve air q

This agreement provides funding under the Inflation Reduction Act (IRA) to Nevada Clean Energy Fund. Specifically, the project will deliver critical water, energy, and food infrastru

This agreement provides funding under the Inflation Reduction Act (IRA) to ensure vibrant and thriving communities in the project area by delivering a long-term, sustainable, and

This agreement provides funding under the Inflation Reduction Act (IRA) to Pacific International Center for High Technology Research. Specifically, the project will support commun

This agreement provides funding under the Inflation Reduction Act (IRA) to Earth Island Institute.  Specifically, the project will implement data and science driven programs for env

This agreement provides funding under the Inflation Reduction Act (IRA) to The Santa Ynez Band of Chumash Indians. Specifically, the project aims to enhance climate resilience,

North Richmond Community Resilience Initiative projects will green the neighborhood through landscaping and trees, install energy-efficient systems in homes, also reducing expo

This agreement provides funding under the Inflation Reduction Act (IRA) to Building Materials Re-use Association. This program is to support the development, enhanced standard

EPA_00318300

Message

| From: | Coogan, Daniel [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=7AA3C293E3F94FE6A0132382B42F0B23-DCOOGAN] |
|---|---|
| Sent: | 4/30/2025 7:54:01 PM |
| To: | Buhl, Rick [Buhl.Rick@epa.gov] |
| Subject: | FW: Access to Accounts in ASAP |
| Attachments: | Active CFDA List 20250428.xlsx |

Dan Coogan
Deputy Assistant Administrator for Infrastructure and Extramural Resources
Office of Mission Support
202-355-4943

**From:** Coogan, Daniel
**Sent:** Monday, April 28, 2025 11:38 AM
**To:** Jones-Peeler, Meshell <Jones-Peeler.Meshell@epa.gov>; Gulamali, Adil <Gulamali.Adil@epa.gov>; Lavergne, Dany <lavergne.dany@epa.gov>
**Cc:** Wise, Melissa <wise.melissa@epa.gov>
**Subject:** Access to Accounts in ASAP

All, per leadership direction, can OCFO please make sure that the following grants in the attachment associated with the grant programs listed below have access to their funds in ASAP. Please let me know if you have any questions.

|  | Assistance Listing Code | Assistance Listing Description | EPA Grant Program Code |
|---|---|---|---|
| a. | 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program | 51, 5B, EB, EC |
| b. | 66.309 | Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice | 5K, XJ, XK |
| c. | 66.312 | Environmental Justice Government-to-Government (EJG2G) Program | 52, 5C, AJ, AK |
| d. | 66.604 | Environmental Justice Small Grant Program | 5R, EQ, ER |
| e. | 66.614 | Financial Assistance For Community Support Activities To Address Environmental Justice Issues | 5I, ED, EL |
| f. | 66.615 | Environmental Justice Thriving Communities Grantmaking Program (EJ TCGM) | 5N, EN, EP |
| g. | 66.616 | Environmental and Climate Justice Block Grant Program | 5F |
| h. | 66.721 | Reducing Embodied Greenhouse Gas Emissions for Construction Materials and Products | 5P |

**J.A. 2514**

EPA_00318301

Report Last Refresh Date: 4/28/25

| | Obligation Amount | Obligation Drawdow |
|---|---|---|
| | $2,195,571,779.00 | |

| Assistance Listing Code | Program Code | Grant Family | Grant No | Award Date | Award Fiscal Year | Last Drawdown Date | Project Period Cost | Cumulative Award |
|---|---|---|---|---|---|---|---|---|
| 66.306 | 51 | 00A01313 | 00A01313-0 | 08/08/2024 | 2024 | 03/03/2025 | $500,000.00 | $500,000.00 |
| 66.306 | 51 | 02F74401 | 02F74401-0 | 11/25/2024 | 2025 | | $500,000.00 | $500,000.00 |
| 66.306 | 51 | 02F74801 | 02F74801-0 | 12/11/2024 | 2025 | | $500,000.00 | $500,000.00 |
| 66.306 | 51 | 02J56001 | 02J56001-0 | 11/04/2024 | 2025 | | $500,000.00 | $500,000.00 |
| 66.306 | 51 | 96263224 | 96263224-0 | 11/06/2024 | 2025 | 03/03/2025 | $150,000.00 | $150,000.00 |
| 66.306 | 51 | 97T22801 | 97T22801-0 | 11/26/2024 | 2025 | 02/20/2025 | $500,000.00 | $500,000.00 |
| 66.306 | 51 | 98T88101 | 98T88101-1 | 11/27/2024 | 2025 | 02/20/2025 | $200,000.00 | $200,000.00 |
| 66.306 | 5B | 00A01144 | 00A01144-0 | 07/10/2024 | 2024 | 02/07/2025 | $150,000.00 | $150,000.00 |
| 66.306 | 5B | 00E03623 | 00E03623-1 | 12/05/2024 | 2025 | 01/31/2025 | $500,000.00 | $500,000.00 |
| 66.306 | 5B | 00E03857 | 00E03857-0 | 09/21/2024 | 2024 | 03/04/2025 | $500,000.00 | $500,000.00 |
| 66.306 | 5B | 02F76301 | 02F76301-0 | 02/04/2025 | 2025 | | $498,546.00 | $498,546.00 |
| 66.306 | 5B | 02F76801 | 02F76801-0 | 01/14/2025 | 2025 | | $500,000.00 | $500,000.00 |
| 66.306 | 5B | 02J56501 | 02J56501-1 | 12/19/2024 | 2025 | 03/03/2025 | $498,000.00 | $498,000.00 |
| 66.306 | 5B | 03D03524 | 03D03524-1 | 11/06/2024 | 2025 | | $500,000.00 | $500,000.00 |
| 66.306 | 5B | 84084301 | 84084301-0 | 11/14/2024 | 2025 | 01/31/2025 | $497,111.00 | $497,111.00 |
| 66.306 | 5B | 95337201 | 95337201-1 | 02/04/2025 | 2025 | 02/27/2025 | $500,000.00 | $500,000.00 |
| 66.306 | 5B | 95337301 | 95337301-0 | 10/21/2024 | 2025 | 03/10/2025 | $150,000.00 | $150,000.00 |
| 66.306 | 5B | 96263624 | 96263624-0 | 12/20/2024 | 2025 | | $500,000.00 | $500,000.00 |
| 66.306 | 5B | 97T23101 | 97T23101-0 | 11/20/2024 | 2025 | | $500,000.00 | $500,000.00 |
| 66.306 | 5B | 97T23201 | 97T23201-0 | 12/13/2024 | 2025 | | $500,000.00 | $500,000.00 |
| 66.306 | 5B | 97T23301 | 97T23301-0 | 11/22/2024 | 2025 | 03/03/2025 | $499,975.00 | $499,975.00 |
| 66.306 | 5B | 97T23901 | 97T23901-0 | 12/18/2024 | 2025 | | $500,000.00 | $500,000.00 |
| 66.306 | 5B | 97T29101 | 97T29101-0 | 12/06/2024 | 2025 | | $499,735.00 | $499,735.00 |
| 66.306 | 5B | 98T88501 | 98T88501-0 | 11/25/2024 | 2025 | | $500,000.00 | $500,000.00 |
| 66.306 | EC | 02J03001 | 02J03001-2 | 12/30/2024 | 2025 | 12/05/2024 | $200,000.00 | $200,000.00 |
| 66.306 | EC | 98T94301 | 98T94301-1 | 11/14/2024 | 2025 | | $154,982.00 | $154,982.00 |
| 66.309 | 5K | 84113601 | 84113601-0 | 12/30/2024 | 2025 | 02/20/2025 | $7,000,000.00 | $7,000,000.00 |
| 66.309 | XJ | 00A01452 | 00A01452-1 | 01/14/2025 | 2025 | 02/11/2025 | $10,000,000.00 | $6,000,000.00 |
| 66.309 | XJ | 02D48323 | 02D48323-1 | 12/27/2024 | 2025 | 05/02/2024 | $40,000.00 | $40,000.00 |
| 66.309 | XJ | 02F33801 | 02F33801-2 | 01/07/2025 | 2025 | 02/20/2025 | $10,000,000.00 | $8,000,000.00 |
| 66.309 | XJ | 02J28601 | 02J28601-3 | 01/08/2025 | 2025 | 03/10/2025 | $12,000,000.00 | $9,000,000.00 |
| 66.309 | XJ | 02J28701 | 02J28701-3 | 01/10/2025 | 2025 | 03/05/2025 | $10,096,630.00 | $9,000,000.00 |
| 66.309 | XJ | 13746193 | 13746193-4 | 12/27/2024 | 2025 | 02/13/2025 | $10,000,000.00 | $9,000,000.00 |
| 66.309 | XJ | 96230523 | 96230523-2 | 01/15/2025 | 2025 | 02/04/2025 | $10,000,000.00 | $8,500,000.00 |
| 66.309 | XJ | 96230923 | 96230923-3 | 01/16/2025 | 2025 | 02/21/2025 | $10,000,000.00 | $8,000,000.00 |

**J.A. 2515**

EPA_00318302

| n Amount | Unliquidated Obligation Amount |
|---|---|
| $47,554,718.96 | $2,148,017,060.04 |

| Obligation Amount | Obligation Drawdown Amount | Unliquidated Obligation Amount | Awarding Region Code | AAship | Project Start Date | Project End Date |
|---|---|---|---|---|---|---|
| $500,000.00 | $59,897.90 | $440,102.10 | EPA R1 | R01 | 04/01/2024 | 10/01/2026 |
| $500,000.00 | $0.00 | $500,000.00 | EPA R6 | R06 | 01/01/2025 | 12/31/2027 |
| $500,000.00 | $0.00 | $500,000.00 | EPA R6 | R06 | 12/15/2024 | 12/14/2027 |
| $500,000.00 | $0.00 | $500,000.00 | EPA R10 | R10 | 10/01/2024 | 09/30/2027 |
| $150,000.00 | $26,104.79 | $123,895.21 | EPA R2 | R02 | 07/01/2024 | 06/30/2027 |
| $500,000.00 | $42,687.04 | $457,312.96 | EPA R9 | R09 | 11/01/2024 | 10/31/2026 |
| $200,000.00 | $3,000.00 | $197,000.00 | EPA R9 | R09 | 07/01/2024 | 06/30/2027 |
| $150,000.00 | $150,000.00 | $0.00 | EPA R1 | R01 | 04/01/2024 | 03/31/2027 |
| $500,000.00 | $71,760.97 | $428,239.03 | EPA R5 | R05 | 07/01/2024 | 06/30/2027 |
| $500,000.00 | $96,083.98 | $403,916.02 | EPA R5 | R05 | 10/01/2024 | 09/30/2027 |
| $498,546.00 | $0.00 | $498,546.00 | EPA R6 | R06 | 12/01/2024 | 11/30/2027 |
| $500,000.00 | $0.00 | $500,000.00 | EPA R6 | R06 | 01/15/2025 | 01/14/2028 |
| $498,000.00 | $33,532.21 | $464,467.79 | EPA R10 | R10 | 09/01/2024 | 08/31/2027 |
| $500,000.00 | $0.00 | $500,000.00 | EPA R4 | R04 | 01/01/2025 | 12/31/2027 |
| $497,111.00 | $74,435.00 | $422,676.00 | EPA HQ | OEJECR | 10/01/2024 | 09/30/2026 |
| $500,000.00 | $9,074.00 | $490,926.00 | EPA R3 | R03 | 04/01/2024 | 03/31/2027 |
| $150,000.00 | $5,038.99 | $144,961.01 | EPA R3 | R03 | 11/01/2024 | 10/31/2026 |
| $500,000.00 | $0.00 | $500,000.00 | EPA R2 | R02 | 11/01/2024 | 10/31/2027 |
| $500,000.00 | $0.00 | $500,000.00 | EPA R9 | R09 | 01/01/2025 | 12/31/2027 |
| $500,000.00 | $0.00 | $500,000.00 | EPA R9 | R09 | 01/01/2025 | 12/31/2027 |
| $499,975.00 | $8,405.99 | $491,569.01 | EPA R9 | R09 | 01/01/2025 | 12/31/2027 |
| $500,000.00 | $0.00 | $500,000.00 | EPA R9 | R09 | 12/01/2024 | 01/01/2027 |
| $499,735.00 | $0.00 | $499,735.00 | EPA R9 | R09 | 01/01/2025 | 12/31/2027 |
| $500,000.00 | $0.00 | $500,000.00 | EPA R9 | R09 | 12/01/2024 | 11/30/2027 |
| $200,000.00 | $136,703.60 | $63,296.40 | EPA R10 | R10 | 02/01/2022 | 04/30/2025 |
| $154,982.00 | $0.00 | $154,982.00 | EPA R9 | R09 | 10/01/2024 | 10/31/2025 |
| $7,000,000.00 | $40,088.66 | $6,959,911.34 | EPA HQ | OEJECR | 01/01/2025 | 12/31/2029 |
| $6,000,000.00 | $175,761.13 | $5,824,238.87 | EPA R1 | R01 | 07/01/2024 | 06/30/2029 |
| $19,890.00 | $19,890.00 | $0.00 | EPA R4 | R04 | 09/01/2023 | 08/31/2025 |
| $8,000,000.00 | $1,522,688.97 | $6,477,311.03 | EPA R6 | R06 | 06/01/2023 | 05/31/2028 |
| $9,000,000.00 | $1,881,247.99 | $7,118,752.01 | EPA R10 | R10 | 06/01/2023 | 05/31/2028 |
| $9,000,000.00 | $2,129,416.61 | $6,870,583.39 | EPA R10 | R10 | 06/01/2023 | 05/31/2028 |
| $9,000,000.00 | $1,736,649.96 | $7,263,350.04 | EPA R4 | R04 | 03/01/2023 | 02/29/2028 |
| $8,500,000.00 | $1,712,588.88 | $6,787,411.12 | EPA R2 | OEJECR | 07/01/2023 | 06/30/2028 |
| $8,000,000.00 | $2,305,418.12 | $5,694,581.88 | EPA R2 | R02 | 07/01/2023 | 06/30/2028 |

EPA_00318303

| Applicant Name | Applicant State | UEI | Applicant Type |
|---|---|---|---|
| CHILDHOOD LEAD ACTION PROJECT | RI | W7MEUZQ1MY37 | Not for Profit |
| LOUISIANA BUCKET BRIGADE | LA | CB3DRTHJK6A3 | Not for Profit |
| hw7009 - HOUSTON WILDERNESS | TX | FX14LK7KL9H7 | Not for Profit |
| THE TRUST FOR PUBLIC LAND | CA | HN7CS4YNMBC4 | Not for Profit |
| THE BRONX IS BLOOMING | NY | X4MYE8H3B4B9 | Not for Profit |
| ENVIRONMENTAL HEALTH COALI | CA | LFMZD2MERLY3 | Not for Profit |
| REBUILD SUPERIOR, INC. | AZ | ZKY1QMXDHE56 | Not for Profit |
| MASSACHUSETTS COALITION FOR OCCUPATIONAL SAFETY AND HEALTH, INC. | MA | LVUJLK2GKHK7 | Not for Profit |
| COMMUNITY POWER | MN | PK39HKBBC4A1 | Not for Profit |
| METROPOLITAN TENANTS ORGANIZATION | IL | UJEGUAKUSRF6 | Not for Profit |
| daref1434 - Downwinders at Risk Education Fund | TX | YRZKBL5NQ894 | Not for Profit |
| null5598 - NATIONAL URBAN LEAGUE, INC. | NY | VD9ST5ZPM5P4 | Not for Profit |
| CENTER FOR INTERCULTURAL ORGANIZING | OR | C16ARLN8FA16 | Not for Profit |
| LOWCOUNTRY ALLIANCE FOR MODEL COMMUNITIES | SC | J63MD5AMAY83 | Not for Profit |
| CLEAN WATER FUND | DC | FR2MH7EJ2QN2 | Not for Profit |
| SHAMOKIN CREEK RESTORATION ALLIANCE | PA | YNM4HTNX5NK5 | Not for Profit |
| RESILIENT VIRGINIA | VA | YHCCVVNQUBX5 | Not for Profit |
| YOUTH MINISTRIES FOR PEACE AND JUSTICE, INC. | NY | W85WGJRUAL13 | Not for Profit |
| crc8097 - CLIMATE RESILIENT COMMUNITIES | CA | XJ76N787Z1M5 | Not for Profit |
| ONEOC | CA | ST8KJPET6WJ3 | Not for Profit |
| ca3121 - CANAL ALLIANCE | CA | Z27XHGWBM779 | Not for Profit |
| tlanlt8074 - THE LOS ANGELES NEIGHBORHOOD LAND TRUST | CA | ZE7MZ7CCRR25 | Not for Profit |
| abf6059 - ANZA-BORREGO FOUNDATION | CA | EXRXKFAHALM7 | Not for Profit |
| COUNCIL FOR WATERSHED HEALTH | CA | N6MNXMMWUU64 | Not for Profit |
| Confederated Tribes of the Colville Reservation | WA | NU9UAKLRDDP1 | Indian Tribe |
| FOOD BANK OF CONTRA COSTA AND SOLANO | CA | DJAPJ258KCM8 | Not for Profit |
| RESEARCH TRIANGLE INSTITUTE | NC | JJHCMK4NT5N3 | Not for Profit |
| UNIVERSITY OF CONNECTICUT | CT | WNTPS995QBM7 | State Institution of Higher Learning |
| JACKSON STATE UNIVERSITY | MS | WFVHMSF6BU45 | State Institution of Higher Learning |
| NEW MEXICO STATE UNIVERSITY | NM | J3M5GZAT8N85 | State Institution of Higher Learning |
| UNIVERSITY OF WASHINGTON | WA | HD1WMN6945W6 | State Institution of Higher Learning |
| WILLAMETTE PARTNERSHIP | OR | MN5SKK48HCE3 | Not for Profit |
| RESEARCH TRIANGLE INSTITUTE | NC | JJHCMK4NT5N3 | Not for Profit |
| Inter American University of Puerto Rico, Inc. | PR | JSFAKPEEWFC3 | Private University |
| WEST HARLEM ENVIRONMENTAL ACTION INC | NY | PB8TKKTU3AG3 | Not for Profit |

EPA_00318304

| Assistance Listing Code | Assistance Listing Description |
|---|---|
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.309 | Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice |
| 66.309 | Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice |
| 66.309 | Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice |
| 66.309 | Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice |
| 66.309 | Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice |
| 66.309 | Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice |
| 66.309 | Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice |
| 66.309 | Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice |
| 66.309 | Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice |

EPA_00318305

**Project Title**

Community-Based Lead Poisoning Prevention Project

Imagine St. James Parish

Super Trees for Sustainability-Alief: urban forestry through targeted large-scale native tree plantings, education on mitigation effects of targeted trees on extreme heat and other h

Madras Community Schoolyard Environmental Justice

Program for Leaders Advancing their Community's Environment (PLACE): Partnership Building for Program Expansion and Urban Forestry Workforce Development in Frontline C

INFLATION REDUCTION ACT - ENVIRONMENTAL JUSTICE COLLABORATIVE PROBLEM-SOLVING

Inflation Reduction Act - Environmental Justice Collaborative Problem-Solving

Student Organizing for Educational and Environmental Justice in Boston Public Schools (BPS)

Community Power EJ CPS 2023

MTO EJCPS 2024

Environmental Justice Governmental Grant

Urban Environmental Justice Collaborative Program

Oregon Climate Resilience

Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program

Learning to Live with Lead&mdash;Reducing Exposure in Environmental Justice Communities in Pennsylvania and Massachusetts

EJCPS Creation of Collaborative Partnership for the Greater Shamokin Area

Building Community Capacity for Climate Justice in Ward 2, Lynchburg VA

Youth Ministries for Peace and Justice (YMPJ)Bronx River Waterfront Redevelopment Health Impact Assessment

Inflation Reduction Act &ndash; Environmental Justice Collaborative Problem-Solving

Inflation Reduction Act &ndash; Environmental Justice Collaborative Problem-Solving

Inflation Reduction Act - Environmental Justice Collaborative Problem-Solving

Inflation Reduction Act &ndash; Environmental Justice Collaborative Problem-Solving

Inflation Reduction Act - Environmental Justice Collaborative Problem-Solving

Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program

EJCPS/ARP PM2.5 Monitoring for Upper Columbia River Communities

Environmental Justice Collaborative Problem-Solving - Vallejo Food Rescue Project

VISTA CEC - VISTA Clean Environment Core

Environmental Justice Thriving Communities Technical Assistance Center Region 1

Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice

South Central Environmental Justice Resource Center (SCEJRC) Thriving Communities Technical Assistance Center (TCTAC)

Pacific Northwest Environmental Justice Thriving Communities Center

Northwestern Environmental and Energy Justice TCTAC

Resource for Assistance and Community Training

EAGEL Engage and Assist Grassroots organizations for Environmental Energy Justice and Leadership capacity building for Region 2 EJ TCTAC

WE ACT for Environmental Justice proposes to lead and host an Environmental Justice Thriving Communities Technical Assistance Center for EPA Region 2.

EPA_00318306

**OMB Project Description**

This agreement will provide funding to Childhood Lead Action Project to implement an education, training and community engagement program to raise awareness of lead and inc
The Inflation Reduction Act (IRA) will allocate funding to the Louisiana Bucket Brigade for the purpose of executing environmental cleanup and weatherization initiatives. Specifical
This agreement provides funding of $500,000 to Houston Wilderness under the Inflation Reduction Act (IRA). This project, Super Trees for Sustainability-Alief, seeks to address th
The Trust for Public Land (TPL) is partnering with the school district, students, teachers, community organizations, and the Confederated Tribes of Warm Springs to design and cr
This agreement provides funding under the Inflation Reduction Act to The Bronx is Blooming. Through their Program for Leaders Advancing their Community's Environment (PLAC
The agreement provides funding to the Environmental Health Coalition (ECH). EHC's project will address the environmental injustice in the neighborhoods of Barrio Logan and Loc
The EJCPS agreement provides funding to Rebuild Superior, Inc. Specifically, grant funds will be used to cleanup properties on the behalf of the Town so it can place a lien on the
This Cooperative agreement is being awarded federal funding in the amount of $150,000 to Massachusetts Coalition for Occupational Safety and Health (MassCOSH) to train you
This agreement provides funding under the Inflation Reduction Act (IRA) to Community Power.  The recipient aims to address a central bottleneck in access for to the cost-savings
This agreement provides funding under the Inflation Reduction Act (IRA) to Metropolitan Tenants Organization (MTO). The recipient will train physicians, community health worker
This agreement provides funding under the Inflation Reduction Act (IRA) to Downwinders at Risk Education Fund. The recipient, along with the University Texas of Dallas (UTD), w
The Inflation Reduction Act (IRA) will allocate funding to the National Urban League (NUL), in launching a community-centered project to enhance climate resilience within Black/A
This agreement provides funding under the Inflation Reduction Act (IRA) to Center for Intercultural Organizing (CIO) doing business as (dba) Unite Oregon. The recipient will work
This action approves an award in the amount of $500,000 to provide funding to the Lowcountry Alliance for Model Communities (LAMC). The recipient will conduct robust engager
This agreement provides funding under the Inflation Reduction Act (IRA) to the Clean Water Fund. This agreement provides funding of $497,111 under the Inflation Reduction Act
This rebudget amendment revises the current budget for Shamokin Creek Restoration Alliance. The recipient is moving $145,341 from &quot;Contractual&quot; to &quot;Pe
This agreement provides funding of $150,000 under the Inflation Reduction Act (IRA) to Resilient Virginia. The project will build leadership capacity in communities disproportionat
This agreement provides funding under the Inflation Reduction Act (IRA) to Youth Ministries for Peace and Justice (YMPJ).  YMPJ will lead a formal community-driven Health Impa
This agreement provides funding under the Inflation Reduction Act (IRA) to Climate Resilient Communities. The recipient will focus on the San Francisco Bay Midpeninsula, which
This agreement provides funding under the Inflation Reduction Act (IRA) to OneOC.  The recipient will promote utilization of the existing California Department of Public Health&rs
This agreement provides funding under the Inflation Reduction Act (IRA) to Canal Alliance. The recipient's project is focused on the City of San Rafael&rsquo;s Canal District in Ma
This agreement provides funding under the Inflation Reduction Act (IRA) to the Los Angeles Neighborhood Land Trust. The LA Neighborhood Land Trust is a member of the cross
This agreement provides funding under the Inflation Reduction Act (IRA) to the non-profit organization, the Anza-Borrego Foundation. They are based in Borrego Springs, San Dieç
This assistance agreement provides Federal funding  to the Council for Watershed Health (CWH).  Specifically, the recipient will expand the capacity of ReDesign LA Community I
The purpose of this American Rescue Plan funded Environmental Justice Collaborative Problem Solving (EJCPS) cooperative agreement is to provide funding under section 103 c
The purpose of this Environmental Justice Collaborative Problem Solving (EJCPS) cooperative agreement is to provide funding under Section 8001(a) of the Solid Waste Disposal
This agreement provides funding under the Inflation Reduction Act 9 (IRA) to the Research Triangle Institute (RTI) in the amount of $7,000,000 as authorized by CAA 1300(b). In De
The agreement provides funding to the University of Connecticut. Specifically, the recipient will build capacity in New England (EPA Region 1) underserved and rural/remote comm
This action approves an award in the amount of $40,000 to Jackson State University (JSU). The purpose of this grant is for JSU to provide grant writing technical assistance to un
The agreement provides funding to New Mexico State University to lead an experienced team of community-based partners to create the South-Central Environmental Justice Res
The agreement provides funding to the University of Washington. Specifically, the recipient will provide technical assistance (TA) services to Region 10 program participants that w
The agreement provides funding to Willamette Partnership. The recipient will engage with underserved and rural communities across the Northwest United States to build capacity
This action provides funding in the amount of $3,000,000 for Research Triangle Institute (RTI) to provide meaningful engagement to underserved communities in the southeast reç
The agreement provides funding to Inter American University of Puerto Rico Metro Campus (IAUPR) to build the capacity of community stakeholder, local leaders, and community
The agreement provides funding to WE ACT for Environmental Justice to support Environmental Justice Programs through its Environmental Justice Thriving Communities Techni

EPA_00318307

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 66.309 | XJ | 98T65901 | 98T65901-2 | 12/19/2024 | | 2025 | 03/07/2025 | $9,999,979.00 | $8,100,000.00 |
| 66.312 | 52 | 00A01505 | 00A01505-1 | 11/27/2024 | | 2025 | | $1,000,000.00 | $1,000,000.00 |
| 66.312 | 52 | 02J58301 | 02J58301-0 | 10/18/2024 | | 2025 | | $1,050,000.00 | $1,050,000.00 |
| 66.312 | 52 | 96267200 | 96267200-0 | 12/11/2024 | | 2025 | | $1,000,000.00 | $1,000,000.00 |
| 66.312 | 52 | 96712501 | 96712501-1 | 02/05/2025 | | 2025 | | $1,000,000.00 | $1,000,000.00 |
| 66.312 | 52 | 97T22501 | 97T22501-0 | 12/05/2024 | | 2025 | | $1,000,000.00 | $1,000,000.00 |
| 66.312 | 52 | 98T89301 | 98T89301-0 | 11/26/2024 | | 2025 | | $1,050,000.00 | $1,050,000.00 |
| 66.312 | 5C | 95337501 | 95337501-1 | 12/02/2024 | | 2025 | | $980,350.00 | $980,350.00 |
| 66.312 | 5C | 96263900 | 96263900-0 | 01/08/2025 | | 2025 | | $1,000,000.00 | $1,000,000.00 |
| 66.312 | 5C | 98T90501 | 98T90501-0 | 11/20/2024 | | 2025 | | $1,000,000.00 | $1,000,000.00 |
| 66.312 | AJ | 00A01438 | 00A01438-1 | 12/20/2024 | | 2025 | | $1,000,000.00 | $1,000,000.00 |
| 66.312 | AJ | 03D04224 | 03D04224-0 | 07/19/2024 | | 2024 | 02/24/2025 | $1,000,000.00 | $1,000,000.00 |
| 66.312 | AJ | 96263800 | 96263800-0 | 10/31/2024 | | 2025 | | $1,000,000.00 | $1,000,000.00 |
| 66.312 | AJ | 96711601 | 96711601-2 | 12/30/2024 | | 2025 | | $1,000,000.00 | $1,000,000.00 |
| 66.312 | AK | 00E03633 | 00E03633-1 | 10/16/2024 | | 2025 | | $1,000,000.00 | $1,000,000.00 |
| 66.604 | EQ | 02D22522 | 02D22522-1 | 11/07/2024 | | 2025 | 08/21/2023 | $75,000.00 | $75,000.00 |
| 66.604 | EQ | 02J07001 | 02J07001-2 | 10/03/2024 | | 2025 | 10/23/2024 | $75,000.00 | $75,000.00 |
| 66.614 | EL | 00A01522 | 00A01522-1 | 02/14/2025 | | 2025 | | $100,000.00 | $100,000.00 |
| 66.615 | 5N | 00A01512 | 00A01512-0 | 01/03/2025 | | 2025 | | $52,000,000.00 | $52,000,000.00 |
| 66.615 | 5N | 00I50002 | 00I50002-1 | 12/19/2024 | | 2025 | 02/21/2025 | $52,000,000.00 | $52,000,000.00 |
| 66.615 | 5N | 01E03682 | 01E03682-1 | 12/20/2024 | | 2025 | | $52,000,000.00 | $52,000,000.00 |
| 66.615 | 5N | 02F5550B | 02F5550B-0 | 12/18/2024 | | 2025 | | $55,082,753.00 | $55,082,753.00 |
| 66.615 | 5N | 02J63901 | 02J63901-1 | 12/20/2024 | | 2025 | 03/05/2025 | $52,000,000.00 | $52,000,000.00 |
| 66.615 | 5N | 84082901 | 84082901-0 | 12/27/2024 | | 2025 | 03/06/2025 | $48,000,000.00 | $48,000,000.00 |
| 66.615 | 5N | 84084101 | 84084101-0 | 07/16/2024 | | 2024 | 02/20/2025 | $25,000,000.00 | $25,000,000.00 |
| 66.615 | 5N | 84084201 | 84084201-0 | 01/08/2025 | | 2025 | 02/20/2025 | $95,000,000.00 | $95,000,000.00 |
| 66.615 | 5N | 95341401 | 95341401-2 | 12/27/2024 | | 2025 | 02/10/2025 | $52,000,000.00 | $52,000,000.00 |
| 66.615 | 5N | 96265602 | 96265602-0 | 01/15/2025 | | 2025 | 01/23/2025 | $52,000,000.00 | $52,000,000.00 |
| 66.615 | 5N | 98T97502 | 98T97502-1 | 12/12/2024 | | 2025 | | $52,000,000.00 | $52,000,000.00 |
| 66.616 | 5F | 00A01479 | 00A01479-0 | 01/17/2025 | | 2025 | | $20,000,000.00 | $20,000,000.00 |
| 66.616 | 5F | 00A01540 | 00A01540-0 | 11/27/2024 | | 2025 | 03/07/2025 | $19,989,241.00 | $19,989,241.00 |
| 66.616 | 5F | 00A01704 | 00A01704-0 | 01/08/2025 | | 2025 | 03/05/2025 | $18,710,533.00 | $18,710,533.00 |
| 66.616 | 5F | 00A01863 | 00A01863-0 | 01/16/2025 | | 2025 | | $3,000,000.00 | $3,000,000.00 |
| 66.616 | 5F | 00E04015 | 00E04015-0 | 11/26/2024 | | 2025 | 03/06/2025 | $17,810,277.00 | $17,810,277.00 |
| 66.616 | 5F | 00E04016 | 00E04016-0 | 12/05/2024 | | 2025 | 03/07/2025 | $20,000,000.00 | $20,000,000.00 |
| 66.616 | 5F | 00E04017 | 00E04017-0 | 12/04/2024 | | 2025 | 03/07/2025 | $3,000,000.00 | $3,000,000.00 |
| 66.616 | 5F | 00E04043 | 00E04043-0 | 12/04/2024 | | 2025 | 02/20/2025 | $18,898,518.00 | $18,898,518.00 |
| 66.616 | 5F | 00E04044 | 00E04044-0 | 12/04/2024 | | 2025 | 02/21/2025 | $20,358,302.00 | $20,358,302.00 |
| 66.616 | 5F | 00E04045 | 00E04045-0 | 12/04/2024 | | 2025 | | $20,000,000.00 | $20,000,000.00 |
| 66.616 | 5F | 00E04046 | 00E04046-0 | 12/05/2024 | | 2025 | 03/05/2025 | $2,754,952.00 | $2,754,952.00 |
| 66.616 | 5F | 00E04057 | 00E04057-0 | 01/07/2025 | | 2025 | 03/05/2025 | $2,166,564.00 | $2,166,564.00 |
| 66.616 | 5F | 00E04058 | 00E04058-0 | 01/07/2025 | | 2025 | | $20,000,000.00 | $20,000,000.00 |

EPA_00318308

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| $8,100,000.00 | $2,299,263.43 | $5,800,736.57 | EPA R9 | R09 | 06/01/2023 | 05/30/2028 |
| $1,000,000.00 | $0.00 | $1,000,000.00 | EPA R1 | R01 | 10/01/2024 | 09/30/2027 |
| $1,050,000.00 | $0.00 | $1,050,000.00 | EPA R10 | R10 | 10/01/2024 | 09/30/2026 |
| $1,000,000.00 | $0.00 | $1,000,000.00 | EPA R2 | R02 | 12/15/2024 | 12/14/2027 |
| $1,000,000.00 | $0.00 | $1,000,000.00 | EPA R7 | R07 | 08/01/2024 | 07/31/2027 |
| $1,000,000.00 | $0.00 | $1,000,000.00 | EPA R9 | R09 | 01/01/2025 | 12/31/2026 |
| $1,050,000.00 | $0.00 | $1,050,000.00 | EPA R9 | R09 | 01/02/2025 | 01/01/2028 |
| $980,350.00 | $0.00 | $980,350.00 | EPA R3 | R03 | 06/01/2024 | 05/31/2027 |
| $1,000,000.00 | $0.00 | $1,000,000.00 | EPA R2 | R02 | 02/01/2025 | 01/31/2028 |
| $1,000,000.00 | $0.00 | $1,000,000.00 | EPA R9 | R09 | 12/01/2024 | 11/30/2027 |
| $1,000,000.00 | $0.00 | $1,000,000.00 | EPA R1 | R01 | 12/16/2024 | 12/15/2027 |
| $1,000,000.00 | $28,967.15 | $971,032.85 | EPA R4 | R04 | 04/01/2024 | 03/31/2027 |
| $1,000,000.00 | $0.00 | $1,000,000.00 | EPA R2 | R02 | 10/01/2024 | 09/30/2027 |
| $1,000,000.00 | $0.00 | $1,000,000.00 | EPA R7 | R07 | 06/01/2024 | 05/31/2027 |
| $1,000,000.00 | $0.00 | $1,000,000.00 | EPA R5 | R05 | 04/01/2024 | 03/31/2027 |
| $75,000.00 | $2,500.00 | $72,500.00 | EPA R4 | R04 | 04/01/2023 | 12/31/2025 |
| $75,000.00 | $44,804.20 | $30,195.80 | EPA R10 | R10 | 10/01/2022 | 09/23/2025 |
| $100,000.00 | $0.00 | $100,000.00 | EPA R1 | R01 | 09/01/2024 | 12/31/2025 |
| $52,000,000.00 | $0.00 | $52,000,000.00 | EPA R1 | R01 | 01/01/2025 | 12/31/2027 |
| $52,000,000.00 | $795.15 | $51,999,204.85 | EPA R8 | OEJECR | 01/01/2025 | 12/31/2027 |
| $52,000,000.00 | $0.00 | $52,000,000.00 | EPA R5 | OEJECR | 10/01/2024 | 09/30/2027 |
| $55,082,753.00 | $0.00 | $55,082,753.00 | EPA R6 | R06 | 01/01/2025 | 12/31/2027 |
| $52,000,000.00 | $27,133.89 | $51,972,866.11 | EPA R10 | OEJECR | 11/01/2024 | 10/31/2027 |
| $48,000,000.00 | $168,425.63 | $47,831,574.37 | EPA HQ | OEJECR | 01/01/2025 | 12/31/2027 |
| $25,000,000.00 | $2,766,147.79 | $22,233,852.21 | EPA HQ | OEJECR | 02/01/2024 | 01/31/2027 |
| $95,000,000.00 | $230,643.29 | $94,769,356.71 | EPA HQ | OEJECR | 01/01/2025 | 12/31/2027 |
| $52,000,000.00 | $36,762.52 | $51,963,237.48 | EPA R3 | R03 | 08/01/2024 | 07/31/2027 |
| $52,000,000.00 | $1.00 | $51,999,999.00 | EPA R2 | R02 | 01/02/2025 | 01/01/2028 |
| $52,000,000.00 | $0.00 | $52,000,000.00 | EPA R9 | R09 | 01/06/2025 | 01/05/2028 |
| $20,000,000.00 | $0.00 | $20,000,000.00 | EPA R1 | R01 | 04/01/2025 | 03/31/2028 |
| $19,989,241.00 | $7,022.72 | $19,982,218.28 | EPA R1 | R01 | 01/01/2025 | 12/31/2027 |
| $18,710,533.00 | $32,612.00 | $18,677,921.00 | EPA R1 | R01 | 01/01/2025 | 12/31/2027 |
| $3,000,000.00 | $0.00 | $3,000,000.00 | EPA R1 | R01 | 01/01/2025 | 12/31/2027 |
| $17,810,277.00 | $470,393.33 | $17,339,883.67 | EPA R5 | R05 | 10/01/2024 | 09/30/2027 |
| $20,000,000.00 | $10,200.00 | $19,989,800.00 | EPA R5 | R05 | 01/01/2025 | 12/30/2027 |
| $3,000,000.00 | $1,510.00 | $2,998,490.00 | EPA R5 | R05 | 01/01/2025 | 12/31/2027 |
| $18,898,518.00 | $40,103.00 | $18,858,415.00 | EPA R5 | R05 | 01/01/2025 | 12/31/2027 |
| $20,358,302.00 | $4,884,632.62 | $15,473,669.38 | EPA R5 | R05 | 12/01/2024 | 11/30/2027 |
| $20,000,000.00 | $0.00 | $20,000,000.00 | EPA R5 | R05 | 03/17/2025 | 03/16/2028 |
| $2,754,952.00 | $8,548.65 | $2,746,403.35 | EPA R5 | R05 | 02/01/2025 | 01/31/2028 |
| $2,166,564.00 | $339.79 | $2,166,224.21 | EPA R5 | R05 | 02/01/2025 | 01/31/2028 |
| $20,000,000.00 | $0.00 | $20,000,000.00 | EPA R5 | R05 | 02/01/2025 | 01/31/2028 |

**J.A. 2522**

| UNIVERSITY OF ARIZONA | AZ | ED44Y3W6P7B9 | State Institution of Higher Learning |
|---|---|---|---|
| BOSTON, CITY OF | MA | LJDLU7EA4SK1 | Municipal |
| TACOMA PUBLIC SCHOOLS | WA | KTERSDJ44S58 | Independent School District |
| CITY OF ROCHESTER CITY HALL | NY | CU87RABY53C9 | Municipal |
| CITY OF KANSAS CITY | MO | JY2DYJXPQW56 | Municipal |
| SAN JOSE, CITY OF | CA | QUA4AULJ8FM3 | Municipal |
| GILA COUNTY, AZ | AZ | C8EKKJK67XB1 | County |
| COUNTY OF ARLINGTON | VA | V9LLM9AGRPB7 | County |
| CITY OF NEWARK CITY HALL | NJ | JGDDJDL5BM13 | Municipal |
| COUNTY OF LOS ANGELES | CA | ZLJUW5L9K685 | County |
| DEPT OF ENERGY & ENVIRONMENTAL PROTECTION | CT | VZA5GCYZBJA7 | State |
| STATE OF NORTH CAROLINA DEPARTMENT OF HEALTH & HUMAN SERVICES | NC | DKT3LLBWFVL3 | State |
| HOUSING TRUST FUND CORP | NY | WLNYVLMWZ9V6 | State |
| KANSAS DEPARTMENT OF HEALTH & ENVIRONMENT | KS | CGSTLVM57LM5 | State |
| PRAIRIE ISLAND INDIAN COMMUNITY | MN | ZXWAV8U3K5E4 | Indian Tribe |
| GASP | AL | HZMJEKASHBQ7 | Not for Profit |
| YAKUTAT TLINGIT TRIBE | AK | UDYDUTE6LU94 | Indian Tribe |
| SOUTHCOAST COMMUNITY FOUNDATION INC | MA | J5A9WPZLESL1 | Not for Profit |
| HEALTH RESOURCES IN ACTION, INC. | MA | FPD3JRJ61WJ2 | Not for Profit |
| JSI RESEARCH & TRAINING INSTITUTE INC | MA | LKTNULLR6FL6 | Not for Profit |
| MINNEAPOLIS FOUNDATION | MN | FVP7MYH59L76 | Not for Profit |
| TEXAS SOUTHERN UNIVERSITY | TX | HYYJJ5ZP7CR9 | State Institution of Higher Learning |
| PHILANTHROPY NORTHWEST | WA | CFDJSA2KV151 | Not for Profit |
| INSTITUTE FOR SUSTAINABLE COMMUNITIES | VT | J1DEYVM9BXE8 | Not for Profit |
| RESEARCH TRIANGLE INSTITUTE | NC | JJHCMK4NT5N3 | Not for Profit |
| RESEARCH TRIANGLE INSTITUTE | NC | JJHCMK4NT5N3 | Not for Profit |
| GREEN & HEALTHY HOMES INITIATIVE INC | MD | HYQKKGCH7XZ5 | Not for Profit |
| FORDHAM UNIVERSITY | NY | ECESTN2SSVH1 | Private University |
| SOCIAL AND ENVIRONMENTAL ENTREPRENEURS (SEE), INC. | CA | VCAASEEZRM59 | Not for Profit |
| City of New Haven | CT | K8WBCLJ9DVD8 | Municipal |
| SPRINGFIELD, CITY OF | MA | CKWEXLA12KD3 | Municipal |
| rifpc8297 - Rhode Island Food Policy Council | RI | CUHNPN791947 | Not for Profit |
| JSI RESEARCH & TRAINING INSTITUTE INC | MA | LKTNULLR6FL6 | Not for Profit |
| tmhs8458 - METROHEALTH SYSTEM, THE | OH | FM8VV9SAL6M3 | County |
| INTER-TRIBAL COUNCIL OF MICHIGAN INC | MI | YJ5ELTTDBKM7 | Indian Tribe |
| INTER-TRIBAL COUNCIL OF MICHIGAN INC | MI | YJ5ELTTDBKM7 | Indian Tribe |
| KALAMAZOO COUNTY BOARD-COMMS | MI | FGGYA2KMEK67 | County |
| e8241 - ECOWORKS | MI | ZU2FS7ZL6DQ2 | Not for Profit |
| CITY OF EVANSVILLE | IN | JJE9WRMGGUN5 | Municipal |
| FRIENDS OF THE CHICAGO RIVER | IL | GMFBUKBE1XM4 | Not for Profit |
| GROUNDWORK USA INC | MA | KCGWHRHKLLB5 | Not for Profit |
| smc6045 - SOUTHWESTERN MICHIGAN COMMISSION | MI | EGNZBHC8Z1F3 | Not for Profit |

EPA_00318310

| 66.309 | Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice |
|--------|--------|
| 66.312 | State Environmental Justice Cooperative Agreement Program |
| 66.312 | State Environmental Justice Cooperative Agreement Program |
| 66.312 | State Environmental Justice Cooperative Agreement Program |
| 66.312 | State Environmental Justice Cooperative Agreement Program |
| 66.312 | State Environmental Justice Cooperative Agreement Program |
| 66.312 | State Environmental Justice Cooperative Agreement Program |
| 66.312 | State Environmental Justice Cooperative Agreement Program |
| 66.312 | State Environmental Justice Cooperative Agreement Program |
| 66.312 | State Environmental Justice Cooperative Agreement Program |
| 66.312 | State Environmental Justice Cooperative Agreement Program |
| 66.312 | State Environmental Justice Cooperative Agreement Program |
| 66.312 | State Environmental Justice Cooperative Agreement Program |
| 66.312 | State Environmental Justice Cooperative Agreement Program |
| 66.312 | State Environmental Justice Cooperative Agreement Program |
| 66.604 | Environmental Justice Small Grant Program |
| 66.604 | Environmental Justice Small Grant Program |
| 66.614 | Direct Financial Assistance to Community Service Providers to support Environmental Justice Activities |
| 66.615 | Environmental Justice Communities Pass-through Funder Program (EJCPF) |
| 66.615 | Environmental Justice Communities Pass-through Funder Program (EJCPF) |
| 66.615 | Environmental Justice Communities Pass-through Funder Program (EJCPF) |
| 66.615 | Environmental Justice Communities Pass-through Funder Program (EJCPF) |
| 66.615 | Environmental Justice Communities Pass-through Funder Program (EJCPF) |
| 66.615 | Environmental Justice Communities Pass-through Funder Program (EJCPF) |
| 66.615 | Environmental Justice Communities Pass-through Funder Program (EJCPF) |
| 66.615 | Environmental Justice Communities Pass-through Funder Program (EJCPF) |
| 66.615 | Environmental Justice Communities Pass-through Funder Program (EJCPF) |
| 66.615 | Environmental Justice Communities Pass-through Funder Program (EJCPF) |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |

EPA_00318311

| |
|---|
| Special Purpose Activities Related To Environmental Justice |
| Electric Stove Replacement Program |
| Environmental Justice at Larchmont Elementary |
| Home Electrification and Revitalization Opportunity (HERO) Program |
| Lead in Soils Mitigation Project |
| Inflation Reduction Act - Environmental Justice Government-to-Government |
| Inflation Reduction Act - Environmental Justice Government-to-Government |
| Energy-Health-Equity Project |
| Workforce Development for mitigating air quality, urban heat island, and stormwater issues in Newark |
| Inflation Reduction Act - Environmental Justice Government to Government |
| Connecticut Environmental Justice Government To Government (EJG2G) Grant Application |
| Environmental Justice Government-to-Government (EJG2G) Program |
| Ensuring a Just Transition in Southwest Brooklyn, NY: Planning, Engagement, Design in Sunset Park and Red Hook |
| Placemaking to address food equity and environmental sustainability in Southeast Kansas |
| Prairie Island G2G Tribal Home Energy Project |
| Environmental Justice Small Grant Program |
| Yakutat Subsistence Consumption Assessment |
| Access2Opportunity Forum Initiative 2024-2025 |
| Grantmaker - Subsequent Award |
| EJ-TCGM Subsequent Award - Mountains and Plains Environmental Justice Grants Hub |
| Environmental Justice Thriving Communities Grantmaker Program (EJ TCGM) |
| EJ-TCGM Subsequent Award - Region 6 The Bullard Center for Environmental and Climate Justice at Texas Southern University |
| Northwest Network for Environmental Justice-Subsequent Award |
| Institute for Sustainable Communities Nat'l GM - Subsequent Award |
| Research Triangle Institute (RTI) - Grantmaker - Initial Award |
| RTI Thriving Communities Grantmaker: Subsequent Award |
| TCGM Subsequent Award - Green &amp; Healthy Homes Initiative will act as pass-through entity for EPA's EJ Thriving Communities Grantmaking Program, R3 GM |
| Grantmaker - Subsequent Award |
| Inflation Reduction Act - Environmental Justice Thriving Communities |
| Elm City Climate Collaborative |
| Green and Resilient Springfield |
| From Food Waste to Opportunity: A Path toward Climate, Environmental, &amp; Economic Justice in Rhode Island |
| Enhancing Equitable Community Engagement in Governance for Environmental and Climate Justice in East Boston (EJ Engaged East Boston) |
| Asthma, Indoor Air Pollution and Greenhouse Gas Emissions |
| Making Michigan Tribal Homes &amp; Buildings Efficient, Healthy, and Resilient |
| Michigan Tribal and State Wild Rice Stewardship |
| Holistic Healthy Homes in Kalamazoo County: Delivering Energy Efficiency Measures, Increasing Resiliency, and Improving Air Quality in Existing Housing Stock |
| Detroit Community Resilience Hub Initiative |
| Moving Evansville Toward A Healthier Future |
| Establishing a Climate Just Future in Chicago by Collaborating through the River Ecology and Governance Task Force |
| Climate Safe Great Lakes | Building Resident Capacity To Collaboratively Advance Community Climate Adaptation Priorities |
| CCG 2024 Benton Harbor Neighborhood Resilience Hubs |

EPA_00318312

The Western Environmental Science Technical Assistance Center for Environmental Justice (WEST EJ Center) or Environmental Justice Thriving Communities Technical Assistar
The agreement provides funding to the City of Boston. Specifically, the recipient will partner with Codman Square Neighborhood Development Corporation and the Boston Housing
The Larchmont Community Schoolyard is a joint e&#64256;ort between Tacoma Public Schools, Trust for Public Land, and the community to transform the schoolyard from aspha
The agreement under the Inflation Reduction Act provides funding to City of Rochester New York. Specifically, the recipient will fund energy audits and the installation of electric ap
This agreement provides funding under the Inflation Reduction Act (IRA). The agreement provides funding to Kansas City Missouri (KCMO) and their partner Community Based O
This agreement provides funding under the Inflation Reduction Act (IRA). The agreement provides funding to the City of San Jose. The City of San Jos&eacute; is one of five cities
The Copper Corridor&rsquo;s environmental injustices stem from historic mining activities and an archaic mining tax structure that benefits more populated communities in Arizon
The County proposes the Energy-Health-Equity Project (EHE Project, or Project), which will create two technical resources: a decision-support tool and a comprehensive financing
This agreement provides funding under the Inflation Reduction Act (IRA). This agreement provides funding to City of Newark in New Jersey and comprises a training, monitoring a
This agreement provides funding under the Inflation Reduction Act (IRA). The agreement provides funding to the County of Los Angeles. Specifically, the Los Angeles County Publi
The agreement provides funding to The Connecticut Department of Energy and Environmental Protection (CT DEEP). The recipient will initiate a new program to work with disadva
This action approves an award in the amount of $1,000,000 to the North Carolina Department of Health and Human Services to implement its own project to Address Private Well
The agreement provides funding to Resilient Homes and Communities. Specifically, the recipient will use the finding for Climate resiliency and adaptation planning, community eng
The agreement provides funding to Kansas Department of Health and Environment. Specifically, the recipient will implement meaningful environmental and public health strategies
This agreement provides funding under Consolidated Appropriations. The agreement provides funding to Prairie Island Indian Community. Specifically, the recipient will utilize con
This action approves an award in the amount of $75,000 to support GASP to launch a community needs assessment survey to gauge residents health concerns and deploy at leas
The purpose of the Yakutat Subsistence Consumption Assessment project is to strengthen the Yakutat Tlingit Tribes&rsquo;ability to participate in developing water quality standar
This cooperative agreement provides funding to the Community Foundation of Southeastern Massachusetts and the Old Bedford Village Development, a community-based nonpro
This agreement provides funding under the Inflation Reduction Act (IRA) to Health Resources in Action (HRA). The recipient is a Regional Grantmaker and the purpose of this awa
This agreement provides funding under the Inflation Reduction Act (IRA) to JSI Research &amp; Training Institute. The recipient is the Regional Grantmaker for Region 8 JSI, toge
This agreement provides funding under the Inflation Reduction Act (IRA) to The Minneapolis Foundation.  The recipient is a Regional Grantmaker. This proposed funding request i
This agreement provides funding under the Inflation Reduction Act (IRA) to Texas Southern University. The recipient is a Regional Grantmaker (RGM), in collaboration with Achiev
OEJECR is providing within-scope supplemental funding to address additional Quality Assurance (QA) costs as well as provide funding for additional meaningful outreach and gap
This agreement provides funding under the Inflation Reduction Act (IRA) to the Institute for Sustainable Communities (ISC) in the amount of $48,000,000, as part of a bifurcated a
The purpose of the Environmental Protection Agency's (EPA) Thriving Communities Grantmaking Program ( EJ TCGM ) is to transform disadvantaged and underserved communi
Research Triangle institute (RTI) will utilize the Subsequent Award totaling $95,000,000 in EJ TCGM funding to serve as one of eleven Grantmaker organizations that are charged
This assistance agreement provides funding under the Inflation Reduction Act to Green and Healthy Homes Initiative, a Regional Grantmaker. This program funds communi
This agreement provides funding under the Inflation Reduction Act to Fordham University to support nonprofit organizations and organizations representing disadvantaged commu
This agreement provides funding under the Inflation Reduction Act to Social and Environmental Entrepreneurs (S.E.E.). The recipient is a Regional Grantmaker that will receive $10 million in supplemental funds to
This agreement provides funding under the Inflation Reduction Act (IRA), to the City of New Haven Office of Climate and Sustainability and their Statutory Partner, the Greater Dw
This agreement provides funding under the Inflation Reduction Act (IRA) to the City of Springfield, Massachusetts. Specifically, the recipient will collaborate with various nonprofit o
This agreement provides funding under the Inflation Reduction Act (IRA) to the Rhode Island Food Policy Council (RIFPC). Specifically the project will reduce food waste, increase
This agreement provides funding under the Inflation Reduction Act (IRA) to John Snow Institute (JSI) Research &amp; Training Institute, Inc. to enhance community input into loca
This agreement provides funding under the Inflation Reduction Act (IRA) to the MetroHealth System. Specifically, the project will identify 1,200 greater Cleveland-area househo
This agreement provides funding under the Inflation Reduction Act (IRA) to The Inter-Tribal Council of Michigan, Inc. (ITCMI) to conduct Community Change Grant (CCG) Track I:
This agreement provides funding under the Inflation Reduction Act (IRA) to the Inter-Tribal Council of Michigan, Inc.  Specifically, the project will enable the meaningful engagemer
This agreement provides funding under the Inflation Reduction Act (IRA) to Kalamazoo County Government. Specifically, the project will focus on reducing greenhouse gas emissio
This agreement provides funding under the Inflation Reduction Act (IRA) to EcoWorks. Specifically, the project will transform 20 houses of worship and food assistance programs
This agreement provides funding under the Inflation Reduction Act (IRA) to the City of Evansville to implement the Moving Evansville Towards a Healthier Future Project.  Specific
This agreement provides funding under the Inflation Reduction Act (IRA) to Friends of the Chicago River. Specifically, the project will ensure community organizations are working
This agreement provides funding under the Inflation Reduction Act (IRA) to Groundwork USA, INC.. Specifically, the project will; utilize their developed community-centered, data ir
This agreement provides funding under the Inflation Reduction Act (IRA) to Southwestern Michigan Commission. Specifically, the project will: Transform the Bobo Brazil Communi

EPA_00318313

| 66.616 | 5F | 00E05002 | 00E05002-0 | 12/06/2024 | 2025 | 03/10/2025 | $3,000,000.00 | $3,000,000.00 |
|---|---|---|---|---|---|---|---|---|
| 66.616 | 5F | 00E05003 | 00E05003-0 | 12/04/2024 | 2025 | 03/06/2025 | $21,994,500.00 | $10,000,000.00 |
| 66.616 | 5F | 00E05004 | 00E05004-0 | 12/11/2024 | 2025 | 03/06/2025 | $3,286,442.00 | $3,286,422.00 |
| 66.616 | 5F | 00E05005 | 00E05005-0 | 12/05/2024 | 2025 | 02/21/2025 | $20,232,335.00 | $20,232,335.00 |
| 66.616 | 5F | 00E05006 | 00E05006-0 | 11/26/2024 | 2025 | 02/20/2025 | $21,652,072.00 | $21,652,072.00 |
| 66.616 | 5F | 00E05007 | 00E05007-0 | 12/20/2024 | 2025 | | $19,999,268.00 | $19,999,268.00 |
| 66.616 | 5F | 00I34500 | 00I34500-0 | 01/07/2025 | 2025 | | $20,000,000.00 | $20,000,000.00 |
| 66.616 | 5F | 00I34600 | 00I34600-0 | 01/10/2025 | 2025 | 01/29/2025 | $19,949,725.00 | $19,949,725.00 |
| 66.616 | 5F | 00I40400 | 00I40400-0 | 12/19/2024 | 2025 | 02/21/2025 | $20,058,601.00 | $20,058,601.00 |
| 66.616 | 5F | 02F65701 | 02F65701-0 | 11/26/2024 | 2025 | | $19,999,998.00 | $19,999,998.00 |
| 66.616 | 5F | 02F74301 | 02F74301-0 | 11/25/2024 | 2025 | 01/30/2025 | $19,944,575.00 | $19,944,575.00 |
| 66.616 | 5F | 02F76501 | 02F76501-1 | 02/06/2024 | 2025 | 02/26/2025 | $18,780,805.00 | $18,780,805.00 |
| 66.616 | 5F | 02F76601 | 02F76601-0 | 11/22/2024 | 2025 | | $19,994,586.00 | $19,994,586.00 |
| 66.616 | 5F | 02F76901 | 02F76901-1 | 12/17/2024 | 2025 | 03/04/2025 | $20,000,000.00 | $20,000,000.00 |
| 66.616 | 5F | 02F78401 | 02F78401-0 | 12/20/2024 | 2025 | 02/20/2025 | $12,704,048.00 | $12,704,048.00 |
| 66.616 | 5F | 02F78701 | 02F78701-0 | 12/21/2024 | 2025 | 02/28/2025 | $3,015,485.00 | $3,015,485.00 |
| 66.616 | 5F | 02F80001 | 02F80001-0 | 01/13/2025 | 2025 | 03/03/2025 | $2,987,385.00 | $2,987,385.00 |
| 66.616 | 5F | 02F80101 | 02F80101-0 | 01/17/2025 | 2025 | 02/26/2025 | $19,999,999.00 | $19,999,999.00 |
| 66.616 | 5F | 02J85001 | 02J85001-0 | 12/20/2024 | 2025 | | $19,555,386.00 | $19,555,386.00 |
| 66.616 | 5F | 02J85101 | 02J85101-0 | 12/04/2024 | 2025 | 01/27/2025 | $16,465,618.00 | $16,465,618.00 |
| 66.616 | 5F | 02J85301 | 02J85301-0 | 12/04/2024 | 2025 | 01/31/2025 | $19,921,731.00 | $19,921,731.00 |
| 66.616 | 5F | 02J88401 | 02J88401-0 | 12/05/2024 | 2025 | | $20,000,000.00 | $20,000,000.00 |
| 66.616 | 5F | 02J88501 | 02J88501-0 | 12/05/2024 | 2025 | 02/19/2025 | $20,030,841.00 | $20,030,841.00 |
| 66.616 | 5F | 02J88601 | 02J88601-0 | 12/02/2024 | 2025 | | $3,137,855.00 | $3,137,855.00 |
| 66.616 | 5F | 02J91701 | 02J91701-0 | 12/23/2024 | 2025 | | $8,932,979.00 | $8,932,979.00 |
| 66.616 | 5F | 02J91801 | 02J91801-0 | 12/10/2024 | 2025 | 03/04/2025 | $19,989,160.00 | $19,989,160.00 |
| 66.616 | 5F | 02J91901 | 02J91901-0 | 12/17/2024 | 2025 | | $20,000,000.00 | $20,000,000.00 |
| 66.616 | 5F | 02J92801 | 02J92801-0 | 12/05/2024 | 2025 | | $19,455,772.00 | $19,455,772.00 |
| 66.616 | 5F | 02J95201 | 02J95201-0 | 12/26/2024 | 2025 | | $19,826,233.00 | $19,826,233.00 |
| 66.616 | 5F | 02J95301 | 02J95301-0 | 12/23/2024 | 2025 | 03/07/2025 | $16,340,887.00 | $16,340,887.00 |
| 66.616 | 5F | 02J95401 | 02J95401-0 | 01/10/2025 | 2025 | | $19,990,020.00 | $19,990,020.00 |
| 66.616 | 5F | 02J95501 | 02J95501-0 | 12/26/2024 | 2025 | | $2,904,935.00 | $2,904,935.00 |
| 66.616 | 5F | 02J95601 | 02J95601-0 | 01/13/2025 | 2025 | | $19,998,693.00 | $19,998,693.00 |
| 66.616 | 5F | 02J95701 | 02J95701-0 | 12/27/2024 | 2025 | 02/21/2025 | $19,983,378.00 | $19,983,378.00 |
| 66.616 | 5F | 02J95801 | 02J95801-0 | 01/10/2025 | 2025 | | $20,000,000.00 | $20,000,000.00 |
| 66.616 | 5F | 03D25324 | 03D25324-0 | 12/02/2024 | 2025 | 03/10/2025 | $19,960,040.00 | $19,960,040.00 |
| 66.616 | 5F | 03D25424 | 03D25424-0 | 12/05/2024 | 2025 | 02/24/2025 | $14,443,306.00 | $14,443,306.00 |

EPA_00318314

| | | | | | | |
|---|---|---|---|---|---|---|
| $3,000,000.00 | $134,462.74 | $2,865,537.26 | EPA R5 | R05 | 10/01/2024 | 09/30/2027 |
| $10,000,000.00 | $7,746,104.00 | $2,253,896.00 | EPA R5 | R05 | 04/01/2024 | 03/31/2027 |
| $3,286,422.00 | $1,578.98 | $3,284,843.02 | EPA R5 | R05 | 12/01/2024 | 11/30/2027 |
| $20,232,335.00 | $1,210,706.01 | $19,021,628.99 | EPA R5 | R05 | 12/01/2024 | 11/30/2027 |
| $21,652,072.00 | $35,841.99 | $21,616,230.01 | EPA R5 | R05 | 12/01/2024 | 11/30/2027 |
| $19,999,268.00 | $0.00 | $19,999,268.00 | EPA R5 | R05 | 03/01/2025 | 02/29/2028 |
| $20,000,000.00 | $0.00 | $20,000,000.00 | EPA R8 | R08 | 01/13/2025 | 01/12/2028 |
| $19,949,725.00 | $470,023.00 | $19,479,702.00 | EPA R8 | R08 | 01/15/2025 | 01/14/2028 |
| $20,058,601.00 | $7,525.67 | $20,051,075.33 | EPA R8 | R08 | 01/10/2025 | 12/31/2027 |
| $19,999,998.00 | $0.00 | $19,999,998.00 | EPA R6 | R06 | 03/01/2025 | 02/29/2028 |
| $19,944,575.00 | $230,965.00 | $19,713,610.00 | EPA R6 | R06 | 12/01/2024 | 11/30/2027 |
| $18,780,805.00 | $25,845.88 | $18,754,959.12 | EPA R6 | OEJECR | 01/01/2025 | 12/31/2027 |
| $19,994,586.00 | $0.00 | $19,994,586.00 | EPA R6 | R06 | 01/01/2025 | 12/31/2027 |
| $20,000,000.00 | $201,055.63 | $19,798,944.37 | EPA R6 | OEJECR | 01/01/2025 | 12/31/2027 |
| $12,704,048.00 | $1,608,223.66 | $11,095,824.34 | EPA R6 | R06 | 01/01/2025 | 12/31/2027 |
| $3,015,485.00 | $40,372.32 | $2,975,112.68 | EPA R6 | R06 | 01/01/2025 | 12/31/2027 |
| $2,987,385.00 | $28,515.00 | $2,958,870.00 | EPA R6 | R06 | 02/01/2025 | 01/31/2028 |
| $19,999,999.00 | $3,544,191.16 | $16,455,807.84 | EPA R6 | R06 | 01/17/2025 | 01/31/2028 |
| $19,555,386.00 | $0.00 | $19,555,386.00 | EPA R10 | R10 | 03/01/2025 | 02/29/2028 |
| $16,465,618.00 | $198.80 | $16,465,419.20 | EPA R10 | R10 | 01/01/2025 | 12/31/2027 |
| $19,921,731.00 | $6,597.15 | $19,915,133.85 | EPA R10 | R10 | 01/01/2025 | 12/31/2027 |
| $20,000,000.00 | $0.00 | $20,000,000.00 | EPA R10 | R10 | 01/01/2025 | 12/31/2027 |
| $20,030,841.00 | $37,871.32 | $19,992,969.68 | EPA R10 | R10 | 01/01/2025 | 12/31/2027 |
| $3,137,855.00 | $0.00 | $3,137,855.00 | EPA R10 | R10 | 01/01/2025 | 12/31/2027 |
| $8,932,979.00 | $0.00 | $8,932,979.00 | EPA R10 | R10 | 04/01/2025 | 03/31/2028 |
| $19,989,160.00 | $5,076.93 | $19,984,083.07 | EPA R10 | R10 | 02/10/2025 | 02/09/2028 |
| $20,000,000.00 | $0.00 | $20,000,000.00 | EPA R10 | R10 | 02/10/2025 | 02/09/2028 |
| $19,455,772.00 | $0.00 | $19,455,772.00 | EPA R10 | R10 | 02/01/2025 | 01/31/2028 |
| $19,826,233.00 | $0.00 | $19,826,233.00 | EPA R10 | R10 | 04/21/2025 | 04/20/2028 |
| $16,340,887.00 | $4,836.00 | $16,336,051.00 | EPA R10 | R10 | 02/01/2025 | 01/31/2028 |
| $19,990,020.00 | $0.00 | $19,990,020.00 | EPA R10 | R10 | 02/01/2025 | 01/31/2028 |
| $2,904,935.00 | $0.00 | $2,904,935.00 | EPA R10 | R10 | 02/01/2025 | 01/31/2028 |
| $19,998,693.00 | $0.00 | $19,998,693.00 | EPA R10 | R10 | 03/01/2025 | 02/29/2028 |
| $19,983,378.00 | $3,375.77 | $19,980,002.23 | EPA R10 | R10 | 01/01/2025 | 12/31/2027 |
| $20,000,000.00 | $0.00 | $20,000,000.00 | EPA R10 | R10 | 05/01/2025 | 04/30/2028 |
| $19,960,040.00 | $52,864.96 | $19,907,175.04 | EPA R4 | R04 | 01/01/2025 | 12/31/2027 |
| $14,443,306.00 | $6,177.29 | $14,437,128.71 | EPA R4 | R04 | 01/01/2025 | 12/31/2027 |

EPA_00318315

**J.A. 2528**

| THE TRUST FOR PUBLIC LAND | CA | HN7CS4YNMBC4 | Not for Profit |
|---|---|---|---|
| maic9383 - Minneapolis American Indian Center | MN | JLNTCKHMMP23 | Not for Profit |
| UNIVERSITY OF WISCONSIN SYSTEM | WI | LCLSJAGTNZQ7 | State Institution of Higher Learning |
| CITY OF MADISON | WI | FS3AZ3FV8JG8 | Municipal |
| MIDWEST TRIBAL ENERGY RESOURCES ASSOCIATION INC | WI | CBSZX57DLCY1 | Indian Tribe |
| LEECH LAKE BAND OF OJIBWE | MN | EBFFR37CPL55 | Indian Tribe |
| THE CITY-COUNTY OF BUTTE SILVER BOW | MT | KU4FFEFBNJD9 | County |
| Flandreau Santee Sioux Tribe | SD | HH4QS2XSBBK4 | Indian Tribe |
| cdi3831 - COMMUN DENVER INC. | CO | F7P7YN1KERT4 | Not for Profit |
| CITY OF HOUSTON | TX | GULQZBMP2SR3 | Municipal |
| DILLARD UNIVERSITY | LA | FR9LM1J86MJ5 | Private University |
| mwmw8466 - MISSION WACO MISSION WORLD | TX | NN73AH7NJQ24 | Not for Profit |
| sfisi5705 - SANTA FE INDIAN SCHOOL, INC. | NM | Z8S4SGTN7TB3 | Not for Profit |
| urec6143 - URBAN RESTORATION ENHANCEMENT CORPORATION | LA | JMU7U1STL1E9 | Not for Profit |
| bbca2029 - BIG BEND CONSERVATION ALLIANCE | TX | S8ZQQCC5VY43 | Not for Profit |
| aah0289 - AIR ALLIANCE HOUSTON | TX | SL44BVTJBFK5 | Not for Profit |
| tgcfce0255 - THE GLOBAL CENTER FOR CULTURAL ENTREPRENEURSHIP | NM | WQRNGQRGEWF6 | Not for Profit |
| srni3940 - Stay Ready NOLA, Inc. | LA | TZRGSNCAVLF4 | Not for Profit |
| LANE COUNTY OREGON | OR | XCLAXTCSJF71 | County |
| CITY OF POCATELLO | ID | C1H5KKGYA7F8 | Municipal |
| THE CORPORATION OF GONZAGA UNIVERSITY | WA | Y14CPR31B6C3 | Private University |
| DENA NENA HENASH | AK | D37SXRJ5HMJ1 | Indian Tribe |
| CONFEDERATED TRIBES OF GRAND RONDE | OR | K4ZDA84UXNN5 | Indian Tribe |
| FRONT AND CENTERED | WA | XAWGFDYVLB88 | Not for Profit |
| NATIVE VILLAGE OF CHENEGA | AK | G6CZKLD8N8E6 | Indian Tribe |
| ALASKA NATIVE TRIBAL HEALTH CONSORTIUM | AK | M272P7XFJNN7 | Indian Tribe |
| tf3690 - TEBUGHNA FOUNDATION | AK | X3CBRNE3CN78 | Not for Profit |
| METLAKATLA INDIAN COMMUNITY | AK | MYPCUEP3PY65 | Indian Tribe |
| ALASKA NATIVE TRIBAL HEALTH CONSORTIUM | AK | M272P7XFJNN7 | Indian Tribe |
| Chiloquin - CITY OF CHILOQUIN | OR | YMM6JD17NHJ7 | Municipal |
| cgesd6357 - Columbia Gorge Education Service District | OR | TGJRJSMNDUH6 | |
| sri0185 - SPRUCE ROOT, INC. | AK | WHSCX3H9LN69 | Not for Profit |
| Native Village of Kipnuk | AK | LZJ7Y671BNN5 | Indian Tribe |
| Confederated Tribes and Bands of the Yakama Nation | WA | Q4EDSUR34U61 | Indian Tribe |
| t6438 - RECTOR & VISITORS OF THE UNIVERSITY OF VIRGINIA | VA | JJG6HU8PA4S5 | State Institution of Higher Learning |
| THE TRUST FOR PUBLIC LAND | CA | HN7CS4YNMBC4 | Not for Profit |
| TEXAS A & M UNIVERSITY | TX | JF6XLNB4CDJ5 | State Institution of Higher Learning |

EPA_00318316

| 66.616 | Environmental and Climate Justice Block Grant Program |
|--------|-------------------------------------------------------|
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |

EPA_00318317

| |
|---|
| Building Democratic Systems for a Climate Resilient Cleveland |
| Minneapolis Climate Resilience Hub Partnership |
| InterTribal Lake Winnebago Mayom ~Wild Rice ~ Revitalization Project |
| Climate Resilience Starts at Home: Growing Energy Efficiency, Indoor Air Quality, and Green Jobs in Madison and Fitchburg, Wisconsin |
| Improving Tribal Access to Energy Efficiency and Weatherization Infrastructure for Midwest Tribes |
| Leech Lake Band of Ojibwe Tribal Resilience Hub |
| Butte Community Resilience Hub |
| Flandreau Santee Sioux Tribe Community Change Grant |
| Loretto Heights Resiliency Hub |
| Vulnerable to Vibrant: Power for Change |
| Dillard University and United Way of Southeast Louisiana Partnership: Building Climate Resiliency in Southeast Louisiana |
| Engaging Communities for a Resilient and Sustainable Waco and McLennan County |
| Water Is Life: Advancing Climate Action and Environmental Justice Goals of the Santa Fe Indian School Campus Vision Plan |
| Weatherization and Energy Efficiency to Promote Louisiana Urban Growth (WE PLUG Louisiana) |
| Everything's Connected in Presidio: Building climate resiliency through green infrastructure and reducing pollution through traffic mitigation at the International Bridge crossing |
| AirMail Gulf Coast |
| New Mexico Partnership for Equitable Climate Planning and Policy |
| Stay Ready Solar Project |
| Lane County Transformation for Resiliency Through Equity and Engagement Network |
| CITY OF POCATELLO SOUTH 5TH AVE. COMPLETE STREETS AND SEWER PROJECT |
| Spokane Climate Resilience Project - transform disadvantaged Spokane communities into healthy, climate resilient, and thriving communities. |
| EPA Huslia Village Climate Solutions |
| FY2024 CTGR EPA CCGP Resident Resilience Center |
| Applying Cornerstones of Co-governance through Community Leadership and Assemblies in Washington State for Environmental Justice (ACCELERATE EJ) |
| Chenega Bulk Fuel Storage System &amp; Renewable Integration Project. |
| Bering Straits Community Solar &amp; Battery Systems |
| Rebuilding Community: Repairing and Renewing Homes for the People of the Native Village of Tyonek, Alaska |
| Revitalizing Metlakatlas Ecosystems for Future Generations - Air Toxic Pollution Reduction, Nature-Based Solutions through Regenerative Seaweed Farming, and Ocean Vessel E |
| Kotzebue Tribal Wind |
| Chiloquin Community Resilience Hub and Municipal Center |
| The Columbia Gorge Early Learning and Resilience Center: A rural hub for environmental justice and climate resilience |
| Village Voices for Equity: Strengthening Indigenous Participation in Environmental and Climate Policy |
| Kipnuk Reach 3 Riprap Riverbank Stabilization Project |
| Fire and the Built Environment: Reducing Air Pollution Impacts on Yakama Nation and the Yakima Valley |
| Permafrost Management for Community Health and Resilience in Utqiaġvik, Alaska |
| Environmental and Climate Justice Block Grant Program |
| Environmental and Climate Justice Block Grant Program |

EPA_00318318

This agreement provides funding under the Inflation Reduction Act (IRA) to The Trust for Public Land.  Specifically, through this project entitled &quot;Building Democratic System

This agreement provides funding under the Inflation Reduction Act (IRA) to Minneapolis American Indian Center. Specifically, the project will fund the installation and utilization of

This agreement provides funding under the Inflation Reduction Act (IRA) to The Board of Regents of the University of Wisconsin System.  Specifically, the project will interrupt and

This agreement provides funding under the Inflation Reduction Act (IRA) to City of Madison. Specifically, the project will address energy justice head on and implementing equitabl

This agreement provides funding under the Inflation Reduction Act (IRA) to Midwest Tribal Energy Resources Association, Inc (MTERA). Specifically, the project will improve the li

This agreement provides funding under the Inflation Reduction Act (IRA) to Leech Lake Band of Ojibwe. Specifically, the project will be creating a Tribal Resilience Hub, the corner

This agreement provides funding under the Inflation Reduction Act (IRA) to The City and County of Butte-Silver Bow. Specifically, the project will build The Community Resilience

This agreement provides funding under the Inflation Reduction Act (IRA) to the Flandreau Santee Sioux Tribe. Specifically, the project will create a Zero Emission Transportation C

This agreement provides funding under the Inflation Reduction Act (IRA) to Commun Denver Inc. Specifically, the project will renovate a 40,000 square foot building into a commu

This agreement provides funding under the Inflation Reduction Act (IRA). The project will focus on several key areas in the City of Houston:Contamination and Pollution Mitigation:

This agreement allocates funding to Dillard University through the Inflation Reduction Act (IRA). The university will utilize this funding to install electric vehicle charging stations, so

This agreement provides funding under the Inflation Reduction Act (IRA) to Mission Waco Mission World. Specifically, the project will strengthen existing partnerships to build a m

This agreement provides funding under the Inflation Reduction Act (IRA) to Santa Fe Indian School, Inc. Specifically, the project will implement the 2023 Santa Fe Indian School (S

This agreement provides funding under the Inflation Reduction Act (IRA) to Urban Restoration Enhancement Corporation. Specifically, this Track I project will be implemented thro

This agreement provides funding under the Inflation Reduction Act (IRA) to Big Bend Conservation Alliance. Specifically, the project will revitalize and provide green spaces, monit

This agreement provides funding under the Inflation Reduction Act (IRA) to Air Alliance Houston (AAH). Specifically, the project will build the capacity of communities and governm

This agreement provides funding under the Inflation Reduction Act (IRA) to the Global Center for Cultural Entrepreneurship.  Specifically, the project will support the recipient and i

This agreement provides funding under the Inflation Reduction Act (IRA) to Stay Ready NOLA, Inc. Specifically, the project will seek to build a ResilienceHub to enhance communi

This agreement provides funding under the Inflation Reduction Act (IRA) to Lane County to tackle the climate crisis by renovating six resiliency hubs targeting high risk populations

This agreement provides funding under the Inflation Reduction Act (IRA) to the City of Pocatello. Specifically, the project will improve local groundwater and air quality, while also i

This agreement provides funding under the Inflation Reduction Act (IRA) to Gonzaga Institute for Climate, Water, and the Environment (Climate Institute). Specifically, this project

This agreement provides funding under the Inflation Reduction Act (IRA) to Tanana Chiefs Conference. Specifically, the project will allow Tanana Chiefs Conference to manage the

This agreement provides funding under the Inflation Reduction Act (IRA) to Confederated Tribes of Grand Ronde. Specifically, the project will allow Confederated Tribes of Grand

This agreement provides funding under the Inflation Reduction Act (IRA) to Front &amp; Centered.  Specifically, the project will engage Community-Based Organizations and com

This grant provides funding under the Inflation Reduction Act (IRA) to Native Village of Chenega. Specifically, the project will involve the construction of a new 30,000-gallon bulk f

This agreement provides funding under the Inflation Reduction Act (IRA) to the Alaska Native Tribal Health Consortium. Specifically, the project proposes to build community-scale

This agreement provides funding under the Inflation Reduction Act (IRA) to Tebughna Foundation. Specifically, the project will create a workforce development program in Tyonek,

This agreement provides funding under the Inflation Reduction Act (IRA) to Metlakatla Indian Community. Specifically, the project will: (1) implement seaweed farming as a nature-


This agreement provides funding under the Inflation Reduction Act (IRA) to Alaska Native Tribal Health Consortium (ANTHC). Specifically, the project will build two wind turbines in Kotzebue, Alaska.


With an overarching purpose to prepare the Greater Chiloquin Area to respond to emergencies, support residents in times of crisis, and foster climate change resiliency, this proje

This agreement provides funding under the Inflation Reduction Act (IRA) to the Columbia Gorge Education Service District. Specifically, the project will renovate a school building t

This agreement provides funding under the Inflation Reduction Act (IRA) to Spruce Root.  Specifically, the project will engage rural, disadvantaged Tribal communities in Southeas

This agreement provides funding under the Inflation Reduction Act (IRA) to Native Village of Kipnuk. Specifically, the Kipnuk Riprap Riverbank Stabilization Project will add riprap t

This agreement provides funding under the Inflation Reduction Act (IRA) to Confederated Tribes and Bands of Yakama Nation. Specifically, the project will allow the Confederated

This agreement provides funding under the Inflation Reduction Act (IRA) to the University of Virginia. Specifically, the project will allow the University of Virginia, working in Utqiagv

This agreement approves an award in the amount of $19,960,040 under the Inflation Reduction Act (IRA) to the Trust for Public Land. Specifically, the Clifton Hills Alton Park Thre

This action approves an award in the amount of $14,443,306.00 to support Texas A&amp;M University to install hundreds of onsite wastewater treatment systems, infrastructure t

EPA_00318319

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 66.616 | 5F | 03D26124 | 03D26124-0 | 12/02/2024 | | 2025 03/03/2025 | $19,953,400.00 | $19,953,400.00 |
| 66.616 | 5F | 03D26224 | 03D26224-0 | 12/04/2024 | | 2025 02/24/2025 | $19,357,757.00 | $19,357,757.00 |
| 66.616 | 5F | 03D26324 | 03D26324-0 | 12/04/2024 | | 2025 02/25/2025 | $19,827,740.00 | $18,490,240.00 |
| 66.616 | 5F | 03D30524 | 03D30524-0 | 12/10/2024 | | 2025 02/20/2025 | $20,000,000.00 | $20,000,000.00 |
| 66.616 | 5F | 03D30624 | 03D30624-0 | 12/16/2024 | | 2025 | $14,944,031.00 | $14,944,031.00 |
| 66.616 | 5F | 03D30724 | 03D30724-0 | 12/18/2024 | | 2025 | $19,999,967.00 | $19,999,967.00 |
| 66.616 | 5F | 03D30824 | 03D30824-0 | 12/20/2024 | | 2025 02/21/2025 | $11,441,520.00 | $11,396,020.00 |
| 66.616 | 5F | 03D30924 | 03D30924-0 | 12/20/2024 | | 2025 01/31/2025 | $1,875,142.00 | $1,875,142.00 |
| 66.616 | 5F | 03D31024 | 03D31024-0 | 12/12/2024 | | 2025 03/05/2025 | $3,103,648.00 | $3,103,648.00 |
| 66.616 | 5F | 03D33525 | 03D33525-0 | 01/17/2025 | | 2025 | $3,000,000.00 | $3,000,000.00 |
| 66.616 | 5F | 03D33625 | 03D33625-0 | 01/16/2025 | | 2025 | $2,596,592.00 | $2,596,592.00 |
| 66.616 | 5F | 03D33725 | 03D33725-0 | 01/17/2025 | | 2025 | $19,996,791.00 | $19,996,791.00 |
| 66.616 | 5F | 03D33825 | 03D33825-0 | 01/16/2025 | | 2025 03/07/2025 | $19,889,515.00 | $19,889,515.00 |
| 66.616 | 5F | 03D33925 | 03D33925-0 | 01/17/2025 | | 2025 | $19,805,900.00 | $19,805,900.00 |
| 66.616 | 5F | 953A0021 | 953A0021-0 | 11/26/2024 | | 2025 02/25/2025 | $20,104,032.00 | $20,104,032.00 |
| 66.616 | 5F | 953A0039 | 953A0039-0 | 11/26/2024 | | 2025 02/20/2025 | $15,309,845.00 | $15,309,845.00 |
| 66.616 | 5F | 953A0075 | 953A0075-0 | 12/11/2024 | | 2025 | $19,997,822.00 | $19,997,822.00 |
| 66.616 | 5F | 953A0079 | 953A0079-0 | 12/05/2024 | | 2025 | $20,006,400.00 | $20,006,400.00 |
| 66.616 | 5F | 953A0097 | 953A0097-0 | 01/08/2025 | | 2025 03/04/2025 | $19,886,658.00 | $19,886,658.00 |
| 66.616 | 5F | 96272300 | 96272300-0 | 12/13/2024 | | 2025 03/03/2025 | $1,047,647.00 | $1,047,647.00 |
| 66.616 | 5F | 96272800 | 96272800-0 | 12/20/2024 | | 2025 02/27/2025 | $20,096,954.00 | $20,096,954.00 |
| 66.616 | 5F | 96272900 | 96272900-0 | 12/11/2024 | | 2025 | $20,152,214.00 | $20,152,214.00 |
| 66.616 | 5F | 96273600 | 96273600-0 | 12/16/2024 | | 2025 02/26/2025 | $3,115,632.00 | $3,115,632.00 |
| 66.616 | 5F | 96274625 | 96274625-0 | 12/18/2024 | | 2025 | $3,000,000.00 | $3,000,000.00 |
| 66.616 | 5F | 96275300 | 96275300-0 | 12/20/2024 | | 2025 | $11,914,745.00 | $11,914,745.00 |
| 66.616 | 5F | 96275325 | 96275325-0 | 12/18/2024 | | 2025 03/04/2025 | $19,318,594.00 | $19,318,594.00 |
| 66.616 | 5F | 96275425 | 96275425-0 | 01/13/2025 | | 2025 02/21/2025 | $11,158,108.00 | $11,158,108.00 |
| 66.616 | 5F | 96276500 | 96276500-0 | 01/03/2025 | | 2025 03/04/2025 | $20,000,000.00 | $20,000,000.00 |
| 66.616 | 5F | 96276600 | 96276600-0 | 01/16/2025 | | 2025 | $20,000,000.00 | $20,000,000.00 |
| 66.616 | 5F | 96276700 | 96276700-0 | 01/15/2025 | | 2025 03/06/2025 | $20,000,000.00 | $20,000,000.00 |
| 66.616 | 5F | 96278700 | 96278700-0 | 01/13/2025 | | 2025 02/26/2025 | $3,000,000.00 | $3,000,000.00 |
| 66.616 | 5F | 97T17601 | 97T17601-0 | 11/26/2024 | | 2025 02/21/2025 | $1,200,000.00 | $1,200,000.00 |
| 66.616 | 5F | 97T17701 | 97T17701-0 | 12/09/2024 | | 2025 | $20,040,630.00 | $20,040,630.00 |
| 66.616 | 5F | 97T17801 | 97T17801-0 | 11/25/2024 | | 2025 02/26/2025 | $19,999,999.00 | $19,999,999.00 |
| 66.616 | 5F | 97T17901 | 97T17901-0 | 12/06/2024 | | 2025 02/27/2025 | $20,000,000.00 | $20,000,000.00 |
| 66.616 | 5F | 97T18001 | 97T18001-0 | 11/26/2024 | | 2025 03/04/2025 | $20,452,614.00 | $20,452,614.00 |
| 66.616 | 5F | 97T18101 | 97T18101-0 | 11/23/2024 | | 2025 02/10/2025 | $18,560,143.00 | $18,560,143.00 |
| 66.616 | 5F | 97T18301 | 97T18301-0 | 11/26/2024 | | 2025 02/28/2025 | $1,500,000.00 | $1,500,000.00 |
| 66.616 | 5F | 97T24301 | 97T24301-0 | 11/25/2024 | | 2025 03/03/2025 | $19,965,495.00 | $19,965,495.00 |
| 66.616 | 5F | 97T24601 | 97T24601-0 | 11/29/2024 | | 2025 03/11/2025 | $3,000,000.00 | $3,000,000.00 |
| 66.616 | 5F | 97T24701 | 97T24701-0 | 11/19/2024 | | 2025 02/24/2025 | $19,997,193.00 | $19,997,193.00 |
| 66.616 | 5F | 97T28201 | 97T28201-0 | 12/12/2024 | | 2025 | $18,590,988.00 | $18,590,988.00 |

**J.A. 2533**

EPA_00318320

| | | | | | | |
|---|---|---|---|---|---|---|
| $19,953,400.00 | $22,590.29 | $19,930,809.71 | EPA R4 | R04 | 12/01/2024 | 11/30/2027 |
| $19,357,757.00 | $50,522.14 | $19,307,234.86 | EPA R4 | R04 | 12/01/2024 | 11/30/2027 |
| $18,490,240.00 | $3,957.75 | $18,486,282.25 | EPA R4 | R04 | 01/01/2025 | 12/31/2027 |
| $20,000,000.00 | $67,745.29 | $19,932,254.71 | EPA R4 | R04 | 01/01/2025 | 12/31/2027 |
| $14,944,031.00 | $0.00 | $14,944,031.00 | EPA R4 | R04 | 03/01/2025 | 02/29/2028 |
| $19,999,967.00 | $0.00 | $19,999,967.00 | EPA R4 | R04 | 04/01/2025 | 03/31/2028 |
| $11,396,020.00 | $145,008.85 | $11,251,011.15 | EPA R4 | R04 | 01/01/2025 | 12/31/2027 |
| $1,875,142.00 | $6,129.72 | $1,869,012.28 | EPA R4 | R04 | 01/01/2025 | 12/31/2027 |
| $3,103,648.00 | $15,990.25 | $3,087,657.75 | EPA R4 | R04 | 01/01/2025 | 12/31/2027 |
| $3,000,000.00 | $0.00 | $3,000,000.00 | EPA R4 | R04 | 06/01/2025 | 05/31/2028 |
| $2,596,592.00 | $0.00 | $2,596,592.00 | EPA R4 | R04 | 03/01/2025 | 02/29/2028 |
| $19,996,791.00 | $0.00 | $19,996,791.00 | EPA R4 | R04 | 01/01/2025 | 12/31/2027 |
| $19,889,515.00 | $1,471.23 | $19,888,043.77 | EPA R4 | R04 | 03/01/2025 | 02/29/2028 |
| $19,805,900.00 | $0.00 | $19,805,900.00 | EPA R4 | R04 | 01/01/2025 | 12/31/2027 |
| $20,104,032.00 | $62,683.23 | $20,041,348.77 | EPA R3 | R03 | 11/01/2024 | 10/31/2027 |
| $15,309,845.00 | $877,922.29 | $14,431,922.71 | EPA R3 | R03 | 11/01/2024 | 10/31/2027 |
| $19,997,822.00 | $0.00 | $19,997,822.00 | EPA R3 | OEJECR | 01/01/2025 | 12/31/2027 |
| $20,006,400.00 | $0.00 | $20,006,400.00 | EPA R3 | R03 | 03/01/2025 | 02/29/2028 |
| $19,886,658.00 | $27,106.16 | $19,859,551.84 | EPA R3 | R03 | 02/01/2025 | 01/31/2028 |
| $1,047,647.00 | $48,405.75 | $999,241.25 | EPA R2 | R02 | 11/01/2024 | 10/31/2027 |
| $20,096,954.00 | $34,767.96 | $20,062,186.04 | EPA R2 | R02 | 01/06/2025 | 01/05/2028 |
| $20,152,214.00 | $0.00 | $20,152,214.00 | EPA R2 | R02 | 01/15/2025 | 01/14/2028 |
| $3,115,632.00 | $32,659.97 | $3,082,972.03 | EPA R2 | R02 | 01/01/2025 | 12/31/2027 |
| $3,000,000.00 | $0.00 | $3,000,000.00 | EPA R2 | R02 | 02/15/2025 | 02/14/2028 |
| $11,914,745.00 | $0.00 | $11,914,745.00 | EPA R2 | R02 | 02/17/2025 | 02/16/2028 |
| $19,318,594.00 | $12,282.31 | $19,306,311.69 | EPA R2 | R02 | 01/06/2025 | 01/05/2028 |
| $11,158,108.00 | $32,000.00 | $11,126,108.00 | EPA R2 | R02 | 02/01/2025 | 01/31/2028 |
| $20,000,000.00 | $51,712.01 | $19,948,287.99 | EPA R2 | R02 | 01/15/2025 | 01/14/2028 |
| $20,000,000.00 | $0.00 | $20,000,000.00 | EPA R2 | R02 | 03/31/2025 | 03/30/2028 |
| $20,000,000.00 | $201,599.86 | $19,798,400.14 | EPA R2 | R02 | 02/01/2025 | 01/31/2028 |
| $3,000,000.00 | $3,993.88 | $2,996,006.12 | EPA R2 | R02 | 12/16/2024 | 12/15/2027 |
| $1,200,000.00 | $25,000.00 | $1,175,000.00 | EPA R9 | R09 | 11/01/2024 | 10/31/2027 |
| $20,040,630.00 | $0.00 | $20,040,630.00 | EPA R9 | R09 | 12/01/2024 | 11/30/2027 |
| $19,999,999.00 | $32,267.31 | $19,967,731.69 | EPA R9 | R09 | 01/06/2025 | 01/05/2028 |
| $20,000,000.00 | $88,158.13 | $19,911,841.87 | EPA R9 | R09 | 10/01/2024 | 09/30/2027 |
| $20,452,614.00 | $892,698.17 | $19,559,915.83 | EPA R9 | R09 | 01/01/2025 | 12/31/2027 |
| $18,560,143.00 | $573,914.45 | $17,986,228.55 | EPA R9 | R09 | 11/01/2024 | 10/31/2027 |
| $1,500,000.00 | $62,257.71 | $1,437,742.29 | EPA R9 | R09 | 12/01/2024 | 11/30/2027 |
| $19,965,495.00 | $7,502.33 | $19,957,992.67 | EPA R9 | R09 | 01/01/2025 | 12/31/2027 |
| $3,000,000.00 | $47,770.47 | $2,952,229.53 | EPA R9 | R09 | 12/16/2024 | 12/15/2027 |
| $19,997,193.00 | $86,535.55 | $19,910,657.45 | EPA R9 | R09 | 12/01/2024 | 11/30/2027 |
| $18,590,988.00 | $0.00 | $18,590,988.00 | EPA R9 | R09 | 01/01/2025 | 12/31/2027 |

**J.A. 2534**

| | | | |
|---|---|---|---|
| lsca5653 - Lucky Shoals Community Association, Inc. | GA | RXW8XMECCFL9 | Not for Profit |
| sfcf3865 - SOUTHWEST FLORIDA COMMUNITY FOUNDATION, INC. | FL | T3M1LLGHUMC5 | Not for Profit |
| tsrfohpi8797 - The Southwest Renewal Foundation of High Point, Inc. | NC | S79DG9CMYF69 | Not for Profit |
| Groundwell Inc. - GROUNDSWELL INC | DC | WLA2JJDJFL63 | Not for Profit |
| Univ Area CD - UNIVERSITY AREA COMMUNITY DEV | FL | STMHHTJHN1R8 | Not for Profit |
| twlti4915 - THE WORKING LANDS TRUST, INC. | NC | JLTHEQFXZG53 | Not for Profit |
| si0695 - Sustainability Institute | SC | NF9KCFN32M55 | Not for Profit |
| teoca3785 - Tennessee Educators of Color Alliance | TN | C7UMG6PDANY8 | Not for Profit |
| mi8573 - MDC, INC. | NC | R84FBNHNNDJ7 | Not for Profit |
| PalmBchCoGov - COUNTY OF PALM BEACH | FL | XL2DNFMPCR44 | County |
| WEST ANNISTON FOUNDATION | AL | K2LLRBBPDA26 | Not for Profit |
| ygag5952 - YOUNG, GIFTED & GREEN | TN | F24MECJ9L4A5 | Not for Profit |
| 2CMississippi: Towards Sustainable, Educated and Empowered Mississippi | MS | ELCWEURZDPW9 | Not for Profit |
| CITY OF THOMASVILLE | GA | C115QBW3DCK7 | Township |
| NATIONAL HOUSING TRUST | DC | JX69LRYCYUA7 | Not for Profit |
| PITTSBURGH CONSERVATION CORPS | PA | D32KKGEEYJ15 | Not for Profit |
| ENERGY COORDINATING AGENCY OF PHILADELPHIA, INC. | PA | D3SLFNSLDQG1 | Not for Profit |
| CITY OF HAMPTON | VA | H43KALPESBP1 | Municipal |
| t6438 - RECTOR & VISITORS OF THE UNIVERSITY OF VIRGINIA | VA | JJG6HU8PA4S5 | State Institution of Higher Learning |
| BRONX RIVER ALLIANCE INC | NY | MW8CCAHLLTN7 | Not for Profit |
| GRID ALTERNATIVES | CA | GXQ3HX2VLLP3 | Not for Profit |
| PEOPLE UNITED FOR SUSTAINABLE HOUSING, INC | NY | DC4ZZCUTM6N9 | Not for Profit |
| EL PUENTE DE WILLIAMSBURG, INC. | NY | QD3BU836BR33 | Not for Profit |
| WEST HARLEM ENVIRONMENTAL ACTION INC | NY | PB8TKKTU3AG3 | Not for Profit |
| ddlcdpri9224 - DEPARTAMENTO DE LA COMIDA DE PUERTO RICO INC | PR | FAN4ZMDTP588 | Not for Profit |
| Ironbound Community Corporation | NJ | RESKT9F5G3K3 | Not for Profit |
| Rockaway Waterfront Alliance, Inc. | NY | M12VD7WEEFM9 | Not for Profit |
| adrdlmi8531 - ASOCIACION DE RESIDENTES DE LA MARGARITA INC | PR | DGR4WZZYGQ86 | Not for Profit |
| ISLAND GREEN BUILDING ASSOCIATION, INCORPORATED | VI | QT3RF9GL8VT4 | Not for Profit |
| taotcri1427 - TRINITY ALLIANCE OF THE CAPITAL REGION, INC | NY | XB3ZLWAE8836 | Not for Profit |
| THE NEW SCHOOL | NY | YNL2H7YNMFP9 | Private University |
| SPECIAL SERVICE FOR GROUPS, INC. | CA | WQGNEZQYP3Y7 | Not for Profit |
| CITY OF BAKERSFIELD | CA | YUJJHEWCPLZ5 | Municipal |
| tsdf0690 - SAN DIEGO FOUNDATION | CA | SZ8JCM7C3ND9 | Not for Profit |
| cfrcd6471 - COALITION FOR RESPONSIBLE COMMUNITY DEVELOPMENT | CA | ML7DAKLHL8C4 | Not for Profit |
| do1729 - DAY ONE | CA | MXVGDJN73T46 | Not for Profit |
| lfcci9534 - LA FAMILIA COUNSELING CENTER, INC | CA | JNGAN2NDKKZ8 | Not for Profit |
| igp9296 - INSIGHT GARDEN PROGRAM | CA | CAYNH2NVEM53 | Not for Profit |
| timma1315 - TREASURE ISLAND MOBILITY MANAGEMENT AGENCY | CA | ZQYAKF2S8NL8 | Special District |
| SOCIAL AND ENVIRONMENTAL ENTREPRENEURS (SEE), INC. | CA | VCAASEEZRM59 | Not for Profit |
| tpfi9370 - PRIMAVERA FOUNDATION INC | AZ | ZXQAE5JV2LJ8 | Not for Profit |
| PUEBLO UNIDO CDC | CA | GR5NZB2NUS49 | Not for Profit |

EPA_00318322

| 66.616 | Environmental and Climate Justice Block Grant Program |
|--------|--------------------------------------------------------|
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |

EPA_00318323

| |
|---|
| Environmental and Climate Justice Block Grant Program |
| Environmental and Climate Justice Block Grant Program |
| Environmental and Climate Justice Block Grant Program |
| Environmental and Climate Justice Block Grant Program |
| Environmental and Climate Justice Block Grant Program |
| Environmental and Climate Justice Block Grant Program |
| Environmental and Climate Justice Block Grant Program |
| Environmental and Climate Justice Block Grant Program |
| Environmental and Climate Justice Block Grant Program |
| Environmental and Climate Justice Block Grant Program |
| Environmental and Climate Justice Block Grant Program |
| Environmental and Climate Justice Block Grant Program |
| Environmental and Climate Justice Block Grant Program |
| Environmental and Climate Justice Block Grant Program |
| Empowering Healthy, Resilient and Affordable Communities |
| Leveraging a Pittsburgh / Philadelphia Workforce Development Partnerships to Multiply the Impact of Decarbonization, Pollution Remediation, and Circular Economy through Wor |
| Grays Ferry Community Resilience Hub |
| Aberdeen Gardens Community Resilience Implementation Strategy |
| Appalachian Environmental Resilience Community Change Grants Program |
| Uplifting Bronx Voices for Climate Change Resilience |
| A Collaborative Approach to Climate Resilience for Puerto Rico through Renewable Energy, Energy Efficiency, and Natural Resource Restoration |
| The Buffalo Neighborhood Mobilization Hubs Plan |
| To facilitate the engagement of disadvantaged communities in North Brooklyn in governmental processes for environmental and climate justice. |
| EJNYC: Community-Based Solutions for Environmental Justice |
| Por las Quebradas (For the Streams): Community Watershed Stewardship and Climate Resilience in Rural Caguas, Puerto Rico |
| Enhancing Community Resilience with Microgrid Technology |
| Rockaway Coastal Resilience Dune Restoration Project |
| Community Leadership Initiatives for Mitigation and Adaptation (CLIMA) Project |
| United States Virgin Islands Partnerships for Community-Wide Sustainability |
| ALL(bany) Together - Climate and Health Resilience Equity Project |
| Energy Governance Engagement for Environmental Justice (EGEEJ) |
| Inflation Reduction Act &ndash; Environmental and Climate Justice |
| Inflation Reduction Act &ndash; Environmental Justice Thriving Communities |
| Inflation Reduction Act - Environmental and Climate Justice |
| Inflation Reduction Act - Environmental and Climate Justice |
| Environmental and Climate Justice Block Grant Program |
| Inflation Reduction Act &ndash; Environmental and Climate Justice |
| Inflation Reduction Act &ndash; Environmental and Climate Justice |
| Inflation Reduction Act &ndash; Environmental and Climate Justice |
| Inflation Reduction Act - Environmental and Climate Justice |
| INFLATION REDUCTION ACT - ENVIRONMENTAL &amp; CLIMATE JUSTICE |
| Inflation Reduction Act - Environmental and Climate Justice |

This agreement provides funding in the amount of $19,953,400 under the Inflation Reduction Act (IRA) to Lucky Shoals Community Association (LSCA). Specifically, the project w

This agreement provides funding in the amount of $19,357,757 under the Inflation Reduction Act (IRA) to Southwest Florida Community Foundation, dba Collaboratory. This proje

This action approves funding in the amount of $18,490,240 to The Southwest Renewal Foundation of High Point, Inc under the Inflation Reduction Act (IRA). Specifically, the proje

This action approves funding in the amount of 20,000,000.00 under the Inflation Reduction Act (IRA) to Groundswell, Inc. Specifically, the project will support community resilience

This action approves funding in the amount of $14,944,031 under the Inflation Reduction Act (IRA) to University Area Community Development Corporation, Inc, Florida. Specifica

This action approves funding in the amount of $19,999,967 under the Inflation Reduction Act (IRA) to The Working Lands Trust, Incorporated of North Carolina. Specifically, the pr

This action approves funding in the amount of $11,396,020 under the Inflation Reduction Act (IRA) to the Sustainability Institute of South Carolina. Specifically, the project will: pro

This action provides funding in the amount of $1,875,142 to support the Tennessee Educators of Color Alliance as they aim to significantly impact communities across Tennessee

This action approves an award in the amount of  $3,103,648.00 under the Inflation Reduction Act (IRA) to MDC Inc.  Specifically, the project will enhance the ability, skills, and cor

This action approves funding in the amount of $3,000,000 under the Inflation Reduction Act (IRA) to Palm Beach County (PBC) Office of Resilience.  Specifically, the project will er

This agreement provides funding in the amount of $2,596,592 under the Inflation Reduction Act (IRA) to West Anniston Foundation, Alabama.  Specifically, the project will empowe

This action approves an award in the amount of $19,996,791 under the Inflation Reduction Act (IRA) to Young, Gifted and Green. Specifically, the project will encompass three clir

This agreement approves funding in the amount of $19,889,515 under the Inflation Reduction Act (IRA) to 2C Mississippi: Towards Sustainable, Educated, and Empowered Missis

This action approves an award in the amount of$19,805,900 to the City of Thomasville under the Inflation Reduction Act (IRA) to support resiliency in Thomasville's low-income his

This agreement provides funding under the Inflation Reduction Act (IRA) to the National Housing Trust. Specifically, the project will retrofit 785 homes to improve indoor air quality

This agreement provides funding under the Inflation Reduction Act (IRA) to the Pittsburgh Conservation Corps. Specifically, the project will support a Pittsburgh-Philadelphia partn

This agreement provides funding under the Inflation Reduction Act (IRA) to ECAP - The Energy Coordinating Agency Of Philadelphia, Inc. and Habitat for Humanity Philadelphia, I

This agreement provides funding under the Inflation Reduction Act (IRA) to City of Hampton, Virginia. Specifically, the project will work to create a sustainable, resilient future for ac

This agreement provides funding under the Inflation Reduction Act (IRA) to Rector and Visitors of the University of Virginia (UVA). Specifically, the project will implement Climate R

This agreement provides funding under the Inflation Reduction Act (IRA) to Bronx River Alliance, Inc. Specifically, the project will establish a Bronx Climate Justice Task Force con

This agreement provides funding under the Inflation Reduction Act (IRA) to GRID Alternatives. Specifically, on the east side of Puerto Rico, the project will provide energy efficienc

This agreement provides funding under the Inflation Reduction Act (IRA) to PUSH Buffalo. Specifically, the project includes the following initiatives: Establishing 150 Community R

This agreement provides funding under the Inflation Reduction Act (IRA) to El Puente de Williamsburg, Inc. Specifically, the project will facilitate the engagement of disadvantaged

This agreement provides funding under the Inflation Reduction Act (IRA) to West Harlem Environmental Action, Inc. Specifically, the project will ensure that disadvantaged commu

This agreement provides funding under the Inflation Reduction Act (IRA) to El Departamento de la Comida (El Depa).  Specifically, this project has three initiatives: Community Ed

This agreement provides funding under the Inflation Reduction Act (IRA) to Ironbound Community Corporation (ICC). Specifically, by leveraging innovative solutions and fostering

This agreement provides funding under the Inflation Reduction Act (IRA) to Rockaway Waterfront Alliance (RWA), dba RISE. Specifically, by harnessing nature-based solutions ar

This agreement provides funding under the Inflation Reduction Act (IRA) to Asociación de Residentes de La Margarita, Inc. (ARLM). Specifically, the project will implement

This agreement provides funding under the Inflation Reduction Act (IRA) to Island Green Building Association, doing business as Island Green Living Association (IGL). Specificall

This agreement provides funding under the Inflation Reduction Act (IRA) to Trinity Alliance of the Capital Region. Specifically the project will support climate resiliency through two

This agreement provides funding under the Inflation Reduction Act (IRA) to The New School, Tishman Environment and Design Center. Specifically, the project will create an Ener

This agreement provides funding under the Inflation Reduction Act (IRA) to the nonprofit organization Special Service for Groups, Inc. Specifically, the project will train and empow

The agreement provides funding under the Inflation Reduction Act (IRA) to the City of Bakersfield, CA. Specifically, the project will address Climate Action and Pollution Reduction

This agreement provides funding under the Inflation Reduction Act (IRA) to the San Diego Foundation. Specifically, the project will develop and implement green infrastructure, trai

This agreement provides funding under the Inflation Reduction Act (IRA) to Coalition for Community Responsible Development (CRCD). Specifically, the project is divided into two

This agreement provides funding under the Inflation Reduction Act (IRA) to the nonprofit organization Day One, who are based in the San Gabriel Valley. Specifically, the project w

This agreement provides funding under the Inflation Reduction Act (IRA) to La Familia Counseling Center's Greening North Franklin project to implement several project to

This agreement provides funding under the Inflation Reduction Act (IRA) to Insight Garden Program. Specifically, the project will provide both immediate and long-term benefits to

This agreement provides funding under the Inflation Reduction Act (IRA) to Treasure Island Mobility Management Agency  (TIMMA). Specifically, the project will Treasure Island C

This agreement provides funding under the Inflation Reduction Act (IRA) to Social and Environmental Entrepreneurs (SEE). Specifically, the project will aim to strengthen the relati

This agreement provides funding under the Inflation Reduction Act (IRA) to Primavera Foundation, Inc. that will be used for projects to increase community resilience in the face of

This agreement provides funding under the Inflation Reduction Act (IRA) to Pueblo Unidos CDC. Specifically, the project will build a climate-smart, climate-resilient Center for Com

EPA_00318325

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 66.616 | 5F | 97T28301 | 97T28301-1 | 02/05/2025 | | 2025 03/03/2025 | $3,058,750.00 | $3,058,750.00 |
| 66.616 | 5F | 97T28401 | 97T28401-0 | 12/19/2024 | 2025 | | $3,000,000.00 | $3,000,000.00 |
| 66.616 | 5F | 97T28501 | 97T28501-0 | 12/18/2024 | | 2025 02/21/2025 | $12,650,680.00 | $12,650,680.00 |
| 66.616 | 5F | 97T28601 | 97T28601-0 | 12/10/2024 | | 2025 03/07/2025 | $19,987,957.00 | $19,987,957.00 |
| 66.616 | 5F | 97T28701 | 97T28701-0 | 12/12/2024 | 2025 | | $20,000,000.00 | $20,000,000.00 |
| 66.616 | 5F | 97T28801 | 97T28801-0 | 12/09/2024 | | 2025 02/20/2025 | $13,939,738.00 | $13,939,738.00 |
| 66.616 | 5F | 97T28901 | 97T28901-0 | 12/19/2024 | 2025 | | $3,073,914.00 | $3,073,914.00 |
| 66.616 | 5F | 97T31701 | 97T31701-0 | 01/07/2025 | | 2025 03/07/2025 | $19,993,324.00 | $19,993,324.00 |
| 66.616 | 5F | 97T32001 | 97T32001-0 | 01/06/2025 | | 2025 02/28/2025 | $19,076,843.00 | $19,076,843.00 |
| 66.721 | 5P | 84107201 | 84107201-0 | 01/15/2025 | | 2025 03/03/2025 | $6,703,990.00 | $6,703,990.00 |

EPA_00318326

**J.A. 2539**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| $3,058,750.00 | $1,275,467.89 | $1,783,282.11 | EPA R9 | R09 | 01/01/2025 | 12/31/2027 |
| $3,000,000.00 | $0.00 | $3,000,000.00 | EPA R9 | R09 | 05/01/2025 | 04/30/2028 |
| $12,650,680.00 | $14,142.16 | $12,636,537.84 | EPA R9 | R09 | 01/01/2025 | 12/31/2027 |
| $19,987,957.00 | $51,000.73 | $19,936,956.27 | EPA R9 | R09 | 01/15/2025 | 01/14/2028 |
| $20,000,000.00 | $0.00 | $20,000,000.00 | EPA R9 | R09 | 04/01/2025 | 03/31/2028 |
| $13,939,738.00 | $9,279.89 | $13,930,458.11 | EPA R9 | R09 | 01/01/2025 | 12/31/2027 |
| $3,073,914.00 | $0.00 | $3,073,914.00 | EPA R9 | R09 | 01/01/2025 | 12/31/2027 |
| $19,993,324.00 | $3,929,148.08 | $16,064,175.92 | EPA R9 | R09 | 03/01/2025 | 02/28/2028 |
| $19,076,843.00 | $30,666.94 | $19,046,176.06 | EPA R9 | R09 | 02/01/2025 | 01/31/2028 |
| $6,703,990.00 | $26,670.00 | $6,677,320.00 | EPA HQ | OCSPP | 11/01/2024 | 12/31/2029 |

**J.A. 2540**

EPA_00318327

| | | | |
|---|---|---|---|
| lcfjaa4442 - LEADERSHIP COUNSEL FOR JUSTICE AND ACCOUNTABILITY | CA | LYQGLEQU8MQ7 | Not for Profit |
| UNIVERSITY OF GUAM | GU | YL62T9FVJXG3 | State Institution of Higher Learning |
| CASA FAMILIAR, INC | CA | DA19F5NKBH38 | Not for Profit |
| NEVADA CLEAN ENERGY FUND | NV | SMUBKY6A7ZK1 | Not for Profit |
| COMMUNITY WATER CENTER | CA | UAWLZMFKCDL4 | Not for Profit |
| t0609 - Pacific International Center for High Technology Research | HI | L8HGDJE4QQ74 | Not for Profit |
| EARTH ISLAND INSTITUTE INC | CA | N39HWTLFMVK9 | Not for Profit |
| SANTA YNEZ BAND OF MISSION INDIANS | CA | DK1SMCRF8VT5 | Indian Tribe |
| CONTRA COSTA, COUNTY OF | CA | H6XCU2DRT517 | Special District |
| t7133 - Building Materials Re-use Association | PA | ZU4BCJA87DL1 | Not for Profit |

EPA_00318328

| 66.616 | Environmental and Climate Justice Block Grant Program |
|--------|-------------------------------------------------------|
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.721 | Reducing Embodied Greenhouse Gas Emissions for Construction materials and Produicts - IRA |

EPA_00318329

| |
|---|
| Inflation Reduction Act - Environmental and Climate Justice |
| Inflation Reduction Act - Environmental and Climate Justice |
| Inflation Reduction Act &ndash; Environmental and Climate Justice |
| Inflation Reduction Act &ndash; Environmental and Climate Justice |
| Inflation Reduction Act - Environmental and Climate Justice |
| Inflation Reduction Act &ndash; Environmental and Climate Justice |
| Inflation Reduction Act &ndash; Environmental and Climate Justice |
| Environmental and Climate Justice Block Grant Program |
| Build Reuse - Reducing Embodied GHG for Salvaged Materials FR |

EPA_00318330

This agreement provides funding under the Inflation Reduction Act (IRA) to the Leadership Counsel for Justice and Accountability. Specifically, the project will help communities ch
This agreement provides funding under the Inflation Reduction Act (IRA) to the University of Guam Center for Island Sustainability and Sea Grant. Specifically, the project will crea
This agreement provides funding under the Inflation Reduction Act (IRA) to Casa Familiar. Specifically, this project will reduce greenhouse gas (GHG) emissions and improve air q
This agreement provides funding under the Inflation Reduction Act (IRA) to Nevada Clean Energy Fund. Specifically, the project will deliver critical water, energy, and food infrastru
This agreement provides funding under the Inflation Reduction Act (IRA) to ensure vibrant and thriving communities in the project area by delivering a long-term, sustainable, and
This agreement provides funding under the Inflation Reduction Act (IRA) to Pacific International Center for High Technology Research. Specifically, the project will support commu
This agreement provides funding under the Inflation Reduction Act (IRA) to Earth Island Institute.  Specifically, the project will implement data and science driven programs for env
This agreement provides funding under the Inflation Reduction Act (IRA) to The Santa Ynez Band of Chumash Indians. Specifically, the project aims to enhance climate resilience,
North Richmond Community Resilience Initiative projects will green the neighborhood through landscaping and trees, install energy-efficient systems in homes, also reducing expo
This agreement provides funding under the Inflation Reduction Act (IRA) to Building Materials Re-use Association. This program is to support the development, enhanced standar

EPA_00318331

Report Last Refresh Date: 4/28/25

| | Obligation Amount | Obligation Drawdow |
|---|---|---|
| | $2,195,571,779.00 | |

| Assistance Listing Code | Program Code | Grant Family | Grant No | Award Date | Award Fiscal Year | Last Drawdown Date | Project Period Cost | Cumulative Award |
|---|---|---|---|---|---|---|---|---|
| 66.306 | 51 | 00A01313 | 00A01313-0 | 08/08/2024 | 2024 | 03/03/2025 | $500,000.00 | $500,000.00 |
| 66.306 | 51 | 02F74401 | 02F74401-0 | 11/25/2024 | 2025 | | $500,000.00 | $500,000.00 |
| 66.306 | 51 | 02F74801 | 02F74801-0 | 12/11/2024 | 2025 | | $500,000.00 | $500,000.00 |
| 66.306 | 51 | 02J56001 | 02J56001-0 | 11/04/2024 | 2025 | | $500,000.00 | $500,000.00 |
| 66.306 | 51 | 96263224 | 96263224-0 | 11/06/2024 | 2025 | 03/03/2025 | $150,000.00 | $150,000.00 |
| 66.306 | 51 | 97T22801 | 97T22801-0 | 11/26/2024 | 2025 | 02/20/2025 | $500,000.00 | $500,000.00 |
| 66.306 | 51 | 98T88101 | 98T88101-1 | 11/27/2024 | 2025 | 02/20/2025 | $200,000.00 | $200,000.00 |
| 66.306 | 5B | 00A01144 | 00A01144-0 | 07/10/2024 | 2024 | 02/07/2025 | $150,000.00 | $150,000.00 |
| 66.306 | 5B | 00E03623 | 00E03623-1 | 12/05/2024 | 2025 | 01/31/2025 | $500,000.00 | $500,000.00 |
| 66.306 | 5B | 00E03857 | 00E03857-0 | 09/21/2024 | 2024 | 03/04/2025 | $500,000.00 | $500,000.00 |
| 66.306 | 5B | 02F76301 | 02F76301-0 | 02/04/2025 | 2025 | | $498,546.00 | $498,546.00 |
| 66.306 | 5B | 02F76801 | 02F76801-0 | 01/14/2025 | 2025 | | $500,000.00 | $500,000.00 |
| 66.306 | 5B | 02J56501 | 02J56501-1 | 12/19/2024 | 2025 | 03/03/2025 | $498,000.00 | $498,000.00 |
| 66.306 | 5B | 03D03524 | 03D03524-1 | 11/06/2024 | 2025 | | $500,000.00 | $500,000.00 |
| 66.306 | 5B | 84084301 | 84084301-0 | 11/14/2024 | 2025 | 01/31/2025 | $497,111.00 | $497,111.00 |
| 66.306 | 5B | 95337201 | 95337201-1 | 02/04/2025 | 2025 | 02/27/2025 | $500,000.00 | $500,000.00 |
| 66.306 | 5B | 95337301 | 95337301-0 | 10/21/2024 | 2025 | 03/10/2025 | $150,000.00 | $150,000.00 |
| 66.306 | 5B | 96263624 | 96263624-0 | 12/20/2024 | 2025 | | $500,000.00 | $500,000.00 |
| 66.306 | 5B | 97T23101 | 97T23101-0 | 11/20/2024 | 2025 | | $500,000.00 | $500,000.00 |
| 66.306 | 5B | 97T23201 | 97T23201-0 | 12/13/2024 | 2025 | | $500,000.00 | $500,000.00 |
| 66.306 | 5B | 97T23301 | 97T23301-0 | 11/22/2024 | 2025 | 03/03/2025 | $499,975.00 | $499,975.00 |
| 66.306 | 5B | 97T23901 | 97T23901-0 | 12/18/2024 | 2025 | | $500,000.00 | $500,000.00 |
| 66.306 | 5B | 97T29101 | 97T29101-0 | 12/06/2024 | 2025 | | $499,735.00 | $499,735.00 |
| 66.306 | 5B | 98T88501 | 98T88501-0 | 11/25/2024 | 2025 | | $500,000.00 | $500,000.00 |
| 66.306 | EC | 02J03001 | 02J03001-2 | 12/30/2024 | 2025 | 12/05/2024 | $200,000.00 | $200,000.00 |
| 66.306 | EC | 98T94301 | 98T94301-1 | 11/14/2024 | 2025 | | $154,982.00 | $154,982.00 |
| 66.309 | 5K | 84113601 | 84113601-0 | 12/30/2024 | 2025 | 02/20/2025 | $7,000,000.00 | $7,000,000.00 |
| 66.309 | XJ | 00A01452 | 00A01452-1 | 01/14/2025 | 2025 | 02/11/2025 | $10,000,000.00 | $6,000,000.00 |
| 66.309 | XJ | 02D48323 | 02D48323-1 | 12/27/2024 | 2025 | 05/02/2024 | $40,000.00 | $40,000.00 |
| 66.309 | XJ | 02F33801 | 02F33801-2 | 01/07/2025 | 2025 | 02/20/2025 | $10,000,000.00 | $8,000,000.00 |
| 66.309 | XJ | 02J28601 | 02J28601-3 | 01/08/2025 | 2025 | 03/10/2025 | $12,000,000.00 | $9,000,000.00 |
| 66.309 | XJ | 02J28701 | 02J28701-3 | 01/10/2025 | 2025 | 03/05/2025 | $10,096,630.00 | $9,000,000.00 |
| 66.309 | XJ | 13746193 | 13746193-4 | 12/27/2024 | 2025 | 02/13/2025 | $10,000,000.00 | $9,000,000.00 |
| 66.309 | XJ | 96230523 | 96230523-2 | 01/15/2025 | 2025 | 02/04/2025 | $10,000,000.00 | $8,500,000.00 |
| 66.309 | XJ | 96230923 | 96230923-3 | 01/16/2025 | 2025 | 02/21/2025 | $10,000,000.00 | $8,000,000.00 |

EPA_00318334

| n Amount | Unliquidated Obligation Amount |
|---|---|
| $47,554,718.96 | $2,148,017,060.04 |

| Obligation Amount | Obligation Drawdown Amount | Unliquidated Obligation Amount | Awarding Region Code | AAship | Project Start Date | Project End Date |
|---|---|---|---|---|---|---|
| $500,000.00 | $59,897.90 | $440,102.10 | EPA R1 | R01 | 04/01/2024 | 10/01/2026 |
| $500,000.00 | $0.00 | $500,000.00 | EPA R6 | R06 | 01/01/2025 | 12/31/2027 |
| $500,000.00 | $0.00 | $500,000.00 | EPA R6 | R06 | 12/15/2024 | 12/14/2027 |
| $500,000.00 | $0.00 | $500,000.00 | EPA R10 | R10 | 10/01/2024 | 09/30/2027 |
| $150,000.00 | $26,104.79 | $123,895.21 | EPA R2 | R02 | 07/01/2024 | 06/30/2027 |
| $500,000.00 | $42,687.04 | $457,312.96 | EPA R9 | R09 | 11/01/2024 | 10/31/2026 |
| $200,000.00 | $3,000.00 | $197,000.00 | EPA R9 | R09 | 07/01/2024 | 06/30/2027 |
| $150,000.00 | $150,000.00 | $0.00 | EPA R1 | R01 | 04/01/2024 | 03/31/2027 |
| $500,000.00 | $71,760.97 | $428,239.03 | EPA R5 | R05 | 07/01/2024 | 06/30/2027 |
| $500,000.00 | $96,083.98 | $403,916.02 | EPA R5 | R05 | 10/01/2024 | 09/30/2027 |
| $498,546.00 | $0.00 | $498,546.00 | EPA R6 | R06 | 12/01/2024 | 11/30/2027 |
| $500,000.00 | $0.00 | $500,000.00 | EPA R6 | R06 | 01/15/2025 | 01/14/2028 |
| $498,000.00 | $33,532.21 | $464,467.79 | EPA R10 | R10 | 09/01/2024 | 08/31/2027 |
| $500,000.00 | $0.00 | $500,000.00 | EPA R4 | R04 | 01/01/2025 | 12/31/2027 |
| $497,111.00 | $74,435.00 | $422,676.00 | EPA HQ | OEJECR | 10/01/2024 | 09/30/2026 |
| $500,000.00 | $9,074.00 | $490,926.00 | EPA R3 | R03 | 04/01/2024 | 03/31/2027 |
| $150,000.00 | $5,038.99 | $144,961.01 | EPA R3 | R03 | 11/01/2024 | 10/31/2026 |
| $500,000.00 | $0.00 | $500,000.00 | EPA R2 | R02 | 11/01/2024 | 10/31/2027 |
| $500,000.00 | $0.00 | $500,000.00 | EPA R9 | R09 | 01/01/2025 | 12/31/2027 |
| $500,000.00 | $0.00 | $500,000.00 | EPA R9 | R09 | 01/01/2025 | 12/31/2027 |
| $499,975.00 | $8,405.99 | $491,569.01 | EPA R9 | R09 | 01/01/2025 | 12/31/2027 |
| $500,000.00 | $0.00 | $500,000.00 | EPA R9 | R09 | 12/01/2024 | 01/01/2027 |
| $499,735.00 | $0.00 | $499,735.00 | EPA R9 | R09 | 01/01/2025 | 12/31/2027 |
| $500,000.00 | $0.00 | $500,000.00 | EPA R9 | R09 | 12/01/2024 | 11/30/2027 |
| $200,000.00 | $136,703.60 | $63,296.40 | EPA R10 | R10 | 02/01/2022 | 04/30/2025 |
| $154,982.00 | $0.00 | $154,982.00 | EPA R9 | R09 | 10/01/2024 | 10/31/2025 |
| $7,000,000.00 | $40,088.66 | $6,959,911.34 | EPA HQ | OEJECR | 01/01/2025 | 12/31/2029 |
| $6,000,000.00 | $175,761.13 | $5,824,238.87 | EPA R1 | R01 | 07/01/2024 | 06/30/2029 |
| $19,890.00 | $19,890.00 | $0.00 | EPA R4 | R04 | 09/01/2023 | 08/31/2025 |
| $8,000,000.00 | $1,522,688.97 | $6,477,311.03 | EPA R6 | R06 | 06/01/2023 | 05/31/2028 |
| $9,000,000.00 | $1,881,247.99 | $7,118,752.01 | EPA R10 | R10 | 06/01/2023 | 05/31/2028 |
| $9,000,000.00 | $2,129,416.61 | $6,870,583.39 | EPA R10 | R10 | 06/01/2023 | 05/31/2028 |
| $9,000,000.00 | $1,736,649.96 | $7,263,350.04 | EPA R4 | R04 | 03/01/2023 | 02/29/2028 |
| $8,500,000.00 | $1,712,588.88 | $6,787,411.12 | EPA R2 | OEJECR | 07/01/2023 | 06/30/2028 |
| $8,000,000.00 | $2,305,418.12 | $5,694,581.88 | EPA R2 | R02 | 07/01/2023 | 06/30/2028 |

**J.A. 2546**

EPA_00318335

| Applicant Name | Applicant State | UEI | Applicant Type |
|---|---|---|---|
| CHILDHOOD LEAD ACTION PROJECT | RI | W7MEUZQ1MY37 | Not for Profit |
| LOUISIANA BUCKET BRIGADE | LA | CB3DRTHJK6A3 | Not for Profit |
| hw7009 - HOUSTON WILDERNESS | TX | FX14LK7KL9H7 | Not for Profit |
| THE TRUST FOR PUBLIC LAND | CA | HN7CS4YNMBC4 | Not for Profit |
| THE BRONX IS BLOOMING | NY | X4MYE8H3B4B9 | Not for Profit |
| ENVIRONMENTAL HEALTH COALI | CA | LFMZD2MERLY3 | Not for Profit |
| REBUILD SUPERIOR, INC. | AZ | ZKY1QMXDHE56 | Not for Profit |
| MASSACHUSETTS COALITION FOR OCCUPATIONAL SAFETY AND HEALTH, INC. | MA | LVUJLK2GKHK7 | Not for Profit |
| COMMUNITY POWER | MN | PK39HKBBC4A1 | Not for Profit |
| METROPOLITAN TENANTS ORGANIZATION | IL | UJEGUAKUSRF6 | Not for Profit |
| daref1434 - Downwinders at Risk Education Fund | TX | YRZKBL5NQ894 | Not for Profit |
| null5598 - NATIONAL URBAN LEAGUE, INC. | NY | VD9ST5ZPM5P4 | Not for Profit |
| CENTER FOR INTERCULTURAL ORGANIZING | OR | C16ARLN8FA16 | Not for Profit |
| LOWCOUNTRY ALLIANCE FOR MODEL COMMUNITIES | SC | J63MD5AMAY83 | Not for Profit |
| CLEAN WATER FUND | DC | FR2MH7EJ2QN2 | Not for Profit |
| SHAMOKIN CREEK RESTORATION ALLIANCE | PA | YNM4HTNX5NK5 | Not for Profit |
| RESILIENT VIRGINIA | VA | YHCCVVNQUBX5 | Not for Profit |
| YOUTH MINISTRIES FOR PEACE AND JUSTICE, INC. | NY | W85WGJRUAL13 | Not for Profit |
| crc8097 - CLIMATE RESILIENT COMMUNITIES | CA | XJ76N787Z1M5 | Not for Profit |
| ONEOC | CA | ST8KJPET6WJ3 | Not for Profit |
| ca3121 - CANAL ALLIANCE | CA | Z27XHGWBM779 | Not for Profit |
| tlanlt8074 - THE LOS ANGELES NEIGHBORHOOD LAND TRUST | CA | ZE7MZ7CCRR25 | Not for Profit |
| abf6059 - ANZA-BORREGO FOUNDATION | CA | EXRXKFAHALM7 | Not for Profit |
| COUNCIL FOR WATERSHED HEALTH | CA | N6MNXMMWUU64 | Not for Profit |
| Confederated Tribes of the Colville Reservation | WA | NU9UAKLRDDP1 | Indian Tribe |
| FOOD BANK OF CONTRA COSTA AND SOLANO | CA | DJAPJ258KCM8 | Not for Profit |
| RESEARCH TRIANGLE INSTITUTE | NC | JJHCMK4NT5N3 | Not for Profit |
| UNIVERSITY OF CONNECTICUT | CT | WNTPS995QBM7 | State Institution of Higher Learning |
| JACKSON STATE UNIVERSITY | MS | WFVHMSF6BU45 | State Institution of Higher Learning |
| NEW MEXICO STATE UNIVERSITY | NM | J3M5GZAT8N85 | State Institution of Higher Learning |
| UNIVERSITY OF WASHINGTON | WA | HD1WMN6945W6 | State Institution of Higher Learning |
| WILLAMETTE PARTNERSHIP | OR | MN5SKK48HCE3 | Not for Profit |
| RESEARCH TRIANGLE INSTITUTE | NC | JJHCMK4NT5N3 | Not for Profit |
| Inter American University of Puerto Rico, Inc. | PR | JSFAKPEEWFC3 | Private University |
| WEST HARLEM ENVIRONMENTAL ACTION INC | NY | PB8TKKTU3AG3 | Not for Profit |

EPA_00318336

| Assistance Listing Code | Assistance Listing Description |
|---|---|
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.309 | Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice |
| 66.309 | Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice |
| 66.309 | Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice |
| 66.309 | Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice |
| 66.309 | Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice |
| 66.309 | Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice |
| 66.309 | Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice |
| 66.309 | Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice |
| 66.309 | Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice |

EPA_00318337

**Project Title**
Community-Based Lead Poisoning Prevention Project
Imagine St. James Parish
Super Trees for Sustainability-Alief: urban forestry through targeted large-scale native tree plantings, education on mitigation effects of targeted trees on extreme heat and other h
Madras Community Schoolyard Environmental Justice
Program for Leaders Advancing their Community's Environment (PLACE): Partnership Building for Program Expansion and Urban Forestry Workforce Development in Frontline C
INFLATION REDUCTION ACT - ENVIRONMENTAL JUSTICE COLLABORATIVE PROBLEM-SOLVING
Inflation Reduction Act - Environmental Justice Collaborative Problem-Solving
Student Organizing for Educational and Environmental Justice in Boston Public Schools (BPS)
Community Power EJ CPS 2023
MTO EJCPS 2024
Environmental Justice Governmental Grant
Urban Environmental Justice Collaborative Program
Oregon Climate Resilience
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Learning to Live with Lead&mdash;Reducing Exposure in Environmental Justice Communities in Pennsylvania and Massachusetts
EJCPS Creation of Collaborative Partnership for the Greater Shamokin Area
Building Community Capacity for Climate Justice in Ward 2, Lynchburg VA
Youth Ministries for Peace and Justice (YMPJ)Bronx River Waterfront Redevelopment Health Impact Assessment
Inflation Reduction Act &ndash; Environmental Justice Collaborative Problem-Solving
Inflation Reduction Act &ndash; Environmental Justice Collaborative Problem-Solving
Inflation Reduction Act - Environmental Justice Collaborative Problem-Solving
Inflation Reduction Act &ndash; Environmental Justice Collaborative Problem-Solving
Inflation Reduction Act - Environmental Justice Collaborative Problem-Solving
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
EJCPS/ARP PM2.5 Monitoring for Upper Columbia River Communities
Environmental Justice Collaborative Problem-Solving - Vallejo Food Rescue Project
VISTA CEC - VISTA Clean Environment Core
Environmental Justice Thriving Communities Technical Assistance Center Region 1
Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice
South Central Environmental Justice Resource Center (SCEJRC) Thriving Communities Technical Assistance Center (TCTAC)
Pacific Northwest Environmental Justice Thriving Communities Center
Northwestern Environmental and Energy Justice TCTAC
Resource for Assistance and Community Training
EAGEL Engage and Assist Grassroots organizations for Environmental Energy Justice and Leadership capacity building for Region 2 EJ TCTAC
WE ACT for Environmental Justice proposes to lead and host an Environmental Justice Thriving Communities Technical Assistance Center for EPA Region 2.

J.A. 2549

EPA_00318338

**OMB Project Description**

This agreement will provide funding to Childhood Lead Action Project to implement an education, training and community engagement program to raise awareness of lead and inc

The Inflation Reduction Act (IRA) will allocate funding to the Louisiana Bucket Brigade for the purpose of executing environmental cleanup and weatherization initiatives. Specifical

This agreement provides funding of $500,000 to Houston Wilderness under the Inflation Reduction Act (IRA). This project, Super Trees for Sustainability-Alief, seeks to address th

The Trust for Public Land (TPL) is partnering with the school district, students, teachers, community organizations, and the Confederated Tribes of Warm Springs to design and cr

This agreement provides funding under the Inflation Reduction Act to The Bronx is Blooming. Through their Program for Leaders Advancing their Community's Environment (PLAC

The agreement provides funding to the Environmental Health Coalition (ECH). EHC's project will address the environmental injustice in the neighborhoods of Barrio Logan and Loç

The EJCPS agreement provides funding to Rebuild Superior, Inc. Specifically, grant funds will be used to cleanup properties on the behalf of the Town so it can place a lien on the

This Cooperative agreement is being awarded federal funding in the amount of $150,000 to Massachusetts Coalition for Occupational Safety and Health (MassCOSH) to train you

This agreement provides funding under the Inflation Reduction Act (IRA) to Community Power.  The recipient aims to address a central bottleneck in access for to the cost-savings

This agreement provides funding under the Inflation Reduction Act (IRA) to Metropolitan Tenants Organization (MTO). The recipient will train physicians, community health worker

This agreement provides funding under the Inflation Reduction Act (IRA) to Downwinders at Risk Education Fund. The recipient, along with the University Texas of Dallas (UTD), w

The Inflation Reduction Act (IRA) will allocate funding to the National Urban League (NUL), in launching a community-centered project to enhance climate resilience within Black/A

This agreement provides funding under the Inflation Reduction Act (IRA) to Center for Intercultural Organizing (CIO) doing business as (dba) Unite Oregon. The recipient will work

This action approves an award in the amount of $500,000 to provide funding to the Lowcountry Alliance for Model Communities (LAMC). The recipient will conduct robust engager

This agreement provides funding under the Inflation Reduction Act (IRA) to the Clean Water Fund. This agreement provides funding of $497,111 under the Inflation Reduction Act

This rebudget amendment revises the current budget for Shamokin Creek Restoration Alliance. The recipient is moving $145,341 from &quot;Contractual&quot; to &quot;Pe

This agreement provides funding of $150,000 under the Inflation Reduction Act (IRA) to Resilient Virginia. The project will build leadership capacity in communities disproportional

This agreement provides funding under the Inflation Reduction Act (IRA) to Youth Ministries for Peace and Justice (YMPJ).  YMPJ will lead a formal community-driven Health Impa

This agreement provides funding under the Inflation Reduction Act (IRA) to Climate Resilient Communities. The recipient will focus on the San Francisco Bay Midpeninsula, which

This agreement provides funding under the Inflation Reduction Act (IRA) to OneOC.  The recipient will promote utilization of the existing California Department of Public Health&rs

This agreement provides funding under the Inflation Reduction Act (IRA) to Canal Alliance. The recipient's project is focused on the City of San Rafael&rsquo;s Canal District in Ma

This agreement provides funding under the Inflation Reduction Act (IRA) to the Los Angeles Neighborhood Land Trust. The LA Neighborhood Land Trust is a member of the cross

This agreement provides funding under the Inflation Reduction Act (IRA) to the non-profit organization, the Anza-Borrego Foundation. They are based in Borrego Springs, San Dieç

This assistance agreement provides Federal funding  to the Council for Watershed Health (CWH).  Specifically, the recipient will expand the capacity of ReDesign LA Community l

The purpose of this American Rescue Plan funded Environmental Justice Collaborative Problem Solving (EJCPS) cooperative agreement is to provide funding under section 103 c

The purpose of this Environmental Justice Collaborative Problem Solving (EJCPS) cooperative agreement is to provide funding under Section 8001(a) of the Solid Waste Disposal

This agreement provides funding under the Inflation Reduction Act 9 (IRA) to the Research Triangle Institute (RTI) in the amount of $7,000,000 as authorized by CAA 138(b). In De

The agreement provides funding to the University of Connecticut. Specifically, the recipient will build capacity in New England (EPA Region 1) underserved and rural/remote comm

This action approves an award in the amount of $40,000 to Jackson State University (JSU). The purpose of this grant is for JSU to provide grant writing technical assistance to un

The agreement provides funding to New Mexico State University to lead an experienced team of community-based partners to create the South-Central Environmental Justice Res

The agreement provides funding to the University of Washington. Specifically, the recipient will provide technical assistance (TA) services to Region 10 program participants that w

The agreement provides funding to Willamette Partnership. The recipient will engage with underserved and rural communities across the Northwest United States to build capacity

This action provides funding in the amount of $3,000,000 for Research Triangle Institute (RTI) to provide meaningful engagement to underserved communities in the southeast reç

The agreement provides funding to Inter American University of Puerto Rico Metro Campus (IAUPR) to build the capacity of community stakeholder, local leaders, and community

The agreement provides funding to WE ACT for Environmental Justice to support Environmental Justice Programs through its Environmental Justice Thriving Communities Techni

EPA_00318339

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 66.309 | XJ | 98T65901 | 98T65901-2 | 12/19/2024 | | 2025 | 03/07/2025 | $9,999,979.00 | $8,100,000.00 |
| 66.312 | 52 | 00A01505 | 00A01505-1 | 11/27/2024 | | 2025 | | $1,000,000.00 | $1,000,000.00 |
| 66.312 | 52 | 02J58301 | 02J58301-0 | 10/18/2024 | | 2025 | | $1,050,000.00 | $1,050,000.00 |
| 66.312 | 52 | 96267200 | 96267200-0 | 12/11/2024 | | 2025 | | $1,000,000.00 | $1,000,000.00 |
| 66.312 | 52 | 96712501 | 96712501-1 | 02/05/2025 | | 2025 | | $1,000,000.00 | $1,000,000.00 |
| 66.312 | 52 | 97T22501 | 97T22501-0 | 12/05/2024 | | 2025 | | $1,000,000.00 | $1,000,000.00 |
| 66.312 | 52 | 98T89301 | 98T89301-0 | 11/26/2024 | | 2025 | | $1,050,000.00 | $1,050,000.00 |
| 66.312 | 5C | 95337501 | 95337501-1 | 12/02/2024 | | 2025 | | $980,350.00 | $980,350.00 |
| 66.312 | 5C | 96263900 | 96263900-0 | 01/08/2025 | | 2025 | | $1,000,000.00 | $1,000,000.00 |
| 66.312 | 5C | 98T90501 | 98T90501-0 | 11/20/2024 | | 2025 | | $1,000,000.00 | $1,000,000.00 |
| 66.312 | AJ | 00A01438 | 00A01438-1 | 12/20/2024 | | 2025 | | $1,000,000.00 | $1,000,000.00 |
| 66.312 | AJ | 03D04224 | 03D04224-0 | 07/19/2024 | | 2024 | 02/24/2025 | $1,000,000.00 | $1,000,000.00 |
| 66.312 | AJ | 96263800 | 96263800-0 | 10/31/2024 | | 2025 | | $1,000,000.00 | $1,000,000.00 |
| 66.312 | AJ | 96711601 | 96711601-2 | 12/30/2024 | | 2025 | | $1,000,000.00 | $1,000,000.00 |
| 66.312 | AK | 00E03633 | 00E03633-1 | 10/16/2024 | | 2025 | | $1,000,000.00 | $1,000,000.00 |
| 66.604 | EQ | 02D22522 | 02D22522-1 | 11/07/2024 | | 2025 | 08/21/2023 | $75,000.00 | $75,000.00 |
| 66.604 | EQ | 02J07001 | 02J07001-2 | 10/03/2024 | | 2025 | 10/23/2024 | $75,000.00 | $75,000.00 |
| 66.614 | EL | 00A01522 | 00A01522-1 | 02/14/2025 | | 2025 | | $100,000.00 | $100,000.00 |
| 66.615 | 5N | 00A01512 | 00A01512-0 | 01/03/2025 | | 2025 | | $52,000,000.00 | $52,000,000.00 |
| 66.615 | 5N | 00I50002 | 00I50002-1 | 12/19/2024 | | 2025 | 02/21/2025 | $52,000,000.00 | $52,000,000.00 |
| 66.615 | 5N | 01E03682 | 01E03682-0 | 12/20/2024 | | 2025 | | $52,000,000.00 | $52,000,000.00 |
| 66.615 | 5N | 02F5550B | 02F5550B-0 | 12/18/2024 | | 2025 | | $55,082,753.00 | $55,082,753.00 |
| 66.615 | 5N | 02J63901 | 02J63901-1 | 12/20/2024 | | 2025 | 03/05/2025 | $52,000,000.00 | $52,000,000.00 |
| 66.615 | 5N | 84082901 | 84082901-0 | 12/27/2024 | | 2025 | 03/06/2025 | $48,000,000.00 | $48,000,000.00 |
| 66.615 | 5N | 84084101 | 84084101-0 | 07/16/2024 | | 2024 | 02/20/2025 | $25,000,000.00 | $25,000,000.00 |
| 66.615 | 5N | 84084201 | 84084201-0 | 01/08/2025 | | 2025 | 02/20/2025 | $95,000,000.00 | $95,000,000.00 |
| 66.615 | 5N | 95341401 | 95341401-2 | 12/27/2024 | | 2025 | 02/10/2025 | $52,000,000.00 | $52,000,000.00 |
| 66.615 | 5N | 96265602 | 96265602-0 | 01/15/2025 | | 2025 | 01/23/2025 | $52,000,000.00 | $52,000,000.00 |
| 66.615 | 5N | 98T97502 | 98T97502-1 | 12/12/2024 | | 2025 | | $52,000,000.00 | $52,000,000.00 |
| 66.616 | 5F | 00A01479 | 00A01479-0 | 01/17/2025 | | 2025 | | $20,000,000.00 | $20,000,000.00 |
| 66.616 | 5F | 00A01540 | 00A01540-0 | 11/27/2024 | | 2025 | 03/07/2025 | $19,989,241.00 | $19,989,241.00 |
| 66.616 | 5F | 00A01704 | 00A01704-0 | 01/08/2025 | | 2025 | 03/05/2025 | $18,710,533.00 | $18,710,533.00 |
| 66.616 | 5F | 00A01863 | 00A01863-0 | 01/16/2025 | | 2025 | | $3,000,000.00 | $3,000,000.00 |
| 66.616 | 5F | 00E04015 | 00E04015-0 | 11/26/2024 | | 2025 | 03/06/2025 | $17,810,277.00 | $17,810,277.00 |
| 66.616 | 5F | 00E04016 | 00E04016-0 | 12/05/2024 | | 2025 | 03/07/2025 | $20,000,000.00 | $20,000,000.00 |
| 66.616 | 5F | 00E04017 | 00E04017-0 | 12/04/2024 | | 2025 | 03/07/2025 | $3,000,000.00 | $3,000,000.00 |
| 66.616 | 5F | 00E04043 | 00E04043-0 | 12/04/2024 | | 2025 | 02/20/2025 | $18,898,518.00 | $18,898,518.00 |
| 66.616 | 5F | 00E04044 | 00E04044-0 | 12/04/2024 | | 2025 | 02/21/2025 | $20,358,302.00 | $20,358,302.00 |
| 66.616 | 5F | 00E04045 | 00E04045-0 | 12/04/2024 | | 2025 | | $20,000,000.00 | $20,000,000.00 |
| 66.616 | 5F | 00E04046 | 00E04046-0 | 12/05/2024 | | 2025 | 03/05/2025 | $2,754,952.00 | $2,754,952.00 |
| 66.616 | 5F | 00E04057 | 00E04057-0 | 01/07/2025 | | 2025 | 03/05/2025 | $2,166,564.00 | $2,166,564.00 |
| 66.616 | 5F | 00E04058 | 00E04058-0 | 01/07/2025 | | 2025 | | $20,000,000.00 | $20,000,000.00 |

EPA_00318340

| | | | | | | |
|---|---|---|---|---|---|---|
| $8,100,000.00 | $2,299,263.43 | $5,800,736.57 | EPA R9 | R09 | 06/01/2023 | 05/30/2028 |
| $1,000,000.00 | $0.00 | $1,000,000.00 | EPA R1 | R01 | 10/01/2024 | 09/30/2027 |
| $1,050,000.00 | $0.00 | $1,050,000.00 | EPA R10 | R10 | 10/01/2024 | 09/30/2026 |
| $1,000,000.00 | $0.00 | $1,000,000.00 | EPA R2 | R02 | 12/15/2024 | 12/14/2027 |
| $1,000,000.00 | $0.00 | $1,000,000.00 | EPA R7 | R07 | 08/01/2024 | 07/31/2027 |
| $1,000,000.00 | $0.00 | $1,000,000.00 | EPA R9 | R09 | 01/01/2025 | 12/31/2026 |
| $1,050,000.00 | $0.00 | $1,050,000.00 | EPA R9 | R09 | 01/02/2025 | 01/01/2028 |
| $980,350.00 | $0.00 | $980,350.00 | EPA R3 | R03 | 06/01/2024 | 05/31/2027 |
| $1,000,000.00 | $0.00 | $1,000,000.00 | EPA R2 | R02 | 02/01/2025 | 01/31/2028 |
| $1,000,000.00 | $0.00 | $1,000,000.00 | EPA R9 | R09 | 12/01/2024 | 11/30/2027 |
| $1,000,000.00 | $0.00 | $1,000,000.00 | EPA R1 | R01 | 12/16/2024 | 12/15/2027 |
| $1,000,000.00 | $28,967.15 | $971,032.85 | EPA R4 | R04 | 04/01/2024 | 03/31/2027 |
| $1,000,000.00 | $0.00 | $1,000,000.00 | EPA R2 | R02 | 10/01/2024 | 09/30/2027 |
| $1,000,000.00 | $0.00 | $1,000,000.00 | EPA R7 | R07 | 06/01/2024 | 05/31/2027 |
| $1,000,000.00 | $0.00 | $1,000,000.00 | EPA R5 | R05 | 04/01/2024 | 03/31/2027 |
| $75,000.00 | $2,500.00 | $72,500.00 | EPA R4 | R04 | 04/01/2023 | 12/31/2025 |
| $75,000.00 | $44,804.20 | $30,195.80 | EPA R10 | R10 | 10/01/2022 | 09/23/2025 |
| $100,000.00 | $0.00 | $100,000.00 | EPA R1 | R01 | 09/01/2024 | 12/31/2025 |
| $52,000,000.00 | $0.00 | $52,000,000.00 | EPA R1 | R01 | 01/01/2025 | 12/31/2027 |
| $52,000,000.00 | $795.15 | $51,999,204.85 | EPA R8 | OEJECR | 01/01/2025 | 12/31/2027 |
| $52,000,000.00 | $0.00 | $52,000,000.00 | EPA R5 | OEJECR | 10/01/2024 | 09/30/2027 |
| $55,082,753.00 | $0.00 | $55,082,753.00 | EPA R6 | R06 | 01/01/2025 | 12/31/2027 |
| $52,000,000.00 | $27,133.89 | $51,972,866.11 | EPA R10 | OEJECR | 11/01/2024 | 10/31/2027 |
| $48,000,000.00 | $168,425.63 | $47,831,574.37 | EPA HQ | OEJECR | 01/01/2025 | 12/31/2027 |
| $25,000,000.00 | $2,766,147.79 | $22,233,852.21 | EPA HQ | OEJECR | 02/01/2024 | 01/31/2027 |
| $95,000,000.00 | $230,643.29 | $94,769,356.71 | EPA HQ | OEJECR | 01/01/2025 | 12/31/2027 |
| $52,000,000.00 | $36,762.52 | $51,963,237.48 | EPA R3 | R03 | 08/01/2024 | 07/31/2027 |
| $52,000,000.00 | $1.00 | $51,999,999.00 | EPA R2 | R02 | 01/02/2025 | 01/01/2028 |
| $52,000,000.00 | $0.00 | $52,000,000.00 | EPA R9 | R09 | 01/06/2025 | 01/05/2028 |
| $20,000,000.00 | $0.00 | $20,000,000.00 | EPA R1 | R01 | 04/01/2025 | 03/31/2028 |
| $19,989,241.00 | $7,022.72 | $19,982,218.28 | EPA R1 | R01 | 01/01/2025 | 12/31/2027 |
| $18,710,533.00 | $32,612.00 | $18,677,921.00 | EPA R1 | R01 | 01/01/2025 | 12/31/2027 |
| $3,000,000.00 | $0.00 | $3,000,000.00 | EPA R1 | R01 | 01/01/2025 | 12/31/2027 |
| $17,810,277.00 | $470,393.33 | $17,339,883.67 | EPA R5 | R05 | 10/01/2024 | 09/30/2027 |
| $20,000,000.00 | $10,200.00 | $19,989,800.00 | EPA R5 | R05 | 01/01/2025 | 12/30/2027 |
| $3,000,000.00 | $1,510.00 | $2,998,490.00 | EPA R5 | R05 | 01/01/2025 | 12/31/2027 |
| $18,898,518.00 | $40,103.00 | $18,858,415.00 | EPA R5 | R05 | 01/01/2025 | 12/31/2027 |
| $20,358,302.00 | $4,884,632.62 | $15,473,669.38 | EPA R5 | R05 | 12/01/2024 | 11/30/2027 |
| $20,000,000.00 | $0.00 | $20,000,000.00 | EPA R5 | R05 | 03/17/2025 | 03/16/2028 |
| $2,754,952.00 | $8,548.65 | $2,746,403.35 | EPA R5 | R05 | 02/01/2025 | 01/31/2028 |
| $2,166,564.00 | $339.79 | $2,166,224.21 | EPA R5 | R05 | 02/01/2025 | 01/31/2028 |
| $20,000,000.00 | $0.00 | $20,000,000.00 | EPA R5 | R05 | 02/01/2025 | 01/31/2028 |

**J.A. 2552**

EPA_00318341

| UNIVERSITY OF ARIZONA | AZ | ED44Y3W6P7B9 | State Institution of Higher Learning |
|---|---|---|---|
| BOSTON, CITY OF | MA | LJDLU7EA4SK1 | Municipal |
| TACOMA PUBLIC SCHOOLS | WA | KTERSDJ44S58 | Independent School District |
| CITY OF ROCHESTER CITY HALL | NY | CU87RABY53C9 | Municipal |
| CITY OF KANSAS CITY | MO | JY2DYJXPQW56 | Municipal |
| SAN JOSE, CITY OF | CA | QUA4AULJ8FM3 | Municipal |
| GILA COUNTY, AZ | AZ | C8EKKJK67XB1 | County |
| COUNTY OF ARLINGTON | VA | V9LLM9AGRPB7 | County |
| CITY OF NEWARK CITY HALL | NJ | JGDDJDL5BM13 | Municipal |
| COUNTY OF LOS ANGELES | CA | ZLJUW5L9K685 | County |
| DEPT OF ENERGY & ENVIRONMENTAL PROTECTION | CT | VZA5GCYZBJA7 | State |
| STATE OF NORTH CAROLINA DEPARTMENT OF HEALTH & HUMAN SERVICES | NC | DKT3LLBWFVL3 | State |
| HOUSING TRUST FUND CORP | NY | WLNYVLMWZ9V6 | State |
| KANSAS DEPARTMENT OF HEALTH & ENVIRONMENT | KS | CGSTLVM57LM5 | State |
| PRAIRIE ISLAND INDIAN COMMUNITY | MN | ZXWAV8U3K5E4 | Indian Tribe |
| GASP | AL | HZMJEKASHBQ7 | Not for Profit |
| YAKUTAT TLINGIT TRIBE | AK | UDYDUTE6LU94 | Indian Tribe |
| SOUTHCOAST COMMUNITY FOUNDATION INC | MA | J5A9WPZLESL1 | Not for Profit |
| HEALTH RESOURCES IN ACTION, INC. | MA | FPD3JRJ61WJ2 | Not for Profit |
| JSI RESEARCH & TRAINING INSTITUTE INC | MA | LKTNULLR6FL6 | Not for Profit |
| MINNEAPOLIS FOUNDATION | MN | FVP7MYH59L76 | Not for Profit |
| TEXAS SOUTHERN UNIVERSITY | TX | HYYJJ5ZP7CR9 | State Institution of Higher Learning |
| PHILANTHROPY NORTHWEST | WA | CFDJSA2KV151 | Not for Profit |
| INSTITUTE FOR SUSTAINABLE COMMUNITIES | VT | J1DEYVM9BXE8 | Not for Profit |
| RESEARCH TRIANGLE INSTITUTE | NC | JJHCMK4NT5N3 | Not for Profit |
| RESEARCH TRIANGLE INSTITUTE | NC | JJHCMK4NT5N3 | Not for Profit |
| GREEN & HEALTHY HOMES INITIATIVE INC | MD | HYQKKGCH7XZ5 | Not for Profit |
| FORDHAM UNIVERSITY | NY | ECESTN2SSVH1 | Private University |
| SOCIAL AND ENVIRONMENTAL ENTREPRENEURS (SEE), INC. | CA | VCAASEEZRM59 | Not for Profit |
| City of New Haven | CT | K8WBCLJ9DVD8 | Municipal |
| SPRINGFIELD, CITY OF | MA | CKWEXLA12KD3 | Municipal |
| rifpc8297 - Rhode Island Food Policy Council | RI | CUHNPN791947 | Not for Profit |
| JSI RESEARCH & TRAINING INSTITUTE INC | MA | LKTNULLR6FL6 | Not for Profit |
| tmhs8458 - METROHEALTH SYSTEM, THE | OH | FM8VV9SAL6M3 | County |
| INTER-TRIBAL COUNCIL OF MICHIGAN INC | MI | YJ5ELTTDBKM7 | Indian Tribe |
| INTER-TRIBAL COUNCIL OF MICHIGAN INC | MI | YJ5ELTTDBKM7 | Indian Tribe |
| KALAMAZOO COUNTY BOARD-COMMS | MI | FGGYA2KMEK67 | County |
| e8241 - ECOWORKS | MI | ZU2FS7ZL6DQ2 | Not for Profit |
| CITY OF EVANSVILLE | IN | JJE9WRMGGUN5 | Municipal |
| FRIENDS OF THE CHICAGO RIVER | IL | GMFBUKBE1XM4 | Not for Profit |
| GROUNDWORK USA INC | MA | KCGWHRHKLLB5 | Not for Profit |
| smc6045 - SOUTHWESTERN MICHIGAN COMMISSION | MI | EGNZBHC8Z1F3 | Not for Profit |

EPA_00318342

| 66.309 | Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice |
| 66.312 | State Environmental Justice Cooperative Agreement Program |
| 66.312 | State Environmental Justice Cooperative Agreement Program |
| 66.312 | State Environmental Justice Cooperative Agreement Program |
| 66.312 | State Environmental Justice Cooperative Agreement Program |
| 66.312 | State Environmental Justice Cooperative Agreement Program |
| 66.312 | State Environmental Justice Cooperative Agreement Program |
| 66.312 | State Environmental Justice Cooperative Agreement Program |
| 66.312 | State Environmental Justice Cooperative Agreement Program |
| 66.312 | State Environmental Justice Cooperative Agreement Program |
| 66.312 | State Environmental Justice Cooperative Agreement Program |
| 66.312 | State Environmental Justice Cooperative Agreement Program |
| 66.312 | State Environmental Justice Cooperative Agreement Program |
| 66.312 | State Environmental Justice Cooperative Agreement Program |
| 66.312 | State Environmental Justice Cooperative Agreement Program |
| 66.604 | Environmental Justice Small Grant Program |
| 66.604 | Environmental Justice Small Grant Program |
| 66.614 | Direct Financial Assistance to Community Service Providers to support Environmental Justice Activities |
| 66.615 | Environmental Justice Communities Pass-through Funder Program (EJCPF) |
| 66.615 | Environmental Justice Communities Pass-through Funder Program (EJCPF) |
| 66.615 | Environmental Justice Communities Pass-through Funder Program (EJCPF) |
| 66.615 | Environmental Justice Communities Pass-through Funder Program (EJCPF) |
| 66.615 | Environmental Justice Communities Pass-through Funder Program (EJCPF) |
| 66.615 | Environmental Justice Communities Pass-through Funder Program (EJCPF) |
| 66.615 | Environmental Justice Communities Pass-through Funder Program (EJCPF) |
| 66.615 | Environmental Justice Communities Pass-through Funder Program (EJCPF) |
| 66.615 | Environmental Justice Communities Pass-through Funder Program (EJCPF) |
| 66.615 | Environmental Justice Communities Pass-through Funder Program (EJCPF) |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |

EPA_00318343

| Special Purpose Activities Related To Environmental Justice |
|---|
| Electric Stove Replacement Program |
| Environmental Justice at Larchmont Elementary |
| Home Electrification and Revitalization Opportunity (HERO) Program |
| Lead in Soils Mitigation Project |
| Inflation Reduction Act - Environmental Justice Government-to-Government |
| Inflation Reduction Act - Environmental Justice Government-to-Government |
| Energy-Health-Equity Project |
| Workforce Development for mitigating air quality, urban heat island, and stormwater issues in Newark |
| Inflation Reduction Act - Environmental Justice Government to Government |
| Connecticut Environmental Justice Government To Government (EJG2G) Grant Application |
| Environmental Justice Government-to-Government (EJG2G) Program |
| Ensuring a Just Transition in Southwest Brooklyn, NY: Planning, Engagement, Design in Sunset Park and Red Hook |
| Placemaking to address food equity and environmental sustainability in Southeast Kansas |
| Prairie Island G2G Tribal Home Energy Project |
| Environmental Justice Small Grant Program |
| Yakutat Subsistence Consumption Assessment |
| Access2Opportunity Forum Initiative 2024-2025 |
| Grantmaker - Subsequent Award |
| EJ-TCGM Subsequent Award - Mountains and Plains Environmental Justice Grants Hub |
| Environmental Justice Thriving Communities Grantmaker Program (EJ TCGM) |
| EJ-TCGM Subsequent Award - Region 6 The Bullard Center for Environmental and Climate Justice at Texas Southern University |
| Northwest Network for Environmental Justice-Subsequent Award |
| Institute for Sustainable Communities Nat'l GM - Subsequent Award |
| Research Triangle Institute (RTI) - Grantmaker - Initial Award |
| RTI Thriving Communities Grantmaker: Subsequent Award |
| TCGM Subsequent Award - Green &amp; Healthy Homes Initiative will act as pass-through entity for EPA's EJ Thriving Communities Grantmaking Program, R3 GM |
| Grantmaker - Subsequent Award |
| Inflation Reduction Act - Environmental Justice Thriving Communities |
| Elm City Climate Collaborative |
| Green and Resilient Springfield |
| From Food Waste to Opportunity: A Path toward Climate, Environmental, &amp; Economic Justice in Rhode Island |
| Enhancing Equitable Community Engagement in Governance for Environmental and Climate Justice in East Boston (EJ Engaged East Boston) |
| Asthma, Indoor Air Pollution and Greenhouse Gas Emissions |
| Making Michigan Tribal Homes &amp; Buildings Efficient, Healthy, and Resilient |
| Michigan Tribal and State Wild Rice Stewardship |
| Holistic Healthy Homes in Kalamazoo County: Delivering Energy Efficiency Measures, Increasing Resiliency, and Improving Air Quality in Existing Housing Stock |
| Detroit Community Resilience Hub Initiative |
| Moving Evansville Toward A Healthier Future |
| Establishing a Climate Just Future in Chicago by Collaborating through the River Ecology and Governance Task Force |
| Climate Safe Great Lakes | Building Resident Capacity To Collaboratively Advance Community Climate Adaptation Priorities |
| CCG 2024 Benton Harbor Neighborhood Resilience Hubs |

The Western Environmental Science Technical Assistance Center for Environmental Justice (WEST EJ Center) or Environmental Justice Thriving Communities Technical Assistar
The agreement provides funding to the City of Boston. Specifically, the recipient will partner with Codman Square Neighborhood Development Corporation and the Boston Housing
The Larchmont Community Schoolyard is a joint e&#64256;ort between Tacoma Public Schools, Trust for Public Land, and the community to transform the schoolyard from aspha
The agreement under the Inflation Reduction Act provides funding to City of Rochester New York. Specifically, the recipient will fund energy audits and the installation of electric ap
This agreement provides funding under the Inflation Reduction Act (IRA). The agreement provides funding to Kansas City Missouri (KCMO) and their partner Community Based O
This agreement provides funding under the Inflation Reduction Act (IRA). The agreement provides funding to the City of San Jose. The City of San Jos&eacute; is one of five cities
The Copper Corridor&rsquo;s environmental injustices stem from historic mining activities and an archaic mining tax structure that benefits more populated communities in Arizon
The County proposes the Energy-Health-Equity Project (EHE Project, or Project), which will create two technical resources: a decision-support tool and a comprehensive financing
This agreement provides funding under the Inflation Reduction Act (IRA). This agreement provides funding to City of Newark in New Jersey and comprises a training, monitoring a
This agreement provides funding under the Inflation Reduction Act (IRA). The agreement provides funding to the County of Los Angeles. Specifically, the Los Angeles County Publi
The agreement provides funding to The Connecticut Department of Energy and Environmental Protection (CT DEEP). The recipient will initiate a new program to work with disadva
This action approves an award in the amount of $1,000,000 to the North Carolina Department of Health and Human Services to implement its own project to Address Private Well
The agreement provides funding to Resilient Homes and Communities. Specifically, the recipient will use the finding for Climate resiliency and adaptation planning, community eng
The agreement provides funding to Kansas Department of Health and Environment. Specifically, the recipient will implement meaningful environmental and public health strategies
This agreement provides funding under Consolidated Appropriations. The agreement provides funding to Prairie Island Indian Community. Specifically, the recipient will utilize con
This action approves an award in the amount of $75,000 to support GASP to launch a community needs assessment survey to gauge residents health concerns and deploy at leas
The purpose of the Yakutat Subsistence Consumption Assessment project is to strengthen the Yakutat Tlingit Tribes&rsquo;ability to participate in developing water quality standar
This cooperative agreement provides funding to the Community Foundation of Southeastern Massachusetts and the Old Bedford Village Development, a community-based nonpro
This agreement provides funding under the Inflation Reduction Act (IRA) to Health Resources in Action (HRA). The recipient is a Regional Grantmaker and the purpose of this awa
This agreement provides funding under the Inflation Reduction Act (IRA) to JSI Research &amp; Training Institute. The recipient is the Regional Grantmaker for Region 8 JSI, toge
This agreement provides funding under the Inflation Reduction Act (IRA) to The Minneapolis Foundation.  The recipient is a Regional Grantmaker. This proposed funding request i
This agreement provides funding under the Inflation Reduction Act (IRA) to Texas Southern University. The recipient is a Regional Grantmaker (RGM), in collaboration with Achiev
OEJECR is providing within-scope supplemental funding to address additional Quality Assurance (QA) costs as well as provide funding for additional meaningful outreach and gap
This agreement provides funding under the Inflation Reduction Act (IRA) to the Institute for Sustainable Communities (ISC) in the amount of $48,000,000, as part of a bifurcated a
The purpose of the Environmental Protection Agency's (EPA) Thriving Communities Grantmaking Program ( EJ TCGM ) is to transform disadvantaged and underserved communi
Research Triangle institute (RTI) will utilize the Subsequent Award totaling $95,000,000 in EJ TCGM funding to serve as one of eleven Grantmaker organizations that are charged
This assistance agreement provides funding under the Inflation Reduction Act (IRA) to Green and Healthy Homes Initiative, a Regional Grantmaker. This program funds communi
This agreement provides funding under the Inflation Reduction Act to Fordham University to support nonprofit organizations and organizations representing disadvantaged commu
This agreement provides funding to Social and Environmental Entrepreneurs (S.E.E.). The recipient is a Regional Grantmaker that will receive $10 million in supplemental funds to
This agreement provides funding under the Inflation Reduction Act (IRA), to the City of New Haven Office of Climate and Sustainability and their Statutory Partner, the Greater Dw
This agreement provides funding under the Inflation Reduction Act (IRA) to the City of Springfield, Massachusetts. Specifically, the recipient will collaborate with various nonprofit
This agreement provides funding under the Inflation Reduction Act (IRA) to the Rhode Island Food Policy Council (RIFPC). Specifically the project will reduce food waste, increase
This agreement provides funding under the Inflation Reduction Act (IRA) to John Snow Institute (JSI) Research &amp; Training Institute, Inc. to enhance community input into loca
This agreement provides funding under the Inflation Reduction Act (IRA) to the MetroHealth System. Specifically, the project will identify 1,200 greater Cleveland-area househo
This agreement provides funding under the Inflation Reduction Act (IRA) to The Inter-Tribal Council of Michigan, Inc. (ITCMI) to conduct Community Change Grant (CCG) Track I:
This agreement provides funding under the Inflation Reduction Act (IRA) to the Inter-Tribal Council of Michigan, Inc.  Specifically, the project will enable the meaningful engagemen
This agreement provides funding under the Inflation Reduction Act (IRA) to Kalamazoo County Government. Specifically, the project will focus on reducing greenhouse gas emissi
This agreement provides funding under the Inflation Reduction Act (IRA) to EcoWorks. Specifically, the project will transform 20 houses of worship and food assistance programs
This agreement provides funding under the Inflation Reduction Act (IRA) to the City of Evansville to implement the Moving Evansville Towards a Healthier Future Project.  Specific
This agreement provides funding under the Inflation Reduction Act (IRA) to Friends of the Chicago River. Specifically, the project will ensure community organizations are working
This agreement provides funding under the Inflation Reduction Act (IRA) to Groundwork USA, INC.. Specifically, the project will; utilize their developed community-centered, data in
This agreement provides funding under the Inflation Reduction Act (IRA) to Southwestern Michigan Commission. Specifically, the project will: Transform the Bobo Brazil Communi

EPA_00318345

| 66.616 | 5F | 00E05002 | 00E05002-0 | 12/06/2024 | | 2025 03/10/2025 | $3,000,000.00 | $3,000,000.00 |
|--------|----|----------|------------|------------|--|-----------------|---------------|---------------|
| 66.616 | 5F | 00E05003 | 00E05003-0 | 12/04/2024 | | 2025 03/06/2025 | $21,994,500.00 | $10,000,000.00 |
| 66.616 | 5F | 00E05004 | 00E05004-0 | 12/11/2024 | | 2025 03/06/2025 | $3,286,442.00 | $3,286,422.00 |
| 66.616 | 5F | 00E05005 | 00E05005-0 | 12/05/2024 | | 2025 02/21/2025 | $20,232,335.00 | $20,232,335.00 |
| 66.616 | 5F | 00E05006 | 00E05006-0 | 11/26/2024 | | 2025 02/20/2025 | $21,652,072.00 | $21,652,072.00 |
| 66.616 | 5F | 00E05007 | 00E05007-0 | 12/20/2024 | | 2025 | $19,999,268.00 | $19,999,268.00 |
| 66.616 | 5F | 00I34500 | 00I34500-0 | 01/07/2025 | | 2025 | $20,000,000.00 | $20,000,000.00 |
| 66.616 | 5F | 00I34600 | 00I34600-0 | 01/10/2025 | | 2025 01/29/2025 | $19,949,725.00 | $19,949,725.00 |
| 66.616 | 5F | 00I40400 | 00I40400-0 | 12/19/2024 | | 2025 02/21/2025 | $20,058,601.00 | $20,058,601.00 |
| 66.616 | 5F | 02F65701 | 02F65701-0 | 11/26/2024 | | 2025 | $19,999,998.00 | $19,999,998.00 |
| 66.616 | 5F | 02F74301 | 02F74301-0 | 11/25/2024 | | 2025 01/30/2025 | $19,944,575.00 | $19,944,575.00 |
| 66.616 | 5F | 02F76501 | 02F76501-1 | 02/06/2024 | | 2025 02/26/2025 | $18,780,805.00 | $18,780,805.00 |
| 66.616 | 5F | 02F76601 | 02F76601-0 | 11/22/2024 | | 2025 | $19,994,586.00 | $19,994,586.00 |
| 66.616 | 5F | 02F76901 | 02F76901-1 | 12/17/2024 | | 2025 03/04/2025 | $20,000,000.00 | $20,000,000.00 |
| 66.616 | 5F | 02F78401 | 02F78401-0 | 12/20/2024 | | 2025 02/20/2025 | $12,704,048.00 | $12,704,048.00 |
| 66.616 | 5F | 02F78701 | 02F78701-0 | 12/21/2024 | | 2025 02/28/2025 | $3,015,485.00 | $3,015,485.00 |
| 66.616 | 5F | 02F80001 | 02F80001-0 | 01/13/2025 | | 2025 03/03/2025 | $2,987,385.00 | $2,987,385.00 |
| 66.616 | 5F | 02F80101 | 02F80101-0 | 01/17/2025 | | 2025 02/26/2025 | $19,999,999.00 | $19,999,999.00 |
| 66.616 | 5F | 02J85001 | 02J85001-0 | 12/20/2024 | | 2025 | $19,555,386.00 | $19,555,386.00 |
| 66.616 | 5F | 02J85101 | 02J85101-0 | 12/04/2024 | | 2025 01/27/2025 | $16,465,618.00 | $16,465,618.00 |
| 66.616 | 5F | 02J85301 | 02J85301-0 | 12/04/2024 | | 2025 01/31/2025 | $19,921,731.00 | $19,921,731.00 |
| 66.616 | 5F | 02J88401 | 02J88401-0 | 12/05/2024 | | 2025 | $20,000,000.00 | $20,000,000.00 |
| 66.616 | 5F | 02J88501 | 02J88501-0 | 12/05/2024 | | 2025 02/19/2025 | $20,030,841.00 | $20,030,841.00 |
| 66.616 | 5F | 02J88601 | 02J88601-0 | 12/02/2024 | | 2025 | $3,137,855.00 | $3,137,855.00 |
| 66.616 | 5F | 02J91701 | 02J91701-0 | 12/23/2024 | | 2025 | $8,932,979.00 | $8,932,979.00 |
| 66.616 | 5F | 02J91801 | 02J91801-0 | 12/10/2024 | | 2025 03/04/2025 | $19,989,160.00 | $19,989,160.00 |
| 66.616 | 5F | 02J91901 | 02J91901-0 | 12/17/2024 | | 2025 | $20,000,000.00 | $20,000,000.00 |
| 66.616 | 5F | 02J92801 | 02J92801-0 | 12/05/2024 | | 2025 | $19,455,772.00 | $19,455,772.00 |
| 66.616 | 5F | 02J95201 | 02J95201-0 | 12/26/2024 | | 2025 | $19,826,233.00 | $19,826,233.00 |
| 66.616 | 5F | 02J95301 | 02J95301-0 | 12/23/2024 | | 2025 03/07/2025 | $16,340,887.00 | $16,340,887.00 |
| 66.616 | 5F | 02J95401 | 02J95401-0 | 01/10/2025 | | 2025 | $19,990,020.00 | $19,990,020.00 |
| 66.616 | 5F | 02J95501 | 02J95501-0 | 12/26/2024 | | 2025 | $2,904,935.00 | $2,904,935.00 |
| 66.616 | 5F | 02J95601 | 02J95601-0 | 01/13/2025 | | 2025 | $19,998,693.00 | $19,998,693.00 |
| 66.616 | 5F | 02J95701 | 02J95701-0 | 12/27/2024 | | 2025 02/21/2025 | $19,983,378.00 | $19,983,378.00 |
| 66.616 | 5F | 02J95801 | 02J95801-0 | 01/10/2025 | | 2025 | $20,000,000.00 | $20,000,000.00 |
| 66.616 | 5F | 03D25324 | 03D25324-0 | 12/02/2024 | | 2025 03/10/2025 | $19,960,040.00 | $19,960,040.00 |
| 66.616 | 5F | 03D25424 | 03D25424-0 | 12/05/2024 | | 2025 02/24/2025 | $14,443,306.00 | $14,443,306.00 |

EPA_00318346

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| $3,000,000.00 | $134,462.74 | $2,865,537.26 | EPA R5 | R05 | 10/01/2024 | 09/30/2027 |
| $10,000,000.00 | $7,746,104.00 | $2,253,896.00 | EPA R5 | R05 | 04/01/2024 | 03/31/2027 |
| $3,286,422.00 | $1,578.98 | $3,284,843.02 | EPA R5 | R05 | 12/01/2024 | 11/30/2027 |
| $20,232,335.00 | $1,210,706.01 | $19,021,628.99 | EPA R5 | R05 | 12/01/2024 | 11/30/2027 |
| $21,652,072.00 | $35,841.99 | $21,616,230.01 | EPA R5 | R05 | 12/01/2024 | 11/30/2027 |
| $19,999,268.00 | $0.00 | $19,999,268.00 | EPA R5 | R05 | 03/01/2025 | 02/29/2028 |
| $20,000,000.00 | $0.00 | $20,000,000.00 | EPA R8 | R08 | 01/13/2025 | 01/12/2028 |
| $19,949,725.00 | $470,023.00 | $19,479,702.00 | EPA R8 | R08 | 01/15/2025 | 01/14/2028 |
| $20,058,601.00 | $7,525.67 | $20,051,075.33 | EPA R8 | R08 | 01/10/2025 | 12/31/2027 |
| $19,999,998.00 | $0.00 | $19,999,998.00 | EPA R6 | R06 | 03/01/2025 | 02/29/2028 |
| $19,944,575.00 | $230,965.00 | $19,713,610.00 | EPA R6 | R06 | 12/01/2024 | 11/30/2027 |
| $18,780,805.00 | $25,845.88 | $18,754,959.12 | EPA R6 | OEJECR | 01/01/2025 | 12/31/2027 |
| $19,994,586.00 | $0.00 | $19,994,586.00 | EPA R6 | R06 | 01/01/2025 | 12/31/2027 |
| $20,000,000.00 | $201,055.63 | $19,798,944.37 | EPA R6 | OEJECR | 01/01/2025 | 12/31/2027 |
| $12,704,048.00 | $1,608,223.66 | $11,095,824.34 | EPA R6 | R06 | 01/01/2025 | 12/31/2027 |
| $3,015,485.00 | $40,372.32 | $2,975,112.68 | EPA R6 | R06 | 01/01/2025 | 12/31/2027 |
| $2,987,385.00 | $28,515.00 | $2,958,870.00 | EPA R6 | R06 | 02/01/2025 | 01/31/2028 |
| $19,999,999.00 | $3,544,191.16 | $16,455,807.84 | EPA R6 | R06 | 01/17/2025 | 01/31/2028 |
| $19,555,386.00 | $0.00 | $19,555,386.00 | EPA R10 | R10 | 03/01/2025 | 02/29/2028 |
| $16,465,618.00 | $198.80 | $16,465,419.20 | EPA R10 | R10 | 01/01/2025 | 12/31/2027 |
| $19,921,731.00 | $6,597.15 | $19,915,133.85 | EPA R10 | R10 | 01/01/2025 | 12/31/2027 |
| $20,000,000.00 | $0.00 | $20,000,000.00 | EPA R10 | R10 | 01/01/2025 | 12/31/2027 |
| $20,030,841.00 | $37,871.32 | $19,992,969.68 | EPA R10 | R10 | 01/01/2025 | 12/31/2027 |
| $3,137,855.00 | $0.00 | $3,137,855.00 | EPA R10 | R10 | 01/01/2025 | 12/31/2027 |
| $8,932,979.00 | $0.00 | $8,932,979.00 | EPA R10 | R10 | 04/01/2025 | 03/31/2028 |
| $19,989,160.00 | $5,076.93 | $19,984,083.07 | EPA R10 | R10 | 02/10/2025 | 02/09/2028 |
| $20,000,000.00 | $0.00 | $20,000,000.00 | EPA R10 | R10 | 02/10/2025 | 02/09/2028 |
| $19,455,772.00 | $0.00 | $19,455,772.00 | EPA R10 | R10 | 02/01/2025 | 01/31/2028 |
| $19,826,233.00 | $0.00 | $19,826,233.00 | EPA R10 | R10 | 04/21/2025 | 04/20/2028 |
| $16,340,887.00 | $4,836.00 | $16,336,051.00 | EPA R10 | R10 | 02/01/2025 | 01/31/2028 |
| $19,990,020.00 | $0.00 | $19,990,020.00 | EPA R10 | R10 | 02/01/2025 | 01/31/2028 |
| $2,904,935.00 | $0.00 | $2,904,935.00 | EPA R10 | R10 | 02/01/2025 | 01/31/2028 |
| $19,998,693.00 | $0.00 | $19,998,693.00 | EPA R10 | R10 | 03/01/2025 | 02/29/2028 |
| $19,983,378.00 | $3,375.77 | $19,980,002.23 | EPA R10 | R10 | 01/01/2025 | 12/31/2027 |
| $20,000,000.00 | $0.00 | $20,000,000.00 | EPA R10 | R10 | 05/01/2025 | 04/30/2028 |
| $19,960,040.00 | $52,864.96 | $19,907,175.04 | EPA R4 | R04 | 01/01/2025 | 12/31/2027 |
| $14,443,306.00 | $6,177.29 | $14,437,128.71 | EPA R4 | R04 | 01/01/2025 | 12/31/2027 |

**J.A. 2558**

| THE TRUST FOR PUBLIC LAND | CA | HN7CS4YNMBC4 | Not for Profit |
| maic9383 - Minneapolis American Indian Center | MN | JLNTCKHMMP23 | Not for Profit |
| UNIVERSITY OF WISCONSIN SYSTEM | WI | LCLSJAGTNZQ7 | State Institution of Higher Learning |
| CITY OF MADISON | WI | FS3AZ3FV8JG8 | Municipal |
| MIDWEST TRIBAL ENERGY RESOURCES ASSOCIATION INC | WI | CBSZX57DLCY1 | Indian Tribe |
| LEECH LAKE BAND OF OJIBWE | MN | EBFFR37CPL55 | Indian Tribe |
| THE CITY-COUNTY OF BUTTE SILVER BOW | MT | KU4FFEFBNJD9 | County |
| Flandreau Santee Sioux Tribe | SD | HH4QS2XSBBK4 | Indian Tribe |
| cdi3831 - COMMUN DENVER INC. | CO | F7P7YN1KERT4 | Not for Profit |
| CITY OF HOUSTON | TX | GULQZBMP2SR3 | Municipal |
| DILLARD UNIVERSITY | LA | FR9LM1J86MJ5 | Private University |
| mwmw8466 - MISSION WACO MISSION WORLD | TX | NN73AH7NJQ24 | Not for Profit |
| sfisi5705 - SANTA FE INDIAN SCHOOL, INC. | NM | Z8S4SGTN7TB3 | Not for Profit |
| urec6143 - URBAN RESTORATION ENHANCEMENT CORPORATION | LA | JMU7U1STL1E9 | Not for Profit |
| bbca2029 - BIG BEND CONSERVATION ALLIANCE | TX | S8ZQQCC5VY43 | Not for Profit |
| aah0289 - AIR ALLIANCE HOUSTON | TX | SL44BVTJBFK5 | Not for Profit |
| tgcfce0255 - THE GLOBAL CENTER FOR CULTURAL ENTREPRENEURSHIP | NM | WQRNGQRGEWF6 | Not for Profit |
| srni3940 - Stay Ready NOLA, Inc. | LA | TZRGSNCAVLF4 | Not for Profit |
| LANE COUNTY OREGON | OR | XCLAXTCSJF71 | County |
| CITY OF POCATELLO | ID | C1H5KKGYA7F8 | Municipal |
| THE CORPORATION OF GONZAGA UNIVERSITY | WA | Y14CPR31B6C3 | Private University |
| DENA NENA HENASH | AK | D37SXRJ5HMJ1 | Indian Tribe |
| CONFEDERATED TRIBES OF GRAND RONDE | OR | K4ZDA84UXNN5 | Indian Tribe |
| FRONT AND CENTERED | WA | XAWGFDYVLB88 | Not for Profit |
| NATIVE VILLAGE OF CHENEGA | AK | G6CZKLD8N8E6 | Indian Tribe |
| ALASKA NATIVE TRIBAL HEALTH CONSORTIUM | AK | M272P7XFJNN7 | Indian Tribe |
| tf3690 - TEBUGHNA FOUNDATION | AK | X3CBRNE3CN78 | Not for Profit |
| METLAKATLA INDIAN COMMUNITY | AK | MYPCUEP3PY65 | Indian Tribe |
| ALASKA NATIVE TRIBAL HEALTH CONSORTIUM | AK | M272P7XFJNN7 | Indian Tribe |
| Chiloquin - CITY OF CHILOQUIN | OR | YMM6JD17NHJ7 | Municipal |
| cgesd6357 - Columbia Gorge Education Service District | OR | TGJRJSMNDUH6 | |
| sri0185 - SPRUCE ROOT, INC. | AK | WHSCX3H9LN69 | Not for Profit |
| Native Village of Kipnuk | AK | LZJ7Y671BNN5 | Not for Profit |
| Confederated Tribes and Bands of the Yakama Nation | WA | Q4EDSUR34U61 | Indian Tribe |
| t6438 - RECTOR & VISITORS OF THE UNIVERSITY OF VIRGINIA | VA | JJG6HU8PA4S5 | State Institution of Higher Learning |
| THE TRUST FOR PUBLIC LAND | CA | HN7CS4YNMBC4 | Not for Profit |
| TEXAS A & M UNIVERSITY | TX | JF6XLNB4CDJ5 | State Institution of Higher Learning |

EPA_00318348

| 66.616 | Environmental and Climate Justice Block Grant Program |
|--------|-------------------------------------------------------|
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |

EPA_00318349

**J.A. 2560**

| |
|---|
| Building Democratic Systems for a Climate Resilient Cleveland |
| Minneapolis Climate Resilience Hub Partnership |
| InterTribal Lake Winnebago Mayom ~Wild Rice ~ Revitalization Project |
| Climate Resilience Starts at Home: Growing Energy Efficiency, Indoor Air Quality, and Green Jobs in Madison and Fitchburg, Wisconsin |
| Improving Tribal Access to Energy Efficiency and Weatherization Infrastructure for Midwest Tribes |
| Leech Lake Band of Ojibwe Tribal Resilience Hub |
| Butte Community Resilience Hub |
| Flandreau Santee Sioux Tribe Community Change Grant |
| Loretto Heights Resiliency Hub |
| Vulnerable to Vibrant: Power for Change |
| Dillard University and United Way of Southeast Louisiana Partnership: Building Climate Resiliency in Southeast Louisiana |
| Engaging Communities for a Resilient and Sustainable Waco and McLennan County |
| Water Is Life: Advancing Climate Action and Environmental Justice Goals of the Santa Fe Indian School Campus Vision Plan |
| Weatherization and Energy Efficiency to Promote Louisiana Urban Growth (WE PLUG Louisiana) |
| Everything's Connected in Presidio: Building climate resiliency through green infrastructure and reducing pollution through traffic mitigation at the International Bridge crossing |
| AirMail Gulf Coast |
| New Mexico Partnership for Equitable Climate Planning and Policy |
| Stay Ready Solar Project |
| Lane County Transformation for Resiliency Through Equity and Engagement Network |
| CITY OF POCATELLO SOUTH 5TH AVE. COMPLETE STREETS AND SEWER PROJECT |
| Spokane Climate Resilience Project - transform disadvantaged Spokane communities into healthy, climate resilient, and thriving communities. |
| EPA Huslia Village Climate Solutions |
| FY2024 CTGR EPA CCGP Resident Resilience Center |
| Applying Cornerstones of Co-governance through Community Leadership and Assemblies in Washington State for Environmental Justice (ACCELERATE EJ) |
| Chenega Bulk Fuel Storage System &amp; Renewable Integration Project. |
| Bering Straits Community Solar &amp; Battery Systems |
| Rebuilding Community: Repairing and Renewing Homes for the People of the Native Village of Tyonek, Alaska |
| Revitalizing Metlakatlas Ecosystems for Future Generations - Air Toxic Pollution Reduction, Nature-Based Solutions through Regenerative Seaweed Farming, and Ocean Vessel E |
| |
| Kotzebue Tribal Wind |
| Chiloquin Community Resilience Hub and Municipal Center |
| The Columbia Gorge Early Learning and Resilience Center: A rural hub for environmental justice and climate resilience |
| Village Voices for Equity: Strengthening Indigenous Participation in Environmental and Climate Policy |
| Kipnuk Reach 3 Riprap Riverbank Stabilization Project |
| Fire and the Built Environment: Reducing Air Pollution Impacts on Yakama Nation and the Yakima Valley |
| Permafrost Management for Community Health and Resilience in Utqiaġvik, Alaska |
| Environmental and Climate Justice Block Grant Program |
| Environmental and Climate Justice Block Grant Program |

EPA_00318350

This agreement provides funding under the Inflation Reduction Act (IRA) to The Trust for Public Land.  Specifically, through this project entitled &quot;Building Democratic System

This agreement provides funding under the Inflation Reduction Act (IRA) to Minneapolis American Indian Center. Specifically, the project will fund the installation and utilization of

This agreement provides funding under the Inflation Reduction Act (IRA) to The Board of Regents of the University of Wisconsin System.  Specifically, the project will interrupt and

This agreement provides funding under the Inflation Reduction Act (IRA) to City of Madison. Specifically, the project will address energy justice head on and implementing equitabl

This agreement provides funding under the Inflation Reduction Act (IRA) to Midwest Tribal Energy Resources Association, Inc (MTERA). Specifically, the project will improve the li

This agreement provides funding under the Inflation Reduction Act (IRA) to Leech Lake Band of Ojibwe. Specifically, the project will be creating a Tribal Resilience Hub, the corner

This agreement provides funding under the Inflation Reduction Act (IRA) to The City and County of Butte-Silver Bow. Specifically, the project will build The Community Resilience

This agreement provides funding under the Inflation Reduction Act (IRA) to the Flandreau Santee Sioux Tribe. Specifically, the project will create a Zero Emission Transportation C

This agreement provides funding under the Inflation Reduction Act (IRA) to Commun Denver Inc. Specifically, the project will renovate a 40,000 square foot building into a commu

This agreement provides funding under the Inflation Reduction Act (IRA). The project will focus on several key areas in the City of Houston:Contamination and Pollution Mitigation:

This agreement allocates funding to Dillard University through the Inflation Reduction Act (IRA). The university will utilize this funding to install electric vehicle charging stations, so

This agreement provides funding under the Inflation Reduction Act (IRA) to Mission Waco Mission World. Specifically, the project will strengthen existing partnerships to build a m

This agreement provides funding under the Inflation Reduction Act (IRA) to Santa Fe Indian School, Inc. Specifically, the project will implement the 2023 Santa Fe Indian School (S

This agreement provides funding under the Inflation Reduction Act (IRA) to Urban Restoration Enhancement Corporation. Specifically, this Track I project will be implemented thro

This agreement provides funding under the Inflation Reduction Act (IRA) to Big Bend Conservation Alliance. Specifically, the project will revitalize and provide green spaces, monit

This agreement provides funding under the Inflation Reduction Act (IRA) to Air Alliance Houston (AAH). Specifically, the project will build the capacity of communities and governm

This agreement provides funding under the Inflation Reduction Act (IRA) to the Global Center for Cultural Entrepreneurship.  Specifically, the project will support the recipient and i

This agreement provides funding under the Inflation Reduction Act (IRA) to Stay Ready NOLA, Inc. Specifically, the project will seek to build a ResilienceHub to enhance communi

This agreement provides funding under the Inflation Reduction Act (IRA) to Lane County to tackle the climate crisis by renovating six resiliency hubs targeting high risk populations

This agreement provides funding under the Inflation Reduction Act (IRA) to the City of Pocatello. Specifically, the project will improve local groundwater and air quality, while also i

This agreement provides funding under the Inflation Reduction Act (IRA) to Gonzaga Institute for Climate, Water, and the Environment (Climate Institute). Specifically, this project

This agreement provides funding under the Inflation Reduction Act (IRA) to Tanana Chiefs Conference. Specifically, the project will allow Tanana Chiefs Conference to manage the

This agreement provides funding under the Inflation Reduction Act (IRA) to Confederated Tribes of Grand Ronde. Specifically, the project will allow Confederated Tribes of Grand

This agreement provides funding under the Inflation Reduction Act (IRA) to Front &amp; Centered.  Specifically, the project will engage Community-Based Organizations and com

This grant provides funding under the Inflation Reduction Act (IRA) to Native Village of Chenega. Specifically, the project will involve the construction of a new 30,000-gallon bulk f

This agreement provides funding under the Inflation Reduction Act (IRA) to the Alaska Native Tribal Health Consortium. Specifically, the project proposes to build community-scale

This agreement provides funding under the Inflation Reduction Act (IRA) to Tebughna Foundation. Specifically, the project will create a workforce development program in Tyonek,

This agreement provides funding under the Inflation Reduction Act (IRA) to Metlakatla Indian Community. Specifically, the project will: (1) implement seaweed farming as a nature-

This agreement provides funding under the Inflation Reduction Act (IRA) to Alaska Native Tribal Health Consortium (ANTHC). Specifically, the project will build two wind turbines in Kotzebue, Alaska.

With an overarching purpose to prepare the Greater Chiloquin Area to respond to emergencies, support residents in times of crisis, and foster climate change resiliency, this proje

This agreement provides funding under the Inflation Reduction Act (IRA) to the Columbia Gorge Education Service District. Specifically, the project will renovate a school building t

This agreement provides funding under the Inflation Reduction Act (IRA) to Spruce Root.  Specifically, the project will engage rural, disadvantaged Tribal communities in Southeas

This agreement provides funding under the Inflation Reduction Act (IRA) to Native Village of Kipnuk. Specifically, the Kipnuk Riprap Riverbank Stabilization Project will add riprap t

This agreement provides funding under the Inflation Reduction Act (IRA) to Confederated Tribes and Bands of Yakama Nation. Specifically, the project will allow the Confederated

This agreement provides funding under the Inflation Reduction Act (IRA) to the University of Virginia. Specifically, the project will allow the University of Virginia, working in Utqiagv

This agreement approves an award in the amount of $19,960,040 under the Inflation Reduction Act (IRA) to the Trust for Public Land. Specifically, the Clifton Hills Alton Park Thre

This action approves an award in the amount of $14,443,306.00 to support Texas A&amp;M University to install hundreds of onsite wastewater treatment systems, infrastructure t

EPA_00318351

J.A. 2562

| 66.616 | 5F | 03D26124 | 03D26124-0 | 12/02/2024 | | 2025 | 03/03/2025 | $19,953,400.00 | $19,953,400.00 |
|---|---|---|---|---|---|---|---|---|---|
| 66.616 | 5F | 03D26224 | 03D26224-0 | 12/04/2024 | | 2025 | 02/24/2025 | $19,357,757.00 | $19,357,757.00 |
| 66.616 | 5F | 03D26324 | 03D26324-0 | 12/04/2024 | | 2025 | 02/25/2025 | $19,827,740.00 | $18,490,240.00 |
| 66.616 | 5F | 03D30524 | 03D30524-0 | 12/10/2024 | | 2025 | 02/20/2025 | $20,000,000.00 | $20,000,000.00 |
| 66.616 | 5F | 03D30624 | 03D30624-0 | 12/16/2024 | | 2025 | | $14,944,031.00 | $14,944,031.00 |
| 66.616 | 5F | 03D30724 | 03D30724-0 | 12/18/2024 | | 2025 | | $19,999,967.00 | $19,999,967.00 |
| 66.616 | 5F | 03D30824 | 03D30824-0 | 12/20/2024 | | 2025 | 02/21/2025 | $11,441,520.00 | $11,396,020.00 |
| 66.616 | 5F | 03D30924 | 03D30924-0 | 12/20/2024 | | 2025 | 01/31/2025 | $1,875,142.00 | $1,875,142.00 |
| 66.616 | 5F | 03D31024 | 03D31024-0 | 12/12/2024 | | 2025 | 03/05/2025 | $3,103,648.00 | $3,103,648.00 |
| 66.616 | 5F | 03D33525 | 03D33525-0 | 01/17/2025 | | 2025 | | $3,000,000.00 | $3,000,000.00 |
| 66.616 | 5F | 03D33625 | 03D33625-0 | 01/16/2025 | | 2025 | | $2,596,592.00 | $2,596,592.00 |
| 66.616 | 5F | 03D33725 | 03D33725-0 | 01/17/2025 | | 2025 | | $19,996,791.00 | $19,996,791.00 |
| 66.616 | 5F | 03D33825 | 03D33825-0 | 01/16/2025 | | 2025 | 03/07/2025 | $19,889,515.00 | $19,889,515.00 |
| 66.616 | 5F | 03D33925 | 03D33925-0 | 01/17/2025 | | 2025 | | $19,805,900.00 | $19,805,900.00 |
| 66.616 | 5F | 953A0021 | 953A0021-0 | 11/26/2024 | | 2025 | 02/25/2025 | $20,104,032.00 | $20,104,032.00 |
| 66.616 | 5F | 953A0039 | 953A0039-0 | 11/26/2024 | | 2025 | 02/20/2025 | $15,309,845.00 | $15,309,845.00 |
| 66.616 | 5F | 953A0075 | 953A0075-0 | 12/11/2024 | | 2025 | | $19,997,822.00 | $19,997,822.00 |
| 66.616 | 5F | 953A0079 | 953A0079-0 | 12/05/2024 | | 2025 | | $20,006,400.00 | $20,006,400.00 |
| 66.616 | 5F | 953A0097 | 953A0097-0 | 01/08/2025 | | 2025 | 03/04/2025 | $19,886,658.00 | $19,886,658.00 |
| 66.616 | 5F | 96272300 | 96272300-0 | 12/13/2024 | | 2025 | 03/03/2025 | $1,047,647.00 | $1,047,647.00 |
| 66.616 | 5F | 96272800 | 96272800-0 | 12/20/2024 | | 2025 | 02/27/2025 | $20,096,954.00 | $20,096,954.00 |
| 66.616 | 5F | 96272900 | 96272900-0 | 12/11/2024 | | 2025 | | $20,152,214.00 | $20,152,214.00 |
| 66.616 | 5F | 96273600 | 96273600-0 | 12/16/2024 | | 2025 | 02/26/2025 | $3,115,632.00 | $3,115,632.00 |
| 66.616 | 5F | 96274625 | 96274625-0 | 12/18/2024 | | 2025 | | $3,000,000.00 | $3,000,000.00 |
| 66.616 | 5F | 96275300 | 96275300-0 | 12/20/2024 | | 2025 | | $11,914,745.00 | $11,914,745.00 |
| 66.616 | 5F | 96275325 | 96275325-0 | 12/18/2024 | | 2025 | 03/04/2025 | $19,318,594.00 | $19,318,594.00 |
| 66.616 | 5F | 96275425 | 96275425-0 | 01/13/2025 | | 2025 | 02/21/2025 | $11,158,108.00 | $11,158,108.00 |
| 66.616 | 5F | 96276500 | 96276500-0 | 01/03/2025 | | 2025 | 03/04/2025 | $20,000,000.00 | $20,000,000.00 |
| 66.616 | 5F | 96276600 | 96276600-0 | 01/16/2025 | | 2025 | | $20,000,000.00 | $20,000,000.00 |
| 66.616 | 5F | 96276700 | 96276700-0 | 01/15/2025 | | 2025 | 03/06/2025 | $20,000,000.00 | $20,000,000.00 |
| 66.616 | 5F | 96278700 | 96278700-0 | 01/13/2025 | | 2025 | 02/26/2025 | $3,000,000.00 | $3,000,000.00 |
| 66.616 | 5F | 97T17601 | 97T17601-0 | 11/26/2024 | | 2025 | 02/21/2025 | $1,200,000.00 | $1,200,000.00 |
| 66.616 | 5F | 97T17701 | 97T17701-0 | 12/09/2024 | | 2025 | | $20,040,630.00 | $20,040,630.00 |
| 66.616 | 5F | 97T17801 | 97T17801-0 | 11/25/2024 | | 2025 | 02/26/2025 | $19,999,999.00 | $19,999,999.00 |
| 66.616 | 5F | 97T17901 | 97T17901-0 | 12/06/2024 | | 2025 | 02/27/2025 | $20,000,000.00 | $20,000,000.00 |
| 66.616 | 5F | 97T18001 | 97T18001-0 | 11/26/2024 | | 2025 | 03/04/2025 | $20,452,614.00 | $20,452,614.00 |
| 66.616 | 5F | 97T18101 | 97T18101-0 | 11/23/2024 | | 2025 | 02/10/2025 | $18,560,143.00 | $18,560,143.00 |
| 66.616 | 5F | 97T18301 | 97T18301-0 | 11/26/2024 | | 2025 | 02/28/2025 | $1,500,000.00 | $1,500,000.00 |
| 66.616 | 5F | 97T24301 | 97T24301-0 | 11/25/2024 | | 2025 | 03/03/2025 | $19,965,495.00 | $19,965,495.00 |
| 66.616 | 5F | 97T24601 | 97T24601-0 | 11/29/2024 | | 2025 | 03/11/2025 | $3,000,000.00 | $3,000,000.00 |
| 66.616 | 5F | 97T24701 | 97T24701-0 | 11/19/2024 | | 2025 | 02/24/2025 | $19,997,193.00 | $19,997,193.00 |
| 66.616 | 5F | 97T28201 | 97T28201-0 | 12/12/2024 | | 2025 | | $18,590,988.00 | $18,590,988.00 |

**J.A. 2563**

EPA_00318352

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| $19,953,400.00 | $22,590.29 | $19,930,809.71 | EPA R4 | R04 | 12/01/2024 | 11/30/2027 |
| $19,357,757.00 | $50,522.14 | $19,307,234.86 | EPA R4 | R04 | 12/01/2024 | 11/30/2027 |
| $18,490,240.00 | $3,957.75 | $18,486,282.25 | EPA R4 | R04 | 01/01/2025 | 12/31/2027 |
| $20,000,000.00 | $67,745.29 | $19,932,254.71 | EPA R4 | R04 | 01/01/2025 | 12/31/2027 |
| $14,944,031.00 | $0.00 | $14,944,031.00 | EPA R4 | R04 | 03/01/2025 | 02/29/2028 |
| $19,999,967.00 | $0.00 | $19,999,967.00 | EPA R4 | R04 | 04/01/2025 | 03/31/2028 |
| $11,396,020.00 | $145,008.85 | $11,251,011.15 | EPA R4 | R04 | 01/01/2025 | 12/31/2027 |
| $1,875,142.00 | $6,129.72 | $1,869,012.28 | EPA R4 | R04 | 01/01/2025 | 12/31/2027 |
| $3,103,648.00 | $15,990.25 | $3,087,657.75 | EPA R4 | R04 | 01/01/2025 | 12/31/2027 |
| $3,000,000.00 | $0.00 | $3,000,000.00 | EPA R4 | R04 | 06/01/2025 | 05/31/2028 |
| $2,596,592.00 | $0.00 | $2,596,592.00 | EPA R4 | R04 | 03/01/2025 | 02/29/2028 |
| $19,996,791.00 | $0.00 | $19,996,791.00 | EPA R4 | R04 | 01/01/2025 | 12/31/2027 |
| $19,889,515.00 | $1,471.23 | $19,888,043.77 | EPA R4 | R04 | 03/01/2025 | 02/29/2028 |
| $19,805,900.00 | $0.00 | $19,805,900.00 | EPA R4 | R04 | 01/01/2025 | 12/31/2027 |
| $20,104,032.00 | $62,683.23 | $20,041,348.77 | EPA R3 | R03 | 11/01/2024 | 10/31/2027 |
| $15,309,845.00 | $877,922.29 | $14,431,922.71 | EPA R3 | R03 | 11/01/2024 | 10/31/2027 |
| $19,997,822.00 | $0.00 | $19,997,822.00 | EPA R3 | OEJECR | 01/01/2025 | 12/31/2027 |
| $20,006,400.00 | $0.00 | $20,006,400.00 | EPA R3 | R03 | 03/01/2025 | 02/29/2028 |
| $19,886,658.00 | $27,106.16 | $19,859,551.84 | EPA R3 | R03 | 02/01/2025 | 01/31/2028 |
| $1,047,647.00 | $48,405.75 | $999,241.25 | EPA R2 | R02 | 11/01/2024 | 10/31/2027 |
| $20,096,954.00 | $34,767.96 | $20,062,186.04 | EPA R2 | R02 | 01/06/2025 | 01/05/2028 |
| $20,152,214.00 | $0.00 | $20,152,214.00 | EPA R2 | R02 | 01/15/2025 | 01/14/2028 |
| $3,115,632.00 | $32,659.97 | $3,082,972.03 | EPA R2 | R02 | 01/01/2025 | 12/31/2027 |
| $3,000,000.00 | $0.00 | $3,000,000.00 | EPA R2 | R02 | 02/15/2025 | 02/14/2028 |
| $11,914,745.00 | $0.00 | $11,914,745.00 | EPA R2 | R02 | 02/17/2025 | 02/16/2028 |
| $19,318,594.00 | $12,282.31 | $19,306,311.69 | EPA R2 | R02 | 01/06/2025 | 01/05/2028 |
| $11,158,108.00 | $32,000.00 | $11,126,108.00 | EPA R2 | R02 | 02/01/2025 | 01/31/2028 |
| $20,000,000.00 | $51,712.01 | $19,948,287.99 | EPA R2 | R02 | 01/15/2025 | 01/14/2028 |
| $20,000,000.00 | $0.00 | $20,000,000.00 | EPA R2 | R02 | 03/31/2025 | 03/30/2028 |
| $20,000,000.00 | $201,599.86 | $19,798,400.14 | EPA R2 | R02 | 02/01/2025 | 01/31/2028 |
| $3,000,000.00 | $3,993.88 | $2,996,006.12 | EPA R2 | R02 | 12/16/2024 | 12/15/2027 |
| $1,200,000.00 | $25,000.00 | $1,175,000.00 | EPA R9 | R09 | 11/01/2024 | 10/31/2027 |
| $20,040,630.00 | $0.00 | $20,040,630.00 | EPA R9 | R09 | 12/01/2024 | 11/30/2027 |
| $19,999,999.00 | $32,267.31 | $19,967,731.69 | EPA R9 | R09 | 01/06/2025 | 01/05/2028 |
| $20,000,000.00 | $88,158.13 | $19,911,841.87 | EPA R9 | R09 | 10/01/2024 | 09/30/2027 |
| $20,452,614.00 | $892,698.17 | $19,559,915.83 | EPA R9 | R09 | 01/01/2025 | 12/31/2027 |
| $18,560,143.00 | $573,914.45 | $17,986,228.55 | EPA R9 | R09 | 11/01/2024 | 10/31/2027 |
| $1,500,000.00 | $62,257.71 | $1,437,742.29 | EPA R9 | R09 | 12/01/2024 | 11/30/2027 |
| $19,965,495.00 | $7,502.33 | $19,957,992.67 | EPA R9 | R09 | 01/01/2025 | 12/31/2027 |
| $3,000,000.00 | $47,770.47 | $2,952,229.53 | EPA R9 | R09 | 12/16/2024 | 12/15/2027 |
| $19,997,193.00 | $86,535.55 | $19,910,657.45 | EPA R9 | R09 | 12/01/2024 | 11/30/2027 |
| $18,590,988.00 | $0.00 | $18,590,988.00 | EPA R9 | R09 | 01/01/2025 | 12/31/2027 |

**J.A. 2564**

| lsca5653 - Lucky Shoals Community Association, Inc. | GA | RXW8XMECCFL9 | Not for Profit |
| sfcf3865 - SOUTHWEST FLORIDA COMMUNITY FOUNDATION, INC. | FL | T3M1LLGHUMC5 | Not for Profit |
| tsrfohpi8797 - The Southwest Renewal Foundation of High Point, Inc. | NC | S79DG9CMYF69 | Not for Profit |
| Groundwell Inc. - GROUNDSWELL INC | DC | WLA2JJDJFL63 | Not for Profit |
| Univ Area CD - UNIVERSITY AREA COMMUNITY DEV | FL | STMHHTJHN1R8 | Not for Profit |
| twlti4915 - THE WORKING LANDS TRUST, INC. | NC | JLTHEQFXZG53 | Not for Profit |
| si0695 - Sustainability Institute | SC | NF9KCFN32M55 | Not for Profit |
| teoca3785 - Tennessee Educators of Color Alliance | TN | C7UMG6PDANY8 | Not for Profit |
| mi8573 - MDC, INC. | NC | R84FBNHNNDJ7 | Not for Profit |
| PalmBchCoGov - COUNTY OF PALM BEACH | FL | XL2DNFMPCR44 | County |
| WEST ANNISTON FOUNDATION | AL | K2LLRBBPDA26 | Not for Profit |
| ygag5952 - YOUNG, GIFTED & GREEN | TN | F24MECJ9L4A5 | Not for Profit |
| 2CMississippi: Towards Sustainable, Educated and Empowered Mississippi | MS | ELCWEURZDPW9 | Not for Profit |
| CITY OF THOMASVILLE | GA | C115QBW3DCK7 | Township |
| NATIONAL HOUSING TRUST | DC | JX69LRYCYUA7 | Not for Profit |
| PITTSBURGH CONSERVATION CORPS | PA | D32KKGEEYJ15 | Not for Profit |
| ENERGY COORDINATING AGENCY OF PHILADELPHIA, INC. | PA | D3SLFNSLDQG1 | Not for Profit |
| CITY OF HAMPTON | VA | H43KALPESBP1 | Municipal |
| t6438 - RECTOR & VISITORS OF THE UNIVERSITY OF VIRGINIA | VA | JJG6HU8PA4S5 | State Institution of Higher Learning |
| BRONX RIVER ALLIANCE INC | NY | MW8CCAHLLTN7 | Not for Profit |
| GRID ALTERNATIVES | CA | GXQ3HX2VLLP3 | Not for Profit |
| PEOPLE UNITED FOR SUSTAINABLE HOUSING, INC | NY | DC4ZZCUTM6N9 | Not for Profit |
| EL PUENTE DE WILLIAMSBURG, INC. | NY | QD3BU836BR33 | Not for Profit |
| WEST HARLEM ENVIRONMENTAL ACTION INC | NY | PB8TKKTU3AG3 | Not for Profit |
| ddlcdpri9224 - DEPARTAMENTO DE LA COMIDA DE PUERTO RICO INC | PR | FAN4ZMDTP588 | Not for Profit |
| Ironbound Community Corporation | NJ | RESKT9F5G3K3 | Not for Profit |
| Rockaway Waterfront Alliance, Inc. | NY | M12VD7WEEFM9 | Not for Profit |
| adrdlmi8531 - ASOCIACION DE RESIDENTES DE LA MARGARITA INC | PR | DGR4WZZYGQ86 | Not for Profit |
| ISLAND GREEN BUILDING ASSOCIATION, INCORPORATED | VI | QT3RF9GL8VT4 | Not for Profit |
| taotcri1427 - TRINITY ALLIANCE OF THE CAPITAL REGION, INC | NY | XB3ZLWAE8836 | Not for Profit |
| THE NEW SCHOOL | NY | YNL2H7YNMFP9 | Private University |
| SPECIAL SERVICE FOR GROUPS, INC. | CA | WQGNEZQYP3Y7 | Not for Profit |
| CITY OF BAKERSFIELD | CA | YUJJHEWCPLZ5 | Municipal |
| tsdf0690 - SAN DIEGO FOUNDATION | CA | SZ8JCM7C3ND9 | Not for Profit |
| cfrcd6471 - COALITION FOR RESPONSIBLE COMMUNITY DEVELOPMENT | CA | ML7DAKLHL8C4 | Not for Profit |
| do1729 - DAY ONE | CA | MXVGDJN73T46 | Not for Profit |
| lfcci9534 - LA FAMILIA COUNSELING CENTER, INC | CA | JNGAN2NDKKZ8 | Not for Profit |
| igp9296 - INSIGHT GARDEN PROGRAM | CA | CAYNH2NVEM53 | Not for Profit |
| timma1315 - TREASURE ISLAND MOBILITY MANAGEMENT AGENCY | CA | ZQYAKF2S8NL8 | Special District |
| SOCIAL AND ENVIRONMENTAL ENTREPRENEURS (SEE), INC. | CA | VCAASEEZRM59 | Not for Profit |
| tpfi9370 - PRIMAVERA FOUNDATION INC | AZ | ZXQAE5JV2LJ8 | Not for Profit |
| PUEBLO UNIDO CDC | CA | GR5NZB2NUS49 | Not for Profit |

EPA_00318354

| 66.616 | Environmental and Climate Justice Block Grant Program |
|--------|-------------------------------------------------------|
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |

EPA_00318355

**J.A. 2566**

| |
|---|
| Environmental and Climate Justice Block Grant Program |
| Environmental and Climate Justice Block Grant Program |
| Environmental and Climate Justice Block Grant Program |
| Environmental and Climate Justice Block Grant Program |
| Environmental and Climate Justice Block Grant Program |
| Environmental and Climate Justice Block Grant Program |
| Environmental and Climate Justice Block Grant Program |
| Environmental and Climate Justice Block Grant Program |
| Environmental and Climate Justice Block Grant Program |
| Environmental and Climate Justice Block Grant Program |
| Environmental and Climate Justice Block Grant Program |
| Environmental and Climate Justice Block Grant Program |
| Environmental and Climate Justice Block Grant Program |
| Environmental and Climate Justice Block Grant Program |
| Empowering Healthy, Resilient and Affordable Communities |
| Leveraging a Pittsburgh / Philadelphia Workforce Development Partnerships to Multiply the Impact of Decarbonization, Pollution Remediation, and Circular Economy through Woo |
| Grays Ferry Community Resilience Hub |
| Aberdeen Gardens Community Resilience Implementation Strategy |
| Appalachian Environmental Resilience Community Change Grants Program |
| Uplifting Bronx Voices for Climate Change Resilience |
| A Collaborative Approach to Climate Resilience for Puerto Rico through Renewable Energy, Energy Efficiency, and Natural Resource Restoration |
| The Buffalo Neighborhood Mobilization Hubs Plan |
| To facilitate the engagement of disadvantaged communities in North Brooklyn in governmental processes for environmental and climate justice. |
| EJNYC: Community-Based Solutions for Environmental Justice |
| Por las Quebradas (For the Streams): Community Watershed Stewardship and Climate Resilience in Rural Caguas, Puerto Rico |
| Enhancing Community Resilience with Microgrid Technology |
| Rockaway Coastal Resilience Dune Restoration Project |
| Community Leadership Initiatives for Mitigation and Adaptation (CLIMA) Project |
| United States Virgin Islands Partnerships for Community-Wide Sustainability |
| ALL(bany) Together - Climate and Health Resilience Equity Project |
| Energy Governance Engagement for Environmental Justice (EGEEJ) |
| Inflation Reduction Act &ndash; Environmental and Climate Justice |
| Inflation Reduction Act &ndash; Environmental Justice Thriving Communities |
| Inflation Reduction Act - Environmental and Climate Justice |
| Inflation Reduction Act - Environmental and Climate Justice |
| Environmental and Climate Justice Block Grant Program |
| Inflation Reduction Act &ndash; Environmental and Climate Justice |
| Inflation Reduction Act &ndash; Environmental and Climate Justice |
| Inflation Reduction Act &ndash; Environmental and Climate Justice |
| Inflation Reduction Act - Environmental and Climate Justice |
| INFLATION REDUCTION ACT - ENVIRONMENTAL &amp; CLIMATE JUSTICE |
| Inflation Reduction Act - Environmental and Climate Justice |

This agreement provides funding in the amount of $19,953,400 under the Inflation Reduction Act (IRA) to Lucky Shoals Community Association (LSCA). Specifically, the project w
This agreement provides funding in the amount of $19,357,757 under the Inflation Reduction Act (IRA) to Southwest Florida Community Foundation, dba Collaboratory. This proje
This action approves funding in the amount of $18,490,240 to The Southwest Renewal Foundation of High Point, Inc under the Inflation Reduction Act (IRA). Specifically, the proje
This action approves funding in the amount of 20,000,000.00 under the Inflation Reduction Act (IRA) to Groundswell, Inc. Specifically, the project will support community resilience
This action approves funding in the amount of $14,944,031 under the Inflation Reduction Act (IRA) to University Area Community Development Corporation, Inc, Florida. Specifica
This action approves funding in the amount of $19,999,967 under the Inflation Reduction Act (IRA) to The Working Lands Trust, Incorporated of North Carolina. Specifically, the pr
This agreement provides funding in the amount of $11,396,020 under the Inflation Reduction Act (IRA) to the Sustainability Institute of South Carolina. Specifically, the project will: pro
This action provides funding in the amount of $1,875,142 to support the Tennessee Educators of Color Alliance as they aim to significantly impact communities across Tennessee
This action approves an award in the amount of  $3,103,648.00 under the Inflation Reduction Act (IRA) to MDC Inc.  Specifically, the project will enhance the ability, skills, and cor
This action approves funding in the amount of $3,000,000 under the Inflation Reduction Act (IRA) to Palm Beach County (PBC) Office of Resilience.  Specifically, the project will e
This agreement provides funding in the amount of $2,596,592 under the Inflation Reduction Act (IRA) to West Anniston Foundation, Alabama.  Specifically, the project will empowe
This action approves an award in the amount of $19,996,791 under the Inflation Reduction Act (IRA) to Young, Gifted and Green. Specifically, the project will encompass three clir
This agreement approves funding in the amount of $19,889,515 under the Inflation Reduction Act (IRA) to 2C Mississippi: Towards Sustainable, Educated, and Empowered Missis
This action approves an award in the amount of$19,805,900 to the City of Thomasville under the Inflation Reduction Act (IRA) to support resiliency in Thomasville's low-income hi
This agreement provides funding under the Inflation Reduction Act (IRA) to the National Housing Trust. Specifically, the project will retrofit 785 homes to improve indoor air quality
This agreement provides funding under the Inflation Reduction Act (IRA) to the Pittsburgh Conservation Corps. Specifically, the project will support a Pittsburgh-Philadelphia partn
This agreement provides funding under the Inflation Reduction Act (IRA) to ECAP - The Energy Coordinating Agency Of Philadelphia, Inc. and Habitat for Humanity Philadelphia, I
This agreement provides funding under the Inflation Reduction Act (IRA) to City of Hampton, Virginia. Specifically, the project will work to create a sustainable, resilient future for ac
This agreement provides funding under the Inflation Reduction Act (IRA) to Rector and Visitors of the University of Virginia (UVA). Specifically, the project will implement Climate F
This agreement provides funding under the Inflation Reduction Act (IRA) to Bronx River Alliance, Inc. Specifically, the project will establish a Bronx Climate Justice Task Force con
This agreement provides funding under the Inflation Reduction Act (IRA) to GRID Alternatives. Specifically, on the east side of Puerto Rico, the project will provide energy efficienc
This agreement provides funding under the Inflation Reduction Act (IRA) to PUSH Buffalo. Specifically, the project includes the following initiatives: Establishing 150 Community R
This agreement provides funding under the Inflation Reduction Act (IRA) to El Puente de Williamsburg, Inc. Specifically, the project will facilitate the engagement of disadvantaged
This agreement provides funding under the Inflation Reduction Act (IRA) to West Harlem Environmental Action, Inc. Specifically, the project will ensure that disadvantaged commu
This agreement provides funding under the Inflation Reduction Act (IRA) to El Departamento de la Comida (El Depa).  Specifically, this project has three initiatives: Community Ed
This agreement provides funding under the Inflation Reduction Act (IRA) to Ironbound Community Corporation (ICC). Specifically, by leveraging innovative solutions and fostering
This agreement provides funding under the Inflation Reduction Act (IRA) to Rockaway Waterfront Alliance (RWA), dba RISE. Specifically, by harnessing nature-based solutions ar
This agreement provides funding under the Inflation Reduction Act (IRA) to Asociación de Residentes de La Margarita, Inc. (ARLM). Specifically, the project will implement
This agreement provides funding under the Inflation Reduction Act (IRA) to Island Green Building Association, doing business as Island Green Living Association (IGL). Specificall
This agreement provides funding under the Inflation Reduction Act (IRA) to Trinity Alliance of the Capital Region. Specifically the project will support climate resiliency through two
This agreement provides funding under the Inflation Reduction Act (IRA) to The New School, Tishman Environment and Design Center. Specifically, the project will create an Ener
This agreement provides funding under the Inflation Reduction Act (IRA) to the nonprofit organization Special Service for Groups, Inc. Specifically, the project will train and empow
The agreement provides funding under the Inflation Reduction Act (IRA) to the City of Bakersfield, CA. Specifically, the project will address Climate Action and Pollution Reduction
This agreement provides funding under the Inflation Reduction Act (IRA) to the San Diego Foundation. Specifically, the project will develop and implement green infrastructure, trai
This agreement provides funding under the Inflation Reduction Act (IRA) to Coalition for Community Responsible Development (CRCD). Specifically, the project is divided into two
This agreement provides funding under the Inflation Reduction Act (IRA) to the nonprofit organization Day One, who are based in the San Gabriel Valley. Specifically, the project w
This agreement provides funding under the Inflation Reduction Act (IRA) to La Familia Counseling Center's Greening North Franklin project to implement several project to
This agreement provides funding under the Inflation Reduction Act (IRA) to Insight Garden Program. Specifically, the project will provide both immediate and long-term benefits to
This agreement provides funding under the Inflation Reduction Act (IRA) to Treasure Island Mobility Management Agency  (TIMMA). Specifically, the project will Treasure Island C
This agreement provides funding under the Inflation Reduction Act (IRA) to Social and Environmental Entrepreneurs (SEE). Specifically, the project will aim to strengthen the relati
This agreement provides funding under the Inflation Reduction Act (IRA) to Primavera Foundation, Inc. that will be used for projects to increase community resilience in the face of
This agreement provides funding under the Inflation Reduction Act (IRA) to Pueblo Unidos CDC. Specifically, the project will build a climate-smart, climate-resilient Center for Com

EPA_00318357

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 66.616 | 5F | 97T28301 | 97T28301-1 | 02/05/2025 | | 2025 | 03/03/2025 | $3,058,750.00 | $3,058,750.00 |
| 66.616 | 5F | 97T28401 | 97T28401-0 | 12/19/2024 | | 2025 | | $3,000,000.00 | $3,000,000.00 |
| 66.616 | 5F | 97T28501 | 97T28501-0 | 12/18/2024 | | 2025 | 02/21/2025 | $12,650,680.00 | $12,650,680.00 |
| 66.616 | 5F | 97T28601 | 97T28601-0 | 12/10/2024 | | 2025 | 03/07/2025 | $19,987,957.00 | $19,987,957.00 |
| 66.616 | 5F | 97T28701 | 97T28701-0 | 12/12/2024 | | 2025 | | $20,000,000.00 | $20,000,000.00 |
| 66.616 | 5F | 97T28801 | 97T28801-0 | 12/09/2024 | | 2025 | 02/20/2025 | $13,939,738.00 | $13,939,738.00 |
| 66.616 | 5F | 97T28901 | 97T28901-0 | 12/19/2024 | | 2025 | | $3,073,914.00 | $3,073,914.00 |
| 66.616 | 5F | 97T31701 | 97T31701-0 | 01/07/2025 | | 2025 | 03/07/2025 | $19,993,324.00 | $19,993,324.00 |
| 66.616 | 5F | 97T32001 | 97T32001-0 | 01/06/2025 | | 2025 | 02/28/2025 | $19,076,843.00 | $19,076,843.00 |
| 66.721 | 5P | 84107201 | 84107201-0 | 01/15/2025 | | 2025 | 03/03/2025 | $6,703,990.00 | $6,703,990.00 |

EPA_00318358

**J.A. 2569**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| $3,058,750.00 | $1,275,467.89 | $1,783,282.11 | EPA R9 | R09 | 01/01/2025 | 12/31/2027 |
| $3,000,000.00 | $0.00 | $3,000,000.00 | EPA R9 | R09 | 05/01/2025 | 04/30/2028 |
| $12,650,680.00 | $14,142.16 | $12,636,537.84 | EPA R9 | R09 | 01/01/2025 | 12/31/2027 |
| $19,987,957.00 | $51,000.73 | $19,936,956.27 | EPA R9 | R09 | 01/15/2025 | 01/14/2028 |
| $20,000,000.00 | $0.00 | $20,000,000.00 | EPA R9 | R09 | 04/01/2025 | 03/31/2028 |
| $13,939,738.00 | $9,279.89 | $13,930,458.11 | EPA R9 | R09 | 01/01/2025 | 12/31/2027 |
| $3,073,914.00 | $0.00 | $3,073,914.00 | EPA R9 | R09 | 01/01/2025 | 12/31/2027 |
| $19,993,324.00 | $3,929,148.08 | $16,064,175.92 | EPA R9 | R09 | 03/01/2025 | 02/28/2028 |
| $19,076,843.00 | $30,666.94 | $19,046,176.06 | EPA R9 | R09 | 02/01/2025 | 01/31/2028 |
| $6,703,990.00 | $26,670.00 | $6,677,320.00 | EPA HQ | OCSPP | 11/01/2024 | 12/31/2029 |

EPA_00318359

**J.A. 2570**

| lcfjaa4442 - LEADERSHIP COUNSEL FOR JUSTICE AND ACCOUNTABILITY | CA | LYQGLEQU8MQ7 | Not for Profit |
| UNIVERSITY OF GUAM | GU | YL62T9FVJXG3 | State Institution of Higher Learning |
| CASA FAMILIAR, INC | CA | DA19F5NKBH38 | Not for Profit |
| NEVADA CLEAN ENERGY FUND | NV | SMUBKY6A7ZK1 | Not for Profit |
| COMMUNITY WATER CENTER | CA | UAWLZMFKCDL4 | Not for Profit |
| t0609 - Pacific International Center for High Technology Research | HI | L8HGDJE4QQ74 | Not for Profit |
| EARTH ISLAND INSTITUTE INC | CA | N39HWTLFMVK9 | Not for Profit |
| SANTA YNEZ BAND OF MISSION INDIANS | CA | DK1SMCRF8VT5 | Indian Tribe |
| CONTRA COSTA, COUNTY OF | CA | H6XCU2DRT517 | Special District |
| t7133 - Building Materials Re-use Association | PA | ZU4BCJA87DL1 | Not for Profit |

| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.721 | Reducing Embodied Greenhouse Gas Emissions for Construction materials and Produicts - IRA |

EPA_00318361

| Inflation Reduction Act - Environmental and Climate Justice |  |
| Inflation Reduction Act - Environmental and Climate Justice |  |
| Inflation Reduction Act &ndash; Environmental and Climate Justice |  |
| Inflation Reduction Act &ndash; Environmental and Climate Justice |  |
| Inflation Reduction Act &ndash; Environmental and Climate Justice |  |
| Inflation Reduction Act - Environmental and Climate Justice |  |
| Inflation Reduction Act &ndash; Environmental and Climate Justice |  |
| Inflation Reduction Act &ndash; Environmental and Climate Justice |  |
| Environmental and Climate Justice Block Grant Program |  |
| Build Reuse - Reducing Embodied GHG for Salvaged Materials FR |  |

EPA_00318362

This agreement provides funding under the Inflation Reduction Act (IRA) to the Leadership Counsel for Justice and Accountability. Specifically, the project will help communities ch
This agreement provides funding under the Inflation Reduction Act (IRA) to the University of Guam Center for Island Sustainability and Sea Grant. Specifically, the project will crea
This agreement provides funding under the Inflation Reduction Act (IRA) to Casa Familiar. Specifically, this project will reduce greenhouse gas (GHG) emissions and improve air q
This agreement provides funding under the Inflation Reduction Act (IRA) to Nevada Clean Energy Fund. Specifically, the project will deliver critical water, energy, and food infrastru
This agreement provides funding under the Inflation Reduction Act (IRA) to ensure vibrant and thriving communities in the project area by delivering a long-term, sustainable, and
This agreement provides funding under the Inflation Reduction Act (IRA) to Pacific International Center for High Technology Research. Specifically, the project will support commu
This agreement provides funding under the Inflation Reduction Act (IRA) to Earth Island Institute.  Specifically, the project will implement data and science driven programs for env
This agreement provides funding under the Inflation Reduction Act (IRA) to The Santa Ynez Band of Chumash Indians. Specifically, the project aims to enhance climate resilience,
North Richmond Community Resilience Initiative projects will green the neighborhood through landscaping and trees, install energy-efficient systems in homes, also reducing expo
This agreement provides funding under the Inflation Reduction Act (IRA) to Building Materials Re-use Association. This program is to support the development, enhanced standar

EPA_00318363

**J.A. 2574**

Message

| From: | Coogan, Daniel [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=7AA3C293E3F94FE6A0132382B42F0B23-DCOOGAN] |
| --- | --- |
| Sent: | 4/28/2025 3:38:16 PM |
| To: | Jones-Peeler, Meshell [Jones-Peeler.Meshell@epa.gov]; Gulamali, Adil [Gulamali.Adil@epa.gov]; Lavergne, Dany [lavergne.dany@epa.gov] |
| CC: | Wise, Melissa [wise.melissa@epa.gov] |
| Subject: | Access to Accounts in ASAP |
| Attachments: | Active CFDA List 20250428.xlsx |

| Flag: | Follow up |

All, per leadership direction, can OCFO please make sure that the following grants in the attachment associated with the grant programs listed below have access to their funds in ASAP. Please let me know if you have any questions.

|  | Assistance Listing Code | Assistance Listing Description | EPA Grant Program Code |
| --- | --- | --- | --- |
| a. | 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program | 51, 5B, EB, EC |
| b. | 66.309 | Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice | 5K, XJ, XK |
| c. | 66.312 | Environmental Justice Government-to-Government (EJG2G) Program | 52, 5C, AJ, AK |
| d. | 66.604 | Environmental Justice Small Grant Program | 5R, EQ, ER |
| e. | 66.614 | Financial Assistance For Community Support Activities To Address Environmental Justice Issues | 5I, ED, EL |
| f. | 66.615 | Environmental Justice Thriving Communities Grantmaking Program (EJ TCGM) | 5N, EN, EP |
| g. | 66.616 | Environmental and Climate Justice Block Grant Program | 5F |
| h. | 66.721 | Reducing Embodied Greenhouse Gas Emissions for Construction Materials and Products | 5P |

EPA_00318364

Report Last Refresh Date: 4/28/25

| | Obligation Amount | Obligation Drawdow |
|---|---|---|
| | $2,195,571,779.00 | |

| Assistance Listing Code | Program Code | Grant Family | Grant No | Award Date | Award Fiscal Year | Last Drawdown Date | Project Period Cost | Cumulative Award |
|---|---|---|---|---|---|---|---|---|
| 66.306 | 51 | 00A01313 | 00A01313-0 | 08/08/2024 | 2024 | 03/03/2025 | $500,000.00 | $500,000.00 |
| 66.306 | 51 | 02F74401 | 02F74401-0 | 11/25/2024 | 2025 | | $500,000.00 | $500,000.00 |
| 66.306 | 51 | 02F74801 | 02F74801-0 | 12/11/2024 | 2025 | | $500,000.00 | $500,000.00 |
| 66.306 | 51 | 02J56001 | 02J56001-0 | 11/04/2024 | 2025 | | $500,000.00 | $500,000.00 |
| 66.306 | 51 | 96263224 | 96263224-0 | 11/06/2024 | 2025 | 03/03/2025 | $150,000.00 | $150,000.00 |
| 66.306 | 51 | 97T22801 | 97T22801-0 | 11/26/2024 | 2025 | 02/20/2025 | $500,000.00 | $500,000.00 |
| 66.306 | 51 | 98T88101 | 98T88101-1 | 11/27/2024 | 2025 | 02/20/2025 | $200,000.00 | $200,000.00 |
| 66.306 | 5B | 00A01144 | 00A01144-0 | 07/10/2024 | 2024 | 02/07/2025 | $150,000.00 | $150,000.00 |
| 66.306 | 5B | 00E03623 | 00E03623-1 | 12/05/2024 | 2025 | 01/31/2025 | $500,000.00 | $500,000.00 |
| 66.306 | 5B | 00E03857 | 00E03857-0 | 09/21/2024 | 2024 | 03/04/2025 | $500,000.00 | $500,000.00 |
| 66.306 | 5B | 02F76301 | 02F76301-0 | 02/04/2025 | 2025 | | $498,546.00 | $498,546.00 |
| 66.306 | 5B | 02F76801 | 02F76801-0 | 01/14/2025 | 2025 | | $500,000.00 | $500,000.00 |
| 66.306 | 5B | 02J56501 | 02J56501-1 | 12/19/2024 | 2025 | 03/03/2025 | $498,000.00 | $498,000.00 |
| 66.306 | 5B | 03D03524 | 03D03524-1 | 11/06/2024 | 2025 | | $500,000.00 | $500,000.00 |
| 66.306 | 5B | 84084301 | 84084301-0 | 11/14/2024 | 2025 | 01/31/2025 | $497,111.00 | $497,111.00 |
| 66.306 | 5B | 95337201 | 95337201-1 | 02/04/2025 | 2025 | 02/27/2025 | $500,000.00 | $500,000.00 |
| 66.306 | 5B | 95337301 | 95337301-0 | 10/21/2024 | 2025 | 03/10/2025 | $150,000.00 | $150,000.00 |
| 66.306 | 5B | 96263624 | 96263624-0 | 12/20/2024 | 2025 | | $500,000.00 | $500,000.00 |
| 66.306 | 5B | 97T23101 | 97T23101-0 | 11/20/2024 | 2025 | | $500,000.00 | $500,000.00 |
| 66.306 | 5B | 97T23201 | 97T23201-0 | 12/13/2024 | 2025 | | $500,000.00 | $500,000.00 |
| 66.306 | 5B | 97T23301 | 97T23301-0 | 11/22/2024 | 2025 | 03/03/2025 | $499,975.00 | $499,975.00 |
| 66.306 | 5B | 97T23901 | 97T23901-0 | 12/18/2024 | 2025 | | $500,000.00 | $500,000.00 |
| 66.306 | 5B | 97T29101 | 97T29101-0 | 12/06/2024 | 2025 | | $499,735.00 | $499,735.00 |
| 66.306 | 5B | 98T88501 | 98T88501-0 | 11/25/2024 | 2025 | | $500,000.00 | $500,000.00 |
| 66.306 | EC | 02J03001 | 02J03001-2 | 12/30/2024 | 2025 | 12/05/2024 | $200,000.00 | $200,000.00 |
| 66.306 | EC | 98T94301 | 98T94301-1 | 11/14/2024 | 2025 | | $154,982.00 | $154,982.00 |
| 66.309 | 5K | 84113601 | 84113601-0 | 12/30/2024 | 2025 | 02/20/2025 | $7,000,000.00 | $7,000,000.00 |
| 66.309 | XJ | 00A01452 | 00A01452-1 | 01/14/2025 | 2025 | 02/11/2025 | $10,000,000.00 | $6,000,000.00 |
| 66.309 | XJ | 02D48323 | 02D48323-1 | 12/27/2024 | 2025 | 05/02/2024 | $40,000.00 | $40,000.00 |
| 66.309 | XJ | 02F33801 | 02F33801-2 | 01/07/2025 | 2025 | 02/20/2025 | $10,000,000.00 | $8,000,000.00 |
| 66.309 | XJ | 02J28601 | 02J28601-3 | 01/08/2025 | 2025 | 03/10/2025 | $12,000,000.00 | $9,000,000.00 |
| 66.309 | XJ | 02J28701 | 02J28701-3 | 01/10/2025 | 2025 | 03/05/2025 | $10,096,630.00 | $9,000,000.00 |
| 66.309 | XJ | 13746193 | 13746193-4 | 12/27/2024 | 2025 | 02/13/2025 | $10,000,000.00 | $9,000,000.00 |
| 66.309 | XJ | 96230523 | 96230523-2 | 01/15/2025 | 2025 | 02/04/2025 | $10,000,000.00 | $8,500,000.00 |
| 66.309 | XJ | 96230923 | 96230923-3 | 01/16/2025 | 2025 | 02/21/2025 | $10,000,000.00 | $8,000,000.00 |

EPA_00318365

| n Amount | Unliquidated Obligation Amount |
|---|---|
| $47,554,718.96 | $2,148,017,060.04 |

| Obligation Amount | Obligation Drawdown Amount | Unliquidated Obligation Amount | Awarding Region Code | AAship | Project Start Date | Project End Date |
|---|---|---|---|---|---|---|
| $500,000.00 | $59,897.90 | $440,102.10 | EPA R1 | R01 | 04/01/2024 | 10/01/2026 |
| $500,000.00 | $0.00 | $500,000.00 | EPA R6 | R06 | 01/01/2025 | 12/31/2027 |
| $500,000.00 | $0.00 | $500,000.00 | EPA R6 | R06 | 12/15/2024 | 12/14/2027 |
| $500,000.00 | $0.00 | $500,000.00 | EPA R10 | R10 | 10/01/2024 | 09/30/2027 |
| $150,000.00 | $26,104.79 | $123,895.21 | EPA R2 | R02 | 07/01/2024 | 06/30/2027 |
| $500,000.00 | $42,687.04 | $457,312.96 | EPA R9 | R09 | 11/01/2024 | 10/31/2026 |
| $200,000.00 | $3,000.00 | $197,000.00 | EPA R9 | R09 | 07/01/2024 | 06/30/2027 |
| $150,000.00 | $150,000.00 | $0.00 | EPA R1 | R01 | 04/01/2024 | 03/31/2027 |
| $500,000.00 | $71,760.97 | $428,239.03 | EPA R5 | R05 | 07/01/2024 | 06/30/2027 |
| $500,000.00 | $96,083.98 | $403,916.02 | EPA R5 | R05 | 10/01/2024 | 09/30/2027 |
| $498,546.00 | $0.00 | $498,546.00 | EPA R6 | R06 | 12/01/2024 | 11/30/2027 |
| $500,000.00 | $0.00 | $500,000.00 | EPA R6 | R06 | 01/15/2025 | 01/14/2028 |
| $498,000.00 | $33,532.21 | $464,467.79 | EPA R10 | R10 | 09/01/2024 | 08/31/2027 |
| $500,000.00 | $0.00 | $500,000.00 | EPA R4 | R04 | 01/01/2025 | 12/31/2027 |
| $497,111.00 | $74,435.00 | $422,676.00 | EPA HQ | OEJECR | 10/01/2024 | 09/30/2026 |
| $500,000.00 | $9,074.00 | $490,926.00 | EPA R3 | R03 | 04/01/2024 | 03/31/2027 |
| $150,000.00 | $5,038.99 | $144,961.01 | EPA R3 | R03 | 11/01/2024 | 10/31/2026 |
| $500,000.00 | $0.00 | $500,000.00 | EPA R2 | R02 | 11/01/2024 | 10/31/2027 |
| $500,000.00 | $0.00 | $500,000.00 | EPA R9 | R09 | 01/01/2025 | 12/31/2027 |
| $500,000.00 | $0.00 | $500,000.00 | EPA R9 | R09 | 01/01/2025 | 12/31/2027 |
| $499,975.00 | $8,405.99 | $491,569.01 | EPA R9 | R09 | 01/01/2025 | 12/31/2027 |
| $500,000.00 | $0.00 | $500,000.00 | EPA R9 | R09 | 12/01/2024 | 01/01/2027 |
| $499,735.00 | $0.00 | $499,735.00 | EPA R9 | R09 | 01/01/2025 | 12/31/2027 |
| $500,000.00 | $0.00 | $500,000.00 | EPA R9 | R09 | 12/01/2024 | 11/30/2027 |
| $200,000.00 | $136,703.60 | $63,296.40 | EPA R10 | R10 | 02/01/2022 | 04/30/2025 |
| $154,982.00 | $0.00 | $154,982.00 | EPA R9 | R09 | 10/01/2024 | 10/31/2025 |
| $7,000,000.00 | $40,088.66 | $6,959,911.34 | EPA HQ | OEJECR | 01/01/2025 | 12/31/2029 |
| $6,000,000.00 | $175,761.13 | $5,824,238.87 | EPA R1 | R01 | 07/01/2024 | 06/30/2029 |
| $19,890.00 | $19,890.00 | $0.00 | EPA R4 | R04 | 09/01/2023 | 08/31/2025 |
| $8,000,000.00 | $1,522,688.97 | $6,477,311.03 | EPA R6 | R06 | 06/01/2023 | 05/31/2028 |
| $9,000,000.00 | $1,881,247.99 | $7,118,752.01 | EPA R10 | R10 | 06/01/2023 | 05/31/2028 |
| $9,000,000.00 | $2,129,416.61 | $6,870,583.39 | EPA R10 | R10 | 06/01/2023 | 05/31/2028 |
| $9,000,000.00 | $1,736,649.96 | $7,263,350.04 | EPA R4 | R04 | 03/01/2023 | 02/29/2028 |
| $8,500,000.00 | $1,712,588.88 | $6,787,411.12 | EPA R2 | OEJECR | 07/01/2023 | 06/30/2028 |
| $8,000,000.00 | $2,305,418.12 | $5,694,581.88 | EPA R2 | R02 | 07/01/2023 | 06/30/2028 |

**J.A. 2577**

EPA_00318366

| Applicant Name | Applicant State | UEI | Applicant Type |
|---|---|---|---|
| CHILDHOOD LEAD ACTION PROJECT | RI | W7MEUZQ1MY37 | Not for Profit |
| LOUISIANA BUCKET BRIGADE | LA | CB3DRTHJK6A3 | Not for Profit |
| hw7009 - HOUSTON WILDERNESS | TX | FX14LK7KL9H7 | Not for Profit |
| THE TRUST FOR PUBLIC LAND | CA | HN7CS4YNMBC4 | Not for Profit |
| THE BRONX IS BLOOMING | NY | X4MYE8H3B4B9 | Not for Profit |
| ENVIRONMENTAL HEALTH COALI | CA | LFMZD2MERLY3 | Not for Profit |
| REBUILD SUPERIOR, INC. | AZ | ZKY1QMXDHE56 | Not for Profit |
| MASSACHUSETTS COALITION FOR OCCUPATIONAL SAFETY AND HEALTH, INC. | MA | LVUJLK2GKHK7 | Not for Profit |
| COMMUNITY POWER | MN | PK39HKBBC4A1 | Not for Profit |
| METROPOLITAN TENANTS ORGANIZATION | IL | UJEGUAKUSRF6 | Not for Profit |
| daref1434 - Downwinders at Risk Education Fund | TX | YRZKBL5NQ894 | Not for Profit |
| null5598 - NATIONAL URBAN LEAGUE, INC. | NY | VD9ST5ZPM5P4 | Not for Profit |
| CENTER FOR INTERCULTURAL ORGANIZING | OR | C16ARLN8FA16 | Not for Profit |
| LOWCOUNTRY ALLIANCE FOR MODEL COMMUNITIES | SC | J63MD5AMAY83 | Not for Profit |
| CLEAN WATER FUND | DC | FR2MH7EJ2QN2 | Not for Profit |
| SHAMOKIN CREEK RESTORATION ALLIANCE | PA | YNM4HTNX5NK5 | Not for Profit |
| RESILIENT VIRGINIA | VA | YHCCVVNQUBX5 | Not for Profit |
| YOUTH MINISTRIES FOR PEACE AND JUSTICE, INC. | NY | W85WGJRUAL13 | Not for Profit |
| crc8097 - CLIMATE RESILIENT COMMUNITIES | CA | XJ76N787Z1M5 | Not for Profit |
| ONEOC | CA | ST8KJPET6WJ3 | Not for Profit |
| ca3121 - CANAL ALLIANCE | CA | Z27XHGWBM779 | Not for Profit |
| tlanlt8074 - THE LOS ANGELES NEIGHBORHOOD LAND TRUST | CA | ZE7MZ7CCRR25 | Not for Profit |
| abf6059 - ANZA-BORREGO FOUNDATION | CA | EXRXKFAHALM7 | Not for Profit |
| COUNCIL FOR WATERSHED HEALTH | CA | N6MNXMMWUU64 | Not for Profit |
| Confederated Tribes of the Colville Reservation | WA | NU9UAKLRDDP1 | Indian Tribe |
| FOOD BANK OF CONTRA COSTA AND SOLANO | CA | DJAPJ258KCM8 | Not for Profit |
| RESEARCH TRIANGLE INSTITUTE | NC | JJHCMK4NT5N3 | Not for Profit |
| UNIVERSITY OF CONNECTICUT | CT | WNTPS995QBM7 | State Institution of Higher Learning |
| JACKSON STATE UNIVERSITY | MS | WFVHMSF6BU45 | State Institution of Higher Learning |
| NEW MEXICO STATE UNIVERSITY | NM | J3M5GZAT8N85 | State Institution of Higher Learning |
| UNIVERSITY OF WASHINGTON | WA | HD1WMN6945W6 | State Institution of Higher Learning |
| WILLAMETTE PARTNERSHIP | OR | MN5SKK48HCE3 | Not for Profit |
| RESEARCH TRIANGLE INSTITUTE | NC | JJHCMK4NT5N3 | Not for Profit |
| Inter American University of Puerto Rico, Inc. | PR | JSFAKPEEWFC3 | Private University |
| WEST HARLEM ENVIRONMENTAL ACTION INC | NY | PB8TKKTU3AG3 | Not for Profit |

EPA_00318367

| Assistance Listing Code | Assistance Listing Description |
|---|---|
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.309 | Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice |
| 66.309 | Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice |
| 66.309 | Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice |
| 66.309 | Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice |
| 66.309 | Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice |
| 66.309 | Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice |
| 66.309 | Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice |
| 66.309 | Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice |
| 66.309 | Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice |

**J.A. 2579**

EPA_00318368

**Project Title**
Community-Based Lead Poisoning Prevention Project
Imagine St. James Parish
Super Trees for Sustainability-Alief: urban forestry through targeted large-scale native tree plantings, education on mitigation effects of targeted trees on extreme heat and other h
Madras Community Schoolyard Environmental Justice
Program for Leaders Advancing their Community's Environment (PLACE): Partnership Building for Program Expansion and Urban Forestry Workforce Development in Frontline C
INFLATION REDUCTION ACT - ENVIRONMENTAL JUSTICE COLLABORATIVE PROBLEM-SOLVING
Inflation Reduction Act - Environmental Justice Collaborative Problem-Solving
Student Organizing for Educational and Environmental Justice in Boston Public Schools (BPS)
Community Power EJ CPS 2023
MTO EJCPS 2024
Environmental Justice Governmental Grant
Urban Environmental Justice Collaborative Program
Oregon Climate Resilience
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Learning to Live with Lead&mdash;Reducing Exposure in Environmental Justice Communities in Pennsylvania and Massachusetts
EJCPS Creation of Collaborative Partnership for the Greater Shamokin Area
Building Community Capacity for Climate Justice in Ward 2, Lynchburg VA
Youth Ministries for Peace and Justice (YMPJ)Bronx River Waterfront Redevelopment Health Impact Assessment
Inflation Reduction Act &ndash; Environmental Justice Collaborative Problem-Solving
Inflation Reduction Act &ndash; Environmental Justice Collaborative Problem-Solving
Inflation Reduction Act - Environmental Justice Collaborative Problem-Solving
Inflation Reduction Act &ndash; Environmental Justice Collaborative Problem-Solving
Inflation Reduction Act - Environmental Justice Collaborative Problem-Solving
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
EJCPS/ARP PM2.5 Monitoring for Upper Columbia River Communities
Environmental Justice Collaborative Problem-Solving - Vallejo Food Rescue Project
VISTA CEC - VISTA Clean Environment Core
Environmental Justice Thriving Communities Technical Assistance Center Region 1
Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice
South Central Environmental Justice Resource Center (SCEJRC) Thriving Communities Technical Assistance Center (TCTAC)
Pacific Northwest Environmental Justice Thriving Communities Center
Northwestern Environmental and Energy Justice TCTAC
Resource for Assistance and Community Training
EAGEL Engage and Assist Grassroots organizations for Environmental Energy Justice and Leadership capacity building for Region 2 EJ TCTAC
WE ACT for Environmental Justice proposes to lead and host an Environmental Justice Thriving Communities Technical Assistance Center for EPA Region 2.

EPA_00318369

**OMB Project Description**

This agreement will provide funding to Childhood Lead Action Project to implement an education, training and community engagement program to raise awareness of lead and inc

The Inflation Reduction Act (IRA) will allocate funding to the Louisiana Bucket Brigade for the purpose of executing environmental cleanup and weatherization initiatives. Specifical

This agreement provides funding of $500,000 to Houston Wilderness under the Inflation Reduction Act (IRA). This project, Super Trees for Sustainability-Alief, seeks to address th

The Trust for Public Land (TPL) is partnering with the school district, students, teachers, community organizations, and the Confederated Tribes of Warm Springs to design and cr

This agreement provides funding under the Inflation Reduction Act to The Bronx is Blooming. Through their Program for Leaders Advancing their Community's Environment (PLAC

The agreement provides funding to the Environmental Health Coalition (ECH). EHC's project will address the environmental injustice in the neighborhoods of Barrio Logan and Log

The EJCPS agreement provides funding to Rebuild Superior, Inc. Specifically, grant funds will be used to cleanup properties on the behalf of the Town so it can place a lien on the

This Cooperative agreement is being awarded federal funding in the amount of $150,000 to Massachusetts Coalition for Occupational Safety and Health (MassCOSH) to provide sup

This agreement provides funding under the Inflation Reduction Act (IRA) to Community Power.  The recipient aims to address a central bottleneck in access for to the cost-savings

This agreement provides funding under the Inflation Reduction Act (IRA) to Metropolitan Tenants Organization (MTO). The recipient will train physicians, community health worker

This agreement provides funding under the Inflation Reduction Act (IRA) to Downwinders at Risk Education Fund. The recipient, along with the University Texas of Dallas (UTD), w

The Inflation Reduction Act (IRA) will allocate funding to the National Urban League (NUL), in launching a community-centered project to enhance climate resilience within Black/A

This agreement provides funding under the Inflation Reduction Act (IRA) to Center for Intercultural Organizing (CIO) doing business as (dba) Unite Oregon. The recipient will work

This action approves an award in the amount of $500,000 to provide funding to the Lowcountry Alliance for Model Communities (LAMC). The recipient will conduct robust engager

This agreement provides funding under the Inflation Reduction Act (IRA) to the Clean Water Fund. This agreement provides funding of $497,111 under the Inflation Reduction Act

This rebudget amendment revises the current budget for Shamokin Creek Restoration Alliance. The recipient is moving $145,341 from &quot;Contractual&quot; to &quot;Pe

This agreement provides funding of $150,000 under the Inflation Reduction Act (IRA) to Resilient Virginia. The project will build leadership capacity in communities disproportionat

This agreement provides funding under the Inflation Reduction Act (IRA) to Youth Ministries for Peace and Justice (YMPJ).  YMPJ will lead a formal community-driven Health Impa

This agreement provides funding under the Inflation Reduction Act (IRA) to Climate Resilient Communities. The recipient will focus on the San Francisco Bay Midpeninsula, which

This agreement provides funding under the Inflation Reduction Act (IRA) to OneOC.  The recipient will promote utilization of the existing California Department of Public Health&rs

This agreement provides funding under the Inflation Reduction Act (IRA) to Canal Alliance. The recipient's project is focused on the City of San Rafael&rsquo;s Canal District in Ma

This agreement provides funding under the Inflation Reduction Act (IRA) to the Los Angeles Neighborhood Land Trust. The LA Neighborhood Land Trust is a member of the cross

This agreement provides funding under the Inflation Reduction Act (IRA) to the non-profit organization, the Anza-Borrego Foundation. They are based in Borrego Springs, San Die

This assistance agreement provides Federal funding  to the Council for Watershed Health (CWH).  Specifically, the recipient will expand the capacity of ReDesign LA Community I

The purpose of this American Rescue Plan funded Environmental Justice Collaborative Problem Solving (EJCPS) cooperative agreement is to provide funding under section 103 o

The purpose of this Environmental Justice Collaborative Problem Solving (EJCPS) cooperative agreement is to provide funding under Section 8001(a) of the Solid Waste Disposal

This agreement provides funding under the Inflation Reduction Act 9 (IRA) to the Research Triangle Institute (RTI) in the amount of $7,000,000 as authorized by CAA 138(b). In De

The agreement provides funding to the University of Connecticut. Specifically, the recipient will build capacity in New England (EPA Region 1) underserved and rural/remote comm

This action approves an award in the amount of $40,000 to Jackson State University (JSU). The purpose of this grant is for JSU to provide grant writing technical assistance to un

The agreement provides funding to New Mexico State University to lead an experienced team of community-based partners to create the South-Central Environmental Justice Res

The agreement provides funding to the University of Washington. Specifically, the recipient will provide technical assistance (TA) services to Region 10 program participants that w

The agreement provides funding to Willamette Partnership. The recipient will engage with underserved and rural communities across the Northwest United States to build capacity

This action provides funding in the amount of $3,000,000 for Research Triangle Institute (RTI) to provide meaningful engagement to underserved communities in the southeast reg

The agreement provides funding to Inter American University of Puerto Rico Metro Campus (IAUPR) to build the capacity of community stakeholder, local leaders, and community

The agreement provides funding to WE ACT for Environmental Justice to support Environmental Justice Programs through its Environmental Justice Thriving Communities Techni

EPA_00318370

| 66.309 | XJ | 98T65901 | 98T65901-2 | 12/19/2024 | 2025 03/07/2025 | $9,999,979.00 | $8,100,000.00 |
|--------|----|----------|------------|------------|-----------------|----------------|----------------|
| 66.312 | 52 | 00A01505 | 00A01505-1 | 11/27/2024 | 2025 | $1,000,000.00 | $1,000,000.00 |
| 66.312 | 52 | 02J58301 | 02J58301-0 | 10/18/2024 | 2025 | $1,050,000.00 | $1,050,000.00 |
| 66.312 | 52 | 96267200 | 96267200-0 | 12/11/2024 | 2025 | $1,000,000.00 | $1,000,000.00 |
| 66.312 | 52 | 96712501 | 96712501-1 | 02/05/2025 | 2025 | $1,000,000.00 | $1,000,000.00 |
| 66.312 | 52 | 97T22501 | 97T22501-0 | 12/05/2024 | 2025 | $1,000,000.00 | $1,000,000.00 |
| 66.312 | 52 | 98T89301 | 98T89301-0 | 11/26/2024 | 2025 | $1,050,000.00 | $1,050,000.00 |
| 66.312 | 5C | 95337501 | 95337501-1 | 12/02/2024 | 2025 | $980,350.00 | $980,350.00 |
| 66.312 | 5C | 96263900 | 96263900-0 | 01/08/2025 | 2025 | $1,000,000.00 | $1,000,000.00 |
| 66.312 | 5C | 98T90501 | 98T90501-0 | 11/20/2024 | 2025 | $1,000,000.00 | $1,000,000.00 |
| 66.312 | AJ | 00A01438 | 00A01438-1 | 12/20/2024 | 2025 | $1,000,000.00 | $1,000,000.00 |
| 66.312 | AJ | 03D04224 | 03D04224-0 | 07/19/2024 | 2024 02/24/2025 | $1,000,000.00 | $1,000,000.00 |
| 66.312 | AJ | 96263800 | 96263800-0 | 10/31/2024 | 2025 | $1,000,000.00 | $1,000,000.00 |
| 66.312 | AJ | 96711601 | 96711601-2 | 12/30/2024 | 2025 | $1,000,000.00 | $1,000,000.00 |
| 66.312 | AK | 00E03633 | 00E03633-1 | 10/16/2024 | 2025 | $1,000,000.00 | $1,000,000.00 |
| 66.604 | EQ | 02D22522 | 02D22522-1 | 11/07/2024 | 2025 08/21/2023 | $75,000.00 | $75,000.00 |
| 66.604 | EQ | 02J07001 | 02J07001-2 | 10/03/2024 | 2025 10/23/2024 | $75,000.00 | $75,000.00 |
| 66.614 | EL | 00A01522 | 00A01522-1 | 02/14/2025 | 2025 | $100,000.00 | $100,000.00 |
| 66.615 | 5N | 00A01512 | 00A01512-0 | 01/03/2025 | 2025 | $52,000,000.00 | $52,000,000.00 |
| 66.615 | 5N | 00I50002 | 00I50002-1 | 12/19/2024 | 2025 02/21/2025 | $52,000,000.00 | $52,000,000.00 |
| 66.615 | 5N | 01E03682 | 01E03682-1 | 12/20/2024 | 2025 | $52,000,000.00 | $52,000,000.00 |
| 66.615 | 5N | 02F5550B | 02F5550B-0 | 12/18/2024 | 2025 | $55,082,753.00 | $55,082,753.00 |
| 66.615 | 5N | 02J63901 | 02J63901-1 | 12/20/2024 | 2025 03/05/2025 | $52,000,000.00 | $52,000,000.00 |
| 66.615 | 5N | 84082901 | 84082901-0 | 12/27/2024 | 2025 03/06/2025 | $48,000,000.00 | $48,000,000.00 |
| 66.615 | 5N | 84084101 | 84084101-0 | 07/16/2024 | 2024 02/20/2025 | $25,000,000.00 | $25,000,000.00 |
| 66.615 | 5N | 84084201 | 84084201-0 | 01/08/2025 | 2025 02/20/2025 | $95,000,000.00 | $95,000,000.00 |
| 66.615 | 5N | 95341401 | 95341401-2 | 12/27/2024 | 2025 02/10/2025 | $52,000,000.00 | $52,000,000.00 |
| 66.615 | 5N | 96265602 | 96265602-0 | 01/15/2025 | 2025 01/23/2025 | $52,000,000.00 | $52,000,000.00 |
| 66.615 | 5N | 98T97502 | 98T97502-1 | 12/12/2024 | 2025 | $52,000,000.00 | $52,000,000.00 |
| 66.616 | 5F | 00A01479 | 00A01479-0 | 01/17/2025 | 2025 | $20,000,000.00 | $20,000,000.00 |
| 66.616 | 5F | 00A01540 | 00A01540-0 | 11/27/2024 | 2025 03/07/2025 | $19,989,241.00 | $19,989,241.00 |
| 66.616 | 5F | 00A01704 | 00A01704-0 | 01/08/2025 | 2025 03/05/2025 | $18,710,533.00 | $18,710,533.00 |
| 66.616 | 5F | 00A01863 | 00A01863-0 | 01/16/2025 | 2025 | $3,000,000.00 | $3,000,000.00 |
| 66.616 | 5F | 00E04015 | 00E04015-0 | 11/26/2024 | 2025 03/06/2025 | $17,810,277.00 | $17,810,277.00 |
| 66.616 | 5F | 00E04016 | 00E04016-0 | 12/05/2024 | 2025 03/07/2025 | $20,000,000.00 | $20,000,000.00 |
| 66.616 | 5F | 00E04017 | 00E04017-0 | 12/04/2024 | 2025 03/07/2025 | $3,000,000.00 | $3,000,000.00 |
| 66.616 | 5F | 00E04043 | 00E04043-0 | 12/04/2024 | 2025 02/20/2025 | $18,898,518.00 | $18,898,518.00 |
| 66.616 | 5F | 00E04044 | 00E04044-0 | 12/04/2024 | 2025 02/21/2025 | $20,358,302.00 | $20,358,302.00 |
| 66.616 | 5F | 00E04045 | 00E04045-0 | 12/04/2024 | 2025 | $20,000,000.00 | $20,000,000.00 |
| 66.616 | 5F | 00E04046 | 00E04046-0 | 12/05/2024 | 2025 03/05/2025 | $2,754,952.00 | $2,754,952.00 |
| 66.616 | 5F | 00E04057 | 00E04057-0 | 01/07/2025 | 2025 03/05/2025 | $2,166,564.00 | $2,166,564.00 |
| 66.616 | 5F | 00E04058 | 00E04058-0 | 01/07/2025 | 2025 | $20,000,000.00 | $20,000,000.00 |

EPA_00318371

**J.A. 2582**

| | | | | | | |
|---|---|---|---|---|---|---|
| $8,100,000.00 | $2,299,263.43 | $5,800,736.57 | EPA R9 | R09 | 06/01/2023 | 05/30/2028 |
| $1,000,000.00 | $0.00 | $1,000,000.00 | EPA R1 | R01 | 10/01/2024 | 09/30/2027 |
| $1,050,000.00 | $0.00 | $1,050,000.00 | EPA R10 | R10 | 10/01/2024 | 09/30/2026 |
| $1,000,000.00 | $0.00 | $1,000,000.00 | EPA R2 | R02 | 12/15/2024 | 12/14/2027 |
| $1,000,000.00 | $0.00 | $1,000,000.00 | EPA R7 | R07 | 08/01/2024 | 07/31/2027 |
| $1,000,000.00 | $0.00 | $1,000,000.00 | EPA R9 | R09 | 01/01/2025 | 12/31/2026 |
| $1,050,000.00 | $0.00 | $1,050,000.00 | EPA R9 | R09 | 01/02/2025 | 01/01/2028 |
| $980,350.00 | $0.00 | $980,350.00 | EPA R3 | R03 | 06/01/2024 | 05/31/2027 |
| $1,000,000.00 | $0.00 | $1,000,000.00 | EPA R2 | R02 | 02/01/2025 | 01/31/2028 |
| $1,000,000.00 | $0.00 | $1,000,000.00 | EPA R9 | R09 | 12/01/2024 | 11/30/2027 |
| $1,000,000.00 | $0.00 | $1,000,000.00 | EPA R1 | R01 | 12/16/2024 | 12/15/2027 |
| $1,000,000.00 | $28,967.15 | $971,032.85 | EPA R4 | R04 | 04/01/2024 | 03/31/2027 |
| $1,000,000.00 | $0.00 | $1,000,000.00 | EPA R2 | R02 | 10/01/2024 | 09/30/2027 |
| $1,000,000.00 | $0.00 | $1,000,000.00 | EPA R7 | R07 | 06/01/2024 | 05/31/2027 |
| $1,000,000.00 | $0.00 | $1,000,000.00 | EPA R5 | R05 | 04/01/2024 | 03/31/2027 |
| $75,000.00 | $2,500.00 | $72,500.00 | EPA R4 | R04 | 04/01/2023 | 12/31/2025 |
| $75,000.00 | $44,804.20 | $30,195.80 | EPA R10 | R10 | 10/01/2022 | 09/23/2025 |
| $100,000.00 | $0.00 | $100,000.00 | EPA R1 | R01 | 09/01/2024 | 12/31/2025 |
| $52,000,000.00 | $0.00 | $52,000,000.00 | EPA R1 | R01 | 01/01/2025 | 12/31/2027 |
| $52,000,000.00 | $795.15 | $51,999,204.85 | EPA R8 | OEJECR | 01/01/2025 | 12/31/2027 |
| $52,000,000.00 | $0.00 | $52,000,000.00 | EPA R5 | OEJECR | 10/01/2024 | 09/30/2027 |
| $55,082,753.00 | $0.00 | $55,082,753.00 | EPA R6 | R06 | 01/01/2025 | 12/31/2027 |
| $52,000,000.00 | $27,133.89 | $51,972,866.11 | EPA R10 | OEJECR | 11/01/2024 | 10/31/2027 |
| $48,000,000.00 | $168,425.63 | $47,831,574.37 | EPA HQ | OEJECR | 01/01/2025 | 12/31/2027 |
| $25,000,000.00 | $2,766,147.79 | $22,233,852.21 | EPA HQ | OEJECR | 02/01/2025 | 01/31/2027 |
| $95,000,000.00 | $230,643.29 | $94,769,356.71 | EPA HQ | OEJECR | 01/01/2025 | 12/31/2027 |
| $52,000,000.00 | $36,762.52 | $51,963,237.48 | EPA R3 | R03 | 08/01/2024 | 07/31/2027 |
| $52,000,000.00 | $1.00 | $51,999,999.00 | EPA R2 | R02 | 01/02/2025 | 01/01/2028 |
| $52,000,000.00 | $0.00 | $52,000,000.00 | EPA R9 | R09 | 01/06/2025 | 01/05/2028 |
| $20,000,000.00 | $0.00 | $20,000,000.00 | EPA R1 | R01 | 04/01/2025 | 03/31/2028 |
| $19,989,241.00 | $7,022.72 | $19,982,218.28 | EPA R1 | R01 | 01/01/2025 | 12/31/2027 |
| $18,710,533.00 | $32,612.00 | $18,677,921.00 | EPA R1 | R01 | 01/01/2025 | 12/31/2027 |
| $3,000,000.00 | $0.00 | $3,000,000.00 | EPA R1 | R01 | 01/01/2025 | 12/31/2027 |
| $17,810,277.00 | $470,393.33 | $17,339,883.67 | EPA R5 | R05 | 10/01/2024 | 09/30/2027 |
| $20,000,000.00 | $10,200.00 | $19,989,800.00 | EPA R5 | R05 | 01/01/2025 | 12/30/2027 |
| $3,000,000.00 | $1,510.00 | $2,998,490.00 | EPA R5 | R05 | 01/01/2025 | 12/31/2027 |
| $18,898,518.00 | $40,103.00 | $18,858,415.00 | EPA R5 | R05 | 01/01/2025 | 12/31/2027 |
| $20,358,302.00 | $4,884,632.62 | $15,473,669.38 | EPA R5 | R05 | 12/01/2024 | 11/30/2027 |
| $20,000,000.00 | $0.00 | $20,000,000.00 | EPA R5 | R05 | 03/17/2025 | 03/16/2028 |
| $2,754,952.00 | $8,548.65 | $2,746,403.35 | EPA R5 | R05 | 02/01/2025 | 01/31/2028 |
| $2,166,564.00 | $339.79 | $2,166,224.21 | EPA R5 | R05 | 02/01/2025 | 01/31/2028 |
| $20,000,000.00 | $0.00 | $20,000,000.00 | EPA R5 | R05 | 02/01/2025 | 01/31/2028 |

EPA_00318372

**J.A. 2583**

| UNIVERSITY OF ARIZONA | AZ | ED44Y3W6P7B9 | State Institution of Higher Learning |
| BOSTON, CITY OF | MA | LJDLU7EA4SK1 | Municipal |
| TACOMA PUBLIC SCHOOLS | WA | KTERSDJ44S58 | Independent School District |
| CITY OF ROCHESTER CITY HALL | NY | CU87RABY53C9 | Municipal |
| CITY OF KANSAS CITY | MO | JY2DYJXPQW56 | Municipal |
| SAN JOSE, CITY OF | CA | QUA4AULJ8FM3 | Municipal |
| GILA COUNTY, AZ | AZ | C8EKKJK67XB1 | County |
| COUNTY OF ARLINGTON | VA | V9LLM9AGRPB7 | County |
| CITY OF NEWARK CITY HALL | NJ | JGDDJDL5BM13 | Municipal |
| COUNTY OF LOS ANGELES | CA | ZLJUW5L9K685 | County |
| DEPT OF ENERGY & ENVIRONMENTAL PROTECTION | CT | VZA5GCYZBJA7 | State |
| STATE OF NORTH CAROLINA DEPARTMENT OF HEALTH & HUMAN SERVICES | NC | DKT3LLBWFVL3 | State |
| HOUSING TRUST FUND CORP | NY | WLNYVLMWZ9V6 | State |
| KANSAS DEPARTMENT OF HEALTH & ENVIRONMENT | KS | CGSTLVM57LM5 | State |
| PRAIRIE ISLAND INDIAN COMMUNITY | MN | ZXWAV8U3K5E4 | Indian Tribe |
| GASP | AL | HZMJEKASHBQ7 | Not for Profit |
| YAKUTAT TLINGIT TRIBE | AK | UDYDUTE6LU94 | Indian Tribe |
| SOUTHCOAST COMMUNITY FOUNDATION INC | MA | J5A9WPZLESL1 | Not for Profit |
| HEALTH RESOURCES IN ACTION, INC. | MA | FPD3JRJ61WJ2 | Not for Profit |
| JSI RESEARCH & TRAINING INSTITUTE INC | MA | LKTNULLR6FL6 | Not for Profit |
| MINNEAPOLIS FOUNDATION | MN | FVP7MYH59L76 | Not for Profit |
| TEXAS SOUTHERN UNIVERSITY | TX | HYYJJ5ZP7CR9 | State Institution of Higher Learning |
| PHILANTHROPY NORTHWEST | WA | CFDJSA2KV151 | Not for Profit |
| INSTITUTE FOR SUSTAINABLE COMMUNITIES | VT | J1DEYVM9BXE8 | Not for Profit |
| RESEARCH TRIANGLE INSTITUTE | NC | JJHCMK4NT5N3 | Not for Profit |
| RESEARCH TRIANGLE INSTITUTE | NC | JJHCMK4NT5N3 | Not for Profit |
| GREEN & HEALTHY HOMES INITIATIVE INC | MD | HYQKKGCH7XZ5 | Not for Profit |
| FORDHAM UNIVERSITY | NY | ECESTN2SSVH1 | Private University |
| SOCIAL AND ENVIRONMENTAL ENTREPRENEURS (SEE), INC. | CA | VCAASEEZRM59 | Not for Profit |
| City of New Haven | CT | K8WBCLJ9DVD8 | Municipal |
| SPRINGFIELD, CITY OF | MA | CKWEXLA12KD3 | Municipal |
| rifpc8297 - Rhode Island Food Policy Council | RI | CUHNPN791947 | Not for Profit |
| JSI RESEARCH & TRAINING INSTITUTE INC | MA | LKTNULLR6FL6 | Not for Profit |
| tmhs8458 - METROHEALTH SYSTEM, THE | OH | FM8VV9SAL6M3 | County |
| INTER-TRIBAL COUNCIL OF MICHIGAN INC | MI | YJ5ELTTDBKM7 | Indian Tribe |
| INTER-TRIBAL COUNCIL OF MICHIGAN INC | MI | YJ5ELTTDBKM7 | Indian Tribe |
| KALAMAZOO COUNTY BOARD-COMMS | MI | FGGYA2KMEK67 | County |
| e8241 - ECOWORKS | MI | ZU2FS7ZL6DQ2 | Not for Profit |
| CITY OF EVANSVILLE | IN | JJE9WRMGGUN5 | Municipal |
| FRIENDS OF THE CHICAGO RIVER | IL | GMFBUKBE1XM4 | Not for Profit |
| GROUNDWORK USA INC | MA | KCGWHRHKLLB5 | Not for Profit |
| smc6045 - SOUTHWESTERN MICHIGAN COMMISSION | MI | EGNZBHC8Z1F3 | Not for Profit |

**J.A. 2584**

| | |
|---|---|
| 66.309 | Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice |
| 66.312 | State Environmental Justice Cooperative Agreement Program |
| 66.312 | State Environmental Justice Cooperative Agreement Program |
| 66.312 | State Environmental Justice Cooperative Agreement Program |
| 66.312 | State Environmental Justice Cooperative Agreement Program |
| 66.312 | State Environmental Justice Cooperative Agreement Program |
| 66.312 | State Environmental Justice Cooperative Agreement Program |
| 66.312 | State Environmental Justice Cooperative Agreement Program |
| 66.312 | State Environmental Justice Cooperative Agreement Program |
| 66.312 | State Environmental Justice Cooperative Agreement Program |
| 66.312 | State Environmental Justice Cooperative Agreement Program |
| 66.312 | State Environmental Justice Cooperative Agreement Program |
| 66.312 | State Environmental Justice Cooperative Agreement Program |
| 66.312 | State Environmental Justice Cooperative Agreement Program |
| 66.312 | State Environmental Justice Cooperative Agreement Program |
| 66.312 | State Environmental Justice Cooperative Agreement Program |
| 66.604 | Environmental Justice Small Grant Program |
| 66.604 | Environmental Justice Small Grant Program |
| 66.614 | Direct Financial Assistance to Community Service Providers to support Environmental Justice Activities |
| 66.615 | Environmental Justice Communities Pass-through Funder Program (EJCPF) |
| 66.615 | Environmental Justice Communities Pass-through Funder Program (EJCPF) |
| 66.615 | Environmental Justice Communities Pass-through Funder Program (EJCPF) |
| 66.615 | Environmental Justice Communities Pass-through Funder Program (EJCPF) |
| 66.615 | Environmental Justice Communities Pass-through Funder Program (EJCPF) |
| 66.615 | Environmental Justice Communities Pass-through Funder Program (EJCPF) |
| 66.615 | Environmental Justice Communities Pass-through Funder Program (EJCPF) |
| 66.615 | Environmental Justice Communities Pass-through Funder Program (EJCPF) |
| 66.615 | Environmental Justice Communities Pass-through Funder Program (EJCPF) |
| 66.615 | Environmental Justice Communities Pass-through Funder Program (EJCPF) |
| 66.615 | Environmental Justice Communities Pass-through Funder Program (EJCPF) |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |

EPA_00318374

| |
|---|
| Special Purpose Activities Related To Environmental Justice |
| Electric Stove Replacement Program |
| Environmental Justice at Larchmont Elementary |
| Home Electrification and Revitalization Opportunity (HERO) Program |
| Lead in Soils Mitigation Project |
| Inflation Reduction Act - Environmental Justice Government-to-Government |
| Inflation Reduction Act - Environmental Justice Government-to-Government |
| Energy-Health-Equity Project |
| Workforce Development for mitigating air quality, urban heat island, and stormwater issues in Newark |
| Inflation Reduction Act - Environmental Justice Government to Government |
| Connecticut Environmental Justice Government To Government (EJG2G) Grant Application |
| Environmental Justice Government-to-Government (EJG2G) Program |
| Ensuring a Just Transition in Southwest Brooklyn, NY: Planning, Engagement, Design in Sunset Park and Red Hook |
| Placemaking to address food equity and environmental sustainability in Southeast Kansas |
| Prairie Island G2G Tribal Home Energy Project |
| Environmental Justice Small Grant Program |
| Yakutat Subsistence Consumption Assessment |
| Access2Opportunity Forum Initiative 2024-2025 |
| Grantmaker - Subsequent Award |
| EJ-TCGM Subsequent Award - Mountains and Plains Environmental Justice Grants Hub |
| Environmental Justice Thriving Communities Grantmaker Program (EJ TCGM) |
| EJ-TCGM Subsequent Award - Region 6 The Bullard Center for Environmental and Climate Justice at Texas Southern University |
| Northwest Network for Environmental Justice-Subsequent Award |
| Institute for Sustainable Communities Nat'l GM - Subsequent Award |
| Research Triangle Institute (RTI) - Grantmaker - Initial Award |
| RTI Thriving Communities Grantmaker: Subsequent Award |
| TCGM Subsequent Award - Green &amp; Healthy Homes Initiative will act as pass-through entity for EPA's EJ Thriving Communities Grantmaking Program, R3 GM |
| Grantmaker - Subsequent Award |
| Inflation Reduction Act - Environmental Justice Thriving Communities |
| Elm City Climate Collaborative |
| Green and Resilient Springfield |
| From Food Waste to Opportunity: A Path toward Climate, Environmental, &amp; Economic Justice in Rhode Island |
| Enhancing Equitable Community Engagement in Governance for Environmental and Climate Justice in East Boston (EJ Engaged East Boston) |
| Asthma, Indoor Air Pollution and Greenhouse Gas Emissions |
| Making Michigan Tribal Homes &amp; Buildings Efficient, Healthy, and Resilient |
| Michigan Tribal and State Wild Rice Stewardship |
| Holistic Healthy Homes in Kalamazoo County: Delivering Energy Efficiency Measures, Increasing Resiliency, and Improving Air Quality in Existing Housing Stock |
| Detroit Community Resilience Hub Initiative |
| Moving Evansville Toward A Healthier Future |
| Establishing a Climate Just Future in Chicago by Collaborating through the River Ecology and Governance Task Force |
| Climate Safe Great Lakes | Building Resident Capacity To Collaboratively Advance Community Climate Adaptation Priorities |
| CCG 2024 Benton Harbor Neighborhood Resilience Hubs |

EPA_00318375

The Western Environmental Science Technical Assistance Center for Environmental Justice (WEST EJ Center) or Environmental Justice Thriving Communities Technical Assistar
The agreement provides funding to the City of Boston. Specifically, the recipient will partner with Codman Square Neighborhood Development Corporation and the Boston Housing
The Larchmont Community Schoolyard is a joint effort between Tacoma Public Schools, Trust for Public Land, and the community to transform the schoolyard from aspha
The agreement under the Inflation Reduction Act provides funding to City of Rochester New York. Specifically, the recipient will fund energy audits and the installation of electric ap
This agreement provides funding under the Inflation Reduction Act (IRA). The agreement provides funding to Kansas City Missouri (KCMO) and their partner Community Based O
This agreement provides funding under the Inflation Reduction Act (IRA). The agreement provides funding to the City of San Jose. The City of San José is one of five cities
The Copper Corridor's environmental injustices stem from historic mining activities and an archaic mining tax structure that benefits more populated communities in Arizon
The County proposes the Energy-Health-Equity Project (EHE Project, or Project), which will create two technical resources: a decision-support tool and a comprehensive financing
This agreement provides funding under the Inflation Reduction Act (IRA). This agreement provides funding to City of Newark in New Jersey and comprises a training, monitoring a
This agreement provides funding under the Inflation Reduction Act (IRA). The agreement provides funding to the County of Los Angeles. Specifically, the Los Angeles County Publi
The agreement provides funding to The Connecticut Department of Energy and Environmental Protection (CT DEEP). The recipient will initiate a new program to work with disadva
This action approves an award in the amount of $1,000,000 to the North Carolina Department of Health and Human Services to implement its own project to Address Private Well
The agreement provides funding to Resilient Homes and Communities. Specifically, the recipient will use the finding for Climate resiliency and adaptation planning, community eng
The agreement provides funding to Kansas Department of Health and Environment. Specifically, the recipient will implement meaningful environmental and public health strategies
This agreement provides funding under Consolidated Appropriations. The agreement provides funding to Prairie Island Indian Community. Specifically, the recipient will utilize con
This action approves an award in the amount of $75,000 to support GASP to launch a community needs assessment survey to gauge residents health concerns and deploy at leas
The purpose of the Yakutat Subsistence Consumption Assessment project is to strengthen the Yakutat Tlingit Tribes'ability to participate in developing water quality standar
This cooperative agreement provides funding to the Community Foundation of Southeastern Massachusetts and the Old Bedford Village Development, a community-based nonprc
This agreement provides funding under the Inflation Reduction Act (IRA) to Health Resources in Action (HRA). The recipient is a Regional Grantmaker and the purpose of this awa
This agreement provides funding under the Inflation Reduction Act (IRA) to JSI Research &amp; Training Institute. The recipient is the Regional Grantmaker for Region 8 JSI, toge
This agreement provides funding under the Inflation Reduction Act (IRA) to The Minneapolis Foundation.　The recipient is a Regional Grantmaker. This proposed funding request i
This agreement provides funding under the Inflation Reduction Act (IRA) to Texas Southern University. The recipient is a Regional Grantmaker (RGM), in collaboration with Achiev
OEJECR is providing within-scope supplemental funding to address additional Quality Assurance (QA) costs as well as provide funding for additional meaningful outreach and ga|
This agreement provides funding under the Inflation Reduction Act (IRA) to the Institute for Sustainable Communities (ISC) in the amount of $48,000,000, as part of a bifurcated a
The purpose of the Environmental Protection Agency's (EPA) Thriving Communities Grantmaking Program ( EJ TCGM ) is to transform disadvantaged and underserved communi
Research Triangle institute (RTI) will utilize the Subsequent Award totaling $95,000,000 in EJ TCGM funding to serve as one of eleven Grantmaker organizations that are charged
This assistance agreement provides funding under the Inflation Reduction Act (IRA) to Green and Healthy Homes Initiative, a Regional Grantmaker. This program funds communi
This agreement provides funding under the Inflation Reduction Act to Fordham University to support nonprofit organizations and organizations representing disadvantaged commu
This agreement provides funding to Social and Environmental Entrepreneurs (S.E.E.). The recipient is a Regional Grantmaker that will receive $10 million in supplemental funds to
This agreement provides funding under the Inflation Reduction Act (IRA), to the City of New Haven Office of Climate and Sustainability and their Statutory Partner, the Greater Dw
This agreement provides funding under the Inflation Reduction Act (IRA) to the City of Springfield, Massachusetts. Specifically, the recipient will collaborate with various nonprofit
This agreement provides funding under the Inflation Reduction Act (IRA) to the Rhode Island Food Policy Council (RIFPC). Specifically the project will reduce food waste, increase
This agreement provides funding under the Inflation Reduction Act (IRA) to John Snow Institute (JSI) Research &amp; Training Institute, Inc. to enhance community input into loca
This agreement provides funding under the Inflation Reduction Act (IRA) to the MetroHealth System. Specifically, the project will identify 1,200 greater Cleveland-area househo
This agreement provides funding under the Inflation Reduction Act (IRA) to The Inter-Tribal Council of Michigan, Inc. (ITCMI) to conduct Community Change Grant (CCG) Track 1:
This agreement provides funding under the Inflation Reduction Act (IRA) to the Inter-Tribal Council of Michigan, Inc.　Specifically, the project will enable the meaningful engagemer
This agreement provides funding under the Inflation Reduction Act (IRA) to Kalamazoo County Government. Specifically, the project will focus on reducing greenhouse gas emissic
This agreement provides funding under the Inflation Reduction Act (IRA) to EcoWorks. Specifically, the project will transform 20 houses of worship and food assistance programs
This agreement provides funding under the Inflation Reduction Act (IRA) to the City of Evansville to implement the Moving Evansville Towards a Healthier Future Project.　Specific
This agreement provides funding under the Inflation Reduction Act (IRA) to Friends of the Chicago River. Specifically, the project will ensure community organizations are working
This agreement provides funding under the Inflation Reduction Act (IRA) to Groundwork USA, INC.. Specifically, the project will; utilize their developed community-centered, data in
This agreement provides funding under the Inflation Reduction Act (IRA) to Southwestern Michigan Commission. Specifically, the project will: Transform the Bobo Brazil Communi

EPA_00318376

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 66.616 | 5F | 00E05002 | 00E05002-0 | 12/06/2024 | | 2025 03/10/2025 | $3,000,000.00 | $3,000,000.00 |
| 66.616 | 5F | 00E05003 | 00E05003-0 | 12/04/2024 | | 2025 03/06/2025 | $21,994,500.00 | $10,000,000.00 |
| 66.616 | 5F | 00E05004 | 00E05004-0 | 12/11/2024 | | 2025 03/06/2025 | $3,286,442.00 | $3,286,422.00 |
| 66.616 | 5F | 00E05005 | 00E05005-0 | 12/05/2024 | | 2025 02/21/2025 | $20,232,335.00 | $20,232,335.00 |
| 66.616 | 5F | 00E05006 | 00E05006-0 | 11/26/2024 | | 2025 02/20/2025 | $21,652,072.00 | $21,652,072.00 |
| 66.616 | 5F | 00E05007 | 00E05007-0 | 12/20/2024 | | 2025 | $19,999,268.00 | $19,999,268.00 |
| 66.616 | 5F | 00I34500 | 00I34500-0 | 01/07/2025 | | 2025 | $20,000,000.00 | $20,000,000.00 |
| 66.616 | 5F | 00I34600 | 00I34600-0 | 01/10/2025 | | 2025 01/29/2025 | $19,949,725.00 | $19,949,725.00 |
| 66.616 | 5F | 00I40400 | 00I40400-0 | 12/19/2024 | | 2025 02/21/2025 | $20,058,601.00 | $20,058,601.00 |
| 66.616 | 5F | 02F65701 | 02F65701-0 | 11/26/2024 | | 2025 | $19,999,998.00 | $19,999,998.00 |
| 66.616 | 5F | 02F74301 | 02F74301-0 | 11/25/2024 | | 2025 01/30/2025 | $19,944,575.00 | $19,944,575.00 |
| 66.616 | 5F | 02F76501 | 02F76501-1 | 02/06/2025 | | 2025 02/26/2025 | $18,780,805.00 | $18,780,805.00 |
| 66.616 | 5F | 02F76601 | 02F76601-0 | 11/22/2024 | | 2025 | $19,994,586.00 | $19,994,586.00 |
| 66.616 | 5F | 02F76901 | 02F76901-1 | 12/17/2024 | | 2025 03/04/2025 | $20,000,000.00 | $20,000,000.00 |
| 66.616 | 5F | 02F78401 | 02F78401-0 | 12/20/2024 | | 2025 02/20/2025 | $12,704,048.00 | $12,704,048.00 |
| 66.616 | 5F | 02F78701 | 02F78701-0 | 12/21/2024 | | 2025 02/28/2025 | $3,015,485.00 | $3,015,485.00 |
| 66.616 | 5F | 02F80001 | 02F80001-0 | 01/13/2025 | | 2025 03/03/2025 | $2,987,385.00 | $2,987,385.00 |
| 66.616 | 5F | 02F80101 | 02F80101-0 | 01/17/2025 | | 2025 02/26/2025 | $19,999,999.00 | $19,999,999.00 |
| 66.616 | 5F | 02J85001 | 02J85001-0 | 12/20/2024 | | 2025 | $19,555,386.00 | $19,555,386.00 |
| 66.616 | 5F | 02J85101 | 02J85101-0 | 12/04/2024 | | 2025 01/27/2025 | $16,465,618.00 | $16,465,618.00 |
| 66.616 | 5F | 02J85301 | 02J85301-0 | 12/04/2024 | | 2025 01/31/2025 | $19,921,731.00 | $19,921,731.00 |
| 66.616 | 5F | 02J88401 | 02J88401-0 | 12/05/2024 | | 2025 | $20,000,000.00 | $20,000,000.00 |
| 66.616 | 5F | 02J88501 | 02J88501-0 | 12/05/2024 | | 2025 02/19/2025 | $20,030,841.00 | $20,030,841.00 |
| 66.616 | 5F | 02J88601 | 02J88601-0 | 12/02/2024 | | 2025 | $3,137,855.00 | $3,137,855.00 |
| 66.616 | 5F | 02J91701 | 02J91701-0 | 12/23/2024 | | 2025 | $8,932,979.00 | $8,932,979.00 |
| 66.616 | 5F | 02J91801 | 02J91801-0 | 12/10/2024 | | 2025 03/04/2025 | $19,989,160.00 | $19,989,160.00 |
| 66.616 | 5F | 02J91901 | 02J91901-0 | 12/17/2024 | | 2025 | $20,000,000.00 | $20,000,000.00 |
| 66.616 | 5F | 02J92801 | 02J92801-0 | 12/05/2024 | | 2025 | $19,455,772.00 | $19,455,772.00 |
| 66.616 | 5F | 02J95201 | 02J95201-0 | 12/26/2024 | | 2025 | $19,826,233.00 | $19,826,233.00 |
| 66.616 | 5F | 02J95301 | 02J95301-0 | 12/23/2024 | | 2025 03/07/2025 | $16,340,887.00 | $16,340,887.00 |
| 66.616 | 5F | 02J95401 | 02J95401-0 | 01/10/2025 | | 2025 | $19,990,020.00 | $19,990,020.00 |
| 66.616 | 5F | 02J95501 | 02J95501-0 | 12/26/2024 | | 2025 | $2,904,935.00 | $2,904,935.00 |
| 66.616 | 5F | 02J95601 | 02J95601-0 | 01/13/2025 | | 2025 | $19,998,693.00 | $19,998,693.00 |
| 66.616 | 5F | 02J95701 | 02J95701-0 | 12/27/2024 | | 2025 02/21/2025 | $19,983,378.00 | $19,983,378.00 |
| 66.616 | 5F | 02J95801 | 02J95801-0 | 01/10/2025 | | 2025 | $20,000,000.00 | $20,000,000.00 |
| 66.616 | 5F | 03D25324 | 03D25324-0 | 12/02/2024 | | 2025 03/10/2025 | $19,960,040.00 | $19,960,040.00 |
| 66.616 | 5F | 03D25424 | 03D25424-0 | 12/05/2024 | | 2025 02/24/2025 | $14,443,306.00 | $14,443,306.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| $3,000,000.00 | $134,462.74 | $2,865,537.26 | EPA R5 | R05 | 10/01/2024 | 09/30/2027 |
| $10,000,000.00 | $7,746,104.00 | $2,253,896.00 | EPA R5 | R05 | 04/01/2024 | 03/31/2027 |
| $3,286,422.00 | $1,578.98 | $3,284,843.02 | EPA R5 | R05 | 12/01/2024 | 11/30/2027 |
| $20,232,335.00 | $1,210,706.01 | $19,021,628.99 | EPA R5 | R05 | 12/01/2024 | 11/30/2027 |
| $21,652,072.00 | $35,841.99 | $21,616,230.01 | EPA R5 | R05 | 12/01/2024 | 11/30/2027 |
| $19,999,268.00 | $0.00 | $19,999,268.00 | EPA R5 | R05 | 03/01/2025 | 02/29/2028 |
| $20,000,000.00 | $0.00 | $20,000,000.00 | EPA R8 | R08 | 01/13/2025 | 01/12/2028 |
| $19,949,725.00 | $470,023.00 | $19,479,702.00 | EPA R8 | R08 | 01/15/2025 | 01/14/2028 |
| $20,058,601.00 | $7,525.67 | $20,051,075.33 | EPA R8 | R08 | 01/10/2025 | 12/31/2027 |
| $19,999,998.00 | $0.00 | $19,999,998.00 | EPA R6 | R06 | 03/01/2025 | 02/29/2028 |
| $19,944,575.00 | $230,965.00 | $19,713,610.00 | EPA R6 | R06 | 12/01/2024 | 11/30/2027 |
| $18,780,805.00 | $25,845.88 | $18,754,959.12 | EPA R6 | OEJECR | 01/01/2025 | 12/31/2027 |
| $19,994,586.00 | $0.00 | $19,994,586.00 | EPA R6 | R06 | 01/01/2025 | 12/31/2027 |
| $20,000,000.00 | $201,055.63 | $19,798,944.37 | EPA R6 | OEJECR | 01/01/2025 | 12/31/2027 |
| $12,704,048.00 | $1,608,223.66 | $11,095,824.34 | EPA R6 | R06 | 01/01/2025 | 12/31/2027 |
| $3,015,485.00 | $40,372.32 | $2,975,112.68 | EPA R6 | R06 | 01/01/2025 | 12/31/2027 |
| $2,987,385.00 | $28,515.00 | $2,958,870.00 | EPA R6 | R06 | 02/01/2025 | 01/31/2028 |
| $19,999,999.00 | $3,544,191.16 | $16,455,807.84 | EPA R6 | R06 | 01/17/2025 | 01/31/2028 |
| $19,555,386.00 | $0.00 | $19,555,386.00 | EPA R10 | R10 | 03/01/2025 | 02/29/2028 |
| $16,465,618.00 | $198.80 | $16,465,419.20 | EPA R10 | R10 | 01/01/2025 | 12/31/2027 |
| $19,921,731.00 | $6,597.15 | $19,915,133.85 | EPA R10 | R10 | 01/01/2025 | 12/31/2027 |
| $20,000,000.00 | $0.00 | $20,000,000.00 | EPA R10 | R10 | 01/01/2025 | 12/31/2027 |
| $20,030,841.00 | $37,871.32 | $19,992,969.68 | EPA R10 | R10 | 01/01/2025 | 12/31/2027 |
| $3,137,855.00 | $0.00 | $3,137,855.00 | EPA R10 | R10 | 01/01/2025 | 12/31/2027 |
| $8,932,979.00 | $0.00 | $8,932,979.00 | EPA R10 | R10 | 04/01/2025 | 03/31/2028 |
| $19,989,160.00 | $5,076.93 | $19,984,083.07 | EPA R10 | R10 | 02/10/2025 | 02/09/2028 |
| $20,000,000.00 | $0.00 | $20,000,000.00 | EPA R10 | R10 | 02/10/2025 | 02/09/2028 |
| $19,455,772.00 | $0.00 | $19,455,772.00 | EPA R10 | R10 | 02/01/2025 | 01/31/2028 |
| $19,826,233.00 | $0.00 | $19,826,233.00 | EPA R10 | R10 | 04/21/2025 | 04/20/2028 |
| $16,340,887.00 | $4,836.00 | $16,336,051.00 | EPA R10 | R10 | 02/01/2025 | 01/31/2028 |
| $19,990,020.00 | $0.00 | $19,990,020.00 | EPA R10 | R10 | 02/01/2025 | 01/31/2028 |
| $2,904,935.00 | $0.00 | $2,904,935.00 | EPA R10 | R10 | 02/01/2025 | 01/31/2028 |
| $19,998,693.00 | $0.00 | $19,998,693.00 | EPA R10 | R10 | 03/01/2025 | 02/29/2028 |
| $19,983,378.00 | $3,375.77 | $19,980,002.23 | EPA R10 | R10 | 01/01/2025 | 12/31/2027 |
| $20,000,000.00 | $0.00 | $20,000,000.00 | EPA R10 | R10 | 05/01/2025 | 04/30/2028 |
| $19,960,040.00 | $52,864.96 | $19,907,175.04 | EPA R4 | R04 | 01/01/2025 | 12/31/2027 |
| $14,443,306.00 | $6,177.29 | $14,437,128.71 | EPA R4 | R04 | 01/01/2025 | 12/31/2027 |

EPA_00318378

**J.A. 2589**

| THE TRUST FOR PUBLIC LAND | CA | HN7CS4YNMBC4 | Not for Profit |
|---|---|---|---|
| maic9383 - Minneapolis American Indian Center | MN | JLNTCKHMMP23 | Not for Profit |
| UNIVERSITY OF WISCONSIN SYSTEM | WI | LCLSJAGTNZQ7 | State Institution of Higher Learning |
| CITY OF MADISON | WI | FS3AZ3FV8JG8 | Municipal |
| MIDWEST TRIBAL ENERGY RESOURCES ASSOCIATION INC | WI | CBSZX57DLCY1 | Indian Tribe |
| LEECH LAKE BAND OF OJIBWE | MN | EBFFR37CPL55 | Indian Tribe |
| THE CITY-COUNTY OF BUTTE SILVER BOW | MT | KU4FFEFBNJD9 | County |
| Flandreau Santee Sioux Tribe | SD | HH4QS2XSBBK4 | Indian Tribe |
| cdi3831 - COMMUN DENVER INC. | CO | F7P7YN1KERT4 | Not for Profit |
| CITY OF HOUSTON | TX | GULQZBMP2SR3 | Municipal |
| DILLARD UNIVERSITY | LA | FR9LM1J86MJ5 | Private University |
| mwmw8466 - MISSION WACO MISSION WORLD | TX | NN73AH7NJQ24 | Not for Profit |
| sfisi5705 - SANTA FE INDIAN SCHOOL, INC. | NM | Z8S4SGTN7TB3 | Not for Profit |
| urec6143 - URBAN RESTORATION ENHANCEMENT CORPORATION | LA | JMU7U1STL1E9 | Not for Profit |
| bbca2029 - BIG BEND CONSERVATION ALLIANCE | TX | S8ZQQCC5VY43 | Not for Profit |
| aah0289 - AIR ALLIANCE HOUSTON | TX | SL44BVTJBFK5 | Not for Profit |
| tgcfce0255 - THE GLOBAL CENTER FOR CULTURAL ENTREPRENEURSHIP | NM | WQRNGQRGEWF6 | Not for Profit |
| srni3940 - Stay Ready NOLA, Inc. | LA | TZRGSNCAVLF4 | Not for Profit |
| LANE COUNTY OREGON | OR | XCLAXTCSJF71 | County |
| CITY OF POCATELLO | ID | C1H5KKGYA7F8 | Municipal |
| THE CORPORATION OF GONZAGA UNIVERSITY | WA | Y14CPR31B6C3 | Private University |
| DENA NENA HENASH | AK | D37SXRJ5HMJ1 | Indian Tribe |
| CONFEDERATED TRIBES OF GRAND RONDE | OR | K4ZDA84UXNN5 | Indian Tribe |
| FRONT AND CENTERED | WA | XAWGFDYVLB88 | Not for Profit |
| NATIVE VILLAGE OF CHENEGA | AK | G6CZKLD8N8E6 | Indian Tribe |
| ALASKA NATIVE TRIBAL HEALTH CONSORTIUM | AK | M272P7XFJNN7 | Indian Tribe |
| tf3690 - TEBUGHNA FOUNDATION | AK | X3CBRNE3CN78 | Not for Profit |
| METLAKATLA INDIAN COMMUNITY | AK | MYPCUEP3PY65 | Indian Tribe |
| ALASKA NATIVE TRIBAL HEALTH CONSORTIUM | AK | M272P7XFJNN7 | Indian Tribe |
| Chiloquin - CITY OF CHILOQUIN | OR | YMM6JD17NHJ7 | Municipal |
| cgesd6357 - Columbia Gorge Education Service District | OR | TGJRJSMNDUH6 | |
| sri0185 - SPRUCE ROOT, INC. | AK | WHSCX3H9LN69 | Not for Profit |
| Native Village of Kipnuk | AK | LZJ7Y671BNN5 | Not for Profit |
| Confederated Tribes and Bands of the Yakama Nation | WA | Q4EDSUR34U61 | Indian Tribe |
| t6438 - RECTOR & VISITORS OF THE UNIVERSITY OF VIRGINIA | VA | JJG6HU8PA4S5 | State Institution of Higher Learning |
| THE TRUST FOR PUBLIC LAND | CA | HN7CS4YNMBC4 | Not for Profit |
| TEXAS A & M UNIVERSITY | TX | JF6XLNB4CDJ5 | State Institution of Higher Learning |

EPA_00318379

| 66.616 | Environmental and Climate Justice Block Grant Program |
|--------|--------------------------------------------------------|
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |

EPA_00318380

| |
|---|
| Building Democratic Systems for a Climate Resilient Cleveland |
| Minneapolis Climate Resilience Hub Partnership |
| InterTribal Lake Winnebago Mayom ~Wild Rice ~ Revitalization Project |
| Climate Resilience Starts at Home: Growing Energy Efficiency, Indoor Air Quality, and Green Jobs in Madison and Fitchburg, Wisconsin |
| Improving Tribal Access to Energy Efficiency and Weatherization Infrastructure for Midwest Tribes |
| Leech Lake Band of Ojibwe Tribal Resilience Hub |
| Butte Community Resilience Hub |
| Flandreau Santee Sioux Tribe Community Change Grant |
| Loretto Heights Resiliency Hub |
| Vulnerable to Vibrant: Power for Change |
| Dillard University and United Way of Southeast Louisiana Partnership: Building Climate Resiliency in Southeast Louisiana |
| Engaging Communities for a Resilient and Sustainable Waco and McLennan County |
| Water Is Life: Advancing Climate Action and Environmental Justice Goals of the Santa Fe Indian School Campus Vision Plan |
| Weatherization and Energy Efficiency to Promote Louisiana Urban Growth (WE PLUG Louisiana) |
| Everything's Connected in Presidio: Building climate resiliency through green infrastructure and reducing pollution through traffic mitigation at the International Bridge crossing |
| AirMail Gulf Coast |
| New Mexico Partnership for Equitable Climate Planning and Policy |
| Stay Ready Solar Project |
| Lane County Transformation for Resiliency Through Equity and Engagement Network |
| CITY OF POCATELLO SOUTH 5TH AVE. COMPLETE STREETS AND SEWER PROJECT |
| Spokane Climate Resilience Project - transform disadvantaged Spokane communities into healthy, climate resilient, and thriving communities. |
| EPA Huslia Village Climate Solutions |
| FY2024 CTGR EPA CCGP Resident Resilience Center |
| Applying Cornerstones of Co-governance through Community Leadership and Assemblies in Washington State for Environmental Justice (ACCELERATE EJ) |
| Chenega Bulk Fuel Storage System &amp; Renewable Integration Project. |
| Bering Straits Community Solar &amp; Battery Systems |
| Rebuilding Community: Repairing and Renewing Homes for the People of the Native Village of Tyonek, Alaska |
| Revitalizing Metlakatlas Ecosystems for Future Generations - Air Toxic Pollution Reduction, Nature-Based Solutions through Regenerative Seaweed Farming, and Ocean Vessel E |
| Kotzebue Tribal Wind |
| Chiloquin Community Resilience Hub and Municipal Center |
| The Columbia Gorge Early Learning and Resilience Center: A rural hub for environmental justice and climate resilience |
| Village Voices for Equity: Strengthening Indigenous Participation in Environmental and Climate Policy |
| Kipnuk Reach 3 Riprap Riverbank Stabilization Project |
| Fire and the Built Environment: Reducing Air Pollution Impacts on Yakama Nation and the Yakima Valley |
| Permafrost Management for Community Health and Resilience in Utqiaġvik, Alaska |
| Environmental and Climate Justice Block Grant Program |
| Environmental and Climate Justice Block Grant Program |

EPA_00318381

This agreement provides funding under the Inflation Reduction Act (IRA) to The Trust for Public Land.  Specifically, through this project entitled &quot;Building Democratic System

This agreement provides funding under the Inflation Reduction Act (IRA) to Minneapolis American Indian Center. Specifically, the project will fund the installation and utilization of

This agreement provides funding under the Inflation Reduction Act (IRA) to The Board of Regents of the University of Wisconsin System.  Specifically, the project will interrupt and

This agreement provides funding under the Inflation Reduction Act (IRA) to City of Madison. Specifically, the project will address energy justice head on and implementing equitabl

This agreement provides funding under the Inflation Reduction Act (IRA) to Midwest Tribal Energy Resources Association, Inc (MTERA). Specifically, the project will improve the li

This agreement provides funding under the Inflation Reduction Act (IRA) to Leech Lake Band of Ojibwe. Specifically, the project will be creating a Tribal Resilience Hub, the corner

This agreement provides funding under the Inflation Reduction Act (IRA) to The City and County of Butte-Silver Bow. Specifically, the project will build The Community Resilience

This agreement provides funding under the Inflation Reduction Act (IRA) to the Flandreau Santee Sioux Tribe. Specifically, the project will create a Zero Emission Transportation C

This agreement provides funding under the Inflation Reduction Act (IRA) to Commun Denver Inc. Specifically, the project will renovate a 40,000 square foot building into a commu

This agreement provides funding under the Inflation Reduction Act (IRA). The project will focus on several key areas in the City of Houston:Contamination and Pollution Mitigation:

This agreement allocates funding to Dillard University through the Inflation Reduction Act (IRA). The university will utilize this funding to install electric vehicle charging stations, so

This agreement provides funding under the Inflation Reduction Act (IRA) to Mission Waco Mission World. Specifically, the project will strengthen existing partnerships to build a m

This agreement provides funding under the Inflation Reduction Act (IRA) to Santa Fe Indian School, Inc. Specifically, the project will implement the 2023 Santa Fe Indian School (S

This agreement provides funding under the Inflation Reduction Act (IRA) to Urban Restoration Enhancement Corporation. Specifically, this Track I project will be implemented thro

This agreement provides funding under the Inflation Reduction Act (IRA) to Big Bend Conservation Alliance. Specifically, the project will revitalize and provide green spaces, monito

This agreement provides funding under the Inflation Reduction Act (IRA) to Air Alliance Houston (AAH). Specifically, the project will build the capacity of communities and governm

This agreement provides funding under the Inflation Reduction Act (IRA) to the Global Center for Cultural Entrepreneurship. Specifically, the project will support the recipient and i

This agreement provides funding under the Inflation Reduction Act (IRA) to Stay Ready NOLA, Inc. Specifically, the project will seek to build a ResilienceHub to enhance communi

This agreement provides funding under the Inflation Reduction Act (IRA) to Lane County to tackle the climate crisis by renovating six resiliency hubs targeting high risk populations

This agreement provides funding under the Inflation Reduction Act (IRA) to the City of Pocatello. Specifically, the project will improve local groundwater and air quality, while also i

This agreement provides funding under the Inflation Reduction Act (IRA) to Gonzaga Institute for Climate, Water, and the Environment (Climate Institute). Specifically, this project

This agreement provides funding under the Inflation Reduction Act (IRA) to Tanana Chiefs Conference. Specifically, the project will allow Tanana Chiefs Conference to manage the

This agreement provides funding under the Inflation Reduction Act (IRA) to Confederated Tribes of Grand Ronde. Specifically, the project will allow Confederated Tribes of Grand

This agreement provides funding under the Inflation Reduction Act (IRA) to Front &amp; Centered. Specifically, the project will engage Community-Based Organizations and com

This grant provides funding under the Inflation Reduction Act (IRA) to Native Village of Chenega. Specifically, the project will involve the construction of a new 30,000-gallon bulk f

This agreement provides funding under the Inflation Reduction Act (IRA) to the Alaska Native Tribal Health Consortium. Specifically, the project proposes to build community-scale

This agreement provides funding under the Inflation Reduction Act (IRA) to Tebughna Foundation. Specifically, the project will create a workforce development program in Tyonek,

This agreement provides funding under the Inflation Reduction Act (IRA) to Metlakatla Indian Community. Specifically, the project will: (1) implement seaweed farming as a nature-

This agreement provides funding under the Inflation Reduction Act (IRA) to Alaska Native Tribal Health Consortium (ANTHC). Specifically, the project will build two wind turbines in Kotzebue, Alaska.

With an overarching purpose to prepare the Greater Chiloquin Area to respond to emergencies, support residents in times of crisis, and foster climate change resiliency, this proje

This agreement provides funding under the Inflation Reduction Act (IRA) to the Columbia Gorge Education Service District. Specifically, the project will renovate a school building t

This agreement provides funding under the Inflation Reduction Act (IRA) to Spruce Root.  Specifically, the project will engage rural, disadvantaged Tribal communities in Southeas

This agreement provides funding under the Inflation Reduction Act (IRA) to Native Village of Kipnuk. Specifically, the Kipnuk Riprap Riverbank Stabilization Project will add riprap t

This agreement provides funding under the Inflation Reduction Act (IRA) to Confederated Tribes and Bands of Yakama Nation. Specifically, the project will allow the Confederated

This agreement provides funding under the Inflation Reduction Act (IRA) to the University of Virginia. Specifically, the project will allow the University of Virginia, working in Utqiagv

This agreement approves an award in the amount of $19,960,040 under the Inflation Reduction Act (IRA) to the Trust for Public Land. Specifically, the Clifton Hills Alton Park Thre

This action approves an award in the amount of $14,443,306.00 to support Texas A&amp;M University to install hundreds of onsite wastewater treatment systems, infrastructure t

| 66.616 | 5F | 03D26124 | 03D26124-0 | 12/02/2024 | | 2025 | 03/03/2025 | $19,953,400.00 | $19,953,400.00 |
|---|---|---|---|---|---|---|---|---|---|
| 66.616 | 5F | 03D26224 | 03D26224-0 | 12/04/2024 | | 2025 | 02/24/2025 | $19,357,757.00 | $19,357,757.00 |
| 66.616 | 5F | 03D26324 | 03D26324-0 | 12/04/2024 | | 2025 | 02/25/2025 | $19,827,740.00 | $18,490,240.00 |
| 66.616 | 5F | 03D30524 | 03D30524-0 | 12/10/2024 | | 2025 | 02/20/2025 | $20,000,000.00 | $20,000,000.00 |
| 66.616 | 5F | 03D30624 | 03D30624-0 | 12/16/2024 | | 2025 | | $14,944,031.00 | $14,944,031.00 |
| 66.616 | 5F | 03D30724 | 03D30724-0 | 12/18/2024 | | 2025 | | $19,999,967.00 | $19,999,967.00 |
| 66.616 | 5F | 03D30824 | 03D30824-0 | 12/20/2024 | | 2025 | 02/21/2025 | $11,441,520.00 | $11,396,020.00 |
| 66.616 | 5F | 03D30924 | 03D30924-0 | 12/20/2024 | | 2025 | 01/31/2025 | $1,875,142.00 | $1,875,142.00 |
| 66.616 | 5F | 03D31024 | 03D31024-0 | 12/12/2024 | | 2025 | 03/05/2025 | $3,103,648.00 | $3,103,648.00 |
| 66.616 | 5F | 03D33525 | 03D33525-0 | 01/17/2025 | | 2025 | | $3,000,000.00 | $3,000,000.00 |
| 66.616 | 5F | 03D33625 | 03D33625-0 | 01/16/2025 | | 2025 | | $2,596,592.00 | $2,596,592.00 |
| 66.616 | 5F | 03D33725 | 03D33725-0 | 01/17/2025 | | 2025 | | $19,996,791.00 | $19,996,791.00 |
| 66.616 | 5F | 03D33825 | 03D33825-0 | 01/16/2025 | | 2025 | 03/07/2025 | $19,889,515.00 | $19,889,515.00 |
| 66.616 | 5F | 03D33925 | 03D33925-0 | 01/17/2025 | | 2025 | | $19,805,900.00 | $19,805,900.00 |
| 66.616 | 5F | 953A0021 | 953A0021-0 | 11/26/2024 | | 2025 | 02/25/2025 | $20,104,032.00 | $20,104,032.00 |
| 66.616 | 5F | 953A0039 | 953A0039-0 | 11/26/2024 | | 2025 | 02/20/2025 | $15,309,845.00 | $15,309,845.00 |
| 66.616 | 5F | 953A0075 | 953A0075-0 | 12/11/2024 | | 2025 | | $19,997,822.00 | $19,997,822.00 |
| 66.616 | 5F | 953A0079 | 953A0079-0 | 12/05/2024 | | 2025 | | $20,006,400.00 | $20,006,400.00 |
| 66.616 | 5F | 953A0097 | 953A0097-0 | 01/08/2025 | | 2025 | 03/04/2025 | $19,886,658.00 | $19,886,658.00 |
| 66.616 | 5F | 96272300 | 96272300-0 | 12/13/2024 | | 2025 | 03/03/2025 | $1,047,647.00 | $1,047,647.00 |
| 66.616 | 5F | 96272800 | 96272800-0 | 12/20/2024 | | 2025 | 02/27/2025 | $20,096,954.00 | $20,096,954.00 |
| 66.616 | 5F | 96272900 | 96272900-0 | 12/11/2024 | | 2025 | | $20,152,214.00 | $20,152,214.00 |
| 66.616 | 5F | 96273600 | 96273600-0 | 12/16/2024 | | 2025 | 02/26/2025 | $3,115,632.00 | $3,115,632.00 |
| 66.616 | 5F | 96274625 | 96274625-0 | 12/18/2024 | | 2025 | | $3,000,000.00 | $3,000,000.00 |
| 66.616 | 5F | 96275300 | 96275300-0 | 12/20/2024 | | 2025 | | $11,914,745.00 | $11,914,745.00 |
| 66.616 | 5F | 96275325 | 96275325-0 | 12/18/2024 | | 2025 | 03/04/2025 | $19,318,594.00 | $19,318,594.00 |
| 66.616 | 5F | 96275425 | 96275425-0 | 01/13/2025 | | 2025 | 02/21/2025 | $11,158,108.00 | $11,158,108.00 |
| 66.616 | 5F | 96276500 | 96276500-0 | 01/03/2025 | | 2025 | 03/04/2025 | $20,000,000.00 | $20,000,000.00 |
| 66.616 | 5F | 96276600 | 96276600-0 | 01/16/2025 | | 2025 | | $20,000,000.00 | $20,000,000.00 |
| 66.616 | 5F | 96276700 | 96276700-0 | 01/15/2025 | | 2025 | 03/06/2025 | $20,000,000.00 | $20,000,000.00 |
| 66.616 | 5F | 96278700 | 96278700-0 | 01/13/2025 | | 2025 | 02/26/2025 | $3,000,000.00 | $3,000,000.00 |
| 66.616 | 5F | 97T17601 | 97T17601-0 | 11/26/2024 | | 2025 | 02/21/2025 | $1,200,000.00 | $1,200,000.00 |
| 66.616 | 5F | 97T17701 | 97T17701-0 | 12/09/2024 | | 2025 | | $20,040,630.00 | $20,040,630.00 |
| 66.616 | 5F | 97T17801 | 97T17801-0 | 11/25/2024 | | 2025 | 02/26/2025 | $19,999,999.00 | $19,999,999.00 |
| 66.616 | 5F | 97T17901 | 97T17901-0 | 12/06/2024 | | 2025 | 02/27/2025 | $20,000,000.00 | $20,000,000.00 |
| 66.616 | 5F | 97T18001 | 97T18001-0 | 11/26/2024 | | 2025 | 03/04/2025 | $20,452,614.00 | $20,452,614.00 |
| 66.616 | 5F | 97T18101 | 97T18101-0 | 11/23/2024 | | 2025 | 02/10/2025 | $18,560,143.00 | $18,560,143.00 |
| 66.616 | 5F | 97T18301 | 97T18301-0 | 11/26/2024 | | 2025 | 02/28/2025 | $1,500,000.00 | $1,500,000.00 |
| 66.616 | 5F | 97T24301 | 97T24301-0 | 11/25/2024 | | 2025 | 03/03/2025 | $19,965,495.00 | $19,965,495.00 |
| 66.616 | 5F | 97T24601 | 97T24601-0 | 11/29/2024 | | 2025 | 03/11/2025 | $3,000,000.00 | $3,000,000.00 |
| 66.616 | 5F | 97T24701 | 97T24701-0 | 11/19/2024 | | 2025 | 02/24/2025 | $19,997,193.00 | $19,997,193.00 |
| 66.616 | 5F | 97T28201 | 97T28201-0 | 12/12/2024 | | 2025 | | $18,590,988.00 | $18,590,988.00 |

**J.A. 2594**

EPA_00318383

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| $19,953,400.00 | $22,590.29 | $19,930,809.71 | EPA R4 | R04 | 12/01/2024 | 11/30/2027 |
| $19,357,757.00 | $50,522.14 | $19,307,234.86 | EPA R4 | R04 | 12/01/2024 | 11/30/2027 |
| $18,490,240.00 | $3,957.75 | $18,486,282.25 | EPA R4 | R04 | 01/01/2025 | 12/31/2027 |
| $20,000,000.00 | $67,745.29 | $19,932,254.71 | EPA R4 | R04 | 01/01/2025 | 12/31/2027 |
| $14,944,031.00 | $0.00 | $14,944,031.00 | EPA R4 | R04 | 03/01/2025 | 02/29/2028 |
| $19,999,967.00 | $0.00 | $19,999,967.00 | EPA R4 | R04 | 04/01/2025 | 03/31/2028 |
| $11,396,020.00 | $145,008.85 | $11,251,011.15 | EPA R4 | R04 | 01/01/2025 | 12/31/2027 |
| $1,875,142.00 | $6,129.72 | $1,869,012.28 | EPA R4 | R04 | 01/01/2025 | 12/31/2027 |
| $3,103,648.00 | $15,990.25 | $3,087,657.75 | EPA R4 | R04 | 01/01/2025 | 12/31/2027 |
| $3,000,000.00 | $0.00 | $3,000,000.00 | EPA R4 | R04 | 06/01/2025 | 05/31/2028 |
| $2,596,592.00 | $0.00 | $2,596,592.00 | EPA R4 | R04 | 03/01/2025 | 02/29/2028 |
| $19,996,791.00 | $0.00 | $19,996,791.00 | EPA R4 | R04 | 01/01/2025 | 12/31/2027 |
| $19,889,515.00 | $1,471.23 | $19,888,043.77 | EPA R4 | R04 | 03/01/2025 | 02/29/2028 |
| $19,805,900.00 | $0.00 | $19,805,900.00 | EPA R4 | R04 | 01/01/2025 | 12/31/2027 |
| $20,104,032.00 | $62,683.23 | $20,041,348.77 | EPA R3 | R03 | 11/01/2024 | 10/31/2027 |
| $15,309,845.00 | $877,922.29 | $14,431,922.71 | EPA R3 | R03 | 11/01/2024 | 10/31/2027 |
| $19,997,822.00 | $0.00 | $19,997,822.00 | EPA R3 | OEJECR | 01/01/2025 | 12/31/2027 |
| $20,006,400.00 | $0.00 | $20,006,400.00 | EPA R3 | R03 | 03/01/2025 | 02/29/2028 |
| $19,886,658.00 | $27,106.16 | $19,859,551.84 | EPA R3 | R03 | 02/01/2025 | 01/31/2028 |
| $1,047,647.00 | $48,405.75 | $999,241.25 | EPA R2 | R02 | 11/01/2024 | 10/31/2027 |
| $20,096,954.00 | $34,767.96 | $20,062,186.04 | EPA R2 | R02 | 01/06/2025 | 01/05/2028 |
| $20,152,214.00 | $0.00 | $20,152,214.00 | EPA R2 | R02 | 01/15/2025 | 01/14/2028 |
| $3,115,632.00 | $32,659.97 | $3,082,972.03 | EPA R2 | R02 | 01/01/2025 | 12/31/2027 |
| $3,000,000.00 | $0.00 | $3,000,000.00 | EPA R2 | R02 | 02/15/2025 | 02/14/2028 |
| $11,914,745.00 | $0.00 | $11,914,745.00 | EPA R2 | R02 | 02/17/2025 | 02/16/2028 |
| $19,318,594.00 | $12,282.31 | $19,306,311.69 | EPA R2 | R02 | 01/06/2025 | 01/05/2028 |
| $11,158,108.00 | $32,000.00 | $11,126,108.00 | EPA R2 | R02 | 02/01/2025 | 01/31/2028 |
| $20,000,000.00 | $51,712.01 | $19,948,287.99 | EPA R2 | R02 | 01/15/2025 | 01/14/2028 |
| $20,000,000.00 | $0.00 | $20,000,000.00 | EPA R2 | R02 | 03/31/2025 | 03/30/2028 |
| $20,000,000.00 | $201,599.86 | $19,798,400.14 | EPA R2 | R02 | 02/01/2025 | 01/31/2028 |
| $3,000,000.00 | $3,993.88 | $2,996,006.12 | EPA R2 | R02 | 12/16/2024 | 12/15/2027 |
| $1,200,000.00 | $25,000.00 | $1,175,000.00 | EPA R9 | R09 | 11/01/2024 | 10/31/2027 |
| $20,040,630.00 | $0.00 | $20,040,630.00 | EPA R9 | R09 | 12/01/2024 | 11/30/2027 |
| $19,999,999.00 | $32,267.31 | $19,967,731.69 | EPA R9 | R09 | 01/06/2025 | 01/05/2028 |
| $20,000,000.00 | $88,158.13 | $19,911,841.87 | EPA R9 | R09 | 10/01/2024 | 09/30/2027 |
| $20,452,614.00 | $892,698.17 | $19,559,915.83 | EPA R9 | R09 | 01/01/2025 | 12/31/2027 |
| $18,560,143.00 | $573,914.45 | $17,986,228.55 | EPA R9 | R09 | 11/01/2024 | 10/31/2027 |
| $1,500,000.00 | $62,257.71 | $1,437,742.29 | EPA R9 | R09 | 12/01/2024 | 11/30/2027 |
| $19,965,495.00 | $7,502.33 | $19,957,992.67 | EPA R9 | R09 | 01/01/2025 | 12/31/2027 |
| $3,000,000.00 | $47,770.47 | $2,952,229.53 | EPA R9 | R09 | 12/16/2024 | 12/15/2027 |
| $19,997,193.00 | $86,535.55 | $19,910,657.45 | EPA R9 | R09 | 12/01/2024 | 11/30/2027 |
| $18,590,988.00 | $0.00 | $18,590,988.00 | EPA R9 | R09 | 01/01/2025 | 12/31/2027 |

EPA_00318384

**J.A. 2595**

| | | | |
|---|---|---|---|
| lsca5653 - Lucky Shoals Community Association, Inc. | GA | RXW8XMECCFL9 | Not for Profit |
| sfcf3865 - SOUTHWEST FLORIDA COMMUNITY FOUNDATION, INC. | FL | T3M1LLGHUMC5 | Not for Profit |
| tsrfohpi8797 - The Southwest Renewal Foundation of High Point, Inc. | NC | S79DG9CMYF69 | Not for Profit |
| Groundwell Inc. - GROUNDSWELL INC | DC | WLA2JJDJFL63 | Not for Profit |
| Univ Area CD - UNIVERSITY AREA COMMUNITY DEV | FL | STMHHTJHN1R8 | Not for Profit |
| twlti4915 - THE WORKING LANDS TRUST, INC. | NC | JLTHEQFXZG53 | Not for Profit |
| si0695 - Sustainability Institute | SC | NF9KCFN32M55 | Not for Profit |
| teoca3785 - Tennessee Educators of Color Alliance | TN | C7UMG6PDANY8 | Not for Profit |
| mi8573 - MDC, INC. | NC | R84FBNHNNDJ7 | Not for Profit |
| PalmBchCoGov - COUNTY OF PALM BEACH | FL | XL2DNFMPCR44 | County |
| WEST ANNISTON FOUNDATION | AL | K2LLRBBPDA26 | Not for Profit |
| ygag5952 - YOUNG, GIFTED & GREEN | TN | F24MECJ9L4A5 | Not for Profit |
| 2CMississippi: Towards Sustainable, Educated and Empowered Mississippi | MS | ELCWEURZDPW9 | Not for Profit |
| CITY OF THOMASVILLE | GA | C115QBW3DCK7 | Township |
| NATIONAL HOUSING TRUST | DC | JX69LRYCYUA7 | Not for Profit |
| PITTSBURGH CONSERVATION CORPS | PA | D32KKGEEYJ15 | Not for Profit |
| ENERGY COORDINATING AGENCY OF PHILADELPHIA, INC. | PA | D3SLFNSLDQG1 | Not for Profit |
| CITY OF HAMPTON | VA | H43KALPESBP1 | Municipal |
| t6438 - RECTOR & VISITORS OF THE UNIVERSITY OF VIRGINIA | VA | JJG6HU8PA4S5 | State Institution of Higher Learning |
| BRONX RIVER ALLIANCE INC | NY | MW8CCAHLLTN7 | Not for Profit |
| GRID ALTERNATIVES | CA | GXQ3HX2VLLP3 | Not for Profit |
| PEOPLE UNITED FOR SUSTAINABLE HOUSING, INC | NY | DC4ZZCUTM6N9 | Not for Profit |
| EL PUENTE DE WILLIAMSBURG, INC. | NY | QD3BU836BR33 | Not for Profit |
| WEST HARLEM ENVIRONMENTAL ACTION INC | NY | PB8TKKTU3AG3 | Not for Profit |
| ddlcdpri9224 - DEPARTAMENTO DE LA COMIDA DE PUERTO RICO INC | PR | FAN4ZMDTP588 | Not for Profit |
| Ironbound Community Corporation | NJ | RESKT9F5G3K3 | Not for Profit |
| Rockaway Waterfront Alliance, Inc. | NY | M12VD7WEEFM9 | Not for Profit |
| adrdlmi8531 - ASOCIACION DE RESIDENTES DE LA MARGARITA INC | PR | DGR4WZZYGQ86 | Not for Profit |
| ISLAND GREEN BUILDING ASSOCIATION, INCORPORATED | VI | QT3RF9GL8VT4 | Not for Profit |
| taotcri1427 - TRINITY ALLIANCE OF THE CAPITAL REGION, INC | NY | XB3ZLWAE8836 | Not for Profit |
| THE NEW SCHOOL | NY | YNL2H7YNMFP9 | Private University |
| SPECIAL SERVICE FOR GROUPS, INC. | CA | WQGNEZQYP3Y7 | Not for Profit |
| CITY OF BAKERSFIELD | CA | YUJJHEWCPLZ5 | Municipal |
| tsdf0690 - SAN DIEGO FOUNDATION | CA | SZ8JCM7C3ND9 | Not for Profit |
| cfrcd6471 - COALITION FOR RESPONSIBLE COMMUNITY DEVELOPMENT | CA | ML7DAKLHL8C4 | Not for Profit |
| do1729 - DAY ONE | CA | MXVGDJN73T46 | Not for Profit |
| lfcci9534 - LA FAMILIA COUNSELING CENTER, INC | CA | JNGAN2NDKKZ8 | Not for Profit |
| igp9296 - INSIGHT GARDEN PROGRAM | CA | CAYNH2NVEM53 | Not for Profit |
| timma1315 - TREASURE ISLAND MOBILITY MANAGEMENT AGENCY | CA | ZQYAKF2S8NL8 | Special District |
| SOCIAL AND ENVIRONMENTAL ENTREPRENEURS (SEE), INC. | CA | VCAASEEZRM59 | Not for Profit |
| tpfi9370 - PRIMAVERA FOUNDATION INC | AZ | ZXQAE5JV2LJ8 | Not for Profit |
| PUEBLO UNIDO CDC | CA | GR5NZB2NUS49 | Not for Profit |

EPA_00318385

| 66.616 | Environmental and Climate Justice Block Grant Program |
|---|---|
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |

EPA_00318386

**J.A. 2597**

| |
|---|
| Environmental and Climate Justice Block Grant Program |
| Environmental and Climate Justice Block Grant Program |
| Environmental and Climate Justice Block Grant Program |
| Environmental and Climate Justice Block Grant Program |
| Environmental and Climate Justice Block Grant Program |
| Environmental and Climate Justice Block Grant Program |
| Environmental and Climate Justice Block Grant Program |
| Environmental and Climate Justice Block Grant Program |
| Environmental and Climate Justice Block Grant Program |
| Environmental and Climate Justice Block Grant Program |
| Environmental and Climate Justice Block Grant Program |
| Environmental and Climate Justice Block Grant Program |
| Environmental and Climate Justice Block Grant Program |
| Environmental and Climate Justice Block Grant Program |
| Empowering Healthy, Resilient and Affordable Communities |
| Leveraging a Pittsburgh / Philadelphia Workforce Development Partnerships to Multiply the Impact of Decarbonization, Pollution Remediation, and Circular Economy through Woo |
| Grays Ferry Community Resilience Hub |
| Aberdeen Gardens Community Resilience Implementation Strategy |
| Appalachian Environmental Resilience Community Change Grants Program |
| Uplifting Bronx Voices for Climate Change Resilience |
| A Collaborative Approach to Climate Resilience for Puerto Rico through Renewable Energy, Energy Efficiency, and Natural Resource Restoration |
| The Buffalo Neighborhood Mobilization Hubs Plan |
| To facilitate the engagement of disadvantaged communities in North Brooklyn in governmental processes for environmental and climate justice. |
| EJNYC: Community-Based Solutions for Environmental Justice |
| Por las Quebradas (For the Streams): Community Watershed Stewardship and Climate Resilience in Rural Caguas, Puerto Rico |
| Enhancing Community Resilience with Microgrid Technology |
| Rockaway Coastal Resilience Dune Restoration Project |
| Community Leadership Initiatives for Mitigation and Adaptation (CLIMA) Project |
| United States Virgin Islands Partnerships for Community-Wide Sustainability |
| ALL(bany) Together - Climate and Health Resilience Equity Project |
| Energy Governance Engagement for Environmental Justice (EGEEJ) |
| Inflation Reduction Act &ndash; Environmental and Climate Justice |
| Inflation Reduction Act &ndash; Environmental Justice Thriving Communities |
| Inflation Reduction Act - Environmental and Climate Justice |
| Inflation Reduction Act - Environmental and Climate Justice |
| Environmental and Climate Justice Block Grant Program |
| Inflation Reduction Act &ndash; Environmental and Climate Justice |
| Inflation Reduction Act &ndash; Environmental and Climate Justice |
| Inflation Reduction Act &ndash; Environmental and Climate Justice |
| Inflation Reduction Act - Environmental and Climate Justice |
| INFLATION REDUCTION ACT - ENVIRONMENTAL &amp; CLIMATE JUSTICE |
| Inflation Reduction Act - Environmental and Climate Justice |

EPA_00318387

This agreement provides funding in the amount of $19,953,400 under the Inflation Reduction Act (IRA) to Lucky Shoals Community Association (LSCA). Specifically, the project w
This agreement provides funding in the amount of $19,357,757 under the Inflation Reduction Act (IRA) to Southwest Florida Community Foundation, dba Collaboratory. This proje
This action approves funding in the amount of $18,490,240 to The Southwest Renewal Foundation of High Point, Inc under the Inflation Reduction Act (IRA). Specifically, the proje
This action approves funding in the amount of 20,000,000.00 under the Inflation Reduction Act (IRA) to Groundswell, Inc. Specifically, the project will support community resilienc
This action approves funding in the amount of $14,944,031 under the Inflation Reduction Act (IRA) to University Area Community Development Corporation, Inc, Florida. Specifica
This action approves funding in the amount of $19,999,967 under the Inflation Reduction Act (IRA) to The Working Lands Trust, Incorporated of North Carolina. Specifically, the pr
This action approves funding in the amount of $11,396,020 under the Inflation Reduction Act (IRA) to the Sustainability Institute of South Carolina. Specifically, the project will: pro
This action provides funding in the amount of $1,875,142 to support the Tennessee Educators of Color Alliance as they aim to significantly impact communities across Tennessee
This action approves an award in the amount of  $3,103,648.00 under the Inflation Reduction Act (IRA) to MDC Inc.  Specifically, the project will enhance the ability, skills, and co
This action approves funding in the amount of $3,000,000 under the Inflation Reduction Act (IRA) to Palm Beach County (PBC) Office of Resilience.  Specifically, the project will e
This agreement provides funding in the amount of $2,596,592 under the Inflation Reduction Act (IRA) to West Anniston Foundation, Alabama.  Specifically, the project will empow
This agreement provides an award in the amount of $19,996,791 under the Inflation Reduction Act (IRA) to Young, Gifted and Green. Specifically, the project will encompass three cli
This agreement approves funding in the amount of $19,889,515 under the Inflation Reduction Act (IRA) to 2C Mississippi: Towards Sustainable, Educated, and Empowered Missis
This action approves an award in the amount of$19,805,900 to the City of Thomasville under the Inflation Reduction Act (IRA) to support resiliency in Thomasville's low-income his
This agreement provides funding under the Inflation Reduction Act (IRA) to the National Housing Trust. Specifically, the project will retrofit 785 homes to improve indoor air quality
This agreement provides funding under the Inflation Reduction Act (IRA) to the Pittsburgh Conservation Corps. Specifically, the project will support a Pittsburgh-Philadelphia partn
This agreement provides funding under the Inflation Reduction Act (IRA) to ECAP - The Energy Coordinating Agency Of Philadelphia, Inc. and Habitat for Humanity Philadelphia, I
This agreement provides funding under the Inflation Reduction Act (IRA) to City of Hampton, Virginia. Specifically, the project will work to create a sustainable, resilient future for a
This agreement provides funding under the Inflation Reduction Act (IRA) to Rector and Visitors of the University of Virginia (UVA). Specifically, the project will implement Climate R
This agreement provides funding under the Inflation Reduction Act (IRA) to Bronx River Alliance, Inc. Specifically, the project will establish a Bronx Climate Justice Task Force con
This agreement provides funding under the Inflation Reduction Act (IRA) to GRID Alternatives. Specifically, on the east side of Puerto Rico, the project will provide energy efficienc
This agreement provides funding under the Inflation Reduction Act (IRA) to PUSH Buffalo. Specifically, the project includes the following initiatives: Establishing 150 Community R
This agreement provides funding under the Inflation Reduction Act (IRA) to El Puente de Williamsburg, Inc. Specifically, the project will facilitate the engagement of disadvantaged
This agreement provides funding under the Inflation Reduction Act (IRA) to West Harlem Environmental Action, Inc. Specifically, the project will ensure that disadvantaged commu
This agreement provides funding under the Inflation Reduction Act (IRA) to El Departamento de la Comida (El Depa).  Specifically, this project has three initiatives: Community Ed
This agreement provides funding under the Inflation Reduction Act (IRA) to Ironbound Community Corporation (ICC). Specifically, by leveraging innovative solutions and fostering
This agreement provides funding under the Inflation Reduction Act (IRA) to Rockaway Waterfront Alliance (RWA), dba RISE. Specifically, by harnessing nature-based solutions a
This agreement provides funding under the Inflation Reduction Act (IRA) to Asociación de Residentes de La Margarita, Inc. (ARLM). Specifically, the project will implement
This agreement provides funding under the Inflation Reduction Act (IRA) to Island Green Building Association, doing business as Island Green Living Association (IGL). Specificall
This agreement provides funding under the Inflation Reduction Act (IRA) to Trinity Alliance of the Capital Region. Specifically the project will support climate resiliency through two
This agreement provides funding under the Inflation Reduction Act (IRA) to The New School, Tishman Environment and Design Center. Specifically, the project will create an Ener
This agreement provides funding under the Inflation Reduction Act (IRA) to the nonprofit organization Special Service for Groups, Inc. Specifically, the project will train and empow
The agreement provides funding under the Inflation Reduction Act (IRA) to the City of Bakersfield, CA. Specifically, the project will address Climate Action and Pollution Reduction
This agreement provides funding under the Inflation Reduction Act (IRA) to the San Diego Foundation. Specifically, the project will develop and implement green infrastructure, trai
This agreement provides funding under the Inflation Reduction Act (IRA) to Coalition for Community Responsible Development (CRCD). Specifically, the project is divided into two
This agreement provides funding under the Inflation Reduction Act (IRA) to the nonprofit organization Day One, who are based in the San Gabriel Valley. Specifically, the project w
This agreement provides funding under the Inflation Reduction Act (IRA) to La Familia Counseling Center's Greening North Franklin project to implement several project to
This agreement provides funding under the Inflation Reduction Act (IRA) to Insight Garden Program. Specifically, the project will provide both immediate and long-term benefits to
This agreement provides funding under the Inflation Reduction Act (IRA) to Treasure Island Mobility Management Agency  (TIMMA). Specifically, the project will Treasure Island C
This agreement provides funding under the Inflation Reduction Act (IRA) to Social and Environmental Entrepreneurs (SEE). Specifically, the project will aim to strengthen the relati
This agreement provides funding under the Inflation Reduction Act (IRA) to Primavera Foundation, Inc. that will be used for projects to increase community resilience in the face o
This agreement provides funding under the Inflation Reduction Act (IRA) to Pueblo Unidos CDC. Specifically, the project will build a climate-smart, climate-resilient Center for Com

EPA_00318388

| 66.616 | 5F | 97T28301 | 97T28301-1 | 02/05/2025 | | 2025 | 03/03/2025 | $3,058,750.00 | $3,058,750.00 |
| 66.616 | 5F | 97T28401 | 97T28401-0 | 12/19/2024 | | 2025 | | $3,000,000.00 | $3,000,000.00 |
| 66.616 | 5F | 97T28501 | 97T28501-0 | 12/18/2024 | | 2025 | 02/21/2025 | $12,650,680.00 | $12,650,680.00 |
| 66.616 | 5F | 97T28601 | 97T28601-0 | 12/10/2024 | | 2025 | 03/07/2025 | $19,987,957.00 | $19,987,957.00 |
| 66.616 | 5F | 97T28701 | 97T28701-0 | 12/12/2024 | | 2025 | | $20,000,000.00 | $20,000,000.00 |
| 66.616 | 5F | 97T28801 | 97T28801-0 | 12/09/2024 | | 2025 | 02/20/2025 | $13,939,738.00 | $13,939,738.00 |
| 66.616 | 5F | 97T28901 | 97T28901-0 | 12/19/2024 | | 2025 | | $3,073,914.00 | $3,073,914.00 |
| 66.616 | 5F | 97T31701 | 97T31701-0 | 01/07/2025 | | 2025 | 03/07/2025 | $19,993,324.00 | $19,993,324.00 |
| 66.616 | 5F | 97T32001 | 97T32001-0 | 01/06/2025 | | 2025 | 02/28/2025 | $19,076,843.00 | $19,076,843.00 |
| 66.721 | 5P | 84107201 | 84107201-0 | 01/15/2025 | | 2025 | 03/03/2025 | $6,703,990.00 | $6,703,990.00 |

EPA_00318389

**J.A. 2600**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| $3,058,750.00 | $1,275,467.89 | $1,783,282.11 | EPA R9 | R09 | 01/01/2025 | 12/31/2027 |
| $3,000,000.00 | $0.00 | $3,000,000.00 | EPA R9 | R09 | 05/01/2025 | 04/30/2028 |
| $12,650,680.00 | $14,142.16 | $12,636,537.84 | EPA R9 | R09 | 01/01/2025 | 12/31/2027 |
| $19,987,957.00 | $51,000.73 | $19,936,956.27 | EPA R9 | R09 | 01/15/2025 | 01/14/2028 |
| $20,000,000.00 | $0.00 | $20,000,000.00 | EPA R9 | R09 | 04/01/2025 | 03/31/2028 |
| $13,939,738.00 | $9,279.89 | $13,930,458.11 | EPA R9 | R09 | 01/01/2025 | 12/31/2027 |
| $3,073,914.00 | $0.00 | $3,073,914.00 | EPA R9 | R09 | 01/01/2025 | 12/31/2027 |
| $19,993,324.00 | $3,929,148.08 | $16,064,175.92 | EPA R9 | R09 | 03/01/2025 | 02/28/2028 |
| $19,076,843.00 | $30,666.94 | $19,046,176.06 | EPA R9 | R09 | 02/01/2025 | 01/31/2028 |
| $6,703,990.00 | $26,670.00 | $6,677,320.00 | EPA HQ | OCSPP | 11/01/2024 | 12/31/2029 |

EPA_00318390

**J.A. 2601**

| lcfjaa4442 - LEADERSHIP COUNSEL FOR JUSTICE AND ACCOUNTABILITY | CA | LYQGLEQU8MQ7 | Not for Profit |
| UNIVERSITY OF GUAM | GU | YL62T9FVJXG3 | State Institution of Higher Learning |
| CASA FAMILIAR, INC | CA | DA19F5NKBH38 | Not for Profit |
| NEVADA CLEAN ENERGY FUND | NV | SMUBKY6A7ZK1 | Not for Profit |
| COMMUNITY WATER CENTER | CA | UAWLZMFKCDL4 | Not for Profit |
| t0609 - Pacific International Center for High Technology Research | HI | L8HGDJE4QQ74 | Not for Profit |
| EARTH ISLAND INSTITUTE INC | CA | N39HWTLFMVK9 | Not for Profit |
| SANTA YNEZ BAND OF MISSION INDIANS | CA | DK1SMCRF8VT5 | Indian Tribe |
| CONTRA COSTA, COUNTY OF | CA | H6XCU2DRT517 | Special District |
| t7133 - Building Materials Re-use Association | PA | ZU4BCJA87DL1 | Not for Profit |

EPA_00318391

| 66.616 | Environmental and Climate Justice Block Grant Program |
|--------|-------------------------------------------------------|
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.721 | Reducing Embodied Greenhouse Gas Emissions for Construction materials and Produicts - IRA |

EPA_00318392

| | |
|---|---|
| Inflation Reduction Act - Environmental and Climate Justice | |
| Inflation Reduction Act - Environmental and Climate Justice | |
| Inflation Reduction Act &ndash; Environmental and Climate Justice | |
| Inflation Reduction Act &ndash; Environmental and Climate Justice | |
| Inflation Reduction Act - Environmental and Climate Justice | |
| Inflation Reduction Act &ndash; Environmental and Climate Justice | |
| Inflation Reduction Act &ndash; Environmental and Climate Justice | |
| Environmental and Climate Justice Block Grant Program | |
| Build Reuse - Reducing Embodied GHG for Salvaged Materials FR | |

EPA_00318393

This agreement provides funding under the Inflation Reduction Act (IRA) to the Leadership Counsel for Justice and Accountability. Specifically, the project will help communities ch

This agreement provides funding under the Inflation Reduction Act (IRA) to the University of Guam Center for Island Sustainability and Sea Grant. Specifically, the project will crea

This agreement provides funding under the Inflation Reduction Act (IRA) to Casa Familiar. Specifically, this project will reduce greenhouse gas (GHG) emissions and improve air q

This agreement provides funding under the Inflation Reduction Act (IRA) to Nevada Clean Energy Fund. Specifically, the project will deliver critical water, energy, and food infrastru

This agreement provides funding under the Inflation Reduction Act (IRA) to ensure vibrant and thriving communities in the project area by delivering a long-term, sustainable, and

This agreement provides funding under the Inflation Reduction Act (IRA) to Pacific International Center for High Technology Research. Specifically, the project will support commu

This agreement provides funding under the Inflation Reduction Act (IRA) to Earth Island Institute.  Specifically, the project will implement data and science driven programs for env

This agreement provides funding under the Inflation Reduction Act (IRA) to The Santa Ynez Band of Chumash Indians. Specifically, the project aims to enhance climate resilience,

North Richmond Community Resilience Initiative projects will green the neighborhood through landscaping and trees, install energy-efficient systems in homes, also reducing expo

This agreement provides funding under the Inflation Reduction Act (IRA) to Building Materials Re-use Association. This program is to support the development, enhanced standar

Message

| | |
|---|---|
| **From**: | Gulamali, Adil [Gulamali.Adil@epa.gov] |
| **Sent**: | 4/28/2025 4:47:51 PM |
| **To**: | Coogan, Daniel [Coogan.Daniel@epa.gov]; Jones-Peeler, Meshell [Jones-Peeler.Meshell@epa.gov]; Lavergne, Dany [lavergne.dany@epa.gov] |
| **CC**: | Treml, Gregg [Treml.Gregg@epa.gov]; Wise, Melissa [wise.melissa@epa.gov] |
| **Subject**: | RE: Access to Accounts in ASAP |
| **Attachments**: | Active CFDA List 20250428.xlsx; FW: Woonasquatucket - Status Report |

Good afternoon Dan-

Thanks. The OCFO will proceed to unlock the accounts in the attached spreadsheet that OMS has identified that have not been terminated at this point in accordance with the attached email.

Adil

**From:** Coogan, Daniel <Coogan.Daniel@epa.gov>
**Sent:** Monday, April 28, 2025 11:38 AM
**To:** Jones-Peeler, Meshell <Jones-Peeler.Meshell@epa.gov>; Gulamali, Adil <Gulamali.Adil@epa.gov>; Lavergne, Dany <lavergne.dany@epa.gov>
**Cc:** Wise, Melissa <wise.melissa@epa.gov>
**Subject:** Access to Accounts in ASAP

All, per leadership direction, can OCFO please make sure that the following grants in the attachment associated with the grant programs listed below have access to their funds in ASAP. Please let me know if you have any questions.

| | Assistance Listing Code | Assistance Listing Description | EPA Grant Program Code |
|---|---|---|---|
| a. | 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program | 51, 5B, EB, EC |
| b. | 66.309 | Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice | 5K, XJ, XK |
| c. | 66.312 | Environmental Justice Government-to-Government (EJG2G) Program | 52, 5C, AJ, AK |
| d. | 66.604 | Environmental Justice Small Grant Program | 5R, EQ, ER |
| e. | 66.614 | Financial Assistance For Community Support Activities To Address Environmental Justice Issues | 5I, ED, EL |
| f. | 66.615 | Environmental Justice Thriving Communities Grantmaking Program (EJ TCGM) | 5N, EN, EP |
| g. | 66.616 | Environmental and Climate Justice Block Grant Program | 5F |
| h. | 66.721 | Reducing Embodied Greenhouse Gas Emissions for Construction Materials and Products | 5P |

**J.A. 2606**

EPA_00318395

Report Last Refresh Date: 4/28/25

| | | | | | | Obligation Amount | Obligation Drawdow |
|---|---|---|---|---|---|---|---|
| | | | | | | $2,195,571,779.00 | |

| Assistance Listing Code | Program Code | Grant Family | Grant No | Award Date | Award Fiscal Year | Last Drawdown Date | Project Period Cost | Cumulative Award |
|---|---|---|---|---|---|---|---|---|
| 66.306 | 51 | 00A01313 | 00A01313-0 | 08/08/2024 | 2024 | 03/03/2025 | $500,000.00 | $500,000.00 |
| 66.306 | 51 | 02F74401 | 02F74401-0 | 11/25/2024 | 2025 | | $500,000.00 | $500,000.00 |
| 66.306 | 51 | 02F74801 | 02F74801-0 | 12/11/2024 | 2025 | | $500,000.00 | $500,000.00 |
| 66.306 | 51 | 02J56001 | 02J56001-0 | 11/04/2024 | 2025 | | $500,000.00 | $500,000.00 |
| 66.306 | 51 | 96263224 | 96263224-0 | 11/06/2024 | 2025 | 03/03/2025 | $150,000.00 | $150,000.00 |
| 66.306 | 51 | 97T22801 | 97T22801-0 | 11/26/2024 | 2025 | 02/20/2025 | $500,000.00 | $500,000.00 |
| 66.306 | 51 | 98T88101 | 98T88101-1 | 11/27/2024 | 2025 | 02/20/2025 | $200,000.00 | $200,000.00 |
| 66.306 | 5B | 00A01144 | 00A01144-0 | 07/10/2024 | 2024 | 02/07/2025 | $150,000.00 | $150,000.00 |
| 66.306 | 5B | 00E03623 | 00E03623-1 | 12/05/2024 | 2025 | 01/31/2025 | $500,000.00 | $500,000.00 |
| 66.306 | 5B | 00E03857 | 00E03857-0 | 09/21/2024 | 2024 | 03/04/2025 | $500,000.00 | $500,000.00 |
| 66.306 | 5B | 02F76301 | 02F76301-0 | 02/04/2025 | 2025 | | $498,546.00 | $498,546.00 |
| 66.306 | 5B | 02F76801 | 02F76801-0 | 01/14/2025 | 2025 | | $500,000.00 | $500,000.00 |
| 66.306 | 5B | 02J56501 | 02J56501-1 | 12/19/2024 | 2025 | 03/03/2025 | $498,000.00 | $498,000.00 |
| 66.306 | 5B | 03D03524 | 03D03524-1 | 11/06/2024 | 2025 | | $500,000.00 | $500,000.00 |
| 66.306 | 5B | 84084301 | 84084301-0 | 11/14/2024 | 2025 | 01/31/2025 | $497,111.00 | $497,111.00 |
| 66.306 | 5B | 95337201 | 95337201-1 | 02/04/2025 | 2025 | 02/27/2025 | $500,000.00 | $500,000.00 |
| 66.306 | 5B | 95337301 | 95337301-0 | 10/21/2024 | 2025 | 03/10/2025 | $150,000.00 | $150,000.00 |
| 66.306 | 5B | 96263624 | 96263624-0 | 12/20/2024 | 2025 | | $500,000.00 | $500,000.00 |
| 66.306 | 5B | 97T23101 | 97T23101-0 | 11/20/2024 | 2025 | | $500,000.00 | $500,000.00 |
| 66.306 | 5B | 97T23201 | 97T23201-0 | 12/13/2024 | 2025 | | $500,000.00 | $500,000.00 |
| 66.306 | 5B | 97T23301 | 97T23301-0 | 11/22/2024 | 2025 | 03/03/2025 | $499,975.00 | $499,975.00 |
| 66.306 | 5B | 97T23901 | 97T23901-0 | 12/18/2024 | 2025 | | $500,000.00 | $500,000.00 |
| 66.306 | 5B | 97T29101 | 97T29101-0 | 12/06/2024 | 2025 | | $499,735.00 | $499,735.00 |
| 66.306 | 5B | 98T88501 | 98T88501-0 | 11/25/2024 | 2025 | | $500,000.00 | $500,000.00 |
| 66.306 | EC | 02J03001 | 02J03001-2 | 12/30/2024 | 2025 | 12/05/2024 | $200,000.00 | $200,000.00 |
| 66.306 | EC | 98T94301 | 98T94301-1 | 11/14/2024 | 2025 | | $154,982.00 | $154,982.00 |
| 66.309 | 5K | 84113601 | 84113601-0 | 12/30/2024 | 2025 | 02/20/2025 | $7,000,000.00 | $7,000,000.00 |
| 66.309 | XJ | 00A01452 | 00A01452-1 | 01/14/2025 | 2025 | 02/11/2025 | $10,000,000.00 | $6,000,000.00 |
| 66.309 | XJ | 02D48323 | 02D48323-1 | 12/27/2024 | 2025 | 05/02/2024 | $40,000.00 | $40,000.00 |
| 66.309 | XJ | 02F33801 | 02F33801-2 | 01/07/2025 | 2025 | 02/20/2025 | $10,000,000.00 | $8,000,000.00 |
| 66.309 | XJ | 02J28601 | 02J28601-3 | 01/08/2025 | 2025 | 03/10/2025 | $12,000,000.00 | $9,000,000.00 |
| 66.309 | XJ | 02J28701 | 02J28701-3 | 01/10/2025 | 2025 | 03/05/2025 | $10,096,630.00 | $9,000,000.00 |
| 66.309 | XJ | 13746193 | 13746193-4 | 12/27/2024 | 2025 | 02/13/2025 | $10,000,000.00 | $9,000,000.00 |
| 66.309 | XJ | 96230523 | 96230523-2 | 01/15/2025 | 2025 | 02/04/2025 | $10,000,000.00 | $8,500,000.00 |
| 66.309 | XJ | 96230923 | 96230923-3 | 01/16/2025 | 2025 | 02/21/2025 | $10,000,000.00 | $8,000,000.00 |

**J.A. 2607**

EPA_00318396

| n Amount | Unliquidated Obligation Amount |
|---|---|
| $47,554,718.96 | $2,148,017,060.04 |

| Obligation Amount | Obligation Drawdown Amount | Unliquidated Obligation Amount | Awarding Region Code | AAship | Project Start Date | Project End Date |
|---|---|---|---|---|---|---|
| $500,000.00 | $59,897.90 | $440,102.10 | EPA R1 | R01 | 04/01/2024 | 10/01/2026 |
| $500,000.00 | $0.00 | $500,000.00 | EPA R6 | R06 | 01/01/2025 | 12/31/2027 |
| $500,000.00 | $0.00 | $500,000.00 | EPA R6 | R06 | 12/15/2024 | 12/14/2027 |
| $500,000.00 | $0.00 | $500,000.00 | EPA R10 | R10 | 10/01/2024 | 09/30/2027 |
| $150,000.00 | $26,104.79 | $123,895.21 | EPA R2 | R02 | 07/01/2024 | 06/30/2027 |
| $500,000.00 | $42,687.04 | $457,312.96 | EPA R9 | R09 | 11/01/2024 | 10/31/2026 |
| $200,000.00 | $3,000.00 | $197,000.00 | EPA R9 | R09 | 07/01/2024 | 06/30/2027 |
| $150,000.00 | $150,000.00 | $0.00 | EPA R1 | R01 | 04/01/2024 | 03/31/2027 |
| $500,000.00 | $71,760.97 | $428,239.03 | EPA R5 | R05 | 07/01/2024 | 06/30/2027 |
| $500,000.00 | $96,083.98 | $403,916.02 | EPA R5 | R05 | 10/01/2024 | 09/30/2027 |
| $498,546.00 | $0.00 | $498,546.00 | EPA R6 | R06 | 12/01/2024 | 11/30/2027 |
| $500,000.00 | $0.00 | $500,000.00 | EPA R6 | R06 | 01/15/2025 | 01/14/2028 |
| $498,000.00 | $33,532.21 | $464,467.79 | EPA R10 | R10 | 09/01/2024 | 08/31/2027 |
| $500,000.00 | $0.00 | $500,000.00 | EPA R4 | R04 | 01/01/2025 | 12/31/2027 |
| $497,111.00 | $74,435.00 | $422,676.00 | EPA HQ | OEJECR | 10/01/2024 | 09/30/2026 |
| $500,000.00 | $9,074.00 | $490,926.00 | EPA R3 | R03 | 04/01/2024 | 03/31/2027 |
| $150,000.00 | $5,038.99 | $144,961.01 | EPA R3 | R03 | 11/01/2024 | 10/31/2026 |
| $500,000.00 | $0.00 | $500,000.00 | EPA R2 | R02 | 11/01/2024 | 10/31/2027 |
| $500,000.00 | $0.00 | $500,000.00 | EPA R9 | R09 | 01/01/2025 | 12/31/2027 |
| $500,000.00 | $0.00 | $500,000.00 | EPA R9 | R09 | 01/01/2025 | 12/31/2027 |
| $499,975.00 | $8,405.99 | $491,569.01 | EPA R9 | R09 | 01/01/2025 | 12/31/2027 |
| $500,000.00 | $0.00 | $500,000.00 | EPA R9 | R09 | 12/01/2024 | 01/01/2027 |
| $499,735.00 | $0.00 | $499,735.00 | EPA R9 | R09 | 01/01/2025 | 12/31/2027 |
| $500,000.00 | $0.00 | $500,000.00 | EPA R9 | R09 | 12/01/2024 | 11/30/2027 |
| $200,000.00 | $136,703.60 | $63,296.40 | EPA R10 | R10 | 02/01/2022 | 04/30/2025 |
| $154,982.00 | $0.00 | $154,982.00 | EPA R9 | R09 | 10/01/2024 | 10/31/2025 |
| $7,000,000.00 | $40,088.66 | $6,959,911.34 | EPA HQ | OEJECR | 01/01/2025 | 12/31/2029 |
| $6,000,000.00 | $175,761.13 | $5,824,238.87 | EPA R1 | R01 | 07/01/2024 | 06/30/2029 |
| $19,890.00 | $19,890.00 | $0.00 | EPA R4 | R04 | 09/01/2023 | 08/31/2025 |
| $8,000,000.00 | $1,522,688.97 | $6,477,311.03 | EPA R6 | R06 | 06/01/2023 | 05/31/2028 |
| $9,000,000.00 | $1,881,247.99 | $7,118,752.01 | EPA R10 | R10 | 06/01/2023 | 05/31/2028 |
| $9,000,000.00 | $2,129,416.61 | $6,870,583.39 | EPA R10 | R10 | 06/01/2023 | 05/31/2028 |
| $9,000,000.00 | $1,736,649.96 | $7,263,350.04 | EPA R4 | R04 | 03/01/2023 | 02/29/2028 |
| $8,500,000.00 | $1,712,588.88 | $6,787,411.12 | EPA R2 | OEJECR | 07/01/2023 | 06/30/2028 |
| $8,000,000.00 | $2,305,418.12 | $5,694,581.88 | EPA R2 | R02 | 07/01/2023 | 06/30/2028 |

**J.A. 2608**

EPA_00318397

| Applicant Name | Applicant State | UEI | Applicant Type |
|---|---|---|---|
| CHILDHOOD LEAD ACTION PROJECT | RI | W7MEUZQ1MY37 | Not for Profit |
| LOUISIANA BUCKET BRIGADE | LA | CB3DRTHJK6A3 | Not for Profit |
| hw7009 - HOUSTON WILDERNESS | TX | FX14LK7KL9H7 | Not for Profit |
| THE TRUST FOR PUBLIC LAND | CA | HN7CS4YNMBC4 | Not for Profit |
| THE BRONX IS BLOOMING | NY | X4MYE8H3B4B9 | Not for Profit |
| ENVIRONMENTAL HEALTH COALI | CA | LFMZD2MERLY3 | Not for Profit |
| REBUILD SUPERIOR, INC. | AZ | ZKY1QMXDHE56 | Not for Profit |
| MASSACHUSETTS COALITION FOR OCCUPATIONAL SAFETY AND HEALTH, INC. | MA | LVUJLK2GKHK7 | Not for Profit |
| COMMUNITY POWER | MN | PK39HKBBC4A1 | Not for Profit |
| METROPOLITAN TENANTS ORGANIZATION | IL | UJEGUAKUSRF6 | Not for Profit |
| daref1434 - Downwinders at Risk Education Fund | TX | YRZKBL5NQ894 | Not for Profit |
| null5598 - NATIONAL URBAN LEAGUE, INC. | NY | VD9ST5ZPM5P4 | Not for Profit |
| CENTER FOR INTERCULTURAL ORGANIZING | OR | C16ARLN8FA16 | Not for Profit |
| LOWCOUNTRY ALLIANCE FOR MODEL COMMUNITIES | SC | J63MD5AMAY83 | Not for Profit |
| CLEAN WATER FUND | DC | FR2MH7EJ2QN2 | Not for Profit |
| SHAMOKIN CREEK RESTORATION ALLIANCE | PA | YNM4HTNX5NK5 | Not for Profit |
| RESILIENT VIRGINIA | VA | YHCCVVNQUBX5 | Not for Profit |
| YOUTH MINISTRIES FOR PEACE AND JUSTICE, INC. | NY | W85WGJRUAL13 | Not for Profit |
| crc8097 - CLIMATE RESILIENT COMMUNITIES | CA | XJ76N787Z1M5 | Not for Profit |
| ONEOC | CA | ST8KJPET6WJ3 | Not for Profit |
| ca3121 - CANAL ALLIANCE | CA | Z27XHGWBM779 | Not for Profit |
| tlanlt8074 - THE LOS ANGELES NEIGHBORHOOD LAND TRUST | CA | ZE7MZ7CCRR25 | Not for Profit |
| abf6059 - ANZA-BORREGO FOUNDATION | CA | EXRXKFAHALM7 | Not for Profit |
| COUNCIL FOR WATERSHED HEALTH | CA | N6MNXMMWUU64 | Not for Profit |
| Confederated Tribes of the Colville Reservation | WA | NU9UAKLRDDP1 | Indian Tribe |
| FOOD BANK OF CONTRA COSTA AND SOLANO | CA | DJAPJ258KCM8 | Not for Profit |
| RESEARCH TRIANGLE INSTITUTE | NC | JJHCMK4NT5N3 | Not for Profit |
| UNIVERSITY OF CONNECTICUT | CT | WNTPS995QBM7 | State Institution of Higher Learning |
| JACKSON STATE UNIVERSITY | MS | WFVHMSF6BU45 | State Institution of Higher Learning |
| NEW MEXICO STATE UNIVERSITY | NM | J3M5GZAT8N85 | State Institution of Higher Learning |
| UNIVERSITY OF WASHINGTON | WA | HD1WMN6945W6 | State Institution of Higher Learning |
| WILLAMETTE PARTNERSHIP | OR | MN5SKK48HCE3 | Not for Profit |
| RESEARCH TRIANGLE INSTITUTE | NC | JJHCMK4NT5N3 | Not for Profit |
| Inter American University of Puerto Rico, Inc. | PR | JSFAKPEEWFC3 | Private University |
| WEST HARLEM ENVIRONMENTAL ACTION INC | NY | PB8TKKTU3AG3 | Not for Profit |

EPA_00318398

| Assistance Listing Code | Assistance Listing Description |
|---|---|
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.309 | Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice |
| 66.309 | Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice |
| 66.309 | Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice |
| 66.309 | Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice |
| 66.309 | Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice |
| 66.309 | Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice |
| 66.309 | Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice |
| 66.309 | Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice |
| 66.309 | Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice |

EPA_00318399

**Project Title**

Community-Based Lead Poisoning Prevention Project

Imagine St. James Parish

Super Trees for Sustainability-Alief: urban forestry through targeted large-scale native tree plantings, education on mitigation effects of targeted trees on extreme heat and other h

Madras Community Schoolyard Environmental Justice

Program for Leaders Advancing their Community's Environment (PLACE): Partnership Building for Program Expansion and Urban Forestry Workforce Development in Frontline C

INFLATION REDUCTION ACT - ENVIRONMENTAL JUSTICE COLLABORATIVE PROBLEM-SOLVING

Inflation Reduction Act - Environmental Justice Collaborative Problem-Solving

Student Organizing for Educational and Environmental Justice in Boston Public Schools (BPS)

Community Power EJ CPS 2023

MTO EJCPS 2024

Environmental Justice Governmental Grant

Urban Environmental Justice Collaborative Program

Oregon Climate Resilience

Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program

Learning to Live with Lead&mdash;Reducing Exposure in Environmental Justice Communities in Pennsylvania and Massachusetts

EJCPS Creation of Collaborative Partnership for the Greater Shamokin Area

Building Community Capacity for Climate Justice in Ward 2, Lynchburg VA

Youth Ministries for Peace and Justice (YMPJ)Bronx River Waterfront Redevelopment Health Impact Assessment

Inflation Reduction Act &ndash; Environmental Justice Collaborative Problem-Solving

Inflation Reduction Act &ndash; Environmental Justice Collaborative Problem-Solving

Inflation Reduction Act - Environmental Justice Collaborative Problem-Solving

Inflation Reduction Act &ndash; Environmental Justice Collaborative Problem-Solving

Inflation Reduction Act - Environmental Justice Collaborative Problem-Solving

Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program

EJCPS/ARP PM2.5 Monitoring for Upper Columbia River Communities

Environmental Justice Collaborative Problem-Solving - Vallejo Food Rescue Project

VISTA CEC - VISTA Clean Environment Core

Environmental Justice Thriving Communities Technical Assistance Center Region 1

Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice

South Central Environmental Justice Resource Center (SCEJRC) Thriving Communities Technical Assistance Center (TCTAC)

Pacific Northwest Environmental Justice Thriving Communities Center

Northwestern Environmental and Energy Justice TCTAC

Resource for Assistance and Community Training

EAGEL Engage and Assist Grassroots organizations for Environmental Energy Justice and Leadership capacity building for Region 2 EJ TCTAC

WE ACT for Environmental Justice proposes to lead and host an Environmental Justice Thriving Communities Technical Assistance Center for EPA Region 2.

EPA_00318400

**OMB Project Description**

This agreement will provide funding to Childhood Lead Action Project to implement an education, training and community engagement program to raise awareness of lead and inc

The Inflation Reduction Act (IRA) will allocate funding to the Louisiana Bucket Brigade for the purpose of executing environmental cleanup and weatherization initiatives. Specifical

This agreement provides funding of $500,000 to Houston Wilderness under the Inflation Reduction Act (IRA). This project, Super Trees for Sustainability-Alief, seeks to address th

The Trust for Public Land (TPL) is partnering with the school district, students, teachers, community organizations, and the Confederated Tribes of Warm Springs to design and cr

This agreement provides funding under the Inflation Reduction Act to The Bronx is Blooming. Through their Program for Leaders Advancing their Community's Environment (PLAC

The agreement provides funding to the Environmental Health Coalition (ECH). EHC's project will address the environmental injustice in the neighborhoods of Barrio Logan and Log

The EJCPS agreement provides funding to Rebuild Superior, Inc. Specifically, grant funds will be used to cleanup properties on the behalf of the Town so it can place a lien on the

This Cooperative agreement is being awarded federal funding in the amount of $150,000 to Massachusetts Coalition for Occupational Safety and Health (MassCOSH) to train youth

This agreement provides funding under the Inflation Reduction Act (IRA) to Community Power.  The recipient aims to address a central bottleneck in access for to the cost-savings

This agreement provides funding under the Inflation Reduction Act (IRA) to Metropolitan Tenants Organization (MTO). The recipient will train physicians, community health worker

This agreement provides funding under the Inflation Reduction Act (IRA) to Downwinders at Risk Education Fund. The recipient, along with the University Texas of Dallas (UTD), w

The Inflation Reduction Act (IRA) will allocate funding to the National Urban League (NUL), in launching a community-centered project to enhance climate resilience within Black/A

This agreement provides funding under the Inflation Reduction Act (IRA) to Center for Intercultural Organizing (CIO) doing business as (dba) Unite Oregon. The recipient will work

This action approves an award in the amount of $500,000 to provide funding to the Lowcountry Alliance for Model Communities (LAMC). The recipient will conduct robust engager

This agreement provides funding under the Inflation Reduction Act (IRA) to the Clean Water Fund. This agreement provides funding of $497,111 under the Inflation Reduction Act

This rebudget amendment revises the current budget for Shamokin Creek Restoration Alliance. The recipient is moving $145,341 from &quot;Contractual&quot; to &quot;Pe

This agreement provides funding of $150,000 under the Inflation Reduction Act (IRA) to Resilient Virginia. The project will build leadership capacity in communities disproportionat

This agreement provides funding under the Inflation Reduction Act (IRA) to Youth Ministries for Peace and Justice (YMPJ). YMPJ will lead a formal community-driven Health Impa

This agreement provides funding under the Inflation Reduction Act (IRA) to Climate Resilient Communities. The recipient will focus on the San Francisco Bay Midpeninsula, which

This agreement provides funding under the Inflation Reduction Act (IRA) to OneOC.  The recipient will promote utilization of the existing California Department of Public Health&rs

This agreement provides funding under the Inflation Reduction Act (IRA) to Canal Alliance. The recipient's project is focused on the City of San Rafael&rsquo;s Canal District in Ma

This agreement provides funding under the Inflation Reduction Act (IRA) to the Los Angeles Neighborhood Land Trust. The LA Neighborhood Land Trust is a member of the cross

This agreement provides funding under the Inflation Reduction Act (IRA) to the non-profit organization, the Anza-Borrego Foundation. They are based in Borrego Springs, San Dieg

This assistance agreement provides Federal funding  to the Council for Watershed Health (CWH).  Specifically, the recipient will expand the capacity of ReDesign LA Community I

The purpose of this American Rescue Plan funded Environmental Justice Collaborative Problem Solving (EJCPS) cooperative agreement is to provide funding under section 103 c

The purpose of this Environmental Justice Collaborative Problem Solving (EJCPS) cooperative agreement is to provide funding under Section 8001(a) of the Solid Waste Disposal

This agreement provides funding under the Inflation Reduction Act 9 (IRA) to the Research Triangle Institute (RTI) in the amount of $7,000,000 as authorized by CAA 1500. In De

The agreement provides funding to the University of Connecticut. Specifically, the recipient will build capacity in New England (EPA Region 1) underserved and rural/remote comm

This action approves an award in the amount of $40,000 to Jackson State University (JSU). The purpose of this grant is for JSU to provide grant writing technical assistance to un

The agreement provides funding to New Mexico State University to lead an experienced team of community-based partners to create the South-Central Environmental Justice Res

The agreement provides funding to the University of Washington. Specifically, the recipient will provide technical assistance (TA) services to Region 10 program participants that w

The agreement provides funding to Willamette Partnership. The recipient will engage with underserved and rural communities across the Northwest United States to build capacity

This action provides funding in the amount of $3,000,000 for Research Triangle Institute (RTI) to provide meaningful engagement to underserved communities in the southeast reg

The agreement provides funding to Inter American University of Puerto Rico Metro Campus (IAUPR) to build the capacity of community stakeholder, local leaders, and community

The agreement provides funding to WE ACT for Environmental Justice to support Environmental Justice Programs through its Environmental Justice Thriving Communities Techni

EPA_00318401

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 66.309 | XJ | 98T65901 | 98T65901-2 | 12/19/2024 | | 2025 | 03/07/2025 | $9,999,979.00 | $8,100,000.00 |
| 66.312 | 52 | 00A01505 | 00A01505-1 | 11/27/2024 | | 2025 | | $1,000,000.00 | $1,000,000.00 |
| 66.312 | 52 | 02J58301 | 02J58301-0 | 10/18/2024 | | 2025 | | $1,050,000.00 | $1,050,000.00 |
| 66.312 | 52 | 96267200 | 96267200-0 | 12/11/2024 | | 2025 | | $1,000,000.00 | $1,000,000.00 |
| 66.312 | 52 | 96712501 | 96712501-1 | 02/05/2025 | | 2025 | | $1,000,000.00 | $1,000,000.00 |
| 66.312 | 52 | 97T22501 | 97T22501-0 | 12/05/2024 | | 2025 | | $1,000,000.00 | $1,000,000.00 |
| 66.312 | 52 | 98T89301 | 98T89301-0 | 11/26/2024 | | 2025 | | $1,050,000.00 | $1,050,000.00 |
| 66.312 | 5C | 95337501 | 95337501-1 | 12/02/2024 | | 2025 | | $980,350.00 | $980,350.00 |
| 66.312 | 5C | 96263900 | 96263900-0 | 01/08/2025 | | 2025 | | $1,000,000.00 | $1,000,000.00 |
| 66.312 | 5C | 98T90501 | 98T90501-0 | 11/20/2024 | | 2025 | | $1,000,000.00 | $1,000,000.00 |
| 66.312 | AJ | 00A01438 | 00A01438-1 | 12/20/2024 | | 2025 | | $1,000,000.00 | $1,000,000.00 |
| 66.312 | AJ | 03D04224 | 03D04224-0 | 07/19/2024 | | 2024 | 02/24/2025 | $1,000,000.00 | $1,000,000.00 |
| 66.312 | AJ | 96263800 | 96263800-0 | 10/31/2024 | | 2025 | | $1,000,000.00 | $1,000,000.00 |
| 66.312 | AJ | 96711601 | 96711601-2 | 12/30/2024 | | 2025 | | $1,000,000.00 | $1,000,000.00 |
| 66.312 | AK | 00E03633 | 00E03633-1 | 10/16/2024 | | 2025 | | $1,000,000.00 | $1,000,000.00 |
| 66.604 | EQ | 02D22522 | 02D22522-1 | 11/07/2024 | | 2025 | 08/21/2023 | $75,000.00 | $75,000.00 |
| 66.604 | EQ | 02J07001 | 02J07001-2 | 10/03/2024 | | 2025 | 10/23/2024 | $75,000.00 | $75,000.00 |
| 66.614 | EL | 00A01522 | 00A01522-1 | 02/14/2025 | | 2025 | | $100,000.00 | $100,000.00 |
| 66.615 | 5N | 00A01512 | 00A01512-0 | 01/03/2025 | | 2025 | | $52,000,000.00 | $52,000,000.00 |
| 66.615 | 5N | 00I50002 | 00I50002-1 | 12/19/2024 | | 2025 | 02/21/2025 | $52,000,000.00 | $52,000,000.00 |
| 66.615 | 5N | 01E03682 | 01E03682-1 | 12/20/2024 | | 2025 | | $52,000,000.00 | $52,000,000.00 |
| 66.615 | 5N | 02F5550B | 02F5550B-0 | 12/18/2024 | | 2025 | | $55,082,753.00 | $55,082,753.00 |
| 66.615 | 5N | 02J63901 | 02J63901-1 | 12/20/2024 | | 2025 | 03/05/2025 | $52,000,000.00 | $52,000,000.00 |
| 66.615 | 5N | 84082901 | 84082901-0 | 12/27/2024 | | 2025 | 03/06/2025 | $48,000,000.00 | $48,000,000.00 |
| 66.615 | 5N | 84084101 | 84084101-0 | 07/16/2024 | | 2024 | 02/20/2025 | $25,000,000.00 | $25,000,000.00 |
| 66.615 | 5N | 84084201 | 84084201-0 | 01/08/2025 | | 2025 | 02/20/2025 | $95,000,000.00 | $95,000,000.00 |
| 66.615 | 5N | 95341401 | 95341401-2 | 12/27/2024 | | 2025 | 02/10/2025 | $52,000,000.00 | $52,000,000.00 |
| 66.615 | 5N | 96265602 | 96265602-0 | 01/15/2025 | | 2025 | 01/23/2025 | $52,000,000.00 | $52,000,000.00 |
| 66.615 | 5N | 98T97502 | 98T97502-1 | 12/12/2024 | | 2025 | | $52,000,000.00 | $52,000,000.00 |
| 66.616 | 5F | 00A01479 | 00A01479-0 | 01/17/2025 | | 2025 | | $20,000,000.00 | $20,000,000.00 |
| 66.616 | 5F | 00A01540 | 00A01540-0 | 11/27/2024 | | 2025 | 03/07/2025 | $19,989,241.00 | $19,989,241.00 |
| 66.616 | 5F | 00A01704 | 00A01704-0 | 01/08/2025 | | 2025 | 03/05/2025 | $18,710,533.00 | $18,710,533.00 |
| 66.616 | 5F | 00A01863 | 00A01863-0 | 01/16/2025 | | 2025 | | $3,000,000.00 | $3,000,000.00 |
| 66.616 | 5F | 00E04015 | 00E04015-0 | 11/26/2024 | | 2025 | 03/06/2025 | $17,810,277.00 | $17,810,277.00 |
| 66.616 | 5F | 00E04016 | 00E04016-0 | 12/05/2024 | | 2025 | 03/07/2025 | $20,000,000.00 | $20,000,000.00 |
| 66.616 | 5F | 00E04017 | 00E04017-0 | 12/04/2024 | | 2025 | 03/07/2025 | $3,000,000.00 | $3,000,000.00 |
| 66.616 | 5F | 00E04043 | 00E04043-0 | 12/04/2024 | | 2025 | 02/20/2025 | $18,898,518.00 | $18,898,518.00 |
| 66.616 | 5F | 00E04044 | 00E04044-0 | 12/04/2024 | | 2025 | 02/21/2025 | $20,358,302.00 | $20,358,302.00 |
| 66.616 | 5F | 00E04045 | 00E04045-0 | 12/04/2024 | | 2025 | | $20,000,000.00 | $20,000,000.00 |
| 66.616 | 5F | 00E04046 | 00E04046-0 | 12/05/2024 | | 2025 | 03/05/2025 | $2,754,952.00 | $2,754,952.00 |
| 66.616 | 5F | 00E04057 | 00E04057-0 | 01/07/2025 | | 2025 | 03/05/2025 | $2,166,564.00 | $2,166,564.00 |
| 66.616 | 5F | 00E04058 | 00E04058-0 | 01/07/2025 | | 2025 | | $20,000,000.00 | $20,000,000.00 |

EPA_00318402

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| $8,100,000.00 | $2,299,263.43 | $5,800,736.57 | EPA R9 | R09 | 06/01/2023 | 05/30/2028 |
| $1,000,000.00 | $0.00 | $1,000,000.00 | EPA R1 | R01 | 10/01/2024 | 09/30/2027 |
| $1,050,000.00 | $0.00 | $1,050,000.00 | EPA R10 | R10 | 10/01/2024 | 09/30/2026 |
| $1,000,000.00 | $0.00 | $1,000,000.00 | EPA R2 | R02 | 12/15/2024 | 12/14/2027 |
| $1,000,000.00 | $0.00 | $1,000,000.00 | EPA R7 | R07 | 08/01/2024 | 07/31/2027 |
| $1,000,000.00 | $0.00 | $1,000,000.00 | EPA R9 | R09 | 01/01/2025 | 12/31/2026 |
| $1,050,000.00 | $0.00 | $1,050,000.00 | EPA R9 | R09 | 01/02/2025 | 01/01/2028 |
| $980,350.00 | $0.00 | $980,350.00 | EPA R3 | R03 | 06/01/2024 | 05/31/2027 |
| $1,000,000.00 | $0.00 | $1,000,000.00 | EPA R2 | R02 | 02/01/2025 | 01/31/2028 |
| $1,000,000.00 | $0.00 | $1,000,000.00 | EPA R9 | R09 | 12/01/2024 | 11/30/2027 |
| $1,000,000.00 | $0.00 | $1,000,000.00 | EPA R1 | R01 | 12/16/2024 | 12/15/2027 |
| $1,000,000.00 | $28,967.15 | $971,032.85 | EPA R4 | R04 | 04/01/2024 | 03/31/2027 |
| $1,000,000.00 | $0.00 | $1,000,000.00 | EPA R2 | R02 | 10/01/2024 | 09/30/2027 |
| $1,000,000.00 | $0.00 | $1,000,000.00 | EPA R7 | R07 | 06/01/2024 | 05/31/2027 |
| $1,000,000.00 | $0.00 | $1,000,000.00 | EPA R5 | R05 | 04/01/2024 | 03/31/2027 |
| $75,000.00 | $2,500.00 | $72,500.00 | EPA R4 | R04 | 04/01/2023 | 12/31/2025 |
| $75,000.00 | $44,804.20 | $30,195.80 | EPA R10 | R10 | 10/01/2022 | 09/23/2025 |
| $100,000.00 | $0.00 | $100,000.00 | EPA R1 | R01 | 09/01/2024 | 12/31/2025 |
| $52,000,000.00 | $0.00 | $52,000,000.00 | EPA R1 | R01 | 01/01/2025 | 12/31/2027 |
| $52,000,000.00 | $795.15 | $51,999,204.85 | EPA R8 | OEJECR | 01/01/2025 | 12/31/2027 |
| $52,000,000.00 | $0.00 | $52,000,000.00 | EPA R5 | OEJECR | 10/01/2024 | 09/30/2027 |
| $55,082,753.00 | $0.00 | $55,082,753.00 | EPA R6 | R06 | 01/01/2025 | 12/31/2027 |
| $52,000,000.00 | $27,133.89 | $51,972,866.11 | EPA R10 | OEJECR | 11/01/2024 | 10/31/2027 |
| $48,000,000.00 | $168,425.63 | $47,831,574.37 | EPA HQ | OEJECR | 01/01/2025 | 12/31/2027 |
| $25,000,000.00 | $2,766,147.79 | $22,233,852.21 | EPA HQ | OEJECR | 02/01/2024 | 01/31/2027 |
| $95,000,000.00 | $230,643.29 | $94,769,356.71 | EPA HQ | OEJECR | 01/01/2025 | 12/31/2027 |
| $52,000,000.00 | $36,762.52 | $51,963,237.48 | EPA R3 | R03 | 08/01/2024 | 07/31/2027 |
| $52,000,000.00 | $1.00 | $51,999,999.00 | EPA R2 | R02 | 01/02/2025 | 01/01/2028 |
| $52,000,000.00 | $0.00 | $52,000,000.00 | EPA R9 | R09 | 01/06/2025 | 01/05/2028 |
| $20,000,000.00 | $0.00 | $20,000,000.00 | EPA R1 | R01 | 04/01/2025 | 03/31/2028 |
| $19,989,241.00 | $7,022.72 | $19,982,218.28 | EPA R1 | R01 | 01/01/2025 | 12/31/2027 |
| $18,710,533.00 | $32,612.00 | $18,677,921.00 | EPA R1 | R01 | 01/01/2025 | 12/31/2027 |
| $3,000,000.00 | $0.00 | $3,000,000.00 | EPA R1 | R01 | 01/01/2025 | 12/31/2027 |
| $17,810,277.00 | $470,393.33 | $17,339,883.67 | EPA R5 | R05 | 10/01/2024 | 09/30/2027 |
| $20,000,000.00 | $10,200.00 | $19,989,800.00 | EPA R5 | R05 | 01/01/2025 | 12/30/2027 |
| $3,000,000.00 | $1,510.00 | $2,998,490.00 | EPA R5 | R05 | 01/01/2025 | 12/31/2027 |
| $18,898,518.00 | $40,103.00 | $18,858,415.00 | EPA R5 | R05 | 01/01/2025 | 12/31/2027 |
| $20,358,302.00 | $4,884,632.62 | $15,473,669.38 | EPA R5 | R05 | 12/01/2024 | 11/30/2027 |
| $20,000,000.00 | $0.00 | $20,000,000.00 | EPA R5 | R05 | 03/17/2025 | 03/16/2028 |
| $2,754,952.00 | $8,548.65 | $2,746,403.35 | EPA R5 | R05 | 02/01/2025 | 01/31/2028 |
| $2,166,564.00 | $339.79 | $2,166,224.21 | EPA R5 | R05 | 02/01/2025 | 01/31/2028 |
| $20,000,000.00 | $0.00 | $20,000,000.00 | EPA R5 | R05 | 02/01/2025 | 01/31/2028 |

**J.A. 2614**

EPA_00318403

| UNIVERSITY OF ARIZONA | AZ | ED44Y3W6P7B9 | State Institution of Higher Learning |
| BOSTON, CITY OF | MA | LJDLU7EA4SK1 | Municipal |
| TACOMA PUBLIC SCHOOLS | WA | KTERSDJ44S58 | Independent School District |
| CITY OF ROCHESTER CITY HALL | NY | CU87RABY53C9 | Municipal |
| CITY OF KANSAS CITY | MO | JY2DYJXPQW56 | Municipal |
| SAN JOSE, CITY OF | CA | QUA4AULJ8FM3 | Municipal |
| GILA COUNTY, AZ | AZ | C8EKKJK67XB1 | County |
| COUNTY OF ARLINGTON | VA | V9LLM9AGRPB7 | County |
| CITY OF NEWARK CITY HALL | NJ | JGDDJDL5BM13 | Municipal |
| COUNTY OF LOS ANGELES | CA | ZLJUW5L9K685 | County |
| DEPT OF ENERGY & ENVIRONMENTAL PROTECTION | CT | VZA5GCYZBJA7 | State |
| STATE OF NORTH CAROLINA DEPARTMENT OF HEALTH & HUMAN SERVICES | NC | DKT3LLBWFVL3 | State |
| HOUSING TRUST FUND CORP | NY | WLNYVLMWZ9V6 | State |
| KANSAS DEPARTMENT OF HEALTH & ENVIRONMENT | KS | CGSTLVM57LM5 | State |
| PRAIRIE ISLAND INDIAN COMMUNITY | MN | ZXWAV8U3K5E4 | Indian Tribe |
| GASP | AL | HZMJEKASHBQ7 | Not for Profit |
| YAKUTAT TLINGIT TRIBE | AK | UDYDUTE6LU94 | Indian Tribe |
| SOUTHCOAST COMMUNITY FOUNDATION INC | MA | J5A9WPZLESL1 | Not for Profit |
| HEALTH RESOURCES IN ACTION, INC. | MA | FPD3JRJ61WJ2 | Not for Profit |
| JSI RESEARCH & TRAINING INSTITUTE INC | MA | LKTNULLR6FL6 | Not for Profit |
| MINNEAPOLIS FOUNDATION | MN | FVP7MYH59L76 | Not for Profit |
| TEXAS SOUTHERN UNIVERSITY | TX | HYYJJ5ZP7CR9 | State Institution of Higher Learning |
| PHILANTHROPY NORTHWEST | WA | CFDJSA2KV151 | Not for Profit |
| INSTITUTE FOR SUSTAINABLE COMMUNITIES | VT | J1DEYVM9BXE8 | Not for Profit |
| RESEARCH TRIANGLE INSTITUTE | NC | JJHCMK4NT5N3 | Not for Profit |
| RESEARCH TRIANGLE INSTITUTE | NC | JJHCMK4NT5N3 | Not for Profit |
| GREEN & HEALTHY HOMES INITIATIVE INC | MD | HYQKKGCH7XZ5 | Not for Profit |
| FORDHAM UNIVERSITY | NY | ECESTN2SSVH1 | Private University |
| SOCIAL AND ENVIRONMENTAL ENTREPRENEURS (SEE), INC. | CA | VCAASEEZRM59 | Not for Profit |
| City of New Haven | CT | K8WBCLJ9DVD8 | Municipal |
| SPRINGFIELD, CITY OF | MA | CKWEXLA12KD3 | Municipal |
| rifpc8297 - Rhode Island Food Policy Council | RI | CUHNPN791947 | Not for Profit |
| JSI RESEARCH & TRAINING INSTITUTE INC | MA | LKTNULLR6FL6 | Not for Profit |
| tmhs8458 - METROHEALTH SYSTEM, THE | OH | FM8VV9SAL6M3 | County |
| INTER-TRIBAL COUNCIL OF MICHIGAN INC | MI | YJ5ELTTDBKM7 | Indian Tribe |
| INTER-TRIBAL COUNCIL OF MICHIGAN INC | MI | YJ5ELTTDBKM7 | Indian Tribe |
| KALAMAZOO COUNTY BOARD-COMMS | MI | FGQYA2KMEK67 | County |
| e8241 - ECOWORKS | MI | ZU2FS7ZL6DQ2 | Not for Profit |
| CITY OF EVANSVILLE | IN | JJE9WRMGGUN5 | Municipal |
| FRIENDS OF THE CHICAGO RIVER | IL | GMFBUKBE1XM4 | Not for Profit |
| GROUNDWORK USA INC | MA | KCGWHRHKLLB5 | Not for Profit |
| smc6045 - SOUTHWESTERN MICHIGAN COMMISSION | MI | EGNZBHC8Z1F3 | Not for Profit |

EPA_00318404

| 66.309 | Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice |
|--------|---|
| 66.312 | State Environmental Justice Cooperative Agreement Program |
| 66.312 | State Environmental Justice Cooperative Agreement Program |
| 66.312 | State Environmental Justice Cooperative Agreement Program |
| 66.312 | State Environmental Justice Cooperative Agreement Program |
| 66.312 | State Environmental Justice Cooperative Agreement Program |
| 66.312 | State Environmental Justice Cooperative Agreement Program |
| 66.312 | State Environmental Justice Cooperative Agreement Program |
| 66.312 | State Environmental Justice Cooperative Agreement Program |
| 66.312 | State Environmental Justice Cooperative Agreement Program |
| 66.312 | State Environmental Justice Cooperative Agreement Program |
| 66.312 | State Environmental Justice Cooperative Agreement Program |
| 66.312 | State Environmental Justice Cooperative Agreement Program |
| 66.312 | State Environmental Justice Cooperative Agreement Program |
| 66.312 | State Environmental Justice Cooperative Agreement Program |
| 66.604 | Environmental Justice Small Grant Program |
| 66.604 | Environmental Justice Small Grant Program |
| 66.614 | Direct Financial Assistance to Community Service Providers to support Environmental Justice Activities |
| 66.615 | Environmental Justice Communities Pass-through Funder Program (EJCPF) |
| 66.615 | Environmental Justice Communities Pass-through Funder Program (EJCPF) |
| 66.615 | Environmental Justice Communities Pass-through Funder Program (EJCPF) |
| 66.615 | Environmental Justice Communities Pass-through Funder Program (EJCPF) |
| 66.615 | Environmental Justice Communities Pass-through Funder Program (EJCPF) |
| 66.615 | Environmental Justice Communities Pass-through Funder Program (EJCPF) |
| 66.615 | Environmental Justice Communities Pass-through Funder Program (EJCPF) |
| 66.615 | Environmental Justice Communities Pass-through Funder Program (EJCPF) |
| 66.615 | Environmental Justice Communities Pass-through Funder Program (EJCPF) |
| 66.615 | Environmental Justice Communities Pass-through Funder Program (EJCPF) |
| 66.615 | Environmental Justice Communities Pass-through Funder Program (EJCPF) |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |

EPA_00318405

| |
|---|
| Special Purpose Activities Related To Environmental Justice |
| Electric Stove Replacement Program |
| Environmental Justice at Larchmont Elementary |
| Home Electrification and Revitalization Opportunity (HERO) Program |
| Lead in Soils Mitigation Project |
| Inflation Reduction Act - Environmental Justice Government-to-Government |
| Inflation Reduction Act - Environmental Justice Government-to-Government |
| Energy-Health-Equity Project |
| Workforce Development for mitigating air quality, urban heat island, and stormwater issues in Newark |
| Inflation Reduction Act - Environmental Justice Government to Government |
| Connecticut Environmental Justice Government To Government (EJG2G) Grant Application |
| Environmental Justice Government-to-Government (EJG2G) Program |
| Ensuring a Just Transition in Southwest Brooklyn, NY: Planning, Engagement, Design in Sunset Park and Red Hook |
| Placemaking to address food equity and environmental sustainability in Southeast Kansas |
| Prairie Island G2G Tribal Home Energy Project |
| Environmental Justice Small Grant Program |
| Yakutat Subsistence Consumption Assessment |
| Access2Opportunity Forum Initiative 2024-2025 |
| Grantmaker - Subsequent Award |
| EJ-TCGM Subsequent Award - Mountains and Plains Environmental Justice Grants Hub |
| Environmental Justice Thriving Communities Grantmaker Program (EJ TCGM) |
| EJ-TCGM Subsequent Award - Region 6 The Bullard Center for Environmental and Climate Justice at Texas Southern University |
| Northwest Network for Environmental Justice-Subsequent Award |
| Institute for Sustainable Communities Nat'l GM - Subsequent Award |
| Research Triangle Institute (RTI) - Grantmaker - Initial Award |
| RTI Thriving Communities Grantmaker: Subsequent Award |
| TCGM Subsequent Award - Green &amp; Healthy Homes Initiative will act as pass-through entity for EPA's EJ Thriving Communities Grantmaking Program, R3 GM |
| Grantmaker - Subsequent Award |
| Inflation Reduction Act - Environmental Justice Thriving Communities |
| Elm City Climate Collaborative |
| Green and Resilient Springfield |
| From Food Waste to Opportunity: A Path toward Climate, Environmental, &amp; Economic Justice in Rhode Island |
| Enhancing Equitable Community Engagement in Governance for Environmental and Climate Justice in East Boston (EJ Engaged East Boston) |
| Asthma, Indoor Air Pollution and Greenhouse Gas Emissions |
| Making Michigan Tribal Homes &amp; Buildings Efficient, Healthy, and Resilient |
| Michigan Tribal and State Wild Rice Stewardship |
| Holistic Healthy Homes in Kalamazoo County: Delivering Energy Efficiency Measures, Increasing Resiliency, and Improving Air Quality in Existing Housing Stock |
| Detroit Community Resilience Hub Initiative |
| Moving Evansville Toward A Healthier Future |
| Establishing a Climate Just Future in Chicago by Collaborating through the River Ecology and Governance Task Force |
| Climate Safe Great Lakes | Building Resident Capacity To Collaboratively Advance Community Climate Adaptation Priorities |
| CCG 2024 Benton Harbor Neighborhood Resilience Hubs |

EPA_00318406

The Western Environmental Science Technical Assistance Center for Environmental Justice (WEST EJ Center) or Environmental Justice Thriving Communities Technical Assistar
The agreement provides funding to the City of Boston. Specifically, the recipient will partner with Codman Square Neighborhood Development Corporation and the Boston Housing
The Larchmont Community Schoolyard is a joint e&#64256;ort between Tacoma Public Schools, Trust for Public Land, and the community to transform the schoolyard from aspha
The agreement under the Inflation Reduction Act provides funding to City of Rochester New York. Specifically, the recipient will fund energy audits and the installation of electric ap
This agreement provides funding under the Inflation Reduction Act (IRA). The agreement provides funding to Kansas City Missouri (KCMO) and their partner Community Based O
This agreement provides funding under the Inflation Reduction Act (IRA). The agreement provides funding to the City of San Jose. The City of San Jos&eacute; is one of five cities
The Copper Corridor&rsquo;s environmental injustices stem from historic mining activities and an archaic mining tax structure that benefits more populated communities in Arizon
The County proposes the Energy-Health-Equity Project (EHE Project, or Project), which will create two technical resources: a decision-support tool and a comprehensive financing
This agreement provides funding under the Inflation Reduction Act (IRA). This agreement provides funding to City of Newark in New Jersey and comprises a training, monitoring a
This agreement provides funding under the Inflation Reduction Act (IRA). The agreement provides funding to the County of Los Angeles. Specifically, the Los Angeles County Publi
The agreement provides funding to The Connecticut Department of Energy and Environmental Protection (CT DEEP). The recipient will initiate a new program to work with disadva
This action approves an award in the amount of $1,000,000 to the North Carolina Department of Health and Human Services to implement its own project to Address Private Well
The agreement provides funding to Resilient Homes and Communities. Specifically, the recipient will use the finding for Climate resiliency and adaptation planning, community eng
The agreement provides funding to Kansas Department of Health and Environment. Specifically, the recipient will implement meaningful environmental and public health strategie:
This agreement provides funding under Consolidated Appropriations. The agreement provides funding to Prairie Island Indian Community. Specifically, the recipient will utilize con
This action approves an award in the amount of $75,000 to support GASP to launch a community needs assessment survey to gauge residents health concerns and deploy at lea:
The purpose of the Yakutat Subsistence Consumption Assessment project is to strengthen the Yakutat Tlingit Tribes&rsquo;ability to participate in developing water quality standar
This cooperative agreement provides funding to the Community Foundation of Southeastern Massachusetts and the Old Bedford Village Development, a community-based nonprc
This agreement provides funding under the Inflation Reduction Act (IRA) to Health Resources in Action (HRA). The recipient is a Regional Grantmaker and the purpose of this awa
This agreement provides funding under the Inflation Reduction Act (IRA) to JSI Research &amp; Training Institute. The recipient is the Regional Grantmaker for Region 8 JSI, toge
This agreement provides funding under the Inflation Reduction Act (IRA) to The Minneapolis Foundation.  The recipient is a Regional Grantmaker. This proposed funding request i
This agreement provides funding under the Inflation Reduction Act (IRA) to Texas Southern University. The recipient is a Regional Grantmaker (RGM), in collaboration with Achiev
OEJECR is providing within-scope supplemental funding to address additional Quality Assurance (QA) costs as well as provide funding for additional meaningful outreach and gar
This agreement provides funding under the Inflation Reduction Act (IRA) to the Institute for Sustainable Communities (ISC) in the amount of $48,000,000, as part of a bifurcated a
The purpose of the Environmental Protection Agency's (EPA) Thriving Communities Grantmaking Program ( EJ TCGM ) is to transform disadvantaged and underserved communi
Research Triangle institute (RTI) will utilize the Subsequent Award totaling $95,000,000 in EJ TCGM funding to serve as one of eleven Grantmaker organizations that are charged
This assistance agreement provides funding under the Inflation Reduction Act (IRA) to Green and Healthy Homes Initiative, a Regional Grantmaker. This program funds communi
This agreement provides funding under the Inflation Reduction Act to Fordham University to support nonprofit organizations and organizations representing disadvantaged commu
This agreement provides funding to Social and Environmental Entrepreneurs (S.E.E.). The recipient is a Regional Grantmaker that will receive $10 million in supplemental funds tc
This agreement provides funding under the Inflation Reduction Act (IRA), to the City of New Haven Office of Climate and Sustainability and their Statutory Partner, the Greater Dw
This agreement provides funding under the Inflation Reduction Act (IRA) to the City of Springfield, Massachusetts. Specifically, the recipient will collaborate with various nonprofit
This agreement provides funding under the Inflation Reduction Act (IRA) to the Rhode Island Food Policy Council (RIFPC). Specifically the project will reduce food waste, increase
This agreement provides funding under the Inflation Reduction Act (IRA) to John Snow Institute (JSI) Research &amp; Training Institute, Inc. to enhance community input into loca
This agreement provides funding under the Inflation Reduction Act (IRA) to the MetroHealth System. Specifically, the project will identify 1,200 greater Cleveland-area househo
This agreement provides funding under the Inflation Reduction Act (IRA) to The Inter-Tribal Council of Michigan, Inc. (ITCMI) to conduct Community Change Grant (CCG) Track I:
This agreement provides funding under the Inflation Reduction Act (IRA) to the Inter-Tribal Council of Michigan, Inc.  Specifically, the project will enable the meaningful engagemer
This agreement provides funding under the Inflation Reduction Act (IRA) to Kalamazoo County Government. Specifically, the project will focus on reducing greenhouse gas emissic
This agreement provides funding under the Inflation Reduction Act (IRA) to EcoWorks. Specifically, the project will transform 20 houses of worship and food assistance programs
This agreement provides funding under the Inflation Reduction Act (IRA) to the City of Evansville to implement the Moving Evansville Towards a Healthier Future Project.  Specific
This agreement provides funding under the Inflation Reduction Act (IRA) to Friends of the Chicago River. Specifically, the project will ensure community organizations are working
This agreement provides funding under the Inflation Reduction Act (IRA) to Groundwork USA, INC.. Specifically, the project will; utilize their developed community-centered, data ii
This agreement provides funding under the Inflation Reduction Act (IRA) to Southwestern Michigan Commission. Specifically, the project will: Transform the Bobo Brazil Communi

EPA_00318407

| 66.616 | 5F | 00E05002 | 00E05002-0 | 12/06/2024 | 2025 | 03/10/2025 | $3,000,000.00 | $3,000,000.00 |
| 66.616 | 5F | 00E05003 | 00E05003-0 | 12/04/2024 | 2025 | 03/06/2025 | $21,994,500.00 | $10,000,000.00 |
| 66.616 | 5F | 00E05004 | 00E05004-0 | 12/11/2024 | 2025 | 03/06/2025 | $3,286,442.00 | $3,286,422.00 |
| 66.616 | 5F | 00E05005 | 00E05005-0 | 12/05/2024 | 2025 | 02/21/2025 | $20,232,335.00 | $20,232,335.00 |
| 66.616 | 5F | 00E05006 | 00E05006-0 | 11/26/2024 | 2025 | 02/20/2025 | $21,652,072.00 | $21,652,072.00 |
| 66.616 | 5F | 00E05007 | 00E05007-0 | 12/20/2024 | 2025 | | $19,999,268.00 | $19,999,268.00 |
| 66.616 | 5F | 00I34500 | 00I34500-0 | 01/07/2025 | 2025 | | $20,000,000.00 | $20,000,000.00 |
| 66.616 | 5F | 00I34600 | 00I34600-0 | 01/10/2025 | 2025 | 01/29/2025 | $19,949,725.00 | $19,949,725.00 |
| 66.616 | 5F | 00I40400 | 00I40400-0 | 12/19/2024 | 2025 | 02/21/2025 | $20,058,601.00 | $20,058,601.00 |
| 66.616 | 5F | 02F65701 | 02F65701-0 | 11/26/2024 | 2025 | | $19,999,998.00 | $19,999,998.00 |
| 66.616 | 5F | 02F74301 | 02F74301-0 | 11/25/2024 | 2025 | 01/30/2025 | $19,944,575.00 | $19,944,575.00 |
| 66.616 | 5F | 02F76501 | 02F76501-1 | 02/06/2024 | 2025 | 02/26/2025 | $18,780,805.00 | $18,780,805.00 |
| 66.616 | 5F | 02F76601 | 02F76601-0 | 11/22/2024 | 2025 | | $19,994,586.00 | $19,994,586.00 |
| 66.616 | 5F | 02F76901 | 02F76901-1 | 12/17/2024 | 2025 | 03/04/2025 | $20,000,000.00 | $20,000,000.00 |
| 66.616 | 5F | 02F78401 | 02F78401-0 | 12/20/2024 | 2025 | 02/20/2025 | $12,704,048.00 | $12,704,048.00 |
| 66.616 | 5F | 02F78701 | 02F78701-0 | 12/21/2024 | 2025 | 02/28/2025 | $3,015,485.00 | $3,015,485.00 |
| 66.616 | 5F | 02F80001 | 02F80001-0 | 01/13/2025 | 2025 | 03/03/2025 | $2,987,385.00 | $2,987,385.00 |
| 66.616 | 5F | 02F80101 | 02F80101-0 | 01/17/2025 | 2025 | 02/26/2025 | $19,999,999.00 | $19,999,999.00 |
| 66.616 | 5F | 02J85001 | 02J85001-0 | 12/20/2024 | 2025 | | $19,555,386.00 | $19,555,386.00 |
| 66.616 | 5F | 02J85101 | 02J85101-0 | 12/04/2024 | 2025 | 01/27/2025 | $16,465,618.00 | $16,465,618.00 |
| 66.616 | 5F | 02J85301 | 02J85301-0 | 12/04/2024 | 2025 | 01/31/2025 | $19,921,731.00 | $19,921,731.00 |
| 66.616 | 5F | 02J88401 | 02J88401-0 | 12/05/2024 | 2025 | | $20,000,000.00 | $20,000,000.00 |
| 66.616 | 5F | 02J88501 | 02J88501-0 | 12/05/2024 | 2025 | 02/19/2025 | $20,030,841.00 | $20,030,841.00 |
| 66.616 | 5F | 02J88601 | 02J88601-0 | 12/02/2024 | 2025 | | $3,137,855.00 | $3,137,855.00 |
| 66.616 | 5F | 02J91701 | 02J91701-0 | 12/23/2024 | 2025 | | $8,932,979.00 | $8,932,979.00 |
| 66.616 | 5F | 02J91801 | 02J91801-0 | 12/10/2024 | 2025 | 03/04/2025 | $19,989,160.00 | $19,989,160.00 |
| 66.616 | 5F | 02J91901 | 02J91901-0 | 12/17/2024 | 2025 | | $20,000,000.00 | $20,000,000.00 |
| 66.616 | 5F | 02J92801 | 02J92801-0 | 12/05/2024 | 2025 | | $19,455,772.00 | $19,455,772.00 |
| 66.616 | 5F | 02J95201 | 02J95201-0 | 12/26/2024 | 2025 | | $19,826,233.00 | $19,826,233.00 |
| 66.616 | 5F | 02J95301 | 02J95301-0 | 12/23/2024 | 2025 | 03/07/2025 | $16,340,887.00 | $16,340,887.00 |
| 66.616 | 5F | 02J95401 | 02J95401-0 | 01/10/2025 | 2025 | | $19,990,020.00 | $19,990,020.00 |
| 66.616 | 5F | 02J95501 | 02J95501-0 | 12/26/2024 | 2025 | | $2,904,935.00 | $2,904,935.00 |
| 66.616 | 5F | 02J95601 | 02J95601-0 | 01/13/2025 | 2025 | | $19,998,693.00 | $19,998,693.00 |
| 66.616 | 5F | 02J95701 | 02J95701-0 | 12/27/2024 | 2025 | 02/21/2025 | $19,983,378.00 | $19,983,378.00 |
| 66.616 | 5F | 02J95801 | 02J95801-0 | 01/10/2025 | 2025 | | $20,000,000.00 | $20,000,000.00 |
| 66.616 | 5F | 03D25324 | 03D25324-0 | 12/02/2024 | 2025 | 03/10/2025 | $19,960,040.00 | $19,960,040.00 |
| 66.616 | 5F | 03D25424 | 03D25424-0 | 12/05/2024 | 2025 | 02/24/2025 | $14,443,306.00 | $14,443,306.00 |

EPA_00318408

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| $3,000,000.00 | $134,462.74 | $2,865,537.26 | EPA R5 | R05 | 10/01/2024 | 09/30/2027 | |
| $10,000,000.00 | $7,746,104.00 | $2,253,896.00 | EPA R5 | R05 | 04/01/2024 | 03/31/2027 | |
| $3,286,422.00 | $1,578.98 | $3,284,843.02 | EPA R5 | R05 | 12/01/2024 | 11/30/2027 | |
| $20,232,335.00 | $1,210,706.01 | $19,021,628.99 | EPA R5 | R05 | 12/01/2024 | 11/30/2027 | |
| $21,652,072.00 | $35,841.99 | $21,616,230.01 | EPA R5 | R05 | 12/01/2024 | 11/30/2027 | |
| $19,999,268.00 | $0.00 | $19,999,268.00 | EPA R5 | R05 | 03/01/2025 | 02/29/2028 | |
| $20,000,000.00 | $0.00 | $20,000,000.00 | EPA R8 | R08 | 01/13/2025 | 01/12/2028 | |
| $19,949,725.00 | $470,023.00 | $19,479,702.00 | EPA R8 | R08 | 01/15/2025 | 01/14/2028 | |
| $20,058,601.00 | $7,525.67 | $20,051,075.33 | EPA R8 | R08 | 01/10/2025 | 12/31/2027 | |
| $19,999,998.00 | $0.00 | $19,999,998.00 | EPA R6 | R06 | 03/01/2025 | 02/29/2028 | |
| $19,944,575.00 | $230,965.00 | $19,713,610.00 | EPA R6 | R06 | 12/01/2024 | 11/30/2027 | |
| $18,780,805.00 | $25,845.88 | $18,754,959.12 | EPA R6 | OEJECR | 01/01/2025 | 12/31/2027 | |
| $19,994,586.00 | $0.00 | $19,994,586.00 | EPA R6 | R06 | 01/01/2025 | 12/31/2027 | |
| $20,000,000.00 | $201,055.63 | $19,798,944.37 | EPA R6 | OEJECR | 01/01/2025 | 12/31/2027 | |
| $12,704,048.00 | $1,608,223.66 | $11,095,824.34 | EPA R6 | R06 | 01/01/2025 | 12/31/2027 | |
| $3,015,485.00 | $40,372.32 | $2,975,112.68 | EPA R6 | R06 | 01/01/2025 | 12/31/2027 | |
| $2,987,385.00 | $28,515.00 | $2,958,870.00 | EPA R6 | R06 | 02/01/2025 | 01/31/2028 | |
| $19,999,999.00 | $3,544,191.16 | $16,455,807.84 | EPA R6 | R06 | 01/17/2025 | 01/31/2028 | |
| $19,555,386.00 | $0.00 | $19,555,386.00 | EPA R10 | R10 | 03/01/2025 | 02/29/2028 | |
| $16,465,618.00 | $198.80 | $16,465,419.20 | EPA R10 | R10 | 01/01/2025 | 12/31/2027 | |
| $19,921,731.00 | $6,597.15 | $19,915,133.85 | EPA R10 | R10 | 01/01/2025 | 12/31/2027 | |
| $20,000,000.00 | $0.00 | $20,000,000.00 | EPA R10 | R10 | 01/01/2025 | 12/31/2027 | |
| $20,030,841.00 | $37,871.32 | $19,992,969.68 | EPA R10 | R10 | 01/01/2025 | 12/31/2027 | |
| $3,137,855.00 | $0.00 | $3,137,855.00 | EPA R10 | R10 | 01/01/2025 | 12/31/2027 | |
| $8,932,979.00 | $0.00 | $8,932,979.00 | EPA R10 | R10 | 04/01/2025 | 03/31/2028 | |
| $19,989,160.00 | $5,076.93 | $19,984,083.07 | EPA R10 | R10 | 02/10/2025 | 02/09/2028 | |
| $20,000,000.00 | $0.00 | $20,000,000.00 | EPA R10 | R10 | 02/10/2025 | 02/09/2028 | |
| $19,455,772.00 | $0.00 | $19,455,772.00 | EPA R10 | R10 | 02/01/2025 | 01/31/2028 | |
| $19,826,233.00 | $0.00 | $19,826,233.00 | EPA R10 | R10 | 04/21/2025 | 04/20/2028 | |
| $16,340,887.00 | $4,836.00 | $16,336,051.00 | EPA R10 | R10 | 02/01/2025 | 01/31/2028 | |
| $19,990,020.00 | $0.00 | $19,990,020.00 | EPA R10 | R10 | 02/01/2025 | 01/31/2028 | |
| $2,904,935.00 | $0.00 | $2,904,935.00 | EPA R10 | R10 | 02/01/2025 | 01/31/2028 | |
| $19,998,693.00 | $0.00 | $19,998,693.00 | EPA R10 | R10 | 03/01/2025 | 02/29/2028 | |
| $19,983,378.00 | $3,375.77 | $19,980,002.23 | EPA R10 | R10 | 01/01/2025 | 12/31/2027 | |
| $20,000,000.00 | $0.00 | $20,000,000.00 | EPA R10 | R10 | 05/01/2025 | 04/30/2028 | |
| $19,960,040.00 | $52,864.96 | $19,907,175.04 | EPA R4 | R04 | 01/01/2025 | 12/31/2027 | |
| $14,443,306.00 | $6,177.29 | $14,437,128.71 | EPA R4 | R04 | 01/01/2025 | 12/31/2027 | |

EPA_00318409

**J.A. 2620**

| THE TRUST FOR PUBLIC LAND | CA | HN7CS4YNMBC4 | Not for Profit |
|---|---|---|---|
| maic9383 - Minneapolis American Indian Center | MN | JLNTCKHMMP23 | Not for Profit |
| UNIVERSITY OF WISCONSIN SYSTEM | WI | LCLSJAGTNZQ7 | State Institution of Higher Learning |
| CITY OF MADISON | WI | FS3AZ3FV8JG8 | Municipal |
| MIDWEST TRIBAL ENERGY RESOURCES ASSOCIATION INC | WI | CBSZX57DLCY1 | Indian Tribe |
| LEECH LAKE BAND OF OJIBWE | MN | EBFFR37CPL55 | Indian Tribe |
| THE CITY-COUNTY OF BUTTE SILVER BOW | MT | KU4FFEFBNJD9 | County |
| Flandreau Santee Sioux Tribe | SD | HH4QS2XSBBK4 | Indian Tribe |
| cdi3831 - COMMUN DENVER INC. | CO | F7P7YN1KERT4 | Not for Profit |
| CITY OF HOUSTON | TX | GULQZBMP2SR3 | Municipal |
| DILLARD UNIVERSITY | LA | FR9LM1J86MJ5 | Private University |
| mwmw8466 - MISSION WACO MISSION WORLD | TX | NN73AH7NJQ24 | Not for Profit |
| sfisi5705 - SANTA FE INDIAN SCHOOL, INC. | NM | Z8S4SGTN7TB3 | Not for Profit |
| urec6143 - URBAN RESTORATION ENHANCEMENT CORPORATION | LA | JMU7U1STL1E9 | Not for Profit |
| bbca2029 - BIG BEND CONSERVATION ALLIANCE | TX | S8ZQQCC5VY43 | Not for Profit |
| aah0289 - AIR ALLIANCE HOUSTON | TX | SL44BVTJBFK5 | Not for Profit |
| tgcfce0255 - THE GLOBAL CENTER FOR CULTURAL ENTREPRENEURSHIP | NM | WQRNGQRGEWF6 | Not for Profit |
| srnl3940 - Stay Ready NOLA, Inc. | LA | TZRGSNCAVLF4 | Not for Profit |
| LANE COUNTY OREGON | OR | XCLAXTCSJF71 | County |
| CITY OF POCATELLO | ID | C1H5KKGYA7F8 | Municipal |
| THE CORPORATION OF GONZAGA UNIVERSITY | WA | Y14CPR31B6C3 | Private University |
| DENA NENA HENASH | AK | D37SXRJ5HMJ1 | Indian Tribe |
| CONFEDERATED TRIBES OF GRAND RONDE | OR | K4ZDA84UXNN5 | Indian Tribe |
| FRONT AND CENTERED | WA | XAWGFDYVLB88 | Not for Profit |
| NATIVE VILLAGE OF CHENEGA | AK | G6CZKLD8N8E6 | Indian Tribe |
| ALASKA NATIVE TRIBAL HEALTH CONSORTIUM | AK | M272P7XFJNN7 | Indian Tribe |
| tf3690 - TEBUGHNA FOUNDATION | AK | X3CBRNE3CN78 | Not for Profit |
| METLAKATLA INDIAN COMMUNITY | AK | MYPCUEP3PY65 | Indian Tribe |
| ALASKA NATIVE TRIBAL HEALTH CONSORTIUM | AK | M272P7XFJNN7 | Indian Tribe |
| Chiloquin - CITY OF CHILOQUIN | OR | YMM6JD17NHJ7 | Municipal |
| cgesd6357 - Columbia Gorge Education Service District | OR | TGJRJSMNDUH6 | |
| sri0185 - SPRUCE ROOT, INC. | AK | WHSCX3H9LN69 | Not for Profit |
| Native Village of Kipnuk | AK | LZJ7Y671BNN5 | Indian Tribe |
| Confederated Tribes and Bands of the Yakama Nation | WA | Q4EDSUR34U61 | Indian Tribe |
| t6438 - RECTOR & VISITORS OF THE UNIVERSITY OF VIRGINIA | VA | JJG6HU8PA4S5 | State Institution of Higher Learning |
| THE TRUST FOR PUBLIC LAND | CA | HN7CS4YNMBC4 | Not for Profit |
| TEXAS A & M UNIVERSITY | TX | JF6XLNB4CDJ5 | State Institution of Higher Learning |

EPA_00318410

| 66.616 | Environmental and Climate Justice Block Grant Program |
|--------|-------------------------------------------------------|
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |

EPA_00318411

| |
|---|
| Building Democratic Systems for a Climate Resilient Cleveland |
| Minneapolis Climate Resilience Hub Partnership |
| InterTribal Lake Winnebago Mayom ~Wild Rice ~ Revitalization Project |
| Climate Resilience Starts at Home: Growing Energy Efficiency, Indoor Air Quality, and Green Jobs in Madison and Fitchburg, Wisconsin |
| Improving Tribal Access to Energy Efficiency and Weatherization Infrastructure for Midwest Tribes |
| Leech Lake Band of Ojibwe Tribal Resilience Hub |
| Butte Community Resilience Hub |
| Flandreau Santee Sioux Tribe Community Change Grant |
| Loretto Heights Resiliency Hub |
| Vulnerable to Vibrant: Power for Change |
| Dillard University and United Way of Southeast Louisiana Partnership: Building Climate Resiliency in Southeast Louisiana |
| Engaging Communities for a Resilient and Sustainable Waco and McLennan County |
| Water Is Life: Advancing Climate Action and Environmental Justice Goals of the Santa Fe Indian School Campus Vision Plan |
| Weatherization and Energy Efficiency to Promote Louisiana Urban Growth (WE PLUG Louisiana) |
| Everything's Connected in Presidio: Building climate resiliency through green infrastructure and reducing pollution through traffic mitigation at the International Bridge crossing |
| AirMail Gulf Coast |
| New Mexico Partnership for Equitable Climate Planning and Policy |
| Stay Ready Solar Project |
| Lane County Transformation for Resiliency Through Equity and Engagement Network |
| CITY OF POCATELLO SOUTH 5TH AVE. COMPLETE STREETS AND SEWER PROJECT |
| Spokane Climate Resilience Project - transform disadvantaged Spokane communities into healthy, climate resilient, and thriving communities. |
| EPA Huslia Village Climate Solutions |
| FY2024 CTGR EPA CCGP Resident Resilience Center |
| Applying Cornerstones of Co-governance through Community Leadership and Assemblies in Washington State for Environmental Justice (ACCELERATE EJ) |
| Chenega Bulk Fuel Storage System &amp; Renewable Integration Project. |
| Bering Straits Community Solar &amp; Battery Systems |
| Rebuilding Community: Repairing and Renewing Homes for the People of the Native Village of Tyonek, Alaska |
| Revitalizing Metlakatlas Ecosystems for Future Generations - Air Toxic Pollution Reduction, Nature-Based Solutions through Regenerative Seaweed Farming, and Ocean Vessel E |
| Kotzebue Tribal Wind |
| Chiloquin Community Resilience Hub and Municipal Center |
| The Columbia Gorge Early Learning and Resilience Center: A rural hub for environmental justice and climate resilience |
| Village Voices for Equity: Strengthening Indigenous Participation in Environmental and Climate Policy |
| Kipnuk Reach 3 Riprap Riverbank Stabilization Project |
| Fire and the Built Environment: Reducing Air Pollution Impacts on Yakama Nation and the Yakima Valley |
| Permafrost Management for Community Health and Resilience in Utqiaġvik, Alaska |
| Environmental and Climate Justice Block Grant Program |
| Environmental and Climate Justice Block Grant Program |

EPA_00318412

This agreement provides funding under the Inflation Reduction Act (IRA) to The Trust for Public Land.  Specifically, through this project entitled &quot;Building Democratic System
This agreement provides funding under the Inflation Reduction Act (IRA) to Minneapolis American Indian Center. Specifically, the project will fund the installation and utilization of
This agreement provides funding under the Inflation Reduction Act (IRA) to The Board of Regents of the University of Wisconsin System.  Specifically, the project will interrupt and
This agreement provides funding under the Inflation Reduction Act (IRA) to City of Madison. Specifically, the project will address energy justice head on and implementing equitabl
This agreement provides funding under the Inflation Reduction Act (IRA) to Midwest Tribal Energy Resources Association, Inc (MTERA). Specifically, the project will improve the li
This agreement provides funding under the Inflation Reduction Act (IRA) to Leech Lake Band of Ojibwe. Specifically, the project will be creating a Tribal Resilience Hub, the corner
This agreement provides funding under the Inflation Reduction Act (IRA) to The City and County of Butte-Silver Bow. Specifically, the project will build The Community Resilience
This agreement provides funding under the Inflation Reduction Act (IRA) to the Flandreau Santee Sioux Tribe. Specifically, the project will create a Zero Emission Transportation C
This agreement provides funding under the Inflation Reduction Act (IRA) to Commun Denver Inc. Specifically, the project will renovate a 40,000 square foot building into a commu
This agreement provides funding under the Inflation Reduction Act (IRA). The project will focus on several key areas in the City of Houston:Contamination and Pollution Mitigation:
This agreement allocates funding to Dillard University through the Inflation Reduction Act (IRA). The university will utilize this funding to install electric vehicle charging stations, so
This agreement provides funding under the Inflation Reduction Act (IRA) to Mission Waco Mission World. Specifically, the project will strengthen existing partnerships to build a m
This agreement provides funding under the Inflation Reduction Act (IRA) to Santa Fe Indian School, Inc. Specifically, the project will implement the 2023 Santa Fe Indian School (S
This agreement provides funding under the Inflation Reduction Act (IRA) to Urban Restoration Enhancement Corporation. Specifically, this Track I project will be implemented thro
This agreement provides funding under the Inflation Reduction Act (IRA) to Big Bend Conservation Alliance. Specifically, the project will revitalize and provide green spaces, monit
This agreement provides funding under the Inflation Reduction Act (IRA) to Air Alliance Houston (AAH). Specifically, the project will build the capacity of communities and governm
This agreement provides funding under the Inflation Reduction Act (IRA) to the Global Center for Cultural Entrepreneurship.  Specifically, the project will support the recipient and i
This agreement provides funding under the Inflation Reduction Act (IRA) to Stay Ready NOLA, Inc. Specifically, the project will seek to build a ResilienceHub to enhance communi
This agreement provides funding under the Inflation Reduction Act (IRA) to Lane County to tackle the climate crisis by renovating six resiliency hubs targeting high risk populations
This agreement provides funding under the Inflation Reduction Act (IRA) to the City of Pocatello. Specifically, the project will improve local groundwater and air quality, while also i
This agreement provides funding under the Inflation Reduction Act (IRA) to Gonzaga Institute for Climate, Water, and the Environment (Climate Institute). Specifically, this project
This agreement provides funding under the Inflation Reduction Act (IRA) to Tanana Chiefs Conference. Specifically, the project will allow Tanana Chiefs Conference to manage the
This agreement provides funding under the Inflation Reduction Act (IRA) to Confederated Tribes of Grand Ronde. Specifically, the project will allow Confederated Tribes of Grand I
This agreement provides funding under the Inflation Reduction Act (IRA) to Front &amp; Centered.  Specifically, the project will engage Community-Based Organizations and com
This grant provides funding under the Inflation Reduction Act (IRA) to Native Village of Chenega. Specifically, the project will involve the construction of a new 30,000-gallon bulk f
This agreement provides funding under the Inflation Reduction Act (IRA) to the Alaska Native Tribal Health Consortium. Specifically, the project proposes to build community-scale
This agreement provides funding under the Inflation Reduction Act (IRA) to Tebughna Foundation. Specifically, the project will create a workforce development program in Tyonek,
This agreement provides funding under the Inflation Reduction Act (IRA) to Metlakatla Indian Community. Specifically, the project will: (1) implement seaweed farming as a nature-

This agreement provides funding under the Inflation Reduction Act (IRA) to Alaska Native Tribal Health Consortium (ANTHC). Specifically, the project will build two wind turbines
in Kotzebue, Alaska.

With an overarching purpose to prepare the Greater Chiloquin Area to respond to emergencies, support residents in times of crisis, and foster climate change resiliency, this proje
This agreement provides funding under the Inflation Reduction Act (IRA) to the Columbia Gorge Education Service District. Specifically, the project will renovate a school building t
This agreement provides funding under the Inflation Reduction Act (IRA) to Spruce Root.  Specifically, the project will engage rural, disadvantaged Tribal communities in Southeas
This agreement provides funding under the Inflation Reduction Act (IRA) to Native Village of Kipnuk. Specifically, the Kipnuk Riprap Riverbank Stabilization Project will add riprap t
This agreement provides funding under the Inflation Reduction Act (IRA) to Confederated Tribes and Bands of Yakama Nation. Specifically, the project will allow the Confederated
This agreement provides funding under the Inflation Reduction Act (IRA) to the University of Virginia. Specifically, the project will allow the University of Virginia, working in Utqiagv
This agreement approves an award in the amount of $19,960,040 under the Inflation Reduction Act (IRA) to the Trust for Public Land. Specifically, the Clifton Hills Alton Park Thre
This action approves an award in the amount of $14,443,306.00 to support Texas A&amp;M University to install hundreds of onsite wastewater treatment systems, infrastructure t

EPA_00318413

| 66.616 | 5F | 03D26124 | 03D26124-0 | 12/02/2024 | | 2025 | 03/03/2025 | $19,953,400.00 | $19,953,400.00 |
|---|---|---|---|---|---|---|---|---|---|
| 66.616 | 5F | 03D26224 | 03D26224-0 | 12/04/2024 | | 2025 | 02/24/2025 | $19,357,757.00 | $19,357,757.00 |
| 66.616 | 5F | 03D26324 | 03D26324-0 | 12/04/2024 | | 2025 | 02/25/2025 | $19,827,740.00 | $18,490,240.00 |
| 66.616 | 5F | 03D30524 | 03D30524-0 | 12/10/2024 | | 2025 | 02/20/2025 | $20,000,000.00 | $20,000,000.00 |
| 66.616 | 5F | 03D30624 | 03D30624-0 | 12/16/2024 | | 2025 | | $14,944,031.00 | $14,944,031.00 |
| 66.616 | 5F | 03D30724 | 03D30724-0 | 12/18/2024 | | 2025 | | $19,999,967.00 | $19,999,967.00 |
| 66.616 | 5F | 03D30824 | 03D30824-0 | 12/20/2024 | | 2025 | 02/21/2025 | $11,441,520.00 | $11,396,020.00 |
| 66.616 | 5F | 03D30924 | 03D30924-0 | 12/20/2024 | | 2025 | 01/31/2025 | $1,875,142.00 | $1,875,142.00 |
| 66.616 | 5F | 03D31024 | 03D31024-0 | 12/12/2024 | | 2025 | 03/05/2025 | $3,103,648.00 | $3,103,648.00 |
| 66.616 | 5F | 03D33525 | 03D33525-0 | 01/17/2025 | | 2025 | | $3,000,000.00 | $3,000,000.00 |
| 66.616 | 5F | 03D33625 | 03D33625-0 | 01/16/2025 | | 2025 | | $2,596,592.00 | $2,596,592.00 |
| 66.616 | 5F | 03D33725 | 03D33725-0 | 01/17/2025 | | 2025 | | $19,996,791.00 | $19,996,791.00 |
| 66.616 | 5F | 03D33825 | 03D33825-0 | 01/16/2025 | | 2025 | 03/07/2025 | $19,889,515.00 | $19,889,515.00 |
| 66.616 | 5F | 03D33925 | 03D33925-0 | 01/17/2025 | | 2025 | | $19,805,900.00 | $19,805,900.00 |
| 66.616 | 5F | 953A0021 | 953A0021-0 | 11/26/2024 | | 2025 | 02/25/2025 | $20,104,032.00 | $20,104,032.00 |
| 66.616 | 5F | 953A0039 | 953A0039-0 | 11/26/2024 | | 2025 | 02/20/2025 | $15,309,845.00 | $15,309,845.00 |
| 66.616 | 5F | 953A0075 | 953A0075-0 | 12/11/2024 | | 2025 | | $19,997,822.00 | $19,997,822.00 |
| 66.616 | 5F | 953A0079 | 953A0079-0 | 12/05/2024 | | 2025 | | $20,006,400.00 | $20,006,400.00 |
| 66.616 | 5F | 953A0097 | 953A0097-0 | 01/08/2025 | | 2025 | 03/04/2025 | $19,886,658.00 | $19,886,658.00 |
| 66.616 | 5F | 96272300 | 96272300-0 | 12/13/2024 | | 2025 | 03/03/2025 | $1,047,647.00 | $1,047,647.00 |
| 66.616 | 5F | 96272800 | 96272800-0 | 12/20/2024 | | 2025 | 02/27/2025 | $20,096,954.00 | $20,096,954.00 |
| 66.616 | 5F | 96272900 | 96272900-0 | 12/11/2024 | | 2025 | | $20,152,214.00 | $20,152,214.00 |
| 66.616 | 5F | 96273600 | 96273600-0 | 12/16/2024 | | 2025 | 02/26/2025 | $3,115,632.00 | $3,115,632.00 |
| 66.616 | 5F | 96274625 | 96274625-0 | 12/18/2024 | | 2025 | | $3,000,000.00 | $3,000,000.00 |
| 66.616 | 5F | 96275300 | 96275300-0 | 12/20/2024 | | 2025 | | $11,914,745.00 | $11,914,745.00 |
| 66.616 | 5F | 96275325 | 96275325-0 | 12/18/2024 | | 2025 | 03/04/2025 | $19,318,594.00 | $19,318,594.00 |
| 66.616 | 5F | 96275425 | 96275425-0 | 01/13/2025 | | 2025 | 02/21/2025 | $11,158,108.00 | $11,158,108.00 |
| 66.616 | 5F | 96276500 | 96276500-0 | 01/03/2025 | | 2025 | 03/04/2025 | $20,000,000.00 | $20,000,000.00 |
| 66.616 | 5F | 96276600 | 96276600-0 | 01/16/2025 | | 2025 | | $20,000,000.00 | $20,000,000.00 |
| 66.616 | 5F | 96276700 | 96276700-0 | 01/15/2025 | | 2025 | 03/06/2025 | $20,000,000.00 | $20,000,000.00 |
| 66.616 | 5F | 96278700 | 96278700-0 | 01/13/2025 | | 2025 | 02/26/2025 | $3,000,000.00 | $3,000,000.00 |
| 66.616 | 5F | 97T17601 | 97T17601-0 | 11/26/2024 | | 2025 | 02/21/2025 | $1,200,000.00 | $1,200,000.00 |
| 66.616 | 5F | 97T17701 | 97T17701-0 | 12/09/2024 | | 2025 | | $20,040,630.00 | $20,040,630.00 |
| 66.616 | 5F | 97T17801 | 97T17801-0 | 11/25/2024 | | 2025 | 02/26/2025 | $19,999,999.00 | $19,999,999.00 |
| 66.616 | 5F | 97T17901 | 97T17901-0 | 12/06/2024 | | 2025 | 02/27/2025 | $20,000,000.00 | $20,000,000.00 |
| 66.616 | 5F | 97T18001 | 97T18001-0 | 11/26/2024 | | 2025 | 03/04/2025 | $20,452,614.00 | $20,452,614.00 |
| 66.616 | 5F | 97T18101 | 97T18101-0 | 11/23/2024 | | 2025 | 02/10/2025 | $18,560,143.00 | $18,560,143.00 |
| 66.616 | 5F | 97T18301 | 97T18301-0 | 11/26/2024 | | 2025 | 02/28/2025 | $1,500,000.00 | $1,500,000.00 |
| 66.616 | 5F | 97T24301 | 97T24301-0 | 11/25/2024 | | 2025 | 03/03/2025 | $19,965,495.00 | $19,965,495.00 |
| 66.616 | 5F | 97T24601 | 97T24601-0 | 11/29/2024 | | 2025 | 03/11/2025 | $3,000,000.00 | $3,000,000.00 |
| 66.616 | 5F | 97T24701 | 97T24701-0 | 11/19/2024 | | 2025 | 02/24/2025 | $19,997,193.00 | $19,997,193.00 |
| 66.616 | 5F | 97T28201 | 97T28201-0 | 12/12/2024 | | 2025 | | $18,590,988.00 | $18,590,988.00 |

**J.A. 2625**

EPA_00318414

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| $19,953,400.00 | $22,590.29 | $19,930,809.71 | EPA R4 | R04 | 12/01/2024 | 11/30/2027 |
| $19,357,757.00 | $50,522.14 | $19,307,234.86 | EPA R4 | R04 | 12/01/2024 | 11/30/2027 |
| $18,490,240.00 | $3,957.75 | $18,486,282.25 | EPA R4 | R04 | 01/01/2025 | 12/31/2027 |
| $20,000,000.00 | $67,745.29 | $19,932,254.71 | EPA R4 | R04 | 01/01/2025 | 12/31/2027 |
| $14,944,031.00 | $0.00 | $14,944,031.00 | EPA R4 | R04 | 03/01/2025 | 02/29/2028 |
| $19,999,967.00 | $0.00 | $19,999,967.00 | EPA R4 | R04 | 04/01/2025 | 03/31/2028 |
| $11,396,020.00 | $145,008.85 | $11,251,011.15 | EPA R4 | R04 | 01/01/2025 | 12/31/2027 |
| $1,875,142.00 | $6,129.72 | $1,869,012.28 | EPA R4 | R04 | 01/01/2025 | 12/31/2027 |
| $3,103,648.00 | $15,990.25 | $3,087,657.75 | EPA R4 | R04 | 01/01/2025 | 12/31/2027 |
| $3,000,000.00 | $0.00 | $3,000,000.00 | EPA R4 | R04 | 06/01/2025 | 05/31/2028 |
| $2,596,592.00 | $0.00 | $2,596,592.00 | EPA R4 | R04 | 03/01/2025 | 02/29/2028 |
| $19,996,791.00 | $0.00 | $19,996,791.00 | EPA R4 | R04 | 01/01/2025 | 12/31/2027 |
| $19,889,515.00 | $1,471.23 | $19,888,043.77 | EPA R4 | R04 | 03/01/2025 | 02/29/2028 |
| $19,805,900.00 | $0.00 | $19,805,900.00 | EPA R4 | R04 | 01/01/2025 | 12/31/2027 |
| $20,104,032.00 | $62,683.23 | $20,041,348.77 | EPA R3 | R03 | 11/01/2024 | 10/31/2027 |
| $15,309,845.00 | $877,922.29 | $14,431,922.71 | EPA R3 | R03 | 11/01/2024 | 10/31/2027 |
| $19,997,822.00 | $0.00 | $19,997,822.00 | EPA R3 | OEJECR | 01/01/2025 | 12/31/2027 |
| $20,006,400.00 | $0.00 | $20,006,400.00 | EPA R3 | R03 | 03/01/2025 | 02/29/2028 |
| $19,886,658.00 | $27,106.16 | $19,859,551.84 | EPA R3 | R03 | 02/01/2025 | 01/31/2028 |
| $1,047,647.00 | $48,405.75 | $999,241.25 | EPA R2 | R02 | 11/01/2024 | 10/31/2027 |
| $20,096,954.00 | $34,767.96 | $20,062,186.04 | EPA R2 | R02 | 01/06/2025 | 01/05/2028 |
| $20,152,214.00 | $0.00 | $20,152,214.00 | EPA R2 | R02 | 01/15/2025 | 01/14/2028 |
| $3,115,632.00 | $32,659.97 | $3,082,972.03 | EPA R2 | R02 | 01/01/2025 | 12/31/2027 |
| $3,000,000.00 | $0.00 | $3,000,000.00 | EPA R2 | R02 | 02/15/2025 | 02/14/2028 |
| $11,914,745.00 | $0.00 | $11,914,745.00 | EPA R2 | R02 | 02/17/2025 | 02/16/2028 |
| $19,318,594.00 | $12,282.31 | $19,306,311.69 | EPA R2 | R02 | 01/06/2025 | 01/05/2028 |
| $11,158,108.00 | $32,000.00 | $11,126,108.00 | EPA R2 | R02 | 02/01/2025 | 01/31/2028 |
| $20,000,000.00 | $51,712.01 | $19,948,287.99 | EPA R2 | R02 | 01/15/2025 | 01/14/2028 |
| $20,000,000.00 | $0.00 | $20,000,000.00 | EPA R2 | R02 | 03/31/2025 | 03/30/2028 |
| $20,000,000.00 | $201,599.86 | $19,798,400.14 | EPA R2 | R02 | 02/01/2025 | 01/31/2028 |
| $3,000,000.00 | $3,993.88 | $2,996,006.12 | EPA R2 | R02 | 12/16/2024 | 12/15/2027 |
| $1,200,000.00 | $25,000.00 | $1,175,000.00 | EPA R9 | R09 | 11/01/2024 | 10/31/2027 |
| $20,040,630.00 | $0.00 | $20,040,630.00 | EPA R9 | R09 | 12/01/2024 | 11/30/2027 |
| $19,999,999.00 | $32,267.31 | $19,967,731.69 | EPA R9 | R09 | 01/06/2025 | 01/05/2028 |
| $20,000,000.00 | $88,158.13 | $19,911,841.87 | EPA R9 | R09 | 10/01/2024 | 09/30/2027 |
| $20,452,614.00 | $892,698.17 | $19,559,915.83 | EPA R9 | R09 | 01/01/2025 | 12/31/2027 |
| $18,560,143.00 | $573,914.45 | $17,986,228.55 | EPA R9 | R09 | 11/01/2024 | 10/31/2027 |
| $1,500,000.00 | $62,257.71 | $1,437,742.29 | EPA R9 | R09 | 12/01/2024 | 11/30/2027 |
| $19,965,495.00 | $7,502.33 | $19,957,992.67 | EPA R9 | R09 | 01/01/2025 | 12/31/2027 |
| $3,000,000.00 | $47,770.47 | $2,952,229.53 | EPA R9 | R09 | 12/16/2024 | 12/15/2027 |
| $19,997,193.00 | $86,535.55 | $19,910,657.45 | EPA R9 | R09 | 12/01/2024 | 11/30/2027 |
| $18,590,988.00 | $0.00 | $18,590,988.00 | EPA R9 | R09 | 01/01/2025 | 12/31/2027 |

EPA_00318415

**J.A. 2626**

| | | | |
|---|---|---|---|
| lsca5653 - Lucky Shoals Community Association, Inc. | GA | RXW8XMECCFL9 | Not for Profit |
| sfcf3865 - SOUTHWEST FLORIDA COMMUNITY FOUNDATION, INC. | FL | T3M1LLGHUMC5 | Not for Profit |
| tsrfohpi8797 - The Southwest Renewal Foundation of High Point, Inc. | NC | S79DG9CMYF69 | Not for Profit |
| Groundwell Inc. - GROUNDSWELL INC | DC | WLA2JJDJFL63 | Not for Profit |
| Univ Area CD - UNIVERSITY AREA COMMUNITY DEV | FL | STMHHTJHN1R8 | Not for Profit |
| twlti4915 - THE WORKING LANDS TRUST, INC. | NC | JLTHEQFXZG53 | Not for Profit |
| si0695 - Sustainability Institute | SC | NF9KCFN32M55 | Not for Profit |
| teoca3785 - Tennessee Educators of Color Alliance | TN | C7UMG6PDANY8 | Not for Profit |
| mi8573 - MDC, INC. | NC | R84FBNHNNDJ7 | Not for Profit |
| PalmBchCoGov - COUNTY OF PALM BEACH | FL | XL2DNFMPCR44 | County |
| WEST ANNISTON FOUNDATION | AL | K2LLRBBPDA26 | Not for Profit |
| ygag5952 - YOUNG, GIFTED & GREEN | TN | F24MECJ9L4A5 | Not for Profit |
| 2CMississippi: Towards Sustainable, Educated and Empowered Mississippi | MS | ELCWEURZDPW9 | Not for Profit |
| CITY OF THOMASVILLE | GA | C115QBW3DCK7 | Township |
| NATIONAL HOUSING TRUST | DC | JX69LRYCYUA7 | Not for Profit |
| PITTSBURGH CONSERVATION CORPS | PA | D32KKGEEYJ15 | Not for Profit |
| ENERGY COORDINATING AGENCY OF PHILADELPHIA, INC. | PA | D3SLFNSLDQG1 | Not for Profit |
| CITY OF HAMPTON | VA | H43KALPESBP1 | Municipal |
| t6438 - RECTOR & VISITORS OF THE UNIVERSITY OF VIRGINIA | VA | JJG6HU8PA4S5 | State Institution of Higher Learning |
| BRONX RIVER ALLIANCE INC | NY | MW8CCAHLLTN7 | Not for Profit |
| GRID ALTERNATIVES | CA | GXQ3HX2VLLP3 | Not for Profit |
| PEOPLE UNITED FOR SUSTAINABLE HOUSING, INC | NY | DC4ZZCUTM6N9 | Not for Profit |
| EL PUENTE DE WILLIAMSBURG, INC. | NY | QD3BU836BR33 | Not for Profit |
| WEST HARLEM ENVIRONMENTAL ACTION INC | NY | PB8TKKTU3AG3 | Not for Profit |
| ddlcdpri9224 - DEPARTAMENTO DE LA COMIDA DE PUERTO RICO INC | PR | FAN4ZMDTP588 | Not for Profit |
| Ironbound Community Corporation | NJ | RESKT9F5G3K3 | Not for Profit |
| Rockaway Waterfront Alliance, Inc. | NY | M12VD7WEEFM9 | Not for Profit |
| adrdlmi8531 - ASOCIACION DE RESIDENTES DE LA MARGARITA INC | PR | DGR4WZZYGQ86 | Not for Profit |
| ISLAND GREEN BUILDING ASSOCIATION, INCORPORATED | VI | QT3RF9GL8VT4 | Not for Profit |
| taotcri1427 - TRINITY ALLIANCE OF THE CAPITAL REGION, INC | NY | XB3ZLWAE8836 | Not for Profit |
| THE NEW SCHOOL | NY | YNL2H7YNMFP9 | Private University |
| SPECIAL SERVICE FOR GROUPS, INC. | CA | WQGNEZQYP3Y7 | Not for Profit |
| CITY OF BAKERSFIELD | CA | YUJJHEWCPLZ5 | Municipal |
| tsdf0690 - SAN DIEGO FOUNDATION | CA | SZ8JCM7C3ND9 | Not for Profit |
| cfrcd6471 - COALITION FOR RESPONSIBLE COMMUNITY DEVELOPMENT | CA | ML7DAKLHL8C4 | Not for Profit |
| do1729 - DAY ONE | CA | MXVGDJN73T46 | Not for Profit |
| lfcci9534 - LA FAMILIA COUNSELING CENTER, INC | CA | JNGAN2NDKKZ8 | Not for Profit |
| igp9296 - INSIGHT GARDEN PROGRAM | CA | CAYNH2NVEM53 | Not for Profit |
| timma1315 - TREASURE ISLAND MOBILITY MANAGEMENT AGENCY | CA | ZQYAKF2S8NL8 | Special District |
| SOCIAL AND ENVIRONMENTAL ENTREPRENEURS (SEE), INC. | CA | VCAASEEZRM59 | Not for Profit |
| tpfi9370 - PRIMAVERA FOUNDATION INC | AZ | ZXQAE5JV2LJ8 | Not for Profit |
| PUEBLO UNIDO CDC | CA | GR5NZB2NUS49 | Not for Profit |

EPA_00318416

| 66.616 | Environmental and Climate Justice Block Grant Program |
|---|---|
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |

EPA_00318417

| |
|---|
| Environmental and Climate Justice Block Grant Program |
| Environmental and Climate Justice Block Grant Program |
| Environmental and Climate Justice Block Grant Program |
| Environmental and Climate Justice Block Grant Program |
| Environmental and Climate Justice Block Grant Program |
| Environmental and Climate Justice Block Grant Program |
| Environmental and Climate Justice Block Grant Program |
| Environmental and Climate Justice Block Grant Program |
| Environmental and Climate Justice Block Grant Program |
| Environmental and Climate Justice Block Grant Program |
| Environmental and Climate Justice Block Grant Program |
| Environmental and Climate Justice Block Grant Program |
| Environmental and Climate Justice Block Grant Program |
| Environmental and Climate Justice Block Grant Program |
| Empowering Healthy, Resilient and Affordable Communities |
| Leveraging a Pittsburgh / Philadelphia Workforce Development Partnerships to Multiply the Impact of Decarbonization, Pollution Remediation, and Circular Economy through Wo |
| Grays Ferry Community Resilience Hub |
| Aberdeen Gardens Community Resilience Implementation Strategy |
| Appalachian Environmental Resilience Community Change Grants Program |
| Uplifting Bronx Voices for Climate Change Resilience |
| A Collaborative Approach to Climate Resilience for Puerto Rico through Renewable Energy, Energy Efficiency, and Natural Resource Restoration |
| The Buffalo Neighborhood Mobilization Hubs Plan |
| To facilitate the engagement of disadvantaged communities in North Brooklyn in governmental processes for environmental and climate justice. |
| EJNYC: Community-Based Solutions for Environmental Justice |
| Por las Quebradas (For the Streams): Community Watershed Stewardship and Climate Resilience in Rural Caguas, Puerto Rico |
| Enhancing Community Resilience with Microgrid Technology |
| Rockaway Coastal Resilience Dune Restoration Project |
| Community Leadership Initiatives for Mitigation and Adaptation (CLIMA) Project |
| United States Virgin Islands Partnerships for Community-Wide Sustainability |
| ALL(bany) Together - Climate and Health Resilience Equity Project |
| Energy Governance Engagement for Environmental Justice (EGEEJ) |
| Inflation Reduction Act &ndash; Environmental and Climate Justice |
| Inflation Reduction Act &ndash; Environmental Justice Thriving Communities |
| Inflation Reduction Act - Environmental and Climate Justice |
| Inflation Reduction Act - Environmental and Climate Justice |
| Environmental and Climate Justice Block Grant Program |
| Inflation Reduction Act &ndash; Environmental and Climate Justice |
| Inflation Reduction Act &ndash; Environmental and Climate Justice |
| Inflation Reduction Act &ndash; Environmental and Climate Justice |
| Inflation Reduction Act - Environmental and Climate Justice |
| INFLATION REDUCTION ACT - ENVIRONMENTAL &amp; CLIMATE JUSTICE |
| Inflation Reduction Act - Environmental and Climate Justice |

This agreement provides funding in the amount of $19,953,400 under the Inflation Reduction Act (IRA) to Lucky Shoals Community Association (LSCA). Specifically, the project w
This agreement provides funding in the amount of $19,357,757 under the Inflation Reduction Act (IRA) to Southwest Florida Community Foundation, dba Collaboratory. This proje
This action approves funding in the amount of $18,490,240 to The Southwest Renewal Foundation of High Point, Inc under the Inflation Reduction Act (IRA). Specifically, the proje
This action approves funding in the amount of 20,000,000.00 under the Inflation Reduction Act (IRA) to Groundswell, Inc. Specifically, the project will support community resilience
This action approves funding in the amount of $14,944,031 under the Inflation Reduction Act (IRA) to University Area Community Development Corporation, Inc, Florida. Specifica
This action approves funding in the amount of $19,999,967 under the Inflation Reduction Act (IRA) to The Working Lands Trust, Incorporated of North Carolina. Specifically, the pr
This action approves funding in the amount of $11,396,020 under the Inflation Reduction Act (IRA) to the Sustainability Institute of South Carolina. Specifically, the project will: pro
This action provides funding in the amount of $1,875,142 to support the Tennessee Educators of Color Alliance as they aim to significantly impact communities across Tennessee
This action approves an award in the amount of  $3,103,648.00 under the Inflation Reduction Act (IRA) to MDC Inc.  Specifically, the project will enhance the ability, skills, and cor
This action approves funding in the amount of $3,000,000 under the Inflation Reduction Act (IRA) to Palm Beach County (PBC) Office of Resilience.  Specifically, the project will e
This agreement provides funding in the amount of $2,596,592 under the Inflation Reduction Act (IRA) to West Anniston Foundation, Alabama.  Specifically, the project will empowe
This action approves an award in the amount of $19,996,791 under the Inflation Reduction Act (IRA) to Young, Gifted and Green. Specifically, the project will encompass three clir
This agreement approves funding in the amount of $19,889,515 under the Inflation Reduction Act (IRA) to 2C Mississippi: Towards Sustainable, Educated, and Empowered Missis
This action approves an award in the amount of$19,805,900 to the City of Thomasville under the Inflation Reduction Act (IRA) to support resiliency in Thomasville's low-income his
This agreement provides funding under the Inflation Reduction Act (IRA) to the National Housing Trust. Specifically, the project will retrofit 785 homes to improve indoor air quality
This agreement provides funding under the Inflation Reduction Act (IRA) to the Pittsburgh Conservation Corps. Specifically, the project will support a Pittsburgh-Philadelphia partn
This agreement provides funding under the Inflation Reduction Act (IRA) to ECAP - The Energy Coordinating Agency Of Philadelphia, Inc. and Habitat for Humanity Philadelphia, I
This agreement provides funding under the Inflation Reduction Act (IRA) to City of Hampton, Virginia. Specifically, the project will work to create a sustainable, resilient future for a
This agreement provides funding under the Inflation Reduction Act (IRA) to Rector and Visitors of the University of Virginia (UVA). Specifically, the project will implement Climate R
This agreement provides funding under the Inflation Reduction Act (IRA) to Bronx River Alliance, Inc. Specifically, the project will establish a Bronx Climate Justice Task Force con
This agreement provides funding under the Inflation Reduction Act (IRA) to GRID Alternatives. Specifically, on the east side of Puerto Rico, the project will provide energy efficienc
This agreement provides funding under the Inflation Reduction Act (IRA) to PUSH Buffalo. Specifically, the project includes the following initiatives: Establishing 150 Community R
This agreement provides funding under the Inflation Reduction Act (IRA) to El Puente de Williamsburg, Inc. Specifically, the project will facilitate the engagement of disadvantaged
This agreement provides funding under the Inflation Reduction Act (IRA) to West Harlem Environmental Action, Inc. Specifically, the project will ensure that disadvantaged commu
This agreement provides funding under the Inflation Reduction Act (IRA) to El Departamento de la Comida (El Depa).  Specifically, this project has three initiatives: Community Ed
This agreement provides funding under the Inflation Reduction Act (IRA) to Ironbound Community Corporation (ICC). Specifically, by leveraging innovative solutions and fostering
This agreement provides funding under the Inflation Reduction Act (IRA) to Rockaway Waterfront Alliance (RWA), dba RISE. Specifically, by harnessing nature-based solutions ar
This agreement provides funding under the Inflation Reduction Act (IRA) to Asociación de Residentes de La Margarita, Inc. (ARLM). Specifically, the project will implement
This agreement provides funding under the Inflation Reduction Act (IRA) to Island Green Building Association, doing business as Island Green Living Association (IGL). Specificall
This agreement provides funding under the Inflation Reduction Act (IRA) to Trinity Alliance of the Capital Region. Specifically the project will support climate resiliency through two
This agreement provides funding under the Inflation Reduction Act (IRA) to The New School, Tishman Environment and Design Center. Specifically, the project will create an Ener
This agreement provides funding under the Inflation Reduction Act (IRA) to the nonprofit organization Special Service for Groups, Inc. Specifically, the project will train and empow
The agreement provides funding under the Inflation Reduction Act (IRA) to the City of Bakersfield, CA. Specifically, the project will address Climate Action and Pollution Reduction
This agreement provides funding under the Inflation Reduction Act (IRA) to the San Diego Foundation. Specifically, the project will develop and implement green infrastructure, tra
This agreement provides funding under the Inflation Reduction Act (IRA) to Coalition for Community Responsible Development (CRCD). Specifically, the project is divided into two
This agreement provides funding under the Inflation Reduction Act (IRA) to the nonprofit organization Day One, who are based in the San Gabriel Valley. Specifically, the project w
This agreement provides funding under the Inflation Reduction Act (IRA) to La Familia Counseling Center's Greening North Franklin project to implement several project to
This agreement provides funding under the Inflation Reduction Act (IRA) to Insight Garden Program. Specifically, the project will provide both immediate and long-term benefits to
This agreement provides funding under the Inflation Reduction Act (IRA) to Treasure Island Mobility Management Agency  (TIMMA). Specifically, the project will Treasure Island C
This agreement provides funding under the Inflation Reduction Act (IRA) to Social and Environmental Entrepreneurs (SEE). Specifically, the project will aim to strengthen the relati
This agreement provides funding under the Inflation Reduction Act (IRA) to Primavera Foundation, Inc. that will be used for projects to increase community resilience in the face o
This agreement provides funding under the Inflation Reduction Act (IRA) to Pueblo Unidos CDC. Specifically, the project will build a climate-smart, climate-resilient Center for Com

EPA_00318419

| 66.616 | 5F | 97T28301 | 97T28301-1 | 02/05/2025 | | 2025 | 03/03/2025 | $3,058,750.00 | $3,058,750.00 |
| 66.616 | 5F | 97T28401 | 97T28401-0 | 12/19/2024 | | 2025 | | $3,000,000.00 | $3,000,000.00 |
| 66.616 | 5F | 97T28501 | 97T28501-0 | 12/18/2024 | | 2025 | 02/21/2025 | $12,650,680.00 | $12,650,680.00 |
| 66.616 | 5F | 97T28601 | 97T28601-0 | 12/10/2024 | | 2025 | 03/07/2025 | $19,987,957.00 | $19,987,957.00 |
| 66.616 | 5F | 97T28701 | 97T28701-0 | 12/12/2024 | | 2025 | | $20,000,000.00 | $20,000,000.00 |
| 66.616 | 5F | 97T28801 | 97T28801-0 | 12/09/2024 | | 2025 | 02/20/2025 | $13,939,738.00 | $13,939,738.00 |
| 66.616 | 5F | 97T28901 | 97T28901-0 | 12/19/2024 | | 2025 | | $3,073,914.00 | $3,073,914.00 |
| 66.616 | 5F | 97T31701 | 97T31701-0 | 01/07/2025 | | 2025 | 03/07/2025 | $19,993,324.00 | $19,993,324.00 |
| 66.616 | 5F | 97T32001 | 97T32001-0 | 01/06/2025 | | 2025 | 02/28/2025 | $19,076,843.00 | $19,076,843.00 |
| 66.721 | 5P | 84107201 | 84107201-0 | 01/15/2025 | | 2025 | 03/03/2025 | $6,703,990.00 | $6,703,990.00 |

EPA_00318420

**J.A. 2631**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| $3,058,750.00 | $1,275,467.89 | $1,783,282.11 | EPA R9 | R09 | 01/01/2025 | 12/31/2027 |
| $3,000,000.00 | $0.00 | $3,000,000.00 | EPA R9 | R09 | 05/01/2025 | 04/30/2028 |
| $12,650,680.00 | $14,142.16 | $12,636,537.84 | EPA R9 | R09 | 01/01/2025 | 12/31/2027 |
| $19,987,957.00 | $51,000.73 | $19,936,956.27 | EPA R9 | R09 | 01/15/2025 | 01/14/2028 |
| $20,000,000.00 | $0.00 | $20,000,000.00 | EPA R9 | R09 | 04/01/2025 | 03/31/2028 |
| $13,939,738.00 | $9,279.89 | $13,930,458.11 | EPA R9 | R09 | 01/01/2025 | 12/31/2027 |
| $3,073,914.00 | $0.00 | $3,073,914.00 | EPA R9 | R09 | 01/01/2025 | 12/31/2027 |
| $19,993,324.00 | $3,929,148.08 | $16,064,175.92 | EPA R9 | R09 | 03/01/2025 | 02/28/2028 |
| $19,076,843.00 | $30,666.94 | $19,046,176.06 | EPA R9 | R09 | 02/01/2025 | 01/31/2028 |
| $6,703,990.00 | $26,670.00 | $6,677,320.00 | EPA HQ | OCSPP | 11/01/2024 | 12/31/2029 |

EPA_00318421

**J.A. 2632**

| | | | |
|---|---|---|---|
| lcfjaa4442 - LEADERSHIP COUNSEL FOR JUSTICE AND ACCOUNTABILITY | CA | LYQGLEQU8MQ7 | Not for Profit |
| UNIVERSITY OF GUAM | GU | YL62T9FVJXG3 | State Institution of Higher Learning |
| CASA FAMILIAR, INC | CA | DA19F5NKBH38 | Not for Profit |
| NEVADA CLEAN ENERGY FUND | NV | SMUBKY6A7ZK1 | Not for Profit |
| COMMUNITY WATER CENTER | CA | UAWLZMFKCDL4 | Not for Profit |
| t0609 - Pacific International Center for High Technology Research | HI | L8HGDJE4QQ74 | Not for Profit |
| EARTH ISLAND INSTITUTE INC | CA | N39HWTLFMVK9 | Not for Profit |
| SANTA YNEZ BAND OF MISSION INDIANS | CA | DK1SMCRF8VT5 | Indian Tribe |
| CONTRA COSTA, COUNTY OF | CA | H6XCU2DRT517 | Special District |
| t7133 - Building Materials Re-use Association | PA | ZU4BCJA87DL1 | Not for Profit |

EPA_00318422

| 66.616 | Environmental and Climate Justice Block Grant Program |
|--------|-------------------------------------------------------|
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.721 | Reducing Embodied Greenhouse Gas Emissions for Construction materials and Produicts - IRA |

EPA_00318423

| | |
|---|---|
| Inflation Reduction Act - Environmental and Climate Justice | |
| Inflation Reduction Act - Environmental and Climate Justice | |
| Inflation Reduction Act &ndash; Environmental and Climate Justice | |
| Inflation Reduction Act &ndash; Environmental and Climate Justice | |
| Inflation Reduction Act &ndash; Environmental and Climate Justice | |
| Inflation Reduction Act - Environmental and Climate Justice | |
| Inflation Reduction Act &ndash; Environmental and Climate Justice | |
| Inflation Reduction Act &ndash; Environmental and Climate Justice | |
| Environmental and Climate Justice Block Grant Program | |
| Build Reuse - Reducing Embodied GHG for Salvaged Materials FR | |

EPA_00318424

This agreement provides funding under the Inflation Reduction Act (IRA) to the Leadership Counsel for Justice and Accountability. Specifically, the project will help communities ch
This agreement provides funding under the Inflation Reduction Act (IRA) to the University of Guam Center for Island Sustainability and Sea Grant. Specifically, the project will crea
This agreement provides funding under the Inflation Reduction Act (IRA) to Casa Familiar. Specifically, this project will reduce greenhouse gas (GHG) emissions and improve air q
This agreement provides funding under the Inflation Reduction Act (IRA) to Nevada Clean Energy Fund. Specifically, the project will deliver critical water, energy, and food infrastru
This agreement provides funding under the Inflation Reduction Act (IRA) to ensure vibrant and thriving communities in the project area by delivering a long-term, sustainable, and
This agreement provides funding under the Inflation Reduction Act (IRA) to Pacific International Center for High Technology Research. Specifically, the project will support commu
This agreement provides funding under the Inflation Reduction Act (IRA) to Earth Island Institute.  Specifically, the project will implement data and science driven programs for env
This agreement provides funding under the Inflation Reduction Act (IRA) to The Santa Ynez Band of Chumash Indians. Specifically, the project aims to enhance climate resilience,
North Richmond Community Resilience Initiative projects will green the neighborhood through landscaping and trees, install energy-efficient systems in homes, also reducing expo
This agreement provides funding under the Inflation Reduction Act (IRA) to Building Materials Re-use Association. This program is to support the development, enhanced standar

EPA_00318425

**J.A. 2636**

Report Last Refresh Date: 4/28/25

| | Obligation Amount | Obligation Drawdow |
|---|---|---|
| | $2,195,571,779.00 | |

| Assistance Listing Code | Program Code | Grant Family | Grant No | Award Date | Award Fiscal Year | Last Drawdown Date | Project Period Cost | Cumulative Award |
|---|---|---|---|---|---|---|---|---|
| 66.306 | 51 | 00A01313 | 00A01313-0 | 08/08/2024 | 2024 | 03/03/2025 | $500,000.00 | $500,000.00 |
| 66.306 | 51 | 02F74401 | 02F74401-0 | 11/25/2024 | 2025 | | $500,000.00 | $500,000.00 |
| 66.306 | 51 | 02F74801 | 02F74801-0 | 12/11/2024 | 2025 | | $500,000.00 | $500,000.00 |
| 66.306 | 51 | 02J56001 | 02J56001-0 | 11/04/2024 | 2025 | | $500,000.00 | $500,000.00 |
| 66.306 | 51 | 96263224 | 96263224-0 | 11/06/2024 | 2025 | 03/03/2025 | $150,000.00 | $150,000.00 |
| 66.306 | 51 | 97T22801 | 97T22801-0 | 11/26/2024 | 2025 | 02/20/2025 | $500,000.00 | $500,000.00 |
| 66.306 | 51 | 98T88101 | 98T88101-1 | 11/27/2024 | 2025 | 02/20/2025 | $200,000.00 | $200,000.00 |
| 66.306 | 5B | 00A01144 | 00A01144-0 | 07/10/2024 | 2024 | 02/07/2025 | $150,000.00 | $150,000.00 |
| 66.306 | 5B | 00E03623 | 00E03623-1 | 12/05/2024 | 2025 | 01/31/2025 | $500,000.00 | $500,000.00 |
| 66.306 | 5B | 00E03857 | 00E03857-0 | 09/21/2024 | 2024 | 03/04/2025 | $500,000.00 | $500,000.00 |
| 66.306 | 5B | 02F76301 | 02F76301-0 | 02/04/2025 | 2025 | | $498,546.00 | $498,546.00 |
| 66.306 | 5B | 02F76801 | 02F76801-0 | 01/14/2025 | 2025 | | $500,000.00 | $500,000.00 |
| 66.306 | 5B | 02J56501 | 02J56501-1 | 12/19/2024 | 2025 | 03/03/2025 | $498,000.00 | $498,000.00 |
| 66.306 | 5B | 03D03524 | 03D03524-1 | 11/06/2024 | 2025 | | $500,000.00 | $500,000.00 |
| 66.306 | 5B | 84084301 | 84084301-0 | 11/14/2024 | 2025 | 01/31/2025 | $497,111.00 | $497,111.00 |
| 66.306 | 5B | 95337201 | 95337201-1 | 02/04/2025 | 2025 | 02/27/2025 | $500,000.00 | $500,000.00 |
| 66.306 | 5B | 95337301 | 95337301-0 | 10/21/2024 | 2025 | 03/10/2025 | $150,000.00 | $150,000.00 |
| 66.306 | 5B | 96263624 | 96263624-0 | 12/20/2024 | 2025 | | $500,000.00 | $500,000.00 |
| 66.306 | 5B | 97T23101 | 97T23101-0 | 11/20/2024 | 2025 | | $500,000.00 | $500,000.00 |
| 66.306 | 5B | 97T23201 | 97T23201-0 | 12/13/2024 | 2025 | | $500,000.00 | $500,000.00 |
| 66.306 | 5B | 97T23301 | 97T23301-0 | 11/22/2024 | 2025 | 03/03/2025 | $499,975.00 | $499,975.00 |
| 66.306 | 5B | 97T23901 | 97T23901-0 | 12/18/2024 | 2025 | | $500,000.00 | $500,000.00 |
| 66.306 | 5B | 97T29101 | 97T29101-0 | 12/06/2024 | 2025 | | $499,735.00 | $499,735.00 |
| 66.306 | 5B | 98T88501 | 98T88501-0 | 11/25/2024 | 2025 | | $500,000.00 | $500,000.00 |
| 66.306 | EC | 02J03001 | 02J03001-2 | 12/30/2024 | 2025 | 12/05/2024 | $200,000.00 | $200,000.00 |
| 66.306 | EC | 98T94301 | 98T94301-1 | 11/14/2024 | 2025 | | $154,982.00 | $154,982.00 |
| 66.309 | 5K | 84113601 | 84113601-0 | 12/30/2024 | 2025 | 02/20/2025 | $7,000,000.00 | $7,000,000.00 |
| 66.309 | XJ | 00A01452 | 00A01452-1 | 01/14/2025 | 2025 | 02/11/2025 | $10,000,000.00 | $6,000,000.00 |
| 66.309 | XJ | 02D48323 | 02D48323-1 | 12/27/2024 | 2025 | 05/02/2024 | $40,000.00 | $40,000.00 |
| 66.309 | XJ | 02F33801 | 02F33801-2 | 01/07/2025 | 2025 | 02/20/2025 | $10,000,000.00 | $8,000,000.00 |
| 66.309 | XJ | 02J28601 | 02J28601-3 | 01/08/2025 | 2025 | 03/10/2025 | $12,000,000.00 | $9,000,000.00 |
| 66.309 | XJ | 02J28701 | 02J28701-3 | 01/10/2025 | 2025 | 03/05/2025 | $10,096,630.00 | $9,000,000.00 |
| 66.309 | XJ | 13746193 | 13746193-4 | 12/27/2024 | 2025 | 02/13/2025 | $10,000,000.00 | $9,000,000.00 |
| 66.309 | XJ | 96230523 | 96230523-2 | 01/15/2025 | 2025 | 02/04/2025 | $10,000,000.00 | $8,500,000.00 |
| 66.309 | XJ | 96230923 | 96230923-3 | 01/16/2025 | 2025 | 02/21/2025 | $10,000,000.00 | $8,000,000.00 |

**J.A. 2637**

EPA_00318429

| n Amount | Unliquidated Obligation Amount |
|---|---|
| $47,554,718.96 | $2,148,017,060.04 |

| Obligation Amount | Obligation Drawdown Amount | Unliquidated Obligation Amount | Awarding Region Code | AAship | Project Start Date | Project End Date |
|---|---|---|---|---|---|---|
| $500,000.00 | $59,897.90 | $440,102.10 | EPA R1 | R01 | 04/01/2024 | 10/01/2026 |
| $500,000.00 | $0.00 | $500,000.00 | EPA R6 | R06 | 01/01/2025 | 12/31/2027 |
| $500,000.00 | $0.00 | $500,000.00 | EPA R6 | R06 | 12/15/2024 | 12/14/2027 |
| $500,000.00 | $0.00 | $500,000.00 | EPA R10 | R10 | 10/01/2024 | 09/30/2027 |
| $150,000.00 | $26,104.79 | $123,895.21 | EPA R2 | R02 | 07/01/2024 | 06/30/2027 |
| $500,000.00 | $42,687.04 | $457,312.96 | EPA R9 | R09 | 11/01/2024 | 10/31/2026 |
| $200,000.00 | $3,000.00 | $197,000.00 | EPA R9 | R09 | 07/01/2024 | 06/30/2027 |
| $150,000.00 | $150,000.00 | $0.00 | EPA R1 | R01 | 04/01/2024 | 03/31/2027 |
| $500,000.00 | $71,760.97 | $428,239.03 | EPA R5 | R05 | 07/01/2024 | 06/30/2027 |
| $500,000.00 | $96,083.98 | $403,916.02 | EPA R5 | R05 | 10/01/2024 | 09/30/2027 |
| $498,546.00 | $0.00 | $498,546.00 | EPA R6 | R06 | 12/01/2024 | 11/30/2027 |
| $500,000.00 | $0.00 | $500,000.00 | EPA R6 | R06 | 01/15/2025 | 01/14/2028 |
| $498,000.00 | $33,532.21 | $464,467.79 | EPA R10 | R10 | 09/01/2024 | 08/31/2027 |
| $500,000.00 | $0.00 | $500,000.00 | EPA R4 | R04 | 01/01/2025 | 12/31/2027 |
| $497,111.00 | $74,435.00 | $422,676.00 | EPA HQ | OEJECR | 10/01/2024 | 09/30/2026 |
| $500,000.00 | $9,074.00 | $490,926.00 | EPA R3 | R03 | 04/01/2024 | 03/31/2027 |
| $150,000.00 | $5,038.99 | $144,961.01 | EPA R3 | R03 | 11/01/2024 | 10/31/2026 |
| $500,000.00 | $0.00 | $500,000.00 | EPA R2 | R02 | 11/01/2024 | 10/31/2027 |
| $500,000.00 | $0.00 | $500,000.00 | EPA R9 | R09 | 01/01/2025 | 12/31/2027 |
| $500,000.00 | $0.00 | $500,000.00 | EPA R9 | R09 | 01/01/2025 | 12/31/2027 |
| $499,975.00 | $8,405.99 | $491,569.01 | EPA R9 | R09 | 01/01/2025 | 12/31/2027 |
| $500,000.00 | $0.00 | $500,000.00 | EPA R9 | R09 | 12/01/2024 | 01/01/2027 |
| $499,735.00 | $0.00 | $499,735.00 | EPA R9 | R09 | 01/01/2025 | 12/31/2027 |
| $500,000.00 | $0.00 | $500,000.00 | EPA R9 | R09 | 12/01/2024 | 11/30/2027 |
| $200,000.00 | $136,703.60 | $63,296.40 | EPA R10 | R10 | 02/01/2022 | 04/30/2025 |
| $154,982.00 | $0.00 | $154,982.00 | EPA R9 | R09 | 10/01/2024 | 10/31/2025 |
| $7,000,000.00 | $40,088.66 | $6,959,911.34 | EPA HQ | OEJECR | 01/01/2025 | 12/31/2029 |
| $6,000,000.00 | $175,761.13 | $5,824,238.87 | EPA R1 | R01 | 07/01/2024 | 06/30/2029 |
| $19,890.00 | $19,890.00 | $0.00 | EPA R4 | R04 | 09/01/2023 | 08/31/2025 |
| $8,000,000.00 | $1,522,688.97 | $6,477,311.03 | EPA R6 | R06 | 06/01/2023 | 05/31/2028 |
| $9,000,000.00 | $1,881,247.99 | $7,118,752.01 | EPA R10 | R10 | 06/01/2023 | 05/31/2028 |
| $9,000,000.00 | $2,129,416.61 | $6,870,583.39 | EPA R10 | R10 | 06/01/2023 | 05/31/2028 |
| $9,000,000.00 | $1,736,649.96 | $7,263,350.04 | EPA R4 | R04 | 03/01/2023 | 02/29/2028 |
| $8,500,000.00 | $1,712,588.88 | $6,787,411.12 | EPA R2 | OEJECR | 07/01/2023 | 06/30/2028 |
| $8,000,000.00 | $2,305,418.12 | $5,694,581.88 | EPA R2 | R02 | 07/01/2023 | 06/30/2028 |

**J.A. 2638**

EPA_00318430

| Applicant Name | Applicant State | UEI | Applicant Type |
|---|---|---|---|
| CHILDHOOD LEAD ACTION PROJECT | RI | W7MEUZQ1MY37 | Not for Profit |
| LOUISIANA BUCKET BRIGADE | LA | CB3DRTHJK6A3 | Not for Profit |
| hw7009 - HOUSTON WILDERNESS | TX | FX14LK7KL9H7 | Not for Profit |
| THE TRUST FOR PUBLIC LAND | CA | HN7CS4YNMBC4 | Not for Profit |
| THE BRONX IS BLOOMING | NY | X4MYE8H3B4B9 | Not for Profit |
| ENVIRONMENTAL HEALTH COALI | CA | LFMZD2MERLY3 | Not for Profit |
| REBUILD SUPERIOR, INC. | AZ | ZKY1QMXDHE56 | Not for Profit |
| MASSACHUSETTS COALITION FOR OCCUPATIONAL SAFETY AND HEALTH, INC. | MA | LVUJLK2GKHK7 | Not for Profit |
| COMMUNITY POWER | MN | PK39HKBBC4A1 | Not for Profit |
| METROPOLITAN TENANTS ORGANIZATION | IL | UJEGUAKUSRF6 | Not for Profit |
| daref1434 - Downwinders at Risk Education Fund | TX | YRZKBL5NQ894 | Not for Profit |
| null5598 - NATIONAL URBAN LEAGUE, INC. | NY | VD9ST5ZPM5P4 | Not for Profit |
| CENTER FOR INTERCULTURAL ORGANIZING | OR | C16ARLN8FA16 | Not for Profit |
| LOWCOUNTRY ALLIANCE FOR MODEL COMMUNITIES | SC | J63MD5AMAY83 | Not for Profit |
| CLEAN WATER FUND | DC | FR2MH7EJ2QN2 | Not for Profit |
| SHAMOKIN CREEK RESTORATION ALLIANCE | PA | YNM4HTNX5NK5 | Not for Profit |
| RESILIENT VIRGINIA | VA | YHCCVVNQUBX5 | Not for Profit |
| YOUTH MINISTRIES FOR PEACE AND JUSTICE, INC. | NY | W85WGJRUAL13 | Not for Profit |
| crc8097 - CLIMATE RESILIENT COMMUNITIES | CA | XJ76N787Z1M5 | Not for Profit |
| ONEOC | CA | ST8KJPET6WJ3 | Not for Profit |
| ca3121 - CANAL ALLIANCE | CA | Z27XHGWBM779 | Not for Profit |
| tlanlt8074 - THE LOS ANGELES NEIGHBORHOOD LAND TRUST | CA | ZE7MZ7CCRR25 | Not for Profit |
| abf6059 - ANZA-BORREGO FOUNDATION | CA | EXRXKFAHALM7 | Not for Profit |
| COUNCIL FOR WATERSHED HEALTH | CA | N6MNXMMWUU64 | Not for Profit |
| Confederated Tribes of the Colville Reservation | WA | NU9UAKLRDDP1 | Indian Tribe |
| FOOD BANK OF CONTRA COSTA AND SOLANO | CA | DJAPJ258KCM8 | Not for Profit |
| RESEARCH TRIANGLE INSTITUTE | NC | JJHCMK4NT5N3 | Not for Profit |
| UNIVERSITY OF CONNECTICUT | CT | WNTPS995QBM7 | State Institution of Higher Learning |
| JACKSON STATE UNIVERSITY | MS | WFVHMSF6BU45 | State Institution of Higher Learning |
| NEW MEXICO STATE UNIVERSITY | NM | J3M5GZAT8N85 | State Institution of Higher Learning |
| UNIVERSITY OF WASHINGTON | WA | HD1WMN6945W6 | State Institution of Higher Learning |
| WILLAMETTE PARTNERSHIP | OR | MN5SKK48HCE3 | Not for Profit |
| RESEARCH TRIANGLE INSTITUTE | NC | JJHCMK4NT5N3 | Not for Profit |
| Inter American University of Puerto Rico, Inc. | PR | JSFAKPEEWFC3 | Private University |
| WEST HARLEM ENVIRONMENTAL ACTION INC | NY | PB8TKKTU3AG3 | Not for Profit |

EPA_00318431

| Assistance Listing Code | Assistance Listing Description |
|---|---|
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.309 | Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice |
| 66.309 | Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice |
| 66.309 | Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice |
| 66.309 | Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice |
| 66.309 | Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice |
| 66.309 | Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice |
| 66.309 | Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice |
| 66.309 | Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice |
| 66.309 | Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice |

EPA_00318432

**Project Title**

Community-Based Lead Poisoning Prevention Project

Imagine St. James Parish

Super Trees for Sustainability-Alief: urban forestry through targeted large-scale native tree plantings, education on mitigation effects of targeted trees on extreme heat and other he

Madras Community Schoolyard Environmental Justice

Program for Leaders Advancing their Community's Environment (PLACE): Partnership Building for Program Expansion and Urban Forestry Workforce Development in Frontline C

INFLATION REDUCTION ACT - ENVIRONMENTAL JUSTICE COLLABORATIVE PROBLEM-SOLVING

Inflation Reduction Act - Environmental Justice Collaborative Problem-Solving

Student Organizing for Educational and Environmental Justice in Boston Public Schools (BPS)

Community Power EJ CPS 2023

MTO EJCPS 2024

Environmental Justice Governmental Grant

Urban Environmental Justice Collaborative Program

Oregon Climate Resilience

Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program

Learning to Live with Lead&mdash;Reducing Exposure in Environmental Justice Communities in Pennsylvania and Massachusetts

EJCPS Creation of Collaborative Partnership for the Greater Shamokin Area

Building Community Capacity for Climate Justice in Ward 2, Lynchburg VA

Youth Ministries for Peace and Justice (YMPJ)Bronx River Waterfront Redevelopment Health Impact Assessment

Inflation Reduction Act &ndash; Environmental Justice Collaborative Problem-Solving

Inflation Reduction Act &ndash; Environmental Justice Collaborative Problem-Solving

Inflation Reduction Act - Environmental Justice Collaborative Problem-Solving

Inflation Reduction Act &ndash; Environmental Justice Collaborative Problem-Solving

Inflation Reduction Act - Environmental Justice Collaborative Problem-Solving

Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program

EJCPS/ARP PM2.5 Monitoring for Upper Columbia River Communities

Environmental Justice Collaborative Problem-Solving - Vallejo Food Rescue Project

VISTA CEC - VISTA Clean Environment Core

Environmental Justice Thriving Communities Technical Assistance Center Region 1

Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice

South Central Environmental Justice Resource Center (SCEJRC) Thriving Communities Technical Assistance Center (TCTAC)

Pacific Northwest Environmental Justice Thriving Communities Center

Northwestern Environmental and Energy Justice TCTAC

Resource for Assistance and Community Training

EAGEL Engage and Assist Grassroots organizations for Environmental Energy Justice and Leadership capacity building for Region 2 EJ TCTAC

WE ACT for Environmental Justice proposes to lead and host an Environmental Justice Thriving Communities Technical Assistance Center for EPA Region 2.

EPA_00318433

**OMB Project Description**

This agreement will provide funding to Childhood Lead Action Project to implement an education, training and community engagement program to raise awareness of lead and ind

The Inflation Reduction Act (IRA) will allocate funding to the Louisiana Bucket Brigade for the purpose of executing environmental cleanup and weatherization initiatives. Specificall

This agreement provides funding of $500,000 to Houston Wilderness under the Inflation Reduction Act (IRA). This project, Super Trees for Sustainability-Alief, seeks to address th

The Trust for Public Land (TPL) is partnering with the school district, students, teachers, community organizations, and the Confederated Tribes of Warm Springs to design and cr

This agreement provides funding under the Inflation Reduction Act to The Bronx is Blooming. Through their Program for Leaders Advancing their Community's Environment (PLAC

The agreement provides funding to the Environmental Health Coalition (ECH). EHC's project will address the environmental injustice in the neighborhoods of Barrio Logan and Log

The EJCPS agreement provides funding to Rebuild Superior, Inc. Specifically, grant funds will be used to cleanup properties on the behalf of the Town so it can place a lien on the

This Cooperative agreement is being awarded federal funding in the amount of $150,000 to Massachusetts Coalition for Occupational Safety and Health (MassCOSH) to train occu

This agreement provides funding under the Inflation Reduction Act (IRA) to Community Power. The recipient aims to address a central bottleneck in access for to the cost-savings

This agreement provides funding under the Inflation Reduction Act (IRA) to Metropolitan Tenants Organization (MTO). The recipient will train physicians, community health worker

This agreement provides funding under the Inflation Reduction Act (IRA) to Downwinders at Risk Education Fund. The recipient, along with the University Texas of Dallas (UTD), w

The Inflation Reduction Act (IRA) will allocate funding to the National Urban League (NUL), in launching a community-centered project to enhance climate resilience within Black/A

This agreement provides funding under the Inflation Reduction Act (IRA) to Center for Intercultural Organizing (CIO) doing business as (dba) Unite Oregon. The recipient will work

This action approves an award in the amount of $500,000 to provide funding to the Lowcountry Alliance for Model Communities (LAMC). The recipient will conduct robust engager

This agreement provides funding under the Inflation Reduction Act (IRA) to the Clean Water Fund. This agreement provides funding of $497,111 under the Inflation Reduction Act

This rebudget amendment revises the current budget for Shamokin Creek Restoration Alliance. The recipient is moving $145,341 from &quot;Contractual&quot; to &quot;Pe

This agreement provides funding of $150,000 under the Inflation Reduction Act (IRA) to Resilient Virginia. The project will build leadership capacity in communities disproportional

This agreement provides funding under the Inflation Reduction Act (IRA) to Youth Ministries for Peace and Justice (YMPJ). YMPJ will lead a formal community-driven Health Impa

This agreement provides funding under the Inflation Reduction Act (IRA) to Climate Resilient Communities. The recipient will focus on the San Francisco Bay Midpeninsula, which

This agreement provides funding under the Inflation Reduction Act (IRA) to OneOC. The recipient will promote utilization of the existing California Department of Public Health&rs

This agreement provides funding under the Inflation Reduction Act (IRA) to Canal Alliance. The recipient's project is focused on the City of San Rafael&rsquo;s Canal District in Ma

This agreement provides funding under the Inflation Reduction Act (IRA) to the Los Angeles Neighborhood Land Trust. The LA Neighborhood Land Trust is a member of the cross

This agreement provides funding under the Inflation Reduction Act (IRA) to the non-profit organization, the Anza-Borrego Foundation. They are based in Borrego Springs, San Die

This assistance agreement provides Federal funding  to the Council for Watershed Health (CWH).  Specifically, the recipient will expand the capacity of ReDesign LA Community I

The purpose of this American Rescue Plan funded Environmental Justice Collaborative Problem Solving (EJCPS) cooperative agreement is to provide funding under section 103 c

The purpose of this Environmental Justice Collaborative Problem Solving (EJCPS) cooperative agreement is to provide funding under Section 8001(a) of the Solid Waste Disposal

This agreement provides funding under the Inflation Reduction Act 9 (IRA) to the Research Triangle Institute (RTI) in the amount of $7,000,000 as authorized by CAA 1330(b). In De

The agreement provides funding to the University of Connecticut. Specifically, the recipient will build capacity in New England (EPA Region 1) underserved and rural/remote comm

This action approves an award in the amount of $40,000 to Jackson State University (JSU). The purpose of this grant is for JSU to provide grant writing technical assistance to un

The agreement provides funding to New Mexico State University to lead an experienced team of community-based partners to create the South-Central Environmental Justice Res

The agreement provides funding to the University of Washington. Specifically, the recipient will provide technical assistance (TA) services to Region 10 program participants that w

The agreement provides funding to Willamette Partnership. The recipient will engage with underserved and rural communities across the Northwest United States to build capacity

This action provides funding in the amount of $3,000,000 for Research Triangle Institute (RTI) to provide meaningful engagement to underserved communities in the southeast reg

The agreement provides funding to Inter American University of Puerto Rico Metro Campus (IAUPR) to build the capacity of community stakeholder, local leaders, and community

The agreement provides funding to WE ACT for Environmental Justice to support Environmental Justice Programs through its Environmental Justice Thriving Communities Techni

EPA_00318434

| 66.309 | XJ | 98T65901 | 98T65901-2 | 12/19/2024 | 2025 | 03/07/2025 | $9,999,979.00 | $8,100,000.00 |
| 66.312 | 52 | 00A01505 | 00A01505-1 | 11/27/2024 | 2025 | | $1,000,000.00 | $1,000,000.00 |
| 66.312 | 52 | 02J58301 | 02J58301-0 | 10/18/2024 | 2025 | | $1,050,000.00 | $1,050,000.00 |
| 66.312 | 52 | 96267200 | 96267200-0 | 12/11/2024 | 2025 | | $1,000,000.00 | $1,000,000.00 |
| 66.312 | 52 | 96712501 | 96712501-1 | 02/05/2025 | 2025 | | $1,000,000.00 | $1,000,000.00 |
| 66.312 | 52 | 97T22501 | 97T22501-0 | 12/05/2024 | 2025 | | $1,000,000.00 | $1,000,000.00 |
| 66.312 | 52 | 98T89301 | 98T89301-0 | 11/26/2024 | 2025 | | $1,050,000.00 | $1,050,000.00 |
| 66.312 | 5C | 95337501 | 95337501-1 | 12/02/2024 | 2025 | | $980,350.00 | $980,350.00 |
| 66.312 | 5C | 96263900 | 96263900-0 | 01/08/2025 | 2025 | | $1,000,000.00 | $1,000,000.00 |
| 66.312 | 5C | 98T90501 | 98T90501-0 | 11/20/2024 | 2025 | | $1,000,000.00 | $1,000,000.00 |
| 66.312 | AJ | 00A01438 | 00A01438-1 | 12/20/2024 | 2025 | | $1,000,000.00 | $1,000,000.00 |
| 66.312 | AJ | 03D04224 | 03D04224-0 | 07/19/2024 | 2024 | 02/24/2025 | $1,000,000.00 | $1,000,000.00 |
| 66.312 | AJ | 96263800 | 96263800-0 | 10/31/2024 | 2025 | | $1,000,000.00 | $1,000,000.00 |
| 66.312 | AJ | 96711601 | 96711601-2 | 12/30/2024 | 2025 | | $1,000,000.00 | $1,000,000.00 |
| 66.312 | AK | 00E03633 | 00E03633-1 | 10/16/2024 | 2025 | | $1,000,000.00 | $1,000,000.00 |
| 66.604 | EQ | 02D22522 | 02D22522-1 | 11/07/2024 | 2025 | 08/21/2023 | $75,000.00 | $75,000.00 |
| 66.604 | EQ | 02J07001 | 02J07001-2 | 10/03/2024 | 2025 | 10/23/2024 | $75,000.00 | $75,000.00 |
| 66.614 | EL | 00A01522 | 00A01522-1 | 02/14/2025 | 2025 | | $100,000.00 | $100,000.00 |
| 66.615 | 5N | 00A01512 | 00A01512-0 | 01/03/2025 | 2025 | | $52,000,000.00 | $52,000,000.00 |
| 66.615 | 5N | 00I50002 | 00I50002-1 | 12/19/2024 | 2025 | 02/21/2025 | $52,000,000.00 | $52,000,000.00 |
| 66.615 | 5N | 01E03682 | 01E03682-1 | 12/20/2024 | 2025 | | $52,000,000.00 | $52,000,000.00 |
| 66.615 | 5N | 02F5550B | 02F5550B-0 | 12/18/2024 | 2025 | | $55,082,753.00 | $55,082,753.00 |
| 66.615 | 5N | 02J63901 | 02J63901-1 | 12/20/2024 | 2025 | 03/05/2025 | $52,000,000.00 | $52,000,000.00 |
| 66.615 | 5N | 84082901 | 84082901-0 | 12/27/2024 | 2025 | 03/06/2025 | $48,000,000.00 | $48,000,000.00 |
| 66.615 | 5N | 84084101 | 84084101-0 | 07/16/2024 | 2024 | 02/20/2025 | $25,000,000.00 | $25,000,000.00 |
| 66.615 | 5N | 84084201 | 84084201-0 | 01/08/2025 | 2025 | 02/20/2025 | $95,000,000.00 | $95,000,000.00 |
| 66.615 | 5N | 95341401 | 95341401-2 | 12/27/2024 | 2025 | 02/10/2025 | $52,000,000.00 | $52,000,000.00 |
| 66.615 | 5N | 96265602 | 96265602-0 | 01/15/2025 | 2025 | 01/23/2025 | $52,000,000.00 | $52,000,000.00 |
| 66.615 | 5N | 98T97502 | 98T97502-1 | 12/12/2024 | 2025 | | $52,000,000.00 | $52,000,000.00 |
| 66.616 | 5F | 00A01479 | 00A01479-0 | 01/17/2025 | 2025 | | $20,000,000.00 | $20,000,000.00 |
| 66.616 | 5F | 00A01540 | 00A01540-0 | 11/27/2024 | 2025 | 03/07/2025 | $19,989,241.00 | $19,989,241.00 |
| 66.616 | 5F | 00A01704 | 00A01704-0 | 01/08/2025 | 2025 | 03/05/2025 | $18,710,533.00 | $18,710,533.00 |
| 66.616 | 5F | 00A01863 | 00A01863-0 | 01/16/2025 | 2025 | | $3,000,000.00 | $3,000,000.00 |
| 66.616 | 5F | 00E04015 | 00E04015-0 | 11/26/2024 | 2025 | 03/06/2025 | $17,810,277.00 | $17,810,277.00 |
| 66.616 | 5F | 00E04016 | 00E04016-0 | 12/05/2024 | 2025 | 03/07/2025 | $20,000,000.00 | $20,000,000.00 |
| 66.616 | 5F | 00E04017 | 00E04017-0 | 12/04/2024 | 2025 | 03/07/2025 | $3,000,000.00 | $3,000,000.00 |
| 66.616 | 5F | 00E04043 | 00E04043-0 | 12/04/2024 | 2025 | 02/20/2025 | $18,898,518.00 | $18,898,518.00 |
| 66.616 | 5F | 00E04044 | 00E04044-0 | 12/04/2024 | 2025 | 02/21/2025 | $20,358,302.00 | $20,358,302.00 |
| 66.616 | 5F | 00E04045 | 00E04045-0 | 12/04/2024 | 2025 | | $20,000,000.00 | $20,000,000.00 |
| 66.616 | 5F | 00E04046 | 00E04046-0 | 12/05/2024 | 2025 | 03/05/2025 | $2,754,952.00 | $2,754,952.00 |
| 66.616 | 5F | 00E04057 | 00E04057-0 | 01/07/2025 | 2025 | 03/05/2025 | $2,166,564.00 | $2,166,564.00 |
| 66.616 | 5F | 00E04058 | 00E04058-0 | 01/07/2025 | 2025 | | $20,000,000.00 | $20,000,000.00 |

EPA_00318435

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| $8,100,000.00 | $2,299,263.43 | $5,800,736.57 | EPA R9 | R09 | 06/01/2023 | 05/30/2028 |
| $1,000,000.00 | $0.00 | $1,000,000.00 | EPA R1 | R01 | 10/01/2024 | 09/30/2027 |
| $1,050,000.00 | $0.00 | $1,050,000.00 | EPA R10 | R10 | 10/01/2024 | 09/30/2026 |
| $1,000,000.00 | $0.00 | $1,000,000.00 | EPA R2 | R02 | 12/15/2024 | 12/14/2027 |
| $1,000,000.00 | $0.00 | $1,000,000.00 | EPA R7 | R07 | 08/01/2024 | 07/31/2027 |
| $1,000,000.00 | $0.00 | $1,000,000.00 | EPA R9 | R09 | 01/01/2025 | 12/31/2026 |
| $1,050,000.00 | $0.00 | $1,050,000.00 | EPA R9 | R09 | 01/02/2025 | 01/01/2028 |
| $980,350.00 | $0.00 | $980,350.00 | EPA R3 | R03 | 06/01/2024 | 05/31/2027 |
| $1,000,000.00 | $0.00 | $1,000,000.00 | EPA R2 | R02 | 02/01/2025 | 01/31/2028 |
| $1,000,000.00 | $0.00 | $1,000,000.00 | EPA R9 | R09 | 12/01/2024 | 11/30/2027 |
| $1,000,000.00 | $0.00 | $1,000,000.00 | EPA R1 | R01 | 12/16/2024 | 12/15/2027 |
| $1,000,000.00 | $28,967.15 | $971,032.85 | EPA R4 | R04 | 04/01/2024 | 03/31/2027 |
| $1,000,000.00 | $0.00 | $1,000,000.00 | EPA R2 | R02 | 10/01/2024 | 09/30/2027 |
| $1,000,000.00 | $0.00 | $1,000,000.00 | EPA R7 | R07 | 06/01/2024 | 05/31/2027 |
| $1,000,000.00 | $0.00 | $1,000,000.00 | EPA R5 | R05 | 04/01/2024 | 03/31/2027 |
| $75,000.00 | $2,500.00 | $72,500.00 | EPA R4 | R04 | 04/01/2023 | 12/31/2025 |
| $75,000.00 | $44,804.20 | $30,195.80 | EPA R10 | R10 | 10/01/2022 | 09/23/2025 |
| $100,000.00 | $0.00 | $100,000.00 | EPA R1 | R01 | 09/01/2024 | 12/31/2025 |
| $52,000,000.00 | $0.00 | $52,000,000.00 | EPA R1 | R01 | 01/01/2025 | 12/31/2027 |
| $52,000,000.00 | $795.15 | $51,999,204.85 | EPA R8 | OEJECR | 01/01/2025 | 12/31/2027 |
| $52,000,000.00 | $0.00 | $52,000,000.00 | EPA R5 | OEJECR | 10/01/2024 | 09/30/2027 |
| $55,082,753.00 | $0.00 | $55,082,753.00 | EPA R6 | R06 | 01/01/2025 | 12/31/2027 |
| $52,000,000.00 | $27,133.89 | $51,972,866.11 | EPA R10 | OEJECR | 11/01/2024 | 10/31/2027 |
| $48,000,000.00 | $168,425.63 | $47,831,574.37 | EPA HQ | OEJECR | 01/01/2025 | 12/31/2027 |
| $25,000,000.00 | $2,766,147.79 | $22,233,852.21 | EPA HQ | OEJECR | 02/01/2024 | 01/31/2027 |
| $95,000,000.00 | $230,643.29 | $94,769,356.71 | EPA HQ | OEJECR | 01/01/2025 | 12/31/2027 |
| $52,000,000.00 | $36,762.52 | $51,963,237.48 | EPA R3 | R03 | 08/01/2024 | 07/31/2027 |
| $52,000,000.00 | $1.00 | $51,999,999.00 | EPA R2 | R02 | 01/02/2025 | 01/01/2028 |
| $52,000,000.00 | $0.00 | $52,000,000.00 | EPA R9 | R09 | 01/06/2025 | 01/05/2028 |
| $20,000,000.00 | $0.00 | $20,000,000.00 | EPA R1 | R01 | 04/01/2025 | 03/31/2028 |
| $19,989,241.00 | $7,022.72 | $19,982,218.28 | EPA R1 | R01 | 01/01/2025 | 12/31/2027 |
| $18,710,533.00 | $32,612.00 | $18,677,921.00 | EPA R1 | R01 | 01/01/2025 | 12/31/2027 |
| $3,000,000.00 | $0.00 | $3,000,000.00 | EPA R1 | R01 | 01/01/2025 | 12/31/2027 |
| $17,810,277.00 | $470,393.33 | $17,339,883.67 | EPA R5 | R05 | 10/01/2024 | 09/30/2027 |
| $20,000,000.00 | $10,200.00 | $19,989,800.00 | EPA R5 | R05 | 01/01/2025 | 12/30/2027 |
| $3,000,000.00 | $1,510.00 | $2,998,490.00 | EPA R5 | R05 | 01/01/2025 | 12/31/2027 |
| $18,898,518.00 | $40,103.00 | $18,858,415.00 | EPA R5 | R05 | 01/01/2025 | 12/31/2027 |
| $20,358,302.00 | $4,884,632.62 | $15,473,669.38 | EPA R5 | R05 | 12/01/2024 | 11/30/2027 |
| $20,000,000.00 | $0.00 | $20,000,000.00 | EPA R5 | R05 | 03/17/2025 | 03/16/2028 |
| $2,754,952.00 | $8,548.65 | $2,746,403.35 | EPA R5 | R05 | 02/01/2025 | 01/31/2028 |
| $2,166,564.00 | $339.79 | $2,166,224.21 | EPA R5 | R05 | 02/01/2025 | 01/31/2028 |
| $20,000,000.00 | $0.00 | $20,000,000.00 | EPA R5 | R05 | 02/01/2025 | 01/31/2028 |

EPA_00318436

**J.A. 2644**

| UNIVERSITY OF ARIZONA | AZ | ED44Y3W6P7B9 | State Institution of Higher Learning |
|---|---|---|---|
| BOSTON, CITY OF | MA | LJDLU7EA4SK1 | Municipal |
| TACOMA PUBLIC SCHOOLS | WA | KTERSDJ44S58 | Independent School District |
| CITY OF ROCHESTER CITY HALL | NY | CU87RABY53C9 | Municipal |
| CITY OF KANSAS CITY | MO | JY2DYJXPQW56 | Municipal |
| SAN JOSE, CITY OF | CA | QUA4AULJ8FM3 | Municipal |
| GILA COUNTY, AZ | AZ | C8EKKJK67XB1 | County |
| COUNTY OF ARLINGTON | VA | V9LLM9AGRPB7 | County |
| CITY OF NEWARK CITY HALL | NJ | JGDDJDL5BM13 | Municipal |
| COUNTY OF LOS ANGELES | CA | ZLJUW5L9K685 | County |
| DEPT OF ENERGY & ENVIRONMENTAL PROTECTION | CT | VZA5GCYZBJA7 | State |
| STATE OF NORTH CAROLINA DEPARTMENT OF HEALTH & HUMAN SERVICES | NC | DKT3LLBWFVL3 | State |
| HOUSING TRUST FUND CORP | NY | WLNYVLMWZ9V6 | State |
| KANSAS DEPARTMENT OF HEALTH & ENVIRONMENT | KS | CGSTLVM57LM5 | State |
| PRAIRIE ISLAND INDIAN COMMUNITY | MN | ZXWAV8U3K5E4 | Indian Tribe |
| GASP | AL | HZMJEKASHBQ7 | Not for Profit |
| YAKUTAT TLINGIT TRIBE | AK | UDYDUTE6LU94 | Indian Tribe |
| SOUTHCOAST COMMUNITY FOUNDATION INC | MA | J5A9WPZLESL1 | Not for Profit |
| HEALTH RESOURCES IN ACTION, INC. | MA | FPD3JRJ61WJ2 | Not for Profit |
| JSI RESEARCH & TRAINING INSTITUTE INC | MA | LKTNULLR6FL6 | Not for Profit |
| MINNEAPOLIS FOUNDATION | MN | FVP7MYH59L76 | Not for Profit |
| TEXAS SOUTHERN UNIVERSITY | TX | HYYJJ5ZP7CR9 | State Institution of Higher Learning |
| PHILANTHROPY NORTHWEST | WA | CFDJSA2KV151 | Not for Profit |
| INSTITUTE FOR SUSTAINABLE COMMUNITIES | VT | J1DEYVM9BXE8 | Not for Profit |
| RESEARCH TRIANGLE INSTITUTE | NC | JJHCMK4NT5N3 | Not for Profit |
| RESEARCH TRIANGLE INSTITUTE | NC | JJHCMK4NT5N3 | Not for Profit |
| GREEN & HEALTHY HOMES INITIATIVE INC | MD | HYQKKGCH7XZ5 | Not for Profit |
| FORDHAM UNIVERSITY | NY | ECESTN2SSVH1 | Private University |
| SOCIAL AND ENVIRONMENTAL ENTREPRENEURS (SEE), INC. | CA | VCAASEEZRM59 | Not for Profit |
| City of New Haven | CT | K8WBCLJ9DVD8 | Municipal |
| SPRINGFIELD, CITY OF | MA | CKWEXLA12KD3 | Municipal |
| rifpc8297 - Rhode Island Food Policy Council | RI | CUHNPN791947 | Not for Profit |
| JSI RESEARCH & TRAINING INSTITUTE INC | MA | LKTNULLR6FL6 | Not for Profit |
| tmhs8458 - METROHEALTH SYSTEM, THE | OH | FM8VV9SAL6M3 | County |
| INTER-TRIBAL COUNCIL OF MICHIGAN INC | MI | YJ5ELTTDBKM7 | Indian Tribe |
| INTER-TRIBAL COUNCIL OF MICHIGAN INC | MI | YJ5ELTTDBKM7 | Indian Tribe |
| KALAMAZOO COUNTY BOARD-COMMS | MI | FGQYA2KMEK67 | County |
| e8241 - ECOWORKS | MI | ZU2FS7ZL6DQ2 | Not for Profit |
| CITY OF EVANSVILLE | IN | JJE9WRMGGUN5 | Municipal |
| FRIENDS OF THE CHICAGO RIVER | IL | GMFBUKBE1XM4 | Not for Profit |
| GROUNDWORK USA INC | MA | KCGWHRHKLLB5 | Not for Profit |
| smc6045 - SOUTHWESTERN MICHIGAN COMMISSION | MI | EGNZBHC8Z1F3 | Not for Profit |

EPA_00318437

| 66.309 | Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice |
|--------|---------------------------------------------------------------------------------------------------------------|
| 66.312 | State Environmental Justice Cooperative Agreement Program |
| 66.312 | State Environmental Justice Cooperative Agreement Program |
| 66.312 | State Environmental Justice Cooperative Agreement Program |
| 66.312 | State Environmental Justice Cooperative Agreement Program |
| 66.312 | State Environmental Justice Cooperative Agreement Program |
| 66.312 | State Environmental Justice Cooperative Agreement Program |
| 66.312 | State Environmental Justice Cooperative Agreement Program |
| 66.312 | State Environmental Justice Cooperative Agreement Program |
| 66.312 | State Environmental Justice Cooperative Agreement Program |
| 66.312 | State Environmental Justice Cooperative Agreement Program |
| 66.312 | State Environmental Justice Cooperative Agreement Program |
| 66.312 | State Environmental Justice Cooperative Agreement Program |
| 66.312 | State Environmental Justice Cooperative Agreement Program |
| 66.312 | State Environmental Justice Cooperative Agreement Program |
| 66.604 | Environmental Justice Small Grant Program |
| 66.604 | Environmental Justice Small Grant Program |
| 66.614 | Direct Financial Assistance to Community Service Providers to support Environmental Justice Activities |
| 66.615 | Environmental Justice Communities Pass-through Funder Program (EJCPF) |
| 66.615 | Environmental Justice Communities Pass-through Funder Program (EJCPF) |
| 66.615 | Environmental Justice Communities Pass-through Funder Program (EJCPF) |
| 66.615 | Environmental Justice Communities Pass-through Funder Program (EJCPF) |
| 66.615 | Environmental Justice Communities Pass-through Funder Program (EJCPF) |
| 66.615 | Environmental Justice Communities Pass-through Funder Program (EJCPF) |
| 66.615 | Environmental Justice Communities Pass-through Funder Program (EJCPF) |
| 66.615 | Environmental Justice Communities Pass-through Funder Program (EJCPF) |
| 66.615 | Environmental Justice Communities Pass-through Funder Program (EJCPF) |
| 66.615 | Environmental Justice Communities Pass-through Funder Program (EJCPF) |
| 66.615 | Environmental Justice Communities Pass-through Funder Program (EJCPF) |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |

EPA_00318438

| |
|---|
| Special Purpose Activities Related To Environmental Justice |
| Electric Stove Replacement Program |
| Environmental Justice at Larchmont Elementary |
| Home Electrification and Revitalization Opportunity (HERO) Program |
| Lead in Soils Mitigation Project |
| Inflation Reduction Act - Environmental Justice Government-to-Government |
| Inflation Reduction Act - Environmental Justice Government-to-Government |
| Energy-Health-Equity Project |
| Workforce Development for mitigating air quality, urban heat island, and stormwater issues in Newark |
| Inflation Reduction Act - Environmental Justice Government to Government |
| Connecticut Environmental Justice Government To Government (EJG2G) Grant Application |
| Environmental Justice Government-to-Government (EJG2G) Program |
| Ensuring a Just Transition in Southwest Brooklyn, NY: Planning, Engagement, Design in Sunset Park and Red Hook |
| Placemaking to address food equity and environmental sustainability in Southeast Kansas |
| Prairie Island G2G Tribal Home Energy Project |
| Environmental Justice Small Grant Program |
| Yakutat Subsistence Consumption Assessment |
| Access2Opportunity Forum Initiative 2024-2025 |
| Grantmaker - Subsequent Award |
| EJ-TCGM Subsequent Award - Mountains and Plains Environmental Justice Grants Hub |
| Environmental Justice Thriving Communities Grantmaker Program (EJ TCGM) |
| EJ-TCGM Subsequent Award - Region 6 The Bullard Center for Environmental and Climate Justice at Texas Southern University |
| Northwest Network for Environmental Justice-Subsequent Award |
| Institute for Sustainable Communities Nat'l GM - Subsequent Award |
| Research Triangle Institute (RTI) - Grantmaker - Initial Award |
| RTI Thriving Communities Grantmaker: Subsequent Award |
| TCGM Subsequent Award - Green &amp; Healthy Homes Initiative will act as pass-through entity for EPA's EJ Thriving Communities Grantmaking Program, R3 GM |
| Grantmaker - Subsequent Award |
| Inflation Reduction Act - Environmental Justice Thriving Communities |
| Elm City Climate Collaborative |
| Green and Resilient Springfield |
| From Food Waste to Opportunity: A Path toward Climate, Environmental, &amp; Economic Justice in Rhode Island |
| Enhancing Equitable Community Engagement in Governance for Environmental and Climate Justice in East Boston (EJ Engaged East Boston) |
| Asthma, Indoor Air Pollution and Greenhouse Gas Emissions |
| Making Michigan Tribal Homes &amp; Buildings Efficient, Healthy, and Resilient |
| Michigan Tribal and State Wild Rice Stewardship |
| Holistic Healthy Homes in Kalamazoo County: Delivering Energy Efficiency Measures, Increasing Resiliency, and Improving Air Quality in Existing Housing Stock |
| Detroit Community Resilience Hub Initiative |
| Moving Evansville Toward A Healthier Future |
| Establishing a Climate Just Future in Chicago by Collaborating through the River Ecology and Governance Task Force |
| Climate Safe Great Lakes | Building Resident Capacity To Collaboratively Advance Community Climate Adaptation Priorities |
| CCG 2024 Benton Harbor Neighborhood Resilience Hubs |

EPA_00318439

The Western Environmental Science Technical Assistance Center for Environmental Justice (WEST EJ Center) or Environmental Justice Thriving Communities Technical Assistar

The agreement provides funding to the City of Boston. Specifically, the recipient will partner with Codman Square Neighborhood Development Corporation and the Boston Housing

The Larchmont Community Schoolyard is a joint e&#64256;ort between Tacoma Public Schools, Trust for Public Land, and the community to transform the schoolyard from aspha

The agreement under the Inflation Reduction Act provides funding to City of Rochester New York. Specifically, the recipient will fund energy audits and the installation of electric ap

This agreement provides funding under the Inflation Reduction Act (IRA). The agreement provides funding to Kansas City Missouri (KCMO) and their partner Community Based O

This agreement provides funding under the Inflation Reduction Act (IRA). The agreement provides funding to the City of San Jose. The City of San Jos&eacute; is one of five cities

The Copper Corridor&rsquo;s environmental injustices stem from historic mining activities and an archaic mining tax structure that benefits more populated communities in Arizon

The County proposes the Energy-Health-Equity Project (EHE Project, or Project), which will create two technical resources: a decision-support tool and a comprehensive financing

This agreement provides funding under the Inflation Reduction Act (IRA). This agreement provides funding to City of Newark in New Jersey and comprises a training, monitoring a

This agreement provides funding under the Inflation Reduction Act (IRA). The agreement provides funding to the County of Los Angeles. Specifically, the Los Angeles County Publi

The agreement provides funding to The Connecticut Department of Energy and Environmental Protection (CT DEEP). The recipient will initiate a new program to work with disadva

This action approves an award in the amount of $1,000,000 to the North Carolina Department of Health and Human Services to implement its own project to Address Private Well

The agreement provides funding to Resilient Homes and Communities. Specifically, the recipient will use the finding for Climate resiliency and adaptation planning, community eng

The agreement provides funding to Kansas Department of Health and Environment. Specifically, the recipient will implement meaningful environmental and public health strategie

This agreement provides funding under Consolidated Appropriations. The agreement provides funding to Prairie Island Indian Community. Specifically, the recipient will utilize con

This action approves an award in the amount of $75,000 to support GASP to launch a community needs assessment survey to gauge residents health concerns and deploy at lea

The purpose of the Yakutat Subsistence Consumption Assessment project is to strengthen the Yakutat Tlingit Tribes&rsquo;ability to participate in developing water quality standar

This cooperative agreement provides funding to the Community Foundation of Southeastern Massachusetts and the Old Bedford Village Development, a community-based nonprc

This agreement provides funding under the Inflation Reduction Act (IRA) to Health Resources in Action (HRA). The recipient is a Regional Grantmaker and the purpose of this awa

This agreement provides funding under the Inflation Reduction Act (IRA) to JSI Research &amp; Training Institute. The recipient is the Regional Grantmaker for Region 8 JSI, toge

This agreement provides funding under the Inflation Reduction Act (IRA) to The Minneapolis Foundation.  The recipient is a Regional Grantmaker. This proposed funding request i

This agreement provides funding under the Inflation Reduction Act (IRA) to Texas Southern University. The recipient is a Regional Grantmaker (RGM), in collaboration with Achiev

OEJECR is providing within-scope supplemental funding to address additional Quality Assurance (QA) costs as well as provide funding for additional meaningful outreach and gap

This agreement provides funding under the Inflation Reduction Act (IRA) to the Institute for Sustainable Communities (ISC) in the amount of $48,000,000, as part of a bifurcated a

The purpose of the Environmental Protection Agency's (EPA) Thriving Communities Grantmaking Program ( EJ TCGM ) is to transform disadvantaged and underserved communi

Research Triangle institute (RTI) will utilize the Subsequent Award totaling $95,000,000 in EJ TCGM funding to serve as one of eleven Grantmaker organizations that are charged

This assistance agreement provides funding under the Inflation Reduction Act (IRA) to Green and Healthy Homes Initiative, a Regional Grantmaker. This program funds communi

This agreement provides funding under the Inflation Reduction Act to Fordham University to support nonprofit organizations and organizations representing disadvantaged commu

This agreement provides funding to Social and Environmental Entrepreneurs (S.E.E.). The recipient is a Regional Grantmaker that will receive $10 million in supplemental funds to

This agreement provides funding under the Inflation Reduction Act (IRA), to the City of New Haven Office of Climate and Sustainability and their Statutory Partner, the Greater Dw

This agreement provides funding under the Inflation Reduction Act (IRA) to the City of Springfield, Massachusetts. Specifically, the recipient will collaborate with various nonprofit

This agreement provides funding under the Inflation Reduction Act (IRA) to the Rhode Island Food Policy Council (RIFPC). Specifically the project will reduce food waste, increase

This agreement provides funding under the Inflation Reduction Act (IRA) to John Snow Institute (JSI) Research &amp; Training Institute, Inc. to enhance community input into loca

This agreement provides funding under the Inflation Reduction Act (IRA) to the MetroHealth System. Specifically, the project will identify 1,200 greater Cleveland-area househo

This agreement provides funding under the Inflation Reduction Act (IRA) to The Inter-Tribal Council of Michigan, Inc. (ITCMI) to conduct Community Change Grant (CCG) Track I:

This agreement provides funding under the Inflation Reduction Act (IRA) to the Inter-Tribal Council of Michigan, Inc.  Specifically, the project will enable the meaningful engagemer

This agreement provides funding under the Inflation Reduction Act (IRA) to Kalamazoo County Government. Specifically, the project will focus on reducing greenhouse gas emissi

This agreement provides funding under the Inflation Reduction Act (IRA) to EcoWorks. Specifically, the project will transform 20 houses of worship and food assistance programs

This agreement provides funding under the Inflation Reduction Act (IRA) to the City of Evansville to implement the Moving Evansville Towards a Healthier Future Project.  Specific

This agreement provides funding under the Inflation Reduction Act (IRA) to Friends of the Chicago River. Specifically, the project will ensure community organizations are working

This agreement provides funding under the Inflation Reduction Act (IRA) to Groundwork USA, INC.. Specifically, the project will; utilize their developed community-centered, data ir

This agreement provides funding under the Inflation Reduction Act (IRA) to Southwestern Michigan Commission. Specifically, the project will: Transform the Bobo Brazil Communi

EPA_00318440

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 66.616 | 5F | 00E05002 | 00E05002-0 | 12/06/2024 | | 2025 03/10/2025 | $3,000,000.00 | $3,000,000.00 |
| 66.616 | 5F | 00E05003 | 00E05003-0 | 12/04/2024 | | 2025 03/06/2025 | $21,994,500.00 | $10,000,000.00 |
| 66.616 | 5F | 00E05004 | 00E05004-0 | 12/11/2024 | | 2025 03/06/2025 | $3,286,442.00 | $3,286,422.00 |
| 66.616 | 5F | 00E05005 | 00E05005-0 | 12/05/2024 | | 2025 02/21/2025 | $20,232,335.00 | $20,232,335.00 |
| 66.616 | 5F | 00E05006 | 00E05006-0 | 11/26/2024 | | 2025 02/20/2025 | $21,652,072.00 | $21,652,072.00 |
| 66.616 | 5F | 00E05007 | 00E05007-0 | 12/20/2024 | | 2025 | $19,999,268.00 | $19,999,268.00 |
| 66.616 | 5F | 00I34500 | 00I34500-0 | 01/07/2025 | | 2025 | $20,000,000.00 | $20,000,000.00 |
| 66.616 | 5F | 00I34600 | 00I34600-0 | 01/10/2025 | | 2025 01/29/2025 | $19,949,725.00 | $19,949,725.00 |
| 66.616 | 5F | 00I40400 | 00I40400-0 | 12/19/2024 | | 2025 02/21/2025 | $20,058,601.00 | $20,058,601.00 |
| 66.616 | 5F | 02F65701 | 02F65701-0 | 11/26/2024 | | 2025 | $19,999,998.00 | $19,999,998.00 |
| 66.616 | 5F | 02F74301 | 02F74301-0 | 11/25/2024 | | 2025 01/30/2025 | $19,944,575.00 | $19,944,575.00 |
| 66.616 | 5F | 02F76501 | 02F76501-1 | 02/06/2024 | | 2025 02/26/2025 | $18,780,805.00 | $18,780,805.00 |
| 66.616 | 5F | 02F76601 | 02F76601-0 | 11/22/2024 | | 2025 | $19,994,586.00 | $19,994,586.00 |
| 66.616 | 5F | 02F76901 | 02F76901-1 | 12/17/2024 | | 2025 03/04/2025 | $20,000,000.00 | $20,000,000.00 |
| 66.616 | 5F | 02F78401 | 02F78401-0 | 12/20/2024 | | 2025 02/20/2025 | $12,704,048.00 | $12,704,048.00 |
| 66.616 | 5F | 02F78701 | 02F78701-0 | 12/21/2024 | | 2025 02/28/2025 | $3,015,485.00 | $3,015,485.00 |
| 66.616 | 5F | 02F80001 | 02F80001-0 | 01/13/2025 | | 2025 03/03/2025 | $2,987,385.00 | $2,987,385.00 |
| 66.616 | 5F | 02F80101 | 02F80101-0 | 01/17/2025 | | 2025 02/26/2025 | $19,999,999.00 | $19,999,999.00 |
| 66.616 | 5F | 02J85001 | 02J85001-0 | 12/20/2024 | | 2025 | $19,555,386.00 | $19,555,386.00 |
| 66.616 | 5F | 02J85101 | 02J85101-0 | 12/04/2024 | | 2025 01/27/2025 | $16,465,618.00 | $16,465,618.00 |
| 66.616 | 5F | 02J85301 | 02J85301-0 | 12/04/2024 | | 2025 01/31/2025 | $19,921,731.00 | $19,921,731.00 |
| 66.616 | 5F | 02J88401 | 02J88401-0 | 12/05/2024 | | 2025 | $20,000,000.00 | $20,000,000.00 |
| 66.616 | 5F | 02J88501 | 02J88501-0 | 12/05/2024 | | 2025 02/19/2025 | $20,030,841.00 | $20,030,841.00 |
| 66.616 | 5F | 02J88601 | 02J88601-0 | 12/02/2024 | | 2025 | $3,137,855.00 | $3,137,855.00 |
| 66.616 | 5F | 02J91701 | 02J91701-0 | 12/23/2024 | | 2025 | $8,932,979.00 | $8,932,979.00 |
| 66.616 | 5F | 02J91801 | 02J91801-0 | 12/10/2024 | | 2025 03/04/2025 | $19,989,160.00 | $19,989,160.00 |
| 66.616 | 5F | 02J91901 | 02J91901-0 | 12/17/2024 | | 2025 | $20,000,000.00 | $20,000,000.00 |
| 66.616 | 5F | 02J92801 | 02J92801-0 | 12/05/2024 | | 2025 | $19,455,772.00 | $19,455,772.00 |
| 66.616 | 5F | 02J95201 | 02J95201-0 | 12/26/2024 | | 2025 | $19,826,233.00 | $19,826,233.00 |
| 66.616 | 5F | 02J95301 | 02J95301-0 | 12/23/2024 | | 2025 03/07/2025 | $16,340,887.00 | $16,340,887.00 |
| 66.616 | 5F | 02J95401 | 02J95401-0 | 01/10/2025 | | 2025 | $19,990,020.00 | $19,990,020.00 |
| 66.616 | 5F | 02J95501 | 02J95501-0 | 12/26/2024 | | 2025 | $2,904,935.00 | $2,904,935.00 |
| 66.616 | 5F | 02J95601 | 02J95601-0 | 01/13/2025 | | 2025 | $19,998,693.00 | $19,998,693.00 |
| 66.616 | 5F | 02J95701 | 02J95701-0 | 12/27/2024 | | 2025 02/21/2025 | $19,983,378.00 | $19,983,378.00 |
| 66.616 | 5F | 02J95801 | 02J95801-0 | 01/10/2025 | | 2025 | $20,000,000.00 | $20,000,000.00 |
| 66.616 | 5F | 03D25324 | 03D25324-0 | 12/02/2024 | | 2025 03/10/2025 | $19,960,040.00 | $19,960,040.00 |
| 66.616 | 5F | 03D25424 | 03D25424-0 | 12/05/2024 | | 2025 02/24/2025 | $14,443,306.00 | $14,443,306.00 |

EPA_00318441

**J.A. 2649**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| $3,000,000.00 | $134,462.74 | $2,865,537.26 | EPA R5 | R05 | 10/01/2024 | 09/30/2027 | |
| $10,000,000.00 | $7,746,104.00 | $2,253,896.00 | EPA R5 | R05 | 04/01/2024 | 03/31/2027 | |
| $3,286,422.00 | $1,578.98 | $3,284,843.02 | EPA R5 | R05 | 12/01/2024 | 11/30/2027 | |
| $20,232,335.00 | $1,210,706.01 | $19,021,628.99 | EPA R5 | R05 | 12/01/2024 | 11/30/2027 | |
| $21,652,072.00 | $35,841.99 | $21,616,230.01 | EPA R5 | R05 | 12/01/2024 | 11/30/2027 | |
| $19,999,268.00 | $0.00 | $19,999,268.00 | EPA R5 | R05 | 03/01/2025 | 02/29/2028 | |
| $20,000,000.00 | $0.00 | $20,000,000.00 | EPA R8 | R08 | 01/13/2025 | 01/12/2028 | |
| $19,949,725.00 | $470,023.00 | $19,479,702.00 | EPA R8 | R08 | 01/15/2025 | 01/14/2028 | |
| $20,058,601.00 | $7,525.67 | $20,051,075.33 | EPA R8 | R08 | 01/10/2025 | 12/31/2027 | |
| $19,999,998.00 | $0.00 | $19,999,998.00 | EPA R6 | R06 | 03/01/2025 | 02/29/2028 | |
| $19,944,575.00 | $230,965.00 | $19,713,610.00 | EPA R6 | R06 | 12/01/2024 | 11/30/2027 | |
| $18,780,805.00 | $25,845.88 | $18,754,959.12 | EPA R6 | OEJECR | 01/01/2025 | 12/31/2027 | |
| $19,994,586.00 | $0.00 | $19,994,586.00 | EPA R6 | R06 | 01/01/2025 | 12/31/2027 | |
| $20,000,000.00 | $201,055.63 | $19,798,944.37 | EPA R6 | OEJECR | 01/01/2025 | 12/31/2027 | |
| $12,704,048.00 | $1,608,223.66 | $11,095,824.34 | EPA R6 | R06 | 01/01/2025 | 12/31/2027 | |
| $3,015,485.00 | $40,372.32 | $2,975,112.68 | EPA R6 | R06 | 01/01/2025 | 12/31/2027 | |
| $2,987,385.00 | $28,515.00 | $2,958,870.00 | EPA R6 | R06 | 02/01/2025 | 01/31/2028 | |
| $19,999,999.00 | $3,544,191.16 | $16,455,807.84 | EPA R6 | R06 | 01/17/2025 | 01/31/2028 | |
| $19,555,386.00 | $0.00 | $19,555,386.00 | EPA R10 | R10 | 03/01/2025 | 02/29/2028 | |
| $16,465,618.00 | $198.80 | $16,465,419.20 | EPA R10 | R10 | 01/01/2025 | 12/31/2027 | |
| $19,921,731.00 | $6,597.15 | $19,915,133.85 | EPA R10 | R10 | 01/01/2025 | 12/31/2027 | |
| $20,000,000.00 | $0.00 | $20,000,000.00 | EPA R10 | R10 | 01/01/2025 | 12/31/2027 | |
| $20,030,841.00 | $37,871.32 | $19,992,969.68 | EPA R10 | R10 | 01/01/2025 | 12/31/2027 | |
| $3,137,855.00 | $0.00 | $3,137,855.00 | EPA R10 | R10 | 01/01/2025 | 12/31/2027 | |
| $8,932,979.00 | $0.00 | $8,932,979.00 | EPA R10 | R10 | 04/01/2025 | 03/31/2028 | |
| $19,989,160.00 | $5,076.93 | $19,984,083.07 | EPA R10 | R10 | 02/10/2025 | 02/09/2028 | |
| $20,000,000.00 | $0.00 | $20,000,000.00 | EPA R10 | R10 | 02/10/2025 | 02/09/2028 | |
| $19,455,772.00 | $0.00 | $19,455,772.00 | EPA R10 | R10 | 02/01/2025 | 01/31/2028 | |
| $19,826,233.00 | $0.00 | $19,826,233.00 | EPA R10 | R10 | 04/21/2025 | 04/20/2028 | |
| $16,340,887.00 | $4,836.00 | $16,336,051.00 | EPA R10 | R10 | 02/01/2025 | 01/31/2028 | |
| $19,990,020.00 | $0.00 | $19,990,020.00 | EPA R10 | R10 | 02/01/2025 | 01/31/2028 | |
| $2,904,935.00 | $0.00 | $2,904,935.00 | EPA R10 | R10 | 02/01/2025 | 01/31/2028 | |
| $19,998,693.00 | $0.00 | $19,998,693.00 | EPA R10 | R10 | 03/01/2025 | 02/29/2028 | |
| $19,983,378.00 | $3,375.77 | $19,980,002.23 | EPA R10 | R10 | 01/01/2025 | 12/31/2027 | |
| $20,000,000.00 | $0.00 | $20,000,000.00 | EPA R10 | R10 | 05/01/2025 | 04/30/2028 | |
| $19,960,040.00 | $52,864.96 | $19,907,175.04 | EPA R4 | R04 | 01/01/2025 | 12/31/2027 | |
| $14,443,306.00 | $6,177.29 | $14,437,128.71 | EPA R4 | R04 | 01/01/2025 | 12/31/2027 | |

**J.A. 2650**

| THE TRUST FOR PUBLIC LAND | CA | HN7CS4YNMBC4 | Not for Profit |
|---|---|---|---|
| maic9383 - Minneapolis American Indian Center | MN | JLNTCKHMMP23 | Not for Profit |
| UNIVERSITY OF WISCONSIN SYSTEM | WI | LCLSJAGTNZQ7 | State Institution of Higher Learning |
| CITY OF MADISON | WI | FS3AZ3FV8JG8 | Municipal |
| MIDWEST TRIBAL ENERGY RESOURCES ASSOCIATION INC | WI | CBSZX57DLCY1 | Indian Tribe |
| LEECH LAKE BAND OF OJIBWE | MN | EBFFR37CPL55 | Indian Tribe |
| THE CITY-COUNTY OF BUTTE SILVER BOW | MT | KU4FFEFBNJD9 | County |
| Flandreau Santee Sioux Tribe | SD | HH4QS2XSBBK4 | Indian Tribe |
| cdi3831 - COMMUN DENVER INC. | CO | F7P7YN1KERT4 | Not for Profit |
| CITY OF HOUSTON | TX | GULQZBMP2SR3 | Municipal |
| DILLARD UNIVERSITY | LA | FR9LM1J86MJ5 | Private University |
| mwmw8466 - MISSION WACO MISSION WORLD | TX | NN73AH7NJQ24 | Not for Profit |
| sfisi5705 - SANTA FE INDIAN SCHOOL, INC. | NM | Z8S4SGTN7TB3 | Not for Profit |
| urec6143 - URBAN RESTORATION ENHANCEMENT CORPORATION | LA | JMU7U1STL1E9 | Not for Profit |
| bbca2029 - BIG BEND CONSERVATION ALLIANCE | TX | S8ZQQCC5VY43 | Not for Profit |
| aah0289 - AIR ALLIANCE HOUSTON | TX | SL44BVTJBFK5 | Not for Profit |
| tgcfce0255 - THE GLOBAL CENTER FOR CULTURAL ENTREPRENEURSHIP | NM | WQRNGQRGEWF6 | Not for Profit |
| srni3940 - Stay Ready NOLA, Inc. | LA | TZRGSNCAVLF4 | Not for Profit |
| LANE COUNTY OREGON | OR | XCLAXTCSJF71 | County |
| CITY OF POCATELLO | ID | C1H5KKGYA7F8 | Municipal |
| THE CORPORATION OF GONZAGA UNIVERSITY | WA | Y14CPR31B6C3 | Private University |
| DENA NENA HENASH | AK | D37SXRJ5HMJ1 | Indian Tribe |
| CONFEDERATED TRIBES OF GRAND RONDE | OR | K4ZDA84UXNN5 | Indian Tribe |
| FRONT AND CENTERED | WA | XAWGFDYVLB88 | Not for Profit |
| NATIVE VILLAGE OF CHENEGA | AK | G6CZKLD8N8E6 | Indian Tribe |
| ALASKA NATIVE TRIBAL HEALTH CONSORTIUM | AK | M272P7XFJNN7 | Indian Tribe |
| tf3690 - TEBUGHNA FOUNDATION | AK | X3CBRNE3CN78 | Not for Profit |
| METLAKATLA INDIAN COMMUNITY | AK | MYPCUEP3PY65 | Indian Tribe |
| ALASKA NATIVE TRIBAL HEALTH CONSORTIUM | AK | M272P7XFJNN7 | Indian Tribe |
| Chiloquin - CITY OF CHILOQUIN | OR | YMM6JD17NHJ7 | Municipal |
| cgesd6357 - Columbia Gorge Education Service District | OR | TGJRJSMNDUH6 | |
| sri0185 - SPRUCE ROOT, INC. | AK | WHSCX3H9LN69 | Not for Profit |
| Native Village of Kipnuk | AK | LZJ7Y671BNN5 | Not for Profit |
| Confederated Tribes and Bands of the Yakama Nation | WA | Q4EDSUR34U61 | Indian Tribe |
| t6438 - RECTOR & VISITORS OF THE UNIVERSITY OF VIRGINIA | VA | JJG6HU8PA4S5 | State Institution of Higher Learning |
| THE TRUST FOR PUBLIC LAND | CA | HN7CS4YNMBC4 | Not for Profit |
| TEXAS A & M UNIVERSITY | TX | JF6XLNB4CDJ5 | State Institution of Higher Learning |

EPA_00318443

| 66.616 | Environmental and Climate Justice Block Grant Program |
|--------|--------------------------------------------------------|
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |

EPA_00318444

| |
|---|
| Building Democratic Systems for a Climate Resilient Cleveland |
| Minneapolis Climate Resilience Hub Partnership |
| InterTribal Lake Winnebago Mayom ~Wild Rice ~ Revitalization Project |
| Climate Resilience Starts at Home: Growing Energy Efficiency, Indoor Air Quality, and Green Jobs in Madison and Fitchburg, Wisconsin |
| Improving Tribal Access to Energy Efficiency and Weatherization Infrastructure for Midwest Tribes |
| Leech Lake Band of Ojibwe Tribal Resilience Hub |
| Butte Community Resilience Hub |
| Flandreau Santee Sioux Tribe Community Change Grant |
| Loretto Heights Resiliency Hub |
| Vulnerable to Vibrant: Power for Change |
| Dillard University and United Way of Southeast Louisiana Partnership: Building Climate Resiliency in Southeast Louisiana |
| Engaging Communities for a Resilient and Sustainable Waco and McLennan County |
| Water Is Life: Advancing Climate Action and Environmental Justice Goals of the Santa Fe Indian School Campus Vision Plan |
| Weatherization and Energy Efficiency to Promote Louisiana Urban Growth (WE PLUG Louisiana) |
| Everything's Connected in Presidio: Building climate resiliency through green infrastructure and reducing pollution through traffic mitigation at the International Bridge crossing |
| AirMail Gulf Coast |
| New Mexico Partnership for Equitable Climate Planning and Policy |
| Stay Ready Solar Project |
| Lane County Transformation for Resiliency Through Equity and Engagement Network |
| CITY OF POCATELLO SOUTH 5TH AVE. COMPLETE STREETS AND SEWER PROJECT |
| Spokane Climate Resilience Project - transform disadvantaged Spokane communities into healthy, climate resilient, and thriving communities. |
| EPA Huslia Village Climate Solutions |
| FY2024 CTGR EPA CCGP Resident Resilience Center |
| Applying Cornerstones of Co-governance through Community Leadership and Assemblies in Washington State for Environmental Justice (ACCELERATE EJ) |
| Chenega Bulk Fuel Storage System &amp; Renewable Integration Project. |
| Bering Straits Community Solar &amp; Battery Systems |
| Rebuilding Community: Repairing and Renewing Homes for the People of the Native Village of Tyonek, Alaska |
| Revitalizing Metlakatlas Ecosystems for Future Generations - Air Toxic Pollution Reduction, Nature-Based Solutions through Regenerative Seaweed Farming, and Ocean Vessel E |
| Kotzebue Tribal Wind |
| Chiloquin Community Resilience Hub and Municipal Center |
| The Columbia Gorge Early Learning and Resilience Center: A rural hub for environmental justice and climate resilience |
| Village Voices for Equity: Strengthening Indigenous Participation in Environmental and Climate Policy |
| Kipnuk Reach 3 Riprap Riverbank Stabilization Project |
| Fire and the Built Environment: Reducing Air Pollution Impacts on Yakama Nation and the Yakima Valley |
| Permafrost Management for Community Health and Resilience in Utqiaġvik, Alaska |
| Environmental and Climate Justice Block Grant Program |
| Environmental and Climate Justice Block Grant Program |

EPA_00318445

This agreement provides funding under the Inflation Reduction Act (IRA) to The Trust for Public Land.  Specifically, through this project entitled &quot;Building Democratic System
This agreement provides funding under the Inflation Reduction Act (IRA) to Minneapolis American Indian Center. Specifically, the project will fund the installation and utilization of
This agreement provides funding under the Inflation Reduction Act (IRA) to The Board of Regents of the University of Wisconsin System.  Specifically, the project will interrupt and
This agreement provides funding under the Inflation Reduction Act (IRA) to City of Madison. Specifically, the project will address energy justice head on and implementing equitabl
This agreement provides funding under the Inflation Reduction Act (IRA) to Midwest Tribal Energy Resources Association, Inc (MTERA). Specifically, the project will improve the li
This agreement provides funding under the Inflation Reduction Act (IRA) to Leech Lake Band of Ojibwe. Specifically, the project will be creating a Tribal Resilience Hub, the corner
This agreement provides funding under the Inflation Reduction Act (IRA) to The City and County of Butte-Silver Bow. Specifically, the project will build The Community Resilience
This agreement provides funding under the Inflation Reduction Act (IRA) to the Flandreau Santee Sioux Tribe. Specifically, the project will create a Zero Emission Transportation C
This agreement provides funding under the Inflation Reduction Act (IRA) to Commun Denver Inc. Specifically, the project will renovate a 40,000 square foot building into a commu
This agreement provides funding under the Inflation Reduction Act (IRA). The project will focus on several key areas in the City of Houston:Contamination and Pollution Mitigation:
This agreement allocates funding to Dillard University through the Inflation Reduction Act (IRA). The university will utilize this funding to install electric vehicle charging stations, so
This agreement provides funding under the Inflation Reduction Act (IRA) to Mission Waco Mission World. Specifically, the project will strengthen existing partnerships to build a m
This agreement provides funding under the Inflation Reduction Act (IRA) to Santa Fe Indian School, Inc. Specifically, the project will implement the 2023 Santa Fe Indian School (S
This agreement provides funding under the Inflation Reduction Act (IRA) to Urban Restoration Enhancement Corporation. Specifically, this Track I project will be implemented thro
This agreement provides funding under the Inflation Reduction Act (IRA) to Big Bend Conservation Alliance. Specifically, the project will revitalize and provide green spaces, monito
This agreement provides funding under the Inflation Reduction Act (IRA) to Air Alliance Houston (AAH). Specifically, the project will build the capacity of communities and governm
This agreement provides funding under the Inflation Reduction Act (IRA) to the Global Center for Cultural Entrepreneurship.  Specifically, the project will support the recipient and i
This agreement provides funding under the Inflation Reduction Act (IRA) to Stay Ready NOLA, Inc. Specifically, the project will seek to build a ResilienceHub to enhance communi
This agreement provides funding under the Inflation Reduction Act (IRA) to Lane County to tackle the climate crisis by renovating six resiliency hubs targeting high risk populations
This agreement provides funding under the Inflation Reduction Act (IRA) to the City of Pocatello. Specifically, the project will improve local groundwater and air quality, while also i
This agreement provides funding under the Inflation Reduction Act (IRA) to Gonzaga Institute for Climate, Water, and the Environment (Climate Institute). Specifically, this project
This agreement provides funding under the Inflation Reduction Act (IRA) to Tanana Chiefs Conference. Specifically, the project will allow Tanana Chiefs Conference to manage the
This agreement provides funding under the Inflation Reduction Act (IRA) to Confederated Tribes of Grand Ronde. Specifically, the project will allow Confederated Tribes of Grand I
This agreement provides funding under the Inflation Reduction Act (IRA) to Front &amp; Centered.  Specifically, the project will engage Community-Based Organizations and com
This grant provides funding under the Inflation Reduction Act (IRA) to Native Village of Chenega. Specifically, the project will involve the construction of a new 30,000-gallon bulk f
This agreement provides funding under the Inflation Reduction Act (IRA) to the Alaska Native Tribal Health Consortium. Specifically, the project proposes to build community-scale
This agreement provides funding under the Inflation Reduction Act (IRA) to Tebughna Foundation. Specifically, the project will create a workforce development program in Tyonek,
This agreement provides funding under the Inflation Reduction Act (IRA) to Metlakatla Indian Community. Specifically, the project will: (1) implement seaweed farming as a nature-

This agreement provides funding under the Inflation Reduction Act (IRA) to Alaska Native Tribal Health Consortium (ANTHC). Specifically, the project will build two wind turbines
in Kotzebue, Alaska.

With an overarching purpose to prepare the Greater Chiloquin Area to respond to emergencies, support residents in times of crisis, and foster climate change resiliency, this proje
This agreement provides funding under the Inflation Reduction Act (IRA) to the Columbia Gorge Education Service District. Specifically, the project will renovate a school building t
This agreement provides funding under the Inflation Reduction Act (IRA) to Spruce Root.  Specifically, the project will engage rural, disadvantaged Tribal communities in Southeas
This agreement provides funding under the Inflation Reduction Act (IRA) to Native Village of Kipnuk. Specifically, the Kipnuk Riprap Riverbank Stabilization Project will add riprap t
This agreement provides funding under the Inflation Reduction Act (IRA) to Confederated Tribes and Bands of Yakama Nation. Specifically, the project will allow the Confederated
This agreement provides funding under the Inflation Reduction Act (IRA) to the University of Virginia. Specifically, the project will allow the University of Virginia, working in Utqiagv
This agreement approves an award in the amount of $19,960,040 under the Inflation Reduction Act (IRA) to the Trust for Public Land. Specifically, the Clifton Hills Alton Park Thre
This action approves an award in the amount of $14,443,306.00 to support Texas A&amp;M University to install hundreds of onsite wastewater treatment systems, infrastructure t

EPA_00318446

| 66.616 | 5F | 03D26124 | 03D26124-0 | 12/02/2024 | 2025 | 03/03/2025 | $19,953,400.00 | $19,953,400.00 |
|---|---|---|---|---|---|---|---|---|
| 66.616 | 5F | 03D26224 | 03D26224-0 | 12/04/2024 | 2025 | 02/24/2025 | $19,357,757.00 | $19,357,757.00 |
| 66.616 | 5F | 03D26324 | 03D26324-0 | 12/04/2024 | 2025 | 02/25/2025 | $19,827,740.00 | $18,490,240.00 |
| 66.616 | 5F | 03D30524 | 03D30524-0 | 12/10/2024 | 2025 | 02/20/2025 | $20,000,000.00 | $20,000,000.00 |
| 66.616 | 5F | 03D30624 | 03D30624-0 | 12/16/2024 | 2025 | | $14,944,031.00 | $14,944,031.00 |
| 66.616 | 5F | 03D30724 | 03D30724-0 | 12/18/2024 | 2025 | | $19,999,967.00 | $19,999,967.00 |
| 66.616 | 5F | 03D30824 | 03D30824-0 | 12/20/2024 | 2025 | 02/21/2025 | $11,441,520.00 | $11,396,020.00 |
| 66.616 | 5F | 03D30924 | 03D30924-0 | 12/20/2024 | 2025 | 01/31/2025 | $1,875,142.00 | $1,875,142.00 |
| 66.616 | 5F | 03D31024 | 03D31024-0 | 12/12/2024 | 2025 | 03/05/2025 | $3,103,648.00 | $3,103,648.00 |
| 66.616 | 5F | 03D33525 | 03D33525-0 | 01/17/2025 | 2025 | | $3,000,000.00 | $3,000,000.00 |
| 66.616 | 5F | 03D33625 | 03D33625-0 | 01/16/2025 | 2025 | | $2,596,592.00 | $2,596,592.00 |
| 66.616 | 5F | 03D33725 | 03D33725-0 | 01/17/2025 | 2025 | | $19,996,791.00 | $19,996,791.00 |
| 66.616 | 5F | 03D33825 | 03D33825-0 | 01/16/2025 | 2025 | 03/07/2025 | $19,889,515.00 | $19,889,515.00 |
| 66.616 | 5F | 03D33925 | 03D33925-0 | 01/17/2025 | 2025 | | $19,805,900.00 | $19,805,900.00 |
| 66.616 | 5F | 953A0021 | 953A0021-0 | 11/26/2024 | 2025 | 02/25/2025 | $20,104,032.00 | $20,104,032.00 |
| 66.616 | 5F | 953A0039 | 953A0039-0 | 11/26/2024 | 2025 | 02/20/2025 | $15,309,845.00 | $15,309,845.00 |
| 66.616 | 5F | 953A0075 | 953A0075-0 | 12/11/2024 | 2025 | | $19,997,822.00 | $19,997,822.00 |
| 66.616 | 5F | 953A0079 | 953A0079-0 | 12/05/2024 | 2025 | | $20,006,400.00 | $20,006,400.00 |
| 66.616 | 5F | 953A0097 | 953A0097-0 | 01/08/2025 | 2025 | 03/04/2025 | $19,886,658.00 | $19,886,658.00 |
| 66.616 | 5F | 96272300 | 96272300-0 | 12/13/2024 | 2025 | 03/03/2025 | $1,047,647.00 | $1,047,647.00 |
| 66.616 | 5F | 96272800 | 96272800-0 | 12/20/2024 | 2025 | 02/27/2025 | $20,096,954.00 | $20,096,954.00 |
| 66.616 | 5F | 96272900 | 96272900-0 | 12/11/2024 | 2025 | | $20,152,214.00 | $20,152,214.00 |
| 66.616 | 5F | 96273600 | 96273600-0 | 12/16/2024 | 2025 | 02/26/2025 | $3,115,632.00 | $3,115,632.00 |
| 66.616 | 5F | 96274625 | 96274625-0 | 12/18/2024 | 2025 | | $3,000,000.00 | $3,000,000.00 |
| 66.616 | 5F | 96275300 | 96275300-0 | 12/20/2024 | 2025 | | $11,914,745.00 | $11,914,745.00 |
| 66.616 | 5F | 96275325 | 96275325-0 | 12/18/2024 | 2025 | 03/04/2025 | $19,318,594.00 | $19,318,594.00 |
| 66.616 | 5F | 96275425 | 96275425-0 | 01/13/2025 | 2025 | 02/21/2025 | $11,158,108.00 | $11,158,108.00 |
| 66.616 | 5F | 96276500 | 96276500-0 | 01/03/2025 | 2025 | 03/04/2025 | $20,000,000.00 | $20,000,000.00 |
| 66.616 | 5F | 96276600 | 96276600-0 | 01/16/2025 | 2025 | | $20,000,000.00 | $20,000,000.00 |
| 66.616 | 5F | 96276700 | 96276700-0 | 01/15/2025 | 2025 | 03/06/2025 | $20,000,000.00 | $20,000,000.00 |
| 66.616 | 5F | 96278700 | 96278700-0 | 01/13/2025 | 2025 | 02/26/2025 | $3,000,000.00 | $3,000,000.00 |
| 66.616 | 5F | 97T17601 | 97T17601-0 | 11/26/2024 | 2025 | 02/21/2025 | $1,200,000.00 | $1,200,000.00 |
| 66.616 | 5F | 97T17701 | 97T17701-0 | 12/09/2024 | 2025 | | $20,040,630.00 | $20,040,630.00 |
| 66.616 | 5F | 97T17801 | 97T17801-0 | 11/25/2024 | 2025 | 02/26/2025 | $19,999,999.00 | $19,999,999.00 |
| 66.616 | 5F | 97T17901 | 97T17901-0 | 12/06/2024 | 2025 | 02/27/2025 | $20,000,000.00 | $20,000,000.00 |
| 66.616 | 5F | 97T18001 | 97T18001-0 | 11/26/2024 | 2025 | 03/04/2025 | $20,452,614.00 | $20,452,614.00 |
| 66.616 | 5F | 97T18101 | 97T18101-0 | 11/23/2024 | 2025 | 02/10/2025 | $18,560,143.00 | $18,560,143.00 |
| 66.616 | 5F | 97T18301 | 97T18301-0 | 11/26/2024 | 2025 | 02/28/2025 | $1,500,000.00 | $1,500,000.00 |
| 66.616 | 5F | 97T24301 | 97T24301-0 | 11/25/2024 | 2025 | 03/03/2025 | $19,965,495.00 | $19,965,495.00 |
| 66.616 | 5F | 97T24601 | 97T24601-0 | 11/29/2024 | 2025 | 03/11/2025 | $3,000,000.00 | $3,000,000.00 |
| 66.616 | 5F | 97T24701 | 97T24701-0 | 11/19/2024 | 2025 | 02/24/2025 | $19,997,193.00 | $19,997,193.00 |
| 66.616 | 5F | 97T28201 | 97T28201-0 | 12/12/2024 | 2025 | | $18,590,988.00 | $18,590,988.00 |

**J.A. 2655**

EPA_00318447

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| $19,953,400.00 | $22,590.29 | $19,930,809.71 | EPA R4 | R04 | 12/01/2024 | 11/30/2027 |
| $19,357,757.00 | $50,522.14 | $19,307,234.86 | EPA R4 | R04 | 12/01/2024 | 11/30/2027 |
| $18,490,240.00 | $3,957.75 | $18,486,282.25 | EPA R4 | R04 | 01/01/2025 | 12/31/2027 |
| $20,000,000.00 | $67,745.29 | $19,932,254.71 | EPA R4 | R04 | 01/01/2025 | 12/31/2027 |
| $14,944,031.00 | $0.00 | $14,944,031.00 | EPA R4 | R04 | 03/01/2025 | 02/29/2028 |
| $19,999,967.00 | $0.00 | $19,999,967.00 | EPA R4 | R04 | 04/01/2025 | 03/31/2028 |
| $11,396,020.00 | $145,008.85 | $11,251,011.15 | EPA R4 | R04 | 01/01/2025 | 12/31/2027 |
| $1,875,142.00 | $6,129.72 | $1,869,012.28 | EPA R4 | R04 | 01/01/2025 | 12/31/2027 |
| $3,103,648.00 | $15,990.25 | $3,087,657.75 | EPA R4 | R04 | 01/01/2025 | 12/31/2027 |
| $3,000,000.00 | $0.00 | $3,000,000.00 | EPA R4 | R04 | 06/01/2025 | 05/31/2028 |
| $2,596,592.00 | $0.00 | $2,596,592.00 | EPA R4 | R04 | 03/01/2025 | 02/29/2028 |
| $19,996,791.00 | $0.00 | $19,996,791.00 | EPA R4 | R04 | 01/01/2025 | 12/31/2027 |
| $19,889,515.00 | $1,471.23 | $19,888,043.77 | EPA R4 | R04 | 03/01/2025 | 02/29/2028 |
| $19,805,900.00 | $0.00 | $19,805,900.00 | EPA R4 | R04 | 01/01/2025 | 12/31/2027 |
| $20,104,032.00 | $62,683.23 | $20,041,348.77 | EPA R3 | R03 | 11/01/2024 | 10/31/2027 |
| $15,309,845.00 | $877,922.29 | $14,431,922.71 | EPA R3 | R03 | 11/01/2024 | 10/31/2027 |
| $19,997,822.00 | $0.00 | $19,997,822.00 | EPA R3 | OEJECR | 01/01/2025 | 12/31/2027 |
| $20,006,400.00 | $0.00 | $20,006,400.00 | EPA R3 | R03 | 03/01/2025 | 02/29/2028 |
| $19,886,658.00 | $27,106.16 | $19,859,551.84 | EPA R3 | R03 | 02/01/2025 | 01/31/2028 |
| $1,047,647.00 | $48,405.75 | $999,241.25 | EPA R2 | R02 | 11/01/2024 | 10/31/2027 |
| $20,096,954.00 | $34,767.96 | $20,062,186.04 | EPA R2 | R02 | 01/06/2025 | 01/05/2028 |
| $20,152,214.00 | $0.00 | $20,152,214.00 | EPA R2 | R02 | 01/15/2025 | 01/14/2028 |
| $3,115,632.00 | $32,659.97 | $3,082,972.03 | EPA R2 | R02 | 01/01/2025 | 12/31/2027 |
| $3,000,000.00 | $0.00 | $3,000,000.00 | EPA R2 | R02 | 02/15/2025 | 02/14/2028 |
| $11,914,745.00 | $0.00 | $11,914,745.00 | EPA R2 | R02 | 02/17/2025 | 02/16/2028 |
| $19,318,594.00 | $12,282.31 | $19,306,311.69 | EPA R2 | R02 | 01/06/2025 | 01/05/2028 |
| $11,158,108.00 | $32,000.00 | $11,126,108.00 | EPA R2 | R02 | 02/01/2025 | 01/31/2028 |
| $20,000,000.00 | $51,712.01 | $19,948,287.99 | EPA R2 | R02 | 01/15/2025 | 01/14/2028 |
| $20,000,000.00 | $0.00 | $20,000,000.00 | EPA R2 | R02 | 03/31/2025 | 03/30/2028 |
| $20,000,000.00 | $201,599.86 | $19,798,400.14 | EPA R2 | R02 | 02/01/2025 | 01/31/2028 |
| $3,000,000.00 | $3,993.88 | $2,996,006.12 | EPA R2 | R02 | 12/16/2024 | 12/15/2027 |
| $1,200,000.00 | $25,000.00 | $1,175,000.00 | EPA R9 | R09 | 11/01/2024 | 10/31/2027 |
| $20,040,630.00 | $0.00 | $20,040,630.00 | EPA R9 | R09 | 12/01/2024 | 11/30/2027 |
| $19,999,999.00 | $32,267.31 | $19,967,731.69 | EPA R9 | R09 | 01/06/2025 | 01/05/2028 |
| $20,000,000.00 | $88,158.13 | $19,911,841.87 | EPA R9 | R09 | 10/01/2024 | 09/30/2027 |
| $20,452,614.00 | $892,698.17 | $19,559,915.83 | EPA R9 | R09 | 01/01/2025 | 12/31/2027 |
| $18,560,143.00 | $573,914.45 | $17,986,228.55 | EPA R9 | R09 | 11/01/2024 | 10/31/2027 |
| $1,500,000.00 | $62,257.71 | $1,437,742.29 | EPA R9 | R09 | 12/01/2024 | 11/30/2027 |
| $19,965,495.00 | $7,502.33 | $19,957,992.67 | EPA R9 | R09 | 01/01/2025 | 12/31/2027 |
| $3,000,000.00 | $47,770.47 | $2,952,229.53 | EPA R9 | R09 | 12/16/2024 | 12/15/2027 |
| $19,997,193.00 | $86,535.55 | $19,910,657.45 | EPA R9 | R09 | 12/01/2024 | 11/30/2027 |
| $18,590,988.00 | $0.00 | $18,590,988.00 | EPA R9 | R09 | 01/01/2025 | 12/31/2027 |

EPA_00318448

**J.A. 2656**

| | | | |
|---|---|---|---|
| lsca5653 - Lucky Shoals Community Association, Inc. | GA | RXW8XMECCFL9 | Not for Profit |
| sfcf3865 - SOUTHWEST FLORIDA COMMUNITY FOUNDATION, INC. | FL | T3M1LLGHUMC5 | Not for Profit |
| tsrfohpi8797 - The Southwest Renewal Foundation of High Point, Inc. | NC | S79DG9CMYF69 | Not for Profit |
| Groundwell Inc. - GROUNDSWELL INC | DC | WLA2JJDJFL63 | Not for Profit |
| Univ Area CD - UNIVERSITY AREA COMMUNITY DEV | FL | STMHHTJHN1R8 | Not for Profit |
| twlti4915 - THE WORKING LANDS TRUST, INC. | NC | JLTHEQFXZG53 | Not for Profit |
| si0695 - Sustainability Institute | SC | NF9KCFN32M55 | Not for Profit |
| teoca3785 - Tennessee Educators of Color Alliance | TN | C7UMG6PDANY8 | Not for Profit |
| mi8573 - MDC, INC. | NC | R84FBNHNNDJ7 | Not for Profit |
| PalmBchCoGov - COUNTY OF PALM BEACH | FL | XL2DNFMPCR44 | County |
| WEST ANNISTON FOUNDATION | AL | K2LLRBBPDA26 | Not for Profit |
| ygag5952 - YOUNG, GIFTED & GREEN | TN | F24MECJ9L4A5 | Not for Profit |
| 2CMississippi: Towards Sustainable, Educated and Empowered Mississippi | MS | ELCWEURZDPW9 | Not for Profit |
| CITY OF THOMASVILLE | GA | C115QBW3DCK7 | Township |
| NATIONAL HOUSING TRUST | DC | JX69LRYCYUA7 | Not for Profit |
| PITTSBURGH CONSERVATION CORPS | PA | D32KKGEEYJ15 | Not for Profit |
| ENERGY COORDINATING AGENCY OF PHILADELPHIA, INC. | PA | D3SLFNSLDQG1 | Not for Profit |
| CITY OF HAMPTON | VA | H43KALPESBP1 | Municipal |
| t6438 - RECTOR & VISITORS OF THE UNIVERSITY OF VIRGINIA | VA | JJG6HU8PA4S5 | State Institution of Higher Learning |
| BRONX RIVER ALLIANCE INC | NY | MW8CCAHLLTN7 | Not for Profit |
| GRID ALTERNATIVES | CA | GXQ3HX2VLLP3 | Not for Profit |
| PEOPLE UNITED FOR SUSTAINABLE HOUSING, INC | NY | DC4ZZCUTM6N9 | Not for Profit |
| EL PUENTE DE WILLIAMSBURG, INC. | NY | QD3BU836BR33 | Not for Profit |
| WEST HARLEM ENVIRONMENTAL ACTION INC | NY | PB8TKKTU3AG3 | Not for Profit |
| ddlcdpri9224 - DEPARTAMENTO DE LA COMIDA DE PUERTO RICO INC | PR | FAN4ZMDTP588 | Not for Profit |
| Ironbound Community Corporation | NJ | RESKT9F5G3K3 | Not for Profit |
| Rockaway Waterfront Alliance, Inc. | NY | M12VD7WEEFM9 | Not for Profit |
| adrdlmi8531 - ASOCIACION DE RESIDENTES DE LA MARGARITA INC | PR | DGR4WZZYGQ86 | Not for Profit |
| ISLAND GREEN BUILDING ASSOCIATION, INCORPORATED | VI | QT3RF9GL8VT4 | Not for Profit |
| taotcri1427 - TRINITY ALLIANCE OF THE CAPITAL REGION, INC | NY | XB3ZLWAE8836 | Not for Profit |
| THE NEW SCHOOL | NY | YNL2H7YNMFP9 | Private University |
| SPECIAL SERVICE FOR GROUPS, INC. | CA | WQGNEZQYP3Y7 | Not for Profit |
| CITY OF BAKERSFIELD | CA | YUJJHEWCPLZ5 | Municipal |
| tsdf0690 - SAN DIEGO FOUNDATION | CA | SZ8JCM7C3ND9 | Not for Profit |
| cfrcd6471 - COALITION FOR RESPONSIBLE COMMUNITY DEVELOPMENT | CA | ML7DAKLHL8C4 | Not for Profit |
| do1729 - DAY ONE | CA | MXVGDJN73T46 | Not for Profit |
| lfcci9534 - LA FAMILIA COUNSELING CENTER, INC | CA | JNGAN2NDKKZ8 | Not for Profit |
| igp9296 - INSIGHT GARDEN PROGRAM | CA | CAYNH2NVEM53 | Not for Profit |
| timma1315 - TREASURE ISLAND MOBILITY MANAGEMENT AGENCY | CA | ZQYAKF2S8NL8 | Special District |
| SOCIAL AND ENVIRONMENTAL ENTREPRENEURS (SEE), INC. | CA | VCAASEEZRM59 | Not for Profit |
| tpfi9370 - PRIMAVERA FOUNDATION INC | AZ | ZXQAE5JV2LJ8 | Not for Profit |
| PUEBLO UNIDO CDC | CA | GR5NZB2NUS49 | Not for Profit |

EPA_00318449

| 66.616 | Environmental and Climate Justice Block Grant Program |
|--------|-------------------------------------------------------|
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |

EPA_00318450

| |
|---|
| Environmental and Climate Justice Block Grant Program |
| Environmental and Climate Justice Block Grant Program |
| Environmental and Climate Justice Block Grant Program |
| Environmental and Climate Justice Block Grant Program |
| Environmental and Climate Justice Block Grant Program |
| Environmental and Climate Justice Block Grant Program |
| Environmental and Climate Justice Block Grant Program |
| Environmental and Climate Justice Block Grant Program |
| Environmental and Climate Justice Block Grant Program |
| Environmental and Climate Justice Block Grant Program |
| Environmental and Climate Justice Block Grant Program |
| Environmental and Climate Justice Block Grant Program |
| Environmental and Climate Justice Block Grant Program |
| Environmental and Climate Justice Block Grant Program |
| Empowering Healthy, Resilient and Affordable Communities |
| Leveraging a Pittsburgh / Philadelphia Workforce Development Partnerships to Multiply the Impact of Decarbonization, Pollution Remediation, and Circular Economy through Wo |
| Grays Ferry Community Resilience Hub |
| Aberdeen Gardens Community Resilience Implementation Strategy |
| Appalachian Environmental Resilience Community Change Grants Program |
| Uplifting Bronx Voices for Climate Change Resilience |
| A Collaborative Approach to Climate Resilience for Puerto Rico through Renewable Energy, Energy Efficiency, and Natural Resource Restoration |
| The Buffalo Neighborhood Mobilization Hubs Plan |
| To facilitate the engagement of disadvantaged communities in North Brooklyn in governmental processes for environmental and climate justice. |
| EJNYC: Community-Based Solutions for Environmental Justice |
| Por las Quebradas (For the Streams): Community Watershed Stewardship and Climate Resilience in Rural Caguas, Puerto Rico |
| Enhancing Community Resilience with Microgrid Technology |
| Rockaway Coastal Resilience Dune Restoration Project |
| Community Leadership Initiatives for Mitigation and Adaptation (CLIMA) Project |
| United States Virgin Islands Partnerships for Community-Wide Sustainability |
| ALL(bany) Together - Climate and Health Resilience Equity Project |
| Energy Governance Engagement for Environmental Justice (EGEEJ) |
| Inflation Reduction Act &ndash; Environmental and Climate Justice |
| Inflation Reduction Act &ndash; Environmental Justice Thriving Communities |
| Inflation Reduction Act - Environmental and Climate Justice |
| Inflation Reduction Act - Environmental and Climate Justice |
| Environmental and Climate Justice Block Grant Program |
| Inflation Reduction Act &ndash; Environmental and Climate Justice |
| Inflation Reduction Act &ndash; Environmental and Climate Justice |
| Inflation Reduction Act &ndash; Environmental and Climate Justice |
| Inflation Reduction Act - Environmental and Climate Justice |
| INFLATION REDUCTION ACT - ENVIRONMENTAL &amp; CLIMATE JUSTICE |
| Inflation Reduction Act - Environmental and Climate Justice |

EPA_00318451

This agreement provides funding in the amount of $19,953,400 under the Inflation Reduction Act (IRA) to Lucky Shoals Community Association (LSCA). Specifically, the project w

This agreement provides funding in the amount of $19,357,757 under the Inflation Reduction Act (IRA) to Southwest Florida Community Foundation, dba Collaboratory. This proje

This action approves funding in the amount of $18,490,240 to The Southwest Renewal Foundation of High Point, Inc under the Inflation Reduction Act (IRA). Specifically, the proje

This action approves funding in the amount of 20,000,000.00 under the Inflation Reduction Act (IRA) to Groundswell, Inc. Specifically, the project will support community resilienc

This action approves funding in the amount of $14,944,031 under the Inflation Reduction Act (IRA) to University Area Community Development Corporation, Inc, Florida. Specifica

This action approves funding in the amount of $19,999,967 under the Inflation Reduction Act (IRA) to The Working Lands Trust, Incorporated of North Carolina. Specifically, the pr

This action approves funding in the amount of $11,396,020 under the Inflation Reduction Act (IRA) to the Sustainability Institute of South Carolina. Specifically, the project will: pro

This action provides funding in the amount of $1,875,142 to support the Tennessee Educators of Color Alliance as they aim to significantly impact communities across Tennessee

This action approves an award in the amount of  $3,103,648.00 under the Inflation Reduction Act (IRA) to MDC Inc.  Specifically, the project will enhance the ability, skills, and cor

This action approves funding in the amount of $3,000,000 under the Inflation Reduction Act (IRA) to Palm Beach County (PBC) Office of Resilience.  Specifically, the project will er

This agreement provides funding in the amount of $2,596,592 under the Inflation Reduction Act (IRA) to West Anniston Foundation, Alabama.  Specifically, the project will empowe

This action approves an award in the amount of $19,996,791 under the Inflation Reduction Act (IRA) to Young, Gifted and Green. Specifically, the project will encompass three clir

This agreement approves funding in the amount of $19,889,515 under the Inflation Reduction Act (IRA) to 2C Mississippi: Towards Sustainable, Educated, and Empowered Missis

This action approves an award in the amount of$19,805,900 to the City of Thomasville under the Inflation Reduction Act (IRA) to support resiliency in Thomasville's low-income his

This agreement provides funding under the Inflation Reduction Act (IRA) to the National Housing Trust.  Specifically, the project will retrofit 785 homes to improve indoor air quality

This agreement provides funding under the Inflation Reduction Act (IRA) to the Pittsburgh Conservation Corps. Specifically, the project will support a Pittsburgh-Philadelphia partn

This agreement provides funding under the Inflation Reduction Act (IRA) to ECAP - The Energy Coordinating Agency Of Philadelphia, Inc. and Habitat for Humanity Philadelphia, I

This agreement provides funding under the Inflation Reduction Act (IRA) to City of Hampton, Virginia. Specifically, the project will work to create a sustainable, resilient future for ac

This agreement provides funding under the Inflation Reduction Act (IRA) to Rector and Visitors of the University of Virginia (UVA). Specifically, the project will implement Climate R

This agreement provides funding under the Inflation Reduction Act (IRA) to Bronx River Alliance, Inc. Specifically, the project will establish a Bronx Climate Justice Task Force con

This agreement provides funding under the Inflation Reduction Act (IRA) to GRID Alternatives. Specifically, on the east side of Puerto Rico, the project will provide energy efficienc

This agreement provides funding under the Inflation Reduction Act (IRA) to PUSH Buffalo. Specifically, the project includes the following initiatives: Establishing 150 Community R

This agreement provides funding under the Inflation Reduction Act (IRA) to El Puente de Williamsburg, Inc. Specifically, the project will facilitate the engagement of disadvantaged

This agreement provides funding under the Inflation Reduction Act (IRA) to West Harlem Environmental Action, Inc. Specifically, the project will ensure that disadvantaged commu

This agreement provides funding under the Inflation Reduction Act (IRA) to El Departamento de la Comida (El Depa).  Specifically, this project has three initiatives: Community Ed

This agreement provides funding under the Inflation Reduction Act (IRA) to Ironbound Community Corporation (ICC). Specifically, by leveraging innovative solutions and fostering

This agreement provides funding under the Inflation Reduction Act (IRA) to Rockaway Waterfront Alliance (RWA), dba RISE. Specifically, by harnessing nature-based solutions ar

This agreement provides funding under the Inflation Reduction Act (IRA) to Asociación de Residentes de La Margarita, Inc. (ARLM). Specifically, the project will implement

This agreement provides funding under the Inflation Reduction Act (IRA) to Island Green Building Association, doing business as Island Green Living Association (IGL). Specificall

This agreement provides funding under the Inflation Reduction Act (IRA) to Trinity Alliance of the Capital Region. Specifically the project will support climate resiliency through two

This agreement provides funding under the Inflation Reduction Act (IRA) to The New School, Tishman Environment and Design Center. Specifically, the project will create an Ener

This agreement provides funding under the Inflation Reduction Act (IRA) to the nonprofit organization Special Service for Groups, Inc. Specifically, the project will train and empow

The agreement provides funding under the Inflation Reduction Act (IRA) to the City of Bakersfield, CA. Specifically, the project will address Climate Action and Pollution Reduction

This agreement provides funding under the Inflation Reduction Act (IRA) to the San Diego Foundation. Specifically, the project will develop and implement green infrastructure, tran

This agreement provides funding under the Inflation Reduction Act (IRA) to Coalition for Community Responsible Development (CRCD). Specifically, the project is divided into two

This agreement provides funding under the Inflation Reduction Act (IRA) to the nonprofit organization Day One, who are based in the San Gabriel Valley. Specifically, the project w

This agreement provides funding under the Inflation Reduction Act (IRA) to La Familia Counseling Center's Greening North Franklin project to implement several project to

This agreement provides funding under the Inflation Reduction Act (IRA) to Insight Garden Program. Specifically, the project will provide both immediate and long-term benefits to

This agreement provides funding under the Inflation Reduction Act (IRA) to Treasure Island Mobility Management Agency  (TIMMA). Specifically, the project will Treasure Island C

This agreement provides funding under the Inflation Reduction Act (IRA) to Social and Environmental Entrepreneurs (SEE). Specifically, the project will aim to strengthen the relati

This agreement provides funding under the Inflation Reduction Act (IRA) to Primavera Foundation, Inc. that will be used for projects to increase community resilience in the face of

This agreement provides funding under the Inflation Reduction Act (IRA) to Pueblo Unidos CDC. Specifically, the project will build a climate-smart, climate-resilient Center for Com

EPA_00318452

| 66.616 | 5F | 97T28301 | 97T28301-1 | 02/05/2025 | | 2025 | 03/03/2025 | $3,058,750.00 | $3,058,750.00 |
| 66.616 | 5F | 97T28401 | 97T28401-0 | 12/19/2024 | | 2025 | | $3,000,000.00 | $3,000,000.00 |
| 66.616 | 5F | 97T28501 | 97T28501-0 | 12/18/2024 | | 2025 | 02/21/2025 | $12,650,680.00 | $12,650,680.00 |
| 66.616 | 5F | 97T28601 | 97T28601-0 | 12/10/2024 | | 2025 | 03/07/2025 | $19,987,957.00 | $19,987,957.00 |
| 66.616 | 5F | 97T28701 | 97T28701-0 | 12/12/2024 | | 2025 | | $20,000,000.00 | $20,000,000.00 |
| 66.616 | 5F | 97T28801 | 97T28801-0 | 12/09/2024 | | 2025 | 02/20/2025 | $13,939,738.00 | $13,939,738.00 |
| 66.616 | 5F | 97T28901 | 97T28901-0 | 12/19/2024 | | 2025 | | $3,073,914.00 | $3,073,914.00 |
| 66.616 | 5F | 97T31701 | 97T31701-0 | 01/07/2025 | | 2025 | 03/07/2025 | $19,993,324.00 | $19,993,324.00 |
| 66.616 | 5F | 97T32001 | 97T32001-0 | 01/06/2025 | | 2025 | 02/28/2025 | $19,076,843.00 | $19,076,843.00 |
| 66.721 | 5P | 84107201 | 84107201-0 | 01/15/2025 | | 2025 | 03/03/2025 | $6,703,990.00 | $6,703,990.00 |

EPA_00318453

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| $3,058,750.00 | $1,275,467.89 | $1,783,282.11 | EPA R9 | R09 | 01/01/2025 | 12/31/2027 |
| $3,000,000.00 | $0.00 | $3,000,000.00 | EPA R9 | R09 | 05/01/2025 | 04/30/2028 |
| $12,650,680.00 | $14,142.16 | $12,636,537.84 | EPA R9 | R09 | 01/01/2025 | 12/31/2027 |
| $19,987,957.00 | $51,000.73 | $19,936,956.27 | EPA R9 | R09 | 01/15/2025 | 01/14/2028 |
| $20,000,000.00 | $0.00 | $20,000,000.00 | EPA R9 | R09 | 04/01/2025 | 03/31/2028 |
| $13,939,738.00 | $9,279.89 | $13,930,458.11 | EPA R9 | R09 | 01/01/2025 | 12/31/2027 |
| $3,073,914.00 | $0.00 | $3,073,914.00 | EPA R9 | R09 | 01/01/2025 | 12/31/2027 |
| $19,993,324.00 | $3,929,148.08 | $16,064,175.92 | EPA R9 | R09 | 03/01/2025 | 02/28/2028 |
| $19,076,843.00 | $30,666.94 | $19,046,176.06 | EPA R9 | R09 | 02/01/2025 | 01/31/2028 |
| $6,703,990.00 | $26,670.00 | $6,677,320.00 | EPA HQ | OCSPP | 11/01/2024 | 12/31/2029 |

EPA_00318454

**J.A. 2662**

| Icfjaa4442 - LEADERSHIP COUNSEL FOR JUSTICE AND ACCOUNTABILITY | CA | LYQGLEQU8MQ7 | Not for Profit |
|---|---|---|---|
| UNIVERSITY OF GUAM | GU | YL62T9FVJXG3 | State Institution of Higher Learning |
| CASA FAMILIAR, INC | CA | DA19F5NKBH38 | Not for Profit |
| NEVADA CLEAN ENERGY FUND | NV | SMUBKY6A7ZK1 | Not for Profit |
| COMMUNITY WATER CENTER | CA | UAWLZMFKCDL4 | Not for Profit |
| t0609 - Pacific International Center for High Technology Research | HI | L8HGDJE4QQ74 | Not for Profit |
| EARTH ISLAND INSTITUTE INC | CA | N39HWTLFMVK9 | Not for Profit |
| SANTA YNEZ BAND OF MISSION INDIANS | CA | DK1SMCRF8VT5 | Indian Tribe |
| CONTRA COSTA, COUNTY OF | CA | H6XCU2DRT517 | Special District |
| t7133 - Building Materials Re-use Association | PA | ZU4BCJA87DL1 | Not for Profit |

| 66.616 | Environmental and Climate Justice Block Grant Program |
|--------|-------------------------------------------------------|
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.721 | Reducing Embodied Greenhouse Gas Emissions for Construction materials and Produicts - IRA |

EPA_00318456

| Inflation Reduction Act - Environmental and Climate Justice |  |
|---|---|
| Inflation Reduction Act - Environmental and Climate Justice |  |
| Inflation Reduction Act &ndash; Environmental and Climate Justice |  |
| Inflation Reduction Act &ndash; Environmental and Climate Justice |  |
| Inflation Reduction Act - Environmental and Climate Justice |  |
| Inflation Reduction Act &ndash; Environmental and Climate Justice |  |
| Inflation Reduction Act &ndash; Environmental and Climate Justice |  |
| Environmental and Climate Justice Block Grant Program |  |
| Build Reuse - Reducing Embodied GHG for Salvaged Materials FR |  |

EPA_00318457

This agreement provides funding under the Inflation Reduction Act (IRA) to the Leadership Counsel for Justice and Accountability. Specifically, the project will help communities ch
This agreement provides funding under the Inflation Reduction Act (IRA) to the University of Guam Center for Island Sustainability and Sea Grant. Specifically, the project will crea
This agreement provides funding under the Inflation Reduction Act (IRA) to Casa Familiar. Specifically, this project will reduce greenhouse gas (GHG) emissions and improve air q
This agreement provides funding under the Inflation Reduction Act (IRA) to Nevada Clean Energy Fund. Specifically, the project will deliver critical water, energy, and food infrastru
This agreement provides funding under the Inflation Reduction Act (IRA) to ensure vibrant and thriving communities in the project area by delivering a long-term, sustainable, and
This agreement provides funding under the Inflation Reduction Act (IRA) to Pacific International Center for High Technology Research. Specifically, the project will support commu
This agreement provides funding under the Inflation Reduction Act (IRA) to Earth Island Institute.  Specifically, the project will implement data and science driven programs for env
This agreement provides funding under the Inflation Reduction Act (IRA) to The Santa Ynez Band of Chumash Indians. Specifically, the project aims to enhance climate resilience,
North Richmond Community Resilience Initiative projects will green the neighborhood through landscaping and trees, install energy-efficient systems in homes, also reducing expo
This agreement provides funding under the Inflation Reduction Act (IRA) to Building Materials Re-use Association. This program is to support the development, enhanced standar

EPA_00318458

**J.A. 2666**

Message

| From: | Jones-Peeler, Meshell [Jones-Peeler.Meshell@epa.gov] |
|-------|---------|
| Sent: | 4/28/2025 3:42:34 PM |
| To: | Treml, Gregg [Treml.Gregg@epa.gov] |
| CC: | Robinson, Angel [robinson.angel@epa.gov] |
| Subject: | FW: Access to Accounts in ASAP |
| **Attachments**: | Active CFDA List 20250428.xlsx |

Here is the list from Dan.

Meshell Jones-Peeler
Deputy Associate Chief Financial Officer
Office of the Chief Financial Officer
Environmental Protection Agency
Work: (202) 564-3160
Mobile: (202) 359-0975

**From:** Coogan, Daniel <Coogan.Daniel@epa.gov>
**Sent:** Monday, April 28, 2025 11:38 AM
**To:** Jones-Peeler, Meshell <Jones-Peeler.Meshell@epa.gov>; Gulamali, Adil <Gulamali.Adil@epa.gov>; Lavergne, Dany <lavergne.dany@epa.gov>
**Cc:** Wise, Melissa <wise.melissa@epa.gov>
**Subject:** Access to Accounts in ASAP

All, per leadership direction, can OCFO please make sure that the following grants in the attachment associated with the grant programs listed below have access to their funds in ASAP. Please let me know if you have any questions.

|   | Assistance Listing Code | Assistance Listing Description | EPA Grant Program Code |
|---|---|---|---|
| a. | 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program | 51, 5B, EB, EC |
| b. | 66.309 | Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice | 5K, XJ, XK |
| c. | 66.312 | Environmental Justice Government-to-Government (EJG2G) Program | 52, 5C, AJ, AK |
| d. | 66.604 | Environmental Justice Small Grant Program | 5R, EQ, ER |
| e. | 66.614 | Financial Assistance For Community Support Activities To Address Environmental Justice Issues | 5I, ED, EL |
| f. | 66.615 | Environmental Justice Thriving Communities Grantmaking Program (EJ TCGM) | 5N, EN, EP |
| g. | 66.616 | Environmental and Climate Justice Block Grant Program | 5F |
| h. | 66.721 | Reducing Embodied Greenhouse Gas Emissions for Construction Materials and Products | 5P |

EPA_00318459

Report Last Refresh Date: 4/28/25

| | | | | | | Last | | |
|---|---|---|---|---|---|---|---|---|
| Assistance Listing Code | Program Code | Grant Family | Grant No | Award Date | Award Fiscal Year | Drawdown Date | Project Period Cost | Cumulative Award |
| 66.306 | 51 | 00A01313 | 00A01313-0 | 08/08/2024 | 2024 | 03/03/2025 | $500,000.00 | $500,000.00 |
| 66.306 | 51 | 02F74401 | 02F74401-0 | 11/25/2024 | 2025 | | $500,000.00 | $500,000.00 |
| 66.306 | 51 | 02F74801 | 02F74801-0 | 12/11/2024 | 2025 | | $500,000.00 | $500,000.00 |
| 66.306 | 51 | 02J56001 | 02J56001-0 | 11/04/2024 | 2025 | | $500,000.00 | $500,000.00 |
| 66.306 | 51 | 96263224 | 96263224-0 | 11/06/2024 | 2025 | 03/03/2025 | $150,000.00 | $150,000.00 |
| 66.306 | 51 | 97T22801 | 97T22801-0 | 11/26/2024 | 2025 | 02/20/2025 | $500,000.00 | $500,000.00 |
| 66.306 | 51 | 98T88101 | 98T88101-1 | 11/27/2024 | 2025 | 02/20/2025 | $200,000.00 | $200,000.00 |
| 66.306 | 5B | 00A01144 | 00A01144-0 | 07/10/2024 | 2024 | 02/07/2025 | $150,000.00 | $150,000.00 |
| 66.306 | 5B | 00E03623 | 00E03623-1 | 12/05/2024 | 2025 | 01/31/2025 | $500,000.00 | $500,000.00 |
| 66.306 | 5B | 00E03857 | 00E03857-0 | 09/21/2024 | 2024 | 03/04/2025 | $500,000.00 | $500,000.00 |
| 66.306 | 5B | 02F76301 | 02F76301-0 | 02/04/2025 | 2025 | | $498,546.00 | $498,546.00 |
| 66.306 | 5B | 02F76801 | 02F76801-0 | 01/14/2025 | 2025 | | $500,000.00 | $500,000.00 |
| 66.306 | 5B | 02J56501 | 02J56501-1 | 12/19/2024 | 2025 | 03/03/2025 | $498,000.00 | $498,000.00 |
| 66.306 | 5B | 03D03524 | 03D03524-1 | 11/06/2024 | 2025 | | $500,000.00 | $500,000.00 |
| 66.306 | 5B | 84084301 | 84084301-0 | 11/14/2024 | 2025 | 01/31/2025 | $497,111.00 | $497,111.00 |
| 66.306 | 5B | 95337201 | 95337201-1 | 02/04/2025 | 2025 | 02/27/2025 | $500,000.00 | $500,000.00 |
| 66.306 | 5B | 95337301 | 95337301-0 | 10/21/2024 | 2025 | 03/10/2025 | $150,000.00 | $150,000.00 |
| 66.306 | 5B | 96263624 | 96263624-0 | 12/20/2024 | 2025 | | $500,000.00 | $500,000.00 |
| 66.306 | 5B | 97T23101 | 97T23101-0 | 11/20/2024 | 2025 | | $500,000.00 | $500,000.00 |
| 66.306 | 5B | 97T23201 | 97T23201-0 | 12/13/2024 | 2025 | | $500,000.00 | $500,000.00 |
| 66.306 | 5B | 97T23301 | 97T23301-0 | 11/22/2024 | 2025 | 03/03/2025 | $499,975.00 | $499,975.00 |
| 66.306 | 5B | 97T23901 | 97T23901-0 | 12/18/2024 | 2025 | | $500,000.00 | $500,000.00 |
| 66.306 | 5B | 97T29101 | 97T29101-0 | 12/06/2024 | 2025 | | $499,735.00 | $499,735.00 |
| 66.306 | 5B | 98T88501 | 98T88501-0 | 11/25/2024 | 2025 | | $500,000.00 | $500,000.00 |
| 66.306 | EC | 02J03001 | 02J03001-2 | 12/30/2024 | 2025 | 12/05/2024 | $200,000.00 | $200,000.00 |
| 66.306 | EC | 98T94301 | 98T94301-1 | 11/14/2024 | 2025 | | $154,982.00 | $154,982.00 |
| 66.309 | 5K | 84113601 | 84113601-0 | 12/30/2024 | 2025 | 02/20/2025 | $7,000,000.00 | $7,000,000.00 |
| 66.309 | XJ | 00A01452 | 00A01452-1 | 01/14/2025 | 2025 | 02/11/2025 | $10,000,000.00 | $6,000,000.00 |
| 66.309 | XJ | 02D48323 | 02D48323-1 | 12/27/2024 | 2025 | 05/02/2024 | $40,000.00 | $40,000.00 |
| 66.309 | XJ | 02F33801 | 02F33801-2 | 01/07/2025 | 2025 | 02/20/2025 | $10,000,000.00 | $8,000,000.00 |
| 66.309 | XJ | 02J28601 | 02J28601-3 | 01/08/2025 | 2025 | 03/10/2025 | $12,000,000.00 | $9,000,000.00 |
| 66.309 | XJ | 02J28701 | 02J28701-3 | 01/10/2025 | 2025 | 03/05/2025 | $10,096,630.00 | $9,000,000.00 |
| 66.309 | XJ | 13746193 | 13746193-4 | 12/27/2024 | 2025 | 02/13/2025 | $10,000,000.00 | $9,000,000.00 |
| 66.309 | XJ | 96230523 | 96230523-2 | 01/15/2025 | 2025 | 02/04/2025 | $10,000,000.00 | $8,500,000.00 |
| 66.309 | XJ | 96230923 | 96230923-3 | 01/16/2025 | 2025 | 02/21/2025 | $10,000,000.00 | $8,000,000.00 |

Obligation Amount  $2,195,571,779.00  Obligation Drawdown

J.A. 2668

EPA_00318460

| n Amount | Unliquidated Obligation Amount |
|---|---|
| $47,554,718.96 | $2,148,017,060.04 |

| Obligation Amount | Obligation Drawdown Amount | Unliquidated Obligation Amount | Awarding Region Code | AAship | Project Start Date | Project End Date |
|---|---|---|---|---|---|---|
| $500,000.00 | $59,897.90 | $440,102.10 | EPA R1 | R01 | 04/01/2024 | 10/01/2026 |
| $500,000.00 | $0.00 | $500,000.00 | EPA R6 | R06 | 01/01/2025 | 12/31/2027 |
| $500,000.00 | $0.00 | $500,000.00 | EPA R6 | R06 | 12/15/2024 | 12/14/2027 |
| $500,000.00 | $0.00 | $500,000.00 | EPA R10 | R10 | 10/01/2024 | 09/30/2027 |
| $150,000.00 | $26,104.79 | $123,895.21 | EPA R2 | R02 | 07/01/2024 | 06/30/2027 |
| $500,000.00 | $42,687.04 | $457,312.96 | EPA R9 | R09 | 11/01/2024 | 10/31/2026 |
| $200,000.00 | $3,000.00 | $197,000.00 | EPA R9 | R09 | 07/01/2024 | 06/30/2027 |
| $150,000.00 | $150,000.00 | $0.00 | EPA R1 | R01 | 04/01/2024 | 03/31/2027 |
| $500,000.00 | $71,760.97 | $428,239.03 | EPA R5 | R05 | 07/01/2024 | 06/30/2027 |
| $500,000.00 | $96,083.98 | $403,916.02 | EPA R5 | R05 | 10/01/2024 | 09/30/2027 |
| $498,546.00 | $0.00 | $498,546.00 | EPA R6 | R06 | 12/01/2024 | 11/30/2027 |
| $500,000.00 | $0.00 | $500,000.00 | EPA R6 | R06 | 01/15/2025 | 01/14/2028 |
| $498,000.00 | $33,532.21 | $464,467.79 | EPA R10 | R10 | 09/01/2024 | 08/31/2027 |
| $500,000.00 | $0.00 | $500,000.00 | EPA R4 | R04 | 01/01/2025 | 12/31/2027 |
| $497,111.00 | $74,435.00 | $422,676.00 | EPA HQ | OEJECR | 10/01/2024 | 09/30/2026 |
| $500,000.00 | $9,074.00 | $490,926.00 | EPA R3 | R03 | 04/01/2024 | 03/31/2027 |
| $150,000.00 | $5,038.99 | $144,961.01 | EPA R3 | R03 | 11/01/2024 | 10/31/2026 |
| $500,000.00 | $0.00 | $500,000.00 | EPA R2 | R02 | 11/01/2024 | 10/31/2027 |
| $500,000.00 | $0.00 | $500,000.00 | EPA R9 | R09 | 01/01/2025 | 12/31/2027 |
| $500,000.00 | $0.00 | $500,000.00 | EPA R9 | R09 | 01/01/2025 | 12/31/2027 |
| $499,975.00 | $8,405.99 | $491,569.01 | EPA R9 | R09 | 01/01/2025 | 12/31/2027 |
| $500,000.00 | $0.00 | $500,000.00 | EPA R9 | R09 | 12/01/2024 | 01/01/2027 |
| $499,735.00 | $0.00 | $499,735.00 | EPA R9 | R09 | 01/01/2025 | 12/31/2027 |
| $500,000.00 | $0.00 | $500,000.00 | EPA R9 | R09 | 12/01/2024 | 11/30/2027 |
| $200,000.00 | $136,703.60 | $63,296.40 | EPA R10 | R10 | 02/01/2022 | 04/30/2025 |
| $154,982.00 | $0.00 | $154,982.00 | EPA R9 | R09 | 10/01/2024 | 10/31/2025 |
| $7,000,000.00 | $40,088.66 | $6,959,911.34 | EPA HQ | OEJECR | 01/01/2025 | 12/31/2029 |
| $6,000,000.00 | $175,761.13 | $5,824,238.87 | EPA R1 | R01 | 07/01/2024 | 06/30/2029 |
| $19,890.00 | $19,890.00 | $0.00 | EPA R4 | R04 | 09/01/2023 | 08/31/2025 |
| $8,000,000.00 | $1,522,688.97 | $6,477,311.03 | EPA R6 | R06 | 06/01/2023 | 05/31/2028 |
| $9,000,000.00 | $1,881,247.99 | $7,118,752.01 | EPA R10 | R10 | 06/01/2023 | 05/31/2028 |
| $9,000,000.00 | $2,129,416.61 | $6,870,583.39 | EPA R10 | R10 | 06/01/2023 | 05/31/2028 |
| $9,000,000.00 | $1,736,649.96 | $7,263,350.04 | EPA R4 | R04 | 03/01/2023 | 02/29/2028 |
| $8,500,000.00 | $1,712,588.88 | $6,787,411.12 | EPA R2 | OEJECR | 07/01/2023 | 06/30/2028 |
| $8,000,000.00 | $2,305,418.12 | $5,694,581.88 | EPA R2 | R02 | 07/01/2023 | 06/30/2028 |

EPA_00318461

| Applicant Name | Applicant State | UEI | Applicant Type |
|---|---|---|---|
| CHILDHOOD LEAD ACTION PROJECT | RI | W7MEUZQ1MY37 | Not for Profit |
| LOUISIANA BUCKET BRIGADE | LA | CB3DRTHJK6A3 | Not for Profit |
| hw7009 - HOUSTON WILDERNESS | TX | FX14LK7KL9H7 | Not for Profit |
| THE TRUST FOR PUBLIC LAND | CA | HN7CS4YNMBC4 | Not for Profit |
| THE BRONX IS BLOOMING | NY | X4MYE8H3B4B9 | Not for Profit |
| ENVIRONMENTAL HEALTH COALI | CA | LFMZD2MERLY3 | Not for Profit |
| REBUILD SUPERIOR, INC. | AZ | ZKY1QMXDHE56 | Not for Profit |
| MASSACHUSETTS COALITION FOR OCCUPATIONAL SAFETY AND HEALTH, INC. | MA | LVUJLK2GKHK7 | Not for Profit |
| COMMUNITY POWER | MN | PK39HKBBC4A1 | Not for Profit |
| METROPOLITAN TENANTS ORGANIZATION | IL | UJEGUAKUSRF6 | Not for Profit |
| daref1434 - Downwinders at Risk Education Fund | TX | YRZKBL5NQ894 | Not for Profit |
| null5598 - NATIONAL URBAN LEAGUE, INC. | NY | VD9ST5ZPM5P4 | Not for Profit |
| CENTER FOR INTERCULTURAL ORGANIZING | OR | C16ARLN8FA16 | Not for Profit |
| LOWCOUNTRY ALLIANCE FOR MODEL COMMUNITIES | SC | J63MD5AMAY83 | Not for Profit |
| CLEAN WATER FUND | DC | FR2MH7EJ2QN2 | Not for Profit |
| SHAMOKIN CREEK RESTORATION ALLIANCE | PA | YNM4HTNX5NK5 | Not for Profit |
| RESILIENT VIRGINIA | VA | YHCCVVNQUBX5 | Not for Profit |
| YOUTH MINISTRIES FOR PEACE AND JUSTICE, INC. | NY | W85WGJRUAL13 | Not for Profit |
| crc8097 - CLIMATE RESILIENT COMMUNITIES | CA | XJ76N787Z1M5 | Not for Profit |
| ONEOC | CA | ST8KJPET6WJ3 | Not for Profit |
| ca3121 - CANAL ALLIANCE | CA | Z27XHGWBM779 | Not for Profit |
| tlanlt8074 - THE LOS ANGELES NEIGHBORHOOD LAND TRUST | CA | ZE7MZ7CCRR25 | Not for Profit |
| abf6059 - ANZA-BORREGO FOUNDATION | CA | EXRXKFAHALM7 | Not for Profit |
| COUNCIL FOR WATERSHED HEALTH | CA | N6MNXMMWUU64 | Not for Profit |
| Confederated Tribes of the Colville Reservation | WA | NU9UAKLRDDP1 | Indian Tribe |
| FOOD BANK OF CONTRA COSTA AND SOLANO | CA | DJAPJ258KCM8 | Not for Profit |
| RESEARCH TRIANGLE INSTITUTE | NC | JJHCMK4NT5N3 | Not for Profit |
| UNIVERSITY OF CONNECTICUT | CT | WNTPS995QBM7 | State Institution of Higher Learning |
| JACKSON STATE UNIVERSITY | MS | WFVHMSF6BU45 | State Institution of Higher Learning |
| NEW MEXICO STATE UNIVERSITY | NM | J3M5GZAT8N85 | State Institution of Higher Learning |
| UNIVERSITY OF WASHINGTON | WA | HD1WMN6945W6 | State Institution of Higher Learning |
| WILLAMETTE PARTNERSHIP | OR | MN5SKK48HCE3 | Not for Profit |
| RESEARCH TRIANGLE INSTITUTE | NC | JJHCMK4NT5N3 | Not for Profit |
| Inter American University of Puerto Rico, Inc. | PR | JSFAKPEEWFC3 | Private University |
| WEST HARLEM ENVIRONMENTAL ACTION INC | NY | PB8TKKTU3AG3 | Not for Profit |

EPA_00318462

| Assistance Listing Code | Assistance Listing Description |
|---|---|
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.309 | Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice |
| 66.309 | Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice |
| 66.309 | Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice |
| 66.309 | Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice |
| 66.309 | Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice |
| 66.309 | Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice |
| 66.309 | Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice |
| 66.309 | Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice |
| 66.309 | Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice |

EPA_00318463

**Project Title**

Community-Based Lead Poisoning Prevention Project

Imagine St. James Parish

Super Trees for Sustainability-Alief: urban forestry through targeted large-scale native tree plantings, education on mitigation effects of targeted trees on extreme heat and other h

Madras Community Schoolyard Environmental Justice

Program for Leaders Advancing their Community's Environment (PLACE): Partnership Building for Program Expansion and Urban Forestry Workforce Development in Frontline C

INFLATION REDUCTION ACT - ENVIRONMENTAL JUSTICE COLLABORATIVE PROBLEM-SOLVING

Inflation Reduction Act - Environmental Justice Collaborative Problem-Solving

Student Organizing for Educational and Environmental Justice in Boston Public Schools (BPS)

Community Power EJ CPS 2023

MTO EJCPS 2024

Environmental Justice Governmental Grant

Urban Environmental Justice Collaborative Program

Oregon Climate Resilience

Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program

Learning to Live with Lead&mdash;Reducing Exposure in Environmental Justice Communities in Pennsylvania and Massachusetts

EJCPS Creation of Collaborative Partnership for the Greater Shamokin Area

Building Community Capacity for Climate Justice in Ward 2, Lynchburg VA

Youth Ministries for Peace and Justice (YMPJ)Bronx River Waterfront Redevelopment Health Impact Assessment

Inflation Reduction Act &ndash; Environmental Justice Collaborative Problem-Solving

Inflation Reduction Act &ndash; Environmental Justice Collaborative Problem-Solving

Inflation Reduction Act - Environmental Justice Collaborative Problem-Solving

Inflation Reduction Act &ndash; Environmental Justice Collaborative Problem-Solving

Inflation Reduction Act - Environmental Justice Collaborative Problem-Solving

Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program

EJCPS/ARP PM2.5 Monitoring for Upper Columbia River Communities

Environmental Justice Collaborative Problem-Solving - Vallejo Food Rescue Project

VISTA CEC - VISTA Clean Environment Core

Environmental Justice Thriving Communities Technical Assistance Center Region 1

Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice

South Central Environmental Justice Resource Center (SCEJRC) Thriving Communities Technical Assistance Center (TCTAC)

Pacific Northwest Environmental Justice Thriving Communities Center

Northwestern Environmental and Energy Justice TCTAC

Resource for Assistance and Community Training

EAGEL Engage and Assist Grassroots organizations for Environmental Energy Justice and Leadership capacity building for Region 2 EJ TCTAC

WE ACT for Environmental Justice proposes to lead and host an Environmental Justice Thriving Communities Technical Assistance Center for EPA Region 2.

EPA_00318464

**OMB Project Description**

This agreement will provide funding to Childhood Lead Action Project to implement an education, training and community engagement program to raise awareness of lead and inc

The Inflation Reduction Act (IRA) will allocate funding to the Louisiana Bucket Brigade for the purpose of executing environmental cleanup and weatherization initiatives. Specifical

This agreement provides funding of $500,000 to Houston Wilderness under the Inflation Reduction Act (IRA). This project, Super Trees for Sustainability-Alief, seeks to address th

The Trust for Public Land (TPL) is partnering with the school district, students, teachers, community organizations, and the Confederated Tribes of Warm Springs to design and cr

This agreement provides funding under the Inflation Reduction Act to The Bronx is Blooming. Through their Program for Leaders Advancing their Community's Environment (PLAC

The agreement provides funding to the Environmental Health Coalition (ECH). EHC's project will address the environmental injustice in the neighborhoods of Barrio Logan and Loç

The EJCPS agreement provides funding to Rebuild Superior, Inc. Specifically, grant funds will be used to cleanup properties on the behalf of the Town so it can place a lien on the

This Cooperative agreement is being awarded federal funding in the amount of $150,000 to Massachusetts Coalition for Occupational Safety and Health (MassCOSH) to train occup

This agreement provides funding under the Inflation Reduction Act (IRA) to Community Power.  The recipient aims to address a central bottleneck in access for to the cost-savings

This agreement provides funding under the Inflation Reduction Act (IRA) to Metropolitan Tenants Organization (MTO). The recipient will train physicians, community health worker

This agreement provides funding under the Inflation Reduction Act (IRA) to Downwinders at Risk Education Fund. The recipient, along with the University Texas of Dallas (UTD), w

The Inflation Reduction Act (IRA) will allocate funding to the National Urban League (NUL), in launching a community-centered project to enhance climate resilience within Black/A

This agreement provides funding under the Inflation Reduction Act (IRA) to Center for Intercultural Organizing (CIO) doing business as (dba) Unite Oregon. The recipient will work

This action approves an award in the amount of $500,000 to provide funding to the Lowcountry Alliance for Model Communities (LAMC). The recipient will conduct robust engager

This agreement provides funding under the Inflation Reduction Act (IRA) to the Clean Water Fund. This agreement provides funding of $497,111 under the Inflation Reduction Act

This rebudget amendment revises the current budget for Shamokin Creek Restoration Alliance. The recipient is moving $145,341 from &quot;Contractual&quot; to &quot;Pe

This agreement provides funding of $150,000 under the Inflation Reduction Act (IRA) to Resilient Virginia. The project will build leadership capacity in communities disproportionat

This agreement provides funding under the Inflation Reduction Act (IRA) to Youth Ministries for Peace and Justice (YMPJ).  YMPJ will lead a formal community-driven Health Impa

This agreement provides funding under the Inflation Reduction Act (IRA) to Climate Resilient Communities. The recipient will focus on the San Francisco Bay Midpeninsula, which

This agreement provides funding under the Inflation Reduction Act (IRA) to OneOC.  The recipient will promote utilization of the existing California Department of Public Health&rs

This agreement provides funding under the Inflation Reduction Act (IRA) to Canal Alliance. The recipient's project is focused on the City of San Rafael&rsquo;s Canal District in Ma

This agreement provides funding under the Inflation Reduction Act (IRA) to the Los Angeles Neighborhood Land Trust. The LA Neighborhood Land Trust is a member of the cross

This agreement provides funding under the Inflation Reduction Act (IRA) to the non-profit organization, the Anza-Borrego Foundation. They are based in Borrego Springs, San Dieç

This assistance agreement provides Federal funding  to the Council for Watershed Health (CWH).  Specifically, the recipient will expand the capacity of ReDesign LA Community I

The purpose of this American Rescue Plan funded Environmental Justice Collaborative Problem Solving (EJCPS) cooperative agreement is to provide funding under section 103 c

The purpose of this Environmental Justice Collaborative Problem Solving (EJCPS) cooperative agreement is to provide funding under Section 8001(a) of the Solid Waste Disposal

This agreement provides funding under the Inflation Reduction Act 9 (IRA) to the Research Triangle Institute (RTI) in the amount of $7,000,000 as authorized by CAA 138(b). In De

The agreement provides funding to the University of Connecticut. Specifically, the recipient will build capacity in New England (EPA Region 1) underserved and rural/remote comm

This action approves an award in the amount of $40,000 to Jackson State University (JSU). The purpose of this grant is for JSU to provide grant writing technical assistance to un

The agreement provides funding to New Mexico State University to lead an experienced team of community-based partners to create the South-Central Environmental Justice Res

The agreement provides funding to the University of Washington. Specifically, the recipient will provide technical assistance (TA) services to Region 10 program participants that w

The agreement provides funding to Willamette Partnership. The recipient will engage with underserved and rural communities across the Northwest United States to build capacity

This action provides funding in the amount of $3,000,000 for Research Triangle Institute (RTI) to provide meaningful engagement to underserved communities in the southeast reç

The agreement provides funding to Inter American University of Puerto Rico Metro Campus (IAUPR) to build the capacity of community stakeholder, local leaders, and community

The agreement provides funding to WE ACT for Environmental Justice to support Environmental Justice Programs through its Environmental Justice Thriving Communities Techni

| 66.309 | XJ | 98T65901 | 98T65901-2 | 12/19/2024 | 2025 | 03/07/2025 | $9,999,979.00 | $8,100,000.00 |
|--------|----|----------|------------|------------|------|------------|---------------|---------------|
| 66.312 | 52 | 00A01505 | 00A01505-1 | 11/27/2024 | 2025 | | $1,000,000.00 | $1,000,000.00 |
| 66.312 | 52 | 02J58301 | 02J58301-0 | 10/18/2024 | 2025 | | $1,050,000.00 | $1,050,000.00 |
| 66.312 | 52 | 96267200 | 96267200-0 | 12/11/2024 | 2025 | | $1,000,000.00 | $1,000,000.00 |
| 66.312 | 52 | 96712501 | 96712501-1 | 02/05/2025 | 2025 | | $1,000,000.00 | $1,000,000.00 |
| 66.312 | 52 | 97T22501 | 97T22501-0 | 12/05/2024 | 2025 | | $1,000,000.00 | $1,000,000.00 |
| 66.312 | 52 | 98T89301 | 98T89301-0 | 11/26/2024 | 2025 | | $1,050,000.00 | $1,050,000.00 |
| 66.312 | 5C | 95337501 | 95337501-1 | 12/02/2024 | 2025 | | $980,350.00 | $980,350.00 |
| 66.312 | 5C | 96263900 | 96263900-0 | 01/08/2025 | 2025 | | $1,000,000.00 | $1,000,000.00 |
| 66.312 | 5C | 98T90501 | 98T90501-0 | 11/20/2024 | 2025 | | $1,000,000.00 | $1,000,000.00 |
| 66.312 | AJ | 00A01438 | 00A01438-1 | 12/20/2024 | 2025 | | $1,000,000.00 | $1,000,000.00 |
| 66.312 | AJ | 03D04224 | 03D04224-0 | 07/19/2024 | 2024 | 02/24/2025 | $1,000,000.00 | $1,000,000.00 |
| 66.312 | AJ | 96263800 | 96263800-0 | 10/31/2024 | 2025 | | $1,000,000.00 | $1,000,000.00 |
| 66.312 | AJ | 96711601 | 96711601-2 | 12/30/2024 | 2025 | | $1,000,000.00 | $1,000,000.00 |
| 66.312 | AK | 00E03633 | 00E03633-1 | 10/16/2024 | 2025 | | $1,000,000.00 | $1,000,000.00 |
| 66.604 | EQ | 02D22522 | 02D22522-1 | 11/07/2024 | 2025 | 08/21/2023 | $75,000.00 | $75,000.00 |
| 66.604 | EQ | 02J07001 | 02J07001-2 | 10/03/2024 | 2025 | 10/23/2024 | $75,000.00 | $75,000.00 |
| 66.614 | EL | 00A01522 | 00A01522-1 | 02/14/2025 | 2025 | | $100,000.00 | $100,000.00 |
| 66.615 | 5N | 00A01512 | 00A01512-0 | 01/03/2025 | 2025 | | $52,000,000.00 | $52,000,000.00 |
| 66.615 | 5N | 00I50002 | 00I50002-1 | 12/19/2024 | 2025 | 02/21/2025 | $52,000,000.00 | $52,000,000.00 |
| 66.615 | 5N | 01E03682 | 01E03682-1 | 12/20/2024 | 2025 | | $52,000,000.00 | $52,000,000.00 |
| 66.615 | 5N | 02F5550B | 02F5550B-0 | 12/18/2024 | 2025 | | $55,082,753.00 | $55,082,753.00 |
| 66.615 | 5N | 02J63901 | 02J63901-1 | 12/20/2024 | 2025 | 03/05/2025 | $52,000,000.00 | $52,000,000.00 |
| 66.615 | 5N | 84082901 | 84082901-0 | 12/27/2024 | 2025 | 03/06/2025 | $48,000,000.00 | $48,000,000.00 |
| 66.615 | 5N | 84084101 | 84084101-0 | 07/16/2024 | 2024 | 02/20/2025 | $25,000,000.00 | $25,000,000.00 |
| 66.615 | 5N | 84084201 | 84084201-0 | 01/08/2025 | 2025 | 02/20/2025 | $95,000,000.00 | $95,000,000.00 |
| 66.615 | 5N | 95341401 | 95341401-2 | 12/27/2024 | 2025 | 02/10/2025 | $52,000,000.00 | $52,000,000.00 |
| 66.615 | 5N | 96265602 | 96265602-0 | 01/15/2025 | 2025 | 01/23/2025 | $52,000,000.00 | $52,000,000.00 |
| 66.615 | 5N | 98T97502 | 98T97502-1 | 12/12/2024 | 2025 | | $52,000,000.00 | $52,000,000.00 |
| 66.616 | 5F | 00A01479 | 00A01479-0 | 01/17/2025 | 2025 | | $20,000,000.00 | $20,000,000.00 |
| 66.616 | 5F | 00A01540 | 00A01540-0 | 11/27/2024 | 2025 | 03/07/2025 | $19,989,241.00 | $19,989,241.00 |
| 66.616 | 5F | 00A01704 | 00A01704-0 | 01/08/2025 | 2025 | 03/05/2025 | $18,710,533.00 | $18,710,533.00 |
| 66.616 | 5F | 00A01863 | 00A01863-0 | 01/16/2025 | 2025 | | $3,000,000.00 | $3,000,000.00 |
| 66.616 | 5F | 00E04015 | 00E04015-0 | 11/26/2024 | 2025 | 03/06/2025 | $17,810,277.00 | $17,810,277.00 |
| 66.616 | 5F | 00E04016 | 00E04016-0 | 12/05/2024 | 2025 | 03/07/2025 | $20,000,000.00 | $20,000,000.00 |
| 66.616 | 5F | 00E04017 | 00E04017-0 | 12/04/2024 | 2025 | 03/07/2025 | $3,000,000.00 | $3,000,000.00 |
| 66.616 | 5F | 00E04043 | 00E04043-0 | 12/04/2024 | 2025 | 02/20/2025 | $18,898,518.00 | $18,898,518.00 |
| 66.616 | 5F | 00E04044 | 00E04044-0 | 12/04/2024 | 2025 | 02/21/2025 | $20,358,302.00 | $20,358,302.00 |
| 66.616 | 5F | 00E04045 | 00E04045-0 | 12/04/2024 | 2025 | | $20,000,000.00 | $20,000,000.00 |
| 66.616 | 5F | 00E04046 | 00E04046-0 | 12/05/2024 | 2025 | 03/05/2025 | $2,754,952.00 | $2,754,952.00 |
| 66.616 | 5F | 00E04057 | 00E04057-0 | 01/07/2025 | 2025 | 03/05/2025 | $2,166,564.00 | $2,166,564.00 |
| 66.616 | 5F | 00E04058 | 00E04058-0 | 01/07/2025 | 2025 | | $20,000,000.00 | $20,000,000.00 |

EPA_00318466

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| $8,100,000.00 | $2,299,263.43 | $5,800,736.57 | EPA R9 | R09 | 06/01/2023 | 05/30/2028 |
| $1,000,000.00 | $0.00 | $1,000,000.00 | EPA R1 | R01 | 10/01/2024 | 09/30/2027 |
| $1,050,000.00 | $0.00 | $1,050,000.00 | EPA R10 | R10 | 10/01/2024 | 09/30/2026 |
| $1,000,000.00 | $0.00 | $1,000,000.00 | EPA R2 | R02 | 12/15/2024 | 12/14/2027 |
| $1,000,000.00 | $0.00 | $1,000,000.00 | EPA R7 | R07 | 08/01/2024 | 07/31/2027 |
| $1,000,000.00 | $0.00 | $1,000,000.00 | EPA R9 | R09 | 01/01/2025 | 12/31/2026 |
| $1,050,000.00 | $0.00 | $1,050,000.00 | EPA R9 | R09 | 01/02/2025 | 01/01/2028 |
| $980,350.00 | $0.00 | $980,350.00 | EPA R3 | R03 | 06/01/2024 | 05/31/2027 |
| $1,000,000.00 | $0.00 | $1,000,000.00 | EPA R2 | R02 | 02/01/2025 | 01/31/2028 |
| $1,000,000.00 | $0.00 | $1,000,000.00 | EPA R9 | R09 | 12/01/2024 | 11/30/2027 |
| $1,000,000.00 | $0.00 | $1,000,000.00 | EPA R1 | R01 | 12/16/2024 | 12/15/2027 |
| $1,000,000.00 | $28,967.15 | $971,032.85 | EPA R4 | R04 | 04/01/2024 | 03/31/2027 |
| $1,000,000.00 | $0.00 | $1,000,000.00 | EPA R2 | R02 | 10/01/2024 | 09/30/2027 |
| $1,000,000.00 | $0.00 | $1,000,000.00 | EPA R7 | R07 | 06/01/2024 | 05/31/2027 |
| $1,000,000.00 | $0.00 | $1,000,000.00 | EPA R5 | R05 | 04/01/2024 | 03/31/2027 |
| $75,000.00 | $2,500.00 | $72,500.00 | EPA R4 | R04 | 04/01/2023 | 12/31/2025 |
| $75,000.00 | $44,804.20 | $30,195.80 | EPA R10 | R10 | 10/01/2022 | 09/23/2025 |
| $100,000.00 | $0.00 | $100,000.00 | EPA R1 | R01 | 09/01/2024 | 12/31/2025 |
| $52,000,000.00 | $0.00 | $52,000,000.00 | EPA R1 | R01 | 01/01/2025 | 12/31/2027 |
| $52,000,000.00 | $795.15 | $51,999,204.85 | EPA R8 | OEJECR | 01/01/2025 | 12/31/2027 |
| $52,000,000.00 | $0.00 | $52,000,000.00 | EPA R5 | OEJECR | 10/01/2024 | 09/30/2027 |
| $55,082,753.00 | $0.00 | $55,082,753.00 | EPA R6 | R06 | 01/01/2025 | 12/31/2027 |
| $52,000,000.00 | $27,133.89 | $51,972,866.11 | EPA R10 | OEJECR | 11/01/2024 | 10/31/2027 |
| $48,000,000.00 | $168,425.63 | $47,831,574.37 | EPA HQ | OEJECR | 01/01/2025 | 12/31/2027 |
| $25,000,000.00 | $2,766,147.79 | $22,233,852.21 | EPA HQ | OEJECR | 02/01/2024 | 01/31/2027 |
| $95,000,000.00 | $230,643.29 | $94,769,356.71 | EPA HQ | OEJECR | 01/01/2025 | 12/31/2027 |
| $52,000,000.00 | $36,762.52 | $51,963,237.48 | EPA R3 | R03 | 08/01/2024 | 07/31/2027 |
| $52,000,000.00 | $1.00 | $51,999,999.00 | EPA R2 | R02 | 01/02/2025 | 01/01/2028 |
| $52,000,000.00 | $0.00 | $52,000,000.00 | EPA R9 | R09 | 01/06/2025 | 01/05/2028 |
| $20,000,000.00 | $0.00 | $20,000,000.00 | EPA R1 | R01 | 04/01/2025 | 03/31/2028 |
| $19,989,241.00 | $7,022.72 | $19,982,218.28 | EPA R1 | R01 | 01/01/2025 | 12/31/2027 |
| $18,710,533.00 | $32,612.00 | $18,677,921.00 | EPA R1 | R01 | 01/01/2025 | 12/31/2027 |
| $3,000,000.00 | $0.00 | $3,000,000.00 | EPA R1 | R01 | 01/01/2025 | 12/31/2027 |
| $17,810,277.00 | $470,393.33 | $17,339,883.67 | EPA R5 | R05 | 10/01/2024 | 09/30/2027 |
| $20,000,000.00 | $10,200.00 | $19,989,800.00 | EPA R5 | R05 | 01/01/2025 | 12/30/2027 |
| $3,000,000.00 | $1,510.00 | $2,998,490.00 | EPA R5 | R05 | 01/01/2025 | 12/31/2027 |
| $18,898,518.00 | $40,103.00 | $18,858,415.00 | EPA R5 | R05 | 01/01/2025 | 12/31/2027 |
| $20,358,302.00 | $4,884,632.62 | $15,473,669.38 | EPA R5 | R05 | 12/01/2024 | 11/30/2027 |
| $20,000,000.00 | $0.00 | $20,000,000.00 | EPA R5 | R05 | 03/17/2025 | 03/16/2028 |
| $2,754,952.00 | $8,548.65 | $2,746,403.35 | EPA R5 | R05 | 02/01/2025 | 01/31/2028 |
| $2,166,564.00 | $339.79 | $2,166,224.21 | EPA R5 | R05 | 02/01/2025 | 01/31/2028 |
| $20,000,000.00 | $0.00 | $20,000,000.00 | EPA R5 | R05 | 02/01/2025 | 01/31/2028 |

**J.A. 2675**

| | | | |
|---|---|---|---|
| UNIVERSITY OF ARIZONA | AZ | ED44Y3W6P7B9 | State Institution of Higher Learning |
| BOSTON, CITY OF | MA | LJDLU7EA4SK1 | Municipal |
| TACOMA PUBLIC SCHOOLS | WA | KTERSDJ44S58 | Independent School District |
| CITY OF ROCHESTER CITY HALL | NY | CU87RABY53C9 | Municipal |
| CITY OF KANSAS CITY | MO | JY2DYJXPQW56 | Municipal |
| SAN JOSE, CITY OF | CA | QUA4AULJ8FM3 | Municipal |
| GILA COUNTY, AZ | AZ | C8EKKJK67XB1 | County |
| COUNTY OF ARLINGTON | VA | V9LLM9AGRPB7 | County |
| CITY OF NEWARK CITY HALL | NJ | JGDDJDL5BM13 | Municipal |
| COUNTY OF LOS ANGELES | CA | ZLJUW5L9K685 | County |
| DEPT OF ENERGY & ENVIRONMENTAL PROTECTION | CT | VZA5GCYZBJA7 | State |
| STATE OF NORTH CAROLINA DEPARTMENT OF HEALTH & HUMAN SERVICES | NC | DKT3LLBWFVL3 | State |
| HOUSING TRUST FUND CORP | NY | WLNYVLMWZ9V6 | State |
| KANSAS DEPARTMENT OF HEALTH & ENVIRONMENT | KS | CGSTLVM57LM5 | State |
| PRAIRIE ISLAND INDIAN COMMUNITY | MN | ZXWAV8U3K5E4 | Indian Tribe |
| GASP | AL | HZMJEKASHBQ7 | Not for Profit |
| YAKUTAT TLINGIT TRIBE | AK | UDYDUTE6LU94 | Indian Tribe |
| SOUTHCOAST COMMUNITY FOUNDATION INC | MA | J5A9WPZLESL1 | Not for Profit |
| HEALTH RESOURCES IN ACTION, INC. | MA | FPD3JRJ61WJ2 | Not for Profit |
| JSI RESEARCH & TRAINING INSTITUTE INC | MA | LKTNULLR6FL6 | Not for Profit |
| MINNEAPOLIS FOUNDATION | MN | FVP7MYH59L76 | Not for Profit |
| TEXAS SOUTHERN UNIVERSITY | TX | HYYJJ5ZP7CR9 | State Institution of Higher Learning |
| PHILANTHROPY NORTHWEST | WA | CFDJSA2KV151 | Not for Profit |
| INSTITUTE FOR SUSTAINABLE COMMUNITIES | VT | J1DEYVM9BXE8 | Not for Profit |
| RESEARCH TRIANGLE INSTITUTE | NC | JJHCMK4NT5N3 | Not for Profit |
| RESEARCH TRIANGLE INSTITUTE | NC | JJHCMK4NT5N3 | Not for Profit |
| GREEN & HEALTHY HOMES INITIATIVE INC | MD | HYQKKGCH7XZ5 | Not for Profit |
| FORDHAM UNIVERSITY | NY | ECESTN2SSVH1 | Private University |
| SOCIAL AND ENVIRONMENTAL ENTREPRENEURS (SEE), INC. | CA | VCAASEEZRM59 | Not for Profit |
| City of New Haven | CT | K8WBCLJ9DVD8 | Municipal |
| SPRINGFIELD, CITY OF | MA | CKWEXLA12KD3 | Municipal |
| rifpc8297 - Rhode Island Food Policy Council | RI | CUHNPN791947 | Not for Profit |
| JSI RESEARCH & TRAINING INSTITUTE INC | MA | LKTNULLR6FL6 | Not for Profit |
| tmhs8458 - METROHEALTH SYSTEM, THE | OH | FM8VV9SAL6M3 | County |
| INTER-TRIBAL COUNCIL OF MICHIGAN INC | MI | YJ5ELTTDBKM7 | Indian Tribe |
| INTER-TRIBAL COUNCIL OF MICHIGAN INC | MI | YJ5ELTTDBKM7 | Indian Tribe |
| KALAMAZOO COUNTY BOARD-COMMS | MI | FGGYA2KMEK67 | County |
| e8241 - ECOWORKS | MI | ZU2FS7ZL6DQ2 | Not for Profit |
| CITY OF EVANSVILLE | IN | JJE9WRMGGUN5 | Municipal |
| FRIENDS OF THE CHICAGO RIVER | IL | GMFBUKBE1XM4 | Not for Profit |
| GROUNDWORK USA INC | MA | KCGWHRHKLLB5 | Not for Profit |
| smc6045 - SOUTHWESTERN MICHIGAN COMMISSION | MI | EGNZBHC8Z1F3 | Not for Profit |

| 66.309 | Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice |
| 66.312 | State Environmental Justice Cooperative Agreement Program |
| 66.312 | State Environmental Justice Cooperative Agreement Program |
| 66.312 | State Environmental Justice Cooperative Agreement Program |
| 66.312 | State Environmental Justice Cooperative Agreement Program |
| 66.312 | State Environmental Justice Cooperative Agreement Program |
| 66.312 | State Environmental Justice Cooperative Agreement Program |
| 66.312 | State Environmental Justice Cooperative Agreement Program |
| 66.312 | State Environmental Justice Cooperative Agreement Program |
| 66.312 | State Environmental Justice Cooperative Agreement Program |
| 66.312 | State Environmental Justice Cooperative Agreement Program |
| 66.312 | State Environmental Justice Cooperative Agreement Program |
| 66.312 | State Environmental Justice Cooperative Agreement Program |
| 66.312 | State Environmental Justice Cooperative Agreement Program |
| 66.312 | State Environmental Justice Cooperative Agreement Program |
| 66.604 | Environmental Justice Small Grant Program |
| 66.604 | Environmental Justice Small Grant Program |
| 66.614 | Direct Financial Assistance to Community Service Providers to support Environmental Justice Activities |
| 66.615 | Environmental Justice Communities Pass-through Funder Program (EJCPF) |
| 66.615 | Environmental Justice Communities Pass-through Funder Program (EJCPF) |
| 66.615 | Environmental Justice Communities Pass-through Funder Program (EJCPF) |
| 66.615 | Environmental Justice Communities Pass-through Funder Program (EJCPF) |
| 66.615 | Environmental Justice Communities Pass-through Funder Program (EJCPF) |
| 66.615 | Environmental Justice Communities Pass-through Funder Program (EJCPF) |
| 66.615 | Environmental Justice Communities Pass-through Funder Program (EJCPF) |
| 66.615 | Environmental Justice Communities Pass-through Funder Program (EJCPF) |
| 66.615 | Environmental Justice Communities Pass-through Funder Program (EJCPF) |
| 66.615 | Environmental Justice Communities Pass-through Funder Program (EJCPF) |
| 66.615 | Environmental Justice Communities Pass-through Funder Program (EJCPF) |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |

EPA_00318469

**J.A. 2677**

| |
|---|
| Special Purpose Activities Related To Environmental Justice |
| Electric Stove Replacement Program |
| Environmental Justice at Larchmont Elementary |
| Home Electrification and Revitalization Opportunity (HERO) Program |
| Lead in Soils Mitigation Project |
| Inflation Reduction Act - Environmental Justice Government-to-Government |
| Inflation Reduction Act - Environmental Justice Government-to-Government |
| Energy-Health-Equity Project |
| Workforce Development for mitigating air quality, urban heat island, and stormwater issues in Newark |
| Inflation Reduction Act - Environmental Justice Government to Government |
| Connecticut Environmental Justice Government To Government (EJG2G) Grant Application |
| Environmental Justice Government-to-Government (EJG2G) Program |
| Ensuring a Just Transition in Southwest Brooklyn, NY: Planning, Engagement, Design in Sunset Park and Red Hook |
| Placemaking to address food equity and environmental sustainability in Southeast Kansas |
| Prairie Island G2G Tribal Home Energy Project |
| Environmental Justice Small Grant Program |
| Yakutat Subsistence Consumption Assessment |
| Access2Opportunity Forum Initiative 2024-2025 |
| Grantmaker - Subsequent Award |
| EJ-TCGM Subsequent Award - Mountains and Plains Environmental Justice Grants Hub |
| Environmental Justice Thriving Communities Grantmaker Program (EJ TCGM) |
| EJ-TCGM Subsequent Award - Region 6 The Bullard Center for Environmental and Climate Justice at Texas Southern University |
| Northwest Network for Environmental Justice-Subsequent Award |
| Institute for Sustainable Communities Nat'l GM - Subsequent Award |
| Research Triangle Institute (RTI) - Grantmaker - Initial Award |
| RTI Thriving Communities Grantmaker: Subsequent Award |
| TCGM Subsequent Award - Green &amp; Healthy Homes Initiative will act as pass-through entity for EPA's EJ Thriving Communities Grantmaking Program, R3 GM |
| Grantmaker - Subsequent Award |
| Inflation Reduction Act - Environmental Justice Thriving Communities |
| Elm City Climate Collaborative |
| Green and Resilient Springfield |
| From Food Waste to Opportunity: A Path toward Climate, Environmental, &amp; Economic Justice in Rhode Island |
| Enhancing Equitable Community Engagement in Governance for Environmental and Climate Justice in East Boston (EJ Engaged East Boston) |
| Asthma, Indoor Air Pollution and Greenhouse Gas Emissions |
| Making Michigan Tribal Homes &amp; Buildings Efficient, Healthy, and Resilient |
| Michigan Tribal and State Wild Rice Stewardship |
| Holistic Healthy Homes in Kalamazoo County: Delivering Energy Efficiency Measures, Increasing Resiliency, and Improving Air Quality in Existing Housing Stock |
| Detroit Community Resilience Hub Initiative |
| Moving Evansville Toward A Healthier Future |
| Establishing a Climate Just Future in Chicago by Collaborating through the River Ecology and Governance Task Force |
| Climate Safe Great Lakes | Building Resident Capacity To Collaboratively Advance Community Climate Adaptation Priorities |
| CCG 2024 Benton Harbor Neighborhood Resilience Hubs |

EPA_00318470

The Western Environmental Science Technical Assistance Center for Environmental Justice (WEST EJ Center) or Environmental Justice Thriving Communities Technical Assistan
The agreement provides funding to the City of Boston. Specifically, the recipient will partner with Codman Square Neighborhood Development Corporation and the Boston Housing
The Larchmont Community Schoolyard is a joint e&#64256;ort between Tacoma Public Schools, Trust for Public Land, and the community to transform the schoolyard from aspha
The agreement under the Inflation Reduction Act provides funding to City of Rochester New York. Specifically, the recipient will fund energy audits and the installation of electric ap
This agreement provides funding under the Inflation Reduction Act (IRA). The agreement provides funding to Kansas City Missouri (KCMO) and their partner Community Based O
This agreement provides funding under the Inflation Reduction Act (IRA). The agreement provides funding to the City of San Jose. The City of San Jos&eacute; is one of five cities
The Copper Corridor&rsquo;s environmental injustices stem from historic mining activities and an archaic mining tax structure that benefits more populated communities in Arizon
The County proposes the Energy-Health-Equity Project (EHE Project, or Project), which will create two technical resources: a decision-support tool and a comprehensive financing
This agreement provides funding under the Inflation Reduction Act (IRA). This agreement provides funding to City of Newark in New Jersey and comprises a training, monitoring a
This agreement provides funding under the Inflation Reduction Act (IRA). The agreement provides funding to the County of Los Angeles. Specifically, the Los Angeles County Publi
The agreement provides funding to The Connecticut Department of Energy and Environmental Protection (CT DEEP). The recipient will initiate a new program to work with disadva
This action approves an award in the amount of $1,000,000 to the North Carolina Department of Health and Human Services to implement its own project to Address Private Well
The agreement provides funding to Resilient Homes and Communities. Specifically, the recipient will use the finding for Climate resiliency and adaptation planning, community eng
The agreement provides funding to Kansas Department of Health and Environment. Specifically, the recipient will implement meaningful environmental and public health strategies
This agreement provides funding under Consolidated Appropriations. The agreement provides funding to Prairie Island Indian Community. Specifically, the recipient will utilize con
This action approves an award in the amount of $75,000 to support GASP to launch a community needs assessment survey to gauge residents health concerns and deploy at leas
The purpose of the Yakutat Subsistence Consumption Assessment project is to strengthen the Yakutat Tlingit Tribes&rsquo;ability to participate in developing water quality standar
This cooperative agreement provides funding to the Community Foundation of Southeastern Massachusetts and the Old Bedford Village Development, a community-based nonpro
This agreement provides funding under the Inflation Reduction Act (IRA) to Health Resources in Action (HRA). The recipient is a Regional Grantmaker and the purpose of this awa
This agreement provides funding under the Inflation Reduction Act (IRA) to JSI Research &amp; Training Institute. The recipient is the Regional Grantmaker for Region 8 JSI, toge
This agreement provides funding under the Inflation Reduction Act (IRA) to The Minneapolis Foundation.  The recipient is a Regional Grantmaker. This proposed funding request i
This agreement provides funding under the Inflation Reduction Act (IRA) to Texas Southern University. The recipient is a Regional Grantmaker (RGM), in collaboration with Achiev
OEJECR is providing within-scope supplemental funding to address additional Quality Assurance (QA) costs as well as provide funding for additional meaningful outreach and gap
This agreement provides funding under the Inflation Reduction Act (IRA) to the Institute for Sustainable Communities (ISC) in the amount of $48,000,000, as part of a bifurcated a
The purpose of the Environmental Protection Agency's (EPA) Thriving Communities Grantmaking Program ( EJ TCGM ) is to transform disadvantaged and underserved communi
Research Triangle institute (RTI) will utilize the Subsequent Award totaling $95,000,000 in EJ TCGM funding to serve as one of eleven Grantmaker organizations that are charged
This assistance agreement provides funding under the Inflation Reduction Act (IRA) to Green and Healthy Homes Initiative, a Regional Grantmaker. This program funds communi
This agreement provides funding under the Inflation Reduction Act to Fordham University to support nonprofit organizations and organizations representing disadvantaged commu
This agreement provides funding under the Inflation Reduction Act to Social and Environmental Entrepreneurs (S.E.E.). The recipient is a Regional Grantmaker that will receive $10 million in supplemental funds to
This agreement provides funding under the Inflation Reduction Act (IRA), to the City of New Haven Office of Climate and Sustainability and their Statutory Partner, the Greater Dw
This agreement provides funding under the Inflation Reduction Act (IRA) to the City of Springfield, Massachusetts. Specifically, the recipient will collaborate with various nonprofit
This agreement provides funding under the Inflation Reduction Act (IRA) to the Rhode Island Food Policy Council (RIFPC). Specifically the project will reduce food waste, increase
This agreement provides funding under the Inflation Reduction Act (IRA) to John Snow Institute (JSI) Research &amp; Training Institute, Inc. to enhance community input into loca
This agreement provides funding under the Inflation Reduction Act (IRA) to the MetroHealth System. Specifically, the project will identify 1,200 greater Cleveland-area househo
This agreement provides funding under the Inflation Reduction Act (IRA) to The Inter-Tribal Council of Michigan, Inc. (ITCMI) to conduct Community Change Grant (CCG) Track I:
This agreement provides funding under the Inflation Reduction Act (IRA) to the Inter-Tribal Council of Michigan, Inc.  Specifically, the project will enable the meaningful engagemer
This agreement provides funding under the Inflation Reduction Act (IRA) to Kalamazoo County Government. Specifically, the project will focus on reducing greenhouse gas emissi
This agreement provides funding under the Inflation Reduction Act (IRA) to EcoWorks. Specifically, the project will transform 20 houses of worship and food assistance programs
This agreement provides funding under the Inflation Reduction Act (IRA) to the City of Evansville to implement the Moving Evansville Towards a Healthier Future Project.  Specific
This agreement provides funding under the Inflation Reduction Act (IRA) to Friends of the Chicago River. Specifically, the project will ensure community organizations are working
This agreement provides funding under the Inflation Reduction Act (IRA) to Groundwork USA, INC.. Specifically, the project will; utilize their developed community-centered, data i
This agreement provides funding under the Inflation Reduction Act (IRA) to Southwestern Michigan Commission. Specifically, the project will: Transform the Bobo Brazil Communi

EPA_00318471

| 66.616 | 5F | 00E05002 | 00E05002-0 | 12/06/2024 | | 2025 03/10/2025 | $3,000,000.00 | $3,000,000.00 |
|--------|----|----------|------------|------------|---|-----------------|---------------|---------------|
| 66.616 | 5F | 00E05003 | 00E05003-0 | 12/04/2024 | | 2025 03/06/2025 | $21,994,500.00 | $10,000,000.00 |
| 66.616 | 5F | 00E05004 | 00E05004-0 | 12/11/2024 | | 2025 03/06/2025 | $3,286,442.00 | $3,286,422.00 |
| 66.616 | 5F | 00E05005 | 00E05005-0 | 12/05/2024 | | 2025 02/21/2025 | $20,232,335.00 | $20,232,335.00 |
| 66.616 | 5F | 00E05006 | 00E05006-0 | 11/26/2024 | | 2025 02/20/2025 | $21,652,072.00 | $21,652,072.00 |
| 66.616 | 5F | 00E05007 | 00E05007-0 | 12/20/2024 | | 2025 | $19,999,268.00 | $19,999,268.00 |
| 66.616 | 5F | 00I34500 | 00I34500-0 | 01/07/2025 | | 2025 | $20,000,000.00 | $20,000,000.00 |
| 66.616 | 5F | 00I34600 | 00I34600-0 | 01/10/2025 | | 2025 01/29/2025 | $19,949,725.00 | $19,949,725.00 |
| 66.616 | 5F | 00I40400 | 00I40400-0 | 12/19/2024 | | 2025 02/21/2025 | $20,058,601.00 | $20,058,601.00 |
| 66.616 | 5F | 02F65701 | 02F65701-0 | 11/26/2024 | | 2025 | $19,999,998.00 | $19,999,998.00 |
| 66.616 | 5F | 02F74301 | 02F74301-0 | 11/25/2024 | | 2025 01/30/2025 | $19,944,575.00 | $19,944,575.00 |
| 66.616 | 5F | 02F76501 | 02F76501-1 | 02/06/2024 | | 2025 02/26/2025 | $18,780,805.00 | $18,780,805.00 |
| 66.616 | 5F | 02F76601 | 02F76601-0 | 11/22/2024 | | 2025 | $19,994,586.00 | $19,994,586.00 |
| 66.616 | 5F | 02F76901 | 02F76901-1 | 12/17/2024 | | 2025 03/04/2025 | $20,000,000.00 | $20,000,000.00 |
| 66.616 | 5F | 02F78401 | 02F78401-0 | 12/20/2024 | | 2025 02/20/2025 | $12,704,048.00 | $12,704,048.00 |
| 66.616 | 5F | 02F78701 | 02F78701-0 | 12/21/2024 | | 2025 02/28/2025 | $3,015,485.00 | $3,015,485.00 |
| 66.616 | 5F | 02F80001 | 02F80001-0 | 01/13/2025 | | 2025 03/03/2025 | $2,987,385.00 | $2,987,385.00 |
| 66.616 | 5F | 02F80101 | 02F80101-0 | 01/17/2025 | | 2025 02/26/2025 | $19,999,999.00 | $19,999,999.00 |
| 66.616 | 5F | 02J85001 | 02J85001-0 | 12/20/2024 | | 2025 | $19,555,386.00 | $19,555,386.00 |
| 66.616 | 5F | 02J85101 | 02J85101-0 | 12/04/2024 | | 2025 01/27/2025 | $16,465,618.00 | $16,465,618.00 |
| 66.616 | 5F | 02J85301 | 02J85301-0 | 12/04/2024 | | 2025 01/31/2025 | $19,921,731.00 | $19,921,731.00 |
| 66.616 | 5F | 02J88401 | 02J88401-0 | 12/05/2024 | | 2025 | $20,000,000.00 | $20,000,000.00 |
| 66.616 | 5F | 02J88501 | 02J88501-0 | 12/05/2024 | | 2025 02/19/2025 | $20,030,841.00 | $20,030,841.00 |
| 66.616 | 5F | 02J88601 | 02J88601-0 | 12/02/2024 | | 2025 | $3,137,855.00 | $3,137,855.00 |
| 66.616 | 5F | 02J91701 | 02J91701-0 | 12/23/2024 | | 2025 | $8,932,979.00 | $8,932,979.00 |
| 66.616 | 5F | 02J91801 | 02J91801-0 | 12/10/2024 | | 2025 03/04/2025 | $19,989,160.00 | $19,989,160.00 |
| 66.616 | 5F | 02J91901 | 02J91901-0 | 12/17/2024 | | 2025 | $20,000,000.00 | $20,000,000.00 |
| 66.616 | 5F | 02J92801 | 02J92801-0 | 12/05/2024 | | 2025 | $19,455,772.00 | $19,455,772.00 |
| 66.616 | 5F | 02J95201 | 02J95201-0 | 12/26/2024 | | 2025 | $19,826,233.00 | $19,826,233.00 |
| 66.616 | 5F | 02J95301 | 02J95301-0 | 12/23/2024 | | 2025 03/07/2025 | $16,340,887.00 | $16,340,887.00 |
| 66.616 | 5F | 02J95401 | 02J95401-0 | 01/10/2025 | | 2025 | $19,990,020.00 | $19,990,020.00 |
| 66.616 | 5F | 02J95501 | 02J95501-0 | 12/26/2024 | | 2025 | $2,904,935.00 | $2,904,935.00 |
| 66.616 | 5F | 02J95601 | 02J95601-0 | 01/13/2025 | | 2025 | $19,998,693.00 | $19,998,693.00 |
| 66.616 | 5F | 02J95701 | 02J95701-0 | 12/27/2024 | | 2025 02/21/2025 | $19,983,378.00 | $19,983,378.00 |
| 66.616 | 5F | 02J95801 | 02J95801-0 | 01/10/2025 | | 2025 | $20,000,000.00 | $20,000,000.00 |
| 66.616 | 5F | 03D25324 | 03D25324-0 | 12/02/2024 | | 2025 03/10/2025 | $19,960,040.00 | $19,960,040.00 |
| 66.616 | 5F | 03D25424 | 03D25424-0 | 12/05/2024 | | 2025 02/24/2025 | $14,443,306.00 | $14,443,306.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| $3,000,000.00 | $134,462.74 | $2,865,537.26 | EPA R5 | R05 | 10/01/2024 | 09/30/2027 |
| $10,000,000.00 | $7,746,104.00 | $2,253,896.00 | EPA R5 | R05 | 04/01/2024 | 03/31/2027 |
| $3,286,422.00 | $1,578.98 | $3,284,843.02 | EPA R5 | R05 | 12/01/2024 | 11/30/2027 |
| $20,232,335.00 | $1,210,706.01 | $19,021,628.99 | EPA R5 | R05 | 12/01/2024 | 11/30/2027 |
| $21,652,072.00 | $35,841.99 | $21,616,230.01 | EPA R5 | R05 | 12/01/2024 | 11/30/2027 |
| $19,999,268.00 | $0.00 | $19,999,268.00 | EPA R5 | R05 | 03/01/2025 | 02/29/2028 |
| $20,000,000.00 | $0.00 | $20,000,000.00 | EPA R8 | R08 | 01/13/2025 | 01/12/2028 |
| $19,949,725.00 | $470,023.00 | $19,479,702.00 | EPA R8 | R08 | 01/15/2025 | 01/14/2028 |
| $20,058,601.00 | $7,525.67 | $20,051,075.33 | EPA R8 | R08 | 01/10/2025 | 12/31/2027 |
| $19,999,998.00 | $0.00 | $19,999,998.00 | EPA R6 | R06 | 03/01/2025 | 02/29/2028 |
| $19,944,575.00 | $230,965.00 | $19,713,610.00 | EPA R6 | R06 | 12/01/2024 | 11/30/2027 |
| $18,780,805.00 | $25,845.88 | $18,754,959.12 | EPA R6 | OEJECR | 01/01/2025 | 12/31/2027 |
| $19,994,586.00 | $0.00 | $19,994,586.00 | EPA R6 | R06 | 01/01/2025 | 12/31/2027 |
| $20,000,000.00 | $201,055.63 | $19,798,944.37 | EPA R6 | OEJECR | 01/01/2025 | 12/31/2027 |
| $12,704,048.00 | $1,608,223.66 | $11,095,824.34 | EPA R6 | R06 | 01/01/2025 | 12/31/2027 |
| $3,015,485.00 | $40,372.32 | $2,975,112.68 | EPA R6 | R06 | 01/01/2025 | 12/31/2027 |
| $2,987,385.00 | $28,515.00 | $2,958,870.00 | EPA R6 | R06 | 02/01/2025 | 01/31/2028 |
| $19,999,999.00 | $3,544,191.16 | $16,455,807.84 | EPA R6 | R06 | 01/17/2025 | 01/31/2028 |
| $19,555,386.00 | $0.00 | $19,555,386.00 | EPA R10 | R10 | 03/01/2025 | 02/29/2028 |
| $16,465,618.00 | $198.80 | $16,465,419.20 | EPA R10 | R10 | 01/01/2025 | 12/31/2027 |
| $19,921,731.00 | $6,597.15 | $19,915,133.85 | EPA R10 | R10 | 01/01/2025 | 12/31/2027 |
| $20,000,000.00 | $0.00 | $20,000,000.00 | EPA R10 | R10 | 01/01/2025 | 12/31/2027 |
| $20,030,841.00 | $37,871.32 | $19,992,969.68 | EPA R10 | R10 | 01/01/2025 | 12/31/2027 |
| $3,137,855.00 | $0.00 | $3,137,855.00 | EPA R10 | R10 | 01/01/2025 | 12/31/2027 |
| $8,932,979.00 | $0.00 | $8,932,979.00 | EPA R10 | R10 | 04/01/2025 | 03/31/2028 |
| $19,989,160.00 | $5,076.93 | $19,984,083.07 | EPA R10 | R10 | 02/10/2025 | 02/09/2028 |
| $20,000,000.00 | $0.00 | $20,000,000.00 | EPA R10 | R10 | 02/10/2025 | 02/09/2028 |
| $19,455,772.00 | $0.00 | $19,455,772.00 | EPA R10 | R10 | 02/01/2025 | 01/31/2028 |
| $19,826,233.00 | $0.00 | $19,826,233.00 | EPA R10 | R10 | 04/21/2025 | 04/20/2028 |
| $16,340,887.00 | $4,836.00 | $16,336,051.00 | EPA R10 | R10 | 02/01/2025 | 01/31/2028 |
| $19,990,020.00 | $0.00 | $19,990,020.00 | EPA R10 | R10 | 02/01/2025 | 01/31/2028 |
| $2,904,935.00 | $0.00 | $2,904,935.00 | EPA R10 | R10 | 02/01/2025 | 01/31/2028 |
| $19,998,693.00 | $0.00 | $19,998,693.00 | EPA R10 | R10 | 03/01/2025 | 02/29/2028 |
| $19,983,378.00 | $3,375.77 | $19,980,002.23 | EPA R10 | R10 | 01/01/2025 | 12/31/2027 |
| $20,000,000.00 | $0.00 | $20,000,000.00 | EPA R10 | R10 | 05/01/2025 | 04/30/2028 |
| $19,960,040.00 | $52,864.96 | $19,907,175.04 | EPA R4 | R04 | 01/01/2025 | 12/31/2027 |
| $14,443,306.00 | $6,177.29 | $14,437,128.71 | EPA R4 | R04 | 01/01/2025 | 12/31/2027 |

**J.A. 2681**

EPA_00318473

| THE TRUST FOR PUBLIC LAND | CA | HN7CS4YNMBC4 | Not for Profit |
| maic9383 - Minneapolis American Indian Center | MN | JLNTCKHMMP23 | Not for Profit |
| UNIVERSITY OF WISCONSIN SYSTEM | WI | LCLSJAGTNZQ7 | State Institution of Higher Learning |
| CITY OF MADISON | WI | FS3AZ3FV8JG8 | Municipal |
| MIDWEST TRIBAL ENERGY RESOURCES ASSOCIATION INC | WI | CBSZX57DLCY1 | Indian Tribe |
| LEECH LAKE BAND OF OJIBWE | MN | EBFFR37CPL55 | Indian Tribe |
| THE CITY-COUNTY OF BUTTE SILVER BOW | MT | KU4FFEFBNJD9 | County |
| Flandreau Santee Sioux Tribe | SD | HH4QS2XSBBK4 | Indian Tribe |
| cdi3831 - COMMUN DENVER INC. | CO | F7P7YN1KERT4 | Not for Profit |
| CITY OF HOUSTON | TX | GULQZBMP2SR3 | Municipal |
| DILLARD UNIVERSITY | LA | FR9LM1J86MJ5 | Private University |
| mwmw8466 - MISSION WACO MISSION WORLD | TX | NN73AH7NJQ24 | Not for Profit |
| sfisi5705 - SANTA FE INDIAN SCHOOL, INC. | NM | Z8S4SGTN7TB3 | Not for Profit |
| urec6143 - URBAN RESTORATION ENHANCEMENT CORPORATION | LA | JMU7U1STL1E9 | Not for Profit |
| bbca2029 - BIG BEND CONSERVATION ALLIANCE | TX | S8ZQQCC5VY43 | Not for Profit |
| aah0289 - AIR ALLIANCE HOUSTON | TX | SL44BVTJBFK5 | Not for Profit |
| tgcfce0255 - THE GLOBAL CENTER FOR CULTURAL ENTREPRENEURSHIP | NM | WQRNGQRGEWF6 | Not for Profit |
| srni3940 - Stay Ready NOLA, Inc. | LA | TZRGSNCAVLF4 | Not for Profit |
| LANE COUNTY OREGON | OR | XCLAXTCSJF71 | County |
| CITY OF POCATELLO | ID | C1H5KKGYA7F8 | Municipal |
| THE CORPORATION OF GONZAGA UNIVERSITY | WA | Y14CPR31B6C3 | Private University |
| DENA NENA HENASH | AK | D37SXRJ5HMJ1 | Indian Tribe |
| CONFEDERATED TRIBES OF GRAND RONDE | OR | K4ZDA84UXNN5 | Indian Tribe |
| FRONT AND CENTERED | WA | XAWGFDYVLB88 | Not for Profit |
| NATIVE VILLAGE OF CHENEGA | AK | G6CZKLD8N8E6 | Indian Tribe |
| ALASKA NATIVE TRIBAL HEALTH CONSORTIUM | AK | M272P7XFJNN7 | Indian Tribe |
| tf3690 - TEBUGHNA FOUNDATION | AK | X3CBRNE3CN78 | Not for Profit |
| METLAKATLA INDIAN COMMUNITY | AK | MYPCUEP3PY65 | Indian Tribe |
| ALASKA NATIVE TRIBAL HEALTH CONSORTIUM | AK | M272P7XFJNN7 | Indian Tribe |
| Chiloquin - CITY OF CHILOQUIN | OR | YMM6JD17NHJ7 | Municipal |
| cgesd6357 - Columbia Gorge Education Service District | OR | TGJRJSMNDUH6 | |
| sri0185 - SPRUCE ROOT, INC. | AK | WHSCX3H9LN69 | Not for Profit |
| Native Village of Kipnuk | AK | LZJ7Y671BNN5 | Indian Tribe |
| Confederated Tribes and Bands of the Yakama Nation | WA | Q4EDSUR34U61 | Indian Tribe |
| t6438 - RECTOR & VISITORS OF THE UNIVERSITY OF VIRGINIA | VA | JJG6HU8PA4S5 | State Institution of Higher Learning |
| THE TRUST FOR PUBLIC LAND | CA | HN7CS4YNMBC4 | Not for Profit |
| TEXAS A & M UNIVERSITY | TX | JF6XLNB4CDJ5 | State Institution of Higher Learning |

EPA_00318474

| 66.616 | Environmental and Climate Justice Block Grant Program |
|--------|-------------------------------------------------------|
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |

EPA_00318475

| |
|---|
| Building Democratic Systems for a Climate Resilient Cleveland |
| Minneapolis Climate Resilience Hub Partnership |
| InterTribal Lake Winnebago Mayom ~Wild Rice ~ Revitalization Project |
| Climate Resilience Starts at Home: Growing Energy Efficiency, Indoor Air Quality, and Green Jobs in Madison and Fitchburg, Wisconsin |
| Improving Tribal Access to Energy Efficiency and Weatherization Infrastructure for Midwest Tribes |
| Leech Lake Band of Ojibwe Tribal Resilience Hub |
| Butte Community Resilience Hub |
| Flandreau Santee Sioux Tribe Community Change Grant |
| Loretto Heights Resiliency Hub |
| Vulnerable to Vibrant: Power for Change |
| Dillard University and United Way of Southeast Louisiana Partnership: Building Climate Resiliency in Southeast Louisiana |
| Engaging Communities for a Resilient and Sustainable Waco and McLennan County |
| Water Is Life: Advancing Climate Action and Environmental Justice Goals of the Santa Fe Indian School Campus Vision Plan |
| Weatherization and Energy Efficiency to Promote Louisiana Urban Growth (WE PLUG Louisiana) |
| Everything's Connected in Presidio: Building climate resiliency through green infrastructure and reducing pollution through traffic mitigation at the International Bridge crossing |
| AirMail Gulf Coast |
| New Mexico Partnership for Equitable Climate Planning and Policy |
| Stay Ready Solar Project |
| Lane County Transformation for Resiliency Through Equity and Engagement Network |
| CITY OF POCATELLO SOUTH 5TH AVE. COMPLETE STREETS AND SEWER PROJECT |
| Spokane Climate Resilience Project - transform disadvantaged Spokane communities into healthy, climate resilient, and thriving communities. |
| EPA Huslia Village Climate Solutions |
| FY2024 CTGR EPA CCGP Resident Resilience Center |
| Applying Cornerstones of Co-governance through Community Leadership and Assemblies in Washington State for Environmental Justice (ACCELERATE EJ) |
| Chenega Bulk Fuel Storage System &amp; Renewable Integration Project. |
| Bering Straits Community Solar &amp; Battery Systems |
| Rebuilding Community: Repairing and Renewing Homes for the People of the Native Village of Tyonek, Alaska |
| Revitalizing Metlakatlas Ecosystems for Future Generations - Air Toxic Pollution Reduction, Nature-Based Solutions through Regenerative Seaweed Farming, and Ocean Vessel E |
| Kotzebue Tribal Wind |
| Chiloquin Community Resilience Hub and Municipal Center |
| The Columbia Gorge Early Learning and Resilience Center: A rural hub for environmental justice and climate resilience |
| Village Voices for Equity: Strengthening Indigenous Participation in Environmental and Climate Policy |
| Kipnuk Reach 3 Riprap Riverbank Stabilization Project |
| Fire and the Built Environment: Reducing Air Pollution Impacts on Yakama Nation and the Yakima Valley |
| Permafrost Management for Community Health and Resilience in Utqiaġvik, Alaska |
| Environmental and Climate Justice Block Grant Program |
| Environmental and Climate Justice Block Grant Program |

EPA_00318476

This agreement provides funding under the Inflation Reduction Act (IRA) To The Trust for Public Land.  Specifically, through this project entitled &quot;Building Democratic System
This agreement provides funding under the Inflation Reduction Act (IRA) to Minneapolis American Indian Center. Specifically, the project will fund the installation and utilization of
This agreement provides funding under the Inflation Reduction Act (IRA) to The Board of Regents of the University of Wisconsin System.  Specifically, the project will interrupt and
This agreement provides funding under the Inflation Reduction Act (IRA) to City of Madison. Specifically, the project will address energy justice head on and implementing equitabl
This agreement provides funding under the Inflation Reduction Act (IRA) to Midwest Tribal Energy Resources Association, Inc (MTERA). Specifically, the project will improve the li
This agreement provides funding under the Inflation Reduction Act (IRA) to Leech Lake Band of Ojibwe. Specifically, the project will be creating a Tribal Resilience Hub, the corner
This agreement provides funding under the Inflation Reduction Act (IRA) to The City and County of Butte-Silver Bow. Specifically, the project will build The Community Resilience
This agreement provides funding under the Inflation Reduction Act (IRA) to the Flandreau Santee Sioux Tribe. Specifically, the project will create a Zero Emission Transportation C
This agreement provides funding under the Inflation Reduction Act (IRA) to Commun Denver Inc. Specifically, the project will renovate a 40,000 square foot building into a commu
This agreement provides funding under the Inflation Reduction Act (IRA). The project will focus on several key areas in the City of Houston:Contamination and Pollution Mitigation:
This agreement allocates funding to Dillard University through the Inflation Reduction Act (IRA). The university will utilize this funding to install electric vehicle charging stations, so
This agreement provides funding under the Inflation Reduction Act (IRA) to Mission Waco Mission World. Specifically, the project will strengthen existing partnerships to build a m
This agreement provides funding under the Inflation Reduction Act (IRA) to Santa Fe Indian School, Inc. Specifically, the project will implement the 2023 Santa Fe Indian School (S
This agreement provides funding under the Inflation Reduction Act (IRA) to Urban Restoration Enhancement Corporation. Specifically, this Track I project will be implemented thro
This agreement provides funding under the Inflation Reduction Act (IRA) to Big Bend Conservation Alliance. Specifically, the project will revitalize and provide green spaces, monit
This agreement provides funding under the Inflation Reduction Act (IRA) to Air Alliance Houston (AAH). Specifically, the project will build the capacity of communities and governm
This agreement provides funding under the Inflation Reduction Act (IRA) to the Global Center for Cultural Entrepreneurship.  Specifically, the project will support the recipient and i
This agreement provides funding under the Inflation Reduction Act (IRA) to Stay Ready NOLA, Inc. Specifically, the project will seek to build a ResilienceHub to enhance communi
This agreement provides funding under the Inflation Reduction Act (IRA) to Lane County to tackle the climate crisis by renovating six resiliency hubs targeting high risk populations
This agreement provides funding under the Inflation Reduction Act (IRA) to the City of Pocatello. Specifically, the project will improve local groundwater and air quality, while also i
This agreement provides funding under the Inflation Reduction Act (IRA) to Gonzaga Institute for Climate, Water, and the Environment (Climate Institute). Specifically, this project
This agreement provides funding under the Inflation Reduction Act (IRA) to Tanana Chiefs Conference. Specifically, the project will allow Tanana Chiefs Conference to manage the
This agreement provides funding under the Inflation Reduction Act (IRA) to Confederated Tribes of Grand Ronde. Specifically, the project will allow Confederated Tribes of Grand
This agreement provides funding under the Inflation Reduction Act (IRA) to Front &amp; Centered.  Specifically, the project will engage Community-Based Organizations and com
This grant provides funding under the Inflation Reduction Act (IRA) to Native Village of Chenega. Specifically, the project will involve the construction of a new 30,000-gallon bulk f
This agreement provides funding under the Inflation Reduction Act (IRA) to the Alaska Native Tribal Health Consortium. Specifically, the project proposes to build community-scale
This agreement provides funding under the Inflation Reduction Act (IRA) to Tebughna Foundation. Specifically, the project will create a workforce development program in Tyonek,
This agreement provides funding under the Inflation Reduction Act (IRA) to Metlakatla Indian Community. Specifically, the project will: (1) implement seaweed farming as a nature-

This agreement provides funding under the Inflation Reduction Act (IRA) to Alaska Native Tribal Health Consortium (ANTHC). Specifically, the project will build two wind turbines
in Kotzebue, Alaska.

With an overarching purpose to prepare the Greater Chiloquin Area to respond to emergencies, support residents in times of crisis, and foster climate change resiliency, this proje
This agreement provides funding under the Inflation Reduction Act (IRA) to the Columbia Gorge Education Service District. Specifically, the project will renovate a school building t
This agreement provides funding under the Inflation Reduction Act (IRA) to Spruce Root.  Specifically, the project will engage rural, disadvantaged Tribal communities in Southeas
This agreement provides funding under the Inflation Reduction Act (IRA) to Native Village of Kipnuk. Specifically, the Kipnuk Riprap Riverbank Stabilization Project will add riprap t
This agreement provides funding under the Inflation Reduction Act (IRA) to Confederated Tribes and Bands of Yakama Nation. Specifically, the project will allow the Confederated
This agreement provides funding under the Inflation Reduction Act (IRA) to the University of Virginia. Specifically, the project will allow the University of Virginia, working in Utqiagv
This agreement approves an award in the amount of $19,960,040 under the Inflation Reduction Act (IRA) to the Trust for Public Land. Specifically, the Clifton Hills Alton Park Thre
This action approves an award in the amount of $14,443,306.00 to support Texas A&amp;M University to install hundreds of onsite wastewater treatment systems, infrastructure t

EPA_00318477

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 66.616 | 5F | 03D26124 | 03D26124-0 | 12/02/2024 | | 2025 | 03/03/2025 | $19,953,400.00 | $19,953,400.00 |
| 66.616 | 5F | 03D26224 | 03D26224-0 | 12/04/2024 | | 2025 | 02/24/2025 | $19,357,757.00 | $19,357,757.00 |
| 66.616 | 5F | 03D26324 | 03D26324-0 | 12/04/2024 | | 2025 | 02/25/2025 | $19,827,740.00 | $18,490,240.00 |
| 66.616 | 5F | 03D30524 | 03D30524-0 | 12/10/2024 | | 2025 | 02/20/2025 | $20,000,000.00 | $20,000,000.00 |
| 66.616 | 5F | 03D30624 | 03D30624-0 | 12/16/2024 | | 2025 | | $14,944,031.00 | $14,944,031.00 |
| 66.616 | 5F | 03D30724 | 03D30724-0 | 12/18/2024 | | 2025 | | $19,999,967.00 | $19,999,967.00 |
| 66.616 | 5F | 03D30824 | 03D30824-0 | 12/20/2024 | | 2025 | 02/21/2025 | $11,441,520.00 | $11,396,020.00 |
| 66.616 | 5F | 03D30924 | 03D30924-0 | 12/20/2024 | | 2025 | 01/31/2025 | $1,875,142.00 | $1,875,142.00 |
| 66.616 | 5F | 03D31024 | 03D31024-0 | 12/12/2024 | | 2025 | 03/05/2025 | $3,103,648.00 | $3,103,648.00 |
| 66.616 | 5F | 03D33525 | 03D33525-0 | 01/17/2025 | | 2025 | | $3,000,000.00 | $3,000,000.00 |
| 66.616 | 5F | 03D33625 | 03D33625-0 | 01/16/2025 | | 2025 | | $2,596,592.00 | $2,596,592.00 |
| 66.616 | 5F | 03D33725 | 03D33725-0 | 01/17/2025 | | 2025 | | $19,996,791.00 | $19,996,791.00 |
| 66.616 | 5F | 03D33825 | 03D33825-0 | 01/16/2025 | | 2025 | 03/07/2025 | $19,889,515.00 | $19,889,515.00 |
| 66.616 | 5F | 03D33925 | 03D33925-0 | 01/17/2025 | | 2025 | | $19,805,900.00 | $19,805,900.00 |
| 66.616 | 5F | 953A0021 | 953A0021-0 | 11/26/2024 | | 2025 | 02/25/2025 | $20,104,032.00 | $20,104,032.00 |
| 66.616 | 5F | 953A0039 | 953A0039-0 | 11/26/2024 | | 2025 | 02/20/2025 | $15,309,845.00 | $15,309,845.00 |
| 66.616 | 5F | 953A0075 | 953A0075-0 | 12/11/2024 | | 2025 | | $19,997,822.00 | $19,997,822.00 |
| 66.616 | 5F | 953A0079 | 953A0079-0 | 12/05/2024 | | 2025 | | $20,006,400.00 | $20,006,400.00 |
| 66.616 | 5F | 953A0097 | 953A0097-0 | 01/08/2025 | | 2025 | 03/04/2025 | $19,886,658.00 | $19,886,658.00 |
| 66.616 | 5F | 96272300 | 96272300-0 | 12/13/2024 | | 2025 | 03/03/2025 | $1,047,647.00 | $1,047,647.00 |
| 66.616 | 5F | 96272800 | 96272800-0 | 12/20/2024 | | 2025 | 02/27/2025 | $20,096,954.00 | $20,096,954.00 |
| 66.616 | 5F | 96272900 | 96272900-0 | 12/11/2024 | | 2025 | | $20,152,214.00 | $20,152,214.00 |
| 66.616 | 5F | 96273600 | 96273600-0 | 12/16/2024 | | 2025 | 02/26/2025 | $3,115,632.00 | $3,115,632.00 |
| 66.616 | 5F | 96274625 | 96274625-0 | 12/18/2024 | | 2025 | | $3,000,000.00 | $3,000,000.00 |
| 66.616 | 5F | 96275300 | 96275300-0 | 12/20/2024 | | 2025 | | $11,914,745.00 | $11,914,745.00 |
| 66.616 | 5F | 96275325 | 96275325-0 | 12/18/2024 | | 2025 | 03/04/2025 | $19,318,594.00 | $19,318,594.00 |
| 66.616 | 5F | 96275425 | 96275425-0 | 01/13/2025 | | 2025 | 02/21/2025 | $11,158,108.00 | $11,158,108.00 |
| 66.616 | 5F | 96276500 | 96276500-0 | 01/03/2025 | | 2025 | 03/04/2025 | $20,000,000.00 | $20,000,000.00 |
| 66.616 | 5F | 96276600 | 96276600-0 | 01/16/2025 | | 2025 | | $20,000,000.00 | $20,000,000.00 |
| 66.616 | 5F | 96276700 | 96276700-0 | 01/15/2025 | | 2025 | 03/06/2025 | $20,000,000.00 | $20,000,000.00 |
| 66.616 | 5F | 96278700 | 96278700-0 | 01/13/2025 | | 2025 | 02/26/2025 | $3,000,000.00 | $3,000,000.00 |
| 66.616 | 5F | 97T17601 | 97T17601-0 | 11/26/2024 | | 2025 | 02/21/2025 | $1,200,000.00 | $1,200,000.00 |
| 66.616 | 5F | 97T17701 | 97T17701-0 | 12/09/2024 | | 2025 | | $20,040,630.00 | $20,040,630.00 |
| 66.616 | 5F | 97T17801 | 97T17801-0 | 11/25/2024 | | 2025 | 02/26/2025 | $19,999,999.00 | $19,999,999.00 |
| 66.616 | 5F | 97T17901 | 97T17901-0 | 12/06/2024 | | 2025 | 02/27/2025 | $20,000,000.00 | $20,000,000.00 |
| 66.616 | 5F | 97T18001 | 97T18001-0 | 11/26/2024 | | 2025 | 03/04/2025 | $20,452,614.00 | $20,452,614.00 |
| 66.616 | 5F | 97T18101 | 97T18101-0 | 11/23/2024 | | 2025 | 02/10/2025 | $18,560,143.00 | $18,560,143.00 |
| 66.616 | 5F | 97T18301 | 97T18301-0 | 11/26/2024 | | 2025 | 02/28/2025 | $1,500,000.00 | $1,500,000.00 |
| 66.616 | 5F | 97T24301 | 97T24301-0 | 11/25/2024 | | 2025 | 03/03/2025 | $19,965,495.00 | $19,965,495.00 |
| 66.616 | 5F | 97T24601 | 97T24601-0 | 11/29/2024 | | 2025 | 03/11/2025 | $3,000,000.00 | $3,000,000.00 |
| 66.616 | 5F | 97T24701 | 97T24701-0 | 11/19/2024 | | 2025 | 02/24/2025 | $19,997,193.00 | $19,997,193.00 |
| 66.616 | 5F | 97T28201 | 97T28201-0 | 12/12/2024 | | 2025 | | $18,590,988.00 | $18,590,988.00 |

EPA_00318478

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| $19,953,400.00 | $22,590.29 | $19,930,809.71 | EPA R4 | R04 | 12/01/2024 | 11/30/2027 |
| $19,357,757.00 | $50,522.14 | $19,307,234.86 | EPA R4 | R04 | 12/01/2024 | 11/30/2027 |
| $18,490,240.00 | $3,957.75 | $18,486,282.25 | EPA R4 | R04 | 01/01/2025 | 12/31/2027 |
| $20,000,000.00 | $67,745.29 | $19,932,254.71 | EPA R4 | R04 | 01/01/2025 | 12/31/2027 |
| $14,944,031.00 | $0.00 | $14,944,031.00 | EPA R4 | R04 | 03/01/2025 | 02/29/2028 |
| $19,999,967.00 | $0.00 | $19,999,967.00 | EPA R4 | R04 | 04/01/2025 | 03/31/2028 |
| $11,396,020.00 | $145,008.85 | $11,251,011.15 | EPA R4 | R04 | 01/01/2025 | 12/31/2027 |
| $1,875,142.00 | $6,129.72 | $1,869,012.28 | EPA R4 | R04 | 01/01/2025 | 12/31/2027 |
| $3,103,648.00 | $15,990.25 | $3,087,657.75 | EPA R4 | R04 | 01/01/2025 | 12/31/2027 |
| $3,000,000.00 | $0.00 | $3,000,000.00 | EPA R4 | R04 | 06/01/2025 | 05/31/2028 |
| $2,596,592.00 | $0.00 | $2,596,592.00 | EPA R4 | R04 | 03/01/2025 | 02/29/2028 |
| $19,996,791.00 | $0.00 | $19,996,791.00 | EPA R4 | R04 | 01/01/2025 | 12/31/2027 |
| $19,889,515.00 | $1,471.23 | $19,888,043.77 | EPA R4 | R04 | 03/01/2025 | 02/29/2028 |
| $19,805,900.00 | $0.00 | $19,805,900.00 | EPA R4 | R04 | 01/01/2025 | 12/31/2027 |
| $20,104,032.00 | $62,683.23 | $20,041,348.77 | EPA R3 | R03 | 11/01/2024 | 10/31/2027 |
| $15,309,845.00 | $877,922.29 | $14,431,922.71 | EPA R3 | R03 | 11/01/2024 | 10/31/2027 |
| $19,997,822.00 | $0.00 | $19,997,822.00 | EPA R3 | OEJECR | 01/01/2025 | 12/31/2027 |
| $20,006,400.00 | $0.00 | $20,006,400.00 | EPA R3 | R03 | 03/01/2025 | 02/29/2028 |
| $19,886,658.00 | $27,106.16 | $19,859,551.84 | EPA R3 | R03 | 02/01/2025 | 01/31/2028 |
| $1,047,647.00 | $48,405.75 | $999,241.25 | EPA R2 | R02 | 11/01/2024 | 10/31/2027 |
| $20,096,954.00 | $34,767.96 | $20,062,186.04 | EPA R2 | R02 | 01/06/2025 | 01/05/2028 |
| $20,152,214.00 | $0.00 | $20,152,214.00 | EPA R2 | R02 | 01/15/2025 | 01/14/2028 |
| $3,115,632.00 | $32,659.97 | $3,082,972.03 | EPA R2 | R02 | 01/01/2025 | 12/31/2027 |
| $3,000,000.00 | $0.00 | $3,000,000.00 | EPA R2 | R02 | 02/15/2025 | 02/14/2028 |
| $11,914,745.00 | $0.00 | $11,914,745.00 | EPA R2 | R02 | 02/17/2025 | 02/16/2028 |
| $19,318,594.00 | $12,282.31 | $19,306,311.69 | EPA R2 | R02 | 01/06/2025 | 01/05/2028 |
| $11,158,108.00 | $32,000.00 | $11,126,108.00 | EPA R2 | R02 | 02/01/2025 | 01/31/2028 |
| $20,000,000.00 | $51,712.01 | $19,948,287.99 | EPA R2 | R02 | 01/15/2025 | 01/14/2028 |
| $20,000,000.00 | $0.00 | $20,000,000.00 | EPA R2 | R02 | 03/31/2025 | 03/30/2028 |
| $20,000,000.00 | $201,599.86 | $19,798,400.14 | EPA R2 | R02 | 02/01/2025 | 01/31/2028 |
| $3,000,000.00 | $3,993.88 | $2,996,006.12 | EPA R2 | R02 | 12/16/2024 | 12/15/2027 |
| $1,200,000.00 | $25,000.00 | $1,175,000.00 | EPA R9 | R09 | 11/01/2024 | 10/31/2027 |
| $20,040,630.00 | $0.00 | $20,040,630.00 | EPA R9 | R09 | 12/01/2024 | 11/30/2027 |
| $19,999,999.00 | $32,267.31 | $19,967,731.69 | EPA R9 | R09 | 01/06/2025 | 01/05/2028 |
| $20,000,000.00 | $88,158.13 | $19,911,841.87 | EPA R9 | R09 | 10/01/2024 | 09/30/2027 |
| $20,452,614.00 | $892,698.17 | $19,559,915.83 | EPA R9 | R09 | 01/01/2025 | 12/31/2027 |
| $18,560,143.00 | $573,914.45 | $17,986,228.55 | EPA R9 | R09 | 11/01/2024 | 10/31/2027 |
| $1,500,000.00 | $62,257.71 | $1,437,742.29 | EPA R9 | R09 | 12/01/2024 | 11/30/2027 |
| $19,965,495.00 | $7,502.33 | $19,957,992.67 | EPA R9 | R09 | 01/01/2025 | 12/31/2027 |
| $3,000,000.00 | $47,770.47 | $2,952,229.53 | EPA R9 | R09 | 12/16/2024 | 12/15/2027 |
| $19,997,193.00 | $86,535.55 | $19,910,657.45 | EPA R9 | R09 | 12/01/2024 | 11/30/2027 |
| $18,590,988.00 | $0.00 | $18,590,988.00 | EPA R9 | R09 | 01/01/2025 | 12/31/2027 |

EPA_00318479

**J.A. 2687**

| | | | |
|---|---|---|---|
| lsca5653 - Lucky Shoals Community Association, Inc. | GA | RXW8XMECCFL9 | Not for Profit |
| sfcf3865 - SOUTHWEST FLORIDA COMMUNITY FOUNDATION, INC. | FL | T3M1LLGHUMC5 | Not for Profit |
| tsrfohpi8797 - The Southwest Renewal Foundation of High Point, Inc. | NC | S79DG9CMYF69 | Not for Profit |
| Groundwell Inc. - GROUNDSWELL INC | DC | WLA2JJDJFL63 | Not for Profit |
| Univ Area CD - UNIVERSITY AREA COMMUNITY DEV | FL | STMHHTJHN1R8 | Not for Profit |
| twlti4915 - THE WORKING LANDS TRUST, INC. | NC | JLTHEQFXZG53 | Not for Profit |
| si0695 - Sustainability Institute | SC | NF9KCFN32M55 | Not for Profit |
| teoca3785 - Tennessee Educators of Color Alliance | TN | C7UMG6PDANY8 | Not for Profit |
| mi8573 - MDC, INC. | NC | R84FBNHNNDJ7 | Not for Profit |
| PalmBchCoGov - COUNTY OF PALM BEACH | FL | XL2DNFMPCR44 | County |
| WEST ANNISTON FOUNDATION | AL | K2LLRBBPDA26 | Not for Profit |
| ygag5952 - YOUNG, GIFTED & GREEN | TN | F24MECJ9L4A5 | Not for Profit |
| 2CMississippi: Towards Sustainable, Educated and Empowered Mississippi | MS | ELCWEURZDPW9 | Not for Profit |
| CITY OF THOMASVILLE | GA | C115QBW3DCK7 | Township |
| NATIONAL HOUSING TRUST | DC | JX69LRYCYUA7 | Not for Profit |
| PITTSBURGH CONSERVATION CORPS | PA | D32KKGEEYJ15 | Not for Profit |
| ENERGY COORDINATING AGENCY OF PHILADELPHIA, INC. | PA | D3SLFNSLDQG1 | Not for Profit |
| CITY OF HAMPTON | VA | H43KALPESBP1 | Municipal |
| t6438 - RECTOR & VISITORS OF THE UNIVERSITY OF VIRGINIA | VA | JJG6HU8PA4S5 | State Institution of Higher Learning |
| BRONX RIVER ALLIANCE INC | NY | MW8CCAHLLTN7 | Not for Profit |
| GRID ALTERNATIVES | CA | GXQ3HX2VLLP3 | Not for Profit |
| PEOPLE UNITED FOR SUSTAINABLE HOUSING, INC | NY | DC4ZZCUTM6N9 | Not for Profit |
| EL PUENTE DE WILLIAMSBURG, INC. | NY | QD3BU836BR33 | Not for Profit |
| WEST HARLEM ENVIRONMENTAL ACTION INC | NY | PB8TKKTU3AG3 | Not for Profit |
| ddlcdpri9224 - DEPARTAMENTO DE LA COMIDA DE PUERTO RICO INC | PR | FAN4ZMDTP588 | Not for Profit |
| Ironbound Community Corporation | NJ | RESKT9F5G3K3 | Not for Profit |
| Rockaway Waterfront Alliance, Inc. | NY | M12VD7WEEFM9 | Not for Profit |
| adrdlmi8531 - ASOCIACION DE RESIDENTES DE LA MARGARITA INC | PR | DGR4WZZYGQ86 | Not for Profit |
| ISLAND GREEN BUILDING ASSOCIATION, INCORPORATED | VI | QT3RF9GL8VT4 | Not for Profit |
| taotcri1427 - TRINITY ALLIANCE OF THE CAPITAL REGION, INC | NY | XB3ZLWAE8836 | Not for Profit |
| THE NEW SCHOOL | NY | YNL2H7YNMFP9 | Private University |
| SPECIAL SERVICE FOR GROUPS, INC. | CA | WQGNEZQYP3Y7 | Not for Profit |
| CITY OF BAKERSFIELD | CA | YUJJHEWCPLZ5 | Municipal |
| tsdf0690 - SAN DIEGO FOUNDATION | CA | SZ8JCM7C3ND9 | Not for Profit |
| cfrcd6471 - COALITION FOR RESPONSIBLE COMMUNITY DEVELOPMENT | CA | ML7DAKLHL8C4 | Not for Profit |
| do1729 - DAY ONE | CA | MXVGDJN73T46 | Not for Profit |
| lfcci9534 - LA FAMILIA COUNSELING CENTER, INC | CA | JNGAN2NDKKZ8 | Not for Profit |
| igp9296 - INSIGHT GARDEN PROGRAM | CA | CAYNH2NVEM53 | Not for Profit |
| timma1315 - TREASURE ISLAND MOBILITY MANAGEMENT AGENCY | CA | ZQYAKF2S8NL8 | Special District |
| SOCIAL AND ENVIRONMENTAL ENTREPRENEURS (SEE), INC. | CA | VCAASEEZRM59 | Not for Profit |
| tpfi9370 - PRIMAVERA FOUNDATION INC | AZ | ZXQAE5JV2LJ8 | Not for Profit |
| PUEBLO UNIDO CDC | CA | GR5NZB2NUS49 | Not for Profit |

EPA_00318480

| 66.616 | Environmental and Climate Justice Block Grant Program |
|--------|-------------------------------------------------------|
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |

EPA_00318481

| |
|---|
| Environmental and Climate Justice Block Grant Program |
| Environmental and Climate Justice Block Grant Program |
| Environmental and Climate Justice Block Grant Program |
| Environmental and Climate Justice Block Grant Program |
| Environmental and Climate Justice Block Grant Program |
| Environmental and Climate Justice Block Grant Program |
| Environmental and Climate Justice Block Grant Program |
| Environmental and Climate Justice Block Grant Program |
| Environmental and Climate Justice Block Grant Program |
| Environmental and Climate Justice Block Grant Program |
| Environmental and Climate Justice Block Grant Program |
| Environmental and Climate Justice Block Grant Program |
| Environmental and Climate Justice Block Grant Program |
| Environmental and Climate Justice Block Grant Program |
| Empowering Healthy, Resilient and Affordable Communities |
| Leveraging a Pittsburgh / Philadelphia Workforce Development Partnerships to Multiply the Impact of Decarbonization, Pollution Remediation, and Circular Economy through Wo |
| Grays Ferry Community Resilience Hub |
| Aberdeen Gardens Community Resilience Implementation Strategy |
| Appalachian Environmental Resilience Community Change Grants Program |
| Uplifting Bronx Voices for Climate Change Resilience |
| A Collaborative Approach to Climate Resilience for Puerto Rico through Renewable Energy, Energy Efficiency, and Natural Resource Restoration |
| The Buffalo Neighborhood Mobilization Hubs Plan |
| To facilitate the engagement of disadvantaged communities in North Brooklyn in governmental processes for environmental and climate justice. |
| EJNYC: Community-Based Solutions for Environmental Justice |
| Por las Quebradas (For the Streams): Community Watershed Stewardship and Climate Resilience in Rural Caguas, Puerto Rico |
| Enhancing Community Resilience with Microgrid Technology |
| Rockaway Coastal Resilience Dune Restoration Project |
| Community Leadership Initiatives for Mitigation and Adaptation (CLIMA) Project |
| United States Virgin Islands Partnerships for Community-Wide Sustainability |
| ALL(bany) Together - Climate and Health Resilience Equity Project |
| Energy Governance Engagement for Environmental Justice (EGEEJ) |
| Inflation Reduction Act &ndash; Environmental and Climate Justice |
| Inflation Reduction Act &ndash; Environmental Justice Thriving Communities |
| Inflation Reduction Act - Environmental and Climate Justice |
| Inflation Reduction Act - Environmental and Climate Justice |
| Environmental and Climate Justice Block Grant Program |
| Inflation Reduction Act &ndash; Environmental and Climate Justice |
| Inflation Reduction Act &ndash; Environmental and Climate Justice |
| Inflation Reduction Act &ndash; Environmental and Climate Justice |
| Inflation Reduction Act - Environmental and Climate Justice |
| INFLATION REDUCTION ACT - ENVIRONMENTAL &amp; CLIMATE JUSTICE |
| Inflation Reduction Act - Environmental and Climate Justice |

EPA_00318482

This agreement provides funding in the amount of $19,953,400 under the Inflation Reduction Act (IRA) to Lucky Shoals Community Association (LSCA). Specifically, the project w

This agreement provides funding in the amount of $19,357,757 under the Inflation Reduction Act (IRA) to Southwest Florida Community Foundation, dba Collaboratory. This proje

This action approves funding in the amount of $18,490,240 to The Southwest Renewal Foundation of High Point, Inc under the Inflation Reduction Act (IRA). Specifically, the proje

This action approves funding in the amount of 20,000,000.00 under the Inflation Reduction Act (IRA) to Groundswell, Inc. Specifically, the project will support community resilienc

This action approves funding in the amount of $14,944,031 under the Inflation Reduction Act (IRA) to University Area Community Development Corporation, Inc, Florida. Specifica

This action approves funding in the amount of $19,999,967 under the Inflation Reduction Act (IRA) to The Working Lands Trust, Incorporated of North Carolina. Specifically, the pr

This action approves funding in the amount of $11,396,020 under the Inflation Reduction Act (IRA) to the Sustainability Institute of South Carolina. Specifically, the project will: pro

This action provides funding in the amount of $1,875,142 to support the Tennessee Educators of Color Alliance as they aim to significantly impact communities across Tennessee

This action approves an award in the amount of  $3,103,648.00 under the Inflation Reduction Act (IRA) to MDC Inc.  Specifically, the project will enhance the ability, skills, and co

This action approves funding in the amount of $3,000,000 under the Inflation Reduction Act (IRA) to Palm Beach County (PBC) Office of Resilience.  Specifically, the project will e

This agreement provides funding in the amount of $2,596,592 under the Inflation Reduction Act (IRA) to West Anniston Foundation, Alabama.  Specifically, the project will empow

This action approves an award in the amount of $19,996,791 under the Inflation Reduction Act (IRA) to Young, Gifted and Green. Specifically, the project will encompass three cli

This agreement approves funding in the amount of $19,889,515 under the Inflation Reduction Act (IRA) to 2C Mississippi: Towards Sustainable, Educated, and Empowered Missi

This action approves an award in the amount of$19,805,900 to the City of Thomasville under the Inflation Reduction Act (IRA) to support resiliency in Thomasville's low-income hi

This agreement provides funding under the Inflation Reduction Act (IRA) to the National Housing Trust.  Specifically, the project will retrofit 785 homes to improve indoor air qualit

This agreement provides funding under the Inflation Reduction Act (IRA) to the Pittsburgh Conservation Corps. Specifically, the project will support a Pittsburgh-Philadelphia partn

This agreement provides funding under the Inflation Reduction Act (IRA) to ECAP - The Energy Coordinating Agency Of Philadelphia, Inc. and Habitat for Humanity Philadelphia,

This agreement provides funding under the Inflation Reduction Act (IRA) to City of Hampton, Virginia. Specifically, the project will work to create a sustainable, resilient future for a

This agreement provides funding under the Inflation Reduction Act (IRA) to Rector and Visitors of the University of Virginia (UVA). Specifically, the project will implement Climate F

This agreement provides funding under the Inflation Reduction Act (IRA) to Bronx River Alliance, Inc. Specifically, the project will establish a Bronx Climate Justice Task Force co

This agreement provides funding under the Inflation Reduction Act (IRA) to GRID Alternatives. Specifically, on the east side of Puerto Rico, the project will provide energy efficienc

This agreement provides funding under the Inflation Reduction Act (IRA) to PUSH Buffalo. Specifically, the project includes the following initiatives: Establishing 150 Community R

This agreement provides funding under the Inflation Reduction Act (IRA) to El Puente de Williamsburg, Inc. Specifically, the project will facilitate the engagement of disadvantaged

This agreement provides funding under the Inflation Reduction Act (IRA) to West Harlem Environmental Action, Inc. Specifically, the project will ensure that disadvantaged commu

This agreement provides funding under the Inflation Reduction Act (IRA) to El Departamento de la Comida (El Depa).  Specifically, this project has three initiatives: Community Ed

This agreement provides funding under the Inflation Reduction Act (IRA) to Ironbound Community Corporation (ICC). Specifically, by leveraging innovative solutions and fostering

This agreement provides funding under the Inflation Reduction Act (IRA) to Rockaway Waterfront Alliance (RWA), dba RISE. Specifically, by harnessing nature-based solutions a

This agreement provides funding under the Inflation Reduction Act (IRA) to Asociación de Residentes de La Margarita, Inc. (ARLM). Specifically, the project will implement

This agreement provides funding under the Inflation Reduction Act (IRA) to Island Green Building Association, doing business as Island Green Living Association (IGL). Specificall

This agreement provides funding under the Inflation Reduction Act (IRA) to Trinity Alliance of the Capital Region. Specifically the project will support climate resiliency through two

This agreement provides funding under the Inflation Reduction Act (IRA) to The New School, Tishman Environment and Design Center. Specifically, the project will create an Ener

This agreement provides funding under the Inflation Reduction Act (IRA) to the nonprofit organization Special Service for Groups, Inc. Specifically, the project will train and empow

The agreement provides funding under the Inflation Reduction Act (IRA) to the City of Bakersfield, CA. Specifically, the project will address Climate Action and Pollution Reduction

This agreement provides funding under the Inflation Reduction Act (IRA) to the San Diego Foundation. Specifically, the project will develop and implement green infrastructure, tra

This agreement provides funding under the Inflation Reduction Act (IRA) to Coalition for Community Responsible Development (CRCD). Specifically, the project is divided into two

This agreement provides funding under the Inflation Reduction Act (IRA) to the nonprofit organization Day One, who are based in the San Gabriel Valley. Specifically, the project w

This agreement provides funding under the Inflation Reduction Act (IRA) to La Familia Counseling Center's Greening North Franklin project to implement several project to

This agreement provides funding under the Inflation Reduction Act (IRA) to Insight Garden Program. Specifically, the project will provide both immediate and long-term benefits to

This agreement provides funding under the Inflation Reduction Act (IRA) to Treasure Island Mobility Management Agency  (TIMMA). Specifically, the project will Treasure Island C

This agreement provides funding under the Inflation Reduction Act (IRA) to Social and Environmental Entrepreneurs (SEE). Specifically, the project will aim to strengthen the relati

This agreement provides funding under the Inflation Reduction Act (IRA) to Primavera Foundation, Inc. that will be used for projects to increase community resilience in the face o

This agreement provides funding under the Inflation Reduction Act (IRA) to Pueblo Unidos CDC. Specifically, the project will build a climate-smart, climate-resilient Center for Con

EPA_00318483

| 66.616 | 5F | 97T28301 | 97T28301-1 | 02/05/2025 | | 2025 | 03/03/2025 | $3,058,750.00 | $3,058,750.00 |
| 66.616 | 5F | 97T28401 | 97T28401-0 | 12/19/2024 | | 2025 | | $3,000,000.00 | $3,000,000.00 |
| 66.616 | 5F | 97T28501 | 97T28501-0 | 12/18/2024 | | 2025 | 02/21/2025 | $12,650,680.00 | $12,650,680.00 |
| 66.616 | 5F | 97T28601 | 97T28601-0 | 12/10/2024 | | 2025 | 03/07/2025 | $19,987,957.00 | $19,987,957.00 |
| 66.616 | 5F | 97T28701 | 97T28701-0 | 12/12/2024 | | 2025 | | $20,000,000.00 | $20,000,000.00 |
| 66.616 | 5F | 97T28801 | 97T28801-0 | 12/09/2024 | | 2025 | 02/20/2025 | $13,939,738.00 | $13,939,738.00 |
| 66.616 | 5F | 97T28901 | 97T28901-0 | 12/19/2024 | | 2025 | | $3,073,914.00 | $3,073,914.00 |
| 66.616 | 5F | 97T31701 | 97T31701-0 | 01/07/2025 | | 2025 | 03/07/2025 | $19,993,324.00 | $19,993,324.00 |
| 66.616 | 5F | 97T32001 | 97T32001-0 | 01/06/2025 | | 2025 | 02/28/2025 | $19,076,843.00 | $19,076,843.00 |
| 66.721 | 5P | 84107201 | 84107201-0 | 01/15/2025 | | 2025 | 03/03/2025 | $6,703,990.00 | $6,703,990.00 |

EPA_00318484

**J.A. 2692**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| $3,058,750.00 | $1,275,467.89 | $1,783,282.11 | EPA R9 | R09 | 01/01/2025 | 12/31/2027 |
| $3,000,000.00 | $0.00 | $3,000,000.00 | EPA R9 | R09 | 05/01/2025 | 04/30/2028 |
| $12,650,680.00 | $14,142.16 | $12,636,537.84 | EPA R9 | R09 | 01/01/2025 | 12/31/2027 |
| $19,987,957.00 | $51,000.73 | $19,936,956.27 | EPA R9 | R09 | 01/15/2025 | 01/14/2028 |
| $20,000,000.00 | $0.00 | $20,000,000.00 | EPA R9 | R09 | 04/01/2025 | 03/31/2028 |
| $13,939,738.00 | $9,279.89 | $13,930,458.11 | EPA R9 | R09 | 01/01/2025 | 12/31/2027 |
| $3,073,914.00 | $0.00 | $3,073,914.00 | EPA R9 | R09 | 01/01/2025 | 12/31/2027 |
| $19,993,324.00 | $3,929,148.08 | $16,064,175.92 | EPA R9 | R09 | 03/01/2025 | 02/28/2028 |
| $19,076,843.00 | $30,666.94 | $19,046,176.06 | EPA R9 | R09 | 02/01/2025 | 01/31/2028 |
| $6,703,990.00 | $26,670.00 | $6,677,320.00 | EPA HQ | OCSPP | 11/01/2024 | 12/31/2029 |

EPA_00318485

**J.A. 2693**

| lcfjaa4442 - LEADERSHIP COUNSEL FOR JUSTICE AND ACCOUNTABILITY | CA | LYQGLEQU8MQ7 | Not for Profit |
|---|---|---|---|
| UNIVERSITY OF GUAM | GU | YL62T9FVJXG3 | State Institution of Higher Learning |
| CASA FAMILIAR, INC | CA | DA19F5NKBH38 | Not for Profit |
| NEVADA CLEAN ENERGY FUND | NV | SMUBKY6A7ZK1 | Not for Profit |
| COMMUNITY WATER CENTER | CA | UAWLZMFKCDL4 | Not for Profit |
| t0609 - Pacific International Center for High Technology Research | HI | L8HGDJE4QQ74 | Not for Profit |
| EARTH ISLAND INSTITUTE INC | CA | N39HWTLFMVK9 | Not for Profit |
| SANTA YNEZ BAND OF MISSION INDIANS | CA | DK1SMCRF8VT5 | Indian Tribe |
| CONTRA COSTA, COUNTY OF | CA | H6XCU2DRT517 | Special District |
| t7133 - Building Materials Re-use Association | PA | ZU4BCJA87DL1 | Not for Profit |

EPA_00318486

| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.721 | Reducing Embodied Greenhouse Gas Emissions for Construction materials and Produicts - IRA |

EPA_00318487

| Inflation Reduction Act - Environmental and Climate Justice |  |
| Inflation Reduction Act - Environmental and Climate Justice |  |
| Inflation Reduction Act &ndash; Environmental and Climate Justice |  |
| Inflation Reduction Act &ndash; Environmental and Climate Justice |  |
| Inflation Reduction Act &ndash; Environmental and Climate Justice |  |
| Inflation Reduction Act - Environmental and Climate Justice |  |
| Inflation Reduction Act &ndash; Environmental and Climate Justice |  |
| Inflation Reduction Act &ndash; Environmental and Climate Justice |  |
| Environmental and Climate Justice Block Grant Program |  |
| Build Reuse - Reducing Embodied GHG for Salvaged Materials FR |  |

EPA_00318488

This agreement provides funding under the Inflation Reduction Act (IRA) to the Leadership Counsel for Justice and Accountability. Specifically, the project will help communities ch
This agreement provides funding under the Inflation Reduction Act (IRA) to the University of Guam Center for Island Sustainability and Sea Grant. Specifically, the project will crea
This agreement provides funding under the Inflation Reduction Act (IRA) to Casa Familiar. Specifically, this project will reduce greenhouse gas (GHG) emissions and improve air q
This agreement provides funding under the Inflation Reduction Act (IRA) to Nevada Clean Energy Fund. Specifically, the project will deliver critical water, energy, and food infrastru
This agreement provides funding under the Inflation Reduction Act (IRA) to ensure vibrant and thriving communities in the project area by delivering a long-term, sustainable, and
This agreement provides funding under the Inflation Reduction Act (IRA) to Pacific International Center for High Technology Research. Specifically, the project will support commu
This agreement provides funding under the Inflation Reduction Act (IRA) to Earth Island Institute. Specifically, the project will implement data and science driven programs for env
This agreement provides funding under the Inflation Reduction Act (IRA) to The Santa Ynez Band of Chumash Indians. Specifically, the project aims to enhance climate resilience,
North Richmond Community Resilience Initiative projects will green the neighborhood through landscaping and trees, install energy-efficient systems in homes, also reducing expc
This agreement provides funding under the Inflation Reduction Act (IRA) to Building Materials Re-use Association. This program is to support the development, enhanced standar

EPA_00318489

Message

| | |
|---|---|
| **From**: | Gulamali, Adil [Gulamali.Adil@epa.gov] |
| **Sent**: | 4/28/2025 3:44:48 PM |
| **To**: | Treml, Gregg [Treml.Gregg@epa.gov]; Jones-Peeler, Meshell [Jones-Peeler.Meshell@epa.gov]; Robinson, Angel [robinson.angel@epa.gov] |
| **Subject**: | FW: Access to Accounts in ASAP |
| **Attachments**: | Active CFDA List 20250428.xlsx |

Adil

**From:** Coogan, Daniel <Coogan.Daniel@epa.gov>
**Sent:** Monday, April 28, 2025 11:38 AM
**To:** Jones-Peeler, Meshell <Jones-Peeler.Meshell@epa.gov>; Gulamali, Adil <Gulamali.Adil@epa.gov>; Lavergne, Dany <lavergne.dany@epa.gov>
**Cc:** Wise, Melissa <wise.melissa@epa.gov>
**Subject:** Access to Accounts in ASAP

All, per leadership direction, can OCFO please make sure that the following grants in the attachment associated with the grant programs listed below have access to their funds in ASAP. Please let me know if you have any questions.

| | Assistance Listing Code | Assistance Listing Description | EPA Grant Program Code |
|---|---|---|---|
| a. | 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program | 5I, 5B, EB, EC |
| b. | 66.309 | Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice | 5K, XJ, XK |
| c. | 66.312 | Environmental Justice Government-to-Government (EJG2G) Program | 52, 5C, AJ, AK |
| d. | 66.604 | Environmental Justice Small Grant Program | 5R, EQ, ER |
| e. | 66.614 | Financial Assistance For Community Support Activities To Address Environmental Justice Issues | 5I, ED, EL |
| f. | 66.615 | Environmental Justice Thriving Communities Grantmaking Program (EJ TCGM) | 5N, EN, EP |
| g. | 66.616 | Environmental and Climate Justice Block Grant Program | 5F |
| h. | 66.721 | Reducing Embodied Greenhouse Gas Emissions for Construction Materials and Products | 5P |

EPA_00318490

Report Last Refresh Date: 4/28/25

| | | Obligation Amount | Obligation Drawdow |
|---|---|---|---|
| | | $2,195,571,779.00 | |

| Assistance Listing Code | Program Code | Grant Family | Grant No | Award Date | Award Fiscal Year | Last Drawdown Date | Project Period Cost | Cumulative Award |
|---|---|---|---|---|---|---|---|---|
| 66.306 | 51 | 00A01313 | 00A01313-0 | 08/08/2024 | 2024 | 03/03/2025 | $500,000.00 | $500,000.00 |
| 66.306 | 51 | 02F74401 | 02F74401-0 | 11/25/2024 | 2025 | | $500,000.00 | $500,000.00 |
| 66.306 | 51 | 02F74801 | 02F74801-0 | 12/11/2024 | 2025 | | $500,000.00 | $500,000.00 |
| 66.306 | 51 | 02J56001 | 02J56001-0 | 11/04/2024 | 2025 | | $500,000.00 | $500,000.00 |
| 66.306 | 51 | 96263224 | 96263224-0 | 11/06/2024 | 2025 | 03/03/2025 | $150,000.00 | $150,000.00 |
| 66.306 | 51 | 97T22801 | 97T22801-0 | 11/26/2024 | 2025 | 02/20/2025 | $500,000.00 | $500,000.00 |
| 66.306 | 51 | 98T88101 | 98T88101-1 | 11/27/2024 | 2025 | 02/20/2025 | $200,000.00 | $200,000.00 |
| 66.306 | 5B | 00A01144 | 00A01144-0 | 07/10/2024 | 2024 | 02/07/2025 | $150,000.00 | $150,000.00 |
| 66.306 | 5B | 00E03623 | 00E03623-1 | 12/05/2024 | 2025 | 01/31/2025 | $500,000.00 | $500,000.00 |
| 66.306 | 5B | 00E03857 | 00E03857-0 | 09/21/2024 | 2024 | 03/04/2025 | $500,000.00 | $500,000.00 |
| 66.306 | 5B | 02F76301 | 02F76301-0 | 02/04/2025 | 2025 | | $498,546.00 | $498,546.00 |
| 66.306 | 5B | 02F76801 | 02F76801-0 | 01/14/2025 | 2025 | | $500,000.00 | $500,000.00 |
| 66.306 | 5B | 02J56501 | 02J56501-1 | 12/19/2024 | 2025 | 03/03/2025 | $498,000.00 | $498,000.00 |
| 66.306 | 5B | 03D03524 | 03D03524-1 | 11/06/2024 | 2025 | | $500,000.00 | $500,000.00 |
| 66.306 | 5B | 84084301 | 84084301-0 | 11/14/2024 | 2025 | 01/31/2025 | $497,111.00 | $497,111.00 |
| 66.306 | 5B | 95337201 | 95337201-1 | 02/04/2025 | 2025 | 02/27/2025 | $500,000.00 | $500,000.00 |
| 66.306 | 5B | 95337301 | 95337301-0 | 10/21/2024 | 2025 | 03/10/2025 | $150,000.00 | $150,000.00 |
| 66.306 | 5B | 96263624 | 96263624-0 | 12/20/2024 | 2025 | | $500,000.00 | $500,000.00 |
| 66.306 | 5B | 97T23101 | 97T23101-0 | 11/20/2024 | 2025 | | $500,000.00 | $500,000.00 |
| 66.306 | 5B | 97T23201 | 97T23201-0 | 12/13/2024 | 2025 | | $500,000.00 | $500,000.00 |
| 66.306 | 5B | 97T23301 | 97T23301-0 | 11/22/2024 | 2025 | 03/03/2025 | $499,975.00 | $499,975.00 |
| 66.306 | 5B | 97T23901 | 97T23901-0 | 12/18/2024 | 2025 | | $500,000.00 | $500,000.00 |
| 66.306 | 5B | 97T29101 | 97T29101-0 | 12/06/2024 | 2025 | | $499,735.00 | $499,735.00 |
| 66.306 | 5B | 98T88501 | 98T88501-0 | 11/25/2024 | 2025 | | $500,000.00 | $500,000.00 |
| 66.306 | EC | 02J03001 | 02J03001-2 | 12/30/2024 | 2025 | 12/05/2024 | $200,000.00 | $200,000.00 |
| 66.306 | EC | 98T94301 | 98T94301-1 | 11/14/2024 | 2025 | | $154,982.00 | $154,982.00 |
| 66.309 | 5K | 84113601 | 84113601-0 | 12/30/2024 | 2025 | 02/20/2025 | $7,000,000.00 | $7,000,000.00 |
| 66.309 | XJ | 00A01452 | 00A01452-1 | 01/14/2025 | 2025 | 02/11/2025 | $10,000,000.00 | $6,000,000.00 |
| 66.309 | XJ | 02D48323 | 02D48323-1 | 12/27/2024 | 2025 | 05/02/2024 | $40,000.00 | $40,000.00 |
| 66.309 | XJ | 02F33801 | 02F33801-2 | 01/07/2025 | 2025 | 02/20/2025 | $10,000,000.00 | $8,000,000.00 |
| 66.309 | XJ | 02J28601 | 02J28601-3 | 01/08/2025 | 2025 | 03/10/2025 | $12,000,000.00 | $9,000,000.00 |
| 66.309 | XJ | 02J28701 | 02J28701-3 | 01/10/2025 | 2025 | 03/05/2025 | $10,096,630.00 | $9,000,000.00 |
| 66.309 | XJ | 13746193 | 13746193-4 | 12/27/2024 | 2025 | 02/13/2025 | $10,000,000.00 | $9,000,000.00 |
| 66.309 | XJ | 96230523 | 96230523-2 | 01/15/2025 | 2025 | 02/04/2025 | $10,000,000.00 | $8,500,000.00 |
| 66.309 | XJ | 96230923 | 96230923-3 | 01/16/2025 | 2025 | 02/21/2025 | $10,000,000.00 | $8,000,000.00 |

J.A. 2699

EPA_00318491

| m Amount | Unliquidated Obligation Amount |
|---|---|
| $47,554,718.96 | $2,148,017,060.04 |

| Obligation Amount | Obligation Drawdown Amount | Unliquidated Obligation Amount | Awarding Region Code | AAship | Project Start Date | Project End Date |
|---|---|---|---|---|---|---|
| $500,000.00 | $59,897.90 | $440,102.10 | EPA R1 | R01 | 04/01/2024 | 10/01/2026 |
| $500,000.00 | $0.00 | $500,000.00 | EPA R6 | R06 | 01/01/2025 | 12/31/2027 |
| $500,000.00 | $0.00 | $500,000.00 | EPA R6 | R06 | 12/15/2024 | 12/14/2027 |
| $500,000.00 | $0.00 | $500,000.00 | EPA R10 | R10 | 10/01/2024 | 09/30/2027 |
| $150,000.00 | $26,104.79 | $123,895.21 | EPA R2 | R02 | 07/01/2024 | 06/30/2027 |
| $500,000.00 | $42,687.04 | $457,312.96 | EPA R9 | R09 | 11/01/2024 | 10/31/2026 |
| $200,000.00 | $3,000.00 | $197,000.00 | EPA R9 | R09 | 07/01/2024 | 06/30/2027 |
| $150,000.00 | $150,000.00 | $0.00 | EPA R1 | R01 | 04/01/2024 | 03/31/2027 |
| $500,000.00 | $71,760.97 | $428,239.03 | EPA R5 | R05 | 07/01/2024 | 06/30/2027 |
| $500,000.00 | $96,083.98 | $403,916.02 | EPA R5 | R05 | 10/01/2024 | 09/30/2027 |
| $498,546.00 | $0.00 | $498,546.00 | EPA R6 | R06 | 12/01/2024 | 11/30/2027 |
| $500,000.00 | $0.00 | $500,000.00 | EPA R6 | R06 | 01/15/2025 | 01/14/2028 |
| $498,000.00 | $33,532.21 | $464,467.79 | EPA R10 | R10 | 09/01/2024 | 08/31/2027 |
| $500,000.00 | $0.00 | $500,000.00 | EPA R4 | R04 | 01/01/2025 | 12/31/2027 |
| $497,111.00 | $74,435.00 | $422,676.00 | EPA HQ | OEJECR | 10/01/2024 | 09/30/2026 |
| $500,000.00 | $9,074.00 | $490,926.00 | EPA R3 | R03 | 04/01/2024 | 03/31/2027 |
| $150,000.00 | $5,038.99 | $144,961.01 | EPA R3 | R03 | 11/01/2024 | 10/31/2026 |
| $500,000.00 | $0.00 | $500,000.00 | EPA R2 | R02 | 11/01/2024 | 10/31/2027 |
| $500,000.00 | $0.00 | $500,000.00 | EPA R9 | R09 | 01/01/2025 | 12/31/2027 |
| $500,000.00 | $0.00 | $500,000.00 | EPA R9 | R09 | 01/01/2025 | 12/31/2027 |
| $499,975.00 | $8,405.99 | $491,569.01 | EPA R9 | R09 | 01/01/2025 | 12/31/2027 |
| $500,000.00 | $0.00 | $500,000.00 | EPA R9 | R09 | 12/01/2024 | 01/01/2027 |
| $499,735.00 | $0.00 | $499,735.00 | EPA R9 | R09 | 01/01/2025 | 12/31/2027 |
| $500,000.00 | $0.00 | $500,000.00 | EPA R9 | R09 | 12/01/2024 | 11/30/2027 |
| $200,000.00 | $136,703.60 | $63,296.40 | EPA R10 | R10 | 02/01/2022 | 04/30/2025 |
| $154,982.00 | $0.00 | $154,982.00 | EPA R9 | R09 | 10/01/2024 | 10/31/2025 |
| $7,000,000.00 | $40,088.66 | $6,959,911.34 | EPA HQ | OEJECR | 01/01/2025 | 12/31/2029 |
| $6,000,000.00 | $175,761.13 | $5,824,238.87 | EPA R1 | R01 | 07/01/2024 | 06/30/2029 |
| $19,890.00 | $19,890.00 | $0.00 | EPA R4 | R04 | 09/01/2023 | 08/31/2025 |
| $8,000,000.00 | $1,522,688.97 | $6,477,311.03 | EPA R6 | R06 | 06/01/2023 | 05/31/2028 |
| $9,000,000.00 | $1,881,247.99 | $7,118,752.01 | EPA R10 | R10 | 06/01/2023 | 05/31/2028 |
| $9,000,000.00 | $2,129,416.61 | $6,870,583.39 | EPA R10 | R10 | 06/01/2023 | 05/31/2028 |
| $9,000,000.00 | $1,736,649.96 | $7,263,350.04 | EPA R4 | R04 | 03/01/2023 | 02/29/2028 |
| $8,500,000.00 | $1,712,588.88 | $6,787,411.12 | EPA R2 | OEJECR | 07/01/2023 | 06/30/2028 |
| $8,000,000.00 | $2,305,418.12 | $5,694,581.88 | EPA R2 | R02 | 07/01/2023 | 06/30/2028 |

**J.A. 2700**

EPA_00318492

| Applicant Name | Applicant State | UEI | Applicant Type |
|---|---|---|---|
| CHILDHOOD LEAD ACTION PROJECT | RI | W7MEUZQ1MY37 | Not for Profit |
| LOUISIANA BUCKET BRIGADE | LA | CB3DRTHJK6A3 | Not for Profit |
| hw7009 - HOUSTON WILDERNESS | TX | FX14LK7KL9H7 | Not for Profit |
| THE TRUST FOR PUBLIC LAND | CA | HN7CS4YNMBC4 | Not for Profit |
| THE BRONX IS BLOOMING | NY | X4MYE8H3B4B9 | Not for Profit |
| ENVIRONMENTAL HEALTH COALI | CA | LFMZD2MERLY3 | Not for Profit |
| REBUILD SUPERIOR, INC. | AZ | ZKY1QMXDHE56 | Not for Profit |
| MASSACHUSETTS COALITION FOR OCCUPATIONAL SAFETY AND HEALTH, INC. | MA | LVUJLK2GKHK7 | Not for Profit |
| COMMUNITY POWER | MN | PK39HKBBC4A1 | Not for Profit |
| METROPOLITAN TENANTS ORGANIZATION | IL | UJEGUAKUSRF6 | Not for Profit |
| daref1434 - Downwinders at Risk Education Fund | TX | YRZKBL5NQ894 | Not for Profit |
| null5598 - NATIONAL URBAN LEAGUE, INC. | NY | VD9ST5ZPM5P4 | Not for Profit |
| CENTER FOR INTERCULTURAL ORGANIZING | OR | C16ARLN8FA16 | Not for Profit |
| LOWCOUNTRY ALLIANCE FOR MODEL COMMUNITIES | SC | J63MD5AMAY83 | Not for Profit |
| CLEAN WATER FUND | DC | FR2MH7EJ2QN2 | Not for Profit |
| SHAMOKIN CREEK RESTORATION ALLIANCE | PA | YNM4HTNX5NK5 | Not for Profit |
| RESILIENT VIRGINIA | VA | YHCCVVNQUBX5 | Not for Profit |
| YOUTH MINISTRIES FOR PEACE AND JUSTICE, INC. | NY | W85WGJRUAL13 | Not for Profit |
| crc8097 - CLIMATE RESILIENT COMMUNITIES | CA | XJ76N787Z1M5 | Not for Profit |
| ONEOC | CA | ST8KJPET6WJ3 | Not for Profit |
| ca3121 - CANAL ALLIANCE | CA | Z27XHGWBM779 | Not for Profit |
| tlanlt8074 - THE LOS ANGELES NEIGHBORHOOD LAND TRUST | CA | ZE7MZ7CCRR25 | Not for Profit |
| abf6059 - ANZA-BORREGO FOUNDATION | CA | EXRXKFAHALM7 | Not for Profit |
| COUNCIL FOR WATERSHED HEALTH | CA | N6MNXMMWUU64 | Not for Profit |
| Confederated Tribes of the Colville Reservation | WA | NU9UAKLRDDP1 | Indian Tribe |
| FOOD BANK OF CONTRA COSTA AND SOLANO | CA | DJAPJ258KCM8 | Not for Profit |
| RESEARCH TRIANGLE INSTITUTE | NC | JJHCMK4NT5N3 | Not for Profit |
| UNIVERSITY OF CONNECTICUT | CT | WNTPS995QBM7 | State Institution of Higher Learning |
| JACKSON STATE UNIVERSITY | MS | WFVHMSF6BU45 | State Institution of Higher Learning |
| NEW MEXICO STATE UNIVERSITY | NM | J3M5GZAT8N85 | State Institution of Higher Learning |
| UNIVERSITY OF WASHINGTON | WA | HD1WMN6945W6 | State Institution of Higher Learning |
| WILLAMETTE PARTNERSHIP | OR | MN5SKK48HCE3 | Not for Profit |
| RESEARCH TRIANGLE INSTITUTE | NC | JJHCMK4NT5N3 | Not for Profit |
| Inter American University of Puerto Rico, Inc. | PR | JSFAKPEEWFC3 | Private University |
| WEST HARLEM ENVIRONMENTAL ACTION INC | NY | PB8TKKTU3AG3 | Not for Profit |

EPA_00318493

| Assistance Listing Code | Assistance Listing Description |
|---|---|
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.309 | Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice |
| 66.309 | Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice |
| 66.309 | Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice |
| 66.309 | Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice |
| 66.309 | Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice |
| 66.309 | Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice |
| 66.309 | Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice |
| 66.309 | Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice |
| 66.309 | Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice |

EPA_00318494

**Project Title**

Community-Based Lead Poisoning Prevention Project

Imagine St. James Parish

Super Trees for Sustainability-Alief: urban forestry through targeted large-scale native tree plantings, education on mitigation effects of targeted trees on extreme heat and other h

Madras Community Schoolyard Environmental Justice

Program for Leaders Advancing their Community's Environment (PLACE): Partnership Building for Program Expansion and Urban Forestry Workforce Development in Frontline C

INFLATION REDUCTION ACT - ENVIRONMENTAL JUSTICE COLLABORATIVE PROBLEM-SOLVING

Inflation Reduction Act - Environmental Justice Collaborative Problem-Solving

Student Organizing for Educational and Environmental Justice in Boston Public Schools (BPS)

Community Power EJ CPS 2023

MTO EJCPS 2024

Environmental Justice Governmental Grant

Urban Environmental Justice Collaborative Program

Oregon Climate Resilience

Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program

Learning to Live with Lead&mdash;Reducing Exposure in Environmental Justice Communities in Pennsylvania and Massachusetts

EJCPS Creation of Collaborative Partnership for the Greater Shamokin Area

Building Community Capacity for Climate Justice in Ward 2, Lynchburg VA

Youth Ministries for Peace and Justice (YMPJ)Bronx River Waterfront Redevelopment Health Impact Assessment

Inflation Reduction Act &ndash; Environmental Justice Collaborative Problem-Solving

Inflation Reduction Act &ndash; Environmental Justice Collaborative Problem-Solving

Inflation Reduction Act - Environmental Justice Collaborative Problem-Solving

Inflation Reduction Act &ndash; Environmental Justice Collaborative Problem-Solving

Inflation Reduction Act - Environmental Justice Collaborative Problem-Solving

Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program

EJCPS/ARP PM2.5 Monitoring for Upper Columbia River Communities

Environmental Justice Collaborative Problem-Solving - Vallejo Food Rescue Project

VISTA CEC - VISTA Clean Environment Core

Environmental Justice Thriving Communities Technical Assistance Center Region 1

Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice

South Central Environmental Justice Resource Center (SCEJRC) Thriving Communities Technical Assistance Center (TCTAC)

Pacific Northwest Environmental Justice Thriving Communities Center

Northwestern Environmental and Energy Justice TCTAC

Resource for Assistance and Community Training

EAGEL Engage and Assist Grassroots organizations for Environmental Energy Justice and Leadership capacity building for Region 2 EJ TCTAC

WE ACT for Environmental Justice proposes to lead and host an Environmental Justice Thriving Communities Technical Assistance Center for EPA Region 2.

EPA_00318495

**OMB Project Description**

This agreement will provide funding to Childhood Lead Action Project to implement an education, training and community engagement program to raise awareness of lead and inc

The Inflation Reduction Act (IRA) will allocate funding to the Louisiana Bucket Brigade for the purpose of executing environmental cleanup and weatherization initiatives. Specifical

This agreement provides funding of $500,000 to Houston Wilderness under the Inflation Reduction Act (IRA). This project, Super Trees for Sustainability-Alief, seeks to address th

The Trust for Public Land (TPL) is partnering with the school district, students, teachers, community organizations, and the Confederated Tribes of Warm Springs to design and cr

This agreement provides funding under the Inflation Reduction Act to The Bronx is Blooming. Through their Program for Leaders Advancing their Community's Environment (PLAC

The agreement provides funding to the Environmental Health Coalition (ECH). EHC's project will address the environmental injustice in the neighborhoods of Barrio Logan and Log

The EJCPS agreement provides funding to Rebuild Superior, Inc. Specifically, grant funds will be used to cleanup properties on the behalf of the Town so it can place a lien on the

This Cooperative agreement is being awarded federal funding in the amount of $150,000 to Massachusetts Coalition for Occupational Safety and Health (MassCOSH) to train occup

This agreement provides funding under the Inflation Reduction Act (IRA) to Community Power. The recipient aims to address a central bottleneck in access for to the cost-savings

This agreement provides funding under the Inflation Reduction Act (IRA) to Metropolitan Tenants Organization (MTO). The recipient will train physicians, community health worker

This agreement provides funding under the Inflation Reduction Act (IRA) to Downwinders at Risk Education Fund. The recipient, along with the University Texas of Dallas (UTD), w

The Inflation Reduction Act (IRA) will allocate funding to the National Urban League (NUL), in launching a community-centered project to enhance climate resilience within Black/A

This agreement provides funding under the Inflation Reduction Act (IRA) to Center for Intercultural Organizing (CIO) doing business as (dba) Unite Oregon. The recipient will work

This action approves an award in the amount of $500,000 to provide funding to the Lowcountry Alliance for Model Communities (LAMC). The recipient will conduct robust engager

This agreement provides funding under the Inflation Reduction Act (IRA) to the Clean Water Fund. This agreement provides funding of $497,111 under the Inflation Reduction Act

This rebudget amendment revises the current budget for Shamokin Creek Restoration Alliance. The recipient is moving $145,341 from &quot;Contractual&quot; to &quot;Pe

This agreement provides funding of $150,000 under the Inflation Reduction Act (IRA) to Resilient Virginia. The project will build leadership capacity in communities disproportionat

This agreement provides funding under the Inflation Reduction Act (IRA) to Youth Ministries for Peace and Justice (YMPJ). YMPJ will lead a formal community-driven Health Impa

This agreement provides funding under the Inflation Reduction Act (IRA) to Climate Resilient Communities. The recipient will focus on the San Francisco Bay Midpeninsula, which

This agreement provides funding under the Inflation Reduction Act (IRA) to OneOC. The recipient will promote utilization of the existing California Department of Public Health&rsa

This agreement provides funding under the Inflation Reduction Act (IRA) to Canal Alliance. The recipient's project is focused on the City of San Rafael&rsquo;s Canal District in Ma

This agreement provides funding under the Inflation Reduction Act (IRA) to the Los Angeles Neighborhood Land Trust. The LA Neighborhood Land Trust is a member of the cross

This agreement provides funding under the Inflation Reduction Act (IRA) to the non-profit organization, the Anza-Borrego Foundation. They are based in Borrego Springs, San Die

This assistance agreement provides Federal funding to the Council for Watershed Health (CWH). Specifically, the recipient will expand the capacity of ReDesign LA Community I

The purpose of this American Rescue Plan funded Environmental Justice Collaborative Problem Solving (EJCPS) cooperative agreement is to provide funding under section 103 c

The purpose of this Environmental Justice Collaborative Problem Solving (EJCPS) cooperative agreement is to provide funding under Section 8001(a) of the Solid Waste Disposal

This agreement provides funding under the Inflation Reduction Act 9 (IRA) to the Research Triangle Institute (RTI) in the amount of $7,000,000 as authorized by CAA 1300(b). In De

The agreement provides funding to the University of Connecticut. Specifically, the recipient will build capacity in New England (EPA Region 1) underserved and rural/remote comm

This action approves an award in the amount of $40,000 to Jackson State University (JSU). The purpose of this grant is for JSU to provide grant writing technical assistance to un

The agreement provides funding to New Mexico State University to lead an experienced team of community-based partners to create the South-Central Environmental Justice Res

The agreement provides funding to the University of Washington. Specifically, the recipient will provide technical assistance (TA) services to Region 10 program participants that w

The agreement provides funding to Willamette Partnership. The recipient will engage with underserved and rural communities across the Northwest United States to build capacity

This action provides funding in the amount of $3,000,000 for Research Triangle Institute (RTI) to provide meaningful engagement to underserved communities in the southeast reg

The agreement provides funding to Inter American University of Puerto Rico Metro Campus (IAUPR) to build the capacity of community stakeholder, local leaders, and community

The agreement provides funding to WE ACT for Environmental Justice to support Environmental Justice Programs through its Environmental Justice Thriving Communities Techni

EPA_00318496

| 66.309 | XJ | 98T65901 | 98T65901-2 | 12/19/2024 | 2025 03/07/2025 | $9,999,979.00 | $8,100,000.00 |
| 66.312 | 52 | 00A01505 | 00A01505-1 | 11/27/2024 | 2025 | $1,000,000.00 | $1,000,000.00 |
| 66.312 | 52 | 02J58301 | 02J58301-0 | 10/18/2024 | 2025 | $1,050,000.00 | $1,050,000.00 |
| 66.312 | 52 | 96267200 | 96267200-0 | 12/11/2024 | 2025 | $1,000,000.00 | $1,000,000.00 |
| 66.312 | 52 | 96712501 | 96712501-1 | 02/05/2025 | 2025 | $1,000,000.00 | $1,000,000.00 |
| 66.312 | 52 | 97T22501 | 97T22501-0 | 12/05/2024 | 2025 | $1,000,000.00 | $1,000,000.00 |
| 66.312 | 52 | 98T89301 | 98T89301-0 | 11/26/2024 | 2025 | $1,050,000.00 | $1,050,000.00 |
| 66.312 | 5C | 95337501 | 95337501-1 | 12/02/2024 | 2025 | $980,350.00 | $980,350.00 |
| 66.312 | 5C | 96263900 | 96263900-0 | 01/08/2025 | 2025 | $1,000,000.00 | $1,000,000.00 |
| 66.312 | 5C | 98T90501 | 98T90501-0 | 11/20/2024 | 2025 | $1,000,000.00 | $1,000,000.00 |
| 66.312 | AJ | 00A01438 | 00A01438-1 | 12/20/2024 | 2025 | $1,000,000.00 | $1,000,000.00 |
| 66.312 | AJ | 03D04224 | 03D04224-0 | 07/19/2024 | 2024 02/24/2025 | $1,000,000.00 | $1,000,000.00 |
| 66.312 | AJ | 96263800 | 96263800-0 | 10/31/2024 | 2025 | $1,000,000.00 | $1,000,000.00 |
| 66.312 | AJ | 96711601 | 96711601-2 | 12/30/2024 | 2025 | $1,000,000.00 | $1,000,000.00 |
| 66.312 | AK | 00E03633 | 00E03633-1 | 10/16/2024 | 2025 | $1,000,000.00 | $1,000,000.00 |
| 66.604 | EQ | 02D22522 | 02D22522-1 | 11/07/2024 | 2025 08/21/2023 | $75,000.00 | $75,000.00 |
| 66.604 | EQ | 02J07001 | 02J07001-2 | 10/03/2024 | 2025 10/23/2024 | $75,000.00 | $75,000.00 |
| 66.614 | EL | 00A01522 | 00A01522-1 | 02/14/2025 | 2025 | $100,000.00 | $100,000.00 |
| 66.615 | 5N | 00A01512 | 00A01512-0 | 01/03/2025 | 2025 | $52,000,000.00 | $52,000,000.00 |
| 66.615 | 5N | 00I50002 | 00I50002-1 | 12/19/2024 | 2025 02/21/2025 | $52,000,000.00 | $52,000,000.00 |
| 66.615 | 5N | 01E03682 | 01E03682-1 | 12/20/2024 | 2025 | $52,000,000.00 | $52,000,000.00 |
| 66.615 | 5N | 02F5550B | 02F5550B-0 | 12/18/2024 | 2025 | $55,082,753.00 | $55,082,753.00 |
| 66.615 | 5N | 02J63901 | 02J63901-1 | 12/20/2024 | 2025 03/05/2025 | $52,000,000.00 | $52,000,000.00 |
| 66.615 | 5N | 84082901 | 84082901-0 | 12/27/2024 | 2025 03/06/2025 | $48,000,000.00 | $48,000,000.00 |
| 66.615 | 5N | 84084101 | 84084101-0 | 07/16/2024 | 2024 02/20/2025 | $25,000,000.00 | $25,000,000.00 |
| 66.615 | 5N | 84084201 | 84084201-0 | 01/08/2025 | 2025 02/20/2025 | $95,000,000.00 | $95,000,000.00 |
| 66.615 | 5N | 95341401 | 95341401-2 | 12/27/2024 | 2025 02/10/2025 | $52,000,000.00 | $52,000,000.00 |
| 66.615 | 5N | 96265602 | 96265602-0 | 01/15/2025 | 2025 01/23/2025 | $52,000,000.00 | $52,000,000.00 |
| 66.615 | 5N | 98T97502 | 98T97502-1 | 12/12/2024 | 2025 | $52,000,000.00 | $52,000,000.00 |
| 66.616 | 5F | 00A01479 | 00A01479-0 | 01/17/2025 | 2025 | $20,000,000.00 | $20,000,000.00 |
| 66.616 | 5F | 00A01540 | 00A01540-0 | 11/27/2024 | 2025 03/07/2025 | $19,989,241.00 | $19,989,241.00 |
| 66.616 | 5F | 00A01704 | 00A01704-0 | 01/08/2025 | 2025 03/05/2025 | $18,710,533.00 | $18,710,533.00 |
| 66.616 | 5F | 00A01863 | 00A01863-0 | 01/16/2025 | 2025 | $3,000,000.00 | $3,000,000.00 |
| 66.616 | 5F | 00E04015 | 00E04015-0 | 11/26/2024 | 2025 03/06/2025 | $17,810,277.00 | $17,810,277.00 |
| 66.616 | 5F | 00E04016 | 00E04016-0 | 12/05/2024 | 2025 03/07/2025 | $20,000,000.00 | $20,000,000.00 |
| 66.616 | 5F | 00E04017 | 00E04017-0 | 12/04/2024 | 2025 03/07/2025 | $3,000,000.00 | $3,000,000.00 |
| 66.616 | 5F | 00E04043 | 00E04043-0 | 12/04/2024 | 2025 02/20/2025 | $18,898,518.00 | $18,898,518.00 |
| 66.616 | 5F | 00E04044 | 00E04044-0 | 12/04/2024 | 2025 02/21/2025 | $20,358,302.00 | $20,358,302.00 |
| 66.616 | 5F | 00E04045 | 00E04045-0 | 12/04/2024 | 2025 | $20,000,000.00 | $20,000,000.00 |
| 66.616 | 5F | 00E04046 | 00E04046-0 | 12/05/2024 | 2025 03/05/2025 | $2,754,952.00 | $2,754,952.00 |
| 66.616 | 5F | 00E04057 | 00E04057-0 | 01/07/2025 | 2025 03/05/2025 | $2,166,564.00 | $2,166,564.00 |
| 66.616 | 5F | 00E04058 | 00E04058-0 | 01/07/2025 | 2025 | $20,000,000.00 | $20,000,000.00 |

EPA_00318497

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| $8,100,000.00 | $2,299,263.43 | $5,800,736.57 | EPA R9 | R09 | 06/01/2023 | 05/30/2028 |
| $1,000,000.00 | $0.00 | $1,000,000.00 | EPA R1 | R01 | 10/01/2024 | 09/30/2027 |
| $1,050,000.00 | $0.00 | $1,050,000.00 | EPA R10 | R10 | 10/01/2024 | 09/30/2026 |
| $1,000,000.00 | $0.00 | $1,000,000.00 | EPA R2 | R02 | 12/15/2024 | 12/14/2027 |
| $1,000,000.00 | $0.00 | $1,000,000.00 | EPA R7 | R07 | 08/01/2024 | 07/31/2027 |
| $1,000,000.00 | $0.00 | $1,000,000.00 | EPA R9 | R09 | 01/01/2025 | 12/31/2026 |
| $1,050,000.00 | $0.00 | $1,050,000.00 | EPA R9 | R09 | 01/02/2025 | 01/01/2028 |
| $980,350.00 | $0.00 | $980,350.00 | EPA R3 | R03 | 06/01/2024 | 05/31/2027 |
| $1,000,000.00 | $0.00 | $1,000,000.00 | EPA R2 | R02 | 02/01/2025 | 01/31/2028 |
| $1,000,000.00 | $0.00 | $1,000,000.00 | EPA R9 | R09 | 12/01/2024 | 11/30/2027 |
| $1,000,000.00 | $0.00 | $1,000,000.00 | EPA R1 | R01 | 12/16/2024 | 12/15/2027 |
| $1,000,000.00 | $28,967.15 | $971,032.85 | EPA R4 | R04 | 04/01/2024 | 03/31/2027 |
| $1,000,000.00 | $0.00 | $1,000,000.00 | EPA R2 | R02 | 10/01/2024 | 09/30/2027 |
| $1,000,000.00 | $0.00 | $1,000,000.00 | EPA R7 | R07 | 06/01/2024 | 05/31/2027 |
| $1,000,000.00 | $0.00 | $1,000,000.00 | EPA R5 | R05 | 04/01/2024 | 03/31/2027 |
| $75,000.00 | $2,500.00 | $72,500.00 | EPA R4 | R04 | 04/01/2023 | 12/31/2025 |
| $75,000.00 | $44,804.20 | $30,195.80 | EPA R10 | R10 | 10/01/2022 | 09/23/2025 |
| $100,000.00 | $0.00 | $100,000.00 | EPA R1 | R01 | 09/01/2024 | 12/31/2025 |
| $52,000,000.00 | $0.00 | $52,000,000.00 | EPA R1 | R01 | 01/01/2025 | 12/31/2027 |
| $52,000,000.00 | $795.15 | $51,999,204.85 | EPA R8 | OEJECR | 01/01/2025 | 12/31/2027 |
| $52,000,000.00 | $0.00 | $52,000,000.00 | EPA R5 | OEJECR | 10/01/2024 | 09/30/2027 |
| $55,082,753.00 | $0.00 | $55,082,753.00 | EPA R6 | R06 | 01/01/2025 | 12/31/2027 |
| $52,000,000.00 | $27,133.89 | $51,972,866.11 | EPA R10 | OEJECR | 11/01/2024 | 10/31/2027 |
| $48,000,000.00 | $168,425.63 | $47,831,574.37 | EPA HQ | OEJECR | 01/01/2025 | 12/31/2027 |
| $25,000,000.00 | $2,766,147.79 | $22,233,852.21 | EPA HQ | OEJECR | 02/01/2024 | 01/31/2027 |
| $95,000,000.00 | $230,643.29 | $94,769,356.71 | EPA HQ | OEJECR | 01/01/2025 | 12/31/2027 |
| $52,000,000.00 | $36,762.52 | $51,963,237.48 | EPA R3 | R03 | 08/01/2024 | 07/31/2027 |
| $52,000,000.00 | $1.00 | $51,999,999.00 | EPA R2 | R02 | 01/02/2025 | 01/01/2028 |
| $52,000,000.00 | $0.00 | $52,000,000.00 | EPA R9 | R09 | 01/06/2025 | 01/05/2028 |
| $20,000,000.00 | $0.00 | $20,000,000.00 | EPA R1 | R01 | 04/01/2025 | 03/31/2028 |
| $19,989,241.00 | $7,022.72 | $19,982,218.28 | EPA R1 | R01 | 01/01/2025 | 12/31/2027 |
| $18,710,533.00 | $32,612.00 | $18,677,921.00 | EPA R1 | R01 | 01/01/2025 | 12/31/2027 |
| $3,000,000.00 | $0.00 | $3,000,000.00 | EPA R1 | R01 | 01/01/2025 | 12/31/2027 |
| $17,810,277.00 | $470,393.33 | $17,339,883.67 | EPA R5 | R05 | 10/01/2024 | 09/30/2027 |
| $20,000,000.00 | $10,200.00 | $19,989,800.00 | EPA R5 | R05 | 01/01/2025 | 12/30/2027 |
| $3,000,000.00 | $1,510.00 | $2,998,490.00 | EPA R5 | R05 | 01/01/2025 | 12/31/2027 |
| $18,898,518.00 | $40,103.00 | $18,858,415.00 | EPA R5 | R05 | 01/01/2025 | 12/31/2027 |
| $20,358,302.00 | $4,884,632.62 | $15,473,669.38 | EPA R5 | R05 | 12/01/2024 | 11/30/2027 |
| $20,000,000.00 | $0.00 | $20,000,000.00 | EPA R5 | R05 | 03/17/2025 | 03/16/2028 |
| $2,754,952.00 | $8,548.65 | $2,746,403.35 | EPA R5 | R05 | 02/01/2025 | 01/31/2028 |
| $2,166,564.00 | $339.79 | $2,166,224.21 | EPA R5 | R05 | 02/01/2025 | 01/31/2028 |
| $20,000,000.00 | $0.00 | $20,000,000.00 | EPA R5 | R05 | 02/01/2025 | 01/31/2028 |

EPA_00318498

**J.A. 2706**

| UNIVERSITY OF ARIZONA | AZ | ED44Y3W6P7B9 | State Institution of Higher Learning |
|---|---|---|---|
| BOSTON, CITY OF | MA | LJDLU7EA4SK1 | Municipal |
| TACOMA PUBLIC SCHOOLS | WA | KTERSDJ44S58 | Independent School District |
| CITY OF ROCHESTER CITY HALL | NY | CU87RABY53C9 | Municipal |
| CITY OF KANSAS CITY | MO | JY2DYJXPQW56 | Municipal |
| SAN JOSE, CITY OF | CA | QUA4AULJ8FM3 | Municipal |
| GILA COUNTY, AZ | AZ | C8EKKJK67XB1 | County |
| COUNTY OF ARLINGTON | VA | V9LLM9AGRPB7 | County |
| CITY OF NEWARK CITY HALL | NJ | JGDDJDL5BM13 | Municipal |
| COUNTY OF LOS ANGELES | CA | ZLJUW5L9K685 | County |
| DEPT OF ENERGY & ENVIRONMENTAL PROTECTION | CT | VZA5GCYZBJA7 | State |
| STATE OF NORTH CAROLINA DEPARTMENT OF HEALTH & HUMAN SERVICES | NC | DKT3LLBWFVL3 | State |
| HOUSING TRUST FUND CORP | NY | WLNYVLMWZ9V6 | State |
| KANSAS DEPARTMENT OF HEALTH & ENVIRONMENT | KS | CGSTLVM57LM5 | State |
| PRAIRIE ISLAND INDIAN COMMUNITY | MN | ZXWAV8U3K5E4 | Indian Tribe |
| GASP | AL | HZMJEKASHBQ7 | Not for Profit |
| YAKUTAT TLINGIT TRIBE | AK | UDYDUTE6LU94 | Indian Tribe |
| SOUTHCOAST COMMUNITY FOUNDATION INC | MA | J5A9WPZLESL1 | Not for Profit |
| HEALTH RESOURCES IN ACTION, INC. | MA | FPD3JRJ61WJ2 | Not for Profit |
| JSI RESEARCH & TRAINING INSTITUTE INC | MA | LKTNULLR6FL6 | Not for Profit |
| MINNEAPOLIS FOUNDATION | MN | FVP7MYH59L76 | Not for Profit |
| TEXAS SOUTHERN UNIVERSITY | TX | HYYJJ5ZP7CR9 | State Institution of Higher Learning |
| PHILANTHROPY NORTHWEST | WA | CFDJSA2KV151 | Not for Profit |
| INSTITUTE FOR SUSTAINABLE COMMUNITIES | VT | J1DEYVM9BXE8 | Not for Profit |
| RESEARCH TRIANGLE INSTITUTE | NC | JJHCMK4NT5N3 | Not for Profit |
| RESEARCH TRIANGLE INSTITUTE | NC | JJHCMK4NT5N3 | Not for Profit |
| GREEN & HEALTHY HOMES INITIATIVE INC | MD | HYQKKGCH7XZ5 | Not for Profit |
| FORDHAM UNIVERSITY | NY | ECESTN2SSVH1 | Private University |
| SOCIAL AND ENVIRONMENTAL ENTREPRENEURS (SEE), INC. | CA | VCAASEEZRM59 | Not for Profit |
| City of New Haven | CT | K8WBCLJ9DVD8 | Municipal |
| SPRINGFIELD, CITY OF | MA | CKWEXLA12KD3 | Municipal |
| rifpc8297 - Rhode Island Food Policy Council | RI | CUHNPN791947 | Not for Profit |
| JSI RESEARCH & TRAINING INSTITUTE INC | MA | LKTNULLR6FL6 | Not for Profit |
| tmhs8458 - METROHEALTH SYSTEM, THE | OH | FM8VV9SAL6M3 | County |
| INTER-TRIBAL COUNCIL OF MICHIGAN INC | MI | YJ5ELTTDBKM7 | Indian Tribe |
| INTER-TRIBAL COUNCIL OF MICHIGAN INC | MI | YJ5ELTTDBKM7 | Indian Tribe |
| KALAMAZOO COUNTY BOARD-COMMS | MI | FGGYA2KMEK67 | County |
| e8241 - ECOWORKS | MI | ZU2FS7ZL6DQ2 | Not for Profit |
| CITY OF EVANSVILLE | IN | JJE9WRMGGUN5 | Municipal |
| FRIENDS OF THE CHICAGO RIVER | IL | GMFBUKBE1XM4 | Not for Profit |
| GROUNDWORK USA INC | MA | KCGWHRHKLLB5 | Not for Profit |
| smc6045 - SOUTHWESTERN MICHIGAN COMMISSION | MI | EGNZBHC8Z1F3 | Not for Profit |

EPA_00318499

| 66.309 | Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice |
|--------|-------------------------------------------------------------------------------------------------------------|
| 66.312 | State Environmental Justice Cooperative Agreement Program |
| 66.312 | State Environmental Justice Cooperative Agreement Program |
| 66.312 | State Environmental Justice Cooperative Agreement Program |
| 66.312 | State Environmental Justice Cooperative Agreement Program |
| 66.312 | State Environmental Justice Cooperative Agreement Program |
| 66.312 | State Environmental Justice Cooperative Agreement Program |
| 66.312 | State Environmental Justice Cooperative Agreement Program |
| 66.312 | State Environmental Justice Cooperative Agreement Program |
| 66.312 | State Environmental Justice Cooperative Agreement Program |
| 66.312 | State Environmental Justice Cooperative Agreement Program |
| 66.312 | State Environmental Justice Cooperative Agreement Program |
| 66.312 | State Environmental Justice Cooperative Agreement Program |
| 66.312 | State Environmental Justice Cooperative Agreement Program |
| 66.312 | State Environmental Justice Cooperative Agreement Program |
| 66.604 | Environmental Justice Small Grant Program |
| 66.604 | Environmental Justice Small Grant Program |
| 66.614 | Direct Financial Assistance to Community Service Providers to support Environmental Justice Activities |
| 66.615 | Environmental Justice Communities Pass-through Funder Program (EJCPF) |
| 66.615 | Environmental Justice Communities Pass-through Funder Program (EJCPF) |
| 66.615 | Environmental Justice Communities Pass-through Funder Program (EJCPF) |
| 66.615 | Environmental Justice Communities Pass-through Funder Program (EJCPF) |
| 66.615 | Environmental Justice Communities Pass-through Funder Program (EJCPF) |
| 66.615 | Environmental Justice Communities Pass-through Funder Program (EJCPF) |
| 66.615 | Environmental Justice Communities Pass-through Funder Program (EJCPF) |
| 66.615 | Environmental Justice Communities Pass-through Funder Program (EJCPF) |
| 66.615 | Environmental Justice Communities Pass-through Funder Program (EJCPF) |
| 66.615 | Environmental Justice Communities Pass-through Funder Program (EJCPF) |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |

EPA_00318500

| |
|---|
| Special Purpose Activities Related To Environmental Justice |
| Electric Stove Replacement Program |
| Environmental Justice at Larchmont Elementary |
| Home Electrification and Revitalization Opportunity (HERO) Program |
| Lead in Soils Mitigation Project |
| Inflation Reduction Act - Environmental Justice Government-to-Government |
| Inflation Reduction Act - Environmental Justice Government-to-Government |
| Energy-Health-Equity Project |
| Workforce Development for mitigating air quality, urban heat island, and stormwater issues in Newark |
| Inflation Reduction Act - Environmental Justice Government to Government |
| Connecticut Environmental Justice Government To Government (EJG2G) Grant Application |
| Environmental Justice Government-to-Government (EJG2G) Program |
| Ensuring a Just Transition in Southwest Brooklyn, NY: Planning, Engagement, Design in Sunset Park and Red Hook |
| Placemaking to address food equity and environmental sustainability in Southeast Kansas |
| Prairie Island G2G Tribal Home Energy Project |
| Environmental Justice Small Grant Program |
| Yakutat Subsistence Consumption Assessment |
| Access2Opportunity Forum Initiative 2024-2025 |
| Grantmaker - Subsequent Award |
| EJ-TCGM Subsequent Award - Mountains and Plains Environmental Justice Grants Hub |
| Environmental Justice Thriving Communities Grantmaker Program (EJ TCGM) |
| EJ-TCGM Subsequent Award - Region 6 The Bullard Center for Environmental and Climate Justice at Texas Southern University |
| Northwest Network for Environmental Justice-Subsequent Award |
| Institute for Sustainable Communities Nat'l GM - Subsequent Award |
| Research Triangle Institute (RTI) - Grantmaker - Initial Award |
| RTI Thriving Communities Grantmaker: Subsequent Award |
| TCGM Subsequent Award - Green &amp; Healthy Homes Initiative will act as pass-through entity for EPA's EJ Thriving Communities Grantmaking Program, R3 GM |
| Grantmaker - Subsequent Award |
| Inflation Reduction Act - Environmental Justice Thriving Communities |
| Elm City Climate Collaborative |
| Green and Resilient Springfield |
| From Food Waste to Opportunity: A Path toward Climate, Environmental, &amp; Economic Justice in Rhode Island |
| Enhancing Equitable Community Engagement in Governance for Environmental and Climate Justice in East Boston (EJ Engaged East Boston) |
| Asthma, Indoor Air Pollution and Greenhouse Gas Emissions |
| Making Michigan Tribal Homes &amp; Buildings Efficient, Healthy, and Resilient |
| Michigan Tribal and State Wild Rice Stewardship |
| Holistic Healthy Homes in Kalamazoo County: Delivering Energy Efficiency Measures, Increasing Resiliency, and Improving Air Quality in Existing Housing Stock |
| Detroit Community Resilience Hub Initiative |
| Moving Evansville Toward A Healthier Future |
| Establishing a Climate Just Future in Chicago by Collaborating through the River Ecology and Governance Task Force |
| Climate Safe Great Lakes | Building Resident Capacity To Collaboratively Advance Community Climate Adaptation Priorities |
| CCG 2024 Benton Harbor Neighborhood Resilience Hubs |

EPA_00318501

The Western Environmental Science Technical Assistance Center for Environmental Justice (WEST EJ Center) or Environmental Justice Thriving Communities Technical Assistar
The agreement provides funding to the City of Boston. Specifically, the recipient will partner with Codman Square Neighborhood Development Corporation and the Boston Housing
The Larchmont Community Schoolyard is a joint e&#64256;ort between Tacoma Public Schools, Trust for Public Land, and the community to transform the schoolyard from aspha
The agreement under the Inflation Reduction Act provides funding to City of Rochester New York. Specifically, the recipient will fund energy audits and the installation of electric ap
This agreement provides funding under the Inflation Reduction Act (IRA). The agreement provides funding to Kansas City Missouri (KCMO) and their partner Community Based O
This agreement provides funding under the Inflation Reduction Act (IRA). The agreement provides funding to the City of San Jose. The City of San Jos&eacute; is one of five cities
The Copper Corridor&rsquo;s environmental injustices stem from historic mining activities and an archaic mining tax structure that benefits more populated communities in Arizon
The County proposes the Energy-Health-Equity Project (EHE Project, or Project), which will create two technical resources: a decision-support tool and a comprehensive financing
This agreement provides funding under the Inflation Reduction Act (IRA). This agreement provides funding to City of Newark in New Jersey and comprises a training, monitoring a
This agreement provides funding under the Inflation Reduction Act (IRA). The agreement provides funding to the County of Los Angeles. Specifically, the Los Angeles County Publi
The agreement provides funding to The Connecticut Department of Energy and Environmental Protection (CT DEEP). The recipient will initiate a new program to work with disadva
This action approves an award in the amount of $1,000,000 to the North Carolina Department of Health and Human Services to implement its own project to Address Private Well
The agreement provides funding to Resilient Homes and Communities. Specifically, the recipient will use the finding for Climate resiliency and adaptation planning, community eng
The agreement provides funding to Kansas Department of Health and Environment. Specifically, the recipient will implement meaningful environmental and public health strategie:
This agreement provides funding under Consolidated Appropriations. The agreement provides funding to Prairie Island Indian Community. Specifically, the recipient will utilize con
This action approves an award in the amount of $75,000 to support GASP to launch a community needs assessment survey to gauge residents health concerns and deploy at lea:
The purpose of the Yakutat Subsistence Consumption Assessment project is to strengthen the Yakutat Tlingit Tribes&rsquo;ability to participate in developing water quality standar
This cooperative agreement provides funding to the Community Foundation of Southeastern Massachusetts and the Old Bedford Village Development, a community-based nonprc
This agreement provides funding under the Inflation Reduction Act (IRA) to Health Resources in Action (HRA). The recipient is a Regional Grantmaker and the purpose of this awa
This agreement provides funding under the Inflation Reduction Act (IRA) to JSI Research &amp; Training Institute. The recipient is the Regional Grantmaker for Region 8 JSI, toge
This agreement provides funding under the Inflation Reduction Act (IRA) to The Minneapolis Foundation.  The recipient is a Regional Grantmaker. This proposed funding request i
This agreement provides funding under the Inflation Reduction Act (IRA) to Texas Southern University. The recipient is a Regional Grantmaker (RGM), in collaboration with Achiev
OEJECR is providing within-scope supplemental funding to address additional Quality Assurance (QA) costs as well as provide funding for additional meaningful outreach and gap
This agreement provides funding under the Inflation Reduction Act (IRA) to the Institute for Sustainable Communities (ISC) in the amount of $48,000,000, as part of a bifurcated a
The purpose of the Environmental Protection Agency's (EPA) Thriving Communities Grantmaking Program ( EJ TCGM ) is to transform disadvantaged and underserved communi
Research Triangle institute (RTI) will utilize the Subsequent Award totaling $95,000,000 in EJ TCGM funding to serve as one of eleven Grantmaker organizations that are charged
This assistance agreement provides funding under the Inflation Reduction Act (IRA) to Green and Healthy Homes Initiative, a Regional Grantmaker. This program funds communi
This agreement provides funding under the Inflation Reduction Act to Fordham University to support nonprofit organizations and organizations representing disadvantaged commu
This agreement provides funding to Social and Environmental Entrepreneurs (S.E.E.). The recipient is a Regional Grantmaker that will receive $10 million in supplemental funds to
This agreement provides funding under the Inflation Reduction Act (IRA), to the City of New Haven Office of Climate and Sustainability and their Statutory Partner, the Greater Dw
This agreement provides funding under the Inflation Reduction Act (IRA) to the City of Springfield, Massachusetts. Specifically, the recipient will collaborate with various nonprofit
This agreement provides funding under the Inflation Reduction Act (IRA) to the Rhode Island Food Policy Council (RIFPC). Specifically the project will reduce food waste, increase
This agreement provides funding under the Inflation Reduction Act (IRA) to John Snow Institute (JSI) Research &amp; Training Institute, Inc. to enhance community input into loca
This agreement provides funding under the Inflation Reduction Act (IRA) to the MetroHealth System. Specifically, the project will identify 1,200 greater Cleveland-area househo
This agreement provides funding under the Inflation Reduction Act (IRA) to The Inter-Tribal Council of Michigan, Inc. (ITCMI) to conduct Community Change Grant (CCG) Track I:
This agreement provides funding under the Inflation Reduction Act (IRA) to the Inter-Tribal Council of Michigan, Inc.  Specifically, the project will enable the meaningful engagemer
This agreement provides funding under the Inflation Reduction Act (IRA) to Kalamazoo County Government. Specifically, the project will focus on reducing greenhouse gas emissic
This agreement provides funding under the Inflation Reduction Act (IRA) to EcoWorks. Specifically, the project will transform 20 houses of worship and food assistance programs
This agreement provides funding under the Inflation Reduction Act (IRA) to the City of Evansville to implement the Moving Evansville Towards a Healthier Future Project.  Specific
This agreement provides funding under the Inflation Reduction Act (IRA) to Friends of the Chicago River. Specifically, the project will ensure community organizations are working
This agreement provides funding under the Inflation Reduction Act (IRA) to Groundwork USA, INC.. Specifically, the project will; utilize their developed community-centered, data ir
This agreement provides funding under the Inflation Reduction Act (IRA) to Southwestern Michigan Commission. Specifically, the project will: Transform the Bobo Brazil Communi

EPA_00318502

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 66.616 | 5F | 00E05002 | 00E05002-0 | 12/06/2024 | | 2025 03/10/2025 | $3,000,000.00 | $3,000,000.00 |
| 66.616 | 5F | 00E05003 | 00E05003-0 | 12/04/2024 | | 2025 03/06/2025 | $21,994,500.00 | $10,000,000.00 |
| 66.616 | 5F | 00E05004 | 00E05004-0 | 12/11/2024 | | 2025 03/06/2025 | $3,286,442.00 | $3,286,422.00 |
| 66.616 | 5F | 00E05005 | 00E05005-0 | 12/05/2024 | | 2025 02/21/2025 | $20,232,335.00 | $20,232,335.00 |
| 66.616 | 5F | 00E05006 | 00E05006-0 | 11/26/2024 | | 2025 02/20/2025 | $21,652,072.00 | $21,652,072.00 |
| 66.616 | 5F | 00E05007 | 00E05007-0 | 12/20/2024 | 2025 | | $19,999,268.00 | $19,999,268.00 |
| 66.616 | 5F | 00I34500 | 00I34500-0 | 01/07/2025 | 2025 | | $20,000,000.00 | $20,000,000.00 |
| 66.616 | 5F | 00I34600 | 00I34600-0 | 01/10/2025 | | 2025 01/29/2025 | $19,949,725.00 | $19,949,725.00 |
| 66.616 | 5F | 00I40400 | 00I40400-0 | 12/19/2024 | | 2025 02/21/2025 | $20,058,601.00 | $20,058,601.00 |
| 66.616 | 5F | 02F65701 | 02F65701-0 | 11/26/2024 | 2025 | | $19,999,998.00 | $19,999,998.00 |
| 66.616 | 5F | 02F74301 | 02F74301-0 | 11/25/2024 | | 2025 01/30/2025 | $19,944,575.00 | $19,944,575.00 |
| 66.616 | 5F | 02F76501 | 02F76501-1 | 02/06/2024 | | 2025 02/26/2025 | $18,780,805.00 | $18,780,805.00 |
| 66.616 | 5F | 02F76601 | 02F76601-0 | 11/22/2024 | 2025 | | $19,994,586.00 | $19,994,586.00 |
| 66.616 | 5F | 02F76901 | 02F76901-1 | 12/17/2024 | | 2025 03/04/2025 | $20,000,000.00 | $20,000,000.00 |
| 66.616 | 5F | 02F78401 | 02F78401-0 | 12/20/2024 | | 2025 02/20/2025 | $12,704,048.00 | $12,704,048.00 |
| 66.616 | 5F | 02F78701 | 02F78701-0 | 12/21/2024 | | 2025 02/28/2025 | $3,015,485.00 | $3,015,485.00 |
| 66.616 | 5F | 02F80001 | 02F80001-0 | 01/13/2025 | | 2025 03/03/2025 | $2,987,385.00 | $2,987,385.00 |
| 66.616 | 5F | 02F80101 | 02F80101-0 | 01/17/2025 | | 2025 02/26/2025 | $19,999,999.00 | $19,999,999.00 |
| 66.616 | 5F | 02J85001 | 02J85001-0 | 12/20/2024 | 2025 | | $19,555,386.00 | $19,555,386.00 |
| 66.616 | 5F | 02J85101 | 02J85101-0 | 12/04/2024 | | 2025 01/27/2025 | $16,465,618.00 | $16,465,618.00 |
| 66.616 | 5F | 02J85301 | 02J85301-0 | 12/04/2024 | | 2025 01/31/2025 | $19,921,731.00 | $19,921,731.00 |
| 66.616 | 5F | 02J88401 | 02J88401-0 | 12/05/2024 | 2025 | | $20,000,000.00 | $20,000,000.00 |
| 66.616 | 5F | 02J88501 | 02J88501-0 | 12/05/2024 | | 2025 02/19/2025 | $20,030,841.00 | $20,030,841.00 |
| 66.616 | 5F | 02J88601 | 02J88601-0 | 12/02/2024 | 2025 | | $3,137,855.00 | $3,137,855.00 |
| 66.616 | 5F | 02J91701 | 02J91701-0 | 12/23/2024 | 2025 | | $8,932,979.00 | $8,932,979.00 |
| 66.616 | 5F | 02J91801 | 02J91801-0 | 12/10/2024 | | 2025 03/04/2025 | $19,989,160.00 | $19,989,160.00 |
| 66.616 | 5F | 02J91901 | 02J91901-0 | 12/17/2024 | 2025 | | $20,000,000.00 | $20,000,000.00 |
| 66.616 | 5F | 02J92801 | 02J92801-0 | 12/05/2024 | 2025 | | $19,455,772.00 | $19,455,772.00 |
| 66.616 | 5F | 02J95201 | 02J95201-0 | 12/26/2024 | 2025 | | $19,826,233.00 | $19,826,233.00 |
| 66.616 | 5F | 02J95301 | 02J95301-0 | 12/23/2024 | | 2025 03/07/2025 | $16,340,887.00 | $16,340,887.00 |
| 66.616 | 5F | 02J95401 | 02J95401-0 | 01/10/2025 | 2025 | | $19,990,020.00 | $19,990,020.00 |
| 66.616 | 5F | 02J95501 | 02J95501-0 | 12/26/2024 | 2025 | | $2,904,935.00 | $2,904,935.00 |
| 66.616 | 5F | 02J95601 | 02J95601-0 | 01/13/2025 | 2025 | | $19,998,693.00 | $19,998,693.00 |
| 66.616 | 5F | 02J95701 | 02J95701-0 | 12/27/2024 | | 2025 02/21/2025 | $19,983,378.00 | $19,983,378.00 |
| 66.616 | 5F | 02J95801 | 02J95801-0 | 01/10/2025 | 2025 | | $20,000,000.00 | $20,000,000.00 |
| 66.616 | 5F | 03D25324 | 03D25324-0 | 12/02/2024 | | 2025 03/10/2025 | $19,960,040.00 | $19,960,040.00 |
| 66.616 | 5F | 03D25424 | 03D25424-0 | 12/05/2024 | | 2025 02/24/2025 | $14,443,306.00 | $14,443,306.00 |

EPA_00318503

**J.A. 2711**

| | | | | | | |
|---|---|---|---|---|---|---|
| $3,000,000.00 | $134,462.74 | $2,865,537.26 | EPA R5 | R05 | 10/01/2024 | 09/30/2027 |
| $10,000,000.00 | $7,746,104.00 | $2,253,896.00 | EPA R5 | R05 | 04/01/2024 | 03/31/2027 |
| $3,286,422.00 | $1,578.98 | $3,284,843.02 | EPA R5 | R05 | 12/01/2024 | 11/30/2027 |
| $20,232,335.00 | $1,210,706.01 | $19,021,628.99 | EPA R5 | R05 | 12/01/2024 | 11/30/2027 |
| $21,652,072.00 | $35,841.99 | $21,616,230.01 | EPA R5 | R05 | 12/01/2024 | 11/30/2027 |
| $19,999,268.00 | $0.00 | $19,999,268.00 | EPA R5 | R05 | 03/01/2025 | 02/29/2028 |
| $20,000,000.00 | $0.00 | $20,000,000.00 | EPA R8 | R08 | 01/13/2025 | 01/12/2028 |
| $19,949,725.00 | $470,023.00 | $19,479,702.00 | EPA R8 | R08 | 01/15/2025 | 01/14/2028 |
| $20,058,601.00 | $7,525.67 | $20,051,075.33 | EPA R8 | R08 | 01/10/2025 | 12/31/2027 |
| $19,999,998.00 | $0.00 | $19,999,998.00 | EPA R6 | R06 | 03/01/2025 | 02/29/2028 |
| $19,944,575.00 | $230,965.00 | $19,713,610.00 | EPA R6 | R06 | 12/01/2024 | 11/30/2027 |
| $18,780,805.00 | $25,845.88 | $18,754,959.12 | EPA R6 | OEJECR | 01/01/2025 | 12/31/2027 |
| $19,994,586.00 | $0.00 | $19,994,586.00 | EPA R6 | R06 | 01/01/2025 | 12/31/2027 |
| $20,000,000.00 | $201,055.63 | $19,798,944.37 | EPA R6 | OEJECR | 01/01/2025 | 12/31/2027 |
| $12,704,048.00 | $1,608,223.66 | $11,095,824.34 | EPA R6 | R06 | 01/01/2025 | 12/31/2027 |
| $3,015,485.00 | $40,372.32 | $2,975,112.68 | EPA R6 | R06 | 01/01/2025 | 12/31/2027 |
| $2,987,385.00 | $28,515.00 | $2,958,870.00 | EPA R6 | R06 | 02/01/2025 | 01/31/2028 |
| $19,999,999.00 | $3,544,191.16 | $16,455,807.84 | EPA R6 | R06 | 01/17/2025 | 01/31/2028 |
| $19,555,386.00 | $0.00 | $19,555,386.00 | EPA R10 | R10 | 03/01/2025 | 02/29/2028 |
| $16,465,618.00 | $198.80 | $16,465,419.20 | EPA R10 | R10 | 01/01/2025 | 12/31/2027 |
| $19,921,731.00 | $6,597.15 | $19,915,133.85 | EPA R10 | R10 | 01/01/2025 | 12/31/2027 |
| $20,000,000.00 | $0.00 | $20,000,000.00 | EPA R10 | R10 | 01/01/2025 | 12/31/2027 |
| $20,030,841.00 | $37,871.32 | $19,992,969.68 | EPA R10 | R10 | 01/01/2025 | 12/31/2027 |
| $3,137,855.00 | $0.00 | $3,137,855.00 | EPA R10 | R10 | 01/01/2025 | 12/31/2027 |
| $8,932,979.00 | $0.00 | $8,932,979.00 | EPA R10 | R10 | 04/01/2025 | 03/31/2028 |
| $19,989,160.00 | $5,076.93 | $19,984,083.07 | EPA R10 | R10 | 02/10/2025 | 02/09/2028 |
| $20,000,000.00 | $0.00 | $20,000,000.00 | EPA R10 | R10 | 02/10/2025 | 02/09/2028 |
| $19,455,772.00 | $0.00 | $19,455,772.00 | EPA R10 | R10 | 02/01/2025 | 01/31/2028 |
| $19,826,233.00 | $0.00 | $19,826,233.00 | EPA R10 | R10 | 04/21/2025 | 04/20/2028 |
| $16,340,887.00 | $4,836.00 | $16,336,051.00 | EPA R10 | R10 | 02/01/2025 | 01/31/2028 |
| $19,990,020.00 | $0.00 | $19,990,020.00 | EPA R10 | R10 | 02/01/2025 | 01/31/2028 |
| $2,904,935.00 | $0.00 | $2,904,935.00 | EPA R10 | R10 | 02/01/2025 | 01/31/2028 |
| $19,998,693.00 | $0.00 | $19,998,693.00 | EPA R10 | R10 | 03/01/2025 | 02/29/2028 |
| $19,983,378.00 | $3,375.77 | $19,980,002.23 | EPA R10 | R10 | 01/01/2025 | 12/31/2027 |
| $20,000,000.00 | $0.00 | $20,000,000.00 | EPA R10 | R10 | 05/01/2025 | 04/30/2028 |
| $19,960,040.00 | $52,864.96 | $19,907,175.04 | EPA R4 | R04 | 01/01/2025 | 12/31/2027 |
| $14,443,306.00 | $6,177.29 | $14,437,128.71 | EPA R4 | R04 | 01/01/2025 | 12/31/2027 |

**J.A. 2712**

EPA_00318504

| Name | State | ID | Type |
|---|---|---|---|
| THE TRUST FOR PUBLIC LAND | CA | HN7CS4YNMBC4 | Not for Profit |
| maic9383 - Minneapolis American Indian Center | MN | JLNTCKHMMP23 | Not for Profit |
| UNIVERSITY OF WISCONSIN SYSTEM | WI | LCLSJAGTNZQ7 | State Institution of Higher Learning |
| CITY OF MADISON | WI | FS3AZ3FV8JG8 | Municipal |
| MIDWEST TRIBAL ENERGY RESOURCES ASSOCIATION INC | WI | CBSZX57DLCY1 | Indian Tribe |
| LEECH LAKE BAND OF OJIBWE | MN | EBFFR37CPL55 | Indian Tribe |
| THE CITY-COUNTY OF BUTTE SILVER BOW | MT | KU4FFEFBNJD9 | County |
| Flandreau Santee Sioux Tribe | SD | HH4QS2XSBBK4 | Indian Tribe |
| cdi3831 - COMMUN DENVER INC. | CO | F7P7YN1KERT4 | Not for Profit |
| CITY OF HOUSTON | TX | GULQZBMP2SR3 | Municipal |
| DILLARD UNIVERSITY | LA | FR9LM1J86MJ5 | Private University |
| mwmw8466 - MISSION WACO MISSION WORLD | TX | NN73AH7NJQ24 | Not for Profit |
| sfisi5705 - SANTA FE INDIAN SCHOOL, INC. | NM | Z8S4SGTN7TB3 | Not for Profit |
| urec6143 - URBAN RESTORATION ENHANCEMENT CORPORATION | LA | JMU7U1STL1E9 | Not for Profit |
| bbca2029 - BIG BEND CONSERVATION ALLIANCE | TX | S8ZQQCC5VY43 | Not for Profit |
| aah0289 - AIR ALLIANCE HOUSTON | TX | SL44BVTJBFK5 | Not for Profit |
| tgcfce0255 - THE GLOBAL CENTER FOR CULTURAL ENTREPRENEURSHIP | NM | WQRNGQRGEWF6 | Not for Profit |
| srni3940 - Stay Ready NOLA, Inc. | LA | TZRGSNCAVLF4 | Not for Profit |
| LANE COUNTY OREGON | OR | XCLAXTCSJF71 | County |
| CITY OF POCATELLO | ID | C1H5KKGYA7F8 | Municipal |
| THE CORPORATION OF GONZAGA UNIVERSITY | WA | Y14CPR31B6C3 | Private University |
| DENA NENA HENASH | AK | D37SXRJ5HMJ1 | Indian Tribe |
| CONFEDERATED TRIBES OF GRAND RONDE | OR | K4ZDA84UXNN5 | Indian Tribe |
| FRONT AND CENTERED | WA | XAWGFDYVLB88 | Not for Profit |
| NATIVE VILLAGE OF CHENEGA | AK | G6CZKLD8N8E6 | Indian Tribe |
| ALASKA NATIVE TRIBAL HEALTH CONSORTIUM | AK | M272P7XFJNN7 | Indian Tribe |
| tf3690 - TEBUGHNA FOUNDATION | AK | X3CBRNE3CN78 | Not for Profit |
| METLAKATLA INDIAN COMMUNITY | AK | MYPCUEP3PY65 | Indian Tribe |
| ALASKA NATIVE TRIBAL HEALTH CONSORTIUM | AK | M272P7XFJNN7 | Indian Tribe |
| Chiloquin - CITY OF CHILOQUIN | OR | YMM6JD17NHJ7 | Municipal |
| cgesd6357 - Columbia Gorge Education Service District | OR | TGJRJSMNDUH6 | |
| sri0185 - SPRUCE ROOT, INC. | AK | WHSCX3H9LN69 | Not for Profit |
| Native Village of Kipnuk | AK | LZJ7Y671BNN5 | Indian Tribe |
| Confederated Tribes and Bands of the Yakama Nation | WA | Q4EDSUR34U61 | Indian Tribe |
| t6438 - RECTOR & VISITORS OF THE UNIVERSITY OF VIRGINIA | VA | JJG6HU8PA4S5 | State Institution of Higher Learning |
| THE TRUST FOR PUBLIC LAND | CA | HN7CS4YNMBC4 | Not for Profit |
| TEXAS A & M UNIVERSITY | TX | JF6XLNB4CDJ5 | State Institution of Higher Learning |

EPA_00318505

| 66.616 | Environmental and Climate Justice Block Grant Program |
|--------|-------------------------------------------------------|
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |

EPA_00318506

**J.A. 2714**

| |
|---|
| Building Democratic Systems for a Climate Resilient Cleveland |
| Minneapolis Climate Resilience Hub Partnership |
| InterTribal Lake Winnebago Mayom ~Wild Rice ~ Revitalization Project |
| Climate Resilience Starts at Home: Growing Energy Efficiency, Indoor Air Quality, and Green Jobs in Madison and Fitchburg, Wisconsin |
| Improving Tribal Access to Energy Efficiency and Weatherization Infrastructure for Midwest Tribes |
| Leech Lake Band of Ojibwe Tribal Resilience Hub |
| Butte Community Resilience Hub |
| Flandreau Santee Sioux Tribe Community Change Grant |
| Loretto Heights Resiliency Hub |
| Vulnerable to Vibrant: Power for Change |
| Dillard University and United Way of Southeast Louisiana Partnership: Building Climate Resiliency in Southeast Louisiana |
| Engaging Communities for a Resilient and Sustainable Waco and McLennan County |
| Water Is Life: Advancing Climate Action and Environmental Justice Goals of the Santa Fe Indian School Campus Vision Plan |
| Weatherization and Energy Efficiency to Promote Louisiana Urban Growth (WE PLUG Louisiana) |
| Everything's Connected in Presidio: Building climate resiliency through green infrastructure and reducing pollution through traffic mitigation at the International Bridge crossing |
| AirMail Gulf Coast |
| New Mexico Partnership for Equitable Climate Planning and Policy |
| Stay Ready Solar Project |
| Lane County Transformation for Resiliency Through Equity and Engagement Network |
| CITY OF POCATELLO SOUTH 5TH AVE. COMPLETE STREETS AND SEWER PROJECT |
| Spokane Climate Resilience Project - transform disadvantaged Spokane communities into healthy, climate resilient, and thriving communities. |
| EPA Huslia Village Climate Solutions |
| FY2024 CTGR EPA CCGP Resident Resilience Center |
| Applying Cornerstones of Co-governance through Community Leadership and Assemblies in Washington State for Environmental Justice (ACCELERATE EJ) |
| Chenega Bulk Fuel Storage System &amp; Renewable Integration Project. |
| Bering Straits Community Solar &amp; Battery Systems |
| Rebuilding Community: Repairing and Renewing Homes for the People of the Native Village of Tyonek, Alaska |
| Revitalizing Metlakatlas Ecosystems for Future Generations - Air Toxic Pollution Reduction, Nature-Based Solutions through Regenerative Seaweed Farming, and Ocean Vessel E |
| Kotzebue Tribal Wind |
| Chiloquin Community Resilience Hub and Municipal Center |
| The Columbia Gorge Early Learning and Resilience Center: A rural hub for environmental justice and climate resilience |
| Village Voices for Equity: Strengthening Indigenous Participation in Environmental and Climate Policy |
| Kipnuk Reach 3 Riprap Riverbank Stabilization Project |
| Fire and the Built Environment: Reducing Air Pollution Impacts on Yakama Nation and the Yakima Valley |
| Permafrost Management for Community Health and Resilience in Utqiaġvik, Alaska |
| Environmental and Climate Justice Block Grant Program |
| Environmental and Climate Justice Block Grant Program |

EPA_00318507

This agreement provides funding under the Inflation Reduction Act (IRA) to The Trust for Public Land.  Specifically, through this project entitled &quot;Building Democratic System

This agreement provides funding under the Inflation Reduction Act (IRA) to Minneapolis American Indian Center. Specifically, the project will fund the installation and utilization of

This agreement provides funding under the Inflation Reduction Act (IRA) to The Board of Regents of the University of Wisconsin System.  Specifically, the project will interrupt and

This agreement provides funding under the Inflation Reduction Act (IRA) to City of Madison. Specifically, the project will address energy justice head on and implementing equitabl

This agreement provides funding under the Inflation Reduction Act (IRA) to Midwest Tribal Energy Resources Association, Inc (MTERA). Specifically, the project will improve the li

This agreement provides funding under the Inflation Reduction Act (IRA) to Leech Lake Band of Ojibwe. Specifically, the project will be creating a Tribal Resilience Hub, the corner

This agreement provides funding under the Inflation Reduction Act (IRA) to The City and County of Butte-Silver Bow. Specifically, the project will build The Community Resilience

This agreement provides funding under the Inflation Reduction Act (IRA) to the Flandreau Santee Sioux Tribe. Specifically, the project will create a Zero Emission Transportation C

This agreement provides funding under the Inflation Reduction Act (IRA) to Commun Denver Inc. Specifically, the project will renovate a 40,000 square foot building into a commu

This agreement provides funding under the Inflation Reduction Act (IRA). The project will focus on several key areas in the City of Houston:Contamination and Pollution Mitigation:

This agreement allocates funding to Dillard University through the Inflation Reduction Act (IRA). The university will utilize this funding to install electric vehicle charging stations, so

This agreement provides funding under the Inflation Reduction Act (IRA) to Mission Waco Mission World. Specifically, the project will strengthen existing partnerships to build a m

This agreement provides funding under the Inflation Reduction Act (IRA) to Santa Fe Indian School, Inc. Specifically, the project will implement the 2023 Santa Fe Indian School (S

This agreement provides funding under the Inflation Reduction Act (IRA) to Urban Restoration Enhancement Corporation. Specifically, this Track I project will be implemented thro

This agreement provides funding under the Inflation Reduction Act (IRA) to Big Bend Conservation Alliance. Specifically, the project will revitalize and provide green spaces, monit

This agreement provides funding under the Inflation Reduction Act (IRA) to Air Alliance Houston (AAH). Specifically, the project will build the capacity of communities and governm

This agreement provides funding under the Inflation Reduction Act (IRA) to the Global Center for Cultural Entrepreneurship.  Specifically, the project will support the recipient and i

This agreement provides funding under the Inflation Reduction Act (IRA) to Stay Ready NOLA, Inc. Specifically, the project will seek to build a ResilienceHub to enhance communi

This agreement provides funding under the Inflation Reduction Act (IRA) to Lane County to tackle the climate crisis by renovating six resiliency hubs targeting high risk populations

This agreement provides funding under the Inflation Reduction Act (IRA) to the City of Pocatello. Specifically, the project will improve local groundwater and air quality, while also i

This agreement provides funding under the Inflation Reduction Act (IRA) to Gonzaga Institute for Climate, Water, and the Environment (Climate Institute). Specifically, this project

This agreement provides funding under the Inflation Reduction Act (IRA) to Tanana Chiefs Conference. Specifically, the project will allow Tanana Chiefs Conference to manage the

This agreement provides funding under the Inflation Reduction Act (IRA) to Confederated Tribes of Grand Ronde. Specifically, the project will allow Confederated Tribes of Grand

This agreement provides funding under the Inflation Reduction Act (IRA) to Front &amp; Centered.  Specifically, the project will engage Community-Based Organizations and com

This grant provides funding under the Inflation Reduction Act (IRA) to Native Village of Chenega. Specifically, the project will involve the construction of a new 30,000-gallon bulk f

This agreement provides funding under the Inflation Reduction Act (IRA) to the Alaska Native Tribal Health Consortium. Specifically, the project proposes to build community-scale

This agreement provides funding under the Inflation Reduction Act (IRA) to Tebughna Foundation. Specifically, the project will create a workforce development program in Tyonek,

This agreement provides funding under the Inflation Reduction Act (IRA) to Metlakatla Indian Community. Specifically, the project will: (1) implement seaweed farming as a nature-

This agreement provides funding under the Inflation Reduction Act (IRA) to Alaska Native Tribal Health Consortium (ANTHC). Specifically, the project will build two wind turbines in Kotzebue, Alaska.

With an overarching purpose to prepare the Greater Chiloquin Area to respond to emergencies, support residents in times of crisis, and foster climate change resiliency, this proje

This agreement provides funding under the Inflation Reduction Act (IRA) to the Columbia Gorge Education Service District. Specifically, the project will renovate a school building t

This agreement provides funding under the Inflation Reduction Act (IRA) to Spruce Root.  Specifically, the project will engage rural, disadvantaged Tribal communities in Southeas

This agreement provides funding under the Inflation Reduction Act (IRA) to Native Village of Kipnuk. Specifically, the Kipnuk Riprap Riverbank Stabilization Project will add riprap t

This agreement provides funding under the Inflation Reduction Act (IRA) to Confederated Tribes and Bands of Yakama Nation. Specifically, the project will allow the Confederated

This agreement provides funding under the Inflation Reduction Act (IRA) to the University of Virginia. Specifically, the project will allow the University of Virginia, working in Utqiagv

This agreement approves an award in the amount of $19,960,040 under the Inflation Reduction Act (IRA) to the Trust for Public Land. Specifically, the Clifton Hills Alton Park Thre

This action approves an award in the amount of $14,443,306.00 to support Texas A&amp;M University to install hundreds of onsite wastewater treatment systems, infrastructure t

EPA_00318508

| 66.616 | 5F | 03D26124 | 03D26124-0 | 12/02/2024 | | 2025 | 03/03/2025 | $19,953,400.00 | $19,953,400.00 |
|--------|----|----------|------------|------------|--|------|------------|-----------------|-----------------|
| 66.616 | 5F | 03D26224 | 03D26224-0 | 12/04/2024 | | 2025 | 02/24/2025 | $19,357,757.00 | $19,357,757.00 |
| 66.616 | 5F | 03D26324 | 03D26324-0 | 12/04/2024 | | 2025 | 02/25/2025 | $19,827,740.00 | $18,490,240.00 |
| 66.616 | 5F | 03D30524 | 03D30524-0 | 12/10/2024 | | 2025 | 02/20/2025 | $20,000,000.00 | $20,000,000.00 |
| 66.616 | 5F | 03D30624 | 03D30624-0 | 12/16/2024 | | 2025 | | $14,944,031.00 | $14,944,031.00 |
| 66.616 | 5F | 03D30724 | 03D30724-0 | 12/18/2024 | | 2025 | | $19,999,967.00 | $19,999,967.00 |
| 66.616 | 5F | 03D30824 | 03D30824-0 | 12/20/2024 | | 2025 | 02/21/2025 | $11,441,520.00 | $11,396,020.00 |
| 66.616 | 5F | 03D30924 | 03D30924-0 | 12/20/2024 | | 2025 | 01/31/2025 | $1,875,142.00 | $1,875,142.00 |
| 66.616 | 5F | 03D31024 | 03D31024-0 | 12/12/2024 | | 2025 | 03/05/2025 | $3,103,648.00 | $3,103,648.00 |
| 66.616 | 5F | 03D33525 | 03D33525-0 | 01/17/2025 | | 2025 | | $3,000,000.00 | $3,000,000.00 |
| 66.616 | 5F | 03D33625 | 03D33625-0 | 01/16/2025 | | 2025 | | $2,596,592.00 | $2,596,592.00 |
| 66.616 | 5F | 03D33725 | 03D33725-0 | 01/17/2025 | | 2025 | | $19,996,791.00 | $19,996,791.00 |
| 66.616 | 5F | 03D33825 | 03D33825-0 | 01/16/2025 | | 2025 | 03/07/2025 | $19,889,515.00 | $19,889,515.00 |
| 66.616 | 5F | 03D33925 | 03D33925-0 | 01/17/2025 | | 2025 | | $19,805,900.00 | $19,805,900.00 |
| 66.616 | 5F | 953A0021 | 953A0021-0 | 11/26/2024 | | 2025 | 02/25/2025 | $20,104,032.00 | $20,104,032.00 |
| 66.616 | 5F | 953A0039 | 953A0039-0 | 11/26/2024 | | 2025 | 02/20/2025 | $15,309,845.00 | $15,309,845.00 |
| 66.616 | 5F | 953A0075 | 953A0075-0 | 12/11/2024 | | 2025 | | $19,997,822.00 | $19,997,822.00 |
| 66.616 | 5F | 953A0079 | 953A0079-0 | 12/05/2024 | | 2025 | | $20,006,400.00 | $20,006,400.00 |
| 66.616 | 5F | 953A0097 | 953A0097-0 | 01/08/2025 | | 2025 | 03/04/2025 | $19,886,658.00 | $19,886,658.00 |
| 66.616 | 5F | 96272300 | 96272300-0 | 12/13/2024 | | 2025 | 03/03/2025 | $1,047,647.00 | $1,047,647.00 |
| 66.616 | 5F | 96272800 | 96272800-0 | 12/20/2024 | | 2025 | 02/27/2025 | $20,096,954.00 | $20,096,954.00 |
| 66.616 | 5F | 96272900 | 96272900-0 | 12/11/2024 | | 2025 | | $20,152,214.00 | $20,152,214.00 |
| 66.616 | 5F | 96273600 | 96273600-0 | 12/16/2024 | | 2025 | 02/26/2025 | $3,115,632.00 | $3,115,632.00 |
| 66.616 | 5F | 96274625 | 96274625-0 | 12/18/2024 | | 2025 | | $3,000,000.00 | $3,000,000.00 |
| 66.616 | 5F | 96275300 | 96275300-0 | 12/20/2024 | | 2025 | | $11,914,745.00 | $11,914,745.00 |
| 66.616 | 5F | 96275325 | 96275325-0 | 12/18/2024 | | 2025 | 03/04/2025 | $19,318,594.00 | $19,318,594.00 |
| 66.616 | 5F | 96275425 | 96275425-0 | 01/13/2025 | | 2025 | 02/21/2025 | $11,158,108.00 | $11,158,108.00 |
| 66.616 | 5F | 96276500 | 96276500-0 | 01/03/2025 | | 2025 | 03/04/2025 | $20,000,000.00 | $20,000,000.00 |
| 66.616 | 5F | 96276600 | 96276600-0 | 01/16/2025 | | 2025 | | $20,000,000.00 | $20,000,000.00 |
| 66.616 | 5F | 96276700 | 96276700-0 | 01/15/2025 | | 2025 | 03/06/2025 | $20,000,000.00 | $20,000,000.00 |
| 66.616 | 5F | 96278700 | 96278700-0 | 01/13/2025 | | 2025 | 02/26/2025 | $3,000,000.00 | $3,000,000.00 |
| 66.616 | 5F | 97T17601 | 97T17601-0 | 11/26/2024 | | 2025 | 02/21/2025 | $1,200,000.00 | $1,200,000.00 |
| 66.616 | 5F | 97T17701 | 97T17701-0 | 12/09/2024 | | 2025 | | $20,040,630.00 | $20,040,630.00 |
| 66.616 | 5F | 97T17801 | 97T17801-0 | 11/25/2024 | | 2025 | 02/26/2025 | $19,999,999.00 | $19,999,999.00 |
| 66.616 | 5F | 97T17901 | 97T17901-0 | 12/06/2024 | | 2025 | 02/27/2025 | $20,000,000.00 | $20,000,000.00 |
| 66.616 | 5F | 97T18001 | 97T18001-0 | 11/26/2024 | | 2025 | 03/04/2025 | $20,452,614.00 | $20,452,614.00 |
| 66.616 | 5F | 97T18101 | 97T18101-0 | 11/23/2024 | | 2025 | 02/10/2025 | $18,560,143.00 | $18,560,143.00 |
| 66.616 | 5F | 97T18301 | 97T18301-0 | 11/26/2024 | | 2025 | 02/28/2025 | $1,500,000.00 | $1,500,000.00 |
| 66.616 | 5F | 97T24301 | 97T24301-0 | 11/25/2024 | | 2025 | 03/03/2025 | $19,965,495.00 | $19,965,495.00 |
| 66.616 | 5F | 97T24601 | 97T24601-0 | 11/29/2024 | | 2025 | 03/11/2025 | $3,000,000.00 | $3,000,000.00 |
| 66.616 | 5F | 97T24701 | 97T24701-0 | 11/19/2024 | | 2025 | 02/24/2025 | $19,997,193.00 | $19,997,193.00 |
| 66.616 | 5F | 97T28201 | 97T28201-0 | 12/12/2024 | | 2025 | | $18,590,988.00 | $18,590,988.00 |

EPA_00318509

**J.A. 2717**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| $19,953,400.00 | $22,590.29 | $19,930,809.71 | EPA R4 | R04 | 12/01/2024 | 11/30/2027 |
| $19,357,757.00 | $50,522.14 | $19,307,234.86 | EPA R4 | R04 | 12/01/2024 | 11/30/2027 |
| $18,490,240.00 | $3,957.75 | $18,486,282.25 | EPA R4 | R04 | 01/01/2025 | 12/31/2027 |
| $20,000,000.00 | $67,745.29 | $19,932,254.71 | EPA R4 | R04 | 01/01/2025 | 12/31/2027 |
| $14,944,031.00 | $0.00 | $14,944,031.00 | EPA R4 | R04 | 03/01/2025 | 02/29/2028 |
| $19,999,967.00 | $0.00 | $19,999,967.00 | EPA R4 | R04 | 04/01/2025 | 03/31/2028 |
| $11,396,020.00 | $145,008.85 | $11,251,011.15 | EPA R4 | R04 | 01/01/2025 | 12/31/2027 |
| $1,875,142.00 | $6,129.72 | $1,869,012.28 | EPA R4 | R04 | 01/01/2025 | 12/31/2027 |
| $3,103,648.00 | $15,990.25 | $3,087,657.75 | EPA R4 | R04 | 01/01/2025 | 12/31/2027 |
| $3,000,000.00 | $0.00 | $3,000,000.00 | EPA R4 | R04 | 06/01/2025 | 05/31/2028 |
| $2,596,592.00 | $0.00 | $2,596,592.00 | EPA R4 | R04 | 03/01/2025 | 02/29/2028 |
| $19,996,791.00 | $0.00 | $19,996,791.00 | EPA R4 | R04 | 01/01/2025 | 12/31/2027 |
| $19,889,515.00 | $1,471.23 | $19,888,043.77 | EPA R4 | R04 | 03/01/2025 | 02/29/2028 |
| $19,805,900.00 | $0.00 | $19,805,900.00 | EPA R4 | R04 | 01/01/2025 | 12/31/2027 |
| $20,104,032.00 | $62,683.23 | $20,041,348.77 | EPA R3 | R03 | 11/01/2024 | 10/31/2027 |
| $15,309,845.00 | $877,922.29 | $14,431,922.71 | EPA R3 | R03 | 11/01/2024 | 10/31/2027 |
| $19,997,822.00 | $0.00 | $19,997,822.00 | EPA R3 | OEJECR | 01/01/2025 | 12/31/2027 |
| $20,006,400.00 | $0.00 | $20,006,400.00 | EPA R3 | R03 | 03/01/2025 | 02/29/2028 |
| $19,886,658.00 | $27,106.16 | $19,859,551.84 | EPA R3 | R03 | 02/01/2025 | 01/31/2028 |
| $1,047,647.00 | $48,405.75 | $999,241.25 | EPA R2 | R02 | 11/01/2024 | 10/31/2027 |
| $20,096,954.00 | $34,767.96 | $20,062,186.04 | EPA R2 | R02 | 01/06/2025 | 01/05/2028 |
| $20,152,214.00 | $0.00 | $20,152,214.00 | EPA R2 | R02 | 01/15/2025 | 01/14/2028 |
| $3,115,632.00 | $32,659.97 | $3,082,972.03 | EPA R2 | R02 | 01/01/2025 | 12/31/2027 |
| $3,000,000.00 | $0.00 | $3,000,000.00 | EPA R2 | R02 | 02/15/2025 | 02/14/2028 |
| $11,914,745.00 | $0.00 | $11,914,745.00 | EPA R2 | R02 | 02/17/2025 | 02/16/2028 |
| $19,318,594.00 | $12,282.31 | $19,306,311.69 | EPA R2 | R02 | 01/06/2025 | 01/05/2028 |
| $11,158,108.00 | $32,000.00 | $11,126,108.00 | EPA R2 | R02 | 02/01/2025 | 01/31/2028 |
| $20,000,000.00 | $51,712.01 | $19,948,287.99 | EPA R2 | R02 | 01/15/2025 | 01/14/2028 |
| $20,000,000.00 | $0.00 | $20,000,000.00 | EPA R2 | R02 | 03/31/2025 | 03/30/2028 |
| $20,000,000.00 | $201,599.86 | $19,798,400.14 | EPA R2 | R02 | 02/01/2025 | 01/31/2028 |
| $3,000,000.00 | $3,993.88 | $2,996,006.12 | EPA R2 | R02 | 12/16/2024 | 12/15/2027 |
| $1,200,000.00 | $25,000.00 | $1,175,000.00 | EPA R9 | R09 | 11/01/2024 | 10/31/2027 |
| $20,040,630.00 | $0.00 | $20,040,630.00 | EPA R9 | R09 | 12/01/2024 | 11/30/2027 |
| $19,999,999.00 | $32,267.31 | $19,967,731.69 | EPA R9 | R09 | 01/06/2025 | 01/05/2028 |
| $20,000,000.00 | $88,158.13 | $19,911,841.87 | EPA R9 | R09 | 10/01/2024 | 09/30/2027 |
| $20,452,614.00 | $892,698.17 | $19,559,915.83 | EPA R9 | R09 | 01/01/2025 | 12/31/2027 |
| $18,560,143.00 | $573,914.45 | $17,986,228.55 | EPA R9 | R09 | 11/01/2024 | 10/31/2027 |
| $1,500,000.00 | $62,257.71 | $1,437,742.29 | EPA R9 | R09 | 12/01/2024 | 11/30/2027 |
| $19,965,495.00 | $7,502.33 | $19,957,992.67 | EPA R9 | R09 | 01/01/2025 | 12/31/2027 |
| $3,000,000.00 | $47,770.47 | $2,952,229.53 | EPA R9 | R09 | 12/16/2024 | 12/15/2027 |
| $19,997,193.00 | $86,535.55 | $19,910,657.45 | EPA R9 | R09 | 12/01/2024 | 11/30/2027 |
| $18,590,988.00 | $0.00 | $18,590,988.00 | EPA R9 | R09 | 01/01/2025 | 12/31/2027 |

**J.A. 2718**

EPA_00318510

| | | | |
|---|---|---|---|
| lsca5653 - Lucky Shoals Community Association, Inc. | GA | RXW8XMECCFL9 | Not for Profit |
| sfcf3865 - SOUTHWEST FLORIDA COMMUNITY FOUNDATION, INC. | FL | T3M1LLGHUMC5 | Not for Profit |
| tsrfohpi8797 - The Southwest Renewal Foundation of High Point, Inc. | NC | S79DG9CMYF69 | Not for Profit |
| Groundwell Inc. - GROUNDSWELL INC | DC | WLA2JJDJFL63 | Not for Profit |
| Univ Area CD - UNIVERSITY AREA COMMUNITY DEV | FL | STMHHTJHN1R8 | Not for Profit |
| twlti4915 - THE WORKING LANDS TRUST, INC. | NC | JLTHEQFXZG53 | Not for Profit |
| si0695 - Sustainability Institute | SC | NF9KCFN32M55 | Not for Profit |
| teoca3785 - Tennessee Educators of Color Alliance | TN | C7UMG6PDANY8 | Not for Profit |
| mi8573 - MDC, INC. | NC | R84FBNHNNDJ7 | Not for Profit |
| PalmBchCoGov - COUNTY OF PALM BEACH | FL | XL2DNFMPCR44 | County |
| WEST ANNISTON FOUNDATION | AL | K2LLRBBPDA26 | Not for Profit |
| ygag5952 - YOUNG, GIFTED & GREEN | TN | F24MECJ9L4A5 | Not for Profit |
| 2CMississippi: Towards Sustainable, Educated and Empowered Mississippi | MS | ELCWEURZDPW9 | Not for Profit |
| CITY OF THOMASVILLE | GA | C115QBW3DCK7 | Township |
| NATIONAL HOUSING TRUST | DC | JX69LRYCYUA7 | Not for Profit |
| PITTSBURGH CONSERVATION CORPS | PA | D32KKGEEYJ15 | Not for Profit |
| ENERGY COORDINATING AGENCY OF PHILADELPHIA, INC. | PA | D3SLFNSLDQG1 | Not for Profit |
| CITY OF HAMPTON | VA | H43KALPESBP1 | Municipal |
| t6438 - RECTOR & VISITORS OF THE UNIVERSITY OF VIRGINIA | VA | JJG6HU8PA4S5 | State Institution of Higher Learning |
| BRONX RIVER ALLIANCE INC | NY | MW8CCAHLLTN7 | Not for Profit |
| GRID ALTERNATIVES | CA | GXQ3HX2VLLP3 | Not for Profit |
| PEOPLE UNITED FOR SUSTAINABLE HOUSING, INC | NY | DC4ZZCUTM6N9 | Not for Profit |
| EL PUENTE DE WILLIAMSBURG, INC. | NY | QD3BU836BR33 | Not for Profit |
| WEST HARLEM ENVIRONMENTAL ACTION INC | NY | PB8TKKTU3AG3 | Not for Profit |
| ddlcdpri9224 - DEPARTAMENTO DE LA COMIDA DE PUERTO RICO INC | PR | FAN4ZMDTP588 | Not for Profit |
| Ironbound Community Corporation | NJ | RESKT9F5G3K3 | Not for Profit |
| Rockaway Waterfront Alliance, Inc. | NY | M12VD7WEEFM9 | Not for Profit |
| adrdlmi8531 - ASOCIACION DE RESIDENTES DE LA MARGARITA INC | PR | DGR4WZZYGQ86 | Not for Profit |
| ISLAND GREEN BUILDING ASSOCIATION, INCORPORATED | VI | QT3RF9GL8VT4 | Not for Profit |
| taotcri1427 - TRINITY ALLIANCE OF THE CAPITAL REGION, INC | NY | XB3ZLWAE8836 | Not for Profit |
| THE NEW SCHOOL | NY | YNL2H7YNMFP9 | Private University |
| SPECIAL SERVICE FOR GROUPS, INC. | CA | WQGNEZQYP3Y7 | Not for Profit |
| CITY OF BAKERSFIELD | CA | YUJJHEWCPLZ5 | Municipal |
| tsdf0690 - SAN DIEGO FOUNDATION | CA | SZ8JCM7C3ND9 | Not for Profit |
| cfrcd6471 - COALITION FOR RESPONSIBLE COMMUNITY DEVELOPMENT | CA | ML7DAKLHL8C4 | Not for Profit |
| do1729 - DAY ONE | CA | MXVGDJN73T46 | Not for Profit |
| lfcci9534 - LA FAMILIA COUNSELING CENTER, INC | CA | JNGAN2NDKKZ8 | Not for Profit |
| igp9296 - INSIGHT GARDEN PROGRAM | CA | CAYNH2NVEM53 | Not for Profit |
| timma1315 - TREASURE ISLAND MOBILITY MANAGEMENT AGENCY | CA | ZQYAKF2S8NL8 | Special District |
| SOCIAL AND ENVIRONMENTAL ENTREPRENEURS (SEE), INC. | CA | VCAASEEZRM59 | Not for Profit |
| tpfi9370 - PRIMAVERA FOUNDATION INC | AZ | ZXQAE5JV2LJ8 | Not for Profit |
| PUEBLO UNIDO CDC | CA | GR5NZB2NUS49 | Not for Profit |

EPA_00318511

| 66.616 | Environmental and Climate Justice Block Grant Program |
|--------|-------------------------------------------------------|
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |

EPA_00318512

| |
|---|
| Environmental and Climate Justice Block Grant Program |
| Environmental and Climate Justice Block Grant Program |
| Environmental and Climate Justice Block Grant Program |
| Environmental and Climate Justice Block Grant Program |
| Environmental and Climate Justice Block Grant Program |
| Environmental and Climate Justice Block Grant Program |
| Environmental and Climate Justice Block Grant Program |
| Environmental and Climate Justice Block Grant Program |
| Environmental and Climate Justice Block Grant Program |
| Environmental and Climate Justice Block Grant Program |
| Environmental and Climate Justice Block Grant Program |
| Environmental and Climate Justice Block Grant Program |
| Environmental and Climate Justice Block Grant Program |
| Environmental and Climate Justice Block Grant Program |
| Empowering Healthy, Resilient and Affordable Communities |
| Leveraging a Pittsburgh / Philadelphia Workforce Development Partnerships to Multiply the Impact of Decarbonization, Pollution Remediation, and Circular Economy through Wor |
| Grays Ferry Community Resilience Hub |
| Aberdeen Gardens Community Resilience Implementation Strategy |
| Appalachian Environmental Resilience Community Change Grants Program |
| Uplifting Bronx Voices for Climate Change Resilience |
| A Collaborative Approach to Climate Resilience for Puerto Rico through Renewable Energy, Energy Efficiency, and Natural Resource Restoration |
| The Buffalo Neighborhood Mobilization Hubs Plan |
| To facilitate the engagement of disadvantaged communities in North Brooklyn in governmental processes for environmental and climate justice. |
| EJNYC: Community-Based Solutions for Environmental Justice |
| Por las Quebradas (For the Streams): Community Watershed Stewardship and Climate Resilience in Rural Caguas, Puerto Rico |
| Enhancing Community Resilience with Microgrid Technology |
| Rockaway Coastal Resilience Dune Restoration Project |
| Community Leadership Initiatives for Mitigation and Adaptation (CLIMA) Project |
| United States Virgin Islands Partnerships for Community-Wide Sustainability |
| ALL(bany) Together - Climate and Health Resilience Equity Project |
| Energy Governance Engagement for Environmental Justice (EGEEJ) |
| Inflation Reduction Act &ndash; Environmental and Climate Justice |
| Inflation Reduction Act &ndash; Environmental Justice Thriving Communities |
| Inflation Reduction Act - Environmental and Climate Justice |
| Inflation Reduction Act - Environmental and Climate Justice |
| Environmental and Climate Justice Block Grant Program |
| Inflation Reduction Act &ndash; Environmental and Climate Justice |
| Inflation Reduction Act &ndash; Environmental and Climate Justice |
| Inflation Reduction Act &ndash; Environmental and Climate Justice |
| Inflation Reduction Act - Environmental and Climate Justice |
| INFLATION REDUCTION ACT - ENVIRONMENTAL &amp; CLIMATE JUSTICE |
| Inflation Reduction Act - Environmental and Climate Justice |

EPA_00318513

This agreement provides funding in the amount of $19,953,400 under the Inflation Reduction Act (IRA) to Lucky Shoals Community Association (LSCA). Specifically, the project w

This agreement provides funding in the amount of $19,357,757 under the Inflation Reduction Act (IRA) to Southwest Florida Community Foundation, dba Collaboratory. This proje

This action approves funding in the amount of $18,490,240 to The Southwest Renewal Foundation of High Point, Inc under the Inflation Reduction Act (IRA). Specifically, the proje

This action approves funding in the amount of 20,000,000.00 under the Inflation Reduction Act (IRA) to Groundswell, Inc. Specifically, the project will support community resilience

This action approves funding in the amount of $14,944,031 under the Inflation Reduction Act (IRA) to University Area Community Development Corporation, Inc, Florida. Specifica

This action approves funding in the amount of $19,999,967 under the Inflation Reduction Act (IRA) to The Working Lands Trust, Incorporated of North Carolina. Specifically, the pr

This action approves funding in the amount of $11,396,020 under the Inflation Reduction Act (IRA) to the Sustainability Institute of South Carolina. Specifically, the project will: pro

This action provides funding in the amount of $1,875,142 to support the Tennessee Educators of Color Alliance as they aim to significantly impact communities across Tennessee

This action approves an award in the amount of  $3,103,648.00 under the Inflation Reduction Act (IRA) to MDC Inc.  Specifically, the project will enhance the ability, skills, and cor

This action approves funding in the amount of $3,000,000 under the Inflation Reduction Act (IRA) to Palm Beach County (PBC) Office of Resilience.  Specifically, the project will er

This agreement provides funding in the amount of $2,596,592 under the Inflation Reduction Act (IRA) to West Anniston Foundation, Alabama.  Specifically, the project will empowe

This action approves an award in the amount of $19,996,791 under the Inflation Reduction Act (IRA) to Young, Gifted and Green. Specifically, the project will encompass three clir

This agreement approves funding in the amount of $19,889,515 under the Inflation Reduction Act (IRA) to 2C Mississippi: Towards Sustainable, Educated, and Empowered Missis

This action approves an award in the amount of$19,805,900 to the City of Thomasville under the Inflation Reduction Act (IRA) to support resiliency in Thomasville's low-income his

This agreement provides funding under the Inflation Reduction Act (IRA) to the National Housing Trust. Specifically, the project will retrofit 785 homes to improve indoor air quality

This agreement provides funding under the Inflation Reduction Act (IRA) to the Pittsburgh Conservation Corps. Specifically, the project will support a Pittsburgh-Philadelphia partn

This agreement provides funding under the Inflation Reduction Act (IRA) to ECAP - The Energy Coordinating Agency Of Philadelphia, Inc. and Habitat for Humanity Philadelphia, I

This agreement provides funding under the Inflation Reduction Act (IRA) to City of Hampton, Virginia. Specifically, the project will work to create a sustainable, resilient future for a

This agreement provides funding under the Inflation Reduction Act (IRA) to Rector and Visitors of the University of Virginia (UVA). Specifically, the project will implement Climate F

This agreement provides funding under the Inflation Reduction Act (IRA) to Bronx River Alliance, Inc. Specifically, the project will establish a Bronx Climate Justice Task Force con

This agreement provides funding under the Inflation Reduction Act (IRA) to GRID Alternatives. Specifically, on the east side of Puerto Rico, the project will provide energy efficienc

This agreement provides funding under the Inflation Reduction Act (IRA) to PUSH Buffalo. Specifically, the project includes the following initiatives: Establishing 150 Community R

This agreement provides funding under the Inflation Reduction Act (IRA) to El Puente de Williamsburg, Inc. Specifically, the project will facilitate the engagement of disadvantaged

This agreement provides funding under the Inflation Reduction Act (IRA) to West Harlem Environmental Action, Inc. Specifically, the project will ensure that disadvantaged commu

This agreement provides funding under the Inflation Reduction Act (IRA) to El Departamento de la Comida (El Depa).  Specifically, this project has three initiatives: Community Ed

This agreement provides funding under the Inflation Reduction Act (IRA) to Ironbound Community Corporation (ICC). Specifically, by leveraging innovative solutions and fostering

This agreement provides funding under the Inflation Reduction Act (IRA) to Rockaway Waterfront Alliance (RWA), dba RISE. Specifically, by harnessing nature-based solutions ar

This agreement provides funding under the Inflation Reduction Act (IRA) to Asociación de Residentes de La Margarita, Inc. (ARLM). Specifically, the project will implement

This agreement provides funding under the Inflation Reduction Act (IRA) to Island Green Building Association, doing business as Island Green Living Association (IGL). Specificall

This agreement provides funding under the Inflation Reduction Act (IRA) to Trinity Alliance of the Capital Region. Specifically the project will support climate resiliency through two

This agreement provides funding under the Inflation Reduction Act (IRA) to The New School, Tishman Environment and Design Center. Specifically, the project will create an Ener

This agreement provides funding under the Inflation Reduction Act (IRA) to the nonprofit organization Special Service for Groups, Inc. Specifically, the project will train and empow

The agreement provides funding under the Inflation Reduction Act (IRA) to the City of Bakersfield, CA. Specifically, the project will address Climate Action and Pollution Reduction

This agreement provides funding under the Inflation Reduction Act (IRA) to the San Diego Foundation. Specifically, the project will develop and implement green infrastructure, trar

This agreement provides funding under the Inflation Reduction Act (IRA) to Coalition for Community Responsible Development (CRCD). Specifically, the project is divided into two

This agreement provides funding under the Inflation Reduction Act (IRA) to the nonprofit organization Day One, who are based in the San Gabriel Valley. Specifically, the project w

This agreement provides funding under the Inflation Reduction Act (IRA) to La Familia Counseling Center's Greening North Franklin project to implement several project to

This agreement provides funding under the Inflation Reduction Act (IRA) to Insight Garden Program. Specifically, the project will provide both immediate and long-term benefits to

This agreement provides funding under the Inflation Reduction Act (IRA) to Treasure Island Mobility Management Agency  (TIMMA). Specifically, the project will Treasure Island C

This agreement provides funding under the Inflation Reduction Act (IRA) to Social and Environmental Entrepreneurs (SEE). Specifically, the project will aim to strengthen the relati

This agreement provides funding under the Inflation Reduction Act (IRA) to Primavera Foundation, Inc. that will be used for projects to increase community resilience in the face of

This agreement provides funding under the Inflation Reduction Act (IRA) to Pueblo Unidos CDC. Specifically, the project will build a climate-smart, climate-resilient Center for Com

EPA_00318514

| 66.616 | 5F | 97T28301 | 97T28301-1 | 02/05/2025 | | 2025 | 03/03/2025 | $3,058,750.00 | $3,058,750.00 |
|---|---|---|---|---|---|---|---|---|---|
| 66.616 | 5F | 97T28401 | 97T28401-0 | 12/19/2024 | | 2025 | | $3,000,000.00 | $3,000,000.00 |
| 66.616 | 5F | 97T28501 | 97T28501-0 | 12/18/2024 | | 2025 | 02/21/2025 | $12,650,680.00 | $12,650,680.00 |
| 66.616 | 5F | 97T28601 | 97T28601-0 | 12/10/2024 | | 2025 | 03/07/2025 | $19,987,957.00 | $19,987,957.00 |
| 66.616 | 5F | 97T28701 | 97T28701-0 | 12/12/2024 | | 2025 | | $20,000,000.00 | $20,000,000.00 |
| 66.616 | 5F | 97T28801 | 97T28801-0 | 12/09/2024 | | 2025 | 02/20/2025 | $13,939,738.00 | $13,939,738.00 |
| 66.616 | 5F | 97T28901 | 97T28901-0 | 12/19/2024 | | 2025 | | $3,073,914.00 | $3,073,914.00 |
| 66.616 | 5F | 97T31701 | 97T31701-0 | 01/07/2025 | | 2025 | 03/07/2025 | $19,993,324.00 | $19,993,324.00 |
| 66.616 | 5F | 97T32001 | 97T32001-0 | 01/06/2025 | | 2025 | 02/28/2025 | $19,076,843.00 | $19,076,843.00 |
| 66.721 | 5P | 84107201 | 84107201-0 | 01/15/2025 | | 2025 | 03/03/2025 | $6,703,990.00 | $6,703,990.00 |

EPA_00318515

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| $3,058,750.00 | $1,275,467.89 | $1,783,282.11 | EPA R9 | R09 | 01/01/2025 | 12/31/2027 |
| $3,000,000.00 | $0.00 | $3,000,000.00 | EPA R9 | R09 | 05/01/2025 | 04/30/2028 |
| $12,650,680.00 | $14,142.16 | $12,636,537.84 | EPA R9 | R09 | 01/01/2025 | 12/31/2027 |
| $19,987,957.00 | $51,000.73 | $19,936,956.27 | EPA R9 | R09 | 01/15/2025 | 01/14/2028 |
| $20,000,000.00 | $0.00 | $20,000,000.00 | EPA R9 | R09 | 04/01/2025 | 03/31/2028 |
| $13,939,738.00 | $9,279.89 | $13,930,458.11 | EPA R9 | R09 | 01/01/2025 | 12/31/2027 |
| $3,073,914.00 | $0.00 | $3,073,914.00 | EPA R9 | R09 | 01/01/2025 | 12/31/2027 |
| $19,993,324.00 | $3,929,148.08 | $16,064,175.92 | EPA R9 | R09 | 03/01/2025 | 02/28/2028 |
| $19,076,843.00 | $30,666.94 | $19,046,176.06 | EPA R9 | R09 | 02/01/2025 | 01/31/2028 |
| $6,703,990.00 | $26,670.00 | $6,677,320.00 | EPA HQ | OCSPP | 11/01/2024 | 12/31/2029 |

**J.A. 2724**

EPA_00318516

| lcfjaa4442 - LEADERSHIP COUNSEL FOR JUSTICE AND ACCOUNTABILITY | CA | LYQGLEQU8MQ7 | Not for Profit |
| UNIVERSITY OF GUAM | GU | YL62T9FVJXG3 | State Institution of Higher Learning |
| CASA FAMILIAR, INC | CA | DA19F5NKBH38 | Not for Profit |
| NEVADA CLEAN ENERGY FUND | NV | SMUBKY6A7ZK1 | Not for Profit |
| COMMUNITY WATER CENTER | CA | UAWLZMFKCDL4 | Not for Profit |
| t0609 - Pacific International Center for High Technology Research | HI | L8HGDJE4QQ74 | Not for Profit |
| EARTH ISLAND INSTITUTE INC | CA | N39HWTLFMVK9 | Not for Profit |
| SANTA YNEZ BAND OF MISSION INDIANS | CA | DK1SMCRF8VT5 | Indian Tribe |
| CONTRA COSTA, COUNTY OF | CA | H6XCU2DRT517 | Special District |
| t7133 - Building Materials Re-use Association | PA | ZU4BCJA87DL1 | Not for Profit |

EPA_00318517

| 66.616 | Environmental and Climate Justice Block Grant Program |
|--------|-------------------------------------------------------|
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.721 | Reducing Embodied Greenhouse Gas Emissions for Construction materials and Produicts - IRA |

EPA_00318518

**J.A. 2726**

| | |
|---|---|
| Inflation Reduction Act - Environmental and Climate Justice | |
| Inflation Reduction Act - Environmental and Climate Justice | |
| Inflation Reduction Act &ndash; Environmental and Climate Justice | |
| Inflation Reduction Act &ndash; Environmental and Climate Justice | |
| Inflation Reduction Act &ndash; Environmental and Climate Justice | |
| Inflation Reduction Act - Environmental and Climate Justice | |
| Inflation Reduction Act &ndash; Environmental and Climate Justice | |
| Inflation Reduction Act &ndash; Environmental and Climate Justice | |
| Environmental and Climate Justice Block Grant Program | |
| Build Reuse - Reducing Embodied GHG for Salvaged Materials FR | |

EPA_00318519

This agreement provides funding under the Inflation Reduction Act (IRA) to the Leadership Counsel for Justice and Accountability. Specifically, the project will help communities ch
This agreement provides funding under the Inflation Reduction Act (IRA) to the University of Guam Center for Island Sustainability and Sea Grant. Specifically, the project will crea
This agreement provides funding under the Inflation Reduction Act (IRA) to Casa Familiar. Specifically, this project will reduce greenhouse gas (GHG) emissions and improve air q
This agreement provides funding under the Inflation Reduction Act (IRA) to Nevada Clean Energy Fund. Specifically, the project will deliver critical water, energy, and food infrastru
This agreement provides funding under the Inflation Reduction Act (IRA) to ensure vibrant and thriving communities in the project area by delivering a long-term, sustainable, and
This agreement provides funding under the Inflation Reduction Act (IRA) to Pacific International Center for High Technology Research. Specifically, the project will support commu
This agreement provides funding under the Inflation Reduction Act (IRA) to Earth Island Institute.  Specifically, the project will implement data and science driven programs for env
This agreement provides funding under the Inflation Reduction Act (IRA) to The Santa Ynez Band of Chumash Indians. Specifically, the project aims to enhance climate resilience,
North Richmond Community Resilience Initiative projects will green the neighborhood through landscaping and trees, install energy-efficient systems in homes, also reducing exp
This agreement provides funding under the Inflation Reduction Act (IRA) to Building Materials Re-use Association. This program is to support the development, enhanced standar

EPA_00318520

**J.A. 2728**

Report Last Refresh Date: 4/28/25

| | | Obligation Amount | Obligation Drawdow |
|---|---|---|---|
| | | $2,195,571,779.00 | |

| Assistance Listing Code | Program Code | Grant Family | Grant No | Award Date | Award Fiscal Year | Last Drawdown Date | Project Period Cost | Cumulative Award |
|---|---|---|---|---|---|---|---|---|
| 66.306 | 51 | 00A01313 | 00A01313-0 | 08/08/2024 | 2024 | 03/03/2025 | $500,000.00 | $500,000.00 |
| 66.306 | 51 | 02F74401 | 02F74401-0 | 11/25/2024 | 2025 | | $500,000.00 | $500,000.00 |
| 66.306 | 51 | 02F74801 | 02F74801-0 | 12/11/2024 | 2025 | | $500,000.00 | $500,000.00 |
| 66.306 | 51 | 02J56001 | 02J56001-0 | 11/04/2024 | 2025 | | $500,000.00 | $500,000.00 |
| 66.306 | 51 | 96263224 | 96263224-0 | 11/06/2024 | 2025 | 03/03/2025 | $150,000.00 | $150,000.00 |
| 66.306 | 51 | 97T22801 | 97T22801-0 | 11/26/2024 | 2025 | 02/20/2025 | $500,000.00 | $500,000.00 |
| 66.306 | 51 | 98T88101 | 98T88101-1 | 11/27/2024 | 2025 | 02/20/2025 | $200,000.00 | $200,000.00 |
| 66.306 | 5B | 00A01144 | 00A01144-0 | 07/10/2024 | 2024 | 02/07/2025 | $150,000.00 | $150,000.00 |
| 66.306 | 5B | 00E03623 | 00E03623-1 | 12/05/2024 | 2025 | 01/31/2025 | $500,000.00 | $500,000.00 |
| 66.306 | 5B | 00E03857 | 00E03857-0 | 09/21/2024 | 2024 | 03/04/2025 | $500,000.00 | $500,000.00 |
| 66.306 | 5B | 02F76301 | 02F76301-0 | 02/04/2025 | 2025 | | $498,546.00 | $498,546.00 |
| 66.306 | 5B | 02F76801 | 02F76801-0 | 01/14/2025 | 2025 | | $500,000.00 | $500,000.00 |
| 66.306 | 5B | 02J56501 | 02J56501-1 | 12/19/2024 | 2025 | 03/03/2025 | $498,000.00 | $498,000.00 |
| 66.306 | 5B | 03D03524 | 03D03524-1 | 11/06/2024 | 2025 | | $500,000.00 | $500,000.00 |
| 66.306 | 5B | 84084301 | 84084301-0 | 11/14/2024 | 2025 | 01/31/2025 | $497,111.00 | $497,111.00 |
| 66.306 | 5B | 95337201 | 95337201-1 | 02/04/2025 | 2025 | 02/27/2025 | $500,000.00 | $500,000.00 |
| 66.306 | 5B | 95337301 | 95337301-0 | 10/21/2024 | 2025 | 03/10/2025 | $150,000.00 | $150,000.00 |
| 66.306 | 5B | 96263624 | 96263624-0 | 12/20/2024 | 2025 | | $500,000.00 | $500,000.00 |
| 66.306 | 5B | 97T23101 | 97T23101-0 | 11/20/2024 | 2025 | | $500,000.00 | $500,000.00 |
| 66.306 | 5B | 97T23201 | 97T23201-0 | 12/13/2024 | 2025 | | $500,000.00 | $500,000.00 |
| 66.306 | 5B | 97T23301 | 97T23301-0 | 11/22/2024 | 2025 | 03/03/2025 | $499,975.00 | $499,975.00 |
| 66.306 | 5B | 97T23901 | 97T23901-0 | 12/18/2024 | 2025 | | $500,000.00 | $500,000.00 |
| 66.306 | 5B | 97T29101 | 97T29101-0 | 12/06/2024 | 2025 | | $499,735.00 | $499,735.00 |
| 66.306 | 5B | 98T88501 | 98T88501-0 | 11/25/2024 | 2025 | | $500,000.00 | $500,000.00 |
| 66.306 | EC | 02J03001 | 02J03001-2 | 12/30/2024 | 2025 | 12/05/2024 | $200,000.00 | $200,000.00 |
| 66.306 | EC | 98T94301 | 98T94301-1 | 11/14/2024 | 2025 | | $154,982.00 | $154,982.00 |
| 66.309 | 5K | 84113601 | 84113601-0 | 12/30/2024 | 2025 | 02/20/2025 | $7,000,000.00 | $7,000,000.00 |
| 66.309 | XJ | 00A01452 | 00A01452-1 | 01/14/2025 | 2025 | 02/11/2025 | $10,000,000.00 | $6,000,000.00 |
| 66.309 | XJ | 02D48323 | 02D48323-1 | 12/27/2024 | 2025 | 05/02/2024 | $40,000.00 | $40,000.00 |
| 66.309 | XJ | 02F33801 | 02F33801-2 | 01/07/2025 | 2025 | 02/20/2025 | $10,000,000.00 | $8,000,000.00 |
| 66.309 | XJ | 02J28601 | 02J28601-3 | 01/08/2025 | 2025 | 03/10/2025 | $12,000,000.00 | $9,000,000.00 |
| 66.309 | XJ | 02J28701 | 02J28701-3 | 01/10/2025 | 2025 | 03/05/2025 | $10,096,630.00 | $9,000,000.00 |
| 66.309 | XJ | 13746193 | 13746193-4 | 12/27/2024 | 2025 | 02/13/2025 | $10,000,000.00 | $9,000,000.00 |
| 66.309 | XJ | 96230523 | 96230523-2 | 01/15/2025 | 2025 | 02/04/2025 | $10,000,000.00 | $8,500,000.00 |
| 66.309 | XJ | 96230923 | 96230923-3 | 01/16/2025 | 2025 | 02/21/2025 | $10,000,000.00 | $8,000,000.00 |

**J.A. 2729**

EPA_00318523

| | n Amount | Unliquidated Obligation Amount |
|---|---|---|
| | $47,554,718.96 | $2,148,017,060.04 |

| Obligation Amount | Obligation Drawdown Amount | Unliquidated Obligation Amount | Awarding Region Code | AAship | Project Start Date | Project End Date |
|---|---|---|---|---|---|---|
| $500,000.00 | $59,897.90 | $440,102.10 | EPA R1 | R01 | 04/01/2024 | 10/01/2026 |
| $500,000.00 | $0.00 | $500,000.00 | EPA R6 | R06 | 01/01/2025 | 12/31/2027 |
| $500,000.00 | $0.00 | $500,000.00 | EPA R6 | R06 | 12/15/2024 | 12/14/2027 |
| $500,000.00 | $0.00 | $500,000.00 | EPA R10 | R10 | 10/01/2024 | 09/30/2027 |
| $150,000.00 | $26,104.79 | $123,895.21 | EPA R2 | R02 | 07/01/2024 | 06/30/2027 |
| $500,000.00 | $42,687.04 | $457,312.96 | EPA R9 | R09 | 11/01/2024 | 10/31/2026 |
| $200,000.00 | $3,000.00 | $197,000.00 | EPA R9 | R09 | 07/01/2024 | 06/30/2027 |
| $150,000.00 | $150,000.00 | $0.00 | EPA R1 | R01 | 04/01/2024 | 03/31/2027 |
| $500,000.00 | $71,760.97 | $428,239.03 | EPA R5 | R05 | 07/01/2024 | 06/30/2027 |
| $500,000.00 | $96,083.98 | $403,916.02 | EPA R5 | R05 | 10/01/2024 | 09/30/2027 |
| $498,546.00 | $0.00 | $498,546.00 | EPA R6 | R06 | 12/01/2024 | 11/30/2027 |
| $500,000.00 | $0.00 | $500,000.00 | EPA R6 | R06 | 01/15/2025 | 01/14/2028 |
| $498,000.00 | $33,532.21 | $464,467.79 | EPA R10 | R10 | 09/01/2024 | 08/31/2027 |
| $500,000.00 | $0.00 | $500,000.00 | EPA R4 | R04 | 01/01/2025 | 12/31/2027 |
| $497,111.00 | $74,435.00 | $422,676.00 | EPA HQ | OEJECR | 10/01/2024 | 09/30/2026 |
| $500,000.00 | $9,074.00 | $490,926.00 | EPA R3 | R03 | 04/01/2024 | 03/31/2027 |
| $150,000.00 | $5,038.99 | $144,961.01 | EPA R3 | R03 | 11/01/2024 | 10/31/2026 |
| $500,000.00 | $0.00 | $500,000.00 | EPA R2 | R02 | 11/01/2024 | 10/31/2027 |
| $500,000.00 | $0.00 | $500,000.00 | EPA R9 | R09 | 01/01/2025 | 12/31/2027 |
| $500,000.00 | $0.00 | $500,000.00 | EPA R9 | R09 | 01/01/2025 | 12/31/2027 |
| $499,975.00 | $8,405.99 | $491,569.01 | EPA R9 | R09 | 01/01/2025 | 12/31/2027 |
| $500,000.00 | $0.00 | $500,000.00 | EPA R9 | R09 | 12/01/2024 | 01/01/2027 |
| $499,735.00 | $0.00 | $499,735.00 | EPA R9 | R09 | 01/01/2025 | 12/31/2027 |
| $500,000.00 | $0.00 | $500,000.00 | EPA R9 | R09 | 12/01/2024 | 11/30/2027 |
| $200,000.00 | $136,703.60 | $63,296.40 | EPA R10 | R10 | 02/01/2022 | 04/30/2025 |
| $154,982.00 | $0.00 | $154,982.00 | EPA R9 | R09 | 10/01/2024 | 10/31/2025 |
| $7,000,000.00 | $40,088.66 | $6,959,911.34 | EPA HQ | OEJECR | 01/01/2025 | 12/31/2029 |
| $6,000,000.00 | $175,761.13 | $5,824,238.87 | EPA R1 | R01 | 07/01/2024 | 06/30/2029 |
| $19,890.00 | $19,890.00 | $0.00 | EPA R4 | R04 | 09/01/2023 | 08/31/2025 |
| $8,000,000.00 | $1,522,688.97 | $6,477,311.03 | EPA R6 | R06 | 06/01/2023 | 05/31/2028 |
| $9,000,000.00 | $1,881,247.99 | $7,118,752.01 | EPA R10 | R10 | 06/01/2023 | 05/31/2028 |
| $9,000,000.00 | $2,129,416.61 | $6,870,583.39 | EPA R10 | R10 | 06/01/2023 | 05/31/2028 |
| $9,000,000.00 | $1,736,649.96 | $7,263,350.04 | EPA R4 | R04 | 03/01/2023 | 02/29/2028 |
| $8,500,000.00 | $1,712,588.88 | $6,787,411.12 | EPA R2 | OEJECR | 07/01/2023 | 06/30/2028 |
| $8,000,000.00 | $2,305,418.12 | $5,694,581.88 | EPA R2 | R02 | 07/01/2023 | 06/30/2028 |

J.A. 2730

EPA_00318524

| Applicant Name | Applicant State | UEI | Applicant Type |
|---|---|---|---|
| CHILDHOOD LEAD ACTION PROJECT | RI | W7MEUZQ1MY37 | Not for Profit |
| LOUISIANA BUCKET BRIGADE | LA | CB3DRTHJK6A3 | Not for Profit |
| hw7009 - HOUSTON WILDERNESS | TX | FX14LK7KL9H7 | Not for Profit |
| THE TRUST FOR PUBLIC LAND | CA | HN7CS4YNMBC4 | Not for Profit |
| THE BRONX IS BLOOMING | NY | X4MYE8H3B4B9 | Not for Profit |
| ENVIRONMENTAL HEALTH COALI | CA | LFMZD2MERLY3 | Not for Profit |
| REBUILD SUPERIOR, INC. | AZ | ZKY1QMXDHE56 | Not for Profit |
| MASSACHUSETTS COALITION FOR OCCUPATIONAL SAFETY AND HEALTH, INC. | MA | LVUJLK2GKHK7 | Not for Profit |
| COMMUNITY POWER | MN | PK39HKBBC4A1 | Not for Profit |
| METROPOLITAN TENANTS ORGANIZATION | IL | UJEGUAKUSRF6 | Not for Profit |
| daref1434 - Downwinders at Risk Education Fund | TX | YRZKBL5NQ894 | Not for Profit |
| null5598 - NATIONAL URBAN LEAGUE, INC. | NY | VD9ST5ZPM5P4 | Not for Profit |
| CENTER FOR INTERCULTURAL ORGANIZING | OR | C16ARLN8FA16 | Not for Profit |
| LOWCOUNTRY ALLIANCE FOR MODEL COMMUNITIES | SC | J63MD5AMAY83 | Not for Profit |
| CLEAN WATER FUND | DC | FR2MH7EJ2QN2 | Not for Profit |
| SHAMOKIN CREEK RESTORATION ALLIANCE | PA | YNM4HTNX5NK5 | Not for Profit |
| RESILIENT VIRGINIA | VA | YHCCVVNQUBX5 | Not for Profit |
| YOUTH MINISTRIES FOR PEACE AND JUSTICE, INC. | NY | W85WGJRUAL13 | Not for Profit |
| crc8097 - CLIMATE RESILIENT COMMUNITIES | CA | XJ76N787Z1M5 | Not for Profit |
| ONEOC | CA | ST8KJPET6WJ3 | Not for Profit |
| ca3121 - CANAL ALLIANCE | CA | Z27XHGWBM779 | Not for Profit |
| tlanlt8074 - THE LOS ANGELES NEIGHBORHOOD LAND TRUST | CA | ZE7MZ7CCRR25 | Not for Profit |
| abf6059 - ANZA-BORREGO FOUNDATION | CA | EXRXKFAHALM7 | Not for Profit |
| COUNCIL FOR WATERSHED HEALTH | CA | N6MNXMMWUU64 | Not for Profit |
| Confederated Tribes of the Colville Reservation | WA | NU9UAKLRDDP1 | Indian Tribe |
| FOOD BANK OF CONTRA COSTA AND SOLANO | CA | DJAPJ258KCM8 | Not for Profit |
| RESEARCH TRIANGLE INSTITUTE | NC | JJHCMK4NT5N3 | Not for Profit |
| UNIVERSITY OF CONNECTICUT | CT | WNTPS995QBM7 | State Institution of Higher Learning |
| JACKSON STATE UNIVERSITY | MS | WFVHMSF6BU45 | State Institution of Higher Learning |
| NEW MEXICO STATE UNIVERSITY | NM | J3M5GZAT8N85 | State Institution of Higher Learning |
| UNIVERSITY OF WASHINGTON | WA | HD1WMN6945W6 | State Institution of Higher Learning |
| WILLAMETTE PARTNERSHIP | OR | MN5SKK48HCE3 | Not for Profit |
| RESEARCH TRIANGLE INSTITUTE | NC | JJHCMK4NT5N3 | Not for Profit |
| Inter American University of Puerto Rico, Inc. | PR | JSFAKPEEWFC3 | Private University |
| WEST HARLEM ENVIRONMENTAL ACTION INC | NY | PB8TKKTU3AG3 | Not for Profit |

EPA_00318525

| Assistance Listing Code | Assistance Listing Description |
|---|---|
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.309 | Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice |
| 66.309 | Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice |
| 66.309 | Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice |
| 66.309 | Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice |
| 66.309 | Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice |
| 66.309 | Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice |
| 66.309 | Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice |
| 66.309 | Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice |
| 66.309 | Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice |

EPA_00318526

**Project Title**
Community-Based Lead Poisoning Prevention Project
Imagine St. James Parish
Super Trees for Sustainability-Alief: urban forestry through targeted large-scale native tree plantings, education on mitigation effects of targeted trees on extreme heat and other h
Madras Community Schoolyard Environmental Justice
Program for Leaders Advancing their Community's Environment (PLACE): Partnership Building for Program Expansion and Urban Forestry Workforce Development in Frontline C
INFLATION REDUCTION ACT - ENVIRONMENTAL JUSTICE COLLABORATIVE PROBLEM-SOLVING
Inflation Reduction Act - Environmental Justice Collaborative Problem-Solving
Student Organizing for Educational and Environmental Justice in Boston Public Schools (BPS)
Community Power EJ CPS 2023
MTO EJCPS 2024
Environmental Justice Governmental Grant
Urban Environmental Justice Collaborative Program
Oregon Climate Resilience
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Learning to Live with Lead—Reducing Exposure in Environmental Justice Communities in Pennsylvania and Massachusetts
EJCPS Creation of Collaborative Partnership for the Greater Shamokin Area
Building Community Capacity for Climate Justice in Ward 2, Lynchburg VA
Youth Ministries for Peace and Justice (YMPJ)Bronx River Waterfront Redevelopment Health Impact Assessment
Inflation Reduction Act – Environmental Justice Collaborative Problem-Solving
Inflation Reduction Act – Environmental Justice Collaborative Problem-Solving
Inflation Reduction Act - Environmental Justice Collaborative Problem-Solving
Inflation Reduction Act – Environmental Justice Collaborative Problem-Solving
Inflation Reduction Act - Environmental Justice Collaborative Problem-Solving
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
EJCPS/ARP PM2.5 Monitoring for Upper Columbia River Communities
Environmental Justice Collaborative Problem-Solving - Vallejo Food Rescue Project
VISTA CEC - VISTA Clean Environment Core
Environmental Justice Thriving Communities Technical Assistance Center Region 1
Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice
South Central Environmental Justice Resource Center (SCEJRC) Thriving Communities Technical Assistance Center (TCTAC)
Pacific Northwest Environmental Justice Thriving Communities Center
Northwestern Environmental and Energy Justice TCTAC
Resource for Assistance and Community Training
EAGEL Engage and Assist Grassroots organizations for Environmental Energy Justice and Leadership capacity building for Region 2 EJ TCTAC
WE ACT for Environmental Justice proposes to lead and host an Environmental Justice Thriving Communities Technical Assistance Center for EPA Region 2.

J.A. 2733

EPA_00318527

**OMB Project Description**

This agreement will provide funding to Childhood Lead Action Project to implement an education, training and community engagement program to raise awareness of lead and inc

The Inflation Reduction Act (IRA) will allocate funding to the Louisiana Bucket Brigade for the purpose of executing environmental cleanup and weatherization initiatives. Specifical

This agreement provides funding of $500,000 to Houston Wilderness under the Inflation Reduction Act (IRA). This project, Super Trees for Sustainability-Alief, seeks to address th

The Trust for Public Land (TPL) is partnering with the school district, students, teachers, community organizations, and the Confederated Tribes of Warm Springs to design and cr

This agreement provides funding under the Inflation Reduction Act to The Bronx is Blooming. Through their Program for Leaders Advancing their Community's Environment (PLAC

The agreement provides funding to the Environmental Health Coalition (ECH). EHC's project will address the environmental injustice in the neighborhoods of Barrio Logan and Log

The EJCPS agreement provides funding to Rebuild Superior, Inc. Specifically, grant funds will be used to cleanup properties on the behalf of the Town so it can place a lien on the

This Cooperative agreement is being awarded federal funding in the amount of $150,000 to Massachusetts Coalition for Occupational Safety and Health (MassCOSH) to train occup

This agreement provides funding under the Inflation Reduction Act (IRA) to Community Power.  The recipient aims to address a central bottleneck in access for to the cost-savings

This agreement provides funding under the Inflation Reduction Act (IRA) to Metropolitan Tenants Organization (MTO). The recipient will train physicians, community health worker

This agreement provides funding under the Inflation Reduction Act (IRA) to Downwinders at Risk Education Fund. The recipient, along with the University Texas of Dallas (UTD), w

The Inflation Reduction Act (IRA) will allocate funding to the National Urban League (NUL), in launching a community-centered project to enhance climate resilience within Black/A

This agreement provides funding under the Inflation Reduction Act (IRA) to Center for Intercultural Organizing (CIO) doing business as (dba) Unite Oregon. The recipient will work

This action approves an award in the amount of $500,000 to provide funding to the Lowcountry Alliance for Model Communities (LAMC). The recipient will conduct robust engager

This agreement provides funding under the Inflation Reduction Act (IRA) to the Clean Water Fund. This agreement provides funding of $497,111 under the Inflation Reduction Act

This rebudget amendment revises the current budget for Shamokin Creek Restoration Alliance. The recipient is moving $145,341 from &quot;Contractual&quot; to &quot;Pe

This agreement provides funding of $150,000 under the Inflation Reduction Act (IRA) to Resilient Virginia. The project will build leadership capacity in communities disproportionat

This agreement provides funding under the Inflation Reduction Act (IRA) to Youth Ministries for Peace and Justice (YMPJ). YMPJ will lead a formal community-driven Health Impa

This agreement provides funding under the Inflation Reduction Act (IRA) to Climate Resilient Communities. The recipient will focus on the San Francisco Bay Midpeninsula, which

This agreement provides funding under the Inflation Reduction Act (IRA) to OneOC.  The recipient will promote utilization of the existing California Department of Public Health&rs

This agreement provides funding under the Inflation Reduction Act (IRA) to Canal Alliance. The recipient's project is focused on the City of San Rafael&rsquo;s Canal District in Ma

This agreement provides funding under the Inflation Reduction Act (IRA) to the Los Angeles Neighborhood Land Trust. The LA Neighborhood Land Trust is a member of the cross

This agreement provides funding under the Inflation Reduction Act (IRA) to the non-profit organization, the Anza-Borrego Foundation. They are based in Borrego Springs, San Dieg

This assistance agreement provides Federal funding  to the Council for Watershed Health (CWH).  Specifically, the recipient will expand the capacity of ReDesign LA Community I

The purpose of this American Rescue Plan funded Environmental Justice Collaborative Problem Solving (EJCPS) cooperative agreement is to provide funding under section 103 o

The purpose of this Environmental Justice Collaborative Problem Solving (EJCPS) cooperative agreement is to provide funding under Section 8001(a) of the Solid Waste Disposal

This agreement provides funding under the Inflation Reduction Act 9 (IRA) to the Research Triangle Institute (RTI) in the amount of $7,000,000 as authorized by CAA 1340(b). In De

The agreement provides funding to the University of Connecticut. Specifically, the recipient will build capacity in New England (EPA Region 1) underserved and rural/remote comm

This action approves an award in the amount of $40,000 to Jackson State University (JSU). The purpose of this grant is for JSU to provide grant writing technical assistance to un

The agreement provides funding to New Mexico State University to lead an experienced team of community-based partners to create the South-Central Environmental Justice Res

The agreement provides funding to the University of Washington. Specifically, the recipient will provide technical assistance (TA) services to Region 10 program participants that w

The agreement provides funding to Willamette Partnership. The recipient will engage with underserved and rural communities across the Northwest United States to build capacity

This action provides funding in the amount of $3,000,000 for Research Triangle Institute (RTI) to provide meaningful engagement to underserved communities in the southeast reg

The agreement provides funding to Inter American University of Puerto Rico Metro Campus (IAUPR) to build the capacity of community stakeholder, local leaders, and community

The agreement provides funding to WE ACT for Environmental Justice to support Environmental Justice Programs through its Environmental Justice Thriving Communities Techni

EPA_00318528

| 66.309 | XJ | 98T65901 | 98T65901-2 | 12/19/2024 | 2025 03/07/2025 | $9,999,979.00 | $8,100,000.00 |
|--------|----|----------|-----------|-----------|-----------------|---------------|---------------|
| 66.312 | 52 | 00A01505 | 00A01505-1 | 11/27/2024 | 2025 | $1,000,000.00 | $1,000,000.00 |
| 66.312 | 52 | 02J58301 | 02J58301-0 | 10/18/2024 | 2025 | $1,050,000.00 | $1,050,000.00 |
| 66.312 | 52 | 96267200 | 96267200-0 | 12/11/2024 | 2025 | $1,000,000.00 | $1,000,000.00 |
| 66.312 | 52 | 96712501 | 96712501-1 | 02/05/2025 | 2025 | $1,000,000.00 | $1,000,000.00 |
| 66.312 | 52 | 97T22501 | 97T22501-0 | 12/05/2024 | 2025 | $1,000,000.00 | $1,000,000.00 |
| 66.312 | 52 | 98T89301 | 98T89301-0 | 11/26/2024 | 2025 | $1,050,000.00 | $1,050,000.00 |
| 66.312 | 5C | 95337501 | 95337501-1 | 12/02/2024 | 2025 | $980,350.00 | $980,350.00 |
| 66.312 | 5C | 96263900 | 96263900-0 | 01/08/2025 | 2025 | $1,000,000.00 | $1,000,000.00 |
| 66.312 | 5C | 98T90501 | 98T90501-0 | 11/20/2024 | 2025 | $1,000,000.00 | $1,000,000.00 |
| 66.312 | AJ | 00A01438 | 00A01438-1 | 12/20/2024 | 2025 | $1,000,000.00 | $1,000,000.00 |
| 66.312 | AJ | 03D04224 | 03D04224-0 | 07/19/2024 | 2024 02/24/2025 | $1,000,000.00 | $1,000,000.00 |
| 66.312 | AJ | 96263800 | 96263800-0 | 10/31/2024 | 2025 | $1,000,000.00 | $1,000,000.00 |
| 66.312 | AJ | 96711601 | 96711601-2 | 12/30/2024 | 2025 | $1,000,000.00 | $1,000,000.00 |
| 66.312 | AK | 00E03633 | 00E03633-1 | 10/16/2024 | 2025 | $1,000,000.00 | $1,000,000.00 |
| 66.604 | EQ | 02D22522 | 02D22522-1 | 11/07/2024 | 2025 08/21/2023 | $75,000.00 | $75,000.00 |
| 66.604 | EQ | 02J07001 | 02J07001-2 | 10/03/2024 | 2025 10/23/2024 | $75,000.00 | $75,000.00 |
| 66.614 | EL | 00A01522 | 00A01522-1 | 02/14/2025 | 2025 | $100,000.00 | $100,000.00 |
| 66.615 | 5N | 00A01512 | 00A01512-0 | 01/03/2025 | 2025 | $52,000,000.00 | $52,000,000.00 |
| 66.615 | 5N | 00I50002 | 00I50002-1 | 12/19/2024 | 2025 02/21/2025 | $52,000,000.00 | $52,000,000.00 |
| 66.615 | 5N | 01E03682 | 01E03682-1 | 12/20/2024 | 2025 | $52,000,000.00 | $52,000,000.00 |
| 66.615 | 5N | 02F5550B | 02F5550B-0 | 12/18/2024 | 2025 | $55,082,753.00 | $55,082,753.00 |
| 66.615 | 5N | 02J63901 | 02J63901-1 | 12/20/2024 | 2025 03/05/2025 | $52,000,000.00 | $52,000,000.00 |
| 66.615 | 5N | 84082901 | 84082901-0 | 12/27/2024 | 2025 03/06/2025 | $48,000,000.00 | $48,000,000.00 |
| 66.615 | 5N | 84084101 | 84084101-0 | 07/16/2024 | 2024 02/20/2025 | $25,000,000.00 | $25,000,000.00 |
| 66.615 | 5N | 84084201 | 84084201-0 | 01/08/2025 | 2025 02/20/2025 | $95,000,000.00 | $95,000,000.00 |
| 66.615 | 5N | 95341401 | 95341401-2 | 12/27/2024 | 2025 02/10/2025 | $52,000,000.00 | $52,000,000.00 |
| 66.615 | 5N | 96265602 | 96265602-0 | 01/15/2025 | 2025 01/23/2025 | $52,000,000.00 | $52,000,000.00 |
| 66.615 | 5N | 98T97502 | 98T97502-1 | 12/12/2024 | 2025 | $52,000,000.00 | $52,000,000.00 |
| 66.616 | 5F | 00A01479 | 00A01479-0 | 01/17/2025 | 2025 | $20,000,000.00 | $20,000,000.00 |
| 66.616 | 5F | 00A01540 | 00A01540-0 | 11/27/2024 | 2025 03/07/2025 | $19,989,241.00 | $19,989,241.00 |
| 66.616 | 5F | 00A01704 | 00A01704-0 | 01/08/2025 | 2025 03/05/2025 | $18,710,533.00 | $18,710,533.00 |
| 66.616 | 5F | 00A01863 | 00A01863-0 | 01/16/2025 | 2025 | $3,000,000.00 | $3,000,000.00 |
| 66.616 | 5F | 00E04015 | 00E04015-0 | 11/26/2024 | 2025 03/06/2025 | $17,810,277.00 | $17,810,277.00 |
| 66.616 | 5F | 00E04016 | 00E04016-0 | 12/05/2024 | 2025 03/07/2025 | $20,000,000.00 | $20,000,000.00 |
| 66.616 | 5F | 00E04017 | 00E04017-0 | 12/04/2024 | 2025 03/07/2025 | $3,000,000.00 | $3,000,000.00 |
| 66.616 | 5F | 00E04043 | 00E04043-0 | 12/04/2024 | 2025 02/20/2025 | $18,898,518.00 | $18,898,518.00 |
| 66.616 | 5F | 00E04044 | 00E04044-0 | 12/04/2024 | 2025 02/21/2025 | $20,358,302.00 | $20,358,302.00 |
| 66.616 | 5F | 00E04045 | 00E04045-0 | 12/04/2024 | 2025 | $20,000,000.00 | $20,000,000.00 |
| 66.616 | 5F | 00E04046 | 00E04046-0 | 12/05/2024 | 2025 03/05/2025 | $2,754,952.00 | $2,754,952.00 |
| 66.616 | 5F | 00E04057 | 00E04057-0 | 01/07/2025 | 2025 03/05/2025 | $2,166,564.00 | $2,166,564.00 |
| 66.616 | 5F | 00E04058 | 00E04058-0 | 01/07/2025 | 2025 | $20,000,000.00 | $20,000,000.00 |

EPA_00318529

| | | | | | | |
|---|---|---|---|---|---|---|
| $8,100,000.00 | $2,299,263.43 | $5,800,736.57 | EPA R9 | R09 | 06/01/2023 | 05/30/2028 |
| $1,000,000.00 | $0.00 | $1,000,000.00 | EPA R1 | R01 | 10/01/2024 | 09/30/2027 |
| $1,050,000.00 | $0.00 | $1,050,000.00 | EPA R10 | R10 | 10/01/2024 | 09/30/2026 |
| $1,000,000.00 | $0.00 | $1,000,000.00 | EPA R2 | R02 | 12/15/2024 | 12/14/2027 |
| $1,000,000.00 | $0.00 | $1,000,000.00 | EPA R7 | R07 | 08/01/2024 | 07/31/2027 |
| $1,000,000.00 | $0.00 | $1,000,000.00 | EPA R9 | R09 | 01/01/2025 | 12/31/2026 |
| $1,050,000.00 | $0.00 | $1,050,000.00 | EPA R9 | R09 | 01/02/2025 | 01/01/2028 |
| $980,350.00 | $0.00 | $980,350.00 | EPA R3 | R03 | 06/01/2024 | 05/31/2027 |
| $1,000,000.00 | $0.00 | $1,000,000.00 | EPA R2 | R02 | 02/01/2025 | 01/31/2028 |
| $1,000,000.00 | $0.00 | $1,000,000.00 | EPA R9 | R09 | 12/01/2024 | 11/30/2027 |
| $1,000,000.00 | $0.00 | $1,000,000.00 | EPA R1 | R01 | 12/16/2024 | 12/15/2027 |
| $1,000,000.00 | $28,967.15 | $971,032.85 | EPA R4 | R04 | 04/01/2024 | 03/31/2027 |
| $1,000,000.00 | $0.00 | $1,000,000.00 | EPA R2 | R02 | 10/01/2024 | 09/30/2027 |
| $1,000,000.00 | $0.00 | $1,000,000.00 | EPA R7 | R07 | 06/01/2024 | 05/31/2027 |
| $1,000,000.00 | $0.00 | $1,000,000.00 | EPA R5 | R05 | 04/01/2024 | 03/31/2027 |
| $75,000.00 | $2,500.00 | $72,500.00 | EPA R4 | R04 | 04/01/2023 | 12/31/2025 |
| $75,000.00 | $44,804.20 | $30,195.80 | EPA R10 | R10 | 10/01/2022 | 09/23/2025 |
| $100,000.00 | $0.00 | $100,000.00 | EPA R1 | R01 | 09/01/2024 | 03/31/2025 |
| $52,000,000.00 | $0.00 | $52,000,000.00 | EPA R1 | R01 | 01/01/2025 | 12/31/2027 |
| $52,000,000.00 | $795.15 | $51,999,204.85 | EPA R8 | OEJECR | 01/01/2025 | 12/31/2027 |
| $52,000,000.00 | $0.00 | $52,000,000.00 | EPA R5 | OEJECR | 10/01/2024 | 09/30/2027 |
| $55,082,753.00 | $0.00 | $55,082,753.00 | EPA R6 | R06 | 01/01/2025 | 12/31/2027 |
| $52,000,000.00 | $27,133.89 | $51,972,866.11 | EPA R10 | OEJECR | 11/01/2024 | 10/31/2027 |
| $48,000,000.00 | $168,425.63 | $47,831,574.37 | EPA HQ | OEJECR | 01/01/2025 | 12/31/2027 |
| $25,000,000.00 | $2,766,147.79 | $22,233,852.21 | EPA HQ | OEJECR | 02/01/2024 | 01/31/2027 |
| $95,000,000.00 | $230,643.29 | $94,769,356.71 | EPA HQ | OEJECR | 01/01/2025 | 12/31/2027 |
| $52,000,000.00 | $36,762.52 | $51,963,237.48 | EPA R3 | R03 | 08/01/2024 | 07/31/2027 |
| $52,000,000.00 | $1.00 | $51,999,999.00 | EPA R2 | R02 | 01/02/2025 | 01/01/2028 |
| $52,000,000.00 | $0.00 | $52,000,000.00 | EPA R9 | R09 | 01/06/2025 | 01/05/2028 |
| $20,000,000.00 | $0.00 | $20,000,000.00 | EPA R1 | R01 | 04/01/2025 | 03/31/2028 |
| $19,989,241.00 | $7,022.72 | $19,982,218.28 | EPA R1 | R01 | 01/01/2025 | 12/31/2027 |
| $18,710,533.00 | $32,612.00 | $18,677,921.00 | EPA R1 | R01 | 01/01/2025 | 12/31/2027 |
| $3,000,000.00 | $0.00 | $3,000,000.00 | EPA R1 | R01 | 01/01/2025 | 12/31/2027 |
| $17,810,277.00 | $470,393.33 | $17,339,883.67 | EPA R5 | R05 | 10/01/2024 | 09/30/2027 |
| $20,000,000.00 | $10,200.00 | $19,989,800.00 | EPA R5 | R05 | 01/01/2025 | 12/30/2027 |
| $3,000,000.00 | $1,510.00 | $2,998,490.00 | EPA R5 | R05 | 01/01/2025 | 12/31/2027 |
| $18,898,518.00 | $40,103.00 | $18,858,415.00 | EPA R5 | R05 | 01/01/2025 | 12/31/2027 |
| $20,358,302.00 | $4,884,632.62 | $15,473,669.38 | EPA R5 | R05 | 12/01/2024 | 11/30/2027 |
| $20,000,000.00 | $0.00 | $20,000,000.00 | EPA R5 | R05 | 03/17/2025 | 03/16/2028 |
| $2,754,952.00 | $8,548.65 | $2,746,403.35 | EPA R5 | R05 | 02/01/2025 | 01/31/2028 |
| $2,166,564.00 | $339.79 | $2,166,224.21 | EPA R5 | R05 | 02/01/2025 | 01/31/2028 |
| $20,000,000.00 | $0.00 | $20,000,000.00 | EPA R5 | R05 | 02/01/2025 | 01/31/2028 |

| UNIVERSITY OF ARIZONA | AZ | ED44Y3W6P7B9 | State Institution of Higher Learning |
|---|---|---|---|
| BOSTON, CITY OF | MA | LJDLU7EA4SK1 | Municipal |
| TACOMA PUBLIC SCHOOLS | WA | KTERSDJ44S58 | Independent School District |
| CITY OF ROCHESTER CITY HALL | NY | CU87RABY53C9 | Municipal |
| CITY OF KANSAS CITY | MO | JY2DYJXPQW56 | Municipal |
| SAN JOSE, CITY OF | CA | QUA4AULJ8FM3 | Municipal |
| GILA COUNTY, AZ | AZ | C8EKKJK67XB1 | County |
| COUNTY OF ARLINGTON | VA | V9LLM9AGRPB7 | County |
| CITY OF NEWARK CITY HALL | NJ | JGDDJDL5BM13 | Municipal |
| COUNTY OF LOS ANGELES | CA | ZLJUW5L9K685 | County |
| DEPT OF ENERGY & ENVIRONMENTAL PROTECTION | CT | VZA5GCYZBJA7 | State |
| STATE OF NORTH CAROLINA DEPARTMENT OF HEALTH & HUMAN SERVICES | NC | DKT3LLBWFVL3 | State |
| HOUSING TRUST FUND CORP | NY | WLNYVLMWZ9V6 | State |
| KANSAS DEPARTMENT OF HEALTH & ENVIRONMENT | KS | CGSTLVM57LM5 | State |
| PRAIRIE ISLAND INDIAN COMMUNITY | MN | ZXWAV8U3K5E4 | Indian Tribe |
| GASP | AL | HZMJEKASHBQ7 | Not for Profit |
| YAKUTAT TLINGIT TRIBE | AK | UDYDUTE6LU94 | Indian Tribe |
| SOUTHCOAST COMMUNITY FOUNDATION INC | MA | J5A9WPZLESL1 | Not for Profit |
| HEALTH RESOURCES IN ACTION, INC. | MA | FPD3JRJ61WJ2 | Not for Profit |
| JSI RESEARCH & TRAINING INSTITUTE INC | MA | LKTNULLR6FL6 | Not for Profit |
| MINNEAPOLIS FOUNDATION | MN | FVP7MYH59L76 | Not for Profit |
| TEXAS SOUTHERN UNIVERSITY | TX | HYYJJ5ZP7CR9 | State Institution of Higher Learning |
| PHILANTHROPY NORTHWEST | WA | CFDJSA2KV151 | Not for Profit |
| INSTITUTE FOR SUSTAINABLE COMMUNITIES | VT | J1DEYVM9BXE8 | Not for Profit |
| RESEARCH TRIANGLE INSTITUTE | NC | JJHCMK4NT5N3 | Not for Profit |
| RESEARCH TRIANGLE INSTITUTE | NC | JJHCMK4NT5N3 | Not for Profit |
| GREEN & HEALTHY HOMES INITIATIVE INC | MD | HYQKKGCH7XZ5 | Not for Profit |
| FORDHAM UNIVERSITY | NY | ECESTN2SSVH1 | Private University |
| SOCIAL AND ENVIRONMENTAL ENTREPRENEURS (SEE), INC. | CA | VCAASEEZRM59 | Not for Profit |
| City of New Haven | CT | K8WBCLJ9DVD8 | Municipal |
| SPRINGFIELD, CITY OF | MA | CKWEXLA12KD3 | Municipal |
| rifpc8297 - Rhode Island Food Policy Council | RI | CUHNPN791947 | Not for Profit |
| JSI RESEARCH & TRAINING INSTITUTE INC | MA | LKTNULLR6FL6 | Not for Profit |
| tmhs8458 - METROHEALTH SYSTEM, THE | OH | FM8VV9SAL6M3 | County |
| INTER-TRIBAL COUNCIL OF MICHIGAN INC | MI | YJ5ELTTDBKM7 | Indian Tribe |
| INTER-TRIBAL COUNCIL OF MICHIGAN INC | MI | YJ5ELTTDBKM7 | Indian Tribe |
| KALAMAZOO COUNTY BOARD-COMMS | MI | FGQYA2KMEK67 | County |
| e8241 - ECOWORKS | MI | ZU2FS7ZL6DQ2 | Not for Profit |
| CITY OF EVANSVILLE | IN | JJE9WRMGGUN5 | Municipal |
| FRIENDS OF THE CHICAGO RIVER | IL | GMFBUKBE1XM4 | Not for Profit |
| GROUNDWORK USA INC | MA | KCGWHRHKLLB5 | Not for Profit |
| smc6045 - SOUTHWESTERN MICHIGAN COMMISSION | MI | EGNZBHC8Z1F3 | Not for Profit |

EPA_00318531

| 66.309 | Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice |
| 66.312 | State Environmental Justice Cooperative Agreement Program |
| 66.312 | State Environmental Justice Cooperative Agreement Program |
| 66.312 | State Environmental Justice Cooperative Agreement Program |
| 66.312 | State Environmental Justice Cooperative Agreement Program |
| 66.312 | State Environmental Justice Cooperative Agreement Program |
| 66.312 | State Environmental Justice Cooperative Agreement Program |
| 66.312 | State Environmental Justice Cooperative Agreement Program |
| 66.312 | State Environmental Justice Cooperative Agreement Program |
| 66.312 | State Environmental Justice Cooperative Agreement Program |
| 66.312 | State Environmental Justice Cooperative Agreement Program |
| 66.312 | State Environmental Justice Cooperative Agreement Program |
| 66.312 | State Environmental Justice Cooperative Agreement Program |
| 66.312 | State Environmental Justice Cooperative Agreement Program |
| 66.604 | Environmental Justice Small Grant Program |
| 66.604 | Environmental Justice Small Grant Program |
| 66.614 | Direct Financial Assistance to Community Service Providers to support Environmental Justice Activities |
| 66.615 | Environmental Justice Communities Pass-through Funder Program (EJCPF) |
| 66.615 | Environmental Justice Communities Pass-through Funder Program (EJCPF) |
| 66.615 | Environmental Justice Communities Pass-through Funder Program (EJCPF) |
| 66.615 | Environmental Justice Communities Pass-through Funder Program (EJCPF) |
| 66.615 | Environmental Justice Communities Pass-through Funder Program (EJCPF) |
| 66.615 | Environmental Justice Communities Pass-through Funder Program (EJCPF) |
| 66.615 | Environmental Justice Communities Pass-through Funder Program (EJCPF) |
| 66.615 | Environmental Justice Communities Pass-through Funder Program (EJCPF) |
| 66.615 | Environmental Justice Communities Pass-through Funder Program (EJCPF) |
| 66.615 | Environmental Justice Communities Pass-through Funder Program (EJCPF) |
| 66.615 | Environmental Justice Communities Pass-through Funder Program (EJCPF) |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |

EPA_00318532

| |
|---|
| Special Purpose Activities Related To Environmental Justice |
| Electric Stove Replacement Program |
| Environmental Justice at Larchmont Elementary |
| Home Electrification and Revitalization Opportunity (HERO) Program |
| Lead in Soils Mitigation Project |
| Inflation Reduction Act - Environmental Justice Government-to-Government |
| Inflation Reduction Act - Environmental Justice Government-to-Government |
| Energy-Health-Equity Project |
| Workforce Development for mitigating air quality, urban heat island, and stormwater issues in Newark |
| Inflation Reduction Act - Environmental Justice Government to Government |
| Connecticut Environmental Justice Government To Government (EJG2G) Grant Application |
| Environmental Justice Government-to-Government (EJG2G) Program |
| Ensuring a Just Transition in Southwest Brooklyn, NY: Planning, Engagement, Design in Sunset Park and Red Hook |
| Placemaking to address food equity and environmental sustainability in Southeast Kansas |
| Prairie Island G2G Tribal Home Energy Project |
| Environmental Justice Small Grant Program |
| Yakutat Subsistence Consumption Assessment |
| Access2Opportunity Forum Initiative 2024-2025 |
| Grantmaker - Subsequent Award |
| EJ-TCGM Subsequent Award - Mountains and Plains Environmental Justice Grants Hub |
| Environmental Justice Thriving Communities Grantmaker Program (EJ TCGM) |
| EJ-TCGM Subsequent Award - Region 6 The Bullard Center for Environmental and Climate Justice at Texas Southern University |
| Northwest Network for Environmental Justice-Subsequent Award |
| Institute for Sustainable Communities Nat'l GM - Subsequent Award |
| Research Triangle Institute (RTI) - Grantmaker - Initial Award |
| RTI Thriving Communities Grantmaker: Subsequent Award |
| TCGM Subsequent Award - Green &amp; Healthy Homes Initiative will act as pass-through entity for EPA's EJ Thriving Communities Grantmaking Program, R3 GM |
| Grantmaker - Subsequent Award |
| Inflation Reduction Act - Environmental Justice Thriving Communities |
| Elm City Climate Collaborative |
| Green and Resilient Springfield |
| From Food Waste to Opportunity: A Path toward Climate, Environmental, &amp; Economic Justice in Rhode Island |
| Enhancing Equitable Community Engagement in Governance for Environmental and Climate Justice in East Boston (EJ Engaged East Boston) |
| Asthma, Indoor Air Pollution and Greenhouse Gas Emissions |
| Making Michigan Tribal Homes &amp; Buildings Efficient, Healthy, and Resilient |
| Michigan Tribal and State Wild Rice Stewardship |
| Holistic Healthy Homes in Kalamazoo County: Delivering Energy Efficiency Measures, Increasing Resiliency, and Improving Air Quality in Existing Housing Stock |
| Detroit Community Resilience Hub Initiative |
| Moving Evansville Toward A Healthier Future |
| Establishing a Climate Just Future in Chicago by Collaborating through the River Ecology and Governance Task Force |
| Climate Safe Great Lakes | Building Resident Capacity To Collaboratively Advance Community Climate Adaptation Priorities |
| CCG 2024 Benton Harbor Neighborhood Resilience Hubs |

EPA_00318533

The Western Environmental Science Technical Assistance Center for Environmental Justice (WEST EJ Center) or Environmental Justice Thriving Communities Technical Assistan
The agreement provides funding to the City of Boston. Specifically, the recipient will partner with Codman Square Neighborhood Development Corporation and the Boston Housing
The Larchmont Community Schoolyard is a joint e&#64256;ort between Tacoma Public Schools, Trust for Public Land, and the community to transform the schoolyard from aspha
The agreement under the Inflation Reduction Act provides funding to City of Rochester New York. Specifically, the recipient will fund energy audits and the installation of electric ap
This agreement provides funding under the Inflation Reduction Act (IRA). The agreement provides funding to Kansas City Missouri (KCMO) and their partner Community Based O
This agreement provides funding under the Inflation Reduction Act (IRA). The agreement provides funding to the City of San Jose. The City of San Jos&eacute; is one of five cities
The Copper Corridor&rsquo;s environmental injustices stem from historic mining activities and an archaic mining tax structure that benefits more populated communities in Arizon
The County proposes the Energy-Health-Equity Project (EHE Project, or Project), which will create two technical resources: a decision-support tool and a comprehensive financing
This agreement provides funding under the Inflation Reduction Act (IRA). This agreement provides funding to City of Newark in New Jersey and comprises a training, monitoring a
This agreement provides funding under the Inflation Reduction Act (IRA). The agreement provides funding to the County of Los Angeles. Specifically, the Los Angeles County Publi
The agreement provides funding to The Connecticut Department of Energy and Environmental Protection (CT DEEP). The recipient will initiate a new program to work with disadva
This action approves an award in the amount of $1,000,000 to the North Carolina Department of Health and Human Services to implement its own project to Address Private Well
The agreement provides funding to Resilient Homes and Communities. Specifically, the recipient will use the finding for Climate resiliency and adaptation planning, community eng
The agreement provides funding to Kansas Department of Health and Environment. Specifically, the recipient will implement meaningful environmental and public health strategies
This agreement provides funding under Consolidated Appropriations. The agreement provides funding to Prairie Island Indian Community. Specifically, the recipient will utilize con
This action approves an award in the amount of $75,000 to support GASP to launch a community needs assessment survey to gauge residents health concerns and deploy at leas
The purpose of the Yakutat Subsistence Consumption Assessment project is to strengthen the Yakutat Tlingit Tribes&rsquo;ability to participate in developing water quality standar
This cooperative agreement provides funding to the Community Foundation of Southeastern Massachusetts and the Old Bedford Village Development, a community-based nonpro
This agreement provides funding under the Inflation Reduction Act (IRA) to Health Resources in Action (HRA). The recipient is a Regional Grantmaker and the purpose of this awa
This agreement provides funding under the Inflation Reduction Act (IRA) to JSI Research &amp; Training Institute. The recipient is the Regional Grantmaker for Region 8 JSI, toge
This agreement provides funding under the Inflation Reduction Act (IRA) to The Minneapolis Foundation.  The recipient is a Regional Grantmaker. This proposed funding request i
This agreement provides funding under the Inflation Reduction Act (IRA) to Texas Southern University. The recipient is a Regional Grantmaker (RGM), in collaboration with Achiev
OEJECR is providing within-scope supplemental funding to address additional Quality Assurance (QA) costs as well as provide funding for additional meaningful outreach and gap
This agreement provides funding under the Inflation Reduction Act (IRA) to the Institute for Sustainable Communities (ISC) in the amount of $48,000,000, as part of a bifurcated a
The purpose of the Environmental Protection Agency's (EPA) Thriving Communities Grantmaking Program ( EJ TCGM ) is to transform disadvantaged and underserved communi
Research Triangle institute (RTI) will utilize the Subsequent Award totaling $95,000,000 in EJ TCGM funding to serve as one of eleven Grantmaker organizations that are charged
This assistance agreement provides funding under the Inflation Reduction Act (IRA) to Green and Healthy Homes Initiative, a Regional Grantmaker. This program funds communi
This agreement provides funding under the Inflation Reduction Act to Fordham University to support nonprofit organizations and organizations representing disadvantaged commu
This agreement provides funding to Social and Environmental Entrepreneurs (S.E.E.). The recipient is a Regional Grantmaker that will receive $10 million in supplemental funds to
This agreement provides funding under the Inflation Reduction Act (IRA), to the City of New Haven Office of Climate and Sustainability and their Statutory Partner, the Greater Dw
This agreement provides funding under the Inflation Reduction Act (IRA) to the City of Springfield, Massachusetts. Specifically, the recipient will collaborate with various nonprofit
This agreement provides funding under the Inflation Reduction Act (IRA) to the Rhode Island Food Policy Council (RIFPC). Specifically the project will reduce food waste, increase
This agreement provides funding under the Inflation Reduction Act (IRA) to John Snow Institute (JSI) Research &amp; Training Institute, Inc. to enhance community input into loca
This agreement provides funding under the Inflation Reduction Act (IRA) to the MetroHealth System. Specifically, the project will identify 1,200 greater Cleveland-area househo
This agreement provides funding under the Inflation Reduction Act (IRA) to The Inter-Tribal Council of Michigan, Inc. (ITCMI) to conduct Community Change Grant (CCG) Track 1:
This agreement provides funding under the Inflation Reduction Act (IRA) to the Inter-Tribal Council of Michigan, Inc.  Specifically, the project will enable the meaningful engagemen
This agreement provides funding under the Inflation Reduction Act (IRA) to Kalamazoo County Government. Specifically, the project will focus on reducing greenhouse gas emissi
This agreement provides funding under the Inflation Reduction Act (IRA) to EcoWorks. Specifically, the project will transform 20 houses of worship and food assistance programs
This agreement provides funding under the Inflation Reduction Act (IRA) to the City of Evansville to implement the Moving Evansville Towards a Healthier Future Project.  Specific
This agreement provides funding under the Inflation Reduction Act (IRA) to Friends of the Chicago River. Specifically, the project will ensure community organizations are working
This agreement provides funding under the Inflation Reduction Act (IRA) to Groundwork USA, INC.. Specifically, the project will; utilize their developed community-centered, data in
This agreement provides funding under the Inflation Reduction Act (IRA) to Southwestern Michigan Commission. Specifically, the project will: Transform the Bobo Brazil Communi

EPA_00318534

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 66.616 | 5F | 00E05002 | 00E05002-0 | 12/06/2024 | | 2025 03/10/2025 | $3,000,000.00 | $3,000,000.00 |
| 66.616 | 5F | 00E05003 | 00E05003-0 | 12/04/2024 | | 2025 03/06/2025 | $21,994,500.00 | $10,000,000.00 |
| 66.616 | 5F | 00E05004 | 00E05004-0 | 12/11/2024 | | 2025 03/06/2025 | $3,286,442.00 | $3,286,422.00 |
| 66.616 | 5F | 00E05005 | 00E05005-0 | 12/05/2024 | | 2025 02/21/2025 | $20,232,335.00 | $20,232,335.00 |
| 66.616 | 5F | 00E05006 | 00E05006-0 | 11/26/2024 | | 2025 02/20/2025 | $21,652,072.00 | $21,652,072.00 |
| 66.616 | 5F | 00E05007 | 00E05007-0 | 12/20/2024 | 2025 | | $19,999,268.00 | $19,999,268.00 |
| 66.616 | 5F | 00I34500 | 00I34500-0 | 01/07/2025 | 2025 | | $20,000,000.00 | $20,000,000.00 |
| 66.616 | 5F | 00I34600 | 00I34600-0 | 01/10/2025 | | 2025 01/29/2025 | $19,949,725.00 | $19,949,725.00 |
| 66.616 | 5F | 00I40400 | 00I40400-0 | 12/19/2024 | | 2025 02/21/2025 | $20,058,601.00 | $20,058,601.00 |
| 66.616 | 5F | 02F65701 | 02F65701-0 | 11/26/2024 | 2025 | | $19,999,998.00 | $19,999,998.00 |
| 66.616 | 5F | 02F74301 | 02F74301-0 | 11/25/2024 | | 2025 01/30/2025 | $19,944,575.00 | $19,944,575.00 |
| 66.616 | 5F | 02F76501 | 02F76501-1 | 02/06/2024 | | 2025 02/26/2025 | $18,780,805.00 | $18,780,805.00 |
| 66.616 | 5F | 02F76601 | 02F76601-0 | 11/22/2024 | 2025 | | $19,994,586.00 | $19,994,586.00 |
| 66.616 | 5F | 02F76901 | 02F76901-1 | 12/17/2024 | | 2025 03/04/2025 | $20,000,000.00 | $20,000,000.00 |
| 66.616 | 5F | 02F78401 | 02F78401-0 | 12/20/2024 | | 2025 02/20/2025 | $12,704,048.00 | $12,704,048.00 |
| 66.616 | 5F | 02F78701 | 02F78701-0 | 12/21/2024 | | 2025 02/28/2025 | $3,015,485.00 | $3,015,485.00 |
| 66.616 | 5F | 02F80001 | 02F80001-0 | 01/13/2025 | | 2025 03/03/2025 | $2,987,385.00 | $2,987,385.00 |
| 66.616 | 5F | 02F80101 | 02F80101-0 | 01/17/2025 | | 2025 02/26/2025 | $19,999,999.00 | $19,999,999.00 |
| 66.616 | 5F | 02J85001 | 02J85001-0 | 12/20/2024 | 2025 | | $19,555,386.00 | $19,555,386.00 |
| 66.616 | 5F | 02J85101 | 02J85101-0 | 12/04/2024 | | 2025 01/27/2025 | $16,465,618.00 | $16,465,618.00 |
| 66.616 | 5F | 02J85301 | 02J85301-0 | 12/04/2024 | | 2025 01/31/2025 | $19,921,731.00 | $19,921,731.00 |
| 66.616 | 5F | 02J88401 | 02J88401-0 | 12/05/2024 | 2025 | | $20,000,000.00 | $20,000,000.00 |
| 66.616 | 5F | 02J88501 | 02J88501-0 | 12/05/2024 | | 2025 02/19/2025 | $20,030,841.00 | $20,030,841.00 |
| 66.616 | 5F | 02J88601 | 02J88601-0 | 12/02/2024 | 2025 | | $3,137,855.00 | $3,137,855.00 |
| 66.616 | 5F | 02J91701 | 02J91701-0 | 12/23/2024 | 2025 | | $8,932,979.00 | $8,932,979.00 |
| 66.616 | 5F | 02J91801 | 02J91801-0 | 12/10/2024 | | 2025 03/04/2025 | $19,989,160.00 | $19,989,160.00 |
| 66.616 | 5F | 02J91901 | 02J91901-0 | 12/17/2024 | 2025 | | $20,000,000.00 | $20,000,000.00 |
| 66.616 | 5F | 02J92801 | 02J92801-0 | 12/05/2024 | 2025 | | $19,455,772.00 | $19,455,772.00 |
| 66.616 | 5F | 02J95201 | 02J95201-0 | 12/26/2024 | 2025 | | $19,826,233.00 | $19,826,233.00 |
| 66.616 | 5F | 02J95301 | 02J95301-0 | 12/23/2024 | | 2025 03/07/2025 | $16,340,887.00 | $16,340,887.00 |
| 66.616 | 5F | 02J95401 | 02J95401-0 | 01/10/2025 | 2025 | | $19,990,020.00 | $19,990,020.00 |
| 66.616 | 5F | 02J95501 | 02J95501-0 | 12/26/2024 | 2025 | | $2,904,935.00 | $2,904,935.00 |
| 66.616 | 5F | 02J95601 | 02J95601-0 | 01/13/2025 | 2025 | | $19,998,693.00 | $19,998,693.00 |
| 66.616 | 5F | 02J95701 | 02J95701-0 | 12/27/2024 | | 2025 02/21/2025 | $19,983,378.00 | $19,983,378.00 |
| 66.616 | 5F | 02J95801 | 02J95801-0 | 01/10/2025 | 2025 | | $20,000,000.00 | $20,000,000.00 |
| 66.616 | 5F | 03D25324 | 03D25324-0 | 12/02/2024 | | 2025 03/10/2025 | $19,960,040.00 | $19,960,040.00 |
| 66.616 | 5F | 03D25424 | 03D25424-0 | 12/05/2024 | | 2025 02/24/2025 | $14,443,306.00 | $14,443,306.00 |

EPA_00318535

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| $3,000,000.00 | $134,462.74 | $2,865,537.26 | EPA R5 | R05 | 10/01/2024 | 09/30/2027 |
| $10,000,000.00 | $7,746,104.00 | $2,253,896.00 | EPA R5 | R05 | 04/01/2024 | 03/31/2027 |
| $3,286,422.00 | $1,578.98 | $3,284,843.02 | EPA R5 | R05 | 12/01/2024 | 11/30/2027 |
| $20,232,335.00 | $1,210,706.01 | $19,021,628.99 | EPA R5 | R05 | 12/01/2024 | 11/30/2027 |
| $21,652,072.00 | $35,841.99 | $21,616,230.01 | EPA R5 | R05 | 12/01/2024 | 11/30/2027 |
| $19,999,268.00 | $0.00 | $19,999,268.00 | EPA R5 | R05 | 03/01/2025 | 02/29/2028 |
| $20,000,000.00 | $0.00 | $20,000,000.00 | EPA R8 | R08 | 01/13/2025 | 01/12/2028 |
| $19,949,725.00 | $470,023.00 | $19,479,702.00 | EPA R8 | R08 | 01/15/2025 | 01/14/2028 |
| $20,058,601.00 | $7,525.67 | $20,051,075.33 | EPA R8 | R08 | 01/10/2025 | 12/31/2027 |
| $19,999,998.00 | $0.00 | $19,999,998.00 | EPA R6 | R06 | 03/01/2025 | 02/29/2028 |
| $19,944,575.00 | $230,965.00 | $19,713,610.00 | EPA R6 | R06 | 12/01/2024 | 11/30/2027 |
| $18,780,805.00 | $25,845.88 | $18,754,959.12 | EPA R6 | OEJECR | 01/01/2025 | 12/31/2027 |
| $19,994,586.00 | $0.00 | $19,994,586.00 | EPA R6 | R06 | 01/01/2025 | 12/31/2027 |
| $20,000,000.00 | $201,055.63 | $19,798,944.37 | EPA R6 | OEJECR | 01/01/2025 | 12/31/2027 |
| $12,704,048.00 | $1,608,223.66 | $11,095,824.34 | EPA R6 | R06 | 01/01/2025 | 12/31/2027 |
| $3,015,485.00 | $40,372.32 | $2,975,112.68 | EPA R6 | R06 | 01/01/2025 | 12/31/2027 |
| $2,987,385.00 | $28,515.00 | $2,958,870.00 | EPA R6 | R06 | 02/01/2025 | 01/31/2028 |
| $19,999,999.00 | $3,544,191.16 | $16,455,807.84 | EPA R6 | R06 | 01/17/2025 | 01/31/2028 |
| $19,555,386.00 | $0.00 | $19,555,386.00 | EPA R10 | R10 | 03/01/2025 | 02/29/2028 |
| $16,465,618.00 | $198.80 | $16,465,419.20 | EPA R10 | R10 | 01/01/2025 | 12/31/2027 |
| $19,921,731.00 | $6,597.15 | $19,915,133.85 | EPA R10 | R10 | 01/01/2025 | 12/31/2027 |
| $20,000,000.00 | $0.00 | $20,000,000.00 | EPA R10 | R10 | 01/01/2025 | 12/31/2027 |
| $20,030,841.00 | $37,871.32 | $19,992,969.68 | EPA R10 | R10 | 01/01/2025 | 12/31/2027 |
| $3,137,855.00 | $0.00 | $3,137,855.00 | EPA R10 | R10 | 01/01/2025 | 12/31/2027 |
| $8,932,979.00 | $0.00 | $8,932,979.00 | EPA R10 | R10 | 04/01/2025 | 03/31/2028 |
| $19,989,160.00 | $5,076.93 | $19,984,083.07 | EPA R10 | R10 | 02/10/2025 | 02/09/2028 |
| $20,000,000.00 | $0.00 | $20,000,000.00 | EPA R10 | R10 | 02/10/2025 | 02/09/2028 |
| $19,455,772.00 | $0.00 | $19,455,772.00 | EPA R10 | R10 | 02/01/2025 | 01/31/2028 |
| $19,826,233.00 | $0.00 | $19,826,233.00 | EPA R10 | R10 | 04/21/2025 | 04/20/2028 |
| $16,340,887.00 | $4,836.00 | $16,336,051.00 | EPA R10 | R10 | 02/01/2025 | 01/31/2028 |
| $19,990,020.00 | $0.00 | $19,990,020.00 | EPA R10 | R10 | 02/01/2025 | 01/31/2028 |
| $2,904,935.00 | $0.00 | $2,904,935.00 | EPA R10 | R10 | 02/01/2025 | 01/31/2028 |
| $19,998,693.00 | $0.00 | $19,998,693.00 | EPA R10 | R10 | 03/01/2025 | 02/29/2028 |
| $19,983,378.00 | $3,375.77 | $19,980,002.23 | EPA R10 | R10 | 01/01/2025 | 12/31/2027 |
| $20,000,000.00 | $0.00 | $20,000,000.00 | EPA R10 | R10 | 05/01/2025 | 04/30/2028 |
| $19,960,040.00 | $52,864.96 | $19,907,175.04 | EPA R4 | R04 | 01/01/2025 | 12/31/2027 |
| $14,443,306.00 | $6,177.29 | $14,437,128.71 | EPA R4 | R04 | 01/01/2025 | 12/31/2027 |

**J.A. 2742**

| THE TRUST FOR PUBLIC LAND | CA | HN7CS4YNMBC4 | Not for Profit |
| maic9383 - Minneapolis American Indian Center | MN | JLNTCKHMMP23 | Not for Profit |
| UNIVERSITY OF WISCONSIN SYSTEM | WI | LCLSJAGTNZQ7 | State Institution of Higher Learning |
| CITY OF MADISON | WI | FS3AZ3FV8JG8 | Municipal |
| MIDWEST TRIBAL ENERGY RESOURCES ASSOCIATION INC | WI | CBSZX57DLCY1 | Indian Tribe |
| LEECH LAKE BAND OF OJIBWE | MN | EBFFR37CPL55 | Indian Tribe |
| THE CITY-COUNTY OF BUTTE SILVER BOW | MT | KU4FFEFBNJD9 | County |
| Flandreau Santee Sioux Tribe | SD | HH4QS2XSBBK4 | Indian Tribe |
| cdi3831 - COMMUN DENVER INC. | CO | F7P7YN1KERT4 | Not for Profit |
| CITY OF HOUSTON | TX | GULQZBMP2SR3 | Municipal |
| DILLARD UNIVERSITY | LA | FR9LM1J86MJ5 | Private University |
| mwmw8466 - MISSION WACO MISSION WORLD | TX | NN73AH7NJQ24 | Not for Profit |
| sfisi5705 - SANTA FE INDIAN SCHOOL, INC. | NM | Z8S4SGTN7TB3 | Not for Profit |
| urec6143 - URBAN RESTORATION ENHANCEMENT CORPORATION | LA | JMU7U1STL1E9 | Not for Profit |
| bbca2029 - BIG BEND CONSERVATION ALLIANCE | TX | S8ZQQCC5VY43 | Not for Profit |
| aah0289 - AIR ALLIANCE HOUSTON | TX | SL44BVTJBFK5 | Not for Profit |
| tgcfce0255 - THE GLOBAL CENTER FOR CULTURAL ENTREPRENEURSHIP | NM | WQRNGQRGEWF6 | Not for Profit |
| srni3940 - Stay Ready NOLA, Inc. | LA | TZRGSNCAVLF4 | Not for Profit |
| LANE COUNTY OREGON | OR | XCLAXTCSJF71 | County |
| CITY OF POCATELLO | ID | C1H5KKGYA7F8 | Municipal |
| THE CORPORATION OF GONZAGA UNIVERSITY | WA | Y14CPR31B6C3 | Private University |
| DENA NENA HENASH | AK | D37SXRJ5HMJ1 | Indian Tribe |
| CONFEDERATED TRIBES OF GRAND RONDE | OR | K4ZDA84UXNN5 | Indian Tribe |
| FRONT AND CENTERED | WA | XAWGFDYVLB88 | Not for Profit |
| NATIVE VILLAGE OF CHENEGA | AK | G6CZKLD8N8E6 | Indian Tribe |
| ALASKA NATIVE TRIBAL HEALTH CONSORTIUM | AK | M272P7XFJNN7 | Indian Tribe |
| tf3690 - TEBUGHNA FOUNDATION | AK | X3CBRNE3CN78 | Not for Profit |
| METLAKATLA INDIAN COMMUNITY | AK | MYPCUEP3PY65 | Indian Tribe |
| ALASKA NATIVE TRIBAL HEALTH CONSORTIUM | AK | M272P7XFJNN7 | Indian Tribe |
| Chiloquin - CITY OF CHILOQUIN | OR | YMM6JD17NHJ7 | Municipal |
| cgesd6357 - Columbia Gorge Education Service District | OR | TGJRJSMNDUH6 | |
| sri0185 - SPRUCE ROOT, INC. | AK | WHSCX3H9LN69 | Not for Profit |
| Native Village of Kipnuk | AK | LZJ7Y671BNN5 | Indian Tribe |
| Confederated Tribes and Bands of the Yakama Nation | WA | Q4EDSUR34U61 | Indian Tribe |
| t6438 - RECTOR & VISITORS OF THE UNIVERSITY OF VIRGINIA | VA | JJG6HU8PA4S5 | State Institution of Higher Learning |
| THE TRUST FOR PUBLIC LAND | CA | HN7CS4YNMBC4 | Not for Profit |
| TEXAS A & M UNIVERSITY | TX | JF6XLNB4CDJ5 | State Institution of Higher Learning |

EPA_00318537

| 66.616 | Environmental and Climate Justice Block Grant Program |
|---|---|
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |

EPA_00318538

| |
|---|
| Building Democratic Systems for a Climate Resilient Cleveland |
| Minneapolis Climate Resilience Hub Partnership |
| InterTribal Lake Winnebago Mayom ~Wild Rice ~ Revitalization Project |
| Climate Resilience Starts at Home: Growing Energy Efficiency, Indoor Air Quality, and Green Jobs in Madison and Fitchburg, Wisconsin |
| Improving Tribal Access to Energy Efficiency and Weatherization Infrastructure for Midwest Tribes |
| Leech Lake Band of Ojibwe Tribal Resilience Hub |
| Butte Community Resilience Hub |
| Flandreau Santee Sioux Tribe Community Change Grant |
| Loretto Heights Resiliency Hub |
| Vulnerable to Vibrant: Power for Change |
| Dillard University and United Way of Southeast Louisiana Partnership: Building Climate Resiliency in Southeast Louisiana |
| Engaging Communities for a Resilient and Sustainable Waco and McLennan County |
| Water Is Life: Advancing Climate Action and Environmental Justice Goals of the Santa Fe Indian School Campus Vision Plan |
| Weatherization and Energy Efficiency to Promote Louisiana Urban Growth (WE PLUG Louisiana) |
| Everything's Connected in Presidio: Building climate resiliency through green infrastructure and reducing pollution through traffic mitigation at the International Bridge crossing |
| AirMail Gulf Coast |
| New Mexico Partnership for Equitable Climate Planning and Policy |
| Stay Ready Solar Project |
| Lane County Transformation for Resiliency Through Equity and Engagement Network |
| CITY OF POCATELLO SOUTH 5TH AVE. COMPLETE STREETS AND SEWER PROJECT |
| Spokane Climate Resilience Project - transform disadvantaged Spokane communities into healthy, climate resilient, and thriving communities. |
| EPA Huslia Village Climate Solutions |
| FY2024 CTGR EPA CCGP Resident Resilience Center |
| Applying Cornerstones of Co-governance through Community Leadership and Assemblies in Washington State for Environmental Justice (ACCELERATE EJ) |
| Chenega Bulk Fuel Storage System &amp; Renewable Integration Project. |
| Bering Straits Community Solar &amp; Battery Systems |
| Rebuilding Community: Repairing and Renewing Homes for the People of the Native Village of Tyonek, Alaska |
| Revitalizing Metlakatlas Ecosystems for Future Generations - Air Toxic Pollution Reduction, Nature-Based Solutions through Regenerative Seaweed Farming, and Ocean Vessel E |
| Kotzebue Tribal Wind |
| Chiloquin Community Resilience Hub and Municipal Center |
| The Columbia Gorge Early Learning and Resilience Center: A rural hub for environmental justice and climate resilience |
| Village Voices for Equity: Strengthening Indigenous Participation in Environmental and Climate Policy |
| Kipnuk Reach 3 Riprap Riverbank Stabilization Project |
| Fire and the Built Environment: Reducing Air Pollution Impacts on Yakama Nation and the Yakima Valley |
| Permafrost Management for Community Health and Resilience in Utqiaġvik, Alaska |
| Environmental and Climate Justice Block Grant Program |
| Environmental and Climate Justice Block Grant Program |

EPA_00318539

This agreement provides funding under the Inflation Reduction Act (IRA) to The Trust for Public Land. Specifically, through this project entitled &quot;Building Democratic System
This agreement provides funding under the Inflation Reduction Act (IRA) to Minneapolis American Indian Center. Specifically, the project will fund the installation and utilization of
This agreement provides funding under the Inflation Reduction Act (IRA) to The Board of Regents of the University of Wisconsin System. Specifically, the project will interrupt and
This agreement provides funding under the Inflation Reduction Act (IRA) to City of Madison. Specifically, the project will address energy justice head on and implementing equitabl
This agreement provides funding under the Inflation Reduction Act (IRA) to Midwest Tribal Energy Resources Association, Inc (MTERA). Specifically, the project will improve the li
This agreement provides funding under the Inflation Reduction Act (IRA) to Leech Lake Band of Ojibwe. Specifically, the project will be creating a Tribal Resilience Hub, the corner
This agreement provides funding under the Inflation Reduction Act (IRA) to The City and County of Butte-Silver Bow. Specifically, the project will build The Community Resilience
This agreement provides funding under the Inflation Reduction Act (IRA) to the Flandreau Santee Sioux Tribe. Specifically, the project will create a Zero Emission Transportation C
This agreement provides funding under the Inflation Reduction Act (IRA) to Commun Denver Inc. Specifically, the project will renovate a 40,000 square foot building into a commu
This agreement provides funding under the Inflation Reduction Act (IRA). The project will focus on several key areas in the City of Houston:Contamination and Pollution Mitigation:
This agreement allocates funding to Dillard University through the Inflation Reduction Act (IRA). The university will utilize this funding to install electric vehicle charging stations, so
This agreement provides funding under the Inflation Reduction Act (IRA) to Mission Waco Mission World. Specifically, the project will strengthen existing partnerships to build a m
This agreement provides funding under the Inflation Reduction Act (IRA) to Santa Fe Indian School, Inc. Specifically, the project will implement the 2023 Santa Fe Indian School (S
This agreement provides funding under the Inflation Reduction Act (IRA) to Urban Restoration Enhancement Corporation. Specifically, this Track I project will be implemented thro
This agreement provides funding under the Inflation Reduction Act (IRA) to Big Bend Conservation Alliance. Specifically, the project will revitalize and provide green spaces, monit
This agreement provides funding under the Inflation Reduction Act (IRA) to Air Alliance Houston (AAH). Specifically, the project will build the capacity of communities and governm
This agreement provides funding under the Inflation Reduction Act (IRA) to the Global Center for Cultural Entrepreneurship. Specifically, the project will support the recipient and i
This agreement provides funding under the Inflation Reduction Act (IRA) to Stay Ready NOLA, Inc. Specifically, the project will seek to build a ResilienceHub to enhance communi
This agreement provides funding under the Inflation Reduction Act (IRA) to Lane County to tackle the climate crisis by renovating six resiliency hubs targeting high risk populations
This agreement provides funding under the Inflation Reduction Act (IRA) to the City of Pocatello. Specifically, the project will improve local groundwater and air quality, while also i
This agreement provides funding under the Inflation Reduction Act (IRA) to Gonzaga Institute for Climate, Water, and the Environment (Climate Institute). Specifically, this project
This agreement provides funding under the Inflation Reduction Act (IRA) to Tanana Chiefs Conference. Specifically, the project will allow Tanana Chiefs Conference to manage the
This agreement provides funding under the Inflation Reduction Act (IRA) to Confederated Tribes of Grand Ronde. Specifically, the project will allow Confederated Tribes of Grand
This agreement provides funding under the Inflation Reduction Act (IRA) to Front &amp; Centered. Specifically, the project will engage Community-Based Organizations and com
This grant provides funding under the Inflation Reduction Act (IRA) to Native Village of Chenega. Specifically, the project will involve the construction of a new 30,000-gallon bulk f
This agreement provides funding under the Inflation Reduction Act (IRA) to the Alaska Native Tribal Health Consortium. Specifically, the project proposes to build community-scale
This agreement provides funding under the Inflation Reduction Act (IRA) to Tebughna Foundation. Specifically, the project will create a workforce development program in Tyonek,
This agreement provides funding under the Inflation Reduction Act (IRA) to Metlakatla Indian Community. Specifically, the project will: (1) implement seaweed farming as a nature-

This agreement provides funding under the Inflation Reduction Act (IRA) to Alaska Native Tribal Health Consortium (ANTHC). Specifically, the project will build two wind turbines
in Kotzebue, Alaska.

With an overarching purpose to prepare the Greater Chiloquin Area to respond to emergencies, support residents in times of crisis, and foster climate change resiliency, this proje
This agreement provides funding under the Inflation Reduction Act (IRA) to the Columbia Gorge Education Service District. Specifically, the project will renovate a school building t
This agreement provides funding under the Inflation Reduction Act (IRA) to Spruce Root. Specifically, the project will engage rural, disadvantaged Tribal communities in Southeas
This agreement provides funding under the Inflation Reduction Act (IRA) to Native Village of Kipnuk. Specifically, the Kipnuk Riprap Riverbank Stabilization Project will add riprap t
This agreement provides funding under the Inflation Reduction Act (IRA) to Confederated Tribes and Bands of Yakama Nation. Specifically, the project will allow the Confederated
This agreement provides funding under the Inflation Reduction Act (IRA) to the University of Virginia. Specifically, the project will allow the University of Virginia, working in Utqiagv
This agreement approves an award in the amount of $19,960,040 under the Inflation Reduction Act (IRA) to the Trust for Public Land. Specifically, the Clifton Hills Alton Park Thre
This action approves an award in the amount of $14,443,306.00 to support Texas A&amp;M University to install hundreds of onsite wastewater treatment systems, infrastructure t

EPA_00318540

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 66.616 | 5F | 03D26124 | 03D26124-0 | 12/02/2024 | | 2025 | 03/03/2025 | $19,953,400.00 | $19,953,400.00 |
| 66.616 | 5F | 03D26224 | 03D26224-0 | 12/04/2024 | | 2025 | 02/24/2025 | $19,357,757.00 | $19,357,757.00 |
| 66.616 | 5F | 03D26324 | 03D26324-0 | 12/04/2024 | | 2025 | 02/25/2025 | $19,827,740.00 | $18,490,240.00 |
| 66.616 | 5F | 03D30524 | 03D30524-0 | 12/10/2024 | | 2025 | 02/20/2025 | $20,000,000.00 | $20,000,000.00 |
| 66.616 | 5F | 03D30624 | 03D30624-0 | 12/16/2024 | | 2025 | | $14,944,031.00 | $14,944,031.00 |
| 66.616 | 5F | 03D30724 | 03D30724-0 | 12/18/2024 | | 2025 | | $19,999,967.00 | $19,999,967.00 |
| 66.616 | 5F | 03D30824 | 03D30824-0 | 12/20/2024 | | 2025 | 02/21/2025 | $11,441,520.00 | $11,396,020.00 |
| 66.616 | 5F | 03D30924 | 03D30924-0 | 12/20/2024 | | 2025 | 01/31/2025 | $1,875,142.00 | $1,875,142.00 |
| 66.616 | 5F | 03D31024 | 03D31024-0 | 12/12/2024 | | 2025 | 03/05/2025 | $3,103,648.00 | $3,103,648.00 |
| 66.616 | 5F | 03D33525 | 03D33525-0 | 01/17/2025 | | 2025 | | $3,000,000.00 | $3,000,000.00 |
| 66.616 | 5F | 03D33625 | 03D33625-0 | 01/16/2025 | | 2025 | | $2,596,592.00 | $2,596,592.00 |
| 66.616 | 5F | 03D33725 | 03D33725-0 | 01/17/2025 | | 2025 | | $19,996,791.00 | $19,996,791.00 |
| 66.616 | 5F | 03D33825 | 03D33825-0 | 01/16/2025 | | 2025 | 03/07/2025 | $19,889,515.00 | $19,889,515.00 |
| 66.616 | 5F | 03D33925 | 03D33925-0 | 01/17/2025 | | 2025 | | $19,805,900.00 | $19,805,900.00 |
| 66.616 | 5F | 953A0021 | 953A0021-0 | 11/26/2024 | | 2025 | 02/25/2025 | $20,104,032.00 | $20,104,032.00 |
| 66.616 | 5F | 953A0039 | 953A0039-0 | 11/26/2024 | | 2025 | 02/20/2025 | $15,309,845.00 | $15,309,845.00 |
| 66.616 | 5F | 953A0075 | 953A0075-0 | 12/11/2024 | | 2025 | | $19,997,822.00 | $19,997,822.00 |
| 66.616 | 5F | 953A0079 | 953A0079-0 | 12/05/2024 | | 2025 | | $20,006,400.00 | $20,006,400.00 |
| 66.616 | 5F | 953A0097 | 953A0097-0 | 01/08/2025 | | 2025 | 03/04/2025 | $19,886,658.00 | $19,886,658.00 |
| 66.616 | 5F | 96272300 | 96272300-0 | 12/13/2024 | | 2025 | 03/03/2025 | $1,047,647.00 | $1,047,647.00 |
| 66.616 | 5F | 96272800 | 96272800-0 | 12/20/2024 | | 2025 | 02/27/2025 | $20,096,954.00 | $20,096,954.00 |
| 66.616 | 5F | 96272900 | 96272900-0 | 12/11/2024 | | 2025 | | $20,152,214.00 | $20,152,214.00 |
| 66.616 | 5F | 96273600 | 96273600-0 | 12/16/2024 | | 2025 | 02/26/2025 | $3,115,632.00 | $3,115,632.00 |
| 66.616 | 5F | 96274625 | 96274625-0 | 12/18/2024 | | 2025 | | $3,000,000.00 | $3,000,000.00 |
| 66.616 | 5F | 96275300 | 96275300-0 | 12/20/2024 | | 2025 | | $11,914,745.00 | $11,914,745.00 |
| 66.616 | 5F | 96275325 | 96275325-0 | 12/18/2024 | | 2025 | 03/04/2025 | $19,318,594.00 | $19,318,594.00 |
| 66.616 | 5F | 96275425 | 96275425-0 | 01/13/2025 | | 2025 | 02/21/2025 | $11,158,108.00 | $11,158,108.00 |
| 66.616 | 5F | 96276500 | 96276500-0 | 01/03/2025 | | 2025 | 03/04/2025 | $20,000,000.00 | $20,000,000.00 |
| 66.616 | 5F | 96276600 | 96276600-0 | 01/16/2025 | | 2025 | | $20,000,000.00 | $20,000,000.00 |
| 66.616 | 5F | 96276700 | 96276700-0 | 01/15/2025 | | 2025 | 03/06/2025 | $20,000,000.00 | $20,000,000.00 |
| 66.616 | 5F | 96278700 | 96278700-0 | 01/13/2025 | | 2025 | 02/26/2025 | $3,000,000.00 | $3,000,000.00 |
| 66.616 | 5F | 97T17601 | 97T17601-0 | 11/26/2024 | | 2025 | 02/21/2025 | $1,200,000.00 | $1,200,000.00 |
| 66.616 | 5F | 97T17701 | 97T17701-0 | 12/09/2024 | | 2025 | | $20,040,630.00 | $20,040,630.00 |
| 66.616 | 5F | 97T17801 | 97T17801-0 | 11/25/2024 | | 2025 | 02/26/2025 | $19,999,999.00 | $19,999,999.00 |
| 66.616 | 5F | 97T17901 | 97T17901-0 | 12/06/2024 | | 2025 | 02/27/2025 | $20,000,000.00 | $20,000,000.00 |
| 66.616 | 5F | 97T18001 | 97T18001-0 | 11/26/2024 | | 2025 | 03/04/2025 | $20,452,614.00 | $20,452,614.00 |
| 66.616 | 5F | 97T18101 | 97T18101-0 | 11/23/2024 | | 2025 | 02/10/2025 | $18,560,143.00 | $18,560,143.00 |
| 66.616 | 5F | 97T18301 | 97T18301-0 | 11/26/2024 | | 2025 | 02/28/2025 | $1,500,000.00 | $1,500,000.00 |
| 66.616 | 5F | 97T24301 | 97T24301-0 | 11/25/2024 | | 2025 | 03/03/2025 | $19,965,495.00 | $19,965,495.00 |
| 66.616 | 5F | 97T24601 | 97T24601-0 | 11/29/2024 | | 2025 | 03/11/2025 | $3,000,000.00 | $3,000,000.00 |
| 66.616 | 5F | 97T24701 | 97T24701-0 | 11/19/2024 | | 2025 | 02/24/2025 | $19,997,193.00 | $19,997,193.00 |
| 66.616 | 5F | 97T28201 | 97T28201-0 | 12/12/2024 | | 2025 | | $18,590,988.00 | $18,590,988.00 |

**J.A. 2747**

EPA_00318541

| $19,953,400.00 | $22,590.29 | $19,930,809.71 | EPA R4 | R04 | 12/01/2024 | 11/30/2027 |
|---|---|---|---|---|---|---|
| $19,357,757.00 | $50,522.14 | $19,307,234.86 | EPA R4 | R04 | 12/01/2024 | 11/30/2027 |
| $18,490,240.00 | $3,957.75 | $18,486,282.25 | EPA R4 | R04 | 01/01/2025 | 12/31/2027 |
| $20,000,000.00 | $67,745.29 | $19,932,254.71 | EPA R4 | R04 | 01/01/2025 | 12/31/2027 |
| $14,944,031.00 | $0.00 | $14,944,031.00 | EPA R4 | R04 | 03/01/2025 | 02/29/2028 |
| $19,999,967.00 | $0.00 | $19,999,967.00 | EPA R4 | R04 | 04/01/2025 | 03/31/2028 |
| $11,396,020.00 | $145,008.85 | $11,251,011.15 | EPA R4 | R04 | 01/01/2025 | 12/31/2027 |
| $1,875,142.00 | $6,129.72 | $1,869,012.28 | EPA R4 | R04 | 01/01/2025 | 12/31/2027 |
| $3,103,648.00 | $15,990.25 | $3,087,657.75 | EPA R4 | R04 | 01/01/2025 | 12/31/2027 |
| $3,000,000.00 | $0.00 | $3,000,000.00 | EPA R4 | R04 | 06/01/2025 | 05/31/2028 |
| $2,596,592.00 | $0.00 | $2,596,592.00 | EPA R4 | R04 | 03/01/2025 | 02/29/2028 |
| $19,996,791.00 | $0.00 | $19,996,791.00 | EPA R4 | R04 | 01/01/2025 | 12/31/2027 |
| $19,889,515.00 | $1,471.23 | $19,888,043.77 | EPA R4 | R04 | 03/01/2025 | 02/29/2028 |
| $19,805,900.00 | $0.00 | $19,805,900.00 | EPA R4 | R04 | 01/01/2025 | 12/31/2027 |
| $20,104,032.00 | $62,683.23 | $20,041,348.77 | EPA R3 | R03 | 11/01/2024 | 10/31/2027 |
| $15,309,845.00 | $877,922.29 | $14,431,922.71 | EPA R3 | R03 | 11/01/2024 | 10/31/2027 |
| $19,997,822.00 | $0.00 | $19,997,822.00 | EPA R3 | OEJECR | 01/01/2025 | 12/31/2027 |
| $20,006,400.00 | $0.00 | $20,006,400.00 | EPA R3 | R03 | 03/01/2025 | 02/29/2028 |
| $19,886,658.00 | $27,106.16 | $19,859,551.84 | EPA R3 | R03 | 02/01/2025 | 01/31/2028 |
| $1,047,647.00 | $48,405.75 | $999,241.25 | EPA R2 | R02 | 11/01/2024 | 10/31/2027 |
| $20,096,954.00 | $34,767.96 | $20,062,186.04 | EPA R2 | R02 | 01/06/2025 | 01/05/2028 |
| $20,152,214.00 | $0.00 | $20,152,214.00 | EPA R2 | R02 | 01/15/2025 | 01/14/2028 |
| $3,115,632.00 | $32,659.97 | $3,082,972.03 | EPA R2 | R02 | 01/01/2025 | 12/31/2027 |
| $3,000,000.00 | $0.00 | $3,000,000.00 | EPA R2 | R02 | 02/15/2025 | 02/14/2028 |
| $11,914,745.00 | $0.00 | $11,914,745.00 | EPA R2 | R02 | 02/17/2025 | 02/16/2028 |
| $19,318,594.00 | $12,282.31 | $19,306,311.69 | EPA R2 | R02 | 01/06/2025 | 01/05/2028 |
| $11,158,108.00 | $32,000.00 | $11,126,108.00 | EPA R2 | R02 | 02/01/2025 | 01/31/2028 |
| $20,000,000.00 | $51,712.01 | $19,948,287.99 | EPA R2 | R02 | 01/15/2025 | 01/14/2028 |
| $20,000,000.00 | $0.00 | $20,000,000.00 | EPA R2 | R02 | 03/31/2025 | 03/30/2028 |
| $20,000,000.00 | $201,599.86 | $19,798,400.14 | EPA R2 | R02 | 02/01/2025 | 01/31/2028 |
| $3,000,000.00 | $3,993.88 | $2,996,006.12 | EPA R2 | R02 | 12/16/2024 | 12/15/2027 |
| $1,200,000.00 | $25,000.00 | $1,175,000.00 | EPA R9 | R09 | 11/01/2024 | 10/31/2027 |
| $20,040,630.00 | $0.00 | $20,040,630.00 | EPA R9 | R09 | 12/01/2024 | 11/30/2027 |
| $19,999,999.00 | $32,267.31 | $19,967,731.69 | EPA R9 | R09 | 01/06/2025 | 01/05/2028 |
| $20,000,000.00 | $88,158.13 | $19,911,841.87 | EPA R9 | R09 | 10/01/2024 | 09/30/2027 |
| $20,452,614.00 | $892,698.17 | $19,559,915.83 | EPA R9 | R09 | 01/01/2025 | 12/31/2027 |
| $18,560,143.00 | $573,914.45 | $17,986,228.55 | EPA R9 | R09 | 11/01/2024 | 10/31/2027 |
| $1,500,000.00 | $62,257.71 | $1,437,742.29 | EPA R9 | R09 | 12/01/2024 | 11/30/2027 |
| $19,965,495.00 | $7,502.33 | $19,957,992.67 | EPA R9 | R09 | 01/01/2025 | 12/31/2027 |
| $3,000,000.00 | $47,770.47 | $2,952,229.53 | EPA R9 | R09 | 12/16/2024 | 12/15/2027 |
| $19,997,193.00 | $86,535.55 | $19,910,657.45 | EPA R9 | R09 | 12/01/2024 | 11/30/2027 |
| $18,590,988.00 | $0.00 | $18,590,988.00 | EPA R9 | R09 | 01/01/2025 | 12/31/2027 |

**J.A. 2748**

EPA_00318542

| | | | |
|---|---|---|---|
| lsca5653 - Lucky Shoals Community Association, Inc. | GA | RXW8XMECCFL9 | Not for Profit |
| sfcf3865 - SOUTHWEST FLORIDA COMMUNITY FOUNDATION, INC. | FL | T3M1LLGHUMC5 | Not for Profit |
| tsrfohpi8797 - The Southwest Renewal Foundation of High Point, Inc. | NC | S79DG9CMYF69 | Not for Profit |
| Groundwell Inc. - GROUNDSWELL INC | DC | WLA2JJDJFL63 | Not for Profit |
| Univ Area CD - UNIVERSITY AREA COMMUNITY DEV | FL | STMHHTJHN1R8 | Not for Profit |
| twlti4915 - THE WORKING LANDS TRUST, INC. | NC | JLTHEQFXZG53 | Not for Profit |
| si0695 - Sustainability Institute | SC | NF9KCFN32M55 | Not for Profit |
| teoca3785 - Tennessee Educators of Color Alliance | TN | C7UMG6PDANY8 | Not for Profit |
| mi8573 - MDC, INC. | NC | R84FBNHNNDJ7 | Not for Profit |
| PalmBchCoGov - COUNTY OF PALM BEACH | FL | XL2DNFMPCR44 | County |
| WEST ANNISTON FOUNDATION | AL | K2LLRBBPDA26 | Not for Profit |
| ygag5952 - YOUNG, GIFTED & GREEN | TN | F24MECJ9L4A5 | Not for Profit |
| 2CMississippi: Towards Sustainable, Educated and Empowered Mississippi | MS | ELCWEURZDPW9 | Not for Profit |
| CITY OF THOMASVILLE | GA | C115QBW3DCK7 | Township |
| NATIONAL HOUSING TRUST | DC | JX69LRYCYUA7 | Not for Profit |
| PITTSBURGH CONSERVATION CORPS | PA | D32KKGEEYJ15 | Not for Profit |
| ENERGY COORDINATING AGENCY OF PHILADELPHIA, INC. | PA | D3SLFNSLDQG1 | Not for Profit |
| CITY OF HAMPTON | VA | H43KALPESBP1 | Municipal |
| t6438 - RECTOR & VISITORS OF THE UNIVERSITY OF VIRGINIA | VA | JJG6HU8PA4S5 | State Institution of Higher Learning |
| BRONX RIVER ALLIANCE INC | NY | MW8CCAHLLTN7 | Not for Profit |
| GRID ALTERNATIVES | CA | GXQ3HX2VLLP3 | Not for Profit |
| PEOPLE UNITED FOR SUSTAINABLE HOUSING, INC | NY | DC4ZZCUTM6N9 | Not for Profit |
| EL PUENTE DE WILLIAMSBURG, INC. | NY | QD3BU836BR33 | Not for Profit |
| WEST HARLEM ENVIRONMENTAL ACTION INC | NY | PB8TKKTU3AG3 | Not for Profit |
| ddlcdpri9224 - DEPARTAMENTO DE LA COMIDA DE PUERTO RICO INC | PR | FAN4ZMDTP588 | Not for Profit |
| Ironbound Community Corporation | NJ | RESKT9F5G3K3 | Not for Profit |
| Rockaway Waterfront Alliance, Inc. | NY | M12VD7WEEFM9 | Not for Profit |
| adrdlmi8531 - ASOCIACION DE RESIDENTES DE LA MARGARITA INC | PR | DGR4WZZYGQ86 | Not for Profit |
| ISLAND GREEN BUILDING ASSOCIATION, INCORPORATED | VI | QT3RF9GL8VT4 | Not for Profit |
| taotcri1427 - TRINITY ALLIANCE OF THE CAPITAL REGION, INC | NY | XB3ZLWAE8836 | Not for Profit |
| THE NEW SCHOOL | NY | YNL2H7YNMFP9 | Private University |
| SPECIAL SERVICE FOR GROUPS, INC. | CA | WQGNEZQYP3Y7 | Not for Profit |
| CITY OF BAKERSFIELD | CA | YUJJHEWCPLZ5 | Municipal |
| tsdf0690 - SAN DIEGO FOUNDATION | CA | SZ8JCM7C3ND9 | Not for Profit |
| cfrcd6471 - COALITION FOR RESPONSIBLE COMMUNITY DEVELOPMENT | CA | ML7DAKLHL8C4 | Not for Profit |
| do1729 - DAY ONE | CA | MXVGDJN73T46 | Not for Profit |
| lfcci9534 - LA FAMILIA COUNSELING CENTER, INC | CA | JNGAN2NDKKZ8 | Not for Profit |
| igp9296 - INSIGHT GARDEN PROGRAM | CA | CAYNH2NVEM53 | Not for Profit |
| timma1315 - TREASURE ISLAND MOBILITY MANAGEMENT AGENCY | CA | ZQYAKF2S8NL8 | Special District |
| SOCIAL AND ENVIRONMENTAL ENTREPRENEURS (SEE), INC. | CA | VCAASEEZRM59 | Not for Profit |
| tpfi9370 - PRIMAVERA FOUNDATION INC | AZ | ZXQAE5JV2LJ8 | Not for Profit |
| PUEBLO UNIDO CDC | CA | GR5NZB2NUS49 | Not for Profit |

**J.A. 2749**

EPA_00318543

| 66.616 | Environmental and Climate Justice Block Grant Program |
|--------|--------------------------------------------------------|
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |

EPA_00318544

| |
|---|
| Environmental and Climate Justice Block Grant Program |
| Environmental and Climate Justice Block Grant Program |
| Environmental and Climate Justice Block Grant Program |
| Environmental and Climate Justice Block Grant Program |
| Environmental and Climate Justice Block Grant Program |
| Environmental and Climate Justice Block Grant Program |
| Environmental and Climate Justice Block Grant Program |
| Environmental and Climate Justice Block Grant Program |
| Environmental and Climate Justice Block Grant Program |
| Environmental and Climate Justice Block Grant Program |
| Environmental and Climate Justice Block Grant Program |
| Environmental and Climate Justice Block Grant Program |
| Environmental and Climate Justice Block Grant Program |
| Environmental and Climate Justice Block Grant Program |
| Empowering Healthy, Resilient and Affordable Communities |
| Leveraging a Pittsburgh / Philadelphia Workforce Development Partnerships to Multiply the Impact of Decarbonization, Pollution Remediation, and Circular Economy through Wor |
| Grays Ferry Community Resilience Hub |
| Aberdeen Gardens Community Resilience Implementation Strategy |
| Appalachian Environmental Resilience Community Change Grants Program |
| Uplifting Bronx Voices for Climate Change Resilience |
| A Collaborative Approach to Climate Resilience for Puerto Rico through Renewable Energy, Energy Efficiency, and Natural Resource Restoration |
| The Buffalo Neighborhood Mobilization Hubs Plan |
| To facilitate the engagement of disadvantaged communities in North Brooklyn in governmental processes for environmental and climate justice. |
| EJNYC: Community-Based Solutions for Environmental Justice |
| Por las Quebradas (For the Streams): Community Watershed Stewardship and Climate Resilience in Rural Caguas, Puerto Rico |
| Enhancing Community Resilience with Microgrid Technology |
| Rockaway Coastal Resilience Dune Restoration Project |
| Community Leadership Initiatives for Mitigation and Adaptation (CLIMA) Project |
| United States Virgin Islands Partnerships for Community-Wide Sustainability |
| ALL(bany) Together - Climate and Health Resilience Equity Project |
| Energy Governance Engagement for Environmental Justice (EGEEJ) |
| Inflation Reduction Act &ndash; Environmental and Climate Justice |
| Inflation Reduction Act &ndash; Environmental Justice Thriving Communities |
| Inflation Reduction Act - Environmental and Climate Justice |
| Inflation Reduction Act - Environmental and Climate Justice |
| Environmental and Climate Justice Block Grant Program |
| Inflation Reduction Act &ndash; Environmental and Climate Justice |
| Inflation Reduction Act &ndash; Environmental and Climate Justice |
| Inflation Reduction Act &ndash; Environmental and Climate Justice |
| Inflation Reduction Act - Environmental and Climate Justice |
| INFLATION REDUCTION ACT - ENVIRONMENTAL &amp; CLIMATE JUSTICE |
| Inflation Reduction Act - Environmental and Climate Justice |

EPA_00318545

This agreement provides funding in the amount of $19,953,400 under the Inflation Reduction Act (IRA) to Lucky Shoals Community Association (LSCA). Specifically, the project w

This agreement provides funding in the amount of $19,357,757 under the Inflation Reduction Act (IRA) to Southwest Florida Community Foundation, dba Collaboratory. This proje

This action approves funding in the amount of $18,490,240 to The Southwest Renewal Foundation of High Point, Inc under the Inflation Reduction Act (IRA). Specifically, the proje

This action approves funding in the amount of 20,000,000.00 under the Inflation Reduction Act (IRA) to Groundswell, Inc. Specifically, the project will support community resilience

This action approves funding in the amount of $14,944,031 under the Inflation Reduction Act (IRA) to University Area Community Development Corporation, Inc, Florida. Specifica

This action approves funding in the amount of $19,999,967 under the Inflation Reduction Act (IRA) to The Working Lands Trust, Incorporated of North Carolina. Specifically, the pr

This action approves funding in the amount of $11,396,020 under the Inflation Reduction Act (IRA) to the Sustainability Institute of South Carolina. Specifically, the project will: pro

This action provides funding in the amount of $1,875,142 to support the Tennessee Educators of Color Alliance as they aim to significantly impact communities across Tennessee

This action approves an award in the amount of  $3,103,648.00 under the Inflation Reduction Act (IRA) to MDC Inc.  Specifically, the project will enhance the ability, skills, and con

This action approves funding in the amount of $3,000,000 under the Inflation Reduction Act (IRA) to Palm Beach County (PBC) Office of Resilience.  Specifically, the project will en

This agreement provides funding in the amount of $2,596,592 under the Inflation Reduction Act (IRA) to West Anniston Foundation, Alabama.  Specifically, the project will empowe

This action approves an award in the amount of $19,996,791 under the Inflation Reduction Act (IRA) to Young, Gifted and Green. Specifically, the project will encompass three clir

This agreement approves funding in the amount of $19,889,515 under the Inflation Reduction Act (IRA) to 2C Mississippi: Towards Sustainable, Educated, and Empowered Missis

This action approves an award in the amount of$19,805,900 to the City of Thomasville under the Inflation Reduction Act (IRA) to support resiliency in Thomasville's low-income his

This agreement provides funding under the Inflation Reduction Act (IRA) to the National Housing Trust. Specifically, the project will retrofit 785 homes to improve indoor air quality

This agreement provides funding under the Inflation Reduction Act (IRA) to the Pittsburgh Conservation Corps. Specifically, the project will support a Pittsburgh-Philadelphia partn

This agreement provides funding under the Inflation Reduction Act (IRA) to ECAP - The Energy Coordinating Agency Of Philadelphia, Inc. and Habitat for Humanity Philadelphia, I

This agreement provides funding under the Inflation Reduction Act (IRA) to City of Hampton, Virginia. Specifically, the project will work to create a sustainable, resilient future for a

This agreement provides funding under the Inflation Reduction Act (IRA) to Rector and Visitors of the University of Virginia (UVA). Specifically, the project will implement Climate R

This agreement provides funding under the Inflation Reduction Act (IRA) to Bronx River Alliance, Inc. Specifically, the project will establish a Bronx Climate Justice Task Force con

This agreement provides funding under the Inflation Reduction Act (IRA) to GRID Alternatives. Specifically, on the east side of Puerto Rico, the project will provide energy efficienc

This agreement provides funding under the Inflation Reduction Act (IRA) to PUSH Buffalo. Specifically, the project includes the following initiatives: Establishing 150 Community R

This agreement provides funding under the Inflation Reduction Act (IRA) to El Puente de Williamsburg, Inc. Specifically, the project will facilitate the engagement of disadvantaged

This agreement provides funding under the Inflation Reduction Act (IRA) to West Harlem Environmental Action, Inc. Specifically, the project will ensure that disadvantaged commu

This agreement provides funding under the Inflation Reduction Act (IRA) to El Departamento de la Comida (El Depa).  Specifically, this project has three initiatives: Community Ed

This agreement provides funding under the Inflation Reduction Act (IRA) to Ironbound Community Corporation (ICC). Specifically, by leveraging innovative solutions and fostering

This agreement provides funding under the Inflation Reduction Act (IRA) to Rockaway Waterfront Alliance (RWA), dba RISE. Specifically, by harnessing nature-based solutions ar

This agreement provides funding under the Inflation Reduction Act (IRA) to Asociación de Residentes de La Margarita, Inc. (ARLM). Specifically, the project will implement

This agreement provides funding under the Inflation Reduction Act (IRA) to Island Green Building Association, doing business as Island Green Living Association (IGL). Specificall

This agreement provides funding under the Inflation Reduction Act (IRA) to Trinity Alliance of the Capital Region. Specifically the project will support climate resiliency through two

This agreement provides funding under the Inflation Reduction Act (IRA) to The New School, Tishman Environment and Design Center. Specifically, the project will create an Ener

This agreement provides funding under the Inflation Reduction Act (IRA) to the nonprofit organization Special Service for Groups, Inc. Specifically, the project will train and empow

The agreement provides funding under the Inflation Reduction Act (IRA) to the City of Bakersfield, CA. Specifically, the project will address Climate Action and Pollution Reduction

This agreement provides funding under the Inflation Reduction Act (IRA) to the San Diego Foundation. Specifically, the project will develop and implement green infrastructure, trar

This agreement provides funding under the Inflation Reduction Act (IRA) to Coalition for Community Responsible Development (CRCD). Specifically, the project is divided into two

This agreement provides funding under the Inflation Reduction Act (IRA) to the nonprofit organization Day One, who are based in the San Gabriel Valley. Specifically, the project w

This agreement provides funding under the Inflation Reduction Act (IRA) to La Familia Counseling Center's Greening North Franklin project to implement several project to

This agreement provides funding under the Inflation Reduction Act (IRA) to Insight Garden Program. Specifically, the project will provide both immediate and long-term benefits to

This agreement provides funding under the Inflation Reduction Act (IRA) to Treasure Island Mobility Management Agency  (TIMMA). Specifically, the project will Treasure Island C

This agreement provides funding under the Inflation Reduction Act (IRA) to Social and Environmental Entrepreneurs (SEE). Specifically, the project will aim to strengthen the relati

This agreement provides funding under the Inflation Reduction Act (IRA) to Primavera Foundation, Inc. that will be used for projects to increase community resilience in the face of

This agreement provides funding under the Inflation Reduction Act (IRA) to Pueblo Unidos CDC. Specifically, the project will build a climate-smart, climate-resilient Center for Com

EPA_00318546

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 66.616 | 5F | 97T28301 | 97T28301-1 | 02/05/2025 | | 2025 03/03/2025 | $3,058,750.00 | $3,058,750.00 |
| 66.616 | 5F | 97T28401 | 97T28401-0 | 12/19/2024 | | 2025 | $3,000,000.00 | $3,000,000.00 |
| 66.616 | 5F | 97T28501 | 97T28501-0 | 12/18/2024 | | 2025 02/21/2025 | $12,650,680.00 | $12,650,680.00 |
| 66.616 | 5F | 97T28601 | 97T28601-0 | 12/10/2024 | | 2025 03/07/2025 | $19,987,957.00 | $19,987,957.00 |
| 66.616 | 5F | 97T28701 | 97T28701-0 | 12/12/2024 | | 2025 | $20,000,000.00 | $20,000,000.00 |
| 66.616 | 5F | 97T28801 | 97T28801-0 | 12/09/2024 | | 2025 02/20/2025 | $13,939,738.00 | $13,939,738.00 |
| 66.616 | 5F | 97T28901 | 97T28901-0 | 12/19/2024 | | 2025 | $3,073,914.00 | $3,073,914.00 |
| 66.616 | 5F | 97T31701 | 97T31701-0 | 01/07/2025 | | 2025 03/07/2025 | $19,993,324.00 | $19,993,324.00 |
| 66.616 | 5F | 97T32001 | 97T32001-0 | 01/06/2025 | | 2025 02/28/2025 | $19,076,843.00 | $19,076,843.00 |
| 66.721 | 5P | 84107201 | 84107201-0 | 01/15/2025 | | 2025 03/03/2025 | $6,703,990.00 | $6,703,990.00 |

**J.A. 2753**

EPA_00318547

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| $3,058,750.00 | $1,275,467.89 | $1,783,282.11 | EPA R9 | R09 | 01/01/2025 | 12/31/2027 |
| $3,000,000.00 | $0.00 | $3,000,000.00 | EPA R9 | R09 | 05/01/2025 | 04/30/2028 |
| $12,650,680.00 | $14,142.16 | $12,636,537.84 | EPA R9 | R09 | 01/01/2025 | 12/31/2027 |
| $19,987,957.00 | $51,000.73 | $19,936,956.27 | EPA R9 | R09 | 01/15/2025 | 01/14/2028 |
| $20,000,000.00 | $0.00 | $20,000,000.00 | EPA R9 | R09 | 04/01/2025 | 03/31/2028 |
| $13,939,738.00 | $9,279.89 | $13,930,458.11 | EPA R9 | R09 | 01/01/2025 | 12/31/2027 |
| $3,073,914.00 | $0.00 | $3,073,914.00 | EPA R9 | R09 | 01/01/2025 | 12/31/2027 |
| $19,993,324.00 | $3,929,148.08 | $16,064,175.92 | EPA R9 | R09 | 03/01/2025 | 02/28/2028 |
| $19,076,843.00 | $30,666.94 | $19,046,176.06 | EPA R9 | R09 | 02/01/2025 | 01/31/2028 |
| $6,703,990.00 | $26,670.00 | $6,677,320.00 | EPA HQ | OCSPP | 11/01/2024 | 12/31/2029 |

**J.A. 2754**

EPA_00318548

| lcfjaa4442 - LEADERSHIP COUNSEL FOR JUSTICE AND ACCOUNTABILITY | CA | LYQGLEQU8MQ7 | Not for Profit |
| UNIVERSITY OF GUAM | GU | YL62T9FVJXG3 | State Institution of Higher Learning |
| CASA FAMILIAR, INC | CA | DA19F5NKBH38 | Not for Profit |
| NEVADA CLEAN ENERGY FUND | NV | SMUBKY6A7ZK1 | Not for Profit |
| COMMUNITY WATER CENTER | CA | UAWLZMFKCDL4 | Not for Profit |
| t0609 - Pacific International Center for High Technology Research | HI | L8HGDJE4QQ74 | Not for Profit |
| EARTH ISLAND INSTITUTE INC | CA | N39HWTLFMVK9 | Not for Profit |
| SANTA YNEZ BAND OF MISSION INDIANS | CA | DK1SMCRF8VT5 | Indian Tribe |
| CONTRA COSTA, COUNTY OF | CA | H6XCU2DRT517 | Special District |
| t7133 - Building Materials Re-use Association | PA | ZU4BCJA87DL1 | Not for Profit |

EPA_00318549

| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.721 | Reducing Embodied Greenhouse Gas Emissions for Construction materials and Produicts - IRA |

EPA_00318550

| Inflation Reduction Act - Environmental and Climate Justice | |
|---|---|
| Inflation Reduction Act - Environmental and Climate Justice | |
| Inflation Reduction Act &ndash; Environmental and Climate Justice | |
| Inflation Reduction Act &ndash; Environmental and Climate Justice | |
| Inflation Reduction Act &ndash; Environmental and Climate Justice | |
| Inflation Reduction Act - Environmental and Climate Justice | |
| Inflation Reduction Act &ndash; Environmental and Climate Justice | |
| Inflation Reduction Act &ndash; Environmental and Climate Justice | |
| Environmental and Climate Justice Block Grant Program | |
| Build Reuse - Reducing Embodied GHG for Salvaged Materials FR | |

EPA_00318551

This agreement provides funding under the Inflation Reduction Act (IRA) to the Leadership Counsel for Justice and Accountability. Specifically, the project will help communities ch
This agreement provides funding under the Inflation Reduction Act (IRA) to the University of Guam Center for Island Sustainability and Sea Grant. Specifically, the project will crea
This agreement provides funding under the Inflation Reduction Act (IRA) to Casa Familiar. Specifically, this project will reduce greenhouse gas (GHG) emissions and improve air q
This agreement provides funding under the Inflation Reduction Act (IRA) to Nevada Clean Energy Fund. Specifically, the project will deliver critical water, energy, and food infrastru
This agreement provides funding under the Inflation Reduction Act (IRA) to ensure vibrant and thriving communities in the project area by delivering a long-term, sustainable, and
This agreement provides funding under the Inflation Reduction Act (IRA) to Pacific International Center for High Technology Research. Specifically, the project will support commul
This agreement provides funding under the Inflation Reduction Act (IRA) to Earth Island Institute.  Specifically, the project will implement data and science driven programs for env
This agreement provides funding under the Inflation Reduction Act (IRA) to The Santa Ynez Band of Chumash Indians. Specifically, the project aims to enhance climate resilience,
North Richmond Community Resilience Initiative projects will green the neighborhood through landscaping and trees, install energy-efficient systems in homes, also reducing expo
This agreement provides funding under the Inflation Reduction Act (IRA) to Building Materials Re-use Association. This program is to support the development, enhanced standar

EPA_00318552

**J.A. 2758**