## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

July 21, 2025

_____

RESPONSE REQUESTED - SIMILAR CASES

_____

No.   25-1575,       The Sustainability Institute v. Donald Trump
                    2:25-cv-02152-RMG

TO:      All Parties

RESPONSE DUE: 07/24/2025

Response is required to the notice requesting information regarding similar cases on or before 07/24/2025. Please use the following form to submit response: **Response - Similar Cases**, using the event: RESPONSE/ANSWER (to Similar Case notice).

Rachel Phillips, Deputy Clerk
804-916-2702