# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
# RESPONSE – SIMILAR CASES

Appeal No. & Caption: __No. 25-1575, The Sustainability Institute v. Trump__

Please select the appropriate option below:

☐ I am not aware of any cases pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case.

☑ I am aware of the following case(s) pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case. (Please include a concise description of the similar issues):

> Solutions in Hometown Connections v. Noem (4th Cir. No. 25-1640) and Am. Assoc. of Colleges for Teacher Education v. McMahon (4th Cir. No. 25-1281) both raise issues of district court jurisdiction over APA claims challenging the termination of grant programs, including (1) the effect, if any, of the Tucker Act, and (2) whether such actions are committed to agency discretion by law. Hometown Connections also raises issues of district court jurisdiction over freestanding separation-of-powers claims for which no other judicial forum exists.

Signature: __Brianne J. Gorod__  Counsel for: __Constitutional Accountability Ctr.__

Date: __July 22, 2025__

**File using event:** RESPONSE/ANSWER (to Similar Case notice)