UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
RESPONSE – SIMILAR CASES

Appeal No. & Caption: No. 25-1575, The Sustainability Inst. v. Trump

Please select the appropriate option below:

☐ I am not aware of any cases pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case.

☑ I am aware of the following case(s) pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case. (Please include a concise description of the similar issues):

> Solutions in Hometown Connections v. Noem, No. 25-1640 (4th Cir.), and American Association for Colleges for Teacher Education v. U.S. Department of Education, No. 25-1281 (4th Cir.), present similar issues regarding jurisdiction over APA claims challenging grant terminations.

Signature: /s/ Robert S. Peck    Counsel for: Amicus Sen Sheldon Whitehouse

Date: 7/28/2025

**File using event:** RESPONSE/ANSWER (to Similar Case notice)