August 5, 2025

_____

RULE 46 ADDITIONAL COPIES

_____

No.   25-1575,      The Sustainability Institute v. Donald Trump
                    2:25-cv-02152-RMG

**MUST BE RECEIVED IN CLERK'S OFFICE BY: 08/08/2025**

Counsel must file the copies indicated below by the due date shown. No ECF entry is required when filing paper copies. Send sealed **and** redacted versions of any brief requested. Send public **and** sealed volumes of any appendix requested. All paper copies must be **identical** as to cover, binding, page numbering, and other formatting, and must match the electronic copy. Noncompliance with the court's filing requirements may subject counsel to discipline pursuant to Local Rule 46(g).

| Document | No. of Copies | Required From: |
|---|---|---|
| Amicus Brief - Tobias Barrington Wolff | 3 | Paul DeCamp |
| Amicus Brief - U.S. Senator Sheldon Whitehouse | 4 | Robert S. Peck |

/s/ NWAMAKA ANOWI, CLERK