# FOURTH CIRCUIT ORAL ARGUMENT ACKNOWLEDGMENT

This **Oral Argument Acknowledgment** form is to be completed and filed by arguing counsel within 7 days of the Oral Argument Notification. In criminal cases, counsel appearing for a defendant but not arguing must also file this form.

Case Number: **25-1575**  
Date of Oral Argument: **10/23/25**

Caption: **The Sustainability Institute v. Donald J. Trump**

Attorney Arguing: **Sean R. Janda**

Arguing on Behalf of (party name): **Donald J. Trump et al.**

Select party type:  
☑ Appellant  ☐ Appellee  ☐ Appellant/Cross-Appellee  ☐ Appellee/Cross-Appellant  ☐ Amicus  ☐ Intervenor

Attorney Appearing for Defendant but **Not Arguing** in Consolidated Criminal Case:

**Argument Time:** Please indicate how much argument time you wish to use. You may thereafter change your requested time or change counsel arguing by filing a new **Oral argument acknowledgment** form and selecting "Amended" within the entry. Counsel arguing the case must be admitted to the Fourth Circuit, file an appearance of counsel form, and file this acknowledgment form.

→20 minutes of argument time are allotted per side; all parties to a side must share oral argument time  
→Appellants and cross-appellants may reserve up to 1/3 of their time for rebuttal (7 out of 20 minutes)

First Attorney Arguing Per Side: **Sean R. Janda**  
Phone Number (day of argument): **202-514-3388**

Principal Argument Time: **16**  
(for appellants and appellees)

Rebuttal Argument Time (if any): **4**  
(appellants and cross-appellants only)

Any Second Attorney Sharing Arguing Time:  
Phone Number (day of argument):

Principal Argument Time:  
(for appellants and appellees)

Rebuttal Argument Time (if any):  
(appellants and cross-appellants only)

Any Counsel for Amicus Participating in Argument by Leave of Court:  

Phone Number (day of argument):

Argument Time:  

Select one of the following: ☐ Order allowing argument time  ☐ Court-Appointed Amicus

Signature: **/s/ Sean R. Janda**   Date: **08/27/25**

12/01/2024 NA