## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

October 9, 2025

_____

RESPONSE REQUESTED

_____

No.    25-1575,      <u>The Sustainability Institute v. Donald Trump</u>
                           2:25-cv-02152-RMG

TO:      Sustainability Institute et al.
           Baltimore City, Maryland et al.

RESPONSE DUE: 10/14/2025

Response is required to the motion to continue/reschedule oral argument on or before 10/14/2025.

R. Phillips, Deputy Clerk
804-916-2702